Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

'10 APR 30 PM 3:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ MTF  DEPUTY

TARLA MAKAEFF, on Behalf of
Herself and All Others Similarly
Situated.
vs
TRUMP UNIVERSITY, LLC, a New
York Limited Liability Company, and
DOES 1 though 50, inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. **10 CV 0940 IEG    WVG**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
(SEAL)

30 APR 2010
DATE

By  M. BROWN  , Deputy Clerk

Summons in a Civil Action                                                                 Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

VIA FAX