AMBER L. ECK (SBN: 177882)
HELEN I. ZELDES (SBN: 220051)
ALREEN HAEGGQUIST (SBN: 221858)
ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Fax: (619) 342-7272
ambere@zhlaw.com
helenz@zhlaw.com
alreenh@zhlaw.com

Attorneys for Plaintiff and the Proposed Class

FILED
10 APR 30 PM 3 41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: MTB       DEPUTY

VIA FAX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. '10 CV 0940 IEG WVG<br><br>AFFIDAVIT OF AMBER L. ECK |

I, AMBER L. ECK, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. The Complaint in this action has been filed in the proper place for the trial on this matter, which is San Diego County. A substantial portion of the acts, events, and omissions giving rise to this action occurred in San Diego County, and defendant conducts substantial business here.

AFFIDAVIT OF AMBER L. ECK

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing is
2 | true and correct. Executed this 29th day of April, 2010, at San Diego, California.

*AMBER L. ECK*

Subscribed to and sworn before me
this 29th day of April, 2010.

_____
NOTARY PUBLIC

ROBERT J. OSBORNE
Commission # 1699812
Notary Public - California
San Diego County
My Comm. Expires Oct 20, 2010

My commission expires on: October 20, 2010

State of California
County of San Diego
Subscribed and sworn to (or affirmed) before me
on this 29th day of April, 20 10,
by Amber L. Eck
proved to me on the basis of satisfactory
evidence to be the person(s) who appeared
before me.

_____

AFFIDAVIT OF AMBER L. ECK