David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535
Email:  dks@yslaw.com

Attorneys for Defendant TRUMP UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No. 10 CV 0940 IEG (WVG)<br><br>DEFENDANT TRUMP UNIVERSITY, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULES 12(b)(6), 9(b), AND 8(a)(2)<br><br>DATE:  July 12, 2010<br>TIME:   10:30 a.m. |

TO PLAINTIFF TARLA MAKAEFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 12, 2010, at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at 940 Front Street, San Diego, CA 92101, defendant Trump University, LLC will and hereby does move this Court for an order dismissing plaintiff's complaint under Rules 12(b)(6), 9(b) and 8(a)(2).

Plaintiff has failed to state a claim as her causes of action for educational malpractice are barred as a matter of law, and she received all the goods and services she contracted for.  The tort claims are barred for the same reason and because she signed extensive disclosures confirming that defendant made no representations and provided no guarantees or warranties.  Plaintiff's statutory claims fail because none of them meet their statutory requirements.

/ / /

/ / /

In addition, all fraud-related claims are further barred under Rule 9(b) as plaintiff has failed to plead her claims with the required specificity.  Finally, all class claims are further barred under Rule 8(a)(2).

The entire action must also be dismissed for plaintiff's failure to meet the jurisdictional amount.  To the extent any claims survive, the claim for a nationwide class based on California's Unfair Competition Law, Consumer Legal Remedies Act, and False Advertising Law are barred as a matter of law.

PLEASE NOTE FURTHER that this motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and attached exhibit filed herewith, the Declaration of Michael Sexton, and the pleadings and papers filed herein.

Respectfully submitted,

Dated:      May 26, 2010            YUNKER & SCHNEIDER

By:     s/ David K. Schneider
Attorneys for Defendant and Counterclaimant
TRUMP UNIVERSITY, LLC
E-mail: dks@yslaw.com