# EXHIBIT 1

Exhibit 1 Page 22

Advisor: James Harris

# TRUMP
## ENROLLMENT FORM

Event Code: PTF20080808g
Client ID: 839402

8/10

### CONTACT INFORMATION

NAME: Tarla Makaeff
ADDRESS: [redacted]
CITY: [redacted]   STATE: CA
EMAIL: [redacted]
HOME PHONE: [redacted]
CELL: [redacted]   FAX:

called 8/11
giving CC # later
today or tmrw

### PURCHASE(S)

☑ **Trump Gold Elite:**
- 3 Day Field Mentorship — $25,000
- Wealth Preservation Retreat — $5,000
- QuickTurn Real Estate Retreat — $5,000
- Creative Financing Retreat — $5,000
- Commercial & Multi-Family Retreat — $5,000
- Investor's Edge Real Estate Software ($29.95/month database fee not included.) — $2,495
- Incorporate Your Business (State Licensing fees not included) — $995
- Total: $48,490   Event Special You Save 28% — $34,995

noo fider

Total Due: 34,995.00
Paid at Enrollment: 5,000.00
Balance: 29,995.00

☐ **Trump Silver Elite:**
- Wealth Preservation Retreat — $5,000
- QuickTurn Real Estate Retreat — $5,000
- Creative Financing Retreat — $5,000
- Commercial & Multi-Unit Retreat — $5,000
- Investor's Edge Real Estate Software ($29.95/month database fee not included.) — $2,495
- Incorporate Your Business (State Licensing fees not included) — $995
- Total: $23,490   Event Special You Save 17% — $19,495

Balance Due Date and Notes:
fedex check into office by tuesday
-TB

☐ **Trump Bronze Elite:**
- Wealth Preservation Retreat — $5,000
- QuickTurn Real Estate Retreat — $5,000
- Incorporate Your Business (State Licensing fees not included) — $995
- Total: $10,995   Event Special You Save 9% — $9,995

### PAYMENT

☑ Credit Card   VISA
CREDIT CARD NO: XXXX 5074

NAME EXACTLY AS IT APPEARS ON THE CARD: Tarla A Makaeff
BILLING ADDRESS (if different from above):

EXP DATE:   SECURITY CODE:   CITY:   STATE:   ZIP:

☐ Check   ACCOUNT NO:   CHECK NO:

You, the Buyer, may cancel this agreement without any penalty, at any time prior to midnight of the third business day after the date of this transaction. See cancellation notice on reverse side for explanation of this right.

This Program is provided for information only and no guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by the Program, Program Instructors, Trump U, their affiliates or their officers, principals, representatives, agents or employees (collectively, "Principals"). I acknowledge that none of the Principals is engaged in rendering financial, investment, legal, accounting, or other professional services or advice. If such professional advice or other expert services are required, I acknowledge that I should seek the services of a competent professional who can consider my particular circumstances. I acknowledge that none of the Principals is responsible for, and they shall have no liability for, my business success or failure, my acts and omissions, the appropriateness of my business decisions, or my use of or reliance on Program information. Trump U's obligation to start providing services starts when full payment is received.

By signing below, I ("Participant") acknowledge that I have read and agree to the provisions on the front and back of this Enrollment Form.

SIGNATURE: [signature]   DATE: 8/10/08   GUEST SIGNATURE:   DATE:

White Copy: TRUMP U   Pink Copy: CUSTOMER

7.14.08   Trump U   40 Wall Street 32nd Floor New York, NY 10005   P 212-248-1800   F 212-937-3830

Exhibit 1 Page 23

NOTICE OF CANCELLATION

Date: _____

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION WITHIN THREE BUSINESS DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OF SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN BUSINESS DAYS FOLLOWING RECEIPT BY THE MERCHANT OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE MERCHANT AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY IF YOU WISH TO COMPLY WITH THE INSTRUCTIONS OF THE MERCHANT REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE MERCHANT'S EXPENSE AND RISK.

IF YOU DO NOT AGREE TO RETURN THE GOODS TO THE MERCHANT, OR IF THE MERCHANT DOES NOT PICK THEM UP WITHIN TWENTY DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR FAX 212-937-3830, OR SEND A TELEGRAM, TO TRUMP U, 40 WALL STREET, NEW YORK, NY 10005 NOT LATER THAN MIDNIGHT OF _____.

I HEREBY CANCEL THIS TRANSACTION.

DATE: _____

Buyer's Signature
Print Name: _____
Address: _____

Telephone: _____

Advisor: Harris



Event Code: 20080089

## Terms & Conditions

Trump U Programs are provided for training and educational purposes only.

TU does not procure or identify specific real estate deals. You may be exposed to real estate deals at the Retreats, but it is your sole responsibility to evaluate and act on those properties for your personal investment. We do not recommend or guarantee any investment or property.

You acknowledge and agree that TU has not made any express or implied representation or assurance regarding the potential profitability, chances of funding or likelihood of success of any transaction, investment, opportunity or strategy. Further, you agree that TU is not endorsing your project and you shall not represent same to any third-party. Further, TU is not rendering legal or financial advice.

If you choose to pursue a transaction, it is your sole responsibility to seek independent advice from professionals such as Real Estate Agents and Brokers, Appraisers, Lawyers, Accountants, and Mortgage Brokers.

You must be current on payments to attend Retreats.

_____  _____  _____
Signature                   Printed Name  Tarla Makaeff   Date  8-10-08

_____  _____  _____
Guest Signature             Printed Name                Date

Exhibit 1 Page 25