David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant TRUMP UNIVERSITY, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 10 CV 0940 IEG (WVG)<br><br>DECLARATION OF MICHAEL SEXTON IN SUPPORT OF DEFENDANT TRUMP UNIVERSITY, LLC'S MOTION TO DISMISS UNDER RULES 12(b)(6), 9(b), AND 8(a)(2)<br><br>DATE: July 12, 2010<br>TIME: 10:30 a.m. |

I, Michael Sexton, declare:

1. I have been the President of Trump University, LLC since the company began in about 2004. Prior to Trump University, I worked in senior management positions at a number of early stage companies, and prior to that, I spent eight years as a management consultant, including with Accenture's strategic services practice in New York. I have a BA from Tufts University and an MBA from the Tuck School at Dartmouth College. I make this declaration of my own personal knowledge, and if called to testify, I could and would testify competently to the facts stated herein.

2. I am familiar with the contract provided to attendees of Trump University programs, seminars and workshops. The contract includes: (1) a two-sided form with Contact Information, Enrollment and Payment on the front and Notice of Cancellation on the back; and (2) the "Terms and Conditions" sheet. The contract is provided to attendees and signed by them before beginning the Trump University programs, seminars or workshops identified in the contract.

3. I have reviewed Exhibit 1 attached to defendant's Motion to Dismiss. It is a true and correct copy of the contract between Trump University and Tarla Makaeff, including the front page of the contract signed by Ms. Tarla Makaeff on August 10, 2008, the back-side of the contract, and the Terms and Conditions, also signed by Ms. Makaeff on August 10, 2008.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on May 25, 2010, in New York, New York.

_____
Michael Sexton