ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PAULA M. ROACH (254142)
proach@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AMBER L. ECK (177882)
ambere@zhlaw.com
625 West Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/434-0024
619/342-7878 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                Defendants. | No. 10-cv-00940-IEG(WVG)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEARANCE OF PAULA M. ROACH AS COUNSEL OF RECORD |

526261_1

TO: THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE of Paula M. Roach (California Bar No. 254142), as counsel of record for Plaintiff Tarla Makaeff in the above-entitled action. All further notices and copies of pleadings, papers, and other material relevant to this action should also be directed to and served upon:

> Paula M. Roach
> Robbins Geller Rudman & Dowd LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101-3301
> Telephone: 619/231-1058
> 619/231-7423 (fax)
> Email: proach@rgrdlaw.com

DATED: June 3, 2010

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN
PAULA M. ROACH


         s/ Paula M. Roach         
PAULA M. ROACH

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
AMBER L. ECK
625 West Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/434-0024
619/342-7878 (fax)

Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 3, 2010.

    s/ Paula M. Roach
PAULA M. ROACH

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:proach@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-IEG -WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`