```
 1  ROBBINS GELLER RUDMAN
       & DOWD LLP
 2  RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
 3  PAULA M. ROACH (254142)
    proach@rgrdlaw.com
 4  655 West Broadway, Suite 1900
    San Diego, CA  92101
 5  Telephone:  619/231-1058
    619/231-7423 (fax)
 6
    ZELDES & HAEGGQUIST, LLP
 7  AMBER L. ECK (177882)
    ambere@zhlaw.com HELEN I. ZELDES (220051)
 8  helenz@zhlaw.com
    ALREEN HAEGGQUIST (221858)
 9  alreenh@zhlaw.com
    625 West Broadway, Suite 906
10  San Diego, CA  92101
    Telephone:  619/434-0024
11  619/342-7878 (fax)

12  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated, ) ) ) | No. 10-cv-00940-IEG(WVG) |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) ) | JOINT MOTION FOR EXTENSION TO FILE RESPONSE TO COUNTERCLAIM |
| TRUMP UNIVERSITY, LLC, et al., ) ) | |
| Defendants. ) | |

526645_1

Plaintiff/Counter Defendant Tarla Makaeff ("Plaintiff") and Defendant/Counter Claimant Trump University ("Trump University"), through their counsel of record, have agreed, subject to the Court's approval to extend the deadline for Plaintiff's response to the Counterclaim from <u>June 16, 2010</u> to <u>June 30, 2010</u> and seek an Order for the Court granting this extension.

On April 30, 2010, Plaintiff filed a class action complaint against Trump University (Docket No. 1);

On May 26, 2010, Trump University filed a counterclaim against Plaintiff (Docket No. 4) ("Counterclaim");

Good cause exists for the requested extension as the majority of Plaintiff's counsel of record have been and will continue to be out of the country on business until June 19, 2010;

In accordance with the Southern District Local Rules 7.2 and 12.1, Plaintiff and Trump University hereby stipulate and agree:

1. The deadline for Plaintiff to file a response to Defendant's counterclaim shall be extended two weeks, from June 16, 2010 to June 30, 2010.

2. Good cause exists for granting the requested extension.

Nothing set forth within this Stipulation shall be construed as a waiver of any right, claim or defense of the parties hereto.

IT IS SO STIPULATED.

DATED: June 9, 2010

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST


/s/ Amber L. Eck
AMBER L. ECK

625 West Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/434-0024
619/342-7878 (fax)

Attorneys for Plaintiff

1  DATED: June 9, 2010        YUNKER & SCHNEIDER
                              DAVID K. SCHNEIDER

                              _____
                              DAVID K. SCHNEIDER

                              655 West Broadway, Suite 1400
                              San Diego, California 92101
                              Telephone: (619) 233-5500
                              (619) 233-5535 (fax)

                              Attorneys for Defendant

# Mailing Information for a Case 3:10-cv-00940-IEG -WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paula M. Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)