# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 10-CV-00940-IEG(WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COUNTERCLAIM**<br><br>[Doc. No. 8] |

Upon consideration of the Joint Motion for Extension of Time to File Response to Counterclaim, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff/Counter Defendant Tarla Makaeff shall have an extension of two weeks from June 16, 2010 to June 30, 2010 to file a response to the Counterclaim filed in this action.

**IT IS SO ORDERED.**

**DATED: June 14, 2010**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**