# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>                                       Plaintiff,<br><br>    vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                                       Defendants. | CASE NO. 10-CV-00940-IEG(WVG)<br><br>**ORDER DENYING DEFENDANT TRUMP UNIVERSITY, LLC'S MOTION TO DISMISS AS MOOT**<br><br>[Doc. No. 5] |

On May 26, 2010, Defendant Trump University, LLC ("Defendant") filed a motion to dismiss Plaintiff Tarla Makaeff's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 5.) On June 16, 2010, Plaintiff timely filed a First Amended Complaint.[1] (Doc. No. 10.)

Accordingly, the Court DENIES Defendant's motion to dismiss as moot.

**IT IS SO ORDERED.**

DATED: June 17, 2010

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

---

[1] See Fed. R. Civ. P. 15(a)(1) ("A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.").