1   David K. Schneider (CSB 139288)
    YUNKER & SCHNEIDER
2   655 West Broadway, Suite 1400
    San Diego, California 92101
3   Telephone:  (619) 233-5500
    Facsimile:   (619) 233-5535
4   Email:  dks@yslaw.com

5   Attorneys for Defendant TRUMP UNIVERSITY, LLC

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  TARLA MAKAEFF, on Behalf of Herself      )   Case No. 10 CV 0940 IEG (WVG)
    and All Others Similarly Situated,       )
11                                           )
                    Plaintiff,               )
12                                           )   JOINT MOTION FOR EXTENSION TO
    v.                                       )   FILE RESPONSE TO FIRST
13                                           )   AMENDED COMPLAINT
    TRUMP UNIVERSITY, LLC, a New             )
14  York Limited Liability Company, and      )
    DOES 1 through 50, inclusive,            )
15                                           )
                    Defendant.               )
16  _____ )

17          Plaintiffs Tarla Makaeff, Branden Keller, Ed Oberkrom, Patricia Murphy, and Sheri

18  Winkelmann ("Plaintiffs") and Defendant Trump University, LLC ("Trump University"), through

19  their counsel of record, have agreed, subject to the Court's approval, to extend the deadline for

20  Defendant's response to the First Amended Complaint from July 7, 2010, to July 21, 2010, and seek

21  an Order from the Court granting this extension.

22          On April 30, 2010, Plaintiff Makaeff filed a class action complaint against Trump University

23  (Docket No. 1);

24          On May 26, 2010, Trump University filed a Motion to Dismiss Under Rules 12(b)(6), 9(b),

25  and 8(a)(2) (Docket No. 5);

26          On June 16, 2010, Plaintiffs filed a First Amended Complaint (Docket No. 10).

27          Good cause exists for the requested extension as counsel for Trump University will be out of

28  the country until July 1, 2010.

1    In accordance with the Southern District Local Rules 7.2 and 12.1, Plaintiffs and Trump

2  University hereby stipulate and agree:

3    1.    The deadline for Defendant to file a response to Plaintiffs' First Amended Complaint

4  shall be extended two weeks from July 7, 2010 to July 21, 2010.

5    2.    Good cause exists for granting the requested extension.

6    Nothing set forth within this Stipulation shall be construed as a waiver of any right, claim or

7  defense of the parties hereto.

8    IT IS SO STIPULATED.

9

10  Dated:    June 22, 2010            ZELDES & HAEGGQUIST, LLP

11

12                                    By:    _____/s/  Amber L. Eck_____
                                           Attorneys for Plaintiffs
13                                           Email:  ambere@zhlaw.com

14
    Dated:    June 22, 2010            YUNKER & SCHNEIDER
15

16
                                      By:    _____/s/ David K. Schneider_____
17                                           Attorneys for Defendant
                                           TRUMP UNIVERSITY, LLC
18                                           Email:  dks@yslaw.com

19

20

21

22

23

24

25

26

27

28

JOINT MOTION FOR EXTENSION TO FILE RESPONSE TO FIRST AMENDED COMPLAINT