1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                      **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   TARLA MAKAEFF, on Behalf of Herself          CASE NO. 10-CV-00940-IEG(WVG)
     and All Others Similarly Situated,
12
                                   Plaintiff,     **ORDER GRANTING JOINT**
13          vs.                                   **MOTION FOR EXTENSION OF**
                                                  **TIME TO FILE RESPONSE TO**
14                                                **FIRST AMENDED COMPLAINT**

15   TRUMP UNIVERSITY, LLC, et al.,

16                                Defendants.      [Doc. No. 12]

17

18          Good cause appearing, the Court GRANTS the parties' Joint Motion for Extension of Time

19   to File Response to First Amended Complaint.  Defendant/Counterclaimant Trump University,

20   LLC shall file a response to the First Amended Complaint **on or before July 21, 2010**.

21          IT IS SO ORDERED.

22

23   **DATED:  June 23, 2010**

24
                                          _Irma E. Gonzalez_
25                                        **IRMA E. GONZALEZ, Chief Judge**
                                          **United States District Court**
26

27

28