1 | ROBBINS GELLER RUDMAN
  |    & DOWD LLP
2 | RACHEL L. JENSEN (211456)
  | rjensen@rgrdlaw.com
3 | PAULA M. ROACH (254142)
  | proach@rgrdlaw.com
4 | 655 West Broadway, Suite 1900
  | San Diego, CA  92101
5 | Telephone:  619/231-1058
  | 619/231-7423 (fax)
6 |
  | ZELDES & HAEGGQUIST, LLP
7 | AMBER L. ECK (177882)
  | ambere@zhlaw.com
8 | HELEN I. ZELDES (220051)
  | helenz@zhlaw.com
9 | ALREEN HAEGGQUIST (221858)
  | alreenh@zhlaw.com
10| 625 West Broadway, Suite 906
  | San Diego, CA  92101
11| Telephone:  619/342-8000
  | 619/342-7878 (fax)
12|
  | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive, <br><br> Defendants. | No. 10-cv-00940-IEG(WVG) <br><br> CLASS ACTION <br><br> PLAINTIFF/COUNTERDEFENDANT TARLA MAKAEFF'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE DEFENDANT/ COUNTERCLAIMANT TRUMP UNIVERSITY'S COUNTERCLAIM |
| TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, <br><br> Counterclaimant, <br><br> vs. <br><br> TARLA MAKAEFF, and ROES 1 through 10, inclusive, <br><br> Counterdefendants. | DATE: August 2, 2010 <br> TIME: 10:30 a.m. <br> CRTM: 1 <br> JUDGE: Honorable Irma E. Gonzalez |

570618_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on August 2, 2010, or as soon thereafter as the matter may be heard in the above-entitled court, located at 940 Front Street, San Diego, CA 92101, plaintiff/counterdefendant Tarla Makaeff by and through her attorneys, will, and hereby does, move the Court for an order granting her special motion to strike Trump University's counterclaim.

This special motion to strike is brought pursuant to California Code of Civil Procedure §425.16, on the grounds that Ms. Makaeff's statements are protected speech made in a public forum concerning a matter of public concern about a public figure and were made prior to litigation concerning issues now being litigated. Additionally, Trump University cannot meet its burden of showing a likelihood of success on its defamation per se claim.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Tarla Makaeff, and upon such other and further evidence and argument as may be presented to the Court at the time of the hearing.

DATED: June 30, 2010                    ZELDES & HAEGGQUIST, LLP
                                        AMBER L. ECK
                                        HELEN I. ZELDES
                                        ALREEN HAEGGQUIST


                                            s/ Amber L. Eck
                                        AMBER L. ECK

                                        625 West Broadway, Suite 906
                                        San Diego, CA  92101
                                        Telephone:  619/342-8000
                                        619/342-7878 (fax)

                                        ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                        RACHEL L. JENSEN
                                        PAULA M. ROACH
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        Attorneys for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2010.

    s/ Amber L. Eck
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 West Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

E-mail:ambere@zhlaw.com

570618_1

10-cv-00940-IEG(WVG)

## Mailing Information for a Case 3:10-cv-00940-IEG -WVG

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paula M. Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)