1 | ROBBINS GELLER RUDMAN
     & DOWD LLP
2 | RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
3 | PAULA M. ROACH (254142)
    proach@rgrdlaw.com
4 | 655 West Broadway, Suite 1900
    San Diego, CA 92101
5 | Telephone: 619/231-1058
    619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 West Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 10-cv-00940-IEG(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF TARLA MAKAEFF IN SUPPORT OF SPECIAL MOTION TO STRIKE DEFENDANT/ COUNTERCLAIMANT TRUMP UNIVERSITY'S COUNTERCLAIM PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE §425.16 |
| TRUMP UNIVERSITY, LLC, a New York Limited Liability Company,<br><br>Counterclaimant,<br><br>vs.<br><br>TARLA MAKAEFF, and ROES 1 through 10, inclusive,<br><br>Counterdefendants. | DATE: August 2, 2010<br>TIME: 10:30 a.m.<br>CRTM: 1<br>JUDGE: Honorable Irma E. Gonzalez |

570471_1

I, Tarla Makaeff, declare as follows:

1. I am one of the Plaintiffs in the above-captioned case. The initial complaint in this action was filed on April 30, 2010, and the amended complaint was filed June 16, 2010. I submit this declaration in support of my Special Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim Pursuant to California Code of Civil Procedure §425.16 ("Anti-SLAPP Motion"). The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2. I understand that Trump University has brought a counterclaim against me for defamation per se. In reviewing the allegations in the counterclaim, I do not believe I made and do not recall making all the vaguely-referenced statements attributed to me by Trump University. I would need more information or copies of my letters to fully address each statement I am alleged to have made.

3. The statements that I recall making about Trump University consisted of the following: (1) letters to certain governmental agencies, including the Attorney General of New York, the Federal Trade Commission, Federal Bureau of Investigation, New York State Board of Education, New York Bureau of Consumer Protection, New York District Attorney Special Prosecutors Bureau and the New York Better Business Bureau about my opinion that Trump University did not provide the services promised in its real estate investing seminars, products and mentorships; (2) letters to my bank and the dispute departments of my credit card companies, disputing and requesting reversal of Trump University charges on my credit and debit cards; and (3) an anonymous posting on an internet consumer message board to inform other consumers of my opinion that Trump University did not deliver what it promised.

4. Each of the statements I made about Trump University were statements of my opinion of Trump University's practices in its seminars and products reflecting my personal experience with Trump University.

5. I did not make any statements about Trump University that I knew were false, nor did I have serious doubts about the truthfulness of any of the statements I made about Trump University.

TM 6/30/10

     6.     At the time I made each statement about Trump University, I believed the statement to be true, and in fact still believe that the opinions and statements I expressed are true.

     7.     Before complaining to governmental agencies or online, I first requested a refund from Trump University on several occasions, but it refused to give me a refund. Thereafter, in an attempt to get my money back from Trump University, I lodged complaints with my bank and credit card companies, then the Better Business Bureau and other governmental agencies in an effort to get them to intercede on my behalf. I also posted my opinion of Trump University anonymously on a consumer message board to alert other consumers of my opinions and experience with Trump University.

     8.     When none of this was successful in getting Trump University to refund my money, I consulted with attorneys and ultimately filed this class action lawsuit.

I declare under penalty of perjury under the laws of the State of California that to the best of my knowledge the foregoing is true and correct. Executed this 30th of June, 2010, at Corona del Mar, CA.

_____
TARLA MAKAEFF

TM 6/30/10

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 30, 2010.

    s/ Amber L. Eck
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 West Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

E-mail:ambere@zhlaw.com

## Mailing Information for a Case 3:10-cv-00940-IEG -WVG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paula M. Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`