1 | David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
2 | 655 West Broadway, Suite 1400
San Diego, California 92101
3 | Telephone: (619) 233-5500
Facsimile: (619) 233-5535
4 | Email: dks@yslaw.com

5 | Attorneys for Defendant TRUMP UNIVERSITY, LLC

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10 | TARLA MAKAEFF, on Behalf of Herself
and All Others Similarly Situated,   )   Case No. 10 CV 0940 IEG (WVG)
11 |                                      )
                   Plaintiff,           )   DECLARATION OF MICHAEL
12 |                                      )   SEXTON IN OPPOSITION TO
       v.                               )   PLAINTIFF'S MOTION TO STRIKE
13 |                                      )   DEFENDANT'S COUNTERCLAIM
       TRUMP UNIVERSITY, LLC, a New     )
14 | York Limited Liability Company, and  )
       DOES 1 through 50, inclusive,     )   DATE:  8/2/10
15 |                                      )   TIME:  10:30 A.M.
                   Defendant.           )   CRTM:  1
16 |                                      )   JUDGE: HON. IRMA E. GONZALEZ

17 | AND ALL RELATED CROSS-ACTIONS.      )
                                         )
18

19 |        I, Michael Sexton, declare:

20 |        1.       I have been the President of Trump University, LLC ("Trump University") since the

21 | company began in about 2004. Prior to Trump University, I worked in senior management positions

22 | at a number of early stage companies; and prior to that, I spent eight years as a management

23 | consultant, including with Accenture's strategic services practice in New York. I have a Bachelor of

24 | Arts degree from Tufts University and a Masters of Business Administration degree from the Tuck

25 | School at Dartmouth College. I make this declaration of my own personal knowledge, and if called

26 | to testify, I could and would testify competently to the facts stated herein.

27 |        2.       Trump University is a small, private company with 39 employees. At times, it hires

28 | independent contractors. Trump University currently utilizes about 35 independent contractors. I

1   am familiar with the business practices and procedures of Trump University, including the day-to-

2   day operations and financial condition of the company.  I am also familiar with the instructional

3   workshops, mentorships and other forms of field training.  I am in frequent contact with the Trump

4   University instructors, employees, and independent contractors who provide services for Trump

5   University and teach Trump University programs and workshops.  I am familiar with claims,

6   complaints or refund requests made to Trump University and oversee any investigation of these by

7   Trump University as well.

8          3.       Trump University offers training, instruction, mentoring and other support for people

9   interested in learning about real estate and financial investment.  Trump University faculty includes

10  successful entrepreneurs, and scholars from leading colleges and universities.  Trump University

11  does not promise specific results, profits or wealth of its attendees — all of whom have varying

12  abilities, experience, expectations, resources, educational levels, market conditions, local properties

13  and competition to work with.  Trump University offers a 3-day cancellation (money-back

14  guarantee) to attendees of its programs.  To obtain a refund, attendees must simply sign the "Notice

15  of Cancellation" form provided to attendees as part of the contract within three days of their

16  enrollment in the program.

17         4.       Of all Trump University attendees who have responded to written surveys, over 95%

18  rated the programs, seminars and workshops as "excellent" in quality, relevance and usefulness.

19  Furthermore, over 99% who responded to written surveys stated that they would attend another

20  Trump University program and would recommend that others do so as well.

21         5.       On August 8, 2008, Makaeff attended a three-day program entitled "Fast Track to

22  Foreclosure Workshop."  At the end of the workshop, Makaeff signed up for the Trump University

23  "Trump Gold Elite Program" which entitled Makaeff to attend four three-day advanced training

24  workshops free of charge over the next year, receive training publications, software and other

25  materials, get a three-day mentoring session in the field from a qualified mentor and have her

26  business incorporated.  Makaeff accepted and utilized every one of those benefits.

27         6.       On September 26, 2008, Makaeff began her three-day "in-field mentorship."  At the

28  conclusion of that program, she filled out a "Field Mentor Evaluation Form" in which she described

DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S COUNTERCLAIM

1   her experience as "amazing," rated her mentor as "excellent," and rated every other one of the ten

2   facets of the program as "excellent" as well.

3       7.      On October 24, 2008, plaintiff began her three-day "Wealth Preservation Asset

4   Protection Retreat." At the conclusion of that program, she filled out a rating sheet with "excellent"

5   marks for all four facets of the program, indicated that she would attend and recommend more

6   Trump University seminars, and indicated she wanted to be contacted about upcoming programs and

7   special events offered by the company.

8       8.      On October 31, 2008, Ms. Makaeff began her three-day "Creative Financing Real

9   Estate Workshop." At the conclusion of that program, she filled out a rating sheet with "excellent"

10  marks for all five facets of the program, indicating that she would attend and recommend more

11  Trump University seminars, and indicating that "nothing could be improved."

12      9.      On January 23, 2009, Ms. Makaeff began her three-day "Commercial and Multi-

13  Family Retreat." Ms. Makaeff fully participated in the program and provided no negative comments

14  about her experience.

15      10.     On February 6, 2009, Ms. Makaeff began her three-day "Quick Turn Real Estate

16  Retreat." Ms. Makaeff fully participated and provided no negative comments about her experience.

17      11.     In April 2009, after completing the initial 3-day program and then five more

18  programs and workshops, and after seven months in the "Trump Gold Elite" program, and after

19  providing glowing written reviews, Ms. Makaeff wrote to Trump University stating that she was

20  having significant personal financial difficulties and found herself in a "precarious financial

21  position." She demanded a full refund. At no time did Ms. Makaeff seek to cancel her contract

22  during the 3-day money-back cancellation period nor did she ever sign and return the "Notice of

23  Cancellation" during the three day period, or anytime thereafter.

24      12.     Trump University explained to Ms. Makaeff that it could not refund her money after

25  she had already participated in every program and received the information, skill set and mentoring

26  she paid for. Nevertheless, as a showing of good faith, Trump University offered, and Ms. Makaeff

27  accepted, additional free coaching services on April 21, 2009, May 12, 2009, and June 30, 2009,

28  ///

Case No. 10 CV 0940 IEG (WVG)
DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S COUNTERCLAIM

1  and Ms. Makaeff also had at least 15 telephone conferences and email exchanges with yet another

2  coach.

3      13.    During this mentoring, I am informed that Ms. Makaeff joined with another student

4  who had considerable more real estate experience, namely Robert Vargas.  Together they invested in

5  a Las Vegas REO property for renovation and re-sale.  On June 13, 2009, Ms. Makaeff attended a

6  Trump University program entitled "Wealth Summit."  At the conclusion of that program,

7  Ms. Makaeff provided a videotape testimonial praising her coach and Trump University.

8      14.    After completing the last of all of these programs, Ms. Makaeff suddenly turned on

9  Trump University apparently because her personal financial situation had deteriorated to the point

10  that she became desperate for cash.

11      15.    Beginning in at least early as September 10, 2009, Makaeff began publishing

12  defamatory statements to known third parties in letters, including the Better Business Bureau and her

13  bank, and unknown third parties on the Internet.  I have read and reviewed her statements, including

14  but not limited to the following: (a) Trump University engaged in "fraudulent business practices;"

15  (b) Trump University engaged in "deceptive business practices;" (c) Trump University engaged in

16  "illegal predatory high pressure tactics;" (d) Trump University's "business practices are criminal;"

17  (e) Trump University engaged in a "clear practice of personal financial information fraud;" (f) Trump

18  University engaged in "illegal bait and switch;" (g) Trump University engaged in a "brainwashing

19  scheme;" (h) Trump University engaged in "outright fraud;" (i) Trump University engaged in "grand

20  larceny;" (j) Trump University engaged in "identity theft;" (k) Trump University engaged in

21  "unsolicited taking of personal credit and trickery into opening credit cards without approval;" (l)

22  Trump University engaged in "fraudulent business practices utilized for illegal material gain;" (m)

23  Trump University engaged in "felonious teachings;" (n) Trump University's teachings "are outright

24  criminal;" (o) Trump University engaged in "neurolinguistic programming and high pressure sales

25  tactics based on the psychology of scarcity;" (p) Trump University engaged in "unethical tactics;"

26  and (q) Trump University engaged in "gargantuan amount of misleading, fraudulent, and predatory

27  behavior," among other statements.

28  ///

                                   Case No. 10 CV 0940 IEG (WVG)
DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S COUNTERCLAIM

16.     On or about November 2, 2009, Makaeff continued her campaign to malign and defame Trump University by repeating her defamatory statements above and adding additional ones. I have read and reviewed her statements which include but are not limited to: (a) Trump University engaged in "blatant lies" when it represented that it provided "mentoring and coaching sessions"; (b) Trump University engaged in "fraudulent misleading tactics"; and (c) Trump University used "brainwashing tactics" to "manipulate everyone" to lie about their training and experiences. True and correct copies of a couple of Ms. Makaeff's letters with these defamatory statements are attached hereto as Exhibit A.

17.     I have reviewed and researched the claims made by Ms. Makaeff in this matter and am familiar with the defamatory statements she has made about Trump University. Ms. Makaeff's statements are false. For example, I am not aware of any instance where a Trump University employee, contractor or representative opened credit cards in the names of students without permission. Trump University's policy and practice requires attendees to provide authorization to charge their credit cards, and that is the practice Trump University followed.

18.     I am not aware of any instances when Trump University took personal credit by trickery or in any other improper or unauthorized manner. In fact, Trump University does not obtain credit information on attendees from any third party source or illegally. It obtains it only with specific authorization from attendees. Ms. Makaeff's statement is false.

19.     Similarly, Trump University does not engage in "neurolinguistic brainwashing" or any other type of "brainwashing." Trump University provides educational seminars, workshops and mentoring. Trump University has never engaged in illegal bait and switch tactics. Trump University has never stolen the identity of an attendee or engaged in "identity theft." Trump University has never been charged or cited for any criminal activity, including the types of claims and illegal conduct alleged by Ms. Makaeff. Ms. Makaeff's statements are false.

20.     Trump University's business as a provider of courses concerning real estate investment is dependent upon the company's excellent reputation of providing unique, hands-on, useful information and training to its attendees. Consequently, false and intentional defamation of that reputation, whether the defamation is carried out openly, or anonymously, is particularly

Case No. 10 CV 0940 IEG (WVG)
DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S COUNTERCLAIM

1  harmful to Trump University and has resulted in significant harm and financial loss to the company
2  by unfairly and wrongly diminishing the public perception of its reputation, integrity and credibility.
3      21.    As a result of Makaeff's defamatory statements, Trump University's business has
4  been adversely affected.  Beginning in September of 2009, Trump University's business began a
5  sharp and sustained decline in both revenue and overall profitability.  Monthly revenues declined
6  more than 30% beginning after September 2009.  In weekly conversations with members of the field
7  team, the constant feedback has been that negative comments on the internet by Ms. Makaeff and
8  others have been the key driver of this decline.  Attendees and prospective attendees have
9  specifically cited those statements.
10     22.    Since Fall 2009, and continuing to the present, Trump University has incurred
11 significant costs to address the numerous defamatory statements Ms. Makaeff has made about
12 Trump University to third parties such as the Better Business Bureau, financial institutions and on
13 the Internet.  These costs include significant employee time and expense to research and respond as
14 well as lost business and lost productivity.  In addition, the ongoing cost to Trump University to
15 address Ms. Makaeff's comments with attendees and prospective attendees has been significant.
16 Our sales and instructional teams have spent hundreds of hours overcoming negative perceptions
17 created by Ms. Makaeff's defamatory statements and others.
18     23.    I am aware that Patricia Murphy recently joined as a plaintiff in Ms. Makaeff's suit
19 apparently seeking a refund for money she alleges that she paid to Trump University LLC for
20 products and seminars.  Trump University has researched its records and database and it has no
21 record of a Patricia Murphy ever contracting with, paying for or attending any Trump University
22 LLC program.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

24.     I am aware that Brandon Keller recently joined as a plaintiff in Ms. Makaeff's suit apparently seeking a refund for a three-day program he attended in San Diego.  The allegations suggest that he was not satisfied with the program or Trump University.  However, after joining the lawsuit, Mr. Keller has continued to attend and participate in Trump University programs and has indicated, in writing, that he wishes to participate in additional future Trump University programs.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on July 19, 2010, in New York, New York.

Michael Sexton

Case No. 10 CV 0940 IEG (WVG)
DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE
DEFENDANT'S COUNTERCLAIM

# EXHIBIT A

11/06/2009 14:21 FAX  1 518 405 5002          EPS                                    ☑ 005/022

Tarla Makaeff

Enabling Support #1
Received

OCT 0 6 2009

September 10, 2009

Debit Dispute Department
Bank of America
P.O. Box 53137
Phoenix, AZ 85072-9317

Cc: Fax:
Cc: Mail

Claim no: 3705322SEP09

Re: Account Number                    S074

To whom it may concern:

I am writing to dispute the following and would like to request that a fraud claim be
filed:

- An 8/12/2008 debit of $5,000 to Trump University for partial payment for real
  estate investing mentoring and courses
- A 9/2/2008 debit of $100 to Trump University for partial payment for real estate
  investing mentoring and courses
- A 11/3/2008 debit of $4,995 to Profit Publishing Group (part of the Childers
  Financial Group...JJ Childers...one of Trump University's endorsed attorneys) for
  attorney services for the formation of four entities (corporations, LLC's, and
  trusts)

I am contesting this charge because Trump University and Profit Publishing Group
claimed it would deliver services of real estate investment instruction and legal entity
creation to me that it hasn't, and it is engaging in fraudulent business practices.

The complaint here is of deceptive business practices, illegal predatory high pressure
closing tactics, enrolling students for new credit cards they cannot afford for "real
estate" transactions then coercing the students to pay for the $34,995 Trump University
mentorship and courses as well as the $4,995-$9,995 Profit Publishing Group entity

EXHIBIT  A  PAGE  8

creation package through debits or immediately with the cards as this is "good at this seminar only (with no) rainchecks" and other hard closing tactics. These business practices are criminal in nature as they fall under the Fraud statutes of all states and the Federal government so the indemnification on any Trump University / Profit Publishing Group documentation is NULL, VOID and NOT LEGALLY ENFORCEABLE making any companies associated with Trump University, Profit Publishing Group, or any other related Company in any way liable for both civil and criminal prosecution.

The first instance of this fraud took place at the first event I ever attended in August 2008 which is a $1,500 preview of the Trump University program. The Trump speaker and representatives instruct you to call your credit card company on the lunch break to raise your credit card limit in order to have funds, they say, to use for real estate transactions. Then once your credit card limit is raised by the end of the 2-3 day course, they hit you with a $34,995 enrollment fee and pressure you to use the credit raise you just received with high-pressure sales tactics and "one time limited offers." I utilized part of this credit card limit raise with other banks for other portions of the payments before I discovered these deceptive practices. This is FRAUD as it is illegal to bait and switch with the use of a consumer's personal financial data without a license or necessary disclosure, for purposes other than stated in a high pressure, sales environment where I was sold something completely different from what I was told. Instead of buying Real Estate, I was sold a bunch of lies. They do this by convincing you that you will make back what this same amount in your first real estate transaction thus indirectly paying for the course and breaking even. This has not happened with me or any of the other unsatisfied students I personally know.

Above and beyond this deceptive practice, they also instruct you to create your personal financial statement and then have you meet with a Trump advisor during the course who then reviews your statement with you to help you see how you can allot your funds to real estate transactions, they say. But in fact, I have now learned that they utilize this additional information to see your financial status and ability to pour more and more money into the courses which is necessary as answers are never fully given and more and more programs are sold at each course to maximize Trump University's profits. This is another clear practice of personal financial information fraud as information cannot be collected in order to manipulate and coerce consumers into making unnecessary business transactions.

The second instance of this took place in November 2008 with Profit Publishing Group who I met in the Trump University "In the Wealth Preservation: Asset Protection Retreat." I hired them to create four entities for my real estate and personal businesses. All of the legal work provided for me was deemed to be extremely rudimentary, and unacceptable with unusable corporate entities for my or any reasonable company's long term viability. My corporate address for one of the entities was even listed as their own in Little Rock! I could have paid one-third the price to use an online service, and I only purchased based on their assurance that I would receive services far superior to an

EXHIBIT __A__ PAGE __9__

online service such as Legalzoom.com. Upon further evidence, I found several CPA's, related to Trump, Childers Finley, P.A., Childers Financial Group, Real Estate Companies and a number of other individuals who by law should not share the same address. In addition, I was lied to recently regarding their knowledge of anything CA Corporate related as their secretary who handled 2 of the 4 entities (with 2 still unused and remaining) admitted to not even knowing how to efile docs. They failed to perform their fiduciary responsibility to me as their legal client and overbilled me to boot for work that will cost me another $5,000 to repair. Mysteriously, their main web site has disappeared off the internet, and they are virtually impossible to locate in corporate records although I eventually located them. I'm sure I am only one of many complaints which I intend to report to the Arkansas Bar Association, Nevada Bar Association, and the American Bar Association as well as the Department of Justice. I can only liken it to a brainwashing scheme that is so powerfully convincing initially that you do not realize you are being severely taken advantage of until after you have completed the mentorships, attended all courses, and paid for the entity creation only to find that true answers that are promised to be revealed and services that are promised to be rendered at later courses and dates are never finally given, requiring more and more spending.

I want to make you aware that the HSBC bank has separated (March 17, 2009) from any relation with any Trump University, Trump Institute, Trump subsidiaries such as Prosper Inc., and any party related to the aforementioned companies because of cases such as mine in which the aforementioned companies participated in the dispersal of my personal financial information and opening of credit between a multitude of entities including banks regulated by the FDIC. This type of fraudulent sales techniques are governed by state and federal protection consumers such as me against this outright Fraud, Grand Larceny, and Identify Theft by Trump University / Profit Publishing Group.

Please immediately refund my money as Trump University / Profit Publishing Group have you begging for inclusion into their program because the "they must choose you" scarcity sales tactic is used. This is all designed to make you feel once you are selected that you are one of the few chosen ones and so unbelievably fortunate. Then once I was approved, Trump University representatives also made sure to tell me that I would recoup the debt through the $30,000+ in my first deal which is sure to come in the next few months in my first deal. And the Profit Publishing Group even went as far to say their attorneys and CPA's could provide the most high-level and experienced formation of entities especially for real estate in the country and how imperative it was that we protect our assets! An ironic statement as they were in the midst of stealing them. These types of legal real estate transactions they were suggesting simply do not exist through any legal DRE regulated transaction and are illegal, which I later found out after consulting with a real estate and criminal attorney.

I was tricked into signing up for this with my information was taken under high pressure sales tactics clearly in violation of State and Federal Statutes protecting consumers from

EXHIBIT  A  PAGE  10

high pressure sales tactics, bait and switch, unsolicited taking of personal credit and trickery into opening credit cards without MY approval or understanding.

I am very pleased that HSBC has ceased doing business with Trump Institute / Prosper Inc. and are returning clients' funds to them as I think the HSBC bank legal department has seen the Fraudulent business practices utilized for illegal material gain by Trump Institute/Prosper Learning et al. As I'm sure your bank is aware, HSBC and other Credit Card Issuers and Banks are currently refunding any and all charges related to the Trump University and its subsidiaries as there are class action suits being initiated and substantiated proof of Fraudulent sales practices that could potentially put the aforementioned financial institutions at risk of being included in any State or Federal legal action.  I know Bank of America will follow suit as the case is clear that refunding the attached charges is the only solution to this problem.

In light of this, I am contacting the Better Business Bureau (BBB), the Federal Trade Commission (FTC) Bureau of Consumer Protection and the FDIC as well as posting the facts of my highly negative experience on a wide array of Internet sites to ensure that this organization at some point is stopped from defrauding others with its predatory behavior. I am also contacting the media to give them a statement of facts so that they can expose this scam and am willing to go to whatever lengths necessary to obtain my money back including taking legal action at the state and federal levels for this crime that has been committed to thousands of students nationwide who have been preyed on and victimized as I know I am one of many.

For this reason and because of my years of loyal patronage to your bank, I know that you will see to it that my illegally obtained funds are returned immediately and perhaps you can help put an end to this type of business. In turn, I will not include Bank of America in this action and thank you for your assistance in this matter upon receipt of this fax.

Following you will find pages of evidence in support of my dispute.

Thank you for refunding me at the earliest date possible as this Fraud has put me in great financial duress and I imagine Bank of America would want to immediately refund clients as I'm sure the bank (we will give the benefit of the doubt) will not want to be drawn into the ramifications resulting from the debacle described above.

Sincerely,

Tarla Makaeff

My original letter to you is above.

In addition, in response to your recent call requesting more information, I will address the following points in more detail:

TRUMP UNIVERSITY

WHY I AM NOT SATISFIED AND WHAT WAS PROMISED VERSUS PROVIDED WITH
TRUMP UNIVERSITY

On August 10, 2008, I attended a $1,500 Trump University Fast Track to Foreclosure Training retreat where instead of learning any full-fledged real estate techniques, I was introduced to the $34,995 Trump University mentorship and program in the final hours. I reluctantly purchased due to James Harris' convincing pitch of guaranteed success should his tactics be implicitly followed as well as Tiffany Brinkman's high pressured sales techniques and guarantee that my first deal would earn me in the ballpark of the $34,995 expenditure so as to immediately pay off my Trump University debt, thus leaving only profits for the future. A few days after I left this seminar, I didn't have a good feeling and I called Ms. Brinkman regarding her promise of return on the $34,995 and what I would learn on my mentorship, and her story immediately changed. Now, she said that she never promised anything and to read the fine print on the pink contract I signed. In fact, her constant emails showed her concern was undoubtedly more focused on collecting every last dollar of the $34,995 rather than addressing my needs. What customer service for such a large expenditure. This type of behavior just continued through every experience I had.

Immediately on the day of signing up for their $34,995 program, Mr. Harris further went on to tell me personally that he would now be available by phone and e-mail to me and soon emailed me "we can do a ton together" and then I never heard from him again. At the event, he also publicly announced to the signed up group that deals would now be coming our way via e-mail, and e-mailed "these are starting to POUR IN NOW" referring to a Houston deal. Only one deal ever came, and it was outside of Trump University's guidelines as Mike Kasper, a partner to mentor Rick McNally, referred a deal he would financially benefit from and I would only earn $40/month positive cash flow from, known as the Fountainview Duplexes in Houston, which clearly represents a conflict of interest and an investment not in my best interest. I have also heard at least two other student complaints about being lied to about the condition of the property and had their own representative, Stephen Gilpin, tell me to never accept anything below $100/month positive cash flow.

Beginning August 2008, I began a series of phone calls and email correspondence for my mentorship with Rick McNally and Mike Kasper. Mr. McNally claimed he was worth $14 million to which I cannot speak. However, Mr. Kasper claimed he was worth over $125 million with his Streamline Tower project in Las Vegas which had all along been on the

ʻoad to bankruptcy with dissatisfied buyers going to federal court and the Streamline partners refusing to refund deposits. I don't think this is the image Trump University would want to portray for success in real estate and so it is surprising that mentors who taught me would find themselves in such negative positions, much less lying about their financial worth to create an inaccurate picture. During my 3-day mentorship, we spent 2 days looking at properties, a half day at Home Depot and lunch, the last hour or so on numbers, and nothing on contracts. I could easily have gotten a free education from a real estate agent, Home Depot employee, and a $25 book on real estate contracts without the $25,000 price tag that is associated with this. After the mentorship, Mr. McNally and Mr. Kasper disappeared other than a couple of short 2 minute phone calls while they were on other mentorships. This is in complete opposition to what I was promised: an ongoing mentor who I would have access to for up to a year.

The five "retreats" were no better. There was an overwhelming amount of broad information but nothing substantial enough to implement. Rather, there were more up sells at the end of each course, encouraging students to spend additional monies above and beyond the $34,995 plus the variable APR finance charges, interest fees, and late fees. In the *Wealth Preservation: Asset Protection* Retreat, little was done other than to pitch the services of J.J. Childers and the Childers Financial Group who could create this asset protection for you with a $5,000-$10,000 package. In the *Quick Turn: Wholesale/Lease Option* Retreat Steve Goff taught who according to the *LA Times* has gone through "bankruptcy, two divorces and had his own home foreclosed upon" yet I am supposed to learn from his success? In the *Creative Financing* Retreat, Tim Gorsline made grand statements of a $1 million RV he bought with his $50 million net worth and then promised to help me as I had not been helped adequately in my mentorship. He then disappeared. I have verbal and written confirmation of this occurrence as well as numerous online testimonies against him doing the same thing to other students. In the *Commercial and Multifamily* Retreat, there was such discord with the information that George Fuchs taught that a new class was offered with a new teacher as well as a "web series follow-up" according to Jason Schauer due to "popular demand." I did not sign up at $5,000 per course to be pitched other products, not helped, and receive little useful, and vague at best, information, then requiring more and more hours of study for no benefit. These retreats were more like infomercials.

Meanwhile, I let Jason Schauer from their corporate office know that I was dissatisfied with my mentorship and he arranged several phone calls with Stephen Gilpin which did not nearly cover all of the missing components of my mentorship such as the contracts. To this end, I attempted to have Paul Reisner also from their corporate office right the wrong by sending a different mentor to my home. I suggested Troy Peterson to which Mr. Reisner offered some calls but no additional in person help, and, who further told me that there were no other unhappy students which I know for a fact is a blatant lie. There is rampant dissatisfaction amongst their students at the seminar. But nonetheless, Mr. Reisner had to tell me that I wasn't working hard enough to make money, which apparently is a frequent line used from their staff according to online

complaints, and something which could not be further from the truth. Mr. Reisner did his best though to use reverse psychology and place all of the blame on me, someone who is educated and has earned 6 figures on her own in the past. Mr. Reisner very well knows it is virtually impossible to work out numbers and contracts via phone calls but despite my efforts to work with him and even speak to Brad Schneider further after sending him a lengthy email detailing all of my concerns, I was left with the phone calls and no ability at a refund, although I am very aware of students receiving new in person help or refunds. I am no less deserving of such assistance. I still, to this date, after a $34,995 expenditure have little understanding of all of the contracts necessary to perform the more complex real estate deals, a very integral part to this business.

I further learned after a couple of calls from Mr. Peterson himself that he had been homeless and bankrupt once I probed a little further. Again, it is quite disturbing to be told that I am not working hard enough when apparently their own experts have gone under financially yet keep touting how easy it is to be successful in real estate.

Furthermore, I did try my hand at real estate investing per Mr. Reisner's suggestions, only to be led down another path of questionable business practices where mentor Tad Lignell introduced me to the supposed billion dollar real estate agent, Noah Herrera, of Las Vegas, only to be misquoted comps for a property I purchased at a significant price difference, rendering the deal unprofitable and placing my investment in jeopardy. This represents another conflict of interest as Mr. Lignell is pushing specific business that is putting students at risk. At this junction, their organization becomes liable for their representatives' actions with their students, penetrating their legal disclaimers.

The fact is they have many unhappy students and this is documented by their own representatives including Jason Schauer who invited me to their *Wealth Summit* seminar a couple of months ago because, according to them, their existing California students needed more information to close the gap. However, the event ended up being the exact opposite and just another venue to sell four more courses each valued at $495 – $1,995. I also have verbal and written evidence indicating the level of discontent from their other 99.9% of students. I would venture to guess for every 1 successful student, they have hundreds who would attest to their dissatisfaction based on all of the evidence I have gathered with much discussed interest of students in wanting to pursue as significant legal action as class action lawsuits. This speaks volumes. In fact, bulletin boards on the Internet are so prevalent with rip off reports about Trump University and stacks of evidence that I have presented during my initial contact for your review.

In any case, during all of this time I did my best to comply with every Trump University representatives' suggestions and try every possible direction, and, unknowingly, from the beginning I bought into the pumped up rally type mentality and groupthink conditioning/brainwashing at their retreats because I expected the best from the Trump name and could not imagine anything less. I even went above and beyond and paid the Trump Institute additional funds to try to seek more assistance as I wasn't getting any

from Trump University. I imagined I would at least have the blanks filled in but I
experienced more inept behavior from their sister company.

I am completely dismayed at the lack of customer service I have experienced and lack of
knowledge I have received for the $34,995 plus the variable APR finance charges,
interest fees, and late fees investment and numerous promises. Because of their failure
to deliver what their program promised, I was unable to earn any income as I do not
have the knowledge that was guaranteed. In addition, the legality of some of the
transactions and techniques their Company teaches are far from ethical. This includes
posting bandit signs which is considered a misdemeanor that involves jail time. This,
along with other felonious teachings, are outright criminal. This entire involvement with
this "university" has resulted in me, losing a significant investment I made with Trump
University, as well as the other fees that come with operating a new business, and most
importantly a significant amount of time lost that cannot be regained--time that could
have been devoted to my other legitimate businesses and would have, had I known they
would not deliver on teaching the promised tactics.

Since the beginning of their program, I have concluded that Trump University
representatives misled me consistently, and did not provide what I signed up for. I have
come to the additional conclusion that neurolinguistic programming and high pressure
sales tactics based on the psychology of scarcity are used by their representatives to get
observers to become participants in their program. This included instruction by Mr.
Harris to raise their credit limit for real estate transactions only to then tell the
attendants to use that same credit limit to purchase their program as well as having
representatives review attendants' financial statements to assess their investment
capabilities, for the Trump University program, of course. These practices may fall
under statutes of state and federal deceptive sales practices. These are unethical tactics
designed to get a large investment from the prospects most guaranteed to be able to
pay for their program and then not teach anything of validity, instead consistently trying
to get students to purchase more and more at each event. Furthermore, their legal
disclaimers do not provide them the leeway to utilize unfair and deceptive business
practices at their gain and their students' peril--students who place their trust in them at
a costly price. It is a highly irresponsible and unlawful on your part as well as extremely
deceptive, and I have evidence from a former Trump University employee who could no
longer work for their organization in good conscience. My final conclusion based on
discussions with counsel is that there was a gargantuan amount of misleading,
fraudulent, and predatory behavior taking place that suggests legal cause for action.

The complaint here is of deceptive business practices, illegal predatory high pressure
closing tactics, demanding students raise credit limits and enroll for new credit cards for
"real estate" transactions then coercing the students to pay for the $34,995 plus the
variable APR finance charges, interest fees, and late fees courses with the cards as the
"course prices will go up or will not be offered in the future" and other hard closing
tactics. These business practices are criminal in nature as they fall under the fraud

statutes of all states and the federal government so the indemnification on any Trump documentation is null and void making the Mentors, Officers, Directors, Speakers, Sales People or any other persons associated with Trump University, Trump Institute or any other related person in any way, liable for both civil and criminal prosecution.

**DETAILS AND DATES OF EACH CONTACT MADE WITH TRUMP UNIVERSITY AND THEIR RESPONSE AS WELL AS ATTEMPTS TO RESOLVE THESE DISPUTES**

**As mentioned above in detail...**

**Around August 12, 2008 (2 days after signing up)** - A few days after I left this seminar, I didn't have a good feeling and I called Ms. Brinkman regarding her promise of return on the $34,995 and what I would learn on my mentorship, and her story immediately changed. Now, she said that she never promised anything and to read the fine print on the pink contract I signed. In fact, her constant emails showed her concern was undoubtedly more focused on collecting every last dollar of the $34,995 rather than addressing my needs. I have all of these e-mails.

**On September 29, 2008 (1 day after my 3-day mentorship ended)** – I spoke with Jason Schauer on the phone asking more questions because I didn't feel I received all of the knowledge I needed. This is documented via e-mail.

**November 2, 2008 – November 10, 2008 (Last day after the *Creative Financing* retreat)** – I expressed my gratitude to Tim Gorsline, the instructor of *Creative Financing*, as he had promised to help me since my mentors from the 3-day mentorship didn't as I complained to him. Then, after 1 week of exchanging emails with no useful information, which I have copies of, he disappeared. I have since found rip off reports of him on the Internet.

**Around November 7, 2008 (40 days after my 3-day mentorship and after trying to see if the *Wealth Preservation / Asset Protection* and *Creative Financing* retreats would help and they didn't clear up missing information from the mentorship with another $5,000-$10,000 package being pitched and another instructor, Tim Gorsline, who I have found tip off reports on, running out on his promise to help me)** - I let Jason Schauer from their corporate office know that I was dissatisfied with my mentorship and he arranged several phone calls with Stephen Gilpin which did not nearly cover all of the missing components of my mentorship such as the contracts. I have the few e-mails that were exchanged between 11/10 and 11/20 for the few phone calls we had.

**April 3 -14, 2009 (After attending the *Commercial and Multi-Family* and *Quick Turn Real Estate* retreats with one instructor George Fuchs being rated so negatively by me and the entire class that another class was offered from Trump by "popular demand" as well as the other instructor having had his own home foreclosed on and two bankruptcies thus not having the expertise to teach me how to flip homes, Paul Reisner from Trump**

called to ask about my satisfaction at which time I complained yet again) - To this end, I attempted to have Paul Reisner also from their corporate office right the wrong by sending a different mentor to my home. I suggested Troy Peterson to which Mr. Reisner offered some calls but no additional in person help, and, who further told me that there were no other unhappy students which I know for a fact is a blatant lie. There is rampant dissatisfaction amongst their students at the seminar. But nonetheless, Mr. Reisner had to tell me that I wasn't working hard enough to make money, which apparently is a frequent line used from their staff according to online complaints, and something which could not be further from the truth. Mr. Reisner did his best though to use reverse psychology and place all of the blame on me, someone who is educated and has earned 6 figures on her own in the past. Mr. Reisner very well knows it is virtually impossible to work out numbers and contracts via phone calls but despite my efforts to work with him and even speak to Brad Schneider further after sending him a lengthy email detailing all of my concerns, I was left with the phone calls and no ability at a refund, although I am very aware of students receiving new in person help or refunds. I am no less deserving of such assistance. I still, to this date, after a $34,995 expenditure have little understanding of all of the contracts necessary to perform the more complex real estate deals, a very integral part to this business.

On September 10, 2009 - I sent letters to the Trump staff detailing the information above as my complaints were being ignored and inefficiently dealt with, and Jack Mahoney, the Vice President sent back a 3-page letter dated September 16, 2009 telling me that I was satisfied through the whole program and thus they would not offer a refund at all. I believe my points above as well as my ongoing contact with Trump expressing dissatisfaction show I was far from satisfied. But to address Mr. Mahoney's points:

1. Mr. Mahoney stated that I rated my 3-day mentorship as "amazing" ...what he failed to acknowledge was that their mentors present you with the survey to rate them as they are sitting right next to you in your home so there is no privacy in filling these forms out. I was not about to express any dissatisfaction when two men were sitting with me, a woman, alone in my house. I felt my mentors were "amazing" people in that they were very nice, but nice doesn't give me the number crunching and contract help I need. I did express my concern to Jason Schauer just a day later on points that were not covered and critical knowledge that was sorely lacking as mentioned above.

2. Mr. Mahoney stated that I rated the *Creative Financing* retreat seminar as "great" and "there was nothing that could be improved." Again, he failed to mention that you are handing forms to the staff and not putting them in a box or anywhere that highlights anonymity making it very difficult to negatively rate instructors when your whole "education" could be affected by such ratings. In any case, I did believe at the time that the seminar was "great" because as I mentioned above, Tim Gorsline, the instructor, promised to help me with my education and some direct questions I had for him as I told him in emails which I

EXHIBIT A PAGE 17

have documented that I didn't receive the help I needed in my 3-day mentorship. Mr. Gorsline broke all promises and disappeared without ever helping me. So at this point I didn't think the seminar or the speaker were "great."

3. Mr. Mahoney stated that on June 13, 2009 I voluntarily taped a video testimonial at the *Wealth Summit* retreat and voiced my satisfaction with the programs. As Mr. Mahoney is not there I don't think he can attest to what happened. Like all of the other Trump interactions I've had here again is ridiculous embellishment. I was standing at the end of the seminar waiting to walk out with another student when the interviewer and his camera man came in my face and turned on the camera light and started recording. I didn't seek them out or the camera nor did I volunteer. I had come for this weekend which as mentioned above was supposed to bring additional information to the California students but ended up being another prospecting event for a new herd of prospects who none of the current students had ever seen before. And instead of discussing techniques it was another pitch event with 4 speakers with products to sell each at $495 – $1,995. Of course, the main speaker Omar used again group-think conditioning/brainwashing where they have you do cheers and use tactics of making those feel shunned that do not go ahead with the herd. In any case, I did not feel it appropriate to bash the university on tape nor comfortable walking away when they were in my face so instead I said something to the effect of "it's very important to have a mentor to help you in any business" however I NEVER stated that I was happy with any of Trump's services and only spoke in polite generalities. In any regard, Trump's use of brainwashing is downright manipulative as everyone feels pumped when they leave the events only to later realize they have once again been let down.

4. Mr. Mahoney stated that I had 4 sessions with Mr. Gilpin each valued at $2,000 which I stated were very helpful. I have a hard time believing a 1 hour conversation is worth $2,000 and this statement is beyond ridiculous however, I thought Mr. Gilpin was the most helpful but clearly he could not cover what was missed in a 3-day mentorship through no fault of his own but the solution was to send my mentors or other mentors back out, not try to cover material that simply cannot be done via phone or email. Mr. Gilpin was only able to get to some number crunching but I still did not learn anything regarding contracts, which is the most critical component of any real estate deal!

5. Mr. Mahoney stated that I had 15 conversations or email exchanges with Tad Lignell, another Trump mentor, who helped me find a power team in Las Vegas consisting of a realtor. And he further stated that I told Mr. Lignell I was able to be involved in a transaction with another student that would result in profits of approximately $20,000. What Mr. Mahoney is leaving out is that the $20,000 would be first divided so it would be $10,000 if his statement was correct, but it is not. The power team I was introduced to misquoted comps to me (by email) which is their job to do correctly, and they misquoted by $15,000 at the time from $99,000 to what was really $85,000. This is a gargantuan error as in such a

low priced property, $15,000 can make the difference between profiting or not profiting. When I discovered this I complained to Mr. Lignell which I have documented emails of but he conveniently left out. I found this out after the property closed and have been left with an investment I have been trying to exit as the current realtor states it is now worth not even $85,000 but $79,000 not $99,000. The student additionally who they coupled me with lied about his investment in the property, further rendering the deal in the red.

6. Mr. Mahoney stated that I had 3 sessions with Troy Peterson, another mentor, who showed me how to raise financing and who presented me with a private money proposal. He also claimed that Mr. Peterson gave me my third coaching session at the *Wealth Summit* retreat valued at $1,500. These are blatant lies. I asked Mr. Peterson but he never showed me how to raise capital from investors which was one of my ongoing primary questions that NONE of the mentors ever answered. Additionally, Mr. Peterson never presented me with a private money proposal...I received this from another student. At the event, yes I asked one question of Mr. Peterson and spoke to him for 5 minutes so Mr. Mahoney's claim is outrageous. I didn't realize a 5 minute conversation where Mr. Peterson brushes you off to talk to another student who can do something for him politically is valued at $1,500.

7. Mr. Mahoney further reminded me that from the date I signed the contract on August 10, 2008 no guarantees were made nor any benefits promised. This is a very easy way out for an institution that makes grandiose promises in person, doesn't deliver, and then points to legal disclaimers. When deceptive business practices and fraudulent and misleading tactics are being used, such disclaimers become null and void. Obviously I agreed to pay $34,995 for something and any company that has countless complaints online at rip off reports among others with students discussing class action definitely has some issues that need to be resolved rather than brushed under the rug. I find this especially troubling when Mr. Mahoney stated that "Trump University programs are provided for training and educational purposes only." Yes, this is what I have been asking for all along. I am not asking them to do deals for me or make financial promises but instead promise to teach me thoroughly, correctly, and ethically as they promised from day one!

8. Mr. Mahoney lastly claimed that Mr. Lignell has decided to buy me out of the Las Vegas property due to my demands. Either Mr. Mahoney or Mr. Lignell in this case is lying as Mr. Lignell claimed he was going to try to find another buyer for me but never mentioned himself. It is against the law to discuss a private transaction outside of this property contract and without my consent. However, it should be noted that Mr. Lignell's power team is the one that got me into this property which was a financial loss from the beginning therefore it is not the heroic act that Mr. Mahoney claims to "rescue" me. These predatory acts are just that and there is nothing redeeming about them.

9. Mr. Mahoney despite all my complaints and the time I have spent documenting my dissatisfaction claimed that he stands by his organization's actions that I am

satisfied. He obviously has chosen to leave out everything and anything negative that I have expressed and as my complaints have fallen on deaf ears I have turned to you as well as government authorities to remedy this matter. I promise you and the Trump organization for that matter that I would not spend my time religiously complaining had I had such a positive experience. This is an atrocity and I refuse to be swept under the rug or not receive a fair and satisfactory solution of a total $34,995 refund ($5,100 through Bank of America) so that I can be made whole from this disturbing and time-wasting experience.

**PROFIT PUBLISHING GROUP**

**WHY I AM NOT SATISFIED AND WHAT WAS PROMISED VERSUS PROVIDED WITH PROFIT PUBLISHING GROUP**

I met John V Childers, esq (also known as JJ Childers) in the Trump University *in the Wealth Preservation: Asset Protection Retreat* in late November 2008 where he spoke along with a licensed CPA Brent Wallace along with Trump University pitch men, "real estate experts," teaching questionable real estate practices with or without Real Estate Broker's license and several other troubling aspects. The use of many psychological sales tactics such as "bait and switch," coercion by participants into disclosing personal credit information used improperly to ascertain exactly how much "more" cash could be extracted from "students," scarcity high pressure sales tactics, group cheers similar to many current MLM's where such behavior found its roots in the manipulation of mobs wearing down the will of participants to exert free will making them open to making outlandish purchase decisions never considered under typical conditions, and other sales practices (when coupled with a US Citizen's Personal Credit Information) trigger state and federal statutes created to protect the consumer. This is especially egregious being in that our global economy is in ruins due to real estate fraud.

Mr. Childers and Mr. Brent Wallace pitched their firm's services as Trump University recommended the firm Childers Finley P.A. and the Childers Financial Group as experts in Corporate Structure, Real Estate Structure, the legalities of such transactions so I went against my gut feeling wondering how Bar Licensed Attorney's, Licensed CPA's could readily pitch their "wares" if this was not legal and ethical. Further, their firm was held out to be an expert in creating asset protection for you in the form of corporations, LLC's, or trusts. Mr. Childers talked at length about the necessity of creating these entities the right way with an expert firm such as theirs (Childers Financial Group aka Childers Finley, PA aka Profit Publishing Group) as many mistakes could be made without the proper team assisting you. I thought the $4,995 package price tag to be quite expensive as I knew I could create these entities at 1/3 to 1/2 of the price as I was well aware of Legalzoom.com as I had used them in the past and I know that the state fees are only about $200 for an individual to create. So I was paying an additional $1,000 per entity for protection. Then Mr. Childers and Mr. Wallace commented on "wealth preservation." Upon consulting counsel ,I was informed that using Corps, LLC's,

or Trusts to shelter assets, payments on assets, and other fees related to assets is not wealth preservation, but could, as in the case of real estate, be considered tax avoidance or even tax evasion. The particulars on the law are for you to judge, but I was informed transferring assets from my name to an entity I control in order to avoid paying taxes as the personal owner is unethical and could be illegal as "fair consideration" is not provided for the transfer of said property as the model presented just had me moving assets from my personal name to a entity with a separate TIN that I was still in control of and the direct beneficiary of. In addition, in hindsight, I am perplexed at how it is legal to have licensed and barred advisors pitching practices in the legal "grey" area at best especially when they make claims to have worked for the government prior in an accounting capacity or to be such a high standing member of society proclaiming duty to service of church and community. I was unsure that I wanted to spend this dollar amount but at this "retreat" they had one of their associates take me aside privately (as well as each of the other students) and coerced me in a 1 hour session into spending $4,995 for a 4 entity package with Childers Financial Group after learning of my personal finances and Mr. Childers having the class and I draw out a tree of corporations that we would need. Instead of acting in my best interest when I showed hesitation and clearly did not need to spend that amount to create such entities, this Childers associate upsold his Childers Financial Group for the creation of four entities he said I needed, and I paid the $4,995 on November 3, 2008. He claimed I would receive far superior service and sold it as though JJ Childers would personally advise me through a phone conversation assessing my needs and looking over each entity to ensure they were accurate. So I agreed finally to sign up as I thought it would be a good idea for some of the upcoming real estate and other corporations I had in mind to ensure that the corporations were set up without errors through consultation with an attorney rather than an online service.

When I went to start creating my 4 entities and called the Childers Financial Group, I was brushed over to Cherie, who is their secretary or assistant, not an attorney licensed to practice in any state and therefore not licensed to provide "legal advice" in any state in the US, as my questions were specifically legal in nature and thus I was not being provided the "legal services promised by the Childers Finley P.A. Law Firm," as I had signed up and paid for.  I asked her numerous questions from when I could get further advice from Mr. Childers or another in-house attorney on how to set up the entities properly. She kept referring back to the "questionnaires" that were emailed to me that needed to be filled out and said it was easier for them to work by email not phone. An example can be seen from the TARLA Couture corporation questionnaire enclosed here and faxed to me on February 5, 2009. As you can see, the questionnaire is very rudimentary. There is not even a question regarding what the corporate address is or how stocks are to be issued. I did have several calls with Cherie asking the questions I could think of but as I'm not the expert and was paying Childers Financial Group $1,250 for each entity creation, I assumed they would do more than have me fill out a 2-page form as I could have done the same with Legalzoom.com and paid 1/3-1/2 the price or I

could have done so online myself at the Secretary of State websites for 1/5 the price! So I paid $1,000 for no proper legal advice and an online questionnaire?

In addition, they only created 2 of the 4 entities for me: TARLA Couture, Inc. and Terre and Tides Real Estate LLC. So I have $2,500, per their estimated value of services that was never used. These 2 entities were deemed to be extremely rudimentary in structure and unacceptable and unusable for my specific business needs or any reasonable company's long term viability. In addition, the tax code chosen for my companies was inappropriate for my needs.  This points to either complete disregard for my best interest as a client or a lack of understanding of corporate law evident by the corporations and LLC's they incorporated for me. My corporate address for one of the entities was even listed as their own in Little Rock so that all of my mail, including that from the government, goes to them resulting in penalties and missing response windows to remain in good standing. In fact, none of the lawyers in the law firm are licensed to practice law in California which is problematic in that each state has very different laws. You will notice I never listed their Arkansas address or asked for it on the questionnaire. As my registered agent address is in California, they are using it for my corporate address for a California corporation that does no business in Arkansas and actually damages the likeness of my corporate entity as it is a CA or NY specific industry! Furthermore, Mr. Childers' partner D Bryce Finley, esq. signed off on a California corporation specifically authorizing only one class of stock totaling 100,000 shares and issuing all of them to me. My business advisor and California attorney were irate upon delivery of my corporate documentation created by Childers Finley P.A. How can you raise equity when there is no stock left to sell in a corporation? Do you know how complicated and expensive it is to completely change the Articles of Incorporation, necessary amendments and tax status with the IRS? These questions were presented to me and I was told the Corporation was useless for my needs. The expenses entailed with correcting these errors, the time lost where I was unable to raise funds available with no stock to sell, and the impossibility of doing a debt offering leaves me in a position where now I have to wrap up my corporation formed by Childers Finley P.A. and create a new corporation incurring additional expense.  Mr. Childers and his firm have ruined multiple business opportunities for me as it is now taking time to correct all of these errors...time which I cannot proceed forward with investors as I have no stock to issue. Mr. Childers and his office seemingly used boiler plate documents to maximize their profit and I NEVER spoke attorney to client, the service I paid for. In fact, an unlicensed representative was my only legal contact providing legal advice to me, an employee or representative of Childers Finley P.A. who is not an attorney, Cherie. No attorney ever answered my questions, they never inquired as to my needs, and the firm just took my money.

Mr. Childers and Mr. Finley are the JD's licensed by the bar and are the "experts" who should have asked these complex and intricate questions but instead when I called Cherie to complain early in September 2009 after my business advisor first saw the corporate records and realized the problem for raising capital immediately for my

venture, Cherie took a defensive stance and blamed this on the way I filled out the form. Is filling out a form the proper way for communication between an attorney and their client who paid for personal service? Where are these complex questions on the form asking about the myriad of intricacies that may unfold for a corporation because I clearly was not provided with the service I paid for? The answer is nowhere. As a client to an attorney I am relying on the attorney to advise me but this did not happen. Thus, I could have spent a couple of hundred dollars online doing the same or better work myself but I believed a "professional" holding a Juris Doctorate would do better. I could not have been more mistaken. They failed to perform their fiduciary responsibility to me as their legal client and overbilled me to boot for work that will cost me another $5,000 to repair. Their pitch deemed their expertise which on these entities was sorely lacking. Their company neglected to properly ascertain my needs and provide the proper corporate structures and thus created entities based upon outdated and incomplete templates. I am greatly disturbed that Mr. Childers or Mr. Finley never even contacted me ONCE per my request to ensure that they were providing me with adequate service for my personal needs, instead having an office assistant fill out paperwork for them. The charges of $1,000+ for Mr. Finley to sign his name per entity are preposterous. Now I am left with figuring out an exit structure as these entities are usable or I risk having to create new entities all over again, which I truly can't because I have branded my company with the name TARLA Couture.

**DETAILS AND DATES OF EACH CONTACT MADE WITH PROFIT PUBLISHING GROUP AND THEIR RESPONSE AS WELL AS ATTEMPTS TO RESOLVE THESE DISPUTES**

As mentioned above in detail...

Before February 5, 2009 (I waited to create my entities until I needed them and at this point I started to express dissatisfaction to Cherie about not talking to an attorney as that was what I had paid for) - When I went to start creating my 4 entities and called the Childers Financial Group, I was brushed over to Cherie, who is their secretary or assistant, not an attorney licensed to practice in any state and therefore not licensed to provide "legal advice" in any state in the US, as my questions were specifically legal in nature and thus I was not being provided the "legal services promised by the Childers Finley P.A. Law Firm," as I had signed up and paid for. I asked her numerous questions from when I could get further advice from Mr. Childers or another in-house attorney on how to set up the entities properly. She kept referring back to the "questionnaires" that were emailed to me that needed to be filled out and said it was easier for them to work by email not phone. An example can be seen from the TARLA Couture corporation questionnaire enclosed here and faxed to me on February 5, 2009. As you can see, the questionnaire is very rudimentary. There is not even a question regarding what the corporate address is or how stocks are to be issued. I did have several calls with Cherie asking the questions I could think of but as I'm not the expert and was paying Childers Financial Group $1,250 for each entity creation, I assumed they would do more than have me fill out a 2-page form as I could have done the same with Legalzoom.com and

paid 1/3-1/2 the price or I could have done so online myself at the Secretary of State websites for 1/5 the price! So I paid $1,000 for no proper legal advice and an online questionnaire?

Around September 5, 2009 (After my business advisor viewed my corporations and noticed the flagrant errors, I called to complain to Cherie who maintained a very defensive stance) - Mr. Childers and Mr. Finley are the JD's licensed by the bar and are the "experts" who should have asked these complex and intricate questions but instead when I called Cherie to complain early in September 2009 after my business advisor first saw the corporate records and realized the problem for raising capital immediately for my venture, Cherie took a defensive stance and blamed this on the way I filled out the form. Is filling out a form the proper way for communication between an attorney and their client who paid for personal service? Where are these complex questions on the form asking about the myriad of intricacies that may unfold for a corporation because I clearly was not provided with the service I paid for? The answer is nowhere. As a client to an attorney I am relying on the attorney to advise me but this did not happen. Thus, I could have spent a couple of hundred dollars online doing the same or better work myself but I believed a "professional" holding a Juris Doctorate would do better.

September 10, 2009 - I sent letters to the Profit Publishing Group staff detailing the information above as my complaints were being ignored and inefficiently dealt with, and Michael Johnson whom I never spoke with before responded in an e-mail dated September 11, 2009 telling me that they were turning this matter over to their outside counsel rather than addressing my complaints. I believe my points above clearly show why I had reason to be dissatisfied and I have experts in entity creation who can attest to this. There is no arguing that their work was slovenly at best. Who is Mr. Johnson and why is there no mention of him anywhere in the firm? Is he a JD, a member of the bar, or is this another case of non-qualified or licensed individuals holding themselves out to be legal experts by giving advice or handling calls for Mr. Finley and Mr. Childers. Is this proper procedure for a law firm? I know this is not proper procedure and points to these licensed professionals hiding from their legal duties mandated by the Bar.  But to address Mr. Johnson's points:

1.  Mr. Johnson failed to address the quality of the work that was done and completely ignored all of my points and instead stated that "apparently, circumstances have changed between the time of your receipt of the services and your expressed satisfaction and the present. In this difficult economy, that has unfortunately been the case for many." His remarks are highly insulting as they not only completely deflect from the matter at hand but also make an incorrect assumption because I am trying to attain money that is rightfully owed to me. Should I assume then that Mr. Johnson is illegally accessing my personal financial information as that is the only way he could make such a statement? If so, this is a violation of my personal credit and financial information protection rights and a felony so I'd like clarification as to how this illegal intrusion came

from a member of a law firm or how Mr. Johnson came to this conclusion. Or should I assume that Mr. Johnson has no such evidence and is making libelous remarks about me which are legally actionable? Since Mr. Johnson is so apparently sympathetic with this economy, he should have the conscience enough to not participate in victimizing others who are meeting with such predators as him and his company in these turbulent times when such victimizers abound more and more.

## IN SUMMATION

In summation, I went ABOVE AND BEYOND in requesting help and every time I got more of the same nonsense...inefficient teaching of information with very broad strokes making the "education" unusable and more assertions that I would never receive any kind of refund. Mr. Mahoney is insinuating that his organization does not want to offer a refund because the "education" was consumed by me. When in fact, when days after signing the paperwork I expressed concern to Ms. Brinkman I was told no promises were made to me (a blatant lie) and at that point it was evident a refund couldn't be obtained, thus Mr. Mahoney's argument has no validity. Once the paperwork is signed, Trump University makes it nearly impossible to get any kind of a refund.

Likewise, Profit Publishing Group has not only created entities for me that are unusable but they have stolen the remaining $2,500 as Mr. Johnson directed me to communicate strictly with their outside legal firm after my second contact, thus creating a barrier for communication to occur directly with the offending parties and attempting to discourage me through imparting fear of their legal team. This is completely unjust and manipulative.

I am relying at this point on Bank of America to step forward and resolve this atrocity and refund the $10,095 for this financial loss.

Thank you for your swift investigation into this troubling matter.

Sincerely,

Tarla Makaeff

EXHIBIT A PAGE 25



The Better Business Bureau Serving Metropolitan New York
257 Park Avenue South
New York, NY 10010
Phone: 212-533-7500 | Fax: 212-477-4912
complaints@newyork.bbb.org

11/02/2009
Brad Schneider
Trump University
40 Wall Street 32nd Floor
New York NY 10005

Dear Brad Schneider:

The Better Business Bureau has received information from one of your customers expressing concern with a recent business transaction. The complaint was assigned ID 7992638. Below is the information provided by the consumer.

The BBB requests that you please review this information and respond within 14 days of receipt of this notice. If you have any questions, please do not hesitate to contact me.

Sincerely,

Jihan Varisco
Mediator

## CUSTOMER EXPERIENCE INFORMATION (ID# 7992638 )

### Customer Information:
Tarla Makaeff
3334 E Coast Hwy #423
Corona Del Mar , CA  92625

Daytime Phone: (949) 387-8430
Evening Phone: (949) 387-8430
Fax: (949) 387-6040
E-mail: tmakaeff@gmail.com

### The details of this matter are as follows:

### Complaint Involves:
Credit or Billing Disputes

### Customer's Statement of the Problem:
I attended a $1,500 Trump University Fast Track to Foreclosure Training retreat where I was introduced to the $34,995 Trump University mentorship and program in the final hours. I

BBB Complaint ID: 7992638 (97075 - 1694523)

EXHIBIT A PAGE 26

reluctantly purchased due to the speaker's convincing pitch of guaranteed success should his tactics be implicitly followed as well as the salesperson's high pressured sales techniques and guarantee that my first deal would earn me in the ballpark of the $34,995 expenditure so as to immediately pay off my Trump University debt. No such thing occurred. Since the beginning of their program, I have concluded that Trump University representatives misled me consistently, and did not provide what I signed up for.

**Desired Settlement:**
The consumer would like a refund for services not provided and due to receiving misleading information.

**Additional Comments from Consumer:**

## WHY I AM NOT SATISFIED AND WHAT WAS PROMISED VERSUS PROVIDED WITH TRUMP UNIVERSITY

On August 10, 2008, I attended a $1,500 "Trump University Fast Track to Foreclosure Training retreat where instead of learning any full-fledged real estate techniques, I was introduced to the $34,995 Trump University mentorship and program in the final hours. I reluctantly purchased due to James Harris' convincing pitch of guaranteed success should his tactics be implicitly followed as well as Tiffany Brinkman's high pressured sales techniques and guarantee that my first deal would earn me in the ballpark of the $34,995 expenditure so as to immediately pay off my Trump University debt, thus leaving only profits for the future. A few days after I left this seminar, I didn't have a good feeling and I called Ms. Brinkman regarding her promise of return on the $34,995 and what I would learn on my mentorship, and her story immediately changed. Now, she said that she never promised anything and to read the fine print on the pink contract I signed. In fact, her constant emails showed her concern was undoubtedly more focused on collecting every last dollar of the $34,995 rather than addressing my needs. What customer service for such a large expenditure. This type of behavior just continued through every experience I had.

Immediately on the day of signing up for their $34,995 program, Mr. Harris further went on to tell me personally that he would now be available by phone and e-mail to me and soon emailed me "we can do a ton together" and then I never heard from him again. At the event, he also publicly announced to the signed up group that deals would now be coming our way via e-mail, and e-mailed "these are starting to POUR IN NOW" referring to a Houston deal. Only one deal ever came, and it was outside of Trump University's guidelines as Mike Kasper, a partner to mentor Rick McNally, referred a deal he would financially benefit from and I would only earn $40/month positive cash flow from, known as the Fountainview Duplexes in Houston, which clearly represents a conflict of interest and an investment not in my best interest. I have also

BBB Complaint ID: 7992638 (97075 - 1694523)

had their own representative, Stephen Gilpin, tell me to never accept anything below
$100/month positive cash flow.

Beginning August 2008, I began a series of phone calls and email correspondence for my
mentorship with Rick McNally and Mike Kasper. During my 3-day mentorship, we spent 2 days
looking at properties, a half day at Home Depot and lunch, the last hour or so on numbers, and
nothing on contracts. After the mentorship, Mr. McNally and Mr. Kasper disappeared other than a
couple of short 2 minute phone calls while they were on other mentorships. This is in complete
opposition to what I was promised: an ongoing mentor who I would have access to for up to a
year.

The five "retreats" were no better. There was an overwhelming amount of broad information but
nothing substantial enough to implement. Rather, there were more up sells at the end of each
course, encouraging students to spend additional monies above and beyond the $34,995. In the
Wealth Preservation: Asset Protection Retreat, little was done other than to pitch the services of
J.J. Childers and the Childers Financial Group who could create this asset protection for you with
a $5,000-$10,000 package. the Creative Financing Retreat, Tim Gorsline made grand statements
of a $1 million RV he bought with his $50 million net worth and then promised to help me as I
had not been helped adequately in my mentorship. He then disappeared. I have verbal and
written confirmation of this occurrence. In the Commercial and Multifamily Retreat, there was
such discord with the information that George Fuchs taught that a new class was offered with a
new teacher as well as a "web series follow-up" according to Jason Schauer due to "popular
demand." I did not sign up at $5,000 per course to be pitched other products, not helped, and
receive little useful, and vague at best, information, then requiring more and more hours of
study for no benefit.  These retreats were more like infomercials.

Meanwhile, I let Jason Schauer from their corporate office know that I was dissatisfied with my
mentorship and he arranged several phone calls with Stephen Gilpin which did not nearly cover
all of the missing components of my mentorship such as the contracts. To this end, I attempted
to have Paul Reisner also from their corporate office right the wrong by sending a different
mentor to my home. I suggested Troy Peterson to which Mr. Reisner offered some calls but no
additional in person help. But nonetheless, Mr. Reisner had to tell me that I wasn't working hard
enough to make money. Mr. Reisner very well knows it is virtually impossible to work out
numbers and contracts via phone calls but despite my efforts to work with him and even speak
to Brad Schneider further after sending him a lengthy email detailing all of my concerns, I was
left with the phone calls and no ability at a refund.

Furthermore, I did try my hand at real estate investing per Mr. Reisner's suggestions, only to be
led down another path of questionable business practices where mentor Tad Lignell introduced
me to the supposed billion dollar real estate agent, Noah Herrera, of Las Vegas, only to be
misquoted comps for a property I purchased at a significant price difference, rendering the deal
unprofitable and placing my investment in jeopardy.

In any case, during all of this time I did my best to comply with every Trump University
representatives' suggestions and try every possible direction. I even went above and beyond and
paid the Trump Institute additional funds to try to seek more assistance as I wasn't getting any
from Trump University. I imagined I would at least have the blanks filled in but I experienced

BBB Complaint ID: 7902638 (97075 - 1694523)

EXHIBIT A PAGE 28

more inept behavior from their sister company.

Because of their failure to deliver what their program promised, I was unable to earn any income as I do not have the knowledge that was guaranteed.

**DETAILS AND DATES OF EACH CONTACT MADE WITH <u>TRUMP UNIVERSITY</u> AND THEIR RESPONSE AS WELL AS ATTEMPTS TO RESOLVE THESE DISPUTES**

**As mentioned above in detail...**

**Around August 12, 2008** (2 days after signing up) - A few days after I left this seminar, I didn't have a good feeling and I called Ms. Brinkman regarding her promise of return on the $34,995 and what I would learn on my mentorship, and her story immediately changed. Now, she said that she never promised anything and to read the fine print on the pink contract I signed. In fact, her constant emails showed her concern was undoubtedly more focused on collecting every last dollar of the $34,995 rather than addressing my needs. I have all of these e-mails.

**On September 29, 2008** (1 day after my 3-day mentorship ended) – I spoke with Jason Schauer on the phone asking more questions because I didn't feel I received all of the knowledge I needed. This is documented via e-mail.

**November 2, 2008 – November 10, 2008** (Last day after the *Creative Financing* retreat) – I expressed my gratitude to Tim Gorsline, the instructor of *Creative Financing*, as he had promised to help me since my mentors from the 3-day mentorship didn't as I complained to him. Then, after 1 week of exchanging emails with no useful information, which I have copies of, he disappeared. I have since found rip off reports of him on the Internet.

**Around November 7, 2008** (40 days after my 3-day mentorship and after trying to see if the *Wealth Preservation / Asset Protection* and *Creative Financing* retreats would help and they didn't clear up missing information from the mentorship with another $5,000-$10,000 package being pitched and another instructor, Tim Gorsline, who I have found tip off reports on, running out on his promise to help me) - I let Jason Schauer from their corporate office know that I was dissatisfied with my mentorship and he arranged several phone calls with Stephen Gilpin which did not nearly cover all of the missing components of my mentorship such as the contracts. I have the few e-mails that were exchanged between 11/10 and 11/20 for the few phone calls we had.

**April 3 -14, 2009** (After attending the *Commercial and Multi-Family* and *Quick Turn Real Estate* retreats with one instructor George Fuchs being rated so negatively by me and the entire class that another class was offered from Trump by "popular demand" as well as the other instructor having had his own home foreclosed on and two bankruptcies thus not having the expertise to teach me how to flip homes, Paul Reisner from Trump called to ask about my satisfaction at

BBB Complaint ID: 7902638 (97075 - 1694523)

EXHIBIT A PAGE 29

which time I complained yet again) - To this end, I attempted to have Paul Reisner also from their corporate office right the wrong by sending a different mentor to my home. I suggested Troy Peterson to which Mr. Reisner offered some calls but no additional in person help, and, who further told me that there were no other unhappy students which I know for a fact is a blatant lie. There is rampant dissatisfaction amongst their students at the seminar. But nonetheless, Mr. Reisner had to tell me that I wasn't working hard enough to make money, which apparently is a frequent line used from their staff according to online complaints, and something which could not be further from the truth. Mr. Reisner did his best though to use reverse psychology and place all of the blame on me, someone who is educated and has earned 6 figures on her own in the past. Mr. Reisner very well knows it is virtually impossible to work out numbers and contracts via phone calls but despite my efforts to work with him and even speak to Brad Schneider further after sending him a lengthy email detailing all of my concerns, I was left with the phone calls and no ability at a refund, although I am very aware of students receiving new in person help or refunds. I am no less deserving of such assistance. I still, to this date, after a $34,995 expenditure have little understanding of all of the contracts necessary to perform the more complex real estate deals, a very integral part to this business.


**On September 10, 2009** - I sent letters to the Trump staff detailing the information above as my complaints were being ignored and inefficiently dealt with, and Jack Mahoney, the Vice President sent back a 3-page letter dated September 16, 2009 telling me that I was satisfied through the whole program and thus they would not offer a refund at all. I believe my points above as well as my ongoing contact with Trump expressing dissatisfaction show I was far from satisfied. But to address Mr. Mahoney's points:


1.    Mr. Mahoney stated that I rated my 3-day mentorship as "amazing" ...what he failed to acknowledge was that their mentors present you with the survey to rate them as they are sitting right next to you in your home so there is no privacy in filling these forms out. I was not about to express any dissatisfaction when two men were sitting with me, a woman, alone in my house. I felt my mentors were "amazing" people in that they were very nice, but nice doesn't give me the number crunching and contract help I need. I did express my concern to Jason Schauer just a day later on points that were not covered and critical knowledge that was sorely lacking as mentioned above.

2.    Mr. Mahoney stated that I rated the *Creative Financing* retreat seminar as "great" and "there was nothing that could be improved." Again, he failed to mention that you are handing forms to the staff and not putting them in a box or anywhere that highlights anonymity making it very difficult to negatively rate instructors when your whole "education" could be affected by such ratings. In any case, I did believe at the time that the seminar was "great" because as I mentioned above, Tim Gorsline, the instructor, promised to help me with my education and some direct questions I had for him as I told him in emails which I have documented that I didn't receive the help I needed in my 3-day mentorship. Mr. Gorsline broke all promises and disappeared without ever helping me. So at this point I didn't think the seminar or the speaker were "great."

3.    Mr. Mahoney stated that on June 13. 2009 I voluntarily taped a video testimonial at the *Wealth Summit* retreat and voiced my satisfaction with the programs. As Mr. Mahoney is not there I don't think he can attest to what happened. Like all of the other Trump interactions I've had here again is ridiculous embellishment. I was standing at the end of the seminar waiting to walk out with another student when the interviewer and his camera man came in my face and turned on the camera light and started recording. I didn't seek them out or the camera nor did I volunteer. I had come for this weekend which as mentioned above was supposed to bring additional information to the California students but ended up being another prospecting event for a new herd of prospects who none of the current students had ever seen before. And instead

BBB Complaint ID: 7992638 (97075 - 1694523)

of discussing techniques it was another pitch event with 4 speakers with products to sell each at $495 - $1,995. Of course, the main speaker Omar used again group-think conditioning/brainwashing where they have you do cheers and use tactics of making those feel shunned that do not go ahead with the herd. In any case, I did not feel it appropriate to bash the university on tape nor comfortable walking away when they were in my face so instead I said something to the effect of "it's very important to have a mentor to help you in any business" however I NEVER stated that I was happy with any of Trump's services and only spoke in polite generalities. In any regard, Trump's use of brainwashing is downright manipulative as everyone feels pumped when they leave the events only to later realize they have once again been let down.

4.    Mr. Mahoney stated that I had 4 sessions with Mr. Gilpin each valued at $2,000 which I stated were very helpful. I have a hard time believing a 1 hour conversation is worth $2,000 and this statement is beyond ridiculous however, I thought Mr. Gilpin was the most helpful but clearly he could not cover what was missed in a 3-day mentorship through no fault of his own but the solution was to send my mentors or other mentors back out, not try to cover material that simply cannot be done via phone or email. Mr. Gilpin was only able to get to some number crunching but I still did not learn anything regarding contracts, which is the most critical component of any real estate deal!

5.    Mr. Mahoney stated that I had 15 conversations or email exchanges with Tad Lignell, another Trump mentor, who helped me find a power team in Las Vegas consisting of a realtor. And he further stated that I told Mr. Lignell I was able to be involved in a transaction with another student that would result in profits of approximately $20,000. What Mr. Mahoney is leaving out is that the $20,000 would be first divided so it would be $10,000 if his statement was correct, but it is not. The power team I was introduced to misquoted comps to me (by email) which is their job to do correctly, and they misquoted by $15,000 at the time from $99,000 to what was really $85,000. This is a gargantuan error as in such a low priced property, $15,000 can make the difference between profiting or not profiting. When I discovered this I complained to Mr. Lignell which I have documented emails of but he conveniently left out I found this out after the property closed and have been left with an investment I have been trying to exit as the current realtor states it is now worth not even $85,000 but $79,000 not $99,000. The student additionally who they coupled me with lied about his investment in the property, further rendering the deal in the red.

6.    Mr. Mahoney stated that I had 3 sessions with Troy Peterson, another mentor, who showed me how to raise financing and who presented me with a private money proposal. He also claimed that Mr. Peterson gave me my third coaching session at the *Wealth Summit* retreat valued at $1,500. These are blatant lies. I asked Mr. Peterson but he never showed me how to raise capital from investors which was one of my ongoing primary questions that NONE of the mentors ever answered. Additionally, Mr. Peterson never presented me with a private money proposal...I received this from another student. At the event, yes I asked one question of Mr. Peterson and spoke to him for 5 minutes so Mr. Mahoney's claim is outrageous. I didn't realize a 5 minute conversation where Mr. Peterson brushes you off to talk to another student who can do something for him politically is valued at $1,500.

7.    Mr. Mahoney further reminded me that from the date I signed the contract on August 10, 2008 no guarantees were made nor any benefits promised. This is a very easy way out for an institution that makes grandiose promises in person, doesn't deliver, and then points to legal disclaimers. When deceptive business practices and fraudulent and misleading tactics are being used, such disclaimers become null and void. Obviously I agreed to pay $34,995 for something and any company that has countless complaints online at rip off reports among others with students discussing class action definitely has some issues that need to be resolved rather than brushed under the rug. I find this especially troubling when Mr. Mahoney stated that "Trump University programs are provided for training and educational purposes only!" Yes, this is what I have been asking for all along. I am not asking them to do deals for me or make financial promises but instead promise to teach me thoroughly, correctly, and ethically as they promised

BBB Complaint ID: 7992638 (97075 - 1694523)

from day one!

8.    Mr. Mahoney lastly claimed that Mr. Lignell has decided to buy me out of the Las Vegas property due to my demands. Either Mr. Mahoney or Mr. Lignell in this case is lying as Mr. Lignell claimed he was going to try to find another buyer for me but never mentioned himself.