MAKAEFF v. TRUMP UNIVERSITY, LLC, et al.
USDC Case No. 10 CV 0940 IEG (WVG)

### **PROOF OF SERVICE**

I am employed in the City and County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 655 West Broadway, Suite 1400, San Diego, California 92101.

On July 19, 2010, I caused to be served the attached:

1.      OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S COUNTERCLAIM;

2.      DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S COUNTERCLAIM;

3.      DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S COUNTERCLAIM

☒      [BY ELECTRONIC MAIL] Pursuant to the Court's CM/ECF Electronic Filing policies and procedures, I hereby certify that the above documents were electronically filed with the court who will give notification of the filing to all Filing Parties in this action.

☐      [BY MAIL] I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Yunker & Schneider, San Diego, California, following ordinary business practices. I am familiar with the practice of Yunker & Schneider for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐      [BY FACSIMILE] The document stated herein was transmitted by facsimile transmission and the transmission was reported as complete and without error. A transmission report was properly issued by the transmitting facsimile machine and a copy of said transmission report is attached to the original proof of service indicating the time of transmission.

1   ☐   [BY OVERITE EXPRESS - NEXT DAY DELIVERY] I placed the above documents

2   in an envelope or package designated by the overnight service carrier for collection at

3   the law offices of Yunker & Schneider, San Diego, California, following ordinary

4   business practices.  I am familiar with the practice of the Yunker & Schneider for

5   collection and processing of overnight deliveries, said practice being that in the

6   ordinary course of business, overnight deliveries are deposited in the FedEx box the

7   same day as it is placed for collection.

8   Amber L. Eck, Esq.                        Rachel L. Jensen, Esq.
    Helen I. Zeldes, Esq.                     ROBBINS GELLER RUDMAN & DOWD, LLP
9   Alreen Haeggquist, Esq.                   655 West Broadway, Suite 1900
    ZELDES & HAEGGQUIST, LLP                  San Diego, CA  92101
10  625 Broadway, Suite 906                   Tel:    (619) 231-1058
    San Diego, CA 92101                       Fax:    (619) 231-7423
11  Tel:    (619) 342-8000
    Fax:    (619) 342-7272
12                                            Attorneys for Plaintiff TARLA MAKAEFF
    Attorneys for Plaintiff TARLA MAKAEFF
13

14          I declare that I am employed in the office of a member of the bar of this court at whose

15  direction the service was made.

16  Executed on July 19, 2010, at San Diego, California.

17

18                                         _____
                                           Betsy Bertrand
19

20

21

22

23

24

25

26

27

28