1  David K. Schneider (CSB 139288)
   YUNKER & SCHNEIDER
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  Telephone:  (619) 233-5500
   Facsimile:   (619) 233-5535
4  Email: dks@yslaw.com

5  Attorneys for Defendant TRUMP UNIVERSITY, LLC

6

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>NOTICE OF MOTION AND MOTION OF DEFENDANT TRUMP UNIVERSITY, LLC TO DISMISS FIRST AMENDED COMPLAINT UNDER RULES 12(b)(6), 9(b), AND 8(a)(2)<br><br>DATE:   September 13, 2010<br>TIME:    10:30 a.m.<br>CTRM:   1<br>JUDGE: Hon. Irma E. Gonzalez |

TO PLAINTIFF TARLA MAKAEFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 13, 2010, at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at 940 Front Street, San Diego, CA 92101, defendant Trump University, LLC will and hereby does move this Court for an order dismissing plaintiffs' First Amended Complaint under Rules 12(b)(6), 9(b) and 8(a)(2).

Plaintiffs have failed to state a claim as their causes of action for educational malpractice are barred as a matter of law, and they received all the goods and services they contracted for. The tort claims are barred for the same reason and because plaintiffs signed extensive disclosures confirming that defendant made no representations and provided no guarantees or warranties. Plaintiffs' statutory claims fail because none of them meet their statutory requirements.

1  In addition, all fraud-related claims are further barred under Rule 9(b) as plaintiffs have failed to plead their claims with the required specificity.  Further, two of the statutes have residence or age requirements which plaintiffs do not satisfy.  Finally, all class claims are further barred under Rule 8(a)(2).

The entire action must also be dismissed for plaintiffs' failure to meet the jurisdictional amount.  To the extent any claims survive, the claim for a nationwide class based on California's Unfair Competition Law, Consumer Legal Remedies Act, and False Advertising Law are barred as a matter of law.

PLEASE NOTE FURTHER that this motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and attached Exhibits filed herewith, the Declaration of Michael Sexton, and the pleadings and papers filed herein.

Respectfully submitted,

Dated: July 21, 2010        YUNKER & SCHNEIDER

By: _s/ David K. Schneider_
Attorneys for Defendant and Counterclaimant
TRUMP UNIVERSITY, LLC
E-mail: dks@yslaw.com