EXHIBIT 1

Advisor: James Harris

# TRUMP

Event Code: PTF20080808g
Client ID: 839402

8/10

## ENROLLMENT FORM

### CONTACT INFORMATION

**NAME:** Tarla Makaeff
**ADDRESS:** [redacted]
**CITY:** [redacted]  **STATE:** CA
**EMAIL:** [redacted]
**HOME PHONE:** [redacted]
**CELL:** [redacted]  **FAX:**

called 8/11
giving CC # back
today or tmrw

### PURCHASE(S)

☒ **Trump Gold Elite:**
- 3 Day Field Mentorship — $25,000
- Wealth Preservation Retreat — $5,000
- QuickTurn Real Estate Retreat — $5,000
- Creative Financing Retreat — $5,000
- Commercial & Multi-Family Retreat — $5,000
- Investor's Edge Real Estate Software ($29.95/month database fee not included) — $2,495
- Incorporate Your Business (State Licensing fees not included) — $995

$48,490    Event Special You Save 28%    **$34,995**

has folder

Total: $34,995.00
Paid at Enrollment: 5,000.00
Balance: 29,995.00

☐ **Trump Silver Elite:**
- Wealth Preservation Retreat — $5,000
- QuickTurn Real Estate Retreat — $5,000
- Creative Financing Retreat — $5,000
- Commercial & Multi-Unit Retreat — $5,000
- Investor's Edge Real Estate Software ($29.95/month database fee not included) — $2,495
- Incorporate Your Business (State Licensing fees not included) — $995

$23,490    Event Special You Save 17%    $19,495

Balance Due Date and Notes:
fedex check
into office
by tuesday
-TJB

☐ **Trump Bronze Elite:**
- Wealth Preservation Retreat — $5,000
- QuickTurn Real Estate Retreat — $5,000
- Incorporate Your Business (State Licensing fees not included) — $995

$10,995    Event Special You Save 9%    $9,995

### PAYMENT

☒ **Credit Card** VISA
**NAME EXACTLY AS IT APPEARS ON THE CARD:** Tarla A Makaeff
**CREDIT CARD NO:** XXXX [redacted]
**EXP DATE:** [redacted]  **SECURITY CODE:** [redacted]
**BILLING ADDRESS (if different from above):**  **CITY:**  **STATE:** **ZIP:**

☐ **Check**  **ACCOUNT NO:**  **CHECK NO:**

You, the Buyer, may cancel this agreement without any penalty, at any time prior to midnight of the third business day after the date of this transaction. See cancellation notice on reverse side for explanation of this right.

This Program is provided for information only and no guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by the Program, Program Instructors, Trump U, their affiliates or their officers, principals, representatives, agents or employees (collectively, "Principals"). I acknowledge that none of the Principals is engaged in rendering financial, investment, legal, accounting, or other professional services or advice. If such professional advice or other expert services are required, I acknowledge that I should seek the services of a competent professional who can consider my particular circumstances. I acknowledge that none of the Principals is responsible for, and they shall have no liability for, my business success or failure, my acts and omissions, the appropriateness of my business decisions, or my use of or reliance on Program Information. Trump U's obligation to start providing services starts when full payment is received.

By signing below, I ("Participant") acknowledge that I have read and agree to the provisions on the front and back of this Enrollment Form.

**SIGNATURE:** [signed]  **DATE:** 8/10/08  **GUEST SIGNATURE:**  **DATE:**

White Copy: TRUMP U    Pink Copy: CUSTOMER

7.14.08    Trump U   40 Wall Street 32nd Floor New York, NY 10005   P 212-248-1800   F 212-937-3830

Exhibit 1 Page 26

## NOTICE OF CANCELLATION

Date: _____

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION WITHIN THREE BUSINESS DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OF SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN BUSINESS DAYS FOLLOWING RECEIPT BY THE MERCHANT OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE MERCHANT AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY IF YOU WISH TO COMPLY WITH THE INSTRUCTIONS OF THE MERCHANT REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE MERCHANT'S EXPENSE AND RISK.

IF YOU DO NOT AGREE TO RETURN THE GOODS TO THE MERCHANT, OR IF THE MERCHANT DOES NOT PICK THEM UP WITHIN TWENTY DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR FAX 212-937-3830, OR SEND A TELEGRAM, TO TRUMP U, 40 WALL STREET, NEW YORK, NY 10005 NOT LATER THAN MIDNIGHT OF _____.

I HEREBY CANCEL THIS TRANSACTION.

DATE: _____

Buyer's Signature _____
Print Name: _____
Address: _____

Telephone: _____

Exhibit 1 Page 27

Advisor: Harris



Event Code: 20080089

## Terms & Conditions

Trump U Programs are provided for training and educational purposes only.

TU does not procure or identify specific real estate deals. You may be exposed to real estate deals at the Retreats, but it is your sole responsibility to evaluate and act on those properties for your personal investment. We do not recommend or guarantee any investment or property.

You acknowledge and agree that TU has not made any express or implied representation or assurance regarding the potential profitability, chances of funding or likelihood of success of any transaction, investment, opportunity or strategy. Further, you agree that TU is not endorsing your project and you shall not represent same to any third-party. Further, TU is not rendering legal or financial advice.

If you choose to pursue a transaction, it is your sole responsibility to seek independent advice from professionals such as Real Estate Agents and Brokers, Appraisers, Lawyers, Accountants, and Mortgage Brokers.

You must be current on payments to attend Retreats.

_____   Tarla Makaeff   8-10-08
Signature                  Printed Name       Date

_____   _____   _____
Guest Signature            Printed Name       Date

Exhibit 1 Page 28

# EXHIBIT 2

Advisor: Goff

3·21·09



# TRUMP
## ENROLLMENT FORM

Course Code: PTRFCF
Client ID: 933035

### CONTACT INFORMATION

NAME: MICHAEL A. BAHR

ADDRESS: [redacted]

EMAIL: [redacted]

HOME PHONE: [redacted]  WORK: 
CELL: [redacted]  FAX:

### PURCHASE(S)

| ☒ Trump Gold Elite: | Retail Value | | Total Due | 25,000 |
|---|---|---|---|---|
| • 3 Day Field Mentorship | $25,000 | Event Special You Save 29% | | |
| • Wealth Preservation Retreat | $ 5,000 | | Paid at Enrollment | 25,000 |
| • Quick Turn Real Estate Retreat | $ 5,000 | | | |
| • Creative Financing Retreat | $ 5,000 | | | |
| • Commercial & Multi-Family Retreat | $ 5,000 | | Balance | Ø |
| • Real Estate Investor Training Online Program | $ 3,000 | | | |
| • Incorporate Your Business (State Licensing fees not Included) | $   995 | | 3 day Mentorship | |
| | $48,995 | $34,995 | | |

| ☐ Trump Silver Elite: | Retail Value | Event Special You Save 19% | Balance Due Date and Notes |
|---|---|---|---|
| • Wealth Preservation Retreat | $ 5,000 | | |
| • Quick Turn Real Estate Retreat | $ 5,000 | | Call to mentor |
| • Creative Financing Retreat | $ 5,000 | | |
| • Commercial & Multi-Unit Retreat | $ 5,000 | | |
| • Real Estate Investor Training Online Program | $ 3,000 | | |
| • Incorporate Your Business (State Licensing fees not Included) | $   995 | | |
| | $23,995 | $19,495 | |

| ☐ Trump Bronze Elite: | Retail Value | Event Special You Save 9% |
|---|---|---|
| • Wealth Preservation Retreat | $ 5,000 | |
| • Quick Turn Real Estate Retreat | $ 5,000 | |
| • Incorporate Your Business (State Licensing fees not Included) | $   995 | |
| | $10,995 | $9,995 |

### PAYMENT

☐ Credit Card  VISA  MasterCard

NAME EXACTLY AS IT APPEARS ON THE CARD (Please Print):
Mr. Edw Oberkrom Jr.

CREDIT CARD NO: [redacted]
BILLING ADDRESS (If different from above): Michael A Bahr
EXP DATE: [redacted]  SECURITY CODE: [redacted]  CITY: [redacted]

☐ Check  ACCOUNT NO: [redacted]  CHECK NO: [redacted]

You, the Buyer, may cancel this agreement without any penalty, at any time prior to midnight of the third business day after the date of this transaction. See cancellation notice on reverse side for explanation of this right.

This Program is provided for information only and no guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by the Program, Program Instructors, Trump U, their affiliates or their officers, principals, representatives, agents or employees (collectively, "Principals"). I acknowledge that none of the Principals is engaged in rendering financial, investment, legal, accounting, or other professional services or advice. If such professional advice or other expert services are required, I acknowledge that I should seek the services of a competent professional who can consider my particular circumstances. I acknowledge that none of the Principals is responsible for, and they shall have no liability for, my business success or failure, my acts and omissions, the appropriateness of my business decisions, or my use of or reliance on Program Information. Trump U's obligation to start providing services starts when full payment is received.

By signing below, I ("Participant") acknowledge that I have read and agree to the provisions on the front and back of this Enrollment Form.

SIGNATURE: /s/ Michael A Bahr  DATE: 3·21·09  GUEST SIGNATURE: /s/ Edward Oberkrom  DATE:

White Copy: TRUMP U  Pink Copy: CUSTOMER

Exhibit 2 Page 29

1.15.09  Trump U  40 Wall Street 32nd Floor New York, NY 10005  P 212-248-1800  F 212-937-3830

NOTICE OF CANCELLATION

Date: _____

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION WITHIN THREE BUSINESS DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OF SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN BUSINESS DAYS FOLLOWING RECEIPT BY THE MERCHANT OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE MERCHANT AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY IF YOU WISH TO COMPLY WITH THE INSTRUCTIONS OF THE MERCHANT REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE MERCHANT'S EXPENSE AND RISK.

IF YOU DO NOT AGREE TO RETURN THE GOODS TO THE MERCHANT, OR IF THE MERCHANT DOES NOT PICK THEM UP WITHIN TWENTY DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR FAX 212-937-3830, OR SEND A TELEGRAM, TO TRUMP U, 40 WALL STREET, NEW YORK, NY 10005 NOT LATER THAN MIDNIGHT OF _____.

I HEREBY CANCEL THIS TRANSACTION.

DATE: _____

Buyer's Signature _____
Print Name: _____
Address: _____

Telephone: _____

Advisor: _____    Event Code: _____

## Terms & Conditions

Trump U Programs are provided for training and educational purposes only.

TU does not procure or identify specific real estate deals. You may be exposed to real estate deals at the Retreats, but it is your sole responsibility to evaluate and act on those properties for your personal investment. We do not recommend or guarantee any investment or property.

You acknowledge and agree that TU has not made any express or implied representation or assurance regarding the potential profitability, chances of funding or likelihood of success of any transaction, investment, opportunity or strategy. Further, you agree that TU is not endorsing your project and you shall not represent same to any third-party. Further, TU is not rendering legal or financial advice.

If you choose to pursue a transaction, it is your sole responsibility to seek independent advice from professionals such as Real Estate Agents and Brokers, Appraisers, Lawyers, Accountants, and Mortgage Brokers.

You must be current on payments to attend Retreats.

_Michael A. Bahr_   MICHAEL A. BAHR   3-21-09
Signature                    Printed Name                 Date

_Edward Oberkrom_   Edward Oberkrom   3-21-09
Guest Signature              Printed Name                 Date

EXHIBIT 3

Advisor: **SPERRY**

11.17.09

V.I.P.

# TRUMP 

Course Code: OLIVIA P200 111140

Student ID #: 1000622

## CONTACT INFORMATION

**NAME:** Brandon Keller
**ADDRESS:** [redacted]
**CITY:** [redacted]
**EMAIL:** [redacted]
**HOME PHONE:** same
**WORK PHONE:** same
**FAX:** [redacted]

**GUEST NAME:**
**ADDRESS:**
**CITY:** **STATE:** **ZIP CODE:**
**EMAIL:**
**HOME PHONE:** **WORK PHONE:**
**CELL PHONE:** **FAX:**

## ENROLLMENT

| | | |
|---|---|---|
| Profit from Real Estate 3-Day Training: (12 Month Audit Privileges) | $1,495 | $1,495.00 |
| Guest or Business Partner | Free Bonus | Paid |
| Premium Membership (12 months) | Free Bonus | |
| Real Estate Breakthrough 2009 (Journal & Audio Course) | Free Bonus | |
| Foreclosure DealSource (Workshop attendance and credit card required to activate 30 Day Free Trial) | Free Bonus* | |

## PAYMENT

☒ **Credit Card**  VISA  [logos]

**NAME EXACTLY AS IT APPEARS ON THE CARD (Please Print):** Brandon Keller

[card number redacted]   **SECURITY CODE:** [redacted]   **CITY:** [redacted]   **ZIP:** [redacted]

☐ **Check**   **CHECK NO:**

You may cancel this agreement without any penalty, at any time prior to midnight of the third business day after the date of this transaction. See cancellation notice on reverse side for explanation of this right. _____ Initials

You, the Buyer, may withdraw without penalty from the training class scheduled above by the end of the first day of the next regularly scheduled training class as specified above, or within (14) days from the enrollment date, whichever occurs first. If you attend at a subsequent time, the cancellation option will not apply.

*Data Subscription Fees: I hereby authorize Trump U to charge my bank account or credit card account, noted below, in the sum of $34.95 per month, payable monthly as if I had personally signed a check or sales draft slip to Trump U. This authorization shall remain in effect unless and until I notify Trump U in writing that I wish to cancel this subscription, which I may do at any time whatsoever. A record of my payment will be included in my bank or credit card statement and will serve as my receipt. This subscription can be cancelled at the first day of training. _____ Initials

This training is provided for education only and no guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by the Program, Program instructors, Trump U, their affiliates or their officers, principals, representatives, agents or employees (collectively; "Principals"). I acknowledge that none of the Principals is engaged in rendering financial, investment, legal, accounting, or other professional services or advice. If such professional advice or other expert services are required, I acknowledge that I should seek the services of a competent professional who can consider my particular circumstances. I acknowledge that none of the Principals is responsible for, and they shall have no liability for, my business success or failure, my acts and omissions, the appropriateness of my business decisions, or my use of or reliance on Program information.

By signing below, I ("Participant") acknowledge that I have read and agree to the provisions on the front and back of this Enrollment Form.

| SIGNATURE | DATE | GUEST SIGNATURE | DATE |
|---|---|---|---|
| [signature] | | | |

White Copy: TRUMP U    Pink Copy: CUSTOMER

7.1.09   Trump U  40 Wall Street 32nd Floor  New York, New York  10005  P. 212-248-1800  F. 212-937-3830

Exhibit 3 Page 32

NOTICE OF CANCELLATION

Date: _____

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION WITHIN THREE BUSINESS DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OF SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN BUSINESS DAYS FOLLOWING RECEIPT BY THE MERCHANT OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE MERCHANT AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY IF YOU WISH TO COMPLY WITH THE INSTRUCTIONS OF THE MERCHANT REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE MERCHANT'S EXPENSE AND RISK.

IF YOU DO NOT AGREE TO RETURN THE GOODS TO THE MERCHANT, OR IF THE MERCHANT DOES NOT PICK THEM UP WITHIN TWENTY DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR FAX 212-937-3830, OR SEND A TELEGRAM, TO TRUMP U, 40 WALL STREET, NEW YORK, NY 10005 NOT LATER THAN MIDNIGHT OF _____.

I HEREBY CANCEL THIS TRANSACTION.

DATE: _____

Buyer's Signature _____
Print Name: _____
Address: _____
_____
Telephone: _____



r: _____    Event Code: _____

## Terms & Conditions

Trump U Programs are provided for training and educational purposes only.

TU does not procure or identify specific real estate deals. You may be exposed to real estate deals at the Retreats, but it is your sole responsibility to evaluate and act on those properties for your personal investment. We do not recommend or guarantee any investment or property.

You acknowledge and agree that TU has not made any express or implied representation or assurance regarding the potential profitability, chances of funding or likelihood of success of any transaction, investment, opportunity or strategy. Further, you agree that TU is not endorsing your project and you shall not represent same to any third-party. Further, TU is not rendering legal or financial advice.

If you choose to pursue a transaction, it is your sole responsibility to seek independent advice from professionals such as Real Estate Agents and Brokers, Appraisers, Lawyers, Accountants, and Mortgage Brokers.

You must be current on payments to attend Retreats.

_____     Brandon Keller     11-16-09
Signature                                    Printed Name                              Date

_____     _____     _____
Guest Signature                           Printed Name                              Date

7.14.08

Exhibit 3 Page 34

EXHIBIT 4

Advisor: GM
3.1.2010

# TRUMP
## ENROLLMENT FORM

ATRFTF20100226a
Event Code: _____
Client ID: 1073357

### CONTACT INFORMATION

NAME: Sheri Winkelmann
ADDRESS: ▮
CITY: ▮    STATE: ▮    ZIP: ▮
EMAIL: ▮
HOME PHONE: ▮    WORK: ▮

### PURCHASE(S)

☒ **Trump Gold Elite:**
- 3 Day In-Field Mentorship — $25,000
- Wealth Preservation Retreat — $5,000
- Quick Start Real Estate Retreat — $5,000
- Creative Financing Retreat — $5,000
- Commercial & Multi-Family Retreat — $5,000
- Real Estate Investor Training Online Program — $3,000
- Incorporate Your Business (State Licensing fees not Included) — $995
- Foreclosure DealSource Property Listing Service (One Year Membership) — $420

Retail Value: $49,415
Event Special You Save 29%: $34,995

☐ **Trump Silver Elite:**
- Wealth Preservation Retreat — $5,000
- Quick Start Real Estate Retreat — $5,000
- Creative Financing Retreat — $5,000
- Commercial & Multi-Unit Retreat — $5,000
- Real Estate Investor Training Online Program — $3,000
- Incorporate Your Business (State Licensing fees not Included) — $995

Retail Value: $23,995
Event Special You Save 19%: $19,495

☐ **Trump Bronze Elite:**
- Wealth Preservation Retreat — $5,000
- Quick Start Real Estate Retreat — $5,000
- Incorporate Your Business (State Licensing fees not Included) — $995

Retail Value: $10,995
Event Special You Save 9%: $9,995

Total Due: $34,995
Paid at Enrollment: $34,995
Balance: 0

PIF

Balance Due Date and Notes: Amnesty 407-748-5181

### PAYMENT

☐ **Credit Card**    VISA  MasterCard  [  ]  [  ]
NAME EXACTLY AS IT APPEARS ON THE CARD (Please Print): _____
CREDIT CARD NO: _____
BILLING ADDRESS (If Different From Above): _____
EXP DATE: _____   SECURITY CODE: _____   CITY: _____   STATE: _____   ZIP: _____

☒ **Check**    ACCOUNT NO #1132    CHECK NO: _____

You, the Buyer, may cancel this agreement without any penalty, at any time prior to midnight of the third business day after the date of this transaction. See cancellation notice on reverse side for explanation of this right.

*Data Subscription Fees: I hereby authorize Trump U to charge my bank account or credit card account, noted above, in the sum of $34.95 per month 365 days after the signing of this contract, payable monthly as if I had personally signed a check or sales draft slip to Trump U. This authorization shall remain in effect unless and until I notify Trump U in writing that I wish to cancel this subscription, which I may do at any time whatsoever. A record of my payment will be included in my bank or credit card statement and will serve as my receipt. This subscription can be cancelled at any time. _____ Initials

This Program is provided for information only and no guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by the Program, Program instructors, Trump U, their affiliates or their officers, principals, representatives, agents or employees (collectively, "Principals"). I acknowledge that none of the Principals is engaged in rendering financial, investment, legal, accounting, or other professional services or advice. If such professional advice or other expert services are required, I acknowledge that I should seek the services of a competent professional who can consider my particular circumstances. I acknowledge that none of the Principals is responsible for, and they shall have no liability for, my business success or failure, my acts and omissions, the appropriateness of my business decisions, or my use of or reliance on Program Information. Trump U's obligation to start providing services starts when full payment is received.

By signing below, I ("Participant") acknowledge that I have read and agree to the provisions on the front and back of this Enrollment Form.

SIGNATURE: [signed]    DATE: 1/28/10    PARTNER'S SIGNATURE: _____   DATE: _____

White Copy: TRUMP U                Pink Copy: CUSTOMER

Exhibit 4 Page 35

# NOTICE OF CANCELLATION

Date: _____

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION WITHIN THREE BUSINESS DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OF SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN BUSINESS DAYS FOLLOWING RECEIPT BY THE MERCHANT OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE MERCHANT AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY IF YOU WISH TO COMPLY WITH THE INSTRUCTIONS OF THE MERCHANT REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE MERCHANT'S EXPENSE AND RISK.

IF YOU DO NOT AGREE TO RETURN THE GOODS TO THE MERCHANT, OR IF THE MERCHANT DOES NOT PICK THEM UP WITHIN TWENTY DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR FAX 212-937-3830, OR SEND A TELEGRAM, TO TRUMP U, 40 WALL STREET, NEW YORK, NY 10005 NOT LATER THAN MIDNIGHT OF _____.

I HEREBY CANCEL THIS TRANSACTION.

DATE: _____

Buyer's Signature _____
Print Name: _____
Address: _____

Telephone: _____