David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant TRUMP UNIVERSITY, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>DECLARATION OF MICHAEL SEXTON IN SUPPORT OF DEFENDANT TRUMP UNIVERSITY, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER RULES 12(b)(6), 9(b), AND 8(a)(2)<br><br>DATE: September 13, 2010<br>TIME: 10:30 a.m. |

I, Michael Sexton, declare:

1. I have been the President of Trump University, LLC ("Trump University") since the company began in about 2004. Prior to Trump University, I worked in senior management positions at a number of early stage companies, and prior to that, I spent eight years as a management consultant, including with Accenture's strategic services practice in New York. I have a BA from Tufts University and an MBA from the Tuck School at Dartmouth College. I make this declaration of my own personal knowledge, and if called to testify, I could and would testify competently to the facts stated herein.

2. I am familiar with the contract provided to attendees of Trump University programs, seminars and workshops. The contract includes: (1) a two-sided form with Contact Information,

1  Enrollment and Payment on the front and Notice of Cancellation on the back; and (2) the "Terms
2  and Conditions" sheet. The contract is provided to attendees and signed by them before beginning
3  the Trump University programs, seminars or workshops identified in the contract.

4      3.    I have reviewed Exhibit 1 attached to Trump University's Motion to Dismiss. It is a
5  true and correct copy of the contract between Trump University and Tarla Makaeff, including the
6  front page of the contract signed by Ms. Makaeff on August 10, 2008, the back-side of the contract,
7  and the Terms and Conditions, also signed by Ms. Makaeff on August 10, 2008.

8      4.    I have reviewed Exhibit 2 attached to Trump University's Motion to Dismiss. It is a
9  true and correct copy of the contract between Trump University, Edward Oberkrom and Michael
10 Bahr, including the front page of the contract signed by Mr. Oberkrom and Michael Bahr on March
11 21, 2009, the back side of the contract, and the Terms and Conditions, also signed by each on March
12 21, 2009.

13     5.    I have reviewed Exhibit 3 attached to Trump University's Motion to Dismiss. It is a
14 true and correct copy of the contract between Trump University and Brandon Keller, including the
15 front page of the contract signed by Mr. Keller on November 16, 2009, the back-side of the contract,
16 and the Terms and Conditions, also signed by Mr. Keller on November 16, 2009.

17     6.    I have reviewed Exhibit 4 attached to Trump University's Motion to Dismiss. It is a
18 true and correct copy of the contract between Trump University and Sheri Winkelmann, including
19 the front page of the contract signed by Ms. Winkelmann on February 28, 2010, and the back-side of
20 the contract. We have not yet located her Terms and Conditions sheet.

21     7.    I have reviewed Trump University's files and investigated the claims made by
22 plaintiff Patricia Murphy. Trump University has no record of Patricia Murphy ever contracting with
23 Trump University, nor paying Trump University any money, nor attending any Trump University
24 program.

25     8.    I am aware that Brandon Keller recently joined as a plaintiff in Ms. Makaeff's
26 lawsuit, apparently seeking a refund for a three-day program he attended in San Diego. The
27 allegations suggest that he was not satisfied with Trump University programs. However, after
28 joining this lawsuit, Mr. Keller has continued to attend and participate in Trump University

2    Case No. 10 CV 0940 IEG (WVG)
DECLARATION OF MICHAEL SEXTON IN SUPPORT OF DEFENDANT TRUMP UNIVERSITY, LLC'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER RULES 12(b)(6), 9(b), AND 8(a)(2)

programs and has indicated, in writing that he wishes to participate in additional future Trump University programs.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on July 21, 2010, in New York, New York.

_____
Michael Sexton