ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PAULA M. ROACH (254142)
proach@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 West Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 10-cv-00940-IEG(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF AMBER L. ECK IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE DEFENDANT TRUMP UNIVERSITY'S COUNTERCLAIM PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE §425.16 |
| TRUMP UNIVERSITY, LLC, a New York Limited Liability Company,<br><br>Counterclaimant,<br><br>vs.<br><br>TARLA MAKAEFF, and ROES 1 through 10, inclusive,<br><br>Counterdefendants. | DATE: August 2, 2010<br>TIME: 10:30 a.m.<br>CRTM: 1<br>JUDGE: Honorable Irma E. Gonzalez |

573307_1

I, Amber L. Eck, declare as follows:

1. I am an attorney with the law firm Zeldes & Haeggquist, LLP, one of Plaintiff's counsel. I am duly licensed to practice before the state and federal courts in California. The facts stated in this declaration are true and based upon my own person knowledge and, if called to testify to them, I would competently do so.

2. On June 25, 2010, I sent an e-mail to defense counsel David Schneider asking him to produce all documents containing the alleged defamatory statements set forth in his complaint. I explained that it was very difficult to respond to the statements in the Counterclaim without knowing who the letters were sent to or the context of the statements. I received no response from Mr. Schneider or his office from that time until we filed our Anti-SLAPP motion on June 30, 2010. Although we had previously discussed that he would be out of town on vacation for a week in August, I did not recall that he was also going to be on vacation the last week of June.

3. On July 2, 2010, David Schneider e-mailed me and informed me that he had just returned from vacation and received my e-mail. I wrote back the same day, and again asked whether he intended to produce the documents, as Trump University bears the burden of proof on its defamation claim.

4. I received no response from defense counsel for two weeks. On July 15, 2010, David Schneider sent an e-mail asking Plaintiff to informally provide copies of all documents she sent to anyone regarding Trump University, and that Defendants produce any such documents in their possession.

5.    I replied to Mr. Schneider the same day, and agreed to provide such documentation at the discovery stage of the proceedings. I again requested that Trump produce copies of the letters they claimed contained the defamatory statements, reminding him that Trump University bears the burden of proof on its defamation claims, but received no response or documents until Trump University filed its Opposition on July 19, 2010, attaching two letters written by Ms. Makaeff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of July, 2010, at San Diego, California.

                                          s/ Amber L. Eck
                                          AMBER L. ECK

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2010.

                    s/ Amber L. Eck
                    AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 West Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

E-mail: ambere@zhlaw.com

## Mailing Information for a Case 3:10-cv-00940-IEG -WVG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paula M. Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,cfb@yslaw.com,jjohnson@reedscardino.com

### Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)