**Table of Contents of Exhibits**
filed with Supplemental Declaration of Tarla Makaeff in Support of Special Motion to Strike Trump University's Defamation Counterclaim Pursuant to California Code of Civil Procedure §425.16

| Exhibit | Description | pages |
|---|---|---|
| 1 | E-mail from Tarla Makaeff to Brad Schneider, dated April 13, 2009. | 1-2 |

# EXHIBIT 1

From: **Tarla Makaeff**
Sent: Mon 4/13/09 12:32 PM
To: Brad Schneider (bschneider@trumpuniversity.com)

Brad,

I will be calling you shortly. I have spoken at length with Paul Reisner after he emailed and called me to see if I was satisfed with your program. To be blunt, I did not receive the value that I thought I would for such a large expenditure. Furthermore, I am highly aware that I am not the only one and that there is great dissatisfaction amongst the Trump students and Trump mentorship students, and there is a reason for this same general consensus.

Paul told me I am not eligible for a refund nor for additional mentoring other than phone calls. I am not happy with this. I was under the impression that my mentors would cover more of the contracts and numbers and I asked them repeatedly during our mentorship but they never got around to it. Generally speaking they are nice guys and I did not want to review them badly given the fact that they are supposed to help you for a year thereafter...I obviously thought this was not in my best interest, and I'm sure you can understand why. It is also uncomfortable to fill out such a form before their very noses and say anything unsavory. In any case, my impression is that they would be there to help me afterwards so at least I would get help at some point but they were very vague during any 3 minute calls after the fact. I even hired they got fired due to rampant dissatisfaction with their mentorship. Paul denies this.

So in light of this, I went ahead and purchased another $10,000 phone package from Trump Institute which I shouldn't have had to do...because I really wanted to get the knowledge I didn't the first time around. I did this to again receive very vague advice with comments such as "you know you have a great property when you walk inside it and the realtors' eyes light up." I further expressed dissatisfaction maybe a month or so after the fact to Jason in your department as well, and he set me up with some phone calls through Stephen Gilpin who was the best person who's helped me so far. But it's very difficult to go over numbers and contracts when you are not face to face. And that's not what I paid for! I didn't need a "mentor" to show me properties like a realtor does for 2 days then spend a half day at Home Depot and 1 hour if that on numbers and no time on contracts. I'm not stupid...a monkey can get a realtor to drive them around...let's be honest here. I was looking for high level help on creative, advanced strategies. Would you pay $15,000 for a "mentor" to show you properties and take you to Home Depot?

I even asked some of the Trump teachers for help at the conferences and one of them, Tim Gorsline, told me he would help me outside of class and then disappeared...I forwarded the emails to Paul and can send them to you as well. Tim didn't owe me anything but that is pretty heartless and additionally he has a very bad wrap which I discovered online. I am surprised Trump, in light of this, would hire such a person, and I question what I paid for.

I then had to go outside of Trump for additional help and another mentorship which I have just started. Is this right that my $35,000 need to be doubled because your mentors didn't hold up their end of the bargain?

As you can see, I tried every which way to get additional help after the fact although Paul says I was satisfied after the fact. I think my actions show I was not satisfied and Jason was aware of

Exhibit 1
-1-

this. Unfortunately, I am a nice person and generally don't like to complain or get people in trouble and would rather try to make things work, but I see now that that only works against me.

The bottom line is that a refund is not my goal; I came to Trump and spent the time, energy, and money to be a RE investor and nothing less. So another few days in person is what I want. I want to pick up where my mentors left off. I am very aware that other students have received refunds months AFTER the fact and additionally that others have received additional IN PERSON help to actually go out and make offers after their dissatisfaction with my same mentors. So why am I any different? I paid the same amount and have had the same troubles.

I have tried the phone work at a $10,000 price tag and it didn't do much. So I am concerned that more phone work is going to have the same result. I need to get going and doing deals now not tomorrow. This is what I would like appreciate receiving: Troy Peterson who has just called me to come here in person to go over the numbers and contracts with me and actually show me how to structure the deals and make offers with me. I already mentioned this to but he told me I don't need this. I am far more aware of what I need to succeed than he is so I'm not sure how he can even make a comment about what I do or do not need other than if he is just trying to steer me away from receiving further help. Is it not your goal to have successful students who can write you wonderful reviews and testimonials? I am happy to do this but can only do it if it is legtimately the truth.

As I mentioned to Paul, my goal is to make this work for me. I'm very intelligent, have earned 6 figures in the past but lost marketing business when my client restructured due to the economy. I'm extremely capable if someone SHOWS me what to do, but I'm not a mind reader and vague comments or 30 minute calls aren't faciliating my growth. I just need someone to "take me by the hand" as promised, which is what a mentor does anyway, and move forward with the complicated aspects of real estate that you don't learn in one hour.

Brad, just so you know, I'm in a very precarious financial position and I really NEED this help. I broke down and started crying on the phone with Paul, and I don't think he gets it. This is not a joke to me. I spent the money that truly I shouldn't have to "save myself" so to speak and if I have to beg and plead now for you guys to do what's right, then I will. My only fault is that I should have complained further earlier but I have never done this before and thought the phone calls that Jason suggested might help. RE investing is not something you learn overnight and everyone at Trump should know that well. I need to get what I paid for so I can be the success story that Trump promotes.

I am kindly asking you to please do whatever it takes to help me further. I am just as deserving if not more than the other students because I seriously need the money...I am under an insane amount of stress and extremely discouraged and often depressed about where I'm at. I am trying to rescue myself but I need a lifeline. I know I am someone who can apply what I learn but I need your help to make that happen. Please help me.

You may reach me at ▮▮▮▮▮▮▮▮▮. Thank you.

T

Exhibit 1
-2-