David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant TRUMP UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>OBJECTION AND REQUEST TO STRIKE NEW EVIDENCE SUBMITTED BY PLAINTIFF WITH REPLY PAPERS OR, IN THE ALTERNATIVE, REQUEST TO FILE SURREPLY<br><br>DATE:  August 2, 2010<br>TIME:   10:30 a.m.<br>CTRM:  1<br>JUDGE: Hon. Irma E. Gonzalez |

　　　　Apparently recognizing that she failed to carry her burden in her moving papers, Plaintiff filed a six-page declaration with her Reply papers, in contravention of California law.  Plaintiff's belated introduction of purported evidence to support her Special Motion to Strike is improper and should not be considered by this Court. *Zamani v. Carnes,* 491 F.3d 990, 997 (9th Cir. 2007) (motion for reconsideration).

　　　　In her moving papers, Plaintiff failed to offer any <u>evidence</u> that Trump University, LLC was a public figure, or a limited public figure, or that her speech was protected or concerned an issue of "public concern."  Plaintiff also failed to offer evidence addressing with any particularity the defamation specifically set forth in the Counterclaim.  Plaintiff's failure cannot be addressed in her

Reply, depriving Trump University, LLC of the opportunity to address the alleged "evidence." *JG v. Douglas School Dist.*, 552 F.3d 786, 803 (9th Cir. 2008) (motion for summary judgment).[1]

Plaintiff's attempt to offer new "evidence" after the material deficiencies of Plaintiff's moving papers were detailed in Defendant's Opposition is improper.  Defendant Trump University, LLC objects to Plaintiff's late submission and respectfully requests that the Court disregard (strike) the new declarations and exhibit.  Alternatively, Trump University, LLC requests an opportunity to file a surreply to respond to Plaintiff's Reply and late submission of "evidence."

Dated:     July 29, 2010

Respectfully submitted,

YUNKER & SCHNEIDER

By:   s/ David K. Schneider
Attorneys for Defendant and Counterclaimant
TRUMP UNIVERSITY, LLC
E-mail: dks@yslaw.com

---

[1] This principle also has been affirmed by California courts in a series of unpublished opinions specifically involving Special Motions to Strike.  *See, e.g., Gates v. Pfeiffer*, 2009 WL 693468 and *Yoon v. Choi*, 2008 WL 241142.