1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
3  PAULA M. ROACH (254142)
   proach@rgrdlaw.com
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6
   ZELDES & HAEGGQUIST, LLP
7  AMBER L. ECK (177882)
   ambere@zhlaw.com
8  HELEN I. ZELDES (220051)
   helenz@zhlaw.com
9  ALREEN HAEGGQUIST (221858)
   alreenh@zhlaw.com
10 625 West Broadway, Suite 906
   San Diego, CA  92101
11 Telephone:  619/434-0024
   619/342-7878 (fax)
12
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN, on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br> vs.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>        Defendants.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company,<br><br>        Counterclaimant,<br><br> vs.<br><br>TARLA MAKAEFF, and ROES 1 through 10, inclusive,<br><br>        Counterdefendants. | No. 10-cv-00940-IEG(WVG)<br><br>CLASS ACTION<br><br>PLAINTIFF TARLA MAKAEFF'S OPPOSITION TO DEFENDANT TRUMP UNIVERSITY'S OBJECTION AND REQUEST TO STRIKE NEW EVIDENCE SUBMITTED BY PLAINTIFF WITH REPLY PAPERS OR, IN THE ALTERNATIVE, REQUEST TO FILE SURREPLY<br><br>DATE: August 2, 2010<br>TIME: 10:30 a.m.<br>CTRM: 1<br>JUDGE: Honorable Irma E. Gonzalez |

573922_1

Defendant Trump University ("Defendant") requests that the Court strike Plaintiff Tarla Makaeff's ("Makaeff" or "Plaintiff") Supplemental Declaration and supporting exhibit filed in support of her Special Motion to Strike on the basis that Makaeff improperly submitted "new evidence" with her reply brief. *See* Dkt. No. 18 at 1. For the reasons set forth below, Trump University is wrong.

On an anti-SLAPP motion under California Code of Civil Procedure §425.16, it is the non-movant asserting the defamation claim (Trump University) that bears the evidentiary burden of demonstrating a likelihood of prevailing on the merits of its claim. *Wilson v. Parker, Covert & Chidester*, 28 Cal. 4th 811, 821 (2002). Once the non-movant (Trump University) makes its evidentiary showing, the party moving to strike (Makaeff) is permitted to respond and contend that the evidentiary burden has not been met. *See Navellier v. Sletten*, 106 Cal. App. 4th 763, 775 (2003) (denying non-moving party's request to belatedly present evidence that it was likely to prevail on its claim); *see also Eagle Broadband, Inc. v. Mould*, No. H030169, 2007 WL 4358515, at *15 (Cal. Ct. App. Dec. 14, 2007) (finding that evidence and declarations submitted by moving party on reply to address non-movant's arguments and evidence concerning malice submitted on opposition could be considered).

That is precisely what Makaeff's Supplemental Declaration and attached Exhibit 1 do. Makaeff submitted her Supplemental Declaration and supporting exhibit only to demonstrate that Trump University failed to meet its evidentiary burden of demonstrating a likelihood of proving its defamation claim in its opposition papers. *See* Plaintiff's Reply in Support of Special Motion to Strike Defendant's Counterclaim ("Reply Brief"), at 5, 7-8. Specifically, Makaeff submitted her Supplemental Declaration and supporting exhibit to rebut any assertion by Trump University that she made any defamatory statements with actual malice or that her statements were actionable. *Id.* Accordingly, the Court may appropriately consider Makaeff's Supplemental Declaration and exhibit. *Navellier*, 106 Cal. App. 4th at 775.

Additionally, as a practical matter, it was not until Trump University attached Makaeff's letters to its supporting declaration in opposition to her anti-SLAPP Motion that Makaeff was able to ascertain what the allegations were against her and, in turn, adequately respond to same. Indeed,

1  Trump University's Counterclaim failed to describe to whom the statements were allegedly made,
2  when, or in what context.[1]
3      For these reasons, Trump University's request to strike Makaeff's Supplemental Declaration
4  and supporting exhibit should be denied.  Additionally, because it is Trump University's burden to
5  set forth a prima facie showing in it opposition to the anti-SLAPP motion that it was likely to prevail
6  on its defamation claim, its alternative request to file a further surreply should be denied.

DATED:  July 29, 2010

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST

    s/  Amber L. Eck    
AMBER L. ECK

625 West Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/434-0024
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
RACHEL L. JENSEN
PAULA M. ROACH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs

---

[1]  Moreover, as stated in Plaintiff's Reply Brief, Plaintiff's counsel requested that Defendant produce copies of the alleged defamatory statements before filing her anti-SLAPP motion.  *See* Reply Brief at n.1.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 29, 2010.

    s/ Amber L. Eck
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
625 West Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/434-0024
619/342-7878 (fax)

E-mail:    ambere@zhlaw.com

# Mailing Information for a Case 3:10-cv-00940-IEG -WVG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paula M. Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`