# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | CASE NO. 10-CV-00940-IEG(WVG)<br><br>**ORDER:**<br><br>**(1) GRANTING LEAVE TO FILE SURREPLY; and**<br><br>**(2) CONTINUING HEARING DATE.** |

Defendant/Counter Claimant Trump University, LLC is granted leave to file a surreply, not to exceed seven pages, in support of its opposition to Plaintiff/Counter Defendant Tarla Makaeff's motion to strike. The surreply shall be filed **on or before August 2, 2010, at 12:00 p.m.** Accordingly, the Court continues the hearing on the motion to strike, currently scheduled for August 2, 2010, to **Wednesday, August 4, 2010, at 9:00 a.m.**

IT IS SO ORDERED.

**DATED: July 30, 2010**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**