# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | CASE NO. 10-CV-00940-IEG(WVG)<br><br>**ORDER CONTINUING HEARING DATE.** |

Due to a conflict on the Court's calendar, the hearing on Plaintiff Tarla Makaeff's motion to strike, currently scheduled for Wednesday, August 4, 2010, at 9:00 a.m., is rescheduled to **Wednesday, August 4, 2010, at 11:00 a.m.**

IT IS SO ORDERED.

**DATED: August 3, 2010**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**