ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 West Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/434-0024
619/342-7878 (fax)

Attorneys for Plaintiff
ROBBINS GELLER RUDMAN
   & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PAULA M. ROACH (254142)
proach@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>     vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                        Defendants. | No. 10-cv-00940-IEG(WVG)<br><br>CLASS ACTION<br><br>JOINT MOTION FOR EXTENSION TO FILE RESPONSE TO COUNTERCLAIM |

Plaintiff/Counter Defendant Tarla Makaeff ("Plaintiff") and Defendant/Counter Claimant Trump University ("Trump University"), through their counsel of record, have agreed, subject to the Court's approval, to extend the deadline for Plaintiff's response to the Counterclaim two weeks, from September 7, 2010 to September 21, 2010 and seek an Order for the Court granting this extension.  Good cause exists for the requested extension as Plaintiff needs additional time to analyze the most appropriate response in light of the Court's ruling.

1  In accordance with the Southern District Local Rules 7.2 and 12.1, Plaintiff and Trump University hereby agree that:

2  1.  The deadline for Plaintiff to file a response to Defendant's counterclaim shall be extended two weeks, from <u>September 7, 2010</u> to <u>September 21, 2010</u>.

3  2.  Good cause exists for granting the requested extension.

Nothing set forth within this Stipulation shall be construed as a waiver of any right, claim or defense of the parties hereto.

IT IS SO STIPULATED.

DATED: September 2, 2010                ZELDES & HAEGGQUIST, LLP
                                        AMBER L. ECK
                                        HELEN I. ZELDES
                                        ALREEN HAEGGQUIST


                                        _____*/s/ Amber L. Eck*_____
                                                AMBER L. ECK

                                        625 West Broadway, Suite 906
                                        San Diego, CA  92101
                                        Telephone:  619/434-0024
                                        619/342-7878 (fax)

                                        Attorneys for Plaintiff

DATED: September 2, 2010                YUNKER & SCHNEIDER
                                        DAVID K. SCHNEIDER


                                        _____*/s/ David K. Schneider*_____
                                                DAVID K. SCHNEIDER

                                        655 West Broadway, Suite 1400
                                        San Diego, California  92101
                                        Telephone:  (619) 233-5500
                                        (619) 233-5535 (fax)

                                        Attorneys for Defendant