# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>         Plaintiff,<br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>         Defendants. | CASE NO. 10-CV-00940-IEG(WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION TO FILE RESPONSE TO COUNTERCLAIM**<br><br>[Doc. No. 26] |

  Upon consideration of the parties' Joint Motion for Extension of Time to File Response to Counterclaim, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff/Counter Defendant Tarla Makaeff shall have an extension of two weeks from September 7, 2010 to September 21, 2010 to file a response to the Counterclaim filed in this action.

  IT IS SO ORDERED.

**DATED: September 3, 2010**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**