ROBBINS GELLER RUDMAN
   & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PAULA M. ROACH (254142)
proach@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　Defendants. | No. 10-cv-00940-IEG(WVG)<br><br>CLASS ACTION<br><br>PLAINTIFF/COUNTERDEFENDANT TARLA MAKAEFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 23, 2010 ORDER DENYING HER MOTION TO STRIKE TRUMP UNIVERSITY'S COUNTERCLAIM |
| TRUMP UNIVERSITY, LLC, a New York Limited Liability Company,<br><br>　　　　　　　　　Counterclaimant,<br><br>　vs.<br><br>TARLA MAKAEFF, and ROES 1 through 10, inclusive,<br><br>　　　　　　　　　Counterdefendants. | DATE: October 25, 2010<br>TIME: 10:30 a.m.<br>CRTM: 1<br>JUDGE: Honorable Irma E. Gonzalez |

579109_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on October 25, 2010, or as soon thereafter as the matter may
3  be heard in the above-entitled court, located at 940 Front Street, San Diego, CA 92101,
4  Plaintiff/Counterdefendant Tarla Makaeff by and through her attorneys, will, and hereby does, move
5  the Court for an order granting her motion for reconsideration of the Court's August 23, 2010 Order
6  denying her motion to strike Trump University's counterclaim.

7  This motion for reconsideration is brought pursuant to Federal Rule of Civil Procedure 30(b)
8  and Local Rule 7.1(i).

9  This motion is based on this Notice, the accompanying Memorandum of Points and
10  Authorities, the accompanying Declaration of Amber L. Eck, and upon such other and further
11  evidence and argument as may be presented to the Court at the time of the hearing.

12  DATED: September 20, 2010                ZELDES & HAEGGQUIST, LLP
                                             AMBER L. ECK
13                                           HELEN I. ZELDES
                                             ALREEN HAEGGQUIST
14

15
                                                   s/ Amber L. Eck
16                                                 AMBER L. ECK

17                                           625 Broadway, Suite 906
                                             San Diego, CA  92101
18                                           Telephone:  619/342-8000
                                             619/342-7878 (fax)
19
                                             ROBBINS GELLER RUDMAN
20                                             & DOWD LLP
                                             RACHEL L. JENSEN
21                                           PAULA M. ROACH
                                             655 West Broadway, Suite 1900
22                                           San Diego, CA  92101
                                             Telephone:  619/231-1058
23                                           619/231-7423 (fax)

24                                           Attorneys for Plaintiffs

25

26

27

28

579109_1                                     - 1 -                    10-cv-00940-IEG(WVG)

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 20, 2010.

    s/ Amber L. Eck
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

E-mail:ambere@zhlaw.com

579109_1

10-cv-00940-IEG(WVG)

## Mailing Information for a Case 3:10-cv-00940-IEG -WVG

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paula M. Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`