1   ROBBINS GELLER RUDMAN
        & DOWD LLP
2   RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
3   PAULA M. ROACH (254142)
    proach@rgrdlaw.com
4   655 West Broadway, Suite 1900
    San Diego, CA  92101
5   Telephone:  619/231-1058
    619/231-7423 (fax)
6
    ZELDES & HAEGGQUIST, LLP
7   AMBER L. ECK (177882)
    ambere@zhlaw.com
8   HELEN I. ZELDES (220051)
    helenz@zhlaw.com
9   ALREEN HAEGGQUIST (221858)
    alreenh@zhlaw.com
10  625 Broadway, Suite 906
    San Diego, CA  92101
11  Telephone:  619/342-8000
    619/342-7878 (fax)
12
    Attorneys for Plaintiffs
13                          UNITED STATES DISTRICT COURT

14                         SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN, on Behalf of Themselves and All Others Similarly Situated, | No. 10-cv-00940-IEG(WVG) |
| 16 | |
| 17                          Plaintiffs, | CLASS ACTION |
| 18             vs. | DECLARATION OF AMBER L. ECK IN SUPPORT OF PLAINTIFF/COUNTERDEFENDANT TARLA MAKAEFF'S MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 23, 2010 ORDER DENYING HER MOTION TO STRIKE TRUMP UNIVERSITY'S COUNTERCLAIM |
| 19  TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive, | |
| 20 | |
| 21                          Defendants. | |
| 22  TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, | DATE: October 25, 2010 TIME: 10:30 a.m. CRTM: 1 JUDGE: Honorable Irma E. Gonzalez |
| 23                          Counterclaimant, | |
| 24             vs. | |
| 25  TARLA MAKAEFF, and ROES 1 through 10, inclusive, | |
| 26 | |
| 27                          Counterdefendants. | |

28

579146_1

I, Amber L. Eck, declare as follows:

1.      I am an attorney with the law firm Zeldes & Haeggquist, LLP, one of Plaintiff's counsel.  I am duly licensed to practice before the state and federal court in California.  The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2.      Attached hereto as Exhibit A is a true and correct copy of a snapshot of the homepage of the Trump University website taken on May 4, 2010.

3.      Attached hereto as Exhibit B is a true and correct copy of a snapshot of the homepage of the Trump University (now called Trump Initiative) website taken on September 20, 2010.

4.      Attached hereto as Exhibit C is a true and correct copy of the court's order in *Gugliotta v. Morano*, No. CV 2001-05-2114 (Court of Common Pleas, Summit County, Ohio, dated 2001).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of September, 2010, at San Diego, California.


                                                    s/ Amber L. Eck
                                                  AMBER L. ECK

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 20, 2010.

<u>s/ Amber L. Eck</u>
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

E-mail:ambere@zhlaw.com

## Mailing Information for a Case 3:10-cv-00940-IEG -WVG

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paula M. Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)