David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant TRUMP UNIVERSITY, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendant.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 IEG (WVG)<br><br>DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFF/COUNTERDEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 23, 2010 ORDER DENYING HER MOTION TO STRIKE<br><br>DATE: 10/25/10<br>TIME: 10:30 A.M.<br>CRTM: 1<br>JUDGE: HON. IRMA E. GONZALEZ |

I, Michael Sexton, declare:

1. I have been the President of Trump University, LLC ("Trump University") since the company began in about 2004. Prior to Trump University, I worked in senior management positions at a number of early stage companies, and prior to that, I spent eight years as a management consultant, including with Accenture's strategic services practice in New York. I have a Bachelor of Arts degree from Tufts University and a Masters of Business Administration degree from the Tuck School at Dartmouth College. I make this declaration of my own personal knowledge, and if called to testify, I could and would testify competently to the facts stated herein.

2. Ms. Makaeff filed suit against Trump University LLC in April 2010. I understand that Ms. Makaeff or her counsel then posted an entire copy of her lawsuit on the Internet. In May

2010, our counsel responded to the Complaint and filed a Counterclaim. On June 2, 2010, Trump University made and posted minor changes to its website.

3. During the last couple of years, some attendees at Trump University programs, seminars and workshops have provided written and/or videotaped testimonials about their experiences. In June 2009, Ms. Makaeff provided of video testimonial about her thoughts and experiences concerning Trump University and her mentor. I have reviewed the videotape and am familiar with its contents. Ms. Makaeff stated that her mentor "is awesome for me" and "he's great, because he's just like me – very detail oriented, very analytical – we have the same thought patterns – it's awesome. He's really helping work through things."

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on October 7, 2010, in New York, New York.

_____
Michael Sexton