1 | ROBBINS GELLER RUDMAN
   |   & DOWD LLP
2 | RACHEL L. JENSEN (211456)
   | rjensen@rgrdlaw.com
3 | PAULA M. ROACH (254142)
   | proach@rgrdlaw.com
4 | 655 West Broadway, Suite 1900
   | San Diego, CA  92101
5 | Telephone: 619/231-1058
   | 619/231-7423 (fax)
6 |
   | ZELDES & HAEGGQUIST, LLP
7 | AMBER L. ECK (177882)
   | ambere@zhlaw.com
8 | HELEN I. ZELDES (220051)
   | helenz@zhlaw.com
9 | ALREEN HAEGGQUIST (221858)
   | alreenh@zhlaw.com
10 | 625 West Broadway, Suite 906
   | San Diego, CA  92101
11 | Telephone: 619/342-8000
   | 619/342-7878 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | ) No. 10-cv-00940-IEG(WVG) ) |
| Plaintiffs, | ) <u>CLASS ACTION</u> ) ) JOINT MOTION FOR EXTENSION FOR |
| vs. | ) PLAINTIFFS TO FILE SECOND ) AMENDED COMPLAINT |
| TRUMP UNIVERSITY, LLC, et al., | ) ) |
| Defendants. | ) ) |

583025_1

1  Plaintiffs Tarla Makaeff, et al., and Defendant Trump University, have agreed, subject to the Court's approval, to extend the deadline for Plaintiffs to File a Second Amended Complaint 45 days from <u>November 1, 2010</u> to <u>December 16, 2010,</u> to enable the parties to discuss a potential resolution of the Complaint and Counterlaim.

In the Court's Order Granting in Part and Denying in Part Defendant's Motion to Dismiss [Doc. No. 16], the Court ordered that Plaintiffs may file a Second Amended Complaint within 20 days of the filing date of this Order (October12, 2010). This 20-day deadline currently expires on November 1, 2010.

Good cause exists for the requested extension as the parties intend, in good faith, to pursue settlement discussions.

In accordance with the Southern District Local Rules 7.2 and 12.1, Plaintiffs and Trump University hereby stipulate and agree:

1. The deadline for Plaintiffs to file a Second Amended Complaint shall be extended 45 days, from November 1, 2010 to December 16, 2010; and

2. Good cause exists for granting the requested extension.

Nothing set forth within this Stipulation shall be construed as a waiver of any right, claim or defense of the parties hereto.

IT IS SO STIPULATED.

DATED: October 21, 2010

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST


<u>s/ Amber L. Eck</u>
AMBER L. ECK

625 West Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/434-0024
619/342-7878 (fax)

Attorneys for Plaintiff

| | | |
|---|---|---|
| DATED:  October 21, 2010 | | YUNKER & SCHNEIDER<br>DAVID K. SCHNEIDER |

s/ David K. Schneider<br>
DAVID K. SCHNEIDER

655 West Broadway, Suite 1400<br>
San Diego, California  92101<br>
Telephone:  (619) 233-5500<br>
(619) 233-5535 (fax)

Attorneys for Defendant

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories of this document.

DATED:  October 21, 2010

s/ Amber L. Eck<br>
AMBER L. ECK

583025_1

- 2 -

10-cv-00940-IEG(WVG)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 21, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2010.

    s/ Amber L. Eck
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 West Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/434-0024
619/342-7878 (fax)

E-mail: ambere@zhlaw.com

583025_1

10-cv-00940-IEG(WVG)

## Mailing Information for a Case 3:10-cv-00940-IEG -WVG

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paula M. Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)