# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                Defendants. | CASE NO: 10-CV-00940-IEG (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |

    Upon consideration of the parties' Joint Motion for Extension of Time to File Second Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiffs to file a Second Amended Complaint shall be extended 45 days, from November 1, 2010, to **December 16, 2010**.

    IT IS SO ORDERED.

**DATED: October 27, 2010**

                                                      _____
                                                      **IRMA E. GONZALEZ, Chief Judge
                                                     United States District Court**