1  David K. Schneider (CSB 139288)
   YUNKER & SCHNEIDER
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  Telephone:  (619) 233-5500
   Facsimile:   (619) 233-5535
4  Email: dks@yslaw.com

5  Attorneys for Defendant TRUMP UNIVERSITY, LLC

6

7

8                      **UNITED STATES DISTRICT COURT**

9              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10  TARLA MAKAEFF, on Behalf of Herself        )    Case No. 10 CV 0940 IEG (WVG)
    and All Others Similarly Situated,          )
11                                              )
                    Plaintiff,                  )
12                                              )    JOINT MOTION FOR EXTENSION TO
    v.                                          )    FILE RESPONSE TO SECOND
13                                              )    AMENDED COMPLAINT
    TRUMP UNIVERSITY, LLC, a New               )
14  York Limited Liability Company, and         )
    DOES 1 through 50, inclusive,               )
15                                              )
                    Defendant.                  )
16  _____   )

17         Plaintiffs and Defendant Trump University, LLC ("Trump University"), through their

18  counsel of record, have agreed, subject to the Court's approval, to extend the deadline for

19  Defendant's response to the Second Amended Complaint to January 31, 2011, and seek an Order

20  from the Court granting this extension.

21         On April 30, 2010, Plaintiff Makaeff filed a class action complaint against Trump University

22  (Docket No. 1);

23         On May 26, 2010, Trump University filed a Motion to Dismiss the Complaint Under Rules

24  12(b)(6), 9(b), and 8(a)(2) (Docket No. 5);

25         On June 16, 2010, Plaintiffs filed a First Amended Complaint (Docket No. 10);

26         On July 26, 2010, Trump University filed a Motion to Dismiss the First Amended Complaint

27  Under Rules 12(b)(6), 9(b), and 8(a)(2) (Docket No. 16);

28

1    Counsel agreed to extend the time for Plaintiffs to file their Second Amended Complaint

2 until 12/16/10;

3    Trump University's responsive filing would then be due on or about January 5, 2011.

4    Good cause exists for the requested extension as counsel for Trump University will be out of

5 state over the holiday period and not returning until after the New Year.

6    In accordance with the Southern District Local Rules 7.2 and 12.1, Plaintiffs and Trump

7 University hereby stipulate and agree:

8    1.    The deadline for Defendant to file a response to Plaintiffs' Second Amended

9 Complaint shall be extended to January 31, 2011.

10    2.    Good cause exists for granting the requested extension.

11    Nothing set forth within this Stipulation shall be construed as a waiver of any right, claim or

12 defense of the parties hereto.

13    IT IS SO STIPULATED.

14

15 Dated:    November 18, 2010            ZELDES & HAEGGQUIST, LLP

16

17                        By:    /s/  Amber L. Eck
                             Attorneys for Plaintiffs
18                             Email:  ambere@zhlaw.com

19
Dated:    November 18, 2010            YUNKER & SCHNEIDER
20

21                        By:    /s/ David K. Schneider
22                             Attorneys for Defendant
                             TRUMP UNIVERSITY, LLC
23                             Email:  dks@yslaw.com

24

25

26

27

28