# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 10 CV 0940 IEG (WVG)<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION TO FILE RESPONSE TO SECOND AMENDED COMPLAINT |

Upon consideration of the Joint Motion for Extension of Time to File Response to Second Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED that Defendant/Counterclaimant Trump University, LLC shall have an extension until January 31, 2011 to file a response to the Second Amended Complaint filed in this action.

**IT IS SO ORDERED.**

Dated: 11/18/2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　IRMA E. GONZALEZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court