# EXHIBIT A

# TRUMP

Advisor: James Harris
Event Code: PTF 20808089
Client ID: _____

## ENROLLMENT FORM

### CONTACT INFORMATION

**NAME:** Tarla Makaeff
**ADDRESS:** ▮▮▮
**CITY:** Corona Del Mar  **STATE:** CA  **ZIP:** 92625
**EMAIL:** ▮▮▮
**HOME PHONE:** ▮▮▮  **WORK:** ▮▮▮
**CELL:** ▮▮▮  **FAX:** ▮▮▮

### PURCHASE(S)

☒ **Trump Gold Elite:**
- 3 Day Field Mentorship — $25,000
- Wealth Preservation Retreat — $5,000
- QuickTurn Real Estate Retreat — $5,000
- Creative Financing Retreat — $5,000
- Commercial & Multi-Family Retreat — $5,000
- Investor's Edge Real Estate Software ($29.95/month database fee not included) — $2,495
- Incorporate Your Business (State Licensing fees not included) — $995

$48,490  **Event Special You Save 28%**  $34,995

☐ **Trump Silver Elite:**
- Wealth Preservation Retreat — $5,000
- QuickTurn Real Estate Retreat — $5,000
- Creative Financing Retreat — $5,000
- Commercial & Multi-Unit Retreat — $5,000
- Investor's Edge Real Estate Software ($29.95/month database fee not included) — $2,495
- Incorporate Your Business (State Licensing fees not included) — $995

$23,490  **Event Special You Save 17%**  $19,495

☐ **Trump Bronze Elite:**
- Wealth Preservation Retreat — $5,000
- QuickTurn Real Estate Retreat — $5,000
- Incorporate Your Business (State Licensing fees not included) — $995

$10,995  **Event Special You Save 9%**  $9,995

**Total Due:** $34,995.00
**Paid at Enrollment:** $5,000.00
**Balance:** 29,995.00
FedEx 865633 32 2570
**Balance Due Date and Notes:** FedEx on all [illegible]

### PAYMENT

☒ **Credit Card**  VISA / MC / [logos]
**NAME EXACTLY AS IT APPEARS ON THE CARD:** Tarla A Makaeff
**CREDIT CARD NO:** ▮▮▮
**BILLING ADDRESS (if different from above):**
**EXP DATE:** __  **SECURITY CODE:** __  **CITY:** __  **STATE:** __  **ZIP:** __

☐ **Check**  **ACCOUNT NO:** __  **CHECK NO:** __

You, the Buyer, may cancel this agreement without any penalty, at any time prior to midnight of the third business day after the date of this transaction. See cancellation notice on reverse side for explanation of this right.

This Program is provided for information only and no guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by the Program, Program Instructors, Trump U, their affiliates or their officers, principals, representatives, agents or employees (collectively, "Principals"). I acknowledge that none of the Principals is engaged in rendering financial, investment, legal, accounting, or other professional services or advice. If such professional advice or other expert services are required, I acknowledge that I should seek the services of a competent professional who can consider my particular circumstances. I acknowledge that none of the Principals is responsible for, and they shall have no liability for, my business success or failure, my acts and omissions, the appropriateness of my business decisions, or my use of or reliance on Program Information. Trump U's obligation to start providing services starts when full payment is received.

By signing below, I ("Participant") acknowledge that I have read and agree to the provisions on the front and back of this Enrollment Form.

**SIGNATURE:** /s/ Tarla  **DATE:** 8/10/08  **GUEST SIGNATURE:** __  **DATE:** __

White Copy: TRUMP U  Pink Copy: CUSTOMER

7.14.08    Trump U   40 Wall Street 32nd Floor New York, NY 10005   P 212-248-1800   F 212-937-3830