ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PAULA M. ROACH (254142)
proach@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-IEG(WVG)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT |
| TRUMP UNIVERSITY, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>TARLA MAKAEFF,<br><br>Counterdefendant. | |

Notice is hereby given that plaintiff/counter-defendant Tarla Makaeff hereby appeals to the United States Court of Appeals for the Ninth Circuit from the district court's order dated August 23, 2010, and entered on August 24, 2010, denying her anti-SLAPP motion to strike defendant Trump University, LLC's counterclaim, and its order dated and entered December 6, 2010, denying her timely Rule 60(b) motion for reconsideration of the August 23, 2010, order.[1]

DATED: January 3, 2011

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST

s/ AMBER L. ECK
AMBER L. ECK

625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
RACHEL L. JENSEN
PAULA M. ROACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff/Counter-defendant

---

[1] *See Mindys Cosmetics, Inc. v. Dakar*, 611 F.3d 590, 595 (9th Cir. 2010) ("We have jurisdiction to review the district court's denial of [an] anti-SLAPP motion under the collateral order doctrine."); F.R.A.P. 4(a)(4).

## RULE 3-2 REPRESENTATION STATEMENT

**PARTIES TO THE APPEAL:**

Plaintiff/counter-defendant, and appellant, **Tarla Makaeff**, is represented by the following counsel:

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
ambere@zhlaw.com
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
ERIC ALAN ISAACSON
erici@rgrdlaw.com
RACHEL L. JENSEN
rjensen@rgrdlaw.com
PAULA M. ROACH
proach@rgrdlaw.com
AMANDA M. FRAME
aframe@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Defendant/counter-claimant and appellee, **Trump University, LLC**, is represented by:

YUNKER & SCHNEIDER
DAVID KEITH SCHNEIDER
dks@yslaw.com
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/233-5500
619/233-5535 (fax)

**ADDITIONAL PARTIES BEFORE THE DISTRICT COURT:**

Plaintiff **Brandon Keller**, on behalf of himself and all others similarly situated, is represented by the following counsel:

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
ambere@zhlaw.com
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
ERIC ALAN ISAACSON
erici@rgrdlaw.com
RACHEL L. JENSEN
rjensen@rgrdlaw.com
PAULA M. ROACH
proach@rgrdlaw.com
AMANDA M. FRAME
aframe@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Plaintiff **Patricia Murphy**, on behalf of herself and all others similarly situated, is represented by the following counsel:

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
ambere@zhlaw.com
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
ERIC ALAN ISAACSON
erici@rgrdlaw.com
RACHEL L. JENSEN
rjensen@rgrdlaw.com
PAULA M. ROACH
proach@rgrdlaw.com
AMANDA M. FRAME
aframe@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Plaintiff **Ed Oberkrom**, on behalf of himself and all others similarly situated, is represented by the following counsel:

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
ambere@zhlaw.com
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
ERIC ALAN ISAACSON
erici@rgrdlw.com
RACHEL L. JENSEN
rjensen@rgrdlaw.com
PAULA M. ROACH
proach@rgrdlaw.com
AMANDA M. FRAME
aframe@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Defendant **Donald J. Trump**, has not yet appeared in the district court, but it is believed he will be represented there by:

Alan Garten
agarten@trumporg.com
Assistant General Counsel
The Trump Organization
725 Fifth Avenue
New York, NY 10022

Defendants **DOES 1-50** are not currently represented.

DATED: January 3, 2011

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST

s/ AMBER L. ECK
AMBER L. ECK

625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
RACHEL L. JENSEN
PAULA M. ROACH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs/Counter-defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 3, 2011.

s/ AMBER L. ECK
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)
E-mail: ambere@zhlaw.com

# Mailing Information for a Case 3:10-cv-00940-IEG -WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com
- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Paula M. Roach**
  proach@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)