David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant TRUMP UNIVERSITY, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>DECLARATION OF DAVID K. SCHNEIDER IN SUPPORT OF EX PARTE MOTION TO CONFIRM APPELLATE STAY OR, IN THE ALTERNATIVE, TO REQUEST STAY PENDING APPEAL<br><br>CTRM: 1<br>JUDGE: Hon. Irma E. Gonzalez |

I, David K. Schneider, declare:

1. I am an attorney duly licensed to practice before the state and federal courts in California, and I am a partner in the law firm of Yunker & Schneider, attorneys for defendant and counterclaimant Trump University, LLC in this matter. I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2. Trump University brings this motion on an ex parte basis because the deadline to respond to Makaeff's Second Amended Complaint comes before a noticed motion may be heard. A response to the SAC by Trump University is due by January 31, 2011. Makaeff has offered new

1  defendant Donald J. Trump until February 15, 2011, to respond to the SAC, if he does not object to
2  jurisdiction.  Otherwise, a responsive pleading by Donald J. Trump also is due by January 31, 2011.
3      3. On Monday January 10, 2011, I gave written notice to plaintiffs' counsel of my intent
4  to file this Ex Parte Motion to Stay.
5      I declare under penalty of perjury that the foregoing is true and correct and that this
6  declaration was executed by me on January 10, 2011, in San Diego, California.

            /s/ David K. Schneider
            David K. Schneider