# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN on Behalf of Themselves and All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>                            Defendants. | **CASE NO: 10-CV-940-IEG (WVG)**<br><br>**SCHEDULING ORDER FOR PLAINTIFFS' OPPOSITION TO AND DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' EX PARTE MOTION FOR A STAY PENDING APPEAL**<br><br>[Doc. No. 46] |

By order filed August 23, 2010, the Court denied Plaintiff Tarla Makaeff's motion to strike Defendant Trump University's counterclaim against her for defamation pursuant to California's anti-SLAPP statute, California Code of Civil Procedure § 425.16. [Doc. No. 24.] Plaintiff filed a motion requesting the Court to reconsider that denial, [Doc. No. 31], which the Court also denied.[1] [Doc. No. 40.] Plaintiffs have appealed the Court's denial of the motion to reconsider. [Doc. No. 43.]

---

[1] Tarla Makaeff was the only named Plaintiff in the initial and first amended complaints, [Doc. Nos. 1 & 10], and during the motions relevant to this Order. Plaintiffs filed a Second Amended Complaint, naming additional Plaintiffs, on December 16, 2010. [Doc. No. 43.]

On January 10, 2011, Defendants filed an *ex parte* motion for the Court stay these proceedings pending resolution of Plaintiffs' appeal. [Doc. No. 46.] Should they seek to oppose Defendants' motion, Plaintiffs must file an opposition **ON OR BEFORE JANUARY 19, 2011**. Defendants must file any reply **ON OR BEFORE JANUARY 24, 2011**. Absent a further order, the Court will not hear oral argument on Defendants' request for a stay pending appeal.

**IT IS SO ORDERED.**

**DATED:** 1/12/2011

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**