David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant Trump University, LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, PATRICIA MURPHY and SHERI WINKELMANN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Trump University, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>REPLY DECLARATION OF DAVID K. SCHNEIDER IN SUPPORT OF EX PARTE MOTION TO CONFIRM APPELLATE STAY OR, IN THE ALTERNATIVE, TO REQUEST STAY PENDING APPEAL<br><br>CTRM: 1<br>JUDGE: Hon. Irma E. Gonzalez |

I, David K. Schneider, declare:

1. I am an attorney duly licensed to practice before the state and federal courts in California, and I am a partner in the law firm of Yunker & Schneider, attorneys for defendant and counterclaimant Trump University, LLC in this matter. I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2. Plaintiff Patricia Murphy contends that she attended Trump University, LLC's program. After researching the allegation, Trump University, LLC has confirmed that Ms. Murphy never attended a Trump University, LLC program. She never contracted with Trump University, LLC, and never paid Trump University, LLC any money. A review of records indicates that a

1  "Patricia Murphy" in Pennsylvania attended programs offered by a <u>different</u> institute — completely
2  unrelated to Trump University, LLC.  I advised plaintiffs' counsel of this fact, but Ms. Murphy
3  refuses to dismiss her claim at this time.  Consequently, Trump University, LLC likely will file a
4  motion for summary judgment, as she is an improper party.
5      I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct, and that this declaration was executed on January 24, 2011, in San Diego,
7  California.

                                            s/    David K. Schneider
                                       Attorney for Defendant and Counterclaimant
                                       TRUMP UNIVERSITY, LLC
                                       E-mail: dks@yslaw.com