MAKAEFF v. TRUMP UNIVERSITY, LLC, et al.
USDC Case No.  10 CV 0940 IEG (WVG)

## PROOF OF SERVICE

I am employed in the City and County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 655 West Broadway, Suite 1400, San Diego, California 92101.

On January 24, 2011, I caused to be served the attached:

1. REPLY IN SUPPORT OF EX PARTE MOTION TO CONFIRM APPELLATE STAY OR, IN THE ALTERNATIVE, TO REQUEST STAY PENDING APPEAL

2. REPLY DECLARATION OF DAVID K. SCHNEIDER IN SUPPORT OF EX PARTE MOTION TO CONFIRM APPELLATE STAY OR, IN THE ALTERNATIVE, TO REQUEST STAY PENDING APPEAL

☒ [BY ELECTRONIC MAIL] Pursuant to the Court's CM/ECF Electronic Filing policies and procedures, I hereby certify that the above documents were electronically filed with the court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

☐ [BY MAIL] I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Yunker & Schneider, San Diego, California, following ordinary business practices.  I am familiar with the practice of Yunker & Schneider for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ [BY FACSIMILE] The document stated herein was transmitted by facsimile transmission and the transmission was reported as complete and without error.  A transmission report was properly issued by the transmitting facsimile machine and a copy of said transmission report is attached to the original proof of service indicating the time of transmission.

1    ☐    [BY OVERITE EXPRESS - NEXT DAY DELIVERY] I placed the above documents in an envelope or package designated by the overnight service carrier for collection at the law offices of Yunker & Schneider, San Diego, California, following ordinary business practices.  I am familiar with the practice of the Yunker & Schneider for collection and processing of overnight deliveries, said practice being that in the ordinary course of business, overnight deliveries are deposited in the FedEx box the same day as it is placed for collection.

| | |
|---|---|
| Amber L. Eck, Esq.<br>ZELDES & HAEGGQUIST, LLP<br>625 Broadway, Suite 906<br>San Diego, CA 92101<br>Tel:   (619) 342-8000<br>Fax:  (619) 342-7878<br><br>Attorneys for Plaintiff TARLA MAKAEFF | Rachel L. Jensen, Esq.<br>Paula M. Roach, Esq.<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Tel:   (619) 231-1058<br>Fax:  (619) 231-7423<br><br>Attorneys for Plaintiff TARLA MAKAEFF |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 24, 2011, at San Diego, California.

*(signature)*
Betsy Bertrand