David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant TRUMP UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>NOTICE OF MOTION AND MOTION OF DEFENDANT TRUMP UNIVERSITY, LLC TO DISMISS SECOND AMENDED COMPLAINT UNDER RULES 12(b)(6), AND 9(b)<br><br>DATE: March 21, 2011<br>TIME: 10:30 a.m.<br>CTRM: 1<br>JUDGE: Hon. Irma E. Gonzalez |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 21, 2011, at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at 940 Front Street, San Diego, CA 92101, defendant Trump University, LLC will and hereby does move this Court for an order dismissing plaintiffs' Second Amended Complaint under Rules 12(b)(6) and 9(b).

Plaintiffs have failed to state a claim under New York's General Business Law section 349(a) in that none of the plaintiffs were residents of New York at the time of the purported wrongful conduct or statutory violation.

/ / /

1  All fraud-related claims are further barred under Rule 9(b) as plaintiffs have failed to plead their claims with the required necessary specificity, and plaintiffs have not and cannot properly plead the necessary reliance element of their fraud claims.

  Plaintiffs' breach of contract causes of action also must be dismissed because the terms of the contract cannot be determined from the face of the Second Amended Complaint, nor whether the claims are based on a written or oral contract, and if oral, or even partially oral, plaintiffs fail to state all of the terms, when the terms were created, and by whom.

  Finally, the false advertising cause of action must be dismissed as to Plaintiff Makaeff, as she admits she never saw any advertising before contracting with Trump University, LLC.

  PLEASE NOTE FURTHER that this motion will be based on this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Respectfully submitted,

Dated: January 31, 2011            YUNKER & SCHNEIDER

                                   By:    s/ David K. Schneider
                                   Attorneys for Defendant and Counterclaimant
                                   TRUMP UNIVERSITY, LLC
                                   E-mail: dks@yslaw.com