David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant TRUMP UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>NOTICE OF MOTION AND MOTION OF DEFENDANT TRUMP UNIVERSITY, LLC TO STRIKE UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(f)<br><br>DATE:  March 21, 2011<br>TIME:  10:30 a.m.<br>CTRM:  1<br>JUDGE: Hon. Irma E. Gonzalez |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 21, 2011, at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at 940 Front Street, San Diego, CA 92101, defendant Trump University, LLC will and hereby does move this Court for an order striking portions of plaintiffs' Second Amended Complaint under Rules 121(f).

Plaintiffs' 60 page, 170 paragraph Second Amended Complaint contains numerous allegations completely unrelated to Trump University, the causes of action or both, including claims of "targeting seniors," and purported criminal conduct by third parties completely unrelated to

///

Trump University, LLC.  Further, the SAC contains allegations unrelated to the questions before this Court.

PLEASE NOTE FURTHER that this motion will be based on this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Respectfully submitted,

Dated:      January 31, 2011            YUNKER & SCHNEIDER

By:   s/ David K. Schneider
Attorneys for Defendant and Counterclaimant
TRUMP UNIVERSITY, LLC
E-mail: dks@yslaw.com