# UNITED STATES DISTRICT COURT

FOR THE  SOUTHERN  DISTRICT OF  CALIFORNIA

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No.  11-55016     U.S. District Court Case No.  10-cv-00940-IEG-WVG
(Include defendant # in Criminal Cases)

Short Case Title  MAKAEFF v. TRUMP UNIVERSITY, LLC
(Include Name of Specific Defendants in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court  January 3, 2011

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| 08/04/2010* | Frank J. Rangus | Pre-Trial Proceedings -- Motion Hearing |
| | | Other (please specify) |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X*) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  September 16, 2010

Type or Print Name  Eric Alan Isaacson

Signature of Attorney _____  Phone Number  619/231-1058

Address:  655 West Broadway, Suite 1900, San Diego, CA 92101

* This transcript has already been ordered and paid for, and was filed with the district court on September 16, 2010 (see docket number 30).

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on January 31, 2011, declarant served the **TRANSCRIPT DESIGNATION AND ORDERING FORM** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this thirty-first day of January, 2011, at San Diego, California.

ERIC ALAN ISAACSON

TRUMP UNIVERSITY

Service List - 1/31/2011   (10-0075)

Page 1 of 1

### Counsel For Defendant(s)

David Keith Schneider
Yunker & Schneider
655 W. Broadway, Suite 1400
San Diego, CA 92101
   619/233-5500
   619/233-5535(Fax)

### Counsel For Plaintiff(s)

| | |
|---|---|
| Eric Alan Isaacson | Helen I. Zeldes |
| Rachel L. Jensen | Alreen Haeggquist |
| Amanda M. Frame | Amber L. Eck |
| Robbins Geller Rudman & Dowd LLP | Zeldes & Haeggquist, LLP |
| 655 West Broadway, Suite 1900 | 625 Broadway, Suite 906 |
| San Diego, CA 92101 | San Diego, CA 92101 |
|    619/231-1058 |    619/342-8000 |
|    619/231-7423(Fax) |    619/342-7878(Fax) |

### Other Service

Frank J. Rangus, OCR
United States Courthouse
940 Front Street, Room 4194
San Diego, California 92101
   619/531-0171