1  David K. Schneider (CSB 139288)
   YUNKER & SCHNEIDER
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  Telephone:  (619) 233-5500
   Facsimile:   (619) 233-5535
4  Email: dks@yslaw.com

5  Attorneys for Defendants TRUMP UNIVERSITY, LLC and
   DONALD J. TRUMP

###  UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>JOINT MOTION RE DATE FOR DEFENDANT DONALD J. TRUMP TO RESPOND TO SECOND AMENDED COMPLAINT |

　　　　Defendant Donald J. Trump, through his counsel of record, has requested, and Plaintiffs have agreed, subject to the Court's approval, that the deadline for Mr. Trump to respond to the Second Amended Complaint is February 15, 2011, so long as Mr. Trump does not challenge personal jurisdiction or venue in his responsive pleading.  Mr. Trump's responsive pleading will be a Motion to Dismiss under Rules 12(b)(6) and 9(b) and/or a Motion to Strike under Rule 12(f).

　　　　In accordance with the Southern District Local Rules 7.2, Defendant Donald J. Trump and Plaintiffs hereby stipulate and agree:

　　　　1.　　The deadline for Defendant Donald J. Trump to file his responsive pleading to Plaintiffs' Second Amended Complaint shall be February 15, 2011.

2.      Defendant Donald J. Trump shall respond by filing a Motion to Dismiss under Rules 12(b)(6) and 9(b) and/or a Motion to Strike under Rule 12(f).  Defendant will not challenge jurisdiction or venue in his responsive pleading.

Defendant contends that no rights have been waived.  Plaintiffs do not so stipulate as to this or any matter beyond the extension for Defendant's responsive pleading provided herein.

IT IS SO STIPULATED.

Dated:     February 3, 2011                         YUNKER & SCHNEIDER

                                                    By:     /s/ David K. Schneider
                                                    Attorneys for Defendants
                                                    TRUMP UNIVERSITY, LLC and
                                                    DONALD J. TRUMP
                                                    Email:  dks@yslaw.com

Dated:     February 3, 2011                         ZELDES & HAEGGQUIST, LLP

                                                    By:     /s/ Amber L. Eck
                                                    Attorneys for Plaintiffs
                                                    Email:  ambere@zhlaw.com