1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>ORDER GRANTING JOINT MOTION RE DATE FOR DEFENDANT DONALD J. TRUMP TO RESPOND TO SECOND AMENDED COMPLAINT |

Upon consideration of the Joint Motion re Date for Defendant Donald J. Trump to Respond to Second Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for Defendant Donald J. Trump to file a response to Plaintiffs' Second Amended Complaint shall be February 15, 2011.

/ / /

/ / /

/ / /

/ / /

/ / /

  2. Defendant stipulates that he will not challenge jurisdiction or venue in his responsive pleading.

**IT IS SO ORDERED.**

Dated: 2/4/11

                   _____
                   IRMA E. GONZALEZ, Chief Judge
                   United States District Court