David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>NOTICE OF MOTION AND MOTION OF DEFENDANT DONALD J. TRUMP TO DISMISS SECOND AMENDED COMPLAINT UNDER RULES 12(b)(6), AND 9(b)<br><br>DATE: March 21, 2011<br>TIME: 10:30 a.m.<br>CTRM: 1<br>JUDGE: Hon. Irma E. Gonzalez |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 21, 2011, at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at 940 Front Street, San Diego, CA 92101, defendant Donald J. Trump will and hereby does move this Court for an order dismissing plaintiffs' Second Amended Complaint under Rules 12(b)(6) and 9(b).

Plaintiffs have failed to state any cause of action against Mr. Trump personally under Rule 12(b)(6), and Plaintiffs further failed to satisfy basic pleading requirements, including when, where, how and what Mr. Trump personally did, as required by Rule 9(b).

///

1    All fraud-related claims are further barred under Rule 9(b) as plaintiffs have failed to plead their claims with the required necessary specificity, and plaintiffs have not and cannot properly plead the necessary reliance and damages elements of their fraud claims.

In addition, Plaintiffs' Consumer Legal Remedies Act claim fails because Plaintiffs did not enter into any transaction with Mr. Trump, as required by the statute.  The Consumer Legal Remedies Act and Unfair Competition Law claims by Plaintiffs Oberkrom and Murphy also fail as they have no standing to enforce the statutes against either defendant.

In addition, Plaintiffs' Tenth Cause of Action for Violation of section 349 of New York's General Business Law is barred, as a matter of law, because none of the Plaintiffs meets the residency requirements of the statute.

PLEASE NOTE FURTHER that this motion will be based on this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Respectfully submitted,

Dated: February 15, 2011        YUNKER & SCHNEIDER

By:   s/ David K. Schneider
Attorneys for Defendants and Counterclaimant
TRUMP UNIVERSITY, LLC and DONALD J. TRUMP
E-mail: dks@yslaw.com