ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-IEG(WVG)<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF *EX PARTE* MOTION AND *EX PARTE* MOTION TO ALLOW MEDIA EQUIPMENT IN THE COURTROOM FOR THE MARCH 21, 2011 MOTIONS HEARING<br><br>CTRM: 1<br>JUDGE: Hon. Irma E. Gonzalez |

613363_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom, and Patricia Murphy ("Plaintiffs") respectfully move the Court for an order authorizing them to bring and use equipment in the courtroom in conjunction with the hearing on Defendant Trump University, LLC's Motion to Dismiss Second Amended Complaint under Rules 12(b)(6), and 9(b) (Dkt. No. 50), Motion to Strike under Federal Rule of Civil Procedure 12(f) (Dkt. No. 51), and Defendant Donald J. Trump's Motion to Dismiss Second Amended Complaint under Rules 12(b)(6), and 9(b) (Dkt. No. 59), to be held on March 21, 2011, at 10:30 a.m.

Specifically, Plaintiffs request that the Court allow Plaintiffs' counsel to bring into the courtroom the following items:

1. Projector (1);
2. Laptop Computer (1)
3. Computer Speaker (1); and
4. Assorted cabling.

DATED: March 15, 2011           Respectfully submitted,

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
AMBER L. ECK


       s/ Amber L. Eck
       AMBER L. ECK

625 Broadway, Suite 906
San Diego, CA  92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 15, 2011.

          s/ Amber L. Eck
          AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

E-mail:ambere@zhlaw.com

# Mailing Information for a Case 3:10-cv-00940-IEG -WVG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)