# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURHPY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO: 10-CV-940-IEG (WVG)**<br><br>**ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO ALLOW MEDIA EQUIPMENT IN THE COURTROOM**<br><br>[Doc. No. 66] |

Because the Court has vacated the hearing scheduled for March 21, 2011, Plaintiff's motion to allow media equipment in the courtroom for that hearing is **DENIED AS MOOT**. [Doc. No. 66.]

**IT IS SO ORDERED.**

**DATED:** 3/16/11

IRMA E. GONZÁLEZ, Chief Judge
United States District Court

1