1   David K. Schneider (CSB 139288)
    YUNKER & SCHNEIDER
2   655 West Broadway, Suite 1400
    San Diego, California 92101
3   Telephone: (619) 233-5500
    Facsimile: (619) 233-5535
4   Email: dks@yslaw.com

5   Attorneys for Defendants TRUMP UNIVERSITY, LLC and DONALD J.
    TRUMP

6

7

8                    **UNITED STATES DISTRICT COURT**

9            **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10  TARLA MAKAEFF, BRANDON          )   Case No. 10 CV 0940 IEG (WVG)
    KELLER, ED OBERKROM, and        )
11  PATRICIA MURPHY on Behalf of    )
    Themselves and All Others Similarly )   DEFENDANTS TRUMP UNIVERSITY,
12  Situated,                       )   LLC AND DONALD J. TRUMP'S
                                     )   ANSWER TO SECOND AMENDED
13             Plaintiffs,          )   COMPLAINT AND AFFIRMATIVE
                                     )   DEFENSES
14  v.                              )
                                     )
15  TRUMP UNIVERSITY, LLC, (aka     )
    Trump Entrepreneur Initiative) a New )
16  York Limited Liability Company, )
    DONALD J. TRUMP, and DOES 1     )
17  through 50, inclusive,          )
                                     )
18             Defendants.          )
    _____ )

19

20          Defendants TRUMP UNIVERSITY, LLC ("Trump University") and DONALD J. TRUMP

21  (collectively referred to as "Defendants") answer and respond to the correspondingly numbered

22  paragraphs of the Second Amended Class Action Complaint as follows:

            1.      Denied.
23
            2.      Defendants admit that plaintiffs herein filed this action on their own behalf and
24
    purportedly on behalf of others.  Defendants deny others are "similarly situated."  As to the
25
    remaining portions of the paragraph, Defendants are without knowledge or information to form a
26
    belief as to the truth of those allegations, and on that basis, deny those allegations.
27
    / / /
28

1    3.    Defendants admit that Trump University trains, educates and mentors entrepreneurs

2  on achieving financial independence through real estate investing.  Defendants deny the remaining

3  allegations of this paragraph.

4    4.    Defendants admit that plaintiffs Makaeff, Oberkrom, and Keller attended one or more

5  Trump University real estate programs.  Defendants deny the remaining allegations of this

6  paragraph.

7    5.    Denied.

8    6.    Denied.

9    7.    Defendants admit that Harvard University is an "accredited" institution and that

10  Trump University is not an "accredited" education institution.  Defendants deny the remaining

11  allegations of this paragraph.

12    8.    Denied.

13    9.    Defendants admit that Attorneys General have indicated that they intended to

14  investigate Trump University, but no claim or action has been filed in any state.  As to the remaining

15  allegations in this paragraph, Defendants are without knowledge or information sufficient to form a

16  belief as to the truth of the allegations, and on that basis, deny those allegations.

17    10.    Defendants are without knowledge or information sufficient to form a belief as to the

18  truth of the allegations of this paragraph, and on that basis, deny those allegations.

19    11.    Defendants admit that enrollees were provided support numbers for assistance and

20  provided that assistance when called.  Defendants deny the remaining allegations of the paragraph.

21    12.    Denied.

22    13.    Defendants admit that more than 95% of Trump University attendees who filled out

23  evaluation forms rated the program as positive, or they would attend additional Trump University

24  programs, or they would recommend Trump University programs to their friends, or all three.  As to

25  the remaining allegations in this paragraph, Defendants are without knowledge or information

26  sufficient to form a belief as to the truth of the allegations, and on that basis, deny those allegations.

27    14.    Denied.

28    15.    Denied.

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES

1   16.   Denied.

2   17.   Denied.

3   18.   This paragraph states legal conclusions that require no response.  To the extent this

4   paragraph states any factual allegations, Defendants admit that Donald J. Trump is Chairman of

5   Trump University, Defendants admit that Trump University is authorized to use Donald J. Trump's

6   name, photos and quotes, and that advertisements featured his image and quotes, and materials were

7   sent out with his name.  As to the remaining allegations in the paragraph, Defendants are without

8   knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and

9   on that basis, deny those allegations.

10   19.   Defendants deny that this case may properly be certified as a class action.  This

11   paragraph further states legal conclusions that require no response.  To the extent this paragraph

12   states any factual allegations, Defendants are without knowledge or information sufficient to form a

13   belief as to the truth of those allegations, and on that basis, deny those allegations.

14   20.   This paragraph states legal conclusions that require no response.  To the extent this

15   paragraph states any factual allegations, Defendants admit that Trump University, LLC has its

16   principal place of business in New York, and Donald J. Trump resides in New York.

17   21.   This paragraph states legal conclusions that require no response.  To the extent this

18   paragraph states any factual allegations, Defendants deny that this case may properly be certified as

19   a class action.  Defendants further deny that the aggregate amount in controversy exceeds $5 million.

20   Defendants deny the remaining allegations of this paragraph.

21   22.   This paragraph states legal conclusions that require no response.  To the extent the

22   paragraph states any factual allegations, Defendants are without knowledge or information sufficient

23   to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those

24   allegations.

25   23.   This paragraph states legal conclusions that require no response.  To the extent this

26   paragraph states any factual allegations, Defendants deny that a substantial part of the events or

27   omissions giving rise to the claims occurred in this District.

28   / / /

Case No. 10 CV 0940 IEG (WVG)

DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES

24. Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Makaeff. Defendants admit that plaintiff Makaeff attended a three-day Trump University program entitled "Fast Track to Foreclosure Training" and participated in the Trump Gold Elite Program. Defendants deny the remaining allegations of this paragraph.

25. Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Keller. Defendants admit that plaintiff Keller attended a three-day workshop and Trump University fully refunded his money for the Elite seminar. Defendants deny the remaining allegations of this paragraph.

26. Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Oberkrom. Defendants admit that plaintiff Oberkrom enrolled in a Trump University program. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis, deny those allegations.

27. Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Murphy. Defendants deny that plaintiff Murphy ever attended any Trump University program. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis, deny those allegations.

28. Defendants admit that Trump University is a limited liability company registered in New York with its principal place of business in New York, New York. Defendants admit that Donald J. Trump is the chairman of Trump University as well as the chairman and president of the Trump Organization. Defendants admit that Trump University changed its name to The Trump Entrepreneur Initiative. Defendants admit that Trump University conducts business in the State of California. Defendants deny the remaining allegations of this paragraph.

29. Defendants admit that Donald J. Trump resides in New York and conducts business in California. Defendants deny the remaining allegations of this paragraph.

30. Denied.

31. This paragraph states legal conclusions that require no response. To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient

/ / /

DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

32.     Defendants admit that Trump University provides educational seminars on real estate, investments and finance topics.  Defendants admit that Trump University was founded by Donald J. Trump.  Defendants admit that Trump University is not an accredited University.

33.     Denied.

34.     Defendants admit that Trump University advertises in local media for its courses. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis, deny those allegations.

35.     Denied.

36.     Denied.

37.     Denied.

38.     Denied.

39.     Denied.

40.     Defendants admit that some Trump University programs offer available mentors. Defendants admit that Trump University allows attendees to decide if the course is right for them. Defendants admit that Trump University allows attendees a full refund pursuant to the terms of the agreement.  Defendants deny the remaining allegations of this paragraph.

41.     Denied.

42.     Denied.

43.     Denied.

44.     Denied.

45.     Denied.

46.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

47.     Denied.

48.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES

49.     Denied.

50.     Denied.

51.     Denied.

52.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

53.     Denied.

54.     Denied.

55.     Denied.

56.     Denied.

57.     Denied.

58.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

59.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants admit that Donald J. Trump is Chairman of Trump University.  Defendants admit that Trump University is authorized to use Donald J. Trump's name, photos and quotes, and that advertisements featured his image and quotes, and materials were sent out with his name.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, deny those allegations.

60.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

61.     Defendants admit that plaintiff Makaeff purchased the three-day Trump University "Fast Track to Foreclosure Training" workshop.  On information and belief, Defendants admit that plaintiff Makaeff and her friend were allowed to split the $1,495.00 cost.  Defendants deny the remaining allegations of this paragraph.

62.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES

63.     Denied.

64.     Denied.

65.     Defendants deny plaintiff Makaeff spent approximately $60,000 on Trump University programs.  As to the remaining allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

66.     Denied.

67.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

68.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants deny the remaining allegations of this paragraph.

69.     Defendants admit that plaintiff Makaeff gave Trump University good written reviews and said positive things about the program.  Defendants deny the remaining allegations of the Complaint.

70.     Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Oberkrom.  Defendants admit that he enrolled in a three-day seminar and split the cost of the Elite Seminar.  As to the remaining allegations in the paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, deny those allegations.

71.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

72.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

73.     Denied.

74.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

/ / /

Case No. 10 CV 0940 IEG (WVG)

DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

75.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

76.   Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Murphy or the remaining allegations of this paragraph, and on that basis, deny those allegations.  Defendants further deny that plaintiff Murphy ever attended a Trump University program.

77.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations. Defendants further deny that plaintiff Murphy ever attended a Trump University program.

78.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations. Defendants further deny that plaintiff Murphy ever attended a Trump University program.

79.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

80.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

81.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

82.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

83.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

84.   Denied.

85.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

86.   Denied.

87.   Denied.

/ / /

DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES

88.     Defendants admit that Trump University refunded plaintiff Keller's $35,000.  As to the remaining allegations in this paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations, and on that basis, deny those allegations.

89.     Denied.

90.     Denied.

91.     This paragraph states legal conclusions that require no response.  Defendants deny that this case may properly be certified as a class action.

92.     This paragraph states legal conclusions that require no response.  Defendants deny that this case may properly be certified as a class action.

93.     This paragraph states legal conclusions that require no response.  Defendants deny that this case may properly be certified as a class action and deny the remaining allegations of this paragraph.

94.     Defendants admit that Trump University has information of attendees at its programs. Defendants deny that this case may properly be certified as a class action.

95.     This paragraph states legal conclusions that require no response.  Defendants deny that this case may properly be certified as a class action.

**FIRST CAUSE OF ACTION**
(Violation of California Business & Professions Code §17200)

96.     Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-95 above.

97.     This paragraph states legal conclusions that require no response.

98.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

99.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

100.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

1    101.    This paragraph states legal conclusions that require no response.  To the extent this

2    paragraph states any factual allegations, denied.

3    102.    This paragraph states legal conclusions that require no response.  To the extent this

4    paragraph states any factual allegations, denied.

5    103.    This paragraph states legal conclusions that require no response.  To the extent this

6    paragraph states any factual allegations, denied.

7    **SECOND CAUSE OF ACTION**
     (Violations of the Consumer Legal Remedies Act, California Civil Code § 1750 *et seq.*)
8

9    104.    Defendants reallege and incorporate by reference as though fully set forth herein their

10   responses to Paragraphs 1-103 above.

11   105.    This paragraph states legal conclusions that require no response.  To the extent this

12   paragraph states any factual allegations, denied.

13   106.    This paragraph states legal conclusions that require no response.  To the extent this

14   paragraph states any factual allegations, denied.

15   107.    This paragraph states legal conclusions that require no response.  To the extent this

16   paragraph states any factual allegations, denied.

17   108.    This paragraph states legal conclusions that require no response.  To the extent this

18   paragraph states any factual allegations, denied.

19   109.    This paragraph states legal conclusions that require no response.  To the extent this

20   paragraph states any factual allegations, denied.

21   110.    This paragraph states legal conclusions that require no response.  To the extent this

22   paragraph states any factual allegations, denied.

23   111.    This paragraph states legal conclusions that require no response.  To the extent this

24   paragraph states any factual allegations, denied.

25   **THIRD CAUSE OF ACTION**
     (Untrue and Misleading Advertising in Violation of Cal. Bus. & Prof. Code §17500, *et seq.*)
26

27   112.    Defendants reallege and incorporate by reference as though fully set forth herein their

28   responses to Paragraphs 1-111 above.

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES

113.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

114.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

115.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

## FOURTH CAUSE OF ACTION
(Breach of Contract Against Trump University)

116.     Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-115 above.

117.     Defendants admit that plaintiffs Makaeff, Keller and Oberkrom entered into different agreements with Trump University ranging in price, duration, programs, content, purpose, materials and assistance.  On information and belief, Trump University denies that plaintiff Makaeff paid $1,495.00.  Trump University admits that plaintiff Makaeff and other attendees entered into various agreements with Trump University for the Trump University Gold Program for which they paid about $34,995.00 and received all that they contracted for.  As to the remaining factual allegations in this paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations, and on that basis, deny those allegations.

118.     The allegations are vague and ambiguous.  Consequently, Defendants can neither admit nor deny the allegations of this paragraph, and on that basis, deny those allegations.

119.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

120.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

121.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

**FIFTH CAUSE OF ACTION**
(Breach of the Implied Covenant of Good Faith and Fair Dealing Against Trump University)

122.    Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-121 above.

123.    This paragraph states legal conclusions that require no response.

124.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

125.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

126.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

127.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

128.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

**SIXTH CAUSE OF ACTION**
(Money Had and Received)

129.    Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-128 above.

130.    Denied.

131.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

/ / /

/ / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES

## SEVENTH CAUSE OF ACTION
### (Negligent Misrepresentation)

132.    Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-131 above.

133.    Denied.

134.    Denied.

135.    Denied.

136.    Denied.

137.    Denied.

138.    Denied.

139.    Denied.

140.    Denied.

141.    Denied.

142.    Denied.

143.    Denied.

144.    Denied.

145.    Denied.

146.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

147.    Denied.

148.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

149.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

150.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

/ / /

/ / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

## EIGHTH CAUSE OF ACTION
(Fraud)

151.    Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-150 above.

152.    Denied.

153.    Denied.

154.    Denied.

155.    Denied.

156.    The allegations of this paragraph are vague and thus Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

157.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

158.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

159.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

## NINTH CAUSE OF ACTION
(False Promise)

160.    Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-159 above.

161.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

162.    Denied.

163.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

164.    Denied.

/ / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

165.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

166.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

## TENTH CAUSE OF ACTION

167-170.   N/A by Court's Order dated 5/16/11

## PRAYER FOR RELIEF

Defendants pray for judgment against plaintiffs as follows:

1.   That defendants be discharged without liability;

2.   For all costs of suit and attorneys' fees where applicable; and

3.   For such other and further relief as the Court deems just and proper.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES

# AFFIRMATIVE DEFENSES

As and for affirmative defenses to the class action complaint, Defendants allege as follows, provided however, that by alleging the matters set forth in these defenses, Defendants do not hereby allege or admit that it has the burden of proof and/or persuasion with respect to any of these matters.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Second Amended Class Action Complaint, and each alleged cause of action therein, fails to state facts sufficient to constitute a cause of action against Defendants.

## SECOND AFFIRMATIVE DEFENSE
### (Comparative Negligence of Plaintiffs and/or the Persons on Whose Behalf They Purport to Bring This Action)

All injuries or damages, if any, sustained or to be sustained by plaintiffs, and/or the persons on whose behalf she purports to bring this action, were proximately caused or contributed to by the negligence or other misconduct of plaintiffs, or others under the direction and control of plaintiffs, by reason of which plaintiffs' recovery against Defendants, if any, should be reduced in proportion to the degree to which said comparative fault caused or contributed to plaintiffs' damages, if any, up to and including one hundred percent (100%).

## THIRD AFFIRMATIVE DEFENSE
### (Comparative Negligence)

Defendants are informed and believe and thereupon allege that the damages suffered by plaintiffs, and/or the persons on whose behalf they purport to bring this action, if any, were the direct and proximate result of the acts or omissions of parties other than Defendants, and that the liability of Defendants, if any, is limited in direct proportion to the percentage of fault actually attributed to Defendants, if any.

## FOURTH AFFIRMATIVE DEFENSE
### (Lack of Proximate Cause)

Defendants are informed and believe and thereupon allege that any liability, negligence, or other fault, act or omission on the part of Defendants, if any, was neither the cause in fact or proximate cause of plaintiffs' damages and/or of the persons on whose behalf they purport to bring

this action, if any, were only secondary, inconsequential, and indirect, and in no way contributed to or caused the alleged damages of plaintiffs, and/or of the persons on whose behalf they purport to bring this action.

## FIFTH AFFIRMATIVE DEFENSE
### (Assumption of Risk)

Defendants are informed and believe and thereupon allege that plaintiffs and agents or representatives of plaintiffs have engaged in conduct and activities by reason of which plaintiffs, and/or the persons on whose behalf they purport to bring this action, knowingly assumed the risks inherent in the activity from which the injuries arose and are therefore barred from any recovery herein.

## SIXTH AFFIRMATIVE DEFENSE
### (Waiver and Estoppel)

By their conduct, plaintiffs, and/or the persons on whose behalf they purport to bring this action, have waived and are estopped to assert any cause of action or other rights against Defendants as asserted in the Second Amended Class Action Complaint.

## SEVENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

Defendants are informed and believe and thereupon allege that plaintiffs, and/or the persons on whose behalf they purport to bring this action, failed to use reasonable care to reduce and minimize as much as reasonably possible the damages, if any, brought about by the acts, events and circumstances alleged in the Second Amended Class Action Complaint and said failure to mitigate damages was or will be the sole, direct and proximate cause of some or all of the damages, if any, sustained or to be sustained by the plaintiffs, and/or the persons on whose behalf they purport to bring this action.

/ / /

/ / /

/ / /

/ / /

## EIGHTH AFFIRMATIVE DEFENSE
### (Justification)

The conduct of Defendants in regard to the matters alleged in the Second Amended Class Action Complaint were justified, and by reason of the foregoing, plaintiffs, and/or the persons on whose behalf they purport to bring this action, are barred from any recovery thereon.

## NINTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

The applicable statutes of limitation bar one or more causes of action pled against Defendants in the Second Amended Class Action Complaint.

## TENTH AFFIRMATIVE DEFENSE
### (Lack of Standing)

Plaintiffs and/or some or all members of the putative class lack proper standing. The Second Amended Class Action Complaint is also barred because one or more plaintiffs lack standing to sue Defendants for the causes of action pled in the Second Amended Class Action Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Superseding Cause)

Defendants are informed and believe and thereupon allege that the liability of Defendants, if any, was superseded by the intentional, unforeseen and/or unreasonable conduct of third persons, and therefore, plaintiffs, and/or the persons on whose behalf they purport to bring this action, are barred from any recovery against Defendants.

## TWELFTH AFFIRMATIVE DEFENSE
### (Trump University Has Fully Performed Obligations)

Trump University had performed and fully discharged any and all obligations and legal duties arising out of the matters alleged in the Second Amended Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Waiver)

Defendants are informed and believe and thereupon allege that plaintiffs, and/or the persons on whose behalf they purport to bring this action, and agents and representatives of plaintiffs have

engaged in conduct and activities by reason of which plaintiffs, and/or the persons on whose behalf they purport to bring this action, have knowingly and intentionally waived any and all claims against Defendants and are barred and estopped from any recovery hereon.

### FOURTEENTH AFFIRMATIVE DEFENSE
(Unclean Hands)

Defendants are informed and believe and thereupon allege that plaintiffs, and/or the persons on whose behalf they purport to bring this action, are barred from any recovery by reason of their own unclean hands.

### FIFTEENTH AFFIRMATIVE DEFENSE
(Laches)

Defendants are informed and believe and thereupon allege that plaintiffs, and/or the persons on whose behalf they purport to bring this action, herein is barred by the doctrine of laches.

### SIXTEENTH AFFIRMATIVE DEFENSE
(Excuse)

The conduct of Defendants in regard to the matters alleged in the Second Amended Class Action Complaint was justified or otherwise subject to the doctrine of excuse, and by reason of the foregoing, plaintiffs, and/or the persons on whose behalf they purports to bring this action, are barred from any recovery thereon.

### SEVENTEENTH AFFIRMATIVE DEFENSE
(Accord and Satisfaction)

Defendants are informed and believe and thereupon allege that plaintiffs, and/or the persons on whose behalf they purport to bring this action, are barred from any recovery against Defendants by reason of a prior accord and satisfaction.

### EIGHTEENTH AFFIRMATIVE DEFENSE
(Offset)

Any claim for damages against Defendants is subject to a full or partial offset by reason of liability and damages owed by the plaintiffs, and/or the persons on whose behalf they purport to

/ / /

bring this action, as a result of their intentional and/or negligent misconduct or breach of contract with respect to Defendants.

## NINETEENTH AFFIRMATIVE DEFENSE
(No Commonality)

Defendants are informed and believe and thereupon allege that there is no commonality among the potential class and/or no predominance of common issues, and by reason of the foregoing, the class allegations are improper and class certification must be denied.

## TWENTIETH AFFIRMATIVE DEFENSE
(No Typicality)

Defendants are informed and believe and thereupon allege that the claims of plaintiffs are unique and not typical of the potential class members, and by reason of the foregoing, the class allegations are improper and class certification must be denied.

## TWENTY-FIRST AFFIRMATIVE DEFENSE
(No Common Questions of Law or Fact)

Defendants are informed and believe and thereupon allege that the questions of law and fact are different between and among the potential class members, and by reason of the foregoing, the class allegations are improper and class certification must be denied.

## TWENTY-SECOND AFFIRMATIVE DEFENSE
(Consent)

By their own conduct, acts and omissions, plaintiffs, and/or persons on whose behalf they purport to bring this action, consented to and acquiesced in Defendants' conduct.

## TWENTY-THIRD AFFIRMATIVE DEFENSE
(Improper Representative Action)

The class action complaint is barred, in whole or in part, because if plaintiffs' action is allowed to continue, there is a substantial potential harm given the unique and individual issues of fact that will predominate adjudication of plaintiffs' claims, resulting in hundreds, if not thousands, of mini-trials rendering the action completely unmanageable as a putative class action.  In addition,

/ / /

1  choice of law issues cannot be resolved in one action, and the complexity presented by plaintiffs'

2  claims and the restitution sought violate due process.

3  ### TWENTY-FOURTH AFFIRMATIVE DEFENSE
   (Good Faith)

4

5    With respect to the matters alleged in the class action complaint, Defendants at all times

6  acted in good faith and in accordance with reasonable commercial standards, thus precluding any

7  recovery by plaintiffs and/or the persons on whose behalf they purport to bring this action.

8  ### TWENTY-FIFTH AFFIRMATIVE DEFENSE
   (Ratification)

9

10    The Second Amended Class Action Complaint, and each purported cause of action alleged

11  therein is barred by the conduct, actions, and inactions of plaintiffs, and/or the persons on whose

12  behalf they purport to bring this action, under the doctrine of ratification.

13  ### TWENTY-SIXTH AFFIRMATIVE DEFENSE
   (Conduct Not "Deceptive")

14

15    Defendants' business practices are and were not likely to mislead the public in that, among

16  other reasons, substantial disclosure is and was made of all material facts and circumstances,

17  including in documents signed by plaintiffs and/or the persons on whose behalf they purport to bring

18  this action.

19  ### TWENTY-SEVENTH AFFIRMATIVE DEFENSE
   (Inequitable Windfall)

20

21    Plaintiffs and the persons on whose behalf plaintiffs purport to bring this action have already

22  received the benefit of their bargain.

23  ### TWENTY-EIGHTH AFFIRMATIVE DEFENSE
   (Adequate Remedies at Law)

24

25    The class action complaint's prayers for equitable relief are barred because plaintiffs, and the

26  persons on whose behalf plaintiffs purport to bring this action, have adequate remedies at law.

27  / / /

28  / / /

1

### TWENTY-NINTH AFFIRMATIVE DEFENSE
(No Breach of Duty)

2

3      Defendants deny that they or any of their agents, principals or representatives breached any

4    duty or obligations – contractual, statutory, in law or equity or otherwise – alleged owed to plaintiffs

5    or the persons on whose behalf they purport to bring this action.

6

### THIRTIETH AFFIRMATIVE DEFENSE
(No Entitlement to Jury Trial and Equitable Claims)

7

8      Jury trials are available for actions at law only.  Therefore, plaintiffs is not entitled to a jury

9    trial on their equitable claims.

10

### THIRTY-FIRST AFFIRMATIVE DEFENSE
(Accord and Satisfaction)

11

12     The claims asserted in the Second Amended Class Action Complaint are barred, in whole or

13   in part, by payment or the doctrine of accord and satisfaction.

14

### THIRTY-SECOND AFFIRMATIVE DEFENSE
(Conduct Not Unlawful, Unfair or Fraudulent)

15

16     Trump University's business practices are not "unlawful," "unfair," or "fraudulent" within

17   the meaning of California Business & Professions Code sections 17200, *et seq.* or 17500, *et seq.*, in

18   that, among other things, Trump University has complied with applicable state and federal laws and

19   regulations.

20

### THIRTY-THIRD AFFIRMATIVE DEFENSE
(Excessive Penalty and Forfeiture)

21

22     The purported claims for restitution and disgorgement made by plaintiff sand members of the

23   putative class and general public on whose behalf plaintiffs purport to sue are precluded because

24   their recovery would constitute an excessive penalty and forfeiture in violation of Defendants'

25   Eighth Amendment and federal and due process rights, applicable statutory provisions and rules of

26   equity, among other things.

27   / / /

28   / / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES

### THIRTY-FOURTH AFFIRMATIVE DEFENSE
(No Measurable Harm)

The purported claims for restitution and disgorgement made by plaintiffs and members of the putative class and general public on whose behalf plaintiffs purport to sue are barred because, among other things, the restitution and disgorgement sought are unrelated to any measurable harm to consumers.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE
(Release)

The claims made by plaintiffs and members of the putative class and general public on whose behalf plaintiffs purport to sue are precluded to the extent that such persons previously released some or all of their claims.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE
(No Proximate Causation)

The purported claims made by plaintiffs and members of the putative class and general public on whose behalf plaintiffs purport to sue are barred from recovery for restitution, damages or other monetary relief because there is no causal connection between the alleged wrongdoing on the one hand and any harm to such persons on the other hand.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE
(No Injury or Loss)

The purported claims by plaintiffs and members of the putative class and general public on whose behalf plaintiffs purport to sue are barred because they have not suffered any injury in fact or lost money or property as the result of any alleged unfair competition by Trump University.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE
(Other Defenses — Class Members)

Defendants reserve the right to amend or supplement their affirmative defenses to include defenses that may be applicable to other members of the putative class.

/ / /

/ / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES

1

### THIRTY-NINTH AFFIRMATIVE DEFENSE
(Right to Assert Additional Defenses)

2

3        Due to the vague, uncertain and ambiguous nature of the Second Amended Complaint,

4   Defendants presently have insufficient knowledge or information upon which to form a belief as to

5   whether they may have available additional, as yet unstated, affirmative defenses.  Defendants

6   hereby reserve the right to assert these additional affirmative defenses.

7

8   Dated:       June 17, 2011                          YUNKER & SCHNEIDER

9

10                                                  By:      /s/David K. Schneider
                                                        David K. Schneider
11                                                      Attorneys for Defendants
                                                        TRUMP UNIVERSITY, LLC and
12                                                      DONALD J. TRUMP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S ANSWER TO SECOND AMENDED
COMPLAINT AND AFFIRMATIVE DEFENSES