ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TRUMP UNIVERSITY, LLC, et al., <br><br> Defendants. | No. 3:10-cv-00940-IEG(WVG) <br><br> <u>CLASS ACTION</u> <br><br> PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANTS TRUMP UNIVERSITY AND DONALD J. TRUMP'S AFFIRMATIVE DEFENSES RAISED IN THEIR ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT <br><br> DATE: August 29, 2011 <br> TIME: 10:30 a.m. <br> CTRM: 1, First Floor <br> JUDGE: Honorable Imra E. Gonzalez |

635836_1

1  TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that on August 29, 2011 at 10:30 a.m., or as soon thereafter as the

3  matter may be heard in Courtroom 1, First Floor, of the above-entitled Court, located at 940 Front

4  Street, San Diego, California 92101, Plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom, and

5  Patricia Murphy (collectively, "Plaintiffs"), by and through their attorneys, will and hereby do, move

6  the Court for an order granting their Motion to Strike Defendants Trump University's and Donald J.

7  Trump's Affirmative Defenses Raised in Their Answer to Plaintiffs' Second Amended Complaint.

8      The motion to strike is brought pursuant to Federal Rule of Civil Procedure 12(f) on the

9  grounds that Defendants' affirmative defenses: (1) are insufficient because they have not been pled

10  in conformance with the requirements of Rule 8; (2) have already been rejected by the Court in its

11  Orders on the motions to dismiss; (3) are not affirmative defenses, but merely contentions that

12  Plaintiffs will be unable to prove various elements of their claims at trial; (4) are redundant because

13  they needlessly echo other averments; and/or (5) are immaterial and impertinent because they are

14  wholly inapplicable to Plaintiffs' action.

15      This motion is based on this Notice, the accompanying Memorandum of Points and

16  Authorities and Appendix A thereto, and upon such other and further evidence and argument as may

17  be presented to the Court at the time of the hearing.

18  DATED:  July 8, 2011                    ZELDES & HAEGGQUIST, LLP
                                            AMBER L. ECK
19                                          HELEN I. ZELDES
                                            ALREEN HAEGGQUIST
20

21                                                    s/ Amber L. Eck
                                            _____
22                                                  AMBER L. ECK

23                                          625 Broadway, Suite 906
                                            San Diego, CA  92101
24                                          Telephone:  619/342-8000
                                            619/342-7878 (fax)
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 8, 2011.

 s/ Amber L. Eck
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

E-mail:ambere@zhlaw.com

## Mailing Information for a Case 3:10-cv-00940-IEG -WVG

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)