David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant and Counterclaimant TRUMP UNIVERSITY, LLC
and Defendant DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>DEFENDANT DONALD J. TRUMP'S MOTION FOR ALAN GARTEN TO APPEAR ON HIS BEHALF AT EARLY NEUTRAL EVALUATION CONFERENCE |

    Defendant Donald J. Trump ("Mr. Trump") hereby requests to be excused from personally attending the Early Neutral Evaluation Conference in this matter and permit Alan G. Garten, Chief Litigation Counsel to The Trump Organization and Trump University, LLC, as well as personal counsel to Mr. Trump individually, to attend the Conference on his behalf.

## BRIEF SUMMARY OF CASE

    This case began in April 2010 when plaintiff Makaeff filed suit against Trump University, LLC. Ms. Makaeff sought reimbursement of monies she paid to Trump University for various real estate and financial courses and workshops she attended. Plaintiffs Keller, Oberkrom and Murphy

1  later joined the suit, and also sought reimbursement from Trump University for the courses they
2  attended.
3      In late 2010, plaintiffs, by their own admission named Mr. Trump personally as a defendant
4  solely out of concern that Trump University, LLC would not be able to satisfy a judgment if one
5  were to be ultimately entered in this case.

**EARLY NEUTRAL EVALUATION CONFERENCE**

7      The Court is in the process of scheduling an Early Neutral Evaluation Conference in this
8  matter, likely in September 2011.
9      Local Rule 16.1(c) and Chamber Rules for the Honorable William Gallo require all named
10 parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into
11 settlement to appear in person at the ENE Conference and other Settlement Conferences, unless
12 excused by the Magistrate in writing.
13     As set forth in the accompanying declarations of Mr. Trump and Mr. Garten in support of
14 this motion:
15     1.    Mr. Garten is the Chief Litigation Counsel for The Trump Organization, Trump
16 University, LLC and personal counsel to Mr. Trump individually.
17     2.    Mr. Garten will be personally attending the Conference as the representative for
18 Trump University, LLC and Mr. Trump personally.  He is available on three of the days suggested
19 by Mr. Fuladian.  Specifically, Mr. Garten is available to travel to San Diego for the Conference on
20 September 6, 12 or 14, 2011.
21     3.    Mr. Garten has been personally involved with and has directed the defense of this
22 litigation since its inception.
23     4.    Mr. Garten has a full, complete, and thorough understanding of the legal and factual
24 issues involved in this case that would be necessary for consideration and discussion at the
25 Conference.
26     5.    Mr. Garten has, and throughout this matter has had, Mr. Trump's and Trump
27 University, LLC's full authority for the direction of this action, including its potential settlement at
28 the Conference.

1   6.     Mr. Trump has given Mr. Garten full authority to negotiate and agree to settlement terms on his behalf at the Conference.

Thus, while Local Rule 16.1(c) and Judge Gallo's Rule require every party to attend the ENE Conference, defendants respectfully suggest that the purpose of those rules is fully served by allowing Mr. Garten to appear at the Conference on behalf of Trump University, LLC, and in place of Mr. Trump.

Plaintiffs' counsel's most recent emails to the Court indicated that all of the plaintiffs may not be available to attend the ENE Conference in person. Defendants have no objection to participation telephonically by some or all of the plaintiffs.

Defense counsel contacted plaintiffs' counsel in this matter to determine whether they have any objections to the request for Mr. Garten to attend the Conference on behalf of Mr. Trump. Plaintiffs' counsel objects.

## **CONCLUSION**

Defendants respectfully request that the Court excuse Mr. Trump from personally attending the Early Neutral Evaluation Conference and permit Mr. Garten to appear at the Conference on Mr. Trump's behalf.

Respectfully submitted,

Dated:     July 11, 2011           YUNKER & SCHNEIDER

By:   s/ David K. Schneider
Attorneys for Defendant and Counterclaimant
TRUMP UNIVERSITY, LLC and Defendant
DONALD J. TRUMP
E-mail: dks@yslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 11, 2011.

        s/David K. Schneider
        DAVID K. SCHNEIDER

        YUNKER & SCHNEIDER
        655 West Broadway, Suite 1400
        San Diego, CA  92101
        Tel:     (619) 233-5500
        Fax:    (619) 233-5535

        Email: dks@yslaw.com

## Mailing Information for a Case 3:10-cv-00940-IEG -WVG

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)