David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant and Counterclaimant TRUMP UNIVERSITY, LLC
and Defendant DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>DECLARATION OF ALAN G. GARTEN IN SUPPORT OF MOTION TO ALLOW HIM TO APPEAR ON BEHALF OF DONALD J. TRUMP AT EARLY NEUTRAL EVALUATION CONFERENCE |

I, Alan G. Garten, declare:

1. I am an attorney licensed to practice in the State of New York. I am Chief Litigation Counsel to The Trump Organization, Inc., Trump University, LLC, and personal counsel to Mr. Trump.

2. Trump University, LLC and Donald J. Trump have been named as defendants in the above-entitled action in which Plaintiffs seek damages under various contract, tort and statutory theories.

3. It is my understanding that the Court and counsel are attempting to schedule the Early Neutral Evaluation Conference in this matter in September 2011. I am available to attend the

Conference in San Diego, California on September 6, 12 or 14, three of the dates proposed by Mr. Fuladian.

4. I will be attending the ENE Conference in person as the representative for both Trump University, LLC and Mr. Trump with full authority to negotiate and enter into settlement terms for both Trump University, LLC and Mr. Trump.

5. I have been personally involved with and have directed the defense of this litigation on behalf of Trump University, LLC since its inception in Spring 2010, and more recently, after plaintiffs named Mr. Trump personally.

6. Accordingly, I have a full, complete, and thorough understanding of the legal and factual issues involved in this case that would be necessary for consideration and discussion at the ENE Conference.

7. In addition, and because I have a thorough and detailed knowledge and understanding of those legal and factual issues, Mr. Trump has, throughout this matter, given me full authority for the direction of this action, including its potential settlement at the ENE Conference.

8. Based on the foregoing, Mr. Trump has given me full authority to negotiate and to enter into settlement terms on his behalf at the ENE Conference. I also have full authority to negotiate and to enter into settlement terms on behalf of Trump University, LLC at the ENE Conference. I will not need to confer with Mr. Trump during the ENE Conference to obtain information or authority. However, if the Court wishes to contact him personally during the Conference, I will be able to reach him.

9. I have reviewed Mr. Trump's calendar and travel schedule. Mr. Trump is currently scheduled to be in Scotland the week of September 5, in Brazil the week of September 12, and in Australia the week of September 19. His schedule is fluid and could include more or fewer travel plans during September. I do not yet know his schedule after his expected travel to Australia.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct and that this declaration was signed by me on July 11, 2011, in New York, New York.

Alan G. Garten

Case No. 10 CV 0940 IEG (WVG)
DECLARATION OF ALAN G. GARTEN IN SUPPORT OF MOTION TO ALLOW HIM TO APPEAR ON BEHALF OF DONALD J. TRUMP AT EARLY NEUTRAL EVALUATION CONFERENCE