ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TRUMP UNIVERSITY, LLC, et al., <br><br> Defendants. | No. 3:10-cv-00940-IEG(WVG) <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF AMBER L. ECK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT DONALD J. TRUMP'S MOTION FOR ALAN GARTEN TO APPEAR ON HIS BEHALF AT THE EARLY NEUTRAL EVALUATION CONFERENCE <br><br> DATE:     TBD <br> TIME:      TBD <br> CTRM:    F, First Floor <br> JUDGE:   Honorable William V. Gallo |

637536_1

I, Amber L. Eck, declare as follows:

1. I am an attorney with the law firm Zeldes & Haeggquist, LLP, one of Plaintiffs' counsel. I am duly licensed to practice before the state and federal courts in California. The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2. On June 30, 2011, I received an email from Defendants' counsel, David K. Schneider, stating that he would be out of the country from July 19, 2011 to August 2, 2011, out of town from August 5-8, 2011, and starting a jury trial on August 15, 2011. Accordingly, Mr. Schneider anticipated being in town and not in trial for four of the dates offered by the Court for the ENE prior to September, including July 13, 2011 and July 18, 2011, as well as August 10, 2011 and August 12, 2011.

3. On July 8, 2011, I received an email from Mr. Schneider, requesting a 30-day continuance for the hearing on Plaintiffs' Motion to Strike Defendants' Affirmative Defenses. On July 11, 2011, Plaintiffs agreed to Defendants' request as a professional courtesy, but I requested that Mr. Schneider provide the name and case number for the trial set for August 15, 2011 and that he notify us immediately if the trial date is continued, the case settles, or Mr. Schneider otherwise becomes available. However, to date, I have not heard back from Mr. Schneider.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of July, 2011, at San Diego, California.

                                            s/ Amber L. Eck
                                            AMBER L. ECK

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2011.

  s/ Amber L. Eck
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

E-mail:ambere@zhlaw.com

# Mailing Information for a Case 3:10-cv-00940-IEG -WVG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,dscardino@reedscardino.com,ewb@yslaw.com,mlokey@reedscardino.com,efb@yslaw.com,jjohnson@reedscardino.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)