David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>JOINT MOTION FOR EXTENSION TO FILE AMENDED ANSWER TO SECOND AMENDED COMPLAINT |

Plaintiffs and Defendants Trump University, LLC ("Trump University") and Donald J. Trump, through their counsel of record, have agreed, subject to the Court's approval, to extend the deadline for Defendants to file an Amended Answer to the Second Amended Complaint to September 9, 2011, and to seek an Order from the Court granting this extension.

### Procedural Background

On April 30, 2010, Plaintiff Makaeff filed a class action complaint against Trump University (Docket No. 1);

On May 26, 2010, Trump University filed a Motion to Dismiss the Complaint Under Rules 12(b)(6), 9(b), and 8(a)(2) (Docket No. 5);

1. On June 16, 2010, Plaintiffs filed a First Amended Complaint (Docket No. 10);

2. On July 26, 2010, Trump University filed a Motion to Dismiss the First Amended Complaint Under Rules 12(b)(6), 9(b), and 8(a)(2) (Docket No. 16);

3. On December 17, 2010, Plaintiffs filed a Second Amended Complaint (Docket No. 41);

4. On January 31, 2011, Trump University filed a Motion to Dismiss the Second Amended Complaint Under Rules 12(b)(6) and 9(b) (Docket No. 50) and a Motion to Strike Under Rule 12(f) (Docket No. 51);

5. On February 16, 2011, defendant Donald J. Trump filed a Motion to Dismiss the Second Amended Complaint Under Rules 12(b)(6) and 9(b) (Docket no. 59);

6. On May 18, 2011, the Court issued its Orders on the Motions by Trump University (Docket No. 68) and Donald J. Trump (Docket No. 69);

7. On June 17, 2011, defendants Trump University and Donald J. Trump filed their Answer to the Second Amended Complaint (Docket No. 71);

8. On July 8, 2011, Plaintiffs filed a Motion to Strike the Affirmative Defenses in Defendants' Answer to the Second Amended Complaint (Docket No. 72).

Defendants' opposition to the Motion to Strike is due on August 15, 2011.

## **Good Cause Supporting Extension**

Good cause exists for the requested extension because defense counsel for Trump University and Donald J. Trump will be out of state until August 8, 2011, and will begin a three-week trial in state court on August 15, 2011, and consequently this request is based on defense counsel David Schneider's unavailability and trial schedule.

## **Stipulation**

In accordance with the Southern District Local Rules 7.2 and 12.1, Plaintiffs and Defendants hereby stipulate and agree:

1. The deadline for Defendants to file an Amended Answer to the Second Amended Complaint shall be extended to September 9, 2011.

/ / /

/ / /

  2. Should Mr. Schneider's three-week trial settle, or be continued, or if Mr. Schneider otherwise becomes available, Mr. Schneider must notify Plaintiffs' counsel immediately, and thereafter Defendants shall have five (5) calendar days to file an Amended Answer.

  3. To avoid delay, if Plaintiffs intend to file motion to strike the Amended Answer, the parties will seek the earliest available hearing date, and will agree to an accelerated briefing schedule if appropriate.

  4. Good cause exists for granting the requested extension.

  Nothing set forth within this Stipulation shall be construed as a waiver of any right, claim or defense of the parties hereto.

  IT IS SO STIPULATED.

  Respectfully submitted,

Dated: July 25, 2011      ZELDES & HAEGGQUIST, LLP

By:  /s/ Amber L. Eck
   Attorneys for Plaintiffs
   Email: ambere@zhlaw.com

Dated: July 25, 2011      YUNKER & SCHNEIDER

By:  /s/ David K. Schneider
   Attorneys for Defendant
   TRUMP UNIVERSITY, LLC
   Email: dks@yslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 25, 2011.

      s/David K. Schneider
      DAVID K. SCHNEIDER

YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, CA  92101
Tel:    (619) 233-5500
Fax:   (619) 233-5535

Email: dks@yslaw.com