# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative), a New York Limited Liability Company; DONALD J. TRUMP; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 10cv0940 - IEG (WVG)<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION FOR EXTENSION TO FILE AMENDED ANSWER; AND**<br><br>**(2) DISMISSING PLAINTIFFS' MOTION TO STRIKE**<br><br>[Doc. Nos. 72, 76] |

    Presently before the Court is a joint motion to extend the time within which Defendants may file an amended answer to Plaintiffs' second amended complaint (SAC). [Doc. No. 76.] Good cause showing, the Court **GRANTS** the motion.

    As requested in the parties' joint motion, Defendants may file an amended answer on or before September 9, 2011. Should defense counsel David Schneider's three-week trial settle or be continued, or if Mr. Schneider otherwise becomes available, Mr. Schneider must notify Plaintiffs' counsel immediately, and thereafter may file an amended answer within five calendar days.

1      Plaintiffs' motion to strike affirmative defenses in Defendants' answer to the SAC remains pending. [Doc. No. 72.] If and when Defendants file an amended answer, the motion to strike will be moot. *See Hal Roach Studios v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990) ("[A]n amended pleading supersedes the original.") (citation omitted). The Court therefore **DISMISSES WITHOUT PREJUDICE** Plaintiffs' motion to strike and **VACATES** the August 29, 2011 hearing date. If Defendants do not file an amended answer by September 9, 2011, Plaintiffs may refile their motion at that time.

     **IT IS SO ORDERED.**

**DATED: July 26, 2011**

                                              _____
                                              **IRMA E. GONZALEZ, Chief Judge
                                              United States District Court**