UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, *et al.*, | Civil No. 10-CV-940-IEG(WVG) |
| Plaintiffs, | |
| v. | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |
| TRUMP UNIVERSITY, LLC, *et al.*, | |
| Defendants. | |

On <u>August 12, 2011</u> at <u>2:00 p.m.</u> the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Amber Eck, Rachel Jensen, Thomas Meerick, and Eric Isaacson on behalf of Plaintiffs and David Schneider and Jill Martin on behalf of Defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

1. The Rule 26(f) conference shall be completed before September 6, 2011;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before <u>September 20, 2011</u>;

1      3.   A discovery plan shall be <u>lodged</u> with Magistrate Judge
2 Gallo on or before <u>September 16, 2011</u>;[1/] and,
3      4.   A Case Management Conference, pursuant to Federal Rule
4 of Civil Procedure 16(b) shall be held on <u>October 7, 2011</u>, at <u>7:00</u>
5 <u>a.m.</u>, in the chambers of Magistrate Judge William V. Gallo. Counsel
6 shall participate by telephone. The Court will initiate the
7 conference call.
8      Failure of any counsel or party to comply with this Order
9 will result in the imposition of sanctions.
10 IT IS SO ORDERED.
11 DATED:  August 15, 2011

*[signature]*
Hon. William V. Gallo
U.S. Magistrate Judge

---

[1/]    Counsel are invited to review the undersigned's Chambers Rules for guidance on completing the proposed discovery plan.