David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535
Email:  dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY on Behalf of Themselves and All Others Similarly Situated, <br><br>    Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive, <br><br>    Defendants. | Case No. 10 CV 0940 IEG (WVG) <br><br> DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES |

Defendants TRUMP UNIVERSITY, LLC ("Trump University") and DONALD J. TRUMP (collectively referred to as "Defendants") answer and respond to the correspondingly numbered paragraphs of the Second Amended Class Action Complaint as follows:

1.      Denied.

2.      Defendants admit that plaintiffs herein filed this action on their own behalf and purportedly on behalf of others.  Defendants deny others are "similarly situated."  As to the remaining portions of the paragraph, Defendants are without knowledge or information to form a belief as to the truth of those allegations, and on that basis, deny those allegations.

/ / /

3.     Defendants admit that Trump University trains, educates and mentors entrepreneurs on achieving financial independence through real estate investing.  Defendants deny the remaining allegations of this paragraph.

4.     Defendants admit that plaintiffs Makaeff, Oberkrom, and Keller attended one or more Trump University real estate programs.  Defendants deny the remaining allegations of this paragraph.

5.     Denied.

6.     Denied.

7.     Defendants admit that Harvard University is an "accredited" institution and that Trump University is not an "accredited" education institution.  Defendants deny the remaining allegations of this paragraph.

8.     Denied.

9.     Defendants admit that Attorneys General have indicated that they intended to investigate Trump University, but no claim or action has been filed in any state.  As to the remaining allegations in this paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, deny those allegations.

10.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

11.    Defendants admit that enrollees were provided support numbers for assistance and provided that assistance when called.  Defendants deny the remaining allegations of the paragraph.

12.    Denied.

13.    Defendants admit that more than 95% of Trump University attendees who filled out evaluation forms rated the program as positive, or they would attend additional Trump University programs, or they would recommend Trump University programs to their friends, or all three.  As to the remaining allegations in this paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, deny those allegations.

14.    Denied.

15.    Denied.

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

16.   Denied.

17.   Denied.

18.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants admit that Donald J. Trump is Chairman of Trump University, Defendants admit that Trump University is authorized to use Donald J. Trump's name, photos and quotes, and that advertisements featured his image and quotes, and materials were sent out with his name.  As to the remaining allegations in the paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, deny those allegations.

19.   Defendants deny that this case may properly be certified as a class action.  This paragraph further states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, deny those allegations.

20.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants admit that Trump University, LLC has its principal place of business in New York, and Donald J. Trump resides in New York.

21.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants deny that this case may properly be certified as a class action.  Defendants further deny that the aggregate amount in controversy exceeds $5 million. Defendants deny the remaining allegations of this paragraph.

22.   This paragraph states legal conclusions that require no response.  To the extent the paragraph states any factual allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

23.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants deny that a substantial part of the events or omissions giving rise to the claims occurred in this District.

/ / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

24.     Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Makaeff.  Defendants admit that plaintiff Makaeff attended a three-day Trump University program entitled "Fast Track to Foreclosure Training" and participated in the Trump Gold Elite Program.  Defendants deny the remaining allegations of this paragraph.

25.     Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Keller.  Defendants admit that plaintiff Keller attended a three-day workshop and Trump University fully refunded his money for the Elite seminar.  Defendants deny the remaining allegations of this paragraph.

26.     Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Oberkrom.  Defendants admit that plaintiff Oberkrom enrolled in a Trump University program.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis, deny those allegations.

27.     Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Murphy.  Defendants deny that plaintiff Murphy ever attended any Trump University program.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis, deny those allegations.

28.     Defendants admit that Trump University is a limited liability company registered in New York with its principal place of business in New York, New York.  Defendants admit that Donald J. Trump is the chairman of Trump University as well as the chairman and president of the Trump Organization.  Defendants admit that Trump University changed its name to The Trump Entrepreneur Initiative.  Defendants admit that Trump University conducts business in the State of California.  Defendants deny the remaining allegations of this paragraph.

29.     Defendants admit that Donald J. Trump resides in New York and conducts business in California.  Defendants deny the remaining allegations of this paragraph.

30.     Denied.

31.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient

/ / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

32.     Defendants admit that Trump University provides educational seminars on real estate, investments and finance topics.  Defendants admit that Trump University was founded by Donald J. Trump.  Defendants admit that Trump University is not an accredited University.

33.     Denied.

34.     Defendants admit that Trump University advertises in local media for its courses. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis, deny those allegations.

35.     Denied.

36.     Denied.

37.     Denied.

38.     Denied.

39.     Denied.

40.     Defendants admit that some Trump University programs offer available mentors. Defendants admit that Trump University allows attendees to decide if the course is right for them. Defendants admit that Trump University allows attendees a full refund pursuant to the terms of the agreement.  Defendants deny the remaining allegations of this paragraph.

41.     Denied.

42.     Denied.

43.     Denied.

44.     Denied.

45.     Denied.

46.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

47.     Denied.

48.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

49.     Denied.

50.     Denied.

51.     Denied.

52.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

53.     Denied.

54.     Denied.

55.     Denied.

56.     Denied.

57.     Denied.

58.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

59.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants admit that Donald J. Trump is Chairman of Trump University.  Defendants admit that Trump University is authorized to use Donald J. Trump's name, photos and quotes, and that advertisements featured his image and quotes, and materials were sent out with his name.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, deny those allegations.

60.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

61.     Defendants admit that plaintiff Makaeff purchased the three-day Trump University "Fast Track to Foreclosure Training" workshop.  On information and belief, Defendants admit that plaintiff Makaeff and her friend were allowed to split the $1,495.00 cost.  Defendants deny the remaining allegations of this paragraph.

62.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

63. Denied.

64. Denied.

65. Defendants deny plaintiff Makaeff spent approximately $60,000 on Trump University programs. As to the remaining allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

66. Denied.

67. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis, deny those allegations.

68. This paragraph states legal conclusions that require no response. To the extent this paragraph states any factual allegations, Defendants deny the remaining allegations of this paragraph.

69. Defendants admit that plaintiff Makaeff gave Trump University good written reviews and said positive things about the program. Defendants deny the remaining allegations of the Complaint.

70. Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Oberkrom. Defendants admit that he enrolled in a three-day seminar and split the cost of the Elite Seminar. As to the remaining allegations in the paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, deny those allegations.

71. Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

72. Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

73. Denied.

74. Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

/ / /

75.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

76.    Defendants are without knowledge or information sufficient to form a belief as to the residence of plaintiff Murphy or the remaining allegations of this paragraph, and on that basis, deny those allegations.  Defendants further deny that plaintiff Murphy ever attended a Trump University program.

77.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations. Defendants further deny that plaintiff Murphy ever attended a Trump University program.

78.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations. Defendants further deny that plaintiff Murphy ever attended a Trump University program.

79.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

80.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

81.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

82.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

83.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

84.    Denied.

85.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

86.    Denied.

87.    Denied.

/ / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

88.     Defendants admit that Trump University refunded plaintiff Keller's $35,000.  As to the remaining allegations in this paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations, and on that basis, deny those allegations.

89.     Denied.

90.     Denied.

91.     This paragraph states legal conclusions that require no response.  Defendants deny that this case may properly be certified as a class action.

92.     This paragraph states legal conclusions that require no response.  Defendants deny that this case may properly be certified as a class action.

93.     This paragraph states legal conclusions that require no response.  Defendants deny that this case may properly be certified as a class action and deny the remaining allegations of this paragraph.

94.     Defendants admit that Trump University has information of attendees at its programs. Defendants deny that this case may properly be certified as a class action.

95.     This paragraph states legal conclusions that require no response.  Defendants deny that this case may properly be certified as a class action.

## FIRST CAUSE OF ACTION
### (Violation of California Business & Professions Code §17200)

96.     Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-95 above.

97.     This paragraph states legal conclusions that require no response.

98.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

99.     This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

100.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

101.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

102.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

103.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

**SECOND CAUSE OF ACTION**
(Violations of the Consumer Legal Remedies Act, California Civil Code § 1750 *et seq.*)

104.   Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-103 above.

105.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

106.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

107.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

108.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

109.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

110.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

111.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

**THIRD CAUSE OF ACTION**
(Untrue and Misleading Advertising in Violation of Cal. Bus. & Prof. Code §17500, *et seq.*)

112.   Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-111 above.

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

113.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

114.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

115.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

**FOURTH CAUSE OF ACTION**
(Breach of Contract Against Trump University)

116.    Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-115 above.

117.    Defendants admit that plaintiffs Makaeff, Keller and Oberkrom entered into different agreements with Trump University ranging in price, duration, programs, content, purpose, materials and assistance.  On information and belief, Trump University denies that plaintiff Makaeff paid $1,495.00.  Trump University admits that plaintiff Makaeff and other attendees entered into various agreements with Trump University for the Trump University Gold Program for which they paid about $34,995.00 and received all that they contracted for.  As to the remaining factual allegations in this paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations, and on that basis, deny those allegations.

118.    The allegations are vague and ambiguous.  Consequently, Defendants can neither admit nor deny the allegations of this paragraph, and on that basis, deny those allegations.

119.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

120.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

121.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

**FIFTH CAUSE OF ACTION**
(Breach of the Implied Covenant of Good Faith and Fair Dealing Against Trump University)

122.    Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-121 above.

123.    This paragraph states legal conclusions that require no response.

124.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

125.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

126.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, Defendants are without knowledge or information sufficient to form a belief as to the truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

127.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

128.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

**SIXTH CAUSE OF ACTION**
(Money Had and Received)

129.    Defendants reallege and incorporate by reference as though fully set forth herein their responses to Paragraphs 1-128 above.

130.    Denied.

131.    This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

/ / /

/ / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

1

**SEVENTH CAUSE OF ACTION**
(Negligent Misrepresentation)

2

3        132.    Defendants reallege and incorporate by reference as though fully set forth herein their

4    responses to Paragraphs 1-131 above.

5        133.    Denied.

6        134.    Denied.

7        135.    Denied.

8        136.    Denied.

9        137.    Denied.

10        138.    Denied.

11        139.    Denied.

12        140.    Denied.

13        141.    Denied.

14        142.    Denied.

15        143.    Denied.

16        144.    Denied.

17        145.    Denied.

18        146.    This paragraph states legal conclusions that require no response.  To the extent this

19    paragraph states any factual allegations, denied.

20        147.    Denied.

21        148.    This paragraph states legal conclusions that require no response.  To the extent this

22    paragraph states any factual allegations, denied.

23        149.    This paragraph states legal conclusions that require no response.  To the extent this

24    paragraph states any factual allegations, denied.

25        150.    This paragraph states legal conclusions that require no response.  To the extent this

26    paragraph states any factual allegations, denied.

27    / / /

28    / / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

1

## EIGHTH CAUSE OF ACTION
(Fraud)

2

3      151.    Defendants reallege and incorporate by reference as though fully set forth herein their

4   responses to Paragraphs 1-150 above.

5      152.    Denied.

6      153.    Denied.

7      154.    Denied.

8      155.    Denied.

9      156.    The allegations of this paragraph are vague and thus Defendants are without

10   knowledge or information sufficient to form a belief as to the truth of the factual allegations of this

11   paragraph, and on that basis, deny those allegations.

12      157.    This paragraph states legal conclusions that require no response.  To the extent this

13   paragraph states any factual allegations, denied.

14      158.    This paragraph states legal conclusions that require no response.  To the extent this

15   paragraph states any factual allegations, denied.

16      159.    This paragraph states legal conclusions that require no response.  To the extent this

17   paragraph states any factual allegations, denied.

18

## NINTH CAUSE OF ACTION
(False Promise)

19

20      160.    Defendants reallege and incorporate by reference as though fully set forth herein their

21   responses to Paragraphs 1-159 above.

22      161.    Defendants are without knowledge or information sufficient to form a belief as to the

23   truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

24      162.    Denied.

25      163.    Defendants are without knowledge or information sufficient to form a belief as to the

26   truth of the factual allegations of this paragraph, and on that basis, deny those allegations.

27      164.    Denied.

28   / / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

165.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

166.   This paragraph states legal conclusions that require no response.  To the extent this paragraph states any factual allegations, denied.

## TENTH CAUSE OF ACTION

167-170.   N/A by Court's Order dated 5/16/11

## PRAYER FOR RELIEF

Defendants pray for judgment against plaintiffs as follows:

1.   That defendants be discharged without liability;

2.   For all costs of suit and attorneys' fees where applicable; and

3.   For such other and further relief as the Court deems just and proper.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

1

**AFFIRMATIVE DEFENSES**

2         As and for affirmative defenses to the class action complaint, Defendants allege as follows,

3  provided however, that by alleging the matters set forth in these defenses, Defendants do not hereby

4  allege or admit that it has the burden of proof and/or persuasion with respect to any of these matters.

5

**FIRST AFFIRMATIVE DEFENSE**
(Lack of Standing)

6

7         Defendants are informed and believe and thereupon allege that Plaintiff Patricia Murphy

8  never attended any programs offered by Trump University, never paid Trump University for any

9  products or services, and never had any interaction or contract with any defendant, and thus she

10  lacks standing to assert any claims against Defendants.

11

**SECOND AFFIRMATIVE DEFENSE**
(Statute of Limitations)

12

13         Plaintiffs' claims against Trump University include causes of action for breach of oral

14  contract, fraud, and common counts.  Breach of oral contract has a two-year statute of limitations.

15  Plaintiffs' misrepresentation claims have a three-year statute of limitation, and plaintiffs' common

16  counts have the statutory period applicable to the contract or tort claims.  Trump University denies

17  that Plaintiff Patricia Murphy ever attended and/or paid for any Trump University program.

18  However, Plaintiff Murphy contends that between "January 27, 2007 and March 12, 2007," she

19  purchased services and products from Trump University based on its representations and on oral

20  contract.  Plaintiff Makaeff filed suit on April 30, 2010.  Plaintiff Murphy filed suit in June 2010.

21  Defendants are informed and believe and thereupon allege that any purported breach of oral contract

22  by Defendants occurred more than two years prior to the date plaintiffs filed suit.  Defendants are

23  informed and believe and thereupon allege that any purported misrepresentations by Defendants

24  occurred more than three years prior to the date plaintiffs' filed suit.  Defendants are informed and

25  believe and thereupon allege that the statute of limitations for her common count cause of action

26  expired prior to filing suit.  Consequently, Plaintiff Murphy's Fourth, Fifth, Sixth, Seventh, Eighth

27  and Ninth Causes of Action are barred by the applicable statutes of limitations.

28  / / /

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

### THIRD AFFIRMATIVE DEFENSE
(Waiver)

Defendants are informed and believe and thereupon allege that plaintiffs have engaged in conduct and activities by reason of which plaintiffs have knowingly and intentionally waived any and all contract claims against Defendant Trump University and thus are barred from any recovery on those claims.  Plaintiff Makaeff contends that she is entitled to a refund because she allegedly did not receive the goods and services she purchased.  However, Plaintiff Makaeff legally waived any right to a refund because she agreed to accept additional courses and mentoring in lieu of a refund.  In addition, she knowingly and intentionally waived her right to cancel her contract within the time period specified in the contract between the parties.  Similarly, Plaintiffs Keller and Oberkrom accepted all of the benefits of their contracts and knowingly and intentionally waived their right to any reimbursement, including to waive their right to cancel the contract within the agreed contractual period, thereby barring their contract claims against Trump University.

### FOURTH AFFIRMATIVE DEFENSE
(Accord and Satisfaction)

Defendants are informed and believe and thereupon allege that Plaintiffs Makaeff is barred from any recovery against Defendants by reason of a prior accord and satisfaction.  Plaintiff Makaeff participated in, enjoyed and provided testimonials praising Trump University, including the additional programs and mentoring she received.  Plaintiff Makaeff accepted the additional courses and mentoring in lieu of a refund of her money, in accord and satisfaction of the refund she initially sought.

### FIFTH AFFIRMATIVE DEFENSE
(Injunctive Relief Barred As a Matter of Law)

For an injunction to issue, there must be no adequate remedy at law.  Throughout their Second Amended Complaint and in their Prayer for Relief, plaintiffs contend they have adequate remedies at law and seek monetary compensation.  Therefore, plaintiffs' claim for injunctive relief is barred as a matter of law.

/ / /

1

2

## SIXTH AFFIRMATIVE DEFENSE
(Release)

3

4

5

6

7

8

9

        Defendants are informed and believe and thereupon allege that Plaintiff Makaeff intentionally released some or all of her claims.  After participating in, attending and providing written and videotaped testimonials praising Trump University for the programs she paid for, Plaintiff Makaeff sought a refund.  Trump University declined her request but instead offered Plaintiff Makaeff additional courses and mentoring which Plaintiff Makaeff knowingly accepted in lieu of any refund, thereby releasing any potential claim against Defendants, including for reimbursement.

10

11    Dated:      August 19, 2011                    YUNKER & SCHNEIDER

12

13                                                  By:      /s/David K. Schneider

14                                                       David K. Schneider
                                                         Attorneys for Defendants
15                                                       TRUMP UNIVERSITY, LLC and
                                                         DONALD J. TRUMP

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

1

CERTIFICATE OF SERVICE

2

I hereby certify that on August 19, 2011, I authorized the electronic filing of the foregoing

3

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

4

the e-mail addresses denoted on the attached Electronic Mail Notice List.

5

I certify under penalty of perjury under the laws of the United States of America that the

6

foregoing is true and correct.  Executed on August 19, 2011.

7

8

                   s/David K. Schneider

9

                   DAVID K. SCHNEIDER

10

                   YUNKER & SCHNEIDER
                   655 West Broadway, Suite 1400

11

                   San Diego, CA  92101
                   Tel:    (619) 233-5500
                   Fax:    (619) 233-5535

12

13

                   Email: dks@yslaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 10 CV 0940 IEG (WVG)
DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S AMENDED ANSWER TO SECOND
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES