**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MAKAEFF         v.   TRUMP UNIVERSITY LLC        No.  10-CV-940-IEG(WVG)

HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL        RPTR.

Attorneys

Plaintiffs                                          Defendants

A discovery teleconference is hereby set for September 26, 2011, at 8:00 a.m. Defendants to establish dial-in teleconference number and notify Plaintiffs and the Court of the information.

IT IS SO ORDERED.

DATED:   September 20, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge