FILED

NOV 03 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>   Plaintiff-counter-defendant - Appellant,<br><br> v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>   Defendant-counter-claimant - Appellee. | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>Southern District of California, San Diego<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

  The appellant's motion for leave to file an oversize reply brief is granted.

The Clerk shall file the previously submitted reply brief.

10.17.11/cag/Appellate Commissioner