ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
ambere@zhlaw.com
helenz@zhlaw.com
alreenh@zhlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN (211456)
THOMAS R. MERRICK (177987)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
rjensen@rgrdlaw.com
tmerrick@rgrdlaw.com

Attorneys for Plaintiffs and the Proposed Class

YUNKER & SCHNEIDER
DAVID K. SCHNEIDER (139288)
655 W. Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 3:10-CV-00940-IEG(WVG)<br><br>CLASS ACTION<br><br>JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER<br><br>Magistrate Judge William V. Gallo<br>Courtroom F, 1st Floor<br><br><br>JURY TRIAL DEMANDED |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom and Patricia Murphy, and defendants Trump University, LLC and Donald J. Trump, by and through their respective counsel, jointly move the Court to enter the agreed upon Protective Order attached hereto as Exhibit A. The Protective Order closely follows this Court's Approved Form of Protective Order, attached as Appendix A to the Court's Proposed Local Rules of Practice for Patent Cases. Further the Protective Order complies with relevant Local Rules and Chamber Rules.

This action is a putative consumer class action against Donald Trump and Trump University asserting claims for: (1) violations of the California Consumers Legal Remedies Act ("CLRA"); (2) violation of the California Unfair Competition Law ("UCL"); (3) Untrue and Misleading Advertising; (4) Breach of Contract: (5) Breach of the Implied Covenant of Good Faith and Fair Dealing; (6) Money Had and Received; (7) Negligent Misrepresentation; (8) Fraud; and (9) False Promise.

As such, disclosure and discovery may be sought and made of information that the parties regard as involving personal, private, proprietary, technical, or financial information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure.

All parties agree that good cause exists under Rule 26(c) of the Federal Rules of Civil Procedure for entry of a protective order because, among other reasons, defendants contend that public disclosure or improper use of defendants' internal, confidential, or commercially sensitive information may potentially place them at a competitive disadvantage or otherwise negatively impact their business, operations, reputation, or cause harm to them or their customers. Accordingly, the parties respectfully request that the Court enter the jointly agreed upon Protective Order attached hereto as Exhibit A.

DATED: November 16, 2011

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)

s/Amber L. Eck
AMBER L. ECK

1  No. 3:10-CV-00940-IEG(WVG)

| | |
|---|---|
| 1 | 625 Broadway, Suite 906 |
| 2 | San Diego, CA 92101<br>Telephone: (619) 342-8000 |
| 3 | Facsimile: (619) 342-7878 |
| 4 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 5 | RACHEL L. JENSEN<br>THOMAS R. MERRICK |
| 6 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 7 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 8 | Attorneys for Plaintiffs and the Proposed Class |
| 9 | |
| 10 | DATED: November 16, 2011   YUNKER & SCHNEIDER |
| 11 | DAVID K. SCHNEIDER (139288) |

                          s/David K. Schneider
                          DAVID K. SCHNEIDER

655 W. Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 16, 2011.

s/Amber L. Eck
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 West Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 434-0024
(619) 342-7878
ambere@zhlaw.com
