UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF CASES TO THE HONORABLE CATHY ANN BENCIVENGO | ORDER OF TRANSFER |

The following matters are hereby transferred from Hon. Irma E. Gonzalez to Hon. Cathy Ann Bencivengo. The initials CAB shall replace IEG in all future pleadings. All pending motion hearing and pretrial conference dates on the calendar of Judge Gonzalez are hereby VACATED to be rescheduled by Judge Bencivengo. All other dates set forth in scheduling orders, including discovery and motion cut-offs, and all hearings calendared before the magistrate judges remain as scheduled.

08cv1780-IEG(PCL), EEOC v. Dillards, Inc.

09cv274-IEG(NLS), Horton v. California Credit Corp. Retirement Plan

09cv2298-IEG(MDD), Patterson v. County of San Diego

10cv135-IEG(BLM), Soto v. Superior Telecom, Inc.

10cv689-IEG(MDD), Anderson v. City of Lemon Grove

    Related cases: 10cv705-IEG(MDD), Anderson v. County of San Diego

                  11cv572-IEG(MDD), Anderson v. District Attorney's Office

10cv940-IEG(WVG), Makaeff v. Trump University, LLC

10cv1407-IEG(MDD), Caravantes v. California Reconveyance Company

1 | 10cv2232-IEG(MDD), Zurich v. Claremont Insurance Co.
2 | 11cv338-IEG(POR), Thornton v. Cate
3 | 11cv505-IEG(WMc), Corkill v. Preferred Employers Group, LLC
4 | 11cv1972-IEG(WMc), Rodriguez v. Astrue
5 | 11cv2058-IEG(NLS), Bonar v. Beam Global Spirits & Wine, Inc.
6 | 11cv2151-IEG(NLS), Thomas v. Dillard
7 | 11cv2605-IEG(BGS), Santiago v. JP Morgan Chase & Co.
8 | 12cv17-IEG(JMA), Shibel v. Napolitano
9 | 12cv48-IEG(NLS), Galindo v. Blue Cross
10 | 12cv374-IEG(NLS), Alonso v. Astrue

**IT IS SO ORDERED.**

DATED: February 15, 2012

*(signature)*
IRMA E. GONZÁLEZ, Chief Judge
United States District Court