ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
ambere@zhlaw.com
helenz@zhlaw.com
alreenh@zhlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
RACHEL L. JENSEN (211456)
THOMAS R. MERRICK (177987)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
rjensen@rgrdlaw.com
tmerrick@rgrdlaw.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, Inclusive,

Defendants.

Case No.: 3:10-CV-00940-CAB(WVG)

CLASS ACTION

JOINT MOTION FOR DISMISSAL OF PATRICIA MURPHY'S CLAIMS WITH PREJUDICE

Judge: Hon. Cathy Ann Bencivengo
Courtroom: 1, 4th Floor

JURY TRIAL DEMANDED

ZELDES & HAEGGQUIST, LLP

On June 16, 2010, the First Amended Complaint in this action was filed on behalf of plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom, Patricia Murphy and Sheri Winkelmann.

On December 16, 2010, the Second Amended Complaint in this action was filed on behalf of plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom, and Patricia Murphy.

Plaintiff Patricia Murphy hereby dismisses her claims against Trump University and Donald Trump asserted in these complaints.

ACCORDINGLY, the parties jointly move that Patricia Murphy's claims against Trump University and Donald Trump asserted in these complaints be dismissed with prejudice. The parties agree that this dismissal shall no have no effect on the claims of Tarla Makaeff, Brandon Keller, Ed Oberkrom or the putative class against Trump University and Donald Trump. The parties and their counsel also agree and request that the Court retain jurisdiction to resolve any disputes arising from this dismissal. Defendants specifically request that the court retain jurisdiction for purposes of any motion by defendants for fees and/or costs.

Respectfully submitted,

DATED: March 5, 2012

ZELDES & HAEGGQUIST, LLPES
AMBER L. ECK (177882)
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)

s/Amber L. Eck
AMBER L. ECK

625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

ROBBINS GELLER RUDMAN
& DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and the Proposed Class

DATED: March 5, 2012

YUNKER & SCHNEIDER
DAVID K. SCHNEIDER (139288)

s/David K. Schneider
DAVID K. SCHNEIDER

655 W. Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535

Attorneys for Defendants

ZELDES & HAEGGQUIST, LLP

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 5, 2012.

s/Amber L. Eck
AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 West Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
ambere@zhlaw.com