UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.:  10cv0940-CAB (WVG)<br><br>ORDER DISMISSING PATRICIA MURPHY'S CLAIMS WITH PREJUDICE<br><br>[Doc. No. 96] |

This matter having come before the Court on the parties' Joint Motion for Dismissal of Patricia Murphy's Claims With Prejudice, the Court hereby ORDERS that Patricia Murphy's claims against Trump University and Donald Trump asserted in this action are dismissed, with prejudice. This dismissal shall no have no effect on the claims of Tarla Makaeff, Brandon Keller, Ed Oberkrom, or the putative class, against Trump University and Donald Trump.

Pursuant to the written stipulation and request of the parties, the Court retains jurisdiction to resolve any disputes arising from this dismissal.

**IT IS SO ORDERED.**

Dated: March 6, 2012

**CATHY ANN BENCIVENGO**
United States District Judge

Submitted by:

DATED: March 5, 2012

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)

s/Amber L. Eck
AMBER L. ECK

625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and the Proposed Class

10cv0940