ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br><u>CLASS ACTION</u><br><br>JOINT MOTION TO AMEND FEBRUARY 13, 2012 AND MARCH 2, 2012 ORDERS ON DISCOVERY DISPUTES<br><br>Judge:  Hon. William V. Gallo<br>Courtroom:  F, First Floor |

691320_1

On February 13, 2012 the Court entered an Order on Discovery Disputes which required the parties to provide certain supplemental responses to pending requests for production and interrogatories by March 13, 2012. The February 13, 2012 Order also required defendants to provide responses to Requests No. 6, 11, 18 and 22 by February 27, 2012. Defendants already had produced documents responsive to Request No. 6 (the website) before the Court's Order, and defendants timely provided responses and documents to Requests No. 18 and 22. Defendants requested additional time to response to Request No. 11 and plaintiffs agreed.

On March 2, 2012, in response to the parties' stipulation, the Court entered an Order on Discovery Disputes that, *inter alia*, extended the deadline for Trump University to produce additional documents in response to Request No. 11 to March 13, 2012.

On March 6, 2012, plaintiffs' counsel requested and counsel for defendants agreed to a mutual extension of the response and production deadline to March 20, 2012.

On March 7, 2012, counsel for the parties telephoned Judge Gallo's chambers to inquire whether the parties could mutually agree to the extension and confirm with the Court by telephone or if a joint motion to amend the Orders would be required. Counsel was instructed to submit a joint motion.

THEREFORE, the parties jointly move for an Order amending the February 13, 2012 and March 2, 2012 Orders on Discovery Disputes to require the parties to comply with the Orders on or before March 20, 2012.

DATED: March 7, 2012

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK

s/ Thomas R. Merrick
THOMAS R. MERRICK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

```
                                    ZELDES & HAEGGQUIST, LLP
                                    AMBER L. ECK
                                    HELEN I. ZELDES
                                    ALREEN HAEGGQUIST
                                    625 Broadway, Suite 906
                                    San Diego, CA  92101
                                    Telephone:  619/342-8000
                                    619/342-7878 (fax)

                                    Attorneys for Plaintiffs and Proposed Class

DATED:  March 7, 2012               YUNKER & SCHNEIDER
                                    DAVID K. SCHNEIDER


                                         s/ David K. Schneider
                                    DAVID K. SCHNEIDER

                                    655 West Broadway, Suite 1400
                                    San Diego, California  92101
                                    Telephone:  (619) 233-5500
                                    (619) 233-5535 (fax)

                                    Attorneys for Defendant
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 7, 2012.

s/ Thomas R. Merrick
THOMAS R. MERRICK

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:tmerrick@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`