1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10
                                          )  Civil No. 10-CV-940-CAB(WVG)
11   TARLA MAKAEFF *et al.*,                )
                                          )
12                    Plaintiffs,          )  ORDER
                                          )
13   v.                                    )  [DOC. NO. 98]
                                          )
14   TRUMP UNIVERSITY, LLC *et al.*,        )
                                          )
15                    Defendants.          )
     _____ )
16

17        The parties' Joint Motion to Amend February 13, 2012 and

18   March 2, 2012 Orders on Discovery Disputes is granted.  The parties

19   shall comply with these Orders on or before March 20, 2012.

20   IT IS SO ORDERED.

21   DATED:  March 8, 2012

22

23                                        _____
                                          Hon. William V. Gallo
24                                        U.S. Magistrate Judge

25

26

27

28

10CV940