David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendant and Counterclaimant TRUMP UNIVERSITY, LLC
and Defendant DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 10 CV 0940 IEG (WVG)<br><br>DEFENDANT'S BRIEF REGARDING REDACTIONS TO ENROLLMENT CONTRACTS |

   In its March 2, 2012 Order, the Court requested that defendant Trump University, LLC, explain the basis for its redactions of certain portions of the produced Enrollment Contracts. After receiving the Court's Order, Defendant further met and conferred with plaintiffs and has agreed to provide plaintiffs a duplicate set of the Enrollment Contracts with the amount paid by each participant, while keeping the redactions for personal financial information such as credit card numbers and personal security code numbers. Similarly, plaintiffs have agreed to remove significant redactions they made in the documents plaintiffs produced to defendants. The parties appreciate the Court's guidance, which has resolved this issue and a pending dispute with plaintiffs concerning their redactions.

1  Nonetheless, defendant wants to ensure that it has complied with the Court's Order.
2  Accordingly, if the Court still would like defendant to provide the Court with its basis for the initial
3  redactions, defendant respectfully requests that the Court advise defendant to provide additional
4  briefing.

                                            Respectfully submitted,

Dated:   March 13, 2012                     YUNKER & SCHNEIDER

                                            By:   s/ David K. Schneider
                                            Attorneys for Defendant and Counterclaimant
                                            TRUMP UNIVERSITY, LLC and Defendant
                                            DONALD J. TRUMP
                                            E-mail: dks@yslaw.com

1 | CERTIFICATE OF SERVICE

2 | I hereby certify that on March 13, 2012, I authorized the electronic filing of the foregoing
3 | with the Clerk of the Court using the CM/ECF system which will send notification of such filing to
4 | the e-mail addresses denoted on the attached Electronic Mail Notice List.
5 | I certify under penalty of perjury under the laws of the United States of America that the
6 | foregoing is true and correct.  Executed on March 13, 2012.

8 |                                         s/David K. Schneider
                                            DAVID K. SCHNEIDER

                                            YUNKER & SCHNEIDER
                                            Email: dks@yslaw.com