ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, Plaintiffs, vs. TRUMP UNIVERSITY, LLC, et al., Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br>CLASS ACTION<br><br>NOTICE OF PLAINTIFFS' SUBMISSION OF DOCUMENTS FOR *IN CAMERA* REVIEW PURSUANT TO THE COURT'S ORDERS ON DISCOVERY DISPUTES (DKT. NOS. 93 AND 95) |
|---|---|

695330_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on March 20, 2012, pursuant to the Court's Orders dated February 13, 2012 and March 2, 2012 (Dkt. Nos. 93 and 95) (the "Orders") Plaintiffs submitted the following documents for *in camera* review to the Honorable William V. Gallo:

- Plaintiffs' Privilege Log of Communications with Putative Class Members – *Retained*;

- Plaintiffs' Privilege Log of Communications with Putative Class Members – *Not Yet Formally Retained*; and

- Declaration of Amber L. Eck Provided *In Camera* Pursuant to the Court's March 2, 2012 Order on Discovery Issues.

These documents are responsive to Defendants' Request for Production No. 15.

DATED: March 20, 2012

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK

          s/ Thomas R. Merrick
        THOMAS R. MERRICK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 20, 2012.

<u>s/ Thomas R. Merrick</u>
THOMAS R. MERRICK

ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:tmerrick@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`