| | |
|---|---|
| 1 | ZELDES & HAEGGQUIST, LLP |
| | AMBER L. ECK (177882) |
| 2 | HELEN I. ZELDES (220051) |
| | ALREEN HAEGGQUIST (221858) |
| 3 | AARON M. OLSEN (259923) |
| | 625 Broadway, Suite 906 |
| 4 | San Diego, CA 92101 |
| | Telephone: (619) 342-8000 |
| 5 | Facsimile: (619) 342-7878 |
| | ambere@zhlaw.com |
| 6 | helenz@zhlaw.com |
| | alreenh@zhlaw.com |
| 7 | aarono@zhlaw.com |
| 8 | ROBBINS GELLER RUDMAN |
| | & DOWD LLP |
| 9 | RACHEL L. JENSEN (211456) |
| | THOMAS R. MERRICK (177987) |
| 10 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 11 | Telephone: (619) 231-1058 |
| | Facsimile: (619) 231-7423 |
| 12 | rjensen@rgrdlaw.com |
| | tmerrick@rgrdlaw.com |
| 13 | |
| 14 | Attorneys for Plaintiffs and the Proposed Class |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | Case No.: 3:10-CV-00940-CAB(WVG) |
| | CLASS ACTION |
| Plaintiffs, | NOTICE OF APPEARANCE OF AARON M. OLSEN FOR PLAINTIFFS |
| vs. | |
| TRUMP UNIVERSITY, LLC, et al., | |
| Defendants. | District Judge: Hon. Cathy Ann Bencivengo |
| | Magistrate Judge: Hon. William V. Gallo |

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE of the appearance of Aaron M. Olsen of Zeldes & Haeggquist, LLP, counsel on behalf of plaintiffs Tarla Makaeff, Brandon Keller and Ed Oberkrom in this action. The Court and counsel are requested to update their service lists with the undersigned's information as follows:

> Aaron M. Olsen
> Zeldes & Haeggquist, LLP
> 625 Broadway, Suite 906
> San Diego, CA 92101
> Telephone: (619) 342-8000
> Facsimile: (619) 342-7878
> aarono@zhlaw.com

DATED: March 28, 2012

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN


              s/Aaron M. Olsen
            AARON M. OLSEN

625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Attorneys for Plaintiffs and the Proposed Class

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 28, 2012.

                                                s/Aaron M. Olsen
                                                AARON M. OLSEN

ZELDES & HAEGGQUIST, LLP
625 West Broadway, Suite 906
San Diego, CA  92101
Telephone:  (619) 342-8000
Facsimile: (619) 342-7878
aarono@zhlaw.com