ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br><u>CLASS ACTION</u><br><br>JOINT MOTION TO REVISE SCHEDULE |

708488_1

1    Pursuant to Local Rule 7.2, the parties, by and through the undersigned counsel, hereby
2    jointly submit this motion to revise the Court's January 24, 2012 Amended Scheduling Order
3    Regulating Pre-Class Certification Discovery (Dkt. No. 92) ("Scheduling Order").

4    WHEREAS, the Scheduling Order sets forth certain dates and deadlines relating to class
5    certification, among them, plaintiffs' motion for class certification is currently due on or before
6    June 28, 2012; and

7    WHEREAS, the Scheduling Order also set deadlines for adding parties, amending the
8    pleadings, and filing additional pleadings on or before July 31, 2012; and

9    WHEREAS, the Scheduling Order scheduled a telephonic status conference for July 17,
10   2012, at 8:30 a.m.; and

11   WHEREAS, the parties have been diligently pursuing written, document, and deposition
12   discovery regarding both class and merits issues, and have sought to resolve all outstanding
13   discovery issues informally without the Court's intervention and where disagreements persist, sought
14   the Court's assistance; and

15   WHEREAS, this case is a complex, class action matter and the parties have exchanged tens
16   of thousands of pages of documents and plaintiffs will need to review all relevant documents and
17   take deposition discovery regarding both class and merits issues; and

18   WHEREAS, on March 30, 2012, plaintiffs served their second set of requests for the
19   production of documents, second set of interrogatories, and first requests for admission; and

20   WHEREAS, defendants have sought an extension on their responses and indicated that they
21   will complete their responses and production of documents responsive to plaintiffs' second set of
22   discovery requests by May 30, 2012; and

23   WHEREAS, after defendants respond to plaintiffs' second set of discovery propounded in
24   late March and complete their document production, plaintiffs will need to review such responses
25   and documents, and thereafter the parties will meet and confer concerning that document production
26   and discovery responses to resolve any outstanding disputes and contact the Court if any disputes
27   remain; and

28

1     WHEREAS, the parties have been meeting and conferring about the deposition of defendants 2 in anticipation of class certification deadlines, but the depositions of defendants' 30(b)(6) designees 3 and defendants are not scheduled to occur until June and July 2012; and

4     WHEREAS, on May 15, 2012 plaintiffs served five deposition notices and deposition 5 subpoenas with document requests and 22 document-only subpoenas on certain third-party 6 witnesses; and

7     WHEREAS, given those recent deposition notices and deposition subpoenas, plaintiffs 8 anticipate production of documents from certain third-party witnesses to be completed in late June 9 2012; and

10     WHEREAS, the parties have discussed the class certification briefing, and plaintiffs estimate 11 at this time that in support of their motion they will submit five or fewer declarations of putative 12 class members or other witnesses who have not been deposed as of the filing of their motion; and

13     WHEREAS, it has thus become apparent that the parties will need more time to complete 14 pre-class certification discovery than the Scheduling Order currently provides, despite their best 15 efforts; and

16     WHEREAS, the parties agree that the completion of discovery needed for class certification 17 and the interest of justice require the enlargement of deadlines in the Scheduling Order.

18     NOW THEREFORE, the parties hereby stipulate and agree to revise the class certification 19 briefing schedule as follows:

20     1.     In order to allow plaintiffs adequate time to conduct depositions and review discovery 21 not yet obtained, the deadline for plaintiffs' motion for class certification will be extended to 22 September 24, 2012.

23     2.     In order to allow defendants to conduct additional discovery in response to plaintiffs' 24 motion for class certification, based on plaintiffs' estimate that they intend to submit five or fewer 25 declarations of persons who have not yet been deposed, defendants' opposition to plaintiffs' motion 26 for class certification shall be filed on or before November 30, 2012.

27     3.     Plaintiffs shall file any reply submissions no later than January 14, 2012.

28

4. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before November 1, 2012.

5. The parties respectfully request that the Court set a status conference on or about October 10, 2012 to discuss the briefing schedule for defendants' opposition and plaintiffs' reply to ensure that it provides sufficient time to complete additional discovery anticipated to address the motion.

DATED: May 24, 2012

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST

_____s/ Amber L. Eck_____
AMBER L. ECK

625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

DATED: May 24, 2012

YUNKER & SCHNEIDER
DAVID K. SCHNEIDER

_____s/ David K. Schneider_____
DAVID K. SCHNEIDER

655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/233-5500
619/233-5535 (fax)

Attorney for Defendants

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: May 24, 2012                                By:        s/ Amber L. Eck
                                                                            AMBER L. ECK