ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br><u>CLASS ACTION</u><br><br>JOINT MOTION TO REVISE SCHEDULE<br><br>District Judge:    Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Hon. William V. Gallo |

714252_1

1  Pursuant to Local Rule 7.2 and Rule III of Judge Gallo's Chamber Rules, and to address the
2  concerns set forth in the Court's Order dated May 24, 2012, the parties, by and through the
3  undersigned counsel, hereby jointly submit this motion[1] to revise the Court's January 24, 2012
4  Amended Scheduling Order Regulating Pre-Class Certification Discovery (Dkt. No. 92)
5  ("Scheduling Order").

6  WHEREAS, the Scheduling Order sets forth certain dates and deadlines relating to class
7  certification, among them, plaintiffs' motion for class certification is currently due on or before
8  June 28, 2012 (Dkt. No. 92); and

9  WHEREAS, the Scheduling Order also set deadlines for adding parties, amending the
10  pleadings, and filing additional pleadings on or before July 31, 2012 (Dkt. No. 92); and

11  WHEREAS, the Scheduling Order scheduled a telephonic status conference for July 17,
12  2012, at 8:30 a.m. (Dkt. No. 92); and

13  WHEREAS, on May 24, 2012 (docketed on May 25, 2012), the Court denied the parties'
14  previous joint motion to revise schedule due to insufficient detail concerning the parties' due
15  diligence in attempting to comply with the dates and deadlines set in the Scheduling Order and the
16  specific reasons why the deadlines cannot be met (Dkt. No. 105); and

17  WHEREAS, the parties believe that good cause exists for the Court to amend the Scheduling
18  Order because the parties have been diligently pursuing written, document, and deposition discovery

---

[1] Defendants dispute several representations and statements in Ms. Eck's declaration. Defendants have agreed to join in this motion in reliance upon plaintiffs' representation to defendants and the Court that their evidence in support of plaintiffs' upcoming motion for class certification will be submitted by way of five or less declarations from putative class members and/or other witnesses who have not been deposed.

Last week, plaintiffs advised defendants for the first time that they may seek leave to amend to add new/additional class representatives. Defendants have virtually no information why plaintiffs want to add new/additional class representatives after two years of litigation and after all three named plaintiffs have been deposed. Defendants do not know the identity of these new representatives, how the schedule might be effected by plaintiffs' new strategy to seek leave, when plaintiffs will file that motion, the timing of the ruling, what additional discovery will be necessary based on the outcome of that motion, etc.

The parties have requested that the Court schedule a status conference on or about October 10, 2012 – approximately three weeks after the proposed new deadline for plaintiffs' motion for class certification. Defendants respectfully request that the Court allow defendants an opportunity at the status conference to seek any needed adjustments to the schedule proposed by this motion.

1  regarding both class and merits issues since discovery commenced in October 2011, and have sought
2  to resolve all outstanding discovery issues informally without the Court's intervention and where
3  disagreements persist, sought the Court's assistance, as detailed extensively in the Declaration of
4  Amber L. Eck in Support of Joint Motion to Revise Schedule ("Eck Decl."), filed herewith; and

5  WHEREAS, the parties combined have served 101 requests for production of documents,
6  6 sets of interrogatories, 36 requests for admission, served 37 third-party document subpoenas, and
7  13 third-party deposition notices/subpoenas, and 9 party deposition notices (Eck Decl., ¶¶6-7) ; and

8  WHEREAS, the parties have spent dozens, if not more, hours meeting and conferring,
9  exchanged over 100 emails and 21 lengthy meet-and-confer letters to attempt to resolve any disputes
10 concerning discovery and where discovery disputes remained, asked the Court for assistance in
11 resolving those disputes, which has resulted in five separate decisions by the Court on discovery
12 matters (Eck Decl., ¶8); and

13 WHEREAS, plaintiffs have produced 9,715 pages of documents on behalf of plaintiffs,
14 including 938 pages on behalf of class members subpoenaed by defendants, and 1,094 pages of
15 communications between plaintiffs' counsel and non-retained class members per the Court's order
16 (*see* Dkt. No. 103), and sat for depositions, including over multiple days of depositions for both
17 plaintiff Makaeff and Keller (Eck Decl., ¶11); and

18 WHEREAS, defendants have produced some 125,400 pages of documents in this action,
19 including 20,000 pages of documents on May 29, 2012, and an additional 2,000 pages of documents,
20 including many video files on May 31, 2012, according to an agreed-upon production timeframe
21 (Eck Decl., ¶4); and

22 WHEREAS, there are numerous reasons why the parties believe in good faith that the class
23 certification deadlines cannot be met, for example, once plaintiffs have the opportunity to review the
24 20,000 pages of documents provided by defendants on May 29, 2012, and the additional 2,000
25 documents produced on May 31, 2012, they will meet and confer with defendants concerning their
26 document production in an attempt to resolve any outstanding disputes and thereafter contact the
27 Court if any disputes remain (Eck Decl., ¶131); and

28

1    WHEREAS, thereafter, plaintiffs will be in a position to depose defendants, which
2 depositions are unlikely to occur until late June and/or July 2012 due to the aforementioned issues as
3 well as scheduling conflicts (Eck Decl., ¶¶135-136); and

4    WHEREAS, on May 15, 2012, plaintiffs served 5 deposition notices and deposition
5 subpoenas with document requests and 22 document-only subpoenas on certain third party
6 witnesses, which will not result in productions of documents from certain third party witnesses until
7 the earliest in late June (Eck Decl., ¶134); and

8    WHEREAS, the parties have discussed the class certification briefing, and plaintiffs estimate
9 at this time that in support of their motion they will submit five or fewer declarations of putative
10 class members or other witnesses who have not been deposed at the time of filing of their motion;
11 and

12    WHEREAS, plaintiffs anticipate that they will move for leave to amend to add several
13 additional class representations in June 2012, and defendants have indicated that they may oppose
14 such request and that the defendants will seek discovery from such class representatives and to
15 depose them before their opposition brief is filed (Eck Decl., ¶137); and

16    WHEREAS, it has thus become apparent that the parties will need more time to complete
17 pre-class certification discovery than the Scheduling Order currently provides, despite their best
18 efforts; and

19    WHEREAS, the parties agree that the completion of discovery needed for class certification
20 and the interest of justice require the enlargement of deadlines in the Scheduling Order.

21    NOW, THEREFORE, the parties hereby stipulate and agree to revise the class certification
22 briefing schedule as follows:

23    1.    In order to allow plaintiffs adequate time to conduct depositions and review discovery
24 not yet obtained, the deadline for plaintiffs' motion for class certification will be extended to
25 September 24, 2012.

26    2.    In order to allow defendants to conduct additional discovery in response to plaintiffs'
27 motion for class certification, based on plaintiffs' estimate that they intend to submit five or fewer
28

1  declarations of persons who have not yet been deposed, defendants' opposition to plaintiffs' motion
2  for class certification shall be filed on or before November 30, 2012.
3      3.    Plaintiffs shall file any reply submissions no later than January 14, 2013.
4      4.    Any motion to join other parties, to amend the pleadings, or to file additional
5  pleadings shall be filed on or before November 1, 2012.
6      5.    The parties respectfully request that the Court set a status conference on or about
7  October 10, 2012, to discuss the briefing schedule for defendants' opposition and plaintiffs' reply to
8  ensure that it provides sufficient time to complete additional discovery anticipated to address the
9  motion.
10  As explained herein and detailed in the Eck Declaration filed concurrently herewith, good
11  cause exists for revising the schedule. The parties respectfully request that the Court grant this joint
12  motion.

13  DATED: June 4, 2012                        ZELDES & HAEGGQUIST, LLP
                                                  AMBER L. ECK
                                                  HELEN I. ZELDES
                                                  ALREEN HAEGGQUIST

                                                      s/ Amber L. Eck
                                                      AMBER L. ECK

                                                  625 Broadway, Suite 906
                                                  San Diego, CA  92101
                                                  Telephone: 619/342-8000
                                                  619/342-7878 (fax)

                                                  ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
                                                  RACHEL L. JENSEN
                                                  THOMAS R. MERRICK
                                                  655 West Broadway, Suite 1900
                                                  San Diego, CA  92101
                                                  Telephone: 619/231-1058
                                                  619/231-7423 (fax)

                                                  Attorneys for Plaintiffs and Proposed Class

| | | |
|---|---|---|
| 1 | DATED: June 4, 2012 | YUNKER & SCHNEIDER<br>DAVID K. SCHNEIDER |
| 2 | | |
| 3 | |     s/ David K. Schneider<br>DAVID K. SCHNEIDER |
| 4 | | |
| 5 | | 655 West Broadway, Suite 1400<br>San Diego, CA  92101<br>Telephone:  619/233-5500 |
| 6 | | 619/233-5535 (fax) |
| 7 | | Attorney for Defendants |

### ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated:  June 4, 2012                                   By:   s/ Amber L. Eck
                                                                      AMBER L. ECK

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 4, 2012.

      s/ Amber L. Eck
      AMBER L. ECK

ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000

E-mail:     ambere@zhlaw.com

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`