# Table of Contents of Exhibits
filed with the Declaration of Amber L. Eck
in Support of Joint Motion to Revise Schedule

| Exhibit | Description | page |
|---:|:---:|:---:|
| A | Chart of chronology of events regarding discovery | 1 |

# EXHIBIT A

*Makaeff, et al. v. Trump University, LLC, et al.*,
Case No. 3:10-CV-00940-CAB(WVG)

# EXHIBIT A

| Dates | Description |
|---|---|
| 9/16/11 | Joint discovery plan prepared and served – parties spent substantial time negotiating and preparing (AE, TM, DS) |
| 9/20/11 | Initial Disclosures served |
| 9/26/11 | Defendants' *ex parte* discovery conference re: requiring Plaintiffs to produce names of all witnesses and Defendants to produce names and contact info of all students; Order that both Plaintiffs and Defendants produce |
| 10/6/11 | Plaintiffs' amended Initial Disclosures served and Addendum to Discovery Plan (re justification for additional interrogatories and depositions) served |
| 10/7/11 | Rule 16(b) discovery conference, 7 am – 9 am (telephonic); **DISCOVERY COMMENCES** |
| 10/7/11 | Defendant Donald J. Trump's First Set of Interrogatories to Plaintiffs |
| 10/7/11 | Defendant Trump University LLC's First Set of Interrogatories to Plaintiffs |
| 10/7/11 | Defendants' First Request for Production of Documents |
| 10/11/11 | Plaintiffs' document requests and interrogatories served on Defendants |
| 10/13/11 | Order compelling Defendants to produce contact information of all students w/out prior notice sent to students |
| 10/25/11 | Defendants produced contact information for all students; pursuant to Court Order; Plaintiffs reviewed same |
| 10/25/11 | Letter from D. Schneider to R. Jensen re disc (TU000001-395) |
| 10/25/11 | Defendants produced TU00001-395 |
| 11/8/11 | Plaintiffs produced KELLER0001-0035, MAKAEFF0001-1655, MURPHY0001-0082, OBERKFROM0001-395 |
| 11/10/11 | Response of Defendants Trump University, LLC and Donald J. Trump to Interrogatories by Plaintiffs |
| 11/10/11 | Response of Defendants Trump University, LLC and Donald J. Trump to Requests for Production of Documents by Plaintiffs |
| 11/15/11 | Plaintiffs produced MAKAEFF1656-2300 |
| 11/16/11 | Joint motion for entry of Protective Order/Confidentiality Order filed, after extensive negotiation (AE, DS) |
| 11/16/11 | Letter from T. Merrick to D. Schneider re meet-and-confer defendants' discovery responses |
| 11/16/11 | Plaintiffs produced PLTF00001-363 |
| 11/17/11 | Order granting entry of Protective Order |
| 11/17/11 | Letter from D. Schneider to T. Merrick re discs (TU01560-01632, TU25712-48768) |
| 11/17/11 | Letter from A. Eck to D. Schneider re meet-and-confer plaintiffs' discovery responses |
| 11/17/11 | Defendants produced TU01560-1632; TU25712-48768 |
| 11/18/11 | Letter from D. Schneider to A. Eck re meet-and-confer and in response to A. Eck letter dated 11/17/11 |

1

| Dates | Description |
|---|---|
| 11/18/11 | Letter from M. Bacci to D. Schneider re disc (TU-KELLER0001-35, TU-MAKAEFF0001-1655, TU-MAKAEFF1656-2300, TU-MURPHY 0001-82, TU-OBERKROM0001-395) |
| 11/21/11 | Letter from M. Bacci to D. Schneider re Plaintiffs' documents (TU-KELLER0036, TU-MAKAEFF2301-2318, TU-PLTF00364-879 |
| 11/21/11 | Letter from E. Bigelow to T. Merrick re disc (TU01633-24577) |
| 11/21/11 | Letter from D. Schneider to T. Merrick meet-and-confer and in response to T. Merrick's letter dated 11/16/11 |
| 11/21/11 | Letter from T. Merrick to D. Schneider re meet-and-confer and production issues |
| 11/21/11 | Plaintiffs produced KELLER0036, MAKAEFF2301-2318, PLTF00364-879; Defendants produced TU1633-24577 |
| 11/22/11 | Letter from M. Bacci to D. Schneider re disc (TU-MAKAEFF2312, 2319-2417) |
| 11/22/11 | Plaintiffs produced MAKAEFF2312; 2319-2417 |
| 11/23/11 | Defendants produced TU01562-01580 |
| 11/23/11 | Defendants served third-party document subpoenas on: (1) Success Academy, (2) Dale Carnegie of San Diego and (3) The Enlightened Wealth Institute; responses due 12/12/11 |
| 11/23/11 | Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Dale Carnegie of San Diego (NOT SERVED ON PLAINTIFFS UNTIL 11/29/11) |
| 11/23/11 | Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Success Academy (NOT SERVED ON PLAINTIFFS UNTIL 11/29/11) |
| 11/23/11 | Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Enlightened Wealth Institute (NOT SERVED ON PLAINTIFFS UNTIL 11/29/11) |
| 11/23/11 | Letter from D. Schneider to T. Merrick re documents and confidentiality and in response to T. Merrick's letter dated 11/21/12 |
| 11/29/11 | Letter from T. Merrick to D. Schneider re documents and confidentiality and in response to D. Schneider's letter dated 11/29/12 |
| 11/30/11 | Plaintiffs produced MAKEAFF2418-3111 |
| 12/1/11 | Letter from M. Bacci to D. Schneider re Plaintiffs' documents (TU-KELLER0020, TU-MAKAEFF0301, 629-632, 833, 1058, 1588, 1745, 2003, 2074-85, 2241, 2267, 2305, TU-MURPHY 0007-11, 69-71, 75, TU-OBERKROM0061) |
| 12/1/11 | Plaintiffs produced OBERKROM0396-850 |
| 12/8/11 | Letter from S. Croce to D. Schneider re producing third-party documents from Innovative Corporation Solutions, Inc. and Dale Carnegie of San Diego |
| 12/8/11 | Letter from M. Bacci to D. Schneider re Plaintiffs' documents (TU-OBERKROM0396-850) |
| 12/8/11 | Letter from M. Bacci to D. Schneider re Plaintiffs' documents (TU-KELLER0037-562) |
| 12/8/11 | Letter from E. Bigelow to T. Merrick re disc (TU25047-25189, TU25204- |

2

| Dates | Description |
|---|---|
| | 25205, TU48769-52107, TU61139 and TU1126-1127) |
| 12/8/11 | Plaintiffs produced KELLER0037-564; Defendants produced TU25047-25189; 25204-28205, 48769-52107, 61139, 1126-1127 |
| 12/12/11 | Responses to third-party document subpoenas served on: (1) Success Academy, (2) Dale Carnegie of San Diego and (3) The Enlightened Wealth Institute; due. Plaintiffs followed up with each of the third parties re: same and with defendants re: obtaining copies of documents produced (AE) |
| 12/13/11 | AE sent D. Schneider a nine-page meet-and-confer letter re:(1) Defendants' document production and interrogatory responses; (2) Plaintiffs' responses to Defendants' document requests and interrogatories; (3) settlement discussions regarding Patricia Murphy; (4) depositions; and (5) third party discovery (AE) |
| 12/13/11 | Letter from A. Eck to D. Schneider re meet-and-confer |
| 12/14/11 | Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Prosper Learning aka Prosper, Inc. |
| 12/15/11 | Defendants served third-party document subpoenas on: (1) Facebook re: T. Makaeff; (2) Twitter re: T. Makaeff; (3) Prosper Learning re: T. Makaeff; responses due 1/6/12 |
| 12/16/11 | Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Twitter, Inc. (re T. Makaeff) |
| 12/16/11 | Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Facebook (re T. Makaeff) |
| 12/19/11 | Letter from M. Bacci to D. Schneider re Plaintiffs' documents (TU-MAKAEFF2418-3111) |
| 12/19/11 | Letter from J. Hunt to D. Schneider re producing third-party documents for Enlightened Wealth Institute (EWI000001-29) |
| 12/19/11 | Plaintiffs produced MAKAEFF2418-3111 |
| 12/21/11 | Letter from A. Eck to D. Schneider re subpoenas to Facebook and Twitter |
| 12/27/11 | Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Carleton H. Sheets (Professional Education Institute) |
| 12/27/11 | Letter from E. Bigelow to T. Merrick re third-party documents Enlightened Wealth Institute, LC (EWI0001-29) and Innovative Corporate Solutions, Inc. (1-93) |
| 12/28/11 | Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Childers Financial Group aka JJ Childers |
| 12/28/11 | Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Jason Rodriguez and Elite Mentoring LLC |
| 12/28/11 | Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Counsel of BBB, Arlington, VA |
| 12/28/11 | E. Schneiderman New York Attorney General Freedom of Information Act Request Form to T. Merrick |

| Dates | Description |
|---|---|
| 12/28/11 | Letter from T. Merrick to L. Jacobs, Florida Attorney General, re Freedom of Information Act Request re Trump University |
| 12/28/11 | Letter from T. Merrick to R. Hargrove, Texas Attorney General, re Freedom of Information Act Request re Trump University |
| 12/28/11 | Plaintiffs produced MAKAEFF3112-4164; Prepare subpoenas for Counsel of BBB, FL AG, and TX AG |
| 12/30/11 | Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Abundant Real Estate Solutions, Inc./Designed Impact Inc. |
| 1/3/12 | Notice of Taking Deposition and Request to Produce Documents at Deposition [to Tarla Makaeff] |
| 1/3/12 | Notice of Taking Deposition and Request to Produce Documents at Deposition [to Brandon Keller] |
| 1/3/12 | Notice of Taking Deposition and Request to Produce Documents at Deposition [to Richard Keller] |
| 1/3/12 | Letter from D. Schneider to R. Jensen re deposition notices and dates for plaintiffs B. Keller and T. Makaeff and third-party R. Keller |
| 1/5/12 | Letter from E. Bigelow to T. Merrick re two discs (TU00396-1125, TU01128-1559 (TU1406 omitted), TU25043-25046, TU52108-59167 (*see* 3/23/12 letter) |
| 1/5/12 | Letter from J. Pepper, New York State Attorney General to T. Merrick re Freedom of Information Law Request re Trump University complaints |
| 1/3/12-1/5/12 | Review, redact, and prepare for production plaintiff Makaeff documents |
| 1/3/12-1/5/12 | Review third party Dale Carnegie documents for Confidentiality and draft letter to Schneider re: same |
| 1/5/12 | Defendants produced TU396-1125, 1128-1559, 25043-25046, 52108-64461 |
| 1/6/12 | Responses to third-party document subpoenas on: (1) Facebook; (2) Twitter; and (3) Prosper Learning due. Plaintiffs researched moving to quash subpoenas to Facebook and Twitter as improper and wrote extensive meet-and-confer letters to defendants re: same. Plaintiffs prepared objections to Facebook and Twitter and conferred w/their counsel re: same. Plaintiffs reviewed documents produced by Prosper (AE) |
| 1/6/12 | Letter from D. Schneider to Judge Gallo re lodging documents which pertain to his correspondence dated 1/6/12 |
| 1/6/12 | Letter from D. Schneider to A. Eck re meet-and-confer and ongoing discovery issues and seeking Judge Gallo's assistance |
| 1/6/12 | Letter from T. Merrick to D. Schneider re third-party documents Innovative Corporate Solutions and Enlightened Wealth Institute (1-93) |
| 1/9/12 | Prepare and review redaction and privilege logs |
| 1/11/12 | Conference call with T. Merrick, R. Jensen, and A. Eck re: litigation strategy, document production to date, plaintiff depositions |
| 1/12/12 | Prepare B. Keller for deposition (full day) – AE |
| 1/13/12 | Mock hearing for Ninth Circuit Anti-SLAPP motion (AE, EI, RJ, TM) |
| 1/13/12 | Defendants produced TU24578-25042, 25190-25203, 48829-48852 |
| 1/17/12 | B. Keller deposition – full day (AE) |

4

| Dates | Description |
|---|---|
| 1/17/12 | Letter from D. Schneider to Judge Gallo re discovery issues and in response to A. Eck's letter to Judge Gallo dated 1/13/12 |
| 1/6/12, 1/17/12 | Review defendants' most recent production/compare with docs defendant is withholding |
| 1/17/12 | Prepare subpoena for NY BBB |
| 1/18/12 | Ninth Circuit Court of Appeal Hearing on Anti-SLAPP motion (EI, AE, AO); dozens, if not hundreds of hours in preparation of briefs and for hearing, primarily by Eric Isaacson |
| 1/18/12 | Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to BBB Serving Metropolitan New York Inc. |
| 1/18/12 | 9th Circuit Court of Appeal Hearing in Irvine; Prepare subpoena for BBB NY |
| 1/06/12 – 1/23/12 | Review plaintiff Makaeff's hardcopy documents and redact documents for production |
| 1/19/12 | Defendant reproduced native file for TU0396-1110 |
| 1/20/12 | Deposition of R. Keller (Plaintiff B. Keller's father) scheduled; numerous conversations with Keller; prepare same for deposition; Defendants take deposition off-calendar (AE, TM, DS) |
| 1/20/12 | Letter from M. Bacci to D. Schneider responding to Defendants' First Set of Requests for Production of Documents (TU-MAKAEFF5027-5043) |
| 1/20/12 | Review of defendants' production and draft letter re: same |
| 1/23/12 | T. Makaeff deposition preparation – full day (AE, TM) |
| 1/23/12 | Letter from A. Eck to Judge Gallo re discovery issues and in response to D. Schneider's letter to Judge Gallo dated 1/17/12 |
| 1/23/12 | Review of documents received from TX AG in response to FOIA request |
| 1/24/12 | Expert designations due; numerous prior discussions and strategy re: same. |
| 1/24/12 | Amended Notice of Taking Deposition and Request to Produce Documents at Deposition [to Tarla Makaeff] |
| 1/24/12 | Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to BBB of Southeast Florida and the Caribbean |
| 1/24/12 | Prepare FL BBB subpoena; Plaintiffs produced MAKAEFF4251-4257; Defendants produced TU71396-71412 |
| 1/25/12 | T. Makaeff deposition preparation (AE) |
| 1/26/12 | T. Makaeff deposition preparation (AE) |
| 1/26/12 | Plaintiffs' Objections and Response to the Amended Notice of Taking Deposition and Request to Produce Documents at Deposition for Tarla Makaeff |
| 1/24/12- 1/27/12 | Deposition Prep for Makaeff deposition |
| 1/27/12 | Defendants produced TU71413-71428 |
| 1/30/12 | T. Makaeff deposition – full day (AE, TM, DS) |
| 1/30/12 | Tarla Makaeff Deposition; Plaintiffs produced MAKAEFF5044-5158; KELLER565-707 |

5

| Dates | Description |
|---|---|
| 1/31/12 | T. Makaeff deposition – full day (AE, TM, DS) |
| 1/31/12 | Tarla Makaeff Deposition, Review of defendants productions |
| 2/1/12 | Review of defendants production for missing documents review of some audio/video files produced to date; drafted plaintiffs redaction and privilege logs; drafted email to co-counsel re: additional items to follow up on |
| 2/7/12 | Respond to communications from class members |
| 2/8/12 | Letter from E. Bigelow to T. Merrick re documents (TU25206-25711, TU64462-71395 and TU71429-71938) |
| 2/8/12 | Review of defendants 2/08/12 production, prepare plaintiffs privilege and redaction logs; Defendants produced TU25206-25711; 64462-71395, 71429-71938 |
| 2/10/12 | Meeting with B. Keller to review deposition transcript (AE) |
| 2/12/12 | Review T. Makaeff deposition transcript; numerous conversations with T. Makaeff re: same |
| 2/21/12 | Agreed with defendants to reproduce documents un-redacted |
| 2/23/12 – 3/28/12 | Drafting plaintiffs supplemental RFP responses, including listing all bates numbers responsive to each request |
| 2/27/12 | Letter from D. Schneider to A. Eck and T. Merrick re Court's Order dated 2/13/12 (TU71939-71943) |
| 2/27/12 | Defendants produced TU71939-71943 |
| 3/13/12 | Response to Supplemental Interrogatories and Document Requests due. Plaintiffs' counsel spent dozens, if not hundreds, of hours reviewing documents and speaking with plaintiffs for use in responding to same (AE, AO) |
| 3/20/12 | Responses required by Discovery Order due – privilege log, etc; Plaintiffs' counsel spent dozens, if not hundreds of hours compiling all communications w/ class member and preparing a detailed privilege log (AE, LL, TM, AO) |
| 3/20/12 | Letter from D. Schneider to T. Merrick re Court's Order dated 2/13/12 and several discovery issues |
| 3/20/12 | Plaintiffs produced MAKAEFF5159-5160; Defendants produced TU71944-71986, 71987-72714 |
| 3/21/12 | Letter from D. Schneider to T. Merrick re additional attendees/purchasers and refunds (TU72715-72717) |
| 3/21/12 | Defendants produced TU72715-72717 |
| 3/23/12 | Letter from A. Eck to D. Schneider re meet-and-confer and in response to D. Schneider's letters dated 2/27 and 3/20/12 |
| 3/23/12 | Letter from E. Bigelow to T. Merrick re disc (TU00396-1125, TU01128-1559 (TU1406 omitted), TU25043-25046, TU52108-59167 (*see* 1/5/12 letter) |
| 3/23/12 | Defendants produced replacement disc 1 of 2 from January 5, 2012 with redacted documents TU1390 ,1393, 1394, 1397, 1400, and 1401 |
| 3/26/12 | Letter from D. Schneider to A. Eck re meet-and-confer letter |
| 2/16/12 - 3/27/12 | Prepare production of class member communications to send to defendants, including preparing privilege logs |
| 3/28/12 | Letter from A. Eck to D. Schneider re meet-and-confer |

6

| Dates | Description |
|---|---|
| 4/2/12 | Letter from D. Schneider to A. Eck meet-and-confer re various discovery issues and in response to A. Eck letter dated 3/28/12 and document TU25023 |
| 4/3/12 | Supplemental Response of Defendants Trump University, LLC and Donald J. Trump to Interrogatories by Plaintiffs |
| 4/3/12 | Supplemental Response of Defendants Trump University, LLC and Donald J. Trump to Requests for Production of Documents by Plaintiffs |
| 4/3/12 | Defendants' Privilege Log |
| 4/3/12 | Letter from E. Bigelow to T. Merrick re various documents (TU72718-96080) and other discovery matters |
| 4/3/12 | Defendants produced TU72718-96080 |
| 4/4/12-4/5/12 | Review of documents to be produced, marked Confidential |
| 4/9/12 | Letter from M. Bacci to D. Schneider re un-redacted information previously produced |
| 4/9/12 | Plaintiffs produced un-redacted/modified documents from KELLER, MAKAEFF, OBERKROM, and PLTF and provided defendants with Privilege and Redaction logs |
| 4/10/12 | Prepare E. Oberkrom for deposition – full day (AE) |
| 4/10/12 | Defendants' Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Shirnette Blaine-Tarpeh and Todd Madison |
| 4/10/12 | Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Office of the District Attorney, Orange County, California |
| 4/10/12 | Notice of Continuation of Deposition of Brandon Keller |
| 4/10/12 | Notice of Continuation of Deposition of Tarla Makaeff |
| 4/10/12 | Notice of Taking Deposition [of Plaintiff Ed Oberkrom] |
| 4/10/12 | Letter from A. Eck to D. Schneider meet-and-confer and in response to D. Schneider's 3/28 and 4/2/12 letters |
| 4/10/12 | Letter from A. Eck to D. Schneider re defendants' failure to serve various subpoenas upon plaintiffs' counsel |
| 4/10/12 | Deposition prep with Ed Oberkrom |
| 4/11/12 | E. Oberkrom deposition – full day (AE) |
| 4/11/12 | Plaintiffs produced OBERKROM851-854; Ed Oberkrom deposition |
| 4/12/12 | Prepare G. Keller and T. Makaeff for deposition (AE) |
| 4/13/12 | B. Keller (day two) and T. Makaeff depositions (day three) (AE) |
| 4/13/12 | Plaintiffs produced PLTF710-714; Tarla Makaeff deposition; Brandon Keller deposition |
| 4/20/12 | Letter from D. Schneider to A. Eck meet-and-confer re various discovery issues and in response to A. Eck letter dated 4/10/12 |
| 4/20/12 | Second Supplemental Response of Defendants Trump University, LLC and Donald J. Trump to Requests for Production of Documents by Plaintiffs |
| 4/16/12-4/20/12 | Document review and coding in defendants' database; draft 30(b)(6) deposition notice |

7

| Dates | Description |
|---|---|
| 4/20/12 | Defendants produced TU96081-96088 |
| 4/27/12 | Letter from A. Eck to D. Schneider re Makaeff's deposition transcript confidential pages |
| 4/30/12 | Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Shirnette Blaine-Tarpeh |
| 5/4/12 | Letter from A. Eck to D. Schneider meet-and-confer re various discovery issues and in response to letter D. Schneider letter dated 4/20/12 |
| 5/11/12 | Production of Todd Madison documents – numerous conversations with Todd and Risa Madison re: same; dozens of hours reviewing documents (AE, LL). |
| 5/11/12 | Letter from M. Bacci to D. Schneider re T. Madison documents in response to subpoena (MADISON0000001-417) |
| 5/14/12 | Letter from D. Schneider to A. Eck meet-and-confer re various discovery issues and in response to A. Eck's 5/4/12 letter |
| 5/15/12 | Document subpoenas issued to:<br><br>1.   Steven Matejek<br>2.   Michael Biglane<br>3.   Michael Bloom<br>4.   Kevin Derrick<br>5.   Gary Eldred<br>6.   Alex Grist<br>7.   Gene Guarino<br>8.   Howard Haller<br>9.    Michael Hinson<br>10.   Jonny Horton<br>11.   John Jamieson<br>12.   Roger LeFleur<br>13.   Scott Leitzell<br>14.   Jack Mahoney<br>15.    Troy Peterson<br>16.   Michael Potter<br>17.   Fred Rewey<br>18.   Greg Saunders<br>19.   Don Sexton<br>20.   Bob Steenson<br>21.   Gary Sturgeon<br>22.   Medeth Webb<br><br>Responses due 6/20/12 |
| 5/15/12 | Deposition subpoenas issued to:<br>1.   Donald Trump<br>2.   Michael Sexton<br>3.   Josef M. Katz<br>4.   James Harris<br>5.   Mike Kasper |

8

| Dates | Description |
|---|---|
| 5/15/12 | Letter from A. Eck to D. Schneider re 5 deposition subpoenas and 22 document only subpoenas and agreement to cooperate re: scheduling same. |
| 5/16/12 | Letter from A. Eck to D. Schneider meet-and-confer re various discovery issues and in response to D. Schneider letter dated 5/14/12 |
| 5/17/12 | Letter from D. Schneider to T. Merrick re Trump University mentors documents (TU96089-96124), redacted version of documents TU49885-86; native files for TU1-395, TU24578-25022, TU25024-25037, TU25047-25053, TU25054-25189 and TU25190-25202 |
| 5/17/12 | Defendants produced TU96089-96124, 49885-86 and native files for 1-395, 24578-25022, 25047-25053, 25054-25189, 25190-25202 |
| 5/18/12 | Notice of Taking of Videotaped Deposition of Trump University LLC Pursuant to FRCP 30(b)(6) |
| 5/18/12 | Letter from M. Bacci to D. Schneider re Notice of Taking Videotaped Deposition of Trump University, LLC and disc with T. Madison documents in response to subpoena (MADISON0000418-938) |
| 5/4/12-5/18/12 | Review of Todd Madison documents to be produced in response to subpoena |
| 5/21/12 | Second Supplemental Response of Defendants Trump University, LLC and Donald J. Trump to Interrogatories by Plaintiffs |
| 5/21/12 | Plaintiffs' [Amended] Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Michael Hinson |
| 5/22/12 | Letter from E. Bigelow to T. Merrick re disc of defendants' documents (TU-96125-102401) |
| 5/22/12 | Defendants produced TU96125-102401 |
| 5/25/12 | Letter from R. Jensen to D. Schneider enclosing disc of communications listed on the "Not Yet Formally Retained" privilege log (TU-PLTF00880-01974) |
| 5/8/12-5/25/12 | Review of not retained class member communications and production of same (including redactions and confidentiality issues) |
| 5/25/12 | Defendants produced TU102402-102987 |
| 5/29/12 | Response of Trump University, LLC to Second Set of Interrogatories by Plaintiffs (Set Two) |
| 5/29/12 | Response of Donald J. Trump to Requests for Production of Documents Plaintiffs (Set Two) |
| 5/29/12 | Response of Trump University, LLC to Requests for Production of Documents Plaintiffs (Set Two) |
| 5/29/12 | Response of Trump University, LLC to Requests for Admission by Plaintiffs (Set One) |
| 5/29/12 | Response of Donald J. Trump to Requests for Admission by Plaintiffs (Set One) |
| 5/29/12 | Received approximately 20,450 pages of documents from Defendants and supplemental discovery responses. This will require dozens, if not hundreds, of attorney hours to review. |
| 5/29/12 | Defendant Trump University, LLC's Second Set of Interrogatories to Plaintiffs |
| 5/29/12 | Letter from E. Bigelow to T. Merrick re documents and corrupt files |

9

| Dates | Description |
|---|---|
|  | (TU102988-23463, TU112843-112857, TU113228, TU114128, TU118978, TU118009 and TU118984) |
| 6/4/12 | Defendants' response to Third Set of Plaintiffs' Document Requests due |

10