UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF *et al.*,<br><br>      Plaintiffs,<br>v.<br><br>TRUMP UNIVERSITY, LLC, *et al.*,<br><br>      Defendants. | Civil No. 10-CV-0940-CAB (WVG)<br><br>ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO REVISE SCHEDULE; AMENDED SCHEDULING ORDER REGULATING PRE-CLASS CERTIFICATION DISCOVERY |

  Pending before the Court is the parties' Joint Motion to Revise the Schedule. (Doc. No. 106.) On October 14, 2011, this Court issued a Scheduling Order Regulating Pre-Class Certification Discovery. (Doc. No. 88.) On January 24, 2012, the Court issued an Amended Scheduling Order which extended most of the discovery deadlines by two and three months. (Doc. No. 92.) On May 24, 2012, the parties filed a Joint Motion to Revise the Schedule, requesting an additional three months to complete the pre-certification discovery. (Doc. No. 104.) The Court denied the Joint Motion on May 24, 2012, finding that the parties had not demonstrated good cause for an extension of the scheduling dates, as required by Federal Rule of Civil Procedure 16(b)(4). (Doc. No. 105 at 1.)

  On June 4, 2012, the parties filed another Joint Motion to Revise the Schedule for an additional three months. (Doc. No. 106). This time, the parties chose to abide by the guidelines of both the Federal Rules and this Court's chambers' rules, and provided a extraordinary amount of information which demonstrates good cause, due diligence, and active participation in the discovery process. (Fed. R. Civ. P. 16(b); Judge

Gallo's Chambers Rules, III.)  Finding good cause shown in the renewed Joint Motion, this Court grants in part, and denies in part, the parties' Joint Motion the Revise the Schedule.

The Court's scheduling order is amended as follows:

1. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before July 31, 2012.  **This date has not been extended.**  The Court does not find good cause to continue this date.

2. Plaintiffs shall file their motion for class certification on or before September 24, 2012.[1]

Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion.  **Be advised that the parties must file their moving papers within three (3) days of receiving the motion hearing date from the Court. Be further advised that the period of time between the date you request a motion date and the hearing date may be up to six weeks.  Please plan accordingly**.  For example, you may need to contact the judge's law clerk at least six weeks in advance of the motion cut-off to calendar the motion.  Failure of counsel to timely request a motion date may result in the motion not being heard.  **Motions will not be heard on the above date unless you have obtained that date in advance from the judge's law clerk**.

3. Defendants shall filed their opposition to Plaintiffs' motion for class certification on or before November 30, 2012.

4. Plaintiffs shall file any reply submissions no later than January 14, 2013.

5. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without permission of the judge who will hear the motion. No reply memorandum shall exceed ten (10) pages without leave.

6. A telephonic status conference shall be held on October 10, 2012, at 8:30 a.m., at which time the Court will review the status of the case and set additional case management deadlines as necessary. The status conference previously set for July 17, 2012, at 8:30 a.m., is hereby vacated.

7. **This will be the final extension granted to the parties in this case.  The Court will not entertain any further requests to extend the class certification motion schedule.**

---

[1] Counsel should note that while historically motion cut-off deadlines issued by this Court were deadlines for motion hearings, the motion cut-off dates now being issued establish deadlines for the parties to file motions.

8. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

IT IS SO ORDERED.

DATED: June 7, 2012

_____
Hon. William V. Gallo
U.S. Magistrate Judge