## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Makaeff</u> v. <u>Trump University, LLC</u>, *et al*.    No. <u>10-CV-0940-CAB (WVG)</u>

<u>HON. WILLIAM V. GALLO</u>     <u>CT. DEPUTY J. YAHL</u>     <u>RPTR.          </u>

<u>Attorneys</u>

<u>Plaintiffs</u>                                                          <u>Defendants</u>

A telephonic Status Conference is set for <u>June 18, 2012</u>, at <u>3:30 p.m.</u>, before Magistrate Judge William V. Gallo.  The Court will initiate the call.

IT IS SO ORDERED.

DATED:  June 14, 2012

*[signature]*

Hon. William V. Gallo
U.S. Magistrate Judge