ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT<br><br>DATE:  October 5, 2012<br>TIME:  1:30 p.m.<br>CTRM:  2, 4th Floor<br>JUDGE:  Hon. Cathy Ann Bencivengo |

742048_1

1   TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that on October 5, 2012 at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 2, Fourth Floor, of the above-captioned Court, located at 940 Front Street, San Diego, California, before the Honorable Cathy Ann Bencivengo, plaintiffs Tarla Makaeff, Brandon Keller, and Ed Oberkrom (collectively, "Plaintiffs") will and hereby do, through undersigned counsel, move this Court for an Order granting Plaintiffs' Motion for Leave to Amend Plaintiffs' Second Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 15(a), 20, and 21, or alternatively, to allow Sonny Low, John Brown, and J.R. Everett to intervene in the action as class representatives pursuant to Federal Rule of Civil Procedure 24(b). Attached as Exhibit A to the Declaration of Rachel L. Jensen is Plaintiffs' [Proposed] Third Amended Class Action Complaint ("Third Amended Complaint").

       This motion is based on this Notice of Motion; the Memorandum of Points and Authorities in support thereof; the Declaration of Rachel L. Jensen and the [Proposed] Third Amended Complaint attached as Exhibit A and other Exhibits B-C thereto; the pleadings and other files herein, and such other written or oral argument as may be presented to the Court.

DATED: July 31, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK

                s/ Rachel L. Jensen
               RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

|    |    |
|---|---|
| 1  | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2  | I hereby certify that on July 31, 2012, I authorized the electronic filing of the foregoing with |
| 3  | the Clerk of the Court using the CM/ECF system which will send notification of such filing to the |
| 4  | e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I |
| 5  | caused to be mailed the foregoing document or paper via the United States Postal Service to the non- |
| 6  | CM/ECF participants indicated on the attached Manual Notice List. |
| 7  | I certify under penalty of perjury under the laws of the United States of America that the |
| 8  | foregoing is true and correct.  Executed on July 31, 2012. |

                    s/ Rachel L. Jensen
                    RACHEL L. JENSEN

                    ROBBINS GELLER RUDMAN
                       & DOWD LLP
                    655 West Broadway, Suite 1900
                    San Diego, CA  92101-3301
                    Telephone:  619/231-1058
                    619/231-7423 (fax)

                    E-mail:  rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)