ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT<br><br>DATE:  October 5, 2012<br>TIME:  1:30 p.m.<br>CTRM:  2, 4th Floor<br>JUDGE:  Hon. Cathy Ann Bencivengo |

742093_1

I, RACHEL L. JENSEN, declares as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), one of the counsel for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I submit this declaration in support of Plaintiffs' Motion for Leave to Amend Plaintiffs' Second Amended Class Action Complaint and file their Third Amended Class Action Complaint ("TAC").

2. Discovery commenced on October 7, 2011. Since that time, the parties have produced well over 100,000 pages in documents in this action.

3. Additionally, both parties have served and responded to numerous sets of written and documentary discovery requests. For a detailed description of the parties' discovery efforts, please see the Declaration of my co-counsel Amber Eck in Support of the Parties' Joint Motion to Revise Schedule, dated June 4, 2012 (Doc. No. 106-1).

4. As recently as April 13, 2012, Plaintiffs Tarla Makaeff, Ed Oberkrom and Brandon Keller sat for multiple days of depositions. *See id.*, ¶¶102-110.

5. On May 15, 2012, Plaintiffs served a deposition notice on Defendant Donald Trump. On May 18, 2012, Plaintiffs noticed the Rule 30(b)(6) deposition of Trump University. *See id.*, ¶¶111-112. The parties have been engaging in meet-and-confer efforts to schedule these depositions, and currently Defendants' depositions are set for the week of August 20, 2012.

6. On July 18, 2012, I sent a letter to counsel for Defendants, David Schneider, requesting that the Defendants provide written consent to the filing of the TAC pursuant to Rule 15(a)(2) to avoid burdening this Court with the instant motion. Mr. Schneider requested that Plaintiffs provide an advance copy of the proposed TAC, which I sent to him on Friday, July 27, 2012. I asked for Mr. Schneider to advise as to whether Defendants would stipulate to the filing of the TAC on or before today's date. Mr. Schneider agreed to contact me if Defendants were amenable to stipulating to the filing of the TAC. However, at the time of the filing of this motion, Defendants have not yet contacted me or other Plaintiffs' counsel to indicate their consent to the filing of the TAC. Accordingly, Plaintiffs have filed this instant motion.

7. Through the course of discovery, Plaintiffs became aware of Trump University CA LLC ("Trump U CA"), which according to documents produced by defendants is a corporate entity related to Trump University LLC. *See* Ex. C (TU 01632, Organizational Chart of Trump University and related entities) (subject to an application to file under seal pursuant to Local Rule 79.2 and the November 17, 2011 Order Granting Joint Motion for Protective Order; Protective Order).

8. On July 27, 2012, my office produced to Defendants the Proposed Class Representatives' documents relating to Trump University.

9. My co-counsel, Amber Eck, is in the process of coordinating with Mr. Schneider to schedule the depositions of Proposed Class Representatives Sonny Low, John Brown, and J.R. Everett in late August and early September. Plaintiffs are making Sonny Low available for deposition in San Diego, where Mr. Schneider is located; they are also offering to make J.R. Everett available in San Diego, where Mr. Schneider is located even though Ms. Everett lives in Tampa, Florida. Finally, the parties are discussing scheduling the deposition of John Brown either in New York when the parties are there for the depositions of Defendants in late August, or in San Diego.

10. Attached are true and correct copies of the following exhibits:

Exhibit A: [Proposed] Third Amended Class Action Complaint;

Exhibit B: Redline comparison of Second Amended Class Action Complaint and Third Amended Class Action Complaint; and

Exhibit C: TU 01632, Organization Chart of Trump University **(Sealed)**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of July, 2012, at San Diego, California.

        s/ Rachel L. Jensen
        RACHEL L. JENSEN

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 31, 2012.

<u>s/ Rachel L. Jensen</u>
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)