# Table of Contents of Exhibits
to the Declaration of Rachel L. Jensen
in Support of Plaintiffs' Motion for Leave to Amend
Plaintiffs' Second Amended Class Action Complaint

| Exhibit | Description | page |
|---|---|---|
| A | [Proposed] Third Amended Class Action Complaint; | 1 |
| B | Redlined comparison of Second Amended Class Action Complaint and Third Amended Class Action Complaint; and | 84 |
| C | TU 01632 – Organization Chart of Trump University **(sealed)**. | 174 |