# EXHIBIT C

[Conditionally Filed Under Seal]

Exhibit C
- 174 -