<pre>
</pre>

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                 Plaintiffs,<br><br>   vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                 Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br>CLASS ACTION<br><br>APPLICATION TO FILE UNDER SEAL EXHIBIT C TO THE DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011<br><br>DATE:    October 5, 2012<br>TIME:    1:30 p.m.<br>CTRM:   2, 4th Floor<br>JUDGE:  Hon. Cathy Ann Bencivengo |

742279_1

1  Plaintiffs Tarla Makaeff, Brandon Keller, and Ed Oberkrom (collectively, "Plaintiffs")
2 hereby request permission to file under seal a one-paged document submitted as Exhibit C to the
3 Declaration of Rachel L. Jensen in Support of Plaintiffs' Motion for Leave to Amend Plaintiffs'
4 Second Amended Class Action Complaint pursuant to Local Rule 79.2 and the Protective Order
5 entered on November 17, 2011.

6  Under the Protective Order, the parties may designate certain documents as "Confidential
7 Information" and restrict their dissemination and disclosure. *See* Doc. No. 91, Protective Order, ¶¶4,
8 7-9. Any information or material which has been designated as "Confidential" may not be disclosed
9 publicly and may only be disclosed or made available to certain designated persons, such as the
10 Court and counsel for parties to this action. *See id.* The document Plaintiffs seek to file under seal
11 has been designated "Confidential" by Defendants pursuant to the Protective Order.

12  Plaintiffs therefore request that this document be filed under seal. *See* Protective Order, ¶13.

13 DATED: July 31, 2012          ROBBINS GELLER RUDMAN
                                    & DOWD LLP
14                                RACHEL L. JENSEN
                                  THOMAS R. MERRICK
15

16
                                          s/ Rachel L. Jensen
17                                       RACHEL L. JENSEN

18                                655 West Broadway, Suite 1900
                                  San Diego, CA  92101
19                                Telephone:  619/231-1058
                                  619/231-7423 (fax)
20
                                  ZELDES & HAEGGQUIST, LLP
21                                AMBER L. ECK
                                  HELEN I. ZELDES
22                                ALREEN HAEGGQUIST
                                  625 Broadway, Suite 906
23                                San Diego, CA  92101
                                  Telephone:  619/342-8000
24                                619/342-7878 (fax)

25                                Attorneys for Plaintiffs and Proposed Class

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 31, 2012.

 s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  rachelj@rgrdlaw.com

742279_1

3:10-cv-00940-CAB(WVG)

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)