UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL EXHIBIT C TO THE DECLARATION OF RACHEL L. JENSEN TO AMEND PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011<br><br>[Doc. No. 113] |

1    This cause has come before the Court upon plaintiffs Tarla Makaeff, Brandon Keller and Ed
2  Oberkrom (collectively, "Plaintiffs") request to file under seal Exhibit C to the Declaration of Rachel
3  L. Jensen in Support of Plaintiffs' Motion for Leave to Amend Plaintiffs' Second Amended Class
4  Action Complaint ("Jensen Declaration") pursuant to Local Rule 79.2 and the Protective Order
5  entered November 17, 2011.
6    The Court having reviewed the submissions, ORDERS, ADJUDGES AND DECREES that
7  Plaintiffs' application is GRANTED.  Exhibit C to the Jensen Declaration shall be filed under seal.
8    IT IS SO ORDERED.
9  DATED:  August 8, 2012    _____
                              THE HON. CATHY ANN BENCIVENGO
10                            UNITED STATES DISTRICT JUDGE