ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br><u>CLASS ACTION</u><br><br>JOINT MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION PURSUANT TO LOCAL RULE 7.1 |

764144_1

Pursuant to Local Rule 7.1, the parties, by and through their undersigned counsel, hereby jointly submit this motion for leave to exceed the 25-page limit for memoranda in support of or in opposition to a motion and 10-page limit for replies set forth in Local Rule 7.1(h) and seek permission from the Court to file:

(a) A 35-page memorandum in support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel ("Plaintiffs' Motion"); and

(b) A 35-page opposition memorandum thereto, but the parties agree that Defendants will have the opportunity to request more pages, if needed, after receiving/reviewing Plaintiffs' opening papers, subject to the Court's approval.

(c) A 15-page reply memorandum in support of Plaintiffs' Motion, but the parties agree that Plaintiffs will have the opportunity to request more pages, if needed, after receiving/reviewing Defendants' opposition, subject to the Court's approval.

The parties contend that good cause exists for the additional pages due to the complex nature of the motion; the importance of presenting the Court with a complete factual record and thoroughly briefed arguments; this case involves complex legal and factual issues, and the evidentiary record is voluminous.

DATED: September 20, 2012                    Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK


                                              s/ Rachel L. Jensen
                                             RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

|  |  |
|---|---|
|  | ZELDES & HAEGGQUIST, LLP |
|  | AMBER L. ECK |
|  | HELEN I. ZELDES |
|  | ALREEN HAEGGQUIST |
|  | AARON M. OLSEN |
|  | 625 Broadway, Suite 906 |
|  | San Diego, CA  92101 |
|  | Telephone:  619/342-8000 |
|  | 619/342-7878 (fax) |
|  | Attorneys for Plaintiffs and Proposed Class |

DATED:  September 20, 2012            YUNKER & SCHNEIDER
                                      DAVID K. SCHNEIDER


                                           s/ David K. Schneider
                                          DAVID K. SCHNEIDER

                                      655 West Broadway, Suite 1400
                                      San Diego, CA  92101
                                      Telephone:  619/233-5500
                                      619/233-5535 (fax)

                                      Attorney for Defendants

### ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated:  September 20, 2012               By:   s/ Rachel L. Jensen
                                               RACHEL L. JENSEN

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 20, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 20, 2012.

<span style="margin-left:3em"> s/ Rachel L. Jensen  
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN  
   & DOWD LLP  
655 West Broadway, Suite 1900  
San Diego, CA  92101-3301  
Telephone:  619/231-1058  
619/231-7423 (fax)

E-mail:rjensen@rgrdlaw.com</span>

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`