ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br><u>CLASS ACTION</u><br><br>JOINT MOTION FOR LEAVE TO ALLOW THE NON-ELECTRONIC FILING OF VIDEOS AS EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

763003_1

Pursuant to Section 2k, Exhibits, of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, the parties, by and through their undersigned counsel, respectfully move this Court for an order for leave allowing the non-electronic filing of videos as exhibits in support of Plaintiffs' motion for class certification.

Specifically, the parties request the Court for leave allowing Plaintiffs to non-electronically file the following:

1. TU 123460 – a video on a CD; and

2. TU-PLTF02441 – YouTube video found here: http://www.youtube.com/watch?v=465T6EDzoH0 on a CD.

Plaintiffs met and conferred with Defendants by email on September 20, 2012 regarding Plaintiffs' request. Defendants replied by email that they had no objection to filing these videos non-electronically.

DATED: September 20, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK


             s/ Rachel L. Jensen
            RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

| | |
|---|---|
| DATED:  September 20, 2012 | YUNKER & SCHNEIDER<br>DAVID K. SCHNEIDER<br><br>    s/ David K. Schneider    <br>DAVID K. SCHNEIDER<br><br>655 West Broadway, Suite 1400<br>San Diego, CA  92101<br>Telephone:  619/233-5500<br>619/233-5535 (fax)<br><br>Attorney for Defendants |

### ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated:  September 20, 2012                                     By:    s/ Rachel L. Jensen    
                                                                                RACHEL L. JENSEN

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 20, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 20, 2012.

       s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:rjensen@rgrdlaw.com

763003_1

3:10-cv-00940-CAB(WVG)

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)