1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, ) ) | No. 3:10-cv-00940-CAB(WVG) |
| ) | <u>CLASS ACTION</u> |
| Plaintiffs, ) ) | |
| vs. ) ) ) | ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION PURSUANT TO LOCAL |
| TRUMP UNIVERSITY, LLC, et al., ) ) | RULE 7.1 |
| Defendants. ) ) | [Doc. No. 117] |

764227_1

This cause has come before the Court upon the parties' Joint Motion for Leave to Exceed the Page Limitation Pursuant to Local Rule 7.1. The Court, having reviewed the submissions, ORDERS that the parties are granted leave to file:

    (a)    A 35-page memorandum in support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel ("Plaintiffs' Motion"); and

    (b)    A 35-page opposition memorandum thereto, but the parties agree that Defendants will have the opportunity to request more pages, if needed, after receiving/reviewing Plaintiffs' opening papers, subject to the Court's approval.

    (c)    A 15-page reply memorandum in support of Plaintiffs' Motion, but the parties agree that Plaintiffs will have the opportunity to request more pages, if needed, after receiving/reviewing Defendants' opposition, subject to the Court's approval.

IT IS SO ORDERED.

DATED: September 21, 2012

_____
THE HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE