1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, ) ) ) Plaintiffs, ) ) vs. ) ) TRUMP UNIVERSITY, LLC, et al., ) ) Defendants. ) ) | No. 3:10-cv-00940-CAB(WVG) <u>CLASS ACTION</u> ORDER GRANTING JOINT MOTION FOR LEAVE TO ALLOW THE NON-ELECTRONIC FILING OF VIDEOS AS EXHIBITS TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [Doc. No. 118] |

763011_1

1     IT IS HEREBY ORDERED, that the parties are granted leave to allow the non-electronic filing of videos as exhibits in support of Plaintiffs' motion for class certification.

Specifically, Plaintiffs are allowed to non-electronically file the following:

1. TU 123460 – a video on a CD; and
2. TU-PLTF02441 – YouTube video found here: http://www.youtube.com/watch?v=465T6EDzoH0 on a CD.

IT IS SO ORDERED.

DATED:  September 21, 2012

_____
THE HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE