David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535
Email:  dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 10 CV 0940 CAB (WVG)<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS' SECOND AMENDED COMPLAINT<br><br>DATE:   October 5, 2012<br>TIME:   1:30 p.m.<br>CTRM:   Ctrm 2, 4th floor |

   This week, plaintiffs agreed to dismiss the improperly named defendant Trump University CA LLC.  Plaintiffs named this latest entity without a factual or legal basis, and they finally agreed to dismiss the entity shortly before defendants were to file their opposition to plaintiffs' motion. [1]

---

[1]   Trump Unviersity CA LLC had absolutely nothing to do with the plaintiffs or this matter. Apparently, plaintiffs sued that entity because they erroneously assumed that "CA" in its name meant California.  On July 22, 2012, the former President of Trump University, Michael Sexton, confirmed in his deposition that Trump University CA LLC was involved only in the Canadian operations and "CA" meant Canada.  Yet, plaintiffs waited almost another month to request any related documents, which defendants provided immediately.  Finally, this week, plaintiffs notified defendants that they would dismiss the improperly named entity.

1  Consequently, defendants do not oppose the filing of the Third Amended Complaint.  Defendants
2  will address the deficiencies in the pleading, allegations and claims in subsequent motions.

3   Defendants do want to note that plaintiffs represented to the Court in their motion that they
4  "requested that defendants consent in writing to the filing of the Third Amended Complaint pursuant
5  to Rule 15(a)(2) to avoid burdening this Court with the instant motion.  However, at the time of
6  filing, defendants failed to do so."  Plaintiffs' representation to the Court is misleading, at best.

7   On July 18, 2012, plaintiffs requested that defendants consent to the filing of a Third
8  Amended Complaint.  <u>That same day</u>, defendants requested that plaintiffs provide a copy of the
9  proposed Third Amended Complaint so that defendants could review it to determine whether they
10 would consent.  Plaintiffs ignored the request for nine days.  On Friday afternoon, July 27 about 5:00
11 p.m., plaintiffs finally provided a draft of the Third Amended Complaint.  Plaintiffs provided a
12 different version after 5:00 p.m. on Monday, July 30, before plaintiffs filed their motion on July 31.

13  Had plaintiffs provided a copy of the proposed Third Amended Complaint when requested,
14 and not improperly named Trump University CA LLC as a defendant, defendants would have had an
15 opportunity to review the pleading prior to the filing of this motion and consent to its filing.

17                                              Respectfully submitted,

18 Dated:    September 21, 2012               YUNKER & SCHNEIDER

19                                              By:    s/ David K. Schneider
                                                Attorneys for Defendant and Counterclaimant
20                                              TRUMP UNIVERSITY, LLC and Defendant
                                                DONALD J. TRUMP
21                                              E-mail: dks@yslaw.com

                                            2                    Case No. 10 CV 0940 CAB (WVG)
DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS' SECOND
                                    AMENDED COMPLAINT

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012, I authorized the electronic filing of the foregoing and its accompanying Declaration and exhibits with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2012.

                                s/David K. Schneider
                                DAVID K. SCHNEIDER

                                YUNKER & SCHNEIDER
                                Email: dks@yslaw.com