ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES AND APPOINTMENT OF CLASS COUNSEL<br><br>JUDGE: Hon. Cathy Ann Bencivengo<br>DATE: February 12, 2013<br>TIME: 2:30 P.M.<br>CTRM: 2 – 4th Floor<br><br>Oral Argument Requested Subject to Court Approval |

764549_1

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that, on February 12, 2013 at 2:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 2, 4th floor of the above-entitled Court, located at 940 Front Street, San Diego, California, 92101, Plaintiffs John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed Oberkrom[1] ("Plaintiffs"), by and through their undersigned attorneys, will and hereby do, move this Court for an order granting their Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel.

This motion is based on this Notice; the accompanying Memorandum of Points and Authorities in support thereof; the Declaration of Amber L. Eck in support thereof and Exhibits 1-66 attached thereto; the Declaration of Rachel L. Jensen in support thereof and Exhibit 1 thereto; the Declarations of Plaintiffs John Brown, J.R. Everett, Tarla Makaeff, Sonny Low, and Ed Oberkrom (attached as Exhibits 3-7 to the Eck Declaration); the Declarations of former employees, Ron Schnackenberg, Jason Nicholas, Corinne Sommer, and Cheryl Donnelly in support thereof (attached as Exhibits 8-11 to the Eck Declaration); Appendix I and Exhibits 1-8 thereto; Plaintiffs' reply papers; and upon such other and further evidence and argument as may be presented to the Court at the time of the hearing.

DATED: September 24, 2012

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK

s/ Rachel L. Jensen
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

---

[1] John Brown, J.R. Everett, and Sonny Low are Proposed Plaintiffs in the Proposed Third Amended Complaint ("TAC"), which is the subject of Plaintiffs' pending Motion for Leave to Amend. Dkt. No. 112.

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 24, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 24, 2012.

    s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`