ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF AMBER L. ECK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE AND APPOINTMENT OF CLASS COUNSEL<br><br>JUDGE: Cathy Ann Bencivengo<br>DATE: February 12, 2013<br>TIME: 2:30 p.m.<br>CTRM: 2 – 4th Floor<br><br>Oral Argument Requested Subject to Court Approval |

764870_1

I, Amber L. Eck, declare as follows:

1.  I am an attorney with the law firm Zeldes & Haeggquist, LLP, one of Plaintiffs' counsel. I am duly licensed to practice before all state and federal courts in California. The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2.  Our firm and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") are ready, willing and able to devote the resources necessary to litigate this case vigorously and see it through to an optimal resolution.

3.  Plaintiffs' counsel extensively investigated this case before it was filed. Since its filing, Plaintiffs' counsel have prepared three amended complaints, successfully opposed Defendants' multiple motions to dismiss, communicated with nearly two hundred class members, prepared for and attended the Early Neutral Evaluation Conference before Judge Gallo, and prepared a Joint Discovery Plan.

4.  Since discovery commenced on October 7, 2011, Plaintiffs' counsel have engaged in substantial and time-intensive discovery efforts as detailed in Plaintiffs' declaration filed as Docket No. 106-1. Plaintiffs' counsel have served several sets of discovery on defendants, prepared for and defended plaintiffs' depositions (two of which were multiple days), and taken the depositions of Trump University Chairman Donald Trump, President Michael Sexton and COO David Highbloom. Plaintiffs' counsel have also spent substantial time reviewing and analyzing the documents produced by defendants and third parties in this case, and meeting and conferring with defendants over additional documents that have been requested, but not yet produced, as well as conferring about other discovery disputes. Plaintiffs have filed several motions to compel with Judge Gallo, as have Defendants. Plaintiffs' counsel have also spent a substantial amount of time preparing responses to defendants' numerous document requests, interrogatories and requests for admission and have reviewed and produced thousands of pages of documents on behalf of plaintiffs. Finally, Plaintiffs' counsel have attempted to subpoena several former instructors and mentors for deposition, but to date, they have been evading service.

5.   I am not aware of any earlier-filed individual suits by or against Class members about Defendants' misrepresentations other than the case before the Court.

6.   I have been contacted by and communicated with 184 class members who have expressed interest in this lawsuit. We and Robbins Geller currently represent approximately 74 of these Class members.

7.   Plaintiffs are still obtaining relevant documents from Defendants and third parties. Plaintiffs believe Defendants have in their possession, custody or control numerous additional relevant documents which have been requested, but not yet produced. Plaintiffs are "meeting and conferring" with defense counsel regarding the production of these documents.

8.   Plaintiffs have attempted to subpoena several former employees, instructors and mentors for deposition and/or to produce documents, but have not been unsuccessful, as they have been evading service.

9.   Attached hereto are true and correct copies of the following exhibits:

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 01: | TU 123460: video on a CD (*see* Dkt. No. 120, Order Granting Joint Motion for Leave to Allow Non-Electronic Filing of Videos as Exhibits to Plaintiffs' Motion for Class Certification); | 1-2 |
| Exhibit 02: | TU-PLTF02441: video on a CD (*see* Dkt. No. 120, Order Granting Joint Motion for Leave to Allow Non-Electronic Filing of Videos as Exhibits to Plaintiffs' Motion for Class Certification); | 3-4 |
| Exhibit 03: | Declaration of John Brown in Support of Plaintiffs' Motion for Class Certification, dated September 17, 2012; | 5-9 |
| Exhibit 04: | Declaration of J.R. Everett in Support of Plaintiffs' Motion for Class Certification, dated September 18, 2012; | 10-14 |
| Exhibit 05: | Declaration of Sonny Low in Support of Plaintiffs' Motion for Class Certification, dated September 17, 2012; | 15-19 |
| Exhibit 06: | Declaration of Tarla Makaeff in Support of Plaintiffs' Motion for Class Certification, dated September 18, 2012; | 20-24 |
| Exhibit 07: | Declaration of Ed Oberkrom in Support of Plaintiffs' Motion for Class Certification, dated September 19, 2012; | 25-29 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 08: | Declaration of Cheryl Donnelly in Support of Plaintiffs' Motion for Class Certification, dated September 19, 2012 **(Sealed)**; | 29.1-31 |
| Exhibit 09: | Declaration of Jason Nicholas in Support of Plaintiffs' Motion for Class Certification, dated September 20, 2012 **(Sealed)**; | 32-38 |
| Exhibit 10: | Declaration of Donald Schnackenberg in Support of Plaintiffs' Motion for Class Certification, dated September 16, 2012 **(Sealed)**; | 39-43 |
| Exhibit 11: | Declaration of Corinne Sommer in Support of Plaintiffs' Motion for Class Certification, dated September 19, 2012 **(Sealed)**; | 44-49 |
| Exhibit 12: | TU 52934-53105: Exhibit 8 to the Deposition of Michael Sexton, taken August 23, 2012 **(Sealed)**; | 50-222 |
| Exhibit 13: | BBB NY 00486-545; | 223-283 |
| Exhibit 14: | Relevant excerpts from the videotaped deposition of Michael Sexton, Vol. II, taken August 23, 2012 ("Sexton Dep. II") **(Sealed)**; | 284-303 |
| Exhibit 15: | TU-BROWN00376-80; | 304-309 |
| Exhibit 16: | BLOOM 0513-42 **(Sealed)**; | 310-340 |
| Exhibit 17: | Relevant excerpts from the videotaped deposition of Michael Sexton, Vol. I, taken August 22, 2012 ("Sexton Dep. I") **(Sealed)**; | 341-370 |
| Exhibit 18: | TU 01581-1602, Exhibit 7 to Sexton Dep. I **(Sealed)**; | 371-393 |
| Exhibit 19: | Relevant excerpts from the deposition videotaped of David Highbloom, taken August 24, 2012 **(Sealed)**; | 394-416 |
| Exhibit 20: | TU 96908-09; | 417-419 |
| Exhibit 21: | TU 108275-76 **(Sealed)**; | 420-422 |
| Exhibit 22: | TU-PLTF00259-99, Exhibit 9 to Sexton Dep. II; | 423-464 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 23: | TU 97129-59 **(Sealed)**; | 465-496 |
| Exhibit 24: | TU 48769-776 **(Sealed)**; | 497-505 |
| Exhibit 25: | **[intentionally omitted]**; | 506 |
| Exhibit 26: | TU 48853-66 **(Sealed)**; | 507-521 |
| Exhibit 27: | TU 48946-68 **(Sealed)**; | 522-545 |
| Exhibit 28: | Relevant excerpts from the videotaped deposition of Donald J. Trump, Sr., taken September 12, 2012; | 546-570 |
| Exhibit 29: | TU 62079-82; | 571-575 |
| Exhibit 30: | Relevant excerpts from the videotaped deposition of Edward C. Oberkrom, Jr., taken April 11, 2012; | 576-580 |
| Exhibit 31: | TU-MAKAEFF0308; | 581-582 |
| Exhibit 32: | TU 25265-66; | 583-585 |
| Exhibit 33: | Plaintiffs' Corrected Supplemental Responses to Defendant Trump University, LLC's First Set of Interrogatories and Exhibits A-D there to, dated April 11, 2012 **(Sealed)**; | 586-664 |
| Exhibit 34: | TU-PLTF00136-43; | 665-673 |
| Exhibit 35: | TU-MAKAEFF3686-87; | 674-676 |
| Exhibit 36: | TU 69434; | 677-678 |
| Exhibit 37: | TU 62091-100; | 679-689 |
| Exhibit 38: | TU 62065-69; | 690-695 |
| Exhibit 39: | Plaintiffs' Supplemental Responses to Defendant Donald J. Trump's First Set of Interrogatories to Plaintiffs, dated | 696-736 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| | March 20, 2012; | |
| Exhibit 40: | TU 59110-67 **(Sealed)**; | 737-795 |
| Exhibit 41: | TU 58967-9109 **(Sealed)**; | 796-939 |
| Exhibit 42: | TU 62063; | 940-941 |
| Exhibit 43: | TU 62064; | 942-943 |
| Exhibit 44: | **[intentionally omitted]**; | 944 |
| Exhibit 45: | TU 60666-67 (excerpts from document TU 60666-767) **(Sealed)**; | 945-947 |
| Exhibit 46: | TU 69463 | 948-949 |
| Exhibit 47: | TU 59168-256 **(Sealed)**; | 950-1039 |
| Exhibit 48: | Supplemental Response of Donald J. Trump to Second Set of Interrogatories by Plaintiffs, dated July 6, 2012; | 1040-1047 |
| Exhibit 49: | TU-PLTF00319-28; | 1048-1058 |
| Exhibit 50: | TU-PLTF00001-03; | 1059-1062 |
| Exhibit 51: | TU 61503-16, Exhibit 14 to Sexton Dep. II **(Sealed)**; | 1063-1077 |
| Exhibit 52: | TU 61745-50, Exhibit 13 to Sexton Dep. II **(Sealed)**; | 1078-1084 |
| Exhibit 53: | TU 61751-52, Exhibit 12 to Sexton Dep. II **(Sealed)**; | 1085-1087 |
| Exhibit 54: | TU 97041-64 **(Sealed)**; | 1088-1112 |
| Exhibit 55: | TU 96089-124 **(Sealed)**; | 1113-1149 |
| Exhibit 56: | TU 48777-84 **(Sealed)**; | 1150- |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| | | 1158 |
| Exhibit 57: | TU-MAKAEFF0298; | 1159-1160 |
| Exhibit 58: | TU-MAKAEFF0311; | 1161-1162 |
| Exhibit 59: | TU 129455-70 **(Sealed)**; | 1163-1179 |
| Exhibit 60: | TU-PTLF00710-14; | 1180-1185 |
| Exhibit 61: | TU-MAKAEFF0304; | 1186-1187 |
| Exhibit 62: | TU 102318-400 **(Sealed)**; | 1188-1271 |
| Exhibit 63: | TU 52135 **(Sealed)**; | 1272-1273 |
| Exhibit 64: | TU-PLTF00364-67; | 1274-1278 |
| Exhibit 65: | TX FL 00488-93; and | 1279-1285 |
| Exhibit 66: | Zeldes & Haeggquist, LLP firm resume. | 1286-1293 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of September, 2012, at San Diego, California.

*/s/ Amber L. Eck*
AMBER L. ECK

CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 24, 2012.

s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)