# EXHIBIT 1

Exhibit 1
-1-

TU 123460: video on a CD (*see* Dkt. No. 120, Order Granting Joint Motion for Leave to Allow Non-Electronic Filing of Videos as Exhibits to Plaintiffs' Motion for Class Certification)

Exhibit 1

Exhibit 1
-2-

# EXHIBIT 2

Exhibit 2
-3-

TU –PLTF02441: video on a CD (*see* Dkt. No. 120, Order Granting Joint Motion for Leave to Allow Non-Electronic Filing of Videos as Exhibits to Plaintiffs' Motion for Class Certification)

Exhibit 2

Exhibit 2
-4-

# EXHIBIT 3

Exhibit 3
-5-

1    ZELDES & HAEGGQUIST, LLP
     AMBER L. ECK (177882)
2    ambere@zhlaw.com
     HELEN I. ZELDES (220051)
3    helenz@zhlaw.com
     ALREEN HAEGGQUIST (221858)
4    alreenh@zhlaw.com
     AARON M. OLSEN (259923)
5    aarono@zhlaw.com
     625 Broadway, Suite 906
6    San Diego, CA  92101
     Telephone:  619/342-8000
7    619/342-7878 (fax)

8    ROBBINS GELLER RUDMAN
        & DOWD LLP
9    RACHEL L. JENSEN (211456)
     rjensen@rgrdlaw.com
10   THOMAS R. MERRICK (177987)
     tmerrick@rgrdlaw.com
11   655 West Broadway, Suite 1900
     San Diego, CA  92101
12   Telephone:  619/231-1058
     619/231-7423 (fax)

13
     Attorneys for Plaintiffs and Proposed Class
14
                      UNITED STATES DISTRICT COURT
15
                    SOUTHERN DISTRICT OF CALIFORNIA
16

17   TARLA MAKAEFF, et al., on Behalf of    )   No. 3:10-cv-00940-CAB(WVG)
     Themselves and All Others Similarly Situated, )
18                                          )   CLASS ACTION
                        Plaintiffs,         )
19                                          )   DECLARATION OF JOHN BROWN IN
           vs.                              )   SUPPORT OF PLAINTIFFS' MOTION FOR
20                                          )   CLASS CERTIFICATION
     TRUMP UNIVERSITY, LLC, et al.,         )
21                                          )   JUDGE:   Hon. Cathy Ann Bencivengo
                        Defendants.         )   DATE:    February 12, 2013
22   _____)  TIME:    2:30pm
                                                CTRM:    2, 4th Floor
23

24

25

26

27

28

Exhibit 3
-6-

760408_1

I, John Brown, hereby declare as follows:

1.      I am a proposed plaintiff in the action entitled *Makaeff v. Trump University, LLC*, No. 3:10-cv-0940, filed in the U.S. District Court for the Southern District of California. I am a 61-year old resident of New York, New York. If called to testify, I could and would competently testify thereto to all facts within my personal knowledge.

2.      I took a free introductory Trump University seminar in New York, New York on or about September 14, 2009, entitled "Profit From Real Estate Investing." I learned about the seminar from a "Trump University" advertisement I saw that drew my attention because it featured Donald Trump's name and image. I thought that because it was Donald Trump's name, image and representations, that the course would not be a scam, but a legitimate opportunity to learn how to make money investing in real estate from one of the world's most successful and famous real estate investing experts. Instead, appears that the seminar's purpose was largely to upsell me on the next more expensive course.

3.      Based on representations made in the free seminar, on September 14, 2009, I paid for and attended the $1,500 3-day seminar on or about September 25-27, 2009, at the New York Marriott East Side. The material covered in the 3-day seminar was general, and much of it seemed to be an "upsell" to get us to sign up for the Trump "Elite" program. I was told that, in order to succeed in real estate, I needed to have a Trump <u>mentor</u> and I was promised that, by purchasing the Trump "Elite" program, I would receive my own Trump handpicked expert mentor who would work "side-by-side" with me and teach me how to invest in real estate, including locating properties, negotiating with sellers and buyers, walking through properties, running the numbers, writing offers, and actually structuring the deal. The mentor was to create a customized investment plan that was based on my neighborhood or town, my financial goals, and my level of comfort.

4.      As part of the three-day "educational" program I attended, the supposed "experts" that were "hand-picked by Donald Trump" told us to increase our lines of credit; however, I believe they did so, not so we could invest in our first real estate purchases, but so we could buy Trump's "Elite" program. We were told we needed this "Elite" mentorship from Trump to be successful. The representatives urged us to call our credit card companies on a break during the 3-day program.

Exhibit 3
-7-

They also said that we would make the money back quickly. I was concerned about putting the cost of the program on my credit card, but Trump University representatives persuaded me to go ahead and assured me I would get a full-year of one-on-one mentoring in real estate investing.

5.      Like many others, I maxed out two credit cards to pay for a $25,000 Trump Elite program on or about September 26, 2009. Yet, contrary to the assurances of Trump University representatives, I did not receive what I was promised. My mentor did not seem to be knowledgeable in the techniques we were to learn and relayed minimal information then shifted the burden to me by asking if I had questions.

6.      On or about December 17, 2009, I called Trump University to complain, stating that I did not receive what I had paid for and that my mentor did not appear to have time for me because of all of the other students he was mentoring. I did not get a refund.

7.      I did not give high marks to my mentor on the evaluation form. Due to this, a Trump University representative (either Diego Guevera or Jason Schauer ) called me three times, asking me to raise my ratings of my mentor after-the-fact because I had indicated I was not satisfied with the mentorship. I refused the first two times. Then, tired of the continuing phone calls, I finally gave in and agreed that Trump University could change my ratings to all "5's." I complained of this in a letter to Trump University dated June 11, 2011, again demanding a refund.

8.      Trump University and Donald Trump made the following misrepresentations and/or material omissions to me and other class members, amongst others:

(a)      I would be learning Donald Trump's "secrets" to real estate success;

(b)      Trump University is a legitimate academic institution;

(c)      I would be provided with unlimited one year of expert support and mentoring;

(d)      Trump University's "professors" and mentors were world-class real estate experts teaching Mr. Trump's real estate secrets; and

(e)      Mr. Trump personally hand-picked the so-called world-class real estate expert "professors" and mentors.

9.      Had I known the true nature of Trump University, its courses, and its instructors and mentors, I would not have purchased the seminars and mentorship.

Exhibit 3
-8-

10.     I am a proposed class representative in this lawsuit. As a class representative, I understand I am representing a class of other persons who purchased seminars or mentorships from Trump University. I understand that I must consider the interests of other class members in pursuing my claims.

11.     As part of my duties as a class representative, I reviewed the proposed Third Amended Class Action Complaint to ensure the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys. I understand that, from time to time, I need to confer with my attorneys and perform tasks upon their request.   In a few weeks, I am traveling to San Diego to prepare and appear for a deposition in this action.  I also understand that I may need to assist in the preparation of discovery responses and may need to produce further documents and materials if my attorneys request it.  I also understand that I may be called to testify at trial in this case.  I am willing and able to fulfill all of my duties as a class representative.

12.     If this case were not certified as a class action, it would not be feasible for me to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue here.

13.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17 day of September, at New York, New York.

_____
JOHN BROWN

Exhibit 3
-9-

# EXHIBIT 4

Exhibit 4
-10-

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TRUMP UNIVERSITY, LLC, et al., <br><br> Defendants. | No. 3:10-cv-00940-CAB(WVG) <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF J.R. EVERETT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION <br><br> JUDGE:   Hon. Cathy Ann Bencivengo <br> DATE:    February 12, 2013 <br> TIME:    2:30pm <br> CTRM:    2, 4th Floor |

Exhibit 4
-11-

760406_1

1    I, J.R. Everett, hereby declare as follows:

2    1.    I am a proposed plaintiff in the action entitled *Makaeff v. Trump University, LLC*, No.
3    3:10-cv-0940, filed in the U.S. District Court for the Southern District of California. I am a resident
4    of Tampa, Florida. If called to testify, I could and would competently testify thereto to all facts
5    within my personal knowledge.

6    2.    I took the free introductory Trump University seminar in Tampa, Florida on or about
7    October 7, 2009. Based on the Trump name and representations made in the free seminar, I paid for
8    the $1,500 seminar on October 7, 2012, and I attended the seminar in Tampa, Florida on or about
9    October 16-18, 2009. The primary speaker was Gerald Martin. The session provided general
10   information and seemed primarily to be an "up-sell" to the next level–the Elite program. To get
11   students to pay tens of thousands of dollars for the Elite program, the speaker used hard-sell
12   techniques, including telling students we would make our money back quickly.

13   3.    Based on representations made in the $1,500 seminar, I paid $35,000 for the Trump
14   Elite program on or about October 16, 2009. Defendants promised me that the Trump Elite Program
15   would deliver an ongoing year of expert mentorship with a Trump mentor who would work "side-
16   by-side" with me to create a customized investment plan that is based on my neighborhood or town,
17   my financial goals, and my level of comfort. Defendants also promised that this Trump handpicked
18   mentor would teach and show students step-by-step how to invest in real estate, including locating
19   properties, negotiating with sellers and buyers, walking through properties to assess their potential,
20   running the numbers, writing offers, and actually structuring the deal.

21   4.    Trump University assigned to me as a mentor Chris Lombardo, who did not seem to
22   be knowledgeable about the techniques we were to learn. Trump University then assigned Mike
23   Biglane as my mentor who also did not seem knowledgeable in the techniques as was promised.

24   5.    I requested a refund from Trump University due to the misrepresentations, but a
25   representative (Jack Mahoney) persuaded me to try a third mentor instead. I finally agreed and
26   talked to the new "mentor" Troy Peterson by phone but he had no practical techniques to offer as
27   was promised by Trump University. As such, I sought a refund but have not received one.

28

Exhibit 4
-12-
760406_1              - 1 -              3:10-cv-00940-CAB(WVG)

6.    As part of the Trump Elite program, I was also to receive some workshops that were to be located nearby. However, the only program that was nearby to my area was the "Quick Start Workshop" which I took on December 4-6, 2009. Chris Goff was the speaker and he presented his own products and real estate experience, not Trump's real estate investing techniques.

7.    Trump University and Donald Trump made the following misrepresentations and/or material omissions to me and other class members, amongst others:

(a)    I would be learning Donald Trump's "secrets" to real estate success;

(b)    Trump University is a legitimate academic institution;

(c)    I would be provided with unlimited one year of expert support and mentoring;

(d)    Trump University's "professors" and mentors were world-class real estate experts teaching Mr. Trump's real estate secrets; and

(e)    Mr. Trump personally hand-picked the so-called world-class real estate expert "professors" and mentors.

8.    Had I known the true nature of Trump University, its courses, and its instructors and mentors, I would not have purchased the seminars and mentorship.

9.    I have been a licensed real estate agent since 1987 and a licensed real estate broker since 1996. I was never offered nor obtained any continuing education credits for any seminar or mentorship program at Trump University.

10.    I am a proposed class representative in this lawsuit. As a class representative, I understand I am representing other people who purchased seminars or mentorships from Trump University. I understand that I must consider the interests of other class members in pursuing my claims.

11.    As part of my duties as a class representative, I reviewed the proposed Third Amended Class Action Complaint to ensure the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys. I understand that, from time to time, I need to confer with my attorneys and perform tasks upon their request. In a few weeks, I am traveling to San Diego to prepare and appear for a deposition in this action. I also understand that I may need to assist in the preparation of discovery responses and may need to

Exhibit 4
-13-
760406_1
- 2 -
3:10-cv-00940-CAB(WVG)

1 produce further documents and materials if my attorneys request it. I also understand that I may be

2 called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class

3 representative.

4     12.    If this case were not certified as a class action, it would not be feasible for me to pay

5 an attorney to bring an individual lawsuit on my behalf for the legal claims at issue here.

6     13.    I declare under penalty of perjury under the laws of the United States of America that

7 the foregoing is true and correct.

8     Executed this 18 day of September, at Tampa, Florida.

11                                   J.R. EVERETT

# EXHIBIT 5

Exhibit 5
-15-

1 | ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
2 | ambere@zhlaw.com
HELEN I. ZELDES (220051)
3 | helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
4 | alreenh@zhlaw.com
AARON M. OLSEN (259923)
5 | aarono@zhlaw.com
625 Broadway, Suite 906
6 | San Diego, CA  92101
Telephone:  619/342-8000
7 | 619/342-7878 (fax)

8 | ROBBINS GELLER RUDMAN
   & DOWD LLP
9 | RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
10 | THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
11 | 655 West Broadway, Suite 1900
San Diego, CA  92101
12 | Telephone:  619/231-1058
619/231-7423 (fax)

13 |

Attorneys for Plaintiffs and Proposed Class

14 |

UNITED STATES DISTRICT COURT

15 |

SOUTHERN DISTRICT OF CALIFORNIA

16 |

| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | ) | No. 3:10-cv-00940-CAB(WVG) |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | CLASS ACTION |
| | ) | |
| vs. | ) | DECLARATION OF SONNY LOW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| | ) | |
| TRUMP UNIVERSITY, LLC, et al., | ) | |
| | ) | JUDGE:   Hon. Cathy Ann Bencivengo |
| Defendants. | ) | DATE:    February 12, 2013 |
| | ) | TIME:    2:30pm |
| | | CTRM:    2, 4th Floor |

Exhibit 5
-16-

760404_1

1    I, Sonny Low, hereby declare as follows:

2    1.      I am a proposed plaintiff in the action entitled *Makaeff v. Trump University, LLC*,

3    No. 3:10-cv-0940, filed in the U.S. District Court for the Southern District of California. I am a

4    70-year-old senior citizen who resides in Chula Vista, California. If called to testify, I could and

5    would competently testify thereto to all facts within my personal knowledge.

6    2.      In 2005, I retired as a U.S. Foreign Service Officer who served for 34 years.

7    3.      I took a free introductory Trump University seminar at the Westin Gaslamp

8    Quarter Hotel in San Diego, California, on or about November 18, 2009, based on an

9    advertisement I saw in the newspaper.

10    4.      Based on the Trump name and representations in the free seminar, I paid for and

11    attended the $1,495 seminar on or about December 6, 2009. The speaker was Steve Goff. I was

12    told that, in order to succeed in real estate, I needed to have a Trump mentor. Trump University

13    promised me that by purchasing the Trump Elite program for $25,000, I would receive my own

14    Trump handpicked expert mentor who would work "side-by-side" with me to create a

15    customized investment plan that is based on my neighborhood or town, my financial goals, and

16    my level of comfort. I was also told that we would make the money back quickly.

17    5.      During the $1,500 seminar, Mr. Goff asked me and other class members to raise

18    our credit card limits so that we would be ready to invest in real estate, but then asked Low and

19    the other students to use their credit cards, not to purchase property, but to "invest" in the next

20    level of Trump seminars – the Elite program.

21    6.      I paid $25,000 for the Trump Elite program on or about December 6, 2009. My

22    "mentor," Geoff Nowlin, was not knowledgeable or experienced in real estate investing, did not

23    help me create a customized investment plan or work "side-by-side" with me to successfully

24    invest in real estate.

25    7.      Despite my requests, Trump University has refused to refund $17,500 charged to

26    my American Express card, plus the finance charges, interest fees, and late fees I have to pay my

27    credit card company.

28

760404_1                                    - 1 -

Exhibit 5
-17-
3:10-cv-00940-CAB(WVG)

8. Trump University and Donald Trump made the following misrepresentations and/or material omissions to me and other class members, amongst others:

(a) I would be learning Donald Trump's "secrets" to real estate success;

(b) Trump University is a legitimate academic institution;

(c) I would be provided with unlimited one year of expert support and mentoring;

(d) Trump University's "professors" and mentors were world-class real estate experts teaching Mr. Trump's real estate secrets; and

(e) Mr. Trump personally hand-picked the so-called world-class real estate expert "professors" and mentors.

9. Had I known the true nature of Trump University, its courses, and its instructors and mentors, I would not have purchased the seminars and mentorship.

10. I am a proposed class representative in this lawsuit. As a class representative, I understand I am representing a class of other persons who purchased seminars or mentorships from Trump University. I understand that I must consider the interests of other class members in pursuing my claims.

11. As part of my duties as a class representative, I reviewed the proposed Third Amended Class Action Complaint to ensure the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys. I understand that, from time to time, I need to confer with my attorneys and perform tasks upon their request. In a few weeks, I will prepare and appear for a deposition in this action. I also understand that I may need to assist in the preparation of discovery responses and may need to produce further documents and materials if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class representative.

12. If this case were not certified as a class action, it would not be feasible for me to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue here. In

- 2 -

Exhibit 5
-18-
3:10-cv-00940-CAB(WVG)

1  fact, I retained an attorney previously before retaining my current attorneys.  However, that

2  attorney was unable to pursue my legal claims because it was economically not feasible.

3      13.  I declare under penalty of perjury under the laws of the United States of America

4  that the foregoing is true and correct.

5      Executed this 17th day of September, at Chula Vista, California.

6

7                                    Sonny Low

8                                    SONNY LOW

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 5

760404_1        - 3 -      3:10-cv-00940-CAB(WVG)

-19-

# EXHIBIT 6

Exhibit 6
-20-

1  ZELDES & HAEGGQUIST, LLP
   AMBER L. ECK (177882)
2  ambere@zhlaw.com
   HELEN I. ZELDES (220051)
3  helenz@zhlaw.com
   ALREEN HAEGGQUIST (221858)
4  alreenh@zhlaw.com
   AARON M. OLSEN (259923)
5  aarono@zhlaw.com
   625 Broadway, Suite 906
6  San Diego, CA  92101
   Telephone:  619/342-8000
7  619/342-7878 (fax)

8  ROBBINS GELLER RUDMAN
      & DOWD LLP
9  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
10 THOMAS R. MERRICK (177987)
   tmerrick@rgrdlaw.com
11 655 West Broadway, Suite 1900
   San Diego, CA  92101
12 Telephone:  619/231-1058
   619/231-7423 (fax)

13
   Attorneys for Plaintiffs and Proposed Class
14
                    UNITED STATES DISTRICT COURT
15
                 SOUTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | No. 3:10-cv-00940-CAB(WVG) |
| Plaintiffs, | CLASS ACTION |
| vs. | DECLARATION OF TARLA MAKAEFF IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| TRUMP UNIVERSITY, LLC, et al., | JUDGE:   Hon. Cathy Ann Bencivengo |
| Defendants. | DATE:   February 12, 2013<br>TIME:   2:30pm<br>CTRM:   2, 4th Floor |

Exhibit 6
-21-

760397_1

I, Tarla Makaeff, hereby declare as follows:

1.      I am a plaintiff in the action entitled *Makaeff v. Trump University, LLC*, No. 3:10-cv-0940, filed in the U.S. District Court for the Southern District of California.  I am a resident of Los Angeles, California.  If called to testify, I could and would competently testify thereto to all facts within my personal knowledge.

2.      In early August 2008, I was introduced to Trump University through a friend who attended the free introductory seminar and invited me to attend the three-day Trump University "Fast Track to Foreclosure Training" workshop for approximately $1,495.  I was drawn to attend by the "Trump University" name and thought I would learn Donald Trump's real estate secrets at a legitimate academic institution.

3.      During the three-day workshop, the attendees, including myself, were told to raise their credit card limits so they could enter into "real estate transactions."  However, at the end of the session, Trump University told me and the other seminar attendees to use that credit to purchase an additional Trump Gold seminar for $34,995.  I was told that, in order to succeed in real estate, I needed to have a Trump <u>mentor</u> and I was promised that, by purchasing the Trump "Elite" program, I would receive my own Trump handpicked expert mentor who would work "side-by-side" with me and teach me how to invest in real estate, including locating properties, negotiating with sellers and buyers, walking through properties, running the numbers, writing offers, and actually structuring the deal.  The mentor was to create a customized investment plan that was based on my neighborhood or town, my financial goals, and my level of comfort.

4.      Based on Trump University's numerous misrepresentations, on or about August 10, 2008, I enrolled in Trump University's "Trump Gold Elite" Program for $34,995, plus the variable APR finances charges, interest fees, and late fees I have to pay my credit card company.  I ultimately spent nearly $60,000 on Trump University seminars, and/or seminars related to or endorsed by Trump University, over the course of one year.  Despite my requests, Trump University refuses to refund any of my money.

5.      Trump University and Donald Trump made the following misrepresentations and/or material omissions to me and other class members, amongst others:

1        (a)      I would be learning Donald Trump's "secrets" to real estate success;

2        (b)      Trump University is a legitimate academic institution;

3        (c)      I would be provided with unlimited one year of expert support and mentoring;

4        (d)      Trump University's "professors" and mentors were world-class real estate experts teaching Mr. Trump's real estate secrets; and

6        (e)      Mr. Trump personally hand-picked the so-called world-class real estate expert "professors" and mentors.

8        6.      Had I known the true nature of Trump University, its courses, and its instructors and mentors, I would not have purchased the seminars and mentorship.

10        7.      I am a proposed class representative in this lawsuit. As a class representative, I understand I am representing a class of other persons who purchased seminars or mentorships from Trump University. I understand that I must consider the interests of other class members in pursuing my claims.

14        8.      As part of my duties as a class representative, I reviewed the proposed Third Amended Class Action Complaint to ensure the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys. I understand that, from time to time, I need to confer with my attorneys and perform tasks upon their request. I traveled to, and appeared, for the Early Neutral Evaluation hearing in this case. I also traveled to, and appeared for, a deposition in this action that spanned two and a half days. I also understand that I may need to assist in the preparation of discovery responses and may need to produce further documents and materials if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class representative.

9.     If this case were not certified as a class action, it would not be feasible for me to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue here.

10.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of September, at Los Angeles, California.

TARLA MAKAEFF

Exhibit 6
-24-
760397_1                                        - 3 -                    3:10-cv-00940-CAB(WVG)

# EXHIBIT 7

Exhibit 7
-25-

1   ZELDES & HAEGGQUIST, LLP
    AMBER L. ECK (177882)
2   ambere@zhlaw.com
    HELEN I. ZELDES (220051)
3   helenz@zhlaw.com
    ALREEN HAEGGQUIST (221858)
4   alreenh@zhlaw.com
    AARON M. OLSEN (259923)
5   aarono@zhlaw.com
    625 Broadway, Suite 906
6   San Diego, CA 92101
    Telephone: 619/342-8000
7   619/342-7878 (fax)

8   ROBBINS GELLER RUDMAN
      & DOWD LLP
9   RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
10  THOMAS R. MERRICK (177987)
    tmerrick@rgrdlaw.com
11  655 West Broadway, Suite 1900
    San Diego, CA 92101
12  Telephone: 619/231-1058
    619/231-7423 (fax)
13
    Attorneys for Plaintiffs and Proposed Class
14
                    UNITED STATES DISTRICT COURT
15
                 SOUTHERN DISTRICT OF CALIFORNIA
16
    TARLA MAKAEFF, et al., on Behalf of      )   No. 3:10-cv-00940-CAB(WVG)
17  Themselves and All Others Similarly Situated, )
                                              )   CLASS ACTION
18                             Plaintiffs,    )
                                              )   DECLARATION OF ED OBERKROM IN
19         vs.                                )   SUPPORT OF PLAINTIFFS' MOTION FOR
                                              )   CLASS CERTIFICATION
20  TRUMP UNIVERSITY, LLC, et al.,            )
                                              )   JUDGE:   Hon. Cathy Ann Bencivengo
21                             Defendants.    )   DATE:    February 12, 2013
                                              )   TIME:    2:30pm
22  _____ )   CTRM:    2, 4th Floor

23

24

25

26

27

28

Exhibit 7
-26-

760402_1

I, Ed Oberkrom, hereby declare as follows:

1.     I am a plaintiff in the action entitled *Makaeff v. Trump University, LLC*, No. 3:10-cv-0940, filed in the U.S. District Court for the Southern District of California.  I am a 65-year-old senior citizen who resides in St. Louis, Missouri.  If called to testify, I could and would competently testify thereto to all facts within my personal knowledge.

2.     During the class period, in February 2009, I was lured by Trump University's advertising into attending a "free" introductory Trump University seminar.  Based on the representations in the free seminar, I purchased a 3-day Trump University seminar for two for approximately $1,495.

3.     During the 3-day workshop, myself and the other consumer attendees were told to raise our credit card limits so that we could enter into "real estate transactions."  However, at the end of the session, Trump University told me and the other seminar attendees to use that credit to purchase the Trump "Elite" program.  I was told that, in order to succeed in real estate, I needed to have a Trump <u>mentor</u> and I was promised that, by purchasing the Trump "Elite" program, I would receive my own Trump handpicked expert mentor who would work "side-by-side" with me and teach me how to invest in real estate, including locating properties, negotiating with sellers and buyers, walking through properties, running the numbers, writing offers, and actually structuring the deal.  The mentor was to create a customized investment plan that was based on my neighborhood or town, my financial goals, and my level of comfort.

4.     Based on Trump University's numerous misrepresentations, in March 2009, I enrolled in Trump University's Elite seminar for two for about $25,000, plus the variable APR finances charges, interest fees, and late fees I have to pay my credit card company.  After I signed up, I quickly realized that the "mentorship" would not provide helpful information as my assigned mentor did not seem to be knowledgeable about the techniques we were to learn.  Despite my requests, Trump University refuses to refund any of my money.

5.     Trump University and Donald Trump made the following misrepresentations and/or material omissions to me and other class members, amongst others:

(a)     I would be learning Donald Trump's "secrets" to real estate success;

Exhibit 7
-27-
- 1 -                    3:10-cv-00940-CAB(WVG)

1          (b)    Trump University is a legitimate academic institution;

2          (c)    I would be provided with unlimited one year of expert support and mentoring;

3          (d)    Trump University's "professors" and mentors were world-class real estate

4  experts teaching Mr. Trump's real estate secrets; and

5          (e)    Mr. Trump personally hand-picked the so-called world-class real estate expert

6  "professors" and mentors.

7      6.     Had I known the true nature of Trump University, its courses, and its instructors and

8  mentors, I would not have purchased the seminars and mentorship.

9      7.     I am a proposed class representative in this lawsuit. As a class representative, I

10  understand I am representing a class of other persons who purchased seminars or mentorships from

11  Trump University. I understand that I must consider the interests of other class members in pursuing

12  my claims.

13      8.     As part of my duties as a class representative, I reviewed the proposed Third

14  Amended Class Action Complaint to ensure the accuracy of the facts as they related to me. I also

15  searched for and provided documents and other information to my attorneys. I understand that, from

16  time to time, I need to confer with my attorneys and perform tasks upon their request. I traveled to,

17  and appeared, for the Early Neutral Evaluation hearing in this case. I also traveled to, and appeared

18  for, a deposition in this action that spanned one full day. I also understand that I may need to assist

19  in the preparation of discovery responses and may need to produce further documents and materials

20  if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am

21  willing and able to fulfill all of my duties as a class representative.

22      9.     If this case were not certified as a class action, it would not be feasible for me to pay

23  an attorney to bring an individual lawsuit on my behalf for the legal claims at issue here.

24     10.    I declare under penalty of perjury under the laws of the United States of America that

25  the foregoing is true and correct.

26      Executed this _ day of September, at St. Louis, Missouri.

                       2012

Exhibit 7
-28-

9/19/2012 11:16 PM FROM: Fax TO: 1(619)342-7878 PAGE: 005 OF 005

1

2

3          _Edward Oberkrom_
           ED OBERKROM

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 7
-29-

EXHIBITS 8-12
[Filed Conditionally
Under Seal]

# EXHIBIT 13

Exhibit 13
-223-

# Membership Application Checklist

1. Date _7/4/06_

2. Name Of Company _Trump University_

3. Firm ID Yes _____   No _X_

   a) If yes _____

4. Company Rating if on File _None_

5. How many complaints? _0_

6. Year Company was Established _2004_

7. What Industry? _Education_

8. Requires License Check   Yes _____   No _X_

9. Needs an ad sub   Yes _____   No _X_

10. Website _www.trumpuniversity.com_

    a) Privacy Policy   Yes _X_   No _____

    b) Security Policy   Yes _X_   No _____

    c) Address on Site   Yes _____   No _X_

11. Rep Assigned to Lead _Luana Lewis_

12. Any Issues _~~"Free" online course w/ purchase of audio course~~_
    _~~→ see printout~~_

    _~~does it need Dof Ed cert? Does it have Dof E cert?~~_
    _~~→ don't think so - not offering any kind of certification.~~_

    _LKL- what do you think? "Real Estate Investment Training Program," Marketing, Entrepeurship_
    _Doesn't offer any kind of credit or certification._

Exhibit 13
-224-

BBB NY 00486



# The Better Business Bureau® Serving Metropolitan New York

257 Park Avenue South, New York, NY 10010-7384  ~  Tel:(212)533-7500  ~  Fax:(212) 477-4912  ~  e-mail bbb@bway.net

March 2, 2007

Mr. Steven Matejek
Controller
Trump University LLC
40 Wall Street, 32nd Floor
New York, NY 10005

Dear Mr. Matejek:

Thank you for your interest in membership with the Better Business Bureau serving Metropolitan New York. After a careful review of your membership application, we discovered a few issues which will need to be addressed before we are able to move forward:

- **Satisfaction Guarantee:** your www.trumpuniversity.com website displays on several pages a yellow seal which states, "100% Money Back Satisfaction Guarantee" (printout enclosed). Our BBB guidelines require that any such guarantee fully disclose any requirements or conditions of the offer each time the offer is posted. Additionally, the return policy as posted states that you offer a "full refund less shipping and handling" fees, but does not disclose the amount of this handling fee or how it will be determined. This policy needs to be adjusted as well as disclosed or linked each time the guarantee is mentioned.

- **"Fastest Growing"claim:** your online "Publisher Application" suggests that the Trump University is the "world's fastest growing education company." Please provide proof of this claim or remove it from your website.

- **"Free" offers:** some of your courses include bonus products advertised as free. This is out of compliance with the BBB Code of Advertising (enclosed), with which all BBB members must comply. Please refer to the Code for more details and make the necessary adjustments.

- **Affiliate Program:** please provide us with more details about your affiliate program. This section of your website does not appear to inform potential affiliates of what they agree to by filling out the provided application. Please update your website's disclosure of this program to comply with the BBB Code of Advertising and the BBB Code of Online Business Practices (enclosed).

- **Results claims:** many sections of your website, including pages which detail specific courses, mention the results students may expect upon taking Trump University courses. For example, the "What You'll Learn" section of your Money Marketing Mastery Program description states, "You'll learn how to:

  - **Increase sales** and bottom-line profits
  - Develop and **launch new products**
  - **Gain competitive advantage** through superior positioning
  - **Maximize customer retention** for maximum profits
  - Find the best media for advertising... and **identify messaging** that works
  - **Adapt to changes** in markets
  - Reposition a business that's in trouble
  - **Assess your competition** — It's not always who you think!
  - **Target your efforts** to the right customers
  - **Price products** and services to sell
  - **Focus your business** on what your customers care about
  - Employ the latest internet marketing techniques to **acquire new customers**
  - **Engage customers** online throughout all stages of the buying cycle
  - **Expand your business**
  - **Analyze the potential** of a market segment before jumping in

Exhibit 13
-225-

BBB NY 00487

- **Enhance product value** with visually effective packaging
- **Close deals** through persuasive selling strategies
- **Fine tune your marketing** mix online and offline with CPA, CPC and affiliate models

(from https://www.trumpuniversity.com/programs/marketing/index.cfm.)  Please provide verifiable proof that your students can reasonably expect these results and include the basis of this proof where the claims are found on the website.

Upon receipt of your written response, we will continue further review of your application.  You may mail your response to the address listed above or fax it to my attention at (212) 674-293.  Thank you.

Sincerely,

Luana K. Lewis
Senior Vice President, Membership

Exhibit 13
-226-

BBB NY 00488

Publisher Sign Up



**WE TEACH SUCCESS.**

## PUBLISHER APPLICATION: Step 1 of 2

Welcome to the Trump University LLC sign-up area.

**Join the Trump University Affiliate program and team up with the world's fastest growing online education company. Trump U boasts:**

- 400,000 members
- 100,000 students representing over 100 countries worldwide
- 100 education programs including audio courses, e-learning products, live seminars and personal coaching
- Over 5 million business audio and video downloads.

**The Trump University Affiliate Program offers the following terms:**

- 20% Commissions on sales across the board ($40 to $1,500+ range)
- $.80 for each new registrant or program applicant
- 60 Day Customer Ownership: you own the customer for 60 days!
- 30 Day return policy: our returns are historically low

We have teamed up with Commission Junction to provide our publishers with trusted third-party tracking, real-time reporting, and monthly commission checks. If you are already a Commission Junction Publisher, you can skip the form and sign up for the Trump University LLC Program directly through the Commission Junction Member's Area

If you are not already a Commission Junction publisher, please complete the short application form below to get started earning commissions today.
More information about Trump University LLC

**Please Select Language Preference**

English

Français

Deutsch

**Country**
Select...

**Functional Currency**
Select...

†**Note:** Your functional currency settings will establish the currency used to calculate and display all financial content in this account. All functional currency settings are permanent and may not be reversed or changed once established for a particular account.

&lt;&lt; Back      Reset      Next &gt;&gt;

Exhibit 13
-227-
3/2/2007

BBB NY 00489

Real Estate Training Classes and Products from Trump University

Page 2 of 9



## Significantly Increase the Value of any Property -- with Instructor
How to Boost Your Selling Price Higher than You Ever Imagined



## Profit by Managing Real Estate like an Entrepreneur -- with Instructor
How to Keep Expenses Way Down - and Income Way Up



## What Inexperienced Homebuyers MUST Know Before They Buy a Home
Purchase Smart and Save Big on Your Home



## Bubble-Proof Real Estate Investing
Wealth-Building Strategies for Uncertain Times



## Three Master Secrets of Real Estate Success
Take Three Powerful Steps -- and Build Your Real Estate Fortune



## Real Estate Goldmine
How to Get Rich Investing in Pre-Foreclosures



## Real Estate Wealth Builder Software
When it comes to real estate investing, the devil truly is in the details. So stop guessing and start calculating accurately. The Trump-inspired Real Estate Wealth-Building Software will do all of the heavy calculating for you--and that's just for starters.



## Trump Advantage Club
Created by Donald Trump and his handpicked team of financial and business gurus, The Trump Advantage Club is an exclusive membership club dedicated to making you rich.



Buy v
confi
Trum
offers
mone
satisf
guara

**TrumpU Resources**

**World-class Faculty**
**Course Catalog**
**e-Newsletters**
**Trump Blog**
**Trump Audio**
**360° Business Briefing**
**Ask Donald Trump**
**Trump Dialog**

**Need assistance?**

Chat with us live or
call us here:
TOLL FREE
**877.508.7867**

Leave a message

**Testimonial**

Far exceeded my expectation

"The Real Estate Investor Trai
at Trump University far exceed
expectations and helped me ac
skills I needed to make sound,
estate investment decisions. It
motivated me to become cleare
goals and to take a truly entrep
approach to crafting an investi

Kevin Stein
Binghamton, New York

Start building your fortune -
the Trump Way to Wealth Y(
Wealth! We'll see you at the
going to love the view.



SHARE THIS PAGI WITH A FRIEND

Exhibit 13
-228-

1/10/2007
BBB NY 00490

Columbia University's Business School for almost four decades and is a recipient of the school's Distinguished Teaching Award. Here at Trump University, Dr. Sexton is our subject matter expert and faculty member in the areas of marketing and sales. Together with the rest of Trump University's world-class team of "been there and done it" business experts, Dr. Sexton has developed a program guaranteed to give you the marketing smarts you'll need to get out there and make it happen.

## Apply what you learn to your own business

At Trump University, we're committed to training successful entrepreneurs. What we teach you must be applicable to your own business in the real world, or it's just useless theory. That's why you'll develop a branding strategy for your own business *as part of this course.* You'll zero-in on the key benefits that should define your brand in your customer's minds. Then you'll create a strategy that ensures that your brand is supported not only by your name and logo, but also by every facet of your business. The marketing muscles that you develop during this course will give you the power to achieve tangible results anywhere you go, in any business endeavor you pursue.





## What you'll learn

When you take the Marketing Mastery Program, you'll learn strategies and tactics that really matter right now for your business. You'll learn how to:

- **Increase sales** and bottom-line profits
- Develop and **launch new products**
- **Gain competitive advantage** through superior positioning
- **Maximize customer retention** for maximum profits
- Find the best media for advertising... and **identify messaging** that works
- **Adapt to changes** in markets
- Reposition a business that's in trouble
- **Assess your competition** — It's not always who you think!
- **Target your efforts** to the right customers
- **Price products** and services to sell
- **Focus your business** on what your customers care about
- Employ the latest internet marketing techniques to **acquire new customers**

Exhibit 13
-229-
3/5/2007

BBB NY 00491

Trump University - The Marketing Mastery Program

- **Engage customers** online throughout all stages of the buying cycle
- **Expand your business**
- **Analyze the potential** of a market segment before jumping in
- **Enhance product value** with visually effective packaging
- **Close deals** through persuasive selling strategies
- **Fine tune your marketing** mix online and offline with CPA, CPC and affiliate models

## Your curriculum

Your 4-month program consists of four 30-day interactive online courses, four special topic sessions of 60-90 minutes each and four 90-minute, live, interactive teleseminars and Q&A sessions with Professor Sexton. Along with your course materials, you'll also receive a copy of Professor Sexton's book, Trump University Marketing 101 How to Use the Most Powerful Ideas in Marketing to Get More Customers.

**Interactive Online Courses:**

Course 1:  **Build a Powerful Marketing Strategy:**
Proven Techniques to Understand your Customer and Position your Product

Course 2:  **Keep Them Coming Back:**
Customer Retention Strategies that Work Every Time

Course 3:  **Accelerate Your Business Growth:**
Successful Marketing Strategies for New Products

Course 4  **Develop a Trump Quality Image:**
How to Create First Rate Branding, Advertising and Public Relations

Special
Topic
Sessions
- **Market Research**
  Why You Need It, How to Get It, and What It Tells You
- **Internet Marketing I**
  Branding and Advertising on the Internet
- **Internet Marketing II**
  Lead Generation, New Customer Acquisition and Retention
- **Guerilla Marketing**
  Do More with Less and Make Every Penny Count

## Learn by doing — then do it!

For most of us, smart marketing isn't instinctual -- it must be learned. The best way to learn it is by doing it, interactively, guided by experts with hands-on experience. Trump University's **Marketing Mastery Program** is the fastest, most comprehensive and practical road to smart marketing. What you learn here and now will profit you for the rest of your life. Apply now.



Exhibit 13
-230-
3/5/2007

BBB NY 00492

your session across page requests, which we do to make your visit more effective.  You may access the site without l enabled, but cookies are required to log in.  In addition, we may set other cookies to help us analyze site traffic; thes us improve the site, and contain no personal user information.

## Consent to Transfer

The Sites are operated in the United States. If you are located in the European Union or elsewhere outside of the Unit please be aware that any information you provide to us will be transferred to the United States. By using our Web Sit participating in any of our services and/or providing us with your information, you consent to this transfer.

## Your Acceptance of these Terms

By using this Site, you signify your acceptance of our Privacy Policy. If you do not agree to this policy, please do not Your continued use of this site following the posting of changes to these terms will mean that you accept those chang

## Does Trump University accept international orders ?

Yes, however orders from outside the United States are limited to courses and assessments (both of which are exclus

## How do I register?

Before making any purchases from Trump University, you need to register. Click Join on the home page and complete registration information; you'll then be able to access member resources, including the Trump University store.

## What payment methods do you accept?

Credit cards: Visa, Mastercard, American Express, Discover.

## Please explain your 100 percent satisfaction guarantee and refund policy?

Courses

- If for whatever reason you are not satisfied with your learning experience, we will give you with a 100% refun days of the start of the course.

Shipped Products

- We offer a full 30-day 100% satisfaction guarantee from the date your order is received. In the unlikely event than satisfied with your order, simply return the unmarked and undamaged product to us, and we will refund purchase price, less shipping and handling once received.

Exhibit 13
-231-

1/10/2007

BBB NY 00493

**If I want a refund, what should I do?**

Contact us by e-mail at: productinfo@trumpuniversity.com.

**How do I return merchandise?**

Returned merchandise should be shipped to the following address:

Trump University

c/o Global Duplication & Fulfillment

15735 N. 83rd Way

Scottsdale , AZ 85260

Online Courses

**How do I log in and run a Trump University course?**

- Before making a purchase, you need to register as a Trump University member. If you are not a member yet, register here: https://www.trumpuniversity.com/join/index.cfm.
- After you have purchased a course, go to the "MyTrumpU" page. This will bring you to the login page, where y to enter your member email address and password.
- On the MyTrumpU page, you will see the title of your course. The title is a link. Click it to launch your course
- Once the course opens, you will see a "Getting Started" link in the upper left part of the screen. Click "Getting learn everything you will need to know about your course. "Getting Started" includes links to other sources of well.

**How are Trump University courses scheduled?**

To accommodate your schedule, courses are self-paced. After you have purchased your course, you may start taking immediately, and you will have as much time as you need to complete it.

**Do Trump University courses have exams?**

No, there are no exams.

**Can I take the course on a 56K dial-up modem?**

To accommodate all users taking this course, recorded expert commentary is available in two modes: audio (56K mo video. The video mode is for broadband users only. If you are using a dial-up connection, you must take the course i mode. All other components and functionality of the course are identical in both modes.

Exhibit 13
-232-
1/10/2007

BBB NY 00494



**BBB**

bbb.org **BBB Serving Metropolitan New York**
<u>**Membership Application Checklist**</u>

1. Date Received: _9/9/09_        Date Processed: _9/9/09_

2. Name Of Company _Trump University_

3. Firm On File: Yes _✓_   No ____   FID# _97075_   HQ: Yes____ No____

   (If yes) File Open Date: _6/27/07_

4. Company Rating _B+ → D- 1/13/10 (TOB)_ —       _1-12_  _13-24_

5. Number of complaints? _10_ Date Range (In months) ___   _6_    _4_

6. Year Company was Established _2004_

7. Industry? _Schools (Online)_

8. Requires License Check   Yes ____   No _✓_

9. Needs an ad sub        Yes ____   No _✓_   — has removed offending ads that they and claims
                                              were previously rejected for

10. Web site _trumpuniversity.com_

    a) Privacy Policy     Yes _✓_   No ____        10/13 • Faq (refunds)
    b) Security Policy    Yes _✓_   No ____             • Contact us (added
    c) Address on Site    Yes _✓_   No ____                NY address)
    d) Return Policy      Yes _✓_   No ____ ~~No return~~   • affiliate program removed

11. Rep Assigned to Lead

12. Any Issues  * _Refund Policy / No NY Address / Affiliates /_        Scanned
               * ↑ ↑ _Rereviewed 1/13/10_ —                            unanswered
                                                                       Complaints

Accepted: Yes____ No _✓_ Reason _TOB / in Problem Category_

Signature_____        Date:_____

Exhibit 13
-238-

BBB NY 00495

# *[handwritten]* # 97075

*[handwritten top right: $580 per 3.5 ... before 360 ...]*



# BBB Standard Business Questionnaire

The Better Business Bureau Serving Metropolitan New York
257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500    Fax: 212-477-4912
www.bbb.org

The Better Business Bureau, a nonprofit organization, is one of the most widely respected consumer-business organizations in the country.

One of the BBB's most important services is providing "Reliability Reports" on area businesses. Each year, over 1.9 million consumers, businesses, banks, government agencies, and the media contact the BBB to check on a company's reputation before doing business.

To list your firm with the BBB or to update your current profile, please complete this form and return it with copies of your promotional literature, advertising, contracts, brochures and annual reports, if available.

Go to http://www.newyork.bbb.org/BusinessInformation to see the information BBB has about your business and make any changes. BBB will review all submissions. Changes should appear in BBB's public reports about businesses in a few weeks.

## GENERAL INFORMATION

**Primary Firm Name**
*Trump University LLC*

**Other Business Names (DBAs, Affiliates, Subsidiaries, etc.)**

| | | | |
|---|---|---|---|
| **Mailing Address** *40 Wall Str., 32nd floor* | **City** *New York* | **State** *NY* | **Zip** *10005* |
| **Business Address** *40 Wall str., 32nd floor* | **City** *New York* | **State** *NY* | **Zip** *10005* |

| **Telephone** *212-248-1800* | **Fax** *212-248-0782* | **Additional Phone Number(s)** *646-810-2119* |
|---|---|---|

| **Web Site URL** *www.trumpuniversity.com* | **E-Mail Address** *hr@trumpuniversity.com* |
|---|---|

**Business Classification(s) / Type(s) of Business**
*[handwritten * Vocational School?]* *Schools/Academic/College & learn ..... ?*

**Please briefly describe your firm and its products and/or services:**
*Trump University is a Real Estate education company. Our clients are those that are especially interested in generating income in the real estate market. We hold workshops, classes, and mentorships around the country, teaching our clients to be smarter real estate investors.*

| **Date Established** *12/1/2004* | **Date Incorporated** *10/25/04* | **State of Incorporation** *NY* *[handwritten: * Seminar Building (Wealth Building)]* |
|---|---|---|

| **Number of Customers** | **Annual Revenue** | **Number of Locations** | |
|---|---|---|---|
| ☐ 1 - 499 | ☐ $1 - $999,999 | **2** | ☐ Partnership |
| ☒ 500 - 49,999 | ☒ $1,000,000 - $19,999,999 | | ☐ Proprietorship |
| ☐ 50,000 - 99,999 | ☐ $20,000,000 - $99,999,999 | **Number of Employees** | ☒ Corporation |
| ☐ 100,000 - 999,999 | ☐ $100,000,000 - $999,999,999 | **40** | |
| ☐ 1,000,000 or more | ☐ $1,000,000,000 or more | Full-time / Part-time | ☐ Franchise |

## PRINCIPALS / OFFICERS

| | **Name** | **Title** |
|---|---|---|
| ☒ Mr. ☐ Ms. ☐ Dr. ☐ __ | *Michael Sexton* | *President* |
| ☒ Mr. ☐ Ms. ☐ Dr. ☐ __ | *Donald Trump* | *Chairman* |
| ☐ Mr. ☐ Ms. ☐ Dr. ☐ __ | | |

### *Please complete page two – incomplete form cannot be processed*

*[handwritten bottom: Job - "Seminars - Wealth Building & Real Estate" INVESTMENT SEMINARS - Training Programs]*

*Exhibit 13*

BBB NY 00496



# BBB Standard Business Questionnaire

The Better Business Bureau Serving Metropolitan New York
257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500    Fax: 212-477-4912
www.bbb.org

## CORRESPONDENCE

**Customer Service Contact for Inquiries / Complaints**

| | |
|---|---|
| Name Brad Schneider | Title Director of Customer Relations |
| Phone 646-367-3805  Ext. | Fax 212-248-0782 | E-mail bschneider@trumpuniversity.com |

**Additional Customer Service Contact**

| | |
|---|---|
| Name Jason Schauer | Title Senior Program Director |
| Phone 646-810-2119  Ext. | Fax 212-248-0782 | E-mail jschauer@trumpuniversity.com |

## LICENSING INFORMATION

| Agency Name | License Number(s) | Date Issued | Expiration Date |
|---|---|---|---|
| None | Lic Prep. | | |

## OTHER LOCATIONS

Headquarters Address
40 Wall st., 32nd floor  New York, NY 10005

Branches / Other Locations
13552 South 110 West Suite 102, Draper, Utah 84020

## ADVERTISING

**Method(s) of Selling and Marketing (Please check all that apply)**
☐ Wholesale   ☐ Retail   ☐ Door-to-Door   ☒ Telemarketing   ☐ Mail Order   ☒ E-mail   ☒ Web site   ☐ Home-based   ☒ Other

**Advertising (Please check all types used)**
☐ National   ☒ Local   ☐ Print Media   ☒ Internet   ☐ Telemarketing   ☒ Direct Mail   ☐ Coupons   ☒ Online Ads   ☐ Door-to-Door   ☐ Yellow Pages
☒ E-mail   ☐ Radio   ☐ Flyers   ☐ TV   ☐ Brochures   ☒ Other ____ — paid search

**If eligible, would you be interested in BBB Business Accreditation?**    ☒ YES
(View BBB Standards at www.newyork.bbb.org)    ☐ NO

**The information on this form was provided by:**

| Name Sam Empson | Title Marketing Analyst | Signature |
|---|---|---|
| Company Name Trump University | | Date 9/9/09 |

This completed form will assist us greatly in answering inquiries from the public about your company.  It does not imply endorsement of your firm, product or service, nor does it authorize use of the Better Business Bureau name or logo. © 2009 The Better Business Bureau ® serving Metropolitan New York.

Exhibit 13
-235-

BBB NY 00497



**Company Name:**
Phone:
FAX:
Address:

TO: *Shawn Fafara*  FROM: *Sam Empson, Trump University*
FAX #: *212-533-9507*  FAX #: *212-248-0782*
DATE: *9/9/07*  # OF PAGES: *3*

MESSAGE:
*BBB of NY Application*

*Very Important*

*✱ How many Students enrolled*

*✱*

FreeFaxCoverSheets.net

Exhibit 13
-236-

BBB NY 00498

*rec'd 1/4/2010*



# BBB Standard Business Questionnaire

The Better Business Bureau Serving Metropolitan New York
257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
**www.bbb.org**

The Better Business Bureau, a nonprofit organization, is one of the most widely respected consumer-business organizations in the country.

One of the BBB's most important services is providing "Reliability Reports" on area businesses. Each year, over 1.9 million consumers, businesses, banks, government agencies, and the media contact the BBB to check on a company's reputation before doing business.

To list your firm with the BBB or to update your current profile, please complete this form and return it with copies of your promotional literature, advertising, contracts, brochures and annual reports, if available.

Go to http://www.newyork.bbb.org/BusinessInformation to see the information BBB has about your business and make any changes. BBB will review all submissions. Changes should appear in BBB's public reports about businesses in a few weeks.

## GENERAL INFORMATION

**Primary Firm Name**
Trump University ✓

**Other Business Names (DBAs, Affiliates, Subsidiaries, etc.)**

| **Mailing Address** 40 Wall st. 32nd floor ✓ | **City** New York | **State** NY | **Zip** 10009 ✓ |
|---|---|---|---|
| **Business Address** 40 Wall st. 32nd floor | **City** New York | **State** NY | **Zip** 10009 ✓ |

| **Telephone** 888-826-5953 ✓ | **Fax** 212-248-0782 ✓ | **Additional Phone Number(s)** |
|---|---|---|

| **Web Site URL** www.trumpuniversity.com ✓ | **E-Mail Address** sempson@trumpuniversity.com |
|---|---|

**Business Classification(s) / Type(s) of Business**
LLC - Limited Liability Corporation ✓ / Training Programs, Investment Seminars, Seminars on Wealth Building & Real Estate

**Please briefly describe your firm and its products and/or services:**
We are a for-profit real estate education company. We sell products, classes, mentorships, seminars, and workshops to serious real estate investors. Our ~~products~~ cover all areas of real estate from commercial investors to lease options, to ~~probate~~ tax lien investing.

| **Date Established** 10 / 1 / 2004 | **Date Incorporated** 10 / 1 / 2004 | **State of Incorporation** New York |
|---|---|---|

**Number of Customers**
- ☐ 1 - 499
- ☑ 500 - 49,999
- ☐ 50,000 - 99,999
- ☐ 100,000 - 999,999
- ☐ 1,000,000 or more

**Annual Revenue**
- ☐ $1 - $999,999
- ☐ $1,000,000 - $19,999,999
- ☑ $20,000,000 - $99,999,999
- ☐ $100,000,000 - $999,999,999
- ☐ $1,000,000,000 or more

**Number of Locations** 2

**Number of Employees** 40 ☐ Part-time

- ☐ Partnership
- ☐ Proprietorship
- ☑ Corporation
- ☐ Franchise

## PRINCIPALS / OFFICERS

| ☑ Mr.  ☐ Ms.  ☐ Dr. | **Name** Michael Sexton | **Title** President |
|---|---|---|
| ☑ Mr.  ☐ Ms.  ☐ Dr. | **Name** Donald Trump | **Title** Chairman |
| ☑ Mr.  ☐ Ms.  ☐ Dr. | **Name** Michael Bloom | **Title** Chief Marketing Officer |

**Please complete page two – incomplete form cannot be processed**

Exhibit 13
-237-

BBB NY 00499



# BBB Standard Business Questionnaire

The Better Business Bureau Serving Metropolitan New York
257 Park Avenue South, New York, NY 10010
Phone: 212-533-7500   Fax: 212-477-4912
www.bbb.org

## CORRESPONDENCE

Customer Services Contact for Inquiries / Complaints

| Name | Title |
|---|---|
| Brad Schneider | Director of Customer Service |

Phone: 646-367-3805   Ext.   Fax: 212-248-0782   E-mail: Bschneids@trumpuniversity.com

Additional Customer Service Contact

| Name | Title |
|---|---|
| Jason Schauer | Program Director |

Phone: 646-810-2119   Ext.   Fax: 212-248-0782   E-mail: Jschauer@trumpuniversity

## LICENSING INFORMATION

| Agency Name | License Number(s) | Date Issued | Expiration Date |
|---|---|---|---|
| | | | |

## OTHER LOCATIONS

Headquarters Address
40 wall st. 32nd floor  New York, NY 10009

Branches / Other Locations
13552 S. 110 w. Suite 102  Draper, Utah 84020

## ADVERTISING

Method(s) of Selling and Marketing (Please check all that apply)
☐ Wholesale  ☐ Retail  ☐ Door-to-Door  ☐ Telemarketing  ☐ Mail Order  ☑ E-mail  ☑ Web site  ☐ Home-based  ☐ Other

Advertising (Please check all types used)
☐ National  ☑ Local  ☑ Print Media  ☑ Internet  ☐ Telemarketing  ☑ Direct Mail  ☐ Coupons  ☑ Online Ads  ☐ Door-to-Door  ☐ Yellow Pages
☑ E-mail  ☑ Radio  ☐ Flyers  ☐ TV  ☐ Brochures  ☐ Other

**If eligible, would you be interested in BBB Business Accreditation?**   ☑ YES   ☐ NO
(View BBB Standards at www.newyork.bbb.org)

The information on this form was provided by:

| Name | Title | Signature |
|---|---|---|
| Sam Empson | Marketing Analyst | rec'd 1/4/10 |
| Company Name | | Date |
| Trump University | | 12/15/2009 |

This completed form will assist us greatly in answering inquiries from the public about your company. It does not imply endorsement of your firm, product or service, nor does it authorize use of the Better Business Bureau name or logo. © 2009 The Better Business Bureau ® serving Metropolitan New York.

Exhibit 13
-238-

BBB NY 00500



The Better Business Bureau
Serving Metropolitan New York,
Long Island and the Mid-Hudson Region
257 Park Avenue South-4ᵗʰ Fl.
New York, NY 10010
Phone: (212) 533-7500   Fax: (212) 477-4912

bbb.org

Start With Trust

October 27, 2009

*update TOS*
*+ Rating 11/18/09*

Mr. Sam Empson
Marketing Analyst
Trump University LLC
40 Wall Street, 32nd Floor
New York, NY 10005

Dear Mr. Empson:

Thank you for your interest in **BBB Business Accreditation** with the Metropolitan New York BBB. After careful review of your application, which we received on **September 9, 2009**, we regret that we are unable to offer **Trump University LLC** BBB Business Accreditation at this time. Our BBB Accreditation policy requires, among other stipulations, that all companies must meet the **BBB Standards for Trust** as a measure of eligibility and must adhere to all established BBB Standards of eligibility for BBB Business Accreditation.

Over the past few weeks, we have reviewed your correspondence along with your firm's web site at www.trumpuniversity.com to determine eligibility for BBB Accreditation. Your firm's ineligibility is based in part on our review of your "type of business" classification along with other issues for which we require further clarification.

On the BBB Business Questionnaire you submitted, **Trump University LLC** is a classified as a **"School/Academy/College/University"**. However, your firm's services, as listed in your promotional materials and on your web site, are inconsistent with the established definition for this classification as you do not grant academic degrees or certification and do not appear to have any recognized academic charter. Further, your company does not appear to be recognized as an academic institution that is accredited by accrediting agencies recognized by the Secretary of Education.

Presently, your firm appears to fall into the following categories: **"Seminars-Wealth Building & Real Estate"**, **"Investment Seminars"** and **"Training Programs"**, all of which seemingly reflect the type of business you offer. **However, if within the next 10 business days from the date of this letter, you can demonstrate in writing that you do qualify as a standard academic institution, we will acknowledge such documentation for review**. Failing receipt of this documentation, we will proceed with updating our *BBB Reliability Report* on Trump University LLC based on the categories listed above.

Additionally, the ***return policy*** as posted on your site under the heading, **"If I want a refund, what should I do?"** states that you **"handle refunds on a case-by-case basis"**.

Exhibit 13
-239-

BBB NY 00501

The BBB requires that this policy fully disclose the allowable refund period after receipt of merchandise, the amount of the refund to be provided as well as how shipping and handling fees are determined.

Upon receipt of your written response, we will continue further review of your application. You may mail your response to the address listed above or fax it to my attention at (212) 533-7503.

Again, we greatly appreciate your interest in the BBB and welcome you to visit our web site at www.bbb.org to review our record on your firm at any time.  We will continue to monitor your firm's activities going forward and will be happy to extend an invitation to BBB Accreditation to you in the future, when you have fulfilled all requirements.

Please do not hesitate to contact us at (212) 533-8050 if you have questions.

Sincerely,

Susan McMillan
SVP, Business Development & Relationships



January 4, 2010

Dear Mrs. McMillan,

I am writing to re-submit Trump University's application to the Better Business Bureau of New York and address the issues with our previous application.

The BBB of New York had the following issues with our previous application:

1.) Trump University's Business Classification was as a "University" but did not necessarily fulfill the requirements of such a classification

2.) Our "case-by-case" return policy did not meet the BBB's standards

Since our last application, we believe we have sufficiently addressed both of the above issues. First, we have re-classified Trump University as, "Training programs/Investment Seminars/Seminars on Wealth Building & Real Estate." This is an accurate description of what we do here at Trump University and should resolve the issue with our previous classification.

Second, we have updated the return policy on our website. Our old policy stated that, "we handle returns on a case-by-case basis." We have since changed that policy to read, "any physical product can be returned for a full refund within 30 days of purchase. A 10% restocking fee will be applied to any opened product. Any online program, live training, or phone coaching has a 3-day return window."

The new return policy is published in our FAQ's on our website.

We, the staff at Trump University, feel as if we have addressed both of the issues with our previous application and look forward to the next step in the process. Additionally, I have attached a new application for your consideration.

Thank you.

Sincerely,

Sam Empson
sempson@trumpuniversity.com
Trump University
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 646-810-2116
Fax: 212-248-0782

Exhibit 13
-241-

**If I want a refund, what should I do?**

Any physical product can be returned for a full refund within 30 days of purchase. A 10% restocking fee will be applied to any opened product.
Any online program, live training, or phone coaching has a 3-day return window.

**How do I return merchandise?**

Returned merchandise should be shipped to the following address:

Trump University

c/o Global Duplication & Fulfillment

15735 N. 83rd Way

Scottsdale , AZ 85260

Exhibit 13
-242-
1/14/2010
BBB NY 00504



**The Better Business Bureau**
Serving Metropolitan New York,
Long Island and the Mid-Hudson Region
257 Park Avenue South-4th Fl.
New York, NY 10010
Phone: (212) 533-7500   Fax: (212) 477-4912

January 22, 2010

Mr. Sam Empson
Marketing Analyst
Trump University LLC
40 Wall Street, 32nd Floor
New York, NY 10005

Dear Mr. Empson:

Thank you for your interest in **BBB Business Accreditation** with the Metropolitan New York BBB.  After careful review of your application, which we received on **January 4, 2010**, we regret that we are unable to offer **Trump University** BBB Business Accreditation at this time. Our BBB Accreditation policy requires, among other stipulations, that your firm must meet all BBB Standards of eligibility for BBB Business Accreditation.

We appreciate your attention to the issues we noted in our written correspondence of October 27, 2009.  We have made the necessary adjustments to reflect your firm's classification as "Training Programs", "Investment Seminars" and "Seminars-Wealth Building & Real Estate".  Also, we have reviewed your updated *return policy* on your web site, which is now in line with our **Code of Business Practices.**  We however recommend you properly address the following information on your web site regarding your firm's "**accreditation**" and advise that you fully and clearly disclose the name of the accrediting organization referred to in the following statement on your web site:

*Trump University's School of Real Estate is accredited and we back up our assertions with unequalled educational and mentoring tools, such as retreats, phone and email coaching and on-site coaching, where we actually send a Donald Trump recommended real estate professional to your town to work with you for 3 days.*

Another factor contributing to your firm's ineligibility is your firm's name "**Trump University**", which may potentially lead reasonable consumers to believe that your firm is an academic institution.  As you acknowledged in your correspondence dated 1/4/2010, your firm does not meet the established definition of a "university".  However, your instructors and program experts are referred to as "**professors**" and "**faculty**" in your promotional materials and on your web site. Both terms are potentially misleading as they are generally reserved for the teaching and administrative staff and members holding academic rank in an educational institution.

Exhibit 13
-243-

BBB NY 00505

## Susan McMillan

| | |
|---|---|
| **From:** | Michael Sexton [msexton@trumpuniversity.com] |
| **Sent:** | Tuesday, April 20, 2010 12:48 PM |
| **To:** | Claire Rosenzweig; Susan McMillan |
| **Cc:** | Michael Bloom |
| **Subject:** | urgent matter requires attention |
| **Importance:** | High |

Ms. Claire Rosenzweig
Ms. Susan McMillan

I am contacting you directly to resolve a serious issue that my company, Trump University, has with the D- rating given it by the BBB. Your website indicates that the negative rating results from "concerns with the industry in which this business operates". This rating has recently been included in news articles about the company that have adversely impacted our business and our brand.

We believe this rating does not accurately reflect our strong commitment to the BBB's principles as evidenced by our prompt and through responses to successfully resolve each of the thirteen complaints we have received over the past five years. Furthermore, we would like clarification of the industry category that is referenced in the rating. To lower our company rating and damage our good reputation based on the behavior of other companies isn't equitable. We represent one of the most consumer conscious brands in the world and go to great lengths to protect its premium value and our reputation, which is why we are so concerned about the BBB rating.

This matter has drawn the attention of Mr. Trump and we would like to speak with the appropriate parties within your organization as soon as possible to seek clarification and a positive resolution. I'm sure that you can understand that this is a time sensitive matter. Please let me know whom I should speak with as soon as possible to set up this call directly with Mr. Trump. I can be reached via return email or at the phone number listed below.

I look forward to working with your organization going forward. We have applied for accreditation with the BBB and were told that we met all requirements except for the use of the word "university" in our name. Currently, the company is proactively going through an extensive re-branding effort to better reflect our commitment to helping consumers empower themselves through education and we will be known as Trump Education going forward. Hopefully this name change and rebranding will remove the last barrier to BBB membership. Thank you in advance for your timely response.

Sincerely,
Michael Sexton
President

P 646-810-7342
2. 212-248-6782

Michael W. Sexton
**Trump University**
40 Wall Street, 32nd Fl.
New York, NY 10005

Exhibit 13
-244-

4/20/2010

BBB NY 00506

# Claire Rosenzweig

| | |
|---|---|
| **From:** | Claire Rosenzweig |
| **Sent:** | Wednesday, April 21, 2010 11:48 AM |
| **To:** | 'Michael Sexton' |
| **Cc:** | Michael Bloom; Susan McMillan |
| **Subject:** | RE: urgent matter requires attention |

*Michael Sexton called on 4/21 at
aprox. 4:30 to discuss the letter.
Then Donald Trump called to
discuss & I explained the below.
Trump # (212)832 2000   Ronna his secretary
CRosenzweig 4/21/2010                      ask for
                                         abented*

Michael W. Sexton
President
Trump University

Mr. Sexton:

We are in receipt of your email and appreciate your continued interest in the BBB.  As noted in our letter to you dated January 22, 2010, there were a number of issues which we requested that you address as we continued to monitor and assess your firm's eligibility for BBB Accreditation, as you requested.  To date, we have not received your response to these particular matters.

BBB accreditation is by invitation only. We are unable to grant accreditation to any business until we have successfully completed our process of reviewing the company's eligibility based on our **BBB Standards for Trust** and, if eligible, until such time as the company agrees to the **BBB Standards of Trust** and **BBB Code of Business Practices** (available to read on our website.)

We understand from your email that Trump University plans to change its name - *"we will be known as Trump Education going forward."*  Please feel free to provide us the official documentation regarding this change and notify us when it is implemented.  Once we have received your documentation, we will once again review your organization's eligibility and update our records accordingly. In the interim, we will place your company's BBB rating in our "under review" status resulting in an "**NR**" rating, pending the outcome of our review.  We will communicate with you during this process should we have any questions or concerns and encourage you to do the same.

*- Rating
updated
4/21/10*

We do suggest that you review the **BBB Standards for Trust**, **BBB Code of Business Practices** and **BBB Code of Advertising** to ensure that that your advertising, promotional materials and web site meet BBB eligibility requirements.

Please let me know if you would like to further discuss this matter with me so we can set a time to speak.

Sincerely,

Claire Rosenzweig
President & CEO

*4/22 Sam Empson called
to request copy of 1/22 letter
* S__empson @ trumpuniversity.com
Email 1/22 Correspondence.*

**Claire Rosenzweig, CAE | *President & CEO***
Tel: 212-358-2810
Fax: 212-533-6204
Email: **crosenzweig@newyork.bbb.org**
**www.newyork.bbb.org** or **www.bbb.org**

Exhibit 13
-245-

Better Business Bureau Serving Metropolitan New York
30 East 33rd Street 12th Floor
New York, NY 10016
**START WITH TRUST**

**About BBB**
The BBB serving Metropolitan New York, Long Island and the Mid-Hudson Region is an unbiased non-profit organization that sets
and upholds high standards for fair and honest business behavior. Businesses that earn BBB accreditation contractually agree and
adhere to the organization's high standards of ethical business behavior. BBB provides objective advice, free business BBB Reliability
Reports[TM] and charity BBB Wise Giving Reports[TM], and educational information on topics affecting marketplace trust. To further
promote trust, BBB also offers complaint and dispute resolution support for consumers and businesses when there is difference in
viewpoints. The first BBB was founded in 1912 by advertising executives. The BBB of Metropolitan New York was founded in 1922 by
the NY Stock Exchange. Today, 124 BBBs serve communities across the U.S. and Canada, evaluating and monitoring more than 3
million local and national businesses and charities. Please visit **www.bbb.org** for more information about BBB.

This e-mail and any attached files are intended solely for the use of the individual or entity to which this mail is addressed and may
contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or
distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received
this e-mail in error, please notify the sender by reply e-mail or call 212-533-7500 and delete this e-mail and attached files from your
system. Thank you!

Please add membership@newyork.bbb.org or www.newyork.bbb.org to your address book. This will ensure delivery into your inbox (not
your bulk or junk folders)

Please consider the environment before printing this e-mail. Thank you.



-----Original Message-----
**From:** Michael Sexton [mailto:msexton@trumpuniversity.com]
**Sent:** Tuesday, April 20, 2010 12:48 PM
**To:** Claire Rosenzweig; Susan McMillan
**Cc:** Michael Bloom
**Subject:** urgent matter requires attention
**Importance:** High

Ms. Claire Rosenzweig
Ms. Susan McMillan

I am contacting you directly to resolve a serious issue that my company, Trump University, has with the
D- rating given it by the BBB. Your website indicates that the negative rating results from "concerns with
the industry in which this business operates". This rating has recently been included in news articles
about the company that have adversely impacted our business and our brand.

We believe this rating does not accurately reflect our strong commitment to the BBB's principles as
evidenced by our prompt and through responses to successfully resolve each of the thirteen complaints
we have received over the past five years. Furthermore, we would like clarification of the industry
category that is referenced in the rating. To lower our company rating and damage our good reputation
based on the behavior of other companies isn't equitable. We represent one of the most consumer

Exhibit 13
-246-

BBB NY 00508

conscious brands in the world and go to great lengths to protect its premium value and our reputation, which is why we are so concerned about the BBB rating.

This matter has drawn the attention of Mr. Trump and we would like to speak with the appropriate parties within your organization as soon as possible to seek clarification and a positive resolution. I'm sure that you can understand that this is a time sensitive matter. Please let me know whom I should speak with as soon as possible to set up this call directly with Mr. Trump. I can be reached via return email or at the phone number listed below.

I look forward to working with your organization going forward. We have applied for accreditation with the BBB and were told that we met all requirements except for the use of the word "university" in our name. Currently, the company is proactively going through an extensive re-branding effort to better reflect our commitment to helping consumers empower themselves through education and we will be known as Trump Education going forward. Hopefully this name change and rebranding will remove the last barrier to BBB membership. Thank you in advance for your timely response.

Sincerely,
Michael Sexton
President

Michael W. Sexton
**Trump University**
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 646.810.7342
Fax: 212.248.0782
www.TrumpUniversity.com

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

Exhibit 13
-247-

4/21/2010

BBB NY 00509



BBB Serving Metropolitan New York
**Membership Application Checklist**

1. Date  Received: __6/10/11__          Date Processed: __6/29/11__

2. Name Of Company __Trump Entrepreneur Initiative LLC__

3. Firm On File: Yes __✓__     No ____   FID# __97075__    HQ: Yes __✓__ No _____

    (If yes) File Open Date: __6/27/07__

4. Company Rating __B-__

5. Number of complaints? __24__    Date Range  (In months)

| | 1-12 | 13-24 | 25-36 |
|---|---|---|---|
| | 12 | 0 | 12 |

6. Year Company was Established __2004__

7. Industry? __School / Educatinal Consultants__

    *Spoke with Mark Covan*
    *Has question about us*

8. Requires License Check   Yes ____    No __✓__      7/25/11

9. Needs an ad sub            Yes ____   No __✓__

10. Web site __www.Trumpinitiative.com__                           ⊙ **C**

    a) Privacy Policy        Yes __✓__    No ____

    b) Security Policy       Yes __✓__    No ____     *Request ratings?*

    c) Address on Site       Yes ____     No __✓__     ⊗ *Resend Consumer Complaints?*

    d) Return Policy         Yes ____     No __✓__

11. Rep Assigned to Lead __In-house - Susan__

12. Any Issues __website - must log in to see rest of website__

Accepted: Yes____   No____  Reason _____

Signature_____           Date:_____

Exhibit 13
-248-



**TRUMP**
UNIVERSITY

*Rec'd 5/13/10*

*Name: We need the consent & proof of filing*

*5/19/10 — Claire spoke with George A. Sorial Mkg Dir. & Asst. GC Trump — 2:48 pm. He called re this letter - update*

*6/23/10 — Claire spoke with Michael Sexton by phone re firm's name change and documentation re same —*

May 11th, 2010

Ms. Clare Rosenzweig
Ms. Susan McMillan
The Better Business Bureau
257 Park Avenue South – 4th Floor
New York, NY 10010

Dear Ms. Rosenzweig and Ms. McMillan:

I am writing to advance Trump University's application for BBB Business Accreditation and high grading with the Metropolitan New York BBB. In your correspondence dated January 22nd, 2010 you raised three concerns with our eligibility for accreditation and I have responded to each below.

1. The BBB has asked us to fully and clearly disclose the accrediting organization referred to in the company's marketing material. Trump University has been accredited since 3/1/07 by IACET, the International Association for Continuing Education and Training. We understand that this accreditation may be confused with college accreditation so we have voluntarily removed the term "accredited" from all of our marketing materials including our website.

2. The BBB has expressed concern that the terms "professor" and "faculty" may be potentially misleading. We are in the process of removing all references to these terms from our marketing materials including our website and we are replacing them with the term "instructor." This process will be completed by Friday, May 14th 2010.

    *Done 5/18/10*

3. The BBB has stated that the company's name, Trump University, may "potentially lead reasonable consumers to believe that your firm is an academic institution." We are in the process of re-branding our company and removing the word "University" from its name altogether. We have submitted our proposed name change to the NY State Education Department and it has been accepted as per the attached correspondence.

40 Wall Street, 32nd Floor • New York, NY 10005 • 888.826.5953 • TrumpUniversity.com

Exhibit 13
-249-

BBB NY 00511

In addition you have asked for copies of the contracts that our students sign and I have attached those for your review.  If you have any further questions please do not hesitate to call me directly at (646) 810-7342.  Thank you for your consideration and I look forward to continuing to work with you to become a BBB Accredited Business with a high grade rating.

Best regards,

Michael W. Sexton

attachments

Exhibit 13
-250-

BBB NY 00512



**THE TRUMP ORGANIZATION**

George A. Sorial
Managing Director International Development
and Assistant General Counsel
Direct Dial (212) 836-3204
Fax        (212) 980-3821
gsorial@trumporg.com

April 27, 2010

**VIA OVERNIGHT DELIVERY**

Mr. Joseph P. Frey
The State Education Department
Office of Higher Education
The University of the State of New York
Room 977, Education Building Annex
Albany, New York 12234

    RE:    **TRUMP UNIVERSITY LLC**

Dear Mr. Frey:

We are in receipt of your letter dated March 30, 2010, a copy of which is attached hereto for your convenience. Pursuant to our telephone conversations, please be advised that we intend to stop using the term "University" as requested.

As we discussed by telephone, in order to comply with New York State laws, we would like to change our operating entity name to "Trump Education". However, pursuant to the New York Limited Liability Company Law §204, the term "Education" is also a protected word which requires consent from the Commissioner of Education prior to its use.

Accordingly, please accept this letter as our formal request to use the term "Education" in connection with the operation of our business.

If you have any additional questions, please do not hesitate to contact me.

Very truly yours,

GEORGE A. SORIAL

cc: Michael Sexton
    Michael Bloom

Enclosures

BBB NY 00513



THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

Office of Counsel
Tel. 518-474-8400
Fax 518-473-2925

May 5, 2010

George A. Sorial
Managing Director International Development
And Assistant General Counsel
The Trump Organization
725 Fifth Avenue
New York, NY 10022

RE:   TRUMP UNIVERSITY LLC

Dear Mr. Sorial,

Your letter of April 27, 2010 regarding the above has been referred to this Office for a response.

Your letter requests the consent of the Commissioner of Education pursuant to Limited Liability Company Law §204 for a change of name of "Trump University LLC" to "Trump Education LLC."

It is my understanding that Trump University LLC is a New York Limited Liability Company (LLC). In order to effect the name change, you will need to prepare a proposed certificate of amendment to the Articles of Organization to include the name change and to add the following disclaimer:

"Nothing herein shall authorize the Limited Liability Company to operate or maintain a charter school, a nursery school, an elementary school, a secondary school, a college or university, or to advertise or offer credit-bearing courses or degrees in New York State."

Please send a copy of the proposed certificate to Kirti Goswami, Office of Counsel, State Education Building Room 148, 89 Washington Avenue, Albany, NY 12234, together with a $20 check payable to "New York State Education Department." In addition, please submit a copy of the LLC's Articles of Organization, and any prior amendments to the Articles, that have been filed with the New York Department of State.

Exhibit 13
-252-

BBB NY 00514

2

Provided your submission is acceptable, my Office will issue you the Commissioner's consent. You must then file the certificate of amendment and the Commissioner's consent with the New York Department of State.

For further information or assistance, you may contact Kirti Goswami at (518) 474-8966 or refer to our website at http://www.counsel.nysed.gov/consents.html. In addition, you may contact me at (518) 473-4921.

Very truly yours,

Richard L. Nabozny
Associate Attorney

cc:  Joseph P. Frey

Exhibit 13
-253-

BBB NY 00515

Advisor: _____        T R U M P        Event Code: _____

## Terms & Conditions

Trump U Programs are provided for training and educational purposes only.

Trump U does not procure or identify specific real estate deals. You may be exposed to real estate deals at the Retreats, but it is your sole responsibility to evaluate and act on those properties for your personal investment. We do not recommend or guarantee any investment or property.

You acknowledge and agree that Trump U has not made any express or implied representation or assurance regarding the potential profitability, chances of funding or likelihood of success of any transaction, investment, opportunity or strategy. Further, you agree that Trump U is not endorsing your project and you shall not represent same to any third-party. Further, Trump U is not rendering legal or financial advice.

If you choose to pursue a transaction, it is your sole responsibility to seek independent advice from professionals such as Real Estate Agents and Brokers, Lawyers, Accountants and Mortgage Brokers.

All advanced training, mentoring and coaching must be completed within twelve (12) months of purchase. It is your responsibility to make certain that all sessions are scheduled within such twelve (12) month period and any exceptions to this policy must be requested in writing and will not be valid unless validated in writing by an authorized manager at Trump U. After the expiration of this twelve (12) month period, Trump U's obligation to fulfill these services shall be deemed fulfilled.

You must be current on payments to attend Retreats.


_____        _____        _____
Signature                      Printed Name                   Date

_____        _____        _____
Guest Signature                Printed Name                   Date

BBB NY 00516

# TRUMP

## CONTACT INFORMATION

| NAME | | | GUEST NAME | | |
|---|---|---|---|---|---|
| ADDRESS | | | ADDRESS | | |
| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
| EMAIL | | | EMAIL | | |
| HOME PHONE | WORK PHONE | | HOME PHONE | WORK PHONE | |
| CELL PHONE | FAX | | CELL PHONE | FAX | |

## ENROLLMENT

## PAYMENT

| ☐ **Credit Card** | VISA | MC | AMEX | DISCOVER | NAME EXACTLY AS IT APPEARS ON THE CARD (Please Print) |
|---|---|---|---|---|---|
| CREDIT CARD NO | | | | | BILLING ADDRESS (if different from above) |
| EXP DATE | SECURITY CODE | | | CITY | STATE | ZIP |
| ☐ **Check** | | ACCOUNT NO | | | CHECK NO |

You may cancel this agreement without any penalty, at any time prior to midnight of the third business day after the date of this transaction. See cancellation notice on reverse side for explanation of this right. _____ Initials

You, the Buyer, may withdraw without penalty from the training class scheduled above by the end of the first day of the next regularly scheduled training class as specified above, or within (14) days from the enrollment date, whichever occurs first. If you attend at a subsequent time, the cancellation option will not apply.

*Data Subscription Fees: I hereby authorize Trump University to charge my bank account or credit card account, noted below, in the sum of $34.95 per month, payable monthly as if I had personally signed a check or sales draft slip to Trump University. This authorization shall remain in effect unless and until I notify Trump University in writing that I wish to cancel this subscription, which I may do at any time whatsoever. A record of my payment will be included in my bank or credit card statement and will serve as my receipt. This subscription can be cancelled at the first day of training. _____ Initials

This training is provided for education only and no guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by the Program, Program instructors, Trump University, their affiliates or their officers, principals, representatives, agents or employees (collectively, "Principals"). I acknowledge that none of the Principals is engaged in rendering financial, investment, legal, accounting, or other professional services or advice. If such professional advice or other expert services are required, I acknowledge that I should seek the services of a competent professional who can consider my particular circumstances. I acknowledge that none of the Principals is responsible for, and they shall have no liability for, my business success or failure, my acts and omissions, the appropriateness of my business decisions, or my use of or reliance on Program information.

By signing below, I ("Participant") acknowledge that I have read and agree to the provisions on the front and back of this Enrollment Form.

| SIGNATURE | DATE | GUEST SIGNATURE | DATE |
|---|---|---|---|
| | | | |

White Copy: TRUMP U          Pink Copy: CUSTOMER

**Trump University  40 Wall Street 32<sup>nd</sup> Floor   New York, New York  10005  P. 212-248-1800  F. 212-937-3830**

Exhibit 13
-255-

BBB NY 00517

## NOTICE OF CANCELLATION

Date: _____

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION WITHIN THREE BUSINESS DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OF SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN BUSINESS DAYS FOLLOWING RECEIPT BY THE MERCHANT OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE MERCHANT AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY IF YOU WISH TO COMPLY WITH THE INSTRUCTIONS OF THE MERCHANT REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE MERCHANT'S EXPENSE AND RISK.

IF YOU DO NOT AGREE TO RETURN THE GOODS TO THE MERCHANT, OR IF THE MERCHANT DOES NOT PICK THEM UP WITHIN TWENTY DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR FAX 212-937-3830, OR SEND A TELEGRAM, TO TRUMP U, 40 WALL STREET, NEW YORK, NY 10005 NOT LATER THAN MIDNIGHT OF _____.

I HEREBY CANCEL THIS TRANSACTION.

DATE: _____

Buyer's Signature _____
Print Name: _____
Address: _____
_____
Telephone: _____

Exhibit 13
-256-

BBB NY 00518

**Trump University – Report Language for inclusion... 6/23/10**

January 2010, the BBB requested that this firm substantiate its promotional claims as an "accredited" real estate institution employing "faculty" and "professors" and also challenged the firm regarding its name, **"Trump University"**, which the BBB determined may potentially lead reasonable consumers to believe that the firm is an academic institution.   The firm agreed in writing to remove these terms from its web site and its promotional materials and to replace them with the term "instructor".

In April 2010, **Trump University** officials informed the BBB that the firm had submitted a proposal to change its name, with the New York State Department Higher Education, after being requested by that agency to cease and desist using the term "University" as such use violated New York State laws.

In May 2010, **Trump University** announced on its web site that it has officially changed its name to **"The Trump Entrepreneur Initiative"**.

Com- Consent + proof of filing amendment w/ consent.

Exhibit 13
-257-

BBB NY 00519

**Guarantee**
http://www.trumpinitiative.com/products/wealthcreation/wealth-building.cfm
- *"We guarantee The Wealth Builder's Action Plan will lead you to a wealthier life."*


**Claimed results**
http://www.trumpinitiative.com/products/wealthcreation/wealth-builders-blueprint.cfm
- *This blockbuster home study program is packed end-to-end with proven, results-driven content. When you buy it and follow its 90-day program of Action Steps, you cannot fail to transform your future.*
http://www.trumpinitiative.com/products/entrepreneurship/no-money-down-ceo.cfm
- *6 proven no-money down approaches to funding your dream venture*


**Unsubstantiated Claims**
http://www.trumpinitiative.com/seminars/profit-from-real-estate.cfm
- *76% of the world's millionaires made their fortunes in real estate.*

http://www.trumpinitiative.com/
- *"exceptional 98% Student Satisfaction Rating"*

Exhibit 13
-258-

BBB NY 00520



The Better Business Bureau
Serving Metropolitan New York,
Long Island and the Mid-Hudson Region
257 Park Avenue South-4ᵗʰ Fl.
New York, NY 10010
Phone: (212) 533-7500   Fax: (212) 477-4912

bbb.org

Start With Trust

July 1, 2010

Michael Sexton
President
Trump Entrepreneur Initiative
40 Wall Street, 32nd Floor
New York, NY 10005

Dear Mr. Sexton:

I'm following up your conversation with Claire Rosenzweig as well as your letter dated May 11, 2010, addressing the issues we raised regarding your firm's business practices, **Trump University's** name change, as per the NY State Education Department, and your firm's application for BBB Business Accreditation.

Thank you for informing us of your firm's name change to **"The Trump Entrepreneur Initiative"**. To assist us with accurately updating our records on your firm, we request that you provide us with a copy of the official documents issued by the New York Department of State confirming this change and that you complete and return the enclosed *BBB Business Questionnaire* for our review.

In order to make a fair assessment of your firm's business practices, we have reviewed your web site at www.trumpinitiative.com and have made the following recommendations, outlined below, in accordance with the **BBB Code of Business Practices.**

We request substantiation of your advertisements, to ensure consumers who use your services are getting what is promised in your promotional materials. Specifically, the BBB requests substantiation regarding the following claims found on the *Trump Entrepreneur Initiative's* website:

- "98% Student Satisfaction Rating!" (www.trumpinitiative.com)

- "76% of the world's millionaires made their fortunes in real estate…" (www.trumpinitiative.com/seminars/profit-from-real-estate.cfm)

- "6 proven no-money down approaches to funding your dream venture…" (www.trumpinitiative.com/products/entrepreneurship/no-money-down-ceo.cfm)

The BBB also believes the following statements guarantee results and may be potentially misleading to consumers:

Exhibit 13
-259-

BBB NY 00521

- "This blockbuster home study program is packed end-to-end with proven, results-driven content. When you buy it and follow its 90-day program of Action Steps, you cannot fail to transform your future."
  (www.trumpinitiative.com/products/wealthcreation/wealth-builders-blueprint.cfm)

- "We guarantee The Wealth Builder's Action Plan will lead you to a wealthier life."
  (www.trumpinitiative.com/products/wealthcreation/wealth-building.cfm)

We also request that you review the **BBB Code of Advertising** which is available on our website at www.newyork.bbb.org, and suggest that you adjust your firm's advertising to reflect this code.

**We request that you please respond in writing to the issues raised above before July 12th, 2010.** Your firm is under no legal obligation to provide this information. However, we would be happy to work with your firm during the evaluation process and answer any questions you may have.

Upon receipt and review of your written response, we will proceed with updating our records accordingly and will continue to monitor your firm's activities to ensure that they meet the BBB Standards for BBB Accreditation. We will be happy to consider extending an invitation to BBB Accreditation to **The Trump Entrepreneur Initiative** in the future, when you have fulfilled all BBB Standards requirements.

You may mail your response to the address listed above or fax it to my attention at (212) 533-7503 or email me at smcmillan@newyork.bbb.org.

Again, we greatly appreciate your interest in the BBB and welcome you to visit our web site at www.bbb.org to review our record on your firm at any time.

Please do not hesitate to contact me at (212) 358-2808 if you have questions.

Sincerely,

Susan McMillan
SVP, Business Development & Relationships

cc:  Claire Rosenzweig, President, BBB of Metro NY

BBB NY 00522



**The Better Business Bureau**
**Serving Metropolitan New York,**
**Long Island and the Mid-Hudson Region**
257 Park Avenue South, 4th Floor
New York, NY 10010
Phone: (212) 533-7500   Fax: (212) 477-4912

7/14/10

called me 7/19/10 -

# 9705

Michael Sexton   Called —
646 - 810 - 7342

bbb
Current data
Rating B -
16 Complaints (c+)
5 Pending

98%
67% Advertising issues
Other *'s will be addressed —

will update Web site
and address issues
in writing this week

7/19/10

* Rita resent
unanswered complaints

* No further response from
M. Sexton since 19
5/27

-261-

**From:** George Sorial [mailto:gsorial@trumporg.com]
**Sent:** Monday, May 23, 2011 3:58 PM
**To:** Susan McMillan
**Cc:** Rita Plate
**Subject:** RE: BBB Metro NY - Trump Entrepreneur Initiative

Thanks Susan.  I will review your note and the attached and get back to you shortly.  I appreciate your help with this.

George

George A. Sorial
Managing Director - International Development
and Assistant General Counsel
The Trump Organization
725 Fifth Avenue, 26th Floor
New York, NY 10022
Direct: (212) 836-3204
Fax: (212) 980-3821
gsorial@trumporg.com

Exhibit 13
-262-

BBB NY 00524

**Susan McMillan**

| | |
|---|---|
| **From:** | Susan McMillan |
| **Sent:** | Monday, May 23, 2011 3:20 PM |
| **To:** | 'gsorial@trumporg.com' |
| **Cc:** | Rita Plate |
| **Subject:** | BBB Metro NY – Trump Entrepreneur Initiative |
| **Attachments:** | TrumpEntrepreneurInitiative-July12010.pdf; BBB SBQ 2010.pdf |

Mr. Sorial,

I'm following up with you regarding your conversation earlier today with Rita Plate, VP of Customer Services for the BBB of Metro NY.

As discussed, over the past few months, the BBB has continued to review your firm and follow-up with Trump Entrepreneur Initiative staff regarding outstanding complaints received by the BBB. In the interim, we have suspended our rating on your firm pending conclusion of our review.

I've attached my previous correspondence, dated July 1, 2010, which we sent to your firm requesting information that would assist the BBB with providing Trump Entrepreneur Initiative with the grade for which it best qualifies.  To date however, we have not received your written response. Also, because you have since amended your firm's web site at http://www.trumpinitiative.com, we request that you provide us with any promotional materials used with your customers to enable us to perform a comprehensive review of your firm's services, in line with the **BBB Code of Business Practices**.

I've attached a **BBB Business Questionnaire** for your convenience.  You may complete and return it to my attention for immediate processing or, you may visit our web site at **www.newyork.bbb.org/BusinessInformation** to update the information online.

Please do not hesitate to contact me if you have questions or if I can be of further assistance to you in this matter.

Thanks,

Susan McMillan |
*SVP, Business Development & Relationships*

Tel: 212-358-2808
Fax: 212-533-7503
Email: smcmillan@newyork.bbb.org
www.newyork.bbb.org

BBB Serving Metropolitan New York
30 E. 33rd Street – 12th Fl.
New York, NY  10016

This e-mail and any attached files are intended solely for the use of the individual or entity to which this mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail or call 212-533-7500 and delete this e-mail and attached files from your system.

5/23/2011

Exhibit 13
-263-

BBB NY 00525



**BBB.**

bbb.org

**Start With Trust**

The Better Business Bureau
Serving Metropolitan New York,
Long Island and the Mid-Hudson Region
257 Park Avenue South-4th Fl.
New York, NY 10010
Phone: (212) 533-7500  Fax: (212) 477-4912

July 1, 2010

Michael Sexton
President
Trump Entrepreneur Initiative
40 Wall Street, 32nd Floor
New York, NY 10005

Dear Mr. Sexton:

I'm following up your conversation with Claire Rosenzweig as well as your letter dated May 11, 2010, addressing the issues we raised regarding your firm's business practices, **Trump University's** name change, as per the NY State Education Department, and your firm's application for BBB Business Accreditation.

Thank you for informing us of your firm's name change to **"The Trump Entrepreneur Initiative"**.  To assist us with accurately updating our records on your firm, we request that you provide us with a copy of the official documents issued by the New York Department of State confirming this change and that you complete and return the enclosed *BBB Business Questionnaire* for our review.

In order to make a fair assessment of your firm's business practices, we have reviewed your web site at www.trumpinitiative.com and have made the following recommendations, outlined below, in accordance with the **BBB Code of Business Practices**.

We request substantiation of your advertisements, to ensure consumers who use your services are getting what is promised in your promotional materials.  Specifically, the BBB requests substantiation regarding the following claims found on the *Trump Entrepreneur Initiative's* website:

- "98% Student Satisfaction Rating!" (www.trumpinitiative.com)

- "76% of the world's millionaires made their fortunes in real estate..." (www.trumpinitiative.com/seminars/profit-from-real-estate.cfm)

- "6 proven no-money down approaches to funding your dream venture..." (www.trumpinitiative.com/products/entrepreneurship/no-money-down-ceo.cfm)

The BBB also believes the following statements guarantee results and may be potentially misleading to consumers:

Exhibit 13
-264-

BBB NY 00526

- "This blockbuster home study program is packed end-to-end with proven, results-driven content. When you buy it and follow its 90-day program of Action Steps, you cannot fail to transform your future."
(www.trumpinitiative.com/products/wealthcreation/wealth-builders-blueprint.cfm)

- "We guarantee The Wealth Builder's Action Plan will lead you to a wealthier life."
(www.trumpinitiative.com/products/wealthcreation/wealth-building.cfm)

We also request that you review the **BBB Code of Advertising** which is available on our website at www.newyork.bbb.org, and suggest that you adjust your firm's advertising to reflect this code.

**We request that you please respond in writing to the issues raised above before July 12th, 2010.** Your firm is under no legal obligation to provide this information. However, we would be happy to work with your firm during the evaluation process and answer any questions you may have.

Upon receipt and review of your written response, we will proceed with updating our records accordingly and will continue to monitor your firm's activities to ensure that they meet the BBB Standards for BBB Accreditation. We will be happy to consider extending an invitation to BBB Accreditation to **The Trump Entrepreneur Initiative** in the future, when you have fulfilled all BBB Standards requirements.

You may mail your response to the address listed above or fax it to my attention at (212) 533-7503 or email me at smcmillan@newyork.bbb.org.

Again, we greatly appreciate your interest in the BBB and welcome you to visit our web site at www.bbb.org to review our record on your firm at any time.

Please do not hesitate to contact me at (212) 358-2808 if you have questions.

Sincerely,

Susan McMillan
SVP, Business Development & Relationships

cc:  Claire Rosenzweig, President, BBB of Metro NY



# BBB Standard Business Questionnaire

### The Better Business Bureau Serving Metropolitan New York
### 30 East 33rd Street, 12th Floor, New York, NY 10016
### Phone: 212-533-7500    Fax: 212-477-4912
### www.bbb.org

The Better Business Bureau, a nonprofit organization, is one of the most widely respected consumer-business organizations in the country.

One of the BBB's most important services is providing "Reliability Reports" on area businesses.  Each year, over 1.9 million consumers, businesses, banks, government agencies, and the media contact the BBB to check on a company's reputation before doing business.

To list your firm with the BBB or to update your current profile, please complete this form and return it with copies of your promotional literature, advertising, contracts, brochures and annual reports, if available.

Go to http://www.newyork.bbb.org/BusinessInformation to see the information BBB has about your business and make any changes. BBB will review all submissions.  Changes should appear in BBB's public reports about businesses in a few weeks.

## GENERAL INFORMATION

Primary Firm Name

Other Business Names (DBAs, Affiliates, Subsidiaries, etc.)

| Mailing Address | City | State | Zip |
|---|---|---|---|
| Business Address | City | State | Zip |

| Telephone | Fax | Additional Phone Number(s) |
|---|---|---|

| Web Site URL | E-Mail Address |
|---|---|

Business Classification(s) / Type(s) of Business

Please briefly describe your firm and its products and/or services :

| Date Established | Date Incorporated | State of Incorporation |
|---|---|---|
| /        / | /        / | |

**Number of Customers**
- ☐ 1 - 499
- ☐ 500 – 49,999
- ☐ 50,000 – 99,999
- ☐ 100,000 – 999,999
- ☐ 1,000,000 or more

**Annual Revenue**
- ☐ $ 1 – $ 999,999
- ☐ $ 1,000,000 - $ 19,999,999
- ☐ $ 20,000,000 - $ 99,999,999
- ☐ $ 100,000,000 - $ 999,999,999
- ☐ $ 1,000,000,000 or more

Number of Locations

Number of Employees

Full-time / Part-time

- ☐ Partnership
- ☐ Proprietorship
- ☐ Corporation
- ☐ Franchise

## PRINCIPALS / OFFICERS

| ☐ Mr.  ☐ Ms. ☐ Dr.  ☐ ___ | Name | Title |
|---|---|---|
| ☐ Mr.  ☐ Ms. ☐ Dr.  ☐ ___ | Name | Title |
| ☐ Mr.  ☐ Ms. ☐ Dr.  ☐ ___ | Name | Title |

*Please complete page two – incomplete form cannot be processed*

Exhibit 13
-266-

BBB NY 00528



**The Better Business Bureau**
Serving Metropolitan New York
30 East 33rd Street
New York, NY 10016
Phone: (212) 533-7500
Fax: (212) 477-4912

Start With Trust

\* 646-810-7339

called me at 1:36 pm 5/24/11

\*  Mark ~~Petey~~ Covais \* mcovais @trumpinitiative.com

Dir., operations  New guy who will be handling

Trump Entrepreneur Initiative —
"we want an A+ rating" — "we want accredited"

Re: ——>

— Trump intern filled out initial application

Q? — Not taking on new students or customers —
Reworking the whole company - strategies
How can the firm be accredited?

MC → "The blame falls on us for not being responsible"
"We haven't been doing our due diligence"

"We Need to post a privacy policy"

\* Mark will send me an email
officially responding

Exhibit 13
-267-

BBB NY 00529

**From:** Mark Covais [mailto:mcovais@trumpinitiative.com]
**Sent:** Wednesday, May 25, 2011 10:23 AM
**To:** Susan McMillan
**Subject:** Re: BBB Metro NY - Trump Entrepreneur Initiative

Hi Susan, thank you for emailing me I don't know what was going on but my emails kept getting kicked back to me.

I just wanted to touch base with you and follow up to our conversation. Thank you for your time yesterday, it was a pleasure speaking with you. I look forward to working with you and the BBB to finally get a rating that reflects the positive experience of our customers.

As promised I had our privacy policy returned to our site. I am also in the process of filling out the questionnaire and gathering the information you requested. I am meeting with George Sorial today to update him on our progress. We or at the very least I will be following up with you by Friday.

Thanks again,

Mark Covais
The Trump Entrepreneur Initiative
40 Wall Street, 32nd Floor
New York, NY 10005
www.TrumpInitiative.com
Phone: 646.810.7339
Fax: 212.248.0782
mcovais@TrumpInitiative.com

On May 25, 2011, at 10:02 AM, "Susan McMillan" <SMcmillan@newyork.bbb.org> wrote:

> Mark,
>
> Thank you for contacting me yesterday. As we discussed, you may forward any pertinent information regarding Trump Initiative to my attention for review and processing. Below is the email I recently sent to George Sorial with the relevant attachments.
>
> Again, please do not hesitate to contact me if you have questions.
>
> Thanks,
>
> Susan McMillan |

Exhibit 13
-268-

BBB NY 00530

**From:** Susan McMillan
**Sent:** Tuesday, May 31, 2011 12:19 PM
**To:** 'Mark Covais'
**Subject:** RE: BBB Metro NY - Trump Entrepreneur Initiative

Mark,

I hope you too had a good weekend.

I'm in receipt of your email along with the documentation you attached.  We will review this information and advise you further upon completion. I must request that you also provide the completed form with any necessary update on your firm or advise me if you've submitted the information directly through our web site.

Thanks,

Susan McMillan |
*SVP, Business Development & Relationships*

Exhibit 13
-269-

BBB NY 00531

**From:** Mark Covais [mailto:mcovais@trumpinitiative.com]
**Sent:** Friday, June 03, 2011 1:02 PM
**To:** Susan McMillan
**Subject:** Thank you

Hi Susan, I just wanted to send you a quick note thanking you for your time. I really do appreciate how patient you have been with me. I apologize for moving so slowly and obsessing over each step. Over the past five years I have literally spoken to thousands of customers who could do nothing but gush over the experience they had working with us. It is that feedback that makes me feel so strongly that our company and products are of the highest quality.  I just want to make sure I am doing everything I can to see that  high quality is reflected in our score.
Thank you,

Mark Covais
The Trump Entrepreneur Initiative
40 Wall Street, 32nd Floor
New York, NY 10005
www.TrumpInitiative.com
Phone: 646.810.7339
Fax: 212.248.0782
mcovais@TrumpInitiative.com

The Trump Entrepreneur Initiative is not responsible for, and shall have no liability for any business success or failure, acts and/or omissions; the appropriateness of its student's business decisions; or, the use of or reliance on this information. The Trump Initiative does not render legal, accounting, investment or tax advice. It is your responsibility to engage appropriate professional advisors to evaluate the propriety of any transaction, strategy or approach. No guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by The Trump Initiative, its affiliates or their officers, principals, representatives, agents or employees.

*[handwritten notes:]* George Sorial called 7/26/11 9:09 Threatened to sue the BBB over its C-rating He says they are being treated unfairly as they are changing their business and coming out with a new program and that we should put our ("NR") status. Until such time. I asked him to put his request in writing

Exhibit 13
-270-

BBB NY 00532

**From:** Susan McMillan
**Sent:** Tuesday, June 14, 2011 9:09 AM
**To:** 'Mark Covais'
**Subject:** RE: BBB Metro NY - Trump Entrepreneur Initiative

Mark,

I am in receipt of your correspondence, including the completed BBB Business Questionnaire, which we will review and update accordingly. While we will process this information as expediently as possible, please allow at least two weeks for completion. I will advise you if I need further information or clarification of any issues during this review process.

Thanks,

Susan McMillan |
*SVP, Business Development & Relationships*

**From:** Mark Covais [mailto:mcovais@trumpinitiative.com]
**Sent:** Friday, June 10, 2011 6:06 PM
**To:** Susan McMillan
**Cc:** George Sorial
**Subject:** RE: BBB Metro NY - Trump Entrepreneur Initiative

Hi Susan, hopefully you're doing well and survived the heat wave this week. Attached is the questionnaire for your approval. I look at its submission as another positive step towards becoming an A+ rated Better Business Bureau Accredited company. I'm confident that with your guidance and our commitment to quality and customer satisfaction we will achieve that goal together. I look forward to working with you through this process. Please let me know if I can do anything or answer any questions. This is my top priority and I will always be available to speak with you. Please feel free to even contact me on my cell phone after business hours if need be. My cell 914-374-8355. Thank you again for all help. I am optimistically anticipating your response and feedback.

Kind Regards,

Mark Covais
The Trump Entrepreneur Initiative
40 Wall Street, 32nd Floor
New York, NY 10005
www.TrumpInitiative.com
Phone: 646.810.7339
Fax: 212.248.0782
mcovais@TrumpInitiative.com

*Called 6/30/11*

Exhibit 13
-271-

BBB NY 00533

**From:** Mark Covais [mailto:mcovais@trumpinitiative.com]
**Sent:** Friday, May 27, 2011 9:08 PM
**To:** Susan McMillan
**Subject:** RE: BBB Metro NY - Trump Entrepreneur Initiative

Hi Susan, hopefully you have started your holiday weekend already which I plan to after this email. Attached is the documentation you requested of our name change.
I have reviewed your correspondence to Michael Sexton dated 7/1/10 and again I apologize for the delay in responding. As we have discussed there have been numerous changes to our company since them but I would like to address as many of the BBB's concerns as I can.

1) 98% student satisfaction rating comes from surveys we collected at the end of our live events, which we are no longer holding.
2) I believe we got the "76% of the worlds Millionaires made their money in real estate" statistic off the internet.
3) I don't know where the following three statements and information comes from it is no longer on the site and I can't find it as of yet.
   a) "6 proven no –money down approaches to funding your dream venture..."
   b) "This blockbuster home study program....."
   c) "We guarantee The Wealth Builder's Action Plan...."

As we discussed we haven't taken on any new students since August and we are in the process of reworking all of our program. In regard to the completion of the questionnaire I would like to speak to you first before submission. I will follow up with you Tuesday.

Thank you,

Mark Covais
The Trump Entrepreneur Initiative
40 Wall Street, 32nd Floor
New York, NY 10005
www.TrumpInitiative.com
Phone: 646.810.7339
Fax: 212.248.0782
mcovais@TrumpInitiative.com

Exhibit 13
-272-

BBB NY 00534

*cwd 6/16/11*

# BBB Standard Business Questionnaire

*updated in DesBase 6/29/11*

The Better Business Bureau Serving Metropolitan New York
30 East 33rd Street, 12th Floor, New York, NY 10016
Phone: 212-533-7500    Fax: 212-477-4912
www.bbb.org

The Better Business Bureau, a nonprofit organization, is one of the most widely respected consumer-business organizations in the country.

One of the BBB's most important services is providing "Reliability Reports" on area businesses. Each year, over 1.9 million consumers, businesses, banks, government agencies, and the media contact the BBB to check on a company's reputation before doing business.

To list your firm with the BBB or to update your current profile, please complete this form and return it with copies of your promotional literature, advertising, contracts, brochures and annual reports, if available.

Go to http://www.newyork.bbb.org/BusinessInformation to see the information BBB has about your business and make any changes. BBB will review all submissions. Changes should appear in BBB's public reports about businesses in a few weeks.

## GENERAL INFORMATION

**Primary Firm Name**
Trump Entrepreneur Initiative

**Other Business Names (DBAs, Affiliates, Subsidiaries, etc.)**

| Mailing Address | City | State | Zip |
|---|---|---|---|
| 40 Wall St., 32nd Fl. | New York | NY | 10005 |

| Business Address | City | State | Zip |
|---|---|---|---|
| 40 Wall St., 32nd Fl. | New York | NY | 10005 |

| Telephone | Fax | Additional Phone Number(s) |
|---|---|---|
| 212-248-1800 | 212-937-3130, 212.248.0782 | |

| Web Site URL | E-Mail Address |
|---|---|
| www.Trumpinitiative.com   *7/5/11 Mark Colais* | customersupport@trumpinitiative.com |

**Business Classification(s) / Type(s) of Business**   ? 
Educational Consultants → *(would like this category - # BBB TOB) → definition?*

**Please briefly describe your firm and its products and/or services:**
We provide educational materials and support for Entrepreneurs. *explain* *per customer Agreement Training Program / Investment seminars*

| Date Established | Date Incorporated | State of Incorporation |
|---|---|---|
| 10/25/04 | 10/25/04 | NY |

**Number of Customers**
- ☐ 1 - 499
- ☒ 500 – 49,999
- ☐ 50,000 – 99,999
- ☐ 100,000 – 999,999
- ☐ 1,000,000 or more

**Annual Revenue**
- ☒ $ 1 – $ 999,999
- ☐ $ 1,000,000 - $ 19,999,999
- ☐ $ 20,000,000 - $ 99,999,999
- ☐ $ 100,000,000 - $ 999,999,999
- ☐ $ 1,000,000,000 or more

**Number of Locations**
1

**Number of Employees**
4 Full-time
11 Outside Contractors

- ☐ Partnership
- ☐ Proprietorship
- ☒ Corporation   *LLC*
- ☐ Branch

## PRINCIPALS / OFFICERS

| | Name | Title |
|---|---|---|
| ☒ Mr. ☐ Ms. ☐ Dr. ☐ — | Donald Trump | President |
| ☐ Mr. ☐ Ms. ☐ Dr. ☐ — | | |

Exhibit 13
-273-

BBB NY 00535



# BBB Standard Business Questionnaire

The Better Business Bureau Serving Metropolitan New York
30 East 33rd Street, 12th Floor, New York, NY 10016
Phone: 212-533-7500   Fax: 212-477-4912
www.bbb.org

## CORRESPONDENCE

**1. Customer Service Contact (For Inquiries & Complaints)**

| Name | Title |
|---|---|
| Paul Reisner | Customer Service Manager |

| Phone | Fax | E-mail |
|---|---|---|
| 646-810-2117 | 212-937-3830 | preisner@trumpinitiative.com |

**2. Additional Customer Service Contact**

| Name | Title |
|---|---|
| Mark Covals   *7/25 update Per mark Covals (by phone)* | Director of Operations |

| Phone | Fax | E-mail |
|---|---|---|
| 646-810-7339   *7358 Ext.* | 212-937-3830   *937-* | mcovals@trumpinitiative.com |

## LICENSING INFORMATION

| Agency Name | License Number(s) | Date Issued | Expiration Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

## OTHER LOCATIONS

**Headquarters Address**

40 Wall St., 32 Fl., NY, NY, 10005

**Branches / Other Locations**

## ADVERTISING

**Method(s) of Selling and Marketing (Please check all that apply)**

☐ Wholesale  ☐ Retail  ☐ Door-to-Door  ☐ Telemarketing  ☐ Mail Order  ☐ E-mail  ☐ Web site  ☐ Home-based  ☐ Other

**Advertising (Please check all types used)**

☐ National  ☐ Local  ☐ Print Media  ☐ Internet  ☐ Telemarketing  ☐ Direct Mail  ☐ Coupons  ☐ Online Ads  ☐ Door-to-Door  ☐ Yellow Pages
☐ E-mail  ☐ Radio  ☐ Flyers  ☐ TV  ☐ Brochures  ☐ Other

**If eligible, would you be interested in BBB Business Accreditation?**
(View BBB Standards at www.newyork.bbb.org)    X YES    ☐ NO

**The information on this form was provided by:**

| Name | Title | Signature |
|---|---|---|
| Mark Covals | Director of Operations | *Mark Covals* |
| **Company Name** | | **Date** |
| The Trump Entrepreneur Initiative | | 6/9/11 |

This completed form will assist us greatly in answering inquiries from the public about your company.  It does not imply endorsement of your firm, product or service, nor does it authorize use of the Better Business Bureau name or logo. © 2009 The Better Business Bureau ® serving Metropolitan New York.

Exhibit 13
-274-

BBB NY 00536

**From:** Susan McMillan
**Sent:** Wednesday, July 06, 2011 12:40 PM
**To:** 'Mark Covais'
**Cc:** Shawn Fafara
**Subject:** BBB Metro NY - Trump Entrepreneur Initiative Evaluation

Mark,

I hope you're well.

I'm following up on our recent correspondence regarding your application for BBB Accreditation with the Metro NY BBB, which we received on June 3rd.

In order to proceed with our evaluation of The Trump Entrepreneur Initiative, we would need to have access to your website as provided to your customers. Also, please submit for review any printed or digital promotional materials, a copy of any contract/agreement used with your customers, along with a copy of your firm's standard fee schedule including a full explanation thereof. Upon receipt of this information, we will proceed with our review and advise you of your firm's eligibility status.

You may review our website for detailed information regarding BBB Business Accreditation Standards here: **http://www.newyork.bbb.org/Business-Accreditation/.**

Please do not hesitate to contact me if you have questions or if I can be of assistance to you during this review process.

Thanks,

Susan McMillan
*SVP, Business Development & Relationships*

Tel: 212-358-2808
Fax: 212-533-7503
Email: smcmillan@newyork.bbb.org
www.newyork.bbb.org

BBB Serving Metropolitan New York
30 E. 33rd Street - 12th Fl.
New York, NY 10016

Exhibit 13
-275-

BBB NY 00537

**From:** Mark Covais [mailto:mcovais@trumpinitiative.com]
**Sent:** Thursday, June 30, 2011 8:42 PM
**To:** Susan McMillan
**Subject:** Trump Entrepreneur Initiative Evaluation

Hi Susan, I am just checking in with you to see how our evaluation is progressing. Please let me know if I can do anything or if you have any questions. I am in the office tomorrow so hopefully we'll get a chance to connect. If not enjoy the long holiday weekend. Have a Happy 4th of July and we will talk next week. Thank you,

Mark Covais
The Trump Entrepreneur Initiative
40 Wall Street, 32nd Floor
New York, NY 10005
www.TrumpInitiative.com
Phone: 646.810.7339
Fax: 212.248.0782
mcovais@TrumpInitiative.com

The Trump Entrepreneur Initiative is not responsible for, and shall have no liability for any business success or failure, acts and/or omissions; the appropriateness of its student's business decisions; or, the use of or reliance on this information. The Trump Initiative does not render legal, accounting, investment or tax advice. It is your responsibility to engage appropriate professional advisors to evaluate the propriety of any transaction, strategy or approach. No guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by The Trump Initiative, its affiliates or their officers, principals, representatives, agents or employees.

The Trump Entrepreneur Initiative is not responsible for, and shall have no liability for any business success or failure, acts and/or omissions; the appropriateness of its student's business decisions; or, the use of or reliance on this information. The Trump Entrepreneur Initiative does not render legal, accounting, investment or tax advice. It is your responsibility to engage appropriate professional advisors to evaluate the propriety of any transaction, strategy or approach. No guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by The Trump Entrepreneur Initiative, its affiliates or their officers, principals, representatives, agents or employees.

Exhibit 13
-276-

BBB NY 00538

**From:** Susan McMillan
**Sent:** Tuesday, July 19, 2011 3:04 PM
**To:** 'Mark Covais'
**Subject:** RE: BBB Metro NY - Trump Entrepreneur Initiative Evaluation

Mark,

We review all firms based on our BBB Accreditation Standards. When requested, firms interested in BBB Accreditation are required to provide the BBB with any relevant business information pertaining to our review, including materials currently in use with their customers.  Once you provide the required information for Trump Initiative, we will review it and advise you of your firm's eligibility status.

Please be advised that we have reviewed and updated our records based on the BBB Business Questionnaire you submitted on June 10th and will release the rating shortly.

Please let me know if you have questions or if I can be of further assistance in this matter.

Thanks,

Susan McMillan I
*SVP, Business Development & Relationships*
Tel: 212-358-2808
Fax: 212-533-7503
Email: smcmillan@newyork.bbb.org
www.newyork.bbb.org
BBB Serving Metropolitan New York
30 E. 33rd Street - 12th Fl.
New York, NY  10016

**From:** Mark Covais [mailto:mcovais@trumpinitiative.com]
**Sent:** Friday, July 15, 2011 7:06 PM
**To:** Susan McMillan
**Subject:** RE: BBB Metro NY - Trump Entrepreneur Initiative Evaluation

Hi Susan, as you suggested, I have spent some time reviewing the BBB Code of Business Practices ( BBB Accreditation Standards)and I feel confident that the Trump Initiative is worthy of Accreditation.  I would like some guidance on a few things to move forward. As we have previously discussed we are in the process of updating our website and revamping our curriculum/product line. We have not yet begun to advertise or sell anything in 2011, but still meet BBB Accreditation Standards according to Standard #1 Section A. We also have been and will continue to actively delivering services to over 1000+ customers on products they have already purchased.  Keeping this in mind, you have requested that we submit for review any promotional materials, contract/agreement, fee schedule and explanation. Since we are currently not using any of the materials and information you have requested would it be acceptable to submit materials we were using 7 months ago that were offered and used to acquire our current customers? I also would like clarification on Standard #1 Section D where it says you have to maintain at least a B rating, currently I believe we are listed as "No Rating" by the BBB would we need to receive a rating first before we move forward with the accreditation process? Thank you again for all your help and assistance and I look forward to hearing back from you.

Thank you,

Exhibit 13
-277-

BBB NY 00539

**From:** George Sorial [mailto:gsorial@trumporg.com]
**Sent:** Tuesday, July 26, 2011 1:19 PM
**To:** Susan McMillan
**Cc:** Rita Plate; Mark Covais
**Subject:** On behalf of The Trump Entrepreur Initiative

Ms. McMillan:

As we discussed by telephone, we are extremely frustrated with The Better Business Bureau's (the "BBB") ongoing unfair and defamatory treatment of the Trump Entrepreneur Initiative ("TEI"). When dialogue between our offices began several months ago, we agreed to work together and proceed in good faith towards an "A+" evaluation.  Unfortunately and despite our best efforts, your office has been totally unresponsive and ultimately failed to objectively evaluate TEI.

For example, during our call this morning, you indicated that the "complaint history" was the primary reason for the current "C-" evaluation.  As you know and we have previously indicated, TEI undertook great measures to insure customer satisfaction through its student evaluation surveys (which we offered for your review).  TEI has in excess of one million online users and 11,000 former student surveys on file with only a very small number expressing any dissatisfaction.  In New York, 95% of those students surveyed rated the courses as "excellent" (the highest score of 5 on a scale of 1-5) and nationally that figure was 98%.  These numbers speak for themselves and clearly demonstrate that the overwhelming majority of students who enrolled in our courses were extremely happy with our products.

Your assertions that we failed to respond to consumer complaints are not accurate and lack any factual basis.  In contrast, TEI worked diligently to address the concerns of the very small minority of students that were not satisfied.  TEI has a very generous refund policy which provides students with the protection of a 100% refund if requested anytime within three days of purchase.  This policy far exceeds the industry standards and represents our confidence in the quality of our courses.  Your own records indicate that we have resolved all outstanding complaints with the BBB and with thousands of students taking our NY programs, less than 2% ever registered complaints with your office to begin with.

Additionally, despite repeated written and verbal communications concerning the proper business classification for TEI, you intentionally and knowingly misclassified TEI as a "seminar company" instead of "educational consultant."  Even worse, when questioned about that decision, you stated that the category of "educational consultant" did not exist.  In actuality, there are hundreds of businesses rated and accredited by the BBB that are classified as "educational consultants."  You have no grounds to place TEI in this category and should have requested additional information if there was any confusion.

Accordingly, please be advised that we request you reevaluate your decision to issue a grade of "C-" for TEI.  During the interim, we demand that you immediately withdraw the grade of "C-" and, instead indicate the program is undergoing further evaluation, or is "Not Rated."

Your failure to immediately comply with our demand will force us to proceed with a legal action against you and the BBB.

I look forward to your response.

Very truly yours,


George A. Sorial

Exhibit 13
-278-

BBB NY 00540

# T R U M P

## THE TRUMP ORGANIZATION

**George A. Sorial**
**Managing Director – International Development**
**and Assistant General Counsel**
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3204 | f. 212.980.3821
gsorial@trumporg.com | trump.com

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

Exhibit 13
-279-

BBB NY 00541

**From:** Susan McMillan
**Sent:** Wednesday, July 27, 2011 12:58 PM
**To:** 'George Sorial'
**Cc:** Rita Plate; Dan Borbet; Mark Covais
**Subject:** RE: On behalf of The Trump Entrepreur Initiative

Mr. Sorial,

We are in receipt of your correspondence dated 7/26/11, which we are currently reviewing and will respond to you in writing shortly.

Thanks,

Susan McMillan |
*SVP, Business Development & Relationships*

Tel: 212-358-2808
Fax: 212-533-7503
Email: smcmillan@newyork.bbb.org
www.newyork.bbb.org

---

**From:** George Sorial [mailto:gsorial@trumporg.com]
**Sent:** Wednesday, July 27, 2011 12:51 PM
**To:** Susan McMillan
**Cc:** Rita Plate; Dan Borbet; Mark Covais
**Subject:** FW: On behalf of The Trump Entrepreur Initiative

Ms. McMillan:

We have interpreted your failure to respond and comply with our demands as an indication that you are not willing to do so.

Accordingly, if you and your organization are represented by counsel, please forward their contact information so I can serve a Summons/Complaint for a lawsuit to be commenced on behalf of TEI.

Otherwise I intend to serve them directly to you at the BBB offices in NYC.

Thank you.

George A. Sorial

# TRUMP
THE TRUMP ORGANIZATION

**George A. Sorial**
Managing Director – International Development
and Assistant General Counsel
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3204 | f. 212.980.3821
gsorial@trumporg.com | trump.com

7/27/11

1:08pm
*[handwritten]* M. Sorial called   640-810-7329
asked that I call him before
I "send anything else out."

Exhibit 13
-280-

BBB NY 00542

**From:** Susan McMillan
**Sent:** Wednesday, July 27, 2011 4:49 PM
**To:** 'George Sorial'
**Cc:** Mark Covais; Rita Plate
**Subject:** BBB Metro NY - On behalf of The Trump Entrepreur Initiative

George A. Sorial
Managing Director International Development and Assistant General Counsel

Mr. Sorial,

I am in receipt of your correspondence dated July 26th (below) in reference to your BBB Business Review.

The BBB System-wide rating is objective and based on 16 elements that are applied to all companies regardless of their BBB Accreditation status or lack thereof.  As noted in your firm's online BBB Business Review, factors that lowered the rating include 25 consumer complaints filed against Trump Entrepreneur Initiative (TEI), two of which were not resolved between the consumer and TEI.  Factors that raised the rating include your firm's response to 25 consumer complaints and that we have sufficient background information on your business.  The background information to which we refer was provided by Mark Covais, Director of Operations of TEI via email on June 9, 2011 (see attached).  The information Mr. Covais provided informs the algorithm that determines the business rating in accordance with BBB system-wide ratings policy.  The NR rating can only be assigned to a company according to BBB policy, as stated in our Overview of Ratings:  http://www.bbb.org/business-reviews/ratings/.

Our goal is to provide current, accurate information.  Please re-review the attached BBB questionnaire completed and submitted by your representative and advise us if it reflects the current state of your business including items referring to size of business (e.g., accurate number of customers).  Regarding the Type of Business, can you please clarify, in writing, the exact nature of your business for our review? Also, can the BBB independently verify the accuracy of this information?

Please be advised that according to BBB system-wide complaint acceptance policy, complaints that are accepted and processed by the BBB remain on a company's record 36 months, the BBB's standard reporting period.

We will review and process your written response upon receipt.  Please feel free to contact me in writing if you have questions.

Thanks,

Susan McMillan |
*SVP, Business Development & Relationships*

Tel: 212-358-2808
Fax: 212-533-7503
Email: smcmillan@newyork.bbb.org
www.newyork.bbb.org

BBB Serving Metropolitan New York
30 E. 33rd Street - 12th Fl.

Exhibit 13
-281-

BBB NY 00543

**From:** Susan McMillan
**Sent:** Thursday, July 28, 2011 1:16 PM
**To:** gsorial@trumporg.com
**Cc:** mcovais@trumpinitiative.com; Rita Plate
**Subject:** BBB Metro NY - On behalf of The Trump Entrepreur Initiative

**George A. Sorial**
Managing Director – International Development
and Assistant General Counsel
The Trump Organization
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3204 | f. 212.980.3821
gsorial@trumporg.com | trump.com

Mr. Sorial,

We are in receipt of your email correspondence dated July 27, 2011.

Regarding your notice that you are reviewing the BBB questionnaire and plan to re-submit an amended version with additional information, and since BBB System-wide Rating policy states that if a "BBB Report is either under review or being updated" it meets the NR file condition, The Trump Entrepreneur Initiative's BBB Business Review will reflect the NR status temporarily, while this review is being conducted. Please refer to BBB's email of July 27th in reference to independent verification of information.

We will review your written response and re-submitted questionnaire upon receipt. Please feel free to contact me in writing if you have questions.

Thanks,

Susan McMillan
SVP, Business Development & Relationships
Tel: 212-358-2808
Fax: 212-533-7503
Email: smcmillan@newyork.bbb.org
www.newyork.bbb.org

Exhibit 13
-282-

BBB NY 00544

-----Original Message-----
From: George Sorial [mailto:gsorial@trumporg.com]
Sent: Sunday, July 31, 2011 5:40 PM
To: Susan McMillan
Cc: Mark Covais; Rita Plate
Subject: Re: BBB Metro NY - On behalf of The Trump Entrepreur Initiative

Thanks Susan. We are in the process of completely revising our program and intend to resubmit our application when we can. We want to enjoy a positive relationship with the BBB going forward and will endeavor to obtain a score of "A+" in the near future. I am glad we could resolve this amicably.

George


George A. Sorial
Managing Director
International Development
and Asst. General Counsel
The Trump Organization
725 Fifth Avenue, 26th Floor
New York, NY 10022
Direct: (212) 836-3204
Fax: (212) 980-3821
gsorial@trumporg.com

Exhibit 13
-283-

BBB NY 00545

# EXHIBIT 14
# [Filed Conditionally Under Seal]

Exhibit 14
-284-303-

# EXHIBIT 15

Exhibit 15
-304-

## AFFIDAVIT OF JOHN BROWN

STATE OF NEW YORK       )
                              )ss.:
COUNTY OF NEW YORK     )

JOHN BROWN being duly sworn, deposes and says:

1.      I reside at 120 Cabrini Blvd. #25, New York, NY 10033.

2.      I make this statement concerning the business acts and practices of Trump University ("Trump") of my own knowledge.

3.      I became interested in Trump because of Donald Trump's name and it seemed like an excellent opportunity to deepen my knowledge of real estate. I thought that Donald Trump might be one of the speakers and that if his name was on this program, it had to be legitimate and it had to be great. Donald Trump did not show up at any of the programs.

4.      I was also interested in the program because I believed that it would be presented as a "university" with a series of courses and lectures. I thought Trump would teach me everything I needed to know to be successful and make money in real estate investing, and I expected it to help me make enough money to secure a comfortable future retirement.

5.      I first attended a free introductory class held on September 14, 2009, entitled, "Profit from Real Estate Investing." Then, I returned to take a three-day training seminar on September 25-27, 2009, at the New York Marriott East Side. The cost of the three-day seminar was $1,495.

6.      James Harris, the speaker at the three-day seminar, was very motivational. He bragged about how much money he made in real estate. He said he was a consultant

1

Exhibit 15
-305-

TU-BROWN0000376

for Donald Trump. We were told that every speaker was handpicked by Mr. Trump. There were pictures of Donald Trump in the room.

7.      The material covered during the three-day program was very general. It was not well presented in print. A portion of the seminar was nothing more than a push for participants to sign up for the Trump Elite programs.

8.      Part way through the seminar, I mentioned to another participant that the program seemed "shady" and this comment got back to Mr. Harris. After our break, Mr. Harris, clearly annoyed, let the audience know that the program was not shady.

9.      Mr. Harris told us to call our credit card companies and request an increase of our credit card limits. He said that this would provide us with more money for investing. A number of people made calls to their credit card companies. I was turned down for an increase in my spending limit.

10.     At the end of the three-day seminar, Mr. Harris said that we were now ready to invest in real estate. However, he continued pushing the Trump Elite programs, saying that they would provide us with very detailed information about real estate investing and that we would be working one-on-one with a mentor. He made me feel like if I did not buy the program, I would not succeed. When people said that they did not have enough money to pay for the Trump Elite programs, Mr. Harris suggested using the newly increased credit card limit to pay for it, or to use multiple credit cards. Mr. Harris said that we would be able to make our tuition money back after our first few real estate deals.

11.     At the three-day seminar, I purchased Trump Gold Elite Three-Day In-Field Mentorship for $24,995. I wanted to purchase the $34,995 package, but I did not have enough money. I used multiple credit cards to pay for the Field Mentorship.

Exhibit 15
-306-

TU-BROWN0000377

12.     I selected my mentor, Steve Gilpin, based on the suggestions of the Trump staff. During the three-day seminar, we were told that he was one of Trump's top mentors. We spoke on the telephone a number of times and Steve taught me some things about real estate based on my questions. If I had no questions, our call was very short. The calls were a disappointment because I felt inadequately prepared to ask questions. I didn't know enough about real estate to ask solid real estate questions. I had a limit of ten calls as part of the Trump Elite program for which I signed up.

13.     After a couple of months, at Mr. Gilpin's suggestion, I went to Philadelphia (at my own expense) for two days. Mr. Gilpin, his business colleague, and a real estate agent, Anthony Devoue, took me to see a number of different properties. Mr. Gilpin said that Philadelphia was a hot area for investing in real estate. We saw more than twenty properties. Mr. Gilpin was not personally familiar with the Philadelphia real estate market, but Anthony Devoue, who selected the properties and came with us to inspect them, was very good and professional. Mr. Gilpin walked through each house very quickly and told me all that needed fixing and how much it would cost.

14.     The mentorship program was not what I expected from a university. Because the program was called a "university," I expected live training in a classroom setting, like one would have at a college or a university.

15.     I did not attend any seminars or retreats as part of the Trump Elite program because I could not afford the $34,995 program.

16.     I filled out evaluations for both the three-day and the Trump Elite programs. I gave Mr. Harris above-average ratings, and I gave Mr. Gilpin a range of marks. Because my ratings for the mentorship were not as high as Trump University wanted them to be, they called me and asked me to change the lower marks to higher

3

Exhibit 15
-307-

TU-BROWN0000378

marks.  I said that I would change my evaluation only when I was satisfied that I received what I needed to be able to invest in real estate.  Trump University called me several times asking that I change Mr. Gilpin's evaluation.  I kept refusing, but after several calls I said that I no longer cared and that I just wanted them to stop calling me.  Trump then, as far as I know, changed my lower ratings to higher ratings for Mr. Gilpin.  But on a scale from one to ten, Trump Elite, for me, was a three or four.   The information they provided was basic and mediocre.

17.     I complained to Trump about the mentor program and told them that I was not getting out of it what I wanted.  I told them that I needed classroom time with instructors.  Trump replied that the program might be set up that way in the future, but not at that time.

18.     I called and requested a refund after the Trump Elite program because I was not satisfied with the program.  Instead of a refund, I got another sales pitch.  Mark Covais offered me a chance to take the course again for free with a different instructor.  I rejected his offer because I felt that it was going to be more of the same ineffective programs and sessions.  Trump University never refunded my money.

19.     I am still paying off more than $20,000 credit card debt incurred as a result of Trump's tuition.

20.     I did not make any investments in real estate as a result of Trump.  I tried to use some of the Trump principles, but I couldn't remember enough and I was too depressed about not knowing how to be successful to make any deals.  I gave up.

4

Exhibit 15
-308-

TU-BROWN0000379

21.     Because of the Trump name, I felt these classes would be the best, but I came to realize that I was not adequately trained which caused me to feel that Trump University had taken advantage of me.



JOHN BROWN


Sworn before me this 16 day of August , 2012

Notary Public _____

State of NY

My Commission Expires: 3/1/2014

5

Exhibit 15
-309-

TU-BROWN0000380

# EXHIBITS 16-19
# [Filed Conditionally
# Under Seal]

# EXHIBIT 20

Exhibit 20
-417-

Advisor:_____



Course Code:_____
Student ID #:_____

## CONTACT INFORMATION

| NAME | | | | GUEST NAME | | | |
|------|--|--|--|-----------|--|--|--|
| ADDRESS | | | | ADDRESS | | | |
| CITY | STATE | ZIP CODE | | CITY | STATE | ZIP CODE | |
| EMAIL | | | | EMAIL | | | |
| HOME PHONE | WORK PHONE | | | HOME PHONE | WORK PHONE | | |
| CELL PHONE | FAX | | | CELL PHONE | FAX | | |

## ENROLLMENT

| | | | |
|--|--|--|--|
| **Profit from Real Estate 3-Day Training:** $1,495<br>(12 Month Audit Privileges) | | $1,495.00 | |
| **Guest or Business Partner** | **Free Bonus** | | |
| **Premium Membership**<br>(12 months) | **Free Bonus** | | |
| **Real Estate Breakthrough 2009**<br>(Journal & Audio Course) | **Free Bonus** | | |
| **Foreclosure DealSource**<br>(Workshop attendance and credit card required to activate 30 Day Free Trial) | **Free Bonus*** | | |

## PAYMENT

| ☐ **Credit Card** | VISA | | | | NAME  EXACTLY AS IT APPEARS ON THE CARD (Please Print) | | |
|-------------------|------|--|--|--|-----------------------------------------------------|--|--|
| CREDIT CARD NO | | | | | BILLING ADDRESS (if different from above) | | |
| EXP DATE | | SECURITY CODE | | CITY | | STATE | ZIP |
| ☐ **Check** | | ACCOUNT NO | | | | CHECK NO | |

**You may cancel this agreement without any penalty, at any time prior to midnight of the third business day after the date of this transaction. See cancellation notice on reverse side for explanation of this right.** _____Initials

You, the Buyer, may withdraw without penalty from the training class scheduled above by the end of the first day of the next regularly scheduled training class as specified above, or within (14) days from the enrollment date, whichever occurs first.  If you attend at a subsequent time, the cancellation option will not apply.

*Data Subscription Fees: I hereby authorize Trump U to charge my bank account or credit card account, noted below, in the sum of $34.95 per month, payable monthly as if I had personally signed a check or sales draft slip to Trump U.  This authorization shall remain in effect unless and until I notify Trump U in writing that I wish to cancel this subscription, which I may do at any time whatsoever.  A record of my payment will be included in my bank or credit card statement and will serve as my receipt. This subscription can be cancelled at the first day of training. _____Initials

This training is provided for education only and no guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by the Program, Program instructors, Trump U, their affiliates or their officers, principals, representatives, agents or employees (collectively, "Principals"). I acknowledge that none of the Principals is engaged in rendering financial, investment, legal, accounting, or other professional services or advice.  If such professional advice or other expert services are required, I acknowledge that I should seek the services of a competent professional who can consider my particular circumstances. I acknowledge that none of the Principals is responsible for, and they shall have no liability for, my business success or failure, my acts and omissions, the appropriateness of my business decisions, or my use of or reliance on Program information.

By signing below, I ("Participant") acknowledge that I have read and agree to the provisions on the front and back of this Enrollment Form.

| SIGNATURE | DATE | GUEST SIGNATURE | DATE |
|-----------|------|-----------------|------|
| | | | |

**White Copy:** TRUMP U          **Pink Copy:** CUSTOMER

Trump U  40 Wall Street 32nd Floor   New York, New York  10005   P. 212-248-1800  F. 212-937-3830

Exhibit 20
-418-
TU 96908

NOTICE OF CANCELLATION

Date: _____

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION WITHIN THREE BUSINESS DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OF SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN BUSINESS DAYS FOLLOWING RECEIPT BY THE MERCHANT OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE MERCHANT AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY IF YOU WISH TO COMPLY WITH THE INSTRUCTIONS OF THE MERCHANT REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE MERCHANT'S EXPENSE AND RISK.

IF YOU DO NOT AGREE TO RETURN THE GOODS TO THE MERCHANT, OR IF THE MERCHANT DOES NOT PICK THEM UP WITHIN TWENTY DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR FAX 212-937-3830, OR SEND A TELEGRAM, TO TRUMP U, 40 WALL STREET, NEW YORK, NY 10005 NOT LATER THAN MIDNIGHT OF _____.

I HEREBY CANCEL THIS TRANSACTION.

DATE: _____

_____
Buyer's Signature
Print Name: _____
Address: _____
_____
Telephone: _____

Exhibit 20
-419-
TU 96909