# EXHIBITS 40-41
# [Filed Conditionally Under Seal]

# EXHIBIT 42

Exhibit 42
-940-



**Register Now for Our New October 2009 Workshop!**

# The time to invest in Texas real estate is *NOW!*

Learn from Donald Trump's handpicked experts how you can profit from the largest real estate liquidation in history. Attend our **FREE investor workshop!**

He's the most celebrated entrepreneur on earth. He's earned more in a day than most people do in a lifetime. He's living a life many men and women only dream about. And now he's ready to share—with Americans like you—the Trump process for investing in today's once-in-a-lifetime real estate market.

Come to this **FREE introductory class** and you'll learn from Donald Trump's hand-picked instructors a systematic method for investing in real estate that anyone can use effectively. You'll learn foreclosure investing from the inside out. You'll learn how to finance your deals using other people's money. You'll learn how to overcome your fear of getting started.

> **"I can turn anyone into a successful real estate investor, including you."**
> **— Donald Trump**

Today's financial crisis and credit crunch has politicians and bankers scrambling for answers. They've got bailouts and rescue packages **but who's helping you?** We'll help you by teaching you how to **profit from the billion dollar bailouts** that have opened the door for unprecedented investment opportunities.

> **"Within six months I put a down payment on my first property which I bought for $107,900. I then rehabbed and flipped the 3,000+ square foot home for a profit of more than $30,000."**
>
> **— Scott T.**
> **Phoenix, Arizona**
> *Personal Results, Results not typical*

With home prices dropping through the floor, historically low interest rates, and record high inventories, **2009 is the "perfect storm" for real estate investors** of every income and experience level. But you need to approach this with the kind of proven expertise contained in Donald Trump's powerful techniques and strategies.

# Cash in on the Greatest Property Liquidation in History!

## *Discover how to ...*

✓ Buy real estate from banks—at up to 70% below market value!

✓ Finance your deals creatively in today's tight credit market!

✓ Buy the right properties at the right time—and know when to sell!

✓ Secure your retirement by generating passive income!

✓ Invest in real estate through your IRA—tax free!

✓ Find pre-foreclosures in your area!



Attendees receive a **FREE** *Secrets of Real Estate Marketing* CD-Rom—a $129 value—plus a bonus class on probate investing!

**3 DAYS ONLY!** Act Now! Space is limited, reserve your seat today at TrumpUniversityTX.com or call 888-TRUMP-14 (888-878-6714).



| MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|
| October 12th | October 13th | October 14th |
| 1:30 PM & 7:00 PM | 1:00 PM & 7:00 PM | 1:00 PM & 7:00 PM |
| **San Antonio** | **San Antonio** | **San Antonio** |
| Marriott Riverwalk | Hill Country Resort and Spa | Airport Hotel |
| 889 East Market Street | 9800 Hyatt Resort Drive | 611 Northwest Loop 410 |
| San Antonio, TX | San Antonio, TX | San Antonio, TX |

Registration begins 30 minutes prior to start of classes. Classes begin promptly at the scheduled times. Donald Trump will not appear at event.

# TRUMP
### UNIVERSITY

TU 62063

Exhibit 42
-941-

# EXHIBIT 43

Exhibit 43
-942-



# The next best thing to being his Apprentice

Learn from Donald Trump's handpicked expert how you can profit from the largest real estate liquidation in history. Attend our **FREE investor workshop**!

He's the most celebrated entrepreneur on earth. He's earned more in a day than most people do in a lifetime. He's living a life many men and women only dream about. And now he's ready to share—with Americans like you—the Trump process for investing in today's once-in-a-lifetime real estate market.

Come to this **FREE introductory class** and you'll learn from Donald Trump's handpicked instructor a systematic method for investing in real estate that anyone can use effectively. You'll learn foreclosure investing from the inside out. You'll learn how to finance your deals using other people's money. You'll learn how to overcome your fear of getting started.

**"I can turn anyone into a successful real estate investor, including you."**
**– Donald Trump**

Today's financial crisis and credit crunch has politicians and bankers scrambling for answers. They've got bailouts and rescue packages **but who's helping you?** We'll help you by teaching you how to **profit from the billion dollar bailouts** that have opened the door for unprecedented investment opportunities.

With home prices dropping through the floor, historically low interest rates, and record high inventories, **2009 is the "perfect storm" for real estate investors** of every income and experience level. But you need to approach this with the kind of proven expertise contained in Donald Trump's powerful techniques and strategies.

## Cash in on the Greatest Property Liquidation in History!
### Discover how to ...

✓ Buy real estate from banks—at up to 70% below market value!

✓ Finance your deals creatively in today's tight credit market!

✓ Buy the right properties at the right time—and know when to sell!

✓ Secure your retirement by generating passive income!

✓ Invest in real estate through your IRA—tax free!

✓ Find pre-foreclosures in your area!

**"The training and coaching I received from Trump U is priceless. I closed on my first investment property (and) earned $50,000."**

**– Robert (Bob) Mulack, Ormond Beach, Florida**
*Personal Results, Results not typical*



Get this $50 gift absolutely FREE for attending:
*Catch the Wave: How Timing Can Make You a Fortune in Real Estate Today.*

**Act Now! Space is limited, reserve your seat today at TrumpUniversityTexas.com or call 888-TRUMP-14** (888-878-6714).

| **MONDAY**<br>April 6th<br>1:00 PM & 6:30 PM | **TUESDAY**<br>April 7th<br>1:00 PM & 6:30 PM | **WEDNESDAY**<br>April 8th<br>1:00 PM & 6:30 PM | **THURSDAY**<br>April 9th<br>1:00 PM & 6:30 PM |  |
|---|---|---|---|---|
| **Sugar Land Marriott Town Square**<br><br>16090 City Walk<br>Sugar Land, TX | **Hilton Houston NASA Clear Lake**<br><br>3000 NASA Parkway<br>Houston, TX | **Houston Marriott North at Greenspoint**<br><br>255 N Sam Houston Parkway East<br>Houston, TX | **JW Marriott Hotel Houston**<br><br>5150 Westheimer Road<br>Houston, TX | **TRUMP**<br>UNIVERSITY |

Registration begins 30 minutes prior to start of classes. Classes begin promptly at the scheduled time. Donald Trump will not appear at the event.

TU 62064

Exhibit 43
-943-

# EXHIBIT 44
[Intentionally Omitted]

Exhibit 44
-944-

# EXHIBITS 45
# [Filed Conditionally Under Seal]

Exhibit 45
-945-947-

# EXHIBIT 46

Exhibit 46
-948-

Small Group Mentoring



**Donald Trump is sending one of his handpicked associates to** Your Area **to teach you the necessary skills to Think Big.**

Over the course of 3 days, you and your certified Mentor will work in a group of no more than 6 people--to guarantee you receive individualized training and hands on experience. Your Mentor will work with you to customize a program tailored to your specific needs--whether you are looking to create long-term positive cash flow and passive income, or focus on short-term profits.

**Together, you and your Mentor will:**

- Conduct due diligence
- View properties
- Analyze deals
- Negotiate terms
- Submit offers

After completing the program you will have direct access to your Mentor for 12 months to field any questions that may arise. You will also receive a 12-month membership to The Trump Entrepreneur Initiative's Wealth Builder's Network, an online community where real estate investors can share information and learn more about successful investing.

**Small Mentoring Group spaces are limited. Don't miss this opportunity to succeed in real estate investing. Reserve your spot today.**



RESERVE YOUR PLACE NOW

| | |
|---|---|
| Email | bmueller@trumpuniversity.com |
| | If this is not your email address, click here. |
| First name | Trump |
| Last name | User |
| Address | |
| City | New York |
| State/Territory | New York |
| Country | United States |
| Postal code | |
| Primary phone | |
| Alternate phone | |

SUBMIT NOW

About Us    Privacy Policy    FAQ    Contact us

Tools  Intranet

# EXHIBIT 47
# [Filed Conditionally Under Seal]

Exhibit 47
-950-1039-

# EXHIBIT 48

Exhibit 48
- 1040 -

David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:  (619) 233-5535
Email:  dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 10 CV 0940 IEG (WVG) <br><br> SUPPLEMENTAL RESPONSE OF DONALD J. TRUMP TO SECOND SET OF INTERROGATORIES BY PLAINTIFFS |

PROPOUNDING PARTY:   Plaintiffs TARLA MAKAEFF, BRANDON KELLER, and ED OBERKROM

RESPONDING PARTIES:   Defendants DONALD J. TRUMP

SET NUMBER:        Two - Supplemental

The following are Donald J. Trump's Supplemental Responses to Plaintiffs' Interrogatories (Set Two).

PLEASE TAKE NOTICE that the following Responses are made subject to the fact that investigation and discovery are ongoing, and consequently the parties may learn additional facts presently unknown, or may locate additional facts presently unknown, or may locate additional

Exhibit 48
- 1041 -

1  documents presently not identified, which may alter or invalidate this Response.  Consequently,

2  these Responses are made without prejudice to the right to produce at any future time, including the

3  time of trial, subsequently discovered material facts and documents.

4  　　　PLEASE NOTE FURTHER that these Responses are made solely for the purpose of, and in

5  relation to, the above-entitled action.  Except for admissions explicitly made herein, no admission of

6  any nature whatsoever is to be implied or inferred.  The fact that these Responses may contain

7  answers or admissions to certain requests or questions should not be taken as an admission or

8  concession of the existence of any facts set forth or assumed by such requests or questions, or that

9  such Responses constitute evidence of any such fact set forth or assumed.

10  　　　PLEASE NOTE FURTHER that any request or question that was propounded to be

11  continuing is objected to as oppressive, burdensome, and not in proper compliance with Federal

12  Rules of Civil Procedure, and will not be regarded as continuing in nature.  The fact that such

13  purportedly continuing request or question is responded to herein is not a waiver of such objection.

14  　　　PLEASE NOTE FURTHER that these Responses must be construed as given on the basis of

15  present recollection.  The Responses are made subject to all appropriate objections, including but not

16  limited to objections concerning competency, relevancy, materiality, propriety, and admissibility,

17  which objections may require the exclusion of any fact contained herein if the same response were

18  sought from a witness present and testifying at time of trial.  All such objections and grounds

19  therefor are reserved and may be interposed at time of trial.

20  **SUPPLEMENTAL RESPONSES TO INTERROGATORIES**

21  INTERROGATORY NO. 10:

22  　　　Describe in detail your involvement with Trump University, including, without limitation,

23  identifying any and all meetings you attended and all documents relating to Trump University that

24  you reviewed or prepared or both.

25  RESPONSE TO INTERROGATORY NO. 10:

26  　　　From 2006 to the present, Mr. Trump has had significant involvement with both the

27  operation and overall business strategy of Trump University.  Mr. Trump's involvement has

28  included, but not been limited to, the following: attending frequent meetings over the years with

2
Case No. 10 CV 0940 IEG (WVG)
SUPPLEMENTAL RESPONSE OF DONALD J. TRUMP TO SECOND SET OF INTERROGATORIES BY
PLAINTIFFS

Exhibit 48
- 1042 -

1   Trump University's (former) President, Michael Sexton, to discuss Trump University's operations,

2   the company's philosophy, the development of Trump University's curriculum as well as the

3   company's overall business strategy; attending periodic meetings with various experts responsible

4   for drafting and developing Trump University course materials, including, Columbia University

5   Business School professor, Don Sexton, former Stanford University, University of Virginia and

6   University of Illinois business professor, Gary W. Eldred, PhD, Babson Professor Michael Gordon,

7   Columbia Business School Adjunct Profession Jack Kaplan, and recognized wealth preservation

8   author, speaker and mentor, J.J. Childers, all for the purpose of communicating and integrating

9   Mr. Trump's ideas, strategies and overall business philosophy; reviewing and approving various

10   Trump University newsletters, blog entries and essays featured on Trump University's website,

11   including, without limitation, "Inside Trump Tower", "Ask Mr. Trump", "Trump University

12   Magazine" and "Trump University Online"; reviewing and approving Trump University

13   publications, including, without limitation, "Never Give Up" and "Trump 101"; providing Trump

14   University management with actual real estate case studies for integration in Trump University

15   course materials, seminars and presentations including, without limitation, the acquisitions of 40

16   Wall Street, Trump Tower (New York), Mar-A-Lago and the Palm Beach, Florida home.

17   **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

18        From 2006 to the present, Mr. Trump has had significant involvement with both the

19   operation and overall business strategy of Trump University.  Mr. Trump's involvement has

20   included, but not been limited to, the following: attending frequent meetings over the years with

21   Trump University's (former) President, Michael Sexton, to discuss Trump University's operations,

22   the company's philosophy, the development of Trump University's curriculum as well as the

23   company's overall business strategy; attending periodic meetings with various experts responsible

24   for drafting and developing Trump University course materials, including, Columbia University

25   Business School professor, Don Sexton, former Stanford University, University of Virginia and

26   University of Illinois business professor, Gary W. Eldred, PhD, Babson Professor Michael Gordon,

27   Columbia Business School Adjunct Profession Jack Kaplan, recognized wealth preservation author,

28   speaker and mentor, J.J. Childers, Professor of Dartmouth, John Vogel, and world renown Roger

Exhibit 48
- 1043 -

Schank, who was a Professor at Stanford and then Yale, all for the purpose of communicating and integrating Mr. Trump's ideas, strategies and overall business philosophy; reviewing and approving various Trump University newsletters, blog entries and essays featured on Trump University's website, including, without limitation, "Inside Trump Tower", "Ask Mr. Trump", "Trump University Magazine" and "Trump University Online"; reviewing and approving Trump University publications, including, without limitation, "Never Give Up" and "Trump 101"; providing Trump University management with actual real estate case studies for integration in Trump University course materials, seminars and presentations including, without limitation, the acquisitions of 40 Wall Street, Trump Tower (New York), Mar-A-Lago and the Palm Beach, Florida home.

INTERROGATORY NO. 11:

Identify all Trump University speakers, instructors and mentors that you contend were experts in real estate.

RESPONSE TO INTERROGATORY NO. 11:

Trump University objects to this request as overbroad, vague and ambiguous. Notwithstanding the foregoing objections, Trump University states that numerous individuals associated with and/or who provided services to Trump University could reasonably be considered to possess expertise in various aspects of business, real estate, teaching and/or mentoring. These individuals include, without limitation, the following:

Don Sexton

Gary Eldred

JJ Childers

Michael Gordon

Jack Kaplan

Michael Potter

Roger Schank

Howard E. Haller

Steve Miller

Alex Grist

Exhibit 48
- 1044 -

1  Stephen Gilpin

2  Bob Steenson

3  Troy Peterson

4  Roger Lafleur

5  Tad Lignell

6  Kevin Derrick

7  Johnny Horton

8  Gene Guarino

9  Kerry Lucas

10  Mike Kasper

11  Medith Webb

12  Chris Lombardo

13  Keith Sperry

14  John Jamieson

15  Mike Biglane

16  Scott Leitzell

17  Tim Gorsline

18  James Harris

19  Geoff Nowlin

20  Chris Goff

21  Mike Dubin

22  Rick McNally

23  Joe Lahore

24  Stephen Libman

25  Gary Sturgeon

26  Koz Khosravani

27  Billy Cannon

28  Omar Periu

SUPPLEMENTAL RESPONSE OF DONALD J. TRUMP TO SECOND SET OF INTERROGATORIES BY
PLAINTIFFS

Exhibit 48
- 1045 -

1    Keith Sperry

2    **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11:**

3        Notwithstanding the foregoing, the following people listed above in the original response to

4    Interrogatory No. 11 would not be considered to have expertise specifically to and exclusively in real

5    estate: Don Sexton, Michael Gordon, Jack Kaplan, Michael Potter, Roger Schank, Scott Lietzell,

6    Koz Khosovrani and Omar Periu.

7    INTERROGATORY NO. 14:

8        For all of the Trump University speakers, instructors and mentors that were hand-picked by

9    you (as identified in Interrogatory No. 13), describe in detail the process by which you hand-picked

10    such speakers, instructors and mentors, including how these speakers were located, and which, if

11    any, agencies or other entities were involved.

12    RESPONSE TO INTERROGATORY NO. 14:

13        See response to Interrogatory No. 13.

14    **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:**

15        Donald J. Trump and Michael Sexton met to discuss the concept of and vision for Trump

16    University.  They agreed that Trump University would hire known and recognized experts in their

17    respective fields.  Michael Sexton, as President of Trump University, then conducted extensive

18    research, including but not limited to online research, contacting universities, calling professors,

19    contacting people identified by referral sources, and the like, to identify potential experts to work on

20    Trump University programs, prepare materials and the curriculum, etc.  Mr. Sexton's searches

21    included top tier universities and professors.  Mr. Sexton and staff reviewed the credentials,

22    backgrounds and experience of potential experts.  In addition to the names provided in earlier

23    responses, they also included Professor of Dartmouth, John Vogel, and world renown Roger Shank

24    who was a Professor at Stanford and then Yale.  These experts spent considerable time with

25    Mr. Sexton and Mr. Trump discussing the curriculum, their vision for the company, real estate, and

26    related issues and topics within each of the background and expertise of these individuals.

27    Mr. Sexton also met with Mr. Trump to discuss their expertise and their potential role in and with

28    Trump University.  Employees, independent contractors, speakers, instructors, etc., submitted

Exhibit 48
- 1046 -

1  information about their background, resumes, filled out questionnaires, etc. detailing some of their

2  education, background and experience.  Research and investigation was conducted about each

3  applicant.  Mr. Trump and Mr. Sexton discussed the continued vision for Trump University, and

4  thereafter, Mr. Sexton hired additional employees or independent contractors to provide the various

5  areas of expertise needed for Trump University.  COO David Highbloom also was involved in the

6  hiring and/or contracting process for employees and independent contractors using the same or

7  similar criteria.  Witnesses include those individuals identified above.

8

9

Dated:      July 6, 2012                         YUNKER & SCHNEIDER

10

11                                                         By_____
                                                         Attorneys for Defendants and Counterclaimant
12                                                         TRUMP UNIVERSITY, LLC and
                                                         DONALD J. TRUMP
13                                                         E-mail: dks@yslaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 48
- 1047 -

# EXHIBIT 49

Exhibit 49
-1048-

**Redacted**





TU-PLTF00319

Exhibit 49
-1049-













TU-PLTF00322

Exhibit 49
-1052-









TU-PLTF00324

Exhibit 49
-1054-









TU-PLTF00326

Exhibit 49
-1056-





TU-PLTF00327

Exhibit 49
-1057-



# EXHIBIT 50

Exhibit 50
-1059-

State educrats give failing grade to Donald Trump's 'misleading' Trump University - New ...   Page 1 of 3



 News

| News | Sports | Gossip | Entertainment | Events | Local | Opinion | Life & Style | Photos | More Sections + |

National    World    Politics    Crime    Headlines / Archives    Photos    Columnists    News Blogs

NYDN Home → Collections → **Money**

TU-PLTF00001

Exhibit 50
-1060-

# State educrats give failing grade to Donald Trump's 'misleading' Trump University

Recommend   34

2        0

BY DOUGLAS FEIDEN
DAILY NEWS STAFF WRITER
Friday, April 16, 2010

Donald Trump, state educrats have a dunce cap with your name on it.

They're accusing the self-promoting mogul of "misleading" the public and breaking the law with his online business education firm - humbly called Trump University.

In a strongly worded letter obtained by the Daily News, the state Education Department slammed the tycoon for calling the cyber-school a university and demanded he stop using the term.

"Use of the word 'university' by your corporation is misleading and violates New York Education Law and the Rules of the Board of Regents," wrote Deputy Commissioner for Higher Education Joseph Frey.

Adding to Trump's woes, the for-profit firm that promises to teach wanna-be billionaires the secrets of deal-making was hit with a D-minus rating by the Better Business Bureau in January.



ADS BY GOOGLE

### CosMedix® - Free Shipping

Get Your Skin Care Essentials Today & Have Them Shipped Free: Shop Now!
www.CosMedix.com

Trump seldom ducks a fight, but "University" co-founder and President Michael Sexton sounded ready to throw in the cap-and-gown last night.

"We'll cooperate with them fully and at the end of the day, if we're in violation of any state regulation, we will change our name to Trump Education," he said.

Founded in 2005, Trump U's Web site boasts of an "Ivy League-quality curriculum" and "world-class faculty." Trump is described as an "archetypal businessman, deal-maker without peer and ardent philanthropist."

The school, which doesn't confer college credits or degrees, charges $995 for some courses.

dfeiden@nydailynews.com

ADS BY GOOGLE

### ITT Tech - Official Site

Visit Our San Diego Area Locations Request a Free brochure today!
www.ITT-Tech.edu/California

**From NYDailyNews.com**

Arnold Schwarzenegger's daughter Katherine begins 'healing' after deleting tweet about forgiveness

Rudy Giuliani's company, Giuliani Security & Safety, moving into corporate security field

Reclusive 104 year-old heiress Huguette Clark enters hospital - leaving palatial homes behind

Reclusive Manhattan heiress Heiress Clark, 104, leaves behind $500 million fortune

**From Around the Web**

Ex-Husband of Arnold Schwarzenegger's Alleged Mistress Speaks Out (omg!) (OMG!)

Chris Meloni Leaving SVU? (omg!) (OMG!)

Macworld Podcast: AppleScript and iTunes (PC World)

Is 'DWTS' Pro Maksim Chmerkovskiy Leaving? (Betty Confidential)

American Idol's Top 12 Take on the Rolling Stones (Betty Confidential)

[what's this]

ADS BY GOOGLE

Pharmacy Tech

TU-PLTF00002

Exhibit 50
-1061-





© Copyright 2011 NY Daily News.com                    Index by Keyword | Index by Date | Privacy Policy | Terms of Service

http://articles.nydailynews.com/2010-04-16/news/27061901_1_donald-trump-dunce-cap-tr...   5/25/2011

# EXHIBITS 51-56
# [Filed Conditionally Under Seal]

# EXHIBIT 57

Exhibit 57
-1159-

# YOUR NEXT STEP TO LIFETIME WEALTH...

**Congratulations on completing this 10-Step preparation program.**

You are about to take the next BIG step toward becoming a real estate investor: attending Trump University's Fast Track to Foreclosure Investing training. You are on your way to joining hundreds of other graduates of the Trump University as a successful real estate investor. The upcoming training program is designed to help you gain a new perspective on your possibilities. Anything is possible when you see something you want!

The three-day training program is designed to supply knowledge that you can use to achieve important objectives for a real estate investor. These objectives include how to:

- Locate desirable Foreclosure properties
- Learn Donald Trump's Foreclosure System, and turn properties for quick profit
- Analyze deals
- Negotiate with sellers
- Apply alternative financing techniques
- Build a team of professionals and partners
- Structure offers to minimize risk
- Successfully close on the transaction

At Trump University our goal is to empower our students through education to achieve financial independence. But we understand that successful investors aren't always created in three days of training. For that reason, every student in our Fast Track to Foreclosure Investing program is given a **full year of ongoing support** to ensure that they have every opportunity to achieve their goals. This Premium Membership provides you with exclusive support and resources including:

- A Client Advisor – Your partner in developing and implementing a personal learning plan
- Weekly Teleseminars – Learn live from the experts, or listen to the recording at a later date
- Ask the Expert – The Real Estate Expert answers member questions
- Forms Vault – Dozens of legal forms at your fingertips
- Resource Library – Real Estate and Financial Planning articles by Mr. Trump and his team
- Continuing Education – Receive a complimentary invitation to regional workshops
- Special Discounts/Special Events – Enjoy member pricing and programs

Now you have everything you need to jump start your success. Welcome to Trump University.

**TU-MAKAEFF0298**

Exhibit 57
-1160-

# EXHIBIT 58

Exhibit 58
-1161-

*Fast track* to
# FORECLOSURE
# INVESTING

# *Frequently Asked Questions*

### CAN I BRING A GUEST?
Certainly, as long as the guest is a family member, such as a spouse, parent, sibling or child.

### HOW MUCH WILL IT COST TO TAKE A REFRESHER COURSE ON FORECLOSURE?
Nothing, you can audit the class at any time for one year.

### HOW LONG IS MY MEMBERSHIP GOOD FOR?
You really have two memberships. The first is with Trump University, it lasts forever. The second is an exclusive 12-month Premium Membership that includes a client advisor, weekly expert webinars, a comprehensive resource library, and much more.

### WHAT HAPPENS IF I CAN ONLY MAKE TWO DAYS OF TRAINING?
Of course it is always best to attend all three days, however, attend as many as you can and then you can come back and audit the class in any location for up to one year.

### WHAT SHOULD I BRING?
You are not required to bring any Trump University materials that you have already received thus far. The hotel provides pens and small notepads. However, you may want to bring extra note-taking materials with you.

### WHAT SHOULD I WEAR?
Dress comfortably, as you will be in class for the majority of the time. You may find the room cold so we suggest you bring a sweater.

### ARE MEALS INCLUDED?
We will not be providing meals.

### DO I HAVE TO STAY AT THE HOTEL WHERE THE TRAINING IS BEING HELD?
No, however we do expect that you allow adequate travel time in order to be on time for class.

### DO I NEED A COMPUTER?
No, you can attend the program without one, however, we strongly recommend that you have one as you become an active real estate investor.

### ARE THERE ANY OTHER COSTS INVOLVED?
Your *Fast Track to Foreclosure Investing Training* requires no additional fee. You may be offered the opportunity to participate in our *Advanced Training Programs*, in which case additional tuition will be required.

### WHEN DO I GET MATERIALS?
You will receive all of your materials at the three day training.

For more information visit us online at **TrumpUniversity.com**, or give us a call at **877-508-7867**.

TU-MAKAEFF0311

Exhibit 58
-1162-

# EXHIBIT 59
# [Filed Conditionally Under Seal]

Exhibit 59
-1163-1179-

# EXHIBIT 60

Exhibit 60
-1180-

**Melissa Bacci**

| | |
|---|---|
| **From:** | Amber Eck [ambere@zhlaw.com] |
| **Sent:** | Monday, November 07, 2011 5:17 PM |
| **To:** | Tom Merrick |
| **Cc:** | Melissa Bacci; Rachel Jensen |
| **Subject:** | Redacted |

Follow Up Flag: Redacted
Flag Status:

Redacted

**From:** Charles Wren [mailto:charles.sonya@gmail.com]
**Sent:** Monday, July 26, 2010 5:31 PM
**To:** Amber Eck
**Subject:** Redacted
Redacted

# Redacted

--------- Forwarded message ----------
From: **Charles Wren** <charles.sonya@gmail.com>
Date: Wed, Jun 23, 2010 at 9:37 PM
Subject: Misrepresentation of Services and Breach of Contract of the Trump Gold Elite Program
- Request for Cancellation and Refund
To: dtrump@trumpinitiative.com, msexton@trumpinitiative.com, mbloom@trumpinitiative.com,
rschank@trumpinitiative.com, gsaunders@trumpinitiative.com, preisner@trumpinitiative.com,
jschauer@trumpinitiative.com, jkatz@trumpinitiative.com
Cc: Gillian Birnie <gbirnie@trumpinitiative.com>, sgoff@trumpuniversity.com, Troy Peterson
<tpeterson@trumpinitiative.com>, sgilpin@trumpinitiative.com

To:   Donald J. Trump, Chairman
      Michael W. Sexton, President and Co-Founder
      Michael I. Bloom, Chief Marketing Officer
      Joseph Katz, VP Marketing
      Roger Schank, Chief Learning Officer
      Greg Saunders, Vice President Technology
      Paul Reisner
      Jason Schauer

Gentlemen,

We respectfully request that the Trump Initiative immediately cancel our one-year membership

11/18/2011

**TU-PLTF00710**

Exhibit 60
-1181-

to the Gold Elite program and refund our payment of $25,490 due to breach of contract for misrepresentation of services rendered. We joined Trump University on May 16, 2010 in Glendale, California with the promise that our one-year membership would contain the mentorship/coaching program that was described by Stephen Goff during the 3-Day "Profit from Real Estate Investing" seminar. Mr. Goff frequently stated during the seminar that he was being recorded.

Disturbingly, the Trump Initiative has lost credibility and has not positioned itself as a firm to be trusted because the mentorship/coaching program that was described and proposed as sufficient to start a full-time real estate business, does not actually exist. Instead of receiving the mentorship/coaching program that was promised, our experience is that the Trump Initiative could not provide an available mentor. Furthermore, the amount of mentoring provided was simply not in sufficient quantity to start a full-time real estate business as proposed during the 3-Day seminar.

Throughout our 30-day membership, Trump University failed to provide a qualified mentor for us to work in accordance with our one year membership in the Gold Elite program. For instance, we were informed by Troy Peterson and Gillian Birnie on June 8, 2010 that the one year mentoring program only included six (6) one-hour sessions, a cumulative total of six (6) mentoring hours for 1 year of mentoring! When this information was discussed with Gillian Birnie, she offered fifty-two (52) sessions. However, these sessions could not be scheduled with any mentors after dozens of phone calls and emails, many of which were never returned, as we consistently requested the mentoring support that was commensurate with what was promised. If the Trump Initiative (Stephen Goff) had candidly stated that the mentoring program only consisted of six (6) one-hour sessions during the 3-Day seminar or during our one on one discussions with him, we would not have paid our fee. This misrepresentation forms the basis of our request for refund due because it is considered as a breach of contract due to a misrepresentation of services to be rendered.

Below is a detailed account of our experience with Trump University:

On May 14, 2010, we attended a 3-day "Profit from Real Estate Investing" seminar, which was held at the Embassy Suites hotel in Glendale, California. We paid a fee of $1,495 for which we are not seeking a refund. The lead instructor was Mr. Stephen Goff. Other Trump University staff in attendance were Michael Hinson, Gary Graham and Susan Morrison. On May 15, 2010, the second day of the seminar we, along with a group of 40-45 other individuals were presented and offered the Trump Gold Elite program by Mr. Goff. We were told this program would provide those who joined an opportunity to be part of the Trump family and learn how to invest in real estate from the pros. Mr. Goff reviewed the Gold Elite program in detail with the group and wrote the following description of the Gold Elite program on his overhead projector:

Trump Gold Elite Program
3-Day In-person Field Coaching
1-YR Consulting
Quick Turn Real Estate Profits Retreat
Creative Financing Retreat
Wealth Preservation Retreat
Commercial & Multi-Unit Retreat
Trump University's LLC Formation Service
Real Estate Investor's Online Training Program
1-YR Free Deal Source Software

Mr. Goff told the group that this was a premium package and that we could expect premium service and results. He shared with the group that those people who joined would have the opportunity to work one-

11/18/2011

**TU-PLTF00711**

Exhibit 60
-1182-

on-one with a specific mentor to meet their individual goals and objectives. He explained in detail that the 1-YR consulting meant that we would have access to coaching and mentoring as needed in accordance with our experience level and desired need.

Mr. Goff was asked to describe how Trump University would provide these services on the West Coast, as a firm based in New York. Mr. Goff replied that Trump had mentors in several time zones and that coaching appointments would not be an issue and could accommodate any West Coast schedule. Mr. Goff shared with the group on countless occasions that everything he said was being audio taped and that the corporate office would not allow him to say anything that wasn't true.

During the afternoon of May 15, 2010, Mr. Goff and the other Trump staff began to meet individually with the students in attendance to review the Trump Gold Elite program. We met individually with Michael Hinson on the afternoon May 15, 2010. He shared his success with the program and Trump's commitment to provide each gold member with extensive one-on-one training and education. We shared our concern over the $34,995 cost and requested further detail about the 1-YR Consulting and the 3-Day Field Mentorship.

On May 16, 2010, we met individually with Stephen Goff and continued to share our concern over the $34,995 cost and requested additional detail about the 1-YR Consulting and the 3-Day Field Mentorship. Mr. Goff assured us that we would indeed receive premium service and that the 1-YR consulting would include as many individual coaching sessions as we needed with our assigned mentor. We specifically told Mr. Goff that one of us (Sonya Wren) would focus on real estate investing full time and that she would need a mentor who could support a student who is looking to implement the Trump program full time. Again, Mr. Goff assured us that Trump University would accommodate our schedules whether we were working the program on a full or part time basis, and provide us unlimited coaching for one year. We told Mr. Goff that we were only interested in the 1-YR Consulting and 3-Day Mentorship programs. He then split the package to include the 1 YR Consutling, the 3-Day Mentorship and the Incorporate your Business for a price of $25,490. He included the Quick Start Real Estate Retreat free of charge because he said he had administrative rights as the program's author. After our discussion with Mr. Goff, we signed up for the Trump Gold Elite program.

Initially, Troy Peterson was assigned as our mentor. Our first coaching session occurred on Monday, May 24, 2010 at 8am EST / 5am PST. This coaching session was for one hour. Our second one hour coaching session took place on Tuesday, June 1, 2010 at 8am EST / 5am PST. During our third coaching session with Troy Peterson on Tuesday, June 8, 2010, we opened the conversation by sharing with Mr. Peterson that the content and the pace of the coaching was much too slow and that we weren't learning at a pace that would support us in being successful. We explained to him that speaking to him once a week was not providing us the level of coaching that we needed or had paid for. We requested to speak with him an additional hour per week. He said he couldn't do it because of his busy schedule. We then asked for an additional fifteen to twenty minutes a week and he said he could not do that either. Mr. Peterson then shared with us that the 1-YR Consulting as part of the Gold Elite program only included six (6) one-hour coaching sessions with a mentor.

As you may image, we were very concerned upon learning that the 1YR Consulting was for only six hours and not on an as needed basis as stated by Mr Goff. A total of six (6) coaching hours is not what we were told or agreed to, even when we specifically asked. Furthermore, this was not written anywhere in our contract. Moreover, a total of six (6) coaching hours was not disclosed to the group of 40-45 individuals who attended the May 14-16th seminar in Glendale, California. That same day, Tuesday, June 8, 2010 Sonya Wren contacted Gillian Birnie followed later by Charles Wren. Gillian shared that she was new to her position in this department but that she would remedy our situation to our satisfaction.

11/18/2011

**TU-PLTF00712**

Exhibit 60
-1183-

When directly asked why Trump University is not disclosing that their 1-YR Consulting program actually consists of six (6) one-hour sessions Gillian Birnie commented that she didn't agree with that practice and is trying to make some changes. Ms. Birnie directly stated that she believes this information should be disclosed. After a few discussions on June 8, 2010 Gillian Birnie forwarded and asked that we sign a Settlement and Release agreement, providing us with 52 weeks of one-hour coaching sessions.

On June 9, 2010 we received a call from Kevin Derrick. After our discussion, Mr. Derrick informed us that he could not provide the coaching we needed and he would discuss with Gillian. On June 10, 2010 we received a revised Settlement letter and Release from Gillian Birnie because the original version contained several errors that had been discussed on June 9, 2010 in separate conversations with Sonya and Charles. Ms. Birnie also shared with us that she had secured a new mentor for us, Steve Gilpin. We completed a quick introductory call with Steve Gilpen on Thursday, June 10, 2010 and this is when he shared with us that he was only available from 12PM to 8PM EST. He had no time outside of this window because of obligations outside of Trump Initiative. We also did not sign either Settlement and/or Release agreement.

On the evening of June 10, 2010 we sent an email to Gillian Birnie asking her for a mentor whose schedule was conducive to individuals on the West Coast and that Steve Gilpin could not speak with us in the early AM or after work hours, PST. On June 11, 2010, we received a phone call from Steve Goff. We shared our concerns and he informed us that he had also spoke with management at the corporate office to express his concern over this lack of service and follow-up. On Friday, June 11th, we spoke with Gillian Birnie again and told her our needs for scheduling coaching sessions. She said she would speak with Steve Gilpin about his schedule. At this point, we had been in contact with several individuals at Trump Initiative who appeared empathetic and agreed that our 1-YR Consulting should be as often as needed. However, a mentor was not made available to commit to the 52 weeks proposed in Gillian's Settlement.

On Friday, June 11th we received call from Steve Gilpin. Mr. Gilpin stated he would be our mentor, but again stated that he could only speak with us between the hours of 12PM to 8PM EST. We told Mr. Gilpin that we requested and were told that we would receive coaching sessions that occurred in the early AM hours or after work hours, PST. Mr. Gilpin informed us that his appointments were handled through his assistant, MJ. On Monday, June 14, 2010 Charles Wren scheduled twenty (20) coaching sessions with MJ from Wednesday, June 16th to August 30th at 6PM PST or 5pm PST. MJ shared with us that Mr. Gilpin was very busy over the next couple of months and that she was doing her best to "squeeze us in". Later that day, Sonya Wren contacted MJ to express concerns that we had not spoken to a mentor in over a week and asked if we could get an appointment with Mr. Gilpin that same day or the following day. MJ replied that Mr. Gilpin is really busy. On Tuesday, June 15th, Sonya Wren received a call from Steve Gilpin to discuss our schedules and whether or not we would agree to having individual sessions and/or taping sessions so that one of us could speak with him directly and the other could listen to the audiotapes at a later time. Sonya Wren shared with Mr. Gilpin that we were actually scheduled to have a coaching session with him on Wednesday, June 16th at 6pm PST. He expressed clear concern and asked who had scheduled the appointment at that time. When Sonya replied that MJ had scheduled the appointment, he informed her that he would have to call us later. We have never heard back from Mr. Steve Gilpin.

On Wednesday, June 16, 2010, Sonya Wren called MJ to confirm our 6pm PST coaching session scheduled with Mr. Gilpin for that same day. MJ informed Sonya that we didn't have an appointment and that all twenty (20) appointments with Steve Gilpin were never put into the system. MJ stated that because Sonya Wren had expressed concerns to her over the difficulty of securing appointments with

11/18/2011

TU-PLTF00713

Exhibit 60
-1184-

Mr. Gilpin and that she would be calling Gillian Birnie, MJ decided to cancel the appointments. We have never heard back from MJ regarding re-establishing our appointments.

On Wednesday, June 16, 2010 at 1:06PM PST, an email was sent to Gillian Birnie canceling our one year Gold Elite membership and requesting a full refund of $25,490.00  A follow up email was sent to Ms. Birnie on Sunday, June 20, 2010.  We have not received an acknowledgment or response to either email.  In fact, we have not heard from anyone at Trump Initiative since we canceled on June 16, 2010. Additionally, we spoke with Jason Schauer on Wednesday, June 16th and informed him of our cancellation and request for refund.  He was also forwarded a copy of the email cancellation.  We have not heard back from him as well.  Emails to Gillian Birnie, Jason Schauer and Stephen Goff remained unanswered.

Gentlemen, we believed in and trusted the Donald Trump name and joined Trump Initiative to receive 1-YR of consulting on an as needed basis with a mentor, a 3-Day field mentorship, and Incorporate your Business.  Trump Initiative has breached our contract and has not delivered on the consulting portion of our agreement. Trump Initiative has gravely misrepresented their services by not informing us, and scores of others that their 1-YR Consulting with a mentor is actually six hours of coaching.  Moreover, when specifically questioned about the details of the 1-YR Consulting, we were not told the truth.  We have not used, nor scheduled the 3-Day Field Mentorship program or the Incorporate your Business.  We will no longer do business with Trump Initiative.

We are requesting a full refund of $25,490 to our American Express, account ending Redacted

Sincerely,

Charles and Sonya Wren
customer #1084491


cc:  New York Attorney General's Office
      New York Better Business Bureau
      New York State Consumer Protection Agency
      American Express Dispute Resolution
      Zeldes & Haeggquist, LLP

11/18/2011

**TU-PLTF00714**

Exhibit 60
-1185-

# EXHIBIT 61

Exhibit 61
-1186-

*Fast track* to
# FORECLOSURE
# INVESTING

# *Advanced Real Estate Training Options*

## PERSONALIZED TRAINING & GUIDANCE

### In-Field Mentorship
Nothing can accelerate a real estate investment more than having a Trump Mentor. Our Mentors fly into your market and in three action-packed days walk you through every step of a real estate transaction, from finding great properties to running the numbers to making the offers. You work hand in hand with the Mentor to learn how to invest the Trump way so that even when the Mentor is gone, you can continue to build your financial future.

### Executive Coaching
Every great performer has a great coach to provide them with support, knowledge and guidance. Trump coaches are experienced real estate investors that work one-on-one with students to create customized training programs. The coach focuses exclusively on your financial objectives and provides the structure and accountability to ensure that your goals are achieved.

## ADVANCED TRAINING RETREATS

### Wealth Preservation Retreat
Learn how to choose the proper entity for your real estate or other business, structure yourself for lower taxes, protect yourself from frivolous lawsuits, and pass your wealth on to your heirs while protecting them from financial threats. You will learn directly from an experienced team including an attorney, accountant and investor.

### Quick Turn Real Estate Retreat
Create immediate and monthly cash flow without using any of your own money or credit. You will learn how to wholesale, lease option and owner-finance properties for quick profits.

### Commercial & Multi-Family Retreat
Learn how to locate and analyze multi-unit properties by completing due diligence and learning market trends. You will learn: tax strategies, condo conversions, preconstruction, property management and more.

## TOOLS AND RESOURCES

### Investor's Edge Real Estate Software
Successful investors have the edge—the ability to access current property and industry information and a proven, structured method of analysis. *The Investor's Edge Software* is designed to deliver vital property information in an organized fashion for analysis—all in one easy-to-use software package.

### Wealth Builder's Network
Whether you are a real estate investor, a small business owner, or someone seeking financial freedom, you will benefit from the resources of the Wealth Builders Network. Through interactive webinars, discussion boards, legal forms and resource material, a client advisor, and a place to network with other like-minded investors, you will find what you need to achieve success.

For more information visit us online at **TrumpUniversity.com**, or give us a call at **877-508-7867**.

**TU-MAKAEFF0304**

Exhibit 61
-1187-

# EXHIBITS 62-63
# [Filed Conditionally Under Seal]

# EXHIBIT 64

Exhibit 64
-1274-





Above: Screen shot from http://www.trumpurealestate.com/market-Phoenix.html?cid=726078, taken on 2/3/2010 by Aaron Olsen.



Above: Screen shot from TU homepage, http://www.trumpuniversity.com/, taken on 2/3/2010 by Aaron Olsen.





Above: Screen Shot, http://www.trumpuniversity.com/realestate/coaching.cfm, taken on 2/3/2010 by Aaron Olsen.



TU-PLTF00366

Exhibit 64
-1277-



Above: Screen Shot from http://www.trumptactics.com/, taken on 2/3/2010 by Aaron Olsen.

TU-PLTF00367

Exhibit 64
-1278-

# EXHIBIT 65

Exhibit 65
-1279-



Better Business Bureau
Serving Metropolitan New York, Long Island, and the Mid-Hudson Region

30 East 33rd Street
New York, NY 10016
(212) 533-6200
FAX
www.newyork.bbb.org

**Case #:** 8012784

**Consumer Info:** Mendez, Carmen
2291 Utica Avenue
BROOKLYN, NY 11234
3478663580

**Business Info:** Trump University
40 Wall Street 32nd Floor
New York, NY 10005
6463673805

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
Due to the fact that Mr. Trump is a very respectable person, I thought that Trump University was a real institution and I registered to take a real estate course that cost me $1, 495.00 + 32,995.00. When I asked the university's employees if the guarantee financial assistance to purchase real estate, they answer yes. After their confirmation, they told me that they do not have a payment plan and that if I wanted to start making money with Trump University I had to act now because it was a terrific offer and I am going to get rich with Trump University. I told them that I did not have that much money and advise me to put it in my credit cards. I gave the credit cards and they charged $5,000.00, $10,000.00 and 19,995.00 to three different cards.

When I found some good properties, I called the university to find out how I can get the financial assistance to buy properties. They told me that they do not guarantee any financial assistance. I went to a broker and he told me that because I owe so much money to the credit cards, I won't be eligible for a regular loan.

I have been calling Trump University is not giving me proper counseling to solve the problem. I think they are just using a famous name to steal poor people's money. Please advise other people so they do not loose their savings in these difficult days. They go all over the country to take other people's money.

**Consumer's Desired Resolution:**
I am writing because I want people to be aware that Trump University is not a real educational institution.

## Complaint Timeline:

| | | |
|---|---|---|
| 10/20/2009 | OSalazar@newyork.bbb.org | Pending initial BBB review: Process complaint |
| 10/20/2009 | OSalazar@newyork.bbb.org | Pending initial Business response: Action taken |
| 11/05/2009 | bdoohan@newyork.bbb.org | Information Only: Manual state change |
| 11/05/2009 | OSalazar@newyork.bbb.org | ACTION NEEDED: Business Responded to Complaint: Action taken |
| 11/05/2009 | OSalazar@newyork.bbb.org | MEDIATOR REVIEW: Pending Consumer Response: Action taken |

## Complaint Messages/Notes:

10/20/2009
**Better Business Bureau Serving Metropolitan New York**

You have a message from Oscar Salazar at the NYBBB re: Complaint #8012784

The Better Business Bureau Serving Metropolitan New York
257 Park Avenue South
New York, NY 10010
Phone: 212-533-7500 | Fax: 212-477-4912
complaints@newyork.bbb.org
10/20/2009

Brad Schneider
Trump University

40 Wall Street 32nd Floor
New York  NY  10005

Dear Brad Schneider:

The Better Business Bureau has received a customer complaint about your business.  The complaint was assigned ID 8012784.

One of your BBB's core services is to help businesses resolve consumer complaints in a fair, fast, and equitable way.  We received notification about an issue from one of your customers and we'd appreciate your response.  In the BBB's experience, responses that help to foster trust in a business:

* Acknowledge customer concerns

* State the facts as you see them and avoid emotion

* Explain the actions you can and can't take to resolve concerns

You will find a copy of the consumer's complaint provided below.  Even if you have already addressed the consumer's concerns, please respond so that your BBB file does not reflect any unanswered complaints.  This is very important because we report unanswered complaints in your company's BBB Reliability Report, and a firm's rating will be affected by its failure to answer even one complaint and by its failure to keep its information up to date.  To review and update the information we currently maintain about your business, go to www.newyork.bbb.org, click on Check Out a Business or Charity, and note your Business ID in the search result listing for your firm or at the bottom of the Business Reliability Report.  Then, go to http://newyork.bbb.org/BusinessInformation and enter the Business ID from your Reliability Report.  Enter any necessary updates and/or additional information and submit the form.

If you received this complaint via email simply click on the "Respond to this Complaint", link located on the left, when you are ready to answer.

If this complaint was received via postal mail, please state your position in a letter and fax or mail it back to the BBB.

We request a response within 14 days of receiving this notice.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Oscar Salazar
Mediator

CUSTOMER EXPERIENCE INFORMATION (ID# 8012784 ) Trump University

Customer Information:
Carmen Mendez
2291 Utica Avenue
Brooklyn , NY 11234

Daytime Phone: (347) 866-3580
E-mail: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The details of this matter are as follows:

Complaint Involves:
Service Issues

Customer's Statement of the Problem:
Due to the fact that Mr. Trump is a very respectable person, I thought that Trump University was a real institution and I registered to take a real estate course that cost me $1, 495.00 + 32,995.00. When I asked the university's employees if the guarantee financial assistance to purchase real estate, they answer yes. After their confirmation, they told me that they do not have a payment plan and that if I wanted to start making money with Trump University I had to act now because it was a terrific offer and I am going to get rich with Trump University. I told them that I did not have that much money and advise me to put it in my credit cards. I gave the credit cards and they charged $5,000.00, $10,000.00 and 19,995.00 to three different cards. When I found some good properties, I called the university to find out how I can get the financial assistance to buy properties. They told me that they do not guarantee any financial assistance. I went to a broker and he told me that because I owe so much money to the credit cards, I won't be eligible for a regular loan. I have been calling Trump University is not giving me proper counseling to solve the problem. I think they are just using a famous name to steal poor people's money. Please advise other people so they do not loose their savings in these difficult days. They go all over the country to take other people's money.

Desired Settlement:
I am writing because I want people to be aware that Trump University is not a real educational institution.

Mediator Name:

Oscar Salazar

TX FL 00490

Exhibit 65
-1282-

**10/20/2009**
**Better Business Bureau Serving Metropolitan New York**

Complaint has been sent to the business.

The Better Business Bureau Serving Metropolitan New York
257 Park Avenue South
New York, NY 10010
Phone: 212-533-7500 | Fax: 212-477-4912
complaints@newyork.bbb.org
10/20/2009

Carmen Mendez
2291 Utica Avenue
Brooklyn , NY, 11234

Dear Carmen Mendez :

This is in reference to your complaint against Trump University.  Your complaint was assigned ID 8012784.

Your complaint has been sent to the business for their response.  Once they have responded to the BBB, we will contact you again.  In the meantime, if you have further communication directly with the business that results in a resolution, please send us a message to let us know.

Sincerely,

Oscar Salazar
Mediator

**11/05/2009**
**Brad Schneider**

Respond to Complaint
Please see attached.

**11/05/2009**
**Better Business Bureau Serving Metropolitan New York**

Message received from the business about your complaint

The Better Business Bureau Serving Metropolitan New York
257 Park Avenue South
New York, NY 10010
Phone: 212-533-7500 | Fax: 212-477-4912
complaints@newyork.bbb.org
11/05/2009

Carmen Mendez
2291 Utica Avenue
Brooklyn , NY, 11234

Dear Carmen Mendez :

This message is in regard to your complaint submitted on 10/20/2009 12:00:00 AM against Trump University.  Your complaint was assigned ID 8012784.

The business has sent the BBB a message regarding this complaint, and we are passing it on to you.  The contents of this message are in the attached document. Please respond to this message at your first convenience.

Regards,

Oscar Salazar
Mediator

TX FL 00493

Exhibit 65
-1285-

# EXHIBIT 66

Exhibit 66
-1286-



## FIRM RESUME

**Zeldes & Haeggquist, LLP** is a San Diego, California based law firm dedicated to representing clients throughout California and the nation in complex consumer, employment, securities, insurance, and human rights class action litigation, as well as individual employment litigation matters. Zeldes & Haeggquist, LLP brings more than 20 years business experience to the table, and more than 15 years of litigation experience.

Zeldes & Haeggquist, LLP is committed to excellence and integrity. We built our reputation in consumer protection and securities fraud class action cases, taking on large corporations that had wronged individuals or smaller businesses. Whether we are vindicating the rights of consumers and shareholders that were defrauded, representing employees who were wrongfully terminated, or advocating on behalf of victims of human rights violations and human trafficking, we are thorough, meticulous and passionate about our work.

We believe in giving back to our community and sit on the boards of several nonprofit organizations. Alreen Haeggquist is a founding and advisory board member, and Helen Zeldes is a current board member, of the Girls Think Tank. Girls Think Tank is a non-profit organization that tackles issues ranging from homelessness, to trafficking of young women, to youth empowerment, to carbon emissions. Amber is a volunteer with Genesis, an organization which assists orphanages in Baja, and she is a Sunday school teacher and former deacon of her church.

The partners of Zeldes & Haeggquist, LLP have played instrumental roles in litigating cutting-edge nationwide consumer, securities, insurance, antitrust, and human rights class actions, and we have successfully advocated for consumers against the largest corporations in America. We have played instrumental roles in class actions brought against corporations for a wide range of unlawful practices, including, but not limited to, deceptive advertising, product defect, senior annuities fraud, securities fraud, wage/hour violations, employment discrimination based on race, religion, age and disability, race discrimination in insurance underwriting, and price-fixing.

## PRACTICE AREAS

### SECURITIES FRAUD AND SHAREHOLDER DERIVATIVE LITIGATION

Zeldes & Haeggquist, LLP represents individual and institutional investors that have suffered from corporate fraud through securities class actions and shareholder derivative litigation. The firm's lead securities partner, Amber Eck, has worked for over 15 years on a wide range of securities fraud cases throughout the United States, recovering millions of dollars for her clients. She has also prosecuted numerous shareholder derivative actions against the executives of companies charged with violating the nation's environmental, labor, health and safety and securities laws, conferring millions of dollars in added shareholder value through tailored corporate governance reforms designed to prevent future harm.

Some of the securities class actions and derivative cases in which Zeldes & Haeggquist, LLP attorneys are lead or named counsel are:

- ***West Palm Beach Police Pension Fund v. CardioNet, Inc.***, No. 37-2010-00086836-CU-SL-CTL (San Diego Super. Ct.). Zeldes & Haeggquist, LLP is co-lead counsel in a securities class action against CardioNet, Inc. on behalf of the public purchasers in CardioNet public offerings, alleging that CardioNet issued false and misleading offering documents that misstated and/or omitted known

Exhibit 66
-1287-

business trends and reimbursement uncertainties that were required to be disclosed by the federal securities laws.

- ***Dulgarian v. Cinnamon (Akeena Solar, Inc. Derivative Litigation),*** No. 1:10-CV-173351 (Santa Clara Super. Ct.) – Zeldes & Haeggquist, LLP was sole lead counsel in this action alleging breach of fiduciary duty and insider trading by Akeena's founder and CEO Barry Cinnamon and the Akeena Board.  The case settled for substantial corporate governance enhancements.

- ***Morgan v. Sporns (HQ Sustainable Consolidated Derivative Litigation),*** No. 11-2-16742-9 SEA (King County, Wash. Super. Ct.) – Zeldes & Haeggquist, LLP serves as class counsel in this shareholder derivative case alleging substantial breaches of fiduciary duty by the HQ Board which resulted in the delisting of HQ's stock.

- ***In re Pacific Biosciences of California, Inc. Sec. Litig.***, No. CIV 509210 (San Mateo Super. Ct.) – Zeldes & Haeggquist, LLP represents shareholders in a state securities Section 11 action, alleging that the Registration Statement and Prospectus were false and misleading and that Defendants are strictly liable to the IPO share purchasers under Sections 11, 12 and 15 of the 1933 Securities Act.

## CONSUMER

Zeldes & Haeggquist, LLP represents consumers seeking to uphold consumer rights in class action lawsuits against some of the nation's largest corporations. We have played instrumental roles in claims involving product defects, false advertising, mortgage lending, banking, insurance fraud, discriminatory underwriting and senior fraud.

- ***Makaeff v. Trump University, LLC, et al.,*** **Case No. 3:10-CV-00940-IEG-WVG (S.D. Cal.)** – Zeldes & Haeggquist LLP is co-lead counsel for plaintiffs in a putative class action filed against **Trump University, LLC and Donald Trump** for violations of California consumer protection statutes and material misrepresentations regarding its seminars.

- ***In Re Magsafe Apple Power Adapter Litigation,*** **Case No. 5:09-CV-01911-JW (N.D. Cal.)** – Zeldes & Haeggquist LLP is co-lead counsel for a nationwide putative consumer class action against **Apple, Inc.** representing a class of laptop owners alleging product defect claims that Apple's power adapter is defectively designed

- ***In Re Sony Vaio Computer Notebook Trackpad Litigation,*** **Case No. 09-CV-02109-AJB-MDD (S.D. Cal.)** – Zeldes & Haeggquist LLP is co-lead counsel for a nationwide consumer class action against **Sony Electronics, Inc.** alleging fundamental flaws in the design and/or manufacturing process in the VAIO Touchpad Notebooks.

- ***TelePacific Corp.***, **Case No. 2010-00422317-CU-MC0CXC (Orange County Super. Ct.) –** Zeldes & Haeggquist LLP is co-lead counsel for a statewide class action on behalf of customers against **U.S. TelePacific Corp.** alleging that its Early Termination Fees are improper and unlawful.  *Brennan v. U.S.*

- ***Gordon v. Apple, Inc.***, **Case No. 5:06-CV-05358-JW (N.D. Cal.)** – Zeldes & Haeggquist LLP was co-lead counsel for a nationwide class of over two million purchasers of an alleged defective power adapter in a consumer product defect class action against **Apple, Inc**.  A nationwide settlement was approved (Helen

2

Exhibit 66
-1288-

Zeldes appointed co-lead counsel for the settlement class), wherein eligible class members received $25-$79 each.

## EMPLOYMENT

Zeldes & Haeggquist, LLP also represents individual plaintiffs in cases involving wage disputes, sexual harassment, discrimination, and wrongful termination based on age, race, disability, gender, and or/religion.  Zeldes & Haeggquist, LLP has recovered hundreds of thousands of dollars in damages for our individual employee clients.

- ***Heller v. Grand Pacific Resorts, Inc.*, Case No. 37-2010-57252-CU-OE-NC (San Diego Super. Ct.)** – Zeldes & Haeggquist LLP served as lead counsel for over twenty employees who were improperly classified as independent contractors, rather than employees, by their timeshare company employer.

- ***Enrique Madrigal, et al v. Tommy Bahama Group, Inc., et al*, Case No. 2:09-CV-08924-SJO-MAN (C.D. Cal)** – Zeldes & Haeggquist LLP was served as co-lead counsel for a nationwide employment wage and hour action against **Tommy Bahama** alleging, *inter alia*, failure to reimburse for business expenses and failure to provide meal and rest breaks.  .

- ***Jones v. 3 Weiss Guys, Inc.*, Case No. 37-2008-00095231-CU-OE-CTL (San Diego Super. Ct**.) – Zeldes & Haeggquist LLP represented a California class of employees in a wage/hour class action against **3 Weiss Guys** alleging failure to pay overtime and rest and meal breaks.  .

- ***Spot Water Management, Inc. v. Kevin Plageman, et al.*, Case No. 37-2009-00052285-CU-JR-NC (San Diego Super. Ct.)** – Zeldes & Haeggquist, LLP defended an employee whose employer alleged misappropriation of trade secrets against a former employee who was seeking payment of wages due.  During trial in August 2010, we obtained a favorable verdict on behalf of the employee.  The court found that the employer plaintiff brought the action in bad faith and awarded our client damages, attorneys' fees, and costs.

## HUMAN RIGHTS

Zeldes & Haeggquist, LLP represent victims of human rights abuses and human trafficking, including:

- ***In re South Africa Apartheid Litigation*, Case No. 02 MDL 1499 (JES) (S.D.N.Y)** – Zeldes & Haeggquist LLP filed an amici curiae brief on behalf of victims of international human rights abuses and trafficking in numerous pro bono and contingency cases.

## ATTORNEYS

### AMBER L. ECK, PARTNER

Amber Eck is an experienced lawyer who has been litigating all aspects of complex individual and class actions for the past 16 years, with an emphasis on securities and derivative litigation, consumer fraud, employment law, and general business litigation.  She is currently serving as co-lead counsel in a putative class action filed against Trump University, LLC and Donald Trump for violations of California consumer protection statutes and material misrepresentations regarding its seminars**,** interim co-lead counsel in a nationwide consumer fraud class action against **Sony Electronics**, co-counsel in a securities fraud Section 11 class action

3

Exhibit 66
-1289-

against **CardioNet**, co-lead counsel in a consumer class action against **TelePacific** regarding its early termination fees in telecommunications contracts, lead counsel in a shareholder derivative action against the officers and directors **Akeena Solar, Inc**., and co-lead counsel in a derivative case against **HQ Sustainable Maritime Industries, Inc.**

Before joining Zeldes & Haeggquist, LLP, Ms. Eck was a partner at the nation's largest plaintiff's class action firm, Robbins Geller Rudman & Dowd ("Robbins Geller") (formerly "Lerach Coughlin").  During her 12 years there, Ms. Eck litigated cases alleging improper fees in workers' compensation insurance, improper fees in home mortgage contracts, violations of the ADA, and improper searches of the homes of welfare applicants.  Ms. Eck was also instrumental in litigating numerous shareholder class actions on behalf of defrauded investors, which resulted in substantial recoveries for the investors, and extensive corporate governance changes, including: $80 million settlement against Hanover Corp. (and unprecedented corporate governance reforms); $50 million settlement against Sprint (and adoption of more than 60 new corporate governance provisions); $42.3 million settlement against Fruit of the Loom, Inc.; and $29.5 million settlement against Plains All American Pipeline.

Ms. Eck also worked as a defense attorney for two years at Chapin Fleming & Winet, specializing in complex civil litigation, and served as a Law Clerk to the Honorable Jan M. Adler, United States Magistrate Judge for the Southern District of California.  Before law school, she was a writer and photographer for two years for the Los Angeles legal newspaper *The Metropolitan News Enterprise*.

Ms. Eck has written articles for publication, including recently "Lessons Learned from Mentors of the Past," which was published in the national American Inn of Court magazine, *The Bencher*, in January, 2011.  She has also lectured to law school students and attorneys, including recently at the Lawyers Club and Thomas Jefferson School of Law sponsored symposium regarding Small Law Firms and Sole Practitioners in 2010.  Ms. Eck is currently serving as a Barrister in the William B. Enright American Inn of Court, and as a Barrister in the Louis M. Welsh American Inn of Court. She is also a member of the Lawyers Club, San Diego County Bar Association and Federal Bar Association, and formerly served on the Board of Directors for the San Diego Barristers Club.  Ms. Eck is admitted to practice in California and Nevada.

**Education:**  B.A., Pepperdine University, 1990 (*magna cum laude*); JD., Boston University School of Law, 1995 (*magna cum laude*).

**Honors/Awards:** Distinguished Service Award for pro bono service in *Sanchez v. County of San Diego* (2002), which was the subject of a "Colbert Report" feature; Wiley W. Manuel Pro Bono Service Award for *Badua v. City of San Diego* (1999); International Law Journal, Case & Notes Editor (1993-1995); Giles S. Rich Intellectual Property Moot Court Team, Best Brief, Northeast Region (1995); grant recipient, Harvard School of Public Health (1993).

## ALREEN HAEGGQUIST, MANAGING PARTNER

Alreen Haeggquist, a founding member and the managing partner of Zeldes & Haeggquist, LLP, has spent her entire legal career litigating on behalf of consumers and employees.  Ms. Haeggquist is the lead employment partner at Zeldes & Haeggquist, LLP and works tirelessly advocating on behalf of employees that have been wrongfully terminated and/or discriminated based on their sex, race, religion, and/or disability; retaliated against for refusing to engage in unlawful conduct; or who are owed wages earned.

Before starting Zeldes & Haeggquist, LLP, Ms. Haeggquist also practiced law at the nation's largest plaintiff's class action firm, Robbins Geller, where she litigated numerous nationwide consumer and antitrust class actions.  Ms. Haeggquist participated and played an instrumental role in the successful prosecution and settlement of numerous antitrust and unfair competition

4

Exhibit 66
-1290-

cases, including the *Rubber Chemicals Indirect Purchaser Cases*, which resulted in significant *cy pres* funds to non-profit groups advocating for competition and the *Bank Privacy Cases* (S.F. Super. Ct.), which resulted in improved bank privacy policies, funding to non-profit groups advocating for privacy rights, and benefits to credit cardholders. Ms. Haeggquist has also been involved in several multi-district antitrust class actions pending in federal courts around the country, including: *In re Payment Card Interchange Fee, Merch. Disc. Antitrust Litig.* (E.D.N.Y.); *In re Carbon Black Antitrust Litig.* (D. Mass.); and *Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives & Composites, Inc.* (*Carbon Fiber Antitrust Litigation*) (C.D. Cal.), which resulted in a $675 million settlement for a class of purchasers that purchased price-fixed carbon fiber.

Ms. Haeggquist was also a major part of the team that obtained judgment of over $115 million against Farmers Insurance Exchange and against the Automobile Club for not disclosing the total premium to policyholders as required by law. Ms. Haeggquist also has been involved in a number of precedent-setting appellate decisions, including *McKell v. Washington Mutual*, 142 Cal. App. 4th 1457 (2006); *Dehoyos v. Allstate Corp.*, 345 F.3d 290 (5th Cir. 2003); and *Lorix v. Crompton Corp*, 736 N.W.2d 619 (Minn. 2007).

Ms. Haeggquist has published numerous articles in the annual publication of *California Litigation Review* regarding recent developments in class action and discovery law.

**Education:** B.A., University of California, 1999; J.D., California Western School of Law, 2002 (*magna cum laude*).

**Honors/Awards:** Editor-in-Chief, California Western Law Review and International Law Journal; Honors Instructor and Academic Tutor, International L.L.M. Students; Dean's List All Semesters; California Innocence Project Distinguished Alumni Award; Nominated Top Labor/Employment Attorney 2011 by the San Diego Daily Transcript.

Ms. Haeggquist is licensed to practice in California and is a member of the San Diego County Bar Association, Consumer Attorneys of San Diego, California Employment Lawyers' Association, and the Litigation Section of the California Bar Association.

## HELEN I. ZELDES, PARTNER

Ms. Zeldes is a founding member of Zeldes & Haeggquist, LLP whose practice focuses on class action litigation, employment discrimination, and human rights. Ms. Zeldes has extensive experience litigating complex consumer class actions with an emphasis on actions brought by policyholders against life, auto and other insurers for deceptive sales practices, mortgage lending and banking fraud, antitrust violations, product defect claims, wage/hour violations, human rights violations, and civil rights violations.

Ms. Zeldes also has more than 20 years small business experience: from retail and manufacturing to importing and wholesaling to e-commerce, Ms. Zeldes has owned and operated eight businesses over the past two decades. Ms. Zeldes brings a business owner's sensibilities to the table in her litigation practice.

Ms. Zeldes is currently serving as co-lead counsel in a nationwide putative class action against Apple, Inc. representing a class alleging product defect and consumer claims that Apple's power adapter is defectively designed. *In Re Magsafe Apple Power Adapter Litigation*, Case No. 5:09-CV-01911-JW (N.D. Cal). Ms. Zeldes also represents a putative class of consumers in a product defect and consumer class action against Sony Electronics, Inc., alleging that fundamental flaws in the design and/or manufacturing process in the VAIO Touchpad Notebooks render it almost impossible to use because the touchpad is prone to cause the onscreen cursor to track in reverse, freeze; and/or engage in erratic behavior. *In Re Sony Vaio Computer Notebook Trackpad*

Exhibit 66
-1291-

*Litigation*, Case No. 09-CV-02109-AJB-MDD (S.D. Cal.).   Ms. Zeldes also litigated a nationwide consumer product defect class action against Apple, Inc. on behalf of a class of over two million purchasers of an alleged defective power adapter. *Gordon v. Apple, Inc.,* Case No. 5:06-cv-05358-JW (N.D. Cal).

Prior to starting Zeldes & Haeggquist, LLP, Ms. Zeldes also worked for many years at Robbins Geller in its consumer and insurance fraud department.   There, Ms. Zeldes was instrumental in litigating a series of nationwide senior annuities fraud class actions in which her former firm was appointed Co-Lead Counsel.[1]   Other nationwide class actions Ms. Zeldes litigated at her former firm included: a wage/hour overtime action against Cintas, one of the nation's largest commercial laundries, for violations of the Fair Labor Standards Act for misclassifying truck drivers as salesmen to avoid payment of overtime wages; race discrimination underwriting class actions against large insurance companies for their practice of intentionally charging African-Americans and other minorities more for life insurance than similarly situated Caucasians (cases that collectively recovered over $400 million for African-Americans and other minority class members as redress for the civil rights abuses they were subject to); race discrimination underwriting class actions against insurance giants Allstate and State Farm based upon the improper use of credit scoring or geographical redlining to charge minorities higher premiums; a statewide consumer class action over the propriety of a private contractor operating "red light camera" systems throughout California, *Red Light Photo Enforcement Cases*, JCCP No. 4305, a case which Ms. Zeldes co-chaired at trial; a multi-state antitrust action entitled *In re Medical Waste Services Antitrust Litigation*, MDL No. 1546 (D. Utah), in which plaintiffs brought claims for defendants' alleged conspiracy to allocate customers and territories in the market for the collection, transportation and disposal of medical waste, as well as for unlawful monopolization. Ms. Zeldes was also involved in the *Carbon Fiber Antitrust Litigation*, Case No. CV-99-7796 (C.D. Cal), in which a class of purchasers alleged that the major producers of carbon fiber fixed the price of carbon fiber from 1993 to 1999.  The case ultimately settled for $675 million.

Ms. Zeldes is licensed to practice law in California and Hawaii and is admitted to practice before the Ninth Circuit.

**Education:** B.A., University of California at Davis, 1988; J.D., University of Hawaii, William S. Richardson School of Law, Honolulu, Hawaii, 2002 (*cum laude*).

**Honors/Awards:** University of Hawaii Law Review, Outside Articles Editor, Editorial Board Recipient, Edward H. Nakamura Memorial Public Interest/Service Scholarship; CALI Award for Highest Grade in Domestic Ocean & Coastal Law

## AARON M. OLSEN, ASSOCIATE

Aaron Olsen graduated from the David Eccles School of Business at the University of Utah in 2002 with a degree in finance.   After college, Mr. Olsen became part owner of a highly successful business in the restaurant industry, wherein he developed, expanded and managed the organization from the drawing board to a high profit-earning business. In 2008, Mr. Olsen received his Juris Doctor degree from California Western School of Law in San Diego, where he was the Editor-in-Chief of the California Western School of Law Commentary.  While in school,

---

[1]     *Buhs v. American International Group*, No. CGC 04-435919 (S.F. Super. Ct. Oct. 24, 2004); *Bacon v. American International Group*, No. 05-04979 MMC (N.D. Cal. Dec. 2, 205; *Kaiser v. Midland National Life Insurance Co.*, No. 05-00972-HLA-TEM (M.D. Fla. Sept. 20, 2005); *Healey v. Allianz Life Insurance Co. of North America,* No. 05-8908 (C.D. Cal. Dec. 22, 2005); *Anagnostis v. American Equity Investment Life Insurance Co.*, No. CV-06-388 MMM (C.D. Cal. Jan. 20, 2006); *Edwards v. AmerUs Group Co.*, No. 8:05-1590 (M.D. Fla.); and *Petry v. National Western Life Insurance Co.*, No. 05CV-2336J (S.D. Cal.).

6

Exhibit 66
-1292-

Mr. Olsen also wrote for the *San Diego Lawyer Magazine* as a guest writer and volunteered at the California Innocence Project.

Prior to joining Zeldes & Haeggquist, LLP, Mr. Olsen served as an associate at the Law Offices of Nicholas Boylan, APC, wherein he represented individuals and small business entities in all stages of complex litigation in state and federal courts, with an emphasis in contract and partnership disputes, mortgage fraud, state securities cases, employment matters, interference with business relations, personal injury, and construction defect.  At Nicholas Boylan, Mr. Olsen was instrumental in the successful prosecution and settling of a number of cases, including a large state securities fraud case, *USA Talks.com, Inc. v. Moskowitz et al.,* Case No. BC259794.  Mr. Olsen served as a law clerk for Robbins Geller in its consumer class action department.  While there, Mr. Olsen focused on prosecuting insurance companies for inappropriately pushing deferred annuities on senior citizens throughout the country.   Mr. Olsen gained invaluable experience in the courtroom while serving as a law clerk for the San Diego County Office of the Public Defender.  At the Public Defender's Office, Mr. Olsen vigorously argued on his clients' behalf at numerous arraignment proceedings, readiness conferences, disposition hearings, settlement conferences, plea negotiations, and evidentiary hearings.

Mr. Olsen is admitted to practice in California and is a member of the San Diego County Bar Association.  His practice at Zeldes & Haeggquist, LLP is dedicated to representing employees in wrongful termination, discrimination, retaliation, and wage and hour matters.  Mr. Olsen is also involved in all aspects of the firm's consumer class action litigation practice.

**Education:** B.A., University of Utah, 2002; J.D., California Western School of Law, 2008.

**Honors/Awards:** Guest Writer, San Diego Lawyer Magazine; Volunteer, California Innocence Project; Editor-in-Chief, California Western School of Law Commentary.

### RICKY MAVEETY, OF COUNSEL

Ricky Maveety has more than twenty years of experience in estate planning, business formation, and transactional matters.  Before joining Zeldes & Haeggquist, LLP, Ms. Maveety was a solo practitioner with a well-respected practice in transactional law, including revocable, irrevocable, charitable and insurance trusts, charitable giving, business entity formation, purchases and sales of professional practices, premarital and marital property agreements, employee agreements, and shareholder agreements. Prior to her solo practice, Ms. Maveety was an associate at both the firms of Gray, Cary, Ames & Frye and Duckor & Spradling, specializing in estate planning and charitable giving at the former, and estate planning, and business transactions at the latter.

Ms. Maveety is admitted to practice in the State of California and is a member of the Trusts and Estates, Law Practice Management and Technology, and Solo and Small Firm sections of the California Bar Association.

**Education:** B.A., UCLA, 1974; J.D., Loyola Law School, 1988 (*cum laude*).

**Honors/Awards:** Saint Thomas More Law Honor Society; Law Journal: International Law Journal, Production Editor.

Exhibit 66
-1293-