ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br><u>CLASS ACTION</u><br><br>APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011<br><br>JUDGE:  Cathy Ann Bencivengo<br>DATE:   February 12, 2013<br>TIME:   2:30 p.m.<br>CTRM:   2, 4th Floor<br><br>Oral Argument Requested Subject to Court Approval |

764868_1

Plaintiffs John Brown, J.R. Everett, Tarla Makaeff, Sonny Low, and Ed Oberkrom[1] (collectively, "Plaintiffs") hereby request permission to file under seal pages certain portions of Plaintiffs' Memorandum of Points and Authorities in support of their Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel; Exhibits 8-12, 14, 16-19, 21, 23-24, 26-27, 33, 40-41, 45, 47, 51-56, 59, and 62-63 to the Amber L. Eck Declaration in support thereof; and certain portions of Appendix I in support thereof pursuant to Local Rule 79.2 and the Protective Order entered on November 17, 2011.

Under the Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure. *See* Dkt. No. 91, Protective Order, ¶¶4, 7-9.  Any information or material which has been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. *See id.*  The documents Plaintiffs seek to file under seal have been designated "Confidential" by Defendants pursuant to the Protective Order.  Further, Plaintiffs seek to file under seal declarations submitted on behalf of Defendants former employees.

Plaintiffs therefore request permission to file under seal certain portions of Plaintiffs' Memorandum of Points and Authorities in support of their Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel; Exhibits 8-12, 14, 16-19, 21, 23-24, 26-27, 33, 40-41, 45, 47, 51-56, 59, and 62-63 to the Amber L. Eck Declaration in support thereof; and certain portions of Appendix I in support thereof be filed under seal. *See* Protective Order, ¶13.

---

[1] John Brown, J.R. Everett, and Sonny Low are Proposed Plaintiffs in the Proposed Third Amended Complaint ("TAC"), which is the subject of Plaintiffs' Motion for Leave to Amend. (Dkt. No. 112.).

| | | |
|---|---|---|
| 1 | DATED:  September 24, 2012 | Respectfully submitted, |
| 2 | | ROBBINS GELLER RUDMAN |
| | |   & DOWD LLP |
| 3 | | RACHEL L. JENSEN |
| | | THOMAS R. MERRICK |

____s/ Rachel L. Jensen____<br>RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 24, 2012.

 s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)