1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, ) ) | No. 3:10-cv-00940-CAB(WVG) |
| ) | <u>CLASS ACTION</u> |
| Plaintiffs, ) ) | |
| vs. ) ) | ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND |
| TRUMP UNIVERSITY, LLC, et al., ) ) | THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011 |
| Defendants. ) ) | [Doc. No. 123] |

1    This cause has come before the Court upon Plaintiffs John Brown, J.R. Everett, Tarla Makaeff, Sonny Low, and Ed Oberkrom[1] (collectively, "Plaintiffs") request to file under seal certain portions of Plaintiffs' Memorandum of Points and Authorities in support of their Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel; Exhibits 8-12, 14, 16-19, 21, 23-24, 26-27, 33, 40-41, 45, 47, 51-56, 59, and 62-63 to the Amber L. Eck Declaration in support thereof; and certain portions of Appendix I in support thereof pursuant to Local Rule 79.2 and the Protective Order entered on November 17, 2011.

    The Court having reviewed the submissions, ORDERS, ADJUDGES AND DECREES that Plaintiffs' application is GRANTED. Certain portions of Plaintiffs' Memorandum of Points and Authorities in support of their Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel; Exhibits 8-12, 14, 16-19, 21, 23-24, 26-27, 33, 40-41, 45, 47, 51-56, 59, and 62-63 to the Amber L. Eck Declaration in support thereof; and certain portions of Appendix I in support thereof shall be filed under seal.

IT IS SO ORDERED.

DATED: September 25, 2012

_____
THE HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE

---

[1] John Brown, J.R. Everett, and Sonny Low are Proposed Plaintiffs in the Proposed Third Amended Complaint ("TAC"), which is the subject of Plaintiffs' Motion for Leave to Amend. (Dkt. No. 112.).