UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKEAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,,<br><br>Defendant. | Civil No.<br><br>10cv940-CAB (WVG)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br>**[Doc. No. 112]** |

On July 31, 2012 Plaintiffs filed a motion for leave to amend Plaintiffs' Second Amended Class Complaint (SACC). On September 21, 2012 Defendants filed a response to Plaintiffs' motion. [Doc. No. 121.] In the response, Defendants state that, now that Plaintiffs have agreed to dismiss defendant Trump University CA LLC, Defendants do not oppose the filing of the Third Amended Complaint (TACC). *Id.* at 1-2. Therefore, the Court **HEREBY GRANTS** Plaintiffs' motion for leave to amend the SACC and file the TACC, with the understanding that Plaintiffs will dismiss Defendant Trump University CA LLC. The TACC shall be filed on or before **October 5, 2012.**

/ / / / /

/ / / / /

**IT IS FURTHER ORDERED** that the hearing set for October 5, 2012 is **HEREBY VACATED**.

DATED: September 25, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge