**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Makaeff v. Trump University, LLC, *et al*.   No. 10-CV-0940-CAB (WVG)

HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL        RPTR.

Attorneys

Plaintiffs                                                            Defendants

This Court held a telephonic Status Conference on October 10, 2012.  During the Conference, counsel brought several discovery issues to the Court's attention.

On the issues of whether Defense counsel has an obligation to produce documents that are in the possession, custody, and control of Defendants' former employees and independent contractors, and Defendants' litigation hold, counsel shall:

1.  Meet and confer in good faith; and
2.  On or before October 31, 2012, lodge a Joint Statement about the discovery dispute with the Court.  Counsel are limited to five (5) pages each.  The Joint Statement shall discuss document production from Defendants' former employees and independent contractors, and Defendants' litigation hold.

On the issue of Plaintiffs' document production and Defendants' request for Bates stamped documents, counsel shall:

1.  On or before October 31, 2012, lodge a separate Joint Statement about the discovery dispute with the Court.  Counsel are limited to three (3) pages each.

The Court will hold another telephonic Status Conference on January 18, 2013, at 8:00 a.m.  Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.

DATED:  October 12, 2012

Hon. William V. Gallo
U.S. Magistrate Judge