**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MAKAEFF v. TRUMP UNIVERSITY, LLC, *et al.*
No. 10-CV-0940-CAB (WVG)

HON. WILLIAM V. GALLO       CT. DEPUTY J. YAHL          RPTR. _____

Attorneys

Plaintiffs                                              Defendants

The Court will hold a telephonic Discovery Conference on November 2, 2012, at 11:00 a.m. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED: November 1, 2012

_____
Hon. William V. Gallo
U.S. Magistrate Judge