1  David K. Schneider (CSB 139288)
   YUNKER & SCHNEIDER
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  Telephone:  (619) 233-5500
   Facsimile:   (619) 233-5535
4  Email: dks@yslaw.com

5  Attorneys for Defendants TRUMP UNIVERSITY, LLC and
   DONALD J. TRUMP

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated, | Case No. 10 CV 0940 CAB (WVG) |
|---|---|
|  | CLASS ACTION |
|  | JOINT MOTION FOR LEAVE TO ALLOW THE NON-ELECTRONIC FILING OF VIDEOS AS EXHIBITS IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION |
| Plaintiffs, |  |
| v. |  |
| TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive, |  |
|  | DATE: February 12, 2013 |
|  | TIME:  2:30 p.m. |
| Defendants. | CTRM:  2 — 4th Floor |
| AND ALL RELATED CROSS-ACTIONS. |  |

21       Pursuant to Section 2k, Exhibits, of the Southern District of California's Electronic Case

22 Filing Administrative Policies and Procedures Manual, the parties, by and through their undersigned

23 counsel, respectfully move this Court for an order for leave allowing the non-electronic filing of

24 videos as exhibits in opposition to Plaintiffs' motion for class certification.

25       Specifically, the parties request the Court for leave allowing Defendants to non-electronically

26 file the following videos on DVD:

27       1.    TU 01546.mov [Tarla Makaeff];

28       2.    TU 130045_Michael Schwahn.MOV;

3. TU 130041_Gary and Ed Graham.MOV;

4. TU 130037_Anna and Phillip Scheller.MOV;

5. TU 130044_Meera Adjohda.MOV;

6. TU 130035_Abe Placido and Dolores Centeno.MOV;

7. TU 130036_Alicia Saehrig and Derek Myers.MOV;

8. TU 130039_Bob and Sylvia Lindley.MOV;

9. TU 130040_Carlos Marquez.MOV;

10. TU 130043_John and Dan.MOV;

11. TU 130046_Neil Wehner.MOV;

12. TU 130047_Nick P. and Will D testimonial.MOV;

13. TU 130048_Rex Cress.mov;

14. TU 130050_Scott Harlow.MOV;

15. TU 130053_Suzanne.MOV; and

16. TU 130052_Tony and Terry James.MOV.

Defendants met and conferred with Plaintiffs by email on November 13, 2012, regarding Defendants' request. Plaintiffs replied by email that that they had no objection to filing these videos non-electronically.

Dated: November 28, 2012                YUNKER & SCHNEIDER

By:   /s/ David K. Schneider
Attorneys for Defendants
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP
Email: dks@yslaw.com

Dated: November 28, 2012                ZELDES & HAEGGQUIST, LLP

By:   /s/ Amber L. Eck
Attorneys for Plaintiffs
Email: ambere@zhlaw.com

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: November 28, 2012                    /s/ David K. Schneider
                                                                     David K. Schneider

CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 28, 2012.

s/David K. Schneider
DAVID K. SCHNEIDER

YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, CA  92101
Tel:     (619) 233-5500
Fax:    (619) 233-5535

Email: dks@yslaw.com