**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 CAB (WVG)<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT MOTION FOR LEAVE TO ALLOW THE NON-ELECTRONIC FILING OF VIDEOS AS EXHIBITS IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION<br><br>[Doc. No. 135] |

IT IS HEREBY ORDERED, that Defendants are granted leave to allow the non-electronic filing of videos as exhibits in opposition to Plaintiffs' motion for class certification.

Specifically, Defendants are allowed to non-electronically file the following:

1. TU 01546.mov [Tarla Makaeff];

2. TU 130045_Michael Schwahn.MOV;

3. TU 130041_Gary and Ed Graham.MOV;

4. TU 130037_Anna and Phillip Scheller.MOV;

5. TU 130044_Meera Adjohda.MOV;

1  6. TU 130035_Abe Placido and Dolores Centeno.MOV;

2  7. TU 130036_Alicia Saehrig and Derek Myers.MOV;

3  8. TU 130039_Bob and Sylvia Lindley.MOV;

4  9. TU 130040_Carlos Marquez.MOV;

5  10. TU 130043_John and Dan.MOV;

6  11. TU 130046_Neil Wehner.MOV;

7  12. TU 130047_Nick P. and Will D testimonial.MOV;

8  13. TU 130048_Rex Cress.mov;

9  14. TU 130050_Scott Harlow.MOV;

10 15. TU 130053_Suzanne.MOV; and

11 16. TU 130052_Tony and Terry James.MOV.

13 IT IS SO ORDERED.

15 Dated: November 29, 2012

THE HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE