David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 CAB (WVG)<br><br>CLASS ACTION<br><br>DEFENDANTS' APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011<br><br><br>JUDGE: Hon. Cathy Ann Bencivengo<br>DATE: February 12, 2013<br>TIME: 2:30 p.m.<br>CTRM: 2 — 4th Floor |

Defendants Trump University, LLC and Donald J. Trump (collectively, "TU") hereby request permission to file under seal certain portions of: (1) TU's Memorandum of Points and Authorities in support of their Opposition to Motion for Class Certification; (2) Declaration of David K. Schneider in Opposition to Motion for Class Certification; (3) Exhibits 1-3, 6, 8, 11-15, 17-22, 24-26, 29-30, 34, 36, 38-39, 41, 44-45, 47, 50-54, 58, 60-62, 65-67, 74, 77-79, 83-84, 90, 97-99, 104, 106-107, 110, 112, 115-116 to the Declaration of David K. Schneider in Opposition to Motion for Class Certification; (4) Motion to Strike Declarations of Schnackenberg, Sommer, Nicholas and Donnelly; (5) Exhibits 1-8 or portions thereof to the Declaration of David K. Schneider

in Support of Motion to Strike Declarations; and (6) Objections to Evidence, pursuant to Local Rule 79.2 and the Protective Order entered on November 17, 2011.

Under the Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure. See Dkt. No. 91, Protective Order, ¶¶4, 7-9. Any information or material which has been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. See *id*. The documents TU seeks to file under seal have been designated "Confidential" by TU and/or Plaintiffs pursuant to the Protective Order or have not yet been so designated but counsel believes the evidence falls within the designated definition.

TU therefore request permission to file under seal certain portions of: (1) TU's Memorandum of Points and Authorities in support of their Opposition to Motion for Class Certification; (2) Declaration of David K. Schneider in Opposition to Motion for Class Certification; (3) Exhibits 1-3, 6, 8, 11-15, 17-22, 24-26, 29-30, 34, 36, 38-39, 41, 44-45, 47, 50-54, 58, 60-62, 65-67, 74, 77-79, 83-84, 90, 97-99, 104, 106-107, 110, 112, 115-116 to the Declaration of David K. Schneider in Opposition to Motion for Class Certification; (4) Motion to Strike Declarations of Schnackenberg, Sommer, Nicholas and Donnelly; (5) Declaration of David K. Schneider in Support of Motion to Strike Declarations of Schnackenberg, Sommer, Nicholas and Donnelly; (6) Exhibits 1-8 or portions thereof to the Declaration of David K. Schneider in Support of Motion to Strike Declarations; and (7) Objections to Evidence. See Protective Order, ¶13.

Respectfully submitted,

Dated: November 30, 2012          YUNKER & SCHNEIDER

By:      /s/ David K. Schneider
Attorneys for Defendant
TRUMP UNIVERSITY, LLC
Email: dks@yslaw.com