David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535
Email:  dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive,<br><br>    Defendants.<br>_____<br><br>AND ALL RELATED CROSS-ACTIONS.<br>_____ | Case No. 10 CV 0940 CAB (WVG)<br><br><br>DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL<br><br><br><br><br>DATE:   February 12, 2013<br>TIME:   2:30 p.m.<br>CTRM:  2 — 4th Floor |

I, David K. Schneider, declare:

1.  I am an attorney at law, licensed to practice before this Court, and am a partner with the law firm of Yunker & Schneider, counsel of record for defendants Trump University, LLC and Donald J. Trump.  I make this declaration of my own personal knowledge, and if called to testify, I could and would testify competently to the facts stated herein.

2.  **Exhibit 1** is the Declaration of Michael Sexton, former President of Trump University.

/ / /

3.      **Exhibit 2** is a true and correct copy of the deposition testimony of Michael Sexton, taken on August 22, 2012 ("Sexton Depo., Vol. 1"), pages 75 and 76, which addresses the original concept of Trump University.

4.      **Exhibit 3** is a true and correct copy of the original Business Plan of Trump University prepared by Michael Sexton and approved by Donald J. Trump.

5.      **Exhibit 4** is a true and correct copy of Mr. Trump's Supplemental Response to Interrogatory No. 10, which addresses his personal involvement in the selection of Trump University's faculty as well as his involvement in the creation of the curriculum.

6.      **Exhibit 5** is: (1) a true and correct copy of the deposition testimony of Donald J. Trump taken on September 12, 2012 ("Trump Depo."), pages 52 and 53, which addresses Mr. Trump's involvement in the selection of faculty after Trump University began its live programs; and (2) Mr. Trump's Supplemental Response to Interrogatory No. 14 which addresses his involvement with Trump University, the selection of its faculty and development of its curriculum.

7.      **Exhibit 6** is the Declaration of Mark Covais, Director of Operations for Trump Entrepreneurial Initiative (fka Trump University).

8.      **Exhibit 7** is a true and correct copy of plaintiff Tarla Makaeff's workbook for Fastrack to Foreclosure, which is representative of the workbooks and space for notes that students received when they attended the 3-day introductory Trump University program.

9.      **Exhibit 8** includes true and correct copies of various Trump University contracts which reflect different release and waiver provisions, incorporation clauses and cancellation deadlines.

10.      **Exhibit 9** is a true and correct copy of the deposition of Corinne Sommer, dated November 7, 2012 ("Sommer Depo."), pages 50-51, 110, which reflects the different refund and warranty periods available during different times of Trump University's operations.

11.      **Exhibit 10** is a true and correct copy of the deposition of Brandon Keller, dated April 13, 2012 ("Keller Depo., Vol. 2"), pages 278 and 279, which reflects that Trump University voluntarily refunded Mr. Keller's entire $35,000 payment because Trump University determined that Mr. Keller was not capable of doing the training.

12.     **Exhibit 11** includes:  (1) true and correct copies of approximately 1,000 student evaluations in hard copy; and (2) approximately 10,000 student evaluations on disk.  The hard copy evaluations represent approximately 10% of the total student evaluations from students across the country over a several-year period for different programs Trump University offered by different instructors at different times.  On the disk are <u>all</u> student evaluations received by Trump University for all its programs for all its years in operation.  It is an enormous record, but I wanted the Court to have it all available for review and confirmation.

13.     **Exhibit 12** includes true and correct copies of approximately 167 mentorship evaluations involving 20 different mentors filled out by students who purchased mentorships, plus 86 post-mentorship interviews.

14.     **Exhibit 13** includes: (1) true and correct copies of 68 written testimonials prepared by former students; and (2) 15 video testimonials on the accompanying disk as well as transcriptions of each of the video testimonials.

15.     **Exhibit 14 (a)-(n)** are 14 declarations of former students, detailing their individual experiences with various Trump University programs and/or mentorships, including: (a) Amy Hinderer; (b) Mette Nielsen; (c) Paula Levand; (d) Meena Mohan; (e) Charles Lee; (f) Jesus Castillo; (g) Marla Colic; (h) Kissy Gordon; (i) Greg Leishman; (j) Stephen Nesbit; (k) Paul Canup; (l) Robert Mulack; (m) Scott Talhelm; and (n) David Wright.

16.     **Exhibit 15** includes true and correct copies of evaluations from TU students who stated that TU programs provided too much information.

17.     **Exhibit 16** includes true and correct copies of plaintiff Tarla Makaeff's handwritten notes in various TU workbooks, among other places, that she made during the Trump University programs she attended.  Her notes reflect some of the real estate education she received from Trump University.  Again, an enormous record, made available for the Court's review and confirmation.

18.     **Exhibit 17** is a true and correct copy of an evaluation from a former student who indicated ███████████

19.     **Exhibit 18** includes true and correct copies of evaluations from former students indicating ███████████

DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

20.     **Exhibit 19** is a true and correct copy of an evaluation from a former student indicating █████████████████████████████████████████████████████████ ██████

21.     **Exhibit 20** includes true and correct copies of evaluations from former students indicating █████████████████████████████████████████████████████████

22.     **Exhibit 21** includes true and correct copies of Trump University contracts which reflect that many were customized or tailored to meet the needs and goals of each individual.

23.     **Exhibit 22 (a)-(d)** are four declarations by former Trump University instructors and/or mentors (a) John Jamieson, (b) Troy Peterson, (c) Johnny Horton, and (d) Gene Guarino which reflect their personal experiences and training as well as examples of students they taught or mentored.

24.     **Exhibit 23** is a true and correct copy of the deposition testimony of former Trump University Assistant Marketing Director, Cheryl Donnelly, dated November 2, 2012 ("Donnelly Depo."), pages 149-151, which reflects that many students she spoke with had not yet been in the program long enough to make money.

25.     **Exhibit 24** is a true and correct copy of a collection of surveys summarizing the results of the student evaluations.  The surveys reflect that 97% of students rated Trump University's training, instructors and mentors, on average, 4.9 out of 5.

26.     **Exhibit 25** are true and correct copies of the named plaintiffs' evaluations for the various programs and mentorships they took from Trump University, excluding plaintiff Oberkrom who never submitted one.

27.     **Exhibit 26** is a true and correct copy of the evaluation by plaintiff Everett's partner, James Vassa, in which he states ████████████████████████████████████████

28.     **Exhibit 27** is a true and correct copy of a videotaped testimonial on disk provided by lead plaintiff Tarla Makaeff in June 2010, after she had completed ten months of Trump University seminars and mentoring, including five three-day workshops and seven days of in-field mentoring with three different mentors.  The exhibit also includes a transcript of the videotape.

/ / /

DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

29.     **Exhibit 28** is a true and correct copy of the deposition testimony of Tarla Makaeff, taken January 31, 2012 ("Makaeff Depo., Vol. 2"), page 532, in which she confirmed some of the courses she took through Trump University.

30.     **Exhibit 29** includes true and correct copies of several student evaluations in which they state ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████

31.     **Exhibit 30** includes true and correct copies of student evaluations who indicated that ███████████████████████████████████████████████████████

███████████████

32.     **Exhibit 31** includes true and correct copies of a sampling of the form letters plaintiffs' counsel blanketed on the putative class urging them not to talk to defendants or defense counsel.  Based on plaintiffs' production, I estimate that plaintiffs sent at least several hundred of these letters to putative class members.

33.     **Exhibit 32** is a true and correct copy of the deposition testimony of Tarla Makaeff, taken January 30, 2012 ("Makaeff Depo., Vol. 1"), page 65, in which she confirmed that she had received no information about Trump University and saw no Trump University ads prior to attending the $1,495 three-day introductory workshop, which she attended for free as the guest of another attendee.

34.     **Exhibit 33** includes true and correct copies of the deposition testimony of plaintiff Joann Everett, taken October 3, 2012 ("Everett Depo."), pages 14 and 15, and the deposition testimony of plaintiff John Brown, taken October 8, 2012 ("Brown Depo."), page 18, in which they each discuss the various ads or other ways in which they learned about Trump University.  Plaintiffs. Low and Oberkrom did not produce the ads they saw and could not specifically identify the content of those ads.  This exhibit also includes the Keller Depo., page 40, and a copy of an email Plaintiff Keller produced which he said was representative of the one he received, but it does not include any of the purported misrepresentations plaintiffs claim in the case either.  This exhibit also includes the deposition testimony of plaintiff Sonny Low, taken on October 4, 2012 ("Low Depo."), page 42 and

Case No. 10 CV 0940 CAB (WVG)
DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

the deposition testimony of plaintiff Ed Oberkrom, taken on April 11, 2012 ("Oberkrom Depo."),

page 20.

35.     **Exhibit 34** is a true and correct copy of deposition testimony of Michael Sexton,

taken on August 23, 2012 ("Sexton Depo., Vol. 2"), page 515 and 516, in which he confirmed that

██████████████████████████████████████████████████████████████

████████████████████████

36.     **Exhibit 35** includes true and correct copies of: (1) the deposition testimony of former

Trump University Assistant Event Coordinator, Corinne Sommer, taken November 7, 2012

("Sommer Depo."), page 54; (2) the deposition testimony of Trump University Director of Sales Ron

Schnackenberg, taken October 15, 2012 ("Schnackenberg Depo."), page 57; and (3) the deposition

testimony of Trump University Sales Setter, Jason Nicholas, taken November 8, 2012 ("Nicholas

Depo."), pages 117-118, in which they all confirm that they were unaware of and had never seen

anything called "The Playbook."

37.     **Exhibit 36** includes true and correct copies of the Sommer Depo., pages 37 and 38,

and the Sexton Depo., Vol. 1, pages 215 and 216, confirming that there was no video of Mr. Trump

used or shown in 2007.

38.     **Exhibit 37** includes true and correct copies of the Makaeff Depo., Vol. 1, page 100,

the Low Depo., page 188, and the Everett Depo., page 107, confirming that they did not see any

video of Mr. Trump at Trump University programs.

39.     **Exhibit 38** includes true and correct copies of the deposition testimony of Michael

Sexton, taken on August 23, 2012 ("Sexton Depo., Vol. 2"), pages 512-514, 520, 521, and the

Schnackenberg Depo., pages 30 - 31, ██████████████████████████████████

████████████████████████████████████████████

40.     **Exhibit 39** includes true and correct copies of nine PowerPoint presentations that

were used by Trump University, including two Fast Track to Foreclosure Investing, 3-Day seminars,

Commercial & Multi-Family Retreat, two Commercial and Multi-Family Master Retreat, Quick

Start Real Estate (3-day seminars), Quick Turn Real Estate, and Tax Liens and Deeds.

/ / /

Case No. 10 CV 0940 CAB (WVG)
DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

41.   **Exhibit 40** is a true and correct copy of the Sommer Depo., pages 302-304, in which she confirms that many Trump University presentations were different, have different information, different PowerPoint slides, and different examples and styles and the quality also varied based on the presenter.

42.   **Exhibit 41** includes:  (1) a true and correct copy of the Sexton Depo., Vol. 1, pages 182, 183, and Sexton Depo., Vol. 2, pages 328 and 329, in which █████████████████████ ████████████████████████   and (2) faculty contracts with obligations and professional conduct requirements and Rules of Engagement which prohibit certain conduct.

43.   **Exhibit 42** includes true and correct copies of the Everett Depo., pages 37-42, and 251-252, and the Brown Depo., page 42, confirming that Trump University never made any guarantees.  Plaintiff Everett's testimony also confirms that Trump University never represented that it was an "accredited" university.  It also includes a true and correct copy of the Nicholas Depo., page 118, in which he confirmed that he never represented to anyone that Trump University was accredited and specifically told students it was not when asked.

44.   **Exhibit 43** includes true and correct copies of various print ads Trump University used which do not include any of the purported misrepresentations claimed by plaintiffs, such as "hand-picked" or "secrets."

45.   **Exhibit 44** is a true and correct copy of an evaluation by a former student indicating ██████████████████████████████████████████████

46.   **Exhibit 45** is a true and correct copy of the Sommer Depo., page 172, discussing Gary Eldred as Trump University faculty throughout 2007.  This exhibit also includes a detailed spreadsheet of live events and instruction from 2007-2010 confirming that Mr. Trump's hand-picked experts taught TU programs.

47.   **Exhibit 46** is a true and correct copy of the Makaeff Depo., Vol. 1, page 40, and the Makaeff Depo., Vol. 2, pages 383 and 388, in which she confirms that JJ Childers — an original TU faculty member picked by Mr. Trump — was one of her instructors.

48.   **Exhibit 47** includes true and correct copies of resumes or biographies of many Trump University instructors and mentors.

Case No. 10 CV 0940 CAB (WVG)
DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

49.     **Exhibit 48** is a true and correct copy of a TU ad offering a free "secrets" DVD.

50.     **Exhibit 49** is a true and correct copy of an email from plaintiff Makaeff dated September 29, 2008, indicating that Trump University "changed her life."  This exhibit also includes evaluations from other TU students who stated ████████████████████

51.     **Exhibit 50** includes true and correct copies of the Makaeff Depo., Vol. 2, pages 329, 446, 531, 532, 534-536, 542-543, and the Brown Depo., pages 151, 257-258, addressing ████ ██████████████████████

52.     **Exhibit 51** includes true and correct copies of evaluations by former students indicating ████████████ ██████████

53.     **Exhibit 52** is the Declaration of George Sorial, Executive Vice President and Counsel for The Trump Organization, concerning █████████████████████ ████████

54.     **Exhibit 53** are true and correct copies of evaluations from former students indicating ████████████████████████████████████

55.     **Exhibit 54** is a true and correct copy of the Sexton Depo., Vol. 1,  pages 184, 188, and the Sexton Depo., Vol. 2, page 321, concerning ████████████████ ██████████████████████

56.     **Exhibit 55** includes true and correct copies of the Makaeff Depo., Vol. 1, page 65, the Keller Depo., Vol. 1, page 38, the Brown Depo., pages 16-17, the Everett Depo., pages 14-15, the Low Depo., page 42, and the Oberkrom Depo., page 20, addressing Trump University contacts or information each had prior to attending Trump University events.

57.     **Exhibit 56** is a true and correct copy of the Makaeff Depo., Vol. 1, page 67, in which she confirms that she never attended any free Trump University programs before participating in the three-day introductory program.

58.     **Exhibit 57** includes true and correct copies of the Keller Depo., Vol. 1, pages 70 and 208, the Low Depo., pages 44 and 69, the Everett Depo., pages 30-31, the Brown Depo., pages 48-49, the Oberkrom Depo., pages 29-30, 12, indicating the various Trump University purchases each of those plaintiffs made.

DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

59.     **Exhibit 58** includes true and correct copies of the Enrollment Contracts for plaintiffs Makaeff, Everett, and Keller.

60.     **Exhibit 59** is a true and correct copy of the Keller Depo., Vol. 1, pages 206-207, confirming that Trump University voluntarily provided Mr. Keller with a full refund for the Gold Elite program for $35,000.

61.     **Exhibit 60** includes true and correct copies of the Makaeff Depo., Vol. 2, pages 462-463, 507-510, 532, 554, the Oberkrom Depo., pages 187, 191-192, 283-284, 324-325, 350, the Everett Depo., pages 62-63, 108, 211, 278-279, 294, the Low Depo., page 59, the Brown Depo., pages 150, 256-258, addressing ████████████████████████████████ ████████████████████████████████████████████

62.     **Exhibit 61** is a true and correct copy of the Keller Depo., Vol. 1, pages 164, in which Mr. Keller addressed the value of his Trump University programs.  Also included is a true and correct copy of Mr. Keller's evaluation stating the opposite — that he thought Trump University' program was "the best."  The exhibit also includes a true and correct copy of the Makaeff Depo., Vol. 1, pages 249-250, and the Makaeff Depo., Vol. 2, pages 405-406, 449, indicating that she received value from Trump University's programs, the Brown Depo., pages 171, 166, indicating that he received value from Trump University programs, and the Low Depo., page 66, addressing the same issue.

63.     **Exhibit 62** includes true and correct copies of the Makaeff Depo., Vol. 1, page 39, the Low Depo., page 22, the Everett Depo., page 18, the Brown Depo., pages 102-103, indicating the various college degrees and licenses held by each.

64.     **Exhibit 63** is a true and correct copy of the Everett Depo., page 259, in which she indicates that she attended Trump University programs to network, among other reasons.

65.     **Exhibit 64** includes true and correct copies of the Low Depo., pages 70-71, and the Brown Depo., pages 289-290, addressing their different understandings and meanings of the term "hand-picked."

66.     **Exhibit 65** includes true and correct copies of:  (1) an evaluation from a former student ███████████████████████████ (2) a letter from Jeffrey Tufenkian, who is

Case No. 10 CV 0940 CAB (WVG)
DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

1   represented by plaintiffs' counsel, in which he seeks a refund of the Gold program, but indicates that

2   the $1,995 three-day introductory program was as represented.  This exhibit also includes

3   Mr. Tufenkian's evaluation indicating ███████████████████████████████████████████

4   ███████████████ and (3) the Keller Depo., Vol. 1, pp. 249-250 in which he states that his Trump

5   University education was worthless.  The exhibit also includes his evaluations in which ██████████

6   ████████████████████

7        67.    **Exhibit 66** includes true and correct copies of two contracts Mr. Keller attempted to

8   enter in April 2010, and emails he sent to TU instructors in June and July 2010.  The background is

9   as follows:  Mr. Keller received a full refund of $35,000 from TU for the Gold Elite program

10  because Trump University determined that Mr. Keller was not capable of going through Trump

11  University's training.  Mr. Keller then attended another Trump University event in April 2010 and

12  attempted to purchase two more Trump University events.  After Mr. Keller joined the instant

13  lawsuit, he attended another Trump University program and requested that Trump University's

14  instructor, Eric Brown, provide real estate coaching to him.  He then sent a follow-up email again

15  requesting that Mr. Brown assist him with real estate.

16       68.    Trump University recorded live events and sent them to outside counsel for review to

17  ensure compliance with local and federal laws and Trump University's own policy for truthfulness

18  and accuracy.  On May 31, 2012, defendants produced over 1,500 surviving seminar records totaling

19  over 2,450 hours of teaching.  On October 16, 2012, defendants located and produced 69.5

20  additional hours of recordings.

21       69.    I have handled virtually all aspects of the defense of this matter since its inception

22  and am familiar with the discovery conducted to date.  Since the case began in April 2010, thirteen

23  depositions have been taken and over 150,000 pages of documents have been produced.

24       70.    The 370 figure represents the "universe" of people who: ███████████████████████

25  ██████████████████████████████████████████████████████████████████████████████

26  ████████████████████   After more than two years of litigation, neither plaintiffs, nor TU nor any

27  non-party has identified a single person unhappy about anything related to TU who is not on this

28  "list" of 370.  But, even the 370 figure is grossly overstated because it includes people who

DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

1 ███████████████████████████████████████████████████

2 ███████████████████████████████████████████████████████

3 █████████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████████

5 ████████   As an example, **Exhibit 67** contains true and correct copies of portions of student

6 profiles which ████████████████████████████████████   These individuals are

7 included in the 370 figure.  The true number of unresolved complaints related to allegations in the

8 lawsuit is about 100-200.  That represents less than 1/4 of 1% of all TU attendees, and about 3% of

9 students who paid for TU live events.  TU compares that to 97% of TU students who rated TU, on

10 average, 4.85 or better on a 1-5 scale.

11     71.    **Exhibit 71** is a true and correct copy of the Schnackenberg Depo., pp. 100:14-24,

12 111:4-24, 112:4-13, and 67:4-15, in which ████████████████████████████████

13 ██████████████

14     72.    **Exhibit 72** is a true and correct copy of the Trump Depo., pp. 52:19-54:10 and

15 pp. 59:9-60:6 in which he addresses his involvement in the selection of TU faculty.

16     73.    **Exhibit 73** is a true and correct copy of the Schnackenberg Depo., pp. 175:15-21 and

17 178:4-12; in which █████████████████████████████████████████

18 █████████████████

19     74.    **Exhibit 74** includes true and correct copies of Evaluations by plaintiffs Everett, Low

20 and Brown.

21     75.    **Exhibit 75** is a true and correct copy of the Sommer Depo., pp. 88:19-89:20, p. 90:5-

22 91:1, pp. 253:22-254:8, and pp. 254:22-255:16 in which she testified that many TU students liked

23 TU programs.

24     76.    **Exhibit 76** is a true and correct copy of the Schnackenberg Depo., pp. 146:2-8 and

25 147:21-23 in which he testified that Dr. Gary Eldred prepared the curriculum.

26     77.    **Exhibit 77** is a true and correct copy of the Sexton Depo., pp: 75:17-76:15 in which

27 he addressed the preparation of the curriculum.

28 / / /

DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

78.    **Exhibit 78** is a true and correct copy of a page (TU52936) of the 2010 Playbook, which details the Mission of TU.

79.    **Exhibit 79** is a true and correct copy of the License Agreement between TU and BSG dba Trump Institute.

80.    **Exhibit 80** is a true and correct copy of the Sommer Depo., p. 54:5-7 in which she testified that she was not aware of any manual entitled the Playbook.

81.    **Exhibit 81** is a true and correct copy of the Nicholas Depo., pp. 117:20-118:8 in which he testified that he was not aware of any manual entitled the "Playbook." This exhibit includes his two-page setter's script that Mr. Nicholas sarcastically called his "playbook."

82.    **Exhibit 82** is a true and correct copy of the Schnackenberg Depo., p. 57:8-10 in which he testified that he was not aware of any manual entitled the Playbook.

83.    **Exhibit 83** is a true and correct copy of the Sexton Depo., p.305:8-15 in which he ████████████████████████████

84.    **Exhibit 84** is a true and correct copy of the Sexton Depo., pp. 515:12-516:8 in which he ████████████████████████████

85.    **Exhibit 85** is a true and correct copy of the Makaeff Depo., pp. 81:16-82:4, pp. 82:13-83:21, pp. 86:5-92:17, pp. 93:25-94:3, pp. 398:20-399:4; and pp. 474:1-475:6 in which she identified the significant content and information she received during TU programs.

86.    **Exhibit 86** is a true and correct copy of the Sommer Depo., p. 164:5-14 in which she confirmed that TU did not ask students for financial information.

87.    **Exhibit 87** is a true and correct copy of the Sommer Depo., pp. 110:10-21 in which she testified that TU students could get a full refund even after fully participating in TU programs.

88.    **Exhibit 88** is a true and correct copy of the Keller Depo., pp. 206:19-207:13 in which he testified that he received a full refund after TU determined that he was not capable of the training.

89.    **Exhibit 89** is a true and correct copy of the Sommer Depo., pp. 104:3-106:2 in which she admited that there was no standard or official PowerPoint presentation.

90.    **Exhibit 90** is a true and correct copy of the Sexton Depo., pp. 512:17-514:20 in which ████████████████████████████

Case No. 10 CV 0940 CAB (WVG)
DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

91.     **Exhibit 91** is a true and correct copy of the Low Depo., pp. 114:22-115:1 in which he testified that he was not aware of any scripts being used by instructors or presenters for the programs he attended.

92.     **Exhibit 92** is a true and correct copy of the Everett Depo., p. 234:8-23 in which she testified that she was not aware of any scripts being used by instructors or presenters being used by instructors or presenters for the programs she attended.

93.     **Exhibit 93** is a true and correct copy of the Brown Depo., p.21:15-17 in which he testified that he was not aware of any scripts being used by instructors or presenters for the programs he attended.

94.     **Exhibit 94** is a true and correct copy of the Sommer Depo., pp. 105:3-8, 280:13-281:11 in which she testified that she was not aware of any scripts being used by instructors or presenters for the 20+ programs she attended.

95.     **Exhibit 95** is a true and correct copy of the Schnackenberg Depo., p. 97:9-12 in which he testified that he was not aware of any scripts being used by instructors or presenters for the programs he attended.

96.     **Exhibit 96** is a true and correct copy of the Nicholas Depo., pp. 47:16-23, p. 48:25, p. 49:6-9, pp. 49:23-50:10 in which he testified that he was not aware of any scripts being used by instructors or presenters for the programs he attended.  This exhibit also includes the two-page setter's script used by Mr. Nicholas.

97.     **Exhibit 97** is a true and correct copy of the Sexton Depo., p. 449:13-17 in which he █████████████████████████

98.     **Exhibit 98** is a true and correct copy of the Sexton Depo., pp. 82:21-83:9 and 464:25-465:3 ████████████████████████

99.     **Exhibit 99** is a true and correct copy of TU course lists, offering sheets and descriptions.

100.    **Exhibit 100** is a true and correct copy of the Sommer Depo., pp. 280:8-12 and 302:8-304:2 in which she testified that the TU presentations were different.

/ / /

DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

101.   **Exhibit 101** is a true and correct copy of the Trump Depo., pp. 143:11-145:22 in which he testified that his advice to sell was before the housing bubble.

102.   **Exhibit 102** is a true and correct copy of a letter from Donald Trump in which, prior to the housing bubble he recommended that people sell real estate; after the market turned, he recommend that people purchase real estate.

103.   **Exhibit 103** is a true and correct copy of the Trump Depo., pp. 52:19-54:10 and pp. 59:9-60:6, in which he discussed his involvement with TU.

104.   **Exhibit 104** is a true and correct copy of Mr. Trump's calendars for 2005-2010, ██████████████████████████████████████████████████████████ ████████████

105.   **Exhibit 105** is a true and correct copy of the Schnackenberg Depo., pp. 118:3-6, 126:7-20, 116:7-23, 128:1-8, & 134:16-23 in which he retracted the statement in his declaration that ████████████████████████████████████

106.   **Exhibit 106** is a true and correct copy of the Sexton Depo., pp. 218:17-219:5 and 91:6-14 in which ██████████████████████████

107.   **Exhibit 107** is a true and correct copy of the Sexton Depo., pp:228:24-25 and 229:14-232:19 in which █████████████████████████████

108.   **Exhibit 108** is a true and correct copy of the Keller Email Invite included in the Third Amended Complaint that Mr. Mr. Keller testified was the same or similar to the one he received before attending a TU program.

109.   **Exhibit 109** is a true and correct copy of the Makaeff Depo., pp. 64:20-65:11 in which she testified that she saw no ad before attending a TU program.

110.   **Exhibit 110** is a true and correct copy of the Sexton Depo., pp. 227:23-228:15 in which ████████████████████████

111.   **Exhibit 111** is a true and correct copy of the Trump Depo., pp. 52:19-53:8, pp. 110:13-111:9, in which he discusses the qualifications of the faculty.

112.   **Exhibit 112** is a true and correct copy of the Mentor Certification Requirements.

/ / /

DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

1    113.    **Exhibit 113** is a true and correct copy the Schnackenberg Depo., pp. 144:20-145:3,

2    p. 147:11-23, p. 152:7-19, p. 154:11-15, 25-155:2, and pp. 160:20-161:17 in which ███████

3    ██████████████████████████████████████████████████████████████████████

4    ███████████████████████████████████████████

5    114.    **Exhibit 114** is a true and correct copy of the Sommer Depo., pp. 67:23-68:2,

6    pp. 68:25-69:25, pp. 222:25-223:5, and pp. 257:20-258:14 in which she retracted her statement in

7    her declaration ██████████████████████████████████████████████████████

8    ████████████████████████

9    115.    **Exhibit 115** is a true and correct copy of the Sexton Depo., pp. 261:9-263:25 in

10   which ████████████████████████████

11   116.    **Exhibit 116** is a true and correct copy of the Sexton Depo., pp. 266:24-268:7 in

12   which ████████████████████████████████

13   117.    **Exhibit 117** is a true and correct copy of the Donnelly Depo., p. 34:14-18, pp.

14   106:25-107:20, and pp. 138:20-139:15, in which she testified that TU provided support to students

15   with an available real estate expert to answer questions through a toll-free number.

16   118.    **Exhibit 118** is a true and correct copy of the Sommer Depo., p. 283:9-11, in which

17   she retracted the statement in her declaration that █████████████████████████████

18   ██████████

19   119.    **Exhibit 119** is a true and correct copy of the Schnackenberg Depo., p. 175:15-21 in

20   which he retracted the statement in his declaration that ████████████████████

21   120.    **Exhibit 120** is a true and correct copy of the Sommer Depo., p. 177:10-14 in which

22   she testified that TU did not target seniors.

23   121.    **Exhibit 121** is a true and correct copy of the Donnelly Depo., pp. 113:16-114:7 in

24   which she testified that TU did not target seniors.

25   Dated:      November 30, 2012              YUNKER & SCHNEIDER

26                                             By:      /s/ David K. Schneider
27                                             Attorneys for Defendant
                                               TRUMP UNIVERSITY, LLC
28                                             Email: dks@yslaw.com

Case No. 10 CV 0940 CAB (WVG)
DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

MAKAEFF v. TRUMP UNIVERSITY, LLC, et al.
USDC Case No.  10 CV 0940 CAB (WVG)


**INDEX OF EXHIBITS**

| Exhibit No. | Description | Starting Page |
|---|---|---|
| 1 | Declaration of Michael Sexton **(Sealed)** | 24 |
| 2 | Deposition testimony of Michael Sexton, taken on August 22, 2012 ("Sexton Depo., Vol. 1"), pages 75 and 76 **(Sealed)** | 32 |
| 3 | Business Plan of Trump University **(Sealed)** | 36 |
| 4 | Mr. Trump's Supplemental Response to Interrogatory No. 10 | 38 |
| 5 | Deposition testimony of Donald J. Trump taken on September 12, 2012 ("Trump Depo."), pages 52 and 53; Mr. Trump's Supplemental Response to Interrogatory No. 14. | 43 |
| 6 | Declaration of Mark Covais **(Sealed)** | 51 |
| 7 | Plaintiff Tarla Makaeff's workbook for Fastrack to Foreclosure | 58 |
| 8 | Various Trump University contracts  **(Sealed)** | 376 |
| 9 | Deposition of Corinne Sommer, dated November 7, 2012 ("Sommer Depo."), pages 50-51 and 110 | 400 |
| 10 | Deposition of Brandon Keller, dated April 13, 2012 ("Keller Depo., Vol. 2"), pages 278 and 279 | 405 |
| 11 | Approximately 1,000 student evaluations in hard copy and approximately 10,000 student evaluations on disk.  **(Sealed)** | 409 |
| 12 | Approximately 167 mentorship evaluations involving 20 different mentors filled out by students who purchased mentorships, plus 86 post-mentorship interviews. **(Sealed)** | 3102 |
| 13 | 68 written testimonials prepared by former students and 15 video testimonials on disk (including transcriptions of each of the video testimonials) **(Sealed)** | 3381 |

16

| Exhibit No. | Description | Starting Page |
|---|---|---|
| 14 | 14 declarations of former students: (a) Amy Hinderer; (b) Mette Nielsen; (c) Paula Levand; (d) Meena Mohan; (e) Charles Lee; (f) Jesus Castillo; (g) Marla Colic; (h) Kissy Gordon; (i) Greg Leishman; (j) Stephen Nesbit; (k) Paul Canup; (l) Robert Mulack; (m) Scott Talhelm; and (n) David Wright (**Sealed**) | 3527 |
| 15 | Evaluations in which students stated there was "too much information" given at program (**Sealed**) | 3581 |
| 16 | Workbooks with plaintiff Tarla Makaeff's handwritten notes | 3586 |
| 17 | Evaluation from former student who indicated that he wanted more training. (**Sealed**) | 4787 |
| 18 | Evaluations from former students indicating that they wanted more "upselling." (**Sealed**) | 4790 |
| 19 | Evaluation from a former student indicating the reason he attended Trump University programs was to be a better resource for his clients. (**Sealed**) | 4795 |
| 20 | Evaluations from former students indicating the reason they attended Trump University programs was to network with other students. (**Sealed**) | 4797 |
| 21 | Customized Trump University contracts (**Sealed**) | 4805 |
| 22 | Declarations by former Trump University instructors and/or mentors (a) John Jamieson , (b) Troy Peterson, (c) Johnny Horton, and (d) Gene Guarino (**Sealed**) | 4832 |
| 23 | Deposition testimony of former Trump University marketing director, Cheryl Donnelly, dated November 2, 2012 ("Donnelly Depo."), pages 149-151 | 4856 |
| 24 | Surveys summarizing the results of the student evaluations (**Sealed**) | 4861 |
| 25 | Named plaintiffs' evaluations for the various programs and mentorships, excluding plaintiff Oberkrom (**Sealed**) | 5143 |
| 26 | Evaluation by plaintiff Everett's partner, James Vassa (**Sealed**) | 5164 |
| 27 | Videotaped testimonial on disk provided by lead plaintiff Tarla Makaeff in June 2010 | 5167 |

| **Exhibit No.** | **Description** | **Starting Page** |
|---|---|---|
| 28 | Deposition testimony of Tarla Makaeff, taken January 31, 2012 ("Makaeff Depo., Vol. 2"), page 532 | 5178 |
| 29 | Student evaluations stating that Trump University programs "exceeded their expectations," provided them with "courage" and "confidence," and that "nothing could be improved" with Trump University programs **(Sealed)** | 5181 |
| 30 | Student evaluations stating indicated that Trump University has done "all that it can do," and it is now "the students' responsibility" to utilize the information **(Sealed)** | 5200 |
| 31 | Form letters from plaintiffs' counsel blanketed to the putative class | 5205 |
| 32 | Deposition testimony of Tarla Makaeff, taken January 30, 2012 ("Makaeff Depo., Vol. 1"), page 65 | 5226 |
| 33 | Deposition testimony of plaintiff Joann Everett, taken October 3, 2012 ("Everett Depo."), pages 14 and 15; Deposition testimony of plaintiff John Brown, taken October 8, 2012 ("Brown Depo."), page 18; Keller Depo., page 40; Email/Ad produced by plaintiff Keller; Deposition testimony of plaintiff Sonny Low, taken October 4, 2012 ("Low Depo."), page 42; Deposition testimony of plaintiff Ed Oberkrom, taken April 11, 2012 ("Oberkrom Depo."), page 20 | 5229 |
| 34 | Deposition testimony of Michael Sexton, taken on August 23, 2012 ("Sexton Depo., Vol. 2"), page 515 and 516 **(Sealed)** | 5242 |
| 35 | Deposition testimony of Corinne Sommers, taken November 7, 2012 ("Sommers Depo."), page 54; Deposition testimony of Ron Schnackenberg, taken October 15, 2012 ("Schnackenberg Depo."), page 57; Deposition testimony of Jason Nicholas, taken November 8, 2012 ("Nicholas Depo."), pages 117-118 | 5246 |
| 36 | Sommer Depo., pages 37 and 38; Sexton Depo., Vol. 1, pages 215 and 216 **(Sealed)** | 5254 |
| 37 | Makaeff Depo., Vol. 1, page 100; Low Depo., page 188; Everett Depo., page 107 | 5261 |
| 38 | Sexton Depo., Vol. 2, pages 512-514, 520, 521; Schnackenberg Depo., pages 30 – 31 **(Sealed)** | 5268 |

18

| **Exhibit No.** | **Description** | **Starting Page** |
|---|---|---|
| 39 | Nine Trump University PowerPoint presentations **(Sealed)** | 5278 |
| 40 | Sommer Depo., pages 302-304 | 5646 |
| 41 | Sexton Depo., Vol. 1, pages 182, 183; Sexton Depo., Vol. 2, pages 328 and 329; Faculty contracts; Rules of Engagement **(Sealed)** | 5651 |
| 42 | Everett Depo., pages 37-42, and 251-252; Brown Depo., page 42; Nicholas Depo., page 118 | 5675 |
| 43 | Print ads used by Trump University | 5689 |
| 44 | Evaluation by former student stating appreciation for no high pressure sales **(Sealed)** | 5703 |
| 45 | Sommer Depo., page 172; Spreadsheet of live events and instruction from 2007-2010 **(Sealed)** | 5706 |
| 46 | Makaeff Depo., Vol. 1, page 40; Makaeff Depo., Vol. 2, pages 383 and 388 | 5748 |
| 47 | Resumes or biographies of Trump University instructors and mentors **(Sealed)** | 5754 |
| 48 | TU ad offering a free "secrets" DVD | 5778 |
| 49 | Email from plaintiff Makaeff dated September 29, 2008, indicating that Trump University "changed her life"; evaluations from other TU students stating same **(Sealed)** | 5780 |
| 50 | Makaeff Depo., Vol. 2, pages 329, 446, 531, 532, 534-536, 542-543; Brown Depo., pages 151, 257-258 **(Sealed)** | 5787 |
| 51 | Evaluations by former students indicating that Trump University gave them confidence **(Sealed)** | 5802 |
| 52 | Declaration of George Sorial **(Sealed)** | 5807 |
| 53 | Evaluations from former students indicating that Trump University was "worth the price of admission" and the "best money I ever invested." **(Sealed)** | 5810 |
| 54 | Sexton Depo., Vol. 1,  pages 184, 188; Sexton Depo., Vol. 2, page 321 **(Sealed)** | 5815 |

| Exhibit No. | Description | Starting Page |
|:---:|:---|:---:|
| 55 | Makaeff Depo., Vol. 1, page 65; Keller Depo., Vol. 1, page 38; Brown Depo., pages 16-17; Everett Depo., pages 14-15; Low Depo., page 42; Oberkrom Depo., page 20 | 5821 |
| 56 | Makaeff Depo., Vol. 1, page 67 | 5836 |
| 57 | Keller Depo., Vol. 1, pages 70 and 208; Low Depo., pages 44 and 69; Everett Depo., pages 30-31; Brown Depo., pages 48-49; Oberkrom Depo., pages 29-30, 12 | 5839 |
| 58 | Enrollment Contracts for plaintiffs Makaeff, Everett, and Keller **(Sealed)** | 5856 |
| 59 | Keller Depo., Vol. 1, pages 206-207 | 5871 |
| 60 | Makaeff Depo., Vol. 2, pages 462-463, 507-510, 532, 554; Oberkrom Depo., pages 187, 191-192, 283-284, 324-325, 350; Everett Depo., pages 62-63, 108, 211, 278-279, 294; Low Depo., page 59; Brown Depo., pages 151, 256-258 **(Sealed)** | 5875 |
| 61 | Keller Depo., Vol. 1, pages 164; Keller's evaluation; Makaeff Depo., Vol. 1, pages 249-250; Makaeff Depo., Vol. 2, pages 405-406, 449; Brown Depo., pages 171, 166; Low Depo., page 66 **(Sealed)** | 5909 |
| 62 | Makaeff Depo., Vol. 1, page 39; Low Depo., page 22; Everett Depo., page 18; Brown Depo., pages 102-103 **(Sealed)** | 5927 |
| 63 | Everett Depo., page 259 | 5937 |
| 64 | Low Depo., pages 70-71; Brown Depo., pages 289-290 | 5940 |
| 65 | Evaluation from a former student stating that Trump University was "so worth it"; Letter from Jeffrey Tufenkian; Mr. Tufenkian's evaluation of the Trump University program; Keller Depo., Vol. 1, pp. 249-250; Keller evaluation **(Sealed)** | 5947 |
| 66 | Two contracts Mr. Keller attempted to enter in April 2010; Emails he sent to TU instructors in June and July 2010 **(Sealed)** | 5960 |
| 67 | Portions of student profiles which indicate their "complaint" was a "nominal billing charge." **(Sealed)** | 5966 |
| 68 | Intentionally Blank | 5971 |

| Exhibit No. | Description | Starting Page |
|---|---|---|
| 69 | Intentionally Blank | 5971 |
| 70 | Intentionally Blank | 5971 |
| 71 | Schnackenberg Depo., pp. 100:14-24, 111:4-24, 112:4-13, and 67:4-15 | 5972 |
| 72 | Trump Depo., pp. 52:19-54:10 and pp. 59:9-60:6 | 5978 |
| 73 | Schnackenberg Depo., pp. 175:15-21 and 178:4-12 | 5985 |
| 74 | Evaluations by plaintiffs Everett, Low and Brown **(Sealed)** | 5989 |
| 75 | Sommer Depo., pp. 88:19-89:20, p. 90:5-91:1, pp. 253:22-254:8, and pp. 254:22-255:16 | 6004 |
| 76 | Schnackenberg Depo., pp. 146:2-8 and 147:21-23 | 6013 |
| 77 | Sexton Depo., pp: 75:17-76:15 **(Sealed)** | 6017 |
| 78 | One page (TU52936) of the 2010 Playbook **(Sealed)** | 6021 |
| 79 | License Agreement between TU and BSG dba Trump Institute **(Sealed)** | 6024 |
| 80 | Sommer Depo., p. 54:5-7 | 6047 |
| 81 | Nicholas Depo., pp. 117:20-118:8; Setter's script | 6050 |
| 82 | Schnackenberg Depo., p. 57:8-10 | 6056 |
| 83 | Sexton Depo., p.305:8-15 **(Sealed)** | 6059 |
| 84 | Sexton Depo., pp. 515:12-516:8 **(Sealed)** | 6062 |
| 85 | Makaeff Depo., pp. 81:16-82:4, pp. 82:13-83:21, pp. 86:5-92:17, pp. 93:25-94:3, pp. 398:20-399:4; and pp. 474:1-475:6 | 6066 |
| 86 | Sommer Depo., p. 164:5-14 | 6085 |
| 87 | Sommer Depo., pp. 110:10-21 | 6088 |
| 88 | Keller Depo., pp. 206:19-207:13 | 6091 |
| 89 | Sommer Depo., pp. 104:3-106:2 | 6095 |
| 90 | Sexton Depo., pp. 512:17-514:20 **(Sealed)** | 6100 |

| Exhibit No. | Description | Starting Page |
|---|---|---|
| 91 | Low Depo., pp. 114:22-115:1 | 6105 |
| 92 | Everett Depo., p. 234:8-23 | 6109 |
| 93 | Brown Depo., p.21:15-17 | 6112 |
| 94 | Sommer Depo., pp. 105:3-8, 280:13-281:11 | 6115 |
| 95 | Schnackenberg Depo., p. 97:9-12 | 6120 |
| 96 | Nicholas Depo., pp. 47:16-23, p. 48:25, p. 49:6-9, pp. 49:23-50:10; Setter's script | 6123 |
| 97 | Sexton Depo., p. 449:13-17 (**Sealed**) | 6131 |
| 98 | Sexton Depo., pp. 82:21-83:9 and  464:25-465:3 (**Sealed**) | 6134 |
| 99 | TU course lists, offering sheets and descriptions (**Sealed**) | 6141 |
| 100 | Sommer Depo., pp. 280:8-12 and 302:8-304:2 | 6188 |
| 101 | Trump Depo., pp. 143:11-145:22 | 6194 |
| 102 | Letter from Donald Trump in which, prior to the housing bubble he recommended that people sell real estate | 6199 |
| 103 | Trump Depo., pp. 52:19-54:10 and pp. 59:9-60:6 | 6201 |
| 104 | Mr. Trump's calendars for 2005-2010 (**Sealed**) | 6208 |
| 105 | Schnackenberg Depo., pp. 118:3-6, 126:7-20, 116:7-23, 128:1-8, & 134:16-23 | 6252 |
| 106 | Sexton Depo., pp. 218:17-219:5 and 91:6-14 (**Sealed**) | 6259 |
| 107 | Sexton Depo., pp:228:24-25 and 229:14-232:19 (**Sealed**) | 6264 |
| 108 | Keller Email Invite | 6271 |
| 109 | Makaeff Depo., pp. 64:20-65:11 | 6273 |
| 110 | Sexton Depo., pp. 227:23-228:15 (**Sealed**) | 6277 |
| 111 | Trump Depo., pp. 52:19-53:8, pp. 110:13-111:9 | 6281 |
| 112 | Mentor Certification Requirements (**Sealed**) | 6287 |

| Exhibit No. | Description | Starting Page |
|---|---|---|
| 113 | Schnackenberg Depo., pp. 144:20-145:3, p. 147:11-23, p. 152:7-19, p. 154:11-15, 25-155:2, and pp. 160:20-161:17 | 6290 |
| 114 | Sommer Depo., pp. 67:23-68:2, pp. 68:25-69:25, pp. 222:25-223:5, and pp. 257:20-258:14 | 6300 |
| 115 | Sexton Depo., pp. 261:9-263:25 **(Sealed)** | 6309 |
| 116 | Sexton Depo., pp. 266:24-268:7 **(Sealed)** | 6314 |
| 117 | Donnelly Depo., p. 34:14-18, pp. 106:25-107:20, and pp. 138:20-139:15 | 6319 |
| 118 | Sommer Depo., p. 283:9-11 | 6326 |
| 119 | Schnackenberg Depo., p. 175:15-21 | 6329 |
| 120 | Sommer Depo., p. 177:10-14 | 6332 |
| 121 | Donnelly Depo., pp. 113:16-114:7 | 6335 |