David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive, <br><br> Defendants. <br><br> AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 CAB (WVG) <br><br> CLASS ACTION <br><br> DECLARATION OF DAVID K. SCHNEIDER IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE DECLARATIONS OF SCHNACKENBERG, SOMMER, NICHOLAS AND DONNELLY <br><br><br> DATE: February 12, 2013 <br> TIME: 2:30 p.m. <br> CTRM: 2 — 4th Floor |

I, David K. Schneider, declare:

1. I am an attorney duly licensed to practice before the state and federal courts in California, and I am a partner in the law firm of Yunker & Schneider, attorneys for defendants Trump University, LLC and Donald J. Trump, in this matter. I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2. The attached exhibits hereto were prepared to simplify the Court's review and are verbatim, true and correct.

1    3.   Attached as **Exhibit 1** are true and correct copies of pages from the deposition of
2 Ronald Schnackenberg, taken on October 15, 2012, which support the statements on page 4, lines
3 17-19 in the accompanying Memorandum of Points and Authorities in Support of this Motion to
4 Strike.

5    4.   Attached as **Exhibit 2(a)-(g)** are true, correct and verbatim accounts of
6 Mr. Schackenberg's pertinent deposition testimony, with a side-by-side comparison to each of his
7 recanted or unsupported declaration statements, with his actual deposition testimony following.

8    5.   Attached as **Exhibit 3** are true and correct copies of pages from the deposition of
9 Corinne Sommer, taken on November 7, 2012, which support the statements on page 5, lines 2-11 in
10 the accompanying Memorandum of Points and Authorities in Support of this Motion to Strike.

11    6.   Attached as **Exhibit 4(a)-(o)** are true, correct and verbatim accounts of
12 Ms. Sommer's pertinent deposition testimony, with a side-by-side comparison to each of her
13 recanted or unsupported declaration statements, with the actual deposition testimony following.

14    7.   Attached as **Exhibit 5** are true and correct copies of pages from the deposition of
15 Jason Nicholas, taken on November 8, 2012, which support the statements on page 6, lines 2-5 in the
16 accompanying Memorandum of Points and Authorities in Support of this Motion to Strike.

17    8.   Attached as **Exhibit 6(a)-(j)** are true, correct and verbatim accounts of Mr. Nicholas'
18 pertinent deposition testimony, with a side-by-side comparison to each of his recanted or
19 unsupported declaration statements, with the actual deposition testimony following.

20    9.   Attached as **Exhibit 7** are true and correct copies of pages from the deposition of
21 Cheryl Donnelly, taken on November 2, 2012, which support the statements on page 6, lines 18-20
22 in the accompanying Memorandum of Points and Authorities in Support of this Motion to Strike.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1      10.    Attached as **Exhibit 8(a)-(d)** are true, correct and verbatim accounts of Ms. Donnelly's pertinent deposition testimony, with a side-by-side comparison to each of her recanted or unsupported declaration statements, with the actual deposition testimony following.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on November 30, 2012, in San Diego, California.

                                        /s/ David K. Schneider
                                        David K. Schneider

MAKAEFF v. TRUMP UNIVERSITY, LLC, et al.
USDC Case No.  10 CV 0940 CAB (WVG)

# INDEX OF EXHIBITS TO DECLARATION OF DAVID K. SCHNEIDER IN SUPPORT OF MOTION T STRIKE DECLARATIONS

| **Exhibit No.** | **Description** | **Starting Page** |
|---|---|---|
| 1 | Deposition testimony of Ronald Schnackenberg, taken October 15, 2012, pp. 7, 47-48, 64, 66-67 and 177 | 5 |
| 2 | Objections to the Ron Schnackenberg Declaration and supporting deposition testimony (Exhibits 2(a)-(g)) | 13 |
| 3 | Deposition testimony of Corinne A. Sommer, taken November 7, 2012, pp. 7-8, 11, 37, 48-51, 53, 78, 195, 234, 241-242 | 76 |
| 4 | Objections to the Corinne Sommer Declaration and supporting deposition testimony (Exhibits 4(a)-(o)) | 91 |
| 5 | Deposition testimony of Jason Nicholas, taken November 8, 2012, pp. 26, 55-56, 67, 277, 288 | 182 |
| 6 | Objections to the Jason Nicholas Declaration and supporting deposition testimony (Exhibits 6(a)-(j)) | 189 |
| 7 | Deposition testimony of Cheryl Donnelly, taken November 2, 2012, pp. 8, 10, 27-28 | 238 |
| 8 | Objections to the Cheryl Donnelly Declaration and supporting deposition testimony (Exhibits 8(a)-(d)) | 243 |

# EXHIBITS 1-8

[Filed Conditionally Under Seal and Pursuant to Order Granting Application to File Under Seal Pursuant to Local Rule 79.2 and the Protective Order Entered November 17, 2011 Entered on September 25, 2012 [DKT. No. 125]]

(See Dkt. No. 136, Order Granting Joint Motion for Leave to Allow Non-Electronic Filing of Videos as Exhibits in Opposition to Plaintiffs' Motion for Class Certification)