# EXHIBITS 1-3
# Pages: 24-37.19

# [Filed Conditionally Under Seal]

# EXHIBIT 4

| | |
|---|---|
| 1 | David K. Schneider (CSB 139288) |
| | YUNKER & SCHNEIDER |
| 2 | 655 West Broadway, Suite 1400 |
| | San Diego, California 92101 |
| 3 | Telephone: (619) 233-5500 |
| | Facsimile: (619) 233-5535 |
| 4 | Email: dks@yslaw.com |
| 5 | Attorneys for Defendants TRUMP UNIVERSITY, LLC and |
| | DONALD J. TRUMP |

### UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 10 CV 0940 IEG (WVG) <br><br> SUPPLEMENTAL RESPONSE OF DONALD J. TRUMP TO SECOND SET OF INTERROGATORIES BY PLAINTIFFS |

PROPOUNDING PARTY: Plaintiffs TARLA MAKAEFF, BRANDON KELLER, and ED OBERKROM

RESPONDING PARTIES: Defendants DONALD J. TRUMP

SET NUMBER: Two - Supplemental

The following are Donald J. Trump's Supplemental Responses to Plaintiffs' Interrogatories (Set Two).

PLEASE TAKE NOTICE that the following Responses are made subject to the fact that investigation and discovery are ongoing, and consequently the parties may learn additional facts presently unknown, or may locate additional facts presently unknown, or may locate additional

---

1  Case No. 10 CV 0940 IEG (WVG)
SUPPLEMENTAL RESPONSE OF DONALD J. TRUMP TO SECOND SET OF INTERROGATORIES BY PLAINTIFFS

1. Trump University's (former) President, Michael Sexton, to discuss Trump University's operations,
2. the company's philosophy, the development of Trump University's curriculum as well as the
3. company's overall business strategy; attending periodic meetings with various experts responsible
4. for drafting and developing Trump University course materials, including, Columbia University
5. Business School professor, Don Sexton, former Stanford University, University of Virginia and
6. University of Illinois business professor, Gary W. Eldred, PhD, Babson Professor Michael Gordon,
7. Columbia Business School Adjunct Profession Jack Kaplan, and recognized wealth preservation
8. author, speaker and mentor, J.J. Childers, all for the purpose of communicating and integrating
9. Mr. Trump's ideas, strategies and overall business philosophy; reviewing and approving various
10. Trump University newsletters, blog entries and essays featured on Trump University's website,
11. including, without limitation, "Inside Trump Tower", "Ask Mr. Trump", "Trump University
12. Magazine" and "Trump University Online"; reviewing and approving Trump University
13. publications, including, without limitation, "Never Give Up" and "Trump 101"; providing Trump
14. University management with actual real estate case studies for integration in Trump University
15. course materials, seminars and presentations including, without limitation, the acquisitions of 40
16. Wall Street, Trump Tower (New York), Mar-A-Lago and the Palm Beach, Florida home.

17. **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

18. From 2006 to the present, Mr. Trump has had significant involvement with both the
19. operation and overall business strategy of Trump University. Mr. Trump's involvement has
20. included, but not been limited to, the following: attending frequent meetings over the years with
21. Trump University's (former) President, Michael Sexton, to discuss Trump University's operations,
22. the company's philosophy, the development of Trump University's curriculum as well as the
23. company's overall business strategy; attending periodic meetings with various experts responsible
24. for drafting and developing Trump University course materials, including, Columbia University
25. Business School professor, Don Sexton, former Stanford University, University of Virginia and
26. University of Illinois business professor, Gary W. Eldred, PhD, Babson Professor Michael Gordon,
27. Columbia Business School Adjunct Profession Jack Kaplan, recognized wealth preservation author,
28. speaker and mentor, J.J. Childers, Professor of Dartmouth, John Vogel, and world renown Roger

1 Schank, who was a Professor at Stanford and then Yale, all for the purpose of communicating and
2 integrating Mr. Trump's ideas, strategies and overall business philosophy; reviewing and approving
3 various Trump University newsletters, blog entries and essays featured on Trump University's
4 website, including, without limitation, "Inside Trump Tower", "Ask Mr. Trump", "Trump
5 University Magazine" and "Trump University Online"; reviewing and approving Trump University
6 publications, including, without limitation, "Never Give Up" and "Trump 101"; providing Trump
7 University management with actual real estate case studies for integration in Trump University
8 course materials, seminars and presentations including, without limitation, the acquisitions of 40
9 Wall Street, Trump Tower (New York), Mar-A-Lago and the Palm Beach, Florida home.

INTERROGATORY NO. 11:

Identify all Trump University speakers, instructors and mentors that you contend were experts in real estate.

RESPONSE TO INTERROGATORY NO. 11:

Trump University objects to this request as overbroad, vague and ambiguous. Notwithstanding the foregoing objections, Trump University states that numerous individuals associated with and/or who provided services to Trump University could reasonably be considered to possess expertise in various aspects of business, real estate, teaching and/or mentoring. These individuals include, without limitation, the following:

- Don Sexton
- Gary Eldred
- JJ Childers
- Michael Gordon
- Jack Kaplan
- Michael Potter
- Roger Schank
- Howard E. Haller
- Steve Miller
- Alex Grist

## VERIFICATION

I, Donald J. Trump, declare as follows:

I have read the foregoing **SUPPLEMENTAL RESPONSE OF TRUMP UNIVERSITY, LLC TO SECOND SET OF INTERROGATORIES BY PLAINTIFFS**, and I know the contents thereof, and the contents are true of my own knowledge, and/or of my own information and belief.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Dated: 9/12/12

_____
Donald J. Trump

Error! Reference source not found.

# EXHIBIT 5

Donald J. Trump, Sr.                                         September 12, 2012

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TARLA MAKAEFF, et al., on Behalf of
Themselves and All Others Similarly
Situated,
    Plaintiffs,                    Civil Action No.
        vs.                     3:10-CV-00940-
TRUMP UNIVERSITY, LLC, et al.,   CAB(WVG)
    Defendants.

        Videotaped deposition of ==DONALD J. TRUMP, SR.==
        New York, New York
        September 12, 2012

Reported by:
Gail L. Inghram Verbano:
RDR, CRR, CSR-CA (No. 8635)

Job No. 10003489

Page 1

www.aptusCR.com

Ex. 5 - 44

Donald J. Trump, Sr.                                   September 12, 2012

```
 1   of somebody else?
 2        A    No.  I think they think that it's a
 3   company that's a successful -- very successful
 4   company.
 5        Q    And it's successful because of you;
 6   correct?
 7        A    Well, it's successful because of
 8   transactions; and lots of transactions over a period
 9   of years have added up to a great body of success,
10   yes.
11        Q    And you oversaw those transactions;
12   correct?
13        A    I did, yes.
14        Q    Do you know who Scott Leitzel is?
15        A    I know the name.  I don't know him.
16        Q    How about Michael Hinson?  Do you know
17   who that is?
18        A    No.
19        Q    How about Stephen Gilpin?  Do you know
20   who that is?
21        A    I think these are names of people that I
22   taught where -- I think I know their names because I
23   saw résumés, and I would see résumés of instructors,
24   because it was important to me that we got good
```

Donald J. Trump, Sr.                                         September 12, 2012

1   instructors.
2              So I don't know if that's what you're
3   referring to.  But I've met numerous instructors, and
4   I've also -- this is over a period of years.  And
5   I've also seen the résumés of virtually everybody.
6              So that's where they sound familiar to
7   me; and in some cases, I know them better because
8   I've met them.
9         Q    Sure.  Which instructors did you meet?
10        A    I believe Donald Sexton and Mr. Caplan.
11  I believe perhaps Childers.
12             I've met a number of them.  I don't know
13  their names.  I mean, you're talking about years ago.
14  This is actually years ago.
15             But I've met a number of instructors.  I
16  wanted to see -- I really was very insistent that we
17  get good instructors for the classes.
18             And I think the 97 percent bears that
19  out, that we were successful in that regard.
20             But the concept of getting proper
21  instructors was very important to me.
22        Q    Now, when did you meet Donald Sexton?
23        A    I don't know.  Years ago.
24        Q    How many times did you meet him?

Page 53

www.aptusCR.com

| | |
|---|---|
| 1 | David K. Schneider (CSB 139288) |
| | YUNKER & SCHNEIDER |
| 2 | 655 West Broadway, Suite 1400 |
| | San Diego, California 92101 |
| 3 | Telephone: (619) 233-5500 |
| | Facsimile: (619) 233-5535 |
| 4 | Email: dks@yslaw.com |
| 5 | Attorneys for Defendants TRUMP UNIVERSITY, LLC and |
| | DONALD J. TRUMP |

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 10 CV 0940 IEG (WVG) <br><br> SUPPLEMENTAL RESPONSE OF DONALD J. TRUMP TO SECOND SET OF INTERROGATORIES BY PLAINTIFFS |

PROPOUNDING PARTY:   Plaintiffs TARLA MAKAEFF, BRANDON KELLER, and ED OBERKROM

RESPONDING PARTIES:   Defendants DONALD J. TRUMP

SET NUMBER:   Two - Supplemental

The following are Donald J. Trump's Supplemental Responses to Plaintiffs' Interrogatories (Set Two).

PLEASE TAKE NOTICE that the following Responses are made subject to the fact that investigation and discovery are ongoing, and consequently the parties may learn additional facts presently unknown, or may locate additional facts presently unknown, or may locate additional

1  Case No. 10 CV 0940 IEG (WVG)
SUPPLEMENTAL RESPONSE OF DONALD J. TRUMP TO SECOND SET OF INTERROGATORIES BY PLAINTIFFS

1. Keith Sperry

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11:**

Notwithstanding the foregoing, the following people listed above in the original response to Interrogatory No. 11 would not be considered to have expertise specifically to and exclusively in real estate: Don Sexton, Michael Gordon, Jack Kaplan, Michael Potter, Roger Schank, Scott Lietzell, Koz Khosovrani and Omar Periu.

**INTERROGATORY NO. 14:**

For all of the Trump University speakers, instructors and mentors that were hand-picked by you (as identified in Interrogatory No. 13), describe in detail the process by which you hand-picked such speakers, instructors and mentors, including how these speakers were located, and which, if any, agencies or other entities were involved.

**RESPONSE TO INTERROGATORY NO. 14:**

See response to Interrogatory No. 13.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:**

Donald J. Trump and Michael Sexton met to discuss the concept of and vision for Trump University. They agreed that Trump University would hire known and recognized experts in their respective fields. Michael Sexton, as President of Trump University, then conducted extensive research, including but not limited to online research, contacting universities, calling professors, contacting people identified by referral sources, and the like, to identify potential experts to work on Trump University programs, prepare materials and the curriculum, etc. Mr. Sexton's searches included top tier universities and professors. Mr. Sexton and staff reviewed the credentials, backgrounds and experience of potential experts. In addition to the names provided in earlier responses, they also included Professor of Dartmouth, John Vogel, and world renown Roger Shank who was a Professor at Stanford and then Yale. These experts spent considerable time with Mr. Sexton and Mr. Trump discussing the curriculum, their vision for the company, real estate, and related issues and topics within each of the background and expertise of these individuals. Mr. Sexton also met with Mr. Trump to discuss their expertise and their potential role in and with Trump University. Employees, independent contractors, speakers, instructors, etc., submitted

information about their background, resumes, filled out questionnaires, etc. detailing some of their education, background and experience. Research and investigation was conducted about each applicant. Mr. Trump and Mr. Sexton discussed the continued vision for Trump University, and thereafter, Mr. Sexton hired additional employees or independent contractors to provide the various areas of expertise needed for Trump University. COO David Highbloom also was involved in the hiring and/or contracting process for employees and independent contractors using the same or similar criteria. Witnesses include those individuals identified above.

Dated:   July 6, 2012

YUNKER & SCHNEIDER

By: _____
Attorneys for Defendants and Counterclaimant
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP
E-mail: dks@yslaw.com

## VERIFICATION

I, Donald J. Trump, declare as follows:

I have read the foregoing **SUPPLEMENTAL RESPONSE OF TRUMP UNIVERSITY, LLC TO SECOND SET OF INTERROGATORIES BY PLAINTIFFS**, and I know the contents thereof, and the contents are true of my own knowledge, and/or of my own information and belief.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Dated: 9/12/12

_____
Donald J. Trump

Error! Reference source not found.

# EXHIBIT 6

# Pages: 51-57

# [Filed Conditionally Under Seal]