# EXHIBIT 7



THE TRUMP UNIVERSITY SCHOOL OF REAL ESTATE

*Fast track* to
FORECLOSURE
INVESTING

THE WORKBOOK

*This Workbook is
the essential
companion to your
Fast Track to
Foreclosure training*

TRUMP
UNIVERSITY

**TU-MAKAEFF0314**



# FAST TRACK TO FORECLOSURE INVESTING
## 3-Day Training

## TABLE OF CONTENTS

### AGENDA DAY ONE

1. **Introduction and Overview**
   - A Look at Foreclosure Statistics
   - What Causes Foreclosure
   - Market Advantages in this Economy

2. **Understanding the Foreclosure Process**
   - Types of Foreclosures
   - Judicial Timeline
   - Non-judicial Timeline

3. **Locating Great Deals**
   - What Makes a Property a Bargain
   - Finding Real Estate with Motivated Sellers
   - Analyzing Lis Pendens

4. **Choosing an Area**
   - Determining Factors for Choosing an Area
   - Categorizing Neighborhoods as A, B, C, or D
   - Creating a Functional Plan

5. **Finding Properties**
   - The Shotgun Method
   - The Laser Method
   - The Advertising Method

6. **Contacting Owners**
   - Outbound Calls
   - Inbound Calls
   - In-person Meetings

### AGENDA DAY TWO

7. **Working with People**
   - Options for Homeowners in Foreclosure
   - Foreclosure Attitudes and Behaviors
   - Items You Must Get

8. **Structuring the Deal**
   - Establishing Property Value
   - Determining ARV
   - Contract Requirements

9. **Building a Buyer's List**
   - Ways to Find Buyers
   - Showing Properties
   - Assigning the Deal

10. **Understanding Short Sales**
    - Why Banks Sell Short
    - What You Need to Negotiate a Short Sale
    - The Short Sale Process

11. **Investing in Bank REOs**
    - Secrets to REO Success
    - Offer Language
    - Government REOs

### AGENDA DAY THREE

12. **Commercial Financing**
    - When to Use Commercial Financing
    - The Lender's View of LTV vs. True LTV
    - Working with Banks and Mortgage Brokers

13. **Quick Turning Real Estate**
    - 5 Ways to Quick Turn Real Estate
    The Difference Between Wholesaling and Retailing
    - Wholesaling
      - Why Should You Wholesale?
      - Wholesaling Basics
      - Contract Clauses
    - Retailing
      - Retailing Basics
      - Principles of Retailing
      - Retailing Examples
    - Options and Lease Options
      - How Lease Options Work
      - Seller and Buyer Benefits
      - Three Profit Scenarios
    - Owner Financing
      - Four Ways to Profit
      - How You Can Work it
      - The Due-on-Sale Clause



1

TU-MAKAEFF0316

Ex. 7 - 61



# Today's Agenda

- Introduction and Overview
- Understanding the Foreclosure Process
- Locating Great Deals
- Choosing an Area
- Finding Properties
- Contacting Owners

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

2

TU-MAKAEFF0317

Ex. 7 - 62

**Introduction and Overview**

TU-MAKAEFF0318



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

3



# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

TU-MAKAEFF0320

Ex. 7 - 65



# Foreclosure Headicators

**CNNMoney.com**
A Service of CNN, Fortune & Money

## Home prices: Down record 11%
The residential real estate market continues to deteriorate in 2008, with 20 key markets reporting steep drops.

### The New York Times
YOUR MONEY
The Foreclosure Pickings Are Plentiful but Not Easy

## Entrepreneur.com
### Ripe Market?
Buying distressed properties can be a fruitful investment, but profiting is no simple matter. Make sure you've done your research.



As rates rise, home foreclosures surge
Adjustable-rate mortgages make it hard for many to make payments

© 2008 Trump University

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0321**

Ex. 7 - 66



## Notes:

DOM — days on market

6



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

7

TU-MAKAEFF0323