

# 2008 Forecast

| | |
|---|---|
| Pre-Foreclosures | 368,317 |
| Sherriff Sales | 34,591 |
| Foreclosures | 204,239 |
| Bankruptcies | 279,970 |
| FSBO's | 57,252 |
| Tax Liens | 606,839 |
| Total: | 1,551,208 |

Source: www.foreclosure.com                    © 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0324

Ex. 7 - 69



# Understanding the Market

"*As always, today's a great time to invest in real estate - if you develop the right strategy. Foreclosures, REOs, distressed sellers, and of course, creating value remains a time-tested technique in down cycles. How can you capitalize on these emerging opportunities? Education and market knowledge. Certainly, prudence pays off. Whereas, fear of action never places you on the path to wealth.*"

—*Gary Eldred*

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

9

**TU-MAKAEFF0325**

Ex. 7 - 70



# Market Perception

 

**BAD NEWS**

- Foreclosures are skyrocketing!
- DOM increasing
- Plunging home prices!
- Interest rates are not dropping!

**GOOD NEWS**

- More to choose from!
- Desperate sellers!
- Better property bargains!
- More renters

© 2008 Trump University

## Notes:

DOM — days on market

_____

10

**TU-MAKAEFF0326**

Ex. 7 - 71



# 6 Factors Causing Foreclosure

- Local economic conditions
- High debt-to-income ratio for homeowners
- Predatory lending
- Government-backed loan programs
- High loan-to-value mortgages
- Adjustable and low-interest rate mortgages

*2004-2006*
*peak of market*
*50+ ARM*
*Interest only*
*rate loan*



© 2008 Trump University

## Notes:

*Homes are worth less than many paid for them.*

11



# National Delinquency Survey

## First quarter 2008 statistics:

- The latest increases in delinquencies are being driven in part by falling home prices and rising unemployment. The U.S. economy lost 80,000 jobs last month, according to the Labor Department, the biggest drop in five years.

- Meanwhile, some 8.8 million borrowers had mortgages that exceeded the value of their homes in the first quarter, with the number expected to increase to 10.6 million in the second quarter, according to Moody's Economy.com

- The top states for foreclosures have high unemployment rates

Source: The Wall Street Journal                    © 2008 Trump University

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

12

TU-MAKAEFF0328

Ex. 7 - 73



# Unemployment and Foreclosures

| State | Foreclosure Rate | Unemployment Rate |
|---|---|---|
| Florida | 7.03 | 4.6 (21nd) |
| Mississippi | 5.52 | 6.0 (4th) |
| California | 5.10 | 5.1 (5th) |
| Georgia | 5.39 | 4.9 (19th) |
| Michigan | 5.21 | 7.1 (1st) |

Source: Foreclosures, WSJ ; Unemployment Rate, CNN Money

© 2008 Trump University



**TRUMP**
U N I V E R S I T Y

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

13

**TU-MAKAEFF0329**

Ex. 7 - 74



# Market Advantages

- Supply of motivated sellers
- Fair prices and negotiable terms
- Perceived current market conditions
- Aggressive financing
- Every class of neighborhood is affected
- Newer homes are available

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0330

Ex. 7 - 75



# Embrace the opportunity...

*"Every day, you'll have opportunities to take chances and to work outside your safety net. Sure, it's a lot easier to stay in your comfort zone, but sometimes you have to take risks. When the risks pay off, that's when you reap the biggest rewards."*

— *Donald J. Trump*

© 2008 Trump University

## Notes:

- Small risk = small $
- Big risk = big $

15



## Notes:

Buy low + sell high in
buyer or seller's market

now: buyer's market

Make at least 25k per
month

16

TU-MAKAEFF0332

Ex. 7 - 77



# This Student Jumped In

" Trump University taught me how to create a win-win situation by purchasing a home in the final stages of foreclosure. The homeowner owed $80,000 on the mortgage, and the bank was about to repossess the home. He also had $13,000 in medical bills, and he just couldn't pay. I knew I could sell the house for at least $30,000 more than the $80,000 he owed, and I wanted to do the right thing. The next day, I offered him $95,000, and he was thrilled to sign the contract. That day, I put a "For Sale by Owner" sign in the front yard. The very next day, I received an offer for $115,000. **My wife and I made $20,000 on our very first deal, and we helped a struggling homeowner.**"

— *Kevin and Dee Dee Andrews*



© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

17

TU-MAKAEFF0333

Ex. 7 - 78



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

18

TU-MAKAEFF0334

Ex. 7 - 79



# Quotes to Ponder



"Most people get interested in stocks when everyone else is. The time to get interested is when no one else is. You can't buy what is popular and do well."

Warren Buffett



© 2008 Trump University

## Notes:

- No competition

find properties before everyone else does

before they get to foreclosure lists — lists which are old — he'll tell us how.

19

TU-MAKAEFF0335

Ex. 7 - 80



## Notes:

This is the time to buy when people are selling.

When people buy, you sell.

20

TU-MAKAEFF0336



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

21

TU-MAKAEFF0337

Ex. 7 - 82

**Understanding the Foreclosure Process**

**TU-MAKAEFF0338**

Ex. 7 - 83





**Understanding the Foreclosure Process**

*Fast track to* FORECLOSURE INVESTING

TRUMP UNIVERSITY

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

22

**TU-MAKAEFF0339**

Ex. 7 - 84



# What Is a Foreclosure?

**Foreclosure** is the legal process by which a borrower in default under a mortgage is deprived of his or her interest in the mortgaged property. This usually involves a forced sale of the property at public auction with the proceeds being applied to the mortgage debt.

© 2008 Trump University

## Notes:

— After 4 months no payment, get notice of default.
— Registered w/ county courthouse to take home. Letter on door - 15 days to vacate. Grab in 30 min. A lot of people lose all their stuff.

23

TU-MAKAEFF0340

Ex. 7 - 85



# What Is a Lien?



**A lien** is an encumbrance on title to real estate. It is a legal right that a creditor or a unit of government has over specific real and personal property of a debtor as security for repayment of a debt or for performance of some act to which the debtor is bound.

© 2008 Trump University

## Notes:

— Something owned on a debt — someone put a lien on it.

※ — Do title search before buying property.

24

TU-MAKAEFF0341

Ex. 7 - 86



# Types of Foreclosure

## Judicial

- A court will grant the foreclosure based on a hearing

## Non-judicial

- The deed of trust beneficiary files a notice of default with the county court house based on the "power of sale covenant" clause in the mortgage

 NO judge

© 2008 Trump University

**TRUMP** UNIVERSITY

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

25

**TU-MAKAEFF0342**

Ex. 7 - 87



# Judicial Timeline

| Days | Proceedings |
|------|-------------|
| **Day 1** | Mortgage payment is due. |
| **Day 16-30** | Late charges are assessed and the mortgage company begins to make contact with borrower. |
| **Day 45-60** | A "demand" or "breach" letter is sent to the borrower. The borrower is given 30 days to pay the delinquent amount. |
| **Day 90-105** | The lender hires a local attorney to initiate the foreclosure proceedings. |
| **Day 150-415** | In states with judicial foreclosures, borrowers can get almost a year to settle their affairs before the sale. The wide time range is due to different state requirements. |
| **Day 150–415** | After the public sale some states grant borrowers a "redemption period" in which they can still repurchase the property if they have the money. Others immediately force the previous borrower out. |

Source: Bankrate.com          © 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0343

Ex. 7 - 88



# Non-judicial Timeline

| Days | Proceedings |
|------|-------------|
| Day 1 | Mortgage payment is due. |
| Day 16-30 | Late charges are assessed and the mortgage company begins to make contact with borrower. |
| Day 45-60 | A "demand" or "breach" letter is sent to the borrower. The borrower is given 30 days to pay the delinquent amount. |
| Day 90-105 | The trustee files a default with The County Recorders Office. The debt notice may be advertised in the local paper. |
| Day 150-415 | A public trustee's sale date is set and advertised. At the auction the property is sold to the highest bidder. |
| Day 150–415 | After the public sale some states grant borrowers a "redemption period" in which they can still repurchase the property. Others force borrowers out immediately after the auction. |

Source: Bankrate.com                    © 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0344

Ex. 7 - 89



## Notes:

— Pre pre closure — start talking to homeowner & buy house — help out b/c you'll run 1 Foreclosure ruins credit for 7-10 yrs.

— Auction — $ certain price — they won't so below — attorney will put high bid + they give to bank.

— C/o → REO Realtor banks won't deal w/ us directly.

28



## Notes:

SB 1137 — president just signed
President opening up FHA loans
so it's easier.

475 → yes → nationwide
729 → CA

Opens up value of property you can
apply for.
Come up w/ 3.5%

— Great realtor submits packages + brings in
lots of buyers. 29

TU-MAKAEFF0346

**Locating Great Deals**

TU-MAKAEFF0347



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

30

TU-MAKAEFF0348

Ex. 7 - 93



**Fast track to FORECLOSURE INVESTING**

# Finding Real Estate Bargains

- Drive neighborhoods and look for FSBO and For Rent signs
- Spot vacant houses → gold mines → lockbox
- Watch newspapers for For Rent and FSBO ads

Newspapers / Penny savers

**TRUMP** UNIVERSITY

© 2008 Trump University

## Notes:



— Don't go on Internet – old + stale
— Get address + phone # — leads
For rent → May be vacant, behind
on payments → how about a rent to
buy (mkts slow) — 8% interest on a
lease w/ option to buy so does'nt go
into another month — other lesser
will lease from me & I make
profit
— Craigs List — need phone #, no
emails.

31

**TU-MAKAEFF0349**



**Finding Real Estate Bargains**

- Work with Realtors
- Mail letters
- Network in investment groups
- Obtain REO lists
- Attend auctions
  *Later*

*from real estate broker*

**Notes:**

*Google — So once a month access to hard money lenders + private investors.*

*I'm a distressed property buyer. — Looking for partners.*

32

TU-MAKAEFF0350

Ex. 7 - 95



# What Makes a Property a Bargain?

- Any type of property can be a real bargain
- What makes a property a bargain is a motivated seller

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

33

TU-MAKAEFF0351

Ex. 7 - 96



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

34

TU-MAKAEFF0352

Ex. 7 - 97



# What Motivates Sellers?

- Pre-foreclosure
- Tenant Problems
- Divorce
- Job Transfer
- Job Loss

- Health
- Rundown Property
- Out-of-state Owner
- Inherited Property

© 2008 Trump University

**Notes:**

*Have to sell property to pay estates bills*

35

TU-MAKAEFF0353

Ex. 7 - 98



# Locating Pre-foreclosures

| Type | Located by | Dealings | Advantages |
|---|---|---|---|
| Pre-Pre-Foreclosure | ✧ Advertising<br>✧ Word of Mouth | ✧ Owners<br>✧ Family Members | ✧ Unadvertised<br>✧ You are first<br>✧ Financing Options |
| Pre-Foreclosure | ✧ Advertising<br>✧ Word of Mouth<br>✧ Lis Pendens<br>✧ Realtors | ✧ Owner<br>✧ Realtors<br>✧ Family Members | ✧ Motivated Sellers<br>✧ Motivated Banks<br>✧ Deadlines<br>✧ Financing Options |
| REO | ✧ MLS<br>✧ Bank<br>✧ Relationship | ✧ Realtors<br>✧ Banks<br>✧ Lenders | ✧ No Emotions<br>✧ Motivated Seller<br>✧ Price |



© 2008 Trump University

## Notes:

We make $ where we find out
where the pain is.
 you'll run credit for 7-10 yrs.
 I can get you out of your mortgage
 Sign right here

ATN - authorization to negotiate
         ↓          form
we legally can call back — what they
owe + find out back payments + give
more time 36 to look at it

TU-MAKAEFF0354



# Lis Pendens

- **Lis pendens** is Latin for "a pending lawsuit"
- The filing of the lawsuit is the action taken by the lender that initiates the pre-foreclosure process

© 2008 Trump University

## Notes:

County courthouse - see lis pendens online or mailing list / email update

Tax properties

Keep in touch w/ lists every other week.

37

TU-MAKAEFF0355

Ex. 7 - 100



# Locating the Lis Pendens Lists

Visit the local county government office and speak with the person who files and records the Lis Pendens.

- Is the list available online?
- Is there a foreclosure reporting service?
- Mailing list?
- Email update?

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

38

TU-MAKAEFF0356

Ex. 7 - 101



# A Better Option

**Trump University's Investor's Edge Software**



© 2008 Trump University

## Notes:

You don't have to look at a house.
Banks don't look at it to give you
a loan.

we look at numbers I can buy
nationwide

don't go to conventional banks right
now.

— updated every day.

39

**TU-MAKAEFF0357**

Ex. 7 - 102



*Fast track to*
FORECLOSURE
INVESTING

# Analyzing the Lis Pendens

- Date of filing
- Location
- Date of auction
- Amount of judgment
- Estimated property value
- Potential equity

TRUMP
UNIVERSITY

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

40

TU-MAKAEFF0358

Ex. 7 - 103

*Fast track to* **FORECLOSURE INVESTING**

# Questions

letter campaign every 2 weeks

90 % of marketing on a property... price (not location anymore)

Think like a contrarian — act less than 95% of population

TRUMP UNIVERSITY

© 2008 Trump University

**Notes:** we buy houses — bis cos. then buy house.

~~Loca~~

lasuperiorcourt. com

NOD — LA county recorders office
title rep — notice for all
defaults

Don't get greedy — sell under others but still make profit

— Be accurate negotiator

— PNB can stay w/ in 10 mi of where I live

— You're not looking to hold for 6 months.

TU-MAKAEFF0359

Ex. 7 - 104

Choosing an Area

TU-MAKAEFF0360

# Leads

FSBOs
For Rent
Rent to Buy
Lease to Buy
Lease/Purchase
Investors Special
Yard Sale
Garage Sale
Moving Sale
Divorce Sale
Vacant
Abandoned
Ugly House

Cross-Streets if no
address

TU-MAKAEFF0361

Ex. 7 - 106



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0362

Ex. 7 - 107



# Determining Factors

- Price
- Location
- Growth
- Rents
- Types of properties in the area
- Proximity to where you live
- Local government

© 2008 Trump University

## Notes:

start where you live → know
that area best.

43

TU-MAKAEFF0363

Ex. 7 - 108



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0364

Ex. 7 - 109

*Don't do*



# "D" Neighborhoods

- War zones
- High crime   *Bars on windows watching*
- People around during the day   *play Sunrise*
- Bars on the windows
- Bad reputation
- Properties will cash flow
- Management intensive

  *↳ good luck collecting rent*

© 2008 Trump University

**Notes:**   *paycheck to paycheck*

*Cret to inexpensive good*
*profit*

45

**TU-MAKAEFF0365**

Ex. 7 - 110



## "C" Neighborhoods

- Mix of nice and poor properties
- Local businesses
- Older properties
- More "owner situations"
- Blue collar workers
- Section 8 housing

*low income*
*gov subsidized*

@ 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

46

TU-MAKAEFF0366

Ex. 7 - 111



# "C" Neighborhoods

- Add value properties
- Appreciation
- Manageable management
- Flexible sellers
- Aggressive lending



*Negative amortization.*

© 2008 Trump University

**Notes:** *May be upside down*
*fauy foreclosure*

47

TU-MAKAEFF0367

Ex. 7 - 112



# "B" Neighborhoods

- Mostly owner-occupied
- Empty during the day *during*
- More amenities
- Chain restaurants and banks in the area
- Properties in need of repair stand out
- Greater appreciation
- Lower cash flow

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

48

TU-MAKAEFF0368

Ex. 7 - 113



# "A" Neighborhoods

- Gated communities
- High price point
- Foreclosures will not stand out
- Smaller pool of buyers
- Appreciation may outpace the negative cash flow



*Tiger woods*

© 2008 Trump University

**Notes:** *Exclusive gated*

*Smaller pool of buyers.*

49

TU-MAKAEFF0369



# Neighborhood Matrix

|   | Appreciation | Cash Flow |
|---|--------------|-----------|
| A | High | Low |
| B | Average | Average |
| C | Average | High |
| D | Low | High |

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

50

TU-MAKAEFF0370

Ex. 7 - 115



TU-MAKAEFF0371

Ex. 7 - 116



# Choosing an Area

- "C" areas are typically on the outskirts of "D" areas
- The change may be gradual or dramatic
  - Location
  - Architecture
  - Schools

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

52

TU-MAKAEFF0372

Ex. 7 - 117



# Choosing an Area

- "B" and "A" areas will be in locations that can support them
- May be interspersed with "C" properties
- May also be located by themselves in the suburbs or downtown



© 2008 Trump University

## Notes:

— Start w/ C's
— SFR or small multi units
— focus on homes needing lipstick
  (painting, doors etc...)

— DON'T use your own $.

53

TU-MAKAEFF0373

Ex. 7 - 118



# A Functional Plan

- Start with solid "C" areas
- Look for single family homes or small multi-units
- Focus on homes that need "lipstick" not "plastic surgery"
- Use creative financing and OPM to leverage available funds

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

54

TU-MAKAEFF0374

Ex. 7 - 119



**Notes:**

Guy to
- wholesale ?
- flip ?
- rent ?
- Keep for appreciation ?

1, 3, 5, 7, 10 yr.
interest only loans

TU-MAKAEFF0375

Ex. 7 - 120



**Notes:**

He negotiates everything.

By low

**TU-MAKAEFF0376**

Ex. 7 - 121

**Finding Properties**

**TU-MAKAEFF0377**



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

57

TU-MAKAEFF0378

Ex. 7 - 123



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

58



# What Is the Shotgun Method?

- The shotgun method is a numbers game
  - Mailed              100
  - Responses          10
  - Potential          5
  - Purchase           1
- Direct mail
  - Letters, postcards, and gifts

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

59

TU-MAKAEFF0380

Ex. 7 - 125



# Shotgun Letter Components

- Address to them personally
- Use unique looking envelope → *pink wedding*
- Appeal to their emotions
- Provide a solution to their problem
- Call to action
- Include your contact information

© 2008 Trump University

**Notes:**

— letterhead — company name look sharp — nice paper

— back of envelope — look inside + cash

— create call to action / urgency

60

TU-MAKAEFF0381

Ex. 7 - 126



# Key Shotgun Principles

**Image of your company**

- The more "touches" the better
- Recognizable logo and letterhead
- Sell your ability to close fast with cash
- Fair and knowledgeable person

© 2008 Trump University

**Notes:**

*Tell them 7*
*we'll Close w/ in 30 days*

*They can Contact only*
*me*

61

TU-MAKAEFF0382

Ex. 7 - 127



# Shotgun Letter Goals

- Get them to open it
- Get them to contact you
- Get them to work with you
- Get them to sell their property to you

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

62

TU-MAKAEFF0383

Ex. 7 - 128



# Shotgun Analysis

If you make $10,000 on a deal, then your numbers are very profitable.

- Gross profit            $10,000
- Total cost (.75 x 100)    $75
- Net profit              $9,925
- Profit per letter       $99

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

63

TU-MAKAEFF0384

Ex. 7 - 129



# What Is the Laser Method?

The laser method focuses on a specific zip code or neighborhood.

- Solid "C" areas — *lower to middle income prop.*
- Growth areas
- High demand areas
- Strategy specific areas

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

64

**TU-MAKAEFF0385**

Ex. 7 - 130



# Key Laser Principles

Equity position specific

- Judgment amount
- Assessment value
- After Repaired Value (ARV)
- Current value
- Focus on properties that have a large amount of equity ⟶ 40%

© 2008 Trump University

## Notes:

*leave postcards at house*
*handwritten notes are*

65



# Laser "Repetition"

Make as many "touches" as possible

- Postcards at the house
- Handwritten notes at the house
- Priority envelopes at the front door
- Letters in the mail
- Phone calls
- Personal visits

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

66

TU-MAKAEFF0387

Ex. 7 - 132



# What Is the Advertising Method?

- The advertising method gets the word out and gets people to call you, not the other way around!

- Use business cards, flyers, newspaper ads

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

67

TU-MAKAEFF0388

Ex. 7 - 133



# Advertising Method Benefits

- People who are in trouble call you
- No angry responses
- Access to unadvertised property
- Access to owners of vacant homes
- Cost effective

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

68

TU-MAKAEFF0389

Ex. 7 - 134



# Driving Inbound Calls

**Fast track to FORECLOSURE INVESTING**

**I BUY HOUSES CASH**
*I Buy Houses Fast and Can Solve Your Problems!*

**Fix-up Properties - Foreclosures - Tax Liens**
**Divorce - Any Condition - Any Area - Any Price**

**John Q. Public**
3) 456-1234 Email: youremail@hotmail.com

**I Buy Houses Cash**

**Fix-up - Foreclosures - Tax Liens**
**Any Condition - Any Area - Any Price**

*I Buy Houses Fast & Solve Real Estate Problems!*

**I CAN PAY CASH - OWNER FINANCE -**
**LEASE-PURCHASE - OR SELL YOUR HOME!**

Are You An Investor
Looking to Buy Great Deals?
**Call John at:**
**(123) 456-1234**

## Distribute
## Business Cards

## Run
## Newspaper
## Ads

© 2008 Trump University

**TRUMP** UNIVERSITY

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

69

TU-MAKAEFF0390

Ex. 7 - 135



# Sample Newspaper Ads

WE BUY HOUSES, OFFERS IN 48
HOURS. **FAIR AND FAST**
CALL JOHN NOW AT 263.333.3333

## STOP FORECLOSURE NOW!
CALL JOHN TODAY AT 263.333.3333

Solutions Real Estate, we STOP foreclosure.
Call John today for a free consultation. **263.333.3333**

**NEED OUT OF A PROPERTY FAST?**
Cash in 24 hours, offers in 5 minutes.
Call John today at 263.333.3333

© 2008 Trump University

## Notes:

USA Today

Real Estate investor seeks property

50 - 50 split or
a finder's fee

**TU-MAKAEFF0391**

Ex. 7 - 136

3 yr. lease w/ chance to buy.

( you can advertise the property. )

|NO risk|          flood the
                        market

— Set up 2 yr. lease prior to buy w/ us.
  we can get another buyer in ~12 months.
  OR
  can give you another 12 months to get
  approved w/ your loan.

— We're going to bottom out in 6 mos.
  will be a seller's market
                2-3 months — get all retreats done.

— 90 days to get lease option buyer —
  money; happens or can keep trying.

≈     You can do 45/mo.

* This strategy in this market is huge right
  now.

I'll get two benefits.          + no $ down.
  total cash $83
     total equity   $180k
  *263k/ second total year one

I someone bought it    →   total cash ~84k
                            total equity ~180k
  Double escrow close — the co. will set up
    I pick up 90k          464k in one/½ year

Contacting Owners

Lease / option

No $   no credit no loans

subject to's
owner financing
lease options

→ we don't take title to property.
Find "for rent" market. Good for senior
market — buy own house — manage home
in LA sells 9 months.
Would you consider lease / option to buy?
35% say yes.

— 6 figure option system ├ 2 yr. plan
• 1 deal per month   5 k per deal
• 10 hrs a month of work to find properties
• $200 residual income per deal
• Buy 10% under market value
• sell 10% over market value

Ex
Market value      $ 100,000
Purchase price    $ 90,000
Sale price a      $ 110,000
Finance subject to
existing loan

lease option buy deposit        $ 5,000
Monthly mortgage                $ 900 (this is still
Monthly lease payment           $ 1,100
Monthly residual income         $ 200

TU-MAKAEFF0393

Ex. 7 - 138



**Notes:** Lease/option—

~~Make $1 longer term~~

1 — Need highly ~~motivated~~ letters otherwise
put in 30 day file → auto responder

2 — Buy RE at _____ ?

75

**TU-MAKAEFF0394**

Ex. 7 - 139



## Notes:

— Foreclosure — public record.
— treat them as I want to be treated
— Could be divorce, job loss, death in family
— Not mail gets unopened.

Handwrite mail (envelope too)
Hand out 500 biz card / Mo.
Can knock on front door drop to → whoever gets to more often default
postcard

more genuine

TU-MAKAEFF0395



# Outbound Calls

- Find the owners using the Internet or phone book
- Introduce yourself as an investor
- Ask to set a meeting

© 2008 Trump University

**Notes:** Always say "I'm "real estate investor"
Don't say "foreclosure"
"let's see what we can do about this situation"

77

TU-MAKAEFF0396

Ex. 7 - 141

*Guys bring perkles.*

## Inbound Calls

*Fast track to*
**FORECLOSURE
INVESTING**

- Get caller's contact information and property address
- Gather details on the house and the financial situation
- Set an appointment to meet → *at that person's house (tomorrow if possible)*
- Don't talk numbers or negotiate

**TRUMP**
UNIVERSITY

© 2008 Trump University

*Don't dress nice. If drive nice car they will try to get more out of you. Make them feel comfortable. "that you're a service.*

## Notes:

Don't put "investment" in your co. name

how much they one?
— 2nd mortgage?
— one anyone else # ?

Some card — do flu appt. Diff options
available — Tell 78 come back in 2 days
w/ more options.

**TU-MAKAEFF0397**

Ex. 7 - 142



# In-person Meetings

- Introduce yourself as an investor and offer to help *educate them*
- Ask to see the house
- Leave a business card and encourage the homeowner to call anytime



© 2008 Trump University

**TRUMP** UNIVERSITY

## Notes:

— Landlord : be calm, ys property available — Have 1 appt available Sat. at noon, have them all show up at same time but don't tell them.

— Don't schedule them @ opt. Creates a frenzy.

easycredit.com brenter.com } Check here

79



© 2008 Trump University

*Don't budge on day of showing*

## Notes:

— Never advertise lease-options
— Buy FSBO list at Home Depot
    or Loens
— make house kit
Open (1 big balloons 12-4 SAT-SUN
house — bake cookies
    — have brochure/resume of property

Mature landscaping
generous floors    all features good—nothing bad
    ) don't mention rat problems!

80



# What We Covered

✓ Introduction and Overview

✓ Understanding the Foreclosure Process

✓ Locating Great Deals

✓ Choosing an Area

✓ Finding Properties

✓ Contacting Owners

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

81

TU-MAKAEFF0400

Ex. 7 - 145



# Today's Agenda

- Working with People

- Structuring the Deal

- Building a Buyer's List

- Understanding Short Sales

- Investing in Bank REOs

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0401

Ex. 7 - 146

**Working with People**

TU-MAKAEFF0402

Lease

monthly income

backend ll
taxo back

Contracts
- lease option agreement w/?
- perledical lease agreement
- purchase+sell contract

Book: multiple streams of income

TU-MAKAEFF0403

Ex. 7 - 148



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0404**

Ex. 7 - 149



# Foreclosure Attitudes

- They are in denial

- They are in a very stressful situation

- They don't understand the consequences of foreclosure

- They can be defensive or proud

© 2008 Trump University

**TRUMP** UNIVERSITY

*Fast track to* FORECLOSURE INVESTING

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0405**

Ex. 7 - 150



# Foreclosure Options
## What can they do?

- Sell their home

- List with a Realtor

- Bring the loan current

- Make a plan with their bank

- Talk to an investor

**TRUMP**
UNIVERSITY

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

85

**TU-MAKAEFF0406**

Ex. 7 - 151



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

86

TU-MAKAEFF0407

Ex. 7 - 152



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

87

**TU-MAKAEFF0408**

Ex. 7 - 153



# Talking Pointers

- Speak at their pace

- Let them finish talking before you ask another question

- Never interrupt

- Ask what they want



© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

88



# More Talking Pointers

- Educate them

- Use a follow-up system

- Be prepared

- Always fill out a property research form

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

89

**TU-MAKAEFF0410**

Ex. 7 - 155



# A Profitable Phrase

"I understand there is a pending problem with your property. I have been able to help good people like you."

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

90

TU-MAKAEFF0411

Ex. 7 - 156



# Items You Must Get

- Loan numbers and lender contact information

- Authorization to negotiate

- Date of birth

- Last four digits of SSN

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

91

TU-MAKAEFF0412

Ex. 7 - 157



# Pre-screen Sellers

- Information is the name of the game

- Use the property research form to gather information from the seller to determine if the property will work for you

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

92

TU-MAKAEFF0413

Ex. 7 - 158



# Motivated Sellers

The property research form will also
disclose the seller's motivation.

**Motivated**                **Not Motivated**

 

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

93

**TU-MAKAEFF0414**

Ex. 7 - 159



# Completing the Form

- Your goal is to cut right to the chase

- Let the seller know you need to collect some information from them before you can determine if the property meets your criteria

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

94

TU-MAKAEFF0415

Ex. 7 - 160



# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

95



Have $ at disposal.

If they ask do % say willing to go to 16% this time, not sure.

200K to get first deal

#5 goal source

Appraisal Title report Hazard Ins.

need to build their trust

I tell them this is hard money lenders but not as fast as you. From you can

They'll make $ with you again if
1. Trust
2. U make them a lot of $

Don't ask until rapport — pre-sell to U w/ 5 draws

Need to disperse in 3 draws (don't loan if bad — I want your gone) Core reflect link others trust account

Willing to pay 14% interest on any payments — pay you off in ___ years

**Notes:**

We buy property

Any condition

Any price

9800 # e-mail web

Attention investors

Earn 16% interest secured by excellent real estate

800 e-mail

When they call. $ buy & sell discussed properties. Looking to borrow 65% of after repaired value of property, funds will go into fixing property up. (construction cost)

Fund Value Quicker

Build trust long term relationship w/ you

© 2008 Trump University

Real estate investor
has opportunities
for 2 private ~~Instit~~ investors
earn 14% or more .
(phone)
(email)

ADS
prod ads
to establish
database
may have
to hire
asst.

---

Earn 14% or more
Investor seeks 2 private investors
$$$ backed by solid real estate
(phone)
(email)

---

2 Investors — creates urgency / competition
they ~~need~~ need to qualify for me
need funding NOW

Buy 50% LTV
250,000 — buy
500,000 — current
Sell a little below fair market
value

they'll ~~not~~ judgment after a couple of
deals. They might have 5-6 projects
at the same time.

Structuring the Deal

TU-MAKAEFF0418

Ex. 7 - 163

→ mostly used private investors → more flexible

PRIVATE $ INVESTORS

few hundred thousand a few million available

— Might be going into bear market so looking for good return on investment nice LTV

— Put Ads in — Wall Street Journal — M-F Older — senior yrs.

• LA Times

→ Ads in "capital wanted" section
"marketplace" section
"biz opp" section
"investment property" section

Millionaire Magazine
Rob Report } run ads in

TU-MAKAEFF0419

Ex. 7 - 164



**Notes:** 12-20% interest

Hard money lenders

$ 65,000
.18

$ 11,700 interest

Short term loan ~~to~~

12 month term

divide by 12 months

$975/mo.

interest only

x 3  Int only

$2,925

97



## Structuring the Deal

After you complete the **Property Research Form** and it looks as though this property will meet your criteria, it's time to go and inspect the property using the **Property Inspection Sheet**.

© 2006 Trump University

**TRUMP** UNIVERSITY

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0421

Ex. 7 - 166



## Property Inspection Sheet

- Walk through the property.

- Note repairs that need to be done.

- Follow the form layout.

- Add additional information to the back of the sheet.

- Write down everything; you will use these numbers to calculate your offer.

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

99

TU-MAKAEFF0422

Ex. 7 - 167

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

100

TU-MAKAEFF0423

Ex. 7 - 168



## Establish Property Value

- The importance of good repaired value can't be stressed enough

- Before you can make an intelligent offer, you must have a good idea of what you could sell, rent, or option the property for

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

101

TU-MAKAEFF0424

Ex. 7 - 169



# Fair Market Value

**Fair Market Value** (FMV) is what someone will pay for a property in its current condition, with no repairs made at all

*Fast track to*
FORECLOSURE
INVESTING

TRUMP
UNIVERSITY

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

102

TU-MAKAEFF0425

Ex. 7 - 170



# After Repaired Value

- **After Repaired Value** (ARV) is what someone will pay for a property after it is completely fixed, all repairs are made, and it is in a "ready to move in" condition

- ARV is the most important number; **the entire analysis** depends on this figure

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

103

**TU-MAKAEFF0426**

Ex. 7 - 171



# Determining ARV

- Appraisal

- Comparables (Comps)

- Current listings

- FSBOs

- Investor software

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0427

Ex. 7 - 172



# Repaired Value Form

- Gather the prices of what homes have sold for in the area

- Then, transfer that information to the **All Cash Offer Worksheet** to determine the offer

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0428

Ex. 7 - 173

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0429

Ex. 7 - 174



# All Cash Offer Form

- You can determine any cash offer by using the **All Cash Offer Form**

- It gives you all of the expenses associated with buying and selling real estate

- The form will calculate what you can offer for the property

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

107

**TU-MAKAEFF0430**

Ex. 7 - 175

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0431

Ex. 7 - 176



## Contracts

- Put the house under contract as soon as your offer is accepted

- Try to have the seller sign the contract quickly, before they accept a better offer

- A signed contract gives you "equitable interest" that allows you to assign, sell, or advertise the property

© 2006 Trump University

**Notes:**

_____

_____

_____

_____

_____

_____

_____

109

TU-MAKAEFF0432

Ex. 7 - 177



# Contract Requirements

- Agreement
- In writing
- Lists the seller and buyer
- Property identification
- Purchase price
- Consideration
- Signatures

© 2008 Trump University

**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

110

**TU-MAKAEFF0433**

Ex. 7 - 178



# Possible Obstacle

Whenever you secure a contract with a seller, you stand a remote chance the seller may find another buyer who will give them a better price. Once you secure a contract with a seller, you usually don't have much contact with the seller except for keeping them updated and going to closing.

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

111

TU-MAKAEFF0434

Ex. 7 - 179



# Affidavit & Memorandum

- An affidavit is a written statement to which the validity is sworn before an officer who is authorized to administer an oath or affirmation

- In this case, you are swearing to a Notary that you have a signed contract with the seller

- The affidavit clouds the title and protects the investor so the seller cannot sell the property to someone without passing a clouded title

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

112

TU-MAKAEFF0435

Ex. 7 - 180

**Affidavit and Memorandum**

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0436

Ex. 7 - 181



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0437

Ex. 7 - 182

Building a Buyer's List

TU-MAKAEFF0438



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

115

TU-MAKAEFF0439

Ex. 7 - 184



# What Is a Buyer's List?

- A buyer's list is a database of potential buyers for your properties

- Building your buyer's list is as important as building your database of potential sellers

© 2006 Trump University

## Notes:

116

TU-MAKAEFF0440

Ex. 7 - 185



## Your Goal

- Your goal as a real estate investor is to build a database of buyers that you can call on immediately when you have a property under contract

- To build your database, you have to know what potential buyers are looking for

*Fast track to* **FORECLOSURE INVESTING**

**TRUMP** UNIVERSITY

Goals

© 2009 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

117

**TU-MAKAEFF0441**

Ex. 7 - 186



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

118



**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

119



## Gathering Information

Use the Buyer's List Questionnaire to
keep track of potential buyers and to
record buyer preferences:

- Neighborhood

- Bedrooms/bathrooms

- Features

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

120

TU-MAKAEFF0444

Ex. 7 - 189

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

121

**TU-MAKAEFF0445**

Ex. 7 - 190



# Using the Buyer's List

Once you have all the information, you can notify buyers when you have a property or go out and find one that meets their specifications.

TRUMP
UNIVERSITY

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

122

TU-MAKAEFF0446

Ex. 7 - 191



## Buyer Drive-bys

- Have a potential buyer drive-by before showing the property

- If the buyer likes the appearance and location, expect to get a call back

- Then, set up an appointment for them to see the inside

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

123

TU-MAKAEFF0447

Ex. 7 - 192



## Showing Properties

- Arrive on time
- Introduce yourself
- Walk quickly through the home
- Give them the option to walk through by themselves
- If they decline, they aren't interested
- If they accept, they are interested

© 2008 Trump University

**Notes:** _Let potential buyer first have_
_long more than three if._

124

TU-MAKAEFF0448

Ex. 7 - 193



## Assigning the Contract

- Assigning the contract is nothing more than passing the contract you have with the seller to another buyer

- For assigning your contract to another buyer, you will request an assignment fee

- Take the assigned contract to the title company, or wherever you are closing the deal

© 2008 Trump University

**Notes:** If paying less than 20 k off property.

Do a pyble closing — buyer, seller, + me all sign docs at the co.

1. Purchase + sell agreement w/ seller
2. " " " w/ buyer } do separate

Double closing — it in Rp. norms w/ power of attorney so you don't have to show.

125

TU-MAKAEFF0449

Ex. 7 - 194

**Notes:**

purchase/sell agreement

earest #

when inspection due

date of closing

(and/or → contingencies are subject to
assigned) financial partner approval

if don't put can't use this line

126



# Closing the Deal

- Title companies are the most widely used businesses to close real estate transactions

- A title company researches the property's title to make sure that the title has no defects

© 2008 Trump University

**Notes:** _Assign REO_

_Send bank addendum to contract (Buyers name) would like to put property in (business name)_

_Any of REO + cont. of assignment of contract_

127



**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

128

TU-MAKAEFF0452

Ex. 7 - 197