**Understanding Short Sales**

— How to find motivated sellers —

1. Mailman
2. City + County building (notice of defaults)
3. Real estate agents
4. wholesalers (Prop. not selling w/ in 90 days?)
5. Lawyers (divorce, probate...)
6. Bail bondsman (wants $, put up collateral → house)
7. ~~Real estate~~ Pre-foreclosure
8. foreclosure
9. foundation repair companies
10. Sheriff / trustee sales (anytime)
11. Family + friends (~~foreclosure~~ know foreclosure)
12. Banks
13. websites
14. Bird-dogs (someone who knows about real estate ... they find properties - FSBO or research + you give them referral fee if they pan out.)

   6. → Needs to make payments

o Pre pre-closure → find out → word of mouth no notice of default.

→ 9. Someone who's foundation needs to be repaired + house sold fast.

TU-MAKAEFF0453

Ex. 7 - 198

## GOALS

— Harvard Study. Those who wrote goals
succeeded 91% vs other class.

### 10yr goal — in 10 yrs. will have 10 houses

Buy 2 houses a year
1 - Flip/Wholesale
$30K profit

2 - Buy/hold + rent out
(May be under - neg. cash flow)
rent is lower than mortgage

$100K today → in 10 yrs houses double

2018      $200K
2028      x 400K
2038      x 800K

Mortgage will be going down + pos. cash flow
will be going up and up.

SS will be gone
(Soc. Sec)

**TU-MAKAEFF0454**

Ex. 7 - 199



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

129

TU-MAKAEFF0455

Ex. 7 - 200



*Fast track to*
**FORECLOSURE INVESTING**

# What Is a Short Sale?

A **short sale** is when a lender takes less than what is owed on a property because carrying a bad loan can be expensive.

**TRUMP** UNIVERSITY

© 2006 Trump University

**Notes:** Short sale — every $100k that a bank can't collect

Fannie May  Freddie Mac

lend $

Banks → make high interest

US

$300,000,000.00 → 2% Interest
6,000,000
130
36,000,000
600,000,000 → profit
$30,000,000

$500,000 Income

TU-MAKAEFF0456



# Why Sell Short?

- Lenders are not in the business to own and manage properties

- Cutting their losses may save them money in the long run

© 2008 Trump University

$3,000,000$
$\times \quad .12 \ (\%)$
$\$360,000 \ yield$

Year 1 $\quad 3,360,000$
$\times \quad .12$
$403,200$

## Notes:

$3,763,200 \times .12 = 451,$
$\$4,214,294 \times .12 = \$505k$
$\$4,700,000 \times .12 =$
$\$5,300,000 \longrightarrow compounding \ over \ 5 \ yrs.$

Anything below 10% interest should not be interested in

401 K IRA

131

TU-MAKAEFF0457

Ex. 7 - 202



# Short Sale Scenarios

Lenders are more likely to discount a loan when:

- Significant repairs are needed
- The borrower has a provable hardship
- A strong offer is in place
- Paperwork is in order

© 2006 Trump University

## Notes:

*~~$100,000~~*

Banks are taking less $ on mortgages now (will end 2 yrs from now)

- If property has little to no equity
- Prove why they can't pay this.

132

TU-MAKAEFF0458

Ex. 7 - 203



# What You Will Need

- Borrower financial statement
- Hardship letter ⟶ sample letter
- Comps
- Property photos

I can't afford this home

© 2008 Trump University

**Notes:** Find orone 1-2 mos. behind in
payment - upside down - little equity
As in with 105% of owed balance
in total loan.
• It will show up on credit but not as
a foreclosure

Call + ask for supervisor of Loss + Mitigation Dept. on
Loan # ____ (at bank)
Request short sale packet from mentor
In sequenced order
133

TU-MAKAEFF0459



# What You Will Need

- Property inspection sheet
- Copy of contract estimates for repairs
- Copy of purchase contract
- Proposed HUD-1

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

134

TU-MAKAEFF0460

Ex. 7 - 205



**SAMPLE HARDSHIP LETTER**

January 8, 2008
Lender Name
Attn: Steve Banker, Loss Mitigation
1234 Highway 34 Suite 400 Dallas, TX 33333

Re: 1234 Main Street - Short Sale

Dear Lender:

I am writing to ask for your assistance in trying to sell my home. On September 10th of last year, I was in a car accident and was severely injured. The person who hit my car was uninsured. I have been out of work due to my medical problems. It is for this reason that I have not made my November, December and January payments. I have enclosed a copy of the accident report verifying the date of my injury. I've also attached a letter from my doctor indicating that I will be unable to return to work for several months.

I need your help in order to keep my home from foreclosure. I have tried listing the property with a Realtor, but have had little success because the house is in need of repairs and I am unable to fix up the property. It does not show well and I have not had any suitable offers, except from Ira Investor.

Steve Investor has offered me $150,000, subject to approval of LENDER Name accepting a short pay on my loan. I have no other funds to make up the difference between the balance owed and the purchase offer price. I will receive no cash or other consideration from this sale.

My telephone number is (123) 123-4567 and the best time of the day to reach me is between 12pm and 5pm, as I am in physical therapy in the mornings.
Thank you very much for your consideration and assistance in helping me save my home from foreclosure.

Respectfully,
Chris Motivated
Enclosures

© 2008 Trump University

## Notes:

Health

Job

Divorce

Has to round really bad

135

**TU-MAKAEFF0461**

Ex. 7 - 206



# Short Sale Process

- Contact the lender

- Sound confident, but ask questions about the lender's specific process

- Take down every name and number; you may be transferred many times

- If they are rude, it's by design; they want to keep most people away

- Request a short sale packet

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

136

TU-MAKAEFF0462

Ex. 7 - 207



# Short Sale Tips

- Organization, presentation of the property, and your price justification are very important

- However, persistent follow-up is the KEY

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

137

TU-MAKAEFF0463

Ex. 7 - 208



# Short Sale Example

| Example | Original | Short Sale |
|---|---|---|
| First Note | $150,000 | $100,000 |
| Second Note | $25,000 | $20,000 |
| Total Debt | $175,000 | $120,000 |

## $55,000 Discount

© 2008 Trump University

**Notes:**



138

TU-MAKAEFF0464



*Fast track to* **FORECLOSURE INVESTING**

## Questions?

short sale

Little equity
or upside down

© 2006 Trump University

**TRUMP** UNIVERSITY

**Notes:**

Traditional Investing
— Buy and hold
— Fix + Flip
— Curriculum Costs
— Holding Costs
— Money at Risk

139

**TU-MAKAEFF0465**

Ex. 7 - 210

what can u discount?

Liens
Judgments
mortgage
Notes
Credit card

Judgment collection business

— You can get a discount + add 50%
— Hire skip tracer → find people
   who owe judgments → then
   discount judgment + set off.

No risk, inventory...

Bank wins
homeowner wins
investor wins

**TU-MAKAEFF0466**

Ex. 7 - 211

Bank will send ~~bank~~ forbearance agreement.

2,200 → 2875

↳ Get some late payment → bring you up to speed.

Replace car + afford + pmt + have dual payments for car.

DO NOT go for bank forbearance agreement.
Every bank will offer this.

— Bankruptcy postpones foreclosure - not all.

— Deed in lieu of foreclosure →
   foreclosure shows up on credit report.

What happens w/ short sale on credit report

A. Debt ~~is~~ settled for less than what is owed

OR

30-60-90 Days late pay

Better than foreclosure

Show on ATN

Investing in Bank REO's

**TU-MAKAEFF0467**

Ex. 7 - 212

Why would banks accepts shorts?

1. Too many defaults
2. Declining house market
3. Bummer could damage property

Lender will LOSE $ no matter what.

Identify short sale candidate
Little to no equity in home
Can't afford payments
overvalued

Talk w/ sellers

— Talk to phone first, unwilling ~ consider a short sale: tell them it's their last option

Prepare short sale package
— lender will send it to you.
G — regenerate! order — submit

TU-MAKAEFF0468

**Notes:**

Short sale
— Get title report
— Do not order an O + E (owner +
Encumbrances

• Find buyer
• Finance
• Night contracts
• Creat title Co.

Tell bank — ① They can't afford payments
(win case w/     ② It's overvalued-
bank)

140



# Secrets to Success

- Knowledgeable Realtor

- Strength of offer

- Timing of offer

- Number of offers

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

141

**TU-MAKAEFF0470**

Ex. 7 - 215



# Using a Realtor

Five reasons Realtors don't work for investors:

- Unclear guidelines for properties
- Unable to make a decision
- Unrealistic expectations
- Uneducated Realtor
- Unrealized return

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

142

TU-MAKAEFF0471

Ex. 7 - 216



# Using a Realtor

Five reasons Realtors work diligently for investors:

- Clear guidelines for properties
- Ability to make quick decisions
- Respect for their time
- An understanding of your business and financing
- RETURN

© 2008 Trump University

## Notes:

REO realtr get me
for each area

I can close w/ in 30 days with
all cash if I'm interested
+ your property qualifies. → LTV 65%

Want the fresh listings before they
get on MLS

143

→ *Don't disclose where get it. "Don't
worry about that" → I am the bank!"

TU-MAKAEFF0472



# Strength of Offer

- If they ask for earnest money or more
- All cash offers
- Closing within 45-days or sooner
- Short inspection timeframe

© 2008 Trump University

## Notes:

REOnetwork.com

Get list – drive by property
Take pic – outside, inside always worse

Banks sell REOs as is

85% of list price is the offer
100k — offer 85k

Banks usually 88-90% of list price
don't do listen

144

TU-MAKAEFF0473

Ex. 7 - 218



# Timing of the Offer

- Towards the end of the month

- Before a holiday

- After a price reduction

- After an offer fell through

- After a much lower offer

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

145

TU-MAKAEFF0474

Ex. 7 - 219



# Number of Offers

- The more offers you write on different REOs, the greater the chance of finding a motivated bank

- If you look at 10 REOs, write offers on all 10 properties

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

146

TU-MAKAEFF0475

Ex. 7 - 220



# Writing Multiple Offers

- Offers are given to entice a response, not to get accepted
- Be quick to write an offer but slow to go under contract
- You must have a Realtor who is willing to write multiple offers at once

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

147

TU-MAKAEFF0476

Ex. 7 - 221



# Offer Language

- Earnest money to be delivered within three days of offer acceptance
- Offer subject to buyer's walk through and approval of the property within three days of offer acceptance
- If the inspection reveals deficiencies in the property which Buyer, in its sole discretion is unwilling to accept, then Buyer shall have the right to terminate the Purchase Agreement by providing notice to Seller. This condition is for the benefit of Buyer and may be waived by Buyer in its sole discretion

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

148

TU-MAKAEFF0477

Ex. 7 - 222



# Government REOs

- Veterans Affairs
- Fannie Mae
- Freddie Mac
- HUD

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

149

TU-MAKAEFF0478

Ex. 7 - 223



# Assigning a Bank REO

- Offer is written in corporation's name

- Offer is accepted

- Corporation completes an "Assignment of Contract" with new buyer

- Corporation's Realtor submits an addendum to the bank stating the corporation has decided to title the property under the new buyer's name

- New buyer closes on the property

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

150



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

151

TU-MAKAEFF0480

Ex. 7 - 225



# What We Covered

✓ Working with People

✓ Structuring the Deal

✓ Building a Buyer's List

✓ Understanding Short Sales

✓ Investing in Bank REOs

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

152

TU-MAKAEFF0481

Ex. 7 - 226



# Today's Agenda

- Introduction and Overview
- Commercial Financing
- Quick Turning Real Estate
  - Wholesaling
  - Retailing
  - Options and Lease Options
  - Owner Financing

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

153

TU-MAKAEFF0482

Ex. 7 - 227

**Commercial Financing**

TU-MAKAEFF0483



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0484

Ex. 7 - 229



# Financing Overview

- 1 in 12 people try to start a business
- Where do these people go for funding? Commercial lenders
- What is the commercial banker looking for? Confidence in the individual's trustworthiness

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

155

TU-MAKAEFF0485

Ex. 7 - 230



# Commercial Financing

| Core Skills | Investing Culture | Structure |
|---|---|---|
| Fair Market Value | Immediate Profit | Asset Protection |
| Property Evaluation | Time | Commercial |
| Market Evaluation | Wealth | Rehab Knowledge |
| Choosing an Area | Freedom | Accounting |
| Structuring a Deal | Power to Give | |
| Financing Options | Tax Benefits | |
| Exit Strategies | Power to Control Destiny | |

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

156

TU-MAKAEFF0486

Ex. 7 - 231



# Local Bank Financing

- Local community banks
- Privately held banks
- Asset-based lender
- Residential and commercial lender

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

157

**TU-MAKAEFF0487**

Ex. 7 - 232



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

158

**TU-MAKAEFF0488**

Ex. 7 - 233



# What Is Loan to Value

**Loan to value** (LTV) is a mathematical calculation which expresses the amount of a first mortgage lien as a percentage of the appraised value of real property.

© 2008 Trump University

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

159

TU-MAKAEFF0489

Ex. 7 - 234



# How Lenders See LTV

| | |
|---|---|
| Purchase price | $200,000 |
| 80% LTV | $160,000 |
| Down payment | $40,000 |
| Value | $250,000 |

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0490

Ex. 7 - 235



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

161

TU-MAKAEFF0491

Ex. 7 - 236



# Thoughts on Financing

- The type of properties you choose to work with will drive the type of financing you choose to use

- In real estate, you can't wait until you need the relationship to build it. Build it now, so the relationship is there when you need it

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

162

TU-MAKAEFF0492

Ex. 7 - 237



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

163

**TU-MAKAEFF0493**

Ex. 7 - 238



# Mortgage Brokers

- Work with brokers based on referrals
- Mortgage brokers are paid when you close
- Very unregulated industry
- Same programs with relationship

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

164

TU-MAKAEFF0494

Ex. 7 - 239



# Bankers

- Develop many relationships
- Bankers are salaried employees
- Banking is a regulated business
- Different programs with relationships

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

165

**TU-MAKAEFF0495**

Ex. 7 - 240



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

166

**TU-MAKAEFF0496**

Ex. 7 - 241

Determining ARV

appraisal based on comps—
current listings
FSBOs

Repaired value form
all cash offer form

property appraiser's website
Stopped using lead paint in 1978.

Quick Turning Real Estate

TU-MAKAEFF0497



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0498

Ex. 7 - 243



# 5 Ways to Quick Turn

- Wholesaling
- Retailing
- Options
- Lease options
- Owner financing

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

168

**TU-MAKAEFF0499**

Ex. 7 - 244



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

169

TU-MAKAEFF0500



# What Is a Wholesaler?

**A wholesaler** is someone who sells goods or services in bulk or large quantities to a retailer at inexpensive prices.

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

170

TU-MAKAEFF0501

Ex. 7 - 246



# What Is a Retailer?

**A retailer** sells goods or services to new consumers in small quantities at a much higher price.

© 2008 Trump University

## Notes:

---

---

---

---

---

---

---

---

171

**TU-MAKAEFF0502**

Ex. 7 - 247



# The Difference?

- **Retailers** buy goods and services at a price where they can still make a profit when they resell to the new consumer
- **Wholesalers** exist because retailers don't have the time or means for finding goods or services at a discounted price

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

172

**TU-MAKAEFF0503**

Ex. 7 - 248



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0504

Ex. 7 - 249



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0505

Ex. 7 - 250



# Wholesaling Basics

- Locate properties (usually needing repairs) and pass them to investors/landlords at prices well below market
- A good option for those without great credit, partners, or cash

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

175

TU-MAKAEFF0506

Ex. 7 - 251



# Why Wholesaling?

- Unless you have access to a large credit line, partners, or real cash, you can't buy a lot of the great deals
- Instead, tie up the property with a contract, and then look for a new buyer to give you more money than what you have to give the seller

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

176

TU-MAKAEFF0507

Ex. 7 - 252



# Contract Clauses

- Wholesalers need to have an assignment clause in their agreements with the seller
- Assignment clauses allow you to sell your contract to a new buyer without first buying the property, owning the property, or taking title to the property

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0508

Ex. 7 - 253



# Clause Examples

Here are two examples of clauses I use:

- John Q. Public and/or Assigns
- Subject to my financial partner's approval

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

178

**TU-MAKAEFF0509**

Ex. 7 - 254



# Wholesaling Example

| | |
|---|---|
| Sales price (with seller) | $100,000 |
| Sell contract to new buyer | $120,000 |
| Your profit at closing | $20,000 |

*Note: The new buyer brings all the money to the closing. Your profit is simply the difference between the contract price with the seller and the new buyer.*

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0510

Ex. 7 - 255



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0511

Ex. 7 - 256



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0512

Ex. 7 - 257



# Retailing Basics

- Locate and rehab houses in need of repairs
- Sell to new qualified buyers at retail prices

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

182

**TU-MAKAEFF0513**

Ex. 7 - 258



# Retailing Principles

- Retailing is one of the hardest aspects of real estate to get into
- You have to have access to money to:
  - Buy and repair the property
  - Manage contractors
  - Carry the property until it sells

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

183

TU-MAKAEFF0514

Ex. 7 - 259



# Retailing Example

| | |
|---|---|
| Purchase price | $100,000 |
| Repair cost | $20,000 |
| Sales price | $150,000 |
| Profit | $30,000 |

*Note: Your profit is simply the difference between the purchase price plus repairs and the price you sold it for after fix up.*

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

184

TU-MAKAEFF0515

Ex. 7 - 260



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

185

TU-MAKAEFF0516

Ex. 7 - 261



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0517

Ex. 7 - 262



# All About Options

- An option is the right to purchase a property under specific terms within a certain time frame
- Optioning is similar to wholesaling except you are working with nice homes in nice neighborhoods, needing no repairs — a must in this business

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

187

TU-MAKAEFF0518

Ex. 7 - 263



# Option Example

- Sales price (with seller)          $200,000
- Sell contract to new buyer      $225,000
- Profit at closing                       $25,000

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

188

TU-MAKAEFF0519

Ex. 7 - 264



# What Is a Lease Option?

- A lease option is a lease agreement combined with a purchase agreement
- You take control without taking title

© 2008 Trump University

**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

189

**TU-MAKAEFF0520**

Ex. 7 - 265



# How it Works

- Buyer leases the property (usually for one to three years)
- Buyer then has the right (option) to purchase the property on or before the end of that agreement

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

190

**TU-MAKAEFF0521**

Ex. 7 - 266



# Seller Benefits

- Receive full price for the property
- Receive higher than usual rent for the market
- Receive a non-refundable down payment
- Receive positive cash flow

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

191

TU-MAKAEFF0522

Ex. 7 - 267



# Seller Benefits

- Incur little or no maintenance costs or repairs
- Avoid management headaches
- Retain title
- Build equity every month

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

192

TU-MAKAEFF0523

Ex. 7 - 268



# Buyer Benefits

- Very low down payment (0-5% vs. 10-30%)
- No bank qualification
- Rent money is working for you as a rent credit
- Down payment is credited
- Price protection

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

193

TU-MAKAEFF0524

Ex. 7 - 269



# Buyer Benefits

- Profit from any appreciation
- Time to check out the home and the neighborhood
- Time to obtain the best financing
- No taxes to pay

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

194

**TU-MAKAEFF0525**

Ex. 7 - 270



# Lease Option Scenarios

Lease options work best when sellers are in these situations:

- Renting their home
- No or little equity in the home
- Don't need all cash right now
- Job transfer and the need to move quickly

© 2008 Trump University

**Fast track to FORECLOSURE INVESTING**

**TRUMP UNIVERSITY**

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

195

TU-MAKAEFF0526

Ex. 7 - 271



# Lease Option Scenarios

Lease options work best when sellers are in these situations:

- Behind on monthly payments
- Trying to buy another home
- Can't sell their home
- Don't want to pay a capital gains tax today

*Fast track to* FORECLOSURE INVESTING

TRUMP UNIVERSITY

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0527

Ex. 7 - 272



# Profit Center #1
# Down Payment

### EXAMPLE: BETWEEN SELLER & INVESTOR

| | |
|---|---|
| Sales Price | $100,000 |
| **Down payment** | **$2,000** |
| Monthly | $900 |
| Term | 3 years |

### TERMS BETWEEN INVESTOR & NEW BUYER

| | |
|---|---|
| Sales Price | $110,000 |
| **Down payment** | **$4,000** |
| Monthly | $1,200 |
| Term | 1 year |

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0528

Ex. 7 - 273



# Profit Center #2
# Monthly Rent

**EXAMPLE: TERMS BETWEEN SELLER & INVESTOR**

| | |
|---|---|
| Sales Price | $100,000 |
| Down payment | $2,000 |
| **Monthly** | **$900** |
| Term | 3 years |

**TERMS BETWEEN INVESTOR & NEW BUYER**

| | |
|---|---|
| Sales Price | $110,000 |
| Down payment | $4,000 |
| **Monthly** | **$1,200** |
| Term | 1 year |

© 2008 Trump University

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

198

TU-MAKAEFF0529

Ex. 7 - 274



# Profit Center #3
# Sales Price

**EXAMPLE: TERMS BETWEEN SELLER & INVESTOR.**

| | |
|---|---|
| **Sales Price** | **$100,000** |
| Down payment | $2,000 |
| Monthly | $900 |
| Term | 3 years |

**TERMS BETWEEN INVESTOR & NEW BUYER.**

| | |
|---|---|
| **Sales Price** | **$110,000** |
| Down payment | $4,000 |
| Monthly | $1,200 |
| Term | 1 year |

© 2008 Trump University

# Notes:

---

---

---

---

---

---

---

---

199

TU-MAKAEFF0530

Ex. 7 - 275



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0531**

Ex. 7 - 276



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

201

TU-MAKAEFF0532

Ex. 7 - 277



# About Owner Financing

- When you owner-finance properties from sellers, you can buy property without a credit check or applying for a loan
- Using owner financing allows you to buy as many properties as you can get your hands on

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

202

TU-MAKAEFF0533

Ex. 7 - 278



# Buyer Benefits

- Little to no money down
- Low fixed interest rate
- No bank qualification
- No credit check
- Lower closing costs
- Won't show up on your credit report
- Easy to sell to another buyer

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

203

TU-MAKAEFF0534

Ex. 7 - 279



# Why Sellers Agree

- They don't need all cash upfront
- They don't want to pay capital gains
- Prevent foreclosure
- Divorce
- Out-of-town owners

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

204

TU-MAKAEFF0535

Ex. 7 - 280



# Why Sellers Agree

- Experiencing health problems
- No equity
- Home needs repairs and they can't afford to fix it
- Need to move quickly



© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

205

TU-MAKAEFF0536

Ex. 7 - 281



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

206

**TU-MAKAEFF0537**

Ex. 7 - 282



# Owner Financing
## Real Estate

| Example | Seller/Yo | You/New Buyer | Profit |
|---------|-----------|---------------|--------|
| Down Payment | $0 | $15,000 | $15,000 |
| Monthly Payment | $1,500 | $1,800 | $300/month |
| Sales Price | $250,000 | $300,000-$15K (down) | $35,000 |
| Term | 20 Years | 5 Years | |
| Assume the interest rate between you and the seller and you and the buyer are the same | | | |
| **Total Profit after 5 Years** | | | **$68,000** |

© 2008 Trump University

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

207

**TU-MAKAEFF0538**

Ex. 7 - 283



# How You Can Work It

- Simple assumption
- Seller take back
- Assumption/Seller take back
- Wraparound mortgage
- Split funding
- Subordination
- The Friends Cash Flow System

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

208

TU-MAKAEFF0539

Ex. 7 - 284



# What Is Due on Sale?

- The due on sale clause is a paragraph in the mortgage or deed of trust which gives the lender the power to call the entire loan due if title is transferred without the lender's permission
- Usually requires the buyer to pre-qualify to assume the loan

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

209

TU-MAKAEFF0540

Ex. 7 - 285



# Is it Enforced?

- Rarely will a lender call a loan if the payments are current, but it's possible
- Most lenders use third-party servicing companies to handle payments
- Calling loans due is not profitable

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

210

TU-MAKAEFF0541

Ex. 7 - 286



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0542

Ex. 7 - 287



# What We Covered

✓ Introduction and Overview
✓ Commercial Financing
✓ Quick Turning Real Estate
- Wholesaling
- Retailing
- Options and Lease Options
- Owner Financing

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

212

TU-MAKAEFF0543

Ex. 7 - 288

**Appendix**

**TU-MAKAEFF0544**

Date: _____

Dear Sir / Madam:

The reason for this letter is to introduce myself to you. My name is _____ from _____ Company. I am the owner of the aforementioned business, and believe I may be of benefit to you. I understand that you are a licensed Divorce Attorney in the _____ County area. I am sure you must represent clients who are eager to divorce and as a result, want to liquidate their assets quickly.

That's where I can be of assistance to you. We are a Real Estate Investment Company that buys single and multiple dwelling homes for all CASH in any condition. We can facilitate a quick settlement, usually within fifteen days.

If you think I may be of benefit to your clients in any way to facilitate their Real Estate Asset Liquidation, please contact me on my direct number _____. I look forward to hearing from you and discussing how I may be of assistance.

Sincerely,

_____

TU-MAKAEFF0545

On the date of _____ before me, personally came

_____ and _____ to

me known to be the individual described in and who executed the foregoing instrument, and who

acknowledged to me that the execution therefore by such individual(s) was done voluntarily for

the purposes therein expressed.

Affirmed to in lieu of oath before me.

_____

Print Name Below Signature
Notary Public

2

TU-MAKAEFF0546

Ex. 7 - 291

## ASSIGNMENT OF CONTRACT OF SALE

### TO

WHEREAS_____, (hereinafter "Assignor"), with an address of
_____, _____County, is the buyer, and offers this
Contract of Sale for the purchase of the real property located at_____ ,
known on the tax map as Block:_____ Lot: _____, City of_____ , County of
_____ (hereinafter the "Premises"); and

WHEREAS_____, (hereinafter "Assignee") with an address of
_____ is desirous of purchasing the Premises; and

WHEREAS_____, with an address of _____ ,
_____is the Seller of the aforementioned Contract of
Sale;

IT IS hereby agreed that:

    1. The rights and liabilities set forth in the Contract of Sale shall be assigned from Assignor to
Assignee for $_____ and other good and valuable consideration paid by
assignee, receipt of which is hereby acknowledged; and
    2. Upon Payment of the $_____ purchase price by the Assignee to
the Seller, the Seller is hereby authorized to issue and deliver a deed to _____
(Assignee) in lieu of issuing a deed to Assignor,

    IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

WITNESSETH
Assignor(s)                             Assignee(s)

_____       _____

By: _____       By: _____

Company: _____       Company:_____

STATE OF _____
COUNTY OF _____

1

TU-MAKAEFF0547

Ex. 7 - 292

## *Only $1000 Down*

### STOP RENTING

## Own Your Own Home Today!

## 1 – 4 Unit Homes Ready To Go!

## Call Today #800-555-5555

---

### *Own Your New Dream Home!*

# STOP...

## Making Your Landlord RICH!

## Buy Today $1000 Down Only

## Call Now #800-555-5555

---

# $1000 Down Only...

## To Be A HOMEOWNER

## All Closing Costs Included!

## For Info #800-555-5555

**TU-MAKAEFF0548**

Ex. 7 - 293

# JOINT VENTURE AGREEMENT

**PREMISES:**_____

**WHEREAS,** _____, (hereinafter
"_____") with a business address of _____
_____, was the Buyer on a Contract of Sale with _____
_____, for the purchase of the real property located at _____
_____ (hereinafter the "Premises"); and

**WHEREAS,** _____, (hereinafter "_____") with a
business address of c/o _____, is desirous of
purchasing the Premises; and

**WHEREAS,** _____assigned its interests in the Contract of
Sale for the Premises to _____; and

**WHEREAS,** _____paid a deposit of _____
toward the purchase price of the Premises:

IT IS hereby agreed that:

1.  _____ shall perform under contact of sale for the

    purchase of the Premises, and pay the purchase price ($_____ ), subject to

    any adjustments including but not limited to, real estate taxes, title insurance,

    recording fees, and attorney's fees;

2.  _____ shall receive a credit or payment for the

    $_____ deposit;

3.  _____ shall pay up to $_____toward the repairs and

    renovations of the premises (hereinafter "Repair Expenses");

4.  The Repair Expenses and Operating Expenses shall be paid directly to the

    vendor upon presentation of the invoice;

5.  _____ shall manage the Premises.  The duties of

    _____ shall include, but not limited to, keeping true

    records and books of accounts, contract for all repairs at customary terms and

    rates, submit the contractor invoices to _____ find a

    purchaser, and otherwise tend to the Premises;

6.  _____ shall provide written status reports to

    _____ every two weeks after the purchase of the

    Premises:

**TU-MAKAEFF0549**

Ex. 7 - 294

7.  _____ shall find a buyer for the Premises, and the closing

of the sale shall take place within _____ months of the closing of the purchase

(the only exceptions being war, strike, or severe weather conditions which make

performance infeasible). _____ shall accept any offer of

purchase in the minimal amount of $_____, subject to mortgage approval

and timely closing.  Any decision whether to accept or reject a purchase offer

below $_____ shall be in the sole discretion of _____;

8.  Upon closing of the sale of the premises, _____ shall be

entitled to _____ (50%) and _____ shall be

entitled to _____ (50%) of the net profit.  Net profit shall be

defined as the proceeds from the resale, plus rents (if any), less invested dollars,

improvements, financing costs, taxes, insurance, water, sewer, electric, governmental and
environmental payments, professional fees including engineering, architectural, and legal, real
estate transfer fee, and closing related fees._____ shall pay marketing
costs and real estate commission, if any, associated with the sale of the Premises;

9.  _____ shall not be entitled to a general contractor's fee

or any other fee other than that set forth I connection with the performance of

its duties;

10. In the event the resale closing does not take place pursuant to this agreement

within _____ months of the date of the closing of the purchase,

_____ share of the net profit shall be reduced by $100.00 per

each day exceeding _____ months.  In the event the closing of the resale does

not take place within eleven months of the date of the closing of the purchase,

_____ duties shall cease, and it shall not be entitled to any

share of profits upon resale or any other form of compensation;

11. Any disagreement, dispute or controversy between _____

and _____ shall not be the subject matter of a law suit but

shall be resolved in accordance with the Rules of the American Arbitration

Association with the losing party paying the prevailing party's costs and

reasonable attorney's fees;

**TU-MAKAEFF0550**

Ex. 7 - 295

12. Either party's interest in this Agreement shall not be assigned;

13. This Agreement shall not be construed as a partnership;

14. In the event of the death, adjudication of incompetence, or bankruptcy of a party to this Agreement, the executor, administrator, committee or other legal representative of such party shall succeed only to the right of such party to receive allocations and distributions hereunder, the Agreement shall not be deemed null and void. _____ shall only be entitled to a distribution based upon the reasonable value of the duties performed;

15. This Agreement shall be constructed in accordance with the laws of the State of _____;

16. This Agreement may be executed in counterparts and each counterpart so executed shall constitute an original, all of which when taken together shall constitute one agreement, notwithstanding that all parties are not signatories to the same counterpart;

17. This Agreement may not be changed, modified, waived, or discharged, in whole or in part, unless in writing and signed by all parties, hereto;

18. If any term or provision of this Agreement or the application thereof to any person or circumstance shall to any extent be invalid or unenforceable, the remainder of this Agreement or the application of such term or provision to persons or circumstances other than those as to which it is held invalid and unenforceable shall not be affected thereby and each term and provision of this Agreement shall be valid and enforced to the fullest extent permitted by law;

19. This Agreement is the entire agreement among the parties with respect to the subject matter hereof and supersedes all prior agreements relative to such subject matter.

**WITNESSETH**

_____          _____

**TU-MAKAEFF0551**

Ex. 7 - 296

By:_____     By:_____

Dated: _____     Dated:_____

Notary Public:_____

**TU-MAKAEFF0552**

Ex. 7 - 297

# CONTRACT FOR SALE AND PURCHASE

**PARTIES:**_____ , as "Seller", of

_____ , Phone:_____ , and

_____ and/or assigns as "Buyer" of

_____ , Phone:_____ , hereby
agree that the Seller shall sell and Buyer shall buy the following property upon the following
terms and conditions:

## I.  DESCRIPTION

a) Legal description of real estate ("Property") located in _____County,
Block: _____  Lot:_____

b) Street address, of the property being conveyed is: _____

_____

c) Personal property including all buildings and improvements on the property and all
right, title and interest of Seller in and to adjacent streets, roads, alleys and rights-of-way,
and:

## II.  PURCHASE PRICE          $_____

## PAYMENT:

a) Cash Deposit(s) to be held in escrow _____ in
the amount of $_____ and promissory note to be held in same escrow as additional
earnest Buyer's default in the amount of $ _____

b) Assumption of Mortgage in favor of _____bearing
interest at _____% per annum and payable as to principal and interest $ _____
per month, having an approximate present principal balance of  $ _____

c) Purchase money mortgage and note bearing interest at _____% on terms set forth
herein below, in the principal amount of $ _____ .

d) Other: $_____

e) Balance to close, (U.S. Cash, certified or cashier's check) subject to adjustments and
prorations $ _____

**TOTAL  $_____**

**TU-MAKAEFF0553**

Ex. 7 - 298

## III. SURVEY AND TITLE COMMITMENT & PERMITTED EXCEPTIONS.

a) Preliminary Title Report. Within twenty (20) days from the date hereof, Seller, at Purchaser's sole cost and expense, shall cause a title insurance company ("Title Company") to issue and deliver to Purchaser an ALTA Form B title commitment ("Title Commitment") in the full amount of the Purchase Price of the real estate. Purchaser shall pay the premium for the policy at or before the closing as set forth herein. In the event title is found to be unmerchantable because of title defects, Purchaser or his attorney shall notify the Seller or its attorney in writing within five (5) days of the date of receipt of said Title et forth herein. In the event title is found to be unmerchantable title to the property and Seller shall have a period of one hundred twenty (120) days after receipt of such written notice within which to cure said defects in title and this sale shall be closed within ten (10) days after written notice of such curing Upon Seller's failure to cure defects of which written notice has Upon Seller's failure to cure defects of which written notice has been given, within the time limit aforesaid, the deposit this day paid shall be returned and all rights and liabilities arising hereunder shall terminate, or Purchaser may close this transaction in the same manner as if no title defects had been found.

b) Survey. If the Purchaser desires a survey of the Property, it may have the Property surveyed at its expense prior to the closing date. If the survey shows encroachments on the Property herein described, or that the improvements located on the Property herein described encroach on other lands, written notice of that effect shall be given to the Seller and Seller shall have the same time to remove such encroachments as is allowed under this Agreement for the curing of defects of title (see Section III a) herein). If the Seller shall fail to remove or cure said encroachments within the period of time, then the deposit this day paid shall be returned to Purchaser and all rights and liabilities arising hereunder shall terminate, or Purchaser may close this transaction in the same manner as if no defects had been found.

## IV. PROVISIONS WITH RESPECT TO CLOSING.

a) Closing Date. The consummation of the transaction contemplated by this Agreement (" Closing") shall take place at such place as designated by Seller on or before _____ , or at such earlier date as agreed mutually, unless extended by other provisions hereof.

b) Seller's Obligations at Closing. Seller, at closing shall do the following:
Execute, acknowledge and deliver to Purchaser a Warranty Deed conveying the Property to:

_____

_____

TU-MAKAEFF0554

Ex. 7 - 299

Purchaser subject to:

i)  Taxes and assessments for year of closing prorated to date of purchase and subsequent years;

ii)  Restrictions, easements and zoning ordinances of record, if any;

iii) Public utility easements of record, if any;

iv) Mortgage to be assumed as described above; any variance in the amount of said Mortgage from the amount stated herein shall be added to or deducted from either the cash payment or the second mortgage as the Seller may elect.

v)  Other:_____

_____

c)  Purchaser's Obligations at Closing. Subject to the terms, conditions and provisions hereof, and concurrently with the performance by Seller of its obligations set forth in Section IV b) above, Purchaser shall deliver to Seller cashier's check or other immediate local funds in the amount set forth in Section II of this Agreement.

d)  Closing Costs. Seller shall pay the following costs and expenses in connection with the Closing:

i) Documentary stamps which are required to be affixed to the Warranty Deed; Purchaser shall pay the following costs and expenses in connection with the closing:

ii) All recording costs, including recording of the deed, mortgage, and any documents required in connection with the title insurance commitment.

iii) The premium payable for the title commitment and title policy issued pursuant thereto.

iv) Survey work if applicable.

e)  Proration of Taxes. Taxes for the year of the Closing shall be prorated to the date of Closing. If the Closing shall occur before the tax rate is fixed for the then current year, the apportionment of taxes shall be upon the basis of the tax rate of the preceding year applied to the latest assessed valuation.

## V. PROVISIONS WITH RESPECT TO DEFAULT.

a) Default by Purchaser. If Purchaser fails to perform this Agreement, the deposit this day paid by Purchaser as aforesaid shall be retained by or for the account of Seller as consideration for the execution of this Agreement. In such event the parties agree that said sum shall constitute liquidated damages since both Purchaser and Seller agree that actual damages for default or breach of contract could not readily be ascertained at the date of execution of this Agreement.

**TU-MAKAEFF0555**

Ex. 7 - 300

b) Default by Seller. If Seller fails to perform this Agreement, the aforesaid deposit shall be returned to Purchaser and this shall be the sole remedy of Purchaser under this Agreement.

## VI. OTHER CONTRACTUAL PROVISIONS.

a) Notices. Any notice to be given or to be served upon any party hereto, in connection with this Agreement, must be in writing, and may be given by certified mail and shall be deemed to have been given and received when a certified letter containing such notice, properly addressed, with postage prepaid, is deposited in the United States Mail; and if given otherwise than by certified mail, it shall be deemed to have been given when delivered to and received by the party to whom it is addressed. Such notices shall be given to the parties hereto at the addresses stated above.

Any party hereto may, at any time by giving five (5) days' written notice to the other party hereto, designate any other address in substitution of the foregoing address to which such notice shall be given and other parties to whom copies of all notices hereunder shall be sent.

c) Entire Agreement; Modification. This Agreement embodies and constitutes the entire understanding between the parties with respect to the transaction contemplated herein. All prior or contemporaneous agreements, understandings, representations, and statements, oral or written, are merged into this Agreement. Neither this Agreement nor any provision hereof may be waived, modified, amended, discharged, or terminated except by an instrument in writing signed by the party against which the enforcement of such waiver, modification, amendment, discharge or termination is sought, and then only to the extent set forth in such instrument.

d) Applicable Law. This Agreement shall be governed by, and construed in accordance with, the laws of the State of _____ .

e) Headings. Descriptive headings are for convenience and shall not control or affect the meaning or construction of any provision of this Agreement.

f) Binding Effect. This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their successors and assigns.

**TU-MAKAEFF0556**

Ex. 7 - 301

g) Counterparts. This Agreement may be executed in several counterparts, each constituting a duplicate original, but all such counterparts constituting one and the same Agreement.

h) Interpretation. Whenever the context hereof shall require, the singular shall include the plural, the male gender shall include the female gender and the neuter, and vice versa.

i) Severability. In case anyone or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision hereof, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein.

j) Section 1031 Exchange. Upon request by Seller, Purchaser shall cooperate with Seller in order to effectuate the goal of Seller to have this transaction qualify for a tax deferred treatment under Section 1031 of the Internal Revenue Code of 1986, as amended, provided that Purchaser is put to no additional expense, in this regard, and that the closing is not materially delayed. Formal provisions detailing the exchange shall be entered into by the parties and made a part of the final contract of exchange, no later than as such time as Purchaser shall acknowledge satisfaction of the contingencies to its obligation to close this transaction.

k) Time for Acceptance & Effective Date. If this offer is not executed by both parties hereto on or before _____, the aforementioned deposits shall be returned to Purchaser, and this offer shall thereafter be null and void. The date of the Agreement ("Effective Date") shall be the date when the last one of the Seller and Purchaser has signed this offer.

1) Seller agrees to allow buyer to inspect the property along with any contractors and/or business associates up till the date of closing. Seller further agrees to allow the buyer put a "For Sale" sign on the property. Seller also agrees and understands that this contract is contingent on the approval by the purchaser's partner.

m) Seller agrees to allow purchaser to inspect and show the property to any contractors and/ or partners prior to date of closing by giving the Seller 24 hours notice.

n) Seller agrees and understands that contract is contingent upon the acceptance of the purchaser's business partner(s).

Page **5** of **6**

TU-MAKAEFF0557

Ex. 7 - 302

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

Witnesses:                              Purchaser(s)

_____                 _____

_____                 Date:_____

_____                 _____

_____                 Date:_____

Witnesses:                              Seller(s)

_____                 _____

_____                 Date:_____

_____                 _____

_____                 Date:_____

TU-MAKAEFF0558

Ex. 7 - 303

# <u>FHA Mortgage Application</u>

## "Required Information"

- Past 2 Years W-2's (1099/Self Employed = Last 2 Years Earnings Statements)

- 1 Month Pay Stubs

- 3 Months Bank Statement

- 2 Months Securities and/or Pension/Retirement Statements

- All Proof Of Additional Income

- Social Security Card Copy

- Picture ID

- Derogatory Accounts Explanation Letters

- Contract Of Sale Copy

- Landlord Name & Address

- Bankruptcy Discharge Papers (If ever filed for Bankruptcy)

### <u>List Of Fees for All FHA Buyers (Non FHA Loan Fees Very Similar)</u>

- Attorney/Escrow Fees

- Property Taxes (tax period to date)

- Interest (paid from date of closing to 30 days before 1st monthly payment)

- Loan Origination Fees (points)

- All Recording Fees

- Survey Fee

**TU-MAKAEFF0559**

Ex. 7 - 304

- 1st Premium Of Mtg. Insurance

- Title Insurance (buyer & buyers lender)

- 1st Payment to Escrow Account for Future RE Taxes & Hazard Insurance

TU-MAKAEFF0560

### ASSIGNMENT OF CONTRACT OF SALE

[1]

_____

[2]
### TO

_____

[3]  [4]  [6]                                [5]

WHEREAS_____, (hereinafter "Assignor"), with an address of
_____, County, is the buyer, and offers this [7]
Contract of Sale for the purchase of the real property located at_____,
known on the tax map as Block:_____ Lot:_____, City of_____, County of
[8]
_____ (hereinafter the "Premises"); and

WHEREAS_____, (hereinafter "Assignee") with an address of
[9]
_____ is desirous of purchasing the Premises; and

WHEREAS_____, with an address of _____,
_____is the Seller of the aforementioned Contract of
Sale;

IT IS hereby agreed that:
[10]

    1. The rights and liabilities set forth in the Contract of Sale shall be assigned from Assignor to
Assignee for $_____ and other good and valuable consideration paid by
assignee, receipt of which is hereby acknowledged; and
    2. Upon Payment of the $_____ purchase price by the Assignee to
the Seller, the Seller is hereby authorized to issue and deliver a deed to _____
(Assignee) in lieu of issuing a deed to Assignor,
[11]                                              [12]

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

WITNESSETH
Assignor(s)                          [13]   Assignee(s)

_____                     _____
[14]
By: _____                 By: _____   [15]

Company: _____            Company:_____

STATE OF _____
COUNTY OF _____

1

**TU-MAKAEFF0561**

Ex. 7 - 306

16

On the date of _____ before me, personally came _____ and _____ to me known to be the individual described in and who executed the foregoing instrument, and who acknowledged to me that the execution therefore by such individual(s) was done voluntarily for the purposes therein expressed.

17

Affirmed to in lieu of oath before me.

_____

Print Name Below Signature
Notary Public

2

TU-MAKAEFF0562

Ex. 7 - 307

# CONSTRUCTION CONTRACT

THIS AGREEMENT made on this _____day of_____ , _____, by and between
_____, hereinafter called the OWNER, and _____,
hereinafter called the CONTRACTOR.

Owner and contractor in consideration of the mutual covenants hereinafter set forth agree as follows:

## SECTION ONE:

### SCOPE OF WORK

The CONTRACTOR shall furnish all the materials and perform all of the work described in the specifications entitled Exhibit A, which are described below, as annexed hereto as it pertains to the work to be performed on the property located at: _____.

## SECTION TWO:

### TIME OF COMPLETION

The work to be performed under this Contract shall be commenced on or before _____ , _____, and shall be substantially completed on or before _____, _____. Time is of the essence. If the job is not completed by this date, CONTRACTOR shall be charged $100 per day until job is completely finished.

## SECTION THREE:

### CONTRACT PRICE

Owner shall pay the contractor for the material and labor to be performed under the contract the sum of _____ Dollars ($_____ ), subject to additions and deductions pursuant to authorized change orders. Payments of the Contract price shall be paid in the following manner: in equal weekly payments of _____ Dollars ($_____).   FINAL PAYMENT SHALL BE DISBURSED UPON COMPLETION OF THE JOB. In the event any installment is not paid when due, contractor may stop work until payment is made and for five (5) days thereafter. In the event any installment is not paid within ten (10) days after it is due, contractor may take such action as may be necessary, including legal proceedings, to enforce its rights hereunder.

## SECTION FOUR:

### PREPARTION

Prior to the start of construction, owner shall provide a clear, accessible building site, properly excavated and correctly zoned for the structure, and shall identify the boundaries of owner's property by stakes at all corners. Owner shall maintain such stakes in proper position throughout construction. In the event contractor cannot obtain a building permit within thirty (30) days of the date of this agreement, contractor may declare the agreement of no further force or effect.

Page 1 of **3**

**TU-MAKAEFF0563**

Ex. 7 - 308

**SECTION FIVE:**

RESPONSIBILITY

Contractor shall not be responsible for claims arising out of improper placement or positioning of boundary stakes or house stakes; nor shall contractor be responsible for damages to persons or property occasioned by owner or his agents, third parties, acts of God or other causes beyond contractor's control. Owner shall hold contractor completely harmless from, and shall indemnify contractor for, all costs, damages, losses, and expenses, including judgments and attorneys fees, resulting from claims arising from causes enumerated in this paragraph.

**SECTION SIX:**

POSSESSION

Owner shall not have possession of the structure until such time as all payments or other obligations required to them as set forth in this agreement have been fully paid or performed by them. If possession of structure is taken by owner before the above obligations are met, without the written consent of contractor, it shall be considered as acceptance of the structure, by the owner, as complete and satisfactory.

**SECTION EIGHT:**

GENERAL PROVISIONS

There are no understandings or agreements between contractor and owner other than those set forth in this agreement. No other statement, representation or promise has been made to induce either party to enter into this agreement. In witness whereof, the parties have executed this agreement the day and year first written above.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

Witnesses:                                       Owner(s)

_____       _____

_____       Date:_____

_____       _____

_____       Date:_____

Witnesses:                                       Contractor

_____       _____

_____       Date:_____

Page **2** of **3**

**TU-MAKAEFF0564**

Ex. 7 - 309

**EXHIBIT A:**

(Detail work required and materials to be used and attach to contract)

**TU-MAKAEFF0565**

Ex. 7 - 310

**Probate Attorney**

Dear _____,

My name is _____ and the name of my company is
_____ .  We invest in many types of Real
Estate in the area and I understand that you are a "Probate Attorney" who represents many
descendants.  I also understand that you help liquidate their assets within their estates.  We all
know that "Probates" can be long, tedious and plain out headaches.  This being so, I can be of
tremendous ASSISTANCE TO YOU!

We buy all types of Real Estate and pay CASH and can CLOSE WITHIN 15 DAYS.  The type
and condition of the property need not matter and as long as it meets our criteria, we may make
you an offer on the property after a quick walk through of the estate you represent.

Please call Me at your earliest convenience at Phone #
_____ to discuss a mutually beneficial financial business
arrangement.

I look forward to hearing from you very soon.

Sincerely,


Phone # _____

E-Mail _____

**TU-MAKAEFF0566**

Ex. 7 - 311

**<u>Probate</u>**

Dear_____,

We found your information while searching through the "Estate Notices" in the County of
_____ and we understand that your are handling the "Estate" of
_____. We are a Real Estate Investment Company
and the name of my company is _____. We buy houses
and all types of real estate in the area of the deceased's address and would like to talk about the
real estate involved in the "Estate" that you are currently handling.  Please understand that we
realize that this may be an emotional time for you and your family so call us at your earliest
convenience and we will only need around 5 minutes of your time.  Our Phone # is
_____.

The type and condition of the property is to be of no concern because we buy all types...we can
pay CASH and can CLOSE WITHIN 15 DAYS.  Call us and we can meet you at the property
and make you an offer on the property if interested.

There is no obligation to you and please understand we cannot promise anything but would like
to see if this would make sense for both of us...another words...this would have to be a "Win,
Win" situation for all parties involved.

I look forward to speaking with you very soon.

Sincerely,



Phone # _____

E-mail _____

**TU-MAKAEFF0567**

Ex. 7 - 312

Divorce Letter watermark.docx

Date: _____

Property Address: _____

_____

_____

Dear Mr. and Mrs._____:

While searching through the Divorce records of _____ County, I noticed that your had filed for divorce. I hope everything works out amicably for the two of you. The reason for contacting you is to find out if you are planning to sell your home. If that is the case, I would very much like to speak with you.

We are a local Real Estate Company interested in buying homes it the _____ area. The condition of your property does not matter – we buy houses in ANY condition. The good news for you is we are able to buy and settle quickly, the purchase of your home – usually within FIFTEEN days!

If you feel that my services may be of interest to you, please call me on my direct line at _____. You can possibly avoid long delays in selling your home by talking to me first. I will be more than happy to meet with you at your home and make you an offer on the spot! Remember, we have the ability to move quickly!

I look forward to hearing from you soon.


Sincerely,



_____

## AUTHORIZATION TO RELEASE MORTGAGE INFORMATION

Date:_____        Property Address:_____

Re Loan #:_____          _____

_____

Dear Sir/Madam:

Please be advised I have a mortgage as referenced above with your Financial Institution and am currently in default. I hereby request that the details of my mortgage information be released to the following entity:

Your Company

Your Address

Your Phone Number

Your Fax Number

You may consider this letter as my authorization to release this information. Thank you in advance for your cooperation.

_____

Print Name

_____

Signature

_____

Social Security Number

# <u>Property Profile Questionnaire</u>

<u>Sellers Name:</u>

<u>Property Address:</u>

<u>Phone:</u> Home# _____Cell# _____

<u>E-Mail:</u>

1.  Tell Me About The Property:

2.  What is the Size & Sq. Footage:

3.  How Many Levels:

4.  What size is the Lot:

5.  What is the Garage size & is it attached:

6.  How many Bedrooms _____Baths_____

7.  Any Special Features:

8.  What type of Appliances:

**TU-MAKAEFF0570**

Ex. 7 - 315

9.   Do the Appliances stay with property:

10.  How much are you asking:

11.  How did you arrive at that price:

12.  Do you have a recent appraisal within the last 90 Days:

13.  If I were to pay you all Cash and close quickly, within a week, what is the least amount that you
     would sell me your home for Today:

14.  Is there a loan against the property: _____How Much:_____

15.  Do you have a title report:

16.  Who is the lender:

17.  Is the loan assumable:

18.  What is the amount owed on the loan

19.  Is there a 2nd mortgage:_____ How much_____

20.  Who is the lender on 2nd Note:

21.  Please take this the right way, but because I talk to many different types of sellers…Are the
     payments current on the mortgage:

**TU-MAKAEFF0571**

Ex. 7 - 316

22. If not, how many payments are behind and how much:

23. Why are you selling:

24. Would you consider "Owner/Seller Financing:

25. Would you consider a "Lease w/Option To Buy":

26. If so, would you consider a 2 yr. lease:

27. Would you consider $0 Down, if I could pay you what you want for the property:

28. Are there renters in the neighborhood:

29. If so, how much do the rents go for on similar homes like yours:

30. How much do you think this property would rent for:

31. What type of repairs are needed to the inside of the home:

32. What type of repairs are needed for the outside of the house:

33. How is the landscaping & what could it use to freshen up:

34. If you could, would you keep the property, or do you need to sell today:

TU-MAKAEFF0572

Ex. 7 - 317

# OFFER TO PURCHASE REAL ESTATE

BE IT KNOWN, the undersigned, _____

Offers to purchase from, _____

Real Estate known as/located at, _____

In the city/town of _____ _____, County of _____

State of _____.

**THE PURCHASE PRICE IS**                  $_____

Deposit herewith paid                       $_____

Upon signing sales agreement                $_____

Balance at closing                          $_____

TOTAL purchase price                        $_____

1.   This offer is based on purchasing the property for ALL CASH and in AS IS CONDITION.  BUYER AGREES TO SET THE CLOSING NO MORE THAN 30 DAYS FROM THE SIGNING OF THE CONTRACT.

2.   Said property is to be sold free and clear of all encumbrances, by good and marketable title, with full possession of said property available to Buyer.

3.   The parties agree to execute a standard purchase and sales agreement on the terms contained within 30 days.

4.   The closing shall be on tor before the date of _____

Closing shall be held at the offices of the buyer's attorney.

Signed this day/date of _____

In the presence of:  Notary Public _____

*Seller agrees to allow buyer to inspect the property along with any contractors, inspectors, appraisers or partners.*

**TU-MAKAEFF0573**

Ex. 7 - 318

Buyer's Signature_____       Buyer's Name_____

Seller's Signature _____       Seller's Name _____

Date _____       Date _____

**TU-MAKAEFF0574**

Date: _____

Dear (Homeowner)_____:

We are a Real Estate Investment Company interested in buying property in (City) _____. While driving through the neighborhood, we noticed that your property located on _____ was vacant.

Are you currently interested in selling your property? We will pay CASH for your home. We are also willing to pay ALL your liens and back taxes, if any, owed against your property. Does this sound like something you would be interested in?

Imagine, you will be able to pay off all liens and back taxes owed against your property *AND* walk away with CASH in your pocket! We have helped many homeowners JUST LIKE YOU in the past and we GUARANTEE that you will walk away with CASH IN HAND!

Whatever you decide to do, please act NOW, before it's too late. If your house is going into or is already in foreclosure I can still help. Don't wait and lose your home and all equity to a tax sale. Call me immediately! My direct number is_____.

There is no sense keeping your house and letting the debt build. Meanwhile non action also affects your credit each and every day. Remember, this can hurt you in the future, when you go to purchase a car or even another house, even if you try and rent, negative marks on your credit make it that much more difficult.

Don't wait another day, call me today and let me help you put cash in your pocket. I look forward to hearing from you and helping you walk away with cash in hand!

Sincerely,

_____

**TU-MAKAEFF0575**

Ex. 7 - 320

Date:_____

Dear (Homeowners Name),

I STILL HAVE NOT HEARD FROM YOU!  I guess you are like the many homeowners who IGNORE THE WARNINGS and end up waking up one day to find the Sheriff outside their doors with a document ordering them to vacate their home.

Do you want this to happen to you?  Do you want your kids asking you, "Where are we going to live now?"  Please understand that TIME IS OF THE ESSENCE!  A Sheriff's Sale is pending at the County Courthouse right now on your property, located at_____.

This is EXTREMELY URGENT and as I mentioned in my last letter…I MAY BE ABLE TO HELP YOU TODAY!  Do not be embarrassed to ask a professional like me, how I can help you save the equity in your home.  If you let your home get auctioned off at a Sheriff's Sale, you will not get a dime, they will not move you or help you in any way. Not to mention the bank will sue you for the money that is owed back to them!

Remember, IT IS YOUR CHOICE TO GET HELP TODAY!  If you sell your home TO ME you can walk away with CASH IN YOUR POCKET and get rid of a HUGE PROBLEM!

Within 2 weeks I can have the financing set up to BUY YOUR HOUSE and end your worries…If this sounds great to you then you will possibly walk away with enough money to make a brand new start and maybe I could help you get into a NEW HOME in the area!

Call me today, my direct #_____

No obligation, strictest confidence assured!

Sincerely,


_____

**TU-MAKAEFF0576**

Dear (Homeowner's Name),

Do you know that TIME IS RUNNING OUT?  As I was looking through the "Notice Of Default" records at the county courthouse, I noticed YOUR NAME!  Do you realize that in about 10 weeks your home will be AUCTIONED OFF at a Sheriff's Sale?  Do you know what this means?  You will LOSE ALL OF YOUR EQUITY in your home, not to mention RUIN YOUR CREDIT for 7 years!  Oh no….that means that FORECLOSURE will appear on your credit report and you cannot buy another home for 10 years…Scary isn't it?

Listen, if you care about your family, WHICH I KNOW YOU DO…then you must LISTEN TO ME!  Do not be like most homeowners who are losing their homes and IGNORE THE SIGNS & WARNINGS!  Do not let your pride stand in the way of accepting my help at a time like this, when you absolutely need it because I am possibly your LAST HOPE TO SAVE YOUR CREDIT!

I KNOW WHAT YOU ARE GOING THROUGH!  The bank will not want to talk to you anymore…they want to take your home and sell it at the auction to get their money back, and in about 10 weeks THIS IS EXACTLY WHAT THEY WILL DO!

I CAN HELP YOU AND POSSIBLY HAVE THE MONEY YOU NEED WITHIN 15 DAYS OR SO.  I AM A REAL ESTATE INVESTOR AND CAN GET YOUR HOME SOLD FAST AND SOLVE YOUR PROBLEM!

If you need to SAVE YOUR FUTURE and SAVE YOUR CREDIT and the HUMILIATION of FORCLOSURE…

*Call Me Today* and let's talk before it's too late!

My Direct Phone #_____

My E-Mail is_____

There is no obligation…I may BE ABLE TO HELP YOU…I MIGHT NOT...That's why we need to talk first.

Our conversation will be held in the strictest of confidence.

Sincerely,


_____

**TU-MAKAEFF0577**

# PROPERTY RESEARCH FORM
## *Training Purposes*



**TRUMP**
UNIVERSITY

| | | | | | | |
|---|---|---|---|---|---|---|
| *SCRIPT #1 Drive by Property and it appears vacant and with no For Sale sign.* | | | | | | |
| Hello, my name is | | and I was calling about a property located at: | | | | |
| Are you interested in selling the home? | YES | NO | | | | |
| (If No) May I call you in a month or so and see if you would be interested then?  YES/NO | | | | | Write Down Date: | |
| (If YES) May I ask you a few questions about the property? Great! | | | | | | |
| *SCRIPT #2 Drive by script when there is a For Sale Sign.* | | | | | | |
| Hello, my name is | | and I was calling about a property located at: | | | | |
| May I ask you a few questions about the property? Great! | | | | | | |

**Start Here...**

| (1) May I ask what your name is: | | | (2) And are you the owner of the home? | | YES | NO |
|---|---|---|---|---|---|---|
| (3) Property Address | | | | (4) City: | | |
| (5) Subdivision: | | (6) SQFT: | | (7) BEDROOMS | (8) BATHS | |
| (9) Phone Number: | | | (10) How long have you owned the home? | | | yrs/months |

| (11) May I ask you why you are selling? | | | | | |
|---|---|---|---|---|---|
| (12) Is the property listed? | YES | NO | (13) If so, until when? | | |
| (14) Is the property vacant? | YES | NO | If YES Since When? | | |
| (15) Does the property need repairs? | YES | NO | If YES, How Much? | | |
| (16) What is the existing Financing? | FHA | VA | CONV. | NO LOAN | Balance: |
| (17) How much are you asking? | | | | | |

(18) If I can pay ALL CASH and close quickly, what is the least amount you will accept for your home?

(19) Is that going to be the best price?

(20) If I was interested in buying your home, but couldn't pay all cash today, would you accept a small down payment?

*If yes, ask these questions next:*

(21) What monthly payment would you accept?

(22) What's the least amount of down-payment you would accept?

(23) How long of a term are you willing to go?

| Office Use Below | |
|---|---|
| What kind of deal is this? | |
| Wholesale? | Property needs lots of work and you need cash today. |
| Retail? | Property needs work and is located in a good neighborhood. You have the finances to buy it. |
| Lease-Purchase? | Nice home and Seller just needs his payments covered, but wants to sell down the road. |
| Option? | Nice home with little equity. Seller wants to sell today. |
| Owner-Finance? | Nice home and seller wants an investment property and doesn't need cash today. |

| COMPARIBLE SALES | ADDRESS | SOLD PRICE | PRICE PER SQFT |
|---|---|---|---|
| Property 1 | | | |
| Property 2 | | | |
| Property 3 | | | |

**TU-MAKAEFF0578**

# BUYERS LIST QUESTIONNAIRE

We have several properties available. In order for us to match you up with the best homes we have, we need to ask you some generic questions.

How did you hear about us? _____

*(Advertising Method)*

Date: _____

Name: _____   #Adults:_____   #Children:_____   Pets:_____

Phone#: _____   Best time to call:_____

Preferred area: _____   Secondary areas: _____

How soon are you ready to move in to a home? _____

How many bedrooms? _____   Bathrooms: _____

Type of home: _____   Garage: _____

What home features are you looking for? _____

What is the most you want to pay per month? _____

What is the most you want to pay as a down-payment? _____

Do you have the money now?_____   If not, when? _____

ADDRESSES GIVEN:

Date: _____Property address: _____

Status:_____

Date: _____Property address: _____

Status:_____

**TU-MAKAEFF0579**

Ex. 7 - 324



# TRUMP
### U N I V E R S I T Y

## PROPERTY INSPECTION SHEET
Based on 1,200 Sq. Ft. Property

Based on 1,200 Sq. Ft. Property

Date:_____ Property Address:_____ City:_____

Total Square Foot: _____ Repaired Value: $_____ Asking: $_____

## INTERIOR

| DOES HOUSE NEED? | YES | NO | ESTIMATED COST | REPAIR COST |
|---|---|---|---|---|
| Carpet/Vinyl | | | $5,000 | |
| Light Patch/Paint/Trim | | | $3,000 | |
| Kitchen (sink, cabinets, small misc.) | | | $7,000 | |
| Kitchen Appliance (Stove, Refridg, D/W) | | | $2,000 | |
| Complete Bathroom #1 | | | $2,000 | |
| Complete Bathroom # 2 | | | $2,000 | |
| Water Heater | | | $500 | |
| CHA | | | $3,100 | |
| Leveling | | | $5K_____$10K | |

## EXTERIOR

| DOES HOUSE NEED? | YES | NO | ESTIMATED COST | REPAIR COST |
|---|---|---|---|---|
| Roof | | | $5,000 | |
| Patch/Paint/Trim | | | $3,000 | |
| Windows _____(Quantity) | | | $100 each | |
| Landscaping | | | $1,000 | |
| Driveways/Sidewalks | | | Each Case | |
| Foundation (Exterior Foundation) | | | Each Case | |
| Garage Repair | | | $250-$850 | |

**TU-MAKAEFF0580**

Ex. 7 - 325



# TRUMP
### UNIVERSITY

## QUESTIONS TO ASK LENDERS

- What area of the city and what type of projects is your bank most comfortable with?
- Do you loan on the appraised value of the property?
- If I am going to rehab a property can we use an appraisal based on the repairs that we are going to do?
- Can I use a commercial loan for a single family home?
- Can a seller hold a second mortgage?
- If I buy a house for cash, is there any specific length of time I need to own the house before you could refinance the house?
- What LTV will you refinance the property to?
- What criteria do you look for in the investor? (credit score, experience, reserves, etc.)
- What documentation will you need to have me approved through your bank? Will that be needed every time?
- Will you loan to my LLC?
- What are your interest rates right now?
- How much does it cost to close a loan and/or refinance a loan?
- Would you explain to me your bank's loan approval process?



# TRUMP
### UNIVERSITY

## Pre-Foreclosure Analysis Worksheet

| GENERAL ANALYSIS INFORMATION | | | |
|---|---|---|---|
| Decision Date | | 9.03.07 | |
| **PROPERTY VALUE** | | | |
| Fair Market Value | **350,000** | | |
| 20% margin | **70,000** | | |
| Repairs | **10,000** | | |
| **Property Value to Investor** | | | **270,000** |
| **DEBT ON PROPERTY** | | | |
| 1st mortgage debt | **225,000** | | |
| 2nd mortgage debt | **45,000** | | |
| Tax lien | **3,000** | | |
| Mechanic's lien | **700** | | |
| Marital support lien | **4,500** | | |
| **Total Debt on Property** | | | **278,200** |
| Amount of Discount Needed from Debt | | | 8,200 |

**TU-MAKAEFF0582**



# TRUMP
### UNIVERSITY

## PRE-FORECLOSURE ANALYSIS WORKSHEET

| GENERAL ANALYSIS INFORMATION | | | |
|---|---|---|---|
| Decision Date | | 9.03.07 | |
| **PROPERTY VALUE** | | | |
| Fair Market Value | **350,000** | | |
| 20% margin | **70,000** | | |
| Repairs | **10,000** | | |
| **Property Value to Investor** | | | **270,000** |
| **DEBT ON PROPERTY** | | | |
| 1st mortgage debt | **225,000** | | |
| 2nd mortgage debt | **45,000** | | |
| Discount | | 25,000 | |
| Tax lien | **3,000** | | |
| Mechanic's lien | **700** | | |
| Discount | | 400 | |
| Marital support lien | **4,500** | | |
| Discount | | 2,000 | |
| **Total Debt on Property** | | | **278,200** |
| **Total Discounts** | | | **27,400** |
| **Effective Debt on Property** | | | **250,800** |

**TU-MAKAEFF0583**



# TRUMP
### UNIVERSITY

Your Business Name Real Estate LLC.
P.O. Box 84759
Oakbrook, IL 69903
Phone (222)-333-3454
Website www.YourBusinessRealEstate.com

September 5, 2007

Mr. Every Late
2365 Late Ave
Oakbrook, IL 69903

Dear Mr. Late,

The clock is ticking, and we are both fully aware that there is a serious pending problem with your property. It will not be long before you are forced out of your property and your credit is ruined. There is still time to save your property and your credit if we take action now.

My offer to help is still available and we still have many options to give you relief from this problem with your property.

1.   I can give you CASH for your home.

2.   I can negotiate on your behalf with your mortgage company.

3.   I can pay you a sum of CASH to sell me your home.

4.   I can pay your escrow, moving costs, and rent for 6 months at a new house or apartment.

All of these options may be available to you, but the longer you wait the larger your loan payoff becomes and the less CASH I may be able to give you. If I can sit down with you and hear your story and fully understand the situation we can take action together to solve this pending problem with your property.

Please contact me at (222) - 333-3454

If you contact me I will arrange a no obligation consultation at your home.

I will give you a potential solution within 24 hours, and I can have CASH to you in 24 hours if needed.

Sincerely,

Mike Winner



**TRUMP**
U N I V E R S I T Y

Your Business Name Real Estate LLC.
P.O. Box 84759
Oakbrook, IL 69903
Phone (222)-333-3454
Website www.YourBusinessRealEstate.com

September 5, 2007

Mr. Avery Late
2365 Late Ave
Oakbrook, 1L 69903

Dear Mr. Late,

At this point in time investors are getting ready to purchase your home at the court house steps, and then come and evict you from your property. If this happens you will not receive anything for your property except a damaged credit report.

There is still time if you take action and contact me. Allow me to put some cash in your pocket and provide you with a new place to live, or allow you to continue living in your current home. I have been able to help others in this type of situation. Please give me a chance, at this point there is nothing to lose.

I am offering a FREE, NO OBLIGATION, REVIEW of your situation. It will take 45 minutes and you can have some hope of relief of this problem with your property.

I know that you may feel that you don't have options at this point. However, I have been able to help other good people like you out of this type of situation, and here is how:

1. I can give you CASH for your home.

2. I can negotiate on your behalf with your mortgage company

3. I can pay you a sum of CASH to sell me your home,

4. I can pay your escrow, moving costs, and rent for 6 months at a new house or apartment.

All of these options may be available to you if I can sit down with you and hear your story and fully understand the situation so that we can take action together to solve this pending problem with your property.

Please contact me at (222) - 333-3454

I will give you a potential solution within 24 hours, and I can have CASH to you in 24 hours if needed.

Sincerely,

Mike Winner

TU-MAKAEFF0585



# TRUMP
### UNIVERSITY

# MORTGAGE JUDICIAL FORECLOSURE PROCESS & TRUST DEED NON-JUDICIAL FORECLOSURE PROCESS

| MORTGAGE JUDICIAL FORECLOSURE | TRUST DEED NON-JUDICIAL FORECLOSURE |
|---|---|
| Borrower Defaults | Borrower Defaults |
| File Complaint (Initiate Lawsuit) | Beneficiary authorizes Trustee to proceed with Foreclosure |
| Record Lis Pendens | Record Notice of Default |
| Court Hearing Date set for Sale | Period of Equitable Redemption Trustor can reinstate |
| Advertise the Sale | Advertise the Sale |
| Sell to highest bidder. Buyer pays cash at sale. | Sell to highest bidder. Buyer pays cash at sale. |
| Buyer receives Certificate of Sale | Trustee conveys Trustee's Deed to Buyer |
| Period of Statutory Redemption (Right of Redemption) | Deficiency Judgment Unlikely |
| Sheriff's Deed Conveyed to Buyer. Evict Mortgagor | |
| Possible Deficiency Judgment | |

*can come back + pay loan off — when lose house, lose equity*

*Lastn: pending lawsuit*

TU-MAKAEFF0586

Forclosure

foreclosure
↓
lose
300k

500 k house
300 k paid
─────────
200 k one

→ profit for us

They'll lose house + equity.

TU-MAKAEFF0587

Ex. 7 - 332



# TRUMP
### U N I V E R S I T Y

## COMPARABLE RESEARCH FORM

Date: _____

Address of Subject Property: _____

_____

| | Subject Properties Address | Comp #1 | Comp#2 | Comp#3 |
|---|---|---|---|---|
| Date Sold: | | | | |
| Square Footage: | | | | |
| Selling Price: | | | | |
| Weeks On Market: | | | | |
| # Of Bedrooms: | | | | |
| # Of Baths: | | | | |
| Other: | | | | |

Comments: _____

_____

_____

_____

_____

**TU-MAKAEFF0588**



# TRUMP
#### U N I V E R S I T Y

## ALL CASH OFFER (ACO)

Date: _____

Property Address: _____     City: _____

........................................................................................................

1. After Repaired Value (Sales price after fix up)          $_____
2. Repair Expense (From Property Inspection Sheet)          $_____
3. Acquisition Expense (1% of repaired value)               $_____
4. Holding Expense (2% of repaired value)                   $_____
5. Hedge Expense (2% of repaired value)                     $_____
6. Closing Costs (2% of repaired value)                     $_____
7. Advertising Costs (.5% of repaired value)                $_____
8. Realtor Commission (6% of asking price)                  $_____
9. Payments for six months                                  $_____

### MAXIMUM OFFER BEFORE PROFIT                             $_____

10. Assignment Fee ($5,000+++)                              $_____
11. Retailer's Profit (15% of Repaired Value)               $_____

### ALL CASH OFFER                                          $_____
Offer no more than 65% of repaired value.

          **1st Offer**   $_____

          **2nd Offer**   $_____

➪ Always keep your retailer in mind.

➪ Add back in 6% if there isn't a Realtor involved.

➪ Always stay in touch with the retailer to keep him/her interested.

**TU-MAKAEFF0589**