

# TRUMP
### U N I V E R S I T Y

# RESIDENTIAL VS. COMMERCIAL LENDERS

Part of doing business on the commercial level is having a complete understanding of the terms and language of commercial lending. This understanding will enable you to analyze, negotiate, and speak intelligently with commercial brokers and lenders.

## RESIDENTIAL

- Lenders analyze you first and the building second.

- Your ability to pay the mortgage is in question.

- There are a limited number of properties that you can purchase.

- You are buying a building.

- Lenders, in most cases, want to know where your down payment came from.

- Sellers, brokers, and lenders are not as open to creative financing.

- Financials are figured on a monthly basis.

- Records and financials are not professionally recorded.

- Smaller loans typically fit under regulatory guidelines and banks will not compete for your business.

- Property value is based primarily on comparable property that has sold in the area.

- Raising the income to the property will not drastically affect the property value.

- Vacancies are difficult to cover and will drastically affect cashflow.

- Properties will appreciate at the rate of other properties in the area.

- Management companies will not be set up to manage your property.

- Because of the management issue location may be an issue.

## COMMERCIAL

- Lenders analyze the building first and you second.

- The building is expected to pay for the mortgage.

- There are an unlimited number of properties that you can purchase.

- You are buying a business.

- Lenders do not care where the down payment comes from, they are more concerned about LTV.

- Sellers, brokers, and lenders are familiar with creative financing.

- Financials are figured on a yearly basis.

- Records and financials are expected to be recorded professionally and to be accurate.

- Larger loans may be kept "in house" and banks can be more creative and will compete for your business.

- Property value is based on income, replacement cost, and comparable properties.

- By increasing the property's income you can drastically increase the value of the property.

- Vacancies are part of doing business and the property will still cashflow.

- Commercial property will appreciate with the area, but will be more driven by the income of the property.

- Management companies will compete for your business.

- With a professional management company you can purchase anywhere.

**TU-MAKAEFF0590**



# TRUMP
UNIVERSITY

## STATE BY STATE FORECLOSURE REFERENCE GUIDE

| State | Security Instrument | Foreclosure Type | Initial Step | # of Months | Redemption | Deficiency |
|---|---|---|---|---|---|---|
| Alabama | Mortgage | Nonjudicial | Publication | 1 | 12 months | Allowed |
| Alaska | Trust Deed | Nonjudicial | Notice of Default | 3 | None | Allowed |
| Arizona | Trust Deed | Nonjudicial | Notice of Sale | 3 | None | Allowed |
| Arkansas | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| California | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Prohibited |
| Colorado | Trust Deed | Nonjudicial | Notice of Default | 2 | 75 days | Allowed |
| Connecticut | Mortgage | Strict | Complaint | 5 | None | Allowed |
| Delaware | Mortgage | Judicial | Complaint | 3 | None | Allowed |
| Dist. of Col. | Trust Deed | Nonjudicial | Notice of Default | 2 | None | Allowed |
| Florida | Mortgage | Judicial | Complaint | 5 | None | Allowed |
| Georgia | Security Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Hawaii | Mortgage | Nonjudicial | Publication | 3 | None | Allowed |
| Idaho | Trust Deed | Nonjudicial | Notice of Default | 5 | None | Allowed |
| Illinois | Mortgage | Judicial | Complaint | 7 | None | Allowed |
| Indiana | Mortgage | Judicial | Complaint | 5 | 3 months | Allowed |
| Iowa | Mortgage | Judicial | Petition | 5 | 6 months | Allowed |
| Kansas | Mortgage | Judicial | Complaint | 4 | 6-12 months | Allowed |
| Kentucky | Mortgage | Judicial | Complaint | 6 | None | Allowed |
| Louisiana | Mortgage | Exec.Process | Petition | 2 | None | Allowed |
| Maine | Mortgage | Judicial | Complaint | 6 | None | Allowed |
| Maryland | Trust Deed | Nonjudicial | Notice | 2 | None | Allowed |
| Massachusetts | Mortgage | Judicial | Complaint | 3 | None | Allowed |
| Michigan | Mortgage | Nonjudicial | Publication | 2 | 6 months | Allowed |
| Minnesota | Mortgage | Nonjudicial | Publication | 2 | 6 months | Prohibited |
| Mississippi | Trust Deed | Nonjudicial | Publication | 2 | None | Prohibited |
| Missouri | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Montana | Trust Deed | Nonjudicial | Notice | 5 | None | Prohibited |
| Nebraska | Mortgage | Judicial | Petition | 5 | None | Allowed |
| Nevada | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Allowed |
| New Hampshire | Mortgage | Nonjudicial | Notice of Sale | 2 | None | Allowed |
| New Jersey | Mortgage | Judicial | Complaint | 3 | 10 Days | Allowed |
| New Mexico | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| New York | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| North Carolina | Trust Deed | Nonjudicial | Notice Hearing | 2 | None | Allowed |
| North Dakota | Mortgage | Judicial | Complaint | 3 | 60 days | Prohibited |
| Ohio | Mortgage | Judicial | Complaint | 5 | None | Allowed |
| Oklahoma | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| Oregon | Trust Deed | Nonjudicial | Notice of Default | 5 | None | Allowed |
| Pennsylvania | Mortgage | Judicial | Complaint | 3 | None | Allowed |
| Rhode Island | Mortgage | Nonjudicial | Publication | 2 | None | Allowed |
| South Carolina | Mortgage | Judicial | Complaint | 6 | None | Allowed |
| South Dakota | Mortgage | Judicial | Complaint | 3 | 180 days | Allowed |
| Tennessee | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Texas | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Utah | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Allowed |
| Vermont | Mortgage | Judicial | Complaint | 7 | None | Allowed |
| Virginia | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Washington | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Allowed |
| West Virginia | Trust Deed | Nonjudicial | Publication | 2 | None | Prohibited |
| Wisconsin | Mortgage | Judicial | Complaint | Varies | None | Allowed |
| Wyoming | Mortgage | Nonjudicial | Publication | 2 | 3 months | Allowed |

NOTE: LAWS CHANGE CONSTANTLY. CHECK WITH YOUR LOCAL LAW LIBRARY FOR THE MOST UP-TO-DATE INFORMATION REGARDING FORECLOSURE PROCEDURES IN YOUR AREA.

TU-MAKAEFF0591

# AGREEMENT FOR PURCHASE AND SALE OF RESIDENTIAL REAL ESTATE

*Please complete all blanks. If the information requested is not applicable to your situation, insert "N/A". Forms do not always address all of the issues needed in a sales contract. If you have any questions about how to complete this form or about whether it fits your needs, please consult your attorney.*

This agreement is effective as of the latest date it is signed by the following parties:

"Buyer" _____

Buyer's Address _____

Buyer's Phone Numbers _____

"Seller" _____

Seller's Address _____

Seller's Phone Numbers _____

This contract relates to the following "Property":

Address _____

County _____ Lot _____ Block _____ Unit _____ Subdivision _____ Seller's Deed is recorded in Book _____, Page _____ . In addition to the dwelling on the Property, this contract includes all fixtures and the following: [strike out any that do not apply] Refrigerator; Stove; Dishwasher; Trash Compactor; Attached Light Fixtures; Mailbox; Outside Storage Buildings; Drapes, Curtains, Window Blinds, and Hardware; Fireplace Screen; Landscaping; Outside Basketball Goals and other Attached Playground Equipment. [If items on the Property might be misunderstood to be included when they are NOT included, list them here:] _____

**Until all parties sign this agreement, this is an offer. If *any* part of it is changed, the offer is void and the change becomes a counter-offer. After all parties sign this agreement, this is a contract for the Buyer to purchase and the Seller to sell the Property on these terms.**

In consideration of $1.00 and other good and valuable consideration, the receipt and legal sufficiency of which is acknowledged, the parties agree as follows:

**1. Deposit.** Buyer has deposited with Seller an earnest money "Deposit" in the amount of $ _____ . The Deposit shall be applied to the Price at Closing and shall be held in escrow until Closing by: [check one]

_____ an escrow agent, who shall hold the money for both parties in a non-interest bearing account until Closing. If either party declines to close, the escrow agent shall hold the Deposit until interpleading it into a court of competent jurisdiction or receiving written authorization from both parties to release it. The escrow agent is _____ Address: _____

_____ Seller, who shall hold the money in a bank account that is not co-mingled with Seller's funds. If the account bears interest, the interest earned shall be divided equally between the Buyer and Seller.

**2. Price.** Buyer will pay Seller a "Price" of $ _____ for the Property; this Price (less the Deposit, plus closing costs, insurance premiums, and prorations) shall be paid [check one]

_____ in cash at Closing (or)

_____ according to the terms of the attached "Owner Financing Addendum" (or)

_____ according to the terms of the attached "Loan Assumption Addendum" (or)

_____ according to the terms of the attached "New Loan Addendum."

**3. Appraisal.**

**A. Buyers Appraisal.** If Buyer obtains an appraisal of the Property and the appraised value is less than the Price, Buyer may (at Buyers option) cancel this contract.

**B. Arbitration.** If Buyer cancels this contract under subparagraph A, Seller may obtain an appraisal at Seller's expense. If Seller's appraisal indicates that the appraised value at least equals the Price, Buyer may rescind cancellation of this contract or confirm cancellation. If Buyer confirms cancellation , Buyer's appraiser and Seller's appraiser shall choose a third appraiser as "Arbitrator", who shall determine the final value of the Property. If the Arbitrator's valuation at least equals the Price, Buyer shall pay the Arbitrator's fee and shall proceed with Closing. If the Arbitrator's valuation is less than the Price, Buyer may confirm cancellation of the contract; and Seller shall pay the Arbitrator's fee and refund the Deposit.

**C. Lender's Appraisal.** If the appraisal made under subparagraph A is by Buyer's lender under an attached "New Loan Addendum," then the provisions of subparagraph B above shall apply only with the lender's consent.

1

**TU-MAKAEFF0592**

**4. Closing.** At "Closing" Buyer shall pay the Price, and Seller shall deliver to Buyer a deed. Closing shall be at a time and place chosen by Buyer on _____, 20____. If the parties decide on a different date, they shall agree to the new date by amending this contract in writing.

**5. Possession.** Buyer shall receive possession of the Property [check one]

____ at closing (or)
____ at Noon on _____,20____ (or)
____ under the terms of attached "Occupancy Agreement for Sellers Occupying After Closing" (or)
____ under the terms of attached "Occupancy Agreement for Buyers Occupying Before Closing.

**6. Costs.** Buyer shall pay recording fees and recording taxes for the deed and any loan documents to be recorded and one-half of any closing fee. Seller shall pay one-half of the closing fees. Buyer shall pay for any title examination, title insurance, survey, appraisal, or inspections Buyer may desire.

**7 Prorations.** Taxes and any homeowner association fees shall be prorated as of Closing.

**8. Termite Inspection.** Seller shall provide Buyer with a written report by a licensed exterminator certifying that the Property is not actively infested with termites or wood-destroying fungus and that the Property has suffered no damage from any previously treated infestation. Seller shall pay for this inspection report. If the report shows active infestation and/or damage, Seller shall pay to treat the Property and repair any damage up to a cost of $_____ ("Maximum Cost"); if the cost of treatment and repair exceeds the Maximum Cost, Seller may choose to cancel this contract and return the Deposit or may choose to pay the additional cost; if Seller chooses to cancel this contract because costs exceed the Maximum Cost, Buyer may elect to waive treatment and repair and may require Seller to proceed with Closing, in which case, Seller shall pay to Buyer the Maximum Cost.

**9. Condition of the Property.**

    **A. "As is" Condition.** Buyer accepts the Property in "as is" condition. Seller makes no warranties about the condition of the Property other than that it will be in the same condition at Closing that it is in when this agreement is signed, normal wear and tear excepted.

    **B. Specific Conditions.** If the parties wish to identify specific conditions that are acceptable to Buyer but that might be misinterpreted later as conditions that were damaged after this contract was signed, the parties may attach a separate list of these conditions.

    **C. Warranties.** Buyer understands that Seller is not warranting the condition of the Property and that Buyer may obtain a home warranty through a private warranty company.
    ____ Buyer shall obtain a warranty at Buyer's expense (or)
    ____ Buyer shall obtain a warranty at Seller's expense (or)
    ____ Buyer shall not obtain a warranty.

    If Buyer is obtaining a warranty, the warranty company is _____

    **D. Condition Disclosure Statement.**
    ____ Seller has provided to Buyer a Property Condition Disclosure Statement, as required by the Tennessee Residential Property Condition Disclosure Ace (or)
    ____ Seller has NOT provided to Buyer a Property Condition Disclosure Statement, as required by Tennessee Residential Property Condition Disclosure Act, this statement is not required Because _____

    **E. Repairs.** If the condition of the Property deteriorates before Closing beyond normal wear and tear, Seller shall repair it before Closing unless the repairs would cost more than $_____ ("Permitted Cost"); if the cost of repair exceeds the Permitted Cost, Seller may choose to cancel this contract and return the Earnest Money or may choose to pay the costs above the Permitted Cost; if Seller chooses to cancel this contract because costs exceed the Permitted Cost, Buyer may elect to waive repair and may require Seller to proceed with Closing, in which case, Seller shall pay to Buyer the Permitted Cost.

    **F. Final Inspection.** Buyer may conduct an inspection of the Property within 24 hours prior to Closing to verify that its condition satisfies the requirements of this contract.

    **G. Preliminary Inspection.** Buyer may (at Buyer's expense) obtain an inspection of the Property by a third party, such as an engineer or home inspection service ("Inspector"), under the following terms:
(1) Buyer shall obtain this report within ten days after the effective date of this contract. If Buyer fails to obtain this report within that time, Buyer waives any right to object to the condition of the Property based on any inspection (other than the final inspection permitted under subparagraph F above).
(2) A "Defect" is a condition in the Property that the Inspector's written report discloses (in the inspector's opinion)
        (a) Makes the Property unsafe or
        (b) Would not be acceptable to a reasonable buyer (considering the age and condition of the Property that would have been obvious to a reasonable buyer prior to the inspection) or

2

**TU-MAKAEFF0593**

(c) Is likely to result in a defect that would probably cost Buyer more than $_____ to repair within one year after Closing ("Seller's Repair Cost").

(3) If the inspector's written report discloses a Defect and if Buyer submits the entire report to Seller, Seller has a duty to repair the Defect if the repair may be made for no more than the Seller's Permitted Cost defined in subparagraph E above.

(4) If the costs to repair the Defect exceeds the Seller's Repair Cost, Seller shall notify Buyer in writing within 72 hours after receiving the inspector" report that Seller will either

(a) Repair the Defect at Seller's entire expense (or) (b) Permit Buyer (at Buyer's option) to cancel this contract.

(5) If Seller gives Buyer the option to cancel, Buyer cancel in writing within 48 hours after receiving the notice from Seller. If Buyer fails to cancel on time, Buyer waives the right to cancel and agrees to accept the Property with the unrepaired Defect.

**10. Title.** Seller shall provide Buyer with a copy of any title insurance policy or title opinion on the Property as soon as reasonably possible after the effective date of this contract. At Closing, Seller shall deliver to Buyer a general warranty deed conveying marketable title, subject only to property taxes that are not yet due, utility and drainage easements that do not interfere with the improvements on the Property, restrictive covenants containing no forfeiture clause, and "Permitted Encumbrances," which are encumbrances that Buyer accepts and which are listed on an attachment to this contract. If Buyer's title examination reveals any other encumbrances, Buyer may cancel this agreement If Seller has not eliminated the other encumbrances before Closing. Seller shall provide Buyer and Buyer's lender (if any) and any title insurer with an indemnification against mechanic's liens or encumbrances not listed above; however, providing this indemnification does not compel Buyer to accept an otherwise unacceptable title.

_____ Check here If a list of Permitted Encumbrances is attached.

**11. Commission.** There is no real estate agent or other broker involved in this transaction, and no commission is to be paid unless specified herein: _____

**12. Cancellation.** In addition to any other provisions of this contract regarding cancellation,

A By Seller.

(1) **Retain Deposit.** Seller may cancel this contract and retain the Deposit if

(a) Buyer pays the Deposit by a check that cannot be cashed or

(b) Buyer fails to perform some other duty under this contract

(2) **Return Deposit.** Seller may cancel this contract if Seller is unable to deliver good title to the Property, in which case Seller shall refund the Deposit to Buyer.

B. **By Buyer.** Buyer may cancel this agreement (in which case Seller shall refund the Deposit to Buyer) if

(1) Seller is unable to deliver good title to the Property or

(2) The improvements on the Property are destroyed before Closing or

(3) Seller fails to perform some other duty under this contract or

(4) This contract gives Buyer the right to cancel under another provision.

**13. Damages.** If either party violates this contract, the non-breaching party is entitled to pursue all remedies allowed by law, including without limitation, specific performance. If Seller wrongfully fails to close, Seller shall return the Deposit; and if Buyer wrongfully fails to close, Seller may retain the Deposit. However, the Deposit is not intended to represent liquidated damages; and neither returning nor forfeiting the Deposit shall be construed as a settlement of disputes under this contract unless the parties sign a written agreement to that effect.

**14. Contingencies.** This contract may contain contingencies permitting the "Benefited Party" to cancel the contract if a condition is not met. For example, if the New Loan Addendum is attached, Buyer is the Benefited Party who may cancel the contract if the loan is not approved. The following addenda are attached and impose additional contingencies:

[check all applicable provisions]

(___ Sale of Buyer's Home

(___ Relocation

(___ Other _____

If Buyer is the Benefited Party under a contingency, Seller may continue to market the Property for sale to other parties until the contingency is removed by Buyer in writing, If Seller desires to accept a bona fide offer from a third party to purchase the Property under the same terms contained in this contract except that the third party's offer omits the contingency, Seller shall provide Buyer with a copy of the third party's offer. Buyer may (in Buyer's sole discretion) remove the contingency from this contract in writing, in which case Seller shall reject the third party's offer. If Seller reasonably believes that Buyer will not be able to perform this contract at Closing if the canceled contingency is not met, Seller may demand that Buyer produce evidence showing that Buyer is able to perform at Closing.

**15. Miscellaneous.** Time is of the essence in this agreement. Any paragraph titles or captions in this agreement are for convenience only and are not part of the agreement itself. This agreement contains the entire understanding among the parties, and there are no prior or contemporaneous written or oral agreements pertaining to the subject matter. This agreement will be governed by and construed under the laws of the state of Tennessee. If any provision of this agreement is held invalid, the other

3

TU-MAKAEFF0594

provisions are unaffected and remain valid as if the invalid portion were not a part of the agreement. This agreement is binding on and benefits the parties and their heirs, successors, and assigns. This agreement may be amended only by the affirmative written consent of all of parties. This agreement may not be assigned without the non-assigning party's written consent. Singular references include plural where appropriate. This agreement is binding on the parties and their successors and assigns. If any provision must be performed after Closing, that part of this agreement survives Closing. If any party resorts to litigation to enforce this agreement, the losing party shall pay the attorney fees of the prevailing party. The party demanding satisfaction of a contingency under this agreement shall (upon request) execute a release when that contingency is satisfied in full.

Date of Offer: _____ Date of Acceptance: _____

Time of Offer: _____ : _____ _____.m. Time of Acceptance: _____ : _____ _____.m.

| | |
|---|---|
| _____ | _____ |
| Buyer | Seller |
| | |
| _____ | _____ |
| Buyer | Seller |

.

# ADDITIONAL CONTINGENCIES

This addendum is attached to the contract between

Seller _____

Buyer _____

regarding the Property located at _____

A provision Is made a part of this addendum ONLY IF all parties Initial the margin nearest the included provision.

Initial Here 1

_____ **Sale of Buyer's Home.** Buyer may cancel this contract if Buyer is unable to enter into a contract to sell Buyer's home located at _____,
which Buyer shall make a good-faith effort to sell. This contingency is satisfied (and Buyer may no longer cancel this contract) as soon as a Buyer accepts a written offer to purchase Buyer's home, regardless of whether that sale is actually closed. If Buyer has not accepted an offer or otherwise waived this contingency by _____,
20____, Seller may (at Seller's option) terminate this contract and refund the Deposit.

_____ **Relocation.** Buyer is a resident of _____ and has executed this contract in anticipation of relocating. Buyer may cancel this contract (and Seller shall refund the Deposit) if Buyer's anticipated relocation is terminated. However, Buyer shall forfeit the Deposit and be liable to Seller for damages if Buyer cancels this contract (A) because Buyer voluntarily decided not to relocate or (B) if Buyer negotiates or takes other steps before Closing to arrange to (1) reside or (2) obtain Buyer's primary income from a source within a _____-mile radius of the Property.

_____ **Back-Up Contract.** This is a "back-up contract," which means that Seller has agreed to Seller the Property to a third party. If the third party's agreement is terminated before _____, 20____, this contract shall become effective; and both Buyer and Seller shall be obligated to perform all terms of this contract upon Seller's written notice to Buyer by 12:01 p.m. on that date. If the third party's agreement is not terminated before that date, Seller shall refund Buyer's Deposit by 12:01 p.m. on that date; and this contract shall be canceled.

If the third party's agreement is terminated after that date but before the date set for Closing in this contract, Seller shall (within 24 hours after the termination) notify Buyer in writing of the termination; Buyer may (at Buyer's option) ratify this contract within 72 hours after receipt of Seller's notice by giving Seller (1) notice of ratification and (2) another Deposit in the same amount. If Buyer ratifies this contract, both Buyer and Seller shall be obligated to perform all terms of this contract. If Buyer does not ratify this contract, Seller shall be released of any obligation to Buyer.

| | |
|---|---|
| _____ | _____ |
| Buyer | Seller |
| | |
| _____ | _____ |
| Buyer | Seller |

.

4

**TU-MAKAEFF0595**

Ex. 7 - 340

## NEW LOAN ADDENDUM

This Addendum is made a part of the contract between

Buyer _____

Seller_____

regarding Property located at _____

**New Loan.** This contract is contingent upon Buyer obtaining a "Loan" in at least the amount of $_____ at an interest rate not exceeding _____ % per annum over a term not to exceed _____ months, with total points and origination fees payable by Buyer not to exceed $_____ and total points payable by Seller not to exceed $_____

**Application.** If Buyer is unable to obtain a commitment for the Loan after application to at least three lenders, Buyer may terminate this contract, and Seller shall return the Deposit.

**Commitment Letter.** Buyer shall provide to Seller a written loan commitment from Buyer's lender immediately upon receiving a commitment. If Buyer does not provide this commitment within days after the execution of this contract, Seller may terminate this contract and refund the Deposit.

**Costs to Seller.** If discount points chargeable to Seller above exceed the designated amount and Buyer cannot or will not pay the additional amount, Seller may cancel this contract and refund the Deposit. Seller shall also pay all loan fees (other than discount points or origination fees) that the lender will not permit to be paid by Buyer. However, if these fees exceed $_____, and Buyer cannot or will not pay the additional amount, Seller may terminate this agreement and refund the Deposit.

**Costs to Buyer.** Buyer shall pay all costs associated with the loan not paid by Seller, as described above.

**Cooperation.** All parties shall cooperate in a timely manner with Buyer's lender in all requests made in the ordinary course of the lender's business.

**Inspections.** Seller shall provide access to the Property to Buyer's lender and its designees for any purpose connected with approving or processing Buyer's loan.

Buyer _____     Seller _____

Buyer _____     Seller _____

## OWNER FINANCING ADDENDUM

This Addendum is made a part of the attached contract between the following parties

Buyer _____

Seller _____

regarding Property located at _____

Buyer shall pay a portion of the Price by executing a "Note" to and "Trust Deed" for the benefit of Seller under the following terms:

Loan Amount $_____ Interest Rate _____%; 1st Payment Date _____, 20 ___;

Term of Loan _____ Years; Payment $_____ Per (Circle) Month / Quarter / Year

Late Charge _____% Due After _____ Days;

**The following terms SHALL apply unless all parties delete a paragraph by striking through it and initialing beside it.**

**No Assumption.** The Trust Deed shall contain a "due on sale" clause permitting acceleration of maturity of the Note upon Buyer's conveyance of any interest in the Property, except upon the death or change in marital status of Buyer.

**Marital Status.** If Buyer is married, Buyer's spouse must sign the Trust Deed. If Buyer's spouse has not signed and given to Seller the following statement within five days from the date of this contract, Seller may cancel this contract and refund the Deposit: "In consideration of $1.00 and other good and valuable consideration, the receipt and legal sufficiency of which is acknowledged, I acknowledge that I am the spouse of the Buyer in this agreement, and I agree to sign the Trust Deed described in my spouse's contract to buy Property located at _____ free of any marital interest I may have in the Property." Signed: _____

**Credit Report.** Buyer shall furnish to Seller evidence of Buyer's creditworthiness. A photocopy of this contract is sufficient to authorize any creditor or credit bureau to furnish credit information to Seller. If Seller (in Seller's sole discretion) determines that Buyer is not creditworthy, Seller may cancel this contract and return the Deposit.

**Prepayment Penalty.** The note shall permit prepayment of all or any portion of the Note without penalty.

**Redemption.** The Trust Deed shall provide for waiver of the statutory right of redemption.

**The following terms apply ONLY if checked and Initialed by all parties.**

_____ **Balloon Payment.** A balloon payment of all unpaid principal is due on _____, 20 ___

_____ **Amortization.** Installment payments shall be amortized over ____ months

_____ **Interest Only.** Installment payments represent interest only.

5

_____ **Escrow Taxes and Insurance.** Along with each payment under the Note, Buyer shall deposit in an escrow account to be held by Seller 1/12 of annual property taxes and insurance premiums. Buyer shall also fund this escrow account at closing with an amount sufficient to pay the annual taxes and insurance premium when next due, less the amounts to be paid monthly before the due dates. This escrow account shall not bear interest.

_____ **Sale of Mortgage.** This contract is contingent until _____ 20___, upon Seller obtaining a third party's written commitment to purchase the Trust Deed for no less than $ _____

_____ **Liens Against Buyer.** Buyer shall furnish to Seller (at Buyer's expense) a written opinion from an attorney or title examiner of Seller's choosing that there are no liens or lawsuits pending against Buyer. If liens and/or lawsuits are pending and (in the sole opinion of Seller's attorney) the liens and/or lawsuits would affect the first priority of the Trust Deed, Seller may terminate this contract and return the Deposit.

_____ **Partial Releases.** Buyer shall subdivide the Property into no fewer than ___ lots, all of which shall have road frontage. The Trust Deed shall require Seller to execute partial releases of the Trust Deed as to any lot requested by Buyer upon payment to Seller of $_____ per lot released. Buyer shall pay the costs of preparing and recording partial releases.

_____ **Subordination.** Upon Buyer's request, Seller shall execute an agreement subordinating the lien of the Trust Deed to a deed of trust to be executed by Buyer in favor of Buyer's construction lender. Buyer shall pay the costs of preparing and recording this agreement.

_____ **Evidence of Payment.** Buyer shall provide Seller with written evidence of payment of any superior mortgage within thirty days after payment of each installment of that mortgage. Evidence may be in the form of copies of canceled checks or a statement from the holder of the superior mortgage. In lieu of providing this notice, Buyer may choose to make payment directly to Seller (by cash or check payable to Seller), in which case Seller shall make the superior mortgage payment on Buyer's behalf.

_____ **First Mortgage Default.** Seller may cure any default by Buyer of any superior mortgage. Buyer shall reimburse Seller for any funds paid by Seller to cure defaults within five days after notice from Seller that an advance was made; and the amount advanced shall bear interest from the date of the advance at the same rate as the Note and shall be secured by the Trust Deed. A default under the superior mortgage shall be a default under the Trust Deed.

| | |
|---|---|
| _____ | _____ |
| Buyer | Seller |
| | |
| _____ | _____ |
| Buyer | Seller |

## LOAN ASSUMPTION ADDENDUM

This Addendum is made a part of the attached contract dated _____ , 20___ , between
Buyer _____
Seller _____
regarding Property located at _____
Buyer shall pay a portion of the Price by assuming a note secured by a deed of trust on the Property under these terms:
"Loan." The Property is encumbered by a deed of trust securing a note to _____ ("Lender"). This note bears interest at the rate of _____ % per annum, maturing on _____, with an approximate principal balance of $_____

**Assumability.** The parties shall cooperate in determining (as soon as possible) whether the Lender shall permit Buyer to assume the Loan. If the Lender does not permit Buyer to assume the Loan, Buyer has the option of **(1)** canceling this contract or **(2)** purchasing the Property for cash. If Buyer cancels the contract, Buyer shall pay all costs associated with the Lender's evaluation of Buyer's assumption of the Loan; and Seller shall refund the Deposit. If Buyer purchases the Property for cash, all terms of this contract remain in effect except for this addendum; and Buyer shall pay all costs associated with Lender's evaluation of Buyer's assumption of the Loan.

**Payment of Price.**
(1) The Price of $_____ is **[circle one]** (approximate) (exact).
(2) Buyer shall pay $_____ **[circle one]** (approximately) (exactly) in cash at Closing.
The Deposit is a part of this amount. [ Note: If item **(1)** is "approximate," item **(2)** must be "exact"; if item **(1)** is "exact," item **(2)** must be "approximate."]

**Prorations.** Principal and interest shall be prorated between the parties.

**Escrow Account.** Buyer shall pay Seller the amount held by Lender in escrow for the payment of taxes and insurance.

**Assumption Fee.** Buyer shall pay all fees required by Lender to assume the loan.

**Delinquencies.** Seller shall pay all charges required by Lender that became payable (whether or not they were billed) prior to Closing (including without limitation, delinquent installment payments or late charges).

**Documents.** Buyer shall execute all documents required by Lender to assume the loan. Flood Insurance.
___ Is Required or
___ Is Not Required.
.

6

**TU-MAKAEFF0597**

Ex. 7 - 342

**Insurance Policies.**
___ Buyer may assume Seller's existing hazard and flood insurance (if any) policy issued by _____ If that company consents to assumption. The premium shall be prorated between the parties.
___ Buyer may not assume Seller's existing hazard and flood insurance (if any) policy, which will be canceled at Closing. Any unearned premiums shall be returned to Seller. Buyer shall provide any insurance policies required by Lender at Closing.
**Mortgage Insurance.**
____ Mortgage insurance is not required by Lender.
____ Buyer shall pay any mortgage Insurance premium required by Lender.
____ The EHA mortgage insurance premium (or VA funding fee) for this loan has been paid in full Seller releases all claims to any portion of any refund of this premium that may later be made.
____ The FHA mortgage insurance premium for this loan has been paid in full. In the event that Buyer (or any party acquiring an interest in the Property from Buyer, except for bona fide purchasers without notice of this provision) receives a refund of a portion of this premium, Buyer shall immediately pay to Seller an amount computed as follows: Divide the total refund by the number of months elapsed between the time the premium was paid and the time the refund was payable; multiply this number by the number of months that Seller owned the property.
**Continuing Liability.**
____ If permitted by the Lender, Seller shall be relieved of all liability for the loan. If Lender requires the payment of additional fees or the execution of additional documents to relieve Seller of liability, Buyer shall pay these fees and execute these documents (including without limitation providing any information requested to qualify Buyer to assume the loan).
____ Buyer shall not be required to pay any fee or execute any documents required by Lender solely to relieve Seller of continuing liability for the loan. However, Buyer agrees to indemnify and hold Seller harmless for any loss or expenses (Including a reasonable attorney fee) incurred as a result of the failure of Buyer (or any subsequent assuming party) to pay the loan.

| Buyer | Seller |
|---|---|
| | |
| Buyer | Seller |

.

# LEAD-BASED PAINT HAZARDS

This Addendum is made a part of the contract between
Buyer _____
Seller _____
regarding Property located at _____
The dwelling on the Property was build before 1978. Consequently, federal law requires the following terms be included in this contract:
**1 Information.** Buyer acknowledges receiving all lead hazard information required to be furnished to Buyer.
**2. Inspection.** Buyer (or Buyer's agent) may conduct a risk assessment or inspection of the Property for the presence of leadbased paint hazards ( the "Inspection") within ___ days from the date of this contract.
**3. Rescission Period.** If the Inspection reveals the presence of a lead-based paint hazard within the deadline for the Inspection set forth in paragraph 2, Buyer may cancel this contract; and Seller shall refund the Deposit.
**4. Lead Warning Statement.** Buyer acknowledges reading and understanding the following statement;
"Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the sellers possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase."

| Buyer | Seller |
|---|---|
| | |
| Buyer | Seller |

.

7

**TU-MAKAEFF0598**

Ex. 7 - 343

# ADDENDUM A TO SALES AGREEMENT

Dated: _____

**The offer to purchase the real property commonly known as:**

_____

Made by: _____   Dated: _____

The undersigned purchaser and seller agree to the following:

The herein agreement upon its execution by both parties is herewith made an integral part of the above mentioned agreement of sale.

_____        _____
Witness                                 Seller

_____        _____
Witness                                 Seller

_____        _____
Witness                                 Purchaser

_____        _____
Witness                                 Purchaser

**TU-MAKAEFF0599**

Ex. 7 - 344

# ADDENDUM A TO PURCHASE AND SALES AGREEMENT/CONTRACT

This document serves as an addendum to the Purchase and Sale Agreement for the property located at:

_____

1. Conflict Resolution: If there is a conflict between the terms and provisions of the Purchase Agreement and this Addendum, the terms and provisions of this Addendum shall govern the Property.

2. Exclusive Dealing: During the term of the Purchase Agreement, neither Seller nor its affiliate(s) shall (i) solicit or encourage, directly or indirectly, submission of any inquiry, proposal or offer related to the sale or acquisition of the Property, or (ii) entertain any offer to purchase the Property.

3. Earnest Money Deposit: No later than seven (7) days after the date the Purchase Agreement is executed by the Seller, Buyer shall deposit an earnest money deposit of _____ Dollars and _____ /100 ($ _____) with an escrow agent selected by Buyer, in Buyer's sole discretion (the "Escrow Agent"). In the event the transaction is not consummated for any reason, the earnest money deposit shall be returned to Buyer, without deduction, no later than forty-eight (48) hours after Escrow Agent's receipt of notice from Buyer that the Purchase Agreement has terminated or expired, and/or the transaction will not be consummated.

4. Appraisal Contingency: The obligation of Buyer to consummate the transaction contemplated hereby is expressly subject to the Property appraising for an amount equal to, or in excess of, the Purchase Price. Seller shall cooperate with, and provide reasonable assistance to, Buyer in making the Property available for such appraisal.

5. Mortgage Contingency: The obligation of Buyer to consummate the transaction contemplated hereby is expressly contingent upon Buyer being able to secure and close financing on terms and conditions acceptable to Buyer, in Buyer's sole, exclusive, and unfettered discretion.

6. Inspection Contingency: In the event that Buyer's inspection reveals deficiencies in the Property which Buyer, in its sole and unfettered discretion, is unwilling to accept, then Buyer shall have the right to terminate the Purchase Agreement by providing notice to Seller within the time period specified in the Purchase Agreement. This condition is for the benefit of Buyer and may be waived by Buyer in its sole discretion.

_____   _____       _____   _____
Seller's Initials                               Date                      Buyer's Initials                                 Date

**TU-MAKAEFF0600**

Ex. 7 - 345

7. Seller Warranty: Seller hereby represents and warrants to Buyer, and shall certify to the Buyer, as of the Closing Date, that Seller has full authority to enter into and perform the Purchase Agreement in accordance with its terms and conditions, without breaching or defaulting on any obligation or commitment that Seller has to any partners or third parties.

8. Personal Property: In partial consideration for the Purchase Price to be paid Seller by Buyer, the following personal property, owned by seller, shall be transferred to Buyer at the Closing: all existing

    The personal property shall be transferred to Buyer by a bill of sale. Seller shall prepare and deliver an inventory of the personal property to Buyer within 20 days of the date on which both Seller and Buyer execute the Purchase Agreement.

9. Risk of Loss: Seller retains the risk of loss to the Property by fire, windstorm, or other casualty from the date on which both Seller and Buyer execute the Purchase Agreement, until the Property is conveyed to Buyer at Closing.

10. Due Diligence Data: Seller shall provide Buyer and its advisors copies of, or access to, all books, records, financial statements, vendor lists and supply lists and any other documents and materials that seller has access to relating to the operation and conditions of the Property, including, but not limited to,

    (all such documents and materials shall hereinafter be referred to as "Due Diligence Data"). In the event that Buyer, in its sole and unfettered discretion, is dissatisfied with any aspect of the Due Diligence Data, Buyer may terminate the Purchase Agreement by providing written notice to Seller no later than 5:00pm on the first calendar day following the Buyer inspection period established in the Purchase Agreement, This condition is for the benefit of Buyer and may be waived by Buyer in its sole discretion.


| Seller | Date | Seller | Date |
|--------|------|--------|------|


| Buyer | Date | Buyer | Date |
|-------|------|--------|------|

**TU-MAKAEFF0601**



# TRUMP
### UNIVERSITY

# ASSIGNMENT OF CONTRACT

Effective May 22, 2001, it is mutually agreed that this assignment for the contract to purchase on 211 Roberts, Bryan, TX 77803 (Further described as Roberts, Lot 17 & 18) from Angela Hayes to Shuja Shaikh & William L Chambers is hereby made. For this assignment, it is mutually agreed that Angela Hayes will receive Two Thousand dollars ($2,000.00) at the time of closing.

Assignee agrees to perform all covenants, conditions and obligations required by Assignor under said agreement and agrees to defend, indemnify and hold Assignor harmless from any liability or obligation under said agreement. Assignee further agrees to hold Assignor harmless from any deficiency or defect in the legality or enforceability of the terms of said agreement.

Dated this_____day of_____,20_____

_____
Assignor

_____
Assignee

_____
Assignee

**TU-MAKAEFF0602**

Ex. 7 - 347

# PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned, promise to pay to the order of _____,

(hereinafter referred to as "Payee"; Payee together with any subsequent holder hereof or any interest herein

being hereinafter referred to as "Holder") at_____, or at such other place as the

Holder may from time to time designate in writing, without grace, except as may be otherwise expressly

provided for herein, the principal sum_____($_____), together with interest from

the date hereof at a rate of (9)% per annum on the unpaid principal balance from time to time outstanding

in accordance with the following provisions:

(a) Commencing _____ 19____, and on the____day of each and every month thereafter until

_____ , 19____, the undersigned shall pay to Holder equal installments of

_____($_____), including principal and accrued interest on the unpaid principal balance. The

entire outstanding principal balance shall be due and payable in full on or before _____ , 19____.

This Note and the instruments securing it are to be governed, interpreted and construed by, through and under
the laws of the State of _____. This Note may be prepaid in whole or in part at any time
without penalty or premium. If this Note provides for installment payments of principal,  prepayment of
principal payments shall be applied in the inverse order such installment payments are due, applying  first to
the last principal installment due hereunder.

This Note is secured by a Mortgage of even date herewith executed by the undersigned in favor of the Payee
herein, which is a lien on certain collateral security as described therein.

In the event that any payment of principal and/or interest is not made within thirty (30) days that same is due,
which  event shall constitute an "Event of Default" hereunder, or in the event of any default under the terms
of the Mortgage  securing this Note, the undersigned shall pay, during the period of such default, interest on
the unpaid balance of the  indebtedness evidenced by this Note at the highest rate allowed by law.

The Holder shall have the optional right to declare the amount of the total unpaid balance hereto to be due
and forthwith payable in advance of the maturity date of any sum due or installment, as fixed herein, upon the
failure of the undersigned to pay, when due and after thirty (30) days+ that same is due, any of the installments
of interest and/ or principal, or upon the occurrence of any event of default or failure to perform in accordance
with any of the terms and conditions in the Mortgage securing this Note or in any other security document
executed and/or delivered in conjunction herewith. Upon exercise of this option by the Holder, the entire
unpaid principal shall bear interest at the highest rate allowed by law. Forbearance to exercise this option with
respect to any failure or breach of the undersigned shall not constitute a waiver of the rights to any continuing
failure or breach or any subsequent failure or breach.

In no event shall the amount of interest due or payments in the nature of interest payable hereunder exceed
the maximum rate of interest allowed by applicable law, as amended from time to time, and in the event any
such payment is paid by the undersigned or received by the Holder, then such excess sum shall be credited as

**TU-MAKAEFF0603**

a payment of principal, unless the undersigned shall notify the Holder, in writing, that the undersigned elects to have such excess sum returned to it forthwith.

Time is of the essence hereunder and, in case this Note is collected by law or through an attorney-at-law, or under advice therefrom, the undersigned agrees to pay all costs of collection including reasonable attorneys' fees. Reasonable attorneys' fees are defined to include, but not be limited to, all fees incurred in all matters of collection and enforcement, construction and interpretation, before, during and after suit, trial, proceedings and appeals. Attorneys' fees shall also include hourly charges for paralegals, law clerks and other staff members operating under the supervision of an attorney.

The remedies of the Holder, as provided herein or in the Mortgage, shall be cumulative and concurrent, and may be pursued singularly, successively or together, at the sole discretion of the Holder, and may be exercised as often as occasion therefor shall raise. No act of omission or commission of the Holder, including specifically any failure to exercise any right, remedy or recourse, shall be deemed to be a waiver or release of the same, such waiver or release to be affected only through a written document executed by the Holder and then only to the extent specifically recited therein. A waiver or release with reference to any one event shall not be construed as continuing, as a bar to, or as a waiver or release of any subsequent right, remedy or recourse as to a subsequent event.

Any notice to be given or to be served upon any party hereto, in connection with this Note, must be in writing, and may be given by certified or registered mail and shall be deemed to have been given and received on the third (3rd) business day after a certified or registered letter containing such notice, properly address, with postage prepaid, is deposited in the United States mail; and if given otherwise then by certified or registered mail, it shall be deemed to have been given when delivered to and received by the party to whom it is addressed. Such notices shall be given to the parties hereto as set forth in the Mortgage.

All persons or corporations or other entities now or at any time liable, whether primarily or secondarily, for the payment of the indebtedness hereby evidenced, for themselves, their heirs, legal representatives, successors and assigns respectively, hereby (a) expressly waive presentment, demand for payment, notice of dishonor, protest, notice of non-payment or protest, and diligence in collection except as may be otherwise expressly provided; (b) consent that the time of all payments or any part thereof may be extended, rearranged, renewed or postponed by the Holder hereof and further consent that the collateral security or any part thereof may be released, exchanged, added to or substituted for by Holder hereof, without in anywise modifying, altering, releasing, affecting or limiting their respective liability or the lien of any security instrument; (c) agree that the Holder, in order to enforce payment of this Note, shall not be required first to institute any suit or to exhaust any of its remedies against the undersigned or any other person or party to become liable hereunder.

If more than one party shall execute this Note, the term "undersigned" as used herein, shall mean all parties signing this Note and each of them, who shall be jointly and severally obligated hereunder. In this Note, whenever the context so requires, the neuter gender includes the feminine and/or masculine, as the case may be, and the singular number includes the plural.

All references herein to interest at the "maximum rate" shall mean "maximum legal contract rate".

IN WITNESS WHEREOF, the undersigned has caused this Note to be executed in its name on the day and year first above written.

**TU-MAKAEFF0604**



# TRUMP
### UNIVERSITY

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG1

THIS NOTE HAS BEEN ACQUIRED FOR INVESTMENT AND MAY NOT BE SOLD, OFFERED FOR SALE OR TRANSFERRED IN THE ABSENCE OF AN EFFECTIVE REGISTRATION STATEMENT FOR THIS NOTE UNDER THE ACT OR AN OPINION OF COUNSEL THAT REGISTRATION IS NOT REQUIRED UNDER THE Securities Act of 1993 .

_____CORPORATION

NOTE DUE SEPTEMBER 28, 2006

Amount: $5,000,000.00                      Date: September 28, 2001
Rate: 12%                           Maturity: September  28, 2006

FOR VALUE RECEIVED, the undersigned, _____, a (enter state)_____ corporation (the "Company"), and _____, _____, all of which are Minnesota corporations, (the "Subsidiaries") (the Company and the Subsidiaries being each a "Loan Party" and collectively the "Loan Parties"), hereby jointly and severally promise to pay to _____ ("Lender"), a (enter state)_____ corporation and a licensee under the (the laws and statutes of that partys' state)_____, at its office at (enter address)_____ the principal amount of (write out dollar amount)_____ ($_____) together with interest on the unpaid principal balance from the date hereof at the rate of ____% per annum, provided that in the event of a Default as defined in the Loan Agreement referred to below which continues for 90 consecutive days, the unpaid principal balance shall bear interest at a rate equal to the lesser of ____% per annum or the maximum amount permitted by law from the date of such Default until the Default is waived by the Lender in writing or cured to the satisfaction of the Lender. Interest calculations shall be based on a 360-day year and a (10/20/30/etc)_____ year amortization schedule.

Interest shall accrue without payment until (date)_____. Thereafter, principal and interest shall be due and payable as provided in the attached amortization schedule, with the final installment of principal and interest due on (date)_____, in the amount necessary to repay in full the unpaid principal and interest. All payments received will be first applied to unpaid interest with any remainder being applied toward principal reduction.

This Note has been delivered in conjunction with a Loan Agreement dated (date)_____, by and among the Company, the Lender and the Loan Parties referred to therein. Any capitalized terms in this Note shall have the same meaning as set forth in the Loan Agreement.

This Note is subject to prepayment in whole or part at any time at the option of the Company. In the case of any prepayment of less than the total principal amount outstanding on the Note, the prepayment shall be applied first to the interest owed and then to installments of principal in the inverse order of their maturity. In the event of prepayment of principal, the following prepayment fees shall apply:

| Prepayment Date | Percent of Prepaid Principal Due as Prepayment Penalty |
| --- | --- |
| September 28, 2002 | 5% |
| September 28, 2003 | 4% |
| September 28, 2004 | 3% |
| September 28, 2005 | 2% |
| July 28, 2006 | 1% |

Upon the occurrence of any Default (as defined in the Loan Agreement) the Lender shall have all the rights and remedies provided in the Loan Agreement and the other agreements securing this Note.

The Company agrees, if this Note is placed in the hands of an attorney for collection after the occurrence of a Default, to pay reasonable attorneys' fees and other costs as permitted by law. The Company waives demand for payment, presentment, notice of dishonor, notice of non-payment, diligence in collecting, grace, notice and protest. No release of any security for this Note or extension of time for payment of this Note shall release or modify the liability of the Company under this Note.

This Note shall be governed by the laws of the State of Minnesota and shall be binding upon the Company, its successors and assigns, and shall inure to the benefit of the holder hereof, its successors and assigns.



# TRUMP
## UNIVERSITY

### EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG2

MISC. RETAIL CORPORATION

By:  /s/ John Q. Public
-------------------------------------------
John Q. Public, Senior Vice President

MISC. RETAIL CORPORATION

By:  /s/  John Q. Public
-------------------------------------------
Mark A. Kimball, Senior Vice President

MISC. RETAIL STUFF CORPORATION

By:  /s/  John Q. Public
-------------------------------------------
John Q. Public, Senior Vice President

2

MISC. RETAIL SC CORPORATION

By:  /s/  John Q. Public
-------------------------------------------
John Q. Public, Senior Vice President

OTHER COMPANY INC.

By:  /s/  John Q. Public
-------------------------------------------
John Q. Public, Senior Vice President

MISCRETAIL.COM CORPORATION

By:  /s/  John Q. Public
-------------------------------------------
John Q. Public, Senior Vice President

**TU-MAKAEFF0606**

Ex. 7 - 351



# TRUMP
### U N I V E R S I T Y

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG3

09/26/2001    Page 1

----------------------------------------------------------------

MISC RETAIL COMPANY

----------------------------------------------------------------

Compound Period......:     Monthly

Nominal Annual Rate..:   12.000  %
Effective Annual Rate:   12.683  %
Periodic Rate.......:     1.0000  %
Daily Rate..........:    0.03333 %

CASH FLOW DATA

| Event | Start Date | Amount | Number | Period | End Date |
|-------|-----------|--------|--------|--------|----------|
| 1 Loan | 09/28/2001 | 5,000,000.00 | 1 | | |
| 2 Payment | 11/01/2001 | Interest Only | 24 | Monthly | 10/01/2003 |
| 3 Payment | 11/01/2003 | 71,735.47 | 36 | Monthly | 10/01/2006 |
| 4 Payment | 10/01/2006 | 4,063,703.80 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

| Date | Payment | Interest | Principal | Balance |
|------|---------|----------|-----------|---------|
| Loan  09/28/2001 | | | | 5,000,000.00 |
| 1  11/01/2001 | 55,050.00 | 55,050.00 | 0.00 | 5,000,000.00 |
| 2  12/01/2001 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 2001  Totals | 105,050.00 | 105,050.00 | 0.00 | 5,000,000.00 |
| | | | | |
| 3  01/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 4  02/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 5  03/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 6  04/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 7  05/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 8  06/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 9  07/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 10  08/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 11  09/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 12  10/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 13  11/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 14  12/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 2002  Totals | 600,000.00 | 600,000.00 | 0.00 | |
| | | | | |
| 15  01/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 16  02/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 17  03/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 18  04/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 19  05/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 20  06/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 21  07/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 22  08/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 23  09/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 24  10/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 25  11/01/2003 | 71,735.47 | 50,000.00 | 21,735.47 | 4,978,264.53 |
| 26  12/01/2003 | 71,735.47 | 49,782.65 | 21,952.82 | 4,956,311.71 |
| 2003  Totals | 643,470.94 | 599,782.65 | 43,688.29 | |

**TU-MAKAEFF0607**

Ex. 7 - 352



# TRUMP
### U N I V E R S I T Y

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG4

09/26/2001     Page 2

----------------------------------------------------------------

Select Comfort

----------------------------------------------------------------

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 27 | 01/01/2004 | 71,735.47 | 49,563.12 | 22,172.35 | 4,934,139.36 |
| 28 | 02/01/2004 | 71,735.47 | 49,341.39 | 22,394.08 | 4,911,745.28 |
| 29 | 03/01/2004 | 71,735.47 | 49,117.45 | 22,618.02 | 4,889,127.26 |
| 30 | 04/01/2004 | 71,735.47 | 48,891.27 | 22,844.20 | 4,866,283.06 |
| 31 | 05/01/2004 | 71,735.47 | 48,662.83 | 23,072.64 | 4,843,210.42 |
| 32 | 06/01/2004 | 71,735.47 | 48,432.10 | 23,303.37 | 4,819,907.05 |
| 33 | 07/01/2004 | 71,735.47 | 48,199.07 | 23,536.40 | 4,796,370.65 |
| 34 | 08/01/2004 | 71,735.47 | 47,963.71 | 23,771.76 | 4,772,598.89 |
| 35 | 09/01/2004 | 71,735.47 | 47,725.99 | 24,009.48 | 4,748,589.41 |
| 36 | 10/01/2004 | 71,735.47 | 47,485.89 | 24,249.58 | 4,724,339.83 |
| 37 | 11/01/2004 | 71,735.47 | 47,243.40 | 24,492.07 | 4,699,847.76 |
| 38 | 12/01/2004 | 71,735.47 | 46,998.48 | 24,736.99 | 4,675,110.77 |
| 2004 Totals | | 860,825.64 | 579,624.70 | 281,200.94 | |
| | | | | | |
| 39 | 01/01/2005 | 71,735.47 | 46,751.11 | 24,984.36 | 4,650,126.41 |
| 40 | 02/01/2005 | 71,735.47 | 46,501.26 | 25,234.21 | 4,624,892.20 |
| 41 | 03/01/2005 | 71,735.47 | 46,248.92 | 25,486.55 | 4,599,405.65 |
| 42 | 04/01/2005 | 71,735.47 | 45,994.06 | 25,741.41 | 4,573,664.24 |
| 43 | 05/01/2005 | 71,735.47 | 45,736.64 | 25,998.83 | 4,547,665.41 |
| 44 | 06/01/2005 | 71,735.47 | 45,476.65 | 26,258.82 | 4,521,406.59 |
| 45 | 07/01/2005 | 71,735.47 | 45,214.07 | 26,521.40 | 4,494,885.19 |
| 46 | 08/01/2005 | 71,735.47 | 44,948.85 | 26,786.62 | 4,468,098.57 |
| 47 | 09/01/2005 | 71,735.47 | 44,680.99 | 27,054.48 | 4,441,044.09 |
| 48 | 10/01/2005 | 71,735.47 | 44,410.44 | 27,325.03 | 4,413,719.06 |
| 49 | 11/01/2005 | 71,735.47 | 44,137.19 | 27,598.28 | 4,386,120.78 |
| 50 | 12/01/2005 | 71,735.47 | 43,861.21 | 27,874.26 | 4,358,246.52 |
| 2005 Totals | | 860,825.64 | 543,961.39 | 316,864.25 | |
| | | | | | |
| 51 | 01/01/2006 | 71,735.47 | 43,582.47 | 28,153.00 | 4,330,093.52 |
| 52 | 02/01/2006 | 71,735.47 | 43,300.94 | 28,434.53 | 4,301,658.99 |
| 53 | 03/01/2006 | 71,735.47 | 43,016.59 | 28,718.88 | 4,272,940.11 |
| 54 | 04/01/2006 | 71,735.47 | 42,729.40 | 29,006.07 | 4,243,934.04 |
| 55 | 05/01/2006 | 71,735.47 | 42,439.34 | 29,296.13 | 4,214,637.91 |
| 56 | 06/01/2006 | 71,735.47 | 42,146.38 | 29,589.09 | 4,185,048.82 |
| 57 | 07/01/2006 | 71,735.47 | 41,850.49 | 29,884.98 | 4,155,163.84 |
| 58 | 08/01/2006 | 71,735.47 | 41,551.64 | 30,183.83 | 4,124,980.01 |
| 59 | 09/01/2006 | 71,735.47 | 41,249.80 | 30,485.67 | 4,094,494.34 |
| 60 | 10/01/2006 | 71,735.47 | 40,944.94 | 30,790.53 | 4,063,703.81 |
| 61 | 10/01/2006 | 4,063,703.80 | 0.01 | 4,063,703.81 | 0.00 |
| 2006 Totals | | 4,781,058.50 | 422,811.98 | 4,358,246.52 | |
| | | | | | |
| Grand Totals | | 7,851,230.72 | 2,851,230.72 | 5,000,000.00 | |

**TU-MAKAEFF0608**

Ex. 7 - 353

# RELEASE OF INFORMATION

Date: _____

I, _____ agree to release all information (mortgages, liens, encumbrance, judgements etc,) pertaining to the property on _____, in the city of _____, county of _____, in the state of _____, to _____.

**IN WITNESS WHEREOF** the donor has set his/her/their hand and seal on this _____ day of _____ 200___

_____
Releaser's name

_____
Releaser's signature

STATE OF      _____}
                   _____} SS
COUNTY OF _____}

I, the undersigned, a Notary Public, in and for said County and State aforesaid, certify that _____, personally known to me to be the same person whose name subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he/she/they signed, sealed, and delivered the said instrument as his/her/their free and voluntary act for the purpose therein set forth.

Given under my hand and Notarial Seal this _____ day _____, 200_____

_____
Notary Public



# TRUMP
### UNIVERSITY

# SAMPLE AUTHORIZATION TO NEGOTIATE

September 4, 2007

Ms. Brighton Early
Loss Mitigation Department
Bank of South Texas
8454 Prairie Dog Lane
Big Horn, TX 54334

Reference mortgage loan number: FT345523-34
Mortgager: Duane Pope
SSN: xxx-xx-4435
DOB: 4/12/76

Dear Ms. Early

I, Duane Pipe, authorize Bank of South Texas, to discuss, release information to, and negotiate with Your Business Real Estate on my behalf in all matters pertaining to loan number FT345523-34.

Sincerely,

_____     _____
Duane Pipe                          Date

_____     _____
Your Business Real Estate           Date

**TU-MAKAEFF0610**

Ex. 7 - 355

# Borrower's Authorization to Release Information and Confirmation of Application

This document confirms that you have applied for a mortgage and gives _____ ("Lender"), any mortgage insurer, or any investor to whom Lender sells your mortgage, permission to review additional documents as needed. Please take a few minutes to review and then sign and return this document to us. Should you have any questions, must let us know.

Sincerely,

_____

**Please review the following information and sign at the bottom, indicating that you have read and understand the information.**

- ◆ I confirm that I have applied for a mortgage loan from Lender. I understand that certain information from my application and loan-related documents may need to be verified—either before the loan is closed or as part of its quality control program.

- ◆ As needed, you  may provide Lender, or potential mortgage insurers or potential investors that may purchase my mortgage, any and all information that they request. This may include (but is not limited to):
  - Employment history and income
  - Bank, money market and similar account balances
  - Credit history
  - Copies of signed income tax returns
  - Payoff/beneficiary statements (borrower is responsible for statement charges and/or reconveyance fees)

- ◆ This authorization may be addressed to any party named in the loan application, by Lender or any mortgage insurer or any investor that purchases the mortgage.

- ◆ A copy of this authorization may be accepted as an original.

- ◆ If more that one person is identified above as a Borrower, I confirm that we intend to apply for joint credit and I authorize each of the persons identified above as a Borrower to deal with Lender on my behalf in connection with this application.

Please sign below.

_____        _____
Mortgagee                                Third Party Authorization Release


_____        _____
Mortgagee                                Third Party Authorization Release

**TU-MAKAEFF0611**

Ex. 7 - 356

# POWER OF ATTORNEY

i.   I, _____, Social Security Number _____, do hereby appoint _____, to be my true and lawful attorney to do on my behalf anything that I can lawfully do by an attorney.

ii.   This power of attorney shall be exclusively for the purposes of negotiating and completing all matters necessary for the preparation and execution of all documents, agreements, instruments and deeds concerning the sale of the premises known municipally as _____, including, but not limited to arranging, signing the contract for sale, investigations and inspections of the property, and generally do, execute and perform such other acts, documents and things as my attorney shall deem necessary or advisable for the completion of any transaction contemplated therein.

iii.   The legal description th property contemplated by this agreement is:

     a. SEE ATTACHED DOCUMENT

iv.   That this power of attorney shall become effective on the date of signing here of and and shall remain in  effect until _____, after which time it shall terminate.

v.   That this power of attorney is not intended to revoke the provisions of any general power of attorney made by me.

**IN WITNESS WHEREOF** the donor has set his/her/their hand and seal on this _____day of _____ 200____

Name:       _____

Signature    _____

STATE OF    _____}

                _____} SS

COUNTY OF  _____}

I, the undersigned, a Notary Public, in and for said County and State aforesaid, certify that _____, personally known to me to be the same person whose name subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he/she/they signed, sealed, and delivered the said instrument as his/her/their free and voluntary act for the purpose therein set forth.

Given under my hand and Notarial Seal this _____ day _____, 200_____

_____
Notary Public

**TU-MAKAEFF0612**

Ex. 7 - 357

# Trulia Trends report: February 2008

Just like celebrities in rehab and the latest saga of the Spears family, it is nearly impossible to escape the media's seemingly unending coverage of foreclosures and the volatility in the housing market.  This month's Trulia Trends Report puts foreclosure data into perspective for the current market, and highlights five markets that may have hit the bottom.

## Should You Buy, Sell or Just Wait?
Median REO vs. Median List Prices
January 2008



## Sellers in the Midwest

**who are not on a deadline to sell should wait for the banks to offload foreclosed REO homes before placing homes on the market.**

## Buyers in the South and Mid-Atlantic

**have the strongest negotiating power as banks and sellers are nearly neck-and-neck on median price.**

The abundance of foreclosures is seriously hurting sellers in today's market.  The ballooning number of foreclosures is driving down market values of existing homes, making it more difficult to refinance into more affordable loans, and drawing the attention of potential buyers toward foreclosed properties.  In some markets, sellers who are not feeling the pressure to sell or refinance are simply pulling their listings from the market, leaving a larger portion of the inventory in the hands of the banks.  This has created a buying opportunity for those who were priced out of the market, including well-financed first-time home buyers.

It's getting tougher for sellers to attract buyers in most regions of the country as the volume of homes that are Real Estate Owned by banks (REO) with lower price tags flood the market.  In January, the Midwest was the region with the greatest difference in REO to median list price in the nation.  The median price of bank-owned homes in the Midwest was 78 percent lower than the median list price of homes for sale.  Significant reduction of income from job loss is often the primary driver of foreclosures, and in the Midwest, that was no exception.  That region posted the greatest number of mass layoffs among the four census regions in December. Three states in that region, Michigan, Illinois and Ohio, were among the top five states in the nation with the largest number of initial unemployment claims in December, according to the Bureau of Labor Statistics.  In five regions, the difference in median price for an REO home was approximately one-third lower than the price of a home for sale.  The playing field was nearly level in the South and the Mid-Atlantic, where the price differences were one to two percent.



Trulia Inc.
208 Utah Street, Suite 310, San Francisco, CA 94103    www.trulia.com
Trulia Trends methodology appears on the last page of this document    To request an interview, or for a monthly subscription to Trulia Trends report, please contact truliatrends@trulia.com

TU-MAKAEFF0613

Ex. 7 - 358

## Road to Recovery

Not every city's housing market is bleak: we found five cities that are beginning to show early signs of recovery: Albuquerque, Queens, Tulsa, Memphis and St. Louis. The quarter-over-quarter pace of sales slowed, and median sales prices were relatively unchanged, in all five cities from Q3 to Q4 of 2007. Tulsa and Memphis are leading the pack on the road to recovery as quarter-over-quarter median list prices were up in those cities by eight and five percent, respectively. Looking at 2008, month-over-month median list prices were up from Dec 07 to Jan 08 in Tulsa, Memphis and St. Louis and unchanged in Albuquerque and Queens. While listing inventory in all five cities was stable, it is

### Five U.S. Cities on the Road to Recovery

| City | Q3 Med List | Q4 Med List | Q-Q Change | Dec Med List | Jan Med List | M-M Change |
|---|---|---|---|---|---|---|
| Albuquerque | $244,900 | $239,900 | -2% | $240,000 | $239,900 | 0% |
| Queens | $489,000 | $489,000 | 0% | $489,000 | $489,000 | 0% |
| Tulsa | $120,250 | $129,500 | 8% | $120,000 | $129,500 | 7.9% |
| Memphis | $105,000 | $110,000 | 5% | $104,900 | $110,000 | 4.9% |
| St. Louis | $155,000 | $154,900 | 0% | $149,900 | $154,900 | 3.3% |

Median list prices provided by trulia.com.

important to note that home sales typically slow near the end of the year and pick up again in the Spring, and whether these five markets can maintain their traction is yet to be seen. The month-over-month and quarter-over-quarter numbers - although modest - are encouraging, and we will continue to monitor them and watch for others to follow throughout the year.

## Spotlight: California Foreclosures

Despite a handful of reports that forecast a turnaround to begin in 2008 for the California housing market, our findings tell a different story.

We pulled the top ten cities in California with the most listings in January and compared foreclosure prices vs. list prices. We found that sellers in Los Angeles, San Francisco and San Diego may have a long wait ahead of them, as the median price of REO homes in those cities is lower than the median list price of non-REO homes by 19 percent or more. Potential buyers on Trulia are watching all three cities closely, as all were ranked in the top ten most popular cities in January.

Home values have nearly tripled in California since 1995, and lax lending standards, predatory lenders and a high concentration of subprime mortgages and speculative investors have caused home foreclosure filings to climb to record levels. As a result, many homeowners who are in default cannot refinance because they are "upside down" and owe more than the home is worth. The state's unemployment rate jumped to 6.1 percent in December - the highest in three years - which could force Californians to migrate to states with more affordable housing or a stabilized job market. The quarter-over-quarter pace of existing home sales has slowed and the glut of inventory from existing home sales and foreclosures will stall new housing starts for the remainder of the year.

### CA Cities with Most Homes on the Market

| City | Median REO price | Median List price | Difference |
|---|---|---|---|
| Los Angeles | $442,000 | $599,000 | -36% |
| San Francisco | $650,645 | $780,000 | -20% |
| San Diego | $384,950 | $469,000 | -19% |
| Riverside | $365,000 | $390,050 | -7% |
| Corona | $475,000 | $499,000 | -5% |
| Modesto | $299,835 | $313,481 | -5% |
| Stockton | $305,000 | $314,000 | -3% |
| Sacramento | $249,000 | $255,000 | -2% |
| San Jose | $568,200 | $575,000 | -1% |
| Bakersfield | $249,000 | $250,000 | 0% |

Data for Jan 08. Median list prices provided by trulia.com.
Median REO (Real Estate Owned by banks) home prices provided by RealtyTrac.

Foreclosures will continue to dampen California's recovery efforts. In January:
- The total dollar amount of bank-owned, or REO, homes in the state of California was just below $14 billion dollars.
- The number of REO homes in California priced at or above $1 million dol lars increased from 198 in November to 265 – an increase of 75 percent.
- The city of Los Angeles had the highest number of REO homes priced over $1 million dollars.
- The median price of an REO home in California is 24 percent lower than the median list price of homes for sale



Trulia Inc.
208 Utah Street, Suite 310, San Francisco, CA 94103   www.trulia.com
Trulia Trends methodology appears on the last page of this document    To request an interview, or for a monthly subscription to Trulia Trends report, please contact truliatrends@trulia.com

TU-MAKAEFF0614

Ex. 7 - 359

Trulia Trends report: February 2008
A monthly snapshot of what people are searching for on www.trulia.com and other real estate trends

page 3

## Trulia Trends report methodology

The Trulia Trends report is built from a compilation of data sources—mostly listing price information and consumer search behavior on trulia.com and other licensed data.

### Median sales price

Median sales price data for each city is licensed from county assessor records. The most recently available data was used for this report.  Median sales price data for all cities includes 1, 2, 3, and 4 bedroom properties, all property types are included.

### Median list price

Shows the median list prices for all homes listed on trulia.com from Jan 1 - Jan 31, 2008. Coverage for each state varies.  Property types included are:  single-family home, condo, townhouse, coop, apartment, loft, TIC, mobile/manufactured. Data includes primarily resale properties, not new developments or foreclosures.

### Median REO Price

Shows the median price data of foreclosed homes that have been repossessed by the lender; Also known as "bank-owned" or "Real Estate Owned" (REO). The most recently available data was used for this report.  Data for each city is licensed from RealtyTrac.

### About Trulia

**Trulia, Inc (www.trulia.com), a national residential real estate search engine, has revolutionized online home search by offering a rich, intuitive user experience that points consumers directly to listings on agent and broker Web sites.  Trulia helps consumers find information on homes for sale, and provides real estate information at the hyper-local level to help consumers make better decisions in the home-buying process.**

**Written in collaboration with**

# MILLER SAMUEL INC.
### REAL ESTATE APPRAISERS & CONSULTANTS

Trulia Inc.
208 Utah Street, Suite 310, San Francisco, CA 94103    www.trulia.com
To request an interview, or for a monthly subscription to Trulia Trends report, please contact truliatrends@trulia.com



TU-MAKAEFF0615

Ex. 7 - 360



# TRUMP
UNIVERSITY

# TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS

**Abandonment:** The voluntary relinquishment of rights of ownership or another interest(such as easement) by failure to use the property, coupled with an intent to abandon (give up the interest).

**Abstract of Judgement:** A summary of money judgement obtained in court. (When this summary or abstract is recorded in the county recorder's office, in some states the judgement becomes a lien on the debtor's property, both presently owned or after-acquired.)

**Abstract of Title:** A summary prepared by a licensed abstractor of all documents recorded in the public records of the political subdivision where the land is located. An abstract in some states or areas is reviewed by an attorney or other experienced title examiner to determine the status of title. Virtually every abstractor today provides actual copies of the records rather than an abstract of each document.

**Abatement:** A reduction of decrease. Usually applies to a decrease of assessed valuation of ad valorem taxes after the assessment, and levy

**Acceleration Clause:** Clause in a deed of trust or mortgage, which "accelerates," or hastens, the time when the indebtedness becomes due. For example, some deeds of trust contain a provision(an acceleration clause) stating that the note shall become due immediately upon the sale of the land or upon failure to pay interest or an installment of principal and interest

**Accommodation Recording:** Recording of instruments with the county recorder by a title company merely as a convenience to a customer and without assumption of responsibility for correctness or validity-Policy.

**Acknowledgement:** A formal declaration before a duly authorized officer (such as a notary public) by a person who has executed an instrument that such execution is his own act and deed. An acknowledgment is necessary to entitle an instrument (with certain specific exceptions) to be recorded, to impart constructive notice of its contents and to entitle the instrument to be used as evidence without further proof. The certificate of acknowledgment is attached to the instrument or incorporated therein.

**Adjustable Mortgage Loans (AML'S):** Mortgage loans under which the interest rate is periodically adjusted to more closely coincide with current rates. The amounts and times of adjustment are agreed to at the inception of the loan. Also called: Adjustable Rate Loans, Adjustable Rate Mortgages (ARM'S), Flexible Rate Loans, Variable Rate Loans. (See also: Indexing, Rate Index).



# TRUMP
## UNIVERSITY

### TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
#### Administrator—Bankruptcy

**Administrator:** A person appointed by the probate court to carry out the administration of a decedent's estate when the decedent has left no will. If a woman is appointed, she is called an administratrix.

**Ad Valorem Tax:** A tax based on the assessed value of real estate or personal property. Ad valorem taxes can be property tax or even duty on imported items. Property ad valorem taxes are the major source of revenue for state and municipal governments.

**Adverse Possession:** A process of acquiring title to real property by possession for a certain (statutory) period of time, in addition to fulfilling other conditions.

**Affidavit:** A written statement or declaration, sworn to before an officer who has authority to administer an oath.

**Agent:** One who has authorization, either expressed or implied, to act for or represent another party, usually in business matters, such as issuing title insurance policies on behalf of a title insurer for a portion of the premium.

**Agreement of Sale:** A written contract entered into between the seller (vendor) and buyer (vendee) for sale of real property (land) on an installment or deferred payment plan. It is also known as an agreement to convey, a long form Security Agreement or a real estate installment contract.

**All-Inclusive Rate:** Rate which includes charges for title insurance, searching or abstract fees and examination fees.

**ALTA:** (American Land Title Association) Organization composed of title insurance firms which sets standards for the industry, including title insurance policy forms used on a national basis.

**Amendment:** A change either to alter, add to, or correct part of an agreement without changing the principal idea or essence.

**Amortized Loan:** A loan that is paid off, both interest and principal, by regular payments that are equal or nearly equal.

**Annual Percentage Rate (A.P.R.):** The yearly interest percentage of a loan, as expressed by the actual rate of interest paid. For example: 6% add-on interest would be much more than 6% simple interest, even though both would say 6%. The A.P.R. is disclosed as a requirement of federal truth in lending statutes.

**Appraisal:** An estimate of value of property resulting from analysis of facts about the property; an opinion of value.

**Approved Attorney:** An attorney whose opinion is acceptable to a title company as the basis for issuance of a title insurance policy by the insurer. The insurer, rather than the attorney, executes the policy.

**Assumption:** The act of conveying real property; taking title to a property with the Buyer assuming liability for paying an existing note secured by a deed of trust against the property.

**Bankruptcy:** A special proceeding under federal, or in some instances state, laws by which the property of a debtor is protected by the court and may be divided among the debtor's creditors and the debtor.

**TU-MAKAEFF0617**

Ex. 7 - 362



# TRUMP
### UNIVERSITY

**TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS**
Blanket/Trust Deed—Commitment

**Blanket or Trust Deed:** A mortgage or trust deed that covers more than one lot or parcel of real property, and often an entire subdivision. As individual lots are sold, a partial reconveyance from the blanket mortgage is ordinarily obtained.

**Bona Fide Purchaser:** One who buys property in good faith, for fair value, and without notice of any adverse claim or right of third parties.

**Branch:** A subordinate or division office of First American Title Insurance Company, as opposed to an affiliate, agent, subsidiary or underwritten firm associated with the Company.

**Breach of Contract:** Failure to perform a contract, in whole or part, without legal excuse.

**Building Contract:** An agreement between an owner or lessee and a building contractor, setting forth terms relative to the construction of a proposed structure.

**Buydown:** A payment to the lender from the seller, buyer, third party, or some combination of these, causing the lender to reduce the interest rate during the early years of a loan. The buydown is usually for the first one to five years of the loan. (See also: Certificate Backed Mortgage).

**Capitalization Rate:** The percentage (acceptable to an average buyer) used to determine the value of income property through capitalization.

**Certificate of Title:** In areas where attorneys examine abstracts or chains of title, a written opinion, executed by the examining attorney, stating that title is vested as stated in the abstract.

**Close of Escrow:** The date the documents are recorded and title passes from Seller to Buyer. On this date, the Buyer becomes the legal owner, and title insurance becomes effective.

**Closing:** The final procedure in the real estate sales process, where the sale and pertinent loan are completed by the execution of documents for recording. In some areas, this procedure is known as the closing of escrow.

**Cloud on Title:** An irregularity, possible claim, or encumbrance which, if valid, would adversely affect or impair the title.

**Coinsurance:** Ordinary coinsurance is defined as a transaction under which each of two or more insurers assumes a designated portion of the liability for the total risk and is liable for only such portion of any loss beginning at the first dollar of loss.

**Collateral:** By or at the side, additional or auxiliary. Mistakenly used to mean collateral security.

**Collateral Security:** Most commonly used to mean some security in addition to the personal obligation of the borrower.

**Commitment:** A binding contract with a title company to issue a specific title policy, showing only those exceptions contained in the commitment and any intervening matters after the date of the commitment and prior to the effective date of the policy. The commitment contains all information included in the preliminary title report, plus a list of the title company's requirements to insure the transaction. It also includes the standard exceptions from coverage that will appear in the policy.

**TU-MAKAEFF0618**



# TRUMP
## UNIVERSITY

TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
Community Driveway—Deed

**Community Driveway:** A driveway which is jointly owned, used and maintained by two or more persons. Usually, a portion of each owner's property is burdened by the driveway.

**Community Property:** Property acquired by husband, wife or both during marriage which gives each spouse an interest in the property whether each appears in title or not.

**Comparable Sales:** Sales that have similar characteristics as the subject property, used for analysis in the appraisal. Commonly called "comps."

**Condemnation:** The taking of private property by the government for public use – as for a street or a storm drain – upon making just compensation to the owner. This right or power of government to take property for a necessary public use is called "eminent domain."

**Conservator:** A person appointed by the court to care for the person and/or property of an incompetent adult or an adult unable to care for their person or property because of health.

**Constructive Notice:** Notice imparted by the public records of the county when documents entitled to recording are recorded.

**Conveyance:** An instrument in writing, such as a deed or trust deed, used to transfer (convey) title to property from one person to another.

**Corporation:** An entity authorized by law and established by a group of people, the stockholders, which is endowed with certain rights, privileges and duties similar to an individual.

**Covenant:** (1) A formal agreement or contract between two parties in which one party gives the other certain promises and assurances, such as the covenant of warranty in a warranty deed. (2) Agreements or promises contained in deeds and other instruments for performance or nonperformance of certain acts, or use or non-use of property in a certain manner.

**Covenants, Conditions and Restrictions:** Commonly called "CC & R's" the term usually refers to a written recorded declaration which sets forth certain covenants, conditions, restrictions, rules or regulations established by a subdivider or other landowner to create uniformity of buildings and use within tracts of land or groups of lots. The restrictions also can be established by deed. CC & R's are sometimes referred to as private zoning.

**Debt:** Money owing from one person to another.

**Debtor:** One who owes a debt.

**Decree of Distribution:** A probate court decree which determines how the estate of a decedent shall be distributed.

**Deed:** Written document by which an estate or interest in real property is transferred from one person to another. The person who transfers the interest is called the "grantor." The one who acquires the interest is called the "grantee." Examples of deeds are grant deeds, administrators' deeds, executors' deeds, quitclaim deeds, etc. The deed to use depends on the language of the deed, the legal capacity of the grantor and other circumstances.

TU-MAKAEFF0619



# TRUMP
## UNIVERSITY

TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
Deed of Trust—Equity

**Deed of Trust or Trust Deed:** A written document by which the title to land is conveyed as security for the repayment of a loan or other obligation. It is a form of mortgage. The landowner or debtor is called the "trustor." The party to whom the legal title is conveyed (and who may be called on to conduct a sale thereof if the loan is not paid) is the "trustee." The lender is the "beneficiary." When the loan is paid off, the trustee is asked by the beneficiary to issue a "recon" or reconveyance. This reconveyance corresponds to the release that the holder of a mortgage executes when the mortgage is paid off.

**Deed Restrictions:** Limitations in the deed to a property that dictate certain uses that may or not be made of the property.

**Defect:** A blemish, imperfection or deficiency. A defective title is one that is irregular and faulty.

**Defective Title:** (1) Title to a negotiable instrument obtained by fraud. (2) Title to real property which lacks some of the elements necessary to transfer good title.

**Demand Note:** A note having no date for repayment, but due on demand of the lender.

**Deposit:** (1) Money given by the buyer with an offer to purchase. Shows good faith. Also called earnest money. (2) A natural accumulation of resources (oil, gold, etc.) which may be commercially recovered and marketed.

**Description:** The exact location of a piece of real property stated in terms of lot, block, tract, part lot, metes and bounds, recorded instruments, or U.S. Government survey (sectionalized). This is also referred to as legal description of property.

**Earnest Money Deposit:** Down payment made by a purchaser of real estate as evidence of good faith; a deposit or partial payment.

**Easement:** A right or interest in the use of the land of another which entitles the holder to some use, privilege or benefit, such as to place pole lines, pipe lines or roads thereon.

**Effective Demand:** A qualifying term meaning the ability to pay as well as desire to buy.

**Eminent Domain:** The right of a government to take privately owned property for public purposes under condemnation proceedings upon payment of its reasonable value. See Condemnation.

**Encroachment:** The presence of an improvement such as a building, a wall, a fence or other fixture which overlaps onto the property of an adjoining owner.

**Encumbrance:** A right or claim upon real property (land) held by one other than the property owner. Encumbrances are divided into two classes, as follows:

**Endorsement:** Addition to or modification of a title insurance policy which expands or changes coverage of the policy, fulfilling specific requirements of the insured.

**Equity:** (1) A legal doctrine based on fairness, rather than strict interpretation of the letter of the law. (2) The market value of real property, less the amount of existing liens. (3) Any ownership investment (stocks, real estate, etc.) as opposed to investing as a lender (bonds, mortgages, etc.).

TU-MAKAEFF0620



# TRUMP
### UNIVERSITY

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Escheat—Grant Deed

**Escheat:** The reversion of property to the state when an owner dies leaving no legal heirs, devisees or claimants.

**Escrow:** An independent third party, such as First American Title, who acts as the agent for buyer and seller, or for borrower and lender, carrying out instructions of both and disbursing documents and funds. Escrow closes and the transfer of property or document is completed upon fulfillment of certain conditions specified in the written instructions, whereupon the necessary deeds and other instruments are recorded.

**Estate:** (1) The interest or nature of the interest which one has in property, such as a life estate, the estate of a decreased, real estate, etc. (2) A large house with substantial grounds surrounding it, giving the connotation of belonging to a wealthy person.

**Execution:** An order directing a sheriff, constable, marshal or court-appointed commissioner to enforce a money judgment against the property of a debtor. This officer, if necessary, may sell the property to satisfy the judgment.

**Fee Simple:** An estate under which the owner is entitled to unrestricted powers to dispose of the property, and which can be left by will or inherited. Commonly, a synonym for ownership.

**File and Use:** In most states, title insurers file rate schedules, title insurance policies and endorsement forms with the State Insurance Department or other state agency and then may use such items or rates starting within a specified period of time after filing. Rates so filed usually are mandatory.

**Fixed Rate Mortgage:** A mortgage having a rate of interest which remains the same for the life of the mortgage.

**Foreclosure:** The sale of property used as security for a debt after default in payment.

**Forfeiture of Title:** A common penalty for the violation of conditions or restrictions imposed by the seller upon the buyer in a deed or other proper document. For example, a deed may be granted upon the condition that if liquor is sold on the land, the title to the land will be forfeited (that is, lost) by the buyer (or some later owner) and will revert to the seller.

**Full Disclosure:** In real estate, revealing all the known facts which may affect the decision of a buyer or tenant. A broker must disclose known defects in the property for sale or lease.

**"Good Faith" or "Mortgage Savings" CLAUSE:** A clause in CC & R's which provides that " a violation thereof shall not defeat or render invalid the lien of any mortgage or deed of trust made in good faith and for value."

**Good Faith Purchaser or Mortgagee:** A person who buys or lends in good faith, that is, without notice of any existing problem, where value is paid or lent.

**Grant:** A transfer of real estate, between individuals, by deed. A transfer of real estate from a sovereign is accomplished by patent or royal decree.

**Grant Deed:** One of the many types of deeds used to transfer real property. Contains warranties against prior conveyances or encumbrances. When title insurance is purchased, warranties in a deed are of little practical significance.

TU-MAKAEFF0621



# TRUMP
### U N I V E R S I T Y

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Guardian—Obligee

**Guardian:** A person appointed by a court to manage the person and/or property of one who is legally incompetent to handle his/her own affairs.

**Hazard Insurance:** Real estate insurance protecting against fire, some natural causes, vandalism, etc., depending upon the policy. Buyer often adds liability insurance and extended coverage for personal property.

**Homestead:** A statutory protection from execution or the establishment of title by occupation of real property in accordance with the laws of various states or the Federal Government.

**Impounds:** A trust type of account established by lenders for the accumulation of borrower's funds to meet periodic payments of taxes, mortgage insurance premiums, and/or future insurance policy premiums, required to protect their security.

**Indemnity:** Insurance against possible loss or damage. A title insurance policy is a contract of indemnity.

**Land Contract:** An installment contract for the sale of land whereby the seller (vendor) holds legal title and the buyer (vendee) has equitable title until the sales price is paid in full.

**Lease:** IAn agreement by which an owner of real property (lessor) gives the right of possession to another (lessee), for a specified period of time (term) and for a specified consideration (rent).

**Legal Description:** A description of land recognized by law, based on government surveys, spelling out the exact boundaries of the entire piece of land. It should so thoroughly identify a parcel of land that it cannot be confused with any other.

**Lender:** Any person or entity advancing funds which are to be repaid. A general term encompassing all mortgagees, and beneficiaries under deeds of trust.

**Lien:** An encumbrance against property for money, either voluntary or involuntary. All liens are encumbrances but all encumbrances are not liens.

**Mechanics Lien:** A lien created by statute for the purpose of securing priority of payment for the price or value of work performed and materials furnished in construction or repair of improvements to land, and which attaches to the land as well as the improvements.

**Mortgage:** (1) To hypothecate as security, real property for the payment of a debt. The borrower (mortgagor) retains possession and use of the property. (2) The instrument by which real estate is hypothecated as security for the repayment of a loan.

**Mortgagee:** The party lending the money and receiving the mortgage.

**Mortgagor:** The party who borrows the money and gives the mortgage.

**Note:** A unilateral agreement containing an express and absolute promise of the signer to pay to a named person, or order, or bearer, a definite sum of money at a specified date or on demand. Usually provides for interest and, concerning real property, is secured by a mortgage or trust deed.

**Obligee:** One to whom an obligation (promise) is owned.

**TU-MAKAEFF0622**



# TRUMP
### UNIVERSITY

TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
Obligor—Parcel

**Obligor:** One who legally binds (obligates) oneself, such as the maker of a promissory note.

**Original Cost:** The purchase price of property, paid by the present owner. The present owner may or may not be the first owner.

**Owner's Policy:** A policy of title insurance usually insuring an owner of real estate against loss occasioned by defects in, liens against or unmarketability of the owner's title.

**Parcel:** Any area of land contained within a single description.

**Partnership:** An association of two or more persons who have contracted to join in business and share the profits.

**Party Wall:** A wall generally erected on a property boundary or between two lots for the common benefit and use of the property owners on either side.

**Patent:** A conveyance of title to land by the Federal or State Government.

**Personal Property (movable):** Any property that is not designated by law as real property (i.e., money, goods, evidences of debt, rights of action, furniture, automobiles).

**"P.I.Q.":** A title term referring to Property In Question.

**PITI:** A payment that combines Principal, Interest, Taxes, and Insurance.

**PLAT:** A plan, map or chart of a tract or town site dividing a parcel of land into lots.

**Power of Attorney:** A document by which one person (called the "principal") authorizes another person (called the "attorney-in-fact") to act for him/her in a specific manner in designated transactions.

**"PRE," "PRELIM" OR Preliminary Report:** A written report issued by a title company, preliminary to issuing title insurance, which shows the recorded condition of title of the property in question. See Commitment.

**Priority:** The order of preference, rank or position of the various liens and encumbrances affecting the title to a particular parcel of land. Usually, the date and time of recording determine the relative priority between documents.

**Priority Inspection:** A title term referring to the type of inspection made in connection with insuring a new construction loan. In making the inspection of the property, the title company must be assured that the work of improvement had not yet begun when the lender's deed of trust was recorded.

**Public Domain:** Land owned by the government and belonging to the community at large.

**Public Records:** The transcriptions in a recorder's office of instruments which have been recorded, including the indexes pertaining to them.

**Parcel:** Any area of land contained within a single description.

**TU-MAKAEFF0623**



# TRUMP
### U N I V E R S I T Y

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Partnership—Reconveyance

**Partnership:** An association of two or more persons who have contracted to join in business and share the profits.

**Party Wall:** A wall generally erected on a property boundary or between two lots for the common benefit and use of the property owners on either side.

**Patent:** A conveyance of title to land by the Federal or State Government.

**Personal Property (movable):** Any property that is not designated by law as real property (i.e., money, goods, evidences of debt, rights of action, furniture, automobiles).

**"P.I.Q.":** A title term referring to Property In Question.

**PITI:** A payment that combines Principal, Interest, Taxes, and Insurance.

**PLAT:** A plan, map or chart of a tract or town site dividing a parcel of land into lots.

**Power of Attorney:** A document by which one person (called the "principal") authorizes another person (called the "attorney-in-fact") to act for him/her in a specific manner in designated transactions.

**"PRE," "PRELIM" OR Preliminary Report:** A written report issued by a title company, preliminary to issuing title insurance, which shows the recorded condition of title of the property in question. See Commitment.

**Priority:** The order of preference, rank or position of the various liens and encumbrances affecting the title to a particular parcel of land. Usually, the date and time of recording determine the relative priority between documents.

**Priority Inspection:** A title term referring to the type of inspection made in connection with insuring a new construction loan. In making the inspection of the property, the title company must be assured that the work of improvement had not yet begun when the lender's deed of trust was recorded.

**Public Domain:** Land owned by the government and belonging to the community at large.

**Public Records:** The transcriptions in a recorder's office of instruments which have been recorded, including the indexes pertaining to them.

**Quitclaim Deed:** A deed operating as a release; intended to pass any title, interest, or claim which the grantor may have in the property, but not containing any warranty of a valid interest or title in the grantor.

**Quiet Title:** To free the title to a piece of land from the claims of other persons by means of a court action called a "quiet title" action. The court decree obtained is a "quiet title" decree.

**Real Property (immovable):** Land, from the center of the earth and extending above the surface indefinitely, including all inherent natural attributes and any man-made improvements of a permanent nature place thereon. For example: minerals, trees, buildings, appurtenant rights.

**Reconveyance:** An instrument used to transfer title from a trustee to the equitable owner of real estate, when title is held as collateral security for a debt. Most commonly used upon payment in full of a trust deed. Also called a deed of reconveyance or release.

**TU-MAKAEFF0624**



# TRUMP
### UNIVERSITY

TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
Recording—Subordination Agreement

**Recording:** Filing documents affecting real property as a matter of public record, giving notice to future purchasers, creditors, or other interested parties. Recording is controlled by statute and usually requires the witnessing and notarizing of an instrument to be recorded.

**Reinsurance:** A contract which one insurer makes with another to protect the first insurer, wholly or partially, against loss or liability by reason of a risk under a separate and distinct contract as insurer of a third party. Reinsurance differs from coinsurance in that, in the case of reinsurance, only one insurer has a direct contractual relationship with the insured, and that insurer (commonly referred to as the "lead insurer") purchases reinsurance in order to lessen or spread the risk. The "lead insurer" will assume a risk up to a limit (the amount of which is referred to as the "retention") and any loss which exceeds this limit would be borne by the reinsurers. In the case of coinsurance, each coinsurer has a direct contractual relationship with the insured, and the risk is shared in agreed-upon proportions from the first dollar of loss.

**Restrictions:** Often called restrictive covenants. Provisions in a deed or other instrument whereby an owner of land prohibits or restricts certain use, occupation or improvement of the land.

**Right of Way:** (1) The right to pass over property owned by another, usually based upon an easement. (2) A path or thoroughfare over which passage is made. (3) A strip of land over which facilities such as highways, railroads or power lines are built.

**Sale and Leaseback:** A situation in which the grantor in a deed to a parcel of property sells it and retains possession by simultaneously leasing it from the grantee.

**Search:** In title industry parlance, a careful exploration and examination of the public records in an effort to find all recorded instruments relating to a particular chain of title.

**Separate Property:** Real property owned by one spouse exclusive of any interest of the other spouse.

**Squatter:** One who settles upon unoccupied land without legal claim or authority. (See Adverse Possession.)

**Starter:** A copy of the last policy or report issued by a title insurer which described the title to land upon which a new search is to be made. In some states, this is called a back title letter or back title certificate.

**Street Improvement Bonds:** Interest-bearing bonds issued, usually by a city or county, to secure the payment of assessments levied against land to pay for street improvements. The property owner may pay off the particular assessment against the property, or may allow the assessment to "go to bond" and pay installments of principal and interest over a period of years, usually at the city or county treasurer's office. The holder of a bond received payments from these offices.

**Subdivision:** An area of land laid out and divided into lots, blocks, and building sites, and in which public facilities are laid out, such as streets, alleys, parks, and easements for public utilities.

**Subordination Agreement:** An agreement by which one encumbrance (for example, a mortgage) is made subject to another encumbrance (for example, a mortgage) is made subject to another encumbrance (perhaps a lease). To "subordinate" is to "make subject to," or to make lower priority.

**TU-MAKAEFF0625**



# TRUMP
### U N I V E R S I T Y

**TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS**
Surface Rights—Vesting

**Surface Rights:** Rights to enter upon and use the surface of a parcel of land, usually in connection with an oil and gas lease or other mineral lease. They may be "implied" by the language of the lease (no explicit reservation or exception of the surface rights) or "explicitly" set forth.

**Survey:** The measurement by a surveyor of real property which delineates the boundaries of a parcel of land. An ALTA survey additionally delineates the exact location of all improvements, encroachments, easements and other matters affecting the title to the property in question. A survey may be required by a title insurance company whenever the company is requested to issue an ALTA Extended Coverage Policy.

**Tax Deed:** A deed executed by the tax collector to the state, county or city when no redemption is made from a tax sale.

**Tax Sale:** Property on which current county taxes have not been paid is "sold to the state." No actual sale takes place - the title is transferred to the state and the owner may redeem it by paying taxes, penalties and costs. If it has not been redeemed within five years, the property (referred to as "tax sold property") is actually deeded to the state. (Similar "sales" to cities take place for unpaid city taxes.)

**Title:** (1) A combination of all the elements that constitute a legal right to own, possess, use, control, enjoy and dispose of real estate or a right or interest therein. (2) The rights of ownership recognized and protected by the law.

**Title Insurance:** Insured statement of the condition of title or ownership of real property. For a one-time-only premium, the named insured and their heirs are protected against title defects, liens and encumbrances existing as of the date of the policy and not specifically excluded from it. In the event of a claim, the title company provides legal defense from the policyholder and pays any covered losses incurred as a result of such claim.

**Title Search:** A review of all recorded documents affecting a specific parcel of land to determine the present condition of title. An experienced title officer or attorney reviews and analyzes all material relating to the search, then determines the sufficiency and status of title for insurance of a title insurance policy.

**Underwritten Company:** A title firm which conducts title searches but is not qualified to insure, and therefore issues policies of a qualified title insurer (underwriter) in return for a portion of the premium.

**Variable Interest Rate:** An interest rate that fluctuates with the current cost of money; subject to adjustment if the prevailing rate moves up or down.

**Vendor's Lien:** An implied lien given by law to a vendor for the remaining unpaid and unsecured part of a purchase price.

**Venue:** Neighborhood; often used to refer to the county or place in which an acknowledgment is made before a notary; also refers to the county in which a lawsuit may be filed or tried.

**Vesting:** The names, status and manner in which title of ownership is held with a fixed or determinable interest in a particular parcel of real property; also that portion of a title report or policy setting forth the above.

**TU-MAKAEFF0626**

Ex. 7 - 371



# TRUMP
### UNIVERSITY

## FAST TRACK TO FORECLOSURE INVESTING POWER TEAM

Trump University is here to assist you in your Real Estate Endeavors. Below is the support network we have put in place for you. Utilize these resources, as they are here for your personal success.

**1.**
- ☑ Do you have **general questions?**
- ☑ Do you need **information on locations of seminars?**
- ☑ Do you need to **update your personal information?**
- ☑ Do you need to **obtain information on continuing education classes?** (*Profit from Real Estate*)

If so please call **Customer Support** at 877-508-7867 extension 0, or e-mail us at customersupport@trumpuniversity.com.

**2.**
- ☑ Do you need **help leveraging your training?**
- ☑ Do you have **general questions about the real estate** industry?
- ☑ Do you have **questions** regarding your *Fast Track to Foreclosure* **after viewing your Orientation webinar?**

If so please call your **Client Advisor** at 888-TRUMP18. You can also email us at clientadvisor@trumpuniversity.com

**3.**
- ☑ Do you want to **read expert articles?**
- ☑ Do you need **crucial legal forms?**
- ☑ Do you have **questions for the experts?**
- ☑ Do you want to **view webinars?**
- ☑ Do you want to **connect with like minded people?**

If so please **log on** to  http://www.trumpuniversity.com/Premium

 All Support Networks Available:  9am – 6pm EST, Monday – Friday

 You may log on to the Trump University Premium website at any time.

**TU-MAKAEFF0627**

Ex. 7 - 372



**Notes:**

_[handwritten notes:]_

1st year   2/3
2nd year   626
            80 k
⊖  million in real estate investment

lease | option buy → don't do tenants

74

**TU-MAKAEFF1687**

Ex. 7 - 373



# Why Use the Advertising Method?

- Everyone does it because it works
- Simple signs work best
- Keep it simple and cheap
- Track what works
- A good reputation is the best advertising you can get



© 2008 Trump University

## Notes:

Print — See ad 3 times before respond

Internet 1 time

If read, know you're worth

Why buy right company

73

**TU-MAKAEFF1688**

Ex. 7 - 374



## Why Use the Advertising Method?

- Everyone does it because it works
- Simple signs work best
- Keep it simple and cheap
- Track what works
- A good reputation is the best advertising you can get

© 2006 Trump University

## Notes:

_Print — See ad 3 times before respond_
_Internet — (4) times_

_If sced, know you're not a fly by night company_

73

**TU-MAKAEFF1689**

Ex. 7 - 375