# EXHIBIT 8

## Pages: 376-399

## [Filed Conditionally Under Seal]

# EXHIBIT 9

```
                                                         Page 1
 1
 2              UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF NEW YORK
 4      ----------------------------------X
        TARLA MAKAEFF, et al., on
 5      Behalf of Themselves and    Case No. 3:10-CV-00940-CAB(WVG)
        all Others Similarly Situated,
 6
                     Plaintiffs,
 7
              v.
 8
        TRUMP UNIVERSITY, LLC, et al,
 9
                     Defendants.
10      ----------------------------------X
11
12              VIDEOTAPED DEPOSITION
13                      OF
14              CORINNE A. SOMMER
15              New York, New York
16         Wednesday, November 7, 2012
17
18
19
20
21
22
23
24   Reported by:
     ANNETTE ARLEQUIN, CCR, RPR, CRR, CLR
25   JOB NO. 54530
```

TSG Reporting - Worldwide   877-702-9580

Page 50

1        C. Sommer
2  enough seats, and in charge of paperwork and
3  products and like I said, sales at the end,
4  swiping credit cards when they signed up.
5       Q.   Were you the person that was in
6  charge of the event?
7       A.   Yes.
8       Q.   So if there were issues or problems
9  or complaints, those would --
10      A.   Yes.
11      Q.   -- ultimately be directed to you?
12      A.   Yes.
13      Q.   And then what were you supposed to do
14 with those?
15      A.   I was supposed to alleviate the
16 situation.  If it was obviously a complaint
17 about the course or something, that wasn't my
18 responsibility.  It was just actually like if
19 there was not enough seats or, you know, we
20 needed water or something of that nature, that
21 would be my responsibility.
22      Q.   If people complained about being
23 unhappy with the program, someone came to you,
24 what would you do with that information?
25      A.   Well, there was -- we ended up having

```
                                                          Page 51
 1                    C. Sommer
 2    surveys they filled out and then if they were
 3    unhappy with something, there was a 100 percent
 4    money back guarantee that I think while I was
 5    there, if I recollect correctly, I think there
 6    was only one person that went and took advantage
 7    of that and got their money back 100 percent.
 8         Q.    So is it your recollection that when
 9    you were there that people were told if they
10    were not 100 percent satisfied they could get
11    their money back?
12         A.    Yes.
13         Q.    And one person did that?
14         A.    Yes.
15         Q.    And did they get their money back?
16         A.    Yes.
17         Q.    To your knowledge or your
18    recollection during the time that you worked for
19    Trump University, did anybody ever ask for a
20    refund and not get one?
21              MS. ECK:  Objection.  Calls for
22         speculation.
23         A.    Not that I know of.
24         Q.    Did you ever teach any programs?
25         A.    No.
```

Page 110

1    C. Sommer
2    Q.   And then you all changed the
3    enrollment form?
4    A.   Yes.  After I brought up this issue,
5    they actually made one that was coherent.
6    Q.   How many different enrollment forms
7    or contracts did you all use during your five
8    months?
9    A.   It was that one and then the new one.
10   Q.   And the 100 percent satisfaction
11   guarantee refund policy, was that in effect
12   during your entire five months?
13   A.   I believe so.
14   Q.   I may have asked you this earlier.  I
15   just want to make sure.
16        At any time while you were working at
17   Trump University, are you aware of anyone that
18   requested a refund that did not get a refund?
19        MS. ECK:  Objection.  Asked and
20   answered.
21   A.   Not that I'm aware.
22   Q.   Typically at the free programs, what
23   would the size of the audience be?
24   A.   A few hundred.
25   Q.   And typically out of the few hundred,

# EXHIBIT 10

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF CALIFORNIA
 3
 4    TARLA MAKAEFF, BRANDON KELLER,
 5    ED OBERKROM, and PATRICIA
      MURPHY, on Behalf of Themselves
 6    and All Others Similarly
 7    Situated,
 8                                  No. 10 CV 0940 IEG (WVG)
 9         vs.     Plaintiffs,
10    TRUMP UNIVERSITY, LLC, (aka
      Trump Entrepreneur Initiative) a
11    New York Limited Liability
12    Company, DONALD J. TRUMP, and
13    DOES 1 through 50, inclusive,
14              Defendants.
15    _____
16
17            DEPOSITION of BRANDON KELLER
18               San Diego, California
19              Tuesday, January 17, 2012
20                    Volume I
21    Reported by:
22    Kae F. Gernandt
      RPR, CSR No. 5342
23    Job No. 130453
24
25    PAGES 1 - 264
```

Page 1

```
 1   "like Trump University's Next Quick Turn," correct?        09:32:20
 2        A.  I said that because I was told by Trump
 3   representative that's what the Quick Turn program
 4   was about, so I was using their words when I said
 5   that.  I --                                                09:32:38
 6        Q.  You were looking for a program just like
 7   Donald Trump's program, correct?
 8        MS. ECK:  Objection.  Misstates the witness'
 9   testimony.
10        THE WITNESS:  I feel like I've answered that          09:32:46
11   question by telling you what I just said.
12   BY MR. SCHNEIDER:
13        Q.  You wanted to find a program similar to
14   Trump University's Next Quick Turn, correct?
15        A.  I wanted to find a program that the               09:32:57
16   Trump representative said to me that was like
17   Trump's University Next Quick Turn.
18        Q.  You were enrolled in the Gold program in
19   which you could have gone to the Quick Turn, but
20   then Trump University cancelled that one for you,          09:33:11
21   right?
22        A.  I -- I wanted it cancelled.  We had
23   conversations.  It was cancelled.
24        Q.  Okay.  We did this in your last
25   deposition, and I can take out your testimony if you       09:33:24
```

Page 278

| | | |
|---|---|---|
| 1 | want, but you testified that Trump University | 09:33:26 |
| 2 | initiated the call and Trump University voluntarily | |
| 3 | cancelled it. You didn't cancel it, correct? | |
| 4 | A. Paul Reisner cancelled it. He called me | |
| 5 | and told me it was cancelled. | 09:33:42 |
| 6 | Q. All right. Trump University cancelled | |
| 7 | you from the program, correct? | |
| 8 | A. They did cancel me from the program, | |
| 9 | yes. | |
| 10 | Q. All right. That wasn't something that | 09:33:48 |
| 11 | you initiated? | |
| 12 | A. I complained, and then that led to it. | |
| 13 | Q. When did you complain? | |
| 14 | A. I complained before they cancelled. | |
| 15 | There's e-mails -- I sent e-mails complaining before | 09:34:02 |
| 16 | they cancelled. | |
| 17 | Q. Complaining about what? | |
| 18 | A. That I wasn't getting the help and | |
| 19 | assistance I needed to do the three-day with the | |
| 20 | person they assigned me. And then based on that, I | 09:34:22 |
| 21 | think -- this is what I assume and think is, based | |
| 22 | on that, I got a phone call from -- I don't | |
| 23 | remember -- Paul, saying I've been cancelled because | |
| 24 | of the e-mails and the information that was in the | |
| 25 | e-mails. | 09:34:57 |

Page 279

# EXHIBITS 11-15

# Pages: 409-3585

# [Filed Conditionally Under Seal]