# EXHIBIT 16



Robert Vargas

2 flores          Downey
Vargas

                  Whittier

in →              Santa Fe Springs

                  La Mirada

wholesaling       La Habra

— The uglier the better —

First Home   $ 500,000 - bad $ lender
Then 2nd Med $ 500,000 cash
Pretty Samples
              ┌ 3 bed / 2 bath
              │ $ 1200 sq ft min.
              └ under $ 400k ←

              broker → $ 1.5 billion
                       Vegas - Tad

TU-MAKAEFF1680
Ex. 16 - 3587

Petro

LA county

3 bed +

1 bath +

626-841-1215

Location

Price

TU-MAKAEFF1681

Ex. 16 - 3588



* Hilton *

o 5 yr. note
   — amortized loan —

25 yr. payment so p.
    757 k over 25 yr.

o Watch credit
   current statement.
   last year's

First house 580k
         300k.

Stay in → shouldn't
  get interest only loan.

Bought top of market

Reservations: www.hilton.com or 1-800-HILTONS    Official Sponsor of the U.S. Olympic Team

**TU-MAKAEFF1682**

Ex. 16 - 3589

**Hilton**

Combo of Olympic
+ longterm

have 130-140 k to
buy duplextriplies

1,000,000
throwing away 60k
just to sell it
6% commission

HOLD ON house
roommate
↓
rent — payment #1k
a month.

Nest egg still there
in my house.

**Hilton**

Flipping / Lease - century / holding

→

$

- Flipping is easy to be seller in buyer's market
- Not taking advantage of today's market.

/old Foreclosure until Shortage

4-5 homes     9mo-
            ↳ 3 yrs.
$1 million in equity
Las Vegas

TU-MAKAEFF1684

Ex. 16 - 3591

**Hilton**

Lose 300k in
house

$550 sq ft
I'm paying

Every 10 yrs prices
of homes double.

Positive cash flow
$500 – $700/
mo.

Value b/c b.s
payday

Snouck turn – end
pos. cash flow.

POF

**TU-MAKAEFF1685**
Ex. 16 - 3592



Buy my home for
# 550k

2-3 yr old properties
1700-2100 sq ft.
Make #20-25k
3 bedroom / 2 bath
3-4 yr old two
under # 100 sq ft

Flip in CA
hold in Las Vegas

**TU-MAKAEFF1686**

Ex. 16 - 3593

Upside down
payments so large so can't make on

Shut sales

Say upside down - all cash offer
+ negotiate w/ bank.

Doesn't work w/CA Market

Combative - not really interested
Banks will negotiate with them.

Anything for free
CL
Direct mail cut payers ] no good
budget begins       one of
MKTG
?

Was out last purchase group
in inflation

Find available
days on market
[ 90 days ]

Make offer to bank

Bank had 5 properties on
registered for builder

Commercial financing → commercial
credit markets

Owner can't carry back

10% loan from bank
Owner 30% → hands down
Care b/c [...] position

Even commercial lenders hang
buyers personally rated

**TU-MAKAEFF1691**
Ex. 16 - 3595

Apt Buildings or
Mini Storage

gas market → still
declining market

look at listing → HOK
Should only read sales
if possible to produce
if speaking people get desperate

realtor → too busy
do comparables

Taxes → not doing justice
buy + hold

my delivery

Proof of       Campaigns of       2 ads a
funds         B Flyer           day
                                H2 - 4/10
                                n/hour

TU-MAKAEFF1692
Ex. 16 - 3596

The Golden Opportunity

More millionaires created now than ever

buying direct bulk RED payments
50-60¢ / dollar

Offering you the opportunity
- (or bring rewards)
Anymore ← + participate in.

$7 Million — $3 million

bring dead deals
Not all deals can be made to work

Take over payments

- Payments way exceed rent
→ to predection agree/talce
Ok, RS

TU-MAKAEFF1693
Ex. 16 - 3597

Take
ien
payments

If negative in
contract → don't
need a license bk
party to contract.

hysteria nationwide intg

Take over — hes due

People sign over all walks of life
Told china

called his TV ad

All from attorney — wat happened if
do + make payments → we are
foreclosure — you're one of those
guys who preys

Renicki pulls after Sara

Banks are telling people not to
do this stuff

**TU-MAKAEFF1694**

Ex. 16 - 3598

Has not made take over

Cash flow is not now needed
private $

---

Play an existing contacts

Robert, Let's do a deal in LA
area

he's scaling back until gets ramping
up to ran ps.

who do I know who has access
to people

Robert makes a point or two.

**TU-MAKAEFF1695**
Ex. 16 - 3599

I know what it's like to starve
"      "      "   absurd.

Dropped out high school
GRE

Hollywood Blvd. → tent → homeless
1½ → give bankrupt price

no
college                    how can I do it ?
education

Find unemployable → employable but
                              just a living

Wasted first 10 yrs as real estate
agent. No commission.

Someone taught him about investing.
Made terrible mistakes — had
really good clubs — learned how
to ask questions. Doesn't know
how to ask questions.

**TU-MAKAEFF1696**
Ex. 16 - 3600

He believed he was not unique
+ decided he was going to
do something against it.

RE created a lot of false
millionaires,
equity + debt service

great pos cash flow
↓
then had a lot of vacancies
↓
wiped him out.

Robert to own 2 free + clear
50% vacancy → still positive
cash flow.

Instructed at Robert Allen.
NH & Planned in back
Enough money coming in to
sustain them to working.

If (you're smart
plan the income
+
use to leverage to pay debt
but not if if

Vegas → Manageable
mortgage payments
hold as rental
property
pay less in capital
gains

Cash out) ⟵
refi - sell
position to
another investor

250k - positive but not
pull able in Vegas market

need play money

thump near stores 20-30k
church/
Detroit                 Orlando  Phoenix  Vegas
will PM                          buy + flip  buy there
20 3pk
value      → 10k 50k

**TU-MAKAEFF1698**
Ex. 16 - 3602

1. Work on Private #

2. Aged MLS Listings — REO's

[Google]

anyel investors
find that money.com

Owner financing — great strategy — can
work in CA.

reset clean → [Flip] w/ them.

over the first time
put an you acquired.

Time change, people's mind,

TU-MAKAEFF1699
Ex. 16 - 3603

Hand # renew → grp of private meetings

If require 30/bottom, (?) id another

$20k

$30k repairs

$50k invested in

$110k owner finance

Sell note at 80%

└ note buyers want discount

$88k

Made #38k

Would have made more if kept

the owner financing.

probably would have made 200k off

this house

TU-MAKAEFF1700

Ex. 16 - 3604

Typical investor buys house, holds
on 5 yrs then sells → that's all
they know.

I need cash or want to
build by term assets?

No credit check — no loan)
Take full price property +
8 M make a killing.

30
House

$200 monthly
$ 50 k equity

$150 k
$ 6 k month = 144 k
$ 1.5 Million

TU-MAKAEFF1701
Ex. 16 - 3605

Chris → first lease option

5,000 ~~sk~~ purchase

lease option
↓
broke even

Lease option ⟶ buyer pays
for costs/
repairs
↓
get more $
↓
$350 K
$ 7k down
$1,600 payment
2 yr term
$200 monthly credit
↓ prepay
credit

renters -
get just
deposit
↓
lease option

Sign this for
sublease to new
buyer

1) pay on or
before 5th if
ex. no
not credit
will be
applied to
final sale
price

Seller wants to get payment
in three - buyer wants
to recoup

Deduct from
350K buy

Comp
out of
$1,600



TU-MAKAEFF1703
Ex. 16 - 3607

Keep management of Security in
case something goes wrong.

Say:

— I'd like to do a lease option on
your house ——— (then might think
you are going to lose home)

social
approach ★

— Say to seller we're like a lease rgt.
co → say if anything happens to
house we'll take care of it. (we'll
take care of maintenance cost +
repairs up to $500 per occurrence).
↓
we make payments even if

Do due diligence before putting
someone in there

Ryan — do credit check
Seller — payments go to escrow
company from me?

**TU-MAKAEFF1704**
Ex. 16 - 3608

## Prep Psch Firm

Chris doesn't follow [...]

— Bring about pyrites
— Then say I'm really looking for ← sorry I can lease at option
  to buy!

↓

It's a Lease agreement
  + purchase agreement to buy in a 1-2 yr
                                    term

I take the costs under $500
  every
                    ↓

  If they question it, they are not
  motivated.

— Most people are very: eggme

**TU-MAKAEFF1705**

Ex. 16 - 3609



TU-MAKAEFF1706
Ex. 16 - 3610



TU-MAKAEFF1707
Ex. 16 - 3611

SANDWICH LEASE

(w) seller
$120K
@ 2k down
$1K Mo payment
@ 200 credit
3 yrs. term

Down payment
can be
credited
towards

w/ new
buyer
$150 K
@ 6K down
$1,200 mo payment
@ 200 credit
1 yr. term

→ re lok 1yr
10k - 2yr
regotiate

purchase
price
↓
paid in
full 1yr
lease opt

+
for can
paid
in
contract
to get
price
if purchase
(deducted)

Assume they can't buy
- a/c 1 yr.
- Ask investor prim payment
- Sell it
- Walk away (no cont + down)
- Change terms
- other finance
- rent it

Made
4K down
2400 mo payment
6400

If they buy it after 1 year
120k - 2k - 2400   $115,600

150K - 6k - 2400 credit → 141,600 (price)  26,410
                            4K (down)       → Made
                            2400 (Mo payment)  $32,400

TU-MAKAEFF1708
Ex. 16 - 3612

New buyer
If they walk away after 1 yr + does + buy

160k  price                                    sale
  8 k down                                    8 k down
1200  mo payment                            2400
200   credit
1 yr   term (only
              have
              1 yr
              left)

Assume they bought                      115,600
                                         - 2,400
                                       we owe 113,200

last                                       160
pay                                        - 8
→ 16k          If they can't           - 2400
  2400         buy they have to
price          finish a 30 day         New
               notice                  buyer    149,600
                                       owes    - 113,200
          Total →   we
                   made         we           36,400
                   55k          made
500               on a
maintenance       house
                  didn't turn on
$500
deductible    Delivery market — we don't have to
+             set purchase price upfront. We
insurance     can extend contract until market
will pick     adjusts
up difference

TU-MAKAEFF1709
Ex. 16 - 3613

New buyer pays escrow
escrow pays mortgage

cut seller a check
cut me a check

Find CPA who make more $ than
you → good CPA

Or I make payment to bank. Tell
seller I want to make sure
agreement completed all right
way → give them receipts.

Lease options are legal in CA.
& sublease ok

Iff you
(not
existing
existing
seller)

_lease option_

$ 200k price                    $ 250k price
$ 10k down                      $ 10 k down
$ 800 mo payment                $ 1200 mo payment
3 yrs.                          3 yrs.
$ 300 credit                    $ 10 0  credit

want to                         This is
so ↑ yrs                        created by someone gives - (don't even have
in final                            to buy p his exists)
rate

This is
the down

**TU-MAKAEFF1710**
Ex. 16 - 3614