

**TU-MAKAEFF1711**
Ex. 16 - 3615

2010 — turn ⊙
2012 — back to normal     ) buy + hold this
                                      year.

Gets to (lease terms)

1. ( He identifies all the (faults) — but
     once again it → helps them think
     they can't get rid of it.

prop
ross
sheet

2. Pull #/comps — Zillow.com, software,
     figure out what it would sell for. Pull
     rents — Zilpy.com

3. renegotiated deal → how done deferred
     friendly payment → buy, rents →
     rents $1200 → offer sell $ 900 or 1000

**TU-MAKAEFF1712**
Ex. 16 - 3616



TU-MAKAEFF1713

Ex. 16 - 3617

$ 257        / $ 325
$ 1500 down /
$ 1700      |    ———

Think about AM when doing
lease option

An

Appraiser appraises at
price someone is willing to pay

Florida → hardest
hit areas
in US for
housing

Call 2 days after you house —
if no one interested → they will be
discouraged + then motivated.

Owner
Finance

200k
6%
10 years
$1200/mo.

5k down → 195k

$ 1170/mo.

sign
agreement 1

Set terms for new buyer
→ 275k (worth 250k)
10k
8%
5 yrs.
$1950/mo.

sign
agreement 2

Selling on terms

We one
$191k
Amortize (based
on 5 yrs)

(chart) Amortize → one us check $252k

$- \dfrac{252}{181}$

1950 $-1170 \rightarrow$  no payment
800 × 6...

71k
47 k
5 k dwn

Owner financing comes really
into play when I
own the house.
I would make another 120k
in this house.

Adjust int rate/purchase
price

**TU-MAKAEFF1716**

Ex. 16 - 3620

Owen Arena

$ 500k

$ 20k dwn

7 %

$ 3326 ( Use 500k
for

↳ only $409 towards
equity - rest in
my pocket.

Mate
$170k in 5yrs in
Interest — Is smart bk pay. May
my be north extra — $170k
Guaranteed $670k now.

Only works well if I am the house.

I - ( I'm the buyer Ingative
Interest 5-6% ) better terms/
Sales price

Don't owna Arena in
Upside down property

**TU-MAKAEFF1717**

Ex. 16 - 3621

You could owner finance
 Then turn into lease option

Send other professional tools

Lease-purchase program
 └→ take special reports out
 of back of post + create
 professional pieces.

FOR SALE
 owner finance
 Home Marketing Consultants
 Log works. com → $100-200

**TU-MAKAEFF1718**
Ex. 16 - 3622

Pick 2 techniques to start with

○ Wholesaling

○ Owner Finance

What do I need for each?

Wholesaling, need buyers

**TU-MAKAEFF1719**

Ex. 16 - 3623

10 Roadblocks to Success

1) Your attitude dictates your day?
    (do you let things bother you?)

2) Your days dictate your life
    (things don't change, people do)

3) Forgive yourself.
    (don't blame yourself)

4) Forgive other people
    (don't give your Home Depot orders
    and to contractors)

5) Even if we live right things will
    go wrong
    (don't give your power away).
    (don't let people upset you).

6) Learn to believe in life
    (everything is for the best)
    (look for the good — there is always a lesson)

7) You are in control of your life
    (you get what you expect)
    (subconscious mind.)
    (you attract your give)

8) Know when you're not in control.
    (let it go + let god.)

9) Know when to ask for help.

10) Know when you've been helped.

**TU-MAKAEFF1720**
Ex. 16 - 3624

- Don't let other people steal your dreams

- If you want things to change start today + take action.

  "I've got to do it now"

- If you want more, expect more.
  Give yourself permission to succeed.

**TU-MAKAEFF1721**

Ex. 16 - 3625

**TRUMP**
UNIVERSITY

CALIFORNIA JUMPSTART SEMINAR

Jeff Adams
(REOs/ Buying + Selling RE online)

- Has done 350 deals
- Find motivated sellers + private lenders
  "buying" - todo business if you.
- Started as firefighter making $70k w/
  $50k in debt.

- Carlton - head of hire
  sheet
  ↳ All of his renters default

- 3 bed 1 bath house - bought it for 40k
  worth 75 - 80k

- Wholesaler → he had no idea how to
  rehab a property. He went to the
  (Depot know → :)
  Droft of 12k

**TRUMP**
UNIVERSITY

One thing RE will afford me the luxury of doing is things I am passionate about but only if I have the right system.

— He's still a firefighter b/c it's his passion.

— Equity Purchase Agreement to foreclosure homes → very profitable → very dangerous.

— He had no credibility doing everything he was told to → very undisciplined!

— He did all advertising + his stack of leads → had to be in office to do deals. Working 80-90 hrs per week.

— He was paying hard $ lenders very high fees.

Appraisal        $ 350
5 pts            $ 15,000
Garbage fees     $ 1,500
conveyance       $ 300
        Total    $ 17,150
        plus 15% interest.

TU-MAKAEFF1726
Ex. 16 - 3627

**TRUMP**
UNIVERSITY

— He realized you had to be online.

— Built website → sent out postcards for free info → generated lead.

2 types of foreclose

— Pre-foreclosure — behind 3 months → notice of default

— Notice of trust deed also filed 3 weeks before then foreclose

Meet w/ homeowners before this happens.

CA — 5 day redemption period
I have to use Equity Purchase Agreement
Don't use → will go to jail.

Cash for Keys

→ As after pre-foreclosures.

**TU-MAKAEFF1727**
Ex. 16 - 3628

**TRUMP**
UNIVERSITY

1. Subscribe to local foreclosure listing

   A) County Records Research
   B) Realty Trace

2. Have them send me email list w/ people who have NOD

3. Take List + upload to USPS website + send a postcard to everyone in foreclosure — for free report — they give info + you get lead.

— Put online sellers forum online so didn't have to drive all @ town.

— Leads doubled + tripled + sell house in 7 days or less.

— Put virtual office rent — another rgt System so didn't have to be there 24/7.

**TU-MAKAEFF1728**
Ex. 16 - 3629

**TRUMP** UNIVERSITY

— To get Refi now on investment property

Fico 750 or higher

— Where do you get the $ — line up
private $ to fund my deals

[ Get Private $ ]

1. Ad in newspaper

Tired of the stock Market?
RE Investor with perfect track record
will pay 10 to 12% interest secured
by RE

WWW. _____ .COM

earn better interest
Make more interest

Don't deal w/ conventional or hard $
lenders

Never pays more than 65% MV.

Meet them for lunch

**TU-MAKAEFF1729**
Ex. 16 - 3630

**⬡ TRUMP**
UNIVERSITY

2. Lunch — will pay 10-12% interest
    First trust deed
    free + clear title

3. Show them property + comps
    I will talk to escrow co?
       wire # or Cashier's check

4. Close on deal
    he moves $10k

---

Jeff set up transactional funding program

Jeff puts money up for ~~deal~~
                              me

He charges 2 pnts

**TRUMP**
UNIVERSITY

| | |
|---|---|
| Classified ads | With domain name |
| Bandit signs | " |
| Vehicle signs | " |
| Fliers | " |
| Door hangers | " |
| Business cards | " |

Explains about program w/ free report generated
a lead

$500 → 5000

Sent out ← $500

9000 signs → does 50-60k from
it.

— Postcards / foreclosures
— Letter campaigns
    — out of state owners   (lives in TX)
    — out of area owners   (lives OC, w/ rental SD)
    — "Justification Letter"
— MLS, Craiglist, eBay

TU-MAKAEFF1731
Ex. 16 - 3632

**TRUMP**
UNIVERSITY

— Go to google

— stop foreclosure
(stopforeclosure.com)
↳ for free organic
— sell my house          1. based on # of incoming links
— we buy houses         2. # of pages of content
                        Google is a wiring system.
— There is a scam → $49.95 → submit
website & you will be on 1st page.

② Google Adword campaign
↳ Jeff can get me to # 1, 2 or 3 position
in 15 minutes or less.


1 — Go to google.com
2 — Advertising programs - click
3 — Click Google adwords

$1.50 — $2.50 per click
Typically # 1 out of 4 people will
leave info. $ 8 per lead.

**TRUMP**
UNIVERSITY

June 1 - June 13

Jeff

192 people filled out cash info
form.

7000 sq ft 5 bed / 5 bath.
mansion

Woman will sell out b/c husband died.
Found Jeff => internet.

Bought $12 million + wholesaled
$1.5 million.

Jeff stops foreclosure.com

Instant credibility
↓
convert to Spanish too.

He has operator who answers phone.

His students $30 - 67K
on first deal

**TU-MAKAEFF1733**
Ex. 16 - 3634

TRUMP
UNIVERSITY

EarnbetterInterest.com

Nminal office feature
↓
default to my website
↓
topeter...

Show how to set up your business on autopilot
↓
payg computers)
↓
30 days free
follow up          Auto responder
3 days

Access to analyze your deals

Marketing tool/box
↳ Dave Lindahl
All his letters/postcards
Land Trust agreements
Postcards    "Cash to you in 5 days"

**TRUMP**
UNIVERSITY

Buying REO

↳ Seller gives me proof of fund letter
Use his "1 day" cash "dough"

he puts up 1 day — wholesale
buyer comes in + buys, I
get the profit.

TR mentored — posts this on sites.

By wholesale properties 50-60¢ on dollar.

Stay at hotel rooms wholesale to up properties
we can buy from them.
⊖ Teleclasses every month.

**TRUMP**
UNIVERSITY

*Jeff (a)*

**Redacted**

Steve Miller
Commercial RE

❋ Good deals attract $$$ ❋

Time is $

Buy income producing assets.

(Building, 1 time can change your life.

4 months later — 20 unit property
private investor — they closed on

When you buy commercial RE they
don't expect you to have a job.

20K passive income
< 100 Houses to do this   You can only
how would we finance them all?   set to run.

**TU-MAKAEFF1736**
Ex. 16 - 3637

**TRUMP**
UNIVERSITY

Buy bigger opportunity to produce more
more.

Principle #1

There is no limit on the # of properties
you can purchase

| Residential | Correct |
|---|---|
| The more debt you take on the more Risky you become. | The more debt you take on the more EXPERIENCED you become. |
| ↓ | (don't look at your income |
| Look at your income | ↓ |
|  | property is supposed to pay you back) |
|  | ↓ |
|  | Can you run this building? Looking at property income naked good property Mgr. |

**TRUMP**
UNIVERSITY

Principle #2

Income drives the value of the
property

(NOT comps)

This doesn't matter # who the renter
house   is in there

NOI - net property income

$1 = NO   10% cap rate

If I raise rent I increase the
value of my building

We can control the value of our
property

- Create my own business in the
building → laundromat → increase
income. Signs on bldg - Increases income

TU-MAKAEFF1738

Ex. 16 - 3639

**TRUMP**
UNIVERSITY

10 Steps to Increase Value

1. Increase rents
2. Install laundry machines
3. Create your own bus. in the bldg.
4. Signage
5. Parking
6. Late fees
7. Application fees
8. Split monthly payments in 2
9. Good mgt.
10. Split the utilities

Principle # 3
The Bldg qualifies for the loan

**TU-MAKAEFF1739**
Ex. 16 - 3640

TRUMP
UNIVERSITY

You can get a partner.

Analytical bldg is a simple
program.

How much of a 2nd mortgage are
you willing to hold?

Banks have certain #s banks look at

Buyer only needed 5%

In commercial RE don't care
where the downpayment comes
from.

refinance, assumable
mortgage

TU-MAKAEFF1740
Ex. 16 - 3641

**TRUMP**
UNIVERSITY

(Jeff Adams)

Buy RE's in land trust

Succes — Continuous journey toward goals.

Become to do it to have it

Oman Riin

— Last year (a) new millionaire in the
June 31, 2008                            world

He care Oun Cola w/ nothing +
became multi millionaire in 9 yrs

He doesn't touch his $
Money comes to him

Modern method — be wealthy
in 3-5 yrs

Bob Proctor form the feart recommends
Oruar to all his clients

**TU-MAKAEFF1741**
Ex. 16 - 3642

**TRUMP**
UNIVERSITY

Jim Rohn
Ry Dylan

1 day bootcamp → LAX marriott
July 11-12

R — Recurring Income: Do the
work once, get paid again + again

publishing co he has
87¢ to produce, sells $10

E — Equity: Own Businesses, RE,
investments + assets (need multiple
streams of income)

A — Appreciation — Grow assets over time

L — Leverage: Profit from other
people's time, efforts + money
(he teaches Toyota how to negotiate)

**TU-MAKAEFF1742**
Ex. 16 - 3643

**TRUMP**
UNIVERSITY

What holds you back?

1. Fear of failure
2. Pain of change
3. Self doubt
4. Blaming
5. justifying — validation
6. complaining
7. lack of skills


Investigate Selling
Management to leaderships
One Minute meetg.


2 day bootcamp
teleclasses twebinars 2yrs.

You need at $ 3 million to live comfortably
for 14 yrs. Rich → $10 million

**TU-MAKAEFF1743**
Ex. 16 - 3644

**TRUMP**
UNIVERSITY

Rich people

Who is going to do what when
how much + how fast?
He hasn't worked since 31.

Never do things for reasons,
do it for a purpose.

Tre X factor
How to move people to say yes
+ not use your own $1.

Daily rituals of really really rich
people

**TU-MAKAEFF1744**
Ex. 16 - 3645

**TRUMP**
UNIVERSITY

TINA WARMINSKI - E-MAIL - TraderTina @ safe-mail.

310 - 6765996   Home          TRADERTINA @ SAFEMAIL
                                                    NET
310 - 5296354   cell                              . NET
310 - 978-3977   Fax

Marilyn Smega
Certified Probate Specialist

↳ Private lenders in W. NY

US + Canadian investors

4 distinct income opportunities

MSI    1. Real estate

multiple   2. Personal property          → About 50% of
streams of                                the time
income     3. Inheritance advances       — Could include
                                            collections, cars,
           4. Private mortgage nts          plans
              ↳ help people liquidate them

→ Heirs due to inherit cash — give them advance
   + make $

**TU-MAKAEFF1745**

Ex. 16 - 3646

**TRUMP**
UNIVERSITY

Short term thinking
↳ what if I ....

Long term thinking

where do I want to be?

— C and do this
In any economy.

probate people are thankful

— we sell 5-10% below FMV
we buy 30-50% below FMV
CONSISTENTLY
RE is starting to correct. Good
time to buy.

In probate — we're just a little
below what the market is

**TU-MAKAEFF1746**
Ex. 16 - 3647

**TRUMP**
UNIVERSITY

What is probate?

| Louisiana's system is based
| on French law so don't
| go there.

Legal process that

- Validates the will
- Pays the bills
- Distributes the remaining assets

[ Avoid probate ]

- Property trust → homeowners →
                          (living)      (yes =) probate
- Set up so you don't personally
  own or one

**TU-MAKAEFF1747**
Ex. 16 - 3648

Facts of
life + probate

**TRUMP**
UNIVERSITY

1. Someone has to take care
of good + bad

2. Make arrangements w/ creditors

3. Rarely enough cash in estate to
take care of bills

Average probate takes 2 years to
settle.

Need to continue to pay
Mortgage

PR — personal representative / executor
You new best friend.

Designated by the court.

I am the problem solver.

**TRUMP**
UNIVERSITY

We find an unsettled estate first
w/in 30-45 days

We determine which income stream...

We don't have to wait for estate to
settle

Less competition w/ motivated
sellers, → they are happy to hear from you.

Foreclosures very competitive now.

Furnished rentals.

— Wholesaling - 25% / 10% of ARV
$600,000 ARV = $15,000   (flat fee)

You get paid at closing →

— Rehabbing - 20% ARV
$600,000 ARV = $120,000

— Hold + Rent — ($60,000) Equity + Rent

**TU-MAKAEFF1749**
Ex. 16 - 3650

TRUMP
UNIVERSITY

People deal w/ probate when
want to do business — days
or years
+
not friendly — ready to deal w/
business aspect.

The baby boomers
↳ conservatorships
nursing homes

1.9 million cases filed last
year alone.

Plenty of deals

Motivated HC

1. Too complicated / time consuming /
expensive

Pri's 32 steps to settle an
estate

**TU-MAKAEFF1750**

Ex. 16 - 3651

TRUMP
UNIVERSITY

PR prys taxes

2. Can't afford monthly payments
3. Heirs fighting over who gets what

Settle all debts → if not enough $,
must sell the house.

→ fire insurance costs more for a vacant
property

Assets                              Liabilities

- Cash
- house                    - Medical / funeral
- Income                            expenses
  property
- stocks                   - Mortgages

- personal                 - Income taxes
  property
- collections              - property taxes

                           - fire insurance

These will have to be satisfied

**TU-MAKAEFF1751**
Ex. 16 - 3652

**TRUMP**
UNIVERSITY

The PR often lives out of town

Inheritance is found $

— they didn't expect a certain yield.

Personal property

— Cars
— jewelry (usually some)

You acquire all of this.
( No garage sale)

#3

Inheritance advance

Total estate worth $400k

(He) she wants/needs 100k now.

15 mm form    Heir gets certified check for
           $10k

Simple form    get $ 5-7k
           (same intent ?)

**TRUMP**
UNIVERSITY

#4

Private mortgage note

Grams sold her home

30 run from

I let them know what I was to

They fund it
70% ARV → If get 3% below → Don't
value — it's all funded.     need $.

Find it → Private/hard $
                             Lender

Find it

Close it

Don't look in probate notices in newspaper
everyone is calling

1. Hot County website
2. Deals in all states except Louisiana.

— escapable
Assignable — & not tied up until I know
             I'm going to closing

TU-MAKAEFF1753
Ex. 16 - 3654

TRUMP
UNIVERSITY

Student bought a private prop.
for $2.25 mil — had offers
for $3 mil.

Rebuilt 4500 sq ft → $6 mil

Jeff
Corona Riverside → RODG

Don't be narrow — be excited!

Look at the potential not
the cost

TU-MAKAEFF1754
Ex. 16 - 3655

# TRUMP
UNIVERSITY

- Credit cards.com → get best offers

- LLC → Trump will do it.

- 3 times the revenue of any expenses

- Build corporate credit.

- Raise credit on Shore + Mktg line
  CC loan #400K credit
  Interest rate 12-15% down to 3%

OPM
Other people's money

$100K house
put $30 in for value

$730K

Use bank's $ to
raise value
   to $250K → $120K profit
           100% return

- Work 30 yrs. → $50,000/yr = $1,500,000
           x

- Save → take other people's $

- Credit card companies don't want credit
  run.

- Once a month, try to increase your credit
  if they can't do it.

TU-MAKAEFF1763

Ex. 16 - 3656

TRUMP
UNIVERSITY

- Penny phenomenon

100%
Compound interest

1. .01¢
2. .02¢          Foreclosure headlines
3. .04¢
4. .08¢          Cnn money.com
5. .16¢
6. .32¢          NY Times
7. .64¢
8. 1.28          Entrepreneur
9. 2.56
10. 5.12         msnbc
11. 10.24
12. 20.48
13. 40.96        Delinquency rates
14. 81.92
15. 163.84       Second 1/2 of next
16. 327.68       year we flatten out
17. 655.36
18. 1310.72
19. 2621.44
20. 5242.88
21. 10495.76
22. 20971.52
23. 41743.04
24. 83
25. 167
26. 671
27. 1.3
28. 2.6
29. 5.2

**TU-MAKAEFF1764**
Ex. 16 - 3657

**TRUMP** UNIVERSITY

— He who mentions #s first loses in real estate.
— Most people don't have 6 mos of income
   to live off of if they lose their jobs.
— Hit a lot of singles — 25k — bigger pool
   of buyers — look in C areas

OC      100K   REO bank owned — list price
        85%  } ARV  155 k   (put 20k
need work —                        in )
   delapidated
   destroyed
                      pay 85K
copper home's       ← 50K profit
   work

Make +200/mo positive cash flow or
more otherwise not worth it.

— Before auction — do a drive by — look at
   + take picture — if outside looks bad,
   inside is worse.
   — Call broker w/ listing — get inside + see what
   it needs, do lipstick, or submit what lisa
   w/ package (get from your contractor)
   — Do title search (see it, don't take word)
   ① so no liens ② Is property legally owned
   by 1 person, 2 people, bank, corp, attorney?

**TRUMP**
UNIVERSITY

Is person you're buying from legally the owner?

— looking for profits with

40% equity make
an offer!

— Buy props + hold on to a year or two years
250K if you can.

— Lock in price more than current value but
less than future value
Lease option

(Vegas) → positive cash flow

single family   3-4 $350k — 3 bed / 2 ba min
under $100 / sq ft now
7595
Henderson green valley has it been hot as hell

Commercial multi family has it taken a
hit so not good yet

Vegas is one of kind.   $100 / sq ft
in '05-'06
value

TU-MAKAEFF1766
Ex. 16 - 3659

# TRUMP
### UNIVERSITY

FSBO    $130 sq ft.

Construction cost $150 sq ft.
feasibility studies - vegas

M, T, W — Find Leads
Th, Fr — buying

Take 1 hr.   FSBO
paper — for rent section
pers home wl option to buy

Put nurse cup Leads
↓
FSBO

Calculator
highlighter
legal pad
Co. name
biz cards

Buying

people need to earn the right to
work with me


**TRUMP**
UNIVERSITY

hard money lender
12-20%

Don't show (private money lenders)
too many existing

If ask prop. that address → shows
interest

meet him at property at his earliest
convenience — be early

he needs to feel comfortable    wt u

If he agrees to give financing
how long will it take?

You're not the only 1 I'm speaking
with.

He'll say... let me see

1) appraisal                    say sure, will
2) fire report                  get that
3) hazard ins.                  next week
4) rehab list

Ask for his attorney's name, address
+ phone #

**TU-MAKAEFF1768**

Ex. 16 - 3661

**TRUMP**
UNIVERSITY

My attorney will send your attorney info.

His appraisal or can use mine today.

Then him if use his.
Tell him all repairs completed
   Use appraisal when sell property —
      buy + sell
      in + out 90 day

— Multi fam unit appraisal more.

CONDOS easier to appraise (cookie cutter)
   Houses harder.

Good appraiser stretches value higher.

✱ Try to use my appraiser

NO MONEY DOWN

3 months interest payments — buy + sell
property w/ no $ out of pocket.
Don't let lender know.

⛊ TRUMP
UNIVERSITY

Increase construction to repair cost by X
get handyman list ———————→   worst #
                                     #

If buy property          $60,000

Total repair cost   $30,000

         Borrow          $90,000 loan

              X 18% interest

              $16,200 interest
                    ↓
              divide by 12

              $1,350 monthly
                        interest
              X 3     only
                        payments

              $4,050

$4,050

Add
to rehab
costs
  ↓
submit in
loan
package

⟩ $34,050

will cover interest
only payments —
not taking $ out
of pocket.

Tell investor already have
someone committed to property.
Get person to fix TODAY.

**TU-MAKAEFF1770**

Ex. 16 - 3663

**TRUMP** UNIVERSITY

REIclub.com
hard money investors

Say 12 instead of 14% since never
worked with them before

Pay on time ⟶ helps your
credit.

Investor will give us contract - already in
business.

3% closing costs — buy
3% & " " — sell

Charity Sifting source — they will
cover charges ⟶

3% of $90,000 = $2700 (×2) buy/sell

They will cover cost for buyer.

Property must sell for $150,000
Making $55k
— 9k — If I overall closing costs
46k

If property
(16% coming out of my profit.)

**TRUMP**
UNIVERSITY

Personal financial statement
or
Business financial statement
Give to potential investors

Appraisal,

Income
monthly expenses (detailed)
- real estate owned
personal assets (not cash)
- vehicles boats planes
- general debts → payable (liabilities)
- misc monthly expenses
- misc assets owned
- stocks, bonds, retirement funds
- cash accts
- credit card debts/liabilities
- cash + assets + liabilities = net worth

Mailings - use pink env → handwriting
like wedding invitation.

dayting, postcards, odd shapes

TU-MAKAEFF1772
Ex. 16 - 3665



Corps + selling right now
Put lot master bedroom
( kitchen + bath
double it

Force of Heart
own arks 5k give $100
or if deal falls → I will run
w/ your $

Real estate auctions
require too much research
— Must have a lot of experience
need it now.

PRE FORECLOSURES

property's people have before
people goes into foreclosure.

4 mos to foreclosure

— Some owners might try to:
1) refinance → to pay
reinstatements (past statements)

TRUMP
UNIVERSITY

will work if owner has enough
equity in home + good income.
Many don't. New
payment will be higher
+ interest rate. Called
forebearance agreement
(banks can - pay more) banks
have to make more $ for banks.
+ if don't pay on time, will
still foreclose.

— Tell people don't go → w/
forebearance agreement or bankruptcy.

— Friends won't loan — know they are
bad w/ $.

— Some owners will go to bankruptcy
declarations — will stop loss of house now.
Court will forbear you date of when
payments start again. Postpone
inevitable.

— Dual payments — back payments +
current payments.

— Some owners will try to sell their
own property. & get what it's worth.

— Some in denial. Think it won't
happen.

TU-MAKAEFF1774
Ex. 16 - 3667



**TRUMP**
UNIVERSITY

Notice of default → will go to share of sale

look at all of them

Tell them Credit will be ruined for 7-10 yrs → will lose all equity

COURTHOUSE RECORDS
Every time notice of default served, recorded at county court.
— Go to data processing dept.
— Speak to person in charge of compiling notice of defaults

— Request monthly list of all notices of judgments → eventually won't have to do

— Send them letter + call (be nice — emotional tone )

I'm an investor.
While in courthouse this wk I noticed your property was in default. Very sorry. May be able to help you. (Tell them all bad stuff ). I have you on a list. I might be able to set up one of your mortgage if you qualify. Let me get some info →

Did u know this?

> Get her into
> Lease w/option
> purse.

🛡 **TRUMP**
UNIVERSITY

to help u live w/in your means.
Before any further, I need to
come over see your property &
what t owed. I have to
be selective. (Sometimes, they
will owe huose to you for mortgage
owed)

Ask them on phone:

1 — What's balance on your mortgage?

2 — How many payments are you
behind?

3 — Are your taxes included in
your mortgage payment? (They
won't know)

4 — Are you behind in your taxes?

5 — Have you received a sheriff
Sale letter? (If they did here 15
days to vacate — if they do, tell
them read it, 15 days + 30 min at
house to vacate)

6 — Do you have idea of what your
home is selling for in your area?
(Determine if 40% equity
in property — if not 40%
do authorization for short
sale)
↳ talk to bank

**TU-MAKAEFF1776**
Ex. 16 - 3669

# ⬥ TRUMP
UNIVERSITY

Walk → house
— Notes on what's wrong w/ property.
Point out all negatives to homeowner.
3 pts  This place is a mess (even if just built)
No one will buy this — not interested —
no one will buy this — show no
emotion.
— If profitable, say ok. I'm possibly
interested in talking to your bank
for authorization to release info
(just so happens I have a copy
here) — Date loan #
→ If house overvalued
lease option  } don't give up.
refi
— Always inflate repair costs, devalue
house — they will be happy
just to take mortgage off shoulders
I will help credit — to get out.
— I show them Then house is
bronze not sold.

— He who mentions #'s first loses.
He'll ask what will you give me?
Any mortgage + give
your 5k

AD:

**TRUMP**
UNIVERSITY

R U behind in your mortgage
payments!
STOP FORECLOSURE
Save your credit
It will be ruined for 7 yrs. !
we have cash to solve you
problem!
800 # (don't use your cell) email

Virtual office:
set up w/ own message

local paper → build referrals

3 × 5 postcards — neon
send 100/wks

AD: Behind in mtg payment!
Fast cash in 2wks
Hurry before the sheriff
takes your houses
everything in it

800 #      email

**TU-MAKAEFF1778**
Ex. 16 - 3671

**TRUMP**
UNIVERSITY

AP: we have your address
on the "notice of default"
list — we bought houses

$9,000,000 avail.
Hurry
Close in 2 wks.

my private
fund

AP: Do you need $$$ TODAY!
we have access to $9,000,000
FAST CASH
ANY PROPERTY
ANY CONDITION
ANY TIME
Call 24 hrs a day
800 #

$70K   he wants us to
make this on
first property.

James Harris
Tiffany Brinkman
Corey McNell
(gui) Tad McNell (twin)
Scott ____

**TRUMP**
UNIVERSITY

27 closings in 7 weeks he got
from sending postcard.

— 100 postcards a week

— Have compassion to homeowner
I'm a real estate investor — save
you from
no obligation        (see ex. in
                          book)

write their address in letter

pay kids $20 to put letters
in door step.

Start POWER TEAM list
this week
— Need escrow company too

1) hard money lending
2) private investors
3) notice of default lists
4) abandoned homes
        ⌐ boarded up or had
           escrow.  Especially
        saleable    profits
grass tall — papers in driveway

**TU-MAKAEFF1780**
Ex. 16 - 3673

IMG

## TRUMP
UNIVERSITY

# ABANDONED HOUSE

- List of 10-20.
- Go to county courthouse to County tax assessors office
- access names of owners on list — has w/ tax books. Bring their address.
- Block + lot book # (find legal description used for property — one of property there) Go to block then lot. Send letter & make type — to phone

[ superpages.com
  infospace.com )  find name +
                   address
                   phone # directory

Might be old — property address + owner address won't be same. Don't more on → get forwarding address — will be forwarded.

- Bank listed — get in touch w/ bank

Can be
not
profit

— 800 555 1212
  direction asst for 800 #

- REO dept. of bank
Tell them acquiring abandoned home + person in charge of prop will give u realtor in charge

TU-MAKAEFF1781

Ex. 16 - 3674

DISTRESSED

**TRUMP** UNIVERSITY

— Call realtor + ask what they want
for property. Give 85% of
what asking.

50k owed → 85%

— These owners are 100% more
motivated to get out — ruining
credit.

— Talk to neighbors — they will
know where they are + want to
clean up neighborhood.

※ Send abandoned letter ❤

— if we have
Equitable title on a property,
we can make $

— Residential — loan based on re
— Commercial — " " " ]
                                    escrow
        ↳ loan over mortgage payment

Vacant land
builder/developer — 50-50 deal
I find land — they don't have title

**TU-MAKAEFF1782**
Ex. 16 - 3675

**TRUMP** UNIVERSITY

REIT
Real estate investment trust

Have LLC for ea. property.

3 days in field mentorship
90 day f/u period.

List — REO brokers

List price is what bank is offering
REO          in as is condition

List price
as is    $1,000,000

$850,000 — offer

after repair   $1,350,000  → ARV
                profit 500K — make bigger $ per deal

65% LTV = $877,500

Your offer is below 65% — really 60%

1) Do a walk → General Contractor
(GC) → make some minor
changes → give it curb appeal.

**TRUMP**
UNIVERSITY

— Trim bushes low — makes house
look bigger
— Grass → LOEWS / Home Depot —
get rye grass or get seeder → make
their yards bigger.

**TU-MAKAEFF1784**
Ex. 16 - 3677