**TRUMP**
UNIVERSITY

Cits enclosed

RES | HUD | VA
housing | veteran
urban | administration
development

HUD brokers
go to website

Offers accompanied by 1k check

1) Owner occupant / offer 93% of
or investor / list price (not
ARV)

hud.us
hud.gov ?

UA

1) 93% of list price → minimum

VAhomes.org

only investor

Pay all cash, buy w/in 30 days.
went to TRUMP University

1) Get co. name
2) ~~Family, money interest~~ Credit, raising credit
  No annual fee (waive) line,
3) Powerteam
4) financing — hard money lender / private
5) mentor

**⚜ TRUMP** UNIVERSITY

# DIVORCED PROPERTIES

- great source of distressed properties
- many other investor networks them
- we want no competition
- probably 1 down the street
- Best deals when couple in a rush to end divorce proceedings.

Go to county courthouse
Do 4X a year or 1X month.
"Data processing dept"

Look for:

1) Complaint is divorce filed
   - plaintiff

2) petition to~~ ~~for equitable
   distribution
   - defendant

Who's going to get the house in the
divorce?
If one has apt address, go to the
other → they're living in house — NO!
They might still get house.
Send them both a letter or
call them.

**TRUMP**
UNIVERSITY

U want to sell your property? I can help u + pay cash in 30 days.

- I'm an expert — want → Trump University.

- Market to these people once every 6 mos. b/c may still be guy → divorce proceedings. They fight for it b/c they have no $ — it's all in the house. No one's making an offer b/c no competition — not on market.

- Contact Divorce attorneys. — make list
  - Superpages.com
  - yellowpage.com

- Approach & letter co.

- Buy cash in 30 days.
- Give them referral fee.

- Divorce letter?

PROBATE properties | Go to county court house
⤷ when someone passes away, they leave all their things to their heirs — if there are bills, you can't get your inheritance.
Last will + testament
pay creditors first.

TRUMP
UNIVERSITY

— You have a living trust. Will does not protect
— you from probate.

    Bank will not release & fund accts
if no living trust / will.

— Your attorney needs to send or documents
that u are legally binding beneficiary
or executor of estate.

— Creditors want & when u die,
estate has to pay bills, executor
(in charge of estate) needs to pay
bills. Here's arine Probate can
be unsettled for years.

— Most people do it have & to pay
probate.

— They have to sell house to pay
probate. → they get their inheritance
pennies on dollar — they do it care
about house — want inheritance.

— Probates are off market & not
listed anywhere.

— 1 X quarter or 1 x month

— Go to county courthouse
"Registry of Probates"
Look for ones w/ houses
(sometimes sell stuff in house)
        → ebay (collectors might buy)

TU-MAKAEFF1788

Ex. 16 - 3681

**TRUMP** UNIVERSITY

Find real property
find executor/executress
1) Contact executor + offer to
relieve her from property.
Send letter — get appraisal/title
they have
to pay taxes
on property
best to sell
15% of bills
regust — simplicity of cash instead
of complexity of probate
2) Contact attorney (may be in
charge of estate)
↳ Letter — offer fee/incentive
for getting deals
↳ Open non-cash inside
— List of probate attorneys —

TAX sale
County tax commissioner - get on email
list.

tax
lien    Property mgr.

Out of state homeowner

Jud's
prop
taxes    Tax assessment Roll books

Getting of neighborhoods    $10 Lease
to owns
↳ Check zoning + taxes
Brokers/ Local board of realtors / for tax assessor's office

**TRUMP**
UNIVERSITY

99% of real estate investors don't use this

AUCTIONS ————— very
competitive
sheriff sales           such experts to
do their
1) check title         previous investments

Warnings: — held at or near courthouse
or on lawn of house.
— referee does bid — min bid →
a rest of bid started by bank
— Done in 5 min
— Arrive at auction early
— 2 types of bidders
1) principle owners — will live
in house
2) sharks — will purposely bid up
property so u get out of their
turf.
10% down.

* Always have attorney look it over

Get cash rich / real estate rich

Maturing Market

Green buildings etc...

**TRUMP**
UNIVERSITY

Search maturing markets

N Carolina
S Carolina
Nashville, Ten.

Pre-closure ─┐   Foreclosure

─ Short sale          ─ REO

─ pre-foreclosure     ─ corp REO's

    AUCTION           ─ HUD, VA,
                         gov agencies

) Network (find out w/) Mailman.
When people start moving back on
Cutting grass neglected, yard sale etc.

(PEOPLE            Banks, corp.
   ↑
  BANKS

Bit cards — hand not chamber of
                    commerce

Alabama has 12 months — right of redemption

**TRUMP**
UNIVERSITY

90% of mktg on a
property is PRICE

~~govt~~
gotumall.com

Company building (condos)
VIP pricing
Sale 35% to get a loan

Pre
Construction

2nd phase
— pricing up the price

buy resell
&
Costa Rica

1st phase 100k down 5k
2nd phase 150k down 7,500
3rd phase more to 200k
Construction begin
Jon reduc another 5-10% only
"Slabs on top" — most goes on
↳ last loan to close

Seur mkt:
Florida - Daytona -
Jackson - Panama City

TU-MAKAEFF1792
Ex. 16 - 3685

Maturing → where it goes → follow these
Markets

**TRUMP** UNIVERSITY

Pre-
Construction
{ Dallas Austin — Atlanta
Charlotte
Seattle Bellevue

Some will even rent these out for you.
They will sell it for you.

Non-maturing market LA
Look for pre-construction deals

Dies in (testate) → no will, suing ⇒ probate.

[ LEASE / OPTIONS ]

Buy low — sell high
   Buy $1 mil. worth of real estate in
   3 days w/ down payment on
   credit card to set up

$ 2,338,000 — real estate valued
            after 16 hrs.

5 Characteristics of success.
1. Burning Desire to Succeed
2. Specialized knowledge
3. Decisive in nature
4. Goal oriented — get a map
5. Mentor

TU-MAKAEFF1793
Ex. 16 - 3686

**TRUMP**
UNIVERSITY

Short sale package

1. Hardship Letter (worse better)
2. Financial statement
3. Authorization to release
4. 2-3 recent pay stubs
5. 2-3 recent bank statements
6. Purchase + sale contract
7. HUD-1 Settlement statement

*(submit in this order)*

→ Show insufficient funds
→ If not employed say in hardship letter
   OR no bank accounts.

Won't pay for home inspection,
termite etc...

√ waiting for approval.
  Get buyers / realtors etc...lined up

√ have to negotiate.

— 80% of real estate success is showing up. —
— 90% of it is price.

Price a tag for good selling

TU-MAKAEFF1794

Ex. 16 - 3687

autoresponder

**TRUMP**
UNIVERSITY

Do it for someone else — my mom
one for the ♡

Get short sale before MLS
↓
appraisal/comps

CREATE YOUR OWN EQUITY.

Taxes are bank's problem.

Short sale → 625k house worth
                    580k buy
                    585k sell

You will not be 1099'ed on the
   unpaid balance — for now they are
throwing it away.

expense this on taxes

— Work w/ qualified buyers.

• Build a buyer's list
   Get   business cards — real estate
                                agents

   write email — include pics bcc:
   of property.

• Auction 1x/month — 4 or 5 investors

**TU-MAKAEFF1795**
Ex. 16 - 3688

**TRUMP**
UNIVERSITY

Want to work w/ private money investors —
99% of day then will buy less say buy
will — w/in 10-14 days. Ask when
best time to call

Want proof (receipt) of my
returne seller claims

Let total for humaning → cheap
— buy cheap to upgrade rewodel
property

Put sign out Friday after 5
Pick up Sunday night
At intersections

Put property on Craigs List
Buy house stuff on CL

Wood          | ebay | Window liquidators
flooring      |      | LA Flooring

**TRUMP** UNIVERSITY

All cash / close in 30 days

Lease option / short pay off open

Owner seller financing

*PHONE CALLS*

1600 sq ft.          we have all Cash +
$ 515 K              don't have to go to
$ 499 K              the bank for a loan
$ 495 K

Is this the best u can do for an all cash offer?
we're looking at 20 properties + looking to buy 3-5
this week -

One $232 K

I'm a retirement specialist. Would you consider
a lease-option agreement? You'll make 6-9%
per month

open to lease option

— Get 3 comps from realtor w/ in 1 mi.
radius of this home

— ~~Call~~ Submit offer on paper — dress casually
— 2nd offer — lease w/ option to buy
— If ~~they are going~~ seller is going
to pick price we pick terms. If
seller picks terms we pick price

I'll give you 395 K + close 30 days w/ cash

# ⬥ TRUMP
UNIVERSITY

- If he meets halfway we got a deal.
- Look at property — everything wrong we educate him.
- Or under contract 485k, sell for 495k
- Everything's negotiable.
- NEVER PAY RETAIL.

585K

What's the best deal you can offer to sell at for full cash?
      Short sale
120k renovation — he's upside down.

don't deal w/ property mgrs — deal w/ seller

(margin, vertical: Ask for list of what's available)

1. Look at the property
2. You're going to make offer + need deposit — how much? $1,000 down, bank letter w/ $9 million available
3. Get a fresh list.
4. What bank?
5. You can work in any bank owned property from SD to Oregon border
6. Bank more flexible if cash or letter
      Buyer increase for 85%.

(margin notes, left side:)
Bank owned/properties (loans)
Buyer's offer not in my system
REO broker
Cancellation forms
370357
1454
+ disclosure



TU-MAKAEFF1799

Ex. 16 - 3692

Mentorship

DAY 1

Houston — 16 properties   100k

— DM — handwritten env.

\* — Foreclosure Letters
16 info.

\* Opportunities are Cost — fun — carry, less going to make,
appreciate quality

Location, condition...
— Save 10 or more — give to realtor

$100,000 → pay $25,000
property

$1,000,000

red zone → $250,000
Don't go there.

— focus growth markets — where it will go.
where targets et...

\* Owner to City Planning commission

Note of Default — NOD — get from
Realtor                              they will

Build a power team for myself
30 day drill

TU-MAKAEFF1800
Ex. 16 - 3693

* Go to for sale by owner websites

• What is it worth?   (COMPS)   where is this info coming from
• i we -- cat do you owe?   would you take what you owe? need
• What do you want/need in the property? Are there 3 options

FSBO

Multiple offers          What
  work better           does it include?
                        principal tax, +
                        Insurance ?

* Do my own due           Homeowners insurance
  diligence               Usually is rolled in

They put up the reward, I'll put up my end.
Put & where much is.

Debbie Novak - 8 deals / 3-4 mos.

* Find FSBO ads
  Go t/p script - pull paper - capture all info.

Go to
Bird dog — Looking for me

Investor
Assoc of Ind. Real Estate owners
RIREO

Mailman, UPS, neighbors
— what kind of neighborhood is this?

Google Foreclosures
Use Banditsigns.com.
↳ We buy houses
red light

Talk to people/her HWS
1) Want to see what's new + priced
2) Buy a house

We'll buy their house

business cards
Name — cell — email
Yes home)  Real Estate Investor

"I buy houses"  Colored

— Lease/option — My house
$ 5500 — 6000 no positive
cash flow

250-400k — proper listing —
could have been guy for 500-600k 2-3 yrs ago.

20% down → hotpads.com → demo
Lidefranics          redstin.com
average — no

58-59% LB rent

37K income

1. Look at roof    250 sq 10x10
no dips — compare roof

2. Ceilings → cracks?

3. Walk @ foundation — house shifted?
Crawl space, slab, stemwalls taping
tilted floor

4. windows — Bella — 10 windows $2500

Spend $ in kitchen/bathroom

TU-MAKAEFF1803

Ex. 16 - 3696

CAMERA

#1 — mold bathroom — new sheet rock
green board

#2 — foundation — stem wall

#3 — appliance baggage — refrig, microwave
ASPCA appliance
less than 5k to redo

Separated in shower

Replace carpet — Home Depot $1.50/sq ft
inexpensive (cheap) carpet → 8 lb padding

painted / new carpet

$1500

everything meters

new ceiling fans $160

Charge fixture / plug
#3 Articulate handyman
not
electrician

2. roof — little ripple
R50
— New windows → $3k
— foundation probs — can epoxy 2-3k
replace   7-10k replace

**TU-MAKAEFF1804**

Ex. 16 - 3697

gylliane baggage — Compound sink

dove pane glass windows 3K

fridge

Sell new family

kitchen counter - maybe keep

↓ $100 — 2 10 ft piece

Hispanic rent → 10% tam → keep windows

was up to 227K → now 179K

140 days DOM

Vane → corps

Long term → keep window,

rent $700

new windows at 750

gutter faceplates → less than 5K without
                                        windows

Trash lean

Contractors → 110 to 220 electricity

new toilet seat

**TU-MAKAEFF1805**

Ex. 16 - 3698

Have to have renters
    find rents in area
                ↓
            Zilpy.com

    Stretch sink

    Plant-keep carpet

Frame-wood + stucco
    New paint? $1500
    Outside


Qualify — section 8
    federally mandated low income
            funded
don't do/set                    90% of rng ↑
taken off
rent list        $1000 → $900 guaranteed by gov.


9. Short sell before foreclosure
        ↓
   sell less        Bank flexible if on market less.


Re-
Rent        949 743 4908 ← find comps!
                                    comparable
            602 Rosewood Ave.


Friday — towns, people washing cars
Street wide (are people wkg?
Paint interior — tile
    whole kitchen

TU-MAKAEFF1806
Ex. 16 - 3699

1031 exchange taking inv. property or one form - intermediary to hold money.

over $25k

not permitted

Garage $1500 investment
or here

Make Offer → 7 days to inspect
due diligence
structural reports

Floor - structural engineer

300,000
159,000           $900 to rent

Needs: 8 windows
side door → $125 / Dore Report
6 panel doors $30, 40, 50
$250 each
160-300
bedroom doors and bottom
closet doors

appliance package

inspection - fire electricity / gas in

**TU-MAKAEFF1807**

Ex. 16 - 3700

Clean lighting — brighter

new blinds — Price wood blinds
                    Home Depot
                    2 in wide
                    $50 /window
                    cut cost / for free

Cut back bougainvillea

*Lattfsbly*

Clean floor
        stains

Losses thing ago

Rye grass — 2 or 3 days before
            / soft cross

                waterit

Fence paint blade

OP75 paint — white / light
        $5 gallon drum / instead
                    of $127

US Bank — $10 processing

Good CPA
Better write contracts.

**TU-MAKAEFF1808**
Ex. 16 - 3701

Apple Valley
Victorville
                                        West LA
Temecula
Riverside    Long Beach
Corona
Whittier
Downey
Norwalk + / way street

✱ CHECK OUT JOHN's SMALL-PRINT

⊗ KATRINA INVESTMENT GROUP 3 CPA
                                        LLC—corp
⊗ CATEGA                                contractor's

✱ white Lotus HOUSTON 6 preconstruction

Don't let worker buy material
I buy material per year buy class

Buy in increments on (buy class)
3 bids
Inside store Depot → contractor's      how much
w/ pick up trick small Silverado +     per how

Get down by certain amt of time,
give you bonus.

Carrying costs $.

① heat / air conditioner / hvac
③ plumbing
① electrician
④ day laborers / handyman
       don't buy contractors tools

Between 5 k done end of next week
                $1500 bonus
       after past deduct $1,

3 bids upfront

Service magic.com contactors

Rent or lease
       mutually $1200
       renew by 1st deduct $200
       declining to $100 a place

Corner houses good if not on
busy street - good for
  marketing

busy street area - bad

Maintain house w call pain in if you
have to refi

30 yr fixed My house
5.02% - JACK JUMBO
Their email #

6. Broken mirror

Medeus color

bedroom — sliding door mirror
closets

No recessed lighting

begto
put in — therrapane windows
double glass

cool heat

no damage to stucco

replace cabinets — kitchen

**TU-MAKAEFF1811**
Ex. 16 - 3704

Compl___ son (back house)

not tired for 2 dif. things

family ould do

termite infested back garage
foundation

wood shgx — termite damage
wood flaker — water damey

# Be this neighborhood 8 pm
night

look for checking casling
more

cheaply spanish — rent to them

blue collar       — 450,000 people — LB
in area         — 58-59% Rent
there

B— Ct area

non expensive to do

Ant Percent renters Santa Ana
population SA

**TU-MAKAEFF1812**

Ex. 16 - 3705

composite - easier + cheaper to replace

7.        Curb appeal - good for value

New mat
bell          New light
door

first thing people see
windows

refuse or add more iron on
windows - depends on neighborhood

dog next door

Carpeting

1st Superficial walk through
# walk

Property inspection          Offer to RE agent
sheet                    ← 17 days to change mind

Archer gap - double pane
windows

**TU-MAKAEFF1813**

Ex. 16 - 3706

Advertise renters tonight
renters web sites

advertise YMCA, Churches
looking for people to buy right
away.

7 ads: 70K   70K   Craigs list
buyers

Add pool charges
8.            $500
build it in

9. roof OK
sell oven eb ay
new counter /Sink

laminate countertops
laminate back splash  new hardware

TU-MAKAEFF1814
Ex. 16 - 3707

— 10-15K rehab [illegible]

no more than 15K

roof

landscaping

[illegible]

[illegible] covered by bushes

create curb appeal

Take pics of the front + back

$1500 for front + backyard
car

[kitchen + master bath — money
maker]

house ← 4 hole sink — hot/cold/soap dispenser

[keep cabinets w/o vanity] sink

the [illegible] entryway bathroom

**TU-MAKAEFF1815**

Ex. 16 - 3708

dishwasher

fridge
stove
microwave
oven

Garbage disposal

HW

garage — door opener or idiue
pull

$250 AC

GFI — shuts off power
trip

3 hr #29
need bathroom

power outlets / o → $350⁵
faceplates / o → $150

higher ceiling    10ft  4 in    crown moulding
                  Pts  5/      nice crown molding in rooms
            ISA  6 in           baseboard

TU-MAKAEFF1816
Ex. 16 - 3709

1 250 per window — replacement

2 in fake wood white blinds keep open
  so can look it
  # 50 per window

Digital Thermostat

Look for paint over paints
  to black should change filters
  every 3 mos.

Lease book

Brush nickel hardware

6 panel door
  bathroom/bedroom

Metal solid door

back
front door
garage → self closing
  door

**TU-MAKAEFF1817**
Ex. 16 - 3710

3 knobs
1 self locking
2. lock to the closet
3. Key locking knobs

They have to disclose if abtstos

lead based paint

megan's law - child molestor

TAPE RECORDER

flee lived street

TU-MAKAEFF1818

Ex. 16 - 3711

We'lll call u back w/the codes. w/ My brother + Uncle.
If just 4 codes, will set to you tonight

FSBO —        1065 Sq. Ft.
3bed 2bath — SANTA ANA
189   OWNER WILL finance — No bank Qualifying
Low down — Call 760.522.7425

Pre foreclosure
FSBO   3bed  1bath
227   Owner will carry note
Small down / appox 900 Sq Ft.
Rick 760.522.7425.

269   FSBO   Kick me to the lead I'm down
3bed  2 Bath
Santa Ana / 1242.
Motivated Seller / Low down
760.522.7425

* Zilpy.com   to Comps Rents —

0   1   E. Mail Jack for todays properties —
have him run Comps

* Hud.gov — State County City
look for "Daily add puchers

* Hot pads — Population for Santa
Ana

* 45. Redfin — comp deals   HUD HOMES   203K
reach   S. CA   to a
LB zip code   has all MLS   Interee   County   sqft 35
LB   LA   k

buyer's database

Find FSBO — Lease Back
Lease Option/subject to

+ Pay someone to do for me FSBO
#10/call → number game

o Constantly running ads/looking 4 $ partners

Not for everyone →

Hard money lender
300k → 8-10%

Syndicate → corp has
acquire                                     ownership
commercial                                  interest
real estate      Value of ad 61 million
CVS
walgreen                        Guaranteed

Corplex produces income for appreciation
30k+/mo

Triple net lease

net net net

Exception: act of god → owner of corplex can amend
rates

Value of land

TU-MAKAEFF1820

Ex. 16 - 3713

Write off depreciating asset
27½ yrs.

Write off a year in interest

Can guarantee rate of return

Gulf opportunity GOA Mississippi → Great
Act                        Zone

first year → write off 50% of
depreciation charge

New place

Florida                    Chief's site
Vegas
                           statewide financial
                           services net

Lines up inventory ←      Showcase properties
investor

Trust no one

TU-MAKAEFF1821

Ex. 16 - 3714

Have ground team / Mgt team
at locations

free escrow

These are
rent ready cash flow

what caused overbuilding?

Cape Coral, FL

( Offer great terms

price )

Give you price but my terms.

80-10-10

Coeur d'alene, Idaho
↳ lake

Reading papers

Miami FL
Vegas

USA
Today
every
Tuesday

ADI

near, wy
(Jackson hole)

Titario, ID
Cabin
600-700km
(1.5 mil cabin)

derivative
ARM's

TU-MAKAEFF1822

Ex. 16 - 3715

Fly out to area
↓
pictures who add reality.

Neighborhoods change w/ time.

— Read HOT MAPPING

— Copy sanecards

— Look at Internet web site

— Look at software

Software ——) if don't have access to MLS.

Contracts        Rick /Myke don't use

Get    Use CA contract
electronic

**TU-MAKAEFF1823**

Ex. 16 - 3716

Dick's Rules

1. Only deal w/ motivated people

2. Always make a profit going in
    (at at close of escrow or discount)

3. Always limit liability
    land trust → LLC → living trust

My house in living trust

CA → homestead automatically
    protects 50

County assessor's site → notarized → $10
Check → file homestead declaration

deed into living trust

title co. → draws up paperwork
    $50 - 100

- low end → cheaper to buy
    Cheaper to carry    but
    more profit          flip
    appreciation smaller

- middle → more to buy
    more to carry
    less profit
    appreciation bigger

- upper → more to buy
    more to carry       buy +
    no profit           hold
    Bigger appreciation

TU-MAKAEFF1824
Ex. 16 - 3717

4 ways to make $

1. wholesale →
2. retail →
3. lease to own →
4. FSBO →

Rick    3 bed 2 bath / 2 car garage
        1400-1900

Mike → Vegas Mgr. ⊙
Kevin Kelley  702 210 6958
⊙ Vegas Broker ⊙

**TU-MAKAEFF1825**

Ex. 16 - 3718

SATURDAY

Questions:

- Should I look into: Divorce
  Tax Lien
  Probate

  at county recorders office?
  RealtyTrac?

Santa Ana

median household income   43 K

median age   26             rates 50%

population   337,000

LB

income   37 K

renters   58%

age   30

pop   461,000

PRINT OUT JOHN'S DEAL

TU-MAKAEFF1826

Ex. 16 - 3719

If you can't rent for 1% of
purchase price don't do

100k Purchase
rent 1k — 10%

buy + hold

Duplex Houston + Fountainview
169k

appraised 170k

700 eastside (Market gets to 9l6s)
can go to 850

setting #40

1400-1500
not 1600 but diff bc of
financing

Pay off interest when I refinance

From
MIKE → get Agents → DC ISD

Cyclical states → 40% CA Vegas
some → rough FL
Counter cyclical stats → Texas)
↳ steady appreciation —
nice cash flow
Iresponse to get int

$170 \times 0.07 = 11,900$ buyer $ get

7% appreciation

HOUSTON( Strong job market
lowest unemployment rate in US.

119k appreciation in
10 yrs.

Rents increase ea year — cash
flow widens

USIS.biz

Vegas

USloan
Servicing
(service loans sell
to investors)

I can head to the bank for
better financing

I loan → in house loan but den
I do deed in lieu of foreclosure if
stop paying. (foreclosure won't
show up)

**TU-MAKAEFF1828**

Ex. 16 - 3721

USLs → sends payment into
mortgage company

300 k - price
we 200k to bank
/ put back down

financing
is
probably
company

sends payment to service co. to
mortgage co.

$10 charge

USLS in mortgage
40

helping
collect

history of payments for paper buys

TU-MAKAEFF1829

Ex. 16 - 3722

1 - bid
3 - best

__Long Beach__

1. Elementary school across street
Terme   lots of traffic

Biz Wanger

Asked him to offer

Extremely clean garage

2. Alleyway Harana

Pina rub site

Mike - disagree

3. 67th St.     15k invest rehab
buy +              rent $1400
hold      Broken inside      new hardware
           Marriott            6 panel
                                doors

10-15k    Clean bathtub
           Take out bathroom sink
           Take out
           Storm Cabinet  update lighting

Tears in it rooms

kitchen / bathrooms

Carpet / paint

20K          12K

7.8K         hard materials
1 day

TU-MAKAEFF1831

Ex. 16 - 3724

25 offers a month

300 a year

6 figures a month

Carabell offers

Marketing - How's the neighborhood

School - parks + rec

gyms

restaurants

close to school - gym - st.

walking distance

nearest store

TU-MAKAEFF1832

Ex. 16 - 3725

PROSPECTS

( . EMMA → (Call all down )

714 612 7979

heavenboundlady@hotmail.com

Call her re. 2 other properties besides 269k prop.

2. Don't have info on 2nd prop.

Calls from the ads —

EMMA — 714 · 612 · 7979
HEAVENBOUNDlady @ Hotmail
Can pay cash

Renee
714 · 725 5257
Has 20% down

Both need the other 2 properties
that we ran the ads on

TU-MAKAEFF1833
Ex. 16 - 3726

You talked to my partner Rick

Dan Copeland

$1500 (front)
$1500 (back) yard

leather
works

Interested in
properties

Tammy Allen
562-965-3852 cell
562-985-0205 home

TU-MAKAEFF1834

Ex. 16 - 3727



TU-MAKAEFF1835

Ex. 16 - 3728

Handyman
Special

Dan
310 924 2330

TU-MAKAEFF1836

Ex. 16 - 3729



TU-MAKAEFF1837
Ex. 16 - 3730

FBD — Lipstick + Rouge   LB

Central LA
213-323

Long Beach approx 1500 sq ft, 3 bed 2 bath
Needs lipstick ~~no~~ plastic surgery
owner will carry note, low down

540 Temple
LB

760 522 7425

311,900

TEMPLE

I poster (General)

OC

Looking for the right property without
bank financing?

Investor selling portfolio
Property in Orange County
Low Down

949 292 9402

8 months
housing reports
market reports

SBN   Chair
Dave W.

3% 169k

Rick + Mike

Debbie Novak

Don't send out Debbie's email

Send out

Assignment of contract

letter of demand in escrow

Great REALTOR   Have Her Call Dianne's Card =

FHA

used to moving in

Buyer's earnest # → 1% of purchase price

nonrefundable after due diligence

17 days in CA

automatically in CA contract

**TU-MAKAEFF1839**

Ex. 16 - 3732

(7.5%) → inter

$300,000 \times 0.075 = \$15,000 \div 12 \ \$1,250$

Tax rate — usually 1%

Metanos — can be 2%

Hpgnds.com — Ask Jack

Stay above $25k for profit

In pmp $100k + up (300k)

1st off

Trail shoes — Mike

Postcard

9.75% — set close to 10%
Since can't set financing gre tren home
rate

**TU-MAKAEFF1840**

Ex. 16 - 3733

Get higher interest rate from
buyer than I'm paying in
finance to deal.

3% down → 13% Interest (12-)

5% down → 11-12%

10% down
90% → 9.75% → finance above
current
debt +
service

I proportion term
lease option
↳ 2-5 yrs. is standard

Start w/ high down payment
90% → go down from
there

Interest only

selling on lease option

**TU-MAKAEFF1841**

Ex. 16 - 3734

FSBO— can't pay agent's commission
Then will pay 3% instead of 6%

Double escrow close

Simultaneously

I bring buyers to property
w/ in 10 days or 17 day due diligence

( Buyer didn't like "color of carpet"
Contingencies )
Contingent upon partner's inspection
approval.

HOME DEPOT

1. Midway White 3/8 + larger
   Fluoplates   10   @ 3.60

2. Switches 3-way — $20
   Leviton   $5.97 — 6 (Try to get 10)

3. Outlets — 10 — $3.60
   Leviton

4. Kitchen, Bathroom need GFCI
                              outlet
          3   $29   (Leviton)

Edgemont
52" white
fan

Master
bedroom
under $200
nicer - little more

5. Ceiling fans — under $100
   All white   $60

                          counter-clockwise
                          warm
                          clockwise
                          cold

                          bedrooms

6. Entry way light        master bedroom $200
                          fan
          match entry way + dining room
          under $200 ea.
          (can be $100)

**TU-MAKAEFF1843**

Ex. 16 - 3736

7. Bathroom lights attached to wall

7 under $100 brushed nickel

redo bathroom - use more expensive   $120

6 lights $40     4 light   [0 0 0 0]

Look for deals 50% off

8. Outside light

black + white

sides of garage door
front door         $ under 40 ea
back door

black w/

9. hallway lights

$ under 40   

10. 2 fluorescent bulbs $18 garage

**TU-MAKAEFF1844**

Ex. 16 - 3737

11. 6" in recessed lighting → $ 4 ⅔ each

3" m. ~~cheaper~~

(more expensive

12. proje fluorescent

4 unit    $40

for 2 car garage
2 if bigger

13. track lighting above sink (kitchen) if you want

○ ○ ○ ○    $50

14. Remnents Carpet (what's left —
                        no brand
                        name)

Beige or taupe

1.50 sq ft.    with padding

99¢ sq ft    good price

16. padding    ¢/sq ft    59

TU-MAKAEFF1845

Ex. 16 - 3738

$ 25 installation (or get cheaper)

15. $22 $50 window valances

2" faux wood blinds

[ for each $2 material, $1 labor ]

16. Garbage disposal - kitchen

under $100

InSinkErator big daddy $300

17. Hardware Towel racks

bathroom

toilet - hand - band towel

$50 - bathroom

$200 $50 Master bath (bathroom)

TU-MAKAEFF1846

Ex. 16 - 3739

18. kitchen 4 holes

under $200

brushed nickel

19. faucets ~~most~~ ~~$100~~

under $150-200 → presta bath

UH → less a bath ~~$40~~ $40

20. $~~100~~ 8-100 jacst bath

Under showerhead

$200              Master bath

~~I don't~~
~~prices~~
~~cost~~ washing      Sears / appliance pkg
machine          or AJ Madag
dryer            refrig      $1500
                 dishwasher
                 stove  microwave

21. crown
    molding    $4/linear foot
                        )installed

    baseboard  $4/linear foot

flat    14 ft ceiling - 6 in
        no
        design  8 ft ceiling  2-3 in

**TU-MAKAEFF1847**

Ex. 16 - 3740

22. Countertops
    @ 60-100

    60ft. to 1275ft.

    buy according to remnants

doesn't
include
installation
or
certain
installation
print

23.   $250 per window
           installed

      Goldwen
      Bella  parent/name  any brand make

10 windows → $2500

bathroom windows $99

24. Garage door opener
    $200

2 car garage          Chamberlain → Most people
double door                          know Genie
$1500

TU-MAKAEFF1848

Ex. 16 - 3741

25. interior door
    hollow door used for bedroom + closets

    $160 (plus installation)
    in the frame (if frames beat up)
    w/o frame $19-35

measure
no
standard
size

2 ft 2-4 in → wide

↓ ← → ↑ High 80 inches

26.    front door - thicker
       $100-150

       $136 - exterior

27. Locks — self locw — bedroom
            no lock — closet      } $50
            key lock — garage / front

            $150

TU-MAKAEFF1849

Ex. 16 - 3742

28.

3 beds Timberline make 1 sq ft.

10 x 10

30 sq ft → 90 beds

$250 Shingle against
sq

6. 7300 installed

29. Corbels — kitchen

Silver
brushed nickel

30. Insulation
45¢ sq ft.
wood studs garage

3. sheet rock — dry wall
dry wall

4 x 8
4 x 10
4 x 12

bathroom basement 5/8 in ceiling — thicker
1/2 in walls

TU-MAKAEFF1850
Ex. 16 - 3743

31. water heater $600 → $1000
    tankless → 6, 9, 12   when consumer industries

32. toilets $100
    seats $ ~~25~~ 5

33. bathroom sink
        $50
    pedestal sink $60-90

34. bathroom cabinets 1200
    w/ sink
    hardware $50

35.

    ~~5 gallon $15~~
    5 gallon $15 ← paint whole house →

        handyman no paint

36. shower $600 — unit

    bathtub B ~~200~~ 300
    B 400

    front door
    shower
    head
    $200

Buy Qualifier Plus IIIx
Model 3415
Online

608 E. 2nd St.

- App Package  $1500
- 10 windows  4 2500
- bathroom  × 5000-7000

$13,250.00

- Paint $1500
  model new $3000

- garage doors $1500

Rehab
$15000

"4000 test house?

TU-MAKAEFF1852

Ex. 16 - 3745

I set it up. Jack signs
demand

Email picture
force signs

310-A764708

810
995-9109

Prefreclosure ad
CALL
Real estate agent to buy for herself
At buy
227,900
623 N Evitt St.
Laura
(SA)
714 726-3340
median value comps
360,000

CALL   Handyman Special ad
(John) woods
203900
55   86 th St.
760 578-9692
UB
ensketa 3ga

Want to make sure we're treated well.
As listing agents as well for us Cash vendors
Heading here   Usly uninhabitable property   for quick sale.
Ask if want FHA loan — no commission
wants to rehab   can't qualify

Same   sq ft   400-500K + up   LB
condition
coverage   doesn't   people dish anything   westside
matter   broke down walks   Anaheim
REO/
bankruptcy   I v   all cash deal   Garden Grove
want to add   Attractive neighborhood
sq ft   likes   so someone wants to live there
Wife + him   3/2   not
bed   both necessary   work by email +
pdf files
Rick   return from office
← send contact   brixnstix @ hughes. net
info by email

**TU-MAKAEFF1854**

Ex. 16 - 3747

**☗TRUMP**
UNIVERSITY

Want to work w/ private money investors —
99% of day. You will buy, less say buy
will — w/ in 10-14 days. Ask when
best — time to call

want proof (receipt) of my
returns seller claims

Labeled for humanary → cheap
remodel
— buy cheap to upgrade property —

Put sign out Friday after 5
Pick up Sunday night
At intersections.

Put property on Craigs List
Buy house stuff on CL

Wood      | ebay      | Urban Liquidators
flooring  |           | / A Flowing

**TU-MAKAEFF2033**
Ex. 16 - 3748



TU-MAKAEFF2034

Ex. 16 - 3749



### THE TRUMP UNIVERSITY SCHOOL OF REAL ESTATE

## *Fast track* to FORECLOSURE INVESTING

## THE WORKBOOK

*This Workbook is the essential companion to your Fast Track to Foreclosure training*

## TRUMP
UNIVERSITY

TU-MAKAEFF0314

Ex. 16 - 3750



# FAST TRACK TO FORECLOSURE INVESTING
## 3-Day Training

## TABLE OF CONTENTS

### AGENDA DAY ONE

1. **Introduction and Overview**
   * A Look at Foreclosure Statistics
   * What Causes Foreclosure
   * Market Advantages in this Economy

2. **Understanding the Foreclosure Process**
   * Types of Foreclosures
   * Judicial Timeline
   * Non-judicial Timeline

3. **Locating Great Deals**
   * What Makes a Property a Bargain
   * Finding Real Estate with Motivated Sellers
   * Analyzing Lis Pendens

4. **Choosing an Area**
   * Determining Factors for Choosing an Area
   * Categorizing Neighborhoods as A, B, C, or D
   * Creating a Functional Plan

5. **Finding Properties**
   * The Shotgun Method
   * The Laser Method
   * The Advertising Method

6. **Contacting Owners**
   * Outbound Calls
   * Inbound Calls
   * In-person Meetings

### AGENDA DAY TWO

7. **Working with People**
   * Options for Homeowners in Foreclosure
   * Foreclosure Attitudes and Behaviors
   * Items You Must Get

8. **Structuring the Deal**
   * Establishing Property Value
   * Determining ARV
   * Contract Requirements

9. **Building a Buyer's List**
   * Ways to Find Buyers
   * Showing Properties
   * Assigning the Deal

10. **Understanding Short Sales**
    * Why Banks Sell Short
    * What You Need to Negotiate a Short Sale
    * The Short Sale Process

11. **Investing in Bank REOs**
    * Secrets to REO Success
    * Offer Language
    * Government REOs

### AGENDA DAY THREE

12. **Commercial Financing**
    * When to Use Commercial Financing
    * The Lender's View of LTV vs. True LTV
    * Working with Banks and Mortgage Brokers

13. **Quick Turning Real Estate**
    * 5 Ways to Quick Turn Real Estate
    The Difference Between Wholesaling and Retailing
    – Wholesaling
       Why Should You Wholesale?
       Wholesaling Basics
       Contract Clauses
    – Retailing
       Retailing Basics
       Principles of Retailing
       Retailing Examples
    – Options and Lease Options
       How Lease Options Work
       Seller and Buyer Benefits
       Three Profit Scenarios
    – Owner Financing
       Four Ways to Profit
       How You Can Work it
       The Due-on-Sale Clause

**TU-MAKAEFF0315**

Ex. 16 - 3751



1

**TU-MAKAEFF0316**

Ex. 16 - 3752



# Today's Agenda

- Introduction and Overview
- Understanding the Foreclosure Process
- Locating Great Deals
- Choosing an Area
- Finding Properties
- Contacting Owners

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

2

TU-MAKAEFF0317

Ex. 16 - 3753

**Introduction and Overview**

**TU-MAKAEFF0318**

Ex. 16 - 3754



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

3

TU-MAKAEFF0319

Ex. 16 - 3755



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

TU-MAKAEFF0320

Ex. 16 - 3756



# Foreclosure Headlines

**CNNMoney.com**
A Service of CNN, Fortune & Money

## Home prices: Down record 11%
The residential real estate market continues to deteriorate in 2008, with 20 key markets reporting steep drops.

### The New York Times
YOUR MONEY
The Foreclosure Pickings Are Plentiful but Not Easy

### Entrepreneur.com
Ripe Market?
Buying distressed properties can be a fruitful investment, but profiting is no simple matter. Make sure you've done your research.



As rates rise, home foreclosures surge
Adjustable-rate mortgages make it hard for many to make payments

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0321

Ex. 16 - 3757



## Notes:

DOM — days on market

6



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

7

TU-MAKAEFF0323

Ex. 16 - 3759



# 2008 Forecast

| Pre-Foreclosures | 368,317 |
| --- | --- |
| Sherriff Sales | 34,591 |
| Foreclosures | 204,239 |
| Bankruptcies | 279,970 |
| FSBO's | 57,252 |
| Tax Liens | 606,839 |
| Total: | 1,551,208 |

Source: www.foreclosure.com

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0324

Ex. 16 - 3760



# Understanding the Market

"*As always, today's a great time to invest in real estate - if you develop the right strategy. Foreclosures, REOs, distressed sellers, and of course, creating value remains a time-tested technique in down cycles. How can you capitalize on these emerging opportunities? Education and market knowledge. Certainly, prudence pays off. Whereas, fear of action never places you on the path to wealth.*"

—*Gary Eldred*

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

9

TU-MAKAEFF0325

Ex. 16 - 3761



# Market Perception





**BAD NEWS**

- Foreclosures are skyrocketing!
- DOM increasing
- Plunging home prices!
- Interest rates are not dropping!

**GOOD NEWS**

- More to choose from!
- Desperate sellers!
- Better property bargains!
- More renters

© 2008 Trump University

## Notes:

DOM — days on market

10

TU-MAKAEFF0326

Ex. 16 - 3762



# 6 Factors Causing Foreclosure

- Local economic conditions
- High debt-to-income ratio for homeowners
- Predatory lending
- Government-backed loan programs
- High loan-to-value mortgages
- Adjustable and low-interest rate mortgages

*2004-2006*
*peak of market*
*5 or ARM*
*Interest only rate loan*



© 2008 Trump University

## Notes:

*Homes are worth less than many paid for them.*

11

TU-MAKAEFF0327

Ex. 16 - 3763



# National Delinquency Survey

## First quarter 2008 statistics:

- The latest increases in delinquencies are being driven in part by falling home prices and rising unemployment. The U.S. economy lost 80,000 jobs last month, according to the Labor Department, the biggest drop in five years.

- Meanwhile, some 8.8 million borrowers had mortgages that exceeded the value of their homes in the first quarter, with the number expected to increase to 10.6 million in the second quarter, according to Moody's Economy.com

- The top states for foreclosures have high unemployment rates

Source: The Wall Street Journal                              © 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

12

TU-MAKAEFF0328

Ex. 16 - 3764



*Fast track to* FORECLOSURE INVESTING

# Unemployment and Foreclosures

| State | Foreclosure Rate | Unemployment Rate |
|-------|-----------------|-------------------|
| Florida | 7.03 | 4.6 (21nd) |
| Mississippi | 5.52 | 6.0 (4th) |
| California | 5.10 | 5.1 (5th) |
| Georgia | 5.39 | 4.9 (19th) |
| Michigan | 5.21 | 7.1 (1st) |



TRUMP UNIVERSITY

Source: Foreclosures, WSJ ; Unemployment Rate, CNN Money                © 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

13

TU-MAKAEFF0329

Ex. 16 - 3765



# Market Advantages

- Supply of motivated sellers
- Fair prices and negotiable terms
- Perceived current market conditions
- Aggressive financing
- Every class of neighborhood is affected
- Newer homes are available

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

14

TU-MAKAEFF0330

Ex. 16 - 3766



# Embrace the opportunity...

*"Every day, you'll have opportunities to take chances and to work outside your safety net. Sure, it's a lot easier to stay in your comfort zone, but sometimes you have to take risks. When the risks pay off, that's when you reap the biggest rewards."*

— *Donald J. Trump*

© 2008 Trump University

## Notes:

- Small risk = small $
- Big risk = big $

15

**TU-MAKAEFF0331**

Ex. 16 - 3767



## Notes:

Buy low + sell high in
buyer or seller's market

now: buyer's market

Make at least 25k per
month

16

**TU-MAKAEFF0332**

Ex. 16 - 3768



# This Student Jumped In

"Trump University taught me how to create a win-win situation by purchasing a home in the final stages of foreclosure. The homeowner owed $80,000 on the mortgage, and the bank was about to repossess the home. He also had $13,000 in medical bills, and he just couldn't pay. I knew I could sell the house for at least $30,000 more than the $80,000 he owed, and I wanted to do the right thing. The next day, I offered him $95,000, and he was thrilled to sign the contract. That day, I put a "For Sale by Owner" sign in the front yard. The very next day, I received an offer for $115,000. **My wife and I made $20,000 on our very first deal, and we helped a struggling homeowner.**"

— *Kevin and Dee Dee Andrews*



© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

17

TU-MAKAEFF0333

Ex. 16 - 3769



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

18



# Quotes to Ponder



"Most people get interested in stocks when everyone else is. The time to get interested is when no one else is. You can't buy what is popular and do well."

Warren Buffett



© 2008 Trump University

## Notes:

• No competition

Find properties before everyone else does

— before they get to foreclosure lists — lists which are old — he'll tell us how.

19



## Notes:

— This is the time to buy when
people are selling.
— When people buy, you sell.

20

TU-MAKAEFF0336

Ex. 16 - 3772



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

21

TU-MAKAEFF0337

Ex. 16 - 3773

Understanding the Foreclosure Process

TU-MAKAEFF0338

Ex. 16 - 3774





# Understanding the Foreclosure Process

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

22

TU-MAKAEFF0339

Ex. 16 - 3775



# What Is a Foreclosure?

**Foreclosure** is the legal process by which a borrower in default under a mortgage is deprived of his or her interest in the mortgaged property. This usually involves a forced sale of the property at public auction with the proceeds being applied to the mortgage debt.

© 2008 Trump University

## Notes:

— After 4 months no payment, get notice of default.
— Registered w/ county courthouse to take home. Letter on door - 15 days to vacate. Grab in 30 min. A lot of people lose all their stuff.

TU-MAKAEFF0340

Ex. 16 - 3776



# What Is a Lien?



**A lien** is an encumbrance on title to real estate. It is a legal right that a creditor or a unit of government has over specific real and personal property of a debtor as security for repayment of a debt or for performance of some act to which the debtor is bound.

© 2008 Trump University

## Notes:

Something owned on a debt - someone
put a lien on it.

— Do title search before buying
property.

24



# Types of Foreclosure

## Judicial

- A court will grant the foreclosure based on a hearing

## Non-judicial

- The deed of trust beneficiary files a notice of default with the county court house based on the "power of sale covenant" clause in the mortgage



*No judge*

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0342

Ex. 16 - 3778



# Judicial Timeline

| Days | Proceedings |
|------|-------------|
| Day 1 | Mortgage payment is due. |
| Day 16-30 | Late charges are assessed and the mortgage company begins to make contact with borrower. |
| Day 45-60 | A "demand" or "breach" letter is sent to the borrower. The borrower is given 30 days to pay the delinquent amount. |
| Day 90-105 | The lender hires a local attorney to initiate the foreclosure proceedings. |
| Day 150-415 | In states with judicial foreclosures, borrowers can get almost a year to settle their affairs before the sale. The wide time range is due to different state requirements. |
| Day 150–415 | After the public sale some states grant borrowers a "redemption period" in which they can still repurchase the property if they have the money. Others immediately force the previous borrower out. |

Source: Bankrate.com                    © 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0343

Ex. 16 - 3779



# Non-judicial Timeline

| Days | Proceedings |
|------|-------------|
| **Day 1** | Mortgage payment is due. |
| **Day 16-30** | Late charges are assessed and the mortgage company begins to make contact with borrower. |
| **Day 45-60** | A "demand" or "breach" letter is sent to the borrower. The borrower is given 30 days to pay the delinquent amount. |
| **Day 90-105** | The trustee files a default with The County Recorders Office. The debt notice may be advertised in the local paper. |
| **Day 150-415** | A public trustee's sale date is set and advertised. At the auction the property is sold to the highest bidder. |
| **Day 150–415** | After the public sale some states grant borrowers a "redemption period" in which they can still repurchase the property. Others force borrowers out immediately after the auction. |

Source: Bankrate.com

© 2008 Trump University

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0344

Ex. 16 - 3780



# The Clock Is Ticking

**Late Payment**

**Right of Redemption Period**

bank owed if does't sell
←**REO**
@ 5% list price

over in 5 min. have it now.

**Auction**

**Final Judgment**

4 months later

**Default**

**Complaint**

Lsheriff kicks them out.
Lots of vacant houses — payers walk out.

**Pre Pre Foreclosure**

**Foreclosure starts**

**Pre Foreclosure**

**Demand letter**

**Lis Pendens**

→Bank demands payment

pending lawsuit

© 2008 Trump University

**TRUMP** UNIVERSITY

## Notes:

— Pre pre closure — start talking to homeowner & buy house — help out
b/c you'll ruin ↓
Foreclosure ruins credit for 7-10 yrs.

— Auction — $ certain price they won't so below — attorney will put high bid & they give to bank.

— Cio ⟶ REO realtor banks wont deal w/ us directly.

28



## Notes:

SB 1137 — president just signed
President opening up FHA loans
so it's easier.

475 → yes → nationwide
729 → CA

Opens up value of property you can
apply for.
Can be up w/ 3.5%

— Great realtor submits packages + buys in
lots of buyers. 29

**TU-MAKAEFF0346**

Ex. 16 - 3782

**Locating Great Deals**

TU-MAKAEFF0347

Ex. 16 - 3783



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

30

TU-MAKAEFF0348

Ex. 16 - 3784



## Notes:

— Don't go on Internet – old + stale

— Get address + phone # – leads

For rent → Many be vacant, behind

on payments → how about a rent to

buy (unless slow ) — 8% interest on it

lease w/ option to buy So doesn't go

into another month — other lesser

will lease from me + I make

profit

— Craigs List – need phone #, no

emails.



# Finding Real Estate Bargains

- Work with Realtors
- Mail letters ✳
- Network in investment groups
- Obtain REO lists
- Attend auctions

*Later*

→ *from real estate broker*

© 2008 Trump University

## Notes:

→ Google — So once a month
access to hard money lenders +
private investors.
I'm a distressed property
buyer. — Looking for partners.

32

TU-MAKAEFF0350

Ex. 16 - 3786



# What Makes a Property a Bargain?

- Any type of property can be a real bargain
- What makes a property a bargain is a motivated seller

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

33

TU-MAKAEFF0351

Ex. 16 - 3787