

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0352**

Ex. 16 - 3788



# What Motivates Sellers?

- Pre-foreclosure
- Tenant Problems
- Divorce
- Job Transfer
- Job Loss

- Health
- Rundown Property
- Out-of-state Owner
- Inherited Property

© 2008 Trump University

## Notes:

Have to sell property to pay
estates bills

35

TU-MAKAEFF0353

Ex. 16 - 3789



## Locating Pre-foreclosures

| Type | Located by | Dealings | Advantages |
|---|---|---|---|
| Pre-Pre-Foreclosure | ✧ Advertising<br>✧ Word of Mouth | ✧ Owners<br>✧ Family Members | ✧ Unadvertised<br>✧ You are first<br>✧ Financing Options |
| Pre-Foreclosure | ✧ Advertising<br>✧ Word of Mouth<br>✧ Lis Pendens<br>✧ Realtors | ✧ Owner<br>✧ Realtors<br>✧ Family Members | ✧ Motivated Sellers<br>✧ Motivated Banks<br>✧ Deadlines<br>✧ Financing Options |
| REO | ✧ MLS<br>✧ Bank<br>✧ Relationship | ✧ Realtors<br>✧ Banks<br>✧ Lenders | ✧ No Emotions<br>✧ Motivated Seller<br>✧ Price |

*Fast track to* FORECLOSURE INVESTING

TRUMP UNIVERSITY

© 2008 Trump University

## Notes:

We make $ where we find out
where the pain is.
you'll run credit for 7-10 yrs.
I can get you out of your mortgage
Sign right here

ATN - authorization to negotiate
↓       form
we legally can call back - what they
owe & find out back payments & give
more time 36 to work out it

**TU-MAKAEFF0354**

Ex. 16 - 3790



# Lis Pendens

- **Lis pendens** is Latin for "a pending lawsuit"
- The filing of the lawsuit is the action taken by the lender that initiates the pre-foreclosure process

© 2008 Trump University

## Notes:

County courthouse - see lis
pendens online or mailing
list / email update

Tax properties

keep in touch w/ lists every
other week.

**TU-MAKAEFF0355**

Ex. 16 - 3791



# Locating the
# Lis Pendens Lists

Visit the local county government office and speak with the person who files and records the Lis Pendens.

- Is the list available online?
- Is there a foreclosure reporting service?
- Mailing list?
- Email update?

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

38

TU-MAKAEFF0356

Ex. 16 - 3792



# A Better Option

**Trump University's Investor's Edge Software**



© 2008 Trump University

## Notes:

You don't have to look at a house.
Banks don't look at it to give you a loan.

we look at numbers I can buy nationwide

Don't go to conventional banks right now.

— Updated every day.

39

TU-MAKAEFF0357

Ex. 16 - 3793



# Analyzing the Lis Pendens

- Date of filing
- Location
- Date of auction
- Amount of judgment
- Estimated property value
- Potential equity

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

40

TU-MAKAEFF0358

Ex. 16 - 3794

*Fast track to* FORECLOSURE INVESTING

# Questions

letter campaign every 2 weeks

90% of marketing on a property... price (not location anymore)

Think like a contrarian — act less than 95% of population

TRUMP UNIVERSITY

© 2008 Trump University

**Notes:**  we buy houses — b/s cos. then buy house.

~~1-800~~

lasuperiorcourt.com

NOD — LA county recorders office

title ng — notice for all defaults.

Don't get greedy — sell under others but still make profit

— Be a better rate negotiator

— PNB can stay w/ in 10 mi of where I live

— You're not looking to hold for 6 mntns.

Choosing an Area

TU-MAKAEFF0360

Ex. 16 - 3796

## Leads

FSBOs
For Rent
Rent to Buy
Lease to Buy
Lease/Purchase
Investors Special
Yard Sale
Garage Sale
Moving Sale
Divorce Sale
Vacant
Abandoned
Ugly House

Cross-Streets If no
address

**TU-MAKAEFF0361**

Ex. 16 - 3797



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0362

Ex. 16 - 3798



# Determining Factors

- Price
- Location
- Growth
- Rents
- Types of properties in the area
- Proximity to where you live
- Local government

© 2008 Trump University

## Notes:

*start where you live → know that area best.*

43

TU-MAKAEFF0363

Ex. 16 - 3799



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

44

**TU-MAKAEFF0364**

Ex. 16 - 3800

*Don't do*



# "D" Neighborhoods

- War zones
- High crime *Bars on windows watching*
- People around during the day *going smirge*
- Bars on the windows
- Bad reputation
- Properties will cash flow
- Management intensive
  *good luck collecting rent*

© 2008 Trump University

**Notes:** *paycheck to paycheck*

*Cret to inexpensive good profit*

45

TU-MAKAEFF0365

Ex. 16 - 3801



# "C" Neighborhoods

- Mix of nice and poor properties
- Local businesses
- Older properties
- More "owner situations"
- Blue collar workers
- Section 8 housing

*low income*
*gov subsidized*

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

46

TU-MAKAEFF0366

Ex. 16 - 3802



# "C" Neighborhoods

- Add value properties
- Appreciation
- Manageable management
- Flexible sellers
- Aggressive lending

*Negative amortization.*

© 2008 Trump University

**Notes:** *May be upside down facing foreclosure*

47

TU-MAKAEFF0367

Ex. 16 - 3803



# "B" Neighborhoods

- Mostly owner-occupied
- Empty during the day ~~during~~
- More amenities
- Chain restaurants and banks in the area
- Properties in need of repair stand out
- Greater appreciation
- Lower cash flow

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

48

TU-MAKAEFF0368

Ex. 16 - 3804



# "A" Neighborhoods

- Gated communities
- High price point
- Foreclosures will not stand out
- Smaller pool of buyers
- Appreciation may outpace the negative cash flow

*Tiger woods*

© 2008 Trump University

**Notes:**

*Exclusive gated*

*Smaller pool of buyers?*

49



# Neighborhood Matrix

|   | Appreciation | Cash Flow |
|---|---|---|
| A | High | Low |
| B | Average | Average |
| C | Average | High |
| D | Low | High |

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

50

TU-MAKAEFF0370
Ex. 16 - 3806



**Notes:**

51

TU-MAKAEFF0371

Ex. 16 - 3807



# Choosing an Area

- "C" areas are typically on the outskirts of "D" areas
- The change may be gradual or dramatic
  - Location
  - Architecture
  - Schools

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

52



# Choosing an Area

- "B" and "A" areas will be in locations that can support them
- May be interspersed with "C" properties
- May also be located by themselves in the suburbs or downtown

© 2008 Trump University

**Notes:**

— Start w/ C's
— SFR  or small mult units
— focus homes needing lipstick
  (painting doors etc...)

— DON'T use your own $.

53



# A Functional Plan

- Start with solid "C" areas
- Look for single family homes or small multi-units
- Focus on homes that need "lipstick" not "plastic surgery"
- Use creative financing and OPM to leverage available funds

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0374

Ex. 16 - 3810



**Notes:**

Way to
— wholesale?
— flip?
— rent?
— keep for appreciation?

1, 3, 5, 7, 10 yr.
interest only loans

TU-MAKAEFF0375

Ex. 16 - 3811



**Notes:**

He negoiate everything.

By lon

TU-MAKAEFF0376

Ex. 16 - 3812

**Finding Properties**

**TU-MAKAEFF0377**

Ex. 16 - 3813



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

57

TU-MAKAEFF0378

Ex. 16 - 3814



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

58



*Fast track to*
FORECLOSURE
INVESTING

# What Is the Shotgun Method?

- The shotgun method is a numbers game
  - Mailed            100
  - Responses         10
  - Potential         5
  - Purchase          1
- Direct mail
  - Letters, postcards, and gifts



TRUMP
UNIVERSITY

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0380

Ex. 16 - 3816



# Shotgun Letter Components

- Address to them personally
- Use unique looking envelope → *pink wedding*
- Appeal to their emotions
- Provide a solution to their problem
- Call to action
- Include your contact information

*Fast track to* FORECLOSURE INVESTING

TRUMP UNIVERSITY

© 2008 Trump University

**Notes:**

— Letterhead — company name
  Look sharp — nice paper

— back of envelope — look inside : cash

— create call to action / urgency

60

TU-MAKAEFF0381

Ex. 16 - 3817



# Key Shotgun Principles

## Image of your company

- The more "touches" the better
- Recognizable logo and letterhead
- Sell your ability to close fast with cash
- Fair and knowledgeable person

© 2008 Trump University

**Notes:**

Tell them
we'll Close w/in 30 days

They can Contact only
me

61

TU-MAKAEFF0382
Ex. 16 - 3818



# Shotgun Letter Goals

- Get them to open it
- Get them to contact you
- Get them to work with you
- Get them to sell their property to you

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

62

**TU-MAKAEFF0383**

Ex. 16 - 3819



# Shotgun Analysis

If you make $10,000 on a deal, then your numbers are very profitable.

- Gross profit                $10,000
- Total cost (.75 x 100)      $75
- Net profit                  $9,925
- Profit per letter           $99

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0384

Ex. 16 - 3820



# What Is the Laser Method?

The laser method focuses on a specific zip code or neighborhood.

- Solid "C" areas — *lower to middle income prop.*
- Growth areas
- High demand areas
- Strategy specific areas

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

64

TU-MAKAEFF0385

Ex. 16 - 3821



# Key Laser Principles

Equity position specific

- Judgment amount
- Assessment value
- After Repaired Value (ARV)
- Current value
- Focus on properties that have a large amount of equity → 40%

© 2008 Trump University

## Notes:

leave postcards at house
handwritten notes

65

TU-MAKAEFF0386

Ex. 16 - 3822



# Laser "Repetition"

Make as many "touches" as possible

- Postcards at the house
- Handwritten notes at the house
- Priority envelopes at the front door
- Letters in the mail
- Phone calls
- Personal visits

© 2008 Trump University

**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

66

TU-MAKAEFF0387

Ex. 16 - 3823



# What Is the Advertising Method?

- The advertising method gets the word out and gets people to call you, not the other way around!

- Use business cards, flyers, newspaper ads

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0388

Ex. 16 - 3824



# Advertising Method Benefits

- People who are in trouble call you
- No angry responses
- Access to unadvertised property
- Access to owners of vacant homes
- Cost effective

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

68

**TU-MAKAEFF0389**

Ex. 16 - 3825



# Driving Inbound Calls

*Fast track to* FORECLOSURE INVESTING

## I BUY HOUSES CASH

*I Buy Houses Fast and Can Solve Your Problems!*

**Fix-up Properties - Foreclosures - Tax Liens
Divorce - Any Condition - Any Area - Any Price**

### John Q. Public
3) 456-1234 Email: youremail@hotmail.com

## I Buy Houses Cash

**Fix-up - Foreclosures - Tax Liens
Any Condition - Any Area - Any Price**

*I Buy Houses Fast & Solve Real Estate Problems!*

**I CAN PAY CASH - OWNER FINANCE -
LEASE-PURCHASE - OR SELL YOUR HOME!**

Are You An Investor
Looking to Buy Great Deals?

**Call John at:
(123) 456-1234**

## Distribute
## Business Cards

## Run
## Newspaper
## Ads

© 2008 Trump University

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0390

Ex. 16 - 3826



# Sample Newspaper Ads

WE BUY HOUSES, OFFERS IN 48
HOURS. **FAIR AND FAST**
CALL JOHN NOW AT 263.333.3333

## STOP FORECLOSURE NOW!
CALL JOHN TODAY AT 263.333.3333

Solutions Real Estate, we STOP foreclosure.
Call John today for a free consultation. **263.333.3333**

**NEED OUT OF A PROPERTY FAST?**
Cash in 24 hours, offers in 5 minutes.
Call John today at 263.333.3333

© 2008 Trump University

## Notes:

USA Today

Real Estate investor seeks property
50-50 Split or
a finder's fee

70

TU-MAKAEFF0391

Ex. 16 - 3827

←

3 yr. lease w/ option to buy.

( You can advertise the property. )

[NO risk]          Flood the
                              market

— Set up 2 yr. lease option to buy w/ us.
    we can get another buyer in ~12 months.
    OR
    can give you another 12 months to get
    approved w/ your loan.

— We're going to bottom out in 6 mos.
    will be a seller's market
              2-3 months — get all retreats done.

    — 90 days to get lease option buyer —
        making payments or can keep trying.

⇒          You can do 4-5 / mo.

* This  strategy in this market is huge right
         now.

    [ I'll get two benefits.          w/ no $ due.
        total cash  $83
        total equity  $180 k
      ( $263 k ) / second total year one

    [ If someone buys it      →  total cash — $84k
next                                        total equity — 180 k
yr.  ( Double escrow closes — the co. will set up
        I pick up 90 k              $464k  in one / year
                                                         2

**Contacting Owners**

TU-MAKAEFF0392

Ex. 16 - 3828

Lease/option

No $ no credit no loans

subject to's
owner financing
lease options

→ We don't take title to property.
Find "for rent" market. Good for senior
market — buy own house — manage home
in LA 5 to 3 9 months.
Would you consider lease/option to buy?
35% say yes.

6 figure option system } 2 yr. plan

• 1 deal per month 5 k per deal
• 10 hrs a month of work to find properties
• $200 residual income per deal
• Buy 10% under market value
• sell 10% over market value

Ex.

Market value      $100,000
Purchase price    $90,000
Sell for a        $110,000
finance subject to
existing loan

lease option buy deposit      $5,000
Monthly mortgage             $900
Monthly lease payment        $1,100
Monthly residual income      $200

TU-MAKAEFF0393

Ex. 16 - 3829



**Notes:**

Lease/option —
Make $1 longer term

1 — Need highly motivated sellers otherwise
put in 30 day file — + auto responder

2 — Buy RE at _____ ?

75

**TU-MAKAEFF0394**

Ex. 16 - 3830



## Notes:

— Foreclosure — public record.
— Treat them as I want to be treated
— Could be divorce, job loss, death in family
— Not mail gets unpened.

Handwrite mail (envelope too)
Hand out 500 biz cards / mo.
Can knock on front door drop to → changes to more of default
postcard



# Outbound Calls

- Find the owners using the Internet or phone book
- Introduce yourself as an investor
- Ask to set a meeting

© 2008 Trump University

**Notes:** Always say "I'm real estate investor"
Don't say "foreclosure"
"Let's see what we can
do about this situation"

77

TU-MAKAEFF0396

Ex. 16 - 3832

*Guys bring jewles.*

## Fast track to FORECLOSURE INVESTING

# Inbound Calls

- Get caller's contact information and property address
- Gather details on the house and the financial situation
- Set an appointment to meet → *at that person's house (tomorrow if possible)*
- Don't talk numbers or negotiate

**TRUMP** UNIVERSITY

© 2008 Trump University

*Don't dress nice. If dress nice cuz they will try to get more out of you. Make them feel comfortable i.e. you're a service.*

**Notes:**

*Don't put "investment" in your co. name*

*how much they owe?*
*— 2nd mortgage?*
*— owe anyone else $?*

*Leave card — do flu appt. Diff options available — T/U come back in 2 days w/ more options.*

78



# In-person Meetings

- Introduce yourself as an investor and offer to help *Educate them*
- Ask to see the house
- Leave a business card and encourage the homeowner to call anytime



© 2008 Trump University

*Fast track to* FORECLOSURE INVESTING

TRUMP UNIVERSITY

## Notes:

— Landlord : be calm, ys property available — I have 1 appt available Sat. at noon, I have them all show up at same time but don't tell them.
— Don't follow them @ appt. Creates a frenzy.

easycredit.com
brcenter.com      ) Check
                    here
79

TU-MAKAEFF0398
Ex. 16 - 3834



*Don't budge on day of showing*

## Notes:

— Never advertise lease - options

— Buy FSBO list at Home Depot and Lowes

— open house kit

*Open house* — 5 big balloons 12-4 SAT-SUN

— bake cookies

— have brochure / resume of property

*Mature landscaping / ornamental plants*   *All features good — nothing bad*

*80*

*→ don't mention rat problems!*

TU-MAKAEFF0399

Ex. 16 - 3835



# What We Covered

✓ Introduction and Overview

✓ Understanding the Foreclosure Process

✓ Locating Great Deals

✓ Choosing an Area

✓ Finding Properties

✓ Contacting Owners

© 2008 Trump University

**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

81

TU-MAKAEFF0400

Ex. 16 - 3836



# Today's Agenda

- Working with People
- Structuring the Deal
- Building a Buyer's List
- Understanding Short Sales
- Investing in Bank REOs

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0401

Ex. 16 - 3837

**Working with People**

TU-MAKAEFF0402

Ex. 16 - 3838

Lease

monthly income

backend ll
to be back

Contracts

- lease option agreement retro
- residential lease agreement
- purchase & sell contract

Goal: Multiple streams of income

**TU-MAKAEFF0403**

Ex. 16 - 3839



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0404**

Ex. 16 - 3840



# Foreclosure Attitudes

- They are in denial

- They are in a very stressful situation

- They don't understand the consequences of foreclosure

- They can be defensive or proud

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

84

**TU-MAKAEFF0405**

Ex. 16 - 3841



# Foreclosure Options
## What can they do?

- Sell their home

- List with a Realtor

- Bring the loan current

- Make a plan with their bank

- Talk to an investor

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0406
Ex. 16 - 3842



# Foreclosure Behaviors
## What do they do?

- Nothing
- Wait until the last minute
- Continue to sink
- Keep quiet



© 2008 Trump University

TRUMP
UNIVERSITY

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

86

TU-MAKAEFF0407

Ex. 16 - 3843



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0408

Ex. 16 - 3844



# Talking Pointers

- Speak at their pace
- Let them finish talking before you ask another question
- Never interrupt
- Ask what they want



© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

88

TU-MAKAEFF0409
Ex. 16 - 3845



# More Talking Pointers

- Educate them

- Use a follow-up system

- Be prepared

- Always fill out a property research form

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0410

Ex. 16 - 3846



# A Profitable Phrase

"I understand there is a pending problem with your property. I have been able to help good people like you."

*Fast track to* FORECLOSURE INVESTING

**TRUMP** UNIVERSITY

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

90

**TU-MAKAEFF0411**

Ex. 16 - 3847



# Items You Must Get

- Loan numbers and lender contact information

- Authorization to negotiate

- Date of birth

- Last four digits of SSN

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

91

**TU-MAKAEFF0412**

Ex. 16 - 3848



# Pre-screen Sellers

- Information is the name of the game
- Use the property research form to gather information from the seller to determine if the property will work for you

@ 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0413

Ex. 16 - 3849



# Motivated Sellers

The property research form will also disclose the seller's motivation.

**Motivated**

**Not Motivated**





© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

93

**TU-MAKAEFF0414**

Ex. 16 - 3850



# Completing the Form

- Your goal is to cut right to the chase

- Let the seller know you need to collect some information from them before you can determine if the property meets your criteria

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

94

**TU-MAKAEFF0415**

Ex. 16 - 3851



# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

95

TU-MAKAEFF0416

Ex. 16 - 3852



Real estate investor
has opportunities
for 2 private ~~test~~ Investors
earn 14% or more .
(phone)
+ (email)

ADS

put ads
to establish
database
↓
may have
to hire
asst.

**Structuring the Deal**

Earn 14% or more
Investor seeks 2 private investors
#$# backed by solid real estate
( phone )
(email)

2 Investors — creates urgency /competition
they ~~need~~ need to qualify for me
need funding NOW

Bring 50% LTV
250,000 — buy
500,000 — custom
Sell a little below fair market
value

they'll trust judgments after a couple of
deals. They might have 5 6 projects
at the same time.

**TU-MAKAEFF0418**

Ex. 16 - 3854

→ mostly used
private
investors → more flexible

## PRIVATE $ INVESTORS

few hundred thousand a few
million available

— might be going into loan market
so looking for good return on
investment
nice LTV

— Put
Ads — Wall Street Journal — JU-F
in Older-senior yrs.

• LA Times

→ Ads in "capital wanted" section
" marketplace " section
" biz opp " section
✗ " investment property" section

Millionaire Magazine)
Rob Report       } run ad in back

**TU-MAKAEFF0419**

Ex. 16 - 3855



**Notes:** 12-20% interest

HARD money LENDERS

$ 65,000
.18
$ 11,700 interest

Short term loan to
12 month term
divide by 12 months
$975/mo.
interest only
x 3 Int only
$2,925

97



# Structuring the Deal

After you complete the **Property Research Form** and it looks as though this property will meet your criteria, it's time to go and inspect the property using the **Property Inspection Sheet**.

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

98

TU-MAKAEFF0421

Ex. 16 - 3857



## Property Inspection Sheet

*Fast track to*
**FORECLOSURE INVESTING**

- Walk through the property.
- Note repairs that need to be done.
- Follow the form layout.
- Add additional information to the back of the sheet.
- Write down everything; you will use these numbers to calculate your offer.

**TRUMP** UNIVERSITY

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

99

TU-MAKAEFF0422

Ex. 16 - 3858

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

100

TU-MAKAEFF0423

Ex. 16 - 3859



## Establish Property Value

- The importance of good repaired value can't be stressed enough

- Before you can make an intelligent offer, you must have a good idea of what you could sell, rent, or option the property for

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

101

TU-MAKAEFF0424

Ex. 16 - 3860



# Fair Market Value

**Fair Market Value** (FMV) is what someone will pay for a property in its current condition, with no repairs made at all

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

102

TU-MAKAEFF0425

Ex. 16 - 3861



# After Repaired Value

- **After Repaired Value** (ARV) is what someone will pay for a property after it is completely fixed, all repairs are made, and it is in a "ready to move in" condition

- ARV is the most important number; **the entire analysis** depends on this figure

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

103

TU-MAKAEFF0426

Ex. 16 - 3862



# Determining ARV

- Appraisal

- Comparables (Comps)

- Current listings

- FSBOs

- Investor software

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

104

TU-MAKAEFF0427

Ex. 16 - 3863



# Repaired Value Form

- Gather the prices of what homes have sold for in the area

- Then, transfer that information to the **All Cash Offer Worksheet** to determine the offer

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

105

**TU-MAKAEFF0428**

Ex. 16 - 3864

## Comparable Research Form

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0429

Ex. 16 - 3865



## All Cash Offer Form

- You can determine any cash offer by using the **All Cash Offer Form**

- It gives you all of the expenses associated with buying and selling real estate

- The form will calculate what you can offer for the property

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

107

**TU-MAKAEFF0430**

Ex. 16 - 3866

**All Cash Offer Form**

*Fast track to* **FORECLOSURE INVESTING**

TRUMP
ALL CASH OFFER (ACO)

Date
Property Address                                          City

1. After Repaired Value (Sales price after fix up)        $
2. Repair Expense (From Property Inspection Sheet)        $
3. Acquisition Expense (2% of repaired value)             $
4. Holding Expense (2% of repaired value)                 $
5. Hedge Expense (2% of repaired value)                   $
6. Closing Costs (2% of repaired value)                   $
7. Advertising Costs (1% of repaired value)               $
8. Realtor Commission (6% of asking price)                $
9. Payments for six months                                $

MAXIMUM OFFER BEFORE PROFIT                               $

10. Assignment Fee ($5,000+++)                            $
11. Retailer's Profit (15% of Repaired Value)             $

ALL CASH OFFER
Offer no more than 15% of repaired value.
                                        1st Offer   $
                                        2nd Offer   $

↪ Always keep your retailer in mind.
↪ Add back in 6% if there isn't a Realtor involved.
↪ Always stay in touch with the retailer to keep him/her interested.

© 2006 Trump University

**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0431

Ex. 16 - 3867



## Contracts

- Put the house under contract as soon as your offer is accepted

- Try to have the seller sign the contract quickly, before they accept a better offer

- A signed contract gives you "equitable interest" that allows you to assign, sell, or advertise the property

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

109

TU-MAKAEFF0432

Ex. 16 - 3868



## Contract Requirements

- Agreement
- In writing
- Lists the seller and buyer
- Property identification
- Purchase price
- Consideration
- Signatures

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

110

TU-MAKAEFF0433

Ex. 16 - 3869



## Possible Obstacle

Whenever you secure a contract with a seller, you stand a remote chance the seller may find another buyer who will give them a better price. Once you secure a contract with a seller, you usually don't have much contact with the seller except for keeping them updated and going to closing.

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

111

TU-MAKAEFF0434

Ex. 16 - 3870



# Affidavit & Memorandum

- An affidavit is a written statement to which the validity is sworn before an officer who is authorized to administer an oath or affirmation

- In this case, you are swearing to a Notary that you have a signed contract with the seller

- The affidavit clouds the title and protects the investor so the seller cannot sell the property to someone without passing a clouded title

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

112

TU-MAKAEFF0435

Ex. 16 - 3871

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

113

TU-MAKAEFF0436

Ex. 16 - 3872



**Notes:**

---

---

---

---

---

---

---

---

---

114

TU-MAKAEFF0437

Ex. 16 - 3873

Building a Buyer's List

TU-MAKAEFF0438

Ex. 16 - 3874



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0439**

Ex. 16 - 3875



# What Is a Buyer's List?

- A buyer's list is a database of potential buyers for your properties

- Building your buyer's list is as important as building your database of potential sellers

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

116

TU-MAKAEFF0440

Ex. 16 - 3876



## Your Goal

- Your goal as a real estate investor is to build a database of buyers that you can call on immediately when you have a property under contract

- To build your database, you have to know what potential buyers are looking for

**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

117

TU-MAKAEFF0441

Ex. 16 - 3877



# Finding Buyers

To find these potential buyers, use many of the marketing strategies used to find the motivated sellers:

- Newspaper ads
- Flyers
- Business cards
- Networking



© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

118

TU-MAKAEFF0442

Ex. 16 - 3878



**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

119



# Gathering Information

Use the Buyer's List Questionnaire to keep track of potential buyers and to record buyer preferences:

- Neighborhood
- Bedrooms/bathrooms
- Features

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

120

TU-MAKAEFF0444

Ex. 16 - 3880

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0445

Ex. 16 - 3881



# Using the Buyer's List

Once you have all the information, you can notify buyers when you have a property or go out and find one that meets their specifications.

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

122

TU-MAKAEFF0446

Ex. 16 - 3882



## Buyer Drive-bys

- Have a potential buyer drive-by before showing the property

- If the buyer likes the appearance and location, expect to get a call back

- Then, set up an appointment for them to see the inside

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

123

TU-MAKAEFF0447

Ex. 16 - 3883



## Showing Properties

- Arrive on time
- Introduce yourself
- Walk quickly through the home
- Give them the option to walk through by themselves
- If they decline, they aren't interested
- If they accept, they are interested

© 2006 Trump University

**Notes:** Let potential buyer first one *lay* more than three if.

124



## Assigning the Contract

- Assigning the contract is nothing more than passing the contract you have with the seller to another buyer

- For assigning your contract to another buyer, you will request an assignment fee

- Take the assigned contract to the title company, or wherever you are closing the deal

© 2008 Trump University

**Notes:** If paying less than 20k off property.

Do a sizzle closing - buyer, seller, + me all sign docs at the co.

1. purchase + sell agreement w/ seller
2.  "    "    "    w/ buyer     } do separate

Double closing - sit in sep. rooms w/ power of attorney so you don't have to show.

125

# Assignment of Contract

## ASSIGNMENT OF CONTRACT

**Notes:**

_purchase/sell agreement_

_lessor #_
_when inspection due_
_date of close_

_(and/or assigned) → contingencies are subject to financial partners approval_

_if don't put can't use this line_

126

_Contingent in short sale at REO._

© 2008 Trump University



# Closing the Deal

- Title companies are the most widely used businesses to close real estate transactions

- A title company researches the property's title to make sure that the title has no defects

© 2003 Trump University

**Notes:**

Assign REO

Send bank addendum to contract
(Buyer name) would like to put
property in (business name)

— Ary of REO + cont. of assignment/
contract

127

**TU-MAKAEFF0451**

Ex. 16 - 3887



**Notes:**

_____

_____

_____

_____

_____

_____

_____

_____

128

TU-MAKAEFF0452

Ex. 16 - 3888

— How to find motivated sellers —

1. Mailman
2. City + County building (notice of defaults)
3. Real estate agents
4. Wholesalers (prop. not selling w/in 90 days?)
5. Lawyers (divorce, probate...)
6. Bail bondsman (wants $, put up collateral → house)
7. ~~Probate~~ Pre-foreclosure
8. Foreclosure
9. Foundation repair companies
10. Sheriff / trustee sales (auctions)
11. Family + friends (acquaintances / members)
12. Banks
13. Websites
14. Bird-dogs (someone who knows about real estate ... they find
    properties doing FSBO or research + you give them referral fee
    if they produce.

6. → Needs to make payments

○ Re pre-closure → find out if word of mouth
   nns notice of default.

→ 9. Someone who's foundation needs to be
      repaired + house sold fast.

## GOALS

— Harvard Study. Those who wrote goals
succeeded 91% vs other class.

10yr goal — in 10 yrs. will have 10 houses

Buy 2 houses a year
  1 — Flip/Wholesale
      $30K profit

  2 — Buy / hold + rent out
      (May be under — neg. cash flow)
      rent is lower than mortgage

$100k today → in 10 yrs houses double
  2018        $200K
  2028        $400 K
  2038        $800 K

Mortgage will be going down + pos. cash flow
will be going up and up.

SS will be gone
(soc. sec)

TU-MAKAEFF0454
Ex. 16 - 3890



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0455

Ex. 16 - 3891



# What Is a Short Sale?

A **short sale** is when a lender takes less than what is owed on a property because carrying a bad loan can be expensive.

© 2006 Trump University

**Notes:** Short sale — every #100k that a bank can't collect

Fannie May Lend &    Freddie Mac

Banks  →  make high interest

US

$300,000,000.00  →  2% interest
60,000,000
36,000,000
130
600,000,000
$30,000,000  →  profit

$500,000 (property) monthly mortgage

*(margin note, left side, rotated):* we got 2% interest → name out at 12%

TU-MAKAEFF0456
Ex. 16 - 3892



# Why Sell Short?

- Lenders are not in the business to own and manage properties

- Cutting their losses may save them money in the long run

3,000,000
x .12 (%)
$360,000 yield

Year 1    3,360,000
x .12
403,200

© 2008 Trump University

## Notes:

3,763,200 x .12 = 451,

$4,214,294 x .12 = $505k

$4,700,000 x .12 =

$5,300,000 ——→ compounding over 5 yrs.

Anything below 10% interest should not be interested in

401 K IRA

131

TU-MAKAEFF0457

Ex. 16 - 3893



# Short Sale Scenarios

Lenders are more likely to discount a loan when:

- Significant repairs are needed
- The borrower has a provable hardship
- A strong offer is in place
- Paperwork is in order

© 2006 Trump University

**Notes:**

~~Casey $100,000~~

Banks are taking less $ on mortgages now & will and 2yrs furnnow

- If property has little to no equity
- Prove why they can't pay this.

132

TU-MAKAEFF0458

Ex. 16 - 3894



## What You Will Need

- Borrower financial statement
- Hardship letter → sample letter
- Comps
- Property photos

I can't afford this home

© 2006 Trump University

**Notes:** Find some 1-2 mos. behind in
payment - upside down - little equity
As in with 105% of owed balance
in total loan.
• It will show up on credit but not as
a foreclosure

Call + ask for supervisor of Loss + Mitigation Dept. on
Loan # _____ (at bank)
Request short sale packet from mentor
In expected state

133

**TU-MAKAEFF0459**

Ex. 16 - 3895



# What You Will Need

- Property inspection sheet
- Copy of contract estimates for repairs
- Copy of purchase contract
- Proposed HUD-1

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

134

**TU-MAKAEFF0460**

Ex. 16 - 3896



**Sample Hardship Letter**

---

SAMPLE HARDSHIP LETTER

January 8, 2008
Lender Name
Attn: Steve Banker, Loss Mitigation
1234 Highway 34 Suite 400 Dallas, TX 33333

Re: 1234 Main Street - Short Sale

Dear Lender:

I am writing to ask for your assistance in trying to sell my home. On September 10th of last year, I was in a car accident and was severely injured. The person who hit my car was uninsured. I have been out of work due to my medical problems. It is for this reason that I have not made my November, December and January payments. I have enclosed a copy of the accident report verifying the date of my injury. I've also attached a letter from my doctor indicating that I will be unable to return to work for several months.

I need your help in order to keep my home from foreclosure. I have tried listing the property with a Realtor, but have had little success because the house is in need of repairs and I am unable to fix up the property. It does not show well and I have not had any suitable offers, except from Ira Investor.

Steve Investor has offered me $150,000, subject to approval of LENDER Name accepting a short pay on my loan. I have no other funds to make up the difference between the balance owed and the purchase offer price. I will receive no cash or other consideration from this sale.

My telephone number is (123) 123-4567 and the best time of the day to reach me is between 12pm and 5pm, as I am in physical therapy in the mornings.
Thank you very much for your consideration and assistance in helping me save my home from foreclosure.

Respectfully,
Chris Motivated
Enclosures

© 2008 Trump University

---

## Notes:

Health

Job

Divorce

Has to sound really bad

135

**TU-MAKAEFF0461**

Ex. 16 - 3897



# Short Sale Process

- Contact the lender

- Sound confident, but ask questions about the lender's specific process

- Take down every name and number; you may be transferred many times

- If they are rude, it's by design; they want to keep most people away

- Request a short sale packet

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0462

Ex. 16 - 3898



# Short Sale Tips

- Organization, presentation of the property, and your price justification are very important

- However, persistent follow-up is the KEY

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

137

TU-MAKAEFF0463
Ex. 16 - 3899



## Short Sale Example

| Example | Original | Short Sale |
|---------|----------|------------|
| First Note | $150,000 | $100,000 |
| Second Note | $25,000 | $20,000 |
| Total Debt | $175,000 | $120,000 |

### $55,000 Discount

© 2008 Trump University

**Notes:**

James has taken 2nd mortgage
down to BK — they just want to sell
(w something.)

(Short Sale!)
— Little or no competition
— No $ risk
— No holding/costs
— No rehab or repairs
— Cash at closing

138

TU-MAKAEFF0464

Ex. 16 - 3900



Short sale

Little equity or upside down

**Notes:**

Traditional Investing
— Buy and hold
— Fix + Flip
— Construction Costs
— Holding Costs
— Money at Risk

139

**TU-MAKAEFF0465**

Ex. 16 - 3901

What can U discount?

Liens
Judgments
mortgage
Notes
Credit card

Judgment collection business

— You can get a discount + add 50%
— Hire skip tracer → find people
  who owe judgments → then
  discount judgment + set off.

No risk, inventory...

Bank wins
homeowner wins
investor wins

**TU-MAKAEFF0466**

Ex. 16 - 3902

Bank will send forbearance agreement.

$2,200 \rightarrow 2875$

1) Get some back payment → bring you up to speed.

Review can't afford + they have dual payments 2 years.

DO NOT go for bank forbearance agreement.
Every bank will offer this.

— Bankruptcy postpones foreclosure not sale.

— Deed in lieu of foreclosure ↗
foreclosure shows up on credit report.

What happens w/ short sale on credit report

A. Debt is settled for less than what is owed

OR

30 – 60 – 90 Day late pay

Better than foreclosure

Sign an ATN

TU-MAKAEFF0467

Ex. 16 - 3903

Why would banks accept shorts?

1. Too many defaults
2. Declining house market
3. Borrower could damage property

Lender will LOSE $ no matter what.

Identify short sale candidate

Little to no equity in home
Can't afford payments
overvalued

Talk w/ sellers

— Talk to phone first, would u consider a
short sale: tell them it's their last
brain

Prepare short sale package
— Lender will send it to you.
&— sequential! order — submit

TU-MAKAEFF0468

Ex. 16 - 3904



**Notes:** Short sale
— Get title report
— Do not order an O+E (Owner +
Encumbrances

∘ Final buyer
∘ Finance
∘ Right contracts
∘ Great title Co.

Tell bank - ① They can't afford payments
(win case w/     ② It's overvalued-
bank)

140

TU-MAKAEFF0469

Ex. 16 - 3905



# Secrets to Success

- Knowledgeable Realtor
- Strength of offer
- Timing of offer
- Number of offers

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

141

TU-MAKAEFF0470

Ex. 16 - 3906



# Using a Realtor

Five reasons Realtors don't work for investors:

- Unclear guidelines for properties
- Unable to make a decision
- Unrealistic expectations
- Uneducated Realtor
- Unrealized return

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

142

TU-MAKAEFF0471

Ex. 16 - 3907



# Using a Realtor

Five reasons Realtors work diligently for investors:

- Clear guidelines for properties
- Ability to make quick decisions
- Respect for their time
- An understanding of your business and financing
- RETURN

© 2008 Trump University

## Notes:

REO realtor—get me
for each area

I can close w/ in 30 days with
all cash if I'm interested
+ your property qualifies. → LTV 65%

Want the fresh listings before they
get on MLS

143

* Don't disclose where got it. "Don't
worry about that" "I am the bank!"

TU-MAKAEFF0472

Ex. 16 - 3908



# Strength of Offer

- If they ask for earnest money or more

- All cash offers

- Closing within 45-days or sooner

- Short inspection timeframe

© 2008 Trump University

**Notes:**

REOnetwork.com

get list – drive by property
take pic – outside
inside always worse

Banks sell REOs as is

85% of list price is the offer
100k    offer 85k

Banks usually 88-90% of list price
can it be lost

144

**TU-MAKAEFF0473**
Ex. 16 - 3909



# Timing of the Offer

- Towards the end of the month

- Before a holiday

- After a price reduction

- After an offer fell through

- After a much lower offer

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

145

TU-MAKAEFF0474

Ex. 16 - 3910



# Number of Offers

- The more offers you write on different REOs, the greater the chance of finding a motivated bank

- If you look at 10 REOs, write offers on all 10 properties

© 2006 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0475**

Ex. 16 - 3911



## Writing Multiple Offers

- Offers are given to entice a response, not to get accepted

- Be quick to write an offer but slow to go under contract

- You must have a Realtor who is willing to write multiple offers at once

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

147

TU-MAKAEFF0476

Ex. 16 - 3912



# Offer Language

- Earnest money to be delivered within three days of offer acceptance
- Offer subject to buyer's walk through and approval of the property within three days of offer acceptance
- If the inspection reveals deficiencies in the property which Buyer, in its sole discretion is unwilling to accept, then Buyer shall have the right to terminate the Purchase Agreement by providing notice to Seller. This condition is for the benefit of Buyer and may be waived by Buyer in its sole discretion

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

148

TU-MAKAEFF0477

Ex. 16 - 3913



# Government REOs

- Veterans Affairs
- Fannie Mae
- Freddie Mac
- HUD

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

149

TU-MAKAEFF0478

Ex. 16 - 3914



# Assigning a Bank REO

- Offer is written in corporation's name

- Offer is accepted

- Corporation completes an "Assignment of Contract" with new buyer

- Corporation's Realtor submits an addendum to the bank stating the corporation has decided to title the property under the new buyer's name

- New buyer closes on the property

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0479

Ex. 16 - 3915



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0480

Ex. 16 - 3916



# What We Covered

✓ Working with People

✓ Structuring the Deal

✓ Building a Buyer's List

✓ Understanding Short Sales

✓ Investing in Bank REOs

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0481

Ex. 16 - 3917



# Today's Agenda

- Introduction and Overview
- Commercial Financing
- Quick Turning Real Estate
  - Wholesaling
  - Retailing
  - Options and Lease Options
  - Owner Financing

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

153

TU-MAKAEFF0482

Ex. 16 - 3918

**Commercial Financing**

**TU-MAKAEFF0483**

Ex. 16 - 3919



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0484**

Ex. 16 - 3920



# Financing Overview

- 1 in 12 people try to start a business
- Where do these people go for funding? Commercial lenders
- What is the commercial banker looking for? Confidence in the individual's trustworthiness

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0485

Ex. 16 - 3921



# Commercial Financing

| Core Skills | Investing Culture | Structure |
|---|---|---|
| Fair Market Value | Immediate Profit | Asset Protection |
| Property Evaluation | Time | Commercial |
| Market Evaluation | Wealth | Rehab Knowledge |
| Choosing an Area | Freedom | Accounting |
| Structuring a Deal | Power to Give | |
| Financing Options | Tax Benefits | |
| Exit Strategies | Power to Control Destiny | |

© 2008 Trump University

**TRUMP** UNIVERSITY

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

156

TU-MAKAEFF0486

Ex. 16 - 3922



# Local Bank Financing

- Local community banks
- Privately held banks
- Asset-based lender
- Residential and commercial lender

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0487

Ex. 16 - 3923



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0488**

Ex. 16 - 3924



# What Is Loan to Value

**Loan to value** (LTV) is a mathematical calculation which expresses the amount of a first mortgage lien as a percentage of the appraised value of real property.

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0489**

Ex. 16 - 3925



# How Lenders See LTV

| | |
|---|---|
| Purchase price | $200,000 |
| 80% LTV | $160,000 |
| Down payment | $40,000 |
| Value | $250,000 |

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0490

Ex. 16 - 3926



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0491

Ex. 16 - 3927



# Thoughts on Financing

- The type of properties you choose to work with will drive the type of financing you choose to use

- In real estate, you can't wait until you need the relationship to build it. Build it now, so the relationship is there when you need it

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

162

TU-MAKAEFF0492

Ex. 16 - 3928



# Financing Example

| | |
|---|---|
| After Repaired Value | $145,000 |
| 80% LTV | $116,000 |
| Rehab needed | $16,000 |
| Purchase price | $92,500 |
| Cash at closing | $23,500 |

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0493

Ex. 16 - 3929



# Mortgage Brokers

- Work with brokers based on referrals
- Mortgage brokers are paid when you close
- Very unregulated industry
- Same programs with relationship

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

164

TU-MAKAEFF0494

Ex. 16 - 3930



# Bankers

- Develop many relationships
- Bankers are salaried employees
- Banking is a regulated business
- Different programs with relationships

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

165

**TU-MAKAEFF0495**

Ex. 16 - 3931