

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0496

Ex. 16 - 3932

Determining ARV

Appraisal based on comps —
current listings
FSBOs

Repaired value form
all cash offer form

property appraiser's website

Stopped using lead paint in 1978.

Quick Turning Real Estate

TU-MAKAEFF0497

Ex. 16 - 3933



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0498

Ex. 16 - 3934



# 5 Ways to Quick Turn

- Wholesaling
- Retailing
- Options
- Lease options
- Owner financing

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

168

TU-MAKAEFF0499

Ex. 16 - 3935



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0500
Ex. 16 - 3936



# What Is a Wholesaler?

**A wholesaler** is someone who sells goods or services in bulk or large quantities to a retailer at inexpensive prices.

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

170

TU-MAKAEFF0501

Ex. 16 - 3937



# What Is a Retailer?

**A retailer** sells goods or services to new consumers in small quantities at a much higher price.

© 2008 Trump University

## Notes:

---

---

---

---

---

---

---

---

171

**TU-MAKAEFF0502**

Ex. 16 - 3938



# The Difference?

- **Retailers** buy goods and services at a price where they can still make a profit when they resell to the new consumer
- **Wholesalers** exist because retailers don't have the time or means for finding goods or services at a discounted price

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

172

TU-MAKAEFF0503

Ex. 16 - 3939



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0504**

Ex. 16 - 3940



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0505

Ex. 16 - 3941



# Wholesaling Basics

- Locate properties (usually needing repairs) and pass them to investors/landlords at prices well below market
- A good option for those without great credit, partners, or cash

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

175

TU-MAKAEFF0506

Ex. 16 - 3942



# Why Wholesaling?

- Unless you have access to a large credit line, partners, or real cash, you can't buy a lot of the great deals
- Instead, tie up the property with a contract, and then look for a new buyer to give you more money than what you have to give the seller

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

176

**TU-MAKAEFF0507**

Ex. 16 - 3943



# Contract Clauses

- Wholesalers need to have an assignment clause in their agreements with the seller
- Assignment clauses allow you to sell your contract to a new buyer without first buying the property, owning the property, or taking title to the property

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0508

Ex. 16 - 3944



# Clause Examples

Here are two examples of clauses I use:

- John Q. Public and/or Assigns
- Subject to my financial partner's approval

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0509

Ex. 16 - 3945



# Wholesaling Example

| | |
|---|---|
| Sales price (with seller) | $100,000 |
| Sell contract to new buyer | $120,000 |
| Your profit at closing | $20,000 |

*Note: The new buyer brings all the money to the closing. Your profit is simply the difference between the contract price with the seller and the new buyer.*

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0510

Ex. 16 - 3946



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0511

Ex. 16 - 3947



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0512

Ex. 16 - 3948



# Retailing Basics

- Locate and rehab houses in need of repairs
- Sell to new qualified buyers at retail prices

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0513

Ex. 16 - 3949



# Retailing Principles

- Retailing is one of the hardest aspects of real estate to get into
- You have to have access to money to:
  - Buy and repair the property
  - Manage contractors
  - Carry the property until it sells

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

183

TU-MAKAEFF0514

Ex. 16 - 3950



# Retailing Example

| | |
|---|---|
| Purchase price | $100,000 |
| Repair cost | $20,000 |
| Sales price | $150,000 |
| Profit | $30,000 |

*Note: Your profit is simply the difference between the purchase price plus repairs and the price you sold it for after fix up.*

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0515

Ex. 16 - 3951



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

185

**TU-MAKAEFF0516**

Ex. 16 - 3952



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0517

Ex. 16 - 3953



# All About Options

- An option is the right to purchase a property under specific terms within a certain time frame
- Optioning is similar to wholesaling except you are working with nice homes in nice neighborhoods, needing no repairs — a must in this business

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

187

TU-MAKAEFF0518

Ex. 16 - 3954



# Option Example

- Sales price (with seller)        $200,000
- Sell contract to new buyer       $225,000
- Profit at closing                $25,000

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0519

Ex. 16 - 3955



# What Is a Lease Option?

- A lease option is a lease agreement combined with a purchase agreement
- You take control without taking title

© 2008 Trump University

**TRUMP** UNIVERSITY

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

189

TU-MAKAEFF0520

Ex. 16 - 3956



# How it Works

- Buyer leases the property (usually for one to three years)
- Buyer then has the right (option) to purchase the property on or before the end of that agreement

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

190

TU-MAKAEFF0521

Ex. 16 - 3957



# Seller Benefits

- Receive full price for the property
- Receive higher than usual rent for the market
- Receive a non-refundable down payment
- Receive positive cash flow

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

191

TU-MAKAEFF0522

Ex. 16 - 3958



# Seller Benefits

- Incur little or no maintenance costs or repairs
- Avoid management headaches
- Retain title
- Build equity every month

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

192

TU-MAKAEFF0523

Ex. 16 - 3959



# Buyer Benefits

- Very low down payment (0-5% vs. 10-30%)
- No bank qualification
- Rent money is working for you as a rent credit
- Down payment is credited
- Price protection

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0524

Ex. 16 - 3960



# Buyer Benefits

- Profit from any appreciation
- Time to check out the home and the neighborhood
- Time to obtain the best financing
- No taxes to pay

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

194

TU-MAKAEFF0525

Ex. 16 - 3961



# Lease Option Scenarios

Lease options work best when sellers are in these situations:

- Renting their home
- No or little equity in the home
- Don't need all cash right now
- Job transfer and the need to move quickly

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

195

**TU-MAKAEFF0526**

Ex. 16 - 3962



# Lease Option Scenarios

Lease options work best when sellers are in these situations:

- Behind on monthly payments
- Trying to buy another home
- Can't sell their home
- Don't want to pay a capital gains tax today

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

196

TU-MAKAEFF0527

Ex. 16 - 3963



# Profit Center #1
# Down Payment

## EXAMPLE: BETWEEN SELLER & INVESTOR

Sales Price          $100,000
**Down payment**     **$2,000**
Monthly              $900
Term                 3 years

## TERMS BETWEEN INVESTOR & NEW BUYER

Sales Price          $110,000
**Down payment**     **$4,000**
Monthly              $1,200
Term                 1 year

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0528

Ex. 16 - 3964



# Profit Center #2
# Monthly Rent

**EXAMPLE: TERMS BETWEEN SELLER & INVESTOR**

| | |
|---|---|
| Sales Price | $100,000 |
| Down payment | $2,000 |
| **Monthly** | **$900** |
| Term | 3 years |

**TERMS BETWEEN INVESTOR & NEW BUYER**

| | |
|---|---|
| Sales Price | $110,000 |
| Down payment | $4,000 |
| **Monthly** | **$1,200** |
| Term | 1 year |

© 2008 Trump University

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

198

TU-MAKAEFF0529

Ex. 16 - 3965



# Profit Center #3
# Sales Price

**EXAMPLE: TERMS BETWEEN SELLER & INVESTOR.**

| | |
|---|---|
| **Sales Price** | **$100,000** |
| Down payment | $2,000 |
| Monthly | $900 |
| Term | 3 years |

**TERMS BETWEEN INVESTOR & NEW BUYER.**

| | |
|---|---|
| **Sales Price** | **$110,000** |
| Down payment | $4,000 |
| Monthly | $1,200 |
| Term | 1 year |

© 2008 Trump University

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0530

Ex. 16 - 3966



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

200

TU-MAKAEFF0531

Ex. 16 - 3967



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

201

TU-MAKAEFF0532

Ex. 16 - 3968



# About Owner Financing

- When you owner-finance properties from sellers, you can buy property without a credit check or applying for a loan
- Using owner financing allows you to buy as many properties as you can get your hands on

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF0533**

Ex. 16 - 3969



# Buyer Benefits

- Little to no money down
- Low fixed interest rate
- No bank qualification
- No credit check
- Lower closing costs
- Won't show up on your credit report
- Easy to sell to another buyer

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

203

TU-MAKAEFF0534

Ex. 16 - 3970



# Why Sellers Agree

- They don't need all cash upfront
- They don't want to pay capital gains
- Prevent foreclosure
- Divorce
- Out-of-town owners

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

204

TU-MAKAEFF0535

Ex. 16 - 3971



# Why Sellers Agree

- Experiencing health problems
- No equity
- Home needs repairs and they can't afford to fix it
- Need to move quickly



© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0536

Ex. 16 - 3972



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0537

Ex. 16 - 3973



# Owner Financing
## Real Estate

| Example | Seller/Yo | You/New Buyer | Profit |
|---|---|---|---|
| Down Payment | $0 | $15,000 | $15,000 |
| Monthly Payment | $1,500 | $1,800 | $300/month |
| Sales Price | $250,000 | $300,000-$15K (down) | $35,000 |
| Term | 20 Years | 5 Years | |
| Assume the interest rate between you and the seller and you and the buyer are the same | | | |
| Total Profit after 5 Years | | | $68,000 |

© 2008 Trump University

# Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0538

Ex. 16 - 3974



# How You Can Work It

- Simple assumption
- Seller take back
- Assumption/Seller take back
- Wraparound mortgage
- Split funding
- Subordination
- The Friends Cash Flow System

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

208

TU-MAKAEFF0539

Ex. 16 - 3975



# What Is Due on Sale?

- The due on sale clause is a paragraph in the mortgage or deed of trust which gives the lender the power to call the entire loan due if title is transferred without the lender's permission
- Usually requires the buyer to pre-qualify to assume the loan

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

209

TU-MAKAEFF0540

Ex. 16 - 3976



# Is it Enforced?

- Rarely will a lender call a loan if the payments are current, but it's possible
- Most lenders use third-party servicing companies to handle payments
- Calling loans due is not profitable

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

210

TU-MAKAEFF0541

Ex. 16 - 3977



## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF0542

Ex. 16 - 3978



# What We Covered

✓ Introduction and Overview
✓ Commercial Financing
✓ Quick Turning Real Estate
  • Wholesaling
  • Retailing
  • Options and Lease Options
  • Owner Financing

© 2008 Trump University

## Notes:

_____

_____

_____

_____

_____

_____

_____

_____

212

TU-MAKAEFF0543

Ex. 16 - 3979

**Appendix**

**TU-MAKAEFF0544**

Ex. 16 - 3980

Date: _____

Dear Sir / Madam:

The reason for this letter is to introduce myself to you. My name is _____ from _____ Company. I am the owner of the aforementioned business, and believe I may be of benefit to you. I understand that you are a licensed Divorce Attorney in the _____ County area. I am sure you must represent clients who are eager to divorce and as a result, want to liquidate their assets quickly.

That's where I can be of assistance to you. We are a Real Estate Investment Company that buys single and multiple dwelling homes for all CASH in any condition. We can facilitate a quick settlement, usually within fifteen days.

If you think I may be of benefit to your clients in any way to facilitate their Real Estate Asset Liquidation, please contact me on my direct number _____. I look forward to hearing from you and discussing how I may be of assistance.

Sincerely,

_____

On the date of _____ before me, personally came _____ and _____ to me known to be the individual described in and who executed the foregoing instrument, and who acknowledged to me that the execution therefore by such individual(s) was done voluntarily for the purposes therein expressed.

Affirmed to in lieu of oath before me.

_____

Print Name Below Signature
Notary Public

2

TU-MAKAEFF0546

Ex. 16 - 3982

# ASSIGNMENT OF CONTRACT OF SALE

## TO

WHEREAS_____, (hereinafter "Assignor"), with an address of
_____, County, is the buyer, and offers this
Contract of Sale for the purchase of the real property located at_____,
known on the tax map as Block:_____ Lot: _____, City of_____ , County of
_____ (hereinafter the "Premises"); and

WHEREAS_____, (hereinafter "Assignee") with an address of
_____ is desirous of purchasing the Premises; and

WHEREAS_____, with an address of _____ ,
_____is the Seller of the aforementioned Contract of
Sale;

IT IS hereby agreed that:

    1. The rights and liabilities set forth in the Contract of Sale shall be assigned from Assignor to
Assignee for $_____ and other good and valuable consideration paid by
assignee, receipt of which is hereby acknowledged; and

    2. Upon Payment of the $_____ purchase price by the Assignee to
the Seller, the Seller is hereby authorized to issue and deliver a deed to _____
(Assignee) in lieu of issuing a deed to Assignor,

    IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

WITNESSETH
Assignor(s)                                    Assignee(s)

_____            _____

By: _____              By: _____

Company: _____              Company:_____

STATE OF _____
COUNTY OF _____

1

TU-MAKAEFF0547

Ex. 16 - 3983

## *Only $1000 Down*

### STOP RENTING

## Own Your Own Home Today!

## 1 – 4 Unit Homes Ready To Go!

## Call Today #800-555-5555

---

### *Own Your New Dream Home!*

# STOP...

## Making Your Landlord RICH!

## Buy Today $1000 Down Only

## Call Now #800-555-5555

---

# $1000 Down Only...

## To Be A HOMEOWNER

## All Closing Costs Included!

## For Info #800-555-5555

**TU-MAKAEFF0548**

Ex. 16 - 3984

# JOINT VENTURE AGREEMENT

**PREMISES:**_____

**WHEREAS,** _____, (hereinafter
"_____") with a business address of _____
_____, was the Buyer on a Contract of Sale with _____
_____, for the purchase of the real property located at _____
_____ (hereinafter the "Premises"); and

**WHEREAS,** _____, (hereinafter "_____") with a
business address of c/o _____, is desirous of
purchasing the Premises; and

**WHEREAS,** _____assigned its interests in the Contract of
Sale for the Premises to _____; and

**WHEREAS,** _____paid a deposit of _____
toward the purchase price of the Premises:

IT IS hereby agreed that:

1. _____ shall perform under contact of sale for the

   purchase of the Premises, and pay the purchase price ($_____ ), subject to

   any adjustments including but not limited to, real estate taxes, title insurance,

   recording fees, and attorney's fees;

2. _____ shall receive a credit or payment for the

   $_____ deposit;

3. _____ shall pay up to $_____toward the repairs and

   renovations of the premises (hereinafter "Repair Expenses").

4. The Repair Expenses and Operating Expenses shall be paid directly to the

   vendor upon presentation of the invoice;

5. _____ shall manage the Premises.  The duties of

   _____ shall include, but not limited to, keeping true

   records and books of accounts, contract for all repairs at customary terms and

   rates, submit the contractor invoices to _____ find a

   purchaser, and otherwise tend to the Premises;

6. _____ shall provide written status reports to

   _____ every two weeks after the purchase of the

   Premises:

**TU-MAKAEFF0549**

Ex. 16 - 3985

7. _____ shall find a buyer for the Premises, and the closing

of the sale shall take place within ____ months of the closing of the purchase

(the only exceptions being war, strike, or severe weather conditions which make

performance infeasible). _____ shall accept any offer of

purchase in the minimal amount of $_____, subject to mortgage approval

and timely closing.  Any decision whether to accept or reject a purchase offer

below $_____ shall be in the sole discretion of _____;

8. Upon closing of the sale of the premises, _____ shall be

entitled to _____ (50%) and _____ shall be

entitled to _____ (50%) of the net profit.  Net profit shall be

defined as the proceeds from the resale, plus rents (if any), less invested dollars,

improvements, financing costs, taxes, insurance, water, sewer, electric, governmental and
environmental payments, professional fees including engineering, architectural, and legal, real
estate transfer fee, and closing related fees._____ shall pay marketing
costs and real estate commission, if any, associated with the sale of the Premises;

9. _____ shall not be entitled to a general contractor's fee

or any other fee other than that set forth I connection with the performance of

its duties;

10. In the event the resale closing does not take place pursuant to this agreement

within ____ months of the date of the closing of the purchase,

_____ share of the net profit shall be reduced by $100.00 per

each day exceeding ____ months.  In the event the closing of the resale does

not take place within eleven months of the date of the closing of the purchase,

_____ duties shall cease, and it shall not be entitled to any

share of profits upon resale or any other form of compensation;

11. Any disagreement, dispute or controversy between _____

and _____ shall not be the subject matter of a law suit but

shall be resolved in accordance with the Rules of the American Arbitration

Association with the losing party paying the prevailing party's costs and

reasonable attorney's fees;

**TU-MAKAEFF0550**

Ex. 16 - 3986

12. Either party's interest in this Agreement shall not be assigned;

13. This Agreement shall not be construed as a partnership;

14. In the event of the death, adjudication of incompetence, or bankruptcy of a party to this Agreement, the executor, administrator, committee or other legal representative of such party shall succeed only to the right of such party to receive allocations and distributions hereunder, the Agreement shall not be deemed null and void. _____ shall only be entitled to a distribution based upon the reasonable value of the duties performed;

15. This Agreement shall be constructed in accordance with the laws of the State of
_____ ;

16. This Agreement may be executed in counterparts and each counterpart so executed shall constitute an original, all of which when taken together shall constitute one agreement, notwithstanding that all parties are not signatories to the same counterpart;

17. This Agreement may not be changed, modified, waived, or discharged, in whole or in part, unless in writing and signed by all parties, hereto;

18. If any term or provision of this Agreement or the application thereof to any person or circumstance shall to any extent be invalid or unenforceable, the remainder of this Agreement or the application of such term or provision to persons or circumstances other than those as to which it is held invalid and unenforceable shall not be affected thereby and each term and provision of this Agreement shall be valid and enforced to the fullest extent permitted by law;

19. This Agreement is the entire agreement among the parties with respect to the subject matter hereof and supersedes all prior agreements relative to such subject matter.

<b>WITNESSETH</b>

_____     _____

TU-MAKAEFF0551

Ex. 16 - 3987

By:_____          By:_____


Dated:_____          Dated:_____


Notary Public:_____

TU-MAKAEFF0552

Ex. 16 - 3988

# CONTRACT FOR SALE AND PURCHASE

**PARTIES:**_____, as "Seller", of
_____ , Phone:_____ , and
_____ and/or assigns as "Buyer" of
_____ , Phone:_____ , hereby
agree that the Seller shall sell and Buyer shall buy the following property upon the following
terms and conditions:

## I.  DESCRIPTION

a) Legal description of real estate ("Property") located in _____County,
Block: _____   Lot:_____

b) Street address, of the property being conveyed is: _____
_____

c) Personal property including all buildings and improvements on the property and all
right, title and interest of Seller in and to adjacent streets, roads, alleys and rights-of-way,
and:

## II.  PURCHASE PRICE      $_____

## PAYMENT:

a) Cash Deposit(s) to be held in escrow _____ in
the amount of $_____ and promissory note to be held in same escrow as additional
earnest Buyer's default in the amount of  $ _____

b) Assumption of Mortgage in favor of _____bearing
interest at _____% per annum and payable as to principal and interest $ _____
per month, having an approximate present principal balance of  $ _____

c) Purchase money mortgage and note bearing interest at _____% on terms set forth
herein below, in the principal amount of $ _____ .

d) Other: $_____

e) Balance to close, (U.S. Cash, certified or cashier's check) subject to adjustments and
prorations $ _____

## TOTAL  $_____

Page 1 of **6**

**TU-MAKAEFF0553**
Ex. 16 - 3989

**III. SURVEY AND TITLE COMMITMENT & PERMITTED EXCEPTIONS.**

a) Preliminary Title Report. Within twenty (20) days from the date hereof, Seller, at Purchaser's sole cost and expense, shall cause a title insurance company ("Title Company") to issue and deliver to Purchaser an ALTA Form B title commitment ("Title Commitment") in the full amount of the Purchase Price of the real estate. Purchaser shall pay the premium for the policy at or before the closing as set forth herein. In the event title is found to be unmerchantable because of title defects, Purchaser or his attorney shall notify the Seller or its attorney in writing within five (5) days of the date of receipt of said Title et forth herein. In the event title is found to be unmerchantable title to the property and Seller shall have a period of one hundred twenty (120) days after receipt of such written notice within which to cure said defects in title and this sale shall be closed within ten (10) days after written notice of such curing Upon Seller's failure to cure defects of which written notice has Upon Seller's failure to cure defects of which written notice has been given, within the time limit aforesaid, the deposit this day paid shall be returned and all rights and liabilities arising hereunder shall terminate, or Purchaser may close this transaction in the same manner as if no title defects had been found.

b) Survey. If the Purchaser desires a survey of the Property, it may have the Property surveyed at its expense prior to the closing date. If the survey shows encroachments on the Property herein described, or that the improvements located on the Property herein described encroach on other lands, written notice of that effect shall be given to the Seller and Seller shall have the same time to remove such encroachments as is allowed under this Agreement for the curing of defects of title (see Section III a) herein). If the Seller shall fail to remove or cure said encroachments within the period of time, then the deposit this day paid shall be returned to Purchaser and all rights and liabilities arising hereunder shall terminate, or Purchaser may close this transaction in the same manner as if no defects had been found.

**IV. PROVISIONS WITH RESPECT TO CLOSING.**

a)  Closing Date. The consummation of the transaction contemplated by this Agreement (" Closing") shall take place at such place as designated by Seller on or before _____ , or at such earlier date as agreed mutually, unless extended by other provisions hereof.

b)  Seller's Obligations at Closing. Seller, at closing shall do the following:
Execute, acknowledge and deliver to Purchaser a Warranty Deed conveying the Property to:

_____

_____

**TU-MAKAEFF0554**

Ex. 16 - 3990

Purchaser subject to:

i)   Taxes and assessments for year of closing prorated to date of purchase and subsequent years;

ii)  Restrictions, easements and zoning ordinances of record, if any;

iii) Public utility easements of record, if any;

iv) Mortgage to be assumed as described above; any variance in the amount of said Mortgage from the amount stated herein shall be added to or deducted from either the cash payment or the second mortgage as the Seller may elect.

v)  Other:_____

_____

c)   Purchaser's Obligations at Closing. Subject to the terms, conditions and provisions hereof, and concurrently with the performance by Seller of its obligations set forth in Section IV b) above, Purchaser shall deliver to Seller cashier's check or other immediate local funds in the amount set forth in Section II of this Agreement.

d)   Closing Costs. Seller shall pay the following costs and expenses in connection with the Closing:

i) Documentary stamps which are required to be affixed to the Warranty Deed; Purchaser shall pay the following costs and expenses in connection with the closing:

ii) All recording costs, including recording of the deed, mortgage, and any documents required in connection with the title insurance commitment.

iii) The premium payable for the title commitment and title policy issued pursuant thereto.

iv) Survey work if applicable.

e)   Proration of Taxes. Taxes for the year of the Closing shall be prorated to the date of Closing. If the Closing shall occur before the tax rate is fixed for the then current year, the apportionment of taxes shall be upon the basis of the tax rate of the preceding year applied to the latest assessed valuation.

## V. PROVISIONS WITH RESPECT TO DEFAULT.

a) Default by Purchaser. If Purchaser fails to perform this Agreement, the deposit this day paid by Purchaser as aforesaid shall be retained by or for the account of Seller as consideration for the execution of this Agreement. In such event the parties agree that said sum shall constitute liquidated damages since both Purchaser and Seller agree that actual damages for default or breach of contract could not readily be ascertained at the date of execution of this Agreement.

Page **3** of **6**

**TU-MAKAEFF0555**

Ex. 16 - 3991

b) Default by Seller. If Seller fails to perform this Agreement, the aforesaid deposit shall be returned to Purchaser and this shall be the sole remedy of Purchaser under this Agreement.

## VI. OTHER CONTRACTUAL PROVISIONS.

a) Notices. Any notice to be given or to be served upon any party hereto, in connection with this Agreement, must be in writing, and may be given by certified mail and shall be deemed to have been given and received when a certified letter containing such notice, properly addressed, with postage prepaid, is deposited in the United States Mail; and if given otherwise than by certified mail, it shall be deemed to have been given when delivered to and received by the party to whom it is addressed. Such notices shall be given to the parties hereto at the addresses stated above.

Any party hereto may, at any time by giving five (5) days' written notice to the other party hereto, designate any other address in substitution of the foregoing address to which such notice shall be given and other parties to whom copies of all notices hereunder shall be sent.

c) Entire Agreement; Modification. This Agreement embodies and constitutes the entire understanding between the parties with respect to the transaction contemplated herein. All prior or contemporaneous agreements, understandings, representations, and statements, oral or written, are merged into this Agreement. Neither this Agreement nor any provision hereof may be waived, modified, amended, discharged, or terminated except by an instrument in writing signed by the party against which the enforcement of such waiver, modification, amendment, discharge or termination is sought, and then only to the extent set forth in such instrument.

d) Applicable Law. This Agreement shall be governed by, and construed in accordance with, the laws of the State of _____ .

e) Headings. Descriptive headings are for convenience and shall not control or affect the meaning or construction of any provision of this Agreement.

f) Binding Effect. This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their successors and assigns.

TU-MAKAEFF0556

Ex. 16 - 3992

g) Counterparts. This Agreement may be executed in several counterparts, each constituting a duplicate original, but all such counterparts constituting one and the same Agreement.

h) Interpretation. Whenever the context hereof shall require, the singular shall include the plural, the male gender shall include the female gender and the neuter, and vice versa.

i) Severability. In case anyone or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision hereof, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein.

j) Section 1031 Exchange. Upon request by Seller, Purchaser shall cooperate with Seller in order to effectuate the goal of Seller to have this transaction qualify for a tax deferred treatment under Section 1031 of the Internal Revenue Code of 1986, as amended, provided that Purchaser is put to no additional expense, in this regard, and that the closing is not materially delayed. Formal provisions detailing the exchange shall be entered into by the parties and made a part of the final contract of exchange, no later than as such time as Purchaser shall acknowledge satisfaction of the contingencies to its obligation to close this transaction.

k) Time for Acceptance & Effective Date. If this offer is not executed by both parties hereto on or before _____, the aforementioned deposits shall be returned to Purchaser, and this offer shall thereafter be null and void. The date of the Agreement ("Effective Date") shall be the date when the last one of the Seller and Purchaser has signed this offer.

1) Seller agrees to allow buyer to inspect the property along with any contractors and/or business associates up till the date of closing. Seller further agrees to allow the buyer put a "For Sale" sign on the property. Seller also agrees and understands that this contract is contingent on the approval by the purchaser's partner.

m) Seller agrees to allow purchaser to inspect and show the property to any contractors and/ or partners prior to date of closing by giving the Seller 24 hours notice.

n) Seller agrees and understands that contract is contingent upon the acceptance of the purchaser's business partner(s).

TU-MAKAEFF0557

Ex. 16 - 3993

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

Witnesses:                                        Purchaser(s)

_____                  _____

_____                  Date:_____

_____                  _____

_____                  Date:_____

Witnesses:                                        Seller(s)

_____                  Date:_____

_____                  _____

_____                  Date:_____

**TU-MAKAEFF0558**

Ex. 16 - 3994

# **FHA Mortgage Application**

## **"Required Information"**

- Past 2 Years W-2's (1099/Self Employed = Last 2 Years Earnings Statements)

- 1 Month Pay Stubs

- 3 Months Bank Statement

- 2 Months Securities and/or Pension/Retirement Statements

- All Proof Of Additional Income

- Social Security Card Copy

- Picture ID

- Derogatory Accounts Explanation Letters

- Contract Of Sale Copy

- Landlord Name & Address

- Bankruptcy Discharge Papers (If ever filed for Bankruptcy)

### **List Of Fees for All FHA Buyers (Non FHA Loan Fees Very Similar)**

- Attorney/Escrow Fees

- Property Taxes (tax period to date)

- Interest (paid from date of closing to 30 days before 1st monthly payment)

- Loan Origination Fees (points)

- All Recording Fees

- Survey Fee

**TU-MAKAEFF0559**

Ex. 16 - 3995

- 1st Premium Of Mtg. Insurance

- Title Insurance (buyer & buyers lender)

- 1st Payment to Escrow Account for Future RE Taxes & Hazard Insurance

## ASSIGNMENT OF CONTRACT OF SALE

1 _____

2                              **TO**

_____

WHEREAS 3 _____ 4 _____ 6 _____, (hereinafter "Assignor"), with an address of
_____, 5 _____ County, is the buyer, and offers this 7
Contract of Sale for the purchase of the real property located at _____ ,
known on the tax map as Block: _____ Lot: _____, City of_____ , County of
8 _____ (hereinafter the "Premises"); and

WHEREAS _____, (hereinafter "Assignee") with an address of
9 _____ is desirous of purchasing the Premises; and

WHEREAS_____, with an address of _____ ,
_____is the Seller of the aforementioned Contract of
Sale;

IT IS hereby agreed that:          10

    1. The rights and liabilities set forth in the Contract of Sale shall be assigned from Assignor to
Assignee for $_____ and other good and valuable consideration paid by
assignee, receipt of which is hereby acknowledged; and
    2. Upon Payment of the $_____ purchase price by the Assignee to
the Seller, the Seller is hereby authorized to issue and deliver a deed to _____
(Assignee) in lieu of issuing a deed to Assignor,          12
       11

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

WITNESSETH
Assignor(s)                    13        Assignee(s)

_____        _____
                                                                                    15
14   By: _____        By: _____

Company: _____        Company:_____

STATE OF _____
COUNTY OF _____

1

TU-MAKAEFF0561
Ex. 16 - 3997

16

On the date of _____ before me, personally came _____ and _____ to me known to be the individual described in and who executed the foregoing instrument, and who acknowledged to me that the execution therefore by such individual(s) was done voluntarily for the purposes therein expressed.

17

Affirmed to in lieu of oath before me.

_____

Print Name Below Signature
Notary Public

2

TU-MAKAEFF0562

Ex. 16 - 3998

# CONSTRUCTION CONTRACT

THIS AGREEMENT made on this _____ day of_____ , _____, by and between _____, hereinafter called the OWNER, and _____, hereinafter called the CONTRACTOR.

Owner and contractor in consideration of the mutual covenants hereinafter set forth agree as follows:

## SECTION ONE:

### SCOPE OF WORK

The CONTRACTOR shall furnish all the materials and perform all of the work described in the specifications entitled Exhibit A, which are described below, as annexed hereto as it pertains to the work to be performed on the property located at: _____.

## SECTION TWO:

### TIME OF COMPLETION

The work to be performed under this Contract shall be commenced on or before _____ , _____, and shall be substantially completed on or before _____, _____. Time is of the essence. If the job is not completed by this date, CONTRACTOR shall be charged $100 per day until job is completely finished.

## SECTION THREE:

### CONTRACT PRICE

Owner shall pay the contractor for the material and labor to be performed under the contract the sum of _____ Dollars ($_____ ), subject to additions and deductions pursuant to authorized change orders. Payments of the Contract price shall be paid in the following manner: in equal weekly payments of _____ Dollars ($_____). FINAL PAYMENT SHALL BE DISBURSED UPON COMPLETION OF THE JOB. In the event any installment is not paid when due, contractor may stop work until payment is made and for five (5) days thereafter. In the event any installment is not paid within ten (10) days after it is due, contractor may take such action as may be necessary, including legal proceedings, to enforce its rights hereunder.

## SECTION FOUR:

### PREPARTION

Prior to the start of construction, owner shall provide a clear, accessible building site, properly excavated and correctly zoned for the structure, and shall identify the boundaries of owner's property by stakes at all corners. Owner shall maintain such stakes in proper position throughout construction. In the event contractor cannot obtain a building permit within thirty (30) days of the date of this agreement, contractor may declare the agreement of no further force or effect.

Page 1 of **3**

**TU-MAKAEFF0563**

Ex. 16 - 3999

**SECTION FIVE:**

RESPONSIBILITY

Contractor shall not be responsible for claims arising out of improper placement or positioning of boundary stakes or house stakes; nor shall contractor be responsible for damages to persons or property occasioned by owner or his agents, third parties, acts of God or other causes beyond contractor's control. Owner shall hold contractor completely harmless from, and shall indemnify contractor for, all costs, damages, losses, and expenses, including judgments and attorneys fees, resulting from claims arising from causes enumerated in this paragraph.

**SECTION SIX:**

POSSESSION

Owner shall not have possession of the structure until such time as all payments or other obligations required to them as set forth in this agreement have been fully paid or performed by them. If possession of structure is taken by owner before the above obligations are met, without the written consent of contractor, it shall be considered as acceptance of the structure, by the owner, as complete and satisfactory.

**SECTION EIGHT:**

GENERAL PROVISIONS

There are no understandings or agreements between contractor and owner other than those set forth in this agreement. No other statement, representation or promise has been made to induce either party to enter into this agreement. In witness whereof, the parties have executed this agreement the day and year first written above.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

Witnesses:                                      Owner(s)

_____                       _____

_____                       Date:_____

_____                       _____

_____                       Date:_____

Witnesses:                                      Contractor

_____                       _____

_____                       Date:_____

TU-MAKAEFF0564

Ex. 16 - 4000

**EXHIBIT A:**

(Detail work required and materials to be used and attach to contract)

**TU-MAKAEFF0565**

Ex. 16 - 4001

**Probate Attorney**

Dear _____ ,

My name is _____ and the name of my company is
_____ .   We invest in many types of Real
Estate in the area and I understand that you are a "Probate Attorney" who represents many
descendants.   I also understand that you help liquidate their assets within their estates.  We all
know that "Probates" can be long, tedious and plain out headaches.  This being so, I can be of
tremendous ASSISTANCE TO YOU!

We buy all types of Real Estate and pay CASH and can CLOSE WITHIN 15 DAYS.  The type
and condition of the property need not matter and as long as it meets our criteria, we may make
you an offer on the property after a quick walk through of the estate you represent.

Please call Me at your earliest convenience at Phone #
_____ to discuss a mutually beneficial financial business
arrangement.

I look forward to hearing from you very soon.

Sincerely,


Phone # _____

E-Mail _____

**<u>Probate</u>**

Dear_____,

We found your information while searching through the "Estate Notices" in the County of _____ and we understand that your are handling the "Estate" of _____. We are a Real Estate Investment Company and the name of my company is _____. We buy houses and all types of real estate in the area of the deceased's address and would like to talk about the real estate involved in the "Estate" that you are currently handling. Please understand that we realize that this may be an emotional time for you and your family so call us at your earliest convenience and we will only need around 5 minutes of your time. Our Phone # is _____.

The type and condition of the property is to be of no concern because we buy all types...we can pay CASH and can CLOSE WITHIN 15 DAYS. Call us and we can meet you at the property and make you an offer on the property if interested.

There is no obligation to you and please understand we cannot promise anything but would like to see if this would make sense for both of us...another words...this would have to be a "Win, Win" situation for all parties involved.

I look forward to speaking with you very soon.

Sincerely,


Phone #_____

E-mail _____

Divorce Letter watermark.docx

Date: _____

Property Address: _____

_____

_____


Dear Mr. and Mrs._____:


While searching through the Divorce records of _____ County, I noticed that your had filed for divorce. I hope everything works out amicably for the two of you. The reason for contacting you is to find out if you are planning to sell your home. If that is the case, I would very much like to speak with you.

We are a local Real Estate Company interested in buying homes it the _____ area. The condition of your property does not matter – we buy houses in ANY condition. The good news for you is we are able to buy and settle quickly, the purchase of your home – usually within FIFTEEN days!

If you feel that my services may be of interest to you, please call me on my direct line at _____. You can possibly avoid long delays in selling your home by talking to me first. I will be more than happy to meet with you at your home and make you an offer on the spot! Remember, we have the ability to move quickly!

I look forward to hearing from you soon.


Sincerely,



_____

**TU-MAKAEFF0568**

Ex. 16 - 4004

## AUTHORIZATION TO RELEASE MORTGAGE INFORMATION

Date:_____        Property Address:_____

Re Loan #:_____        _____

_____

Dear Sir/Madam:


Please be advised I have a mortgage as referenced above with your Financial Institution and am currently in default. I hereby request that the details of my mortgage information be released to the following entity:


Your Company

Your Address

Your Phone Number

Your Fax Number


You may consider this letter as my authorization to release this information. Thank you in advance for your cooperation.


_____

Print Name


_____

Signature


_____

Social Security Number

# Property Profile Questionnaire

**Sellers Name:**

**Property Address:**

**Phone:** Home# _____ Cell# _____

**E-Mail:**

1.  Tell Me About The Property:

2.  What is the Size & Sq. Footage:

3.  How Many Levels:

4.  What size is the Lot:

5.  What is the Garage size & is it attached:

6.  How many Bedrooms _____ Baths_____

7.  Any Special Features:

8.  What type of Appliances:

**TU-MAKAEFF0570**

Ex. 16 - 4006

9.  Do the Appliances stay with property:

10. How much are you asking:

11. How did you arrive at that price:

12. Do you have a recent appraisal within the last 90 Days:

13. If I were to pay you all Cash and close quickly, within a week, what is the least amount that you would sell me your home for Today:

14. Is there a loan against the property: _____ How Much: _____

15. Do you have a title report:

16. Who is the lender:

17. Is the loan assumable:

18. What is the amount owed on the loan

19. Is there a 2nd mortgage: _____ How much _____

20. Who is the lender on 2nd Note:

21. Please take this the right way, but because I talk to many different types of sellers…Are the payments current on the mortgage:

**TU-MAKAEFF0571**

Ex. 16 - 4007

22. If not, how many payments are behind and how much:

23. Why are you selling:

24. Would you consider "Owner/Seller Financing:

25. Would you consider a "Lease w/Option To Buy":

26. If so, would you consider a 2 yr. lease:

27. Would you consider $0 Down, if I could pay you what you want for the property:

28. Are there renters in the neighborhood:

29. If so, how much do the rents go for on similar homes like yours:

30. How much do you think this property would rent for:

31. What type of repairs are needed to the inside of the home:

32. What type of repairs are needed for the outside of the house:

33. How is the landscaping & what could it use to freshen up:

34. If you could, would you keep the property, or do you need to sell today:

TU-MAKAEFF0572

Ex. 16 - 4008

# OFFER TO PURCHASE REAL ESTATE

BE IT KNOWN, the undersigned, _____

Offers to purchase from, _____

Real Estate known as/located at, _____

In the city/town of _____ _____, County of _____

State of _____.

**THE PURCHASE PRICE IS**                    $_____

Deposit herewith paid                        $_____

Upon signing sales agreement                 $_____

Balance at closing                           $_____

TOTAL purchase price                         $_____

1.   This offer is based on purchasing the property for ALL CASH and in AS IS CONDITION.  BUYER AGREES TO SET THE CLOSING NO MORE THAN 30 DAYS FROM THE SIGNING OF THE CONTRACT.

2.   Said property is to be sold free and clear of all encumbrances, by good and marketable title, with full possession of said property available to Buyer.

3.   The parties agree to execute a standard purchase and sales agreement on the terms contained within 30 days.

4.   The closing shall be on tor before the date of _____

Closing shall be held at the offices of the buyer's attorney.

Signed this day/date of _____

In the presence of:  Notary Public _____

*Seller agrees to allow buyer to inspect the property along with any contractors, inspectors, appraisers or partners.*

**TU-MAKAEFF0573**

Ex. 16 - 4009

Buyer's Signature_____   Buyer's Name_____

Seller's Signature _____   Seller's Name _____

Date _____   Date _____

**TU-MAKAEFF0574**

Ex. 16 - 4010

Date: _____

Dear (Homeowner)_____:

We are a Real Estate Investment Company interested in buying property in (City) _____. While driving through the neighborhood, we noticed that your property located on _____ was vacant.

Are you currently interested in selling your property? We will pay CASH for your home. We are also willing to pay ALL your liens and back taxes, if any, owed against your property. Does this sound like something you would be interested in?

Imagine, you will be able to pay off all liens and back taxes owed against your property *AND* walk away with CASH in your pocket! We have helped many homeowners JUST LIKE YOU in the past and we GUARANTEE that you will walk away with CASH IN HAND!

Whatever you decide to do, please act NOW, before it's too late. If your house is going into or is already in foreclosure I can still help. Don't wait and lose your home and all equity to a tax sale. Call me immediately! My direct number is_____.

There is no sense keeping your house and letting the debt build. Meanwhile non action also affects your credit each and every day. Remember, this can hurt you in the future, when you go to purchase a car or even another house, even if you try and rent, negative marks on your credit make it that much more difficult.

Don't wait another day, call me today and let me help you put cash in your pocket. I look forward to hearing from you and helping you walk away with cash in hand!

Sincerely,

_____

**TU-MAKAEFF0575**

Ex. 16 - 4011

Date:_____

Dear (Homeowners Name),

I STILL HAVE NOT HEARD FROM YOU!  I guess you are like the many homeowners who IGNORE THE WARNINGS and end up waking up one day to find the Sheriff outside their doors with a document ordering them to vacate their home.

Do you want this to happen to you?  Do you want your kids asking you, "Where are we going to live now?"  Please understand that TIME IS OF THE ESSENCE!  A Sheriff's Sale is pending at the County Courthouse right now on your property, located at_____.

This is EXTREMELY URGENT and as I mentioned in my last letter...I MAY BE ABLE TO HELP YOU TODAY!  Do not be embarrassed to ask a professional like me, how I can help you save the equity in your home.  If you let your home get auctioned off at a Sheriff's Sale, you will not get a dime, they will not move you or help you in any way. Not to mention the bank will sue you for the money that is owed back to them!

Remember, IT IS YOUR CHOICE TO GET HELP TODAY!  If you sell your home TO ME you can walk away with CASH IN YOUR POCKET and get rid of a HUGE PROBLEM!

Within 2 weeks I can have the financing set up to BUY YOUR HOUSE and end your worries...If this sounds great to you then you will possibly walk away with enough money to make a brand new start and maybe I could help you get into a NEW HOME in the area!

Call me today, my direct #_____

No obligation, strictest confidence assured!

Sincerely,


_____

TU-MAKAEFF0576

Ex. 16 - 4012

Dear (Homeowner's Name),

Do you know that TIME IS RUNNING OUT?  As I was looking through the "Notice Of Default" records at the county courthouse, I noticed YOUR NAME!  Do you realize that in about 10 weeks your home will be AUCTIONED OFF at a Sheriff's Sale?  Do you know what this means?  You will LOSE ALL OF YOUR EQUITY in your home, not to mention RUIN YOUR CREDIT for 7 years!  Oh no….that means that FORECLOSURE will appear on your credit report and you cannot buy another home for 10 years…Scary isn't it?

Listen, if you care about your family, WHICH I KNOW YOU DO…then you must LISTEN TO ME!  Do not be like most homeowners who are losing their homes and IGNORE THE SIGNS & WARNINGS!  Do not let your pride stand in the way of accepting my help at a time like this, when you absolutely need it because I am possibly your LAST HOPE TO SAVE YOUR CREDIT!

I KNOW WHAT YOU ARE GOING THROUGH!  The bank will not want to talk to you anymore…they want to take your home and sell it at the auction to get their money back, and in about 10 weeks THIS IS EXACTLY WHAT THEY WILL DO!

I CAN HELP YOU AND POSSIBLY HAVE THE MONEY YOU NEED WITHIN 15 DAYS OR SO.  I AM A REAL ESTATE INVESTOR AND CAN GET YOUR HOME SOLD FAST AND SOLVE YOUR PROBLEM!

If you need to SAVE YOUR FUTURE and SAVE YOUR CREDIT and the HUMILIATION of FORCLOSURE…

*Call Me Today* and let's talk before it's too late!

My Direct Phone #_____

My E-Mail is_____

There is no obligation…I may BE ABLE TO HELP YOU…I MIGHT NOT...That's why we need to talk first.

Our conversation will be held in the strictest of confidence.

Sincerely,


_____

# PROPERTY RESEARCH FORM
## *Training Purposes*



**TRUMP**
UNIVERSITY

| *SCRIPT #1 Drive by Property and it appears vacant and with no For Sale sign.* | | | | | |
|---|---|---|---|---|---|
| Hello, my name is _____ and I was calling about a property located at: | | | | | |
| Are you interested in selling the home? | YES | NO | | | |
| (If No) May I call you in a month or so and see if you would be interested then?  YES/NO | | | | Write Down Date: | |
| (If YES) May I ask you a few questions about the property? Great! | | | | | |

| *SCRIPT #2 Drive by script when there is a For Sale Sign.* |
|---|
| Hello, my name is _____ and I was calling about a property located at: |
| May I ask you a few questions about the property? Great! |

**Start Here...**

| (1) May I ask what your name is: | | (2) And are you the owner of the home? | | YES | NO |
|---|---|---|---|---|---|
| (3) Property Address | | | | (4) City: | |
| (5) Subdivision: | | (6) SQFT: | (7) BEDROOMS | (8) BATHS | |
| (9) Phone Number: | | (10) How long have you owned the home? | | | yrs/months |

(11) May I ask you why you are selling?

| (12) Is the property listed? | YES | NO | (13) If so, until when? | | |
|---|---|---|---|---|---|
| (14) Is the property vacant? | YES | NO | If YES Since When? | | |
| (15) Does the property need repairs? | YES | NO | If YES, How Much? | | |
| (16) What is the existing Financing? | FHA | VA | CONV. | NO LOAN | Balance: |
| (17) How much are you asking? | | | | | |

(18) If I can pay ALL CASH and close quickly, what is the least amount you will accept for your home?

(19) Is that going to be the best price?

(20) If I was interested in buying your home, but couldn't pay all cash today, would you accept a small down payment?

*If yes, ask these questions next:*

(21) What monthly payment would you accept?

(22) What's the least amount of down-payment you would accept?

(23) How long of a term are you willing to go?

| Office Use Below | |
|---|---|
| What kind of deal is this? | |
| Wholesale? | Property needs lots of work and you need cash today. |
| Retail? | Property needs work and is located in a good neighborhood. You have the finances to buy it. |
| Lease-Purchase? | Nice home and Seller just needs his payments covered, but wants to sell down the road. |
| Option? | Nice home with little equity. Seller wants to sell today. |
| Owner-Finance? | Nice home and seller wants an investment property and doesn't need cash today. |

| COMPARIBLE SALES | ADDRESS | SOLD PRICE | PRICE PER SQFT |
|---|---|---|---|
| Property 1 | | | |
| Property 2 | | | |
| Property 3 | | | |

TU-MAKAEFF0578

Ex. 16 - 4014

# BUYERS LIST QUESTIONNAIRE

We have several properties available. In order for us to match you up with the best homes we have, we need to ask you some generic questions.

How did you hear about us?_____
*(Advertising Method)*

Date: _____

Name: _____    #Adults:_____   #Children:_____   Pets:_____

Phone#: _____    Best time to call:_____

Preferred area: _____   Secondary areas: _____

How soon are you ready to move in to a home? _____

How many bedrooms? _____   Bathrooms: _____

Type of home: _____   Garage: _____

What home features are you looking for? _____

What is the most you want to pay per month? _____

What is the most you want to pay as a down-payment? _____

Do you have the money now?_____   If not, when? _____

ADDRESSES GIVEN:

Date: _____Property address: _____

Status:_____

Date: _____Property address: _____

Status:_____

**TU-MAKAEFF0579**

Ex. 16 - 4015



# TRUMP
## UNIVERSITY

# PROPERTY INSPECTION SHEET
### Based on 1,200 Sq. Ft. Property

Based on 1,200 Sq. Ft. Property

Date:_____ Property Address:_____ City:_____

Total Square Foot: _____ Repaired Value: $_____ Asking: $_____

## INTERIOR

| DOES HOUSE NEED? | YES | NO | ESTIMATED COST | REPAIR COST |
|---|---|---|---|---|
| Carpet/Vinyl | | | $5,000 | |
| Light Patch/Paint/Trim | | | $3,000 | |
| Kitchen (sink, cabinets, small misc.) | | | $7,000 | |
| Kitchen Appliance (Stove, Refridg, D/W) | | | $2,000 | |
| Complete Bathroom #1 | | | $2,000 | |
| Complete Bathroom # 2 | | | $2,000 | |
| Water Heater | | | $500 | |
| CHA | | | $3,100 | |
| Leveling | | | $5K_____$10K | |

## EXTERIOR

| DOES HOUSE NEED? | YES | NO | ESTIMATED COST | REPAIR COST |
|---|---|---|---|---|
| Roof | | | $5,000 | |
| Patch/Paint/Trim | | | $3,000 | |
| Windows _____(Quantity) | | | $100 each | |
| Landscaping | | | $1,000 | |
| Driveways/Sidewalks | | | Each Case | |
| Foundation (Exterior Foundation) | | | Each Case | |
| Garage Repair | | | $250-$850 | |



# TRUMP
### UNIVERSITY

# QUESTIONS TO ASK LENDERS

- What area of the city and what type of projects is your bank most comfortable with?
- Do you loan on the appraised value of the property?
- If I am going to rehab a property can we use an appraisal based on the repairs that we are going to do?
- Can I use a commercial loan for a single family home?
- Can a seller hold a second mortgage?
- If I buy a house for cash, is there any specific length of time I need to own the house before you could refinance the house?
- What LTV will you refinance the property to?
- What criteria do you look for in the investor? (credit score, experience, reserves, etc.)
- What documentation will you need to have me approved through your bank? Will that be needed every time?
- Will you loan to my LLC?
- What are your interest rates right now?
- How much does it cost to close a loan and/or refinance a loan?
- Would you explain to me your bank's loan approval process?

**TU-MAKAEFF0581**

Ex. 16 - 4017



# TRUMP
### UNIVERSITY

## PRE-FORECLOSURE ANALYSIS WORKSHEET

| GENERAL ANALYSIS INFORMATION | | | |
|---|---|---|---|
| Decision Date | | 9.03.07 | |
| **PROPERTY VALUE** | | | |
| Fair Market Value | 350,000 | | |
| 20% margin | 70,000 | | |
| Repairs | 10,000 | | |
| **Property Value to Investor** | | | 270,000 |
| **DEBT ON PROPERTY** | | | |
| 1st mortgage debt | 225,000 | | |
| 2nd mortgage debt | 45,000 | | |
| Tax lien | 3,000 | | |
| Mechanic's lien | 700 | | |
| Marital support lien | 4,500 | | |
| **Total Debt on Property** | | | 278,200 |
| Amount of Discount Needed from Debt | | | 8,200 |



# TRUMP
### UNIVERSITY

## PRE-FORECLOSURE ANALYSIS WORKSHEET

| GENERAL ANALYSIS INFORMATION | | | |
|---|---|---|---|
| Decision Date | | 9.03.07 | |
| **PROPERTY VALUE** | | | |
| Fair Market Value | 350,000 | | |
| 20% margin | 70,000 | | |
| Repairs | 10,000 | | |
| **Property Value to Investor** | | | 270,000 |
| **DEBT ON PROPERTY** | | | |
| 1st mortgage debt | 225,000 | | |
| 2nd mortgage debt | 45,000 | | |
| Discount | | 25,000 | |
| Tax lien | 3,000 | | |
| Mechanic's lien | 700 | | |
| Discount | | 400 | |
| Marital support lien | 4,500 | | |
| Discount | | 2,000 | |
| **Total Debt on Property** | | | 278,200 |
| **Total Discounts** | | | 27,400 |
| **Effective Debt on Property** | | | 250,800 |

**TU-MAKAEFF0583**

Ex. 16 - 4019



# TRUMP
### UNIVERSITY

Your Business Name Real Estate LLC.
P.O. Box 84759
Oakbrook, IL 69903
Phone (222)-333-3454
Website www.YourBusinessRealEstate.com

September 5, 2007

Mr. Every Late
2365 Late Ave
Oakbrook, IL 69903

Dear Mr. Late,

The clock is ticking, and we are both fully aware that there is a serious pending problem with your property. It will not be long before you are forced out of your property and your credit is ruined. There is still time to save your property and your credit if we take action now.

My offer to help is still available and we still have many options to give you relief from this problem with your property.

1.   I can give you CASH for your home.

2.   I can negotiate on your behalf with your mortgage company.

3.   I can pay you a sum of CASH to sell me your home.

4.   I can pay your escrow, moving costs, and rent for 6 months at a new house or apartment.

All of these options may be available to you, but the longer you wait the larger your loan payoff becomes and the less CASH I may be able to give you. If I can sit down with you and hear your story and fully understand the situation we can take action together to solve this pending problem with your property.

Please contact me at (222) - 333-3454

If you contact me I will arrange a no obligation consultation at your home.

I will give you a potential solution within 24 hours, and I can have CASH to you in 24 hours if needed.

Sincerely,

Mike Winner

TU-MAKAEFF0584
Ex. 16 - 4020



**TRUMP**
U N I V E R S I T Y

Your Business Name Real Estate LLC.
P.O. Box 84759
Oakbrook, IL 69903
Phone (222)-333-3454
Website www.YourBusinessRealEstate.com

September 5, 2007

Mr. Avery Late
2365 Late Ave
Oakbrook, 1L 69903

Dear Mr. Late,

At this point in time investors are getting ready to purchase your home at the court house steps, and then come and evict you from your property. If this happens you will not receive anything for your property except a damaged credit report.

There is still time if you take action and contact me. Allow me to put some cash in your pocket and provide you with a new place to live, or allow you to continue living in your current home. I have been able to help others in this type of situation. Please give me a chance, at this point there is nothing to lose.

I am offering a FREE, NO OBLIGATION, REVIEW of your situation. It will take 45 minutes and you can have some hope of relief of this problem with your property.

I know that you may feel that you don't have options at this point. However, I have been able to help other good people like you out of this type of situation, and here is how:

1.  I can give you CASH for your home.
2.  I can negotiate on your behalf with your mortgage company
3.  I can pay you a sum of CASH to sell me your home,
4.  I can pay your escrow, moving costs, and rent for 6 months at a new house or apartment.

All of these options may be available to you if I can sit down with you and hear your story and fully understand the situation so that we can take action together to solve this pending problem with your property.

Please contact me at (222) - 333-3454

I will give you a potential solution within 24 hours, and I can have CASH to you in 24 hours if needed.

Sincerely,

Mike Winner

**TU-MAKAEFF0585**

Ex. 16 - 4021



# TRUMP
UNIVERSITY

## Mortgage Judicial Foreclosure Process & Trust Deed Non-Judicial Foreclosure Process

**Mortgage Judicial Foreclosure**

Borrower Defaults

File Complaint (Initiate Lawsuit)

Record Lis Pendens

Court Hearing Date set for Sale

Advertise the Sale

Sell to highest bidder. Buyer pays cash at sale.

Buyer receives Certificate of Sale

Period of Statutory Redemption (Right of Redemption)

Sheriff's Deed Conveyed to Buyer. Evict Mortgagor

Possible Deficiency Judgment

**Trust Deed Non-Judicial Foreclosure**

Borrower Defaults

Beneficiary authorizes Trustee to proceed with Foreclosure

Record Notice of Default

Period of Equitable Redemption Trustor can reinstate

Advertise the Sale

Sell to highest bidder. Buyer pays cash at sale.

Trustee conveys Trustee's Deed to Buyer

Deficiency Judgment Unlikely

*Can come back t pay loan off — when lose house, lose equity*

*Lastn: Pending lawsuit*

TU-MAKAEFF0586

Ex. 16 - 4022

Foreclosure

500 k house
300 k paid
_____
200 k one

foreclosure
↓
lose
300k

→ profit for us

They'll lose house + equity.

TU-MAKAEFF0587

Ex. 16 - 4023



# TRUMP
### UNIVERSITY

## COMPARABLE RESEARCH FORM

Date: _____

Address of Subject Property: _____

_____

|  | Subject Properties Address | Comp #1 | Comp#2 | Comp#3 |
|---|---|---|---|---|
| Date Sold: | _____ | _____ | _____ | _____ |
| Square Footage: | _____ | _____ | _____ | _____ |
| Selling Price: | _____ | _____ | _____ | _____ |
| Weeks On Market: | _____ | _____ | _____ | _____ |
| # Of Bedrooms: | _____ | _____ | _____ | _____ |
| # Of Baths: | _____ | _____ | _____ | _____ |
| Other: | _____ | _____ | _____ | _____ |

Comments: _____

_____

_____

_____

_____



# TRUMP
### U N I V E R S I T Y

## ALL CASH OFFER (ACO)

Date: _____

Property Address: _____   City: _____

........................................................................................

1. After Repaired Value (Sales price after fix up)      $_____
2. Repair Expense (From Property Inspection Sheet)      $_____
3. Acquisition Expense (1% of repaired value)      $_____
4. Holding Expense (2% of repaired value)      $_____
5. Hedge Expense (2% of repaired value)      $_____
6. Closing Costs (2% of repaired value)      $_____
7. Advertising Costs (.5% of repaired value)      $_____
8. Realtor Commission (6% of asking price)      $_____
9. Payments for six months      $_____

**MAXIMUM OFFER BEFORE PROFIT**      $_____

10. Assignment Fee ($5,000+++)      $_____
11. Retailer's Profit (15% of Repaired Value)      $_____

**ALL CASH OFFER**      $_____

Offer no more than 65% of repaired value.

       **1st Offer** $_____
       **2nd Offer** $_____

⇨ Always keep your retailer in mind.
⇨ Add back in 6% if there isn't a Realtor involved.
⇨ Always stay in touch with the retailer to keep him/her interested.

**TU-MAKAEFF0589**
Ex. 16 - 4025



# TRUMP
UNIVERSITY

## RESIDENTIAL VS. COMMERCIAL LENDERS

Part of doing business on the commercial level is having a complete understanding of the terms and language of commercial lending. This understanding will enable you to analyze, negotiate, and speak intelligently with commercial brokers and lenders.

### RESIDENTIAL

- Lenders analyze you first and the building second.

- Your ability to pay the mortgage is in question.

- There are a limited number of properties that you can purchase.

- You are buying a building.

- Lenders, in most cases, want to know where your down payment came from.

- Sellers, brokers, and lenders are not as open to creative financing.

- Financials are figured on a monthly basis.

- Records and financials are not professionally recorded.

- Smaller loans typically fit under regulatory guidelines and banks will not compete for your business.

- Property value is based primarily on comparable property that has sold in the area.

- Raising the income to the property will not drastically affect the property value.

- Vacancies are difficult to cover and will drastically affect cashflow.

- Properties will appreciate at the rate of other properties in the area.

- Management companies will not be set up to manage your property.

- Because of the management issue location may be an issue.

### COMMERCIAL

- Lenders analyze the building first and you second.

- The building is expected to pay for the mortgage.

- There are an unlimited number of properties that you can purchase.

- You are buying a business.

- Lenders do not care where the down payment comes from, they are more concerned about LTV.

- Sellers, brokers, and lenders are familiar with creative financing.

- Financials are figured on a yearly basis.

- Records and financials are expected to be recorded professionally and to be accurate.

- Larger loans may be kept "in house" and banks can be more creative and will compete for your business.

- Property value is based on income, replacement cost, and comparable properties.

- By increasing the property's income you can drastically increase the value of the property.

- Vacancies are part of doing business and the property will still cashflow.

- Commercial property will appreciate with the area, but will be more driven by the income of the property.

- Management companies will compete for your business.

- With a professional management company you can purchase anywhere.

TU-MAKAEFF0590

Ex. 16 - 4026



# TRUMP
U N I V E R S I T Y

## STATE BY STATE FORECLOSURE REFERENCE GUIDE

| State | Security Instrument | Foreclosure Type | Initial Step | # of Months | Redemption | Deficiency |
|---|---|---|---|---|---|---|
| Alabama | Mortgage | Nonjudicial | Publication | 1 | 12 months | Allowed |
| Alaska | Trust Deed | Nonjudicial | Notice of Default | 3 | None | Allowed |
| Arizona | Trust Deed | Nonjudicial | Notice of Sale | 3 | None | Allowed |
| Arkansas | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| California | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Prohibited |
| Colorado | Trust Deed | Nonjudicial | Notice of Default | 2 | 75 days | Allowed |
| Connecticut | Mortgage | Strict | Complaint | 5 | None | Allowed |
| Delaware | Mortgage | Judicial | Complaint | 3 | None | Allowed |
| Dist. of Col. | Trust Deed | Nonjudicial | Notice of Default | 2 | None | Allowed |
| Florida | Mortgage | Judicial | Complaint | 5 | None | Allowed |
| Georgia | Security Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Hawaii | Mortgage | Nonjudicial | Publication | 3 | None | Allowed |
| Idaho | Trust Deed | Nonjudicial | Notice of Default | 5 | None | Allowed |
| Illinois | Mortgage | Judicial | Complaint | 7 | None | Allowed |
| Indiana | Mortgage | Judicial | Complaint | 5 | 3 months | Allowed |
| Iowa | Mortgage | Judicial | Petition | 5 | 6 months | Allowed |
| Kansas | Mortgage | Judicial | Complaint | 4 | 6-12 months | Allowed |
| Kentucky | Mortgage | Judicial | Complaint | 6 | None | Allowed |
| Louisiana | Mortgage | Exec.Process | Petition | 2 | None | Allowed |
| Maine | Mortgage | Judicial | Complaint | 6 | None | Allowed |
| Maryland | Trust Deed | Nonjudicial | Notice | 2 | None | Allowed |
| Massachusetts | Mortgage | Judicial | Complaint | 3 | None | Allowed |
| Michigan | Mortgage | Nonjudicial | Publication | 2 | 6 months | Allowed |
| Minnesota | Mortgage | Nonjudicial | Publication | 2 | 6 months | Prohibited |
| Mississippi | Trust Deed | Nonjudicial | Publication | 2 | None | Prohibited |
| Missouri | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Montana | Trust Deed | Nonjudicial | Notice | 5 | None | Prohibited |
| Nebraska | Mortgage | Judicial | Petition | 5 | None | Allowed |
| Nevada | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Allowed |
| New Hampshire | Mortgage | Nonjudicial | Notice of Sale | 2 | None | Allowed |
| New Jersey | Mortgage | Judicial | Complaint | 3 | 10 Days | Allowed |
| New Mexico | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| New York | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| North Carolina | Trust Deed | Nonjudicial | Notice Hearing | 2 | None | Allowed |
| North Dakota | Mortgage | Judicial | Complaint | 3 | 60 days | Prohibited |
| Ohio | Mortgage | Judicial | Complaint | 5 | None | Allowed |
| Oklahoma | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| Oregon | Trust Deed | Nonjudicial | Notice of Default | 5 | None | Allowed |
| Pennsylvania | Mortgage | Judicial | Complaint | 3 | None | Allowed |
| Rhode Island | Mortgage | Nonjudicial | Publication | 2 | None | Allowed |
| South Carolina | Mortgage | Judicial | Complaint | 6 | None | Allowed |
| South Dakota | Mortgage | Judicial | Complaint | 3 | 180 days | Allowed |
| Tennessee | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Texas | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Utah | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Allowed |
| Vermont | Mortgage | Judicial | Complaint | 7 | None | Allowed |
| Virginia | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Washington | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Allowed |
| West Virginia | Trust Deed | Nonjudicial | Publication | 2 | None | Prohibited |
| Wisconsin | Mortgage | Judicial | Complaint | Varies | None | Allowed |
| Wyoming | Mortgage | Nonjudicial | Publication | 2 | 3 months | Allowed |

NOTE: LAWS CHANGE CONSTANTLY. CHECK WITH YOUR LOCAL LAW LIBRARY FOR THE MOST UP-TO-DATE INFORMATION REGARDING FORECLOSURE PROCEDURES IN YOUR AREA.

TU-MAKAEFF0591

Ex. 16 - 4027

# AGREEMENT FOR PURCHASE AND SALE OF RESIDENTIAL REAL ESTATE

*Please complete all blanks. If the information requested is not applicable to your situation, insert "N/A." Forms do not always address all of the issues needed in a sales contract. If you have any questions about how to complete this form or about whether it fits your needs, please consult your attorney.*

This agreement is effective as of the latest date it is signed by the following parties:

"Buyer" _____

Buyer's Address _____

Buyer's Phone Numbers _____

"Seller" _____

Seller's Address _____

Seller's Phone Numbers _____

This contract relates to the following "Property":

Address _____

County _____ Lot ____ Block ____ Unit ____ Subdivision _____ Seller's Deed is recorded in Book _____, Page _____. In addition to the dwelling on the Property, this contract includes all fixtures and the following: [strike out any that do not apply] Refrigerator; Stove; Dishwasher; Trash Compactor; Attached Light Fixtures; Mailbox; Outside Storage Buildings; Drapes, Curtains, Window Blinds, and Hardware; Fireplace Screen; Landscaping; Outside Basketball Goals and other Attached Playground Equipment. [If items on the Property might be misunderstood to be included when they are NOT included, list them here:]

_____

**Until all parties sign this agreement, this is an offer. If *any* part of it is changed, the offer is void and the change becomes a counter-offer. After all parties sign this agreement, this is a contract for the Buyer to purchase and the Seller to sell the Property on these terms.**

In consideration of $1.00 and other good and valuable consideration, the receipt and legal sufficiency of which is acknowledged, the parties agree as follows:

**1. Deposit.** Buyer has deposited with Seller an earnest money "Deposit" in the amount of $ _____. The Deposit shall be applied to the Price at Closing and shall be held in escrow until Closing by: [check one]

_____ an escrow agent, who shall hold the money for both parties in a non-interest bearing account until Closing. If either party declines to close, the escrow agent shall hold the Deposit until interpleading it into a court of competent jurisdiction or receiving written authorization from both parties to release it. The escrow agent is _____ Address: _____

_____ Seller, who shall hold the money in a bank account that, is not co-mingled with Seller's funds. If the account bears interest, the interest earned shall be divided equally between the Buyer and Seller.

**2. Price.** Buyer will pay Seller a "Price" of *$* _____ for the Property; this Price (less the Deposit, plus closing costs, insurance premiums, and prorations) shall be paid [check one]

_____ in cash at Closing (or)

_____ according to the terms of the attached "Owner Financing Addendum" (or)

_____ according to the terms of the attached "Loan Assumption Addendum" (or)

_____ according to the terms of the attached "New Loan Addendum."

**3. Appraisal.**

**A. Buyers Appraisal.** If Buyer obtains an appraisal of the Property and the appraised value is less than the Price, Buyer may (at Buyers option) cancel this contract.

**B. Arbitration.** If Buyer cancels this contract under subparagraph A, Seller may obtain an appraisal at Seller's expense. If Seller's appraisal indicates that the appraised value at least equals the Price, Buyer may rescind cancellation of this contract or confirm cancellation. If Buyer confirms cancellation , Buyer's appraiser and Seller's appraiser shall choose a third appraiser as "Arbitrator", who shall determine the final value of the Property. If the Arbitrator's valuation at least equals the Price, Buyer shall pay the Arbitrator's fee and shall proceed with Closing. If the Arbitrator's valuation is less than the Price, Buyer may confirm cancellation of the contract; and Seller shall pay the Arbitrator's fee and refund the Deposit.

**C. Lender's Appraisal.** If the appraisal made under subparagraph A is by Buyer's lender under an attached "New Loan Addendum," then the provisions of subparagraph B above shall apply only with the lender's consent.

1

**TU-MAKAEFF0592**

Ex. 16 - 4028

**4. Closing.** At "Closing" Buyer shall pay the Price, and Seller shall deliver to Buyer a deed. Closing shall be at a time and place chosen by Buyer on _____, 20____. If the parties decide on a different date, they shall agree to the new date by amending this contract in writing.

**5. Possession.** Buyer shall receive possession of the Property [check one]

____ at closing (or)
____ at Noon on _____,20____ (or)
____ under the terms of attached "Occupancy Agreement for Sellers Occupying After Closing" (or)
____ under the terms of attached "Occupancy Agreement for Buyers Occupying Before Closing.

**6. Costs.** Buyer shall pay recording fees and recording taxes for the deed and any loan documents to be recorded and one-half of any closing fee. Seller shall pay one-half of the closing fees. Buyer shall pay for any title examination, title insurance, survey, appraisal, or inspections Buyer may desire.

**7 Prorations.** Taxes and any homeowner association fees shall be prorated as of Closing.

**8. Termite Inspection.** Seller shall provide Buyer with a written report by a licensed exterminator certifying that the Property is not actively infested with termites or wood-destroying fungus and that the Property has suffered no damage from any previously treated infestation. Seller shall pay for this inspection report. If the report shows active infestation and/or damage, Seller shall pay to treat the Property and repair any damage up to a cost of $_____ ("Maximum Cost"); if the cost of treatment and repair exceeds the Maximum Cost, Seller may choose to cancel this contract and return the Deposit or may choose to pay the additional cost; if Seller chooses to cancel this contract because costs exceed the Maximum Cost, Buyer may elect to waive treatment and repair and may require Seller to proceed with Closing, in which case, Seller shall pay to Buyer the Maximum Cost.

**9. Condition of the Property.**

> **A. "As is" Condition.** Buyer accepts the Property in "as is" condition. Seller makes no warranties about the condition of the Property other than that it will be in the same condition at Closing that it is in when this agreement is signed, normal wear and tear excepted.

> **B. Specific Conditions.** If the parties wish to identify specific conditions that are acceptable to Buyer but that might be misinterpreted later as conditions that were damaged after this contract was signed, the parties may attach a separate list of these conditions.

> **C. Warranties.** Buyer understands that Seller is not warranting the condition of the Property and that Buyer may obtain a home warranty through a private warranty company.
> ____ Buyer shall obtain a warranty at Buyer's expense (or)
> ____ Buyer shall obtain a warranty at Seller's expense (or)
> ____ Buyer shall not obtain a warranty.
>
> If Buyer is obtaining a warranty, the warranty company is _____

> **D. Condition Disclosure Statement.**
>
> ____ Seller has provided to Buyer a Property Condition Disclosure Statement, as required by the Tennessee Residential Property Condition Disclosure Ace (or)
> ____ Seller has NOT provided to Buyer a Property Condition Disclosure Statement, as required by Tennessee Residential Property Condition Disclosure Act, this statement is not required Because
> _____

> **E. Repairs.** If the condition of the Property deteriorates before Closing beyond normal wear and tear, Seller shall repair it before Closing unless the repairs would cost more than $_____ ("Permitted Cost"); if the cost of repair exceeds the Permitted Cost, Seller may choose to cancel this contract and return the Earnest Money or may choose to pay the costs above the Permitted Cost; if Seller chooses to cancel this contract because costs exceed the Permitted Cost, Buyer may elect to waive repair and may require Seller to proceed with Closing, in which case, Seller shall pay to Buyer the Permitted Cost.

> **F. Final Inspection.** Buyer may conduct an inspection of the Property within 24 hours prior to Closing to verify that its condition satisfies the requirements of this contract.

> **G. Preliminary Inspection.** Buyer may (at Buyer's expense) obtain an inspection of the Property by a third party, such as an engineer or home inspection service ("Inspector"), under the following terms:
> (1) Buyer shall obtain this report within ten days after the effective date of this contract. If Buyer fails to obtain this report within that time, Buyer waives any right to object to the condition of the Property based on any inspection (other than the final inspection permitted under subparagraph F above).
> (2) A "Defect" is a condition in the Property that the Inspector's written report discloses (in the inspector's opinion)
> > (a) Makes the Property unsafe or
> > (b) Would not be acceptable to a reasonable buyer (considering the age and condition of the Property that would have been obvious to a reasonable buyer prior to the inspection) or

2

**TU-MAKAEFF0593**

Ex. 16 - 4029

(c) is likely to result in a defect that would probably cost Buyer more than $_____ to repair within one year after Closing ("Seller's Repair Cost").

(3) If the inspector's written report discloses a Defect and if Buyer submits the entire report to Seller, Seller has a duty to repair the Defect if the repair may be made for no more than the Seller's Permitted Cost defined in subparagraph E above.

(4) If the costs to repair the Defect exceeds the Seller's Repair Cost, Seller shall notify Buyer in writing within 72 hours after receiving the in-spector" report that Seller will either

(a) Repair the Defect at Seller's entire expense (or) (b) Permit Buyer (at Buyer's option) to cancel this contract.

(5) If Seller gives Buyer the option to cancel, Buyer cancel in writing within 48 hours after receiving the notice from Seller. If Buyer fails to cancel on time, Buyer waives the right to cancel and agrees to accept the Property with the unrepaired Defect.

**10. Title.** Seller shall provide Buyer with a copy of any title insurance policy or title opinion on the Property as soon as reasonably possible after the effective date of this contract. At Closing, Seller shall deliver to Buyer a general warranty deed conveying marketable title, subject only to property taxes that are not yet due, utility and drainage easements that do not interfere with the improvements on the Property, restrictive covenants contain-ing no forfeiture clause, and "Permitted Encumbrances," which are encumbrances that Buyer accepts and which are listed on an attachment to this contract. If Buyer's title examination reveals any other encumbrances, Buyer may cancel this agreement If Seller has not eliminated the other encum-brances before Closing. Seller shall provide Buyer and Buyer's lender (if any) and any title insurer with an indemnification against mechanic's liens or encumbrances not listed above; however, providing this indemnification does not compel Buyer to accept an otherwise unacceptable title.

_____ Check here If a list of Permitted Encumbrances is attached.

**11. Commission.** There is no real estate agent or other broker involved in this transaction, and no commission is to be paid unless specified herein: _____

**12. Cancellation.** In addition to any other provisions of this contract regarding cancellation,
    A **By Seller.**
        (1) **Retain Deposit.** Seller may cancel this contract and retain the Deposit if
            (a) Buyer pays the Deposit by a check that cannot be cashed or
            (b) Buyer fails to perform some other duty under this contract.
        (2) **Return Deposit.** Seller may cancel this contract if Seller is unable to deliver good title to the Property, in which case Seller shall re-fund the Deposit to Buyer.
    B. **By Buyer.** Buyer may cancel this agreement (in which case Seller shall refund the Deposit to Buyer) if
        (1) Seller is unable to deliver good title to the Property or
        (2) The improvements on the Property are destroyed before Closing or
        (3) Seller fails to perform some other duty under this contract or
        (4) This contract gives Buyer the right to cancel under another provision.

**13. Damages.** If either party violates this contract, the non-breaching party is entitled to pursue all remedies allowed by law, including without limita-tion, specific performance. If Seller wrongfully fails to close, Seller shall return the Deposit; and if Buyer wrongfully fails to close, Seller may retain the Deposit. However, the Deposit is not intended to represent liquidated damages; and neither returning nor forfeiting the Deposit shall be con-strued as a settlement of disputes under this contract unless the parties sign a written agreement to that effect.

.
**14. Contingencies.** This contract may contain contingencies permitting the "Benefited Party" to cancel the contract if a condition is not met. For ex-ample, if the New Loan Addendum is attached, Buyer is the Benefited Party who may cancel the contract if the loan is not approved. The following addenda are attached and impose additional contingencies:

    [check all applicable provisions]
        (___ Sale of Buyer's Home
        (___ Relocation
        (___ Other _____

If Buyer is the Benefited Party under a contingency, Seller may continue to market the Property for sale to other parties until the contingency is re-moved by Buyer in writing, If Seller desires to accept a bona fide offer from a third party to purchase the Property under the same terms contained in this contract except that the third party's offer omits the contingency, Seller shall provide Buyer with a copy of the third party's offer. Buyer may (in Buyer's sole discretion) remove the contingency from this contract in writing, in which case Seller shall reject the third party's offer. If Seller reason-ably believes that Buyer will not be able to perform this contract at Closing if the canceled contingency is not met, Seller may demand that Buyer produce evidence showing that Buyer is able to perform at Closing.

**15. Miscellaneous.** Time is of the essence in this agreement. Any paragraph titles or captions in this agreement are for convenience only and are not part of the agreement itself. This agreement contains the entire understanding among the parties, and there are no prior or contemporaneous written or oral agreements pertaining to the subject matter. This agreement will be governed by and construed under the laws of the state of Tennessee. If any provision of this agreement is held invalid, the other

3

**TU-MAKAEFF0594**

Ex. 16 - 4030

provisions are unaffected and remain valid as if the invalid portion were not a part of the agreement. This agreement is binding on and benefits the parties and their heirs, successors, and assigns. This agreement may be amended only by the affirmative written consent of all of parties. This agreement may not be assigned without the non-assigning party's written consent. Singular references include plural where appropriate. This agreement is binding on the parties and their successors and assigns. If any provision must be performed after Closing, that part of this agreement survives Closing. If any party resorts to litigation to enforce this agreement, the losing party shall pay the attorney fees of the prevailing party. The party demanding satisfaction of a contingency under this agreement shall (upon request) execute a release when that contingency is satisfied in full.

Date of Offer: _____ Date of Acceptance: _____
Time of Offer: _____ : ____ ____.m. Time of Acceptance: _____ : ___ ____.m.

Buyer _____     Seller _____

Buyer _____     Seller _____

.

# ADDITIONAL CONTINGENCIES

This addendum is attached to the contract between
Seller _____
Buyer _____
regarding the Property located at _____
A provision Is made a part of this addendum ONLY IF all parties Initial the margin nearest the included provision.
Initial Here 1

_____ **Sale of Buyer's Home.** Buyer may cancel this contract if Buyer is unable to enter into a contract to sell Buyer's home located at _____,
which Buyer shall make a good-faith effort to sell. This contingency is satisfied (and Buyer may no longer cancel this contract) as soon as a Buyer accepts a written offer to purchase Buyer's home, regardless of whether that sale is actually closed. If Buyer has not accepted an offer or otherwise waived this contingency by _____, 20____, Seller may (at Seller's option) terminate this contract and refund the Deposit.

_____ **Relocation.** Buyer is a resident of _____ and has executed this contract in anticipation of relocating. Buyer may cancel this contract (and Seller shall refund the Deposit) if Buyer's anticipated relocation is terminated. However, Buyer shall forfeit the Deposit and be liable to Seller for damages if Buyer cancels this contract (A) because Buyer voluntarily decided not to relocate or (B) if Buyer negotiates or takes other steps before Closing to arrange to (1) reside or (2) obtain Buyer's primary income from a source within a _____-mile radius of the Property.

_____ **Back-Up Contract.** This is a "back-up contract," which means that Seller has agreed to Seller the Property to a third party. If the third party's agreement is terminated before _____, 20____, this contract shall become effective; and both Buyer and Seller shall be obligated to perform all terms of this contract upon Seller's written notice to Buyer by 12:01 p.m. on that date. If the third party's agreement is not terminated before that date, Seller shall refund Buyer's Deposit by 12:01 p.m. on that date; and this contract shall be canceled.
If the third party's agreement is terminated after that date but before the date set for Closing in this contract, Seller shall (within 24 hours after the termination) notify Buyer in writing of the termination; Buyer may (at Buyer's option) ratify this contract within 72 hours after receipt of Seller's notice by giving Seller (1) notice of ratification and (2) another Deposit in the same amount. If Buyer ratifies this contract, both Buyer and Seller shall be obligated to perform all terms of this contract. If Buyer does not ratify this contract, Seller shall be released of any obligation to Buyer.

Buyer _____     Seller _____

Buyer _____     Seller _____

.

4

**TU-MAKAEFF0595**

Ex. 16 - 4031

## NEW LOAN ADDENDUM

This Addendum is made a part of the contract between

Buyer _____

Seller_____

regarding Property located at _____

**New Loan.** This contract is continent upon Buyer obtaining a "Loan" in at least the amount of $_____ at an interest rate not exceeding _____ % per annum over a term not to exceed _____ months, with total points and origination fees payable by Buyer not to exceed $_____ and total points payable by Seller not to exceed $_____.

**Application.** If Buyer is unable to obtain a commitment for the Loan after application to at least three lenders, Buyer may terminate this contract, and Seller shall return the Deposit.

**Commitment Letter.** Buyer shall provide to Seller a written loan commitment from Buyer's lender immediately upon receiving a commitment. If Buyer does not provide this commitment within days after the execution of this contract, Seller may terminate this contract and refund the Deposit.

**Costs to Seller.** If discount points chargeable to Seller above exceed the designated amount and Buyer cannot or will not pay the additional amount, Seller may cancel this contract and refund the Deposit. Seller shall also pay all loan fees (other than discount points or origination fees) that the lender will not permit to be paid by Buyer. However, if these fees exceed $_____, and Buyer cannot or will not pay the additional amount, Seller may terminate this agreement and refund the Deposit.

**Costs to Buyer.** Buyer shall pay all costs associated with the loan not paid by Seller, as described above.

**Cooperation.** All parties shall cooperate in a timely manner with Buyer's lender in all requests made in the ordinary course of the lender's business.

**Inspections.** Seller shall provide access to the Property to Buyer's lender and its designees for any purpose connected with approving or processing Buyer's loan.

Buyer _____          Seller _____

Buyer _____          Seller _____

## OWNER FINANCING ADDENDUM

This Addendum is made a part of the attached contract between the following parties

Buyer _____

Seller_____

regarding Property located at _____

Buyer shall pay a portion of the Price by executing a "Note" to and "Trust Deed" for the benefit of Seller under the following terms:

Loan Amount $_____ Interest Rate _____%; 1st Payment Date _____, 20 ___;

Term of Loan _____ Years; Payment $_____ Per (Circle) Month / Quarter / Year

Late Charge _____% Due After _____ Days;

**The following terms SHALL apply unless all parties delete a paragraph by striking through it and initialing beside it.**

**No Assumption.** The Trust Deed shall contain a "due on sale" clause permitting acceleration of maturity of the Note upon Buyer's conveyance of any interest in the Property, except upon the death or change in marital status of Buyer.

**Marital Status.** If Buyer is married, Buyer's spouse must sign the Trust Deed. If Buyer's spouse has not signed and given to Seller the following statement within five days from the date of this contract, Seller may cancel this contract and refund the Deposit: "In consideration of $1.00 and other good and valuable consideration, the receipt and legal sufficiency of which is acknowledged, I acknowledge that I am the spouse of the Buyer in this agreement, and I agree to sign the Trust Deed described in my spouse's contract to buy Property located at _____ free of any marital interest I may have in the Property." Signed: _____

**Credit Report.** Buyer shall furnish to Seller evidence of Buyer's creditworthiness. A photocopy of this contract is sufficient to authorize any creditor or credit bureau to furnish credit information to Seller. If Seller (in Seller's sole discretion) determines that Buyer is not creditworthy, Seller may cancel this contract and return the Deposit.

**Prepayment Penalty.** The note shall permit prepayment of all or any portion of the Note without penalty.

**Redemption.** The Trust Deed shall provide for waiver of the statutory right of redemption.

**The following terms apply ONLY if checked and Initialed by all parties.**

____ Balloon Payment. A balloon payment of all unpaid principal is due on _____, 20 ___

____ Amortization. Installment payments shall be amortized over ____ months

____ Interest Only. Installment payments represent interest only.

5

**TU-MAKAEFF0596**

Ex. 16 - 4032

\_\_\_\_ **Escrow Taxes and Insurance.** Along with each payment under the Note, Buyer shall deposit in an escrow account to be held by Seller 1/12 of annual property taxes and insurance premiums. Buyer shall also fund this escrow account at closing with an amount sufficient to pay the annual taxes and insurance premium when next due, less the amounts to be paid monthly before the due dates. This escrow account shall not bear interest.

\_\_\_\_ **Sale of Mortgage.** This contract is contingent until _____ 20\_\_, upon Seller obtaining a third party's written commitment to purchase the Trust Deed for no less than $ _____

\_\_\_\_ **Liens Against Buyer.** Buyer shall furnish to Seller (at Buyer's expense) a written opinion from an attorney or title examiner of Seller's choosing that there are no liens or lawsuits pending against Buyer. If liens and/or lawsuits are pending and (in the sole opinion of Seller's attorney) the liens and/or lawsuits would affect the first priority of the Trust Deed, Seller may terminate this contract and return the Deposit.

\_\_\_\_ **Partial Releases.** Buyer shall subdivide the Property into no fewer than \_\_\_ lots, all of which shall have road frontage. The Trust Deed shall require Seller to execute partial releases of the Trust Deed as to any lot requested by Buyer upon payment to Seller of $ _____ per lot released. Buyer shall pay the costs of preparing and recording partial releases.

\_\_\_\_ **Subordination.** Upon Buyer's request, Seller shall execute an agreement subordinating the lien of the Trust Deed to a deed of trust to be executed by Buyer in favor of Buyer's construction lender. Buyer shall pay the costs of preparing and recording this agreement.

\_\_\_\_ **Evidence of Payment.** Buyer shall provide Seller with written evidence of payment of any superior mortgage within thirty days after payment of each installment of that mortgage. Evidence may be in the form of copies of canceled checks or a statement from the holder of the superior mortgage. In lieu of providing this notice, Buyer may choose to make payment directly to Seller (by cash or check payable to Seller), in which case Seller shall make the superior mortgage payment on Buyer's behalf.

\_\_\_\_ **First Mortgage Default.** Seller may cure any default by Buyer of any superior mortgage. Buyer shall reimburse Seller for any funds paid by Seller to cure defaults within five days after notice from Seller that an advance was made; and the amount advanced shall bear interest from the date of the advance at the same rate as the Note and shall be secured by the Trust Deed. A default under the superior mortgage shall be a default under the Trust Deed.

| | |
|---|---|
| _____ | _____ |
| Buyer | Seller |
| _____ | _____ |
| Buyer | Seller |

## LOAN ASSUMPTION ADDENDUM

This Addendum is made a part of the attached contract dated _____ , 20\_\_ , between

Buyer _____

Seller _____

regarding Property located at _____

Buyer shall pay a portion of the Price by assuming a note secured by a deed of trust on the Property under these terms:

"**Loan.**" The Property is encumbered by a deed of trust securing a note to _____ ("Lender"). This note bears interest at the rate of _____ % per annum, maturing on _____, with an approximate principal balance of $ _____

**Assumability.** The parties shall cooperate in determining (as soon as possible) whether the Lender shall permit Buyer to assume the Loan. If the Lender does not permit Buyer to assume the Loan, Buyer has the option of (1) canceling this contract or (2) purchasing the Property for cash. If Buyer cancels the contract, Buyer shall pay all costs associated with the Lender's evaluation of Buyer's assumption of the Loan; and Seller shall refund the Deposit. If Buyer purchases the Property for cash, all terms of this contract remain in effect except for this addendum; and Buyer shall pay all costs associated with Lender's evaluation of Buyer's assumption of the Loan.

**Payment of Price.**

(1) The Price of $ _____ is [circle one] (approximate) (exact).

(2) Buyer shall pay $ _____ [circle one] (approximately) (exactly) in cash at Closing.

The Deposit is a part of this amount. [ Note: If item (1) is "approximate," item (2) must be "exact"; if item (1) is "exact," item (2) must be "approximate."]

**Prorations.** Principal and interest shall be prorated between the parties.

**Escrow Account.** Buyer shall pay Seller the amount held by Lender in escrow for the payment of taxes and insurance.

**Assumption Fee.** Buyer shall pay all fees required by Lender to assume the loan.

**Delinquencies.** Seller shall pay all charges required by Lender that became payable (whether or not they were billed) prior to Closing (including without limitation, delinquent installment payments or late charges).

**Documents.** Buyer shall execute all documents required by Lender to assume the loan. Flood Insurance.

\_\_\_ Is Required or

\_\_\_ Is Not Required.

.

6

**TU-MAKAEFF0597**

Ex. 16 - 4033

**Insurance Policies.**

____ Buyer may assume Seller's existing hazard and flood insurance (if any) policy issued by _____ If that company consents to assumption. The premium shall be prorated between the parties.

____ Buyer may not assume Seller's existing hazard and flood insurance (if any) policy, which will be canceled at Closing. Any unearned premiums shall be returned to Seller. Buyer shall provide any insurance policies required by Lender at Closing.

**Mortgage Insurance.**

_____ Mortgage insurance is not required by Lender.

_____ Buyer shall pay any mortgage Insurance premium required by Lender.

_____ The EHA mortgage insurance premium (or VA funding fee) for this loan has been paid in full Seller releases all claims to any portion of any refund of this premium that may later be made.

_____ The FHA mortgage insurance premium for this loan has been paid in full. In the event that Buyer (or any party acquiring an interest in the Property from Buyer, except for bona fide purchasers without notice of this provision) receives a refund of a portion of this premium, Buyer shall immediately pay to Seller an amount computed as follows: Divide the total refund by the number of months elapsed between the time the premium was paid and the time the refund was payable; multiply this number by the number of months that Seller owned the property.

**Continuing Liability.**

_____ If permitted by the Lender, Seller shall be relieved of all liability for the loan. If Lender requires the payment of additional fees or the execution of additional documents to relieve Seller of liability, Buyer shall pay these fees and execute these documents (including without limitation providing any information requested to qualify Buyer to assume the loan).

_____ Buyer shall not be required to pay any fee or execute any documents required by Lender solely to relieve Seller of continuing liability for the loan. However, Buyer agrees to indemnify and hold Seller harmless for any loss or expenses (Including a reasonable attorney fee) incurred as a result of the failure of Buyer (or any subsequent assuming party) to pay the loan.

| | |
|---|---|
| _____ | _____ |
| **Buyer** | **Seller** |
| | |
| _____ | _____ |
| **Buyer** | **Seller** |

# LEAD-BASED PAINT HAZARDS

This Addendum is made a part of the contract between

Buyer _____

Seller _____

regarding Property located at _____

The dwelling on the Property was build before 1978. Consequently, federal law requires the following terms be included in this contract:

**1 Information.** Buyer acknowledges receiving all lead hazard information required to be furnished to Buyer.

**2. Inspection.** Buyer (or Buyer's agent) may conduct a risk assessment or inspection of the Property for the presence of leadbase paint hazards ( the "Inspection") within ____ days from the date of this contract.

**3. Rescission Period.** If the Inspection reveals the presence of a lead-based paint hazard within the deadline for the Inspection set forth in paragraph 2, Buyer may cancel this contract; and Seller shall refund the Deposit.

**4. Lead Warning Statement.** Buyer acknowledges reading and understanding the following statement;

"Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the sellers possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase."

| | |
|---|---|
| _____ | _____ |
| **Buyer** | **Seller** |
| | |
| _____ | _____ |
| **Buyer** | **Seller** |

7

**TU-MAKAEFF0598**

Ex. 16 - 4034

# ADDENDUM A TO SALES AGREEMENT

Dated: _____

**The offer to purchase the real property commonly known as:**

_____

Made by: _____   Dated: _____

The undersigned purchaser and seller agree to the following:

The herein agreement upon its execution by both parties is herewith made an integral part of the above mentioned agreement of sale.

_____          _____
Witness                                    Seller

_____          _____
Witness                                    Seller

_____          _____
Witness                                    Purchaser

_____          _____
Witness                                    Purchaser

**TU-MAKAEFF0599**

Ex. 16 - 4035

# ADDENDUM A TO PURCHASE AND SALES AGREEMENT/CONTRACT

This document serves as an addendum to the Purchase and Sale Agreement for the property located at:

_____

1. Conflict Resolution: If there is a conflict between the terms and provisions of the Purchase Agreement and this Addendum, the terms and provisions of this Addendum shall govern the Property.

2. Exclusive Dealing: During the term of the Purchase Agreement, neither Seller nor its affiliate(s) shall (i) solicit or encourage, directly or indirectly, submission of any inquiry, proposal or offer related to the sale or acquisition of the Property, or (ii) entertain any offer to purchase the Property.

3. Earnest Money Deposit: No later than seven (7) days after the date the Purchase Agreement is executed by the Seller, Buyer shall deposit an earnest money deposit of _____ Dollars and _____ /100 ($ _____) with an escrow agent selected by Buyer, in Buyer's sole discretion (the "Escrow Agent"). In the event the transaction is not consummated for any reason, the earnest money deposit shall be returned to Buyer, without deduction, no later than forty-eight (48) hours after Escrow Agent's receipt of notice from Buyer that the Purchase Agreement has terminated or expired, and/or the transaction will not be consummated.

4. Appraisal Contingency: The obligation of Buyer to consummate the transaction contemplated hereby is expressly subject to the Property appraising for an amount equal to, or in excess of, the Purchase Price. Seller shall cooperate with, and provide reasonable assistance to, Buyer in making the Property available for such appraisal.

5. Mortgage Contingency: The obligation of Buyer to consummate the transaction contemplated hereby is expressly contingent upon Buyer being able to secure and close financing on terms and conditions acceptable to Buyer, in Buyer's sole, exclusive, and unfettered discretion.

6. Inspection Contingency: In the event that Buyer's inspection reveals deficiencies in the Property which Buyer, in its sole and unfettered discretion, is unwilling to accept, then Buyer shall have the right to terminate the Purchase Agreement by providing notice to Seller within the time period specified in the Purchase Agreement. This condition is for the benefit of Buyer and may be waived by Buyer in its sole discretion.

_____    _____    _____    _____
Seller's Initials          Date        Buyer's Initials           Date

**TU-MAKAEFF0600**

Ex. 16 - 4036

7. Seller Warranty: Seller hereby represents and warrants to Buyer, and shall certify to the Buyer, as of the Closing Date, that Seller has full authority to enter into and perform the Purchase Agreement in accordance with its terms and conditions, without breaching or defaulting on any obligation or commitment that Seller has to any partners or third parties.

8. Personal Property: In partial consideration for the Purchase Price to be paid Seller by Buyer, the following personal property, owned by seller, shall be transferred to Buyer at the Closing: all existing

_____

The personal property shall be transferred to Buyer by a bill of sale. Seller shall prepare and deliver an inventory of the personal property to Buyer within 20 days of the date on which both Seller and Buyer execute the Purchase Agreement.

9. Risk of Loss: Seller retains the risk of loss to the Property by fire, windstorm, or other casualty from the date on which both Seller and Buyer execute the Purchase Agreement, until the Property is conveyed to Buyer at Closing.

10. Due Diligence Data: Seller shall provide Buyer and its advisors copies of, or access to, all books, records, financial statements, vendor lists and supply lists and any other documents and materials that seller has access to relating to the operation and conditions of the Property, including, but not limited to,

_____

(all such documents and materials shall hereinafter be referred to as "Due Diligence Data"). In the event that Buyer, in its sole and unfettered discretion, is dissatisfied with any aspect of the Due Diligence Data, Buyer may terminate the Purchase Agreement by providing written notice to Seller no later than 5:00pm on the first calendar day following the Buyer inspection period established in the Purchase Agreement, This condition is for the benefit of Buyer and may be waived by Buyer in its sole discretion.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Seller | Date | Seller | Date |
| | | | |
| _____ | _____ | _____ | _____ |
| Buyer | Date | Buyer | Date |

**TU-MAKAEFF0601**

Ex. 16 - 4037



# TRUMP
#### UNIVERSITY

## ASSIGNMENT OF CONTRACT

Effective May 22, 2001, it is mutually agreed that this assignment for the contract to purchase on 211 Roberts, Bryan, TX 77803 (Further described as Roberts, Lot 17 & 18) from Angela Hayes to Shuja Shaikh & William L Chambers is hereby made. For this assignment, it is mutually agreed that Angela Hayes will receive Two Thousand dollars ($2,000.00) at the time of closing.

Assignee agrees to perform all covenants, conditions and obligations required by Assignor under said agreement and agrees to defend, indemnify and hold Assignor harmless from any liability or obligation under said agreement. Assignee further agrees to hold Assignor harmless from any deficiency or defect in the legality or enforceability of the terms of said agreement.

Dated this_____day of_____,20_____

_____
Assignor

_____
Assignee

_____
Assignee

# PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned, promise to pay to the order of _____,
(hereinafter referred to as "Payee"; Payee together with any subsequent holder hereof or any interest herein
being hereinafter referred to as "Holder") at_____, or at such other place as the
Holder may from time to time designate in writing, without grace, except as may be otherwise expressly
provided for herein, the principal sum_____($_____), together with interest from
the date hereof at a rate of (9)% per annum on the unpaid principal balance from time to time outstanding
in accordance with the following provisions:

(a) Commencing _____ 19____, and on the____day of each and every month thereafter until
_____ , 19____, the undersigned shall pay to Holder equal installments of
_____($_____), including principal and accrued interest on the unpaid principal balance. The
entire outstanding principal balance shall be due and payable in full on or before _____, 19____.

This Note and the instruments securing it are to be governed, interpreted and construed by, through and under
the laws of the State of _____. This Note may be prepaid in whole or in part at any time
without penalty or premium. If this Note provides for installment payments of principal,  prepayment of
principal payments shall be applied in the inverse order such installment payments are due, applying  first to
the last principal installment due hereunder.

This Note is secured by a Mortgage of even date herewith executed by the undersigned in favor of the Payee
herein, which is a lien on certain collateral security as described therein.

In the event that any payment of principal and/or interest is not made within thirty (30) days that same is due,
which event shall constitute an "Event of Default" hereunder, or in the event of any default under the terms
of the Mortgage  securing this Note, the undersigned shall pay, during the period of such default, interest on
the unpaid balance of the  indebtedness evidenced by this Note at the highest rate allowed by law.

The Holder shall have the optional right to declare the amount of the total unpaid balance hereto to be due
and forthwith payable in advance of the maturity date of any sum due or installment, as fixed herein, upon the
failure of the undersigned to pay, when due and after thirty (30) days+ that same is due, any of the installments
of interest and/ or principal, or upon the occurrence of any event of default or failure to perform in accordance
with any of the terms and conditions in the Mortgage securing this Note or in any other security document
executed and/or delivered in conjunction herewith. Upon exercise of this option by the Holder, the entire
unpaid principal shall bear interest at the highest rate allowed by law. Forbearance to exercise this option with
respect to any failure or breach of the undersigned shall not constitute a waiver of the rights to any continuing
failure or breach or any subsequent failure or breach.

In no event shall the amount of interest due or payments in the nature of interest payable hereunder exceed
the maximum rate of interest allowed by applicable law, as amended from time to time, and in the event any
such payment is paid by the undersigned or received by the Holder, then such excess sum shall be credited as

**TU-MAKAEFF0603**

Ex. 16 - 4039

a payment of principal, unless the undersigned shall notify the Holder, in writing, that the undersigned elects to have such excess sum returned to it forthwith.

Time is of the essence hereunder and, in case this Note is collected by law or through an attorney-at-law, or under advice therefrom, the undersigned agrees to pay all costs of collection including reasonable attorneys' fees. Reasonable attorneys' fees are defined to include, but not be limited to, all fees incurred in all matters of collection and enforcement, construction and interpretation, before, during and after suit, trial, proceedings and appeals. Attorneys' fees shall also include hourly charges for paralegals, law clerks and other staff members operating under the supervision of an attorney.

The remedies of the Holder, as provided herein or in the Mortgage, shall be cumulative and concurrent, and may be pursued singularly, successively or together, at the sole discretion of the Holder, and may be exercised as often as occasion therefor shall raise. No act of omission or commission of the Holder, including specifically any failure to exercise any right, remedy or recourse, shall be deemed to be a waiver or release of the same, such waiver or release to be affected only through a written document executed by the Holder and then only to the extent specifically recited therein. A waiver or release with reference to any one event shall not be construed as continuing, as a bar to, or as a waiver or release of any subsequent right, remedy or recourse as to a subsequent event.

Any notice to be given or to be served upon any party hereto, in connection with this Note, must be in writing, and may be given by certified or registered mail and shall be deemed to have been given and received on the third (3rd) business day after a certified or registered letter containing such notice, properly address, with postage prepaid, is deposited in the United States mail; and if given otherwise then by certified or registered mail, it shall be deemed to have been given when delivered to and received by the party to whom it is addressed. Such notices shall be given to the parties hereto as set forth in the Mortgage.

All persons or corporations or other entities now or at any time liable, whether primarily or secondarily, for the payment of the indebtedness hereby evidenced, for themselves, their heirs, legal representatives, successors and assigns respectively, hereby (a) expressly waive presentment, demand for payment, notice of dishonor, protest, notice of non-payment or protest, and diligence in collection except as may be otherwise expressly provided; (b) consent that the time of all payments or any part thereof may be extended, rearranged, renewed or postponed by the Holder hereof and further consent that the collateral security or any part thereof may be released, exchanged, added to or substituted for by Holder hereof, without in anywise modifying, altering, releasing, affecting or limiting their respective liability or the lien of any security instrument; (c) agree that the Holder, in order to enforce payment of this Note, shall not be required first to institute any suit or to exhaust any of its remedies against the undersigned or any other person or party to become liable hereunder.

If more than one party shall execute this Note, the term "undersigned" as used herein, shall mean all parties signing this Note and each of them, who shall be jointly and severally obligated hereunder. In this Note, whenever the context so requires, the neuter gender includes the feminine and/or masculine, as the case may be, and the singular number includes the plural.

All references herein to interest at the "maximum rate" shall mean "maximum legal contract rate".

IN WITNESS WHEREOF, the undersigned has caused this Note to be executed in its name on the day and year first above written.

**TU-MAKAEFF0604**

Ex. 16 - 4040



# TRUMP
### U N I V E R S I T Y

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG1

THIS NOTE HAS BEEN ACQUIRED FOR INVESTMENT AND MAY NOT BE SOLD, OFFERED FOR SALE OR TRANSFERRED IN THE ABSENCE OF AN EFFECTIVE REGISTRATION STATEMENT FOR THIS NOTE UNDER THE ACT OR AN OPINION OF COUNSEL THAT REGISTRATION IS NOT REQUIRED UNDER THE Securities Act of 1993 .

_____CORPORATION

NOTE DUE SEPTEMBER 28, 2006

Amount: $5,000,000.00                        Date: September 28, 2001
Rate: 12%                             Maturity: September  28, 2006

FOR VALUE RECEIVED, the undersigned, _____, a (enter state)_____ corporation (the "Company"), and _____, all of which are Minnesota corporations, (the "Subsidiaries") (the Company and the Subsidiaries being each a "Loan Party" and collectively the "Loan Parties"), hereby jointly and severally promise to pay to _____ ("Lender"), a (enter state)_____ corporation  and a licensee under the (the laws and statutes of that partys' state)_____, at its office at (enter address)_____ the principal amount of (write out dollar amount)_____ ($_____) together with interest on the  unpaid principal  balance  from the date  hereof at the rate of ___% per annum,  provided that in the event of a Default as defined in the Loan Agreement referred to below which continues for 90 consecu- tive  days, the unpaid principal balance  shall bear  interest  at a rate equal to the lesser of ___% per annum or the maximum amount  permitted by law from the date of such  Default  until the Default is waived by the Lender in writing or cured to the  satisfaction of the Lender.  Interest calculations  shall be based on a 360-day  year and a (10/20/30/etc)_____ year amortization schedule.

Interest  shall accrue without  payment until (date)_____.  Thereafter, principal  and  interest  shall be due and payable as pro- vided in the  attached amortization schedule,  with the final installment of principal and interest due on  (date)_____, in the amount  necessary  to repay in full the unpaid principal  and interest. All payments  received will be first applied to unpaid interest with any re- mainder being applied toward principal reduction.

This Note has been  delivered in conjunction  with a Loan Agreement  dated (date)_____,  by and among the Company,  the Lender and the Loan Parties referred  to therein.  Any capitalized  terms in this Note shall have  the same meaning as set forth in the Loan Agreement.

This Note is subject to prepayment in whole or part at any time at the option  of the Company.  In the case of any  prepayment  of less than the total principal amount  outstanding on the Note, the prepayment  shall be applied first to the interest owed and then to  installments of principal in the inverse order of their maturity.  In the event of prepayment of principal, the following prepayment fees shall apply:

| Prepayment Date | Percent of Prepaid Principal Due as Prepayment Penalty |
| --- | --- |
| September 28, 2002 | 5% |
| September 28, 2003 | 4% |
| September 28, 2004 | 3% |
| September 28, 2005 | 2% |
| July 28, 2006 | 1% |

Upon the  occurrence of any Default (as defined in the Loan  Agreement) the Lender shall have  all the rights and remedies provided in the Loan Agreement and the other agreements securing this Note.

The Company agrees,  if this Note is placed in the hands of an attorney for collection after the occurrence of a Default, to pay reasonable  at- torneys' fees and other costs as  permitted  by law. The Company  waives  demand for payment, presentment, notice of dishonor, notice of non- payment, diligence in collecting, grace, notice and protest. No release of any security for this Note or extension of time for payment of this Note shall  release or modify the  liability  of the Company under this Note.

This Note shall be governed  by the laws of the State of Minnesota and shall be binding upon the Company,  its successors and assigns, and shall inure to the benefit of the holder hereof, its successors and assigns.

**TU-MAKAEFF0605**

Ex. 16 - 4041



# TRUMP
### U N I V E R S I T Y

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG2

MISC. RETAIL CORPORATION

By: /s/ John Q. Public
-------------------------------------------
    John Q. Public, Senior Vice President

MISC. RETAIL CORPORATION

By: /s/ John Q. Public
-------------------------------------------
    Mark A. Kimball, Senior Vice President

MISC. RETAIL STUFF CORPORATION

By: /s/ John Q. Public
-------------------------------------------
    John Q. Public, Senior Vice President

2

MISC. RETAIL SC CORPORATION

By: /s/ John Q. Public
-------------------------------------------
    John Q. Public, Senior Vice President

OTHER COMPANY INC.

By: /s/ John Q. Public
-------------------------------------------
    John Q. Public, Senior Vice President

MISCRETAIL.COM CORPORATION

By: /s/ John Q. Public
-------------------------------------------
    John Q. Public, Senior Vice President

**TU-MAKAEFF0606**

Ex. 16 - 4042



# TRUMP
### UNIVERSITY

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG3

09/26/2001    Page 1

MISC RETAIL COMPANY

Compound Period......:    Monthly

Nominal Annual Rate..:   12.000  %
Effective Annual Rate:   12.683  %
Periodic Rate.......:     1.0000  %
Daily Rate...........:    0.03333 %

CASH FLOW DATA

| Event | Start Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1 Loan | 09/28/2001 | 5,000,000.00 | 1 | | |
| 2 Payment | 11/01/2001 | Interest Only | 24 | Monthly | 10/01/2003 |
| 3 Payment | 11/01/2003 | 71,735.47 | 36 | Monthly | 10/01/2006 |
| 4 Payment | 10/01/2006 | 4,063,703.80 | 1 | | |

AMORTIZATION SCHEDULE – Normal Amortization, 360 Day Year

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| Loan 09/28/2001 | | | | 5,000,000.00 |
| 1 11/01/2001 | 55,050.00 | 55,050.00 | 0.00 | 5,000,000.00 |
| 2 12/01/2001 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 2001 Totals | 105,050.00 | 105,050.00 | 0.00 | 5,000,000.00 |
| 3 01/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 4 02/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 5 03/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 6 04/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 7 05/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 8 06/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 9 07/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 10 08/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 11 09/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 12 10/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 13 11/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 14 12/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 2002 Totals | 600,000.00 | 600,000.00 | 0.00 | |
| 15 01/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 16 02/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 17 03/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 18 04/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 19 05/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 20 06/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 21 07/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 22 08/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 23 09/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 24 10/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 25 11/01/2003 | 71,735.47 | 50,000.00 | 21,735.47 | 4,978,264.53 |
| 26 12/01/2003 | 71,735.47 | 49,782.65 | 21,952.82 | 4,956,311.71 |
| 2003 Totals | 643,470.94 | 599,782.65 | 43,688.29 | |



# TRUMP
### U N I V E R S I T Y

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG4

09/26/2001    Page 2

--------------------------------------------------------------------------------

Select Comfort

--------------------------------------------------------------------------------

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 27 | 01/01/2004 | 71,735.47 | 49,563.12 | 22,172.35 | 4,934,139.36 |
| 28 | 02/01/2004 | 71,735.47 | 49,341.39 | 22,394.08 | 4,911,745.28 |
| 29 | 03/01/2004 | 71,735.47 | 49,117.45 | 22,618.02 | 4,889,127.26 |
| 30 | 04/01/2004 | 71,735.47 | 48,891.27 | 22,844.20 | 4,866,283.06 |
| 31 | 05/01/2004 | 71,735.47 | 48,662.83 | 23,072.64 | 4,843,210.42 |
| 32 | 06/01/2004 | 71,735.47 | 48,432.10 | 23,303.37 | 4,819,907.05 |
| 33 | 07/01/2004 | 71,735.47 | 48,199.07 | 23,536.40 | 4,796,370.65 |
| 34 | 08/01/2004 | 71,735.47 | 47,963.71 | 23,771.76 | 4,772,598.89 |
| 35 | 09/01/2004 | 71,735.47 | 47,725.99 | 24,009.48 | 4,748,589.41 |
| 36 | 10/01/2004 | 71,735.47 | 47,485.89 | 24,249.58 | 4,724,339.83 |
| 37 | 11/01/2004 | 71,735.47 | 47,243.40 | 24,492.07 | 4,699,847.76 |
| 38 | 12/01/2004 | 71,735.47 | 46,998.48 | 24,736.99 | 4,675,110.77 |
| 2004 Totals | | 860,825.64 | 579,624.70 | 281,200.94 | |
| 39 | 01/01/2005 | 71,735.47 | 46,751.11 | 24,984.36 | 4,650,126.41 |
| 40 | 02/01/2005 | 71,735.47 | 46,501.26 | 25,234.21 | 4,624,892.20 |
| 41 | 03/01/2005 | 71,735.47 | 46,248.92 | 25,486.55 | 4,599,405.65 |
| 42 | 04/01/2005 | 71,735.47 | 45,994.06 | 25,741.41 | 4,573,664.24 |
| 43 | 05/01/2005 | 71,735.47 | 45,736.64 | 25,998.83 | 4,547,665.41 |
| 44 | 06/01/2005 | 71,735.47 | 45,476.65 | 26,258.82 | 4,521,406.59 |
| 45 | 07/01/2005 | 71,735.47 | 45,214.07 | 26,521.40 | 4,494,885.19 |
| 46 | 08/01/2005 | 71,735.47 | 44,948.85 | 26,786.62 | 4,468,098.57 |
| 47 | 09/01/2005 | 71,735.47 | 44,680.99 | 27,054.48 | 4,441,044.09 |
| 48 | 10/01/2005 | 71,735.47 | 44,410.44 | 27,325.03 | 4,413,719.06 |
| 49 | 11/01/2005 | 71,735.47 | 44,137.19 | 27,598.28 | 4,386,120.78 |
| 50 | 12/01/2005 | 71,735.47 | 43,861.21 | 27,874.26 | 4,358,246.52 |
| 2005 Totals | | 860,825.64 | 543,961.39 | 316,864.25 | |
| 51 | 01/01/2006 | 71,735.47 | 43,582.47 | 28,153.00 | 4,330,093.52 |
| 52 | 02/01/2006 | 71,735.47 | 43,300.94 | 28,434.53 | 4,301,658.99 |
| 53 | 03/01/2006 | 71,735.47 | 43,016.59 | 28,718.88 | 4,272,940.11 |
| 54 | 04/01/2006 | 71,735.47 | 42,729.40 | 29,006.07 | 4,243,934.04 |
| 55 | 05/01/2006 | 71,735.47 | 42,439.34 | 29,296.13 | 4,214,637.91 |
| 56 | 06/01/2006 | 71,735.47 | 42,146.38 | 29,589.09 | 4,185,048.82 |
| 57 | 07/01/2006 | 71,735.47 | 41,850.49 | 29,884.98 | 4,155,163.84 |
| 58 | 08/01/2006 | 71,735.47 | 41,551.64 | 30,183.83 | 4,124,980.01 |
| 59 | 09/01/2006 | 71,735.47 | 41,249.80 | 30,485.67 | 4,094,494.34 |
| 60 | 10/01/2006 | 71,735.47 | 40,944.94 | 30,790.53 | 4,063,703.81 |
| 61 | 10/01/2006 | 4,063,703.80 | 0.01 | 4,063,703.81 | 0.00 |
| 2006 Totals | | 4,781,058.50 | 422,811.98 | 4,358,246.52 | |
| Grand Totals | | 7,851,230.72 | 2,851,230.72 | 5,000,000.00 | |

TU-MAKAEFF0608

Ex. 16 - 4044

# RELEASE OF INFORMATION

Date: _____

I, _____ agree to release all information (mortgages, liens, encumbrance, judgements etc,) pertaining to the property on _____, in the city of _____, county of _____, in the state of _____, to _____.

**IN WITNESS WHEREOF** the donor has set his/her/their hand and seal on this _____ day of _____ 200___

_____
Releaser's name

_____
Releaser's signature

STATE OF        _____}
                _____} SS
COUNTY OF _____}

I, the undersigned, a Notary Public, in and for said County and State aforesaid, certify that _____, personally known to me to be the same person whose name subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he/she/they signed, sealed, and delivered the said instrument as his/her/their free and voluntary act for the purpose therein set forth.

Given under my hand and Notarial Seal this _____ day _____, 200_____

_____
Notary Public

TU-MAKAEFF0609

Ex. 16 - 4045



## TRUMP
### UNIVERSITY

# SAMPLE AUTHORIZATION TO NEGOTIATE

September 4, 2007

Ms. Brighton Early
Loss Mitigation Department
Bank of South Texas
8454 Prairie Dog Lane
Big Horn, TX 54334

Reference mortgage loan number: FT345523-34
Mortgager: Duane Pope
SSN: xxx-xx-4435
DOB: 4/12/76

Dear Ms. Early

I, Duane Pipe, authorize Bank of South Texas, to discuss, release information to, and negotiate with
Your Business Real Estate on my behalf in all matters pertaining to loan number FT345523-34.

Sincerely,


_____          _____
Duane Pipe                                  Date


_____          _____
Your Business Real Estate                   Date

# BORROWER'S AUTHORIZATION TO RELEASE INFORMATION AND CONFIRMATION OF APPLICATION

This document confirms that you have applied for a mortgage and gives _____ ("Lender"), any mortgage insurer, or any investor to whom Lender sells your mortgage, permission to review additional documents as needed. Please take a few minutes to review and then sign and return this document to us. Should you have any questions, must let us know.

Sincerely,

_____

**Please review the following information and sign at the bottom, indicating that you have read and understand the information.**

- I confirm that I have applied for a mortgage loan from Lender. I understand that certain information from my application and loan-related documents may need to be verified—either before the loan is closed or as part of its quality control program.

- As needed, you may provide Lender, or potential mortgage insurers or potential investors that may purchase my mortgage, any and all information that they request. This may include (but is not limited to):
  - Employment history and income
  - Bank, money market and similar account balances
  - Credit history
  - Copies of signed income tax returns
  - Payoff/beneficiary statements (borrower is responsible for statement charges and/or reconveyance fees)

- This authorization may be addressed to any party named in the loan application, by Lender or any mortgage insurer or any investor that purchases the mortgage.

- A copy of this authorization may be accepted as an original.

- If more that one person is identified above as a Borrower, I confirm that we intend to apply for joint credit and I authorize each of the persons identified above as a Borrower to deal with Lender on my behalf in connection with this application.

Please sign below.

_____          _____
Mortgagee                                          Third Party Authorization Release


_____          _____
Mortgagee                                          Third Party Authorization Release

**TU-MAKAEFF0611**

Ex. 16 - 4047

# POWER OF ATTORNEY

i.   I, _____, Social Security Number _____, do hereby appoint _____, to be my true and lawful attorney to do on my behalf anything that I can lawfully do by an attorney.

ii.  This power of attorney shall be exclusively for the purposes of negotiating and completing all matters necessary for the preparation and execution of all documents, agreements, instruments and deeds concerning the sale of the premises known municipally as _____, including, but not limited to arranging, signing the contract for sale, investigations and inspections of the property, and generally do, execute and perform such other acts, documents and things as my attorney shall deem necessary or advisable for the completion of any transaction contemplated therein.

iii. The legal description th property contemplated by this agreement is:

   a. SEE ATTACHED DOCUMENT

iv.  That this power of attorney shall become effective on the date of signing here of and and shall remain in  effect until _____, after which time it shall terminate.

v.   That this power of attorney is not intended to revoke the provisions of any general power of attorney made by me.

**IN WITNESS WHEREOF** the donor has set his/her/their hand and seal on this _____day of _____ 200____

Name:       _____

Signature   _____

STATE OF    _____}

            _____} SS

COUNTY OF   _____}

I, the undersigned, a Notary Public, in and for said County and State aforesaid, certify that _____, personally known to me to be the same person whose name subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he/she/they signed, sealed, and delivered the said instrument as his/her/their free and voluntary act for the purpose therein set forth.

Given under my hand and Notarial Seal this _____ day _____, 200_____

_____
Notary Public

**TU-MAKAEFF0612**

Ex. 16 - 4048

# Trulia Trends report: February 2008

Just like celebrities in rehab and the latest saga of the Spears family, it is nearly impossible to escape the media's seemingly unending coverage of foreclosures and the volatility in the housing market. This month's Trulia Trends Report puts foreclosure data into perspective for the current market, and highlights five markets that may have hit the bottom.



Should You Buy, Sell or Just Wait?
Median REO vs. Median List Prices
January 2008

Data for Jan 08. Median list prices provided by trulia.com. Median REO (Real Estate Owned by banks) home prices provided by RealtyTrac.

## Sellers in the Midwest

who are not on a deadline to sell should wait for the banks to offload foreclosed REO homes before placing homes on the market.

## Buyers in the South and Mid-Atlantic

have the strongest negotiating power as banks and sellers are nearly neck-and-neck on median price.

The abundance of foreclosures is seriously hurting sellers in today's market. The ballooning number of foreclosures is driving down market values of existing homes, making it more difficult to refinance into more affordable loans, and drawing the attention of potential buyers toward foreclosed properties. In some markets, sellers who are not feeling the pressure to sell or refinance are simply pulling their listings from the market, leaving a larger portion of the inventory in the hands of the banks. This has created a buying opportunity for those who were priced out of the market, including well-financed first-time home buyers.

It's getting tougher for sellers to attract buyers in most regions of the country as the volume of homes that are Real Estate Owned by banks (REO) with lower price tags flood the market. In January, the Midwest was the region with the greatest difference in REO to median list price in the nation. The median price of bank-owned homes in the Midwest was 78 percent lower than the median list price of homes for sale. Significant reduction of income from job loss is often the primary driver of foreclosures, and in the Midwest, that was no exception. That region posted the greatest number of mass layoffs among the four census regions in December. Three states in that region, Michigan, Illinois and Ohio, were among the top five states in the nation with the largest number of initial unemployment claims in December, according to the Bureau of Labor Statistics. In five regions, the difference in median price for an REO home was approximately one-third lower than the price of a home for sale. The playing field was nearly level in the South and the Mid-Atlantic, where the price differences were one to two percent.

Trulia Inc.
208 Utah Street, Suite 310, San Francisco, CA 94103   www.trulia.com
Trulia Trends methodology appears on the last page of this document   To request an interview, or for a monthly subscription to Trulia Trends report, please contact truliatrends@trulia.com



trulia
real estate search

TU-MAKAEFF0613

Ex. 16 - 4049

# Road to Recovery

Not every city's housing market is bleak: we found five cities that are beginning to show early signs of recovery: Albuquerque, Queens, Tulsa, Memphis and St. Louis. The quarter-over-quarter pace of sales slowed, and median sales prices were relatively unchanged, in all five cities from Q3 to Q4 of 2007. Tulsa and Memphis are leading the pack on the road to recovery as quarter-over-quarter median list prices were up in those cities by eight and five percent, respectively. Looking at 2008, month-over-month median list prices were up from Dec 07 to Jan 08 in Tulsa, Memphis and St. Louis and unchanged in Albuquerque and Queens. While listing inventory in all five cities was stable, it is important to note that home sales typically slow near the end of the year and pick up again in the Spring, and whether these five markets can maintain their traction is yet to be seen. The month-over-month and quarter-over-quarter numbers - although modest - are encouraging, and we will continue to monitor them and watch for others to follow throughout the year.

**Five U.S. Cities on the Road to Recovery**

| City | Q3 Med List | Q4 Med List | Q-Q Change | Dec Med List | Jan Med List | M-M Change |
|------|------------|------------|-----------|-------------|-------------|-----------|
| Albuquerque | $244,900 | $239,900 | -2% | $240,000 | $239,900 | 0% |
| Queens | $489,000 | $489,000 | 0% | $489,000 | $489,000 | 0% |
| Tulsa | $120,250 | $129,500 | 8% | $120,000 | $129,500 | 7.9% |
| Memphis | $105,000 | $110,000 | 5% | $104,900 | $110,000 | 4.9% |
| St. Louis | $155,000 | $154,900 | 0% | $149,900 | $154,900 | 3.3% |

Median list prices provided by trulia.com.

# Spotlight: California Foreclosures

Despite a handful of reports that forecast a turnaround to begin in 2008 for the California housing market, our findings tell a different story.

We pulled the top ten cities in California with the most listings in January and compared foreclosure prices vs. list prices. We found that sellers in Los Angeles, San Francisco and San Diego may have a long wait ahead of them, as the median price of REO homes in those cities is lower than the median list price of non-REO homes by 19 percent or more. Potential buyers on Trulia are watching all three cities closely, as all were ranked in the top ten most popular cities in January.

Home values have nearly tripled in California since 1995, and lax lending standards, predatory lenders and a high concentration of subprime mortgages and speculative investors have caused home foreclosure filings to climb to record levels. As a result, many homeowners who are in default cannot refinance because they are "upside down" and owe more than the home is worth. The state's unemployment rate jumped to 6.1 percent in December - the highest in three years - which could force Californians to migrate to states with more affordable housing or a stabilized job market. The quarter-over-quarter pace of existing home sales has slowed and the glut of inventory from existing home sales and foreclosures will stall new housing starts for the remainder of the year.

**CA Cities with Most Homes on the Market**

| City | Median REO price | Median List price | Difference |
|------|-----------------|-------------------|-----------|
| Los Angeles | $442,000 | $599,000 | -36% |
| San Francisco | $650,645 | $780,000 | -20% |
| San Diego | $384,950 | $459,000 | -19% |
| Riverside | $365,000 | $390,050 | -7% |
| Corona | $475,000 | $499,000 | -5% |
| Modesto | $299,835 | $313,481 | -5% |
| Stockton | $305,000 | $314,000 | -3% |
| Sacramento | $249,000 | $255,000 | -2% |
| San Jose | $568,200 | $575,000 | -1% |
| Bakersfield | $249,000 | $250,000 | 0% |

Data for Jan 08. Median list prices provided by trulia.com.
Median REO (Real Estate Owned by banks) home prices provided by RealtyTrac.

Foreclosures will continue to dampen California's recovery efforts.  In January:

- The total dollar amount of bank-owned, or REO, homes in the state of California was just below $14 billion dollars.
- The number of REO homes in California priced at or above $1 million dol lars increased from 198 in November to 265 – an increase of 75 percent.
- The city of Los Angeles had the highest number of REO homes priced over $1 million dollars.
- The median price of an REO home in California is 24 percent lower than the median list price of homes for sale

**trulia**
real estate search

Trulia Inc.
208 Utah Street, Suite 310, San Francisco, CA 94103    www.trulia.com
Trulia Trends methodology appears on the last page of this document    To request an interview, or for a monthly subscription to Trulia Trends report, please contact truliatrends@trulia.com

TU-MAKAEFF0614

Ex. 16 - 4050

Trulia Trends report: February 2008
A monthly snapshot of what people are searching for on www.trulia.com and real estate trends

page 3

## Trulia Trends report methodology

The Trulia Trends report is built from a compilation of data sources—mostly listing price information and consumer search behavior on trulia.com and other licensed data.

### Median sales price

Median sales price data for each city is licensed from county assessor records. The most recently available data was used for this report. Median sales price data for all cities includes 1, 2, 3, and 4 bedroom properties, all property types are included.

### Median list price

Shows the median list prices for all homes listed on trulia.com from Jan 1 - Jan 31, 2008. Coverage for each state varies. Property types included are: single-family home, condo, townhouse, coop, apartment, loft, TIC, mobile/manufactured. Data includes primarily resale properties, not new developments or foreclosures.

### Median REO Price

Shows the median price data of foreclosed homes that have been repossessed by the lender; Also known as "bank-owned" or "Real Estate Owned" (REO). The most recently available data was used for this report. Data for each city is licensed from RealtyTrac.

### About Trulia

**Trulia, Inc (www.trulia.com), a national residential real estate search engine, has revolutionized online home search by offering a rich, intuitive user experience that points consumers directly to listings on agent and broker Web sites. Trulia helps consumers find information on homes for sale, and provides real estate information at the hyper-local level to help consumers make better decisions in the home-buying process.**

Written in collaboration with

## MILLER SAMUEL INC.
### REAL ESTATE APPRAISERS & CONSULTANTS

Trulia Inc.
208 Utah Street, Suite 310, San Francisco, CA 94103    www.trulia.com
To request an interview, or for a monthly subscription to Trulia Trends report, please contact truliatrends@trulia.com



**TU-MAKAEFF0615**

Ex. 16 - 4051



# TRUMP
## UNIVERSITY

# TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS

**Abandonment:** The voluntary relinquishment of rights of ownership or another interest(such as easement) by failure to use the property, coupled with an intent to abandon (give up the interest).

**Abstract of Judgement:** A summary of money judgement obtained in court. (When this summary or abstract is recorded in the county recorder's office, in some states the judgement becomes a lien on the debtor's property, both presently owned or after-acquired.)

**Abstract of Title:** A summary prepared by a licensed abstractor of all documents recorded in the public records of the political subdivision where the land is located. An abstract in some states or areas is reviewed by an attorney or other experienced title examiner to determine the status of title. Virtually every abstractor today provides actual copies of the records rather than an abstract of each document.

**Abatement:** A reduction of decrease. Usually applies to a decrease of assessed valuation of ad valorem taxes after the assessment, and levy

**Acceleration Clause:** Clause in a deed of trust or mortgage, which "accelerates," or hastens, the time when the indebtedness becomes due. For example, some deeds of trust contain a provision(an acceleration clause) stating that the note shall become due immediately upon the sale of the land or upon failure to pay interest or an installment of principal and interest

**Accommodation Recording:** Recording of instruments with the county recorder by a title company merely as a convenience to a customer and without assumption of responsibility for correctness or validity-Policy.

**Acknowledgement:** A formal declaration before a duly authorized officer (such as a notary public) by a person who has executed an instrument that such execution is his own act and deed. An acknowledgment is necessary to entitle an instrument (with certain specific exceptions) to be recorded, to impart constructive notice of its contents and to entitle the instrument to be used as evidence without further proof. The certificate of acknowledgment is attached to the instrument or incorporated therein.

**Adjustable Mortgage Loans (AML'S):** Mortgage loans under which the interest rate is periodically adjusted to more closely coincide with current rates. The amounts and times of adjustment are agreed to at the inception of the loan. Also called: Adjustable Rate Loans, Adjustable Rate Mortgages (ARM'S), Flexible Rate Loans, Variable Rate Loans. (See also: Indexing, Rate Index).

**TU-MAKAEFF0616**

Ex. 16 - 4052



# TRUMP
### UNIVERSITY

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Administrator—Bankruptcy

**Administrator:** A person appointed by the probate court to carry out the administration of a decedent's estate when the decedent has left no will. If a woman is appointed, she is called an administratrix.

**Ad Valorem Tax:** A tax based on the assessed value of real estate or personal property. Ad valorem taxes can be property tax or even duty on imported items. Property ad valorem taxes are the major source of revenue for state and municipal governments.

**Adverse Possession:** A process of acquiring title to real property by possession for a certain (statutory) period of time, in addition to fulfilling other conditions.

**Affidavit:** A written statement or declaration, sworn to before an officer who has authority to administer an oath.

**Agent:** One who has authorization, either expressed or implied, to act for or represent another party, usually in business matters, such as issuing title insurance policies on behalf of a title insurer for a portion of the premium.

**Agreement of Sale:** A written contract entered into between the seller (vendor) and buyer (vendee) for sale of real property (land) on an installment or deferred payment plan. It is also known as an agreement to convey, a long form Security Agreement or a real estate installment contract.

**All-Inclusive Rate:** Rate which includes charges for title insurance, searching or abstract fees and examination fees.

**ALTA:** (American Land Title Association) Organization composed of title insurance firms which sets standards for the industry, including title insurance policy forms used on a national basis.

**Amendment:** A change either to alter, add to, or correct part of an agreement without changing the principal idea or essence.

**Amortized Loan:** A loan that is paid off, both interest and principal, by regular payments that are equal or nearly equal.

**Annual Percentage Rate (A.P.R.):** The yearly interest percentage of a loan, as expressed by the actual rate of interest paid. For example: 6% add-on interest would be much more than 6% simple interest, even though both would say 6%. The A.P.R. is disclosed as a requirement of federal truth in lending statutes.

**Appraisal:** An estimate of value of property resulting from analysis of facts about the property; an opinion of value.

**Approved Attorney:** An attorney whose opinion is acceptable to a title company as the basis for issuance of a title insurance policy by the insurer. The insurer, rather than the attorney, executes the policy.

**Assumption:** The act of conveying real property; taking title to a property with the Buyer assuming liability for paying an existing note secured by a deed of trust against the property.

**Bankruptcy:** A special proceeding under federal, or in some instances state, laws by which the property of a debtor is protected by the court and may be divided among the debtor's creditors and the debtor.

**TU-MAKAEFF0617**

Ex. 16 - 4053



# TRUMP
### U N I V E R S I T Y

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Blanket/Trust Deed—Commitment

**Blanket or Trust Deed:** A mortgage or trust deed that covers more than one lot or parcel of real property, and often an entire subdivision. As individual lots are sold, a partial reconveyance from the blanket mortgage is ordinarily obtained.

**Bona Fide Purchaser:** One who buys property in good faith, for fair value, and without notice of any adverse claim or right of third parties.

**Branch:** A subordinate or division office of First American Title Insurance Company, as opposed to an affiliate, agent, subsidiary or underwritten firm associated with the Company.

**Breach of Contract:** Failure to perform a contract, in whole or part, without legal excuse.

**Building Contract:** An agreement between an owner or lessee and a building contractor, setting forth terms relative to the construction of a proposed structure.

**Buydown:** A payment to the lender from the seller, buyer, third party, or some combination of these, causing the lender to reduce the interest rate during the early years of a loan. The buydown is usually for the first one to five years of the loan. (See also: Certificate Backed Mortgage).

**Capitalization Rate:** The percentage (acceptable to an average buyer) used to determine the value of income property through capitalization.

**Certificate of Title:** In areas where attorneys examine abstracts or chains of title, a written opinion, executed by the examining attorney, stating that title is vested as stated in the abstract.

**Close of Escrow:** The date the documents are recorded and title passes from Seller to Buyer. On this date, the Buyer becomes the legal owner, and title insurance becomes effective.

**Closing:** The final procedure in the real estate sales process, where the sale and pertinent loan are completed by the execution of documents for recording. In some areas, this procedure is known as the closing of escrow.

**Cloud on Title:** An irregularity, possible claim, or encumbrance which, if valid, would adversely affect or impair the title.

**Coinsurance:** Ordinary coinsurance is defined as a transaction under which each of two or more insurers assumes a designated portion of the liability for the total risk and is liable for only such portion of any loss beginning at the first dollar of loss.

**Collateral:** By or at the side, additional or auxiliary. Mistakenly used to mean collateral security.

**Collateral Security:** Most commonly used to mean some security in addition to the personal obligation of the borrower.

**Commitment:** A binding contract with a title company to issue a specific title policy, showing only those exceptions contained in the commitment and any intervening matters after the date of the commitment and prior to the effective date of the policy. The commitment contains all information included in the preliminary title report, plus a list of the title company's requirements to insure the transaction. It also includes the standard exceptions from coverage that will appear in the policy.

**TU-MAKAEFF0618**

Ex. 16 - 4054



# TRUMP
## UNIVERSITY

TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
Community Driveway—Deed

**Community Driveway:** A driveway which is jointly owned, used and maintained by two or more persons. Usually, a portion of each owner's property is burdened by the driveway.

**Community Property:** Property acquired by husband, wife or both during marriage which gives each spouse an interest in the property whether each appears in title or not.

**Comparable Sales:** Sales that have similar characteristics as the subject property, used for analysis in the appraisal. Commonly called "comps."

**Condemnation:** The taking of private property by the government for public use – as for a street or a storm drain – upon making just compensation to the owner. This right or power of government to take property for a necessary public use is called "eminent domain."

**Conservator:** A person appointed by the court to care for the person and/or property of an incompetent adult or an adult unable to care for their person or property because of health.

**Constructive Notice:** Notice imparted by the public records of the county when documents entitled to recording are recorded.

**Conveyance:** An instrument in writing, such as a deed or trust deed, used to transfer (convey) title to property from one person to another.

**Corporation:** An entity authorized by law and established by a group of people, the stockholders, which is endowed with certain rights, privileges and duties similar to an individual.

**Covenant:** (1) A formal agreement or contract between two parties in which one party gives the other certain promises and assurances, such as the covenant of warranty in a warranty deed. (2) Agreements or promises contained in deeds and other instruments for performance or nonperformance of certain acts, or use or non-use of property in a certain manner.

**Covenants, Conditions and Restrictions:** Commonly called "CC & R's" the term usually refers to a written recorded declaration which sets forth certain covenants, conditions, restrictions, rules or regulations established by a subdivider or other landowner to create uniformity of buildings and use within tracts of land or groups of lots. The restrictions also can be established by deed. CC & R's are sometimes referred to as private zoning.

**Debt:** Money owing from one person to another.

**Debtor:** One who owes a debt.

**Decree of Distribution:** A probate court decree which determines how the estate of a decedent shall be distributed.

**Deed:** Written document by which an estate or interest in real property is transferred from one person to another. The person who transfers the interest is called the "grantor." The one who acquires the interest is called the "grantee." Examples of deeds are grant deeds, administrators' deeds, executors' deeds, quitclaim deeds, etc. The deed to use depends on the language of the deed, the legal capacity of the grantor and other circumstances.

TU-MAKAEFF0619

Ex. 16 - 4055



# TRUMP
UNIVERSITY

### TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
#### Deed of Trust—Equity

**Deed of Trust or Trust Deed:** A written document by which the title to land is conveyed as security for the repayment of a loan or other obligation. The landowner or debtor is called the "trustor." The party to whom the legal title is conveyed (and who may be called on to conduct a sale thereof if the loan is not paid) is the "trustee." The lender is the "beneficiary." When the loan is paid off, the trustee is asked by the beneficiary to issue a "recon" or reconveyance. This reconveyance corresponds to the release that the holder of a mortgage executes when the mortgage is paid off.

**Deed Restrictions:** Limitations in the deed to a property that dictate certain uses that may or not be made of the property.

**Defect:** A blemish, imperfection or deficiency. A defective title is one that is irregular and faulty.

**Defective Title:** (1) Title to a negotiable instrument obtained by fraud. (2) Title to real property which lacks some of the elements necessary to transfer good title.

**Demand Note:** A note having no date for repayment, but due on demand of the lender.

**Deposit:** (1) Money given by the buyer with an offer to purchase. Shows good faith. Also called earnest money. (2) A natural accumulation of resources (oil, gold, etc.) which may be commercially recovered and marketed.

**Description:** The exact location of a piece of real property stated in terms of lot, block, tract, part lot, metes and bounds, recorded instruments, or U.S. Government survey (sectionalized). This is also referred to as legal description of property.

**Earnest Money Deposit:** Down payment made by a purchaser of real estate as evidence of good faith; a deposit or partial payment.

**Easement:** A right or interest in the use of the land of another which entitles the holder to some use, privilege or benefit, such as to place pole lines, pipe lines or roads thereon.

**Effective Demand:** A qualifying term meaning the ability to pay as well as desire to buy.

**Eminent Domain:** The right of a government to take privately owned property for public purposes under condemnation proceedings upon payment of its reasonable value. See Condemnation.

**Encroachment:** The presence of an improvement such as a building, a wall, a fence or other fixture which overlaps onto the property of an adjoining owner.

**Encumbrance:** A right or claim upon real property (land) held by one other than the property owner. Encumbrances are divided into two classes, as follows:

**Endorsement:** Addition to or modification of a title insurance policy which expands or changes coverage of the policy, fulfilling specific requirements of the insured.

**Equity:** (1) A legal doctrine based on fairness, rather than strict interpretation of the letter of the law. (2) The market value of real property, less the amount of existing liens. (3) Any ownership investment (stocks, real estate, etc.) as opposed to investing as a lender (bonds, mortgages, etc.).

**TU-MAKAEFF0620**

Ex. 16 - 4056



**TRUMP UNIVERSITY**

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Escheat—Grant Deed

**Escheat:** The reversion of property to the state when an owner dies leaving no legal heirs, devisees or claimants.

**Escrow:** An independent third party, such as First American Title, who acts as the agent for buyer and seller, or for borrower and lender, carrying out instructions of both and disbursing documents and funds. Escrow closes and the transfer of property or document is completed upon fulfillment of certain conditions specified in the written instructions, whereupon the necessary deeds and other instruments are recorded.

**Estate:** (1) The interest or nature of the interest which one has in property, such as a life estate, the estate of a decreased, real estate, etc. (2) A large house with substantial grounds surrounding it, giving the connotation of belonging to a wealthy person.

**Execution:** An order directing a sheriff, constable, marshal or court-appointed commissioner to enforce a money judgment against the property of a debtor. This officer, if necessary, may sell the property to satisfy the judgment.

**Fee Simple:** An estate under which the owner is entitled to unrestricted powers to dispose of the property, and which can be left by will or inherited. Commonly, a synonym for ownership.

**File and Use:** In most states, title insurers file rate schedules, title insurance policies and endorsement forms with the State Insurance Department or other state agency and then may use such items or rates starting within a specified period of time after filing. Rates so filed usually are mandatory.

**Fixed Rate Mortgage:** A mortgage having a rate of interest which remains the same for the life of the mortgage.

**Foreclosure:** The sale of property used as security for a debt after default in payment.

**Forfeiture of Title:** A common penalty for the violation of conditions or restrictions imposed by the seller upon the buyer in a deed or other proper document. For example, a deed may be granted upon the condition that if liquor is sold on the land, the title to the land will be forfeited (that is, lost) by the buyer (or some later owner) and will revert to the seller.

**Full Disclosure:** In real estate, revealing all the known facts which may affect the decision of a buyer or tenant. A broker must disclose known defects in the property for sale or lease.

**"Good Faith" or "Mortgage Savings" CLAUSE:** A clause in CC & R's which provides that " a violation thereof shall not defeat or render invalid the lien of any mortgage or deed of trust made in good faith and for value."

**Good Faith Purchaser or Mortgagee:** A person who buys or lends in good faith, that is, without notice of any existing problem, where value is paid or lent.

**Grant:** A transfer of real estate, between individuals, by deed. A transfer of real estate from a sovereign is accomplished by patent or royal decree.

**Grant Deed:** One of the many types of deeds used to transfer real property. Contains warranties against prior conveyances or encumbrances. When title insurance is purchased, warranties in a deed are of little practical significance.

**TU-MAKAEFF0621**

Ex. 16 - 4057



# TRUMP
### U N I V E R S I T Y

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Guardian—Obligee

**Guardian:** A person appointed by a court to manage the person and/or property of one who is legally incompetent to handle his/her own affairs.

**Hazard Insurance:** Real estate insurance protecting against fire, some natural causes, vandalism, etc., depending upon the policy. Buyer often adds liability insurance and extended coverage for personal property.

**Homestead:** A statutory protection from execution or the establishment of title by occupation of real property in accordance with the laws of various states or the Federal Government.

**Impounds:** A trust type of account established by lenders for the accumulation of borrower's funds to meet periodic payments of taxes, mortgage insurance premiums, and/or future insurance policy premiums, required to protect their security.

**Indemnity:** Insurance against possible loss or damage. A title insurance policy is a contract of indemnity.

**Land Contract:** An installment contract for the sale of land whereby the seller (vendor) holds legal title and the buyer (vendee) has equitable title until the sales price is paid in full.

**Lease:** IAn agreement by which an owner of real property (lessor) gives the right of possession to another (lessee), for a specified period of time (term) and for a specified consideration (rent).

**Legal Description:** A description of land recognized by law, based on government surveys, spelling out the exact boundaries of the entire piece of land. It should so thoroughly identify a parcel of land that it cannot be confused with any other.

**Lender:** Any person or entity advancing funds which are to be repaid. A general term encompassing all mortgagees, and beneficiaries under deeds of trust.

**Lien:** An encumbrance against property for money, either voluntary or involuntary. All liens are encumbrances but all encumbrances are not liens.

**Mechanics Lien:** A lien created by statute for the purpose of securing priority of payment for the price or value of work performed and materials furnished in construction or repair of improvements to land, and which attaches to the land as well as the improvements.

**Mortgage:** (1) To hypothecate as security, real property for the payment of a debt. The borrower (mortgagor) retains possession and use of the property. (2) The instrument by which real estate is hypothecated as security for the repayment of a loan.

**Mortgagee:** The party lending the money and receiving the mortgage.

**Mortgagor:** The party who borrows the money and gives the mortgage.

**Note:** A unilateral agreement containing an express and absolute promise of the signer to pay to a named person, or order, or bearer, a definite sum of money at a specified date or on demand. Usually provides for interest and, concerning real property, is secured by a mortgage or trust deed.

**Obligee:** One to whom an obligation (promise) is owned.



# TRUMP
### UNIVERSITY

TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
Obligor—Parcel

**Obligor:** One who legally binds (obligates) oneself, such as the maker of a promissory note.

**Original Cost:** The purchase price of property, paid by the present owner. The present owner may or may not be the first owner.

**Owner's Policy:** A policy of title insurance usually insuring an owner of real estate against loss occasioned by defects in, liens against or unmarketability of the owner's title.

**Parcel:** Any area of land contained within a single description.

**Partnership:** An association of two or more persons who have contracted to join in business and share the profits.

**Party Wall:** A wall generally erected on a property boundary or between two lots for the common benefit and use of the property owners on either side.

**Patent:** A conveyance of title to land by the Federal or State Government.

**Personal Property (movable):** Any property that is not designated by law as real property (i.e., money, goods, evidences of debt, rights of action, furniture, automobiles).

**"P.I.Q.":** A title term referring to Property In Question.

**PITI:** A payment that combines Principal, Interest, Taxes, and Insurance.

**PLAT:** A plan, map or chart of a tract or town site dividing a parcel of land into lots.

**Power of Attorney:** A document by which one person (called the "principal") authorizes another person (called the "attorney-in-fact") to act for him/her in a specific manner in designated transactions.

**"PRE," "PRELIM" OR Preliminary Report:** A written report issued by a title company, preliminary to issuing title insurance, which shows the recorded condition of title of the property in question. See Commitment.

**Priority:** The order of preference, rank or position of the various liens and encumbrances affecting the title to a particular parcel of land. Usually, the date and time of recording determine the relative priority between documents.

**Priority Inspection:** A title term referring to the type of inspection made in connection with insuring a new construction loan. In making the inspection of the property, the title company must be assured that the work of improvement had not yet begun when the lender's deed of trust was recorded.

**Public Domain:** Land owned by the government and belonging to the community at large.

**Public Records:** The transcriptions in a recorder's office of instruments which have been recorded, including the indexes pertaining to them.

**Parcel:** Any area of land contained within a single description.

**TU-MAKAEFF0623**

Ex. 16 - 4059



# TRUMP
UNIVERSITY

### TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
#### Partnership—Reconveyance

**Partnership:** An association of two or more persons who have contracted to join in business and share the profits.

**Party Wall:** A wall generally erected on a property boundary or between two lots for the common benefit and use of the property owners on either side.

**Patent:** A conveyance of title to land by the Federal or State Government.

**Personal Property (movable):** Any property that is not designated by law as real property (i.e., money, goods, evidences of debt, rights of action, furniture, automobiles).

**"P.I.Q.":** A title term referring to Property In Question.

**PITI:** A payment that combines Principal, Interest, Taxes, and Insurance.

**PLAT:** A plan, map or chart of a tract or town site dividing a parcel of land into lots.

**Power of Attorney:** A document by which one person (called the "principal") authorizes another person (called the "attorney-in-fact") to act for him/her in a specific manner in designated transactions.

**"PRE," "PRELIM" OR Preliminary Report:** A written report issued by a title company, preliminary to issuing title insurance, which shows the recorded condition of title of the property in question. See Commitment.

**Priority:** The order of preference, rank or position of the various liens and encumbrances affecting the title to a particular parcel of land. Usually, the date and time of recording determine the relative priority between documents.

**Priority Inspection:** A title term referring to the type of inspection made in connection with insuring a new construction loan. In making the inspection of the property, the title company must be assured that the work of improvement had not yet begun when the lender's deed of trust was recorded.

**Public Domain:** Land owned by the government and belonging to the community at large.

**Public Records:** The transcriptions in a recorder's office of instruments which have been recorded, including the indexes pertaining to them.

**Quitclaim Deed:** A deed operating as a release; intended to pass any title, interest, or claim which the grantor may have in the property, but not containing any warranty of a valid interest or title in the grantor.

**Quiet Title:** To free the title to a piece of land from the claims of other persons by means of a court action called a "quiet title" action. The court decree obtained is a "quiet title" decree.

**Real Property (immovable):** Land, from the center of the earth and extending above the surface indefinitely, including all inherent natural attributes and any man-made improvements of a permanent nature place thereon. For example: minerals, trees, buildings, appurtenant rights.

**Reconveyance:** An instrument used to transfer title from a trustee to the equitable owner of real estate, when title is held as collateral security for a debt. Most commonly used upon payment in full of a trust deed. Also called a deed of reconveyance or release.

**TU-MAKAEFF0624**

Ex. 16 - 4060



# TRUMP
## UNIVERSITY

TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
Recording—Subordination Agreement

**Recording:** Filing documents affecting real property as a matter of public record, giving notice to future purchasers, creditors, or other interested parties. Recording is controlled by statute and usually requires the witnessing and notarizing of an instrument to be recorded.

**Reinsurance:** A contract which one insurer makes with another to protect the first insurer, wholly or partially, against loss or liability by reason of a risk under a separate and distinct contract as insurer of a third party. Reinsurance differs from coinsurance in that, in the case of reinsurance, only one insurer has a direct contractual relationship with the insured, and that insurer (commonly referred to as the "lead insurer") purchases reinsurance in order to lessen or spread the risk. The "lead insurer" will assume a risk up to a limit (the amount of which is referred to as the "retention") and any loss which exceeds this limit would be borne by the reinsurers. In the case of coinsurance, each coinsurer has a direct contractual relationship with the insured, and the risk is shared in agreed-upon proportions from the first dollar of loss.

**Restrictions:** Often called restrictive covenants. Provisions in a deed or other instrument whereby an owner of land prohibits or restricts certain use, occupation or improvement of the land.

**Right of Way:** (1) The right to pass over property owned by another, usually based upon an easement. (2) A path or thoroughfare over which passage is made. (3) A strip of land over which facilities such as highways, railroads or power lines are built.

**Sale and Leaseback:** A situation in which the grantor in a deed to a parcel of property sells it and retains possession by simultaneously leasing it from the grantee.

**Search:** In title industry parlance, a careful exploration and examination of the public records in an effort to find all recorded instruments relating to a particular chain of title.

**Separate Property:** Real property owned by one spouse exclusive of any interest of the other spouse.

**Squatter:** One who settles upon unoccupied land without legal claim or authority. (See Adverse Possession.)

**Starter:** A copy of the last policy or report issued by a title insurer which described the title to land upon which a new search is to be made. In some states, this is called a back title letter or back title certificate.

**Street Improvement Bonds:** Interest-bearing bonds issued, usually by a city or county, to secure the payment of assessments levied against land to pay for street improvements. The property owner may pay off the particular assessment against the property, or may allow the assessment to "go to bond" and pay installments of principal and interest over a period of years, usually at the city or county treasurer's office. The holder of a bond received payments from these offices.

**Subdivision:** An area of land laid out and divided into lots, blocks, and building sites, and in which public facilities are laid out, such as streets, alleys, parks, and easements for public utilities.

**Subordination Agreement:** An agreement by which one encumbrance (for example, a mortgage) is made subject to another encumbrance (for example, a mortgage) is made subject to another encumbrance (perhaps a lease). To "subordinate" is to "make subject to," or to make of lower priority.

TU-MAKAEFF0625

Ex. 16 - 4061



TRUMP
UNIVERSITY

TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
Surface Rights—Vesting

**Surface Rights:** Rights to enter upon and use the surface of a parcel of land, usually in connection with an oil and gas lease or other mineral lease. They may be "implied" by the language of the lease (no explicit reservation or exception of the surface rights) or "explicitly" set forth.

**Survey:** The measurement by a surveyor of real property which delineates the boundaries of a parcel of land. An ALTA survey additionally delineates the exact location of all improvements, encroachments, easements and other matters affecting the title to the property in question. A survey may be required by a title insurance company whenever the company is requested to issue an ALTA Extended Coverage Policy.

**Tax Deed:** A deed executed by the tax collector to the state, county or city when no redemption is made from a tax sale.

**Tax Sale:** Property on which current county taxes have not been paid is "sold to the state." No actual sale takes place - the title is transferred to the state and the owner may redeem it by paying taxes, penalties and costs. If it has not been redeemed within five years, the property (referred to as "tax sold property") is actually deeded to the state. (Similar "sales" to cities take place for unpaid city taxes.)

**Title:** (1) A combination of all the elements that constitute a legal right to own, possess, use, control, enjoy and dispose of real estate or a right or interest therein. (2) The rights of ownership recognized and protected by the law.

**Title Insurance:** Insured statement of the condition of title or ownership of real property. For a one-time-only premium, the named insured and their heirs are protected against title defects, liens and encumbrances existing as of the date of the policy and not specifically excluded from it. In the event of a claim, the title company provides legal defense from the policyholder and pays any covered losses incurred as a result of such claim.

**Title Search:** A review of all recorded documents affecting a specific parcel of land to determine the present condition of title. An experienced title officer or attorney reviews and analyzes all material relating to the search, then determines the sufficiency and status of title for insurance of a title insurance policy.

**Underwritten Company:** A title firm which conducts title searches but is not qualified to insure, and therefore issues policies of a qualified title insurer (underwriter) in return for a portion of the premium.

**Variable Interest Rate:** An interest rate that fluctuates with the current cost of money; subject to adjustment if the prevailing rate moves up or down.

**Vendor's Lien:** An implied lien given by law to a vendor for the remaining unpaid and unsecured part of a purchase price.

**Venue:** Neighborhood; often used to refer to the county or place in which an acknowledgment is made before a notary; also refers to the county in which a lawsuit may be filed or tried.

**Vesting:** The names, status and manner in which title of ownership is held with a fixed or determinable interest in a particular parcel of real property; also that portion of a title report or policy setting forth the above.

TU-MAKAEFF0626
Ex. 16 - 4062



# FAST TRACK TO FORECLOSURE INVESTING POWER TEAM

Trump University is here to assist you in your Real Estate Endeavors. Below is the support network we have put in place for you. Utilize these resources, as they are here for your personal success.

## 1.

☑ Do you have **general questions?**
☑ Do you need **information on locations of seminars?**
☑ Do you need to **update your personal information?**
☑ Do you need to **obtain information on continuing education classes?** (*Profit from Real Estate*)

If so please call **Customer Support** at 877-508-7867 extension 0, or e-mail us at customersupport@trumpuniversity.com.

## 2.

☑ Do you need **help leveraging your training?**
☑ Do you have **general questions about the real estate** industry?
☑ Do you have **questions** regarding your *Fast Track to Foreclosure* **after viewing your Orientation webinar?**

If so please call your **Client Advisor** at 888-TRUMP18. You can also email us at clientadvisor@trumpuniversity.com

## 3.

☑ Do you want to **read expert articles?**
☑ Do you need **crucial legal forms?**
☑ Do you have **questions for the experts?**
☑ Do you want to **view webinars?**
☑ Do you want to **connect with like minded people?**

If so please **log on** to http://www.trumpuniversity.com/Premium

 All Support Networks Available: 9am – 6pm EST, Monday – Friday

 You may log on to the Trump University Premium website at any time.

**TU-MAKAEFF0627**

Ex. 16 - 4063



**Notes:**

1st year  243
2nd year  626

90 k

Ⓐ million in real estate investment

lease / option buy → don't do tenants

74