

## Why Use the Advertising Method?

- Everyone does it because it works
- Simple signs work best
- Keep it simple and cheap
- Track what works
- A good reputation is the best advertising you can get

© 2008 Trump University

## Notes:

Print — see ad 3 times before respond
Internet — (4) times

If scared, know you're not a
shy buy right anyway

73

TU-MAKAEFF1688

Ex. 16 - 4065



# Why Use the Advertising Method?

- Everyone does it because it works
- Simple signs work best
- Keep it simple and cheap
- Track what works
- A good reputation is the best advertising you can get

© 2008 Trump University

## Notes:

Print — see ad 3 tres before regrond
Internet — (y) tres

If stead, know you're not a
fly by night company

73

**TU-MAKAEFF1689**
Ex. 16 - 4066



TU-MAKAEFF0648

Ex. 16 - 4067

**TRUMP University**
**Wealth Structuring Institute**

Published by the Profit Publishing Group, Inc.

Copyright © 2007 by John V. Childers, Jr., J.D. and Trump University

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system now know or to be invented, without permission in writing from the publisher, except by a reviewer who wishes to quote brief passages in connection with a review written for inclusion in a magazine, newspaper or broadcast.

"This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal or other expert assistance is required, the services of a competent professional person should be sought."

From a declaration of principles jointly adopted by a committee of the American Bar Association and committee of the *Publishers Association.*

DISCLAIMER:  This publication is sold with the understanding that neither the author nor the publisher is engaged in rendering legal, accounting, or professional services. Questions relevant to the specific tax, legal, and accounting needs of the reader should be addressed to practicing members of those professions.

The information, ideas, and suggestions contained herein have been developed from sources, including publications and research, that are considered and believed to be reliable, but cannot be guaranteed insofar as they apply to any particular taxpayer or individual desiring to establish an asset protection, estate planning, or tax plan. Moreover, because of the technical nature of the material and the fact that laws are never static, but ever changing, the assistance of a competent, qualified lawyer or accountant is recommended when implementing any plans of ideas discussed in this book.

The Author specifically disclaims any liability, loss, or risk, personal or otherwise, incurred as a consequence directly or indirectly of the use and application of any of the techniques or contents of this book.

LICENSE:  This publication is copyrighted. The buyer of this book is given a limited license to use its contents for his or her personal use.

The publisher of any book has no way of knowing the specific needs (legal and otherwise) of the reader. It is necessary then that you understand the limitations of this or any other book.

This book and all its contents are sold to you, the buyer, with the agreement that your purchase entitles you to a non-exclusive right to use this book and the material contained herein for personal educational use. You agree that you will not copy or reproduce materials in any form and that you will not lease, loan, sell, or otherwise make them available to third parties or any others.

Profit Publishing Group, Inc.
1509 Green Mountain Drive ▪ Little Rock, AR 72211
501-227-8233

www.secretmillionaire.com ▪ info@secretmillionaire.com
Printed in the United States of America

2

TU-MAKAEFF0649

Ex. 16 - 4068



*Katana Enterprises*
*Chat Noir*

# HOMEWORK ASSIGNMENT #1

1) Name corp → ambiguous → means something to me but no one else → understand to me meaningful to me
   KATANA

2) Chat Noir

3) Katana Enterprises

4) Katana Int'l

5)

6)

7)

8)

9)

10)

10 levels

4

TU-MAKAEFF0650
Ex. 16 - 4069



**TU-MAKAEFF0651**

Ex. 16 - 4070



Each student to business in — set own LLC — 1 hybrid trust
hold: equity

**WSI**

Hybrid grabs entity out of LLC when
you're about to be sued. You
don't default note cancelled + back to LLC

# HOMEWORK ASSIGNMENT #2

form
your
own?

## PROPOSED ENTITY STRUCTURE

1. LIVING TRUST (avoid probate)
   (revocable)

— Rental → LLC
   (tax + asset protection)

— Flips → LP → who's limited partner?
   who's general partner?

Detail
is
very
important

→ Hybrid trust
   (irrevocable)
   ↓   (can't revoke but
   (can dissolve I way only)
   ← when grantor + beneficiary agree to
      dissolve trust — cannot be court
      ordered.

Can't move
asset after
sued.

Set up as multiple LLCs — how much can I 5/use
then free equity group 100k — Transf. new LLC —
Sues coming after equity.

**TU-MAKAEFF0652**
Ex. 16 - 4071

No operating agreement → papers (LLC corp aren't valid)

Series LLC — no
case law to back up.
Only accepted in a couple
of states.

Also w/ HYBRID TRUST
I'm grantor.
Beneficiary someone you trust.
↳ children etc...

Single member LLC — treated like
↑ sole proprietor.
Give 1% — now 2 member LLC
— LLC 99%
— hybrid trust 1%

Only if owns incone is taxable

Also
otherwise if sell the pay taxes

Move → LLC hybrid trust
buy out if property w/ hybrid trust

1031 exclusion
↳ pay tax on full amt.

Their services: price
Full Service Plan
1) Revocable living trust — $2,495   3) S-corp $1,795   → reg
2) Ltd Partnership/LLC — $1,795   4) Corp $1,795   $7,880
                                                    $4,495

TU-MAKAEFF0653
Ex. 16 - 4072



# HOMEWORK ASSIGNMENT #2
## NOTES FOR PROPOSED ENTITY STRUCTURE

**Listing of Assets**                                    **Value**

◆Accounts:


◆ Real Estate:


◆ Businesses:


◆ Insurance:


◆ Retirement Plan(s):


◆ Personal Assets:

6

◆ Other Assets:


**TU-MAKAEFF0654**
Ex. 16 - 4073

Several actions from
QuickBooks

Wealth counsel            $1500 taxes
                          based on 5 hrs.

2 tries/         $ 30,345
 min
                 when call  → Strategic legal
                              mentoring

$ 6,995          AV attorney
Total (w/ 4995)         $ 400-600/hr
 $ 11,990   both        somecost $1,000/hr.
           $9,995 — $3,995 The next year.

            QuickBooks

(Goldman (Trump education))

Get     I have 401k ←—— can do business
access       w/ someone else & their 401K
to $    → They can be hand & lends
here          to me.
        N) 10% simple interest #, you can
           do a ho in real estate today.

TU-MAKAEFF0655
Ex. 16 - 4074



# PROPOSED ENTITY STRUCTURE

7

**TU-MAKAEFF0656**

Ex. 16 - 4075

# AN INTRODUCTION TO THE ASSET PROTECTION SECURITY SYSTEM

8

**TU-MAKAEFF0657**

Ex. 16 - 4076

⚹ ☐ LLC ☐ — challenges — set up by co. on internet.
→ just you then set up as single
member LLC → IRS says "disregarded
entity" so won't get same
protection especially come to
lawsuits.

⚹ ☐ Corporation ☐ — legal def is a new person
→ can be a member of my LLC
me + LLC = 2 people.

TU-MAKAEFF0658

Ex. 16 - 4077



# CHALLENGES

### 3 LEGAL PITFALLS

1)  Lawsuits

2)  Income taxes

3)  Death taxes

SOLUTION: Take the lid off!

## THREE ESSENTIAL AREAS

1)  Asset Protection

2)  Estate Planning

3)  Tax Reduction

9

TU-MAKAEFF0659
Ex. 16 - 4078

2005 Mercedes SL 600

keep it at someone's else — someone else
drives it but I own it.

↓

pride of ownership — I
not wanting to own toys but
play w/ the toys.

Provide fringe benefits → Leas to be for all employees.
It's about what you control, not own.

— You want your name on some things re: Trump,
Taylor → but still protected.
↳ Say to not use own names.

Katerina
Chat Noir

2 ways to make $

1) Do something that generates income
2) own something that generates income

1 entity — owns everything does nothing
1 entity — buys nothing, do everything
          owns          does

↳ ie This hotel owned by.
   This hotel independently operated by...

TU-MAKAEFF0660
Ex. 16 - 4079



*→ there aren't asset protection lawyers —*
*you have to seek info*

# Primary Objectives:

*Not taught a lot in law school even*

**1)   ASSET PROTECTION**
*→ from 1. lawsuits*
*• income taxes*
*• state taxes*

- ▸ Avoid lawsuits
- ▸ Control vs. ownership
- ▸ Own nothing / do nothing

*To file a lawsuit, must file complaint. Must state a claim*

*Brother in law strategy (like brother in law in hawaii)*

**2)   ESTATE PLANNING**

- ▸ Avoid death taxes
- ▸ Control vs. ownership
- ▸ Avoid probate

*need to gift so parent / family can put in nursing home*

*parent can control, have no ownership.*

**3)   TAX REDUCTION**

- ▸ Avoid income taxes
- ▸ Control vs. ownership
- ▸ Before-tax dollars vs. after-tax dollars

*not deductible*

*Item itself (ie cell phone, furniture) does not determine the deductibility. Tax preparer needs to determine why you bought it.*

*10*

*demonize by me*

*Spend before-tax & instead of after*

**TU-MAKAEFF0661**
Ex. 16 - 4080

Rules

1. Stop thinking like individuals.

2. Start thinking like entities.

↓

- Can I deduct everything? NO.
- Because part of xx that aren't the disseminated agst → no ind.

CPA

TU-MAKAEFF0662
Ex. 16 - 4081

# ESTATE PLANNING & LIVING TRUSTS

Security System Components

- Living trusts
- Limited partnerships
- Limited liability company
- Corporations ("S" + "C")
- Retirement plans.

11

TU-MAKAEFF0663
Ex. 16 - 4082



# LIVING TRUSTS

- **PRIMARY REASON FOR LIVING TRUST IS TO:**

    **AVOID** _____

- **WHAT IS PROBATE?**

- **PROBLEMS:**

12



# THE PROBATE PROCESS



*every estate must go through.*

*Without a Living Trust, assets titled in just your name must go through a probate process, and all expenses must be paid, before the assets can be fully distributed to your heirs.*

*they get pennies on the dollar*

*Get hit w/ taxes + fees.*

13

**TU-MAKAEFF0665**

Ex. 16 - 4084

Attorneys change fees based on gross
not net (doesn't matter if debt) for probate.

ie:    Home
       FMV: $500,000
       Debt: $400,000

       Car
       FMV: $20,000
       Debt: $20,000

       Savings
       $15,000

       Attorney fees
       $13,000 — probate

       Total fees
       $26,000

— Try to sell house to pay but tied up in
probate

**TU-MAKAEFF0666**

Ex. 16 - 4085





## ESTATE SHRINKAGE UPON YOUR DEATH

TU-MAKAEFF0667

Ex. 16 - 4086

o Primary reason for lving trusts is to:
    — avoid probate

o What is probate?
    — A process set up by the gov for the
    orderly distribution of assets upon
    death!

Living trust
does this
X excludes
gov.

A problem
Gov. decides where our assets go.

Probate → ~~2 yrs~~
    av. time 14 mos.
                 ↓
            w/ attorney

TU-MAKAEFF0668
Ex. 16 - 4087



# TWO LEADING WAYS TO AVOID PROBATE

**#1**   Don't die !   → Henry Ford died but ford didn't ↓ utilize corporation

**#2**   Living Trust

### TO AVOID PROBATE,

### YOU MUST HAVE A LIVING TRUST!

15

TU-MAKAEFF0669

Ex. 16 - 4088



# AVOIDING THE PROBATE PROCESS



Assets titled in just your name must go through a probate process before they can go to your Beneficiaries. But assets that you re-title in the name of your Trust completely avoid probate and can go straight to your Beneficiaries. Final income taxes will still have to be paid, but a Living Trust (like a properly prepared Will) can reduce or eliminate estate taxes.

16

TU-MAKAEFF0670

Ex. 16 - 4089



Becomes active upon death.

① (Living trust) should be REVOCABLE

※

If something changes/someone falls out of favor — you want to make changes.

When 2012
kwaza in 2010
ucan no legal
in effect

Irrevocable — can't change. Can't add assets into it.

CA

Change physical piece of it — schedule vs addendum

↳ Laws change.

Congress created fed laws. IRS interprets them.

Death tax exclusion

② • Started at $600,000 — now up to $2 million. Next year $3.5 million (2009)
If estate worth more than there, you'll have to pay estate taxes

2010 — no exclusion
2011 — $1 million

change when someone will know then.

Part of death duties?

Sunset provision needs include what it was.

Don't know b/c you don't know when you'll die.

TU-MAKAEFF0671
Ex. 16 - 4090

**WSI**

*cost:* $1,500 - $50,000 → it's all in estate taxes *have billions*

$2 Million Estate → save 100k estate taxes   8-550%
gross estate (attorney fees)

→ Attorney have different opinions - I can set up, I can review

# Living Trust Essentials   *save 10%*   *See by having in trust*

*6a. tabs*

1) Trust Document — This is a revocable living trust.

2) A-B Provision — *husband  wife*  B carries (both exclusion). (transfers to spouse w/o tax) Husband - $2 million exclusion-she has $2 million exclusion - total $3.5 mil → no tax

*Only for Married Couples*

3) Schedule A — *(want all assets listed) → charge for stocks you own — change when flip homes — if work in entity don't have to list. Add businesses.*

4) ~~Last Will and Testament~~ *Last Will + Testament → how things will be distributed*

5) Power of Attorney (Financial)  *(CPA)(friend)*  *durable all powers*

6) Power of Attorney (Medical)  *(wife)*  Pick 1 and 2 people

7) Directive to Physician → Direct physician to what I want done. while incapacitated → you don't speak for

8) ~~Durable Power of Attorney~~

9) Pour Over Will — *(cover your assets)* → If I do and have assets not on schedule A will go → probate but distributed according to trust

10) Funding Instructions → what assets in sched A & have put by in living trust.

11) ~~Final Instructions~~ Disability provisions — If this happens... how I want things handled.

12) Guardian Provisions — kids

*B) Final Instructions - re-contacted, speaker at funerals.*

*Must have all of these things, Attorney must set it up.*  *turn back in living trust*  *but probate & decides.*

*Stock trading beneficial on trade side*  17

*Here they attorney fights for you*

→ Judge's prerogative to decide. $ of dollars of assets for you in your assets could in given to 3rd cousin.

As U.S. citizen → we have a worldwide
tax regardless of where
properties are

If you set up living trust, you tell
family it exists so you don't
lose #.

Trusts are not recorded.
Tell someone — put in safe
deposit. Copy w/ attorney
who established. They don't give it
to you; you intervene w/ court
system.

You can't
void asset
of living
trust.

Anna Nicole Smith
living trust w/ husband
now w/ 1 child
payee bought.

You revoke by redoing.

The trust owns the assets.

* Trust can be resolver of LLC

TU-MAKAEFF0673
Ex. 16 - 4092



# HOW DOES IT ALL FIT TOGETHER?



18

TU-MAKAEFF0674

Ex. 16 - 4093



# TYPES OF BUSINESS STRUCTURES

- SOLE PROPRIETORSHIP

- GENERAL PARTNERSHIP

- LIMITED PARTNERSHIP

- LIMITED LIABILITY COMPANY

- CORPORATION

    - "C" and "S"

Least Asset Protection: *Sole Proprietorship*

Least Estate Planning: *Sole Proprietorship*

Least Tax Reduction: *Sole Proprietorship*

Most Popular: *Sole Proprietorship*

*Cla educates us u how to provide them w/ it.*

19

TU-MAKAEFF0675

Ex. 16 - 4094

— Don't put "investing" in raise or "investment" →
State Financing Bonds / Insurance.
— Real Estate can be in the

David Stamper

— 3 mos. from foreclosure/bankruptcy

— In 6 mos bought a $1.2 million
place, sold for $1.975 million — made
$700k, more than he made in 8 years.

Your corp name doesn't have
to be your DBA.

don't use your name.

Avoid
Titles

Managing Partner
Principal          ← this level

Broker can
put "Manager" on
cards, checking
accts.

#5   + Street name as #5

14 Arborside, LLC
     ↳ guy did this — has 4
        one address

You can change name of LLC legally
like you would your name. Note
for ☐ None change in tax return.

# LIMITED PARTNERSHIPS

## and

# LIMITED
# LIABILITY COMPANIES

20

TU-MAKAEFF0677

Ex. 16 - 4096



# LIMITED PARTNERSHIPS

- **SEPARATE LEGAL ENTITY** → corporate veil — own tax ID#

- **GENERAL PARTNER** — day to day operations

  General liability  Unlimited liability
  total control

- **LIMITED PARTNER(S)** — can have no day to day operations

  limited liability  limited liability
  no control

- **LIABILITY** — General partner — only has liability of what puts into business

**WHICH ONE DO YOU WANT TO BE?**

we want both — limited liability
+ total control.

We can't have both
unless → 21

TU-MAKAEFF0678
Ex. 16 - 4097



# WEALTH STRUCTURING INSTITUTE
## ❧ __RULES__ ❧

### 1: STOP

THINKING LIKE _____individuals_____,


### 2: START

THINKING LIKE _____entitie_____.

22

**TU-MAKAEFF0679**
Ex. 16 - 4098







23

**TU-MAKAEFF0680**

Ex. 16 - 4099

LP

Ie:— You flip houses — run
through Red Dog Limited Partnerships

✳ Family Limited Partnerships
↓
someone sheltering funds to
give to beneficiaries before
you die.

TU-MAKAEFF0681
Ex. 16 - 4100



## PARTNERSHIP TAXATION

### PASS THROUGH ENTITY

- INCOME AND TAX LIABILITY ARE PASSED THROUGH

TO: _Owners_

(→ 500% gen partner     50% limited partner)

- TAXES ARE PAID BY: _Owners_ in

_50 %_ tax bracket.

- EXAMPLE:

- BUSINESS

- FAMILY

24

TU-MAKAEFF0682
Ex. 16 - 4101



# LIMITED LIABILITY COMPANIES

- **STRATEGIES WORK THE SAME AS A LIMITED PARTNERSHIP**

    - **ADVANTAGE:** *Only One Entity*

    - **DISADVANTAGE:** *Only one Entity*

**WHY?**

NO *Income Splitting*

*You can shift income from me to C-corp. Pay 15% tax instead of 25% tax ($60,000 +) income*

*Pass ⟹ taxation.*

*No general / limited partners here*

25

TU-MAKAEFF0683
Ex. 16 - 4102

**WSI**

*If you're not paying someone else to manage, shouldn't you pay yourself? 2*

*Ex Pay a management fee, C -corp providing mgt. service*



LLC
*or*
LP

Corporation

*Shift funds back + forth. Save tax*

Corporation provides a _____*Service*_____ in
exchange for a _____*fee*_____.

What does this accomplish?
_____*Income splitting*_____

*Pay before tax dollars.*

26

**TU-MAKAEFF0684**
Ex. 16 - 4103

Available to
everyone

You can gift to anyone

— Gifting rule — give away + no one
pays taxes

← $12,000 (used to be
total
↓ (12 mos.) $10,000)

You can
double it
up.

per person

— Banks have to identify
$10,000 cash transactions →
Submit a form.

Can give $17,000 (40% more
than $12,000) → this.

Oct 24 2008    Based on valuation at
Oct 24 2009    time of transfer

↳ revalued → but units stay
same

TU-MAKAEFF0685
Ex. 16 - 4104

**WSI**

# ESTATE PLANNING

**$1.2 Million in Real Estate**

| Husband |
| Wife |
| Child 1 |
| Child 2 |
| Child 3 |

**$1.2 Million in Real Estate**

100,000 units of ownership

Each unit =

$12,000 = _____ units

Husband: _____ units

Wife: _____ units

Total: _____ units

BONUS: _____

Discount Available for:

-Lack of _____

-Lack of _____

27



702 430 8572

# HOW DOES IT ALL FIT TOGETHER?



28

# CORPORATIONS

TU-MAKAEFF0688

Ex. 16 - 4107



# CORPORATIONS

## TWO QUESTIONS:

### 1)  WHAT IS A CORPORATION?

♦  **LEGAL DEFINITION**

**An artificial person or legal entity created by or under authority of the laws of a state or nation, composed, in some rare instances, of a single person and his successors, being the incumbents of a particular office, but ordinarily consisting of an association of numerous individuals, who subsist as a body politic under a special denomination, which is regarded in law as having a personality and existence distinct from that of its several members, and which is by the same authority, vested with the capacity of continuous succession, irrespective of changes in its membership, either in perpetuity or for a limited term of years, and of acting as a unit or single individual in matters relating to the common purpose of the association, within the scope of the powers and authorities conferred upon such bodies by law.**

Dartmouth College v. Woodward, 17 U.S. (4 Wheat.) 518, 636, 657, 4 L.Ed. 629; U.S. v. Trinidad Coal Co., 137 U.S. 160, 11 S.Ct. 57, 34 L.Ed. 640.

### 2)  What's in it for me ?

30

Stats: 1/4 of us be sued this yr.

Av. 5 lawsuits per lifetime/individual.
1 is devastating Take everything.

Shift from

individual earnings

25% tax bracket

to C-Corp

( 15% tax bracket ) =

Save 10%

Individuals

pay 26% tax

TU-MAKAEFF0690

Ex. 16 - 4109



## Q: WHO NEEDS A CORPORATION?

**FIRST STEP: TAX BRACKET**

**C CORPORATION**

**$0-$50,000**

TAX BRACKET: _____ 15 _____ %

*   Above 50,000 → ranges)

    over $10 million drops

**ANSWER:**

Everybody

31

TU-MAKAEFF0691

Ex. 16 - 4110



C-corp

S-corp → pass-through entity
↓ form to file (same as C corp - (few diff.))

— same process — articles of inc. - Secretary of State

↓

C corp + S corp
↓
have to take salary
from paycheck, not in
distributions

Primary residence → best in FL → you keep primary residence - can't be frozen in lawsuit

Varies by state

Got Homestead exception

FL 00 Rule

— Arkansas — ¼ acre homestead

— Mississippi — $75,000

✗ / If primary residence in entity you lose that.
Don't do

TU-MAKAEFF0692

Ex. 16 - 4111



# CORPORATE BENEFITS

• **SEPARATE LEGAL ENTITY**

    **– LIMITED LIABILITY** — limited to access of business.

*If owns everything, it should do nothing.*

*If owns nothing + sued, sued for nothing.*

    **– SPLIT INCOME** — From individual to business itself.

    **– SEPARATE TAX BRACKET**

    **– REDUCE ESTATE VALUE** (gift shares of stock)

• **PERPETUAL EXISTENCE** *lives into perpetuity.*

32

TU-MAKAEFF0693

Ex. 16 - 4112



TU-MAKAEFF0694

Ex. 16 - 4113

**WSI**

# TAX ADVANTAGES

## § 79, ASSET EXPENSING — expense early

equipment — furniture — over 1 yr

than depreciate over time.

- **FISCAL YEAR END** —
  12/31/07
  due 4/15/08 (taxes)
  1/31/08 due 4/15/08 corp

- **BIGGER RETIREMENT PLANS**

- **OPERATE MULTIPLE BUSINESSES**

- **BUSINESS DEDUCTIONS**
  - § 162
  - All _ordinary_ and _necessary_ expenses
  - are deductible

- **OPERATE IN A TAX-FREE STATE** — TX, TN, NV, FL, WY



# HOW DOES IT ALL FIT TOGETHER?



34

**TU-MAKAEFF0696**

Ex. 16 - 4115

# BUSINESS TAX BASICS

35

**TU-MAKAEFF0697**

Ex. 16 - 4116

Passive income = (less tax rate
(no self employment tax
no payroll tax)
rental

TU-MAKAEFF0698
Ex. 16 - 4117

## Tax Structuring with Fred and Wilma

**Facts:**

•Fred and Wilma are married and combined make $70,000 in wages.

•Their itemized deductions and personal exemptions equal $20,000.

•They live in a state with a 7% income tax rate.

| | | |
|---|---|---|
| Federal Income Tax | $ 6,800.00 | (From Tax Rate Schedule) |
| State Income Tax | $ 3,500.00 | (Assuming itemized/personal deductions are same) |
| Social Security & Medicare | $ 5,355.00 | (Withheld from W2s) |
| Tax Burden | $ 15,655.00 | 22% |

**Example 2**

**Facts:**

•Fred is employed by an excavating company and earns $55,000 per year.

•Wilma is employed as a fashion designer and earns $60,000 per year.

•Their itemized deductions and personal exemptions equal $30,000.

•They live in a state with a 7% income tax rate.

| | | |
|---|---|---|
| Federal Income Tax | $ 14,870.00 | (From Tax Rate Schedule) |
| State Income Tax | $ 5,950.00 | (Assuming itemized/personal deductions are same) |
| Social Security & Medicare | $ 8,798.00 | (Withheld from W2s) |
| Tax Burden | $ 29,618.00 | 26% |

**Example 3**

**Facts:**

•Fred is self-employed by an excavating company and nets $55,000 per year.

•Wilma is self-employed as a fashion designer and earns $60,000 per year.

•Their itemized deductions and personal exemptions equal $30,000.

•They live in a state with a 7% income tax rate

| | | |
|---|---|---|
| Federal Income Tax | $ 12,839.00 | (From Tax Rate Schedule) |
| State Income Tax | $ 5,950.00 | (Assuming itemized/personal deductions are same) |
| Social Security & Medicare | $ 16,249.00 | (Withheld from W2s) |
| Tax Burden | $ 35,038.00 | 30% |

**Example 4**

**Facts:**

•Fred leases an office building to an excavating company and has a taxable net of $55,000.

•Wilma invests in real estate and earned $60,000 in capital gains.

•Their itemized deductions and personal exemptions equal $30,000.

•They live in a state with a 7% income tax rate

| | | |
|---|---|---|
| Federal Income Tax | $ 8,875.00 | (From Tax Rate Schedule) |
| State Income Tax | $ 5,950.00 | (Assuming itemized/personal deductions are same) |
| Social Security & Medicare | $ | (Withheld from W2s) |
| Tax Burden | $ 14,825.00 | 13% |

36

TU-MAKAEFF0699

Ex. 16 - 4118

# Creating Your Own Business

What do you wish to accomplish?

- Pros:

- Cons:

37

TU-MAKAEFF0700

Ex. 16 - 4119

# Tax Considerations

- Income Tax
- Self-Employment Tax
      (earned vs. passive income)

- Employment Taxes

-

- Excise Taxes

- Other Taxes

*Franchise Taxes — $800 CA*
*↓*
*They need the $*

38

TU-MAKAEFF0701

Ex. 16 - 4120

# __Choice of Entity__

- No Entity (self-employed) → *dfault judgment of this if you do nothing*

- General Partnership

- Limited Partnership

- "C" Corporation

- "S" Corporation

- LLC

## NOTES

_____

_____

_____

_____

_____

39

TU-MAKAEFF0702

Ex. 16 - 4121

## **Factors to Consider**

- How will you be taxed?

- What is my liability?

- What costs are involved?

- What reporting requirements do I have?

NOTES

_____

_____

_____

_____

_____

40

TU-MAKAEFF0703

Ex. 16 - 4122

## No Entity/ Sole Proprietor

Factors to Consider

How will you be taxed? *Add a schedule to your tax return*

*Schedule C (self employed)*

What is my liability? *Unlimited*

What costs are involved? *none*

What reporting requirements do I have?

*Add another form ↑ — personal rate 35% is what you'll paid*

**NOTES**

_____

_____

_____

_____

_____

41

**TU-MAKAEFF0704**
Ex. 16 - 4123

## **General Partnership** — 2 people acting together

### Factors to Consider

How will you be taxed?

on a personal level — 0-35% rate

What is my liability?

Unlimited x 2 (2 people)
you're responsible for ea. other's actions → you bear the burdens
↓
you can sue partner

What costs are involved?

What reporting requirements do I have?

1065 tax return

### NOTES

Like 2 sole proprietorships

_____

_____

_____

_____

Earned income credit - low income + multiple 42 kids → you get $.



**TU-MAKAEFF0706**

Ex. 16 - 4125

## **Limited Partnership**

*1 general partner*
*1 limited partner*

Factors to Consider

How will you be taxed?

*On a personal level — 0—35%*

What is my liability?

*General partner — unlimited*
*limited partners — up to $100,000 (ex.)*
*(his investment in*
*business plus what*
*he has in + taken out)*

What costs are involved?

*filing + franchise (annual fee)*
*first time set up fee*

What reporting requirements do I have?

*1065 tax return*

NOTES

*You're taxed at what's earned*
*in that year*

43

**TU-MAKAEFF0707**
Ex. 16 - 4126



TU-MAKAEFF0708
Ex. 16 - 4127

Tax avoidance

$100,000 income
$60,000 loan

Submit reimbursement invoice to company
Corp is providing this service to you - deductible to corp

# "C" Corporation

We don't use for personal living expenses IRS will say dividend

Need loan repayment schedule though — Can it be open ended (tax evasion)

## Factors to Consider

**How will you be taxed?**

Taxed at business level

**What is my liability?**

Limited to assets of business

**What costs are involved?**

Same as Limited partnership — franchise fee

**What reporting requirements do I have?**

1120

No! No W2 tax inc corp
#1 Owner pay salary

Loss in C-corp = 0 benefit

→ Use company to pay Co expenses directly

## NOTES

→ Pay a salary in cash → but lose it still

Loan from corp to me → show in books → not taxable

MUST why to pay ourselves.

I now war ate - 1040
1065 - Partnership

Distribution
Distribution from Walmart
dividend
→ double taxation

44

TU-MAKAEFF0709

Ex. 16 - 4128

— No law — alot of accountants use 50%

— Look at other people in my industry & see
     what they paid.

— Attribute income to software, advertising
     (other reasons making money).


— $100,000
— $50,000 salary
— $50,000 distribution (15.3% employment tax)
                    Save $7650 tax

If S corp rents home premises, what's reasonable?
re. $1500/month → $18,000/yr. + reduce income
                                              tax

                              $100,000 - $18,000 = $82,000

Limit on self employment tax
15.3% → 2.9% after

                    Passive - no self employment tax
                    50% salary → $4,000 ⟩ 39% taxes
                                                          ⟩ 15.3%

                              $54,000 →  ~~28%~~  25%
                    (15.3% save 1/2)  15.3%

**TU-MAKAEFF0710**
Ex. 16 - 4129

C-Corp with 1 more form file.
You are est. originally as C-Corp.

## "S" Corporation

claimed income entity          no free transferability
                               of assets — S+C

Factors to Consider

How will you be taxed?   Pass → entity, taxed at personal
                                            level

What is my liability?

          Whatever in business — its assets.

What costs are involved?

          franchise fee                    great for
                                           claimed
                                           income

What reporting requirements do I have?

          1120S tax return → bottom line
                                   on K-1

NOTES   Most (used) entity out there

        How can I take as smaller salary?
        Accountant can't work w/ you on % basis — illegal.

        — Has distribution of profits can take this not is
        not subject to self employment taxes (diff than salary) 45
        — You must take a salary — has to be reasonable (payroll)
        re-Make 100K. Say salary should be all of it.

**TU-MAKAEFF0711**
Ex. 16 - 4130



**TU-MAKAEFF0712**

Ex. 16 - 4131

Was established as "Aztec" law → Wyoming
( first state to have one )

## Limited Liability Company

~~fee~~ transfer of asset + limited liability

Factors to Consider

How will you be taxed?

→ make curia be taxed as partner or corporation lose tangibility of assets

Pass through — subject to federal tax ~~after tax~~ on personal level

What is my liability?

Limited

What costs are involved?

franchise fees

Subject to full self employment tax, full ordinary income tax.

What reporting requirements do I have?

1065

Stock ~~&~~ + Rentals → Great for ~~passive~~ income

NOTES

most popular being established today.

Created

If ~~do~~ one exclusive - passive income
If just earned income here, problem.

46

# Choice
# of
# Business Entity

47

**TU-MAKAEFF0714**

Ex. 16 - 4133

# **Operating Entity Overview**

Limited Partnership

S Corporation

Limited Liability Company

48

**TU-MAKAEFF0715**

Ex. 16 - 4134

## Limited Partnership

- Must have at least 1 general partner
- Must have at least 1 limited partner

*(can have more)*

- Limited Partner has no activity

- Limited Partner not subject to self employment tax

- Free transfer of assets

○ General Partner has self employment tax → b/c no have to become the S Corp.

**NOTES**

You want to be both — limited + general partner — just as a trust

49

TU-MAKAEFF0716
Ex. 16 - 4135

# S Corporation

- Pass through taxation

- No free transfer of assets

- Distribution of profits not subject to self employment tax

- Great entity for earned income

*Take reasonable Salary*

*Subchapter S*

## NOTES

_____

_____

_____

_____

_____

50

**TU-MAKAEFF0717**

Ex. 16 - 4136

## <u>Limited Liability Company</u>

- Currently taxed as general partnership

- Free transfer of assets

- Great entity for passive income

- Great entity to own assets

*Stock trading*
*Real estate → rental*

**NOTES**

_____

_____

_____

_____

_____

51

TU-MAKAEFF0718

Ex. 16 - 4137

CA Law    = Living Trust owns int $ of LLC
          — LLC owns property

Is all real estate activity
    passive? NO

Flip = earned income
Rent = passive income
Sell = earned income

Earned income = my personal services

Take out of LP + then
    transfer of assets to
        LLC

Hold property for 1 yr. 1 day = long term
Capital gain. Intent was to sell.

TU-MAKAEFF0719

Ex. 16 - 4138

*Personal residences — put => living trust,*
*not in entities. Always in pocal — are*

## **Choice of Entity**

*** Use QuickBooks — have manging service.*
*I'm maintaining books through 1 corp — shift*
*funds => that*

**1st Question:**

What type of income will I receive in the business?

*(Rentals)* Passive = ___LLC___

Earned = ___Limited Partnership___
___or S Corp.___

**2nd Question:**

*not just other place*

Does the business activity involve the ownership of real estate?
*(even building you work in )*

No = ___S Corp___

*Ø* Yes = ___Limited Partnership___

*** We need C-corp → only for General Partner.* 52
*(Great for reimbursing, profit sharing .... )*

# The Dirty Dozen
# Tactical Tax Strategies

53

TU-MAKAEFF0721

Ex. 16 - 4140

Real estate
investors are
unusual

Te — 50%, increase
income

No income tax
↓
They (IRS) look

They're going to go after us
they don't know. Be proactive.
We want you to know we
have an <u>unusual</u> item.

TU-MAKAEFF0722
Ex. 16 - 4141

*Risk of Yes audit goes up*

## Unusual Items

- Defined: Something that is not usual.
  (when suddenly make different amount of $)

- Do you have unusual items? Ie.
  ⮑ Trading shell companies on stock exchange.
  ⮑ Just got established on stock exchange - have to get IPO (initial public offering) — got there to raise cash. 90s — . corp's ⇒ (POS → $ TTT
  Got 7.5 mil → wanted to issue preferred stock (convert in common stock). corp's crashed b/c nothing behind it. for product co. had no warehouse — Animal planet pulled out. Stock drops -to 2¢ (went from 7¢ to 2¢). Corp president shut them down. Guy lost $5 million.

- How to handle:

  Address on the front end.

## NOTES

We are trying to have unusual item (income → worth)

_____

_____

_____

_____

Code: worthless stock
      common market — 2¢
      preferred stock — secondary market
wrote off $15 million worthless stock in sure year but
$15 million common stock in sure year & 0 tax due

54

If $50,000 startup expenses    post

↓

4 entities

wrote to $40,000

Letter → [Attach letter – going to
to          accept   startup +
IRS        organizational expenses
w/ tax       in year I start.
return

[This is
my cal.
item.

Educational expenses — Trip
education can't be written
off like this — just higher
ed.

don't write off
as
trip

write
off

Knowledge → Trip can be    write
written off as startup    off
expense

B/c need knowledge to start up biz.

**TU-MAKAEFF0724**

Ex. 16 - 4143

## **What can I deduct?**

Three things must occur:

1. Business must have _Started_ (when received income)!

2. Expense must be _ordinary_.

3. Expense must be _necessary_.

NOTES

_[handwritten notes]_

not educational expenses.

Dec 1st — offer fell through

Ie — Nov 1st — LP sstup — I can be this due or not (it's flexible)
March 1st — first deal closes

↓

Defer start date to next year. Do we need the deduction

past — Start up expenses — everything incurred prior to starting business — deny b/c starting b/c reducing + necessary

Carry over $5,000 start up expenses
$5,000 organizational expenses in year business starts b 55

Above this amortize over 15 yrs.

**TU-MAKAEFF0725**

Ex. 16 - 4144

## **Brilliant Deductions**

ABCs of Tax Planning

A _lways_

B _e_

C _alculating_

_Find out what's_
_available to you_

NOTES

_____

_____

_____

_____

_____

56

Internet

MSN → commonly
missed tax
deductions —
listed there
5

Expenses across multiple businesses

cell phone

don't want to write up expenses ← — LLC → cash flows b/c of depreciation → loss
— look at 4 entries + see who needs it
write off there

Set up bank acct for ea entity

**TU-MAKAEFF0727**
Ex. 16 - 4146

# Checklist of Common Federal Tax Deductions

The following items or transactions may give rise to tax deductions for a business.

Abandoned property
Accident insurance premiums
Accounting fees
Advertising
Alterations of business property
Appraisal fees
Assessments by labor unions
Attorney's fees
Auditor's fees
Automobile expenses
Back pay awards to employees
Bad debts
Bank failure, losses from
Beer or malt beverage tax, business
Bond premiums
Bonuses paid to employees
Breach of contract damages
Breakage
Burglary losses
Cancellation payment by lessee
Capital losses
Capital stock, sate tax on
Caretaker expenses
Casualty damage
Chamber of Commerce dues
Charitable contributions
Christmas gifts, business
Cigarette and cigar tax
Circulation expenditures
Cleaning work uniforms
Clearing land
Clerical help
Coal depletion
Commissions
Community chest contributions
Compensation

Conserving income-producing property, expenses
Contracts, damages for breach
Contracts, payments to secure
Contributions, charitable
Convention expenses
Cooperative association rebates
Copyrights, amortization of
Corporate representation services
Custodian fees
Custom duties, business
Damages
Debt, cancellation
Defending court action, business
Demolition losses
Depletion
Deposits in fail banks
Depreciation
Development expenses
Director's fees
Disability fund contributions
Discounts
Disputed accounts, loss on compromise
Dissolution expenses
Distilled spirits tax, business
Dividends received by corporation
Drilling costs, intangible
Drought damage
Dues and subscriptions, business-related
    Earthquake damage
Educational expenses, business
Educational institutions, contributions to
Embezzlement losses
Employee business expenses

57

TU-MAKAEFF0728
Ex. 16 - 4147

Employment agency fees
Entertainment, business
Exchanged of investment property, losses
Excise tax, business
Executor's expenses
Experimental expenses
Exploration damage
Farm expenses
Fire damage
Flood damage
Foreclosure losses
Foreign taxes
Foreign housing costs
Freeze damage
Gas well depletion
Gasoline tax, business
Gifts, business
Guarantor's payments
Health insurance premiums
Hospitals, donations to
Hospitalization insurance premiums
Hurricane damage
Illegal business, expenses of
Income tax, state or local
Income tax preparation fees
Incorporation fees
Individual retirement account (IRA) contributions
Initiation fees, union
Installing machinery and equipment
Installment sales, losses
Installment selling expenses
Interest, business or investment
Interest, mortgage
Inventory shortages
Investment counsel fees
Investor's expenses Judgment collection costs
Keogh contributions
Kickbacks

Land clearing
Laundering uniforms
Laundry and cleaning on business trips
Lease, payments for cancellation
Legal expenses
License fees, business
Liquor tax, business
Litigation expenses
Loans, uncollectible
Machinery
Magazines, circulation expenditures
Magazines, business
Maintenance
Management expenses
Materials and supplies
Meals and lodging, business travel
Mechanics' lien judgment
Merchandise
Mineral property exploration costs
Mines, development and exploration
Mortgage interest
Mortgagor's loss on foreclosure
Moving expenses, business connected
Not operating loss
Obsolescence
Office rent and expenses
Oil and gas expenses
Operating costs
Organization expenses of corporation
Painting
Partially worthless business bad debt
Partnership, capital loss
Patents, amortization of
Patronage dividends
Pension fund contributions
Percentage depletion
Premium on bonds
Preparation of tax returns
Price adjustments

58

TU-MAKAEFF0729
Ex. 16 - 4148

Prize awards, contest
Processing taxes
Processing fees
Professional fees
Professionals, expenses of
Profit-sharing contributions
Property damage
Property held for investment, expenses
Protection of business, expenses
Publicity and selling expenses
Real estate activities, expenses
Real estate tax, state and local
Rebates
Receivers' fees
Red Cross contributions
Refund of tax, expenses to obtain
Reimbursements to employees, business expenses
Relief fund contributions
Religious institutions, contributions
Rentals, business-connected
Repairs
Repayment of previously taxed income
Research expenses
Restoration of property at end of lease
Royalties
Safe deposit box rental
Sale of business or investment property, loss on
Sales taxes, business
Salespersons' expenses
Salvation Army contributions
Self-employment retirement plans
Settlement to avoid litigation
Social Security tax paid by employer
Soil conservation expenses
Stock transfer tax
Stock, loss on sale
Stock, worthless
Stock Exchange dues and fees
Stockholder's expenses
Storm damage
Strike fund payments
Supplies

Tax returns, cost of
Telephone expenses
Telephone tax, business
Theft losses
Tools
Trade association dues
Transportation tax, business
Travel expenses, business
Uncollectible debts
Unemployment insurance contributions
Uniforms
Union dues and fees
Water conservation expenses
Worker's Compensation
Worthless stocks and bonds

59

TU-MAKAEFF0730
Ex. 16 - 4149

# <u>Checklist of Federal Taxable Income Items</u>

The following is a checklist of taxable items that may be paid or received in connection with a business. The list can be used as a memory-jogger to make sure that no items are omitted from a business tax return or from employers' W-2 forms. In come cases, only a portion of an item will be included in income. For example, a state or local income tax refund is included in income only to the extent that it produced a prior tax benefit.

Advances of commissions, fees, rentals, royalties
Agent, income paid to
Agreement not to complete
Assigned income
Awards
Back pay
Bad debt recoveries (some)
Bank deposit interest
Bargain purchases
Barter income
Bond income, corporate
Boot received in reorganizations, tax-free swaps
Bonuses
Building and loan association dividends and interest
Business profits
Cancellation of indebtedness
Cancellation payments for contracts, debts, leases
Capital gains
Commissions
Compensation for services
Compromise of lawsuit
Condemnation of property
Conservation payments
Constructively received income
Contest awards
Contracts, income from
Covenant not to complete

60

TU-MAKAEFF0731

Ex. 16 - 4150

Al Capone
tax evasion

TU-MAKAEFF0732

Ex. 16 - 4151

Damages (some)
Dealer's reserve
Debt, forgiveness of
Deposits, nonrefundable
Directors' fees
Dismissal pay
Dividends
Drawing accounts
Employee awards (some)
Executors' fees
Expense allowances and reimbursements
    (non-accountable plans)
Farmers, income of
Federal officers and employees,
    compensation of
Fees for services
Foreign income
Gains from sales or exchanges
Goodwill, sale of
Illegal business, income from
Improvements, as rent
Income paid to another
Income tax paid by another
Insider profits
Insurance proceeds (some)
Interest
Lease cancellation payments
Life insurance premiums paid as
    compensation (some)
Life insurance proceeds (some)
Liquidating dividends
Lodging and meals furnished as
    compensation
Loss in value, payment for
Low- or no-interest loans, imputed interest
Mileage allowance (some)
Moving expense reimbursements (some)
Notes received as compensation
Oil and gas royalties
Options, forfeited deposits
Options issued as compensation (some)
Overtime pay

Partner's distributive share
Partner's guarantee payments
Partnership, sale of
Patents and copyright, royalties from
Patents and copyright, sale of
Patents and copyright, damages for
    infringement
Patronage dividends
Pensions
Prepaid income
Prizes from contests
Professional services, fees for
Profits from business or profession
Property dividends
Puts and calls, sales proceeds
Refunds
Reimbursements of expenses (non-
    accountable plans)
Rents
Rewards
Royalties
S corporation, shareholder's distributive
    share
S corporation, gain from sale of stock
Salary
Sales of property, gain from
Salesperson' advances and commissions
Savings bank deposits, income
Savings bond interest (some)
Self-employment income
State or local tax refunds (some)
Stock Dividends
Stock received as compensation
Stock, gain from sales
Subscriptions
Suggestions awards
Taxes paid by another
Tax-exempt securities, gain from sales
Tips
Tuition paid by employer (some
Unclaimed wages previously deducted
Unemployment compensation
Use and occupancy insurance proceeds
Vacation pay
Wages
Wash sales of securities, profit on

61

TU-MAKAEFF0733

Ex. 16 - 4152

# Checklist of
# Federal Taxable Exclusions

The following items may be wholly or partially excludable from income. In some cases,
the exclusion is subject to income limitations or other compliance requirement.

Accident and disability benefits
Advances, refundable
Bad debt recoveries (some)
Board and lodging provided for convenience
of employer
Business expenses reimbursements
(accountable plans)
Cafeteria plan contributions
Cancellation of indebtedness of insolvent
taxpayer
Casualty insurance proceeds (limited)
Citizen abroad, earned income (limited)
Damages for personal injuries
Dependent care assistance (limited)
Discharge of indebtedness, insolvent taxpayer
Educational assistance (some)
Farm products used by farmer
Foreign earned income
Fringe benefits (some)
Group life insurance premiums (limited)
Health insurance, premiums paid by employer
Health insurance benefits
Honorarium paid to retiring employee
Improvements by lessee
Income tax refunds, federal income tax
refunds, sate and local (some)
Insurance premiums on group life policy
(limited)
Insurance proceeds, accident and health
policies
Insurance proceeds, life policies
Interest, tax-exempt bonds

Lessee's improvements
Loan repayments
Lodging and meals supplied for employer's
convenience
Mileage allowance (limited)
Moving expense reimbursements (some)
Nonresident citizen, foreign earned income
Patronage dividends
Pension benefits (limited)
Personal injury damages
Rebates, consumer
Recoveries (some)
State and municipal bond interest
Supplemental unemployment benefits (some)
Supper money, occasional
Tax refunds (some)
Treaty, income exempt under
Uniform allowances (accountable plans)
Vocational training scholarships (some)
Workers' compensation

*NA taxable — nonequitable income* (handwritten)

62

TU-MAKAEFF0734

Ex. 16 - 4153

## __Notes__

63

TU-MAKAEFF0735

Ex. 16 - 4154

— Have documents btwn me + my
    entities.

    Ie — Had home office
         + did bzg w/ his other
              entities

    C — corp → rented software
                    $75k

    Sole proprietorship bought out
    (and C — corp    # 75,000
                          royalty.

    He signed papers for both
→   Sure documented it patime.

    Document it — it was
              fine.

**TU-MAKAEFF0736**

Ex. 16 - 4155

# Define Your Intent

The IRS has one simple question for you....

CAN YON PROVE IT?

Ie- We want to flip house - how can we prove that?

    — Picture w/ For Sale sign

    — Ad in paper

Ie — Intent to rent — can you prove it?

**NOTES**

You are guilty until proven innocent w/ IRS!

64

**TU-MAKAEFF0737**

Ex. 16 - 4156

1

$100,000

France # 80,000

Pmt Sm $20,000 ←

we can depreciate entire # 100k

_____

Take to Good will
↳ get receipt
          ^
        blank

2 — Give non-cash deductions w/out
     charging anything u return → $500

— Give over $500 adds 1 form to
   tax return — how did acquire item, what
   pd did (purchased over last yr3 t gave back)
   ↳ deduct current market value

Ie — give car to charity → only
worth what charity gets for it ( get
document signed by them — our intent is
to keep. This is value OR our intent to sell
this is what we got for it ). No blue book

— Can't give cash w/o receipt now.

TU-MAKAEFF0738
Ex. 16 - 4157

Individuals pay more taxes.
Corporations contribute more to politicians

## Non-Cash Deductions

Political
Contributions)
not
deductible
Bribe
(lobbyist)

**Big Bang for no Bucks**

1. • Depreciation

2. • Charitable donations

3. • Gifts of appreciated assets

4. • Charitable Remainder Trusts
   (Irrevocable)

→ Things purchased at low value that went up
in value. $150 raffle ticket — pays $0, $1, $0, 000
(500,000)
into 1/0

if goes back.

4 Gift house to charitable organization
(501 C3) → irrevocable →
Can you do it — 250k MV → 250k
deduction today no when
you die.

limited to 50% income
$1 100k income — can
take
$ 50k 1/0
→ continues on to
future

## NOTES

#2 — Contribute to foundations.

L> At Aztec tix. you donate + get ability
to buy tix (so can't deduct it all). Can
only write 75% off that.

Can't deduct when have a chance
to win something tangible (ie —
raffle)

65

Hers — 3 was into into charity set Aon,
Individuals who have ~~nothing~~ no one left.
This would be for Aon.

No reader
valuation
until
today

Trustee → takes care of
dog
$ 6.5 million

need to Inc
in $2 million
house.

Do, doesn't get taken
care of Trustee
Jos.

Improvements on
house go agst.
personal not business

TU-MAKAEFF0740

Ex. 16 - 4159

## Become Your Own Landlord

- Can your entities pay you rent for use of your home office?

*Yes*

*Sole proprietor*

*applies to individuals*
↓
*used exclusively*

- What is the benefit?

*Passive income*

*Sq ft of office*
*12 × 12*
*144 sq ft.*
*20000 home*

*2000 ÷ 144*

- How is it valued?

*% feet you can deduct*
↓
*no good way*

- What about the home office rules?

**NOTES**

*Rent is better*

*Rent $1500 — no exclusion entirely for business. Income on personal return. Corporation can use whatever they rented from you. I can still use it all.*

*It would be entire art of mortgage — be reasonable. Pay more to have office some place.*   66

3 — Earn 10%/co ÷ = 72
(return)

Do every year for 5yrs.

Can do leasing issue

## Retirement Plans

1. Can first trade your overall wealth building goals
2. Current Tax Deduction
3. ~~Tax deferred growth~~
4. Rule of 72

① Tax deferred on
② Tax - free      ) Only way retirement plans grow.

• 1 RA — can add 5k a year. 6k if you're over 50.

NOTES • ~~401K~~ — $16,000 a year $24 if over 50/yr.

Profit Sharing $45K $51 K if over 50/yr.

BEST ✱ Defined Benefit (DB) Plan ~~Contribution~~ can put tc two ★ ✱ away. Have to include all employees. Give same % (50%) percentage of income to employees.

• Rich individuals ($35 trillion of retirement funds) → money goes back to them. I do for them — they do for me (conve. wealth w/o taxes).

~~Reverse mortgages~~ — CPA doesn't like them.

1. Cannot invest in a life insurance contract out of retirement fund

2. Cannot invest in collectibles out of retirement fund (stamps, cards, gold ↑ (intrinsic) value

_____

Invest in self directed IRA ⇒ real estate

* ROTH IRA — taxed before, take $ out, pay 0 taxes.

**TU-MAKAEFF0744**
Ex. 16 - 4163

*Warren Buffett — 1 share*
*$ 250,000*

## How much $$$ do you have if... *Berkshire Hathaway*

*(Class B) $2500/share*

- $1 is doubled 20 times with no tax?

$ __1,000,000__ *(approx)*

- $1 is doubled 20 times with 30% tax?

$ __23,000__ *(approximately)*

*would have*
*$1 million here*

*Tax-deffered — 10% rate of return*

## NOTES

*Do hard $ loan + get 10% rate of return*

*You cannot invest in something you own (up to grandparents, down to kids). Brothers, sisters — in laws etc...*

If she makes $2000
you can only contribute
$ 3,350

— 3 yr shred papers
— true tags and stuff
— pick up sticks

Don't need
notary
comp

— Child Labor laws?
— Give your kids a business
    Card
        ↓
    statute excludes
    parents from
    Children Labor
        laws

You can
finish all
Sunday
Dec 31

TU-MAKAEFF0746

Ex. 16 - 4165

*write than a check*

# Children Obey Your Parents

*reimb ( tried and )*

How much can I pay my child for services and my child not have to pay tax?

$5,350 per kid ( then don't need a tax return )

How much can my child contribute to an IRA?

*Put in Roth*

Does my child have to earn the money?

*Yes*

*( document it, write than a check )*

*S corp gets $5350 deduction — pay po taxes*

*Drop $15,000
Br earlier   $82,000
$68,000*

*By Dec 31.*

## NOTES

*Parental control — parent & kid's
S/# on checking accts.*

*He uses $5350 for kids to
pay their own school.*

69

Imp. Buy final blowout in bulk lights at Loews for $49 now $5 → use later

Attach to tax return — later

I operate all of my rental ~~tax~~ ~~estate~~ activities or properties as one ~~fixed~~ ~~purpose~~ ~~actual~~ activity.

If passive income upon an ~~inte~~ of passive losses w/o being real estate professional.

TU-MAKAEFF0748

Ex. 16 - 4167

# Real Estate Professional Status

*Only advantage*

Enables a taxpayer to deduct rental losses.

*They said you have to meet for each property so*

If total income is > $100,000 in order to deduct all rental losses you must:

*$150K — deduct #0*

1. Spend 750 hours a year in Real Estate Activities → *like 6 mos.*

AND

2. Spend ½ of personal services in Real Estate Activities

*easy if don't have W2 income.*

*80% working — self employed.*

**NOTES** *40 hrs — CPA*
*40½ hrs — RE*

*One spouse might do this — the other might not.*

*If make less than 100k can 70 deduct all of losses*

**TU-MAKAEFF0749**

Ex. 16 - 4168

## <u>Free Rent</u>   → yes there is

- Must be personal property → rent from myself to someone else.

- More than 14 days of personal use

- Rented 14 days or less

$1000 /day → 1 day

deductible to corp.
tax free?

## NOTES

_____

_____

_____

_____

_____

71

TU-MAKAEFF0750

Ex. 16 - 4169

# Zero Percent Capital Gains
# (Like-kind Exchange)

When you sell a property you must either:

1. _Lose $_

2. _Pay Tax on gain of sale_

3. _Defer tax on again_

## NOTES

_____

_____

_____

_____

_____

72

TU-MAKAEFF0751

Ex. 16 - 4170

## **Like-kind Exchange (cont)**

A like-kind exchange is a business or investment property for a

business or investment property.

1.   45 days to identify property to be
     acquired

2.   180 days to close on new property



## NOTES

_____

_____

_____

_____

_____

73

TU-MAKAEFF0752

Ex. 16 - 4171

# Cost Segregation

*More Bang for your Buck*

74

**TU-MAKAEFF0753**
Ex. 16 - 4172

# **Real Estate Depreciation Methods**

- Commercial Property: 39 years

- Residential Property: 27.5 years

# NOTES

_____

_____

_____

_____

_____

75

TU-MAKAEFF0754

Ex. 16 - 4173

## Commercial Property: $600,000

Building & Structure:          $500,000

Land:                          $100,000

## Depreciation Schedule

Year 1:      $  6,995

Year 2:      $12,820

Year 3:      $12,820


Total 3 year deduction:      $32,635

Federal & State tax rate:      30%

Tax Savings:          $  9,791

## NOTES

_____

_____

_____

_____

_____

76

TU-MAKAEFF0755

Ex. 16 - 4174

## Residential Property: $250,000

Building & Structure:       $200,000

Land:                       $ 50,000

## Depreciation Schedule

Year 1:     $3,940

Year 2:     $7,272

Year 3:     $7,272


Total 3 year deduction:     $18,484

Federal & State Tax Rate:       30%

Tax Savings:        $ 5,545

## NOTES

_____

_____

_____

_____

_____

77

TU-MAKAEFF0756

Ex. 16 - 4175

# **Depreciation Useful Lives**

5 year assets:  Office equipment/Furniture

7 year assets:  Equipment

15 year assets:  Land improvements

## NOTES

_____

_____

_____

_____

_____

78

**TU-MAKAEFF0757**

Ex. 16 - 4176

# Common 5 year Real Estate Assets

Dishwasher
Dryer
Garbage Disposal
Microwave
Range
Refrigerator
Trash Compactor
Washer
Window air conditioning
Misc appliances
Antennas
Blinds, drapes, shades
Boat Slips
Carpeting
Counters, cabinets, racks, shelves
Dehumidifiers
Exhaust fans
False balconies
Fans
Fire extinguishers
Furniture- inside & outside
Hot water heaters
Light Fixtures
Mirrors

Storage bins
Sheds
Sump Pump
Suspended Ceilings
Signs
Canopy
Telephone Equipment
Wall Partitions
Electrical connected with 5 yr property
Plumbing connected with 5 yr property

79

TU-MAKAEFF0758
Ex. 16 - 4177

# Common 15 year Real Estate Assets

Curbs
Docks
Drainage
Fences
Landscaping/trees
Pavements
Parking Lots
Sewers
Sidewalks
Sprinkler System
Electrical with land improvements
Grading with land improvements
Plumbing with land improvements
Lighting with land improvements

80

**TU-MAKAEFF0759**
Ex. 16 - 4178

## **Cost Allocation**

How much of your property can be allocated to:

5 year property

15 year property

27.5 or 39 year property

## **Cost Allocation Assumptions**

25% of Building/Structure to 5 year asset

10% of Building/Structure to 15 year asset

## NOTES

_____

_____

_____

_____

_____

81

**TU-MAKAEFF0760**

Ex. 16 - 4179

## Commercial Cost Segregation

Land:              $100,000

5 yr Asset:                 $125,000

15 yr Asset:                $ 50,000

39 yr Asset:                $325,000

## Revised Depreciation Schedule

Year 1:      $32,021

Year 2:      $53,083

Year 3:      $36,608


Total 3 year deduction:        $121,712

Federal & State Tax Rate:      30%

Tax Savings:                   $ 36,514

## NOTES

_____

_____

_____

_____

_____

82

TU-MAKAEFF0761

Ex. 16 - 4180

## **Commercial Segregation Savings**

Tax Savings with Segregation:        $36,514

Tax Savings without Segregation:     $ 9,791

Net Savings Using Segregation:       $26,723

# NOTES

_____

_____

_____

_____

_____

83

**TU-MAKAEFF0762**

Ex. 16 - 4181

# Residential Cost Segregation

Land:            $ 50,000

5 yr Asset:      $ 50,000

15 yr Asset:     $ 20,000

27.5 yr Asset:   $130,000

# Revised Depreciation Schedule

Year 1:          $13,561

Year 2:          $22,627

Year 3:          $16,037

Total 3 year deduction:        $52,225

Federal & State Tax Rate:        30%

Tax Savings:                   $15,668

# NOTES

_____

_____

_____

_____

_____

84

TU-MAKAEFF0763

Ex. 16 - 4182

# **Residential Segregation Savings**

Tax Savings with Segregation:    $15,668

Tax Savings without Segregation:                $ 5,545


Net Savings Using Segregation: $10,123


## NOTES

_____

_____

_____

_____

_____

85

# Types of Income

86

**TU-MAKAEFF0765**

Ex. 16 - 4184

# __Types of Income__

- Earned

  _Personal services, S-P_

- Passive

  _Rents, LP_

- Investment

  _interest, div, capital gains_

- Tax Free

  _200 A Roth retirement accts._

- Tax Deferred

  _Retirement accts, 1031 exchange_

87

**TU-MAKAEFF0766**
Ex. 16 - 4185

## <u>Preferred Method of Income</u>

1. Tax free
2. Tax deferred
3. Investment income
4. Passive
5. Earned

NOTES

88

**TU-MAKAEFF0767**

Ex. 16 - 4186

# How Does it All Fit Together?

1.  Asset Protection

2.  Estate Planning

3.  Tax Reduction

4.  Types of Income

Create your own ___MES___

___Multiple entity structure___

## NOTES

_____

_____

_____

_____

_____

89

Hybrid twist

Drag opposes on properties

TU-MAKAEFF0769

Ex. 16 - 4188

*Hills equity*
*not in case you*
*have an issue*   →   (Hybrid) → onlu

# How does it all fit together?

Living Trust

Units of LP or LLC

Shares of Stock

Personal Assets

LP (flips)
or
LLC
(rentals)

Mgt fee

Mgt svc.

"GP"

c Corp

Retirement Plan

Mgt transfered from c Corp fund

fund

S Corp

Mgt fee

90

TU-MAKAEFF0770
Ex. 16 - 4189

# Bookkeeping Basics

91

**TU-MAKAEFF0771**
Ex. 16 - 4190

# __Bookkeeping Basics__

Account Types

Single-entry vs. Double-entry accounting

Financial Statements

    Balance Sheet

    Profit and Loss

Cash method vs. Accrual method

# NOTES

_____

_____

_____

_____

_____

TU-MAKAEFF0772
Ex. 16 - 4191

⊗ Yearly statement from biz card

→ Platinum AMEX

(eat + drink for free

upgrade to first biz

Keep copy of every offer in piece of real estate.

Use scanner
(Neat receipts) → 1 idea
↓
make pdf's

put everything on AMEX/credit card

personal guarantee on biz card until my entity is seasoned enough — when like a person

2-3 yrs

⊗ biz is seasoned live

## **Record Keeping**

Bank account    *For each one*

Why keep records?

*Protect your assets*

What kinds of records do I keep?

*Credit card proof* — *receipts alone*
*journals, if you can* — *don't count*

How long must I keep records?  → *Forever*

*Audit — can go back 7-10 yrs.*
*Normally 3 yrs. - If they can prove criminal fraud,*
*put on CDs / DVDs — second*
*serious -*
*keep in serious indf. areas.*

Manual vs. Computer records

*Both*    *Keep hard copy (ink can fade- get wet)*

## NOTES

*Can't just shun all gas receipts*

_____

_____

_____

_____

*write down — noted journal → rwt keep must do.*
*Ie - Met w/ so and so - showed me 15 properties.*
93

**TU-MAKAEFF0774**
Ex. 16 - 4193

# Documentation

# Dynamics

94

**TU-MAKAEFF0775**

Ex. 16 - 4194

EIN → Symbols SS # → Can go to Dun + Bradstreet
DUN # command
credit

## Follow Rules

— Treat entity separate so creditors do.

— keep minutes

Bad { — Insurance / utility bills in
personal name or personally

— Big repair paid personally.
— Required permits taken out in
name of owners.

I become personally liable
if funds comingled.

↓

Do this by documents.

Need contractor / property mgr.

don't want
to be
owners
← • Board → Corporations
• Owners → LLC, LP
members
↑
governing body

TU-MAKAEFF0776
Ex. 16 - 4195

*80% foreclosures today → investors who did short sale admin.* FOR ALL ENTITIES

# Important & Necessary Documents

1) State Filed Entity Document(s)

2) Governing Document(s)

3) Quitclaim/Warranty Deed *real estate*

4) Contract(s)

5) Agreement(s) *~~sell short~~ purchase option, hybrid trust → option to buy equity in property*

6) Bank Financing Documents

7) Appraisals/Valuations
   *→ should never be 1 page – always suspect*
   *Least 3 pages w/ comps – pictures etc...*

8) Meeting Minutes
   *→ Done every yr + every quarter → second page I sign off.*

9) Resolutions
   *→ Entity has to decide to go to court.*

*Form in FORECLOSURE book*

*→ invite resale budget appraisals. As investors we need to see it.*

NOTES

*Anything you're going to do there will be a reason for*

*Fraudulent cos. come forward + send papers when you do LLC or Scorp etc...*

*will not have special seal — Xyz Co.*
*It's to get you a # 30, 40, 50 – #180 Small amts.*

*Bottom: THIS IS NOT A BILL (this is a solicitation)* 95

*If represent themselves as part of ante → jail time*

TU-MAKAEFF0777
Ex. 16 - 4196

— operating agreement
⤷ must have corporate bylaws

1. If I don't change my mind, I'll take it.

2. I'll take it unless I change my mind.

Consumer → thinks #'s will work, will do due diligence then bring back offer

investor → has escape clauses, will do due diligence after offer

20 offers a day

Locked seller down — see if mad sale
said correct

If live life as consumer you will be beaten out of every property you want to buy.

What not to say, approval

TU-MAKAEFF0778
Ex. 16 - 4197

Check sits at curry-at escrow
attorney's ——→ give copy of check
closing agent

# Case Studies

It's not what you
know + who know,

it's who knows
you.

— Real estate is like old fashioned
gun fight — have to be quick
on trigger.

paralysis analysis = bad

— If dry Rosdon't wait to head about
financing.
Once you always close every deal.
they will give you ₫.

— Proof of funds letter + pre approval letter
want to know we can close.

96

— Don't give anyone your $ until
you're at closing table.

16yr driver → Minor
Sue parents + what they own

Insurance policies
↳ beneficiary = living trust
↓
Should be in there

Business
rent
Car

Go → college
or law school
already, will
hire you—park
will pick up
college tuition?
I've already paid.
Here's a check,
we'll pick up
next year or
Here's a check
for all of it.

Network Mkty
Considered
earning + passive
income
↓
S-corp tax
though

Class could be in separate
entity.

*Actually only matter if my name → defer to trust*

*← should say on checking acct*

# CASE STUDIES

Joe and Jolene are married with two children, Joey (age 5) and Jolie (age 3). Joe is employed by Wal-Mart, Inc. as a customer service representative in the sporting goods department. He is also actively involved in a network marketing business, AmSkin, that sells nutritional and preventative health care products and supplements. He and Jolene recently attended a real estate seminar and are beginning to invest in real estate. Their income and assets are listed below.

-Salary from Wal-Mart, Inc.     $35,000/yr. → *Checking/savings earnings → LIVING TRUST*

-Income from AmSkin     $10,000/mo. → *S-Corp / shares held by living trust*
*or LLC*

-Personal Residence     $180,000 (mortgage of $90,000) → *Living Trust*

-Rental Property     $79,000 (mortgage of $59,000) → *LLC / shares owned + held by Living Trust*

-2 vehicles

    2000 Volvo     $10,000 (paid in full) ) *depreciating → LLC*

    2007 Ford Expedition     $35,000 (owes $31,500) ) *(separate for cars)*

*recommend b/c no self employment tax / Save*

STEP ONE:  Asset Protection
STEP TWO:  Estate Planning
STEP THREE:  Tax Reduction

*Put option in hybrid trust on properties*

## NOTES

*— Kennedy — girl who died couldn't sue b/c car in LLC.*

*Put all brand numbers education of set up trust*

*— Set up S Corp to pay kids*

*— Can set up other corp + reg fee to lower tax base.*

*Rent Car — do under business*

*→ wording not exact (for industry, my bro is in)*     97

*— House → put in living trust*

*— College kids + Tax credits → if necessary to write off LLC pay for college ed + it's tax deductible.*

## STEP ONE:  Asset Protection →

*[handwritten: So — Living Trust is not asset protection]*

**What assets need to be protected?**                    **Which entity?**

- ~~Personal residence~~ ~~$40,000~~ *equity*        - ~~Hybrid~~ ~~Living Trust~~

- ~~Rental property~~ ~~$20,000~~ *equity*            - ~~Hybrid~~ LLC ~~Land Trust~~

- ~~Art Stuff (passive income)~~                      - ~~LLC~~

- ~~2000 value~~                                      - ~~LLC~~

### NECESSARY DOCUMENTATION

- *[handwritten: See next 3 pages]*

- 

- 

- 

*[handwritten: Need to form LLC, LP, + C corp + red Estate Co.]*

98

## STEP TWO:  Estate Planning

**What assets need to be protected?**                    **Which entity?**

◆                                                                ◆

◆                                                                ◆

◆                                                                ◆

◆                                                                ◆

NECESSARY DOCUMENTATION

◆

◆

◆

◆

99

TU-MAKAEFF0783

Ex. 16 - 4202

## STEP THREE:  Tax Reduction

**What tax deductions are available?**                                    **Which entity?**

◆                                                                      ◆

◆                                                                      ◆

◆                                                                      ◆

◆                                                                      ◆

NECESSARY DOCUMENTATION

◆

◆

◆

◆

100

TU-MAKAEFF0784

Ex. 16 - 4203

# PROPOSED ENTITY STRUCTURE



101

TU-MAKAEFF0785
Ex. 16 - 4204



**Case Study:
Documentation Dynamics**

**STEP ONE: ASSET PROTECTION**

---

**WHAT ASSETS NEED TO BE PROTECTED?**

Personal Residence
Networking Marketing Business
Rental Property
Vehicles

**WHICH ENTITY?**

Living Trust
LLC or S-Corp./Corporation
LLC/Possible Land Trust
LLC/Corporation/Possible Business Trust

**NECESSARY DOCUMENTATION**

Essential Living Trust Documents/Quitclaim Deed/Line of Credit
LLC filing and Operating Agreement/Corporate filing and documents
Meeting minutes/resolutions
Marketing agreement between LLC and Corporation
Possible Additions:  Trust Documents for Land and/or Business Trusts (Smoke-Screen)

**TU-MAKAEFF0786**
Ex. 16 - 4205



**Case Study:
Documentation Dynamics**

**STEP TWO: ESTATE PLANNING**

### WHAT ASSETS NEED TO BE PROTECTED?

Personal Residence

Networking Marketing Business

Rental Property

### WHICH ENTITY?

Living Trust/Line of Credit

LLC or S-Corp./Corporation

LP or LLC

### NECESSARY DOCUMENTATION

Essential Living Trust document(s)

Quitclaim Deed transferring property into Living Trust/LLC

Schedule A of Living Trust (Ownership of LP/LLC/Corporation)

Gifting Letters (Ownership of LP/S-Corp./LLC/Corporation)

Possible IRS letter regarding valuation discount

TU-MAKAEFF0787

Ex. 16 - 4206



**Case Study:**
**Documentation Dynamics**

**STEP THREE: TAX REDUCTION**

---

**WHAT TAX DEDUCTIONS ARE AVAILABLE?**       **WHICH ENTITY?**

Mortgage interest/Charitable contributions       Personally

Ordinary and necessary business expenses       LLC/S-Corp.
for network marketing

Other O&N business expense and marketing       Corporation
expenses

O&N Bus. Exp. For Real Estate Investing       LLC

**NECESSARY DOCUMENTATION**

State Filing of Entity Documents/Operating Documents

Minutes of Any and All Meetings

Resolutions authorizing expenditures

Marketing Agreement Between LLC/S-Corp. and Corporation

Quitclaim Deed transferring rental property into LLC.

**TU-MAKAEFF0788**

Ex. 16 - 4207



PROPOSED ENTITY STRUCTURE

LLC for Rental Property

Corporation for Marketing Services

LLC Network Mktg Business

LIVING TRUST
♦ UNITS OF LP OR LLC
♦ SHARES OF STOCK
♦ PERSONAL RESIDENCE

LAND TRUST

RETIREMENT PLAN

**TU-MAKAEFF0789**

Ex. 16 - 4208

✳ Never put real estate in a corp ✳

Umbrella policy
will help in court
↳ showing good future
nune to lose
est. 1) trying to be ethical
& trying to keep out of
world.

Living trust

hybrid

retirement plan

C-corp

education
medical

LLC
rentals

4
C-corp
(OP)
flips

S-Corp

15k/yr.

retirement
medical
education
clothes

earned
income

LLC (mr corp by paying $$$)

Pay self instead
of handy
lender - loan $
to me to do
flips

I loan
Bank
$ 10k

split income
in
dividend

TU-MAKAEFF0790
Ex. 16 - 4209

*Family living trust*
*↳ a few yrs. go → leave it alone. No one uses it.*

# Case Study:
# Billy Joe and Bobbie Sue

Based on the following set of circumstances, design a structure that
best accomplishes the goals of asset protection, estate planning,
and tax reduction.

*don't pay state tax*

- Billy Joe and Bobbie Sue married and live in the great state of Texas.

- They have no children.

*Living Trust ←*
- They have a net worth of $70,000 ($30K cash/investments and $40K
  home equity).

*Living Trust ←*
- Billy Joe works for a local computer software company earning $125,000
  per year. *→ W2 Income (personal checking)*

*Reimburse through LLC ←*
- Bobbie Sue recently attended an incredible seminar where she enrolled
  in a program to learn the real estate investment business.

*Hybrid Living trust ←*
- They currently own their own home with a fair market value of $225,000,
  which has a mortgage of $185,000.

*LLC LP*
*C-corp*
- Bobbie Sue recently attended the foreclosure portion of her training and
  will be specializing in purchasing foreclosures beginning immediately.

*→ mgt. (C&P)*
*→ retirement plan*

*✗ — Don't put appreciating asset in corp.*

*Goes to employer to be contractor → employer pays raise but still W2 income*

*(no employee benefit pkg or insurance) W2*

**TU-MAKAEFF0791**

Ex. 16 - 4210

lease options

↓

you don't own
so no LLC or LP/C-corp.

↓

intent to sell eventually LP

**TU-MAKAEFF0792**

Ex. 16 - 4211

## <u>Notes</u>

Panama corp + overseas accts.
↳ international → office can do.
TAX AVOIDANCE ~~not~~ Tax Evasion.

103

TU-MAKAEFF0793
Ex. 16 - 4212

# PROPOSED ENTITY STRUCTURE



104

**TU-MAKAEFF0794**

Ex. 16 - 4213

# **Notes**

105

**TU-MAKAEFF0795**

Ex. 16 - 4214



**TU-MAKAEFF0796**

Ex. 16 - 4215



# Case Study:
# Jack and Diane

Based on the following set of circumstances, design a structure that best accomplishes the goals of asset protection, estate planning, and tax reduction.

- Jack and Diane married and live in the great state of Arkansas

- They have two children (ages 11 and 15)

- They have a net worth of $850,000 ($600K cash/investments and $250K home)

- Jack owns and operates an athletic supply store specializing in football equipment that nets $120,000 per year.

- Diane manages Jack's tour schedule. He speaks a few times a year about his times as a football star. They net $15,000 per year doing this.

- They own a personal residence worth $250K that is fully paid for.

- They have $50,000 in a brokerage account that Diane uses for stock trading.

- They own a strip shopping center with 6 commercial tenants. This generates $1500 positive cash flow per month and results in $18,000 in taxable income. These properties have a fair value of $300,000.  They have one mortgage securing the property in the amount of $150,000.

- They own 4 residential rental properties, which generates $1000 positive cash flow per month and results in $12,000 taxable income. These properties have a fair value of $100,000 each. They have mortgages securing each property in the amount of $25,000 per property (total of 4 properties $400,000, total of mortgages $100, 000).

- They own the building that the athletic store operates in. It has a fair market value of $180,000. They have one mortgage securing the property in the amount of $80,000.

106

TU-MAKAEFF0797

Ex. 16 - 4216

Sold 1.9 million
bought 1.2 million  } made 200k
                       paid no taxes

warehouse



retail tenants

house drugs.

9630.26
weekly payments

leased out → buying in
12 X 23875 → hanging in 29k

should be worth
10% ← 2.80 million
cap rate

Borrowed 12 Million agt. property.
Put different in pocket tax free—
like refi - pay no taxes
in 3 months

Robert Allen → starved
JJ Childers → passed into
real estate

TU-MAKAEFF0798
Ex. 16 - 4217

## Notes

— 2 edged sword — reduce $ down as much on taxes → harder to be qualified.

— Most important → protect your assets.

---

— Went to local banker — who knew his situation → convinced banker to give him a loan (after seminar)

— John Childers) gave him back self esteem + confidence
— Now working on $127 million deal.

---

NA → 1 yr you have to hold onto house.

~~note~~

Anti flipping laws

Show you did something to increase value of house

107

Retire in 5 short yrs + be
financially secure

• Mortgage lending cos will (banks won't) follow
you to (dif. lending laws) . . .

Scary to buy for 40 - 600 m dollar +
then maybe not be able to find buyer
+ can't send full price.

— Mississippi — little house / ranch.
Needs new roof, clean up etc...
Sits in the middle of 100 acres.



House

Driveway

Sun It Feb '07.

→ ROD

cred protection mgr
at bank.

• Know the exit strategy before presenting offer.
Over 10 acres → 1750 - 2250 → $200,000
$50/sq ft → 2000 sq ft for house $100k
You have to know your market.

TU-MAKAEFF0800

Ex. 16 - 4219

# PROPOSED ENTITY STRUCTURE



108

TU-MAKAEFF0801
Ex. 16 - 4220

REO is wholesale buying — getting discount.
Wholesale buy.

— Started at 125K bid, bought at 170K —)
knows it is worth 300K.

| | |
|---|---|
| Purchase price | $170,000 |
| Fix Up + Misc Cost | $10,000 |
| Total Inv. | $180,000 |

ARV - home ⟶ $300,000

would have been worth more
but rural.

— Buyers are in your market —) we have to
be the bank.

doesn't want
negotiation

1. Great cash flow / great credit →) buy less than retail.
2. No credit / cash for down payment
3. Job + credit, can afford payment / can't afford cash down

Owner finance 100% both dy.
$30,000 down payment + finance
res.

FHA →) will do 100% dwn.

David Stranger — rents his big units - residential/
commercial.
Doesn't rent SFR's.

THE WORKBOOK



For more information
visit us online at
**TrumpUniversity.com** or
give us a call at
**877-508-7867**



**TU-MAKAEFF1491**
Ex. 16 - 4222



**TU-MAKAEFF1492**

Ex. 16 - 4223



**TU-MAKAEFF1493**

Ex. 16 - 4224



**TU-MAKAEFF1494**

Ex. 16 - 4225

# FINANCIAL STATEMENTS

## Assets

Version in Quickbooks system

↓

Can be emailed.

→ Look for investor based the.

P.4 - Schedule A — Variable annuity - littlee

P.5 - Schedule C — Accounts Receivable

Owen financing — receivable team income

says Schedule c where presents to hard & money cards

Schedule D — Real estate investments owned

Schedule E — Personal residence

( Tiir doesn't have a personal residence in business side. Business owns that residence )

description 3 bed 2 bath city

Living trust - goes to deed + title he doesn't claim homestead.

Schedule F   — Life insurance

(you can borrow this & at a low rate — don't make a withdrawal — becomes taxable. Do it as a loan.) ½ - 1 % annual interest

Schedule G   Loans, Charge Accts. Bills

Ⓡ
RENAISSANCE.
MONTURA HOTEL
LOS ANGELES

TU-MAKAEFF1495
Ex. 16 - 4226



5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1496

Ex. 16 - 4227

# Marriott
## LOS ANGELES AIRPORT

You cannot go broke making
Small profits.

You can have deals
everywhere

What are the legal
ramifications of what I'm
doing?

※ Google earth
[OR] → free

※ Order a BPO
Broker Price Opinion

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1497

Ex. 16 - 4228

# Marriott.
## LOS ANGELES AIRPORT

→ Do quick price & due
  diligence after buying unit
    ↳ BPD
   (Instant BPO . com)

Banks use this when looking to
value a piece of property
they might have to foreclose
on.

B) stressed market uses BPO's
     by the ton.

BPO is not an appraisal.
   You get a value by
   doing a BPO.
   will run 3 comps  — Interior
                      — Exterior

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1498

Ex. 16 - 4229

# Marriott®
## LOS ANGELES AIRPORT

Interior BPO → if can't get, get an exterior BPO.

RE is illiquid, imperfect

also called
A lively BPO
↓
RE broker or agent — takes a camera, turns + snaps a picture will sometimes, depending on Cir. & minor.

Not authorized to walk property — if it's bank-owned, you can get in)
↓
→ Access → an database
for value + Ask price →
Trumps

TU-MAKAEFF1499
Ex. 16 - 4230

# Marriott.
## LOS ANGELES AIRPORT

order BPO

3 comps + sale picture

Give quicksale price

(30, 60, 90 day price)

→ want to know this

loss mitigation does
property while still owned
by borrower. (short
sale)

Then forced sale becomes
REO →
↓
lockboxes

If find bank property + someone
living there, get eviction
shit.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1500**

Ex. 16 - 4231

# Marriott.

## LOS ANGELES AIRPORT

Exterior BPO's → tax liens
( b/c property hasn't been
taken away yet)

Go to place where properties
cost 40k & Can get #18k
for

Amt have to get 800k
for 400k

Get mtg phone for 20k

Next 4-6 mos. properties
that would have redeemed
won't redeem

**TU-MAKAEFF1501**

Ex. 16 - 4232

# Marriott.
## LOS ANGELES AIRPORT

- Find property
- Analyze it
- Do BPO (after property doesn't redeem only)
  ↳ $45 - $75

(BPO) only right away in foreclosure.

distressed market

Buy 18k, worth 40k,
sell 34 - 36k

Find bank owned property
+ turn 2 units into 4 units

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1502

Ex. 16 - 4233

# **Marriott**®
## **LOS ANGELES AIRPORT**

_Garage near hospitals 1 hr_
_$100/mo.          pts._

_So inten bas_
_somewhere to park_

_He charges interim bas_
_doesn't build up or down_

_Any rent door to nanain_
_pray want the space._

_Airchng off machinery_
_In bldg he sold_

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1503**
Ex. 16 - 4234

# Marriott®
## LOS ANGELES AIRPORT

Use broker would did
BPO to sell it

Google Dunleby

Bought tax deed = $34,560

Aron placed ad #4 sale sign

Sold for $152,000 in 3 mos.

( Profit $117,440
  ) sell faster for $100K

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1504

Ex. 16 - 4235

# Marriott®
## LOS ANGELES AIRPORT

BPO → $90

PhD in making $ quick

Short mortgage → offer
Someone mortgage
110K

Shink the trichane

Stay focused on safety

How to back door atty
into RE.
Buy certificate → tax lien

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1505

Ex. 16 - 4236

# Marriott®

## LOS ANGELES AIRPORT

County can take homes
away if payee don't
pay taxes.

Get payments for 5, 15, 20,
/ &

Layered strategies

wind up w/ very big
interest rate & all
principle back as soon
you can do

Preserve what you have &
build on it

**TU-MAKAEFF1506**

Ex. 16 - 4237

**Marriott**®
**LOS ANGELES AIRPORT**

Email  quitting → saying
scared

reach for me — you aint
fail

feel the fear + do
it anyway

Time is the tiebreaker
↓
First crack at foreclosure.

2001   2002 2003   2004
①      ⑫    ⑬     ③ — tax
liens if
they
don't
pay
taxes

Get property for arest of
taxs owed.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1507

Ex. 16 - 4238

# Marriott®
## LOS ANGELES AIRPORT

(Taxes don't redeem.

2001 I buy taxes $4000

2002 $900 tax amt.

2003 $1100 tax amt.

In tax + interest even
after tax foreclosures
all tax lien people
get their $

→ very safe to do
while doing deals.

→ Whoever is the owner
pays the taxes

You could assign certificate if
you + want to close in property.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1508

Ex. 16 - 4239

# Marriott.
## LOS ANGELES AIRPORT

Tax lien investing is
great way to get
property for pennies on
dollar

&

Can use while you
do other strategies.

State

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

# Marriott®
## LOS ANGELES AIRPORT

Homework:

* Look for underutilized
① Commercial projects.

* Look at stores where crayons
② goes

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1510

Ex. 16 - 4241

# Marriott.

## LOS ANGELES AIRPORT

1 Student → gas station.

Gessoline wholesaler needs
to approve the tenants.

Wholesale does a master
lease w/ owner
(it's not Exxon, Mobile)
↓
They sell to middleman
(master company)

30 yr. (triple net) lease
↓
more or pay
rent, all insurance,
taxes

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1511

Ex. 16 - 4242

# Marriott®
## LOS ANGELES AIRPORT

In general, situation is
out of commercial R.E.

The #s have to make sense

① Buy less than market
value + have equity
✳ spread

② Buy something at market
value that is not being used
at its best use + transform
✳ it.

Safest → buy residential + change
for commercial use.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1512**

Ex. 16 - 4243

**Marriott**®

**LOS ANGELES AIRPORT**

Fashion Island

Neiman Marcus
Bloomingdale's
Nordstrom — coming soon

- Victoria's Secret
- Express
- Tommy Bahama's
- Cheesecake Factory

*sounds like coffee can't cost retail Starbucks* —
Liquor store — food
adult video — tie. dye
Art day care there
Dry cleaner

— JWALL — misuse these things

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1513

Ex. 16 - 4244

# Marriott.
## LOS ANGELES AIRPORT

Underutilized vs Undermaintained
↓
doesn't need to be maintained

— Car Wash
— auto repair

— When you see Natural Fense
✱    Co. it's developers healing
ground unless they lost
financing.

Airline crew in + out of hotels
(so don't need apts by airport)

— Where's the $ coming from?

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1514**
Ex. 16 - 4245

# Marriott®
## LOS ANGELES AIRPORT

alternative energy
railroad → use to distribute
biodiesel fuel

↳ Specialized use that makes
perfect sense
↓
Nathan now is looking at
"green" projects.

National, regional, local tenants
↓            ↓              ↓
Wilmar   Nordstrom      mom + pop
?

Corner piece of property has
more road exposure + sight +
bigger signage

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1515

Ex. 16 - 4246

# Marriott®

## LOS ANGELES AIRPORT

Down market — sell corner
sooner

Store below → apt upstairs
↓
called a taxpayer

Can't buy at market value,
make some changes + sell
for more right now

Value starts to go down on
a corner residential property
if too much traffic

when value ↓ residentially,
more attractive to commercial investor

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1516

Ex. 16 - 4247

# Marriott
## LOS ANGELES AIRPORT

You can change the zoning



vacant empty lot | 7" soul station ← sual if time

FSBO → residential | ? →

↑
aggravated by traffic

May be very | Motivated seller - based on
1. market conditions
2. FSBO (usually motivated)

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1517

Ex. 16 - 4248

# Marriott®
## LOS ANGELES AIRPORT

RE brokers think residential usually not correct

Deal w/ brokers that have specialty you are pursuing

— 711 property — current market value is ___ b/c you will ___ + will II.

Don't pay b/ future, just pay b/ existing ___ use

Can pay market value for commercial prop when it's not the highest + best use but also not as desirable anymore as a residential property

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1518**
Ex. 16 - 4249

**Marriott®**
**LOS ANGELES AIRPORT**

Building a duplex is
expensive — building
anything residential right
now is crazy.

Residential turn into
commercial
    ↳      buy yourself
1. zoning     a pill to a
2. office use    developer

Light changes ⊕

→ Check who's in vacant lot
in th ex. → go to zoning /
city planning board / bldg
dept + check or check
assessor's office to find out
who owns vacant lot.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1519**
Ex. 16 - 4250

# Marriott®
## LOS ANGELES AIRPORT

As to areas where you
would find commercial.

As to 4 corner intersections.

Look for roll off containers →
scaffolding → people creating
stuff → dumpsters

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1520**

Ex. 16 - 4251

# Marriott.
## LOS ANGELES AIRPORT

Email

Don't be an
information junkie

replace your ~~broad~~
~~home~~ team w/ another
team (if ~~ded~~
~~Ored~~ not
Cheerleaders)

Lose by standing
Still — go backwards

In TM hypes
for losers, life good
don't hope you get lucky

need
hard
work

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1521

Ex. 16 - 4252

# Marriott®
## LOS ANGELES AIRPORT

— Desk / chair
— Computers / Laptops
&
just blow desktops out
of H2O

— Printers
— Fax

[ You have to use something
when it's time to use it ]
Times will change but just
use it then. Invest in
use current exit strategies.

— Cell phones
— PDAs → Blackberry / iPhone
— mentorship
** 1 Deal in RE pays this back

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

# Marriott.
## LOS ANGELES AIRPORT

— Take advantage of the
marketplace now.

— Great time to buy, not sell.

— Make a Fortune right now.
Get 50¢ — 84 for $1

— Won't see this again in our
lifetime.

As long as I keep putting my
profits back into RE it won't
be a mistake.

If I have a really good deal
(get cheap enough) I can
get the $!

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1523

Ex. 16 - 4254

# ᴍarriott.
## LOS ANGELES AIRPORT

Commercial
RE

1. INCREASE long term income
   years

   For that tenant the spot means
   more
                              retail
   ) Wanting to rent in a commercial
   space

2. INCREASED asset value over
   the year

   — As the income increases the
   asset value increases

3. MAXIMUM tax writeoffs from
   Day 1

good –          39 yrs – You can depreciate
depreciation          stuff in commercial RE
taxable          27.5 yrs – residential
income faster         ) depreciate          →

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1524

Ex. 16 - 4255



**LOS ANGELES AIRPORT**

Do this on income basis

LAND Improvement

(structure itself is
improvement cause
when gaps expires it's
in )

4. EASE OF Holding

NNN

Triple N lease

(Tenant is responsible for all
stuff, I'm just responsible
for collecting $

As the owner I want to shift
the risk. I get the $, they
get the risk.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1525**

Ex. 16 - 4256

# Marriott.
## LOS ANGELES AIRPORT

You can borrow on bldgs up to
the vach blc you don't pay
income tax on that - ) ok

Tiple N metrial) transactions
are rentable

They can continue to
qualify as opposed to re-
recalcuratent from than we

1. Find the projects
2. Analyze it
3. Control it
4. Execute it

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1526

Ex. 16 - 4257

**Marriott**

**LOS ANGELES AIRPORT**

5. DECREASED liability +
exposure

LLC — land trust

C corps

Email — layered entities + layered
strategies → It's not
just no thing

Ease of pass-through

— Communicating what it is that
you want clearly.

When I die goes from me to
heirs.
BEQUEATH my property to my heirs.

* Industrial to look at to
Change the zoning → factories

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1527
Ex. 16 - 4258

# Marriott.
## LOS ANGELES AIRPORT

There are all reasons commercial
RE and the beat.

There's higher turner twenty to
this — MOST are AFRAID.

MARSHALL RODDICK

Commercial unit of
Trump U.

There is not a finite pie.

You have to do things
in a certain way.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1528
Ex. 16 - 4259

# Marriott.

## LOS ANGELES AIRPORT

It's ok to spend time
w/ your money

Tax Lien Timeline

2001    2002    2003    2004

Tax Intentive line

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1529

Ex. 16 - 4260

# Marriott.
## LOS ANGELES AIRPORT

- pre pre foreclosure
- pre foreclosure
- post foreclosure

"How to buy short sale
p.60 foreclosures directly
from bank"

wrong
info.

no such thing a short sale / REO.

book

- auction

What am I going to do over
the next 1 — 4 weeks to take
advantage of the marketplace
over next 4 - 6 mos    10-30.1  A

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1530
Ex. 16 - 4261

**Marriott.**

**LOS ANGELES AIRPORT**

Find people who are
doing what you need →
re get attorney for gas
stations.

Mention → has 4 gas stations.
2 from top tens
2 regular

Offers someone at the
gas station his own
business.

He sold the business not
the land.

F+4 C-store (convenience
store) certified.

Cred 30 yr lease w/ wholesaler.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1531**

Ex. 16 - 4262

# Marriott®

## LOS ANGELES AIRPORT

He wants the rent
every month.

Very little slow down +
big fat note

Takes back note.

He's making millions
in cash flow.

Replace biz w/ biz that
1? the same
→ exp gas station attendant
buys gas station.

Southland Corp. (711's)

Find out spots they have the
biz to turn. Not finding
what they want + getting it to them.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1532**

Ex. 16 - 4263

# Marriott

## LOS ANGELES AIRPORT

- 711 on his master lease
- free standing stand alone commercial properties
  ↓
  not renew/ parking lot
  @ it. (like 711)

---

- other student too post office
- Stay close to the life cycle → hospitals, funeral homes, food
- Don't come out w/ guitar center nm.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1533**
Ex. 16 - 4264

# **Marriott**®

## LOS ANGELES AIRPORT

Good time for more
Theaters
↳ during Great Depression,
escapism — Entertainment
Magic Johnson

Call headquarters of any
of these corporations, call +
ask for RE dep.

(Walmart has... etc. anyone
w/ RE)

Go to DNB.com
(Dun + Bradstreet)
Check out the companies

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1534

Ex. 16 - 4265

# Marriott.
## LOS ANGELES AIRPORT

Look at specs on LoopNet

Call & ask them the size

let's say Autozone. Then

reverse engineer

Call Autozone & say

you're interested in

something w/ those specs.

Catalog shown

Catalog page & price

↓

Find manufacturer

Make this?

How fast?

Get price

Then take to catalog page →

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1535

Ex. 16 - 4266

# ᴀarriott®

## LOS ANGELES AIRPORT

we make these

On p 32 you have this
for this price. we could
sell this, to you for
$2.

Target Marketing.

Dan't call + say "if u
He researched first.

Do business w/ places
when specific.

Do business + say something
specific.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1536

Ex. 16 - 4267

# Marriott®
## LOS ANGELES AIRPORT

Gathering info.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1537

Ex. 16 - 4268

*(TRADITIONAL BUYING SIDE)* *DATE:* _____ ___

*I buy from seller*

# ULTIMATE REAL ESTATE WORK SHEET

**PROPERTY ADDRESS:** _____

_____

**PURCHASED PRICE:** _Listed price_ ( what they're asking)

**MARKET VALUE:** _From comps_ (median price per sq. ft.)

**10% 20% 30% DISCOUNT:** _Always offer 70% LTV_ (build in rehab cost) *market value*

_Figure on general costs_ ← **REHAB COST:** _rehab cost is built into discount_

**OFFER:** _70% LTV (loan to value)_

**3% 5% 10% 20% DOWN PAYMENT:** _3% of offer price because_ →

_FHA (Fed. housing authority) requires only 3% b/c I'll owner occupy even though his fat lien_

**30YEAR/ 7 %** → Since I own home I will get this rate

**1ST LOAN AMOUNT:** _Offer – down payment_ (minus)

**30YEAR/ ____%**

**2ND LOAN AMOUNT:** _____

**TOTAL LOAN AMOUNT:** _Same as loan amt._

*over up* **PRINCIPLE & INTEREST:** ~~$1488.75~~ → 30 yrs. amt., 7% interest → P + I →

**(1%) 1.5% 2% TAX:** 1% of loan amt. ÷ 12 months = price per month

**.005% INSURANCE:** Loan amt × 0.005 ÷ 12 months = price per month

**H.O.A.:** will say on MLS (today will say rate)

**TOTAL PMT:** Add P + I + 1% + 0.05%

**2% CLOSING COST:** ( 2% of loan amt. )

**DOWN PAYMENT:** ( Down payment above )

**REHAB COST:** ( same as above )

**6-MONTH CARRYING COST:** ( Total payment × 6 months )

**$500 MONTHLY MARKETING COST:** ( $500 × 6 months )

*Add up* 6 months → auction

**TOTAL CASH OUT OF POCKET:** _Add lines above_

**TU-MAKAEFF1538**

Ex. 16 - 4269



Principle + interest → # (Calculator)
Loan amount
# Int
Years Term
Payment

LTV → loan to value
70% to the value

Can only get one at 3% → others would be
20%

**TU-MAKAEFF1539**

Ex. 16 - 4270

# EXIT STRATEGY (TRADITIONAL SELLING SIDE)

*1 buyer's view selling to scheme*

**SALES PRICE:** Market value (see sheet 1)   *(subtract)*

*Market value times 3 things*
*deducted*

**8% CLOSING COST:** ( 8% of Market value )
**TOTAL CASH OUT OF POCKET:** ( See last sheet — total cost )
**LOAN PAY OFF:** ( total loan amt — 1 sheet )
sheet 1 (made)

**TOTAL PROFIT:** Total is closing cost, out of pocket, pay off

*This is selling from buyer*

*market value — (minus)*

*(last line — sheet 1)*

# EXIT STRATEGY (LEASE OPTION SELLING SIDE)

**OPTION PRICE:** Market Value        **24-MONTH OPTION**

**9.75% /AMORTIZE 30 YEAR TERM DUE IN 2 YR OPTION TERM**
*try not to drop — this is owner financing*
*for cash flow + to help them re-establish credit (pms can 4 seto back)*

**DOWN PAYMENT:** 20% of Market value    5% 10% 15% 20% 30%
*ask for most you can get*

**OPTION LOAN AMOUNT:** Market value — down payment
**INTEREST ONLY:** ( loan amt, int rate, (see back) )
**ORIGINAL PAYMENT P.I.:** Principle + interest (sheet 1)
**TAX, INSURANCE & HOA DUES (ARE PASS THROUGH EXPENSES)**

*80% of Market value (with 20% down)*

**POSITIVE CASH FLOW:** Interest only — Original payment PI

**(OPTION END CASHOUT)**

**DOWN:** Down payment (above)
**CASH FLOW:** positive cash flow x 24 months
**EQUITY:** option loan amt — Original loan amt (sheet 1)
**TOTAL CASH OUT OF POCKET:** ( Add 3 lines above )
*add up*

**TOTAL PROFIT:** Down, cash flow, + equity — total cash out of pocket

TU-MAKAEFF1540

Ex. 16 - 4271

Interest only:   # [Loan amt.]

# [Interest]

yrs [Term]

[Payment] → hit 4 times I/O

---

Lease w/ option to purchase:

A lease that gives the lessee (tenant) the right to purchase the property at an agreed upon price under certain conditions.

Ex. Abel pays $500/mo rent for 5 yrs; after that he may buy the property (but is not forced to) for $100k.

TU-MAKAEFF1541

Ex. 16 - 4272

FSBO – 5 –10%    – _I am the one_
                   _lease option_
                   _from a buyer_    – ~~I bought it & lease~~
                                        ~~directly to someone~~

**(LEASE OPTION BUYING SIDE)**

**MARKET VALUE:** _Market value (sheet 1)_
**5% (10%) 20% 30% DISCOUNT:** _FSBO is 5 –10% → One discount for ~~them~~_ me _to do rehab →_
**REHAB COST:** _no rehab cost b/c bringing buyer to seller →_
                 _passing rehab to ~~taster~~ me_

**OPTION PRICE OFFER:** _Market value – discount_ **24-MONTH OPTION**
                                          _10%_

**5 %/AMORTIZE 30 YEAR TERM DUE IN 2 YR OPTION TERM**
_Based on ~~their~~ current situation – we are covering ~~their~~ debt service →_
                ~~but the buyer's~~                        _their_
**DOWN PAYMENT:** ___nothing___  (0%) 5% 10% 15% 20% 30%
_Buyer asks for 0%_
    (I)
**LOAN AMOUNT:** _option price offer_

**PRINCIPLE & INTEREST:** ~~original~~ _5% of loan amt for 30 yrs. ——→_
(1%) **1.5% 2% TAX:** _1% of loan amt. ÷ 12 months_
**.005% INSURANCE:** _0.05% of loan amt ÷ 12 months_
**H.O.A.:** _____
**TOTAL PMT:** _Add 3 lines_

**6-MONTH CARRYING COST:** ( _Total payment x 6 months_ )
**REHAB COST:** ( _rehab cost (sheet 1 or 2)_ )       _add up_
**DOWN PAYMENT:** ( _nothing_ )
**$500 MONTHLY MARKETING COST:** ( _$500 x 6 months_ )

**TOTAL CASH OUT OF POCKET:** _____ _4 lines_ ———→

_won't accrue these costs b/c will have buyer's_
_database._

_Only accrue this cost if you spend time marketing_
_but won't if have a database._

**TU-MAKAEFF1542**

Ex. 16 - 4273

Discount → ~~they~~ I don't do rehab + they E do = no discount

Debt service → note they are carrying . cover apet or additional

Loan | Loan Amt. |
# | Interest |
yrs | Term |
| Payment | → P/I

TU-MAKAEFF1543

Ex. 16 - 4274

*[handwritten at top: I'm ___ house to person on subletting option basis]*

# EXIT STRATEGY (SANDWICH LEASE SELLING SIDE)

SANDWICH LEASE PRICE: *[handwritten: Market]* Value (option price) 24-MONTH OPTION

9.75 %/AMORTIZE 30 YEAR TERM DUE IN 2 YR OPTION TERM

DOWN PAYMENT: 10% sandwich lease price   5% (10%) 15%  20%  30%
*[handwritten: I sell & ask for 10% down — trying to recoup most of total cash out of pocket]*

OPTION LOAN AMOUNT: Market value – down payment
INTEREST ONLY: loan amt at 9.75% for 30 year
ORIGINAL PAYMENT P.I.: principle + interest from lease option buying side
TAX, INSURANCE & HOA DUES (ARE PASS THROUGH EXPENSES)

CASH FLOW: Interest only – original payment PI

**(24 MONTH OPTION END CASHOUT)**

DOWN: Down payment
CASH FLOW: Cash flow x 24 months
EQUITY: option loan – original loan
*[handwritten: loan amt #1 (sheet 1) add up]*
TOTAL CASH OUT OF POCKET: (total cash out of payment) (from lease option buying sheet)

TOTAL PROFIT: add up 3 lines – total cash

# BUY & HOLD-RENT OUT
*[handwritten: all info coming from traditional sheet]*

1U 2U 3U 4U RENTS: (how many x rent) *[units]*
MONTHLY CARRY COST: original payment P/I (principle + interest sheet 1)
CASH FLOW: ~~cash flow (above)~~ (how many x rent) monthly carrying cost –

**TIME LINE- RETURN ON YOUR MONEY**

TOTAL CASH OUT OF POCKET: (sheet 1 + cost line) *[lease option buying sheet]*
PAYMENTS X 12 MONTHS: ~~total cost x 12 months~~ x12 PI total payment I

APPRECIATION RATE ANNUAL% 7 RATE ON P.P. 7% x value of property that buyer for
TOTAL ANNUAL RETURN appreciation + positive cash flow

YEARLY PAYMENTS )cash flow
*[add up]* ANNUAL APPRECIATION 7 % of value of prop + payments *[yearly]*

TOTAL RETURN _____ ANNUALLY

*[handwritten: Do 5 a year]*

**TU-MAKAEFF1544**

Ex. 16 - 4275

# [CONVRT]

# [Intrest]

yrs [Term]

[Payment] → # but 4 This
                    I/o

Sandwich Lease —
Lease held by a lessee who becomes a lessor by
subletting. Typically, the sandwich leaseholder is neither
the owner nor the user of the property.

Take what can rent out for — 10% of purchase
total debt service ——————  price

                              cover % of
                              My loan

[Owner —
lessor]
        |———  Lease: 10 yrs.
        |       at $400/Mo
[Lessee —
Sublessor]
        |———  Sandwich Lease:
        |       5 yrs at
[Tenant —        $450/Mo.
Sublesse]

*(TRADITIONAL BUYING SIDE)* DATE: _____        Sheet ①

# ULTIMATE REAL ESTATE WORK SHEET

Ⓐ **PROPERTY ADDRESS:** _____

_____

Ⓑ **PURCHASED PRICE:** _____

Ⓒ **MARKET VALUE:** _____

Ⓓ **10%  20% 30%  DISCOUNT:** _____

Ⓔ **REHAB COST:** _____

Ⓕ **OFFER:** _____

Ⓖ **3%   5%   10%   20% DOWN PAYMENT:** _____

Ⓗ **30YEAR/ ____%**

Ⓘ **1ST  LOAN AMOUNT:** _____

Ⓙ **30YEAR/ ____%**

Ⓚ **2ND LOAN AMOUNT:** _____

Ⓛ **TOTAL LOAN AMOUNT:** _____

Ⓜ **PRINCIPLE & INTEREST:** _____

Ⓝ **1%  1.5%  2% TAX:** _____

Ⓞ **.005% INSURANCE:** _____

Ⓟ **H.O.A.:** _____

Ⓠ **TOTAL PMT:** _____

Ⓡ **2% CLOSING COST:** (_____)

Ⓢ **DOWN PAYMENT:** (_____)

Ⓣ **REHAB COST:** (_____)

Ⓤ **6-MONTH CARRYING COST:** (_____)

Ⓥ **$500 MONTHLY MARKETING COST:** (_____)

Ⓦ **TOTAL CASH OUT OF POCKET:** _____

**TU-MAKAEFF1546**

Ex. 16 - 4277

## TARLA A. MAKAEFF

COPYWRITER / CONSULTANT

P.O. Box 45285
Los Angeles, CA 90045

Tel 310 • 641 • 4429
Pgr 213 • 427 • 8687

**CONFIDENTIAL**

Sheet (2)

## EXIT STRATEGY (TRADITIONAL SELLING SIDE)

(A) SALES PRICE: _____

        (B)  8% CLOSING COST: (_____)
  (C)  TOTAL CASH OUT OF POCKET:  (_____)
    (D)   LOAN PAY OFF:  (_____)

      (E)  TOTAL PROFIT: _____

## EXIT STRATEGY (LEASE OPTION SELLING SIDE)

(F) OPTION PRICE: _____ 24-MONTH OPTION

(G) ____% /AMORTIZE 30YEAR TERM DUE IN ___ YR OPTION TERM

(H) DOWN PAYMENT: _____ 5% 10% 15% 20% 30%

      (I)   LOAN AMOUNT: _____
      (J)   INTEREST ONLY: _____
  (K) ORIGINAL PAYMENT P.I.: _____
(L) TAX, INSURANCE & HOA DUES (ARE PASS THROUGH EXPENSES)

(M) POSITIVE CASH FLOW: _____

✦ (OPTION END CASHOUT)

      (N) DOWN: _____
    (O) CASH FLOW: _____
   (P) EQUITY: _____
(Q) TOTAL CASH OUT OF POCKET: (_____)

     (R)  TOTAL PROFIT: _____

**TU-MAKAEFF1548**

Ex. 16 - 4279

Sheet ③

## (LEASE OPTION BUYING SIDE)

(A) MARKET VALUE: _____

(B) 5% 10% 20% 30% DISCOUNT: _____

(C) REHAB COST: _____

(D) OPTION PRICE OFFER: _____ 24-MONTH OPTION

(E) _____% /AMORTIZE 30YEAR TERM DUE IN ___ YR OPTION TERM

(F) DOWN PAYMENT: _____ 0% 5% 10% 15% 20% 30%

(G) LOAN AMOUNT: _____

(H) PRINCIPLE & INTEREST: _____

(I) 1% 1.5% 2% TAX: _____

(J) .005% INSURANCE: _____

(K) H.O.A.: _____

(L) TOTAL PMT: _____

(M) 6-MONTH CARRYING COST: (_____)

(N) REHAB COST: (_____)

(O) DOWN PAYMENT: (_____)

(P) $500 MONTHLY MARKETING COST: (_____)

(Q) TOTAL CASH OUT OF POCKET: _____

**TU-MAKAEFF1549**

Ex. 16 - 4280

Sleet (4)

## *EXIT STRATEGY (SANDWICH LEASE SELLING SIDE)*

(A) SANDWICH LEASE PRICE: _____ 24-MONTH OPTION

(B) _____% /AMORTIZE 30YEAR TERM DUE IN ___ YR OPTION TERM

(C) DOWN PAYMENT: _____ 5% 10% 15% 20% 30%

(D) LOAN AMOUNT: _____
(E) INTEREST ONLY: _____
(F) ORIGINAL PAYMENT P.I.: _____
(G) TAX, INSURANCE & HOA DUES (ARE PASS THROUGH EXPENSES)

(H) CASH FLOW: _____

(I) (24 MONTH OPTION END CASHOUT)

(J) DOWN: _____
(K) CASH FLOW: _____
(L) EQUITY: _____
(M) TOTAL CASH OUT OF POCKET: (_____)

(N) TOTAL PROFIT: _____

## *BUY & HOLD-RENT OUT*

(O) 1U 2U 3U 4U RENTS: _____
(P) MONTHLY CARRY COST: _____
(Q) CASH FLOW: _____

**TIME LINE- RETURN ON YOUR MONEY**

(R) TOTAL CASH OUT OF POCKET: _____
(S) PAYMENTS X 12 MONTHS: _____

(T) APPRECIATION RATE ANNUAL % ___ RATE ON P.P_____
(U) TOTAL ANNUAL RETURN _____

(V) **YEARLY PAYMENTS** _____

(W) **ANNUAL APPRECIATION** _____

(X) **TOTAL RETURN** _____ **ANNUALLY**

**TU-MAKAEFF1550**

Ex. 16 - 4281



THE TRUMP UNIVERSITY SCHOOL OF REAL ESTATE

COMMERCIAL & MULTI-FAMILY *Retreat*

THE WORKBOOK

*A part of the Trump University School of Real Estate Investment Program.*

TRUMP UNIVERSITY

**TU-MAKAEFF1308**

Ex. 16 - 4282



Copyright © 2008 Trump University. All rights reserved.

No part of this document may be reproduced in any form, including photocopying or transmission electronically to any computer, without the prior written consent of Trump University. The information contained in this document is proprietary to Trump University, and may not be used or disclosed except as expressly authorized in writing by Trump University.

Trump University assumes no responsibility for errors or omissions that may appear in this publication. While all attempts have been made to verify information provided in this publication, neither the Authors nor the Publisher assume any responsibility for errors, inaccuracies or omissions. Any slights of people or organizations are unintentional.

Company names and product names mentioned in this document may be trademarks or registered trademarks of their respective companies and are hereby acknowledged.

Trump University reserves the right to change this publication at any time without notice.

The content, strategies, forms, checklists and legal documents contained herein are for illustrative purposes only.  Trump University does not render legal, accounting, investment or tax advice. You should seek the guidance of professional advisors in any transaction.  Insofar as local laws, regulations, customs and practices vary widely from area to area, the form contracts presented herein should not be used without the input of a local professional and a clear understanding of your rights and remedies. You are advised to retain competent counsel to determine what state and/or local laws or regulations may apply to the user's particular business.

This Course is provided for information only and no guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by Trump University, its affiliates or their officers, principals, representatives, agents or employees. Trump University is not responsible for, and shall have no liability for any business success of failure, acts and omissions, the appropriateness of the reader's business decisions, or the use of or reliance on this information. Real estate investing, just like any other business, does contain risk. Real estate investors can both make and lose money on any given transaction. Like the stock market, poor decisions may result in the loss of all or part of an individual's working capital. Caution should always be used.

**TU-MAKAEFF1309**

Ex. 16 - 4283

# COMMERCIAL REAL ESTATE

## TABLE OF CONTENTS

1.   Introduction

2.   Property Types

3.   Choosing an Area

4.   Locating Properties

5.   Analyzing Property

6.   Property Value

7.   Financing

8.   Property Management

9.   Land Development

10.  Condo Conversion

11.  The Real Estate Cycle

**Redacted**

George
Fuchs

Sommick +
Fuc —  la
la



**TRUMP**
UNIVERSITY

**TU-MAKAEFF1310**

Ex. 16 - 4284

| Look when buying a house |

1. Foreclosure involved

2. Someone died (probate — estate)
   ↓
   Leave to heirs what's
   left over

3. Someone in tax foreclosure

Start calling attorneys for —

Wal mart → biggest retailer in world.
omg fra

luxury stuff slipped.
Low end - last thing to slip.

{ Need to buy the right way.
{  Hold 6 mos → could get worse. }

TU-MAKAEFF1311

Ex. 16 - 4285

Georg Fucho

Uncle
Bill ?

RE          started in manufacturing
millionaire           business

but went to Asia

duplex = 2 family house
(called that in NY)

1

TU-MAKAEFF1312
Ex. 16 - 4286