Shortest way to wealth is
to buy something for below
market value.
↓
If cheap enough isn't regrets
to wait

✳ Build <u>generational</u> wealth

Commercial RE is all about this.

Exit strategy might be ongoing
rental.

Plan B — buy cheap enough, it's
harder to get hurt.

✳ Sometimes worth more at closing table ✳

Have contracts behind you
that help people to make the
right decisions


→ First deal — George Fuchs
      bought $ 58 k
         sold $ 258 k — 200 k profit

uncle Bill charged him 50K
              150 k profit

energized b/c he stayed still
   ( home team didn't
          support him )

He rented + lost it buying things.

# You LOST by standing still #
         you go backwards

TU-MAKAEFF1314
Ex. 16 - 4288

Introduction

I.T.M.

disclose
all
companies
here that
are related
to real estate
(ie-real estate broker)

↓

so no unfair
advantage =
people worry).

— He sees
commercial —
buy RE no $
down
↓
He has no $
↓
Puts info in closet
↓
Next approved
info comes in
↓
buys twice

↓

*[ Info is potential power
You have to use it ]

TU-MAKAEFF1315

Ex. 16 - 4289

 

# Who is Stew Spence?

- Began professional career as an accountant in 1972
- Started 1st business in 1979
- Went broke in 1986
- Started real estate investing in 1986 part time
- Became full time investor in 1989
- The power of a mentor



www.TrumpUniversity.com        ©Copyright 2007 Trump University

The responsibility for whether
or not it's a good deal
is between me & my mentor
(not my attorney)

＊ I will commit to taking
the shot ＊
move forward!

2

**TRUMP** UNIVERSITY

*COMMERCIAL & MULTI-FAMILY Retreat*

## Class Introductions

- I am _____
- For a living, I _____
- My company is _____
- Located in _____
- I am here because _____

www.TrumpUniversity.com                ©Copyright 2007 Trump University

George bought 5 unden apt bldgs
↳ 3 units, 4 units ...
Start w/ foundation

Can get commercial properties
→ tax liens

※ leverage is on your side ※

3

TU-MAKAEFF1317

Ex. 16 - 4291

TRUMP
UNIVERSITY

COMMERCIAL &
MULTI-FAMILY
Retreat

# Knowledge
# Builds Confidence
# and Destroys Fear

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

Commercial RE
Short term
Quick term
Sell quick

long term
hold for income

4

TU-MAKAEFF1318
Ex. 16 - 4292

TRUMP UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

# Five Ingredients for Success in Real Estate and Business

- Attitude
- Specialized Knowledge
- Tools of a Pro
- Money
- Mentor

*In RE hope is for LOSERS*

www.TrumpUniversity.com   ©Copyright 2007 Trump University

*Become an ex for your family + people you care about.*

*5 ways to get rich*

*1. win lottery (looking for luck) hope)*

*2. inherit it (member of lucky sperm club)*

*3. marry it*

*4. own s/own/run biz*

*5. be successful investor*

5

TU-MAKAEFF1319

Ex. 16 - 4293

Vending machines → $10,000 to start 2
washin

## TRUMP UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

# 3 Types of Income

- Earned Income
- Passive Residual
- Portfolio Income

Franchise's 2 make no $

* Not just how much $ you put in but how long it takes for you to come back. *

www.TrumpUniversity.com          ©Copyright 2007 Trump University

The payment is the bitch

(Accelerated return clauses on everything)
  ↳ You want $ right away

It's not just what it is but where it is

Repeat the first deal right away —
DON'T WAIT

w/o a deal I have nothing.

6

TU-MAKAEFF1320
Ex. 16 - 4294



# How Does a Person Move from Earned Income to Passive and Portfolio Income?

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

_____

_____

_____

_____

_____

_____

_____

_____

7

TU-MAKAEFF1321

Ex. 16 - 4295



**TRUMP** UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

# Here is the Key!

- **Making Decisions:** Do not be afraid to take action—especially if you have a mentor there with you
- **Commitment:** To who?

www.TrumpUniversity.com          ©Copyright 2007 Trump University

*Turn your interest into commitment*

8

**TU-MAKAEFF1322**
Ex. 16 - 4296



## Change Your Perspective

- Opportunities are everywhere
- Sometimes all it takes is someone pointing it out to you
- Challenge your own perspective
- For things to change for you, you must also change

www.TrumpUniversity.com                ©Copyright 2007 Trump University

9

**TU-MAKAEFF1323**

Ex. 16 - 4297

 

# New Rules of Success

- Make money work for you
- Multiple sources of income
- Passive income is the key to wealth
- 1/3 to 1/2 of wealth will result from how one handles taxes
- Invest in cash flow
- Continue your education!

www.TrumpUniversity.com          ©Copyright 2007 Trump University

– They redeem means all $ back plus interest.

– If they don't redeem I get the property.

10

**TU-MAKAEFF1324**
Ex. 16 - 4298

## TRUMP UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

# M2 Club

- Write this down!
  1. **Membership:** Paying price for success
     - -Commitment
     - -Learning Strategies
     - -Education
  2. **Mentorship:** Having a Coach guide you—plan for success

*[handwritten: Choose unneeded to no reason]*

*[handwritten: Welfare State]*

*[handwritten: May as long box w/ contract will have facility in AK]*

www.TrumpUniversity.com    ©Copyright 2007 Trump University

*[handwritten: CA — not highest choice for tax savings]*

*[handwritten: Find the properties for as cheap as possible.]*

*[handwritten: Values ↑ agricultural]*

STEW SPENCE *[handwritten: (Magic Valley — most fertile ground in world)]*    11

**TU-MAKAEFF1325**

Ex. 16 - 4299

mortgage foreclosure timeline

| State | Lien/Deed | MFT | Interest Rate | Redemption Period | Bidding types |
|---|---|---|---|---|---|
| Alabama | lien | 30-60 days | 12% | 3 yrs. | Premium |
| Alaska | Deed | 90 days | 0% | 1 yr. | Straight upward |
| AZ | Lien | 90 days | 16% | 3 yrs. | Bid down the interest |
| Arkansas | Deed | 120 days | 0% | 30 days | Bidding |
| CA | Deed (hybrid?) | 111 days | 0% N/A | 5 yrs. | upward bidding |
| CO | lien | 60-90 days | 9 pts above fed cap rate | 3 yrs. | premium |
| CN | lien | 60-150 days | 18% | 6 mos. | premium |
| Delaware | deed | 90-200 days | couple antes 15% statewide no-0% ? | 60 days | premium |
| Washington DC | lien | 60 days | 18% | 6 mos.-1 yr. | premium |
| FL | lien tax/ deeds | 180 days | 18% | 2 yrs. | Bid down |
| Georgia | lien tax/ deeds (hybrid) | 90 days | 20% | 1 yr. | premium |
| Hawaii | Deed/lien state | 60 days | 12% | 1 yr. | premium |
| Idaho | Deed | 150 days | 0% | N/A | premium |

TU-MAKAEFF1326

Ex. 16 - 4300

| State | Lien/Deed | MRT | Interest rate | Redemption period | Bidding |
|---|---|---|---|---|---|
| IL | lien | 210-300 days | 18-36% | 2-3 yrs. | Bid down |
| Indiana | lien | ~250, 150 days | 10-15% | 1 yr. | Premium |
| Iowa | lien | 150 days | 24% | 21 mos-2yrs. | Random |
| Kansas | Deed | 120 days | 0% | 2 yrs. | Premium |
| Kentucky | lien | 120 days | 12% | 1 yr. | Premium |
| Louisiana | lien/deed hybrid | ~~180~~ 60 days | 12% + 5% penalty | 3 yrs. | Bid down |
| Maine | Deed | 90 days | 0% | N/A | Sealed |
| Maryland | Lien | 90 days | 18-24% | 6 mos. | Premium |
| Massachusetts | Lien/deed hybrid | 60 days - 120 days | 16% | 6 mos. | Premium |
| Michigan | Deed | 60 days | 0% | N/A | Premium |
| Minnesota | Deed | 60-100 days | 0% | N/A | Premium |
| Mississippi | Lien | 60 days | 18% | 1-2 yrs | Premium |
| Missouri | Lien | 60 days | 10% | 2 yrs. | Premium |
| Montana | Lien | 150 days | 10%+ 2% penalty | 2-3 yrs. | Random or rotational |
| Nebraska | lien | 180 days | 14% | 3yrs | Bid down |
| Nevada | Deed | 120 days | 10% | 2 yrs. | Premium |
| New Hampshire | lien | 60 days | 18% | 2 yrs. | Premium |

TU-MAKAEFF1327

Ex. 16 - 4301

# TRUMP UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

## Property Types

- Retail
- Industrial
- Office
- Residential (Multi-Family)

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

*Lien meas w/ the land*

*Japanese buy land in montana*

STEW SPENCE                                                                    12

TU-MAKAEFF1328

Ex. 16 - 4302

→ went to collect rent → say about nothing
they + lewis trip deals ⊘



**TRUMP** UNIVERSITY

*COMMERCIAL & MULTI-FAMILY Retreat*

## Residential
## vs.
## Commercial

www.TrumpUniversity.com            ©Copyright 2007 Trump University

• Beginning into commercial brays
 - 2-3-4 units @ hospitals +
   colleges.

Tenants don't stay
forever.

- Interns at hospital - work at
college — they are not high maintenance —
they're barely there.

- Own parking lot at hospital & short terminals.

13

**TU-MAKAEFF1329**

Ex. 16 - 4303

@ college - there is damage

TRUMP UNIVERSITY

COMMERCIAL &
MULTI-FAMILY
Retreat

# Residential vs. Commercial

- The building qualifies for the loan **not the borrower**
- The building pays back the loans **not the borrower**
- Others are expected to manage the building **not the borrower**

Apt cut hospital

www.TrumpUniversity.com    ©Copyright 2007 Trump University

3 X 5 index card — Apt for rent
1 block from hospital
owner does not live in
property

by hospital — Want as much Apt units as
possible → he likes seeing the
end of things

Cleanse rooms
are bldg to
psychiatrists /
psychologists
(no medical
waste etc...)

parking

medical ∧ units
rental

— doctor office across street from
hospital

very cheap
operations
for sessions

Stay close to a hospital for multi-
family + then smaller commercial

14




# Residential vs. Commercial

- Income determines the value of the property **not comparables**
- Cap rate measures the demand for the property **not comparables**

*The income determines the value.
Add more units, price goes ↑*

www.TrumpUniversity.com        ©Copyright 2007 Trump University

*if a lot
of
properties*

*Economy of scale →
have a bunch + people can manage
them.*

*- His portfolio of SFR are ①
has rentals too.
If tenant leaves now 100% vacant.*

*But if a pile the
of them*

15

TU-MAKAEFF1331
Ex. 16 - 4305

 

TRUMP
UNIVERSITY

COMMERCIAL &
MULTI-FAMILY
Retreat

# Residential vs. Commercial

- Your experience qualifies you for more properties **not your income**
- The sky is the limit for the number of properties you can purchase **not your income**

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

A tenant that stays close to the
life cycle
hospital / drug stores

16

TU-MAKAEFF1332
Ex. 16 - 4306

# Commercial Financing

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

17

**TU-MAKAEFF1333**

Ex. 16 - 4307

 

# Commercial Financing

- Small Local Bank Financing
  - Local to the area of the property
  - Not a national bank
  - Lower lending limits
  - Relationship matters
  - Higher interest rates
  - Lower closing costs
  - Creative deals

www.TrumpUniversity.com                ©Copyright 2007 Trump University

\* Value needs to be in property first.
\* Value now + the future
    (→) Lender wants to know.

18

**TU-MAKAEFF1334**
Ex. 16 - 4308



## Commercial Financing

- "In real estate you can't wait until you need the relationship to build it. You must build the relationship so it is there when you need it."

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

One type is 1. Relationship first
                    2. Deal second )

Other type is 1. Deal first
                    2. Relationship Second

No deal = no dough

19

TU-MAKAEFF1335

Ex. 16 - 4309



TU-MAKAEFF1336

Ex. 16 - 4310



OA city — Open air city
lifestyle centers

✳ Don't touch OA centers w/ a ✳
10 ft pole
(unless you are totally going to
transform it)
Downtown or real mall better

21



# Retail Property

- Shopping Centers
  - Super-regional: 1,000,000+ square feet
  - Regional: 300,000 to 1,000,000 square feet
  - Community: 100,000 to 300,000 square feet
  - Neighborhood: 30,000 to 100,000 square feet
  - Strip center: 10,000 to 20,000 square feet
  - Specialty or theme center
- Free Standing
  - "Power" corridor
- Commercial strip




www.TrumpUniversity.com                © Copyright 2007 Trump University

Strip center = Strip mall

22

TU-MAKAEFF1338

Ex. 16 - 4312



Along train tracks → could be bad (hotel) or good (storage center)

Buying industrial property now → BAD Was factory used @ there?

Always have the RIGHT anchors — Reason for people to come to the place get the right tenant

23

TU-MAKAEFF1339

Ex. 16 - 4313



24

TU-MAKAEFF1340

Ex. 16 - 4314



www.TrumpUniversity.com                    ©Copyright 2007 Trump University

25



_www.TrumpUniversity.com                    ©Copyright 2007 Trump University_

26

Add price of equipment to property.
Someone objects in :
All finds become property of the owner.

*put in lease* pic.

## TRUMP UNIVERSITY

COMMERCIAL & Multi-Family Retreat

# Retail Buzz Words

- Tenant mix
- Tenant placement
  - Retail mix
- Trade area
  - Demographics
- Common area maintenance (CAM)
- Percentage lease
  - Base rent
  - Overage rent
  - Percentage rent

www.TrumpUniversity.com          ©Copyright 2007 Trump University

The commercial landlord make the rules.

Make sure leases as long as possible with the biggest names. (Doesn't matter if people say they like small independent places but she got anchor!)

Only ok on Rodeo Dr. - apartment
But rest of country doesn't do that

Mall + go to all of the time & stores in there
There's a reason they are in there.

27

**TU-MAKAEFF1343**

Ex. 16 - 4317

_The equipment inside is chattle (stuff) - does not constitute a business._

**TRUMP**
UNIVERSITY

COMMERCIAL &
MULTI-FAMILY
Retreat

# Guide to Percentage Rents

| | Low | High | | Low | High |
|---|---|---|---|---|---|
| Art Shop | 6% | 10% | Grocery (Convenience) | 2% | 4% |
| Auto Accessories | 3% | 4% | Hardware | 3% | 6% |
| Bakeries | 6% | 8% | Hobby/Toy Store | 5% | 8% |
| Books/Stationery | 5% | 7% | Jewelry | 6% | 8% |
| Bowling Lanes | 6% | 10% | Liquor/Wine | 2% | 6% |
| Candy | 6% | 9% | Men's Clothing | 4% | 7% |
| Deli | 5% | 6% | Shoes | 5% | 7% |
| Dept Stores | 1% | 3% | Movie Theater | 8% | 12% |
| Drug Stores (chain) | 1% | 4% | Office Supply | 4% | 6% |
| Drug Stores | 3% | 5% | Optical | 4% | 7% |
| Dry Cleaner | 6% | 8% | Paint | 3% | 6% |
| Florist | 6% | 10% | Restaurants | 5% | 7% |
| Gift Shops | 6% | 10% | Sporting Goods | 4% | 8% |
| Grocery Store (chain) | 1% | 1.5% | Women's Furnishings | 5% | 7% |

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

_If gross receipts not enough, have to charge a fixed cost_

_So per year 6% of this is low_

_In order to use % rents you have to know what their gross sales are_

\# _Undervalued piece of residential property w/ commercial potential_

_ie - put restaurant in there._

_easement - someone has right to cross my property for whatever reason - drive or walk across._

_Due diligence must be done. Is there an easement?_

_Residential property that has its highest + best use as a commercial award_

28



Cap rate — net operating income divided
by the sales price.

N.O.I. ÷ Sales price = cap rate

Tells you how much you'd make on a
property if you paid all cash.

ie— 10% cap rate → the higher the cap rate
(return)
the riskier the investment.

29

**TU-MAKAEFF1345**

Ex. 16 - 4319

**Warehouse Buzz Words**

- Dock height
- Rail spur
- Incubator
- 3 phase
- Sprinklers
- Column spacing
- Bay depth
- Clear span
- Ceiling height

N.O.I = Net operating income
NOI is your effective gross
income minus operating expenses.

NOI = effective gross income
— operating expense

30

**TU-MAKAEFF1346**
Ex. 16 - 4320



Operating expenses

- Your annual OE's of the property include:

- Insurance
- Utilities
- Payroll
- Mgt fees
- landscaping
- Maintenance
- Supplies
- repairs

OE's do not include mortgage payments or property taxes (do appear)

31

TU-MAKAEFF1347

Ex. 16 - 4321

**TRUMP** UNIVERSITY

*COMMERCIAL & Multi-Family Retreat*

# Office

www.TrumpUniversity.com          ©Copyright 2007 Trump University

Debt service

Debt service is calculated by multiplying your monthly mortgage amount by 12

Debt service = Monthly mortgage x 12
(does not include property taxes)

32

TU-MAKAEFF1348
Ex. 16 - 4322

# Office Property

- Highrise
- Midrise / Lowrise
- Garden
- Class A
- Class B
- Class C

www.TrumpUniversity.com          ©Copyright 2007 Trump University

Effective gross income

You find your EGI by subtracting vacancy from gross income

Effective gross income

EGI = income (vacancy %)

33

TU-MAKAEFF1349

Ex. 16 - 4323

 

# Types of Properties

- Office
  - Suburban Garden Office
  - Suburban High Rise Office
  - Medical Office
  - Central Business District (CBD) Office

Vacancy Rate

# of Vacancies divided by the # of units

Vacancy rate = # of Vacancies ÷
                     # of units

34

TU-MAKAEFF1350

Ex. 16 - 4324

notes — what's the cash on cash return?



TRUMP UNIVERSITY — COMMERCIAL & Multi-Family Retreat

www.TrumpUniversity.com        ©Copyright 2007 Trump University

( Cash on cash return )

Divide your annual cash flow by the down payment amount.

Cash on cash = $\dfrac{\text{annual cash flow}}{\text{down payment}}$

how long to get initial investment back
100% cash on cash — get back in 1 yr.

2 yrs = 50%
3 yrs = 33%   → I am no no fast I say my down payment back

35

TU-MAKAEFF1351
Ex. 16 - 4325



Vacancy

A Unit that's left unoccupied and isn't producing income.

— A big box tenant can go belly up.

36

TU-MAKAEFF1352

Ex. 16 - 4326

TRUMP UNIVERSITY — COMMERCIAL & Multi-Family Retreat

*(handwritten, left margin vertical):* Get the whole story here

www.TrumpUniversity.com    ©Copyright 2007 Trump University

*(handwritten arrow):* Don't need to look at cap rate

*(handwritten, far left margin vertical):* → You don't always need to look at the other 2 then just income....!!

Analysis

Income

— Expenses (tenants responsible)

— Debt (mortgage payments) (I'm responsible)

Income − expenses − debt = cash flow
     (minus)        (minus)

He says "Income.. bring it to me" then he asks for expenses, debt later.

37

TU-MAKAEFF1353

Ex. 16 - 4327

Say to commercial RE broker

I want to see everything 100% cash on cash return.



Don't start w/ due diligence if you don't know what doing this especially w/ attorney

Qualified referee Le bad stuff bulldogs

## TRUMP
UNIVERSITY

## COMMERCIAL & Multi-Family Retreat

## Office Buzz Words

- Smart building
- Load factor
- Core
- B.O.M.A.
- Rentable/Usable – (R/U) ratio
- Efficiency
- Tenant improvement (T.I.) allowance

Don't talk about what if properties just what's in the ground

www.TrumpUniversity.com        ©Copyright 2007 Trump University

1. Buyer makes offer
2. Seller accepts offer
3. Buyer opens escrow with escrow agent/attorney
4. Buyer starts the financing process.
5. Buyer does his/her due diligence.
6. Buyer + seller clean up (remedy) or solve any remaining contractual obligations
7. Buyer gets financing commitment
8. Deal closes – $ changes hands – buyer gets keys

38

**TU-MAKAEFF1354**

Ex. 16 - 4328

Don't want the bldgs just the $ — doesn't matter if beautiful or not.

Saves $ + the safety!

## TRUMP UNIVERSITY

Commercial & Multi-Family Retreat

# B.O.M.A. Space Measurement

- **Usable Area** – actual occupiable area
  - Inside of corridor walls
  - Inside of dominant portion of outer walls
  - Center of demising partitions of adjoining usable areas
  - No deductions for columns and projections
- **Rentable Area** – pro rata share of entire floor
  - Inside of dominant portion of outer walls
  - Excludes major vertical penetrations
  - No deductions for columns and projections
  - Divide floor rentable area by the floor usable area to get R/U ratio, then multiply by the office usable area.

$$R/U \text{ Ratio} = \frac{Rentable}{Usable}$$

www.TrumpUniversity.com          ©Copyright 2007 Trump University

Income is in the lease. Make leases for as long a period as possible (good tenants — otherwise short) w/ frequent escalations — lease is a legal document — it's locked in.

① Any geography/any type of property is OK.

② ... As long as I make $. (you can buy + get rid of it).

39

TU-MAKAEFF1355
Ex. 16 - 4329

TRUMP UNIVERSITY — Commercial & Multi-Family Retreat

www.TrumpUniversity.com   ©Copyright 2007 Trump University

Due diligence

→ Look at first.

① Physical — The property itself. The condition of the property.

Financial — Bills, income . . .

Legal —

Bad tries — Nat Realtors Assoc — need "stelter"
Good tries — your best "investment"

40

TU-MAKAEFF1356
Ex. 16 - 4330



_Physical due diligence_

— 1. Site plans + specifications — includes all construction documents, bldg plans & floor plans & use of land documents

— 2. photos of the property (digital camera)

— 3. Structural inspection — roofs, walls, foundation

— 4. Interior systems inspection — wear + tear inspection, doors, windows, bldg code violations, age of roof.

41

TU-MAKAEFF1357

Ex. 16 - 4331



## Buy Low in Hot Markets

- Look for the cold deals
  - "One man's trash is another man's treasure"
- Look for Sellers with big equity
  - Monopoly Money
- Can be low dollar entry

www.TrumpUniversity.com          ©Copyright 2007 Trump University

5. mechanical + electrical inspection —
heating, ventilation, air cond, electrical
power systems and controls, plumbing.
6. pest inspection

42

TU-MAKAEFF1358
Ex. 16 - 4332

have to
operators to
sell things to.
↓
you want
people who
can
pay you.

→ Operators → buy & sell properties.
people who do business

This is
a
business
of
the
future



Frual due diligence

— 1. Income + expense statements — annual
income + expense statements for the
last (3 yrs.) (shows history)
2. Rent rolls — shows the tenant
name, unit space or apartment no,
amount of rent, move-in date,
and security deposit.

Do things
other people
got the
show

one bakery
who want
to give you

They want
How many times the rent? 20 x the rent
single multiples — probably better areas

43

TU-MAKAEFF1359

Ex. 16 - 4333

Verify income first



— 3. Tax Returns — Annual tax returns for the last 3 yrs. Add up all the income + expenses shown on the returns, match them against the sellers numbers.

— 4. Lease agreements — May be fairly straightforward or they may be complex legal documents. Validate the leases.

＊ Have tenant be responsible for as much financial burden as possible

44

TU-MAKAEFF1360
Ex. 16 - 4334

*Everything is in 3*

*Think in 3's*

Banks gets 3 comps on property.

## TRUMP UNIVERSITY

COMMERCIAL & Multi-Family Retreat

# Types of Properties

- **Other Commercial Properties**
  - Health Care
  - Hotel
  - Mobile Home
  - Industrial
  - Self Storage
  - Gas Stations and Oil Change facilities

www.TrumpUniversity.com          ©Copyright 2007 Trump University

*Use that both ways - if they are hish - can build good will ↓ investors tell them.*

5. utility bills - Check the past 2-3 yrs of the actual utility bills and statements. These bills include electric, water, gas, sewer, telephone, cable, internet etc... Compare the totals in ea. utility category to the sellers numbers on his expense statements.

(If difference say "how do you account for that?")

↳ doesn't mean they are lying - maybe they just don't know.

45

TU-MAKAEFF1361

Ex. 16 - 4335

Go phase 2 only 50% of time



( Legal due diligence )

IV prob I
have legal
liability

1. Environmental inspection — Phase 1. Environmental
site assessment during this inspection looks
for onsite environmental problems and
liabilities

2. Survey + title inspection — # with this, a
title company can verify the property
site and that the title report has the same
description as the survey. Easements +
encroachments can be seen + reviewed as
well.

46

**TU-MAKAEFF1362**

Ex. 16 - 4336

Ask attorney:
what does that mean legally?



**TRUMP** UNIVERSITY

COMMERCIAL & Multi-Family Retreat

# Hotels and Gas Stations

www.TrumpUniversity.com          ©Copyright 2007 Trump University

— 3. Bldg code violations

— 4. Zoning code — Property use must comply w/ the city's zoning ordinances. If it doesn't comply the property can be shut down.

— 5. Insurance check property insurance policy and claim history.

— 6. Licenses + permits — Do they need to be posted? If so must comply or pay fine.

lawsuits etc....

47

**TU-MAKAEFF1363**

Ex. 16 - 4337

You can check police reports too.
Don't do this stuff. Hire titled Inspectors.

TRUMP
UNIVERSITY

COMMERCIAL &
Multi-Family
Retreat

( Start w/ income first. Don't spin
your wheels.

# Mobile Home & RV Parks

www.TrumpUniversity.com          ©Copyright 2007 Trump University

7. Service + vendor contracts — Landscaping,
maintenance etc. Review to verify if
you as the new owner can discontinue
Service and choose new vendors.

8. personal property inventory (chattle) —
Desks, chairs, equipment, tools,
Computers, supplies. Verify that they
are to stay with the new owners — if
you can't they will disappear!

↳ Are you first to put chattle in the
contract as well?

48

TU-MAKAEFF1364

Ex. 16 - 4338



# Types of Properties

- Mixed-Use Properties
  - Retail / Residential
  - Retail / Office
  - Hotel / Residential
  - Retail / Hotel / Residential
  - Office / Residential

www.TrumpUniversity.com · ©Copyright 2007 Trump University

49

**TU-MAKAEFF1365**

Ex. 16 - 4339



50

TU-MAKAEFF1366

Ex. 16 - 4340



# Types of Properties

- Residential
    - 1-4 family residences
- Commercial Property
    - 5 or more residential units

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

51

TU-MAKAEFF1367

Ex. 16 - 4341



# Residential Investment Property

- Single family
- Duplex - fourplex - sixplex, etc.
- Up to about 60 units
- More than 60 units
- Garden apartments
- Townhouse apartments
- Highrise

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

52

TU-MAKAEFF1368

Ex. 16 - 4342



# Types of Properties

- ## Apartments and Multi-Family
  - Low-Rise Garden Apartments
  - Mid-Rise Apartments
  - High-Rise Apartments
  - Student Housing
  - Military Housing
  - Townhouse Style

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

53

TU-MAKAEFF1369

Ex. 16 - 4343



TU-MAKAEFF1370

Ex. 16 - 4344



TU-MAKAEFF1371

Ex. 16 - 4345



# Residential Buzz Words

- Family
- Household
- Tenure
- Buy vs. rent threshold
- Demographics
- Cost per unit
- Normal Overhead



The Household is the basic unit of demand

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

_____

_____

_____

_____

_____

_____

_____

_____

56

TU-MAKAEFF1372

Ex. 16 - 4346



# 9 Tips for Buying Small Apartments

1. Compare property values and rents
2. Be careful - tax laws may change
3. Specialize in something you know
4. Know all the costs going in!
5. Know where your tenants are coming from
6. Investigate insurance coverage
7. Confirm utility costs
8. Consult your accountant
9. Inspect!

www.TrumpUniversity.com          ©Copyright 2007 Trump University

57

**TU-MAKAEFF1373**
Ex. 16 - 4347



# Migration

- Population Growth
- Migration in to area
- Age
- Compare to Housing Starts
- Example: Florida



www.TrumpUniversity.com          ©Copyright 2007 Trump University

58

**TU-MAKAEFF1374**

Ex. 16 - 4348



# Types of Properties

- Why begin with apartments and multi-family?
  - Everyone needs a place to live
  - Low to middle income affordable housing
  - Get involved in real estate that has the most demand
  - Low price point to enter the business for investors
  - Higher leverage and high returns
  - Current market demand

www.TrumpUniversity.com          ©Copyright 2007 Trump University

59

**TU-MAKAEFF1375**

Ex. 16 - 4349



# Types of Properties

- Apartments and Multi-Family
  - 10 – 25 unit buildings
  - Solid C areas
  - Create momentum
  - Build credibility
    - Banks / Lenders
    - Commercial Brokers

www.TrumpUniversity.com          ©Copyright 2007 Trump University

60

**TU-MAKAEFF1376**
Ex. 16 - 4350



# Commercial and Multi-Family

Choosing an Area
Locating Property

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

Schwarzenegger — all RE
props there

61

**TU-MAKAEFF1377**

Ex. 16 - 4351

| State | lien/deed | MFT | Int. rate | Redemption period | Building |
|---|---|---|---|---|---|
| New Jersey | lien | 90-120 days | 18% | 2 yrs | bid down premium |
| New Mexico | Deed | 120 days | 0% | N/A | Premium |
| NY | liens / deeds (deeds in counties) | 12-19 mos. | 14% (deed places - 0%) | N/A | Premium |
| NC | Deed | 60 days | 2% (penalty) | 10 days | premium |
| N. Dakota | Deed / liens | 90 days | 12% | 3 yrs. | premium |
| OH | Deed | 15 days | 0% | 15 days | premium |
| OH | lien | 90 days | 8% | 2 yrs | Random |
| OK | Deed | 120-180 days | 0% | 2-6 yrs. | Premium |
| Oregon | Deed | 90 days | 0% → 10% | 1 yr. unable provable straight deed off | straight upward |
| Pennsylvania (liens counties municipalities) |  |  |  |  |  |
| Rhode Island | lien | 60 days | 10% + 1% ea mo next 6 mos. | 1 yr. | premium |
| S Carolina | lien | 60-120 days | 8-12% | 1 yr. | premium |

TU-MAKAEFF1378

Ex. 16 - 4352

| State | Lien/Deed | MFT | Interest rate | Redemption period | Bidding |
|-------|-----------|-----|---------------|-------------------|---------|
| S. Dakota | lien | 90 days | 12% | 3-4 yrs | Premium |
| Tennessee | deed/liens | 60 days | 10% | 1 yr. | Premium |
| TX | redeemable deed (Hybrid) lien | 60 days | 25% penalty | 2 yrs (Homestead) 6 mos (non homestead) | Premium |
| UT | Deed | 60-90 days | 0% | N/A | Premium |
| Vermont | Deed | 210 days | 12% | 1 yr. | Types of R. |
| Virginia | deed | 60 days | 0% | N/A | Premium |
| Washington | deed | 60-90 days | 0% | N/A | Premium |
| W. VA | lien | 60 days | 12% | 1 yr - 17 mos. | Premium |
| Wisconsin | deed | 90-360 days | 0% | 1 yr. | Premium |
| Wyoming | lien | 90 days | 15% + 3% penalty | 4 yrs. | Random |

TU-MAKAEFF1379

Ex. 16 - 4353

**TRUMP** UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

# Choosing an Area

- Determining Factors
  - Price
  - Location
  - Growth
  - Rents
  - Types of properties in the area
  - Proximity to where you live
  - Local Government

www.TrumpUniversity.com                ©Copyright 2007 Trump University

*→ industrial*
*props*

*Vermont attempt to succeed from us.*

62

**TU-MAKAEFF1380**
Ex. 16 - 4354



# Choosing an Area

"D" Neighborhoods
- War zones
- High crime
- People around in the middle of the day
- Bars on the windows
- Bad reputation
- Properties will cash flow
- Management intensive

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

63

TU-MAKAEFF1381
Ex. 16 - 4355



# Choosing an Area

## "C" Neighborhoods
- Nice properties mixed with bad properties
- Local businesses
- Older properties
- C Neighborhoods will typically be on the outskirts of the D areas
- More "owner situations"
- Blue collar workers
- Section 8 housing

www.TrumpUniversity.com            ©Copyright 2007 Trump University

64

**TU-MAKAEFF1382**
Ex. 16 - 4356



TRUMP UNIVERSITY — COMMERCIAL & MULTI-FAMILY Retreat

# Choosing an Area

## "C" Neighborhoods

- Add value properties
- Appreciation
- Manageable management
- Flexible sellers
- Aggressive lending
- Stabilized properties
- Un-stabilized properties

www.TrumpUniversity.com          ©Copyright 2007 Trump University

TU-MAKAEFF1383
Ex. 16 - 4357



# Choosing an Area

"B" Neighborhoods
- More single family homes in the area.
- Empty during the day
- More amenities
- Chain restaurants and banks in the area
- Properties in need of repair stand out
- Greater appreciation
- Lower cash flow

www.TrumpUniversity.com          ©Copyright 2007 Trump University

66

TU-MAKAEFF1384

Ex. 16 - 4358



# Choosing an Area

"A" Neighborhoods
- Many amenities
- Condo conversion potential
- Assumable mortgages
- Lower interest rates
- Appreciation may outpace the negative cash flow

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

67

TU-MAKAEFF1385

Ex. 16 - 4359

TRUMP UNIVERSITY

COMMERCIAL & Multi-Family Retreat

|   | Apprciation | Cash Flow |
|---|-------------|-----------|
| A | High | Low |
| B | Avg | Avg |
| C | Avg | High |
| D | Low | High |

www.TrumpUniversity.com                ©Copyright 2007 Trump University

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF1386

Ex. 16 - 4360



TU-MAKAEFF1387

Ex. 16 - 4361



# Choosing an Area

- Begin in the "D" area
- Research with the local government for crime areas
- Locate HUD empowerment zones
- Talk to local brokers and bankers

www.TrumpUniversity.com                ©Copyright 2007 Trump University

70

**TU-MAKAEFF1388**

Ex. 16 - 4362



## Choosing an Area

- "C" areas will typically be on the outskirts of the "D" areas
- The change may be gradual or dramatic
- Location
- Architecture
- Schools

www.TrumpUniversity.com                ©Copyright 2007 Trump University

71

**TU-MAKAEFF1389**

Ex. 16 - 4363



# Choosing an Area

- "B" and "A" areas be in areas that can support them
- May be interspersed with "C" properties
- They may also be located by themselves in the suburbs or downtown

www.TrumpUniversity.com          ©Copyright 2007 Trump University

72

TU-MAKAEFF1390

Ex. 16 - 4364

 

# Choosing an Area

A Functional Plan
- Start with solid "C" areas
- 10 – 25 unit residential multi-family properties
- Purchase 3 of these properties to gain momentum and credibility
- Use creative financing and OPM to leverage available funds

www.TrumpUniversity.com          ©Copyright 2007 Trump University

73

TU-MAKAEFF1391
Ex. 16 - 4365



# Points to Remember

## Guiding Principles

- You make your money when you buy not when you sell
- Know your exit strategy going into the property
- Take a new look at the old neighborhoods
- Fall in love with the numbers not the properties

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

74

TU-MAKAEFF1392
Ex. 16 - 4366

Locating Properties

TU-MAKAEFF1393

Ex. 16 - 4367



TU-MAKAEFF1394

Ex. 16 - 4368



## Locating Properties

- Real Estate is about relationships
- It is not who you know, but who knows you and the people you know
- Spend less time searching for property and more time building relationships

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

76

**TU-MAKAEFF1395**

Ex. 16 - 4369



# Locating Properties

- Commercial Real Estate Brokers
  - They are not high pressure
  - They will not follow up with you
  - They don't like showing the property
  - They don't have signs in front of the property
  - Some do not advertise their property

www.TrumpUniversity.com          ©Copyright 2007 Trump University

77

TU-MAKAEFF1396

Ex. 16 - 4370



## Locating Properties

- **Commercial Real Estate Brokers**
  - They like to work with a set
    group of investors   *( to make $ )*
  - They like to work from referrals
  - They don't like to hold your hand

### Then Why Do We Need Them?

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

*RE brokers don't make $ w/*
*listings  RE brokers make*
*$ at the closing.*

*I know what I want + I can*
*close on the property.*

78

**TU-MAKAEFF1397**
Ex. 16 - 4371



**Locating Properties**

**5 Reasons Why We Need a Commercial Real Estate Broker**

- Information gatherers
- Disengaged Sellers
- Pocket Listings ⟶ when someone has a listing that no one else has — their not on MLS
- Information source
- Access to the seller

www.TrumpUniversity.com          ©Copyright 2007 Trump University

Do you have any pocket listings?
Looking for cash or cash return of 100% ⅗

I want to know the rent rolls.

If you tell cap rate — it tells that
what you're willing to pay

79

**TU-MAKAEFF1398**
Ex. 16 - 4372



## Locating Properties

### 5 Reasons Why Brokers Don't Work With You

- You ask to many questions  *annoying*
- You use the wrong terminology
- You have unrealistic expectations
- You are indecisive
- You have never made them money

www.TrumpUniversity.com                ©Copyright 2007 Trump University

*Doesn't matter if they think it's a good deal or not*

*LOI — letter of intent*

80

TU-MAKAEFF1399

Ex. 16 - 4373



### Locating Properties

### 5 Reasons Why a Commercial Real Estate Broker will work with you

- Ask little of them initially
- Ability to make quick decisions
- Respect for their time
- An understanding of your business and financing
- **Return**

*Handwritten notes:*

3x — dead
4x — be careful

Know what rents are — ask for rent roll

5x — ok
6x — ok
7x — ok
8x — ok

10x rent roll — pretty good "
12 x rent roll — better "
15 x rent roll — snotty neighborhood

※ How many times the rent roll do you want?

www.TrumpUniversity   ©Copyright 2007 Trump University

81

**TU-MAKAEFF1400**
Ex. 16 - 4374



# Locating Properties

How many employees would you hire
if you never paid them unless they
first made you money?

*Commercial brokers*

www.TrumpUniversity.com          ©Copyright 2007 Trump University

Sperry Van Ness — SVN.com

*pulled it* CB Richard Ellis = Cbre.com

Marcus + Millichap = Marcus&Millichap.com

Colliers Int'l = Colliers.com

Coldwell Banker Commercial = coldwellbankercommercial.com

→ Grubb + Ellis = grubb-ellis.com

Stanbach = Stanbach.com

Cushman & Wakefield = cushwake.com

82

TU-MAKAEFF1401
Ex. 16 - 4375

**TRUMP** UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

# Locating Properties

- Hello, this is _____ of _____ (LLC, Inc.)
- This property fits my companies criteria and we would be interested in looking into it further.
- Please send me the property profile and we will let you know what we think.

www.TrumpUniversity.com          ©Copyright 2007 Trump University

Have the # flow in?

Office bldg owners

Bldg owners + managers association = BOMA
  Boma.org

Shopping Center owners
Int'l Council of shopping Centers
  jCSC.org

83

**TU-MAKAEFF1402**
Ex. 16 - 4376

*There was a time in 1980s where bank would joint venture w/ you*

*cycle will come again*

**TRUMP** UNIVERSITY

*Commercial & Multi-Family Retreat*

*Avg set 50%*

## Locating Properties

- You may send over a quick offer (LOI)
- This property is not what we are looking for do you have anything else at a better value?
- Then follow up several times with a quick note to the same broker

www.TrumpUniversity.com          ©Copyright 2007 Trump University

*Appraisal Institute = MAI*

*AppraisalInstitute.org*

*All kinds + even geologists & wood appraisers*

*American Society of Appraisers - ASA*

*Appraisers.org*

*Bank just wanted to know how much $ moved to make it in what time period.*

84

*Tie up property w/ purchase + sale agreement it comes at closing — some consideration*

## TRUMP UNIVERSITY

COMMERCIAL & MULTI-

# Locating Properties

- **Unadvertised Properties**
  - Distressed properties
  - Nice properties
  - Mismanaged properties
  - Recently rehabbed properties
  - Under valued properties

*Canc if order is US. post office investigates the party if even anything - Laymens!*

www.TrumpUniversity.com    ©Copyright 2007 Trump University

*No # down commercial RE transaction*

*Assignability clause (w/ or signing assignity)*

*Buyer reserves the right to close in the name of other entity for or any other partnership*

*Use 21 days, 30 days or ship it (w).*

*Appraiser did appraisal on how it stood.*

*★ Tie it up + go get a partner w/ deep pockets ★*

85

**TU-MAKAEFF1404**

Ex. 16 - 4378



# Locating Properties

## Building Your Pipeline

- Broker relationships
- Banker relationships
- Investor relationships
- Management company relationships
- Advertising

www.TrumpUniversity.com    ©Copyright 2007 Trump University

86

TU-MAKAEFF1405
Ex. 16 - 4379

My name is ———. I'm a RE[?]
I come across properties all t[?]

## TRUMP UNIVERSITY
COMMERCIAL

that [?]
int. Ontario. If
I come across
a property
that [?] int
yours, would you
be interested in
buying it from me
for a fee?

## Locating Properties

"Experienced investor seeking to purchase commercial and multi-family real estate. Offers within 24 hours, no brokers."

Exchange cards →
or would you be interested
in partnering? or
would you be interested
in buying?

www.TrumpUniversity.com   ©Copyright 2007 Trump University

Don't have lunch
or dinner. Just
get cards.

RE auctions — Investors will show up.

Place to find people to buddy up with.

1. very high risk tolerance

2. Competitive

3. $

4. Able to decide quickly.

Don't bid there — you can get killed.

Go + observe — the people who win + give
bit cards.

87

TU-MAKAEFF1406

Ex. 16 - 4380



They buy purchase + sell offeron from rest affidavit reomdte.

Show this to the people at auditory of (no payer) $ 1/0 $

## TRUMP UNIVERSITY

*Commercial & Multi-Family Retreat*

# Locating Properties

- Aggressive brokers will call anyways
- Desperate sellers will call for an offer
- Advertising attracts sellers with property that is not advertised
- Success is often found when you are the first person to look at the property

www.TrumpUniversity.com   ©Copyright 2007 Trump University

Short term analysis — Assigning this

in case of nothing happens

| | |
| --- | --- |
| ARV — | $400,000 |
| Ace exp — | 1% ( $4,000 ) my lo |
| Repair costs — | ( $30,000 ) |
| Holding exp to loan — | ( $4,000 ) 1% |
| Hedge exp — | ( $8,000 ) 2% |
| Sales exp. — | ( $12,000 ) 3% |
| Realtor — | ( $24,000 ) 6% |
| Loan payments & holding — | ( 20,000 ) |
| | ( 102,000 ) |

Making loan commissioner Snow

my sales expense to sell property

A b no holding rents (hard $ loan)

**TU-MAKAEFF1407**

Ex. 16 - 4381

*freeconferencecall.com/ gotomeeting.com*
*Do round robin auction myself — so from*
*me to the rest*

*Greene*
*into*
*sourced*
*interest*
*going in*
*this*
*deal*

### TRUMP UNIVERSITY

### COMMERCIAL & MULTI-FAMILY Retreat

# Locating Properties

- Internet resources
  - Be careful of:
    - Analysis paralysis
    - Busy work
    - Excusing "surfing" for "working"
  - Be informed, but not full of knowledge
  - Internet resources are great to build relationships

www.TrumpUniversity.com            ©Copyright 2007 Trump University

*Typical*
*assignment*
*fee is 25% of*
*the 10%*

*$ 10,000*

```
400,000   ARV
-102,000  expenses
─────────
298,000           Investor
 40,000 — profit   profit
─────────
258,000 — my offer   $40,000
      (maximum)     (10% of
                     ARV)
```

*You have to tell them your profit.*
*Say 10%*

*"I wish the numbers were better but this*
*is what they are"*
*If they ask say →*

89

TU-MAKAEFF1408

Ex. 16 - 4382



→ Guy from auction might not
need tax prep + holding (20,000),
no rental (24,000) + no ledger exp
(8,000)

So now like 90k profit

Do you want to start the bidding
at 10K? Ok

Do you
want to go
yes or no?   1K increments? He says yes.
Don't mean good rule
yes or no - silence means no on more. 90

TU-MAKAEFF1409

Ex. 16 - 4383

 **TRUMP** UNIVERSITY       *Commercial & Multi-Family Retreat*

# Hidden Market Sources

- For rent signs
- For rent ads
- CPA's
- Lenders, mortgage brokers
- Contractors
- Attorneys

- Clover leafing
- Walkabout
- Parking solutions
- Foreign ownership
- Non-profits
- Churches

www.TrumpUniversity.com          ©Copyright 2007 Trump University

Hard $ — ① Only art you will get today is 50% of LTV.
(loan to purchase price)

50% purchase price

If property is worth 100k (comp) + I
can get 20k → I can get 50k →
hard $ lender knows they can sell quickly
for 50k. If in for 20k needs work sell
in 6 mos → hard $ lender will want
to know exit strategy — how will →
I sell + project be completed?

91

**TU-MAKAEFF1410**
Ex. 16 - 4384

They like to see Lo 90 days or 120 days.
Maximum 180 days.

Exit strategy must build in: if this happens
I'll do that...
My plan is to:
1. Sell w/in 60 days for 50k. (you could say 75K in 60 days, 90 days for 50K)

Hard dealer looks at deal same way pawn shop looks at deal.

1. How much you want to borrow
2. Value of what it is you want to borrow gst.

In essence you have 100% defacto financing — like 100% financing — bk of the nos. got they so cheap you can do that.

All about (w/ hard $ lender right now)
— cheap price
— fast exit / quick sale

Prove I bought it cheap enough, can sell cheap enough — if they want quarters.

Dumbo — Down under the manhattan Bridge overpass

**TU-MAKAEFF1411**

Ex. 16 - 4385

→ Don't need to know personal info.
They will Want SS# — they will pull
Credit but deal is more important. Will
Check to see what you are.

They will roll into loan debt service payments
(↳ for short period of time. They can # on points
& heavy interest rates

Tax payer kidds (storefronts w/ I got above
#)

By the property cheap enough
(↳ If I do that I can get the $
cheap enough) → then don't care that
it will be worth next yr.

just NOW
1. Deal first
2. Relationship second → don't try to
be their
best friend

Hard
$
Lender

Private Lender
1. Relationship first
2. Deal second

"I know this is probably not for you but
do you know anybody who would be interested
in making 15% on their money backed
by a lien in real estate?"

**TU-MAKAEFF1412**
Ex. 16 - 4386

He says this where networking.
Ie — fly first class — "The closer" → Kyra
Selznick — his wife. It's Kevin Bacon →
wool cap → he said it to Kevin Bacon.
Maynoff was selling him 10% on paper.
Mike Tyson... Dennis Hopper.

Say it to everybody.
— Protect your identities... first class airport
Lounge in. 2 people booked 2 tickets to
Istanbul
→ Make sure back is to wall + keep
your mouth shut + nothin's inside
have closed.

Experian Equifax Transunion →
put in fraud for suggestions.

— Good partner is someone who has
something you don't have.

↑ Deals  w/  ↑ $
↑ $  w/  ↑ Deals

Your partner should answer your
weakness.

Private lender at book club — someone who
has private $ + no time to invest it.
philanthropic organizations are great.



# Analyzing Properties 101

www.TrumpUniversity.com          ©Copyright 2007 Trump University

After a couple of deals w/ a private lender
(no under obligation to re-lend) — it shows
I have property free + clear — do not
ask or expect but will probably happen.

92

**TU-MAKAEFF1414**

Ex. 16 - 4388



# Analyzing Properties 101

- **Gross Income**
  - The total amount of income potential for the property before any expense or losses.

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

— mimic / making some # —

Doctor (interns) — don't make, don't use hot water, no pets, never there.

First attendants

Students

big campus

M–Th — Restraires → 10 yrs term return itself.

People w/ no family, no pets — 1 person to deal with — no husband + wife.

fees
hm mommy
+
daddy
pay
rent

93

**TU-MAKAEFF1415**
Ex. 16 - 4389



**Analyzing Properties 101**

- **Vacancy Factor**:

    A percentage factored into the operation of the building when apartments will be vacant. The industry standard is 5%.

www.TrumpUniversity.com    ©Copyright 2007 Trump University

Go with what I can the ground + buy
it cheap first

Buy 40-50% market value + sell quick
Can't get hurt.

Buy 25k sell 45 k (under 70k)

Need it, sell a copier

Have an asset class in my portfolio that's
easy to liquidate me provento aitatere

94

TU-MAKAEFF1416

Ex. 16 - 4390



# Analyzing Properties 101

- **Other Income:**
  - Income produced by the property other than rent (late fees, laundry, NSF, and application fees)

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

\# Binder (Ask title co. for this when you want to close fast)

10 % (costs 10 % more when you close)

8,000                    5,000

8,800                    400 (closing)

Chicago Title

First American Title

95

TU-MAKAEFF1417

Ex. 16 - 4391



# Analyzing Properties 101

- **Effective Gross Income (EGI):**
  - The amount of income after the vacancy factor and other income (laundry, rental space) is calculated.

www.TrumpUniversity.com          ©Copyright 2007 Trump University

*[handwritten annotations:]*

Most counties want these

Find what the people is + type of funds needed
(certified check / bank checks )

Tax liens + deeds

Preparing for a sale

— Get the list early and find out where + when the sale is — what type of funds needed

Evaluate price of lien vs value of property
(i.e. — 1st lien
100% property)

— Research properties + drive by the ones you are interested in
(can do drive-by BPO here)

— Figure your maximum bid
(on deed or certificate)
or lien

backed by county

96

*You can park your $ w/ liens but deeds/you are buying a piece of RE—*

**TRUMP** UNIVERSITY

*Commercial & Multi-Family Retreat*

# Analyzing Properties 101

- **Operating Expenses**:
  - The cost of running the business. Items figured into the expenses are taxes, insurance, management, utilities, advertising, maintenance, waste removal, supplies, legal fees, telephone, and other miscellaneous items.

- **Note:**
  - Mortgage and interest is not included in the expense!

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

*Can your bank checks by 1/4 ea*

*You can buy liens w/o loan to value*

*→ Have your funds ready by date of sale*

*make a # to people must pay the taxes or pay per bidder number*

[ *At The Sale* ]

— *Arrive early to review which properties are still available*

*Ask collector if someone that the collection hired*

— *The tax collector will then read the notice and bidding starts w/ the Tax Collector reading*

*→ the property block, lot, address, and then the amount of taxes due.*

97

TU-MAKAEFF1419

Ex. 16 - 4393

Bid down ~~premium~~ → 18%
Bid up premium → 0% → They do this if want property
Premium ↓
end of redemption you set 0% on property ↓ you get it back as the lease

Lowest bidder wins the lien

If my project is a good neighborhood chances I will collect interest

## TRUMP UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

# Analyzing Properties 101

- ## Net Operating Income (NOI):
  - The amount of income remaining after the operating expenses, but before interest, principle, and income tax deductions

Even if you don't want the property — know the value of property.

You need to know the FMV.

www.TrumpUniversity.com   ©Copyright 2007 Trump University

For liens: typically the bidders then bid down the interest rate they want by starting at the highest allowed by law (in that state). If no one else bids, then they get it at that interest rate.

Whoever is the lowest bidder wins the lien.

In some states, bidders can change lower by bidding a premium (usually in → increments of $1/100.

The bidding then goes until no one else    98
bids and the highest premium bidder wins the lien

TU-MAKAEFF1420
Ex. 16 - 4394



**TRUMP** UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

# Analyzing Properties 101

- **Capitalization Rate:**
  - The rate of return a property will produce on the owner's investment. It will show your return assuming no mortgage or tax benefits are available.

*If you get property, need insurance etc... But do due diligence first*

*When you're buying a deed you're buying the property)*

www.TrumpUniversity.com          ©Copyright 2007 Trump University

→ - For deeds, the highest dollar bid wins it.

Conclusion of Sale
- Pay tax collector at the conclusion of the sale. If you do not pay, property's must be resold, and the person that reneges may then be banned for life from ever going to that sale again

*(You need bank checks there)*

99

**TU-MAKAEFF1421**

Ex. 16 - 4395



*Sales via Internet.*

*Lien - then wait entire amt.*

*Deed - take 10% downpayment.*

↓

*Bring balance of downpayment.*

→ Get Tax lien certificate or Tax Deed + record it in County Clerks Office. If Deed, Get insurance!

*Keep safe* → — If lien, pay all future taxes & after *deposit yrs* Time limit, start lien foreclosure. If deed, Get insurance, take possession, rent out. keep it, flip it, or lease option it. do it again and again and again ...

100



# Analyzing Properties 101

- **Debt Coverage Ratio:**
  - A measure of the properties ability to pay the mortgage and operating expenses. It is calculated by dividing the NOI by the annual debt service. A break even is ratio is 1, and most lenders require a 1.1 to 1.3 ratio to be approved for a commercial loan.

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

_____

_____

_____

_____

_____

_____

_____

_____

101

**TU-MAKAEFF1423**

Ex. 16 - 4397



# Analyzing Properties 101

- **Cash on Cash Return**:
  - A percentage that measures the return on the cash invested into a property. It is calculated by dividing the pre-tax cash flow by the amount invested into the property.

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

102

**TU-MAKAEFF1424**

Ex. 16 - 4398



# Analyzing Properties 101

- **Operating Expense Ratio:**
  - A measure of how efficiently the property is being managed. It expresses a ratio between the total Operating Expenses and the Effective Gross Income (EGI).

www.TrumpUniversity.com          ©Copyright 2007 Trump University

103

**TU-MAKAEFF1425**

Ex. 16 - 4399



# **Analyzing Properties 101**

- **Depreciation:** The loss in value of an asset over time due to general wear and tear over the life of the building. Only the building is subject to depreciation and not the land. Residential income property is depreciated over 27.5 years and commercial property is depreciated over 39 years. Depreciation is calculated by dividing the value of the building by the number of years of allowed depreciation.

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

104

**TU-MAKAEFF1426**

Ex. 16 - 4400



# Analyzing Properties 101

| | |
|---|---|
| Gross Income | 100,000 |
| Less Vacancy % | 5,000 |
| Plus Other Income | 2,000 |
| Effective Gross Income | 97,000 |
| Less Operating Expenses | 34,000 |
| **Net Operating Income** | 63,000 |

www.TrumpUniversity.com          ©Copyright 2007 Trump University

105

TU-MAKAEFF1427

Ex. 16 - 4401



# Analyzing Properties 101

## Example #1:

Gross Income
Less Vacancy %
Plus Other Income
=EGI
Less Operating Expenses
=NOI

www.TrumpUniversity.com                ©Copyright 2007 Trump University

---

106

**TU-MAKAEFF1428**

Ex. 16 - 4402



# Analyzing Properties 101

| | | | | |
|---|---|---|---|---|
| Purchase Price | $650,000 | | Purchase Price | $650,000 |
| | | | | |
| Gross Income | 100,000 | | Mortgage Amount | $520,000 |
| Less Vacancy % | 5,000 | | Down Payment | $130,000 |
| Plus Other Income | 2,000 | | | |
| EGI | 97,000 | | Cash Flow | $ 18,897 |
| Operating Expense | 34,000 | | | |
| NOI | 63,000 | | **ROI** | $18,897 / $130,000 = **15%** |
| | | | | |
| Mortgage Payments* | 44,103 | | | |
| **Cash Flow** | **18,897** | | | |

*80% First Note @ 7% over 25

www.TrumpUniversity.com          ©Copyright 2007 Trump University

107

**TU-MAKAEFF1429**

Ex. 16 - 4403

Tax lien takes first position over the mortgage → Notes + very Safe.

SFR Home

Rent ——— $665000

House Payment PITI $0

Cash Flow a month #665.00
(that's cash flow every year)

First year tax lien paying 10% $1763.56

Second year tax lien paying 18% $786.17

Third year tax lien paying 18% $935.21

$807.53

Deed application fee

Foreclosed on property Fina total $4292.46

(County will have this info)

Bought tax lien certificate → prop worth #100k

— Bought first
— Didn't buy 2nd or 3rd

— Tax collector sets the taxes
— Buy 2nd + 3rd if interested in 18%
  return those years.

**TU-MAKAEFF1430**
Ex. 16 - 4404

Gets property FMV $100k

For a total of $4292.46

It's a non negotiated acquisition

Rents not $665

Or a $7980.00 year!

The county collects + disperses the funds
— Since the lien runs w/ the land it's
a great way to get commercial
property w/o having to hunt for it.

Begin to buy the liens + you don't
have to lose sleep at night - you
don't run the property so you
have no liability.
 1. Not risky
 2. You can assign certificates

Non redemption means you get the
property. Follow ⇒ on the foreclosure.

RE is imperfect b/c it's illiquid

The first lien holder initiates the foreclosure.

TU-MAKAEFF1431

Ex. 16 - 4405

Done county by county basis — go to tax sale
(auction on liens / deeds)

**TRUMP UNIVERSITY**

COMMERCIAL &
Multi-Family
Retreat

# Property Values

Tax lien
extinguish ?
mtg

Got of
foreclosure —
ask county
or attorney.
OK to pay
foreclosure
i.e. in
2K for
a 100k
property

Tax lien has
first position
over mortgage
only when
in
default
↓
otherwise
mortgage first

www.TrumpUniversity.com          ©Copyright 2007 Trump University

→ The bank will have a chance to
redeem. Over the next 4-6 mos. banks
are wiped out, will not be paying attention.
└ escrow the taxes to protect
their position (banks)         →

IRS lien — adds 90 days to property.
No one will beat out IRS.
They will redeem you out (foreclose) +
they get all $ back or so after
their costs.

108

**TU-MAKAEFF1432**
Ex. 16 - 4406

Human nature - wait i ntl the last minute



— If too hein redeems she

Sets 18%. If it doesn it

redeem she gets the property

— You can do this w/ your ROTH Ira

Buy in name of IRA

① — Need acct you buy + sell things

from

② — need acct for retirement

you don't touch

109

TU-MAKAEFF1433

Ex. 16 - 4407

 

## Property Value

- A commercial properties value is eternally tied to the income the property produces and the overall demand for the properties services based on its location.
- Highest and best use!

www.TrumpUniversity.com          ©Copyright 2007 Trump University

→ If after redemption period _ foreclosure
starts + they've lost the property —
they will be heard (say did + get
notice etc...) + they are always
denied.

You can buy on credit

If you can use private $ here —
give 12% return + keep 6%.
Great way to buy property

mixed
method     At worst you get all $ back + 18%.

110

TU-MAKAEFF1434
Ex. 16 - 4408



# Direct Capitalization

- Investors use Direct Capitalization to determine Investment Value
- Appraisers use Direct Capitalization to determine Market Value

www.TrumpUniversity.com ©Copyright 2007 Trump University

Buy deed — buy as is — downside.
Due diligence period is before.
inspect the property before

Different types of bidding

Bid down interest rate (ie New Jersey)
— All bids start at 18%
— Premiums start after 0% → (not making interest)
— highest premium wins

To lien so interest first.
Deed buys property.

111

TU-MAKAEFF1435
Ex. 16 - 4409

TRUMP UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

# Property Value

- **CAP Rate** – The <u>Capitalization Rate</u> is a ratio used to estimate the value of income producing properties. The cap rate is the net operating income divided by the sales price or value of a property expressed as a percentage.

CAP RATE = NOI / MARKET VALUE

100,000 / 1,000,000 = 10% CAP RATE

*$500 down — no qualifying*

*Veterans administration*
*1. Self owner occupied veteran*
*2. owner occupant anyone else*
*3. anyone else*

*Hiring — special financing*

www.TrumpUniversity.com          ©Copyright 2007 Trump University

*(Round Robin) (rotational bidding) (ie Nebraska)*

*All bidders sit in a circle and the Tax Collector...*

*(Sealed bidding) (usually only deals) (ie Maine)*

*All bids are sent in to the Tax Collector in a sealed envelope and they are all opened at the same time and the highest & best bid gets the lien.*

*for more info trove*

*what does this mean?*

112

TU-MAKAEFF1436

Ex. 16 - 4410



**IRV Formula
for Direct Capitalization**

Be come → Has
more
rare

REDC 2
In + so word
absolute here

(Open Tax Deed Sale) (ie - Florida, NJ)

— The property is actually sold right-then
there and the highest bidder gets
the property.

You never need
visit or it
know FMV
if your exit
strategy

(Percent of Ownership) (ie - Iowa, RI)

— Percent of ownership bid down from 100%
w/ remainder going to property owner.

— Requires foreclosure to get possession
w/ check to owner for his share.

worse
than
sealed
bidding

113

TU-MAKAEFF1437

Ex. 16 - 4411

*# If you don't ~~see~~ see the word "absolute" property will*
*Best ~~advice~~ sell for highest price possible. L*
*property will for sure sell. - Court will uphold the rule.*
*10% down*

## TRUMP UNIVERSITY
### COMMERCIAL & Multi-Family Retreat

*So to these sales - could go much or low but will sell - test day.*

## Several Factors Can Affect Your Choice of a Discount Rate

*Also reserves (unpublished)*

- Inflation Expected in the Future
- Risk Perceived in the Investment
- Other Opportunities Available in the Marketplace
- Interest rate

*At that price or higher it will be "SOLD"*

*May say "suggested minimum bid"*

www.TrumpUniversity.com        ©Copyright 2007 Trump University

*(Public outcry)  (ie - montana)*

*First to bid minimum bid amt.*

*(Minimum upset price)*
*↳ Published reserve - Has to be low enough so someone goes to it*

*(Commercial property)*
*Paid = $139,339*
*Actual: quote for cash flow*
*NOI = $115,000*
*Value @ 10% cap rate: $1,150,000*

114



## Property Values

| NOI | Cap Rate | Value |
|-----|----------|-------|
| 100,000 | 10% | $1,000,000 |
| 100,000 | 9% | $1,111,111 |
| 100,000 | 8% | $1,250,000 |
| 100,000 | 7% | $1,428,571 |

www.TrumpUniversity.com     ©Copyright 2007 Trump University

Gathering Info

- Get Plat Map showing property dimensions and boundaries.
- Get aerial map
- Get map & directions from Mapquest
- from MLS or realtor - get comparable sales
- from MLS or realtor - get current comparable listings (changing markets)

Also use

www.zillow.com / www.yahoorealestate.com / www.domania.com

115

TU-MAKAEFF1439

Ex. 16 - 4413

**TRUMP** UNIVERSITY

COMMERCIAL & MULTI-FAMILY *Retreat*

## Property Values

| NOI | Cap Rate | Value | NOI | Cap Rate | Value |
|---|---|---|---|---|---|
| 100,000 | 9% | $1,010,101 | 100,000 | 8% | $1,250,000 |
| 110,000 | 9% | $1,222,222 | 110,000 | 8% | $1,375,000 |
| 120,000 | 9% | $1,333,333 | 120,000 | 8% | $1,500,000 |
| 130,000 | 9% | $1,444,444 | 130,000 | 8% | $1,625,000 |

$1 increase in income = $11.11 in value          $1 increase in income = $12.50 in value

| NOI | Cap Rate | Value | NOI | Cap Rate | Value |
|---|---|---|---|---|---|
| 100,000 | 7% | $1,428,571 | 100,000 | 6% | $1,666,666 |
| 110,000 | 7% | $1,571,428 | 110,000 | 6% | $1,833,333 |
| 120,000 | 7% | $1,714,285 | 120,000 | 6% | $2,000,000 |
| 130,000 | 7% | $1,857,142 | 130,000 | 6% | $2,166,666 |

$1 increase in income = $14.28 in value          $1 increase in income = $16.66 in value

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

— Drive by + look at property and neighborhood,
take pictures (or drive by BPO)
— Read deliquent tax file and see who was
served, where, and if it was answered.
— If still interested, figure your maximum bid
after profit, legal costs, and fix up, DON'T
GO OVER IT!
— Go to sale!!

116

**TU-MAKAEFF1440**

Ex. 16 - 4414



Tax Deed Sale list

Info that may be provided:

— Parcel iD

— Owner's name(s) — do not contact

— Property address and/or mailing address

— legal description

— Assessed value for land + improvements

— Annual tax payments

— Taxes owed and/or minimum bid

— Sale sequence number

117

TU-MAKAEFF1441

Ex. 16 - 4415

**Financing**

Property Evaluation Sheet

— Tax certificate #
— Tax ID #
  — statistical
  — PIN
  — phys addr
  — legal desc.
  — property directions / and/or square feet
    — type of property
    — owners name + address
    — Assessed value
    — Crops
  — Minimum bid (county bid)
  — Sale date
    — maximum bid (my bid)

**TU-MAKAEFF1442**

Ex. 16 - 4416

**Financing**

Property assessor

Info supplied:

- Assessed value
- Address of property + legal descrip
  - owner of record
- Bed/baths, size of bldg, how / when built
- Type of prop + zoning
- Pic of property
- aerial photograph
- Bldg diagram

Plat map of property

Info supplied

- Prop dimensions + shape of prop.
- Easements for utilities + roads
- Neighboring properties

Aerial map of property

only if
you
are
buying
land

- topography, tree lines, lakes, ponds
- wetlands, depress water areas
- etc. - neighboring

TU-MAKAEFF1443

Ex. 16 - 4417



Street map of prp
— roadways, neighborhood, commercial,
industrial (areas relative to this)

118

TU-MAKAEFF1444

Ex. 16 - 4418



# Financing Commercial Deals

- Always a combination of equity and debt
- Equity (comes from)
  - Sellers
  - Tenants
  - Partners
- Debt (comes from)
  - Seller
  - Banks
  - Finance Companies
  - Individuals
  - Mortgage Brokers

www.TrumpUniversity.com          ©Copyright 2007 Trump University

*Handwritten notes:*

Doesn't redeem, so retirees notified that you call in (look at redemption period)

Tax lien deals

you want → interest & not property

If you want Redemption → 7 possibilities

- Buy occupied, SFR prop in decent neighborhood
- Buy props w/ mortgages (increases chance will redeem)
- Buy props w/ bigger liens
- Buy owner occupied props where the tax bill goes to the prop.
- Buy props that are not involved in a divorce
- Never buy Vacant or industrial land
- Never buy vacant single family homes

119

TU-MAKAEFF1445
Ex. 16 - 4419

Assign the cost flat if you buy a lien folk
w/ capp worth look → sell to another investor for 5k



# TRUMP UNIVERSITY

COMMERCIAL & Multi-Family Retreat

## Financing – Equity

- Sellers
  - Stay in a deal they already know and have liked
  - Reduce or eliminate Cap Gain (IRS Pub 541 "Contribution of Property")
  - Add stability to deal for purposes of borrowing
- Tenants  (two birds, one stone)
  - Tenant/partners reduce vacancy risk
  - May help deal qualify for owner/occupant status on loan
  - Get deal that may be superior to buying on their own
- (Other) Partners
  - F&R
  - Referrals
  - Previous investors
    - Yours
    - Other partnerships

www.TrumpUniversity.com          ©Copyright 2007 Trump University

Other RE investors may not know about tax liens

In # of duplexes, triplexs, apt bldgs, more rent, lots of foreclosures

If you want the property: ↑ chances

- Buy property in lower income neighborhoods
- Buy houses that have visible structural problems
- Buy propr that are "free & clear" w/ no mortgages.
- Buy props w/ smaller liens (= smaller mortgages)
- Buy vacant properties where the tax bill goes out of state (tip off → vacation property or relative taking care of it (elderly))
- Buy properties that are involved in a divorce
- Buy vacant, industrial, or single purpose commercial land.
- Buy houses that are obviously vacant.      120

**TU-MAKAEFF1446**

Ex. 16 - 4420

 

**TRUMP** UNIVERSITY

COMMERCIAL & *Multi-Family* Retreat

- GT DEAL IN WINTER GARDEN  14,000 SF
- PP     $1,050,000.
- REPAIRS AND CONCESSIONS 230,000
- OTHER  $8,000.

CONTRACT SUBJECT TO TENANT!!!!

$12. sf=$168,000. @ 9 cap = $1,866.000 value

12 ½ shares @ 50k  (keep 2 ½ for us)= 125,000

Raise 500k capital

Loan 788k -= 63,100. income after DS 104,000

ROI ON 500K  AFTER RESERVES = 12.5%

PLUS VALUE OF SHARES ALREADY ALMOST DOUBLE BECAUSE EQUITY
      IN BUILDING INCREASED FROM

1,288,000 PP TO 1,866,000. VALUE BASED ON INCOME

OR INCREASE OF 578,000.

YEAR 5 REFINANCE—EVERYONE GETS PAID OUT BUT STILL OWN THEIR
      SHARES---TAX DEFERRED

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

Netronline.com

Naco. org

Searchsystems.net

Go to

County sites

County assessor

121

**TU-MAKAEFF1447**

Ex. 16 - 4421



Getting Info about tax forcclosure sales

— Call, write, or meet the tax collector &
ask the following:

— Is there a date scheduled for your next tax
deed or lien sale? How often tax sales scheduled?
What is the rate of return?

— How do I register for the sale? Is there a
fee to register? Where & when will the sale be
advertised? What time does the sale begin?

— What is the bidding system? Where will
the sale be held?

122



# Financing – Debt (cont'd)

- Banks
  - Large vs. Small
  - Community Banks
    - Community Purpose
- Finance Companies
  - GE Cap, Westinghouse, Heller
    - Participation
    - Mezzanine
- Individuals
- Mortgage Brokers

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

- How do I get a list of the liens available at that sale? (May be cost) How many parcels will be for sale?

What types of payments do you require + when? Do you require a deposit at the auction or before the auction? Does the county require payment in full after the sale?

- Can I have someone bid for me at the sale? Can I bid via mail, internet, phone, or fax?
  may

123

**TU-MAKAEFF1449**

Ex. 16 - 4423



# CREATIVE FINANCING TIPS

1. Private Annuities
   - Give better rate than annuity does
2. Standby letter of credit
   - By a partner with $--based on his credit
   - If using a contractor and he has some credit—use it
3. long, zero or negative amortize loan, or bullet note
4. Participation Loan
5. Hypothecation
   Borrow against income stream

www.TrumpUniversity.com          ©Copyright 2007 Trump University

— What document do you give to the
successful bidder? What is the procedure
to "check out" at the end of the sale?

— How is foreclosure of the lien handled in
your county — will the county handle it for me?

— What's the cost of a tax lien foreclosure?

— Does the county have a website for tax lien or
deed sales?

— With the sale of the tax deed, do I get
ownership immediately? What is not wiped
out by a tax deed sale? Can a
mortgage holder bid on their property?
(Can an owner bid?)

124

TU-MAKAEFF1450

Ex. 16 - 4424

 

# Crittenden Directory

- **The Crittenden Report on Real Estate Financing™** has built a strong reputation as being the most reliable source for the latest news on commercial, multifamily, subdivision and condo financing
- **The Crittenden Report on Real Estate Financing™** covers the following type of financing:
- Mergers
- Bridge Loans
- Mezzanine
- Non-Performing Loan

- Condo Project Gap Equity
- SBA Loans
- Construction Financing
- Single-Family Development
- Construction Perms
- Single-Family Gap Equity
- Equity Financing
- Tax Credit Deals
- Forward Commitments
- Tax-Exempt Bonds
- JVs
- Condo Conversion Projects
- Perms & Mini-perms
- And more!

www.TrumpUniversity.com ©Copyright 2007 Trump University

— Is there a redemption period + how long is it?

Tax Lien Attorney Interview

(reveal 25)

— What can you tell me about tax liens and why they are issued?

— If I were to buy a tax lien, would I have any risk or exposure?

— What if I do not pay the future taxes on a property that I have a tax lien on?

125

TU-MAKAEFF1451

Ex. 16 - 4425



# Commercial Financing

- What is the commercial banker looking for above all else?
- Confidence in the individual's trustworthiness

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

— Do I have to live in the state that I purchase tax liens in?   (no)

— Can I bid as an individual or do I have to be incorporated?

— What if no one bids at the sale can I buy later directly from county?
  ( called OTC or left "over the counter"

126

TU-MAKAEFF1452

Ex. 16 - 4426




**TRUMP** UNIVERSITY

*COMMERCIAL & MULTI-FAMILY Retreat*

# Commercial Financing

- Local Banks
- National Banks
- Commercial Mortgage Brokers
- Hard Money Lenders

www.TrumpUniversity.com          ©Copyright 2007 Trump University

*phone call*

Tax Deed Investor Interview

— How long have you been bidding on tax deeds and how did you discover them?

— At how many counties + states do you attend sales?

— How many sales do you attend in average week? average month?

— What kind of properties do you prefer to buy?

— What kind of properties do you try to avoid?

127

**TU-MAKAEFF1453**

Ex. 16 - 4427

 

# Components of Commercial Financing

- Underwriting
  - Financial Analysis
    - Historical performance of the building
    - Debt coverage ratio
  - Loan to Value
    - 80% Loan to value is common
    - Seller held seconds are available through smaller lending institutions

www.TrumpUniversity.com                ©Copyright 2007 Trump University

— How do you determine the value of a prop?
— What is your typical profit margin?
— How many props do you own right now?
— Do you bid by yourself, or do you usually have partners? why?
— How do you judge a good purchase from a bad one?
— What are your criteria?
— How do you do your own research on props coming up for sale?
— Where do you find info

128

TU-MAKAEFF1454

Ex. 16 - 4428

  

# Components of Commercial Financing

- Credit Worthiness
  - Personal Credit
    - Credit Score, Savings, Income, and Net Worth
  - Corporate Credit
    - Company more than 3 years old
    - Dun & Bradstreet; Experian Business; Equifax Business; Business Credit USA

www.TrumpUniversity.com      ©Copyright 2007 Trump University

129

TU-MAKAEFF1455

Ex. 16 - 4429



# Components of Commercial Financing

- Steps to Establish Corporate Credit
  - Form a company and obtain an FIN or EIN from the IRS. (LLC)
  - Register your company with the business credit bureaus
  - Comply with business credit market requirements
  - Prepare financial statements
  - Find companies willing to grant credit to your business without a personal credit check or guarantee
  - Keep your credit payments up-to-date and your credit active

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

Advanced strategies after the sale
— Buy tax debt from OTC list
Other strategie
— Assign tax sale certificate
— Foreclose on property and
— unorep Prop as is
—    "        after cleaned out
—    "        "     rehab complete
— Rehab + flip to tenant buyer
— rehab & keep as rental                130

TU-MAKAEFF1456

Ex. 16 - 4430



## Components of Commercial Financing

- Property Analysis
  - Vacancy
  - Location
  - Type (A, B, C, D)
  - Income
  - Expenses
  - Management

www.TrumpUniversity.com          ©Copyright 2007 Trump University

Locating $ Sources

– Secure line of credit on your house
– Use your built up credit card limits
– Refinance one of your investments
– Sell one of your investment
– Form an investment grp.
– work w/ mortgage lender
– work w/ contractors to fund project
– Get family to      "      "
– negotiate w/ local bank
– use private $

131

TU-MAKAEFF1457

Ex. 16 - 4431

 

**TRUMP** UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

## Commercial Financing

- Create an LLC to begin building corporate credit
- Start with a small project between 10 – 25 units
- Look for a property that has a solid rental history
- Start with a local bank and begin to build a reputation and tract record

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

Roth Self Directed IRA

Qualified w/drawls tax free
tax deferred steps
— No required w/drawls
— Able to    "       "
— Buy + sell
— "   " hold
— Lend to partner
— Bldg private bank

132

**TU-MAKAEFF1458**
Ex. 16 - 4432