

# Commercial Financing

- Small Local Bank Financing
  - Local to the area of the property
  - Not a national bank
  - Lower lending limits
  - Relationship matters
  - Higher interest rates
  - Lower closing costs
  - Creative deals

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

→ Any consideration must come from the SDIRA & not your personal acct. All profits include cash flow from rentals must go into SDIRA

→ You can overnight paperwork & funds to lock up deals.

→ You can finance in, do deals w/ family or anyone else who might be interested.

133

TU-MAKAEFF1459
Ex. 16 - 4433



## Commercial Financing

"In real estate you can't wait until you need the relationship to build it. You must build the relationship so it is there when you need it."

www.TrumpUniversity.com          ©Copyright 2007 Trump University

→ Open your ~~SEE~~ SDRIRA
→ Purchase investment w/ $ in SDRIRA
  in name of IRA
— when prop sold   profit deposited w/o
  being taxed again
— Purchase of Tax lien in name of SPIRA
— when tax lien redeemed you
  sell prop profit ~~goes~~ goes into SDIRA
  w/o ~~b~~ taxed.
— If assign tax lien to other
  investor, profits goes into

134

**TU-MAKAEFF1460**

Ex. 16 - 4434



# Commercial Financing

- National Lenders
  - Larger loans have greater flexibility
  - Larger loans have lower interest rates
  - Larger loans offer higher LTV options
  - Larger loans have higher closing costs

www.TrumpUniversity.com                ©Copyright 2007 Trump University

135

**TU-MAKAEFF1461**
Ex. 16 - 4435

Use SDIRA to buy tax deeds in

[ TX ]

Buy tax deed for 3K (non occupied)

6 mos later → redeem

3750 (25%)

"  "  3750

6 mos later   4,687.50

"  "  4687.50

6 mos late   5859.37

— In 4 yrs (just w/ 3k)

this worth $ 68,212

FL
AZ
TX

TU-MAKAEFF1462

Ex. 16 - 4436

Use SDIRA to buy tax deeds in

[ TX ]

Buy tax deed for 3K (non occupied)

6 mos later → redeem

3750 (25%)

" "  3750

6 mos later  4,687.50

" "  4687.50

6 mos later  5859.37

— In 4 yrs (just w/ 3K)
its worth $68,212

FL
AZ
TX



# Property Management

- The "KEY" to Commercial Properties!

 

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

136

**TU-MAKAEFF1464**

Ex. 16 - 4438

TRUMP UNIVERSITY

Commercial &
Multi-Family
Retreat

# Property Management

- Self Manage or Management Company?

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

137

TU-MAKAEFF1465
Ex. 16 - 4439

 

## Managing Tenants

- Communications
- Handling Complaints
- Pre-emptive Management
- Renewal Program – Balancing the Turnover

www.TrumpUniversity.com                ©Copyright 2007 Trump University

_____

_____

_____

_____

_____

_____

_____

138

**TU-MAKAEFF1466**
Ex. 16 - 4440

 

# Property Management

- What can a manager do for you?
  - Full service
  - Collect rents and serve evictions
  - Contract maintenance
  - Lease apartments

www.TrumpUniversity.com              ©Copyright 2007 Trump University

139

**TU-MAKAEFF1467**
Ex. 16 - 4441

   

# Interviewing Property Managers

- Total number of units managed
- Types of properties managed
- Location of properties
- References
- Answering phone calls
- Leasing fees
- Maintenance fees
- Monthly reports

- Services
- Showings
- Marketing
- Methods of accepting payments
- Screening tenants
- Tenant Placement
- Software
- Office hours

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

140

TU-MAKAEFF1468
Ex. 16 - 4442



# Interviewing Property Managers

- Hiring a tenant manager
  - People skills
  - Maintenance skills
- Paying a tenant manager
  - Discounted or Free Rent
  - Flat Rate

www.TrumpUniversity.com          ©Copyright 2007 Trump University

141

**TU-MAKAEFF1469**

Ex. 16 - 4443

 

# Property Management Resources

- Nolo.com
- Propertymanagementblog.com
- Mrlandlord.com
- Local landlord associations

www.TrumpUniversity.com      ©Copyright 2007 Trump University

142

TU-MAKAEFF1470

Ex. 16 - 4444



# Property Management

- Management Software
  - Quick Books
  - Rent-Right.com
  - Quicken
  - Softwareforlandlords.com

www.TrumpUniversity.com                     ©Copyright 2007 Trump University

TU-MAKAEFF1471

Ex. 16 - 4445

**Land Development**

**TU-MAKAEFF1472**

Ex. 16 - 4446



TU-MAKAEFF1473

Ex. 16 - 4447

# TRUMP UNIVERSITY

COMMERCIAL & MULTI-FAMILY Retreat

## Dirt into Dollars

- Assembling Your Team
  - Legal
  - Financial
  - Accounting
  - Construction
  - Contacts

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

TU-MAKAEFF1474

Ex. 16 - 4448



# Dirt into Dollars

- Elements of Success
  - Evaluating Real Estate Opportunities
    - Local economic growth
    - Local development atmosphere
    - Other permitted projects
    - Other completed projects

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

TU-MAKAEFF1475
Ex. 16 - 4449



# Dirt into Dollars

- Elements of Success
  - Evaluating Real Estate Value
    - It is a team effort
    - Appraisers
    - Current zoning vs. future zoning
    - Price per acre: raw land vs. developed land
    - Price per square foot
    - Permitted projects

www.TrumpUniversity.com          ©Copyright 2007 Trump University

147

**TU-MAKAEFF1476**

Ex. 16 - 4450



# Dirt into Dollars

- Density
- Rezoning
- Height of the buildings
- Materials
- Land donation requirements
- Impact fees
- Development fees

www.TrumpUniversity.com          ©Copyright 2007 Trump University

148

TU-MAKAEFF1477

Ex. 16 - 4451



# Dirt into Dollars

- Financing
  - Lease with option to purchase
  - Lendable vs. Non-lendable (MH Park)
  - Holding costs
  - Soft costs vs. hard cost
  - Permit process
  - Experience and reserves

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

149

TU-MAKAEFF1478

Ex. 16 - 4452

 

# Dirt into Dollars

- First Steps
  - Start with a small manageable project
  - Avoid holding costs with an option until permits are in place
  - In the eyes of lenders building a house or duplex on a vacant property is a great first step
  - Change the zoning to create value
  - Turn a piece of land into a "turn key project" for an established developer
  - Be the first in on projects and follow the development

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

150

TU-MAKAEFF1479

Ex. 16 - 4453

**Condo Conversion**

**TU-MAKAEFF1480**

Ex. 16 - 4454



# Condo Conversions



www.TrumpUniversity.com      ©Copyright 2007 Trump University

---
---
---
---
---
---
---
---
---

TU-MAKAEFF1481

Ex. 16 - 4455



# Condo Conversions

- Unexpected Challenges
  - Realtor problems
  - Tax problems
  - City problems
  - Economic challenges of the area

www.TrumpUniversity.com ©Copyright 2007 Trump University

152

TU-MAKAEFF1482
Ex. 16 - 4456



153

TU-MAKAEFF1483

Ex. 16 - 4457



TU-MAKAEFF1484

Ex. 16 - 4458



**TU-MAKAEFF1485**

Ex. 16 - 4459

The Real Estate Cycle

TU-MAKAEFF1486

Ex. 16 - 4460

**TRUMP** UNIVERSITY

*COMMERCIAL & MULTI-FAMILY Retreat*

# The Real Estate Cycle

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

---

---

---

---

---

---

---

---

156

TU-MAKAEFF1487

Ex. 16 - 4461



TU-MAKAEFF1488

Ex. 16 - 4462



# Set Up Office

- Desk
- Computer
- Fax Machine
- Phone
- Answering Machine

- Area Map
- Camera
- Two Drawer Filing Cabinet
- Supplies

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

158

TU-MAKAEFF1489
Ex. 16 - 4463



**Congratulations!**
**You have just completed**
**the 3-day Commercial and**
**Multi-Family Retreat!**

www.TrumpUniversity.com                    ©Copyright 2007 Trump University

159

**TU-MAKAEFF1490**
Ex. 16 - 4464

# THE WORKBOOK



For more information
visit us online at
**TrumpUniversity.com** or
give us a call at
**877-508-7867**



**TU-MAKAEFF1491**

Ex. 16 - 4465



**TU-MAKAEFF1492**

Ex. 16 - 4466



TU-MAKAEFF1493

Ex. 16 - 4467



## FINANCIAL STATEMENTS

### Assets

Version
in QuickBooks
system
↓
Can be
emailed.

→ Look for
investor
based the.

P.4 - Schedule A —   Variable annuity - let bee

P.5 Schedule C — Accounts Receivable

Owner financing — receivable
from income

says
Schedule
when he
refers
to
hard $
money
loans

Schedule D — Real estate investments
owned

Schedule E — Personal residence

(Jim doesn't have a personal residence
in business side - Business owns
that residence)

description
3 bed/2 bath
city

Living trust - goes to deed + title
he doesn't claim homestead.

Schedule F           — Life insurance

(you can borrow this $ at
a low rate — don't
make a withdrawal —
becomes taxable. Do it
as a loan.) 1/2 - 10% annual
interest

Schedule G   Loans, Charge Accts.
Bills

**RENAISSANCE®**
MONTURA HOTEL
LOS ANGELES

**TU-MAKAEFF1495**

Ex. 16 - 4469





5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1496

Ex. 16 - 4470

# Marriott
## LOS ANGELES AIRPORT

You cannot go broke making
Small profits.

You can have deals
everywhere

What are the legal
ramifications of what I'm
doing?

✳ Google earth
[OR] ⟶ free

✳ Order a BPO
Broker Price Opinion

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1497

Ex. 16 - 4471

# Marriott®
## LOS ANGELES AIRPORT

→ Do quick price & due
diligence after buying unit

↳ BPO

( Instant BPO . com )

Banks use this when looking to
value a piece of property
they might have to foreclose
on.

D) stressed market uses BPO's
buy the ton.

BPO is not an appraisal.
You get a value by
doing a BPO.

will run 3 comps — Interior
                         — Exterior

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1498

Ex. 16 - 4472

# Marriott
## LOS ANGELES AIRPORT

Interior BPO → if can't get, set
an exterior BPO.

RE is Illiquid, imperfect

also called
A lovely BPO
↓
RE broker or agent — takes
a camera drives + snaps
a picture will sometimes
[?] under of [?]. E mirror.

Not authorized to walk
Property — if it's bank owned,
you can get in)
↓
→ Access → an database   Trumps
for value + Ask price →

TU-MAKAEFF1499

Ex. 16 - 4473

**Marriott.**

**LOS ANGELES AIRPORT**

Order DPO
3 comps + give picture
Give quicksale price
(30, 60, 90 day price)
→ want to know this

loss mitigation does
property while still owned
by borrower. (short
sale)

Then forced sale becomes
REO
↓
lockboxes

If not bank property + someone
living there, get eviction
shit.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1500**

Ex. 16 - 4474

# Marriott®
## LOS ANGELES AIRPORT

Exterior BPO's → tax liens
(b/c property hasn't been taken away yet)

Go to place where properties
cost 40K + can get ~18K
for

Am't have to get 800K
for 400K

Get mtg phone for 20K

Next 4-6 mos, properties
that would have redeemed
won't redeem

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1501**

Ex. 16 - 4475

# Marriott
## LOS ANGELES AIRPORT

- Find property
- Analyze it
- Do BPO (after property doesn't redeem only)
  - $45 - $75

(BPO) only right away on foreclosure.

distressed market

Buy 18k, worth 40k, sell 34-36k

Find bank owned property + turn 2 units into 4 units

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1502

Ex. 16 - 4476

# Marriott.
## LOS ANGELES AIRPORT

Garage near hospitals 1h
$100/mo.        pts.

So intend has
somewhere to park

He charges interim has
doesn't build up or down

Any rent door to mansion
pray want the space.

Arch'n off machinery
in bldg he sold

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1503**
Ex. 16 - 4477

# Marriott®
## LOS ANGELES AIRPORT

Use broker would did
BPO to sell it,

Google Dmesby

Bright tax deed = $34,560

Autm placed ad $4 sale sign

Sold for $152,000 in 3 mos.

( profit $117,440

) Sell faster for $100K

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1504**

Ex. 16 - 4478

# Marriott
## LOS ANGELES AIRPORT

B/O → $90

PhD m nothing & gush

Short mortgage → Offer
Someone mortgage
L10k

Shrink the timeframe

Stay focused on safety

Aim to back door softly
into RE.
Buy certificate → tax lien

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1505

Ex. 16 - 4479

# Marriott®
## LOS ANGELES AIRPORT

County can take homes away if payee don't pay taxes.

Get payments for 5, 15, 20, / yr

Layered strategies

end up w/ very big interest rate & all principle back as much you can do

Preserve what you have build on it

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1506**

Ex. 16 - 4480

# Marriott®
## LOS ANGELES AIRPORT

Email  futuring → saying
scared

reach for me — you aint
fall

feel the fear + do
it anyway

Time is the tiebreaker
↓
First crade at foreclosure.

2001   2002  2003    2004
        ①    ②      ③

Get property for ard of
those ared.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1507**

Ex. 16 - 4481

# Marriott®
## LOS ANGELES AIRPORT

(Taxes don't redeem.)

2001   I buy taxes   $4000

2002   $900 tax amt.

2003   $1100 tax amt.

In tax + mcsty even
after tax foreclosures
all tax lien people
get their $

↳ very safe to do
while doing deals.

→ Whoever is the owner
pays the taxes

You could assign certificate if
you + want   to close in property.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1508**

Ex. 16 - 4482

# Marriott®
## LOS ANGELES AIRPORT

Tax lien investing is great way to get property for pennies on dollar

&

Can use while you do other strategies.

State

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1509

Ex. 16 - 4483

# Marriott®

## LOS ANGELES AIRPORT

Homework:

* Look for underutilized
① Commercial projects.

* Look at stores where crayons
② goes

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1510

Ex. 16 - 4484

# Marriott®
## LOS ANGELES AIRPORT

1 Student → gas station.

Gessline wholesaler needs to approve the tenants.

Wholesaler does a master lease w/ owner
(it's not Exxon, mobile)
↓
They sell to middleman
(master company)

30 yr. (triple net) lease
↓
more as pay
rent, all insurance,
taxes

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1511

Ex. 16 - 4485

# Marriott®
## LOS ANGELES AIRPORT

In general, situation is
out of commercial R.E.

The #s have to make sense

① Buy less than market
   value + have equity
   ✱   spread

② Buy something at market
   value that's not being used
   at its best use + transform
   ✱   it.

Safest → buy residential + change
for commercial use.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1512

Ex. 16 - 4486

# Marriott.
## LOS ANGELES AIRPORT

Fashion Island

Neiman Marcus
Bloomingdale's
Nordstrom — coming soon

- Victoria's Secret
- Express
- Tommy Bahama's
- Cheesecake Factory

sounds
like coffee
coffee shop
bookstore — Liquor store — food
— adult videos — tie, dance
not day care there
dry cleaner

— WAC 6 — misc. use these things

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1513**
Ex. 16 - 4487

# Marriott®
## LOS ANGELES AIRPORT

Underutilized vs Undermaintained
↓
doesn't need to be maintained

— Car Wash
— auto repair

— When you see Natural fence
✱   Co. it's developers healthy
    ground unless they lost
    financing.

Airline crew in + out of hotels
(so don't need gpts by airport)

Where's the ✱ coming from?

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1514**
Ex. 16 - 4488

**Marriott**®

**LOS ANGELES AIRPORT**

alternative energy
railroad → use to distribute
biodiesel fuel

↳ Specialized use that makes
perfect sense
↓
Nakamura is looking at
"green" projects.

National, regional, local tenants
↓                ↓              ↓
Wilmar     Nordstrom      mom + pop
                 ?

Corner piece of property has
more road exposure + sight +
bigger signage

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1515

Ex. 16 - 4489

# Marriott®
## LOS ANGELES AIRPORT

Down market — sell corner
sooner

Store below → apt upstairs
↓
Called a taxpayer

Can't buy at market value,
make some changes + sell
for more right now

Value starts to go down on
✱ a corner residential property
if too much traffic

when value ↓ residential,
more attractive to commercial investor

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1516**
Ex. 16 - 4490

# Marriott®

## LOS ANGELES AIRPORT

You can change the zoning

vacant empty lot    7!!  seul-station    ← sweel if zone

FSBO →  residential  ?  →

↑
aggravated by traffic

May  Motivated seller - based on
be
very    1. market conditions
        2. FSBO (usually motivated)

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1517

Ex. 16 - 4491

# **Marriott**®
## **LOS ANGELES AIRPORT**

RE brokers - think residential
usually not commercial

Deal w/ brokers that have
specialty you are pursuing

— 711 property — current market
value is free bc you
will transform + use it.

Don't pay for future pretend
just pay for existing here use

Can pay market value for
commercial prop when it's
not the highest + best use but
also not buy cs desirable anymore
as a residential property

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1518

Ex. 16 - 4492

# Marriott®
## LOS ANGELES AIRPORT

Building a duplex is
expensive — building
anything residential right
now is crazy.

Residential turn into
commercial →
↓                    buy yourself
1. zoning            a sell to a
2. Office use        developer

Light changes

→ Check who's in vacant lots
in th ex. → go to zoning /
city planning board / bldg
dept + check or check
assessor's office to find out
who owns vacant lot.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1519

Ex. 16 - 4493

# Marriott.
## LOS ANGELES AIRPORT

As to areas where you
would find commercial.
As to 4 curren intersections.

Look for roll off containers —
scaffolding → people unloading
stuff → dumpsters

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1520

Ex. 16 - 4494

# Marriott.

## LOS ANGELES AIRPORT

email

Don't be an
information junkie

replace your ~~team~~
home team w/ another
team (if bad
and not
cheerleaders)

Lose by standing
still — go backwards

In IM hypers
for losers, life good
need
hard
work     don't hope you get lucky

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1521**

Ex. 16 - 4495

# Marriott®
## LOS ANGELES AIRPORT

— Desk / chair
— Computers / laptops
&
just blow disktops out
of H2O

— Printers
— Fax

[ Yo have to use something
when it's time to use it ]
Times will change but just
use it then. Invest in
use current exit strategies.

— Cell phones
— PDAs → Blackberry / iPhone
— mentorship
※1 Deal in RE pays this back※

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1522**
Ex. 16 - 4496

# Marriott®
## LOS ANGELES AIRPORT

— Take advantage of the marketplace now.

— Great time to buy, not sell.

— Make a fortune right now.
Get 50¢ —84 for $1

— Won't see this again in our lifetime.

As long as I keep putting my profits back into RE it won't be a mistake.

If I have a really good deal (got cheap enough) I can get the $!

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1523**
Ex. 16 - 4497

# Marriott®
## LOS ANGELES AIRPORT

*Commercial RE*

1. INCREASE long term Income
   years

   For that tenant the spot means
   more
                              + retail
   ) Wanting to rent in a commercial
      space

2. INCREASED asset value over
   the year

   — As the income increases the
   asset value increases

3. MAXIMUM tax write offs from
   Day 1

   good —       39 yrs — You can depreciate
   depreciation        stuff in commercial RE

   longest       27.5 yrs — residential
   depreciation
   income from      ) depreciate   →

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1524

Ex. 16 - 4498

# Marriott®
## LOS ANGELES AIRPORT

this on income basis

LAND Improvement
(→ structure itself is
improvement cause
when expenses are
in )

4. EASE of Holding
NNN
( Tripe N lease )
( Tenant is responsible for all
stuff, I'm just responsible
for collecting $ )

As the owner I want to shift
the risk. I get the $, they
get the risk.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1525**

Ex. 16 - 4499

# Marriott

## LOS ANGELES AIRPORT

You can borrow on bldgs up to
the value b/c you don't pay
income tax on that - ) ok

Triple N' network O trans
are rentable

They can continue to
qualify as opposed to re-
reverse almost from han me

1. Find the projects
2. Analyze it
3. Control it
4. Execute it

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1526**

Ex. 16 - 4500

# Marriott
## LOS ANGELES AIRPORT

5. DECREASED liability + exposure

LLC — land trust

C corps

Email

— layered entities + layered strategies → It's not just no thing

Ease of pass-through

— Communicate what it is that you want clearly.

When I die goes from me to heirs.

BEQUEATH My property to my heirs.

* Industrial to look at to change the zoning → factories

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1527

Ex. 16 - 4501

# Marriott®
## LOS ANGELES AIRPORT

There are all reasons commercial
flo and the best.

There's higher turner twenty to
this — MOST are AFRAID.

MARSHALL RODDICE

Commercial unit of
Trump U.

There is not a finite pie.

You have to do things
in a certain way.

TU-MAKAEFF1528

Ex. 16 - 4502

# Marriott®
## LOS ANGELES AIRPORT

It's ok to spend time
w/ your money

Tax Lien Timeline

2001     2002     2003     2004

Tax Interline line

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1529**

Ex. 16 - 4503

# Marriott®
## LOS ANGELES AIRPORT

- pre pre foreclosure
- pre foreclosure
- post foreclosure

no such thing as a short sale/REO.

"How to buy short sale
p60/ foreclosures directly
from bank"

wrong info-

book

- auction

What am I going to do over
the next 1—4 weeks to take
advantage of the marketplace
over next 4-6 mos   10-30 ?   A

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1530

Ex. 16 - 4504

# Marriott®
## LOS ANGELES AIRPORT

Find people who are
doing what you need →
re PLT attorney for gas
stations.

Mention – that 4 gas stations.
2 from top tens
2 regular

Offers someone at the
gas station his own
business.

He sold the business not
the land.

E+ 4 C-store (convenience
store) certified.

Cross 30 yr lease w/ wholesaler.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1531

Ex. 16 - 4505

# Marriott®

## LOS ANGELES AIRPORT

He wants the rent
every month.

Very little sldwn +
big first note

Takes back note.

He's making millions
in cash flow.

Replace biz w/ biz that
i? the same
→ ex gas station attendant
buys gas station.

Southland Corp. (711's)

Find out spots they have the
buy to then. Not finding
what they want + setting it's them.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1532

Ex. 16 - 4506

# Marriott®
## LOS ANGELES AIRPORT

7H on his master lease;

free standing stand alone
commercial properties
↓
put [renew] parking lot
@ it.  (like 7H)

Other student tele
post office

Stay close to the life
cycle → hospitals,
funeral homes, food

Don't come out w/ guitar
center mm.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

**TU-MAKAEFF1533**

Ex. 16 - 4507

# **Marriott**®
## **LOS ANGELES AIRPORT**

Good time for movie
Theaters
↳ during Great Depression,
Escapism - Entertainment
Magic Johnson

Call headquarters of any
of these corporations, call +
ask for RE dept.

(Walmart has... etc. anyone
✓ / RE)

Go to DNB.com
(Dunn + Bradstreet)
Check out the companies

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1534

Ex. 16 - 4508

# Marriott.
## LOS ANGELES AIRPORT

look at specs in LOOpnet

Call + ask them the size

let's say Andrsone. Then

Call Andrsone + say

you're interested in

something w/ those specs.

reverse engineer

Catalog shown

Catalog page + price

↓

Find manufacturer

Make this?

Item #??

Get price

Then look to catalog page →

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

# **Marriott**®

## **LOS ANGELES AIRPORT**

we make these
On p 32 you have this
for this price. we could
sell this, to you for
#2.

Target Marketing.

Don't call + say "if u"
He researched first.

Do business w/ places
when specific.

Do business + say something
specific.

**TU-MAKAEFF1536**

Ex. 16 - 4510

# Marriott®

## LOS ANGELES AIRPORT

Gathering info.

5855 West Century Boulevard, Los Angeles, California 90045 (310) 641-5700

TU-MAKAEFF1537

Ex. 16 - 4511

*(TRADITIONAL BUYING SIDE*   *DATE:* _____ ____

*I buy from seller*

# ULTIMATE REAL ESTATE WORK SHEET

**PROPERTY ADDRESS:** _____

_____

**PURCHASED PRICE:** _Listed price_ (what they're asking)

**MARKET VALUE:** _From comps_ (median price per sq ft)

**10% 20% 30%  DISCOUNT:** _Always offer 70% LTV_ (build in rehab cost) market value

_Figure on general costs_ ← **REHAB COST:** _rehab cost is built into discount_

**OFFER:** _70% LTV (loan to value)_

**3%  5%  10%  20% DOWN PAYMENT:** _3% of offer price because_ →

FHA (fed. housing authority) requires only 3% b/c I'll owner occupy even though his fat lien.

**30 YEAR/ _7_ %** → Since I own home I will get this rate

**1ST  LOAN AMOUNT:** _Offer – down payment_
(minus)

**30 YEAR/ ____%**

**2ND LOAN AMOUNT:** _____

**TOTAL LOAN AMOUNT:** _Same as loan amt_

**PRINCIPLE & INTEREST:** ~~$188.75~~ → 30 yrs. amt, 7% interest → P + I →

**1% 1.5% 2% TAX:** 1% of loan amt ÷ 12 months = price per month

**.005% INSURANCE:** Loan amt × 0.005 ÷ 12 months = price per month

**H.O.A.:** will say on MLS (listing will say rate)

**TOTAL PMT:** Add P + I + 1% + 0.05%

**2% CLOSING COST:** ( 2% of loan amt. )

**DOWN PAYMENT:** ( Down payment above )

**REHAB COST:** ( same as above )

**6-MONTH CARRYING COST:** ( Total payment × 6 months )

**$500 MONTHLY MARKETING COST:** ( $500 × 6 months )
6 months → auction

**TOTAL CASH OUT OF POCKET:** Add lines above

**TU-MAKAEFF1538**

Ex. 16 - 4512

Principle + interest → # ___ (Calculator)
Loan amount

# Int
Years Term

Payment

LTV → loan to value
70% to the value

Can only get one at 3% → others would be
20%

TU-MAKAEFF1539

Ex. 16 - 4513

# EXIT STRATEGY (TRADITIONAL SELLING SIDE)

*bought + now selling to someone*

**SALES PRICE:** Market value (see sheet 1)

*(subtract)*

*Market value less 3 things. Deduct them*

**8% CLOSING COST:** ( 8% of Market value )
**TOTAL CASH OUT OF POCKET:** ( See last sheet — total cash )
**LOAN PAY OFF:** ( total loan amt — 1 sheet )
Sheet 1 (made up)
**TOTAL PROFIT:** Total is closing cost, out of pocket, pay off

*This is selling from buyer*

*market value — (minus)*
*(last line — sheet 1)*

# EXIT STRATEGY (LEASE OPTION SELLING SIDE)

**OPTION PRICE:** Market Value          **24-MONTH OPTION**

**9.75% /AMORTIZE 30YEAR TERM DUE IN 2 YR OPTION TERM**
↳ try not to drop — this is owner financing     ↳ for cash flow + to help them re-establish credit (pros can & set to back)
**DOWN PAYMENT:** 20% of Market value    5% 10% 15% 20% 30%
→ ask for most you can get

**OPTION LOAN AMOUNT:** Market value — down payment
**INTEREST ONLY:** loan amt, int rate, (so back)
**ORIGINAL PAYMENT P.I.:** Principle + interest (sheet 1)
**TAX, INSURANCE & HOA DUES (ARE PASS THROUGH EXPENSES)**

*80% of Market value (put 20% down)*

**POSITIVE CASH FLOW:** Interest only — Original payment PI

**(OPTION END CASHOUT)**

**DOWN:** Down payment (above)
**CASH FLOW:** positive cash flow x 24 months
**EQUITY:** option loan amt — Original loan amt (sheet 1)
**TOTAL CASH OUT OF POCKET:** ( Add 3 lines above )

*add up*

**TOTAL PROFIT:** Down, cash flow, + equity — total cash out of pocket

**TU-MAKAEFF1540**

Ex. 16 - 4514

Interest only: # [Loan amt.]

# [Interest]

yrs [Term]

[Payment] → hit 4 times I/O

---

Lease w/ option to purchase:

A lease that gives the Lessee (tenant) the right to purchase the property at an agreed ~~upon~~ upon price under certain conditions.

Ex. Abel pays $500/mo rent for 5 yrs; after that he may buy the property (but is not forced to) for $100K.

TU-MAKAEFF1541

Ex. 16 - 4515

FSBO - 5-10%   — *I am the one lease optioning from a buyer*   — ~~I bought it I lease optioning to someone~~

**(LEASE OPTION BUYING SIDE)**

**MARKET VALUE:** *Market value (sheet 1)*

**5% (10%) 20% 30% DISCOUNT:** *FSBO is 5-10% → One discount for ~~them~~ me to do rehab →*

**REHAB COST:** *no rehab cost b/c bringing buyer to seller → passing rehab to ~~buyer~~ me.*

**OPTION PRICE OFFER:** *Market value - discount* **24-MONTH OPTION**
                                                                    *10%*

**5** **%/AMORTIZE 30YEAR TERM DUE IN** **2** **YR OPTION TERM**
*Based on ~~their~~ current situation - we are covering ~~our~~ debt service →*

**DOWN PAYMENT:** *nothing* **(0%) 5% 10% 15% 20% 30%**
*Buyer asks for 0%*          ~~their~~
     *(I)*

**LOAN AMOUNT:** *option price offer*

**PRINCIPLE & INTEREST:** ~~option~~ *5% of loan amt for 30 yrs. →*

**(1%) 1.5% 2% TAX:** *1% of loan amt. ÷ 12 months*

**.005% INSURANCE:** *0.05% of loan amt ÷ 12 months*

**H.O.A.:** _____

**TOTAL PMT:** *Add 3 lines*

**6-MONTH CARRYING COST:** ( *Total payment X 6 months* )

**REHAB COST:** ( *rehab cost (sheet 1 or 2)* )

**DOWN PAYMENT:** ( *nothing* )                                    *add up*

**$500 MONTHLY MARKETING COST:** ( *$500 x 6 months* )

**TOTAL CASH OUT OF POCKET:** _____ *4 lines* _____

*won't accrue these costs b/c will have buyer's database.*

*Only accrue this cost if you spend time marketing but won't if have a database.*

**TU-MAKAEFF1542**

Ex. 16 - 4516

Discount → ~~they~~ I don't do rehab + they ~~I~~ do = no discount

Debt service → note they are carrying . conv apt or additional

Loan [Loan Amt.]
→   # [Interest]
yrs [Term]
[Payment] → P/I

TU-MAKAEFF1543

Ex. 16 - 4517

*[handwritten: I'm selling/subletting ... house to person on ... written basis]*

# EXIT STRATEGY (SANDWICH LEASE SELLING SIDE)

**SANDWICH LEASE PRICE:** *Value (option price)* *[handwritten: market]* **24-MONTH OPTION**

**9.75 % /AMORTIZE 30YEAR TERM DUE IN 2 YR OPTION TERM**

**DOWN PAYMENT:** *10% sandwich lease price* **5% (10%) 15% 20% 30%**
*[handwritten: I sell + ask for 10% down - trying to recoup most of total cash out of pocket]*

*[handwritten: Option]* **LOAN AMOUNT:** *Market value - down payment*
**INTEREST ONLY:** *loan amt at 9.75% for 30 year*
**ORIGINAL PAYMENT P.I.** *principle + interest from lease option buying side*
**TAX, INSURANCE & HOA DUES (ARE PASS THROUGH EXPENSES)**

**CASH FLOW:** *Interest only - original payment PI*

**(24 MONTH OPTION END CASHOUT)**

**DOWN:** *Down payment*
**CASH FLOW:** *Cash flow x 24 months*     *[handwritten: loan amt #1 (sheet 1)] add up*
**EQUITY:** *option loan - original loan*
**TOTAL CASH OUT OF POCKET:** *total cash out of payment* *(from lease option buying sheet)*

**TOTAL PROFIT:** *add up 3 lines - total cash*

# BUY & HOLD-RENT OUT
*[handwritten: all info coming from sheet] traditional*

**1U 2U 3U 4U RENTS:** *how many x rent*   *[handwritten: units]*
**MONTHLY CARRY COST:** *original payment P/I (principle + interest - sheet 1)*
**CASH FLOW:** ~~cash flow (above)~~ *how many x rent* *monthly carry cost*

**TIME LINE- RETURN ON YOUR MONEY**

**TOTAL CASH OUT OF POCKET:** *(sheet 1 + cost line)* *[lease option buying sheet]*
**PAYMENTS X 12 MONTHS:** ~~total costs~~ *x 12 months* *total payment x12 PB*
**APPRECIATION RATE ANNUAL% 7 RATE ON P.P. 7% X value of property that buyer for**
**TOTAL ANNUAL RETURN** *appreciation + positive cash flow*

**YEARLY PAYMENTS** *cash flow*
**ANNUAL APPRECIATION 7% of value of prop + payments** *[handwritten: yearly]*
*[handwritten: add up]*

**TOTAL RETURN _____ ANNUALLY**

*[handwritten: Do 5 a year]*

TU-MAKAEFF1544

Ex. 16 - 4518

\# [COVENANT]

\# [Interest]

yrs [TERM]

[Payment] → # hit 1 This
I/O

Sandwich Lease —
Lease held by a lessee who becomes a lessor by
subletting. Typically, the sandwich leaseholder is neither
the owner nor the user of the property.

Take what can rent out for — 10% of purchase
        total debt service —              price

                        cover % of
                        my loan

[Owner — lessor] — Lease: 10 yrs.
                    at $400/MO

[Lessee — sublessor] — Sandwich Lease:
                        5 yrs at
                        $450/MO.

[Tenant — sublessee]

**TU-MAKAEFF1545**
Ex. 16 - 4519

**(TRADITIONAL BUYING SIDE) DATE:** _____   Sheet ①

# ULTIMATE REAL ESTATE WORK SHEET

Ⓐ  **PROPERTY ADDRESS:** _____
_____

Ⓑ **PURCHASED PRICE:** _____
Ⓒ **MARKET VALUE:** _____

Ⓓ 10%  20% 30%  **DISCOUNT:** _____
Ⓔ **REHAB COST:** _____
Ⓕ **OFFER:** _____

Ⓖ **3%**  **5%**  **10%**  **20% DOWN PAYMENT:** _____

Ⓗ **30YEAR/** _____**%**

Ⓘ **1ST  LOAN AMOUNT:** _____

Ⓙ **30YEAR/** _____**%**

Ⓚ **2ND LOAN AMOUNT:** _____

Ⓛ **TOTAL LOAN AMOUNT:** _____

Ⓜ **PRINCIPLE & INTEREST:** _____
Ⓝ **1%  1.5%  2% TAX:** _____
Ⓞ **.005% INSURANCE:** _____
Ⓟ **H.O.A.:** _____
Ⓠ **TOTAL PMT:** _____

Ⓡ **2% CLOSING COST: (** _____ **)**
Ⓢ **DOWN PAYMENT: (** _____ **)**
Ⓣ **REHAB COST: (** _____ **)**
Ⓤ **6-MONTH CARRYING COST: (** _____ **)**
Ⓥ **$500 MONTHLY MARKETING COST: (** _____ **)**

Ⓦ **TOTAL CASH OUT OF POCKET:** _____

**TU-MAKAEFF1546**
Ex. 16 - 4520

## TARLA A. MAKAEFF

COPYWRITER / CONSULTANT

P.O. Box 45285
Los Angeles, CA 90045

Tel 310 • 641 • 4429
Pgr 213 • 427 • 8687

**CONFIDENTIAL**

TU-MAKAEFF1547
Ex. 16 - 4521

Sheet (2)

## *EXIT STRATEGY (TRADITIONAL SELLING SIDE)*

(A) SALES PRICE: _____

             (B)  8% CLOSING COST: (_____)
   (C) TOTAL CASH OUT OF POCKET:  (_____)
       (D)  LOAN PAY OFF:  (_____)

       (E) TOTAL PROFIT: _____

## *EXIT STRATEGY (LEASE OPTION SELLING SIDE)*

(F) OPTION PRICE: _____ 24-MONTH OPTION

(G) ____% /AMORTIZE 30YEAR TERM DUE IN ___ YR OPTION TERM

(H) DOWN PAYMENT: _____ 5% 10% 15% 20% 30%

      (I)  LOAN AMOUNT: _____
      (J)  INTEREST ONLY: _____
(K) ORIGINAL PAYMENT P.I.: _____
(L) TAX, INSURANCE & HOA DUES (ARE PASS THROUGH EXPENSES)

(M) POSITIVE CASH FLOW: _____

 (OPTION END CASHOUT)

       (N) DOWN: _____
     (O) CASH FLOW: _____
      (P) EQUITY: _____
(Q) TOTAL CASH OUT OF POCKET: (_____)

     (R) TOTAL PROFIT: _____

TU-MAKAEFF1548

Ex. 16 - 4522

Sheet ③

## (LEASE OPTION BUYING SIDE)

(A) MARKET VALUE: _____

(B) 5% 10% 20% 30% DISCOUNT: _____

(C) REHAB COST: _____

(D) OPTION PRICE OFFER: _____ 24-MONTH OPTION

(E) _____% /AMORTIZE 30YEAR TERM DUE IN ___ YR OPTION TERM

(F) DOWN PAYMENT: _____ 0% 5% 10% 15% 20% 30%

(G) LOAN AMOUNT: _____

(H) PRINCIPLE & INTEREST: _____
   (I) 1% 1.5% 2% TAX: _____
   (J) .005% INSURANCE: _____
    (K) H.O.A.: _____
   (L) TOTAL PMT: _____

   (M) 6-MONTH CARRYING COST: (_____)
    (N) REHAB COST: (_____)
   (O) DOWN PAYMENT: (_____)
(P) $500 MONTHLY MARKETING COST: (_____)

  (Q) TOTAL CASH OUT OF POCKET: _____

**TU-MAKAEFF1549**

Ex. 16 - 4523

Sheet ④

# EXIT STRATEGY (SANDWICH LEASE SELLING SIDE)

(A) SANDWICH LEASE PRICE: _____ 24-MONTH OPTION

(B) _____% /AMORTIZE 30YEAR TERM DUE IN ___ YR OPTION TERM

(C) DOWN PAYMENT: _____ 5% 10% 15% 20% 30%

(D) LOAN AMOUNT: _____
(E) INTEREST ONLY: _____
(F) ORIGINAL PAYMENT P.I.: _____
(G) TAX, INSURANCE & HOA DUES (ARE PASS THROUGH EXPENSES)

(H) CASH FLOW: _____

(I) (24 MONTH OPTION END CASHOUT)

(J) DOWN: _____
(K) CASH FLOW: _____
(L) EQUITY: _____
(M) TOTAL CASH OUT OF POCKET: (_____)

(N) TOTAL PROFIT: _____

# BUY & HOLD-RENT OUT

(O) 1U 2U 3U 4U RENTS: _____
(P) MONTHLY CARRY COST: _____
(Q) CASH FLOW: _____

### TIME LINE- RETURN ON YOUR MONEY

(R) TOTAL CASH OUT OF POCKET: _____
(S) PAYMENTS X 12 MONTHS: _____

(T) APPRECIATION RATE ANNUAL % ___ RATE ON P.P_____
(U) TOTAL ANNUAL RETURN _____

(V) YEARLY PAYMENTS _____

(W) ANNUAL APPRECIATION _____

(X) TOTAL RETURN _____ ANNUALLY

**TU-MAKAEFF1550**

Ex. 16 - 4524



THE TRUMP UNIVERSITY SCHOOL OF REAL ESTATE

# CREATIVE FINANCING

## THE WORKBOOK

*A part of the Trump University School of Real Estate Investment Program.*

# TRUMP
UNIVERSITY

**TU-MAKAEFF1074**

Ex. 16 - 4525



# TRUMP
UNIVERSITY

*fnax.com*
*Day Trading Univ.*

*Tim*
*Gorsline*

Copyright © 2008 Trump University. All rights reserved.

No part of this document may be reproduced in any form, including photocopying or transmission
electronically to any computer, without the prior written consent of Trump University. The information
contained in this document is proprietary to Trump University, and may not be used or disclosed except as
expressly authorized in writing by Trump University.

Trump University assumes no responsibility for errors or omissions that may appear in this publication.
While all attempts have been made to verify information provided in this publication, neither the Authors nor
the Publisher assume any responsibility for errors, inaccuracies or omissions. Any slights of people or
organizations are unintentional.

Company names and product names mentioned in this document may be trademarks
or registered trademarks of their respective companies and are hereby acknowledged.

Trump University reserves the right to change this publication at any time without notice.

The content, strategies, forms, checklists and legal documents contained herein are for illustrative purposes
only. Trump University does not render legal, accounting, investment or tax advice. You should seek the
guidance of professional advisors in any transaction. Insofar as local laws, regulations, customs and
practices vary widely from area to area, the form contracts presented herein should not be used without the
input of a local professional and a clear understanding of your rights and remedies. You are advised to
retain competent counsel to determine what state and/or local laws or regulations may apply to the user's
particular business.

This Course is provided for information only and no guarantees, promises, representations or warranties of
any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by Trump
University, its affiliates or their officers, principals, representatives, agents or employees. Trump University is
not responsible for, and shall have no liability for any business success of failure, acts and omissions, the
appropriateness of the reader's business decisions, or the use of or reliance on this information. Real estate
investing, just like any other business, does contain risk. Real estate investors can both make and lose
money on any given transaction. Like the stock market, poor decisions may result in the loss of all or part of
an individual's working capital. Caution should always be used.

✴ If you're not embarrassed
by your initial offer,
you offered too much ✴

Get out of area highly
concentrated w/ investors →
drives up prices + they are
using same strategies.

County register — LLC → you'll
see investors are working there —

TU-MAKAEFF1076

Ex. 16 - 4527

# Creative Financing

## TABLE OF CONTENTS

- ABOUT THE RETREAT
- AGENDA
- STUDENT GOALS AND GROUND RULES
- STRATEGIES
- PERSONAL FINANCIAL STATEMENTS / RESUMES
- LOAN REQUEST PACKAGE
- MONEY / INVESTOR PARTNER
- 20 WAYS TO "CREATIVELY FINANCE" A DEAL
- HARD MONEY LENDERS
- GLOSSARY
- SETTING GOALS

**TU-MAKAEFF1077**

Ex. 16 - 4528

* Present yourself the right way *

Tell me why I should do business w/ you.

Package yourself differently than anyone else.

TIM



## About the Retreat

- Training provided by Trump Certified Instructor
- Delivers training and tools proven to help students immediately with real world investments
- Mentoring provided in a collaborative atmosphere with a "hands on" approach
- Provide training unavailable through traditional institutions

www.TrumpUniversity.com                 ©Copyright 2008 Trump University

Notes

SFR → 20,25K in days
Much longer project → 2.5 Mil in days

Can go to lender for 4 k or 4 mil.
It's all relative to the deal.

1

**TU-MAKAEFF1079**
Ex. 16 - 4530



**About the Course**

- This course will examine the fundamentals of financing for real estate investors
- Step-by-step strategies for creatively financing investments will take you to the next level of real estate investing
- An in depth review of working with hard money lenders

*Expensive but you can make $$*

Notes

*Use consistent strategies + put on autopilot for every deal.*

*People start to come to you.*

*To do more than 2 or 3 deals every you have to use more than traditional lenders.*

*Don't worry about cost of tool if you can make $ doing deal.*

*Use strategies*

2

TU-MAKAEFF1080

Ex. 16 - 4531



**Notes**

No reason you can't get a deal done.

Present to realtor, hand $ lender, broker
↳ They don't know this.
We have to educate THEM

Put your POWER Team together.

Credit card strategies + know the rule to
(Initi increase)                get the gain + NEGOTIATE

Just b/c
CPA or attorney,
they won't
understand
everything

3

## TRUMP UNIVERSITY

### CREATIVE FINANCING

# Objectives

- Discuss the components of financial statements
- Explain how to prepare a loan request package and what you need to know before you make a lender presentation
- Review the lending sources available for real estate investing
- Look at 20 different ways to creatively finance an investment
- Explain the concept of hard money and working with hard money lenders

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

*Print individually*

*List of Tim's hard $ lenders*

*they understand what Tim does*

**Notes**

→ *Present in a way they will have a hard time saying no.*

→ *They're pulling $ out of stock market.*

*10 - 20% every 6 mos*

*12 - 24% every yr.*

4

**TU-MAKAEFF1082**

Ex. 16 - 4533

TRUMP UNIVERSITY

CREATIVE FINANCING

## Student Materials

- Trump University Creative Finance Training Manual
- Other:

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5

**TU-MAKAEFF1083**

Ex. 16 - 4534

**Agenda**

**TU-MAKAEFF1084**

Ex. 16 - 4535

TRUMP
UNIVERSITY

CREATIVE
FINANCING

# Agenda  Day 1

- Introduction
- The process of getting to the deal
- Packaging you—creating your financial statement & resume
- Twenty different ways to finance a deal (Part I)
- The 1031 exchange

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6

**TU-MAKAEFF1085**

Ex. 16 - 4536



## AGENDA Day 2

- Twenty different ways to finance a deal (Part II)
- Find money partners in your hometown
- Work with a mortgage broker
- Twenty different ways to finance a deal (Part III)
- Work with bank lenders

www.TrumpUniversity.com                ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7

TU-MAKAEFF1086

Ex. 16 - 4537

TRUMP UNIVERSITY

CREATIVE FINANCING

## AGENDA Day 3

- Work with hard money lenders
- Twenty different ways to finance a deal (Part IV)
- Twenty different ways to finance a deal (Part V)
- Graduation

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF1087

Ex. 16 - 4538

**Goals and Ground Rules**

TU-MAKAEFF1088

Ex. 16 - 4539

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

# STUDENT GOALS

- Name: _____
- Guest Name: _____
- City and State: _____
- What retreats have you attended?
- What retreats are you scheduled to attend?
- Why did you choose the Creative Finance retreat?
- What are your expectations of this retreat?

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9

**TU-MAKAEFF1089**

Ex. 16 - 4540



## Ground Rules

- You may want to bring snacks
- We suggest you bring a sweater or light jacket
- Get plenty of sleep
- No audio or video recording devices allowed
- Please turn off cell phones
- Wear your name tag anytime you are in class
- Relax and have fun!

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

10

**TU-MAKAEFF1090**

Ex. 16 - 4541



**Notes**

Opportunities today mean
you can become very wealthy
in 10 yrs.

11

**TU-MAKAEFF1091**

Ex. 16 - 4542





Notes

_____ You lose sight + Objective.
_____ Became complacent

_____ Pizer fall
_____ → get in comfort zone.
_____ Relax - became lazy.

_____ Tarla Makaeff and/or assigns

12

**TRUMP** UNIVERSITY — *C*REATIVE *F*INANCING

# Consumer vs. Investor

*wealth =*
*options + choices*
*in life*

www.TrumpUniversity.com     ©Copyright 2008 Trump University

Notes

*If Obama's promise happens*
*do 5 deals a week — &*
*eliminate capital gains for*
*me (investor)*

*Do spending in relation to how*
*much you earn*

*Don't show gains*

*Laws can change forever —*
*act while opportunity is there.*

13

TU-MAKAEFF1093

Ex. 16 - 4544



**Notes**

Limits acts will be protected in
bank
↓
· UNLIMITED ·
( NOT 100K or 250K )

protected and insured
by FDIC

There is a
Way.

14

**TU-MAKAEFF1094**

Ex. 16 - 4545

TRUMP UNIVERSITY

CREATIVE FINANCING

## Have Faith

- When you come to the edge of all the light that you know and are about to step off into the darkness of the unknown...Faith is knowing that one of two things will happen...
  1. There will be something solid to stand on
  2. Or you will be taught to fly
- Faith is the ability to see what is possible!

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

Either way we'll be all right

Jamaica - 3 little birds - Bob Marley

★ Everything's Going To Be Alright ★

15

TU-MAKAEFF1095

Ex. 16 - 4546

**Strategies**

TU-MAKAEFF1096

Ex. 16 - 4547

# TRUMP
UNIVERSITY

## CREATIVE FINANCING

# Your Power Team

- Trump University
- Investors
- Insurance Agent
- Contactors
- Mortgage Broker
- Hard Money Lender

- Realtor
- Banker
- Title Company
- CPA
- RE Lawyer
- Appraiser
- Mentor

www.TrumpUniversity.com                ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF1097

Ex. 16 - 4548



Notes

School of Hard knocks
↓
black + blue colors

17

TU-MAKAEFF1098

Ex. 16 - 4549

Replace income in 2008 in first quarter in 2009.

## TRUMP UNIVERSITY — CREATIVE FINANCING

### Where Are Most Investors The Weakest?

- Finding deals?
- **Financing deals?** Show me the $.
- Evaluating deals?
- Closing Deals?
- Cashing out deals?

Use OPM!

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

WIN
everytime
+ hit
homerun

By end of this wknd,
You should be able to find
$1 million of OPM

Make 20% only
if you suck

200K

18

**Personal Financial
Statements/Resume**

**TU-MAKAEFF1100**

Ex. 16 - 4551

- Practice negotiating w/ credit cards so you can negotiate w/ Lenders

1. Buy Low
   Sell Low

   On
2. Buy Low — Prop # 101   our prop
   Hold        br2

3. Buy Low
   Rehab
      Sell Low

   Buy Low

*Can't sell high in today's RE market.

**TU-MAKAEFF1101**
Ex. 16 - 4552

Think why should I do business with you?
(lender)

**TRUMP** UNIVERSITY                    *CREATIVE FINANCING*

# It All Starts With Your Personal Financial Statement

There is no box to work outside of.

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Lender is uncomfortable w/ economy + wants to be in CASH position

**Notes**

he used forms from class

REO → 16,450 sq ft.
100% Financing → 900k
Cash deal for 50k discount.
$750k by June 2009
$0 down.
buyer came → $950k — Close mid Nov.

He told lender → this is all you're providing. (They asked for more). In 2 hrs they said yes.

19

**TU-MAKAEFF1102**

Ex. 16 - 4553



TU-MAKAEFF1103
Ex. 16 - 4554

*TU's currently cos. consult his other cos.
Creates AR.*

**TRUMP** UNIVERSITY

*C*REATIVE *F*INANCING

# Financial Statement

- Personal & Business
- Income and Expenses
- Checking, Savings, Money Market, CD's
- Marketable Securities
- Account Receivable
- Real Estate Owned
- Personal Residence and Assets
- Life Insurance

www.TrumpUniversity.com    ©Copyright 2008 Trump University

Notes

21

TU-MAKAEFF1104
Ex. 16 - 4555



Notes

AIG → got 5% loan
now went back to 1%

If you add
5 or 6
more buy it
holds 2
financial
statement
Skyrockets

After a while you will only
submit financial to express.

in 2 yrs.

When biz can finance
itself you can't
not

get more credit in
biz.

22

**TU-MAKAEFF1105**

Ex. 16 - 4556

1 return per person — personal + business
to return

slus

**TRUMP** UNIVERSITY   CREATIVE FINANCING

## Objective

RESUME

- To buy, sell, lease and manage property in the (your) area for a profit. To build a multi-million dollar portfolio of real estate for investment purposes using a team of local real estate professionals and institutions.

www.TrumpUniversity.com   ©Copyright 2008 Trump University

Notes

key word

When to hand $ lenders

Just say yes

Banks won't ask us this.

• we'll do our own •

↑
Hard $ → Tell them who else submitting
Lenders will ← to → create competition.
compete for us.

23

**Education and Training**

- Graduated from Trump University with training in investment real estate. Attended specialized trainings in foreclosures, wholesaling property, commercial and multi-family property, lease/options, advanced financing and wealth preservation.

Notes

**TU-MAKAEFF1107**

Ex. 16 - 4558



Notes

Store in compute r update
every month.

If networth comes down, not
necessarily bad

If use cash first
this will happen.

# Get financing arranged up front.

25

TU-MAKAEFF1108
Ex. 16 - 4559

*selling ourselves.*

*Resume should be more than from financial statement*

*LOCAL*

**TRUMP** UNIVERSITY

$\mathcal{C}$REATIVE $\mathcal{F}$INANCING

## Awards

- List all awards and certificates from Trump University, schools, employment or civic involvement. Be sure to include dates!

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

*Show help pay! opportunity*

*Save Fundraisers*

Notes

*Certificate of completion*

*Copies of awards*

*Make it 10 - 20 pgs long*

26

**TU-MAKAEFF1109**

Ex. 16 - 4560



**Notes**

*Make A Wish*

*Marywood Addams Foundation*

*Become MENTORS*

27

**References**

- List at least three real estate references such as an attorney, a banker, another real estate investor, your trainer and your mentor!

Notes

**TU-MAKAEFF1111**

Ex. 16 - 4562



Notes

*Financial Statements + line of credit + resumes*

*Need 4 or 5 deals to get line of credit*

29

TU-MAKAEFF1112

Ex. 16 - 4563

Loan Request Package

TU-MAKAEFF1113

Ex. 16 - 4564

Saying "Investor" isn't bad
⊥
you'll get turned down
from traditional
sources

Credit + income won't
matter
⊥
Be professional.

✗ Deal is what will make it
work or not.

We're telling them what we'll do
w/ property. They just
Want to see you can
make it

**TU-MAKAEFF1114**

Ex. 16 - 4565

Until enough business, RED people won't Come to you.

TRUMP
UNIVERSITY

CREATIVE
FINANCING

# The Loan Request Package

- The Property
- The Improvements
- The Value
- The Figures
- The Professional
  a) Resume'
  b) Financial Statement
  c) Three Years IRS
     Return
- The Loan Request

www.TrumpUniversity.com        ©Copyright 2008 Trump University

Submit

**Notes**

overwhelm them w/ package
Verbiage

Can put a picture of myself +
face w/ it.

Brand your business

Resume + financials on business letterhead
large env → from business → business card

30

Using this after 14 day provision to set $$

Residential + commercial

How are properties priced + affects if you can get in

10 min.

create package

School zones art leases improvements

**TRUMP** UNIVERSITY

CREATIVE FINANCING

## The Property

- General Description — 2 bed/2 bath
- Legal Description — Lot...
- Location on Map — soc happens
- Photos
- Location Benefits — schools, stores, transportation
- Location Drawbacks
- General Statistics (most of this information comes from the Investor's Edge Software)

www.TrumpUniversity.com    ©Copyright 2008 Trump University

street map aerial view (rehabs) zoned

insurance asks

buy + hold / lease opp.

Parks, sidewalks

local support

medical, firefighter/dept retail + grocery stores

Notes

RED   Send ugliest pictures you can find!

Rehab — ugly pic

eliminate properties upfront

Property to by yard no rehabs

— beautiful pic

Well + septic

Talk about after repair Value

→ blueprints — drawings, things

Open rehabs — Homes in neighborhood last sold

Don't hide anything

Institutions   provide housing so can be rent

Drawbacks: busy streets, flood area curve, hookers, drugs, access to highways, 1 way streets. no parking/ parking (+ or —), airports, hills behind house, sex offenders (ca.gov), slums, near train tracks

military base (but can be +)

31

**TU-MAKAEFF1116**

Ex. 16 - 4567



**The Improvements**

- Descriptions
- General Statistics
- Sketch or Plans
- The Budget
- The Added Value
- The Contractors
- The Time Frame
- Payment Schedule

Notes

32

TU-MAKAEFF1117

Ex. 16 - 4568

*Act to costs conversions* — *Use as much as*
*Sure style of granite*
*Section 8 housing — gov paid housing.* *Carpet etc... you*
*know cost +*
*design.*

**TRUMP** UNIVERSITY                              **C**REATIVE **F**INANCING

*Contractor — If absentee, I can*          *Contractor —*
*buy → software @*                          *broken down*
**The Figures**  *set prices myself*         *Material*
*They can bill direct to your card.*         *labor*
*profit*
*overhead*

- Use the Investors Edge Software to
  outline the financial analysis of the
  property. Be sure to include <u>cash
  flow, tax consequence and sales
  analysis.</u> Helpful to include copy of
  contractors bids.

*Pick something you do*
*on every prop*
*that you are*
*known for.*

*Tim's*
*number*

*Go to Home*
*Depot — co. name*
*+ Fed Tax PID —*
*30% discount  contractor*
*price*

*Great*
*White*
*Shark*

*Buy everything*
*we can to cut blocks*
*+ moves up*

www.TrumpUniversity.com         ©Copyright 2008 Trump University

HD

**Notes**

*Controls everything that happens*
*there  18/20 houses + the control*

*Contractor*
*price*
*contractor 90 day test*
*price (lower test*
*w/ interest)*

*Value on street.*

*Brass knocker + brass kick plate*

*If they do + pay*
*HD will put lien*
*on property.*

*Tim doesn't con properties just does*
*to buy property.*

*Go w/ contractor W have him give model*
*# , dimensions etc...*

*Surveying*
*charge for*
*estimate*

*Let contractors make it too.*

*Tell for*
*Have potential buyer*
*at X cost.*

*Put interior: Buy, rehab, + sell. Buy low, sell low*
*w/ reselling under — tells them better opp to sell*

*2. If in event buyer backs out will buy, rehab, + sell → or will*
*loan option*

33



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Always 3 exit strategies in every property.
→ And have potential buyer for:
   3. Buy, rehab, + lease (no gain)
Owes names of potential tenants.

34

TU-MAKAEFF1119

Ex. 16 - 4570





*Pay me $1000 for property + I'll take them off your hands.*

50 units

**TRUMP** UNIVERSITY

**C**REATIVE **F**INANCING

He sold all 50 at $50,000 each. He didn't own it — he didn't own it. Free advertisement

sold contract to buy house

would not accept assignment on contract

## The Professional

- Financial Statement
- Resume
- Three Years IRS Returns
- Appropriate Narrative
- References

Like a cover letter

$180,000 here

explains intentions what to do w/ property

FL $19/corp.
Did s corp bbc easy to do entire — didn't care most — just vehicle to get.

Notes → Don't recap what's already in purchase

Be reasonable 7%

Post what terry wants (Even on first hand + deal prob. won't happen but get comfortable doing it). Rates & fees will ↓ down as you show — then you're fulfilling what you're asking.

Sell low 60% or under market value

buy low based on ARV — future value

low 20-30% or less (fair market value)

I'm told them how much he made. → need credit → forgive sheds They don't care how much $ he makes when they make $ too.

35

*Put into ACTION*

**TRUMP** UNIVERSITY
*CREATIVE FINANCING*

## The Loan Request

- A narrative summarizing the loan request
- The lenders application
- A statement indicating you are open to alternative loan structures

*Balloon payments or not*

*Amortization ...*

www.TrumpUniversity.com — Copyright 2008 Trump University

Notes

*If say I want 7% for 10 yrs.*
*I will pay x fees*

*Pay back in shorter timeframe*
*always*

*If 6 mnds → 3 months.*

*hand it Lenders*

*They make more on it. Still paying*
*less 10% — 6 mos.*
*20% — 3 mos.*
*40% —*

*Smarter pay back*

*leave*
*you fired*

*Lenders next year if we*
*do this right.*
*1. $1.02 mil*
*2. $2 mil*      *4 mil at*
*3. $1 mil*      *dismissal*

36

**TU-MAKAEFF1121**
Ex. 16 - 4572

we want answer before we let us loan gpp.

**TRUMP** UNIVERSITY  •  *Creative Financing*

# Now You Look Great!

→ If will do financing here
my fax + email — call to
set in
writing

www.TrumpUniversity.com        ©Copyright 2008 Trump University

Put copy
of
offer

Phone call
↓
will cut fr
loan gpp
↓
want to tell
not loan gpp
↓
hang up
right in.
↓
They can make
decision w/
what you have.

**Notes**

Make this look really
good
↓

Kinko's → binder of all
papers

$2

Hard $ lenders - get 35 - 50 gpp
a day

← this thick    They will see you —
you stand out.

37



**You Have Taken Control**

*You will always get 100% of what you do not ask for.*

Notes

*You can get what you want just because you asked.*

**TU-MAKAEFF1123**

Ex. 16 - 4574

*Adjust ourselves accordingly.*

## TRUMP UNIVERSITY — CREATIVE FINANCING

### Be Sure To Know!

- Debt Coverage Ratio

- Cash on Cash Returns

- Capitalization Rates

- Equity Yield Rate

www.TrumpUniversity.com        ©Copyright 2008 Trump University

*Long term holding the way to wealth*

*Start to build residual income*

*Pattern T.U. has followed for 30 yrs.*

**Notes**

*instant cash*

*Have options →*

Residential — buy + Quick turn  [Deal #1]

Deal #2 — Buy + Hold

Deal #3 — Buy + Quick turn

Deal #4 — Buy + Hold

39

TU-MAKAEFF1124

Ex. 16 - 4575

**Debt Coverage Ratio**

- Is the ratio of Net Operating Income (NOI) to the Mortgage Payment

*Put in narrative*

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

*Ara guy to receive ?*

40

**TU-MAKAEFF1125**

Ex. 16 - 4576



**Notes**

You ~~will~~ are showing her the
debt service ratio they
should look at — not mine

TU-MAKAEFF1126

Ex. 16 - 4577

Note brokering → Make lots of $. Owner financing now.
In 5 yrs payee will need to sell note.
→ Broker to someone who will buy.

Hard core investors love to this

Fresno, CA Student ✱

**TRUMP** UNIVERSITY

*Creative Financing*

## Cash on Cash Return

- Cash flow before taxes divided by the cash you have put into the deal

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Not important to lender — should be important to me.

Find note buyers — build relationship

**Notes**

For being involved in deal w/ me as lender.

Lease option assistant

Have you pulled out of the stock market? I can show you how to make 10% on your $. ————→

7500 / 10,000 assignment fee

Signed 5 deals in 1 week → Finds the deals → Then contract + buyer →

↳ 10 deals this week - His goal is 25k/mo.

42

**TRUMP** UNIVERSITY · *CREATIVE FINANCING*

## Example #1

- You put $20,000 down on a deal
- Your profit after all expenses BUT before taxes is $25,000
- Your cash on cash return is **125%**

*Capital gains taxes*

*$1,000 profit*
*25% cash on cash return*

www.TrumpUniversity.com        ©Copyright 2008 Trump University

Notes

*100% is great*
*People are getting 3%*

*He shows 20% on return*

**TU-MAKAEFF1128**
Ex. 16 - 4579

TRUMP
UNIVERSITY

*C*REATIVE
*F*INANCING

## Example #2

- You put $20,000 down on a deal
- Your profit after all expenses BUT before taxes is $5,000
- Your cash on cash return is **25%**

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

44

TU-MAKAEFF1129
Ex. 16 - 4580

# Capitalization Rate

- This is the NOI divided by the asking price

*[handwritten notes: "easier to qualify", "Package together", "Make commercial loan"]*

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

45

TU-MAKAEFF1130
Ex. 16 - 4581

Preacher, musician, alcohol sellers
⌐> nevea go out of business



**Example**

- The NOI is $10,000 and the Property is worth $100,000
- Your Capitalization Rate is **10%**

higher cap
rate — better
the offer

great — let's
make offer

8% or above is good.

Notes

Cap rates in commercial
will go down.

TIM
won't
touch
retail
commercial
⌐>
dry cleaning
etc...
restaurant

Commercial buildings

long term clients

doctors, lawyers etc...

Most retail will go under.

people always get sick

always need
attorneys

Value of commercial prop is
determined by income.

46

*People who know about this are Savy hard core investors.*

# TRUMP UNIVERSITY
## CREATIVE FINANCING

## Equity Yield Rate — EYR

*yield not a int. rate*

- Takes into consideration cash flow after taxes, principal paid and appreciation that occurs in one year

*(commercial deals)*

*CPA might ask*

*LLP → pre = active partner & some = inactive partner*

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes                        *must ask EYR*

_____

*4.5% → 6 mo. CD (this is not annual)*
*2.25% is what they'll pay*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

47

TU-MAKAEFF1132

Ex. 16 - 4583

*People dropping 4 mil, 5 mil will want to see Expr*

**TRUMP** UNIVERSITY   $\mathscr{C}$REATIVE $\mathscr{F}$INANCING

## Example

- $20,000 Cash flow after taxes
- $5,000 Principal paid down
- $30,000 annual appreciation

*→ commercial property*

$55,000 divided by ~~Equity~~ *Value* = $300,000

Your Equity Yield Rate is **18.33%**

*Over 10% is good.*

www.TrumpUniversity.com   ©Copyright 2008 Trump University

*NOI after taxes*

*tax beans of whoever is there now*

Notes

*Cash Flow is King!*

*Appreciation is just the Gravy!*

*must make it w/in 30 days on deal or question it*

*TIM does ~~min~~ 24 months minimum*

*$100/mo — pos. cash flow*
*$0 cash flow — next yr.*

48

**TU-MAKAEFF1133**
Ex. 16 - 4584

**Money/Investor Partner**

TU-MAKAEFF1134

Ex. 16 - 4585

State of CA

Contractors → protect yourself.

Things start here → everywhere else will have it — too.

He has co. just for motorcycle collection — creates a negative that flows down to him — he has casualty fee

Protect your asset w/ other investors when you partner.

Limited Liability Partnership

**TU-MAKAEFF1135**

Ex. 16 - 4586

TU was private business.

G may become bigger part of real estate biz as they leave total b.

FATA

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

# Creative Financing Means Lenders And Investors Are A Must

If you sell a house on contract, you can't the equity but r on the equity leaves theirs.

www.TrumpUniversity.com    ©Copyright 2008 Trump University

If make it work on deal, Do deals where #'s work

**Notes**

Look at $ sources, not equity.

Send W/O application — Lender will call you & say what is gpf

CO if beneficiary — then goes to wife. He has a lot of policies.

Firm believer in overinsuring yourself.
Only so much you can do in estate planning.
You will pay taxes outside private. Pay more taxes.

500K

I make 5K →

Will involve real estate — I'll find you deals — you'll make most of the $, I'll make a little

49

TU-MAKAEFF1136

Ex. 16 - 4587



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

50

TU-MAKAEFF1137

Ex. 16 - 4588



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

51

TU-MAKAEFF1138

Ex. 16 - 4589