

TU-MAKAEFF1139

Ex. 16 - 4590

*Wealth must be learned before it can be earned.*
*We can make $ or we can make excuses*

## TRUMP UNIVERSITY — CREATIVE FINANCING

### Lending Sources

If they can't to 3% go to someone else

*Not for profit*
*will fill to prove for low payments*

- Credit Cards
- FHA & VA → *Veterans*
- Insurance Companies
- Real Estate Investment Trust (REIT)
- Pension Funds & Credit Unions
- Commercial Banks
- The Seller (owner financing)
- Hard Money Lenders (Private Investors)

AIG insured
+ wall street
(subprime loans)
killed them.
saw ins. cos. back to 70s
+ 80s → loaning to investors

hire us → $1 mil + investments/commercial
contact them.

consid the $ to
terms long as price
includes it upfront →
don't increase price
later days pros
like 1st + land

for anyone (federal housing act)

can't finance mobile homes → owner financed deal

www.TrumpUniversity.com   ©Copyright 2008 Trump University

**Notes**

Buy w/ 3% down payment → to 5%   But some of these are about to change

100% financing on short sales ← drastically in 2009

investors ( use it for sale purposes – 250 – 350k ) range

leases for 1 yr

Used to be 12 15% a yr – not doing well – targeted
at all. Part of development.

Part of development. ( Part of your $1 ground. Fees 500k/yr

Only way to do w/ deal not your credit. Make
sure you are at Commercial division, not
residential.

mobile parks (TM)

Buy low
Sell low

**TU-MAKAEFF1140**
Ex. 16 - 4591

TRUMP UNIVERSITY

CREATIVE FINANCING

## Credit Cards

- Easy to get
- No loan process
- Application only
- Limitless offers
- Unsecured borrowing
- Builds up credit fast
- Looks like cash sale

- Short term AND high yield deals only
- Maybe high interest
- More management
- Not speculative
- Watched carefully
- Credit Bureau sensitive

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF1141

Ex. 16 - 4592

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

# FHA & VA

- Unlimited money
- No or Low down payment
- Easier to qualify
- Can be pre-qualified
- Many different programs
- Can shuffle paperwork to meet requirements

- Usually owner occupied
- Insurance cost (PMI)
- Property must meet guidelines & rules
- Lending Limits
- Amount of paperwork
- Investor Programs Available

www.TrumpUniversity.com                ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

55

TU-MAKAEFF1142

Ex. 16 - 4593



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

56

TU-MAKAEFF1143

Ex. 16 - 4594

**TRUMP** UNIVERSITY

*Creative Financing*

# Insurance Companies

- Have ample money
- Like big borrowers
- Lower interest rates
- Low points
- Permanent loans
- Not personally guaranteed

- Not local
- Can be impersonal
- Highly selective
- Great qualification on the property and borrower
- Long processing time
- Not for the beginner

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

57

**TU-MAKAEFF1144**

Ex. 16 - 4595



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

58

TU-MAKAEFF1145

Ex. 16 - 4596



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

59

**TU-MAKAEFF1146**

Ex. 16 - 4597

TRUMP
UNIVERSITY

CREATIVE FINANCING

## Commercial Banks

- Local
- Know property in area
- Confidence in area
- Lower points
- Construction and Land loans

- Low LTV
- Want other business
- Higher interest rates
- Sometime pre-payment penalty
- Shorter term of years

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

60

TU-MAKAEFF1147

Ex. 16 - 4598

**TRUMP**
UNIVERSITY

*CREATIVE FINANCING*

# Savings and Loans

- Local & on the spot
- Confidence in area
- Long payout
- Higher LTV
- More lenient in qualifying property and borrower

- High points
- Personal Liability
- Non-assumable
- Pre-payment penalty

www.TrumpUniversity.com                ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

61

TU-MAKAEFF1148
Ex. 16 - 4599

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

# Seller

- Qualify easier
- No points
- Short processing time
- No pre-payment penalty
- Less paperwork
- No or Low down payment

- Must educate seller
- Financing limited by seller
- Usually a balloon
- Be prepared to pay above market rates and a higher price than you would normally pay

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

62

**TU-MAKAEFF1149**

Ex. 16 - 4600

## TRUMP UNIVERSITY — CREATIVE FINANCING

### Advantages To Seller Doing The Financing

- Top Dollar
- Quick Sale
- High Yield
- Predictable Cash Flow
- Security

- No Management
- Control
- Liquidity
- Deferral of Capital Gains

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

**Notes**

You create the opportunity for yourself —
Adjust the tools

I've been very active 2D years
doing real estate in 30 yrs.

63

TU-MAKAEFF1150

Ex. 16 - 4601

## TRUMP UNIVERSITY

### CREATIVE FINANCING

# Mortgage Companies

- From all over the nation
- More lenient
- Promotional investor lending programs
- Great amounts of money
- Serviced by loan officer and mortgage brokers paid commission

- No direct contact
- Broker commissions
- Paperwork & Paperwork
- Not local lenders
- Go by the numbers & underwriting policies

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

TU-MAKAEFF1151
Ex. 16 - 4602



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**TU-MAKAEFF1152**

Ex. 16 - 4603

Ask: Do you work w/ investors?

Commercial or residential?

How much do you have available to fund?

$1 million a week is goal

Send flowers ↓ if Realt etc... personality cigars corporation

## TRUMP UNIVERSITY

### CREATIVE FINANCING

Hand #

## With All Lenders

- Know for what they lend, to whom they lend and how much they will lend
- Qualify lenders who will work for you
- Make sure you like them and you feel comfortable with them
- Apply only when you're welcome
- Get friendly with them
- Be truthful at all times
- Don't wait until you need the money to get the relationship started

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Ask them for references — will only give favorable but unserve check it out doesn't sond that way

Notes

integrity

things are changing constantly

Diversify

I.M → minimum of 7 different sources of income.

w/in real estate or outside

Warren Buffett → buys co. in real estate sector.

Don't cross line more it becomes friendship

How willing are they lender willing to work w/ investor w rates?   66

— Tell them if default incredit etc...
yphone.

Hard if lending tight → look to
private sources.

Inquire private sources:   Ask —

1) Have you worked w/ investors before?
2) What are your financial capabilities to lo
investing   (a # million minimum)

— understand motivations

Know about him as a person
( — where do them live? How long in area?
what does spouse do?

) Get comfort level — est. relationship

They want them asking us → develops
relationship

**20 Ways to Creatively
Finance a Deal**

**TU-MAKAEFF1154**

Ex. 16 - 4605



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

67

TU-MAKAEFF1155

Ex. 16 - 4606



**Notes**

— Owner financing
At closer - went Flip to note
buyer or refi to get
traditional financing.

(or)

— Owner create a note

① seasoned or ② unseasoned
12 mo or more     less than 12 mo.
payments           payments

owner tease →

[Note broker or buyer] they can buy
right at closing table (really didn't do
owner financing)

68

TU-MAKAEFF1156
Ex. 16 - 4607



Notes

TU-MAKAEFF1157

Ex. 16 - 4608



**#3 Using A Second Mortgage**

- Borrowing the money for the down payment
- ARV not LTV ⟶ Loan to Value
- 80% ARV is not uncommon

After repair value

www.TrumpUniversity.com          Copyright 2008 Trump University

Notes

Te do you have 30K now?

20% will have to come from somewhere else.

When Land I doesn't want to depend upon mortgage
↓
Go to seller + will you hold the second for us?

Credit Card financing has to be short-term
↓
don't take + put in bank acct.

It's made his purchases on CC when he couldn't get to lending sources fast enough.

TM's 2nd s → Mastercard, visa
↓
OPM

Will lower your credit score

70

**TU-MAKAEFF1158**
Ex. 16 - 4609

*Combine multiple ideas into 1.*

*If at or below value not fraud → If value is less than value paying, it's fraud.*

## TRUMP UNIVERSITY — CREATIVE FINANCING

### #4 Post Closing Second

- The seller returns your down payment to you after closing. Often times called a <u>silent second</u> or a <u>Throw second</u>
- If bank wants <u>seasoning</u> before refinance
- Can hold in escrow (<u>demand</u>)
- Seller carries second

www.TrumpUniversity.com    ©Copyright 2008 Trump University

*It frees ↓ laws uphold*

*How long carry 2nd?*

*R more more*

**Notes**

*Spelled not on contract.*

*Couple weeks after close upon get it back.*

*From interview*

*You get 100% of it financed.*
*You're accomplishing the same thing.*

*Third party trusted control #at closing table.*

*For buyer → demand it's held in escrow to make sure you get the $.*

*Lender is cutting a check to seller and one to escrow.*

*Should be on closing statement*

*That $ value has to be there*    *Financing is about shuffling paper $.*

TU-MAKAEFF1159
Ex. 16 - 4610



*They will look for more on year side*

**#5 Short Term Owner Financing**

- The owner seller takes back owner financing for a short period of time so you can get re-financing
- Need to know seasoning requirements
- 6 months to a year common

↓

close to 12 mos.

Start process before 12 mos.

**Notes**

Refi becomes easier than financing.

24 mos.
↓
7 force
estates
to
close
(probate)

Ie — retiring people w/ prop w/ significant equity
or
Estate situation

→ Don't need $ right now but want $ soon.

Trustee → Child → good when only 1.

72

**TU-MAKAEFF1160**

Ex. 16 - 4611

**TRUMP** UNIVERSITY                    *CREATIVE FINANCING*

## #6 Using Equity In Another Property

- The buyer in some way uses the equity from another property to purchase the sale property
- Don't let your dollars (equity) sleep!

www.TrumpUniversity.com          ©Copyright 2008 Trump University

*HELOC*

*Home equity line of Credit*

*Put it to work b/c sure you will probably lose it.*

**Notes**

*Ie - Debbie ND vak w/ Fountainview*

*Become hard $ lender w/ your equity line.*

*Need appraisal on property*

*Value of jewelry is $0 until you attempt to sell it.*

73

*Tim loves this one.*

## TRUMP UNIVERSITY — CREATIVE FINANCING

### #7 Wrap Around Mortgage

- Placing an additional mortgage loan on a property without disturbing any of the underlying mortgage
- Must have escrow account to protect all parties
- File an AM → *Affidavit Memorandum*
- ~~Consider~~ deed in escrow

*Must go.*  *Filed in county in which property is in*

www.TrumpUniversity.com   ©Copyright 2008 Trump University

**Notes**

*Tim's*
*423 × properties*
*750 →  per house*

*$190,350*
*↓*
*monthly income*

*$2.3 million annually*

*Work smart — he's not a landlord.*
*He's a bank.*

*18 mos renewed interest*

*D has any property → binds title + prevents anyone from selling the property*

*So reason selling to — can't get to title → otherwise they can change / hurt us.*

*Deed is not recorded.*
*If recorded you affected underlying mortgage + due on Sale clause*

*You become the lender*

*↳ find original mortgage @*
*~~DD?~~ p. 17 / 2nd pan*

74

**TU-MAKAEFF1162**

Ex. 16 - 4613

*pre-foreclosures*

**TRUMP** UNIVERSITY — CREATIVE FINANCING

~~Direct~~  *foreclosure properties*

## Wrap Mortgage
### Where You Become The Lender

*Great if you have really good credit*

*Tremendous deal.*

www.TrumpUniversity.com    ©Copyright 2008 Trump University

**Notes**

*exception:*

*BUY LOW*

*Sell as close to market value as can (not low)*

*Creating assuming situation for people*
*Typical → 40-45k foreclosure cost*

*They avoid RTC — resolution trust*

75

TU-MAKAEFF1163
Ex. 16 - 4614

*Take over mortgages*
*bring current → then wrap*
*mortgage → sell to*
*someone*
*else*

## TRUMP UNIVERSITY — CREATIVE FINANCING

### Mortgage #1

*need batn*

- 3/2 $75,000
  Seller: S. Smith

- Loan #1
- Balance: $75,000
- Remaining Term: 20 Years
- Interest Rate: 8 %
- Monthly Payment: $630.00 PITI
- Mortgagee: Bank of America
- Mortgagor: S. Smith
- FMV: $100,000
- No Due On Sale Clause

*principle*
*interest*
*taxes*
*insurance*

*fair Market Value*

www.TrumpUniversity.com    ©Copyright 2005 Trump University

**Notes**

*Lenders on
pre foreclosure
not
always
must
sale
↓
But
lender
will allow
it
bring
current.*

*Use 0 $ own money
Just own credit
↓
make 25 k*

*Use my credit + partner with
someone else.*

76

*If there will be 125k next 3 yrs do that*

## TRUMP UNIVERSITY — CREATIVE FINANCING

## Mortgage #2

*We can anticipate as values increase of ... as increase in next ... yrs.*

*Int rates will go up.*

- **Seller:** You
- **Buyer:** J. Jones

*70s this loans 24% — dec credit 22% perfect cred 4*

- Loan #2 Wrap
- Sales Price: $100,000
- Down Payment: $5,000
- Balance Due: $95,000
- Term: 30 Years
- Interest Rate: 13.5%
- Monthly Payment: $1,088.14
- Mortgagee: **You**
- Mortgagee: J. JONES

*close to market value*

*some places can request more than market value*

*70s  80s  90s uses 14.5 - 15%*

*— FL — AZ — N
— certain parts of CA*

www.TrumpUniversity.com    ©Copyright 2008 Trump University

Notes

*You pay more  ⨀*

*$6,000 finder
you pay payment $2,000 ea.
(your over pmt)*

*Have integrity — don't rape people*

*— People will do 'cause they can't get a loan.*

*— Run an amortization schedule.*

*Buyer's payment*

TU-MAKAEFF1165
Ex. 16 - 4616



TU-MAKAEFF1166

Ex. 16 - 4617

11/08

**TRUMP** UNIVERSITY — *CREATIVE FINANCING*

## Wrap Mortgage

- Wealth Accumulation: **$391,730.00**
- Interest Income Made: $296,730.40

www.TrumpUniversity.com   ©Copyright 2008 Trump University

*This is what banks are doing to us.*

Notes

*If they move + sell house in 5 yrs I get paid in lump sum*

*Do 10 in next 12 mnths.*

*$39 million*

*A yr ago to get someone else in mrtgage — impossible w/ lender.*

*6 wks ago all the rage*

*LA 74 wnt to earn $*

*Ask for restructuring LTV*

79



**TU-MAKAEFF1168**
Ex. 16 - 4619



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

81

TU-MAKAEFF1169

Ex. 16 - 4620

*No more than 60 days w/o payments.*
  *↳ leasehold 2 mos payroll*

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

## Escrow Account
## Title Company: Chicago Title

- J. Jones Sends $1,088.14/mo. to Chicago Title

- Chicago Title Sends $630.00/mo. to B of A

- Chicago Title Sends $458.14/mo. To **You!**

- For 20 years or $109,953.60

- Then $1,088.14/mo for 10 years or $130,576.80

www.TrumpUniversity.com          ©Copyright 2008 Trump University

*This fee*
*$150/yr.*

Notes

*Real estate attorney*

*Everything is signed/notarized*
*& held in escrow.*

*People renting*
*rent but*
*owns long*
*mortgaged*
*they get*
*kicked out*

*If they back out in 5*
*yrs we need to foreclose*
*as opposed to eviction.*

*It will hurt their*
*credit not ours.*

*Always be liquid*

82

**TU-MAKAEFF1170**
Ex. 16 - 4621

*3, 4, 5 mortgages in
my name — won't qualify
for this anymore*

## TRUMP UNIVERSITY — CREATIVE FINANCING

### Wrap Newspaper Ad

- **No Credit Check!**
- Low Down Payment
- Owner Will Finance
- 3/2 Home...**Hurry!**
- Call Tim at 941-555-1212

*don't run
Credit
Check*

www.TrumpUniversity.com          Copyright 2008 Trump University

Notes

*run criminal background
check $29-49*

*fill out application
where they work*

*sex
offenders*

*you don't
want your
property
listed as
here*

*grow houses → grow drugs*

TU-MAKAEFF1171

Ex. 16 - 4622

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

# #8 Assignment

- The buyer sells his rights to buy the property, not the property itself
- And/or assigns
- AM — Affidavit Memorandum (file)
- What is your time and knowledge worth?
- Minimum of $5,000 — $10,000
  $15,000

www.TrumpUniversity.com     © Copyright 2006 Trump University.

Notes

_(handwritten annotations throughout the page, including:)_

Keep it simple. Successful.

Negotiate terms or price

I have an equitable interest in this...

You cannot want that get paid now. I have to release the memorandum...

Signed + notarized — Trump websites

of name (file)

1. Contract for purchase (buyer) and/or assigns (purchaser's line)

2. Assignment form (appendix)

5K they want you to wait until closing

Have no intention of purchasing property — sell contract for a fee

You must complete an assignment form to assign to that person.

Whoever was sellen to me — send them a copy and also to closing.

add to your fee $5,000

$5000

They will expect to see me. Inform them I won't be there.

84

TU-MAKAEFF1172

Ex. 16 - 4623



**Notes**

_Water front — Google_
_sa dock w/ boat_

_look at things that might have_
_value + negotiate a deal for_
_them._

85



Notes

_Similar to lease option_
_Cont you are doing contract_
_for sale vs. option to buy_

_Used a lot in 70s_

_Diff an → Payments + int. to be paid_
_amortizance_

_no suggestion to deny_

86

_5th Wave concept of economies — Waves lasts of 5
1686 → rule of dragon expire → called for
Global eco hardship → 2012 year_

## TRUMP UNIVERSITY — CREATIVE FINANCING

### #11 1031 Exchange

- When the buyer exchanges a property already owned for a property of equal or MORE value
- Can include profits from a sale of a property
- Tax Benefit

_120K_

_58_

_ML like
70-80S
Cartel gen_

www.TrumpUniversity.com    Copyright 2008 Trump University

**Notes**

_Instead of pay capital gains
do 1031 exchange, purchase
property of equal or greater value
& no pay taxes._

_You can do w/ quickturn —
do not need to have the
property over 1yr._

_FL
is incorporated
w/
buyer?
form
CA_

_Tim wants
to pay
taxes w/
due to being
control being
no taller → You're deferring taxes — not
eliminating it.
→ Tax rates might be higher._

87

TU-MAKAEFF1175
Ex. 16 - 4626



Notes

_You can joint venture w/
bank._

_You dont have to have good credit
to do this_

TU-MAKAEFF1176

Ex. 16 - 4627

## TRUMP UNIVERSITY

## CREATIVE FINANCING

# Example

- $100,000 ARV
- Sales Price: $60,000
- Potential Profit: $40,000
- Repairs by Buyer: $5,000
- Net Profit Potential: $35,000
- $15,000 to Seller (Nets $75,000)
- $20,000 to Buyer (Your Net)

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

You're asking 60k —
I want to give you 75 k

89

TU-MAKAEFF1177

Ex. 16 - 4628



Notes

50% → you put money or credit
50% → you do the work

90

TU-MAKAEFF1178
Ex. 16 - 4629



# Example

- ARV $100,000
- Purchase for $50,000
- Needs $10,000 Repairs
- Grandma puts in 5% of the costs or $3,000. Gets 5% of sale or $5,000
- Uncle puts in 2% of the costs or $1,200. Gets 2% of the sale or $2,000
- Neighbor puts in 3% of the costs or $1,800. Gets 3% of the sale or $3,000

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

**Notes**

_For people who are skiddish_ → _Spreading the risk by bringing in more people_

TU-MAKAEFF1179

Ex. 16 - 4630

_ Portfolio lending → live → mortgage broker

---

TRUMP UNIVERSITY

CREATIVE FINANCING

## #14  Cashing Out

- The buyer pays cash for the property with the intent of financing the deal in a short while to take their cash out
- Don't let your dollars sleep!

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

one for 80-90%

maybe 100% financing

**Notes**

Buy for cash very quickly + then (refi) to take $ back out of property.

6 mos.

You can buy someone else w/ $, self, term yo pay, then.

— This can also work w/ 1031 exchange

→ Don't go to hard $ lender — just traditional sources

longer term
less cost

92



**#15 Lease With Option To Buy**

- The buyer leases the property with the right to buy it at a future date
- Can buy and sell this way

93

TU-MAKAEFF1181

Ex. 16 - 4632



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

94

**TU-MAKAEFF1182**

Ex. 16 - 4633

**TRUMP** UNIVERSITY    *CREATIVE FINANCING*

# #16 Cash Flow Mortgage

- Buyer negotiates monthly mortgage payments to equal cash flow from rental income

*Break even.* ———— Tired

*not with it in today's market.* landlord

*Great in appreciating market.*

www.TrumpUniversity.com    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

95

TU-MAKAEFF1183

Ex. 16 - 4634

# TRUMP UNIVERSITY

## CREATIVE FINANCING

## #17 Subordination

- Buyer negotiates owner financing, a mortgage note that will require the seller to take a secondary position to future financing.

*Commercial*

www.TrumpUniversity.com   ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

96

TU-MAKAEFF1184

Ex. 16 - 4635



**Notes**

*(handwritten notes)*

Little old lady from SD

Large REO package of properties

1,000 properties at 1 time all in 1 city.

REO + finance buys anything

affordable homes

× Monster consultant → Trump.

$160 million
she made $180 million

$180 K each

$2.1 million   $21 K per property
no down payment – affordable rate

97

**TU-MAKAEFF1185**

Ex. 16 - 4636



**Notes**



TU-MAKAEFF1186
Ex. 16 - 4637



## #20 Straight Option

- When the buyer options the property for a certain period of time at a certain price
- Notarize the contract
- AM
- Record at the county clerks office
- Clouding Title

www.TrumpUniversity.com     ©Copyright 2008 Trump University

**Notes**

*[handwritten notes]* Raw Land

Just dirt now

Commercial development — some built out + put grain on land. They grow — big in TX.

ie — high school, grade school, middle school

42 acres, $15,000

value was $16 million

Built airport, hotel, 15 yrs grow

I will deed land to you — land, want to get piece of land.

99

TU-MAKAEFF1187

Ex. 16 - 4638

Hard Money Lenders

TU-MAKAEFF1188

Ex. 16 - 4639

<u>SOFTWARE</u>

Settings — user manual — answers ?s

— Put in address + get specific info.
The comps are the same the realtor has access to.

We forms to

educate

CPA — attorneys

etc...

Family bank trust

<u>HOMEWORK</u>

— write down all ?s

Yahoo Group of Investors
↳ send grp an email

↓

Websites — Newton Fusion
Rhonda Dean

**Working With Hard Money Lenders**

- Private Money

Notes

_Use software to organize everything_

**TU-MAKAEFF1190**

Ex. 16 - 4641

**TRUMP** UNIVERSITY                    *CREATIVE FINANCING*

## Working With Hard Money Lenders

- Private Money

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

Use software to organize Everything

100



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

101

*Credit line based on signature*

## TRUMP UNIVERSITY — CREATIVE FINANCING

### Why Are Hard Money Loans Originated?

- Difficulty funding properties such as vacant land & Rehab properties
- Credit problems—poor credit history or poor FICO score
- Short term faster close
- Balloon payment due—must refinance before balloon note is due
- Little or NO documentation required—can not verify income
- Emergency cash quickly
- Cash flow issues

www.TrumpUniversity.com        ©Copyright 2008 Trump University

*620 is min for repo's at 720 and buy decision*

*will be very easy to have creative of credit once established relationships-*

Notes

_Bank in Fl went down last nite._
_17th Bank in U.S._
_Purchased by bank that_
_got $82 billion_
_corp jets, parks etc._

_Canada → regulations are not unused._
_many began here in U.S. too_
_Might have 5 national_
_institutions._
_could be dangerous._
_we're going to have to go → lend $_
_Lenders → build relationships now_

102

TRUMP UNIVERSITY | CREATIVE FINANCING

## Advantages of Working With Hard Money Lenders

www.TrumpUniversity.com © Copyright 2008 Trump University

Notes

103



TU-MAKAEFF1195

Ex. 16 - 4646

TRUMP
UNIVERSITY

CREATIVE
FINANCING

## Myths About Working With Hard Money Lenders

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

105

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

## Myth #1

- Hard money loans are named as such because the lenders are "hard" to deal or negotiate with, and their terms are "hard" to accept.

*If they're hard to deal with,
go elsewhere else.*

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

*Don't be concerned about interest
rate i.e. 720%
↓
Be concerned w/ $ coming to
your pocket.
!!!

If you can make
$70k in 3 mos off
of one if you can sell
it's worth it.*

106

**TU-MAKAEFF1197**
Ex. 16 - 4648

**Myth # 2**

- Hard money lenders are really brokers who misrepresent themselves as direct lenders
- There are hard money brokers and hard money lenders

www.TrumpUniversity.com    ©Copyright 2008 Trump University

Notes

They don't have it but connections to $.

It important to know if dealing w/ broker or lender.

Ask: how many different sources or locations will you be sending my application to?

← 1.25-2% ← Direct: broker

in house: lender

Will have points + negotiable things

107

**TU-MAKAEFF1198**

Ex. 16 - 4649

TRUMP UNIVERSITY — CREATIVE FINANCING

## Myth #3

- Hard money loans are too expensive
- Not too expensive if you can't do the deal!
- Not as expensive as a 50/50 partner

*whatever it takes*

www.TrumpUniversity.com            ©Copyright 2008 Trump University

Notes

*Put out thousand in a million to get 10k back — here too expensive?*

*TIM'S RULES*

*Too expensive if you want*

*Tim won't buy on foreclosure, pre-auction, in break even or neg cash flow*

*Would't accept this from employer — would't pay an employer (neg cash flow) to make it.*

*If can't make $ within first 30 days don't do.*

108

**TU-MAKAEFF1199**

Ex. 16 - 4650

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

## Myth #4

- Hard money lenders are disreputable, bad guys

↳ Like any other business

Do my own due diligence — Trump U.

Das not endorse anyone.

They can make statements that are not accurate

↓

Just b/c a couple deals go sour, who knows?

↓

Always in writing.

→ Reaffirm reaffirm

www.TrumpUniversity.com    ©Copyright 2008 Trump University

**Notes**

→ If it's not going to happen you can't get it in writing.

When presented a deal, I say put it in writing.

109

**TU-MAKAEFF1200**
Ex. 16 - 4651

**TRUMP** UNIVERSITY                    *CREATIVE FINANCING*

## Myth # 5

- Hard money lenders "loan to own"
- They make more money by keeping their money moving!

*They want to turn*
*hard as quickly*
*as possible.*

www.TrumpUniversity.com    ©Copyright 2008 Trump University

Notes

*Ones who vend by wayside*
*loans — 125% LTV*

110

**TU-MAKAEFF1201**
Ex. 16 - 4652

TRUMP
UNIVERSITY

CREATIVE
FINANCING

# Hard Money Lending FAQ's

- Why do private investors provide Hard Money Loans?
  - Most private investors understand the real estate market and are looking for a safe and secure investment with a rate of return superior to that offered at banks or the stock market.
- Are there fees associated with Hard Money Loans?
  - Yes, they range from $1,000 to $10,000 and can include appraisal fees, title escrow fees, legal fees and recording fees.

www.TrumpUniversity.com                ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

111

TU-MAKAEFF1202
Ex. 16 - 4653