

TRUMP UNIVERSITY
Creative Financing
Hard Money Lending FAQ's
• Do Hard Money Lenders "Loan to Own?"
– Absolutely not ! This is just a myth. They are in the business of making loans not owning homes.
• Why are Hard Money Lenders rates and fees higher than usual?
– They require greater reward for the greater risk.
• What are predictable exit strategies?
– Refinance or sale of the property are the two most considered exit strategies.
→ no, the only strategies.
www.TrumpUniversity.com
©Copyright 2008 Trump University

Notes

First sale should be flip → get quick cash → + do assignments.

Buy + hold → long term wealth.

112

TU-MAKAEFF1203

Ex. 16 - 4654

 TRUMP
UNIVERSITY

CREATIVE
FINANCING

## Hard Money Lending FAQ's

- What is the difference between a direct lender and a broker?
  - The direct lender loans its own money directly to the borrowers. A broker typically facilitates a deal between borrower and the lender.
- Are there "Cash Out" Hard Money Lenders?
  - Not very often. Unless the cash out will be used in some manner to improve or add value to the property.

www.TrumpUniversity.com

©Copyright 2008 Trump University

Notes

Make $ on back end so it's a quick turn.

TRUMP UNIVERSITY

Creative Financing

## Hard Money Lending FAQ's

- Are borrowers required to have a Minimum net worth and have excess cash on hand?
  - No, Hard Money Lenders, although interested in the borrowers financial position, they look primarily to the equity in the property.

It's all about the deal.

www.TrumpUniversity.com ©Copyright 2008 Trump University

Notes

Negotiate & get significantly below market value.

Use & spend in 24 hrs. → you'll do another one.

1M — take 10% of earnings + put into slow fund - have fun.

10% pay current debt 10% church foundation

10% put away for reserves

TRUMP UNIVERSITY

CREATIVE FINANCING

# Hard Money Lending Guidelines

www.TrumpUniversity.com

©Copyright 2008 Trump University

Notes

TRUMP UNIVERSITY

CREATIVE FINANCING

## Hard Money Guidelines

- Property type — know it
- Transaction types
- Rates, fees, and terms — ask for application package (term sheet)
- Required documents

everything we need for financing will be on their list

www.TrumpUniversity.com ©Copyright 2008 Trump University

Notes preferred loan + [illegible] establishments.

preferred property → value [illegible]

commercial 80%

TU-MAKAEFF1207

Ex. 16 - 4658



TRUMP UNIVERSITY
CREATIVE FINANCING
Property Types
• Residential (single family)
• Multi-Family
• Rehabs
• Office Properties
• Shopping Centers
• Industrial Buildings
• Raw Land
• Golf Courses
• Businesses
• Mixed Use
www.TrumpUniversity.com
©Copyright 2008 Trump University
Notes
117



TRUMP UNIVERSITY
Creative Financing
Transaction Types
• Creative and Complex
• Renovations
• Bank workouts
• Equity Participation
• Partnership buyout
www.TrumpUniversity.com
©Copyright 2008 Trump University
Notes

118

TU-MAKAEFF1209

Ex. 16 - 4660



TRUMP UNIVERSITY
Creative Financing
Rates, Fees, and Terms
• Most Hard Money Lenders give a range
• Rates: 10%- 18% (Can go higher, see lower)
• Loan Fees: 2%- 10% (Upfront points)
• Legal Costs: $1,000- $10,000
• Terms: 3 months to 5 years
• Loan Amounts: $50,000 to $50,000,000
www.TrumpUniversity.com
©Copyright 2008 Trump University
Notes
119

TU-MAKAEFF1210

Ex. 16 - 4661

TRUMP UNIVERSITY

CREATIVE FINANCING

## Required Documents

- Loan Application—Your Financial Package
- Title report
- Executive summary
- Operating statements
- Homeowners Insurance
- Appraisal which they will order

www.TrumpUniversity.com ©Copyright 2008 Trump University

(handwritten) financial statements, Cover letter, resume

(handwritten) Always have it if buying in a business name

(handwritten) maybe insurance will already be in place. Get quote for insurance on property

Notes

(handwritten) Offer or exec of that entity
Must summarize the deal.

Sometimes hard money lender will want to see insurance in place

Ask if I can order appraisal? They'll say no

TU-MAKAEFF1211

Ex. 16 - 4662

TRUMP UNIVERSITY

CREATIVE FINANCING

Where Can I Find A Hard Money Lender?

www.TrumpUniversity.com

©Copyright 2008 Trump University

Notes

TRUMP UNIVERSITY

CREATIVE FINANCING

## Finding Hard Money Lenders

- Newspaper
- Advertise → run my own ad.
- Phone calls
- Internet
- Networking
- Real Estate Investment Groups

www.TrumpUniversity.com

©Copyright 2008 Trump University

Notes

TRUMP UNIVERSITY

CREATIVE FINANCING

## Newspaper

- Look in the money to lend or mortgage section. Will generally say money to lend on all real estate property.

www.TrumpUniversity.com ©Copyright 2008 Trump University

Notes

TRUMP UNIVERSITY

CREATIVE FINANCING

## Advertise

- Place an add in the local paper looking for investors.
- Ad: Local Real Estate Investor Looking for Money Partner to Help Fund Real Estate Deals. Willing to Pay 15% Interest & Points. Call 555-555-5555

www.TrumpUniversity.com

©Copyright 2008 Trump University

Notes

TRUMP UNIVERSITY

Creative Financing

## Phone Calls

- Call other local investors and ask for referrals.
- Call on properties in the paper. Look for investor type ads.
- Use a script when calling Hard Money Lenders so you can pre-qualify them.

www.TrumpUniversity.com

©Copyright 2008 Trump University

Notes

Present myself as business.

TRUMP UNIVERSITY

CREATIVE FINANCING

# PHONE SCRIPT

- Hello this is ___________ of ??? LLC. I need to get some general information about your company for my partner.
- What property types do loan on?
- Transaction types?
- What are your rates, fees, and terms?
- What documents do you require?

Quick polite call

Don't say you're an investor.

www.TrumpUniversity.com ©Copyright 2008 Trump University

Notes

Find out if you want to do business w/ them first. Implies someone else making decision

TU-MAKAEFF1217

Ex. 16 - 4668

TRUMP UNIVERSITY

CREATIVE FINANCING

## Internet

- Use search engines to find Hard Money Lenders
- Use key words like—Hard Money, Private Lending, Mortgages, Money to Lend

www.TrumpUniversity.com

©Copyright 2008 Trump University

Notes

TRUMP UNIVERSITY

CREATIVE FINANCING

## Networking

- Investors (Fellow Students)
- Mortgage Brokers
- Real Estate Brokers
- Attorneys
- RE Clubs
- CPA's → significant amts of $.
  make friends w/ ... 10-12% + more than happy to speak w/ your clients
- Title Companies
- Social Events

www.TrumpUniversity.com

©Copyright 2008 Trump University

Notes

Stay away from stock brokers —
don't want to see $ leave.

TU-MAKAEFF1219

Ex. 16 - 4670

TRUMP UNIVERSITY

CREATIVE FINANCING

# Tim's Money Making Tips For Hard Money

www.TrumpUniversity.com

©Copyright 2008 Trump University

Notes

TRUMP UNIVERSITY — Creative Financing

## Tim's Tips

- Be prepared before contacting potential lenders
- Know your deal inside and out
- Do not hide negative aspects of the deal
- Have your comp's (Investors Edge Software)
- If you don't believe in the deal neither will the lender
- Don't waste the lenders time with what if deals
- Use a team effort approach
- Maintain a professional relationship with lenders

www.TrumpUniversity.com ©Copyright 2008 Trump University

Came from my own team

They'll say never call me again probably.

Notes

Know deal inside + out. Do not hide any negative aspects. If don't believe in deal neither will lender.

Listen to Sup

CPA, real estate agent → representing Trade (my co.) instrumental to introduce myself. Creates credibility.

TU-MAKAEFF1221

Ex. 16 - 4672

TRUMP UNIVERSITY
Creative Financing
Tim's #1 Tip To Remember
www.TrumpUniversity.com
©Copyright 2008 Trump University

Notes

TRUMP UNIVERSITY

CREATIVE FINANCING

It's Not Hard Money,
It's Easy Money!

www.TrumpUniversity.com

©Copyright 2008 Trump University

Notes