— If broken on REO, how can make
prop more attractive?
  1) educate broker on investors
  2) offer selling bonus

— Real Estate Pro software
  └ triple check everything if
  not seeing property

— SEC → Real Estate investment trusts →
  Worst case bad scenario. |
        Due + indicate that + then ok

— ① Build Power Team contractors
② Build Buyers sellers investors list
③ Then find assignments
④ Look for Quickturn properties 10, 15, 20, 25k
   dollars → not Dre w/ 4 units of rehab — a little
   cleanup + vacuuming instead.
⑤      Build again
   Buyers sellers Tenant Investors
⑥ Look for buy hold → generate monthly
   Income
⑦ Quickturn

Lists: Scrape ads → Put in papers — we have
many houses in our inventory + houses are going all the
                                                       time

TU-MAKAEFF1224
Ex. 16 - 4675

Glossary

Buyers

Let me get some info about you.
Name phone address email where work
price range what part of town

— Thank u for calling — we'll go through our database + if we find something in the next couple of days, we'll call you.

— Send letter saying we didn't find anything but we'll keep you aware when properties meeting your requirements pop up.

Investors

— Rehabs — condos — raw land
— What type of profits? A minimum profit?
[illegible] to $5K [illegible] → it becomes automatic.

— Find bundle of REOs ?
loss mitigation dept of lender — tell them interested in bundle or pkg deals

— If someone says don't bring in agent that's common [illegible] — do if you have to but still pay agent.

— Go wherever you can make $, if possible my area — find power team there → attorney in area — find most successful [illegible]. Try to find most successful investor in that area — like my mentors. → [illegible] to lenders in area, mortgages, newspaper (correspondent), title cos, investor clubs — who are active investors in area?

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

## Contracts And Financing

**Financing** - How are we going to pay the seller

**Contracts** - How are we going to take title or control of the property

www.TrumpUniversity.com                ©Copyright 2008 Trump University

Notes

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

133

**TU-MAKAEFF1226**
Ex. 16 - 4677

TRUMP UNIVERSITY

CREATIVE FINANCING

## Cash vs. Terms

**Cash**
- Give seller all agreed-upon money at closing
- Doesn't matter how much seller owes
- Doesn't have to be your money

**Terms**
- Seller receives part (or none) of cash now
- Balance is paid over time as agreed upon

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

134

**TU-MAKAEFF1227**

Ex. 16 - 4678

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

## Due On Sale Clause

- Paragraph in mortgage that gives lender right to call the entire loan due if title is transferred without lender's permission
- Key to protection as buyer - get as close to the deed as possible

www.TrumpUniversity.com                    © Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

135

**TU-MAKAEFF1228**
Ex. 16 - 4679

**TRUMP** UNIVERSITY                    CREATIVE FINANCING

## Order Of Protection

1. Cash
2. Simple Assumption
3. Assumption-Seller Take Back
4. Split Fund
5. Wraparound Mortgage
6. Assume Subject To
7. Agreement For Deed
8. Lease Option

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

136

**TU-MAKAEFF1229**

Ex. 16 - 4680

**TRUMP** UNIVERSITY — *CREATIVE FINANCING*

## Simple Assumption

- Buyer assuming a seller's existing loan without qualifying
- Can be done with or without lender's knowledge

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

137

**TU-MAKAEFF1230**
Ex. 16 - 4681

TRUMP UNIVERSITY                    CREATIVE FINANCING

## Assumption/Seller Take Back

- You assume the seller's mortgage without qualifying, and any remaining amount due to the seller from purchase price to be carried by seller as second mortgage
- Should get in with no money down

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

138

TU-MAKAEFF1231

Ex. 16 - 4682

TRUMP UNIVERSITY    CREATIVE FINANCING

# Split Funding

- Get into a property with little cash up front
- Pay off the seller in 1-3 years
- Fix and sell during that period

www.TrumpUniversity.com          © Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

139

TU-MAKAEFF1232
Ex. 16 - 4683

## TRUMP UNIVERSITY

### CREATIVE FINANCING

# The Wraparound Mortgage

- New mortgage that wraps around an existing mortgage
- Buyer makes payments on new mortgage directly to escrow agent, escrow agent to make payment on old mortgage

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

140

**TU-MAKAEFF1233**

Ex. 16 - 4684

TRUMP UNIVERSITY

CREATIVE FINANCING

## Subject To The Existing Financing

- You take title with no bank approval or guarantee that you are going to pay the loan off
- Works with sellers who are pre-foreclosure - seller simply deeds you their house and gives you their payment book
- Getting a free house

www.TrumpUniversity.com      ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

141

TU-MAKAEFF1234

Ex. 16 - 4685

TRUMP UNIVERSITY

CREATIVE FINANCING

## Agreement For Deed

- Owner-finance technique where owner sells property and when owner is paid in full they will give you the deed
- Can get buyers out of a house a lot easier if they move or fail to pay as agreed (without foreclosing)

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

142

TU-MAKAEFF1235

Ex. 16 - 4686

TRUMP UNIVERSITY / CREATIVE FINANCING

## Lease Option

Lease agreement combined with a purchase contract

www.TrumpUniversity.com                 ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

143

**TU-MAKAEFF1236**

Ex. 16 - 4687

**Setting Goals**

**TU-MAKAEFF1237**

Ex. 16 - 4688

## 90 Day Action Plan

**TRUMP** UNIVERSITY

**CREATIVE FINANCING**

**Week 1**
- Drive lower class to middle class neighborhoods in your city

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

144

**TU-MAKAEFF1238**
Ex. 16 - 4689



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

145

**TU-MAKAEFF1239**
Ex. 16 - 4690

# TRUMP
UNIVERSITY

## CREATIVE FINANCING

# 90 Day Action Plan

Week 3
- Visit properties with motivated owners
- Determine repairs and repaired value

www.TrumpUniversity.com    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

146

TU-MAKAEFF1240
Ex. 16 - 4691



Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

147

**TU-MAKAEFF1241**

Ex. 16 - 4692

TRUMP UNIVERSITY

CREATIVE FINANCING

## 90 Day Action Plan

Week 5
- If offer accepted, sign contract
- If no acceptances, repeat earlier steps

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

148

TU-MAKAEFF1242
Ex. 16 - 4693



Notes

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

TU-MAKAEFF1243

Ex. 16 - 4694

TRUMP
UNIVERSITY
CREATIVE FINANCING

## 90 Day Action Plan

Week 7
• Show property to several buyers at
  the same time

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

150

TU-MAKAEFF1244
Ex. 16 - 4695

**TRUMP** UNIVERSITY

*CREATIVE FINANCING*

## 90 Day Action Plan

Week 8
- Continue to seek buyers if none found
- Negotiate price and terms
- Review and sign contract

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

151

TRUMP UNIVERSITY · CREATIVE FINANCING

# 90 Day Action Plan

Week 9
- Set closing
- Follow-up on previously-made offers
- Talk to owners of vacant properties who call

www.TrumpUniversity.com          ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

152

TU-MAKAEFF1246

Ex. 16 - 4697

TRUMP
UNIVERSITY

CREATIVE
FINANCING

## 90 Day Action Plan

Week 10
- Ensure closing on track
- Look at leads from phone calls
- Look for more properties

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

153

**TU-MAKAEFF1247**
Ex. 16 - 4698

**TRUMP** UNIVERSITY                    *CREATIVE FINANCING*

## 90 Day Action Plan

Week 11
- Continue locating, researching, and contacting owners for potential properties

www.TrumpUniversity.com            ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

154

**TU-MAKAEFF1248**
Ex. 16 - 4699



Notes

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

155

**TU-MAKAEFF1249**

Ex. 16 - 4700

TRUMP UNIVERSITY

CREATIVE FINANCING

## 90 Day Action Plan

Week 13
- Make business cards and run newspaper ad
- Have another house under contract

www.TrumpUniversity.com                    ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

156

## Set Goals

Use Goals Worksheet
- Personal
- Professional
- Relationships
- Overall

www.TrumpUniversity.com     ©Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

157

TU-MAKAEFF1251

Ex. 16 - 4702

TRUMP UNIVERSITY · CREATIVE FINANCING

# Congratulations, It's Graduation Day!

www.TrumpUniversity.com          © Copyright 2008 Trump University

Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

158

TU-MAKAEFF1252

Ex. 16 - 4703

Appendix

TU-MAKAEFF1253

Ex. 16 - 4704

# PROPERTY RESEARCH FORM
## *Training Purposes*



**TRUMP**
UNIVERSITY

| | | | | | | |
|---|---|---|---|---|---|---|
| *SCRIPT #1 Drive by Property and it appears vacant and with no For Sale sign.* | | | | | | |
| Hello, my name is _____ and I was calling about a property located at: | | | | | | |
| Are you interested in selling the home? | YES | NO | | | | |
| (If No) May I call you in a month or so and see if you would be interested then?  YES/NO | | | | | Write Down Date: | |
| (If YES) I ask you a few questions about the property? Great! | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| *SCRIPT #2 Drive by script when there is a For Sale Sign.* | | | | | | |
| Hello, my name is _____ and I was calling about a property located at: | | | | | | |
| May I ask you a few questions about the property? Great! | | | | | | |

**Start Here...**

| | | | | |
|---|---|---|---|---|
| (1) May I ask what your name is: | | (2) And are you the owner of the home? | YES | NO |
| (3) Property Address | | | (4) City: | |
| (5) Subdivision: | (6) SQFT: | (7) BEDROOMS | (8) BATHS | |
| (9) Phone Number: | (10) How long have you owned the home? | | | yrs/months |

| | | | | | |
|---|---|---|---|---|---|
| (11) May I ask you why you are selling? | | | | | |
| (12) Is the property listed? | YES | NO | (13) If so, until when? | | |
| (14) Is the property vacant? | YES | NO | If YES Since When? | | |
| (15) Does the property need repairs? | YES | NO | If YES, How Much? | | |
| (16) What is the existing Financing? | FHA | VA | CONV. | NO LOAN | Balance: |
| (17) How much are you asking? | | | | | |

(18) If I can pay ALL CASH and close quickly, what is the least amount you will accept for your home?

(19) Is that going to be the best price?

(20) If I was interested in buying your home, but couldn't pay all cash today, would you accept a small down payment?

*If yes, ask these questions next:*

(21) What monthly payment would you accept?

(22) What's the least amount of down-payment you would accept?

(23) How long of a term are you willing to go?

| Office Use Below | |
|---|---|
| What kind of deal is this? | |
| Wholesale? | Property needs lots of work and you need cash today. |
| Retail? | Property needs work and is located in a good neighborhood. You have the finances to buy it. |
| Lease-Purchase? | Nice home and Seller just needs his payments covered, but wants to sell down the road. |
| Option? | Nice home with little equity. Seller wants to sell today. |
| Owner-Finance? | Nice home and seller wants an investment property and doesn't need cash today. |

| COMPARIBLE SALES | ADDRESS | SOLD PRICE | PRICE PER SQFT |
|---|---|---|---|
| Property 1 | | | |
| Property 2 | | | |
| Property 3 | | | |

**TU-MAKAEFF1254**

Ex. 16 - 4705

# BUYERS LIST QUESTIONNAIRE

We have several properties available. In order for us to match you up with the best homes we have, we need to ask you some generic questions.

How did you hear about us?_____
*(Advertising Method)*

Date: _____

Name:         _____     #Adults:_____   #Children:_____   Pets:_____

Phone#:       _____     Best time to call:_____

Preferred area: _____   Secondary areas: _____

How soon are you ready to move in to a home? _____

How many bedrooms? _____     Bathrooms: _____

Type of home: _____     Garage: _____

What home features are you looking for? _____

What is the most you want to pay per month? _____

What is the most you want to pay as a down-payment? _____

Do you have the money now?_____   If not, when? _____

ADDRESSES GIVEN:

Date: _____Property address: _____

Status:_____

Date: _____Property address: _____

Status:_____

**TU-MAKAEFF1255**

Ex. 16 - 4706



# TRUMP
U N I V E R S I T Y

## PROPERTY INSPECTION SHEET
Based on 1,200 Sq. Ft. Property

Based on 1,200 Sq. Ft. Property

Date:_____ Property Address:_____ City:_____

Total Square Foot: _____ Repaired Value: $_____ Asking: $_____

## INTERIOR

| DOES HOUSE NEED? | YES | NO | ESTIMATED COST | REPAIR COST |
|---|---|---|---|---|
| Carpet/Vinyl | | | $5,000 | |
| Light Patch/Paint/Trim | | | $3,000 | |
| Kitchen (sink, cabinets, small misc.) | | | $7,000 | |
| Kitchen Appliance (Stove, Refridg, D/W) | | | $2,000 | |
| Complete Bathroom #1 | | | $2,000 | |
| Complete Bathroom # 2 | | | $2,000 | |
| Water Heater | | | $500 | |
| CHA | | | $3,100 | |
| Leveling | | | $5K_____$10K | |

## EXTERIOR

| DOES HOUSE NEED? | YES | NO | ESTIMATED COST | REPAIR COST |
|---|---|---|---|---|
| Roof | | | $5,000 | |
| Patch/Paint/Trim | | | $3,000 | |
| Windows _____(Quantity) | | | $100 each | |
| Landscaping | | | $1,000 | |
| Driveways/Sidewalks | | | Each Case | |
| Foundation (Exterior Foundation) | | | Each Case | |
| Garage Repair | | | $250-$850 | |

**TU-MAKAEFF1256**

Ex. 16 - 4707



# TRUMP
UNIVERSITY

## QUESTIONS TO ASK LENDERS

- What area of the city and what type of projects is your bank most comfortable with?
- Do you loan on the appraised value of the property?
- If I am going to rehab a property can we use an appraisal based on the repairs that we are going to do?
- Can I use a commercial loan for a single family home?
- Can a seller hold a second mortgage?
- If I buy a house for cash, is there any specific length of time I need to own the house before you could refinance the house?
- What LTV will you refinance the property to?
- What criteria do you look for in the investor? (credit score, experience, reserves, etc.)
- What documentation will you need to have me approved through your bank? Will that be needed every time?
- Will you loan to my LLC?
- What are your interest rates right now?
- How much does it cost to close a loan and/or refinance a loan?
- Would you explain to me your bank's loan approval process?

**TU-MAKAEFF1257**
Ex. 16 - 4708



# TRUMP
U N I V E R S I T Y

# PRE-FORECLOSURE ANALYSIS WORKSHEET

| GENERAL ANALYSIS INFORMATION | | | |
|---|---|---|---|
| Decision Date | | 9.03.07 | |
| PROPERTY VALUE | | | |
| Fair Market Value | 350,000 | | |
| 20% margin | 70,000 | | |
| Repairs | 10,000 | | |
| **Property Value to Investor** | | | 270,000 |
| DEBT ON PROPERTY | | | |
| 1st mortgage debt | 225,000 | | |
| 2nd mortgage debt | 45,000 | | |
| Tax lien | 3,000 | | |
| Mechanic's lien | 700 | | |
| Marital support lien | 4,500 | | |
| **Total Debt on Property** | | | 278,200 |
| Amount of Discount Needed from Debt | | | 8,200 |

**TU-MAKAEFF1258**
Ex. 16 - 4709



# TRUMP
U N I V E R S I T Y

## Pre-Foreclosure Analysis Worksheet

| GENERAL ANALYSIS INFORMATION | | | |
|---|---|---|---|
| Decision Date | | 9.03.07 | |
| **PROPERTY VALUE** | | | |
| Fair Market Value | 350,000 | | |
| 20% margin | 70,000 | | |
| Repairs | 10,000 | | |
| **Property Value to Investor** | | | 270,000 |
| **DEBT ON PROPERTY** | | | |
| 1st mortgage debt | 225,000 | | |
| 2nd mortgage debt | 45,000 | | |
| Discount | | 25,000 | |
| Tax lien | 3,000 | | |
| Mechanic's lien | 700 | | |
| Discount | | 400 | |
| Marital support lien | 4,500 | | |
| Discount | | 2,000 | |
| **Total Debt on Property** | | | 278,200 |
| **Total Discounts** | | | 27,400 |
| **Effective Debt on Property** | | | 250,800 |

**TU-MAKAEFF1259**

Ex. 16 - 4710



**TRUMP**
UNIVERSITY

Your Business Name Real Estate LLC.
P.O. Box 84759
Oakbrook, IL 69903
Phone (222)-333-3454
Website www.YourBusinessRealEstate.com

September 5, 2007

Mr. Every Late
2365 Late Ave
Oakbrook, IL 69903

Dear Mr. Late,

The clock is ticking, and we are both fully aware that there is a serious pending problem with your property. It will not be long before you are forced out of your property and your credit is ruined. There is still time to save your property and your credit if we take action now.

My offer to help is still available and we still have many options to give you relief from this problem with your property.

1.   I can give you CASH for your home.

2.   I can negotiate on your behalf with your mortgage company.

3.   I can pay you a sum of CASH to sell me your home.

4.   I can pay your escrow, moving costs, and rent for 6 months at a new house or apartment.

All of these options may be available to you, but the longer you wait the larger your loan payoff becomes and the less CASH I may be able to give you. If I can sit down with you and hear your story and fully understand the situation we can take action together to solve this pending problem with your property.

Please contact me at (222) - 333-3454

If you contact me I will arrange a no obligation consultation at your home.

I will give you a potential solution within 24 hours, and I can have CASH to you in 24 hours if needed.

Sincerely,

Mike Winner

**TU-MAKAEFF1260**

Ex. 16 - 4711



# TRUMP
### UNIVERSITY

Your Business Name Real Estate LLC.
P.O. Box 84759
Oakbrook, IL 69903
Phone (222)-333-3454
Website www.YourBusinessRealEstate.com

September 5, 2007

Mr. Avery Late
2365 Late Ave
Oakbrook, 1L 69903

Dear Mr. Late,

At this point in time investors are getting ready to purchase your home at the court house steps, and then come and evict you from your property. If this happens you will not receive anything for your property except a damaged credit report.

There is still time if you take action and contact me. Allow me to put some cash in your pocket and provide you with a new place to live, or allow you to continue living in your current home. I have been able to help others in this type of situation. Please give me a chance, at this point there is nothing to lose.

I am offering a FREE, NO OBLIGATION, REVIEW of your situation. It will take 45 minutes and you can have some hope of relief of this problem with your property.

I know that you may feel that you don't have options at this point. However, I have been able to help other good people like you out of this type of situation, and here is how:

    1.    I can give you CASH for your home.

    2.    I can negotiate on your behalf with your mortgage company

    3.    I can pay you a sum of CASH to sell me your home,

    4.    I can pay your escrow, moving costs, and rent for 6 months at a new house or apartment.

All of these options may be available to you if I can sit down with you and hear your story and fully understand the situation so that we can take action together to solve this pending problem with your property.

Please contact me at (222) - 333-3454

I will give you a potential solution within 24 hours, and I can have CASH to you in 24 hours if needed.

Sincerely,

Mike Winner



# TRUMP
### UNIVERSITY

## MORTGAGE JUDICIAL FORECLOSURE PROCESS & TRUST DEED NON-JUDICIAL FORECLOSURE PROCESS



| MORTGAGE JUDICIAL FORECLOSURE | TRUST DEED NON-JUDICIAL FORECLOSURE |
|---|---|
| Borrower Defaults | Borrower Defaults |
| File Complaint (Initiate Lawsuit) | Beneficiary authorizes Trustee to proceed with Foreclosure |
| Record Lis Pendens | Record Notice of Default |
| Court Hearing Date set for Sale | Period of Equitable Redemption Trustor can reinstate |
| Advertise the Sale | Advertise the Sale |
| Sell to highest bidder. Buyer pays cash at sale. | Sell to highest bidder. Buyer pays cash at sale. |
| Buyer receives Certificate of Sale | Trustee conveys Trustee's Deed to Buyer |
| Period of Statutory Redemption (Right of Redemption) | Deficiency Judgment Unlikely |
| Sheriff's Deed Conveyed to Buyer. Evict Mortgagor | |
| Possible Deficiency Judgment | |

**TU-MAKAEFF1262**

Ex. 16 - 4713



# TRUMP
U N I V E R S I T Y

## COMPARABLE RESEARCH FORM

Date: _____

Address of Subject Property: _____

_____

|  | Subject Properties Address | Comp #1 | Comp#2 | Comp#3 |
|---|---|---|---|---|
| Date Sold: | _____ | _____ | _____ | _____ |
| Square Footage: | _____ | _____ | _____ | _____ |
| Selling Price: | _____ | _____ | _____ | _____ |
| Weeks On Market: | _____ | _____ | _____ | _____ |
| # Of Bedrooms: | _____ | _____ | _____ | _____ |
| # Of Baths: | _____ | _____ | _____ | _____ |
| Other: | _____ | _____ | _____ | _____ |

Comments: _____

_____

_____

_____

_____

**TU-MAKAEFF1263**
Ex. 16 - 4714



# TRUMP
UNIVERSITY

## ALL CASH OFFER (ACO)

Date: _____

Property Address: _____     City: _____

...............................................................................................

1. **After Repaired Value** (Sales price after fix up)          $_____
2. **Repair Expense** (From Property Inspection Sheet)          $_____
3. **Acquisition Expense** (1% of repaired value)               $_____
4. **Holding Expense** (2% of repaired value)                   $_____
5. **Hedge Expense** (2% of repaired value)                     $_____
6. **Closing Costs** (2% of repaired value)                     $_____
7. **Advertising Costs** (.5% of repaired value)                $_____
8. **Realtor Commission** (6% of asking price)                  $_____
9. **Payments for six months**                                  $_____

**MAXIMUM OFFER BEFORE PROFIT**                                 $_____

10. Assignment Fee ($5,000+++)                                  $_____
11. Retailer's Profit (15% of Repaired Value)                   $_____

**ALL CASH OFFER**                                              $_____
Offer no more than 65% of repaired value.

                                        **1st Offer**  $_____
                                        **2nd Offer**  $_____

⇨ Always keep your retailer in mind.

⇨ Add back in 6% if there isn't a Realtor involved.

⇨ Always stay in touch with the retailer to keep him/her interested.

**TU-MAKAEFF1264**

Ex. 16 - 4715



# TRUMP
UNIVERSITY

## RESIDENTIAL VS. COMMERCIAL LENDERS

Part of doing business on the commercial level is having a complete understanding of the terms and language of commercial lending. This understanding will enable you to analyze, negotiate, and speak intelligently with commercial brokers and lenders.

### RESIDENTIAL

- Lenders analyze you first and the building second.

- Your ability to pay the mortgage is in question.

- There are a limited number of properties that you can purchase.

- You are buying a building.

- Lenders, in most cases, want to know where your down payment came from.

- Sellers, brokers, and lenders are not as open to creative financing.

- Financials are figured on a monthly basis.

- Records and financials are not professionally recorded.

- Smaller loans typically fit under regulatory guidelines and banks will not compete for your business.

- Property value is based primarily on comparable property that has sold in the area.

- Raising the income to the property will not drastically affect the property value.

- Vacancies are difficult to cover and will drastically affect cashflow.

- Properties will appreciate at the rate of other properties in the area.

- Management companies will not be set up to manage your property.

- Because of the management issue location may be an issue.

### COMMERCIAL

- Lenders analyze the building first and you second.

- The building is expected to pay for the mortgage.

- There are an unlimited number of properties that you can purchase.

- You are buying a business.

- Lenders do not care where the down payment comes from, they are more concerned about LTV.

- Sellers, brokers, and lenders are familiar with creative financing.

- Financials are figured on a yearly basis.

- Records and financials are expected to be recorded professionally and to be accurate.

- Larger loans may be kept "in house" and banks can be more creative and will compete for your business.

- Property value is based on income, replacement cost, and comparable properties.

- By increasing the property's income you can drastically increase the value of the property.

- Vacancies are part of doing business and the property will still cashflow.

- Commercial property will appreciate with the area, but will be more driven by the income of the property.

- Management companies will compete for your business.

- With a professional management company you can purchase anywhere.

**TU-MAKAEFF1265**

Ex. 16 - 4716



# TRUMP
UNIVERSITY

## STATE BY STATE FORECLOSURE REFERENCE GUIDE

| State | Security Instrument | Foreclosure Type | Initial Step | # of Months | Redemption | Deficiency |
|---|---|---|---|---|---|---|
| Alabama | Mortgage | Nonjudicial | Publication | 1 | 12 months | Allowed |
| Alaska | Trust Deed | Nonjudicial | Notice of Default | 3 | None | Allowed |
| Arizona | Trust Deed | Nonjudicial | Notice of Sale | 3 | None | Allowed |
| Arkansas | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| California | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Prohibited |
| Colorado | Trust Deed | Nonjudicial | Notice of Default | 2 | 75 days | Allowed |
| Connecticut | Mortgage | Strict | Complaint | 5 | None | Allowed |
| Delaware | Mortgage | Judicial | Complaint | 3 | None | Allowed |
| Dist. of Col. | Trust Deed | Nonjudicial | Notice of Default | 2 | None | Allowed |
| Florida | Mortgage | Judicial | Complaint | 5 | None | Allowed |
| Georgia | Security Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Hawaii | Mortgage | Nonjudicial | Publication | 3 | None | Allowed |
| Idaho | Trust Deed | Nonjudicial | Notice of Default | 5 | None | Allowed |
| Illinois | Mortgage | Judicial | Complaint | 7 | None | Allowed |
| Indiana | Mortgage | Judicial | Complaint | 5 | 3 months | Allowed |
| Iowa | Mortgage | Judicial | Petition | 5 | 6 months | Allowed |
| Kansas | Mortgage | Judicial | Complaint | 4 | 6-12 months | Allowed |
| Kentucky | Mortgage | Judicial | Complaint | 6 | None | Allowed |
| Louisiana | Mortgage | Exec.Process | Petition | 2 | None | Allowed |
| Maine | Mortgage | Judicial | Complaint | 6 | None | Allowed |
| Maryland | Trust Deed | Nonjudicial | Notice | 2 | None | Allowed |
| Massachusetts | Mortgage | Judicial | Complaint | 3 | None | Allowed |
| Michigan | Mortgage | Nonjudicial | Publication | 2 | 6 months | Allowed |
| Minnesota | Mortgage | Nonjudicial | Publication | 2 | 6 months | Prohibited |
| Mississippi | Trust Deed | Nonjudicial | Publication | 2 | None | Prohibited |
| Missouri | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Montana | Trust Deed | Nonjudicial | Notice | 5 | None | Prohibited |
| Nebraska | Mortgage | Judicial | Petition | 5 | None | Allowed |
| Nevada | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Allowed |
| New Hampshire | Mortgage | Nonjudicial | Notice of Sale | 2 | None | Allowed |
| New Jersey | Mortgage | Judicial | Complaint | 3 | 10 Days | Allowed |
| New Mexico | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| New York | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| North Carolina | Trust Deed | Nonjudicial | Notice Hearing | 2 | None | Allowed |
| North Dakota | Mortgage | Judicial | Complaint | 3 | 60 days | Prohibited |
| Ohio | Mortgage | Judicial | Complaint | 5 | None | Allowed |
| Oklahoma | Mortgage | Judicial | Complaint | 4 | None | Allowed |
| Oregon | Trust Deed | Nonjudicial | Notice of Default | 5 | None | Allowed |
| Pennsylvania | Mortgage | Judicial | Complaint | 3 | None | Allowed |
| Rhode Island | Mortgage | Nonjudicial | Publication | 2 | None | Allowed |
| South Carolina | Mortgage | Judicial | Complaint | 6 | None | Allowed |
| South Dakota | Mortgage | Judicial | Complaint | 3 | 180 days | Allowed |
| Tennessee | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Texas | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Utah | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Allowed |
| Vermont | Mortgage | Judicial | Complaint | 7 | None | Allowed |
| Virginia | Trust Deed | Nonjudicial | Publication | 2 | None | Allowed |
| Washington | Trust Deed | Nonjudicial | Notice of Default | 4 | None | Allowed |
| West Virginia | Trust Deed | Nonjudicial | Publication | 2 | None | Prohibited |
| Wisconsin | Mortgage | Judicial | Complaint | Varies | None | Allowed |
| Wyoming | Mortgage | Nonjudicial | Publication | 2 | 3 months | Allowed |

NOTE: LAWS CHANGE CONSTANTLY. CHECK WITH YOUR LOCAL LAW LIBRARY FOR THE MOST UP-TO-DATE INFORMATION REGARDING FORECLOSURE PROCEDURES IN YOUR AREA.

**TU-MAKAEFF1266**

Ex. 16 - 4717

# AGREEMENT FOR PURCHASE AND SALE OF RESIDENTIAL REAL ESTATE

*Please complete all blanks. If the information requested is not applicable to your situation, insert "N/A." Forms do not always address all of the issues needed in a sales contract. If you have any questions about how to complete this form or about whether it fits your needs, please consult your attorney.*

This agreement is effective as of the latest date it is signed by the following parties:

"Buyer" _____
Buyer's Address _____
Buyer's Phone Numbers _____

"Seller" _____
Seller's Address _____
Seller's Phone Numbers _____
This contract relates to the following "Property":
Address _____
County _____ Lot ____ Block ____ Unit ____ Subdivision _____ Seller's Deed is recorded in Book _____, Page _____. In addition to the dwelling on the Property, this contract includes all fixtures and the following: [strike out any that do not apply] Refrigerator; Stove; Dishwasher; Trash Compactor; Attached Light Fixtures; Mailbox; Outside Storage Buildings; Drapes, Curtains, Window Blinds, and Hardware; Fireplace Screen; Landscaping; Outside Basketball Goals and other Attached Playground Equipment. [If items on the Property might be misunderstood to be included when they are NOT included, list them here:]
_____

Until all parties sign this agreement, this is an offer. If *any* part of it is changed, the offer is void and the change becomes a counter-offer. After all parties sign this agreement, this is a contract for the Buyer to purchase and the Seller to sell the Property on these terms.

In consideration of $1.00 and other good and valuable consideration, the receipt and legal sufficiency of which is acknowledged, the parties agree as follows:

.

**1. Deposit.** Buyer has deposited with Seller an earnest money "Deposit" in the amount of $ _____. The Deposit shall be applied to the Price at Closing and shall be held in escrow until Closing by: **[check one]**

____ an escrow agent, who shall hold the money for both parties in a non-interest bearing account until Closing. If either party declines to close, the escrow agent shall hold the Deposit until interpleading it into a court of competent jurisdiction or receiving written authorization from both parties to release it. The escrow agent is _____ Address:
_____

____ Seller, who shall hold the money in a bank account that, is not co-mingled with Seller's funds. If the account bears interest, the interest earned shall be divided equally between the Buyer and Seller.

**2. Price.** Buyer will pay Seller a "Price" of $_____ for the Property; this Price (less the Deposit, plus closing costs, insurance premiums, and prorations) shall be paid **[check one]**

____ in cash at Closing (or)
____ according to the terms of the attached "Owner Financing Addendum" (or)
____ according to the terms of the attached "Loan Assumption Addendum" (or)
____ according to the terms of the attached "New Loan Addendum."

**3. Appraisal.**

**A. Buyers Appraisal.** If Buyer obtains an appraisal of the Property and the appraised value is less than the Price, Buyer may (at Buyers option) cancel this contract.

**B. Arbitration.** If Buyer cancels this contract under subparagraph A, Seller may obtain an appraisal at Seller's expense. If Seller's appraisal indicates that the appraised value at least equals the Price, Buyer may rescind cancellation of this contract or confirm cancellation. If Buyer confirms cancellation , Buyer's appraiser and Seller's appraiser shall choose a third appraiser as "Arbitrator", who shall determine the final value of the Property. If the Arbitrator's valuation at least equals the Price, Buyer shall pay the Arbitrator's fee and shall proceed with Closing. If the Arbitrator's valuation is less than the Price, Buyer may confirm cancellation of the contract; and Seller shall pay the Arbitrator's fee and refund the Deposit.

**C. Lender's Appraisal.** If the appraisal made under subparagraph A is made by Buyer's lender under an attached "New Loan Addendum," then the provisions of subparagraph B above shall apply only with the lender's consent.

1

TU-MAKAEFF1267

Ex. 16 - 4718

4. **Closing.** At "Closing" Buyer shall pay the Price, and Seller shall deliver to Buyer a deed. Closing shall be at a time and place chosen by Buyer on _____, 20____. If the parties decide on a different date, they shall agree to the new date by amending this contract in writing.

5. **Possession.** Buyer shall receive possession of the Property [check one]

____ at closing (or)
____ at Noon on _____, 20____ (or)
____ under the terms of attached "Occupancy Agreement for Sellers Occupying After Closing" (or)
____ under the terms of attached "Occupancy Agreement for Buyers Occupying Before Closing.

6. **Costs.** Buyer shall pay recording fees and recording taxes for the deed and any loan documents to be recorded and one-half of any closing fee. Seller shall pay one-half of the closing fees. Buyer shall pay for any title examination, title insurance, survey, appraisal, or inspections Buyer may desire.

7 **Prorations.** Taxes and any homeowner association fees shall be prorated as of Closing.

8. **Termite Inspection.** Seller shall provide Buyer with a written report by a licensed exterminator certifying that the Property is not actively infested with termites or wood-destroying fungus and that the Property has suffered no damage from any previously treated infestation. Seller shall pay for this inspection report. If the report shows active infestation and/or damage, Seller shall pay to treat the Property and repair any damage up to a cost of $_____ ("Maximum Cost"); if the cost of treatment and repair exceeds the Maximum Cost, Seller may choose to cancel this contract and return the Deposit or may choose to pay the additional cost; if Seller chooses to cancel this contract because costs exceed the Maximum Cost, Buyer may elect to waive treatment and repair and may require Seller to proceed with Closing, in which case, Seller shall pay to Buyer the Maximum Cost.

9. **Condition of the Property.**

   A. **"As is" Condition.** Buyer accepts the Property in "as is" condition. Seller makes no warranties about the condition of the Property other than that it will be in the same condition at Closing that it is in when this agreement is signed, normal wear and tear excepted.

   B. **Specific Conditions.** If the parties wish to identify specific conditions that are acceptable to Buyer but that might be misinterpreted later as conditions that were damaged after this contract was signed, the parties may attach a separate list of these conditions.

   C. **Warranties.** Buyer understands that Seller is not warranting the condition of the Property and that Buyer may obtain a home warranty through a private warranty company.
   ____ Buyer shall obtain a warranty at Buyer's expense (or)
   ____ Buyer shall obtain a warranty at Seller's expense (or)
   ____ Buyer shall not obtain a warranty.

   If Buyer is obtaining a warranty, the warranty company is _____

   D. **Condition Disclosure Statement.**

   ____ Seller has provided to Buyer a Property Condition Disclosure Statement, as required by the Tennessee Residential Property Condition Disclosure Ace (or)
   ____ Seller has NOT provided to Buyer a Property Condition Disclosure Statement, as required by Tennessee Residential Property Condition Disclosure Act, this statement is not required Because
   _____

   E. **Repairs.** If the condition of the Property deteriorates before Closing beyond normal wear and tear, Seller shall repair it before Closing unless the repairs would cost more than $_____ ("Permitted Cost"); if the cost of repair exceeds the Permitted Cost, Seller may choose to cancel this contract and return the Earnest Money or may choose to pay the costs above the Permitted Cost; if Seller chooses to cancel this contract because costs exceed the Permitted Cost, Buyer may elect to waive repair and may require Seller to proceed with Closing, in which case, Seller shall pay to Buyer the Permitted Cost.

   F. **Final Inspection.** Buyer may conduct an inspection of the Property within 24 hours prior to Closing to verify that its condition satisfies the requirements of this contract.

   G. **Preliminary Inspection.** Buyer may (at Buyer's expense) obtain an inspection of the Property by a third party, such as an engineer or home inspection service ("Inspector"), under the following terms:
   (1) Buyer shall obtain this report within ten days after the effective date of this contract. If Buyer fails to obtain this report within that time, Buyer waives any right to object to the condition of the Property based on any inspection (other than the final inspection permitted under subparagraph F above).
   (2) A "Defect" is a condition in the Property that the Inspector's written report discloses (in the inspector's opinion)
       (a) Makes the Property unsafe or
       (b) Would not be acceptable to a reasonable buyer (considering the age and condition of the Property that would have been obvious to a reasonable buyer prior to the inspection) or

2

**TU-MAKAEFF1268**

Ex. 16 - 4719

    (c) Is likely to result in a defect that would probably cost Buyer more than $_____ to repair within one year after Closing ("Seller's Repair Cost").

 (3) If the inspector's written report discloses a Defect and if Buyer submits the entire report to Seller, Seller has a duty to repair the Defect if the repair may be made for no more than the Seller's Permitted Cost defined in subparagraph E above.

 (4) If the costs to repair the Defect exceeds the Seller's Repair Cost, Seller shall notify Buyer in writing within 72 hours after receiving the inspector' report that Seller will either

    (a) Repair the Defect at Seller's entire expense (or) (b) Permit Buyer (at Buyer's option) to cancel this contract.

 (5) If Seller gives Buyer the option to cancel, Buyer cancel in writing within 48 hours after receiving the notice from Seller. If Buyer fails to cancel on time, Buyer waives the right to cancel and agrees to accept the Property with the unrepaired Defect.

**10. Title.** Seller shall provide Buyer with a copy of any title insurance policy or title opinion on the Property as soon as reasonably possible after the effective date of this contract. At Closing, Seller shall deliver to Buyer a general warranty deed conveying marketable title, subject only to property taxes that are not yet due, utility and drainage easements that do not interfere with the improvements on the Property, restrictive covenants containing no forfeiture clause, and "Permitted Encumbrances," which are encumbrances that Buyer accepts and which are listed on an attachment to this contract. If Buyer's title examination reveals any other encumbrances, Buyer may cancel this agreement If Seller has not eliminated the other encumbrances before Closing. Seller shall provide Buyer and Buyer's lender (if any) and any title insurer with an indemnification against mechanic's liens or encumbrances not listed above; however, providing this indemnification does not compel Buyer to accept an otherwise unacceptable title.

____ Check here If a list of Permitted Encumbrances is attached.

**11. Commission.** There is no real estate agent or other broker involved in this transaction, and no commission is to be paid unless specified herein: _____

**12. Cancellation.** In addition to any other provisions of this contract regarding cancellation,

 **A By Seller.**

  (1) **Retain Deposit.** Seller may cancel this contract and retain the Deposit if

   (a) Buyer pays the Deposit by a check that cannot be cashed or

   (b) Buyer fails to perform some other duty under this contract.

  (2) **Return Deposit.** Seller may cancel this contract if Seller is unable to deliver good title to the Property, in which case Seller shall refund the Deposit to Buyer.

 **B. By Buyer.** Buyer may cancel this agreement (in which case Seller shall refund the Deposit to Buyer) if

  (1) Seller is unable to deliver good title to the Property or

  (2) The improvements on the Property are destroyed before Closing or

  (3) Seller fails to perform some other duty under this contract or

  (4) This contract gives Buyer the right to cancel under another provision.

**13. Damages.** If either party violates this contract, the non-breaching party is entitled to pursue all remedies allowed by law, including without limitation, specific performance. If Seller wrongfully fails to close, Seller shall return the Deposit; and if Buyer wrongfully fails to close, Seller may retain the Deposit. However, the Deposit is not intended to represent liquidated damages; and neither returning nor forfeiting the Deposit shall be construed as a settlement of disputes under this contract unless the parties sign a written agreement to that effect.

**14. Contingencies.** This contract may contain contingencies permitting the "Benefited Party" to cancel the contract if a condition is not met. For example, if the New Loan Addendum is attached, Buyer is the Benefited Party who may cancel the contract if the loan is not approved. The following addenda are attached and impose additional contingencies:

 [check all applicable provisions]

  (___ Sale of Buyer's Home

  (___ Relocation

  (___ Other _____

If Buyer is the Benefited Party under a contingency, Seller may continue to market the Property for sale to other parties until the contingency is removed by Buyer in writing, If Seller desires to accept a bona fide offer from a third party to purchase the Property under the same terms contained in this contract except that the third party's offer omits the contingency, Seller shall provide Buyer with a copy of the third party's offer. Buyer may (in Buyer's sole discretion) remove the contingency from this contract in writing, in which case Seller shall reject the third party's offer. If Seller reasonably believes that Buyer will not be able to perform at Closing if the canceled contingency is not met, Seller may demand that Buyer produce evidence showing that Buyer is able to perform at Closing.

**15. Miscellaneous.** Time is of the essence in this agreement. Any paragraph titles or captions in this agreement are for convenience only and are not part of the agreement itself. This agreement contains the entire understanding among the parties, and there are no prior or contemporaneous written or oral agreements pertaining to the subject matter. This agreement will be governed by and construed under the laws of the state of Tennessee. If any provision of this agreement is held invalid, the other

3

**TU-MAKAEFF1269**

Ex. 16 - 4720

provisions are unaffected and remain valid as if the invalid portion were not a part of the agreement. This agreement is binding on and benefits the parties and their heirs, successors, and assigns. This agreement may be amended only by the affirmative written consent of all of parties. This agreement may not be assigned without the non-assigning party's written consent. Singular references include plural where appropriate. This agreement is binding on the parties and their successors and assigns. If any provision must be performed after Closing, that part of this agreement survives Closing. If any party resorts to litigation to enforce this agreement, the losing party shall pay the attorney fees of the prevailing party. The party demanding satisfaction of a contingency under this agreement shall (upon request) execute a release when that contingency is satisfied in full.

Date of Offer: _____   Date of Acceptance: _____
Time of Offer: ____ : ____ ____.m. Time of Acceptance: _____ : ___ ____.m.

<br>

Buyer _____     Seller _____

<br>

Buyer _____     Seller _____

## ADDITIONAL CONTINGENCIES

This addendum is attached to the contract between
Seller _____
Buyer _____
regarding the Property located at _____
A provision Is made a part of this addendum ONLY IF all parties Initial the margin nearest the included provision.
Initial Here 1
_____ Sale of Buyer's Home. Buyer may cancel this contract if Buyer is unable to enter into a contract to sell Buyer's home located at _____,
which Buyer shall make a good-faith effort to sell. This contingency is satisfied (and Buyer may no longer cancel this contract) as soon as a Buyer accepts a written offer to purchase Buyer's home, regardless of whether that sale is actually closed. If Buyer has not accepted an offer or otherwise waived this contingency by _____,
20____, Seller may (at Seller's option) terminate this contract and refund the Deposit.
_____ Relocation. Buyer is a resident of _____ and has executed this contract in anticipation of relocating. Buyer may cancel this contract (and Seller shall refund the Deposit) if Buyer's anticipated relocation is terminated. However, Buyer shall forfeit the Deposit and be liable to Seller for damages if Buyer cancels this contract (A) because Buyer voluntarily decided not to relocate or (B) if Buyer negotiates or takes other steps before Closing to arrange to (1) reside or (2) obtain Buyer's primary income from a source within a _____-mile radius of the Property.
_____ Back-Up Contract. This is a "back-up contract," which means that Seller has agreed to Seller the Property to a third party. If the third party's agreement is terminated before _____, 20____, this contract shall become effective; and both Buyer and Seller shall be obligated to perform all terms of this contract upon Seller's written notice to Buyer by 12:01 p.m. on that date. If the third party's agreement is not terminated before that date, Seller shall refund Buyer's Deposit by 12:01 p.m. on that date; and this contract shall be canceled.
If the third party's agreement is terminated after that date but before the date set for Closing in this contract, Seller shall (within 24 hours after the termination) notify Buyer in writing of the termination; Buyer may (at Buyer's option) ratify this contract within 72 hours after receipt of Seller's notice by giving Seller (1) notice of ratification and (2) another Deposit in the same amount. If Buyer ratifies this contract, both Buyer and Seller shall be obligated to perform all terms of this contract. If Buyer does not ratify this contract, Seller shall be released of any obligation to Buyer.

<br>

Buyer _____     Seller _____

<br>

Buyer _____     Seller _____

4

TU-MAKAEFF1270

Ex. 16 - 4721

## NEW LOAN ADDENDUM

This Addendum is made a part of the contract between
Buyer _____
Seller _____
regarding Property located at _____
**New Loan.** This contract is continent upon Buyer obtaining a "Loan" in at least the amount of $_____ at an interest rate not
exceeding _____ % per annum over a term not to exceed _____ months, with total points and origination fees payable by Buyer not
to exceed $_____ and total points payable by Seller not to exceed $_____
**Application.** If Buyer is unable to obtain a commitment for the Loan after application to at least three lenders, Buyer may terminate this
contract, and Seller shall return the Deposit.
**Commitment Letter.** Buyer shall provide to Seller a written loan commitment from Buyer's lender immediately upon receiving a
commitment. If Buyer does not provide this commitment within days after the execution of this contract, Seller may terminate this
contract and refund the Deposit.
**Costs to Seller.** If discount points chargeable to Seller above exceed the designated amount and Buyer cannot or will not pay the
additional amount, Seller may cancel this contract and refund the Deposit. Seller shall also pay all loan fees (other than discount points
or origination fees) that the lender will not permit to be paid by Buyer. However, if these fees exceed $_____, and Buyer cannot or will
not pay the additional amount, Seller may terminate this agreement and refund the Deposit.
**Costs to Buyer.** Buyer shall pay all costs associated with the loan not paid by Seller, as described above.
**Cooperation.** All parties shall cooperate in a timely manner with Buyer's lender in all requests made in the ordinary course of the
lender's business.
**Inspections.** Seller shall provide access to the Property to Buyer's lender and its designees for any purpose connected with approving
or processing Buyer's loan.

_____          _____
Buyer                                      Seller

_____          _____
Buyer                                      Seller


## OWNER FINANCING ADDENDUM

This Addendum is made a part of the attached contract between the following parties
Buyer _____
Seller _____
regarding Property located at _____.
Buyer shall pay a portion of the Price by executing a "Note" to and "Trust Deed" for the benefit of Seller under the following terms:
Loan Amount $_____ Interest Rate _____%; 1st Payment Date _____, 20 ___;
Term of Loan _____ Years; Payment $_____ Per (Circle) Month / Quarter / Year
Late Charge _____% Due After _____ Days;
**The following terms SHALL apply unless all parties delete a paragraph by striking through it and initialing beside
it.**
**No Assumption.** The Trust Deed shall contain a "due on sale" clause permitting acceleration of maturity of the Note upon
Buyer's conveyance of any interest in the Property, except upon the death or change in marital status of Buyer.
**Marital Status.** If Buyer is married, Buyer's spouse must sign the Trust Deed. If Buyer's spouse has not signed and given to
Seller the following statement within five days from the date of this contract, Seller may cancel this contract and refund the Deposit: "In
consideration of $1.00 and other good and valuable consideration, the receipt and legal sufficiency of which is acknowledged, I
acknowledge that I am the spouse of the Buyer in this agreement, and I agree to sign the Trust Deed described in my spouse's contract
to buy Property located at _____ free of any marital interest I may have in the
Property." Signed: _____
**Credit Report.** Buyer shall furnish to Seller evidence of Buyer's creditworthiness. A photocopy of this contract is sufficient to
authorize any creditor or credit bureau to furnish credit information to Seller. If Seller (in Seller's sole discretion) determines that Buyer
is not creditworthy, Seller may cancel this contract and return the Deposit.
**Prepayment Penalty.** The note shall permit prepayment of all or any portion of the Note without penalty.
**Redemption.** The Trust Deed shall provide for waiver of the statutory right of redemption.
**The following terms apply ONLY if checked and Initialed by all parties.**
_____ **Balloon Payment.** A balloon payment of all unpaid principal is due on _____, 20 ___
_____ **Amortization.** Installment payments shall be amortized over _____ months
_____ **Interest Only.** Installment payments represent interest only.

5

TU-MAKAEFF1271

Ex. 16 - 4722

_____ **Escrow Taxes and Insurance.** Along with each payment under the Note, Buyer shall deposit in an escrow account to be held by Seller 1/12 of annual property taxes and insurance premiums. Buyer shall also fund this escrow account at closing with an amount sufficient to pay the annual taxes and insurance premium when next due, less the amounts to be paid monthly before the due dates. This escrow account shall not bear interest.

_____ **Sale of Mortgage.** This contract is contingent until _____ 20__, upon Seller obtaining a third party's written commitment to purchase the Trust Deed for no less than $ _____

_____ **Liens Against Buyer.** Buyer shall furnish to Seller (at Buyer's expense) a written opinion from an attorney or title examiner of Seller's choosing that there are no liens or lawsuits pending against Buyer. If liens and/or lawsuits are pending and (in the sole opinion of Seller's attorney) the liens and/or lawsuits would affect the first priority of the Trust Deed, Seller may terminate this contract and return the Deposit.

_____ **Partial Releases.** Buyer shall subdivide the Property into no fewer than ___ lots, all of which shall have road frontage. The Trust Deed shall require Seller to execute partial releases of the Trust Deed as to any lot requested by Buyer upon payment to Seller of $_____ per lot released. Buyer shall pay the costs of preparing and recording partial releases.

_____ **Subordination.** Upon Buyer's request, Seller shall execute an agreement subordinating the lien of the Trust Deed to a deed of trust to be executed by Buyer in favor of Buyer's construction lender. Buyer shall pay the costs of preparing and recording this agreement.

_____ **Evidence of Payment.** Buyer shall provide Seller with written evidence of payment of any superior mortgage within thirty days after payment of each installment of that mortgage. Evidence may be in the form of copies of canceled checks or a statement from the holder of the superior mortgage. In lieu of providing this notice, Buyer may choose to make payment directly to Seller (by cash or check payable to Seller), in which case Seller shall make the superior mortgage payment on Buyer's behalf.

_____ **First Mortgage Default.** Seller may cure any default by Buyer of any superior mortgage. Buyer shall reimburse Seller for any funds paid to Seller to cure defaults within five days after notice from Seller that an advance was made; and the amount advanced shall bear interest from the date of the advance at the same rate as the Note and shall be secured by the Trust Deed. A default under the superior mortgage shall be a default under the Trust Deed.

| | |
|---|---|
| _____ | _____ |
| **Buyer** | **Seller** |
| | |
| _____ | _____ |
| **Buyer** | **Seller** |

## LOAN ASSUMPTION ADDENDUM

This Addendum is made a part of the attached contract dated _____ , 20___ , between
Buyer _____
Seller _____
regarding Property located at _____
Buyer shall pay a portion of the Price by assuming a note secured by a deed of trust on the Property under these terms:
**"Loan."** The Property is encumbered by a deed of trust securing a note to _____ ("Lender"). This note bears interest at the rate of _____ % per annum, maturing on _____, with an approximate principal balance of $_____.

**Assumablilty.** The parties shall cooperate in determining (as soon as possible) whether the Lender shall permit Buyer to assume the Loan. If the Lender does not permit Buyer to assume the Loan, Buyer has the option of (1) canceling this contract or (2) purchasing the Property for cash. If Buyer cancels the contract, Buyer shall pay all costs associated with the Lender's evaluation of Buyer's assumption of the Loan; and Seller shall refund the Deposit. If Buyer purchases the Property for cash, all terms of this contract remain in effect except for this addendum; and Buyer shall pay all costs associated with Lender's evaluation of Buyer's assumption of the Loan.

**Payment of Price.**
(1) The Price of $_____ is [circle one] (approximate) (exact).
(2) Buyer shall pay $_____ [circle one] (approximately) (exactly) in cash at Closing.
The Deposit is a part of this amount. [ Note: If item (1) is "approximate," item (2) must be "exact"; if item (1) is "exact," item (2) must be "approximate."]

**Prorations.** Principal and interest shall be prorated between the parties.

**Escrow Account.** Buyer shall pay Seller the amount held by Lender in escrow for the payment of taxes and insurance.

**Assumption Fee.** Buyer shall pay all fees required by Lender to assume the loan.

**Delinquencies.** Seller shall pay all charges required by Lender that became payable (whether or not they were billed) prior to Closing (including without limitation, delinquent installment payments or late charges).

**Documents.** Buyer shall execute all documents required by Lender to assume the loan. Flood Insurance.
___ Is Required or
___ Is **Not** Required.

6

**TU-MAKAEFF1272**

Ex. 16 - 4723

**Insurance Policies.**
___ Buyer may assume Seller's existing hazard and flood insurance (if any) policy issued by _____ If that company consents to assumption. The premium shall be prorated between the parties.
___ Buyer may not assume Seller's existing hazard and flood insurance (if any) policy, which will be canceled at Closing. Any unearned premiums shall be returned to Seller. Buyer shall provide any insurance policies required by Lender at Closing.
**Mortgage Insurance.**
___ Mortgage insurance is not required by Lender.
___ Buyer shall pay any mortgage Insurance premium required by Lender.
____ The EHA mortgage insurance premium (or VA funding fee) for this loan has been paid in full Seller releases all claims to any portion of any refund of this premium that may later be made.
____ The FHA mortgage insurance premium for this loan has been paid in full. In the event that Buyer (or any party acquiring an interest in the Property from Buyer, except for bona fide purchasers without notice of this provision) receives a refund of a portion of this premium, Buyer shall immediately pay to Seller an amount computed as follows: Divide the total refund by the number of months elapsed between the time the premium was paid and the time the refund was payable; multiply this number by the number of months that Seller owned the property.
**Continuing Liability.**
____ If permitted by the Lender, Seller shall be relieved of all liability for the loan. If Lender requires the payment of additional fees or the execution of additional documents to relieve Seller of liability, Buyer shall pay these fees and execute these documents (including without limitation providing any information requested to qualify Buyer to assume the loan).
____ Buyer shall not be required to pay any fee or execute any documents required by Lender solely to relieve Seller of continuing liability for the loan. However, Buyer agrees to indemnify and hold Seller harmless for any loss or expenses (Including a reasonable attorney fee) incurred as a result of the failure of Buyer (or any subsequent assuming party) to pay the loan.

| | |
|---|---|
| **Buyer** _____ | **Seller** _____ |
| **Buyer** _____ | **Seller** _____ |

.

# LEAD-BASED PAINT HAZARDS

This Addendum is made a part of the contract between
Buyer _____
Seller _____
regarding Property located at _____
The dwelling on the Property was build before 1978. Consequently, federal law requires the following terms be included in this contract:
**1 Information.** Buyer acknowledges receiving all lead hazard information required to be furnished to Buyer.
**2. Inspection.** Buyer (or Buyer's agent) may conduct a risk assessment or inspection of the Property for the presence of leadbased paint hazards ( the "Inspection") within ___ days from the date of this contract.
**3. Rescission Period.** If the Inspection reveals the presence of a lead-based paint hazard within the deadline for the Inspection set forth in paragraph 2, Buyer may cancel this contract; and Seller shall refund the Deposit.
**4. Lead Warning Statement.** Buyer acknowledges reading and understanding the following statement;
"Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the sellers possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase."

| | |
|---|---|
| **Buyer** _____ | **Seller** _____ |
| **Buyer** _____ | **Seller** _____ |

.

7

**TU-MAKAEFF1273**

Ex. 16 - 4724

# ADDENDUM A TO SALES AGREEMENT

Dated: _____

The offer to purchase the real property commonly known as:

_____

Made by: _____   Dated: _____

The undersigned purchaser and seller agree to the following:

The herein agreement upon its execution by both parties is herewith made an integral part of the above mentioned agreement of sale.

_____         _____
Witness                                                              Seller

_____         _____
Witness                                                              Seller

_____         _____
Witness                                                              Purchaser

_____         _____
Witness                                                              Purchaser

**TU-MAKAEFF1274**

Ex. 16 - 4725

# ADDENDUM A TO PURCHASE AND SALES AGREEMENT/CONTRACT

This document serves as an addendum to the Purchase and Sale Agreement for the property located at:

_____

1. Conflict Resolution: If there is a conflict between the terms and provisions of the Purchase Agreement and this Addendum, the terms and provisions of this Addendum shall govern the Property.

2. Exclusive Dealing: During the term of the Purchase Agreement, neither Seller nor its affiliate(s) shall (i) solicit or encourage, directly or indirectly, submission of any inquiry, proposal or offer related to the sale or acquisition of the Property, or (ii) entertain any offer to purchase the Property.

3. Earnest Money Deposit: No later than seven (7) days after the date the Purchase Agreement is executed by the Seller, Buyer shall deposit an earnest money deposit of _____ Dollars and _____ /100 ($ _____) with an escrow agent selected by Buyer, in Buyer's sole discretion (the "Escrow Agent"). In the event the transaction is not consummated for any reason, the earnest money deposit shall be returned to Buyer, without deduction, no later than forty-eight (48) hours after Escrow Agent's receipt of notice from Buyer that the Purchase Agreement has terminated or expired, and/or the transaction will not be consummated.

4. Appraisal Contingency: The obligation of Buyer to consummate the transaction contemplated hereby is expressly subject to the Property appraising for an amount equal to, or in excess of, the Purchase Price. Seller shall cooperate with, and provide reasonable assistance to, Buyer in making the Property available for such appraisal.

5. Mortgage Contingency: The obligation of Buyer to consummate the transaction contemplated hereby is expressly contingent upon Buyer being able to secure and close financing on terms and conditions acceptable to Buyer, in Buyer's sole, exclusive, and unfettered discretion.

6. Inspection Contingency: In the event that Buyer's inspection reveals deficiencies in the Property which Buyer, in its sole and unfettered discretion, is unwilling to accept, then Buyer shall have the right to terminate the Purchase Agreement by providing notice to Seller within the time period specified in the Purchase Agreement. This condition is for the benefit of Buyer and may be waived by Buyer in its sole discretion.

_____   _____   _____   _____
Seller's Initials                              Date                    Buyer's Initials                              Date

**TU-MAKAEFF1275**

Ex. 16 - 4726

7.  Seller Warranty: Seller hereby represents and warrants to Buyer, and shall certify to the Buyer, as of the Closing Date, that Seller has full authority to enter into and perform the Purchase Agreement in accordance with its terms and conditions, without breaching or defaulting on any obligation or commitment that Seller has to any partners or third parties.

8.  Personal Property: In partial consideration for the Purchase Price to be paid Seller by Buyer, the following personal property, owned by seller, shall be transferred to Buyer at the Closing: all existing

    _____

    The personal property shall be transferred to Buyer by a bill of sale. Seller shall prepare and deliver an inventory of the personal property to Buyer within 20 days of the date on which both Seller and Buyer execute the Purchase Agreement.

9.  Risk of Loss: Seller retains the risk of loss to the Property by fire, windstorm, or other casualty from the date on which both Seller and Buyer execute the Purchase Agreement, until the Property is conveyed to Buyer at Closing.

10. Due Diligence Data: Seller shall provide Buyer and its advisors copies of, or access to, all books, records, financial statements, vendor lists and supply lists and any other documents and materials that seller has access to relating to the operation and conditions of the Property, including, but not limited to,

    _____

    (all such documents and materials shall hereinafter be referred to as "Due Diligence Data"). In the event that Buyer, in its sole and unfettered discretion, is dissatisfied with any aspect of the Due Diligence Data, Buyer may terminate the Purchase Agreement by providing written notice to Seller no later than 5:00pm on the first calendar day following the Buyer inspection period established in the Purchase Agreement, This condition is for the benefit of Buyer and may be waived by Buyer in its sole discretion.

_____   _____   _____   _____
Seller                      Date         Seller                      Date


_____   _____   _____   _____
Buyer                       Date         Buyer                       Date

**TU-MAKAEFF1276**

Ex. 16 - 4727



# TRUMP
UNIVERSITY

## ASSIGNMENT OF CONTRACT

Effective May 22, 2001, it is mutually agreed that this assignment for the contract to purchase on 211 Roberts, Bryan, TX 77803 (Further described as Roberts, Lot 17 & 18) from Angela Hayes to Shuja Shaikh & William L Chambers is hereby made. For this assignment, it is mutually agreed that Angela Hayes will receive Two Thousand dollars ($2,000.00) at the time of closing.

Assignee agrees to perform all covenants, conditions and obligations required by Assignor under said agreement and agrees to defend, indemnify and hold Assignor harmless from any liability or obligation under said agreement. Assignee further agrees to hold Assignor harmless from any deficiency or defect in the legality or enforceability of the terms of said agreement.

Dated this_____day of_____,20____

_____
Assignor

_____
Assignee

_____
Assignee

**TU-MAKAEFF1277**

Ex. 16 - 4728

# PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned, promise to pay to the order of _____,

(hereinafter referred to as "Payee"; Payee together with any subsequent holder hereof or any interest herein

being hereinafter referred to as "Holder") at_____, or at such other place as the

Holder may from time to time designate in writing, without grace, except as may be otherwise expressly

provided for herein, the principal sum_____($_____), together with interest from

the date hereof at a rate of (9)% per annum on the unpaid principal balance from time to time outstanding

in accordance with the following provisions:

(a) Commencing _____ 19____, and on the____day of each and every month thereafter until

_____ , 19____, the undersigned shall pay to Holder equal installments of

_____($_____), including principal and accrued interest on the unpaid principal balance. The

entire outstanding principal balance shall be due and payable in full on or before _____, 19____.

This Note and the instruments securing it are to be governed, interpreted and construed by, through and under
the laws of the State of _____. This Note may be prepaid in whole or in part at any time
without penalty or premium. If this Note provides for installment payments of principal,  prepayment of
principal payments shall be applied in the inverse order such installment payments are due, applying  first to
the last principal installment due hereunder.

This Note is secured by a Mortgage of even date herewith executed by the undersigned in favor of the Payee
herein, which is a lien on certain collateral security as described therein.

In the event that any payment of principal and/or interest is not made within thirty (30) days that same is due,
which  event shall constitute an "Event of Default" hereunder, or in the event of any default under the terms
of the Mortgage  securing this Note, the undersigned shall pay, during the period of such default, interest on
the unpaid balance of the  indebtedness evidenced by this Note at the highest rate allowed by law.

The Holder shall have the optional right to declare the amount of the total unpaid balance hereto to be due
and forthwith payable in advance of the maturity date of any sum due or installment, as fixed herein, upon the
failure of the undersigned to pay, when due and after thirty (30) days+ that same is due, any of the installments
of interest and/ or principal, or upon the occurrence of any event of default or failure to perform in accordance
with any of the terms and conditions in the Mortgage securing this Note or in any other security document
executed and/or delivered in conjunction herewith. Upon exercise of this option by the Holder, the entire
unpaid principal shall bear interest at the highest rate allowed by law. Forbearance to exercise this option with
respect to any failure or breach of the undersigned shall not constitute a waiver of the rights to any continuing
failure or breach or any subsequent failure or breach.

In no event shall the amount of interest due or payments in the nature of interest payable hereunder exceed
the maximum rate of interest allowed by applicable law, as amended from time to time, and in the event any
such payment is paid by the undersigned or received by the Holder, then such excess sum shall be credited as

**TU-MAKAEFF1278**

Ex. 16 - 4729

a payment of principal, unless the undersigned shall notify the Holder, in writing, that the undersigned elects to have such excess sum returned to it forthwith.

Time is of the essence hereunder and, in case this Note is collected by law or through an attorney-at-law, or under advice therefrom, the undersigned agrees to pay all costs of collection including reasonable attorneys' fees. Reasonable attorneys' fees are defined to include, but not be limited to, all fees incurred in all matters of collection and enforcement, construction and interpretation, before, during and after suit, trial, proceedings and appeals. Attorneys' fees shall also include hourly charges for paralegals, law clerks and other staff members operating under the supervision of an attorney.

The remedies of the Holder, as provided herein or in the Mortgage, shall be cumulative and concurrent, and may be pursued singularly, successively or together, at the sole discretion of the Holder, and may be exercised as often as occasion therefor shall raise. No act of omission or commission of the Holder, including specifically any failure to exercise any right, remedy or recourse, shall be deemed to be a waiver or release of the same, such waiver or release to be affected only through a written document executed by the Holder and then only to the extent specifically recited therein. A waiver or release with reference to any one event shall not be construed as continuing, as a bar to, or as a waiver or release of any subsequent right, remedy or recourse as to a subsequent event.

Any notice to be given or to be served upon any party hereto, in connection with this Note, must be in writing, and may be given by certified or registered mail and shall be deemed to have been given and received on the third (3rd) business day after a certified or registered letter containing such notice, properly address, with postage prepaid, is deposited in the United States mail; and if given otherwise then by certified or registered mail, it shall be deemed to have been given when delivered to and received by the party to whom it is addressed. Such notices shall be given to the parties hereto as set forth in the Mortgage.

All persons or corporations or other entities now or at any time liable, whether primarily or secondarily, for the payment of the indebtedness hereby evidenced, for themselves, their heirs, legal representatives, successors and assigns respectively, hereby (a) expressly waive presentment, demand for payment, notice of dishonor, protest, notice of non-payment or protest, and diligence in collection except as may be otherwise expressly provided; (b) consent that the time of all payments or any part thereof may be extended, rearranged, renewed or postponed by the Holder hereof and further consent that the collateral security or any part thereof may be released, exchanged, added to or substituted for by Holder hereof, without in anywise modifying, altering, releasing, affecting or limiting their respective liability or the lien of any security instrument; (c) agree that the Holder, in order to enforce payment of this Note, shall not be required first to institute any suit or to exhaust any of its remedies against the undersigned or any other person or party to become liable hereunder.

If more than one party shall execute this Note, the term "undersigned" as used herein, shall mean all parties signing this Note and each of them, who shall be jointly and severally obligated hereunder. In this Note, whenever the context so requires, the neuter gender includes the feminine and/or masculine, as the case may be, and the singular number includes the plural.

All references herein to interest at the "maximum rate" shall mean "maximum legal contract rate".

IN WITNESS WHEREOF, the undersigned has caused this Note to be executed in its name on the day and year first above written.

**TU-MAKAEFF1279**

Ex. 16 - 4730



# TRUMP
UNIVERSITY

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG1

THIS NOTE HAS BEEN ACQUIRED FOR INVESTMENT AND MAY NOT BE SOLD, OFFERED FOR SALE OR TRANSFERRED IN THE ABSENCE OF AN EFFECTIVE REGISTRATION STATEMENT FOR THIS NOTE UNDER THE ACT OR AN OPINION OF COUNSEL THAT REGISTRATION IS NOT REQUIRED UNDER THE Securities Act of 1993 .

_____CORPORATION

NOTE DUE SEPTEMBER 28, 2006

Amount: $5,000,000.00          Date: September 28, 2001
Rate: 12%          Maturity: September 28, 2006

FOR VALUE RECEIVED, the undersigned, _____, a (enter state)_____ corporation (the "Company"), and _____, and _____, all of which are Minnesota corporations, (the "Subsidiaries") (the Company and the Subsidiaries being each a "Loan Party" and collectively the "Loan Parties"), hereby jointly and severally promise to pay to _____ ("Lender"), a (enter state)_____ corporation and a licensee under the (the laws and statutes of that partys' state)_____, at its office at (enter address)_____ the principal amount of (write out dollar amount)_____ ($_____) together with interest on the unpaid principal balance from the date hereof at the rate of ___% per annum, provided that in the event of a Default as defined in the Loan Agreement referred to below which continues for 90 consecutive days, the unpaid principal balance shall bear interest at a rate equal to the lesser of ___% per annum or the maximum amount permitted by law from the date of such Default until the Default is waived by the Lender in writing or cured to the satisfaction of the Lender. Interest calculations shall be based on a 360-day year and a (10/20/30/etc)____ year amortization schedule.

Interest shall accrue without payment until (date)_____. Thereafter, principal and interest shall be due and payable as provided in the attached amortization schedule, with the final installment of principal and interest due on (date)_____, in the amount necessary to repay in full the unpaid principal and interest. All payments received will be first applied to unpaid interest with any remainder being applied toward principal reduction.

This Note has been delivered in conjunction with a Loan Agreement dated (date)_____, by and among the Company, the Lender and the Loan Parties referred to therein. Any capitalized terms in this Note shall have the same meaning as set forth in the Loan Agreement.

This Note is subject to prepayment in whole or part at any time at the option of the Company. In the case of any prepayment of less than the total principal amount outstanding on the Note, the prepayment shall be applied first to the interest owed and then to installments of principal in the inverse order of their maturity. In the event of prepayment of principal, the following prepayment fees shall apply:

|  | Percent of Prepaid Principal |
| Prepayment Date | Due as Prepayment Penalty |
| ----------------------- | ----------------------------- |
| September 28, 2002 | 5% |
| September 28, 2003 | 4% |
| September 28, 2004 | 3% |
| September 28, 2005 | 2% |
| July 28, 2006 | 1% |

Upon the occurrence of any Default (as defined in the Loan Agreement) the Lender shall have all the rights and remedies provided in the Loan Agreement and the other agreements securing this Note.

The Company agrees, if this Note is placed in the hands of an attorney for collection after the occurrence of a Default, to pay reasonable attorneys' fees and other costs as permitted by law. The Company waives demand for payment, presentment, notice of dishonor, notice of non-payment, diligence in collecting, grace, notice and protest. No release of any security for this Note or extension of time for payment of this Note shall release or modify the liability of the Company under this Note.

This Note shall be governed by the laws of the State of Minnesota and shall be binding upon the Company, its successors and assigns, and shall inure to the benefit of the holder hereof, its successors and assigns.

TU-MAKAEFF1280

Ex. 16 - 4731



# TRUMP
#### UNIVERSITY

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG2

MISC. RETAIL CORPORATION

By: /s/ John Q. Public
-------------------------------------------
John Q. Public, Senior Vice President

MISC. RETAIL CORPORATION

By: /s/ John Q. Public
-------------------------------------------
Mark A. Kimball, Senior Vice President

MISC. RETAIL STUFF CORPORATION

By: /s/ John Q. Public
-------------------------------------------
John Q. Public, Senior Vice President

2

MISC. RETAIL SC CORPORATION

By: /s/ John Q. Public
-------------------------------------------
John Q. Public, Senior Vice President

OTHER COMPANY INC.

By: /s/ John Q. Public
-------------------------------------------
John Q. Public, Senior Vice President

MISCRETAIL.COM CORPORATION

By: /s/ John Q. Public
-------------------------------------------
John Q. Public, Senior Vice President



# TRUMP
U N I V E R S I T Y

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG3

09/26/2001    Page 1

---

MISC RETAIL COMPANY

---

Compound Period......:    Monthly

Nominal Annual Rate..:   12.000  %
Effective Annual Rate:   12.683  %
Periodic Rate........:    1.0000  %
Daily Rate...........:    0.03333 %

CASH FLOW DATA

| | Event | Start Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 09/28/2001 | 5,000,000.00 | 1 | | |
| 2 | Payment | 11/01/2001 | Interest Only | 24 | Monthly | 10/01/2003 |
| 3 | Payment | 11/01/2003 | 71,735.47 | 36 | Monthly | 10/01/2006 |
| 4 | Payment | 10/01/2006 | 4,063,703.80 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 09/28/2001 | | | | 5,000,000.00 |
| 1 | 11/01/2001 | 55,050.00 | 55,050.00 | 0.00 | 5,000,000.00 |
| 2 | 12/01/2001 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 2001 Totals | | 105,050.00 | 105,050.00 | 0.00 | 5,000,000.00 |
| 3 | 01/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 4 | 02/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 5 | 03/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 6 | 04/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 7 | 05/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 8 | 06/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 9 | 07/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 10 | 08/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 11 | 09/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 12 | 10/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 13 | 11/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 14 | 12/01/2002 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 2002 Totals | | 600,000.00 | 600,000.00 | 0.00 | |
| 15 | 01/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 16 | 02/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 17 | 03/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 18 | 04/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 19 | 05/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 20 | 06/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 21 | 07/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 22 | 08/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 23 | 09/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 24 | 10/01/2003 | 50,000.00 | 50,000.00 | 0.00 | 5,000,000.00 |
| 25 | 11/01/2003 | 71,735.47 | 50,000.00 | 21,735.47 | 4,978,264.53 |
| 26 | 12/01/2003 | 71,735.47 | 49,782.65 | 21,952.82 | 4,956,311.71 |
| 2003 Totals | | 643,470.94 | 599,782.65 | 43,688.29 | |

**TU-MAKAEFF1282**

Ex. 16 - 4733



# TRUMP
UNIVERSITY

## EXAMPLE OF PROMISSORY NOTE WITH AMORTIZATION SCHEDULE. PG4

09/26/2001     Page 2

Select Comfort

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 27 | 01/01/2004 | 71,735.47 | 49,563.12 | 22,172.35 | 4,934,139.36 |
| 28 | 02/01/2004 | 71,735.47 | 49,341.39 | 22,394.08 | 4,911,745.28 |
| 29 | 03/01/2004 | 71,735.47 | 49,117.45 | 22,618.02 | 4,889,127.26 |
| 30 | 04/01/2004 | 71,735.47 | 48,891.27 | 22,844.20 | 4,866,283.06 |
| 31 | 05/01/2004 | 71,735.47 | 48,662.83 | 23,072.64 | 4,843,210.42 |
| 32 | 06/01/2004 | 71,735.47 | 48,432.10 | 23,303.37 | 4,819,907.05 |
| 33 | 07/01/2004 | 71,735.47 | 48,199.07 | 23,536.40 | 4,796,370.65 |
| 34 | 08/01/2004 | 71,735.47 | 47,963.71 | 23,771.76 | 4,772,598.89 |
| 35 | 09/01/2004 | 71,735.47 | 47,725.99 | 24,009.48 | 4,748,589.41 |
| 36 | 10/01/2004 | 71,735.47 | 47,485.89 | 24,249.58 | 4,724,339.83 |
| 37 | 11/01/2004 | 71,735.47 | 47,243.40 | 24,492.07 | 4,699,847.76 |
| 38 | 12/01/2004 | 71,735.47 | 46,998.48 | 24,736.99 | 4,675,110.77 |
| 2004 | Totals | 860,825.64 | 579,624.70 | 281,200.94 | |
| | | | | | |
| 39 | 01/01/2005 | 71,735.47 | 46,751.11 | 24,984.36 | 4,650,126.41 |
| 40 | 02/01/2005 | 71,735.47 | 46,501.26 | 25,234.21 | 4,624,892.20 |
| 41 | 03/01/2005 | 71,735.47 | 46,248.92 | 25,486.55 | 4,599,405.65 |
| 42 | 04/01/2005 | 71,735.47 | 45,994.06 | 25,741.41 | 4,573,664.24 |
| 43 | 05/01/2005 | 71,735.47 | 45,736.64 | 25,998.83 | 4,547,665.41 |
| 44 | 06/01/2005 | 71,735.47 | 45,476.65 | 26,258.82 | 4,521,406.59 |
| 45 | 07/01/2005 | 71,735.47 | 45,214.07 | 26,521.40 | 4,494,885.19 |
| 46 | 08/01/2005 | 71,735.47 | 44,948.85 | 26,786.62 | 4,468,098.57 |
| 47 | 09/01/2005 | 71,735.47 | 44,680.99 | 27,054.48 | 4,441,044.09 |
| 48 | 10/01/2005 | 71,735.47 | 44,410.44 | 27,325.03 | 4,413,719.06 |
| 49 | 11/01/2005 | 71,735.47 | 44,137.19 | 27,598.28 | 4,386,120.78 |
| 50 | 12/01/2005 | 71,735.47 | 43,861.21 | 27,874.26 | 4,358,246.52 |
| 2005 | Totals | 860,825.64 | 543,961.39 | 316,864.25 | |
| | | | | | |
| 51 | 01/01/2006 | 71,735.47 | 43,582.47 | 28,153.00 | 4,330,093.52 |
| 52 | 02/01/2006 | 71,735.47 | 43,300.94 | 28,434.53 | 4,301,658.99 |
| 53 | 03/01/2006 | 71,735.47 | 43,016.59 | 28,718.88 | 4,272,940.11 |
| 54 | 04/01/2006 | 71,735.47 | 42,729.40 | 29,006.07 | 4,243,934.04 |
| 55 | 05/01/2006 | 71,735.47 | 42,439.34 | 29,296.13 | 4,214,637.91 |
| 56 | 06/01/2006 | 71,735.47 | 42,146.38 | 29,589.09 | 4,185,048.82 |
| 57 | 07/01/2006 | 71,735.47 | 41,850.49 | 29,884.98 | 4,155,163.84 |
| 58 | 08/01/2006 | 71,735.47 | 41,551.64 | 30,183.83 | 4,124,980.01 |
| 59 | 09/01/2006 | 71,735.47 | 41,249.80 | 30,485.67 | 4,094,494.34 |
| 60 | 10/01/2006 | 71,735.47 | 40,944.94 | 30,790.53 | 4,063,703.81 |
| 61 | 10/01/2006 | 4,063,703.80 | 0.01 | 4,063,703.81 | 0.00 |
| 2006 | Totals | 4,781,058.50 | 422,811.98 | 4,358,246.52 | |
| | | | | | |
| | Grand Totals | 7,851,230.72 | 2,851,230.72 | 5,000,000.00 | |

**TU-MAKAEFF1283**

Ex. 16 - 4734

# RELEASE OF INFORMATION

Date: _____

I, _____ agree to release all information (mortgages, liens, encumbrance, judgements etc,) pertaining to the property on _____, in the city of _____, county of _____, in the state of _____, to _____.

**IN WITNESS WHEREOF** the donor has set his/her/their hand and seal on this ____ day of _____ 200___

_____
Releaser's name

_____
Releaser's signature

STATE OF        _____}
                _____} SS
COUNTY OF       _____}

I, the undersigned, a Notary Public, in and for said County and State aforesaid, certify that _____, personally known to me to be the same person whose name subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he/she/they signed, sealed, and delivered the said instrument as his/her/their free and voluntary act for the purpose therein set forth.

Given under my hand and Notarial Seal this _____ day _____, 200_____

_____
Notary Public

**TU-MAKAEFF1284**

Ex. 16 - 4735



# TRUMP
UNIVERSITY

## SAMPLE AUTHORIZATION TO NEGOTIATE

September 4, 2007

Ms. Brighton Early
Loss Mitigation Department
Bank of South Texas
8454 Prairie Dog Lane
Big Horn, TX 54334

Reference mortgage loan number: FT345523-34
Mortgager: Duane Pope
SSN: xxx-xx-4435
DOB: 4/12/76

Dear Ms. Early

I, Duane Pipe, authorize Bank of South Texas, to discuss, release information to, and negotiate with Your Business Real Estate on my behalf in all matters pertaining to loan number FT345523-34.

Sincerely,

_____          _____
Duane Pipe                                                        Date

_____          _____
Your Business Real Estate                                  Date

TU-MAKAEFF1285
Ex. 16 - 4736

# BORROWER'S AUTHORIZATION TO RELEASE INFORMATION AND CONFIRMATION OF APPLICATION

This document confirms that you have applied for a mortgage and gives _____
("Lender"), any mortgage insurer, or any investor to whom Lender sells your mortgage, permission to review additional documents as needed. Please take a few minutes to review and then sign and return this document to us. Should you have any questions, must let us know.

Sincerely,

_____

**Please review the following information and sign at the bottom, indicating that you have read and understand the information.**

- ◆ I confirm that I have applied for a mortgage loan from Lender. I understand that certain information from my application and loan-related documents may need to be verified—either before the loan is closed or as part of its quality control program.

- ◆ As needed, you may provide Lender, or potential mortgage insurers or potential investors that may purchase my mortgage, any and all information that they request. This may include (but is not limited to):
  - Employment history and income
  - Bank, money market and similar account balances
  - Credit history
  - Copies of signed income tax returns
  - Payoff/beneficiary statements (borrower is responsible for statement charges and/or reconveyance fees)

- ◆ This authorization may be addressed to any party named in the loan application, by Lender or any mortgage insurer or any investor that purchases the mortgage.

- ◆ A copy of this authorization may be accepted as an original.

- ◆ If more that one person is identified above as a Borrower, I confirm that we intend to apply for joint credit and I authorize each of the persons identified above as a Borrower to deal with Lender on my behalf in connection with this application.

Please sign below.

_____     _____
Mortgagee                              Third Party Authorization Release


_____     _____
Mortgagee                              Third Party Authorization Release

**TU-MAKAEFF1286**

Ex. 16 - 4737

# POWER OF ATTORNEY

i.   I, _____, Social Security Number _____, do hereby appoint _____, to be my true and lawful attorney to do on my behalf anything that I can lawfully do by an attorney.

ii.  This power of attorney shall be exclusively for the purposes of negotiating and completing all matters necessary for the preparation and execution of all documents, agreements, instruments and deeds concerning the sale of the premises known municipally as _____, including, but not limited to arranging, signing the contract for sale, investigations and inspections of the property, and generally do, execute and perform such other acts, documents and things as my attorney shall deem necessary or advisable for the completion of any transaction contemplated therein.

iii. The legal description th property contemplated by this agreement is:

    a. SEE ATTACHED DOCUMENT

iv.  That this power of attorney shall become effective on the date of signing here of and and shall remain in  effect until _____, after which time it shall terminate.

v.   That this power of attorney is not intended to revoke the provisions of any general power of attorney made by me.

**IN WITNESS WHEREOF** the donor has set his/her/their hand and seal on this _____ day of _____ 200____

Name:     _____

Signature _____

STATE OF _____ }

_____ } SS

COUNTY OF _____ }

I, the undersigned, a Notary Public, in and for said County and State aforesaid, certify that _____, personally known to me to be the same person whose name subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he/she/they signed, sealed, and delivered the said instrument as his/her/their free and voluntary act for the purpose therein set forth.

Given under my hand and Notarial Seal this _____ day _____, 200_____

_____

Notary Public

**TU-MAKAEFF1287**

Ex. 16 - 4738

# Trulia Trends report: February 2008

Just like celebrities in rehab and the latest saga of the Spears family, it is nearly impossible to escape the media's seemingly unending coverage of foreclosures and the volatility in the housing market. This month's Trulia Trends Report puts foreclosure data into perspective for the current market, and highlights five markets that may have hit the bottom.



## Should You Buy, Sell or Just Wait?
Median REO vs. Median List Prices
January 2008

Data for Jan 08. Median list prices provided by trulia.com. Median REO (Real Estate Owned by banks) home prices provided by RealtyTrac.

## Sellers in the Midwest
who are not on a deadline to sell should wait for the banks to offload foreclosed REO homes before placing homes on the market.

## Buyers in the South and Mid-Atlantic
have the strongest negotiating power as banks and sellers are nearly neck-and-neck on median price.

The abundance of foreclosures is seriously hurting sellers in today's market. The ballooning number of foreclosures is driving down market values of existing homes, making it more difficult to refinance into more affordable loans, and drawing the attention of potential buyers toward foreclosed properties. In some markets, sellers who are not feeling the pressure to sell or refinance are simply pulling their listings from the market, leaving a larger portion of the inventory in the hands of the banks. This has created a buying opportunity for those who were priced out of the market, including well-financed first-time home buyers.

It's getting tougher for sellers to attract buyers in most regions of the country as the volume of homes that are Real Estate Owned by banks (REO) with lower price tags flood the market. In January, the Midwest was the region with the greatest difference in REO to median list price in the nation. The median price of bank-owned homes in the Midwest was 78 percent lower than the median list price of homes for sale. Significant reduction of income from job loss is often the primary driver of foreclosures, and in the Midwest, that was no exception. That region posted the greatest number of mass layoffs among the four census regions in December. Three states in that region, Michigan, Illinois and Ohio, were among the top five states in the nation with the largest number of initial unemployment claims in December, according to the Bureau of Labor Statistics. In five regions, the difference in median price for an REO home was approximately one-third lower than the price of a home for sale. The playing field was nearly level in the South and the Mid-Atlantic, where the price differences were one to two percent.

Trulia Inc.
208 Utah Street, Suite 310, San Francisco, CA 94103   www.trulia.com
Trulia Trends methodology appears on the last page of this document   To request an interview, or for a monthly subscription to Trulia Trends report, please contact truliatrends@trulia.com



**TU-MAKAEFF1288**

Ex. 16 - 4739