## Road to Recovery

Not every city's housing market is bleak: we found five cities that are beginning to show early signs of recovery: Albuquerque, Queens, Tulsa, Memphis and St. Louis. The quarter-over-quarter pace of sales slowed, and median sales prices were relatively unchanged, in all five cities from Q3 to Q4 of 2007. Tulsa and Memphis are leading the pack on the road to recovery as quarter-over-quarter median list prices were up in those cities by eight and five percent, respectively. Looking at 2008, month-over-month median list prices were up from Dec 07 to Jan 08 in Tulsa, Memphis and St. Louis and unchanged in Albuquerque and Queens. While listing inventory in all five cities was stable, it is important to note that home sales typically slow near the end of the year and pick up again in the Spring, and whether these five markets can maintain their traction is yet to be seen. The month-over-month and quarter-over-quarter numbers - although modest - are encouraging, and we will continue to monitor them and watch for others to follow throughout the year.

**Five U.S. Cities on the Road to Recovery**

| City | Q3 Med List | Q4 Med List | Q-Q Change | Dec Med List | Jan Med List | M-M Change |
|---|---|---|---|---|---|---|
| Albuquerque | $244,900 | $239,900 | -2% | $240,000 | $239,900 | 0% |
| Queens | $489,000 | $489,000 | 0% | $489,000 | $489,000 | 0% |
| Tulsa | $120,250 | $129,500 | 8% | $120,000 | $129,500 | 7.9% |
| Memphis | $105,000 | $110,000 | 5% | $104,900 | $110,000 | 4.9% |
| St. Louis | $155,000 | $154,900 | 0% | $149,900 | $154,900 | 3.3% |

Median list prices provided by trulia.com.

## Spotlight: California Foreclosures

Despite a handful of reports that forecast a turnaround to begin in 2008 for the California housing market, our findings tell a different story.

We pulled the top ten cities in California with the most listings in January and compared foreclosure prices vs. list prices. We found that sellers in Los Angeles, San Francisco and San Diego may have a long wait ahead of them, as the median price of REO homes in those cities is lower than the median list price of non-REO homes by 19 percent or more. Potential buyers on Trulia are watching all three cities closely, as all were ranked in the top ten most popular cities in January.

Home values have nearly tripled in California since 1995, and lax lending standards, predatory lenders and a high concentration of subprime mortgages and speculative investors have caused home foreclosure filings to climb to record levels. As a result, many homeowners who are in default cannot refinance because they are "upside down" and owe more than the home is worth. The state's unemployment rate jumped to 6.1 percent in December - the highest in three years - which could force Californians to migrate to states with more affordable housing or a stabilized job market. The quarter-over-quarter pace of existing home sales has slowed and the glut of inventory from existing home sales and foreclosures will stall new housing starts for the remainder of the year.

**CA Cities with Most Homes on the Market**

| City | Median REO price | Median List price | Difference |
|---|---|---|---|
| Los Angeles | $442,000 | $599,000 | -36% |
| San Francisco | $650,645 | $780,000 | -20% |
| San Diego | $384,950 | $459,000 | -19% |
| Riverside | $365,000 | $390,050 | -7% |
| Corona | $475,000 | $499,000 | -5% |
| Modesto | $299,835 | $313,481 | -5% |
| Stockton | $305,000 | $314,000 | -3% |
| Sacramento | $249,000 | $255,000 | -2% |
| San Jose | $568,200 | $575,000 | -1% |
| Bakersfield | $249,000 | $250,000 | 0% |

Data for Jan 08. Median list prices provided by trulia.com.
Median REO (Real Estate Owned by banks) home prices provided by RealtyTrac.

Foreclosures will continue to dampen California's recovery efforts. In January:
- The total dollar amount of bank-owned, or REO, homes in the state of California was just below $14 billion dollars.
- The number of REO homes in California priced at or above $1 million dollars increased from 198 in November to 265 – an increase of 75 percent.
- The city of Los Angeles had the highest number of REO homes priced over $1 million dollars.
- The median price of an REO home in California is 24 percent lower than the median list price of homes for sale

Trulia Inc.
208 Utah Street, Suite 310, San Francisco, CA 94103   www.trulia.com
Trulia Trends methodology appears on the last page of this document    To request an interview, or for a monthly subscription to Trulia Trends report, please contact truliatrends@trulia.com


trulia
real estate search

TU-MAKAEFF1289

Ex. 16 - 4740

## Trulia Trends report methodology

The Trulia Trends report is built from a compilation of data sources—mostly listing price information and consumer search behavior on trulia.com and other licensed data.

### Median sales price
Median sales price data for each city is licensed from county assessor records. The most recently available data was used for this report.  Median sales price data for all cities includes 1, 2, 3, and 4 bedroom properties, all property types are included.

### Median list price
Shows the median list prices for all homes listed on trulia.com from Jan 1 - Jan 31, 2008. Coverage for each state varies.  Property types included are:  single-family home, condo, townhouse, coop, apartment, loft, TIC, mobile/manufactured.  Data includes primarily resale properties, not new developments or foreclosures.

### Median REO Price
Shows the median price data of foreclosed homes that have been repossessed by the lender; Also known as "bank-owned" or "Real Estate Owned" (REO). The most recently available data was used for this report.  Data for each city is licensed from RealtyTrac.

### About Trulia

**Trulia, Inc (www.trulia.com), a national residential real estate search engine, has revolutionized online home search by offering a rich, intuitive user experience that points consumers directly to listings on agent and broker Web sites.  Trulia helps consumers find information on homes for sale, and provides real estate information at the hyper-local level to help consumers make better decisions in the home-buying process.**

Written in collaboration with

## MILLER SAMUEL INC.
REAL ESTATE APPRAISERS & CONSULTANTS

Trulia Inc.
208 Utah Street, Suite 310, San Francisco, CA 94103    www.trulia.com
To request an interview, or for a monthly subscription to Trulia Trends report, please contact truliatrends@trulia.com



TU-MAKAEFF1290

Ex. 16 - 4741



**TRUMP**
UNIVERSITY

# TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS

**Abandonment:** The voluntary relinquishment of rights of ownership or another interest(such as easement) by failure to use the property, coupled with an intent to abandon (give up the interest).

**Abstract of Judgement:** A summary of money judgement obtained in court. (When this summary or abstract is recorded in the county recorder's office, in some states the judgement becomes a lien on the debtor's property, both presently owned or after-acquired.)

**Abstract of Title:** A summary prepared by a licensed abstractor of all documents recorded in the public records of the political subdivision where the land is located. An abstract in some states or areas is reviewed by an attorney or other experienced title examiner to determine the status of title. Virtually every abstractor today provides actual copies of the records rather than an abstract of each document.

**Abatement:** A reduction of decrease. Usually applies to a decrease of assessed valuation of ad valorem taxes after the assessment, and levy

**Acceleration Clause:** Clause in a deed of trust or mortgage, which "accelerates," or hastens, the time when the indebtedness becomes due. For example, some deeds of trust contain a provision(an acceleration clause) stating that the note shall become due immediately upon the sale of the land or upon failure to pay interest or an installment of principal and interest

**Accommodation Recording:** Recording of instruments with the county recorder by a title company merely as a convenience to a customer and without assumption of responsibility for correctness or validity-Policy.

**Acknowledgement:** A formal declaration before a duly authorized officer (such as a notary public) by a person who has executed an instrument that such execution is his own act and deed. An acknowledgment is necessary to entitle an instrument (with certain specific exceptions) to be recorded, to impart constructive notice of its contents and to entitle the instrument to be used as evidence without further proof. The certificate of acknowledgment is attached to the instrument or incorporated therein.

**Adjustable Mortgage Loans (AML'S):** Mortgage loans under which the interest rate is periodically adjusted to more closely coincide with current rates. The amounts and times of adjustment are agreed to at the inception of the loan. Also called: Adjustable Rate Loans, Adjustable Rate Mortgages (ARM'S), Flexible Rate Loans, Variable Rate Loans. (See also: Indexing, Rate Index).

TU-MAKAEFF1291

Ex. 16 - 4742



# TRUMP UNIVERSITY

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Administrator—Bankruptcy

**Administrator:** A person appointed by the probate court to carry out the administration of a decedent's estate when the decedent has left no will. If a woman is appointed, she is called an administratrix.

**Ad Valorem Tax:** A tax based on the assessed value of real estate or personal property. Ad valorem taxes can be property tax or even duty on imported items. Property ad valorem taxes are the major source of revenue for state and municipal governments.

**Adverse Possession:** A process of acquiring title to real property by possession for a certain (statutory) period of time, in addition to fulfilling other conditions.

**Affidavit:** A written statement or declaration, sworn to before an officer who has authority to administer an oath.

**Agent:** One who has authorization, either expressed or implied, to act for or represent another party, usually in business matters, such as issuing title insurance policies on behalf of a title insurer for a portion of the premium.

**Agreement of Sale:** A written contract entered into between the seller (vendor) and buyer (vendee) for sale of real property (land) on an installment or deferred payment plan. It is also known as an agreement to convey, a long form Security Agreement or a real estate installment contract.

**All-Inclusive Rate:** Rate which includes charges for title insurance, searching or abstract fees and examination fees.

**ALTA:** (American Land Title Association) Organization composed of title insurance firms which sets standards for the industry, including title insurance policy forms used on a national basis.

**Amendment:** A change either to alter, add to, or correct part of an agreement without changing the principal idea or essence.

**Amortized Loan:** A loan that is paid off, both interest and principal, by regular payments that are equal or nearly equal.

**Annual Percentage Rate (A.P.R.):** The yearly interest percentage of a loan, as expressed by the actual rate of interest paid. For example: 6% add-on interest would be much more than 6% simple interest, even though both would say 6%. The A.P.R. is disclosed as a requirement of federal truth in lending statutes.

**Appraisal:** An estimate of value of property resulting from analysis of facts about the property; an opinion of value.

**Approved Attorney:** An attorney whose opinion is acceptable to a title company as the basis for issuance of a title insurance policy by the insurer. The insurer, rather than the attorney, executes the policy.

**Assumption:** The act of conveying real property; taking title to a property with the Buyer assuming liability for paying an existing note secured by a deed of trust against the property.

**Bankruptcy:** A special proceeding under federal, or in some instances state, laws by which the property of a debtor is protected by the court and may be divided among the debtor's creditors and the debtor.

**TU-MAKAEFF1292**

Ex. 16 - 4743



# TRUMP
## UNIVERSITY

### TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
#### Blanket/Trust Deed—Commitment

**Blanket or Trust Deed:** A mortgage or trust deed that covers more than one lot or parcel of real property, and often an entire subdivision. As individual lots are sold, a partial reconveyance from the blanket mortgage is ordinarily obtained.

**Bona Fide Purchaser:** One who buys property in good faith, for fair value, and without notice of any adverse claim or right of third parties.

**Branch:** A subordinate or division office of First American Title Insurance Company, as opposed to an affiliate, agent, subsidiary or underwritten firm associated with the Company.

**Breach of Contract:** Failure to perform a contract, in whole or part, without legal excuse.

**Building Contract:** An agreement between an owner or lessee and a building contractor, setting forth terms relative to the construction of a proposed structure.

**Buydown:** A payment to the lender from the seller, buyer, third party, or some combination of these, causing the lender to reduce the interest rate during the early years of a loan. The buydown is usually for the first one to five years of the loan. (See also: Certificate Backed Mortgage).

**Capitalization Rate:** The percentage (acceptable to an average buyer) used to determine the value of income property through capitalization.

**Certificate of Title:** In areas where attorneys examine abstracts or chains of title, a written opinion, executed by the examining attorney, stating that title is vested as stated in the abstract.

**Close of Escrow:** The date the documents are recorded and title passes from Seller to Buyer. On this date, the Buyer becomes the legal owner, and title insurance becomes effective.

**Closing:** The final procedure in the real estate sales process, where the sale and pertinent loan are completed by the execution of documents for recording. In some areas, this procedure is known as the closing of escrow.

**Cloud on Title:** An irregularity, possible claim, or encumbrance which, if valid, would adversely affect or impair the title.

**Coinsurance:** Ordinary coinsurance is defined as a transaction under which each of two or more insurers assumes a designated portion of the liability for the total risk and is liable for only such portion of any loss beginning at the first dollar of loss.

**Collateral:** By or at the side, additional or auxiliary. Mistakenly used to mean collateral security.

**Collateral Security:** Most commonly used to mean some security in addition to the personal obligation of the borrower.

**Commitment:** A binding contract with a title company to issue a specific title policy, showing only those exceptions contained in the commitment and any intervening matters after the date of the commitment and prior to the effective date of the policy. The commitment contains all information included in the preliminary title report, plus a list of the title company's requirements to insure the transaction. It also includes the standard exceptions from coverage that will appear in the policy.

**TU-MAKAEFF1293**

Ex. 16 - 4744



# TRUMP
### U N I V E R S I T Y

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Community Driveway—Deed

**Community Driveway:** A driveway which is jointly owned, used and maintained by two or more persons. Usually, a portion of each owner's property is burdened by the driveway.

**Community Property:** Property acquired by husband, wife or both during marriage which gives each spouse an interest in the property whether each appears in title or not.

**Comparable Sales:** Sales that have similar characteristics as the subject property, used for analysis in the appraisal. Commonly called "comps."

**Condemnation:** The taking of private property by the government for public use - as for a street or a storm drain - upon making just compensation to the owner. This right or power of government to take property for a necessary public use is called "eminent domain."

**Conservator:** A person appointed by the court to care for the person and/or property of an incompetent adult or an adult unable to care for their person or property because of health.

**Constructive Notice:** Notice imparted by the public records of the county when documents entitled to recording are recorded.

**Conveyance:** An instrument in writing, such as a deed or trust deed, used to transfer (convey) title to property from one person to another.

**Corporation:** An entity authorized by law and established by a group of people, the stockholders, which is endowed with certain rights, privileges and duties similar to an individual.

**Covenant:** (1) A formal agreement or contract between two parties in which one party gives the other certain promises and assurances, such as the covenant of warranty in a warranty deed. (2) Agreements or promises contained in deeds and other instruments for performance or nonperformance of certain acts, or use or non-use of property in a certain manner.

**Covenants, Conditions and Restrictions:** Commonly called "CC & R's" the term usually refers to a written recorded declaration which sets forth certain covenants, conditions, restrictions, rules or regulations established by a subdivider or other landowner to create uniformity of buildings and use within tracts of land or groups of lots. The restrictions also can be established by deed. CC & R's are sometimes referred to as private zoning.

**Debt:** Money owing from one person to another.

**Debtor:** One who owes a debt.

**Decree of Distribution:** A probate court decree which determines how the estate of a decedent shall be distributed.

**Deed:** Written document by which an estate or interest in real property is transferred from one person to another. The person who transfers the interest is called the "grantor." The one who acquires the interest is called the "grantee." Examples of deeds are grant deeds, administrators' deeds, executors' deeds, quitclaim deeds, etc. The deed to use depends on the language of the deed, the legal capacity of the grantor and other circumstances.

**TU-MAKAEFF1294**

Ex. 16 - 4745



# TRUMP
### U N I V E R S I T Y

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Deed of Trust—Equity

**Deed of Trust or Trust Deed:** A written document by which the title to land is conveyed as security for the repayment of a loan or other obligation. It is a form of mortgage. The landowner or debtor is called the "trustor." The party to whom the legal title is conveyed (and who may be called on to conduct a sale thereof if the loan is not paid) is the "trustee." The lender is the "beneficiary." When the loan is paid off, the trustee is asked by the beneficiary to issue a "recon" or reconveyance. This reconveyance corresponds to the release that the holder of a mortgage executes when the mortgage is paid off.

**Deed Restrictions:** Limitations in the deed to a property that dictate certain uses that may or may not be made of the property.

**Defect:** A blemish, imperfection or deficiency. A defective title is one that is irregular and faulty.

**Defective Title:** (1) Title to a negotiable instrument obtained by fraud. (2) Title to real property which lacks some of the elements necessary to transfer good title.

**Demand Note:** A note having no date for repayment, but due on demand of the lender.

**Deposit:** (1) Money given by the buyer with an offer to purchase. Shows good faith. Also called earnest money. (2) A natural accumulation of resources (oil, gold, etc.) which may be commercially recovered and marketed.

**Description:** The exact location of a piece of real property stated in terms of lot, block, tract, part lot, metes and bounds, recorded instruments, or U.S. Government survey (sectionalized). This is also referred to as legal description of property.

**Earnest Money Deposit:** Down payment made by a purchaser of real estate as evidence of good faith; a deposit or partial payment.

**Easement:** A right or interest in the use of the land of another which entitles the holder to some use, privilege or benefit, such as to place pole lines, pipe lines or roads thereon.

**Effective Demand:** A qualifying term meaning the ability to pay as well as desire to buy.

**Eminent Domain:** The right of a government to take privately owned property for public purposes under condemnation proceedings upon payment of its reasonable value. See Condemnation.

**Encroachment:** The presence of an improvement such as a building, a wall, a fence or other fixture which overlaps onto the property of an adjoining owner.

**Encumbrance:** A right or claim upon real property (land) held by one other than the property owner. Encumbrances are divided into two classes, as follows:

**Endorsement:** Addition to or modification of a title insurance policy which expands or changes coverage of the policy, fulfilling specific requirements of the insured.

**Equity:** (1) A legal doctrine based on fairness, rather than strict interpretation of the letter of the law. (2) The market value of real property, less the amount of existing liens. (3) Any ownership investment (stocks, real estate, etc.) as opposed to investing as a lender (bonds, mortgages, etc.).

TU-MAKAEFF1295

Ex. 16 - 4746



# TRUMP
### U N I V E R S I T Y

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Escheat—Grant Deed

**Escheat:** The reversion of property to the state when an owner dies leaving no legal heirs, devisees or claimants.

**Escrow:** An independent third party, such as First American Title, who acts as the agent for buyer and seller, or for borrower and lender, carrying out instructions of both and disbursing documents and funds. Escrow closes and the transfer of property or document is completed upon fulfillment of certain conditions specified in the written instructions, whereupon the necessary deeds and other instruments are recorded.

**Estate:** (1) The interest or nature of the interest which one has in property, such as a life estate, the estate of a decreased, real estate, etc. (2) A large house with substantial grounds surrounding it, giving the connotation of belonging to a wealthy person.

**Execution:** An order directing a sheriff, constable, marshal or court-appointed commissioner to enforce a money judgment against the property of a debtor. This officer, if necessary, may sell the property to satisfy the judgment.

**Fee Simple:** An estate under which the owner is entitled to unrestricted powers to dispose of the property, and which can be left by will or inherited. Commonly, a synonym for ownership.

**File and Use:** In most states, title insurers file rate schedules, title insurance policies and endorsement forms with the State Insurance Department or other state agency and then may use such items or rates starting within a specified period of time after filing. Rates so filed usually are mandatory.

**Fixed Rate Mortgage:** A mortgage having a rate of interest which remains the same for the life of the mortgage.

**Foreclosure:** The sale of property used as security for a debt after default in payment.

**Forfeiture of Title:** A common penalty for the violation of conditions or restrictions imposed by the seller upon the buyer in a deed or other proper document. For example, a deed may be granted upon the condition that if liquor is sold on the land, the title to the land will be forfeited (that is, lost) by the buyer (or some later owner) and will revert to the seller.

**Full Disclosure:** In real estate, revealing all the known facts which may affect the decision of a buyer or tenant. A broker must disclose known defects in the property for sale or lease.

**"Good Faith" or "Mortgage Savings" CLAUSE:** A clause in CC & R's which provides that " a violation thereof shall not defeat or render invalid the lien of any mortgage or deed of trust made in good faith and for value."

**Good Faith Purchaser or Mortgagee:** A person who buys or lends in good faith, that is, without notice of any existing problem, where value is paid or lent.

**Grant:** A transfer of real estate, between individuals, by deed. A transfer of real estate from a sovereign is accomplished by patent or royal decree.

**Grant Deed:** One of the many types of deeds used to transfer real property. Contains warranties against prior conveyances or encumbrances. When title insurance is purchased, warranties in a deed are of little practical significance.

**TU-MAKAEFF1296**

Ex. 16 - 4747



# TRUMP UNIVERSITY

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Guardian—Obligee

**Guardian:** A person appointed by a court to manage the person and/or property of one who is legally incompetent to handle his/her own affairs.

**Hazard Insurance:** Real estate insurance protecting against fire, some natural causes, vandalism, etc., depending upon the policy. Buyer often adds liability insurance and extended coverage for personal property.

**Homestead:** A statutory protection from execution or the establishment of title by occupation of real property in accordance with the laws of various states or the Federal Government.

**Impounds:** A trust type of account established by lenders for the accumulation of borrower's funds to meet periodic payments of taxes, mortgage insurance premiums, and/or future insurance policy premiums, required to protect their security.

**Indemnity:** Insurance against possible loss or damage. A title insurance policy is a contract of indemnity.

**Land Contract:** An installment contract for the sale of land whereby the seller (vendor) holds legal title and the buyer (vendee) has equitable title until the sales price is paid in full.

**Lease:** IAn agreement by which an owner of real property (lessor) gives the right of possession to another (lessee), for a specified period of time (term) and for a specified consideration (rent).

**Legal Description:** A description of land recognized by law, based on government surveys, spelling out the exact boundaries of the entire piece of land. It should so thoroughly identify a parcel of land that it cannot be confused with any other.

**Lender:** Any person or entity advancing funds which are to be repaid. A general term encompassing all mortgagees, and beneficiaries under deeds of trust.

**Lien:** An encumbrance against property for money, either voluntary or involuntary. All liens are encumbrances but all encumbrances are not liens.

**Mechanics Lien:** A lien created by statute for the purpose of securing priority of payment for the price or value of work performed and materials furnished in construction or repair of improvements to land, and which attaches to the land as well as the improvements.

**Mortgage:** (1) To hypothecate as security, real property for the payment of a debt. The borrower (mortgagor) retains possession and use of the property. (2) The instrument by which real estate is hypothecated as security for the repayment of a loan.

**Mortgagee:** The party lending the money and receiving the mortgage.

**Mortgagor:** The party who borrows the money and gives the mortgage.

**Note:** A unilateral agreement containing an express and absolute promise of the signer to pay to a named person, or order, or bearer, a definite sum of money at a specified date or on demand. Usually provides for interest and, concerning real property, is secured by a mortgage or trust deed.

**Obligee:** One to whom an obligation (promise) is owned.

TU-MAKAEFF1297

Ex. 16 - 4748



# TRUMP
### U N I V E R S I T Y

**TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS**
Obligor—Parcel

**Obligor:** One who legally binds (obligates) oneself, such as the maker of a promissory note.

**Original Cost:** The purchase price of property, paid by the present owner. The present owner may or may not be the first owner.

**Owner's Policy:** A policy of title insurance usually insuring an owner of real estate against loss occasioned by defects in, liens against or unmarketability of the owner's title.

**Parcel:** Any area of land contained within a single description.

**Partnership:** An association of two or more persons who have contracted to join in business and share the profits.

**Party Wall:** A wall generally erected on a property boundary or between two lots for the common benefit and use of the property owners on either side.

**Patent:** A conveyance of title to land by the Federal or State Government.

**Personal Property (movable):** Any property that is not designated by law as real property (i.e., money, goods, evidences of debt, rights of action, furniture, automobiles).

**"P.I.Q.":** A title term referring to Property In Question.

**PITI:** A payment that combines Principal, Interest, Taxes, and Insurance.

**PLAT:** A plan, map or chart of a tract or town site dividing a parcel of land into lots.

**Power of Attorney:** A document by which one person (called the "principal") authorizes another person (called the "attorney-in-fact") to act for him/her in a specific manner in designated transactions.

**"PRE," "PRELIM" OR Preliminary Report:** A written report issued by a title company, preliminary to issuing title insurance, which shows the recorded condition of title of the property in question. See Commitment.

**Priority:** The order of preference, rank or position of the various liens and encumbrances affecting the title to a particular parcel of land. Usually, the date and time of recording determine the relative priority between documents.

**Priority Inspection:** A title term referring to the type of inspection made in connection with insuring a new construction loan. In making the inspection of the property, the title company must be assured that the work of improvement had not yet begun when the lender's deed of trust was recorded.

**Public Domain:** Land owned by the government and belonging to the community at large.

**Public Records:** The transcriptions in a recorder's office of instruments which have been recorded, including the indexes pertaining to them.

**Parcel:** Any area of land contained within a single description.

**TU-MAKAEFF1298**

Ex. 16 - 4749



# TRUMP
### U N I V E R S I T Y

## TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
### Partnership—Reconveyance

**Partnership:** An association of two or more persons who have contracted to join in business and share the profits.

**Party Wall:** A wall generally erected on a property boundary or between two lots for the common benefit and use of the property owners on either side.

**Patent:** A conveyance of title to land by the Federal or State Government.

**Personal Property (movable):** Any property that is not designated by law as real property (i.e., money, goods, evidences of debt, rights of action, furniture, automobiles).

**"P.I.Q.":** A title term referring to Property In Question.

**PITI:** A payment that combines Principal, Interest, Taxes, and Insurance.

**PLAT**: A plan, map or chart of a tract or town site dividing a parcel of land into lots.

**Power of Attorney:** A document by which one person (called the "principal") authorizes another person (called the "attorney-in-fact") to act for him/her in a specific manner in designated transactions.

**"PRE," "PRELIM" OR Preliminary Report:** A written report issued by a title company, preliminary to issuing title insurance, which shows the recorded condition of title of the property in question. See Commitment.

**Priority:** The order of preference, rank or position of the various liens and encumbrances affecting the title to a particular parcel of land. Usually, the date and time of recording determine the relative priority between documents.

**Priority Inspection:** A title term referring to the type of inspection made in connection with insuring a new construction loan. In making the inspection of the property, the title company must be assured that the work of improvement had not yet begun when the lender's deed of trust was recorded.

**Public Domain:** Land owned by the government and belonging to the community at large.

**Public Records:** The transcriptions in a recorder's office of instruments which have been recorded, including the indexes pertaining to them.

**Quitclaim Deed:** A deed operating as a release; intended to pass any title, interest, or claim which the grantor may have in the property, but not containing any warranty of a valid interest or title in the grantor.

**Quiet Title:** To free the title to a piece of land from the claims of other persons by means of a court action called a "quiet title" action. The court decree obtained is a "quiet title" decree.

**Real Property (immovable):** Land, from the center of the earth and extending above the surface indefinitely, including all inherent natural attributes and any man-made improvements of a permanent nature place thereon. For example: minerals, trees, buildings, appurtenant rights.

**Reconveyance:** An instrument used to transfer title from a trustee to the equitable owner of real estate, when title is held as collateral security for a debt. Most commonly used upon payment in full of a trust deed. Also called a deed of reconveyance or release.

**TU-MAKAEFF1299**

Ex. 16 - 4750



# TRUMP
## UNIVERSITY

### TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
Recording—Subordination Agreement

**Recording:** Filing documents affecting real property as a matter of public record, giving notice to future purchasers, creditors, or other interested parties. Recording is controlled by statute and usually requires the witnessing and notarizing of an instrument to be recorded.

**Reinsurance:** A contract which one insurer makes with another to protect the first insurer, wholly or partially, against loss or liability by reason of a risk under a separate and distinct contract as insurer of a third party. Reinsurance differs from coinsurance in that, in the case of reinsurance, only one insurer has a direct contractual relationship with the insured, and that insurer (commonly referred to as the "lead insurer") purchases reinsurance in order to lessen or spread the risk. The "lead insurer" will assume a risk up to a limit (the amount of which is referred to as the "retention") and any loss which exceeds this limit would be borne by the reinsurers. In the case of coinsurance, each coinsurer has a direct contractual relationship with the insured, and the risk is shared in agreed-upon proportions from the first dollar of loss.

**Restrictions:** Often called restrictive covenants. Provisions in a deed or other instrument whereby an owner of land prohibits or restricts certain use, occupation or improvement of the land.

**Right of Way:** (1) The right to pass over property owned by another, usually based upon an easement. (2) A path or thoroughfare over which passage is made. (3) A strip of land over which facilities such as highways, railroads or power lines are built.

**Sale and Leaseback:** A situation in which the grantor in a deed to a parcel of property sells it and retains possession by simultaneously leasing it from the grantee.

**Search:** In title industry parlance, a careful exploration and examination of the public records in an effort to find all recorded instruments relating to a particular chain of title.

**Separate Property:** Real property owned by one spouse exclusive of any interest of the other spouse.

**Squatter:** One who settles upon unoccupied land without legal claim or authority. (See Adverse Possession.)

**Starter:** A copy of the last policy or report issued by a title insurer which described the title to land upon which a new search is to be made. In some states, this is called a back title letter or back title certificate.

**Street Improvement Bonds:** Interest-bearing bonds issued, usually by a city or county, to secure the payment of assessments levied against land to pay for street improvements. The property owner may pay off the particular assessment against the property, or may allow the assessment to "go to bond" and pay installments of principal and interest over a period of years, usually at the city or county treasurer's office. The holder of a bond received payments from these offices.

**Subdivision:** An area of land laid out and divided into lots, blocks, and building sites, and in which public facilities are laid out, such as streets, alleys, parks, and easements for public utilities.

**Subordination Agreement:** An agreement by which one encumbrance (for example, a mortgage) is made subject to another encumbrance (for example, a mortgage) is made subject to another encumbrance (perhaps a lease). To "subordinate" is to "make subject to," or to make of lower priority.

**TU-MAKAEFF1300**

Ex. 16 - 4751



# TRUMP
## UNIVERSITY

### TRUMP UNIVERSITY GLOSSARY OF REAL ESTATE TERMS
#### Surface Rights—Vesting

**Surface Rights:** Rights to enter upon and use the surface of a parcel of land, usually in connection with an oil and gas lease or other mineral lease. They may be "implied" by the language of the lease (no explicit reservation or exception of the surface rights) or "explicitly" set forth.

**Survey:** The measurement by a surveyor of real property which delineates the boundaries of a parcel of land. An ALTA survey additionally delineates the exact location of all improvements, encroachments, easements and other matters affecting the title to the property in question. A survey may be required by a title insurance company whenever the company is requested to issue an ALTA Extended Coverage Policy.

**Tax Deed:** A deed executed by the tax collector to the state, county or city when no redemption is made from a tax sale.

**Tax Sale:** Property on which current county taxes have not been paid is "sold to the state." No actual sale takes place - the title is transferred to the state and the owner may redeem it by paying taxes, penalties and costs. If it has not been redeemed within five years, the property (referred to as "tax sold property") is actually deeded to the state. (Similar "sales" to cities take place for unpaid city taxes.)

**Title:** (1) A combination of all the elements that constitute a legal right to own, possess, use, control, enjoy and dispose of real estate or a right or interest therein. (2) The rights of ownership recognized and protected by the law.

**Title Insurance:** Insured statement of the condition of title or ownership of real property. For a one-time-only premium, the named insured and their heirs are protected against title defects, liens and encumbrances existing as of the date of the policy and not specifically excluded from it. In the event of a claim, the title company provides legal defense from the policyholder and pays any covered losses incurred as a result of such claim.

**Title Search:** A review of all recorded documents affecting a specific parcel of land to determine the present condition of title. An experienced title officer or attorney reviews and analyzes all material relating to the search, then determines the sufficiency and status of title for insurance of a title insurance policy.

**Underwritten Company:** A title firm which conducts title searches but is not qualified to insure, and therefore issues policies of a qualified title insurer (underwriter) in return for a portion of the premium.

**Variable Interest Rate:** An interest rate that fluctuates with the current cost of money; subject to adjustment if the prevailing rate moves up or down.

**Vendor's Lien:** An implied lien given by law to a vendor for the remaining unpaid and unsecured part of a purchase price.

**Venue:** Neighborhood; often used to refer to the county or place in which an acknowledgment is made before a notary; also refers to the county in which a lawsuit may be filed or tried.

**Vesting:** The names, status and manner in which title of ownership is held with a fixed or determinable interest in a particular parcel of real property; also that portion of a title report or policy setting forth the above.

**TU-MAKAEFF1301**

Ex. 16 - 4752



# TRUMP
### UNIVERSITY

## FAST TRACK TO FORECLOSURE INVESTING POWER TEAM

Trump University is here to assist you in your Real Estate Endeavors. Below is the support network we have put in place for you. Utilize these resources, as they are here for your personal success.

**1.**
- ☑ Do you have **general questions**?
- ☑ Do you need **information on locations of seminars**?
- ☑ Do you need to **update your personal information**?
- ☑ Do you need to **obtain information on continuing education classes**? (*Profit from Real Estate*)

If so please call **Customer Support** at 877-508-7867 extension 0, or e-mail us at customersupport@trumpuniversity.com.

**2.**
- ☑ Do you need **help leveraging your training**?
- ☑ Do you have **general questions about the real estate** industry?
- ☑ Do you have **questions** regarding your *Fast Track to Foreclosure* **after viewing your Orientation webinar**?

If so please call your **Client Advisor** at 888-TRUMP18. You can also email us at clientadvisor@trumpuniversity.com

**3.**
- ☑ Do you want to **read expert articles**?
- ☑ Do you need **crucial legal forms**?
- ☑ Do you have **questions for the experts**?
- ☑ Do you want to **view webinars**?
- ☑ Do you want to **connect with like minded people**?

If so please **log on** to http://www.trumpuniversity.com/Premium

 All Support Networks Available: 9am – 6pm EST, Monday – Friday

 You may log on to the Trump University Premium website at any time.

**TU-MAKAEFF1302**

Ex. 16 - 4753



# **TRUMP**
## UNIVERSITY

# **Support Network**

Trump University is here to assist you in your Real Estate endeavors. Below is the support network we have put in place for you. Utilize these resources, as they are here for your personal success.

§ Do you have **general questions?**
§ Do you need **information on locations of seminars?**
§ Do you need to **update your personal information?**
§ Do you need to **obtain information on continuing education classes?**

If so please call **Customer Support** at 877-508-7867 extension 0 or e-mail us at customersupport@trumpuniversity.com.

**TU-MAKAEFF1303**

Ex. 16 - 4754

# THE WORKBOOK



For more information
visit us online at
**TrumpUniversity.com** or
give us a call at
**877-508-7867**



**TU-MAKAEFF1304**

Ex. 16 - 4755



— and / or assigns )

— Clause in contract
— Say I meant to buy in company. → we sold company + σ

— open up dummy organizations → reserved name to buy + put property in the name keeping everyon → well e assigning it to them. Do it online. LLC's cost more than for c corp — under $60. Nevadacompany.com NV corps.

Agt corps
got traditional commercial lender no hard cd lend

— Trump website
Trump
Affidavit memorandum — fill out, notarize, pay filing fee at county courthouse — get recorded.

— Assignments → Quickturn cha name and / or assigns

— Dr B → build business credit. Acquire bus. credit cards + Chase Bank. After 12 mos. — J want reported to Dr B + give #

RENAISSANCE®
MONTURA HOTEL
LOS ANGELES

TU-MAKAEFF1305
Ex. 16 - 4756

will report to business credit.

— Tim uses a realtor w/ every deal for
the paperwork. Uses primary repl provision
of funds too.

— Standard 10% commission — pay that → realtors

— Don't do REOS in SEATTLE
↓
Real Expensive Opportunities!

— Write yourself another mortgage at 6½% 30 yr
another note — sell at a discount
They buy note — then there are in first
position.

— through another company

— Note buyer — Colonial Funding Dallas, TX
Eddie Speed — pico + more

Ask
Shawn

Tim's
note
buyer

Ex: — $100,000 note w/ hard ¢ lender
— Have note buyer — buys at 90% of value.
— Create note of $200,000 → they'll
buy for $160,000 → we need $100,000
to pay hard ¢ lender.
— Create note from 1 co. to other
co. where we have hard ¢ lender.
It's unsecured.
— Our note buyer w/ unsecured
note sell at a discount. It's
2nd position until buy
note.

RENAISSANCE
MONTURA HOTEL
LOS ANGELES



people will want 1st position
— if gos to escrow — pays back to lender.
— you can make fee/commission off of selling
note to note buyer.
(They buy note for... buy value of note up —
goes into my pocket).
— Buy note $105,000 → $65,000 goes to me
— Need accountant → will tell you if QuickBooks
etc... ask Chukers what QuickBooks
version. They said PRO or whatever — doesn't
matter.

— Go to smaller community banks vs larger ones.
— Tennessee

EVENTS LESS ORDINARY



RENAISSANCE.
MONTURA HOTEL
LOS ANGELES

**TU-MAKAEFF1307**

Ex. 16 - 4758

Put pre-foreclosure in Land trust. Asst. (First thing too)
the law now for bank to call loan due.
Put land trust in LLC. RE attorney can do this.
Trustee in land trust can be anyone.

- Partnerships
  LLC → simple but good protection
  S corps → gives complex tax advantages
  C corp → lot of paperwork → for bigger projects.

○ Over 300 ways to buy a house
  Owner financing → hardest technique in RE

○ 2 separate mortgages
  ↳ ?

○ assignment of contract → build relationships →
  make 5k - 15k → they will always come
  back + negotiate.

○ Approach seller in pre-foreclosure to benefit more
  in deal → any way to do this? Sign promissory
  note, when I sell will give you xxx money.
  Person/owner's credit will be ruined for them



RENAISSANCE.
MONTURA HOTEL
LOS ANGELES

TU-MAKAEFF1059
Ex. 16 - 4759

When looking at house

- What do you feel? Get buyer to feel house

- Stop outside house — hear noises (train), loud car stereos → tie Christmas put red bows on door — Halloween → kids dressed up + hand out candy. Get them to feel a house — cookie smell (open house)

- Buyers skeptical b/c don't want to pay 400k if goes down to 300 k But they buy on EMOTION. Get good idea on how much generally speaking will cost.

- Feel neighborhood. House caters to the right

RED's
80% looks
like this
→

houses that
cater to the
left →

kitchen
left

Garage should be next to
kitchen —

Garage

To the left doesn't
feel right

Houses and kitchens
to the right sell
faster.

Right handed —
room to the right.
(Feels better)

**RENAISSANCE®**
MONTURA HOTEL
LOS ANGELES

**TU-MAKAEFF1060**
Ex. 16 - 4760

ACO                              Simpler
                                 Technique

1) 350 K ( ARV )
— 2) Repair   40K
— 3) Acquisition   10,5K
— 4) Holding        7 K
— 5) ~~Closing~~ ~~Hedge~~ (10%) 4 K
— 6) Closing    7K
Lease — 7) Adv. cost   1750 K
option
   8) No realtor
   9) Alljueno — (279,750 K)  Max offer
      6 mo.                    will
                              Make D
Don't offer                   have to add
own #                         profit
Start →
Offer    10) Assignment (10%) 35K
$175,237  11) Retailers (15%) 45K

65% of 350K        199,750K
   $ 227,500
— Jore Damus case price less than 65%

RENAISSANCE®
MONTURA HOTEL
LOS ANGELES

**TU-MAKAEFF1061**
Ex. 16 - 4761

ACO

ARV: $175K

Repairs: $18K          no realtor commission
                       no 6 mo payment

---

1) ARV: $478K          just add cost
2) Repairs: $38K
3) Acquisition $14,340
4) Holding      $9560
5) Hedge (15%) $5700
6) Closing      $9560
7) Adv.         $2390

Max offer $398,450          $49,679K

10) Assignment (15%)  71,700     24.9K
11) Retailers (15%)   71,700

          $255,050

All Cash Offer 65% → $105,782.50
          310,000

RENAISSANCE.
MONTURA HOTEL
LOS ANGELES

TU-MAKAEFF1062
Ex. 16 - 4762

Go somewhere else if people are
paying full price → questioning top
growth will be in that area.
It's about the appreciation.

1) 300K
   1600 sq ft house
   $187.50 per sq ft.

2) 323K
   1750 sq ft.
   $187.42 per sq ft.

3) 378
   1200
   $315

$232 per sq ft.

4) 269
   112
   $334

Our house 1559 sq ft
$232 x 1559 ft.
   $362K → ARV

RENAISSANCE
MONTURA HOTEL
LOS ANGELES

TU-MAKAEFF1063
Ex. 16 - 4763



ACO

1) 362 K
2) 62 K
3) ACg 10,860
4) Holding 7,240
5) Hedge (2.5%) 7,750
6) Closing 7,240
7) no
8) 6% → Asking price (assume 362) 21,720
9) no

Struct
scales always
have
big flat
screen TVs

$ 245,190

10) Assignment 10% 36 K
11) Retainer 10% 36 K

Bank will take ← $ 173,190 → 48%
48%

$ 235,300 → 65%

legal b/c
I have
equitable
title

They take $173,190 under contract

Ask $220,000 → Honeymoon special
asking $220 → will take less
If set 200k offer → make 27 K

RENAISSANCE®
MONTURA HOTEL
LOS ANGELES

TU-MAKAEFF1064
Ex. 16 - 4764

Quick Claim Deed

More than 15 wholesale deals a year
considering you a "dealer"

---

Get house under contract

Hey "investor" I've got this house
on happening at → why don't you come
buy & let me know what you think of it.

---

withdraw affidavit if

---

- CA — hold onto property for 3 mos if
  buy REO before reselling.
  FSBO → wait 3 months

- Buy ⇒ co. & sell co. → holdings

Clarify w/RE attorney

If pay cash down & equity

Investors would manipulate before — bidders
appraiser would overexaggerate worth —
Buyers would come in & buy. Banks
said we won't loan you $ until
you have for 3 mos.

RENAISSANCE®
MONTURA HOTEL
LOS ANGELES

TU-MAKAEFF1065
Ex. 16 - 4765



LA + Tampa Bay — 2 hardest area.

↳ Rely on market to steer in right direction.

Corona → tons of foreclosures
is a lot of growth → don't go there big
Fire players
could be
8 yrs
from now.

— Phoenix any technique →
Seattle

Wholesale → Hacienda Heights

— Vegas —

They're
going to
market
asking for
call of her.

EVENTS LESS ORDINARY

Pre-Foreclosure

↓
offer has to be inline what they are



RENAISSANCE
MONTURA HOTEL
LOS ANGELES

**TU-MAKAEFF1066**
Ex. 16 - 4766



All cash offer

ARV $638K
Repairs $1500

Max cash offer —
is breakeven
point

• No realtor comm
• NO payment 6 mo.

Most of work → 65%
Little work → 75%

ARV $320k
Repairs $12,000

| ARV $638K | ARV $320K |
|---|---|
| Repairs $1500 | Repairs $12,000 |
| $636,500 | $308,000 |

| | | | |
|---|---|---|---|
| Acq | $19,140 | Acq | $9,600 |
| Holding | $12,760 | Holding | $6,400 |
| Hedge (15%) | $95,700 | Hedge (15%) | $48,000 |
| Closing | $12,760 | Closing | $6,400 |
| Adv. | $3,190 | Adv. | $16,000 |

Assignment (10%) $63,800          Assignment (10%) $32,000
Retailer (10%) $63,800           Retailer (15%) $48,000

$365,350 | 65%
         | 414,700

$0 Could pay up to | 75%
75% since not much | 478,500
repairs.

$141,600

65% → $208,000

could be of lots of repair

$197,050 /
59%.

RENAISSANCE®
MONTURA HOTEL
LOS ANGELES

TU-MAKAEFF1067
Ex. 16 - 4767

Lease option is 10X smarter than buying today.

Owner finance → 6 mos → fix up then sell → instead of buying don't put much $ down.

— Land cost does not change
   ↓
   fixed

Whittier Glendora

* — Look at REOs that have been on the market over 200 days.

— Certain REOs to look at & certain not to look at

— Better to control RE than own RE. Make $200 cash flow ea (30 properties) → 5K/ mo. then $150K equity saved in a = $$

— You can't assign a contract short sale $ yrs ago you could
— Chris does short sales

— REOs → can't assign — can only 5 yrs now. Can do close but wait 3 mos.

EVENTS LESS ORDINARY

RENAISSANCE.
MONTURA HOTEL
LOS ANGELES

Phoenix ──→ good returns
SanDiego ──→ looming soon

Vegas →return in 10 yrs.

_____

lease option ) smartest
over financing ) ways

- Buy properties for longterm growth
  this year.

  - Quickturn first to build up to
    buying house.

- Hightech cos in CA, land ↑ price, profit
  more long run.
- Texas — profit more short term

  20,000 down $200/mo ──→ get back principal
  8 yrs down.

- Don't do REOS now Do quickturns.

TU-MAKAEFF1069
Ex. 16 - 4769



## Upcoming Retreats

**Los Angeles, CA**
Feb 6, 2009 - Feb 8, 2009

**Orlando, FL**
April 3, 2009 – April 5, 2009



## Upcoming Retreats

**Los Angeles, CA**
Jan 23, 2009 – Jan 25, 2009

**New York/ New Jersey**
April 17, 2009 – April, 19, 2009



## Upcoming Retreats

**Las Vegas, NV**
Feb 13, 2009 – Feb 15, 2009



## Upcoming Retreats

**San Diego, CA**
Mar 20, 2009 – Mar 22, 2009

**TU-MAKAEFF1070**

Ex. 16 - 4770