# Property Inspection / Offer Sheet

Address: _____ Date: _____
City: _____ Zip Code: _____ Square Footage: _____
Lock Box: Code _____ / Supra Key / Call Agent ( ) _____
Asking Price: _____ ARV: _____ Offer: _____  1  2  3  4  5

| Interior Needs: | Yes | No | Costs | Exterior Needs: | Yes | No | Costs |
|---|---|---|---|---|---|---|---|
| Living/Family/Den/Hall |   |   | (     ) | Rain Gutters |   |   |   |
| Carpet |   |   |   | Roof |   |   |   |
| Tile |   |   |   | Patch/Paint/Trim |   |   |   |
| Patch/Paint/Trim |   |   |   | Windows (  ) |   |   |   |
| Kitchen |   |   | (     ) | Patio Slider |   |   |   |
| Cabinets |   |   |   | Patio Covering |   |   |   |
| Counter Tops |   |   |   | Front Landscaping |   |   |   |
| Sink/Faucets |   |   |   | Back Landscaping |   |   |   |
| Appliances |   |   |   | Fencing |   |   |   |
| Flooring |   |   |   | Block |   |   |   |
| Bathroom (1) |   |   | (     ) | Wood |   |   |   |
| Toilet |   |   |   | Driveway |   |   |   |
| Sink/Faucet |   |   |   | Sidewalk |   |   |   |
| Vanity |   |   |   | Foundation |   |   |   |
| Tub/Shower |   |   |   | Garage |   |   | (     ) |
| Tile |   |   |   | Wall |   |   |   |
| Flooring |   |   |   | Door |   |   |   |
| Bathroom (2) |   |   | (     ) | Opener |   |   |   |
| Toilet |   |   |   | Pool |   |   |   |
| Sink/Faucet |   |   |   | Jacuzzi |   |   |   |
| Vanity |   |   |   | Front Door |   |   |   |
| Tub/Shower |   |   |   | Back Door |   |   |   |
| Tile |   |   |   | Other |   |   |   |
| Flooring |   |   |   |   |   |   |   |
| Water Heater |   |   |   |   |   |   |   |
| Central Air |   |   |   |   |   |   |   |
| Interior Doors (  ) |   |   |   |   |   |   |   |
| Closet Doors (  ) |   |   |   |   |   |   |   |

TU-MAKAEFF1071

Ex. 16 - 4771



(TM)

Normal Property Availability

Peak 40,000/mo
(Last year) Foreclosure ↗
(Now)
↓ 15,000/mo

Norm 11,000/mo.

Below

| Prices go up |

Demand exceeds supply
↓
Prices Increase

**TU-MAKAEFF1072**
Ex. 16 - 4772

# THE WORKBOOK



For more information
visit us online at
TrumpUniversity.com or
give us a call at
877-508-7867

**TRUMP**
UNIVERSITY

**TU-MAKAEFF0628**
Ex. 16 - 4773







**Pam Miller**
"Specializing In Excellence"
**COLDWELL BANKER**
Cell: (310) 650-1111
E-mail: mizpam@verizon.net
Lic.# 00763021

They get $ based in property.

Get offer on property (flat) acpted by bank, then they say yes I will sell X dollars for property.

David knows. I don't have to do anything.

Get into films, matchmaker Jubs. then do a sound program.

*As a Proud Resident, I Promise Westchester Nothing Less Than Superior Service*

TU-MAKAEFF0631
Ex. 16 - 4776





autoresponder
- aweber.com
Send lots of those to everyone I know
- Put in team email addresses in autoresponder
we're an investment real estate co.
Set up web site.
have a web presence
4 cooled email to 147,000 people
Go to merchant acct
* do Google checkout → account

TU-MAKAEFF0633
Ex. 16 - 4778



Uploaded ads

Set up best guerilla
advertising site in
the world
↳ Google

Pay per click
|
Advertising programs
Adwords
↓
Godaddy.com
domain names

drive traffic to webpage

TU-MAKAEFF0634
Ex. 16 - 4779





Web sites

Delaware Inc. com
← vistaprint. com
superpages. com
yellowpages. com
creditcards. com
REIclub. com
onebox. com
virtual office
superpages. com
infospace. com
REOnetwork. com
VAhomes. org
? hud. org / hud. gov
easycredit. com
e-renter. com

SCARVES — GLOVES →

(margin note): sign up available every day unless $50 free his card all the time

TU-MAKAEFF0636

Ex. 16 - 4781



TU-MAKAEFF0637
Ex. 16 - 4782



(TM) Hilton

TRUMP ELITE
programs
— Powerful software
— exec. retreats
— world class mentors

---

Take
Quick-turn
real estate
profit's retreat
↓
cash flow —
don't get rich
creative financing

TU-MAKAEFF0638
Ex. 16 - 4783



Hilton

Goals

30 d
90 d
12 mo
3 yr
5 yr

What will u do to
get to next deal in
21 days?

TU-MAKAEFF0639

Ex. 16 - 4784



TU-MAKAEFF0640
Ex. 16 - 4785



TU-MAKAEFF0641

Ex. 16 - 4786