# EXHIBIT 40

Page 1

1

2              UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF NEW YORK

4    ---------------------------------X

     TARLA MAKAEFF, et al., on

5    Behalf of Themselves and     Case No. 3:10-CV-00940-CAB(WVG)

     all Others Similarly Situated,

6

                    Plaintiffs,

7

          v.

8

     TRUMP UNIVERSITY, LLC, et al,

9

                    Defendants.

10   ---------------------------------X

11

12              VIDEOTAPED DEPOSITION

13                     OF

14              CORINNE A. SOMMER

15              New York, New York

16         Wednesday, November 7, 2012

17

18

19

20

21

22

23

24   Reported by:

     ANNETTE ARLEQUIN, CCR, RPR, CRR, CLR

25   JOB NO. 54530

1                      C. Sommer

2    roller coaster through the day so you want to

3    buy something.

4         Q.    Now you reported back to Highbloom

5    and Sexton about your impressions of the

6    program, right?

7         A.    Yes, mostly to Highbloom.

8         Q.    And since you sat through a number of

9    these, you weren't mesmerized and taken in by

10   this because this was old hat to you after you

11   had been through a few, right?

12              MS. ECK:  Objection.  Vague.

13        A.    No.  I think every time it was sort

14   of exciting and you learned something new based

15   on the presenter.  Everyone had something new to

16   say, so I think every time was sort of new and

17   exciting.

18        Q.    And by learning something, you mean

19   something new about real estate?

20        A.    Yeah.

21        Q.    So even you who have gone through

22   program after program, you learned something new

23   each time?

24        A.    Well, because there were different

25   presenters, yes.

1                        C. Sommer

2          Q.    So it would depend on the presenter

3    what you learned?

4          A.    Yes.

5          Q.    And some you learned more than

6    others?

7          A.    Well, they all have different

8    techniques.

9          Q.    Different styles?

10         A.    Yes.

11         Q.    Different information they're

12    conveying?

13         A.    Yes.

14         Q.    Different slides in their PowerPoint?

15              MS. ECK:  Objection.  Misstates the

16    witness' testimony.

17         A.    No.  Well, it depends on some of the

18    presenters were using other people's, so some of

19    them had the same.

20         Q.    Some were the same and some were

21    different.

22         A.    Some were the same and some were

23    different.

24         Q.    All right.  And they had different

25    experiences and examples that they gave?

1                    C. Sommer

2         A.    Yes.

3         Q.    And you'd report back to Highbloom
4    and you would tell him, I thought this
5    particular presenter was very good or effective,
6    right?

7         A.    Yes.

8         Q.    And then other speakers you said not
9    so much, I didn't think this one was as
10   effective.

11        A.    Yes.

12        Q.    Did you make any attempt to see if
13   your own impressions and comments coincided with
14   the participants of that program?

15        A.    No.

16        Q.    How many purchasers of the elite
17   programs did you ever interact with either in
18   person, by phone or by email?

19        A.    I don't know an exact number.

20        Q.    Was it more than five?

21        A.    I don't know.

22        Q.    On line 24 you state, "After
23   purchasing the elite program, I saw many
24   students who realized that they did not get what
25   they are promised."

EXHIBIT 41

Pages: 5651-5674

[Filed Conditionally
Under Seal]

# EXHIBIT 42

Page 1

1                    UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3    _____
                                    )
4    TARLA MAKAEFF, BRANDON KELLER, )
     ED OBERKROM, and PATRICIA MURPHY, )
5    on Behalf of Themselves and All )
     Others Similarly Situated,     )
6                                    )
            Plaintiffs,             ) Case No.
7                                    ) 10 CV 0940 CAB (WVG)
            vs.                     )
8                                    )
     TRUMP UNIVERSITY, LLC, (aka Trump )
9    Entrepreneur Initiative) a New )
     York Limited Liability Company, )
10   DONALD J. TRUMP, and DOES 1    )
     through 50, inclusive,         )
11                                   )
            Defendants.             )
12   _____)

13

14

15          Videotaped Deposition of Joann Everett

16          taken at 655 West Broadway, Suite 1900,

17          San Diego, California, commencing at

18          9:31 a.m., on Wednesday, October 3, 2012,

19          before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23

24   Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

25               Job No. 54027

Page 37

1    go through those.

2        A.   Uh-huh.

3        Q.   The first one, is that Bates No. EVERETT8 on

4    the bottom?

5        A.   Yes, it is.

6        Q.   Okay.  Please show me where in that document

7    Trump University promised a specific amount of money or

8    a certain level of success that you would obtain by

9    purchasing a Trump University program.

10           MS. ECK:   I object that the document speaks for

11   itself.

12           You can answer if -- if --

13           THE WITNESS:   Oh.

14           MS. ECK:   -- there's anything in there.

15           THE WITNESS:   Yes.

16           MS. ECK:   Okay.

17           THE WITNESS:   It states:   "Come to the free

18   class and copy exactly what I've done and get rich."

19   BY MR. SCHNEIDER:

20       Q.   Does it state any specific amount of money or

21   guarantee a certain level of success?

22           MS. ECK:   Objection.  Asked and answered.

23   BY MR. SCHNEIDER:

24       Q.   Let me -- let me separate those two.  Does it

25   guarantee any specific amount of money that you will

Page 38

1    make?

2         A.   An exact amount, is that what you're looking

3    for?

4         Q.   Any dollar amount.   Does it give any dollar

5    amount of money that you could expect to make --

6         A.   I do not see a dollar amount given.   It implied

7    that one is going to be making money, which I presume

8    would be in a dollar amount, but they didn't state it in

9    dollar figures.   They stated it to increase your income,

10   you know, take advantage of the fast-changing market in

11   real estate, many opportunities, follow my secrets to

12   success and you will get rich, which is dollars.

13        Q.   There's no specific guarantee of success,

14   correct?

15             MS. ECK:   Objection.   Lack of foundation.

16   BY MR. SCHNEIDER:

17        Q.   You can answer the question.

18        A.   Oh.   Restate the question.

19        Q.   Is there any guarantee of success in that

20   invitation to the free program?

21             MS. ECK:   Objection.   Asked and answered.

22   BY MR. SCHNEIDER:

23        Q.   You can answer.

24             MS. ECK:   You can answer.

25             THE WITNESS:   A guarantee, there's an assurance

Page 39

1   that this is -- that he is representing putting his name

2   on this class.   He's noted for being a real estate

3   investor, so it's implied.

4   BY MR. SCHNEIDER:

5       Q.   Ms. Everett, my question is a little bit

6   different.   Is there any guarantee in that letter to you

7   of success or a certain dollar amount?

8           MS. ECK:   Objection.   Compound.   Asked and

9   answered.

10  BY MR. SCHNEIDER:

11      Q.   Sure.   I can separate it if you want.   And from

12  time to time during the deposition, your attorneys, as

13  they have been, will make objections.   Either they don't

14  like the question or the way I've formed the question

15  or -- or for whatever reason.   You're still obligated to

16  answer the question --

17      A.   Okay.   I see.

18      Q.   -- unless the lawyers --

19      A.   Okay.

20      Q.   -- instruct you not to.

21      A.   Okay.   Thank you.

22      Q.   All right.   So it's just to preserve the record

23  for another time.

24      A.   I see.

25      Q.   All right.

Page 40

1      A.    I -- I understand.

2      Q.    So in the letter that you're looking at, which

3  is the invitation to the free program, anywhere in that

4  letter does it state any kind of guaranteed return or an

5  amount of money that you will make by buying a program?

6      A.    I do not see that in this letter.

7      Q.    Is there any guarantee of a level of success

8  that you will achieve?

9          MS. ECK:   Objection.   Asked and answered.

10          THE WITNESS:   Is there any guarantee to

11  success?

12  BY MR. SCHNEIDER:

13      Q.    That you will reach a certain level of success.

14          MS. JENSEN:   I believe she's already answered

15  this question, David.   I mean, you're just harassing her

16  until you get a -- an answer that you like.

17          MR. SCHNEIDER:   I want an answer to the

18  question.

19          MS. JENSEN:   She already has answered.

20          MS. ECK:   You can read it again.

21          THE WITNESS:   I would not -- yes, I would not

22  have signed up --

23  BY MR. SCHNEIDER:

24      Q.    Ms. Everett -- Ms. Everett -- Ms. Everett --

25      A.    I would not have attended the free seminar had

Ex. 42 - 5680

1    I not thought there was some opportunity.  And this

2    letter to me stated there is an opportunity to make

3    money in investing in real estate.

4        Q.   All right.

5        A.   Otherwise, I would have thrown the thing out.

6        Q.   All right.  And that's how you perceived that,

7    correct, as a --

8        A.   Yes.

9        Q.   -- as a potential opportunity?

10       A.   As an opportunity by using his techniques.

11       Q.   All right.  But there's no guarantee of success

12   mentioned in there, correct?

13       A.   I don't think anyone here --

14            MS. ECK:  Asked and answered.

15            MS. JENSEN:  Asked and answered.  You're also

16   harassing the witness at this point.

17   BY MR. SCHNEIDER:

18       Q.   I'm sorry.  You don't think anybody what?  You

19   were saying I don't think anybody guaranteed success?

20       A.   Well, in life you have opportunities.  He's

21   offering an opportunity, a one-year mentoring, a

22   three-day mentorship, implying that one will be

23   successful.  And I've been told personally I would be,

24   but that's later in the workshop session.

25       Q.   That's after you already purchased something,

1    right?

2         A.    Yes.

3         Q.    Okay.  So, now let's go back to the next

4    document, which is page 16.  That was the next one

5    identified by your attorney.  And there's a Post-It note

6    on it.

7         A.    Uh-huh.  Okay.

8         Q.    All right.  Where in that document is there

9    the -- the request was for documents that reflect a

10   promise or a guarantee of a certain amount of money or a

11   certain level of success.

12            Is there anywhere in that document, which is

13   Bates-stamped Everett16 --

14         A.    Uh-huh.

15         Q.    -- in which there's a promise of a certain

16   amount of money or a guarantee of success?

17         A.    Now, to my recollection, this is a duplicate

18   after I had already signed up.  Apparently they didn't

19   take my name off the mailing list.  I received another

20   invitation for a free seminar.

21         Q.    Okay.  So --

22         A.    So this is -- I just sent this showing that I

23   received more information from Trump, but this is -- I

24   didn't do anything with this particular --

25         Q.    Okay.

Page 251

1      Q.   Now, you -- you put in quotes when you said the

2   word "university."

3           Did -- did you believe that this was a -- a

4   university similar to, let's say, University of Florida?

5      A.   No, I did not think it was University of

6   Florida, but I thought it was a -- like a -- you might

7   have like a real estate school or a special school that

8   has certification and follows certain guidelines for the

9   state and --

10     Q.   Okay.  So let's talk about that.  You knew it

11  wasn't a university like the University of Florida?

12     A.   I didn't think it was full scale like a

13  University of Florida, no.

14     Q.   Okay.  But you thought it might have some kind

15  of certification?

16     A.   Oh, of course.

17     Q.   All right.  And did you make any inquiry as to

18  whether or not you could get certified by taking courses

19  at Trump University?

20     A.   No, I did not, at that -- not that day.

21     Q.   And was there any representation by anybody at

22  Trump University that it was accredited?

23     A.   I didn't -- I didn't ask.

24     Q.   And did anybody represent that it was

25  accredited?

Page 252

1      A.    I did not -- I don't remember.

2      Q.    You're saying you don't remember them making

3   that statement?

4      A.    I don't remember them making that statement.   I

5   mean, I don't remember every statement we made there,

6   but --

7      Q.    All right.  And did -- at any time did you make

8   any inquiry with the Realty Board in Florida to see if

9   any of the courses that you took, you might get

10  continuing legal education --

11     A.    No.

12     Q.    -- or continuing real estate education?

13     A.    No.

14     Q.    Did you ever apply to get any kind of credit or

15  see if credit was available for taking the course?

16     A.    Not at this particular time.

17     Q.    At any time?

18     A.    Later on it was brought up in discussions that

19  they -- that they -- it was not available, that --

20     Q.    Who told you that?

21           MS. ECK:  I caution the witness not to --

22           THE WITNESS:  Okay.

23           MR. SCHNEIDER:  Oh, I'm sorry.  I thought you

24  meant Trump University.

25           MS. ECK:  Yeah.

Page 1

1            UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3    _____
                                   )
4    TARLA MAKAEFF, BRANDON KELLER, )
     ED OBERKROM, and PATRICIA MURPHY, )
5    on Behalf of Themselves and All )
     Others Similarly Situated,     )
6                                   )
            Plaintiffs,             ) Case No.
7                                   ) 10 CV 0940 CAB (WVG)
            vs.                     )
8                                   )
     TRUMP UNIVERSITY, LLC, (aka Trump )
9    Entrepreneur Initiative) a New )
     York Limited Liability Company, )
10   DONALD J. TRUMP, and DOES 1    )
     through 50, inclusive,         )
11                                  )
            Defendants.             )
12   _____)

13

14

15        Videotaped Deposition of John Brown

16        taken at 655 West Broadway, Suite 1900,

17        San Diego, California, commencing at

18        9:18 a.m., on Monday, October 8, 2012,

19        before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23

24   Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

25              Job No. 54027

Page 42

1    reviewed or read or received before you purchased the

2    1,495 program.

3        A.   Not directly from Mr. Trump, but it was

4    implied.

5        Q.   Now, what are you referring to that was

6    implied?

7        A.   The people in the back of the room were saying

8    this is the program that would make you a success.

9        Q.   Anything else?

10       A.   Which is exactly what Mr. Trump had said.

11   This --

12       Q.   Did he --

13       A.   This -- these programs, this information, this

14   education would make you a success.

15       Q.   Now, did anybody tell you that you were

16   guaranteed to be successful?

17       A.   Not guaranteed, no.

18       Q.   Can you remember anything else that you

19   received or reviewed before you decided to purchase the

20   1,495 program?

21       A.   There was a document that -- it was like a

22   purchase statement or something that had the prices on

23   it.  There was writing at the bottom, and I -- I signed

24   the bottom, which is what you typically do when you buy

25   something.

Page 1

1

2                    UNITED STATES DISTRICT COURT

3                    SOUTHERN DISTRICT OF NEW YORK

4

    ---------------------------------X
5   TARLA MAKAEFF, et al., on

    Behalf of Themselves and      Case No. 3:10-CV-00940-CAB(WVG)
6   all Others Similarly Situated,

7                    Plaintiffs,

8          v.

9   TRUMP UNIVERSITY, LLC, et al,

10                   Defendants.

    ---------------------------------X
11

12

13              VIDEOTAPED DEPOSITION

14                       OF

15              JASON NICHOLAS

16              New York, New York

17           Thursday, November 8, 2012

18

19

20

21

22

23

24  Reported by:

    ANNETTE ARLEQUIN, CCR, RPR, CRR, CLR
25  JOB NO. 54531

Page 118

J. Nicholas

1

2  Playbook in your sales?

3          It's about a 200-page manual called

4  the Playbook.

5      A.    This is all I used, script.  That's

6  what I'm pointing to.

7      Q.    Exhibit 2, right?

8      A.    Yes.  That is the Playbook.

9      Q.    Did you ever tell any people on the

10  phone that Trump University was an accredited

11  university?

12      A.    No.

13      Q.    And did you ever believe it was an

14  accredited university?

15      A.    No.

16      Q.    Anyone ever ask you?

17      A.    Yes.

18      Q.    And what did you tell them?

19      A.    No.  We -- I'm sorry.

20      Q.    Any estimate in the terms of

21  percentages of call-ins versus call-outs that

22  you were handling?

23      A.    I mean I would say it was -- it was

24  a situation where you have 10 to 15 sales

25  employees and I want to recall that there was

# EXHIBIT 43





Real Estate investing seminars ! Real Estate Investing Seminar -...          http://www.trumpuniversity.com/seminars/profit-from-real-estat...



# Learn from the Master

If you are ready to be the boss and build your **OWN** business, let Trump's team of experienced trainers help you succeed. Learn proven strategies of the master entrepreneur, Donald Trump. Whether you are an experienced entrepreneur or just getting started, our custom programs are designed to meet your specific needs.

## Find a Trump Class Near You

Enter zip code
( Go )



**EXISTING HOME SALES SOAR IN MARCH!**

*National Association of Realtors, April 22, 2010*

Existing home sales rose last month to a seasonally adjusted annual rate of 5.35 million units, up from the revised rate of 5.01 million in February. Sales year-over-year were up 16.1%.

## The Time for Action is NOW

**76% of the world's millionaires made their fortunes in real estate. Now it's your turn.**

Times may be tough but the opportunities for entrepreneurs have never been better. The real estate upturn is finally starting to take hold and now is the time to take action and profit on the recent dramatic rise in home sales. Don't miss out on this wave of opportunity.

### Upcoming events

**Minneapolis, MN**

**May 25, 2010 - May 27, 2010**

Learn More / Register »

**Baltimore, MD**

**Jun 1, 2010 - Jun 3, 2010**

Learn More / Register »

**Washington, DC**

**Jun 7, 2010 - Jun 10, 2010**

Learn More / Register »

## What our students are saying

"We're confident that our hard work coupled with the top-notch training from Trump U will prompt us toward greater financial success."**Ante and Marla C., St. Louis, Missouri**

"Trump U is teaching, inspiring, and motivating people to achieve their dreams and shape their destiny."**Anthony S., Vancouver, Canada**

CONFIDENTIAL                                                                TU-PLTF02210

Ex. 43 - 5692

Real Estate investing seminars | Real Estate Investing Seminar -...        http://www.trumpuniversity.com/seminars/profit-from-real-estat...

"We attribute our wonderfully successful business to the
training we got from Trump U and we look forward to our
continued relationship."**Steve P., Saratoga, California**



**"It's virtually impossible to
succeed without an
education."**

*Donald J. Trump - Chairman*

Portland/Augusta/Bangor, ME

**Jun 8, 2010 - Jun 10, 2010**

Learn More / Register »

About Us Instructors Philosophy Success
Stories Trump Insider Newsletter Course
Catalog Store Privacy Policy FAQ
Contact Us
Facebook Twitter LinkedIn
YouTube
Copyright © 2010 Trump U
McAfee SECURE
TESTED DAILY  25-MAY

3 of 3                                                                    5/26/10 1:13 PM

CONFIDENTIAL                                                              TU-PLTF02211

TRU116TRUMPU1APP_TAB_New York Post Wk9.pdf (Attachment 3 of 3)



# "Investors Nationwide are Making Millions in Foreclosures... AND SO CAN YOU!"

Big-money deals in today's real estate market are ripe for the picking. While you may have read that the market is down, the current explosion in real estate foreclosures actually presents a once-in-a-lifetime opportunity to make high-dollar profits on quick, low-cost deals.

**Foreclosures soared 94% in 2007!\*** This booming segment of the real estate market has every investor perking up... and so should you. With the right teacher, the right knowledge, and the right strategies, anyone can make the kind of real estate deals you only see on television.

Whether you're a seasoned real estate investor or brand new to the game and looking to secure your financial future off a couple of deals... real estate foreclosures are the new "it" investment. **But like all good things, this window into big-time wealth won't be open forever.** So if you're ready to make your move, my foreclosure investing system gives you the tools and resources to make enough money — in just one deal — to change your financial future.

*"I'm going to give you 2 hours of access to one of my amazing instructors AND priceless information... all for FREE."*

## 5 strategies you'll learn:

1. **How to Find Foreclosure Opportunities in Your Geographic Area:** Take advantage of the hot investing opportunities in your neighborhood before anyone else does

2. **How to Offer Distressed Homeowners a Way Out:** Learn how to be a hero to homeowners who can't afford their adjustable rate mortgage payment.

3. **Financing:** How to benefit from specific sources of seed capital and put together your own creative financing deals.

4. **The Phases of Foreclosure — Following the Foreclosure Clock:** When to make a move and how to capitalize at every stage of the process.

5. **What to Do Once You Have the Property:** Do you rent, renovate, or sell immediately? Learn what's best for your specific situation.

**Learning to ride the recent tidal wave of real estate foreclosures has never been FASTER or EASIER... UNTIL NOW.**

Right now, there are literally thousands of undervalued properties — many in your area — ready to be purchased far below market value and sold high. In nearly all my years of detecting the most lucrative investment trends, I'd be hard-pressed to find a hotter investment opportunity than foreclosures right now.

**Why is the profit potential so great?**

1. **Foreclosure properties are often sold way below market value.** That means you can buy low and sell high.

2. **Golden opportunity for investors.** This is a prime market for new investors to buy and sell quickly. Experienced investors can buy these deeply discounted properties and hold them for an enormous payday down the road.

3. **High-quality property.** You'd be shocked to see some of the most beautiful houses available (some may even be in your neighborhood) are foreclosures.

4. **Foreclosures rose 94% in 2007, and I am confident they will keep rising.** This high-volume trend means you won't be searching for available deals. You just need to know where to look for the best ones.

**The current rise in foreclosures is an incredible opportunity for you to make legendary real estate deals.** It's time to achieve the privileged life you've always dreamed about... not years from now, but just a few short months from now.

Learn everything you need to get started on your path to wealth at my foreclosure orientation. **Register now at TrumpUNY.com or call 888-TRUMP-04 today.** (87867)

**N**ot just anyone can be one of my instructors. It takes a superior level of real-world experience to have a chance to speak in front of Trump University students. My instructors have to practice what they preach. And through their experience, they're armed with the knowledge to teach you the strategies to be successful. When you come to my foreclosure orientation, you can be certain to hear from men and women who are currently making money investing in real estate and want to teach you how you can too.



Get started on the path to wealth with a free digital copy of Donald Trump's *Catch The Wave: How Timing Can Make You a Fortune in Real Estate Today.*

This valuable resource is yours free just for attending the Trump U foreclosure orientation.

**FREE GIFT $50 Value**

**THIS ORIENTATION IS 4 DAYS ONLY!**

*Register Now at* TrumpUNY.com
or call 888-TRUMP-04
(8 7 8 6 7)



| Saturday, March 1, 2008 | Sunday, March 2, 2008 | Monday, March 3, 2008 | Tuesday, March 4, 2008 |
|---|---|---|---|
| 10 a.m. or 3 p.m. | 3 p.m. | 1 p.m. or 7 p.m. | 1 p.m. or 7 p.m. |
| SADDLE BROOK MARRIOTT | RYE TOWN HILTON | NEW YORK ROOSEVELT HOTEL | MELVILLE MARRIOTT |
| 138 PeNe Ave. | 699 Westchester Ave. | 45 East 45th St. | 1350 Old Walt Whitman Rd. |
| Saddle Brook | Rye Brook | New York | Melville |

TRUMP U

\*According to CNN/Money

TRU116TAB6DU-New York wk8

CONFIDENTIAL

TU 102922

Ex. 43 - 5694



Master9.pdf (Attachment 1 of 4)



# Learn from the Master.

## Attend a FREE Trump University Real Estate Workshop —

Let Trump Experts teach you the master strategies of the world's most successful real estate investor.

- Buy Bank-Owned Properties at deep discounts.
- Invest for long-term gains, positive cash flows, and passive income.
- Generate quick cash with buy-and-flip deals.
- Get creative financing to invest without risk.
- Locate buyers and investors to create recession-proof income.
- Analyze deals, make offers, and negotiate like a professional.
- Identify profitable investments right in YOUR neighborhood.

"I can turn anyone into a successful real estate investor."



*Donald J. Trump*
*Chairman, Trump University*

**1 DAY ONLY in YOUR area.**
Space is limited, reserve your seat today.
All Workshops are at 1:00pm & 7:00pm

**FREE GIFT WHEN YOU ATTEND**
Secrets of Real Estate Marketing
yours FREE on CD!



| NJ and Long Island Locations: | Sunday, November 15th Saddle Brook Marriott 138 New Pehle Avenue Saddle Brook, NJ 07663 | Monday, November 16th Inn at Great Neck 30 Cutter Mill Road Great Neck, NY 11021 | Tuesday, November 17th Melville Marriott Long Island 1350 Old Walt Whitman Road Melville, NY 11747 | Wednesday, November 18th Sheraton Edison Hotel Raritan Center 125 Raritan Center Parkway Edison, NJ 08837 | Thursday, November 19th Hamilton Park Hotel & Conference Center 175 Park Avenue Florham Park, NJ 07932 |
|---|---|---|---|---|---|
| NYC and Weschester Locations: | Monday, November 16th Affinia Manhattan 371 Seventh Ave. at 31st St. New York, NY 10001 | Tuesday, November 17th Hilton Rye Town 699 Westchester Avenue Rye Brook, NY 10573 | Wednesday, November 18th New York Marriott East Side 525 Lexington Ave. at 49th St. New York, NY 10017 | Thursday, November 19th Doubletree Guest Suites Times Square 1568 Broadway at 47th Street New York, NY 10036 | |

Call today:
**888-TRUMP-14**
(888-878-6714)

or register online at:
**TrumpUniversityCA.com**

**TRUMP**
UNIVERSITY

CONFIDENTIAL                    TU 102423

Ex. 43 - 5696

Real Estate Investing seminars ! Real Estate Investing Seminar -...          http://www.trumpuniversity.com/seminars/profit-from-real-estat...

- My Cart
- Log In or Join Now !
- Switch to Canadian Site



Call for a free consultation
888.826.5953

[_____]  ( SEARCH )

- Home
- Real Estate Investing
- Entrepreneurship
- Investing
- Live Training
- Trump Blog
- My Network

- Asset Protection
- Real Estate Investing Workshop
- No Money Down Real Estate
- Commercial Real Estate Investing



## This is the Best Real Estate Investing Market in the History of Our Country

Needless to say, this buyer's market is not going to last forever. That's why you shouldn't pass up the opportunity to take advantage of the down real estate market and make serious profits by investing in distressed properties and properties in foreclosure.

I've made my millions in real estate investing. Part of that strategy was foreclosure investing. Now I want to teach you the methods that will help you make yours. Don't miss out, find and register for a **FREE** workshop in your area.



Donald J. Trump
Chairman, Trump U

1 of 4                                                                                1/19/10 4:00 PM

CONFIDENTIAL                                                        TU-PLTF02201

Ex. 43 - 5697

Real Estate investing seminars | Real Estate Investing Seminar -...          http://www.trumpuniversity.com/seminars/profit-from-real-estat...

## Why Invest in Real Estate?

The real estate market moves in approximately 20-year cycles. Right now we are in a Down Cycle so prices are low and this is a buyers market! This is the perfect time to invest in real estate because there are currently thousands of under-valued properties--many in your area--ready to be purchased far below market value.

The recent rise in distressed properties is an amazing opportunity for you to achieve the privileged life you've always dreamed about. The key is to take advantage of these conditions NOW before the market takes an inevitable up-turn. All you need are the **Trump secrets and strategies** to help you profit from these historical market conditions!

## Learn How To Become A Real Estate Investing Expert

**Ask Yourself Some Questions:**

- Do you need more money?
- Do you want more time with your family?
- Do you need more cash for your retirement?
- Do you need additional income to pay for your children's college?
- Would you like to get rich AND be your own boss?

If you answered yes to any of these questions you owe it to yourself to **attend the FREE Profit From Real Estate Investing workshop** to learn how to reach your financial goals by investing in real estate. Trump U has analyzed the markets and developed **specific foreclosure investing strategies and techniques** that are designed to work in *today's* economy.

When you attend the **FREE Profit From Real Estate Investing** workshop you'll learn real estate investing strategies that will help secure your financial future, generate additional income, work less, and create more wealth. Some of the topics covered include:

- How to Locate Great Deals, Great Neighborhoods, and Great Properties
- Distressed Property Strategies and foreclosure investing
- Contacting and Negotiating with Owners
- Financing Your Deals
- What to Do Once You Have the Property
- Quick Turning Investments
- Exit Strategies
- How to Generate Additional Income and Get Out of Debt
- And More!

## Who Should Attend This Workshop?

No matter what your level of investing experience--you will learn the strategies and methods it takes to become a successful real estate investor. If you are interested in making money in real estate investing you need to be a part of a **FREE Profit From Real Estate Investing** workshop. Regular attendees include:

- First-time and experienced real estate investors
- Real estate agents
- Mortgage brokers
- Former stock investors
- Insurance agents
- Financial planners
- Attorneys & CPAs
- Property managers
- Contractors

If you don't see an event in your area, don't worry. We add new events and locations to the schedule often.

If you're not already a Trump U member, fill out the form below, and we'll notify you when our next event comes to your town.

### PERSONAL INFORMATION

2 of 4                                                                                                          1/19/10 4:00 PM

CONFIDENTIAL                                                                      TU-PLTF02202

Ex. 43 - 5698

Real Estate investing seminars | Real Estate Investing Seminar -...          http://www.trumpuniversity.com/seminars/profit-from-real-estat...

| | |
|---|---|
| First name | |
| Last name | |
| Email | |
| Postal code | |

**SUBMIT**

**Find a Class Near You**

Enter zip code     **GO**

**Upcoming Events**

Washington, DC
Jan 17, 2010 - Jan 21, 2010
Learn More / Register »

Baltimore, MD
Jan 18, 2010 - Jan 21, 2010
Learn More / Register »

New York/ New Jersey
Jan 24, 2010 - Jan 28, 2010
Learn More / Register »

West Palm Beach / Boca Raton / Jupiter, FL
Jan 24, 2010 - Jan 27, 2010
Learn More / Register »

Stamford, CT / Westchester, NY
Jan 25, 2010 - Jan 28, 2010
Learn More / Register »

Miami, FL
Jan 31, 2010 - Feb 3, 2010
Learn More / Register »

San Diego, CA
Jan 31, 2010 - Feb 3, 2010
Learn More / Register »

San Francisco, CA
Jan 31, 2010 - Feb 3, 2010
Learn More / Register »

San Jose, CA
Feb 1, 2010 - Feb 3, 2010
Learn More / Register »

Tampa, FL/ St. Petersburg, FL/ Sarasota, FL
Jan 31, 2010 - Feb 3, 2010

CONFIDENTIAL                                                    TU-PLTF02203

Ex. 43 - 5699



Gmail

Hae-jin Jo <hjspace Redacted

# Only 1 More Day
1 message

Trump U <noreply@trumpuniversity.com>
To: hjspace Redacted

Sun, Mar 15, 2009 at 6:18 AM

Fast Track to Foreclosure Investing - Trump U

Event Date
March 18, 2009 – 6:30 PM – 8:30 PM

Registration is 30 minutes prior to start of class.

Event Location
Riverside Marriott
3400 Market Street, Riverside CA,
92501 • (951) 784-8000

Your Ticket
6994602
Print Ticket...

If you have any questions or would like to register a guest, visit us online or give us a call at: (888) 826-3893

Dear Hae-jin,

We hope you're beginning to see what an unusual (and unusually lucrative) time it is to become a foreclosure investor. The "Perfect Storm" of factors in the real estate market is creating a perfect opportunity to acquire properties well below market value without even having to pay high interest rates. We've shown you how lowered rates and lowered prices are making today's market better than ever, but there's still one event you need to know about.

Today's topic: Supply.

As more and more people jumped on the real estate bandwagon a short time ago many of them were unprepared for what happened next. Hindsight is 20/20, and now we see the signs that should have been apparent to people who agreed to pay more money for their homes than they ever should have.

In a time when selling seemed so easy, no one predicted that the bottom could fall out. But the factor that ensured that and high supply: new homes continued to be built, and eventually supply shot past demand, leaving too many people holding mortgages they couldn't afford. This has caused hard times, as we see the increase in homeowners entering both pre-foreclosure and actual foreclosure. The situation is bad enough that the U.S. government is debating what it can do to help the victims of the crisis, but in the meantime there is certainly something that smart foreclosure investors can do.

For people who depend on selling their homes to get a second chance, foreclosure investors can be the best answer to a difficult problem. At your **Fast Track to Foreclosure Investing** - a free introductory class, we'll show you how to ease others' financial pain while insuring your own success.

And you'll be able to take advantage of a huge supply of properties - more than ever before - to stake your claim to a better life.

You have the elements now of the current "Perfect Storm":

* **LOWERED INTEREST RATES**
* **LOWERED PRICES**
* **HIGH SUPPLY OF PROPERTIES**

These three events are making money for today's foreclosure investors, and you can learn all you need to profit today just by attending your Fast Track to Foreclosure Investing - free introductory class.

Don't let this unique opportunity slip past you. Don't delay and find yourself on the wrong end of real estate negotiations. This is the time - this is your time - and Trump U is ready to show you how to make your life better.

See you soon at your **Fast Track to Foreclosure Investing** - free introductory class!

To your success,

Michael Sexton
President

P.S. If the time and locations listed in this e-mail no longer fit your schedule, you must select your alternative time and location now.

You can view a full listing of our training events here, or call (888) 826-3893

To ensure that you continue to receive emails from us, add noreply@trumpuniversity.com to your address book today.

You are receiving this email from Trump U because you subscribed on our website, made a purchase, or we're otherwise in contact with you. Thank you for your patronage.

Trump U, 160 Greentree Drive, Suite 101, Dover, Delaware 19904

Real Estate investing seminars | Real Estate Investing Seminar -...        http://www.trumpuniversity.com/seminars/profit-from-real-estat...

- My Cart
- Log In or Join Now
- Switch to Canadian Site



Call for a free consultation
888.826.5953

 ( Search )

- Home
- Real Estate Investing
- Entrepreneurship
- Investing
- Live Training
- Trump Blog
- My Network

- Asset Protection
- Real Estate Investing Workshop
- Commercial Real Estate Investing

1 of 3                                                                          5/26/10 1:13 PM

CONFIDENTIAL                                                                TU-PLTF02209

Ex. 43 - 5701

Dear Friends,

I am personally inviting you and a guest to a powerful wealth-building event that can literally change your life, and get you out of the rat race forever. When I speak, people listen. And, when I send out invitations, people attend because they know that my invitation means one thing – there is money to be made.

When the real estate bubble was building I told people not to buy, but many of them didn't listen to me and now they're paying the price. In today's down market I'm telling people to buy, buy, buy. In all my years investing in real estate, I think this is **one of the most lucrative investment opportunities ever.** Banks are selling foreclosed properties at pennies on the dollar. The trick is knowing how to invest profitably. And that's where I want to help you.

I am sending one of my world-class instructors from Trump University to your area to teach a class on how to **profit from today's real estate market.** You will learn how to:

- Find income producing properties right in your area, at up to 50% below market value
- Close deals in 30 days
- Fund your investments using other people's money
- Negotiate with banks the "Trump Way"
- Conquer your fear of getting started, by simply following my Real Estate System

My team at Trump University has developed a **proven system for profitable real estate investing** that anyone can use, right away, to score big profits in today's market. If you want to know the best ways - my ways - to buy low, sell high, and walk away rich, then clear your schedule and do whatever it takes to get to this exclusive, invitation-only event.

I have enclosed **two complimentary VIP tickets** to give you and a guest the chance to learn how to create wealth the "Trump Way" and I encourage you to attend. To confirm your reservation you must call **888-878-6709** or log onto **www.TrumpULive.com** Seating is limited so RSVP today.

Donald J. Trump

P.S. As a special gift I am giving every attendee a free copy of my blockbuster Catch the Wave CD-ROM (a $50 value).

TU 62081

Ex. 43 - 5702

EXHIBITS 44-45

Pages: 5703-5747


[Filed Conditionally
Under Seal]

# EXHIBIT 46

```
 1                 UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
    TARLA MAKAEFF, BRANDON KELLER,
 5  ED OBERKROM, and PATRICIA
    MURPHY, on Behalf of Themselves
 6  and All Others Similarly
    Situated,
 7                               No. 10 CV 0940 IEG (WVG)
                 Plaintiffs,
 8
 9      vs.
10  TRUMP UNIVERSITY, LLC, (aka
    Trump Entrepreneur Initiative) a
    New York Limited Liability
11  Company, DONALD J. TRUMP, and
    DOES 1 through 50, inclusive,
12
                 Defendants.
13
14  _____
15
16             DEPOSITION of TARLA MAKAEFF
17               San Diego, California
18             Monday, January 30, 2012
19                    Volume I
20
21
22  Reported by:
    Kae F. Gernandt
23  RPR, CSR No. 5342
24  Job No. 130455
25  PAGES 1 - 282
```

                                          Page 1

Ex. 46 - 5749

```
 1          Q.   What acting work did you do?              11:31:34

 2          A.   I did body-double, hand-double type

 3     work.  I did improv theater at a theater company.

 4          Q.   What years were those?

 5          A.   It was right after college.  So, I        11:31:51

 6     believe '96 -- 1996, perhaps.

 7          Q.   All right.  So, can you give us a

 8     general description of your employment after you

 9     graduated from college?

10          A.   I worked in the acting production          11:32:13

11     business for perhaps a year, half a year.  Then I

12     worked for two marketing promotional companies.

13     Then I started my own business writing, Fusura

14     Creative.

15               And during that time, I partnered with     11:32:41

16     someone on a shoe line called Hera Couture.  That's

17     H-e-r-a.  Then we dissolved that business, and I

18     started Tarla Couture.  And then I started fit

19     modeling.

20          Q.   When did you start Tarla Couture?          11:33:03

21          A.   It's when -- J.J. Childers incorporated

22     that company, so I'm not sure of the -- the dates on

23     that.

24          Q.   Were you doing business as Tarla Couture

25     before J.J. Childers incorporated that business?     11:33:27
```

                                                    Page 40

Ex. 46 - 5750

1              UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3

4     TARLA MAKAEFF, BRANDON KELLER,

5     ED OBERKROM, and PATRICIA

6     MURPHY, on Behalf of Themselves

      and All Others Similarly

7     Situated,

8               Plaintiffs,

9        vs.                   No. 10 CV 0940 IEG (WVG)

10    TRUMP UNIVERSITY, LLC, (aka

11    Trump Entrepreneur Initiative) a

      New York Limited Liability

12    Company, DONALD J. TRUMP, and

13    DOES 1 through 50, inclusive,

14              Defendants.

15    _____

16

17      CONTINUED VIDEOTAPED DEPOSITION of TARLA MAKAEFF

18              San Diego, California

19             Tuesday, January 31, 2012

20                   Volume II

21

22    Reported by:

      Kae F. Gernandt

23    RPR, CSR No. 5342

24    Job No. 133737

25    PAGES 283 - 591

                                      Page 283

Ex. 46 - 5751

```
 1          Q.   All right.  So, now we're at the end of    11:33:18
 2   October, October 24th.  You have not yet gone to a
 3   single Trump University program under the Gold Elite
 4   program yet other than your mentorship, correct?
 5          A.   I can't say for certain.  I went to what   11:33:34
 6   was ever first available within my city --
 7          Q.   All right.
 8          A.   -- which could have been -- I think it
 9   was following thereafter.  I went to the Creative
10   Financing perhaps.                                      11:33:43
11          Q.   Okay.  I show that you went to a Wealth
12   Preservation Retreat on October 24th with John
13   Childers.
14               Does that sound correct?
15          A.   If -- yes, I did go to -- I don't know      11:33:54
16   if it was the specific date.  I did go to Wealth
17   Preservation with J.J. Childers.
18          Q.   All right.  Can you take a look at
19   Bates TU-MAKAEFF 648?
20               I think you're in the wrong binder.         11:34:49
21          MS. ECK:  Oh, TU-MAKAEFF.
22          MR. SCHNEIDER:  You're in the Prosper
23   documents.  It's TU-MAKAEFF 648.
24          THE WITNESS:  Okay.
25   /  /  /
```

Page 383

Ex. 46 - 5752

1    certain way?                                          11:40:29

2         A.   At the time, I felt that I was going to

3    get more help, once again, from J.J. Childers

4    because they had pulled me aside to enroll me in an

5    entity package that, again, I had reservations about  11:40:43

6    but decided to go with.

7              So, I felt these people were going to

8    help me, so I rated them well.   I had just given

9    them $4,995 and, again, was not prepared to put

10   anything down.                                        11:40:57

11             I thought that they did a decent job.

12   They were educated attorneys.   That doesn't mean

13   that I understood everything that they were saying.

14        Q.   All right.   So, in response to No. 1,

15   where it asks you to rate the seminar, did you       11:41:11

16   understand that you were rating the three days that

17   you just participated in?

18        A.   Yes.

19        Q.   All right.   So, the first question asks

20   for you to rate the quality of the presentation, and 11:41:24

21   there's a scale of 1, being unsatisfactory, to 5,

22   being excellent.

23             What did you rate the quality of the

24   presentation?

25        A.   Five.                                       11:41:34

                                              Page 388

Ex. 46 - 5753

# EXHIBIT 47
## Pages: 5754-5777


## [Filed Conditionally
## Under Seal]

# EXHIBIT 48



EXHIBITS 49-54

Pages: 5780-5820


[Filed Conditionally
Under Seal]

# EXHIBIT 55

```
 1                  UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
      TARLA MAKAEFF, BRANDON KELLER,
 5    ED OBERKROM, and PATRICIA
      MURPHY, on Behalf of Themselves
 6    and All Others Similarly
      Situated,
 7                                   No. 10 CV 0940 IEG (WVG)
                 Plaintiffs,
 8
          vs.
 9
      TRUMP UNIVERSITY, LLC, (aka
10    Trump Entrepreneur Initiative) a
      New York Limited Liability
11    Company, DONALD J. TRUMP, and
      DOES 1 through 50, inclusive,
12
                 Defendants.
13
14    _____
15
16              DEPOSITION of TARLA MAKAEFF
17                San Diego, California
18              Monday, January 30, 2012
19                     Volume I
20
21
22    Reported by:
      Kae F. Gernandt
23    RPR, CSR No. 5342
24    Job No. 130455
25    PAGES 1 - 282

                                                 Page 1
```

Ex. 55 - 5822

```
 1   you are receive any information from Trump          12:04:24

 2   University?

 3        A.   No.

 4        Q.   Did you read any materials about Trump

 5   University before you attended the Fast Track to    12:04:31

 6   Foreclosure?

 7        A.   No.

 8        Q.   So, when you showed up for the three-day

 9   program, is it accurate that you had not reviewed or

10   seen any information about Trump University?         12:04:44

11        A.   No, I had not.

12        Q.   To your knowledge, did you sign any kind

13   of contract or agreement with Trump University

14   regarding Fast Track to Foreclosure?

15        A.   For the 1500-dollar aspect?                12:05:01

16        Q.   Right.

17        A.   I don't believe so.  I don't recall.

18        Q.   Do you have any memory of paying Trump

19   University any money for you to attend the Fast

20   Track to Foreclosure?                                12:05:14

21        A.   No.  I paid my friend $750.

22        Q.   That was some weeks later, right?

23        A.   It was -- yes, post the course.  I don't

24   recall the amount of weeks, but . . .

25        Q.   All right.  Let's -- let's talk about      12:05:42
```

Page 65

Ex. 55 - 5823

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF CALIFORNIA

 3

 4    TARLA MAKAEFF, BRANDON KELLER,

 5    ED OBERKROM, and PATRICIA

      MURPHY, on Behalf of Themselves

 6    and All Others Similarly

 7    Situated,

 8                              No. 10 CV 0940 IEG (WVG)

 9       vs.      Plaintiffs,

10    TRUMP UNIVERSITY, LLC, (aka

      Trump Entrepreneur Initiative) a

11    New York Limited Liability

12    Company, DONALD J. TRUMP, and

13    DOES 1 through 50, inclusive,

14            Defendants.

15    _____

16

17            DEPOSITION of BRANDON KELLER

18              San Diego, California

19            Tuesday, January 17, 2012

20                  Volume I

21    Reported by:

22    Kae F. Gernandt

      RPR, CSR No. 5342

23    Job No. 130453

24

25    PAGES 1 - 264

                                          Page 1
```

Ex. 55 - 5824

```
 1    programs other than Trump University are relevant to    10:42:01
 2    this case.  We have them compiled, and if Judge
 3    Gallo rules on this issue, we're ready to present
 4    them to you.
 5          MR. SCHNEIDER:  So, you're instructing him       10:42:12
 6    not to answer?
 7          MS. ECK:  No.  I think you had asked if he
 8    had documents available.
 9              No, you may answer the question.
10          THE WITNESS:  I have produced all the            10:42:19
11    documents I have available.
12    BY MR. SCHNEIDER:
13          Q.  My question wasn't that.  My question
14    was:  Are there any other documents that you're
15    aware of which would indicate any other programs or   10:42:26
16    seminars or workshops or mentoring or coaching that
17    you have participated in other than Robert Allen,
18    EWI, Dale Carnegie and Trump University?
19          A.  No.
20          Q.  Your first contact by anybody from Trump     10:42:47
21    University was -- was in what form?
22          A.  It was an e-mail about -- the e-mail and
23    what -- the information in that e-mail is in the
24    seven causes, specifically the seventh cause.
25          MS. ECK:  Brandon, he just asked you -- what     10:43:46
```

Ex. 55 - 5825

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3     _____
                                          )
 4     TARLA MAKAEFF, BRANDON KELLER,     )
       ED OBERKROM, and PATRICIA MURPHY,  )
 5     on Behalf of Themselves and All    )
       Others Similarly Situated,         )
 6                                        )
                    Plaintiffs,           ) Case No.
 7                                        ) 10 CV 0940 CAB (WVG)
             vs.                          )
 8                                        )
       TRUMP UNIVERSITY, LLC, (aka Trump  )
 9     Entrepreneur Initiative) a New     )
       York Limited Liability Company,    )
10     DONALD J. TRUMP, and DOES 1        )
       through 50, inclusive,            )
11                                        )
                    Defendants.           )
12     _____)

13

14

15          Videotaped Deposition of John Brown

16          taken at 655 West Broadway, Suite 1900,

17          San Diego, California, commencing at

18          9:18 a.m., on Monday, October 8, 2012,

19          before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23

24     Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

25                    Job No. 54027
```

Page 16

1      A.   I was able to do the upgrades on both units,

2   and I was able to sell the upper unit.  I still hold the

3   lower unit.

4      Q.   So were you working for the kidney foundation

5   at the time that you first became involved in the

6   New Hope condo project?

7      A.   Yes.

8      Q.   At the time that you were working for the

9   Kidney Foundation, was that a full-time position?

10     A.   Uh-huh.

11     Q.   Yes?

12     A.   Uh-huh.  Yes.

13     Q.   And were you a salaried employee?

14     A.   Yes.

15     Q.   And approximately how many hours a week would

16   you estimate you were working as the director of the

17   National Kidney Foundation?

18     A.   On average, I would say 40.

19     Q.   Any other experience in -- in real estate

20   besides reading some books and investing in the New Hope

21   property?

22     A.   No.

23     Q.   When did you first hear anything about

24   Trump University?

25     A.   The first time I heard something was -- I can't

Page 17

1    remember exactly whether it was an e-mail or if it -- or

2    if it was an announcement in the mail.  It might have

3    been an announcement.

4        Q.   Do you have a copy of that e-mail or

5    announcement?

6        A.   I don't, no.

7        Q.   Are you married?

8        A.   No.

9        Q.   Do you live alone?

10       A.   I do.

11       Q.   At the time that you received the e-mail or

12   announcement, were you living alone?

13       A.   Yes.

14       Q.   And do you live in Manhattan?

15       A.   Yes.

16       Q.   And what was it about the e-mail or

17   announcement that interested you, if anything?

18       A.   I think the thing that was most interesting to

19   me was that Mr. Trump's name was on it, and I felt that

20   he was a legitimate person who had made a lot of money

21   in real estate, and that was -- I -- I felt like that

22   would be a great opportunity, to hear from him.

23       Q.   Had you ever seen him prior to receiving an

24   announcement, in person?

25       A.   No, not in person.

Page 1

```
 1                  UNITED STATES DISTRICT COURT
 2             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 3      _____
                                       )
 4      TARLA MAKAEFF, BRANDON KELLER, )
        ED OBERKROM, and PATRICIA MURPHY, )
 5      on Behalf of Themselves and All )
        Others Similarly Situated,     )
 6                                     )
                Plaintiffs,            ) Case No.
 7                                     ) 10 CV 0940 CAB (WVG)
              vs.                      )
 8                                     )
        TRUMP UNIVERSITY, LLC, (aka Trump )
 9      Entrepreneur Initiative) a New )
        York Limited Liability Company, )
10      DONALD J. TRUMP, and DOES 1    )
        through 50, inclusive,         )
11                                     )
                Defendants.            )
12      _____)
13
14
15           Videotaped Deposition of Joann Everett
16           taken at 655 West Broadway, Suite 1900,
17           San Diego, California, commencing at
18           9:31 a.m., on Wednesday, October 3, 2012,
19           before Kimberly S. Thrall, RPR, CSR No. 11594.
20
21
22
23
24      Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594
25                    Job No. 54027
```

Ex. 55 - 5829

Page 14

1    which were the six pages of TU-72070 through 72076.  And

2    it may save some time to just have her -- ask questions

3    regarding specific documents.

4    BY MR. SCHNEIDER:

5        Q.   All right.  On the document you just

6    identified, 08, what was it about your review of that

7    document that refreshed your recollection?

8        A.   Would you repeat the initial question, please?

9        Q.   Sure.  What -- what was the reason why you

10   reviewed that document?

11       A.   To refresh my memory on what happened in '09

12   after I attended the free seminar.

13       Q.   And did it refresh your memory?

14       A.   The letter here states --

15       Q.   I didn't ask you to read the letter.

16       A.   Oh.

17       Q.   I asked you if -- if it refreshed your

18   recollection?

19       A.   Yes.

20       Q.   Okay.  And how did it do that?

21       A.   That Trump was representing himself as

22   providing his personal experiences to assist individuals

23   in investing in real estate with little or no money down

24   and make a quick turn on investments.

25       Q.   All right.  So is that document you're looking

Ex. 55 - 5830

Page 15

1    at, is that an invitation to go to the free program, the

2    free seminar?

3        A.    Let me see.

4        Q.    No.   The document you're looking at.

5        A.    Yeah.   This is the -- well, I'm a little --

6    this is the invitation that I received in the mail, and

7    this letter here I believe came in with the invitation.

8        Q.    To go to the free program, correct?

9        A.    Right.

10       Q.    All right.   So that invited you to go to a

11   program that you attended; is that right?

12       A.    Yes.

13       Q.    All right.   So you didn't pay any money to go

14   to the free program, correct?

15       A.    No, I did not.

16       Q.    All right.   So you didn't lose any money by

17   going to the free program?

18       A.    No, I did not.

19       Q.    All right.   And you didn't -- you didn't spend

20   any money on anything because of that letter there,

21   No. 08; is that correct?

22            MS. ECK:   Objection.   Lack of foundation.

23   Vague as to time.

24   BY MR. SCHNEIDER:

25       Q.    You can answer the question.

Page 1

1                 UNITED STATES DISTRICT COURT
2              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
3    _____
                                              )
4    TARLA MAKAEFF, BRANDON KELLER,           )
     ED OBERKROM, and PATRICIA MURPHY,        )
5    on Behalf of Themselves and All          )
     Others Similarly Situated,               )
6                                             )
7              Plaintiffs,                    ) Case No.
                                              ) 10 CV 0940 CAB (WVG)
          vs.                                 )
8                                             )
     TRUMP UNIVERSITY, LLC, (aka Trump        )
9    Entrepreneur Initiative) a New           )
     York Limited Liability Company,          )
10   DONALD J. TRUMP, and DOES 1              )
     through 50, inclusive,                   )
11                                            )
               Defendants.                    )
12   _____ )
13
14
15        Videotaped Deposition of Sonny Low
16        taken at 655 West Broadway, Suite 1900,
17        San Diego, California, commencing at
18        9:23 a.m., on Thursday, October 4, 2012,
19        before Kimberly S. Thrall, RPR, CSR No. 11594.
20
21
22
23   Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594
24             Job No.  54028
25

Page 42

1        MR. SCHNEIDER:  Well, he also answered this

2    morning that he went to a three-day free program, and

3    now he's changing his testimony, so I want to make sure

4    we've got it clear.

5    BY MR. SCHNEIDER:

6        Q.   Was the advertisement that you saw in the

7    newspaper for the free 90-minute program?

8        A.   Yes.

9        Q.   Did you ever see an advertisement in the

10   newspaper for any paid Trump University programs?

11       A.   No.

12       Q.   Did you receive anything from Donald Trump

13   concerning any program other than the free 90-minute

14   program?

15       MS. ECK:  Objection.  Vague as -- as to

16   advertisements.

17   BY MR. SCHNEIDER:

18       Q.   No.  Anything from Donald Trump personally?

19       A.   The letter that I got signed by Donald J. Trump

20   about coming to learn about profiting from real estate

21   investing.

22       Q.   Was that for the free program?

23       MS. ECK:  If you recall.

24       THE WITNESS:  Per my recollection, Donald Trump

25   was going to share his secrets, real estate investing.

Ex. 55 - 5833

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF CALIFORNIA

 3

    TARLA MAKAEFF, BRANDON KELLER,

 4  ED OBERKROM, and PATRICIA

    MURPHY, on Behalf of Themselves

 5  and All Others Similarly

 6  Situated,

 7              Plaintiffs,

 8     vs.                       No. 10 CV 0940 IEG (WVG)

 9  TRUMP UNIVERSITY, LLC, (aka

    Trump Entrepreneur Initiative) a

10  New York Limited Liability

11  Company, DONALD J. TRUMP, and

12  DOES 1 through 50, inclusive,

13              Defendants.

    _____

14

15      DEPOSITION of EDWARD C. OBERKROM, JR.

16            San Diego, California

17          Wednesday, April 11, 2012

18                 Volume I

19  Reported by:

20  Kae F. Gernandt

21  RPR, CSR No. 5342

22  Job No. 135652

23

24

25  PAGES 1 - 384
```

Page 1

Ex. 55 - 5834

```
 1    written material before the free seminar?              09:22:00

 2         A.    Yes.   I received a letter from Donald

 3    Trump inviting me to a free seminar.    There was two

 4    tickets that were enclosed.    The envelope was very,

 5    what I call, gaudy.    It was -- if I remember right,    09:22:19

 6    it was printed in gold lettering or something very

 7    unordinary that you'd normally receive in the mail,

 8    and -- and it had two tickets enclosed and inviting

 9    me to the free seminar.

10              There was, I think, six seminars, all in    09:22:48

11    total, on three different days.    There was two per

12    day.   And my partner, Mike, we discussed it and were

13    pretty excited about going.

14         Q.    All right.   Now, when you say "partner,"

15    are you talking about a business partner, life        09:23:10

16    partner?

17         A.    No, Mike is just a friend.   We have

18    similar interests in real estate.    We've gone to

19    different seminars together.   He's a pretty smart

20    guy, and it's just we have similar interests, and we    09:23:29

21    have never done any type of business deal together.

22    We have talked about real estate, but other than

23    that, we're just with friends.   I've known Mike for

24    about 20 years.

25         Q.    Did you grow up in St. Louis?              09:23:51
```

Page 20

Ex. 55 - 5835

EXHIBIT 56

```
 1                UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
     TARLA MAKAEFF, BRANDON KELLER,
 5   ED OBERKROM, and PATRICIA
     MURPHY, on Behalf of Themselves
 6   and All Others Similarly
     Situated,
 7                               No. 10 CV 0940 IEG (WVG)
              Plaintiffs,
 8
          vs.
 9
     TRUMP UNIVERSITY, LLC, (aka
10   Trump Entrepreneur Initiative) a
     New York Limited Liability
11   Company, DONALD J. TRUMP, and
     DOES 1 through 50, inclusive,
12
              Defendants.
13
14   _____
15
16            DEPOSITION of TARLA MAKAEFF
17              San Diego, California
18            Monday, January 30, 2012
19                  Volume I
20
21
22   Reported by:
     Kae F. Gernandt
23   RPR, CSR No. 5342
24   Job No. 130455
25   PAGES 1 - 282
```

Page 1

```
 1    information that you received?                12:07:03

 2         A.   It was very powerful motivational

 3    speaking, designed to persuade you to move on with

 4    their program.

 5         MS. ECK:   You know, it's about 10 after   12:07:26

 6    12:00.   I'm wondering if we could -- depends on how

 7    you're doing.   Do you want to take a break, or do

 8    you want to keep going?

 9         THE WITNESS:   Sure, we can take a break.

10         MR. SCHNEIDER:   Sure.                     12:07:37

11         MS. ECK:   Let's go off the record.

12         THE VIDEOGRAPHER:   Going off the record.   The

13    time is 12:07 p.m.

14              (A brief recess was taken.)

15         THE VIDEOGRAPHER:   Back on the record.   The   12:23:40

16    time is 12:23 p.m.

17    BY MR. SCHNEIDER:

18         Q.   Did you ever attend any free Trump

19    University programs before you went to the

20    three-day?                                      12:23:50

21         A.   No.

22         Q.   Had you ever heard about them?

23         A.   My friend on the phone said she had gone

24    to a free seminar.

25         Q.   What did she tell you about her         12:23:59
```

                                          Page 67

Ex. 56 - 5838

# EXHIBIT 57

1                    UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF CALIFORNIA

3

4     TARLA MAKAEFF, BRANDON KELLER,

5     ED OBERKROM, and PATRICIA

      MURPHY, on Behalf of Themselves

6     and All Others Similarly

7     Situated,

8                                   No. 10 CV 0940 IEG (WVG)

9        vs.      Plaintiffs,

10    TRUMP UNIVERSITY, LLC, (aka

      Trump Entrepreneur Initiative) a

11    New York Limited Liability

12    Company, DONALD J. TRUMP, and

13    DOES 1 through 50, inclusive,

14              Defendants.

15    _____

16

17              DEPOSITION of BRANDON KELLER

18               San Diego, California

19             Tuesday, January 17, 2012

20                    Volume I

21    Reported by:

22    Kae F. Gernandt

      RPR, CSR No. 5342

23    Job No. 130453

24

25    PAGES 1 - 264

                                              Page 1

```
 1    Profit from Real Estate three-day training, correct?   11:44:40
 2         A.   They document says that.
 3         Q.   All right.  And that's what you
 4    understood you were purchasing, correct?
 5         A.   What's on this document is what I        11:44:48
 6    purchased.
 7         Q.   All right.  And there's a number of
 8    items on items here that are free bonuses.  I want
 9    to go through exactly what you were purchasing under
10    the contract.  All right?                          11:44:57
11         A.   Okay.
12         Q.   The first thing that you were purchasing
13    for 1,495 was the Profit from Real Estate three-day
14    training, correct?
15         A.   Yes.                                     11:45:08
16         Q.   That's what you intended to buy,
17    correct?
18         A.   That's what the document says.
19         Q.   And that's what you intended to buy; is
20    that accurate?                                     11:45:15
21         A.   I'm stating that I purchased what the
22    document says, what's on the document.
23         Q.   Okay.  I'm now talking about your
24    intention.  Sometimes in cases, the intention of the
25    parties is important, so I want to make sure that  11:45:28
```

                                                    Page 70

Ex. 57 - 5841

```
 1    credit card charge?                                03:54:39

 2         A.   To the 34,905, I cannot recall any

 3    credit card interest charges.

 4         Q.   Did you pay the 1,495-dollar charge?

 5         A.   I had to make a payment plan and pay      03:54:54

 6    that off, and I incurred interest to pay that off.

 7         Q.   Was any portion of that paid by somebody

 8    other than you --

 9         A.   No.

10         Q.   -- the 1,495?                             03:55:04

11         A.   No.

12         Q.   Did you discuss with your father that he

13    would pay some of that?

14         A.   He never -- no, he never paid it.  I

15    paid it all.  And we didn't discuss him paying that. 03:55:13

16         Q.   And the reason that you had interest

17    charges is because you didn't have the money to pay

18    off the 1,495 at one time?

19         A.   At the due date it was due.

20         Q.   Now, at the time that you charged the     03:55:29

21    1495 to your credit card for the three-day program,

22    you understood -- well, let me back up.

23              Was this credit card that you used for

24    the 1495, was that your personal credit card?

25         A.   Yes.                                      03:55:44
```

Page 208

Ex. 57 - 5842

Page 1

1                UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3      _____

                                       )
4      TARLA MAKAEFF, BRANDON KELLER,  )
       ED OBERKROM, and PATRICIA MURPHY,  )
5      on Behalf of Themselves and All )
       Others Similarly Situated,      )
6                                      )
               Plaintiffs,             ) Case No.
7                                      ) 10 CV 0940 CAB (WVG)
                 vs.                   )
8                                      )
       TRUMP UNIVERSITY, LLC, (aka Trump  )
9      Entrepreneur Initiative) a New  )
       York Limited Liability Company, )
10     DONALD J. TRUMP, and DOES 1     )
       through 50, inclusive,          )
11                                     )
               Defendants.             )
12     _____)

13

14

15          Videotaped Deposition of Sonny Low

16          taken at 655 West Broadway, Suite 1900,

17          San Diego, California, commencing at

18          9:23 a.m., on Thursday, October 4, 2012,

19          before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23     Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

24              Job No.  54028

25

Ex. 57 - 5843

Page 44

1      Q.   All right.  So at the end of the 90-minute

2  program, did Mr. Harris tell you that Trump University

3  had other programs available for purchase if you were

4  interested?

5      A.   I don't recall that.

6      Q.   Did you buy anything at the end of the

7  90-minute program that day?

8      A.   I bought 1,495 three-day program.

9      Q.   When did you buy that program?

10     A.   I believe it was in August.

11     Q.   The same day as the 90-minute free program?

12     A.   I do not recall.  I'm going to have to look at

13  the receipt.  You folks have a copy of that receipt.

14  When I paid 1,495, that's when I did it.

15     Q.   Okay.  When did you think you went to the free

16  90-minute program?

17     A.   End of August, with Jim Harris.

18     Q.   Did somebody at the free 90-minute program tell

19  you that there was available a $1,495 program?

20     A.   I do not recall.

21     Q.   Do you know whether you spent any money the day

22  of the 90-minute program related to Trump University?

23     A.   My best confirmation of that is the receipt

24  that I paid at U- -- Trump University has that I paid

25  1,495.

Ex. 57 - 5844

Page 69

1    BY MR. SCHNEIDER:

2        Q.    Marked as Exhibit 3, a one-page document which

3    is Bates-stamped LOW60, is -- it's entitled "Enrollment

4    Form."

5            Is that your signature at the bottom, Mr. Low?

6        A.    Yes.

7        Q.    And is this the written contract between you

8    and Trump University concerning the purchase of the

9    three-day in-field mentorship and the LLC?

10       A.    Yes.

11       Q.    And if you look at top portion under "Trump

12   Gold Elite," for purchases there's a number of other

13   programs and services that are included in that box.

14           Do you see where I'm talking about?

15       A.    Yes.

16       Q.    Okay.  And, for example, right underneath the

17   three-day in-field mentorship, it says "Wealth

18   Preservation Retreat."

19           Do you see that one?

20       A.    Yes.

21       Q.    And below that is "Quick Start Real Estate

22   Retreat"?

23       A.    Yes.

24       Q.    All right.   You didn't purchase those, did you?

25       A.    No.

Page 1

1              UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3    _____

                                        )
4    TARLA MAKAEFF, BRANDON KELLER,      )
     ED OBERKROM, and PATRICIA MURPHY,   )
5    on Behalf of Themselves and All     )
     Others Similarly Situated,          )
6                                        )
                                         )
              Plaintiffs,                ) Case No.
7                                        ) 10 CV 0940 CAB (WVG)
          vs.                            )
8                                        )
                                         )
     TRUMP UNIVERSITY, LLC, (aka Trump   )
9    Entrepreneur Initiative) a New      )
     York Limited Liability Company,     )
10   DONALD J. TRUMP, and DOES 1         )
     through 50, inclusive,             )
11                                       )
                                         )
              Defendants.                )
12   _____)

13

14

15         Videotaped Deposition of Joann Everett

16         taken at 655 West Broadway, Suite 1900,

17         San Diego, California, commencing at

18         9:31 a.m., on Wednesday, October 3, 2012,

19         before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23

24   Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

25                 Job No. 54027

Page 30

1  program, correct?

2      A.   Yes.

3      Q.   All right.  We've already talked about that.

4  What other personal communications did you receive from

5  Donald Trump?

6      A.   There was another letter.

7      Q.   Can you identify that, please?

8      A.   Okay.  Dated June 4th, 2010.  Oh, this was a

9  profit lab -- an Orlando profit lab team.

10          MS. ECK:  This isn't --

11          THE WITNESS:  No, that -- that isn't

12  Donald Trump.  I'm sorry.

13  BY MR. SCHNEIDER:

14      Q.   Okay.

15      A.   Who is that?  I thought that was Donald Trump.

16  Was that -- yeah.

17          MS. ECK:  It is -- it is Donald Trump.

18          THE WITNESS:  Yes.  It is Donald Trump.  I'm

19  sorry.

20  BY MR. SCHNEIDER:

21      Q.   Okay.  And what's the date of that?

22      A.   June 4th, 2010.

23      Q.   All right.  So let's just get the chronology

24  here.

25          When did you purchase something from

Page 31

1   Trump University?

2        A.   I attended the free seminar October 7th --

3        Q.   Okay.  Free seminar --

4        A.   -- 2009.

5        Q.   October 7, 2009.  All right.

6        A.   I paid for the $1,500, 1,495 for the workshop,

7   October 14th, 15th and 16th held in Tampa.

8        Q.   All right.  When did you pay the 1,495?

9        A.   I think I paid that day of the free workshop.

10       Q.   All right.  So the only thing that you had

11   received from Mr. Trump personally was the invitation to

12   go to the free seminar that we just looked at?

13       A.   Right.

14       Q.   And that's the only thing that you received

15   from him prior to your purchase of the 1,495 program,

16   correct?

17            MS. ECK:  Objection.  Misstates the witness's

18   testimony.  She was going through the documents to look

19   for additional documents, and she's only on page 15.  I

20   don't think she's completed her testimony on that yet.

21            THE WITNESS:  There is another letter from

22   Donald Trump.

23   BY MR. SCHNEIDER:

24       Q.   What's the date?

25       A.   It doesn't have a date.

Page 1

```
1                  UNITED STATES DISTRICT COURT

2             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3       _____
                                       )
4    TARLA MAKAEFF, BRANDON KELLER,    )
     ED OBERKROM, and PATRICIA MURPHY, )
5    on Behalf of Themselves and All   )
     Others Similarly Situated,        )
6                                      )
                    Plaintiffs,        ) Case No.
7                                      ) 10 CV 0940 CAB (WVG)
             vs.                       )
8                                      )
     TRUMP UNIVERSITY, LLC, (aka Trump )
9    Entrepreneur Initiative) a New    )
     York Limited Liability Company,   )
10   DONALD J. TRUMP, and DOES 1       )
     through 50, inclusive,           )
11                                     )
                    Defendants.        )
12      _____)

13

14

15           Videotaped Deposition of John Brown

16           taken at 655 West Broadway, Suite 1900,

17           San Diego, California, commencing at

18           9:18 a.m., on Monday, October 8, 2012,

19           before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23

24   Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

25               Job No. 54027
```

Page 48

```
 1      A.   I don't remember when.

 2      Q.   Do you remember what year?

 3      A.   I think it was 2010.

 4      Q.   At any time did you evaluate that mentorship

 5   with Steve Gilpin?

 6      A.   I did.

 7      Q.   In writing?

 8      A.   I don't remember if it was in writing or by

 9   telephone.

10      Q.   If it was in writing, do you have a copy of it?

11      A.   No.

12      Q.   If it was in writing, do you actually have a

13   recollection of filling one out about --

14      A.   I don't --

15      Q.   -- Steve Gilpin?

16      A.   I don't remember filling one out, no.

17      Q.   Do you have any memory of sending it in to

18   Trump University?

19      A.   No.

20      Q.   All right.  So at the end of the two-hour free

21   program, did you make a decision that you wanted to

22   continue with your real estate education?

23      A.   Yes.

24      Q.   And you thought that the $1,495 program was

25   expensive, but you decided that you wanted to go ahead
```

Page 49

1    and purchase it?

2        A.    Yes.

3        Q.    Why did you decide you wanted to purchase it?

4        A.    I wanted to continue making money.  I felt that

5    more education would be able to help me make better

6    judgments and better choices -- or maybe not better, but

7    the best choices.

8              (Defendants' Exhibit 2, Contract, was marked

9              for identification.)

10   BY MR. SCHNEIDER:

11       Q.    I've marked as Exhibit 2, a two-page document

12   that is -- at the bottom -- those numbers on the bottom

13   right corner, those are called Bates numbers, and during

14   the deposition, I'm going to be referring to them as --

15   as Bates numbers or Bates-stamped -- is Bates-stamped

16   BROWN001 and 002.

17             Is this the -- the contract or the form that

18   you had mentioned earlier that you recall signing?

19       A.    Yes.

20       Q.    And is that your signature at the bottom of the

21   first page?

22       A.    Yes.

23       Q.    And if you'll turn to the second page, it's

24   entitled "Terms and Conditions."

25             And is that your signature and handwriting on

```
 1                UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF CALIFORNIA

 3

     TARLA MAKAEFF, BRANDON KELLER,

 4   ED OBERKROM, and PATRICIA

     MURPHY, on Behalf of Themselves

 5   and All Others Similarly

 6   Situated,

 7               Plaintiffs,

 8       vs.                       No. 10 CV 0940 IEG (WVG)

 9   TRUMP UNIVERSITY, LLC, (aka

     Trump Entrepreneur Initiative) a

10   New York Limited Liability

11   Company, DONALD J. TRUMP, and

12   DOES 1 through 50, inclusive,

13               Defendants.

     _____

14

15       DEPOSITION of EDWARD C. OBERKROM, JR.

16              San Diego, California

17             Wednesday, April 11, 2012

18                  Volume I

19   Reported by:

20   Kae F. Gernandt

21   RPR, CSR No. 5342

22   Job No. 135652

23

24

25   PAGES 1 - 384

                                          Page 1
```

Ex. 57 - 5852

```
 1    and experience and how he got?  He went to real       09:35:12

 2    estate training programs starting in the '70s.  This

 3    is directly relevant to what he knows about real

 4    estate.  So -- but we can just take it, if you

 5    object or instruct him, then we'll address it at the   09:35:21

 6    time.

 7    BY MR. SCHNEIDER:

 8         Q.   And when were these other programs?  The

 9    Sheets program was in the '70s.  Al Lowry?

10         A.   That was probably free.  I don't            09:35:30

11    remember buying anything from Lowry.

12         Q.   And when was it?

13         A.   It would have been in the early '70s.

14         Q.   All right.  And Russ Whitney?

15         A.   I went to several of the Russ -- as did     09:35:52

16    Mike, went to several Russ Whitney seminars.  I

17    remember Mike and I critiquing the -- the speakers,

18    just as kind of a joking around.  But I don't

19    remember actually purchasing any Russ Whitney

20    material.                                              09:36:23

21         Q.   The Fast Track to Foreclosure seminar

22    provided by Trump University was approximately

23    $1,495.  Are you aware of that?

24         A.   I am.

25         Q.   Did you pay any of that money?              09:36:37
```

Ex. 57 - 5853

```
 1        A.    Not -- it's -- not at this time, no.    09:36:39
 2        Q.    Okay.  That was all paid by Mr. Bahr?
 3        A.    Right.
 4        Q.    So, in this case, you're not making any
 5   claim for any monies that you spent on the Fast       09:36:52
 6   Track to Foreclosure?
 7        A.    No, I'm not.
 8        Q.    All right.  So, over the course of the
 9   last 30 to 40 years, is it an accurate statement
10   that you have purchased and sold real estate and      09:37:18
11   purchased real estate for investment purposes and
12   purchased and held real estate as rental properties
13   and all of those combination of items in real estate
14   has been your source of income?
15        A.    Well, you said quite a bit there.  Could   09:37:35
16   you --
17        Q.    Sure.
18        A.    -- make the question shorter or --
19        Q.    Absolutely.
20        A.    -- so I can answer yes or no to --         09:37:39
21        Q.    Let me ask it this way:  Other than real
22   estate, have you had any other sources of income for
23   the last 40 years?
24        A.    My job with Xerox.  And the company's
25   name is Tameran.                                      09:37:52
```

Page 30

Ex. 57 - 5854

```
 1    or any Trump University products, services and so      09:12:40
 2    forth?
 3         A.   The initial 2500 -- or $25,000 that we
 4    and my partner, Mike Barr, signed up with Trump U to
 5    get mentored by Donald Trump and his hand-picked       09:13:02
 6    instructors.
 7              And then additionally to that, the
 8    credit card for what I put the purchase on, all that
 9    interest is accumulated where it's put me in a big
10    financial bind.                                         09:13:26
11         Q.   All right.  Now, you didn't personally
12    pay $25,000, did you?
13         A.   No, I did not.
14         Q.   You paid half of that?
15         A.   Yes, sir.                                     09:13:32
16         Q.   So, you personally spent out of pocket
17    $12,500?
18         A.   That's correct.
19         Q.   All right.  And were you aware that
20    approximately two years ago Trump University offered   09:13:43
21    a full refund to you?
22         A.   I am not.
23         Q.   You are not aware of that?
24         A.   No, sir.
25         Q.   Is that something that would be              09:13:50
```

Page 12

Ex. 57 - 5855

EXHIBIT 58

Pages: 5856-5870


[Filed Conditionally
Under Seal]

# EXHIBIT 59

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF CALIFORNIA

 3

 4    TARLA MAKAEFF, BRANDON KELLER,

 5    ED OBERKROM, and PATRICIA

      MURPHY, on Behalf of Themselves

 6    and All Others Similarly

 7    Situated,

 8                              No. 10 CV 0940 IEG (WVG)

 9        vs.      Plaintiffs,

10    TRUMP UNIVERSITY, LLC, (aka

      Trump Entrepreneur Initiative) a

11    New York Limited Liability

12    Company, DONALD J. TRUMP, and

13    DOES 1 through 50, inclusive,

14              Defendants.

15    _____

16

17            DEPOSITION of BRANDON KELLER

18              San Diego, California

19            Tuesday, January 17, 2012

20                  Volume I

21    Reported by:

22    Kae F. Gernandt

      RPR, CSR No. 5342

23    Job No. 130453

24

25    PAGES 1 - 264

                                      Page 1
```

Ex. 59 - 5872

```
 1          Q.   That was a voluntary action by Trump      03:52:57

 2    University, wasn't it?

 3          A.   Yes.

 4          Q.   Had nothing to do with you thinking that

 5    you got scammed; this was something that Trump        03:53:03

 6    University did as a courtesy to you and your father,

 7    true?

 8          MS. ECK:  Objection.  Calls for speculation.

 9    BY MR. SCHNEIDER:

10          Q.   It's something that Trump University      03:53:11

11    initiated and did for you and your father, correct?

12          A.   They did it based on their concern, and

13    that was my understanding.

14          Q.   Right.

15          A.   They did it based on their concern.        03:53:19

16          Q.   All right.  And then your father spoke

17    with you about his conversation with Trump

18    University and Paul, right?

19          A.   He said Paul Reisner called him, and

20    that's what he told me.                               03:53:31

21          Q.   And did he express his concern that you

22    had gone to the three-day program without notifying

23    him?

24          A.   Yes.

25          Q.   And he told you that he was concerned      03:53:42
```

                                               Page 206

Ex. 59 - 5873

```
 1    about you signing up for the 35,000-dollar program?    03:53:44
 2         A.   Yes.
 3         Q.   And he advised you that Trump University
 4    had agreed to fully refund your money, correct?
 5         A.   Yes.                                          03:53:56
 6         Q.   Even though it was outside of the
 7    three-day period, correct?
 8         A.   Correct.
 9         Q.   In fact, that's what happened, isn't it?
10         A.   Yes.                                          03:54:01
11         Q.   Trump University returned every penny of
12    the $35,000?
13         A.   Yes.
14         Q.   Did you have any credit card expenses
15    related to the $35,000?  In other words, did you       03:54:06
16    have any late penalties or fees or interest charges?
17         A.   I don't recall because I -- I don't
18    recall if they credited the cards before the
19    payments were due.  If they did credit the cards
20    before the payments were due, then no.  If they        03:54:22
21    didn't, then yes.  But again, I can't remember the
22    dates they credited the credit card, and that would
23    determine if there was interest or no interest.
24         Q.   As you sit here today, are you aware of
25    any expense that you had to paid related to the        03:54:37
```

Page 207

Ex. 59 - 5874

EXHIBITS 60-62

Pages: 5875-5936

[Filed Conditionally
Under Seal]

EXHIBIT 63

Page 1

1              UNITED STATES DISTRICT COURT

2         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3    _____

                                         )
4    TARLA MAKAEFF, BRANDON KELLER,      )
     ED OBERKROM, and PATRICIA MURPHY,   )
5    on Behalf of Themselves and All     )
     Others Similarly Situated,          )
6                                        )
                                         )
           Plaintiffs,                   ) Case No.
7                                        ) 10 CV 0940 CAB (WVG)
           vs.                           )
8                                        )
     TRUMP UNIVERSITY, LLC, (aka Trump   )
9    Entrepreneur Initiative) a New      )
     York Limited Liability Company,     )
10   DONALD J. TRUMP, and DOES 1         )
     through 50, inclusive,              )
11                                       )
           Defendants.                   )
12   _____)

13

14

15        Videotaped Deposition of Joann Everett

16        taken at 655 West Broadway, Suite 1900,

17        San Diego, California, commencing at

18        9:31 a.m., on Wednesday, October 3, 2012,

19        before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23

24   Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

25            Job No. 54027

Ex. 63 - 5938

Page 259

1          Q.    "Just to service existing members, no new

2     seminars, no live workshops, no ability to network with

3     other Trump members.  This is not a good investment."

4          A.    Uh-huh.

5          Q.    Do you see that?

6          A.    Uh-huh.  Yes.

7          Q.    What -- what did you mean by "no ability to

8     network with other Trump members"?

9          A.    It was my understanding, just like the

10    networking, that some groups were setting up, you know,

11    smaller networks that you wouldn't have access to Trump

12    members.  I didn't have names.  So part of my

13    understanding in joining this session is that you -- you

14    would have access to other people, you know, in

15    seminars, and so forth, and exchange ideas and . . .

16         Q.    And you weren't provided that?

17         A.    If it's -- if it's at this stage, I felt that

18    that was one of the -- not necessarily the highest on

19    the list, but one service that would no longer be

20    available.

21         Q.    Was that something that was important to you,

22    to be able to network with other --

23         A.    Well, I think it's one thing, yes, one of maybe

24    five or ten.

25         Q.    And what are some of the other things that were

Ex. 63 - 5939

# EXHIBIT 64

Page 1

1                 UNITED STATES DISTRICT COURT

2           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3    _____

                                         )
4    TARLA MAKAEFF, BRANDON KELLER,      )
     ED OBERKROM, and PATRICIA MURPHY,   )
5    on Behalf of Themselves and All     )
     Others Similarly Situated,          )
6                                        )
                                         )
7              Plaintiffs,               ) Case No.
                                         ) 10 CV 0940 CAB (WVG)
8          vs.                           )
                                         )
9    TRUMP UNIVERSITY, LLC, (aka Trump   )
     Entrepreneur Initiative) a New      )
     York Limited Liability Company,     )
10   DONALD J. TRUMP, and DOES 1         )
     through 50, inclusive,              )
11                                       )
               Defendants.               )
12   _____ )

13

14

15          Videotaped Deposition of Sonny Low

16          taken at 655 West Broadway, Suite 1900,

17          San Diego, California, commencing at

18          9:23 a.m., on Thursday, October 4, 2012,

19          before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23   Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

24          Job No.  54028

25

Page 70

1      Q.   What did you understand that you were going to

2   receive for your $25,995?  Actually, let me rephrase

3   that question, Mr. Low.

4          What were you told by Trump University you

5   would receive for your $25,995?

6      A.   A Trump University handpicked mentor.

7      Q.   Did anybody tell you what "handpicked" meant?

8      A.   In so many words, no.

9      Q.   What did you believe it meant?

10     A.   I believed based upon what I read, because I

11  was also handed out -- handed to me a description of an

12  in-field mentorship mentor.  Here again, I cannot be a

13  hundred percent in quoting what is said, but it was --

14  but it would be somebody handpicked using whatever

15  criteria that Donald J. Trump and Trump University used

16  in selecting these mentors, would fly to my town, my

17  neighborhood, and walk through properties with me based

18  upon my financial goals, and he would -- he or she would

19  be preparing for me a customized investment plan of my

20  neighborhood or town based upon my financial goals and

21  my level of comfort to succeed in real estate investing

22  career.

23          That's what I understood I was going to get,

24  somebody who was familiar with my selected area to

25  invest in real estate.  In my case it would be San Diego

Ex. 64 - 5942

Page 71

1    County, California.   That's what I expected to see.

2        Q.    Did Trump University allow you to attend a

3    Quick Start Real Estate Retreat for free?

4        A.    Yes.

5        Q.    And that is -- on the contract, that item is

6    normally a $5,000 item?

7        A.    Yes.

8        Q.    All right.   And what was the reason why

9    Trump University allowed you to attend that program for

10   free?

11            MS. ECK:   Objection.   Calls for speculation.

12   BY MR. SCHNEIDER:

13       Q.    If you know.

14       A.    Steve Goff came up to me and stated:   "My

15   brother, Chris Goff, designed this Quick Start Real

16   Estate Retreat program.   I'm going to give that to you

17   for free."

18       Q.    Was that before or after you purchased a

19   mentorship?

20       A.    Probably after I had paid 25 grand.

21       Q.    And did Mr. Goff mention it for the first time

22   after you purchased a membership -- mentorship?   Sorry.

23            MS. ECK:   If you recall.

24            THE WITNESS:   Per my recollection,

25   Mr. Steve Goff even gave us a copy of the draft of the

Page 1

1                    UNITED STATES DISTRICT COURT

2               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3      _____
                                       )
4      TARLA MAKAEFF, BRANDON KELLER,  )
       ED OBERKROM, and PATRICIA MURPHY, )
5      on Behalf of Themselves and All )
       Others Similarly Situated,      )
6                                      )
                 Plaintiffs,           ) Case No.
7                                      ) 10 CV 0940 CAB (WVG)
             vs.                       )
8                                      )
       TRUMP UNIVERSITY, LLC, (aka Trump )
9      Entrepreneur Initiative) a New  )
       York Limited Liability Company, )
10     DONALD J. TRUMP, and DOES 1     )
       through 50, inclusive,          )
11                                     )
                 Defendants.           )
12     _____)

13

14

15          Videotaped Deposition of John Brown

16          taken at 655 West Broadway, Suite 1900,

17          San Diego, California, commencing at

18          9:18 a.m., on Monday, October 8, 2012,

19          before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23

24     Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

25               Job No. 54027

Page 289

1      Q.   Did Mark offer for you to attend or participate

2  in any educational programs?

3      A.   No.

4      Q.   Before contacting Ms. Eck's firm, did you

5  contact any other attorneys to see if they were

6  interested in your case?

7      A.   No.

8      Q.   Have you spoken with any other attorneys about

9  whether or not they might represent you?

10     A.   No.

11     Q.   If you were to learn that Donald Trump reviewed

12 the resumés of the instructors and mentors, would you

13 consider that to be handpicked?

14          MS. ECK:  Objection.  Calls for a legal

15 conclusion.  Calls for speculation.  Hypothetical.

16          THE WITNESS:  No, I wouldn't.

17 BY MR. SCHNEIDER:

18     Q.   So if he reviewed the resumés of somebody that

19 became a mentor, that would not in your mind be

20 handpicked?

21          MS. ECK:  Same objections.

22          THE WITNESS:  Okay.  I'm getting confused now.

23 Can you say it again for me, please?

24 BY MR. SCHNEIDER:

25     Q.   Sure.  If Steve Gilpin, for example, submitted

Page 290

1    a resumé to Trump University that he wanted to work for

2    Trump University as a speaker or --

3        A.   Uh-huh.

4        Q.   -- as a mentor, and Donald Trump reviewed his

5    resumé and said this looks good, that would not be

6    handpicked in your mind?

7            MS. ECK:   Same objections.   Calls for

8    speculation.   Hypothetical.

9            THE WITNESS:   I would -- I would say if he --

10   if he selected that person himself, that it would be

11   handpicked, yes.

12   BY MR. SCHNEIDER:

13       Q.   All right.   If he reviewed the resumé --

14       A.   Uh-huh.

15       Q.   -- and approved the resumé, would that be

16   handpicked in your mind?

17           MS. ECK:   Objection.   Asked and answered.   Same

18   objections.

19   BY MR. SCHNEIDER:

20       Q.   You can answer.

21       A.   If he reviewed the resumé and said this looks

22   good, would -- that would be considered handpicked?   Is

23   that what you're saying?

24       Q.   Yes.

25           MS. ECK:   Well, objection.   That's not --

EXHIBITS 65-67

Pages: 5947-5970


[Filed Conditionally
Under Seal]

# EXHIBITS 68-70

# INTENTIONALLY OMITTED