CERTIFICATE OF SERVICE

I hereby certify that on November 30. 2012, I authorized the electronic filing of the Application to File Under Seal Pursuant to Local Rule 79.2 and the Protective Order Entered November 17, 2012 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 3, 2012.

               s/David K. Schneider
               DAVID K. SCHNEIDER

               YUNKER & SCHNEIDER
               Email: dks@yslaw.com