1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

18

19

20

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC.) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive, <br><br> Defendants. <br><br> AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 CAB (WVG) <br><br> CLASS ACTION <br><br> ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011 <br><br> [Doc. No. 137] |

21

This case has come before the Court upon Defendants Trump University, LLC. and Donald J.

22

Trump (collectively "Defendants") request to file under seal certain portions of: (1) TU's

23

Memorandum of Points and Authorities in support of their Opposition to Motion for Class

24

Certification; (2) Declaration of David K. Schneider in Opposition to Motion for Class Certification;

25

(3) Exhibits 1-3, 6, 8, 11-15, 17-22, 24-26, 29-30, 34, 36, 38-39, 41, 44-45, 47, 50-54, 58, 60-62, 65-

26

67, 74, 77-79, 83-84, 90, 97-99, 104, 106-107, 110, 112, 115-116 to the Declaration of David K.

27

Schneider in Opposition to Motion for Class Certification; (4) Motion to Strike Declarations of

28

Schnackenberg, Sommer, Nicholas and Donnelly; (5) Exhibits 1-8 or portions thereof to the

ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE
79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011

1  Declaration of David K. Schneider in Support of Motion to Strike Declarations; and (6) Objections

2  to Evidence, pursuant to Local Rule 79.2 and the Protective Order entered on November 17, 2011.

3      The Court having reviewed the submissions, ORDERS, ADJUDGES AND DECREES that

4  Defendants' application is GRANTED.  Certain portions of: (1) TU's Memorandum of Points and

5  Authorities in support of their Opposition to Motion for Class Certification; (2) Declaration of

6  David K. Schneider in Opposition to Motion for Class Certification; (3) Exhibits 1-3, 6, 8, 11-15,

7  17-22, 24-26, 29-30, 34, 36, 38-39, 41, 44-45, 47, 50-54, 58, 60, 62, 65-67, 74, 77-79, 83-84, 90, 97-

8  99, 104, 106-107, 110, 112, 115-116 to the Declaration of David K. Schneider in Opposition to

9  Motion for Class Certification; (4) Motion to Strike Declarations of Schnackenberg, Sommer,

10 Nicholas and Donnelly; (5) Declaration of David K. Schneider in Support of Motion to Strike

11 Declarations of Schnackenberg, Sommer, Nicholas and Donnelly; (6) Exhibits 1-8 or portions

12 thereof to the Declaration of David K. Schneider in Support of Motion to Strike Declarations; and

13 (7) Objections to Evidence shall be filed under seal.

14     IT IS SO ORDERED

15 Dated: December 3, 2012

16                                           THE HON. CATHY ANN BENCIVENGO
                                            UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE
79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011