**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MAKAEFF v. TRUMP UNIVERSITY, LLC, *et al.*
No. 10-CV-0940-CAB (WVG)

HON. WILLIAM V. GALLO     CT. DEPUTY J. YAHL     RPTR.

Attorneys

Plaintiffs                                                                                          Defendants

On December 12, 2012, at 3:30 p.m., a Discovery Hearing will be held before United States Magistrate Judge William V. Gallo, United States Courthouse, Courtroom F, First Floor, 221 West Broadway, San Diego, California. Only counsel must participate and shall be present before the Court.

On October 10, 2012, this Court held a telephonic Discovery Conference with counsel for all parties. During the Conference, counsel brought several discovery issues to the Court's attention. On October 12, 2012, this Court issued a Minute Order, directing both sides to submit two joint statements to the Court about the discovery disputes. (Doc. No. 131.) The parties were directed to submit a joint statement on the issues of whether Defense counsel has an obligation to produce documents that are in the possession, custody, and control of Defendants' former employees and independent contractors, and Defendants' litigation hold. The parties were also directed to submit a joint statement on the issue of Plaintiffs' document production and Defendants' request for Bates stamped documents.

On November 2, 2012, this Court held another telephonic Discovery Conference to discuss a dispute regarding Plaintiffs' request to take another 30(b)(6) deposition. The parties were not directed to submit a joint statement on the issue, although the Court did hear argument from both sides during the Conference.

At the Discovery Hearing on December 12, 2012, counsel shall be prepared to argue their respective sides on all of the issues mentioned above.

IT IS SO ORDERED.
DATED: December 11, 2012

_____
Hon. William V. Gallo
U.S. Magistrate Judge