ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>   vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>  Defendants. | No. 3:10-cv-00940-CAB(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION REGARDING CLASS CERTIFICATION REPLY DEADLINE AND PAGE LIMIT<br><br>DATE:   *Ex Parte*<br>TIME:   *Ex Parte*<br>CTRM:  2, 4th Floor<br>JUDGE:  Hon. Cathy Ann Bencivengo |

799342_1

I, RACHEL L. JENSEN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' *Ex Parte* Application Regarding Class Certification Reply Deadline and Page Limit and Memorandum in Support Thereof.

3. During the parties' negotiations in May of 2012 concerning the briefing schedule for Plaintiffs' class certification motion, my co-counsel Ms. Amber Eck of Zeldes & Haeggquist LLP and I met and conferred telephonically with defense counsel, Mr. David Schneider of Yunker & Schneider, concerning the parties' anticipated submissions to ascertain how much time would be needed for Defendants to prepare their opposition and for Plaintiffs to prepare their reply, respectively. Mr. Schneider asked how many declarations Plaintiffs intended to submit to ascertain how much time Defendants needed for their opposition. Ms. Eck and I assured Mr. Schneider that Plaintiffs would only submit five or fewer declarations of parties other than Plaintiffs. On that basis, the parties agreed that Defendants would have a little over 60 days to prepare their opposition. *See also* Dkt. No. 106 at 3 (Joint Motion to Revise Schedule). Ms. Eck and I asked Mr. Schneider how many declarations Defendants intended to submit, so that we could determine how much time Plaintiffs would need to prepare their reply, and how many pages we would need. Mr. Schneider said he had no present intentions to submit any particular declarations, but he needed to see our motion. The parties contemplated that the briefing schedule may be altered once Plaintiffs' class certification was filed. *Id.* at 4. Based on Mr. Schneider's statements during the parties' negotiations, we did not anticipate Defendants would submit many declarations, and we hoped that if the submissions were different than anticipated, that the parties would work together cooperatively on a reasonable accommodation.

4. Further, in negotiating the parties' joint motion for leave to exceed the page limitation, on or about September 2012, we agreed to Mr. Schneider's request that the joint motion would seek no more than 15 pages for our reply brief but with the express understanding that

1  Plaintiffs would have an opportunity to request more pages for their reply brief if needed after
2  reviewing Defendants' opposition submissions, and the stipulation expressly states this. *See* Dkt.
3  No. 117.

4      5.    On September 24, 2012, Plaintiffs filed their motion for class certification. As
5  promised, Plaintiffs confined the number of declarations submitted by witnesses other than the
6  Proposed Class Representatives to four (4) in total.

7      6.    Plaintiffs have been unable to obtain all relevant documents from Defendants to date.
8  In the intervening months, Plaintiffs have diligently sought missing documents and electronically
9  stored information ("ESI") from Defendants. In some instances, the parties have successfully
10 worked together; however, in other instances, defense counsel deferred discussions until after
11 Defendants filed their opposition. For example, I sent a meet and confer letter to Mr. Schneider on
12 November 14, 2012, concerning a number of outstanding discovery issues. Mr. Schneider responded
13 to my letter by email stating that he would not discuss discovery issues until after Defendants
14 submitted their opposition at the end of November. Since then, the parties have met and conferred
15 concerning outstanding discovery issues, but they are still working through their disagreements in an
16 attempt to reach agreement or impasse as to same.

17     7.    During the October 10, 2012 telephonic status conference with Magistrate Judge
18 Gallo, the parties raised a number of discovery issues, including Plaintiffs' concern about missing
19 documents and ESI, Plaintiffs' request for documents of Defendants' former employees and
20 independent contractors, the sufficiency of Defendants' litigation hold, and other related issues.
21 Judge Gallo asked the parties to submit joint statements as to these disputes, which they did on
22 October 31, 2012. Judge Gallo held an in-person hearing on these discovery disputes on December
23 12, 2012, and his rulings are expected to be forthcoming.

24     8.    On November 28, 2012, Mr. David Schneider's office served a "Notice of
25 Unavailability" on Plaintiffs' counsel. Therein, Mr. Schneider said that he would be out of the
26 country from December 21, 2012 until January 7, 2013, and was thus "unavailable by telephone,
27 email, for court appearances or to attend depositions during that time period." Mr. Schneider has
28 since reiterated that Plaintiffs are not to schedule anything in this case while he is out of the country.

9.     On the evening of November 30, 2012, Defendants submitted their opposition to Plaintiffs' motion for class certification. Their submissions totaled 6,716 pages, including 21 declarations, a motion to strike certain declarations submitted by Plaintiffs, objections to Plaintiffs' evidence, and other submissions. *See* Dkt. Nos. 137-143.

10.    That same evening of November 30, 2012, in order to get the ball rolling on discovery concerning the declarations submitted in support of Defendants' opposition, I emailed Mr. Schneider to request discovery concerning certain declarants. My office later served deposition and document subpoenas on December 7, 2012.

11.    Since Defendants filed their opposition, Mr. Schneider has provided deposition dates for some declarants, but due to scheduling conflicts, the intervening holidays, and Plaintiffs' current deadline of January 14, 2013, the parties have been unable to arrange a suitable deposition schedule that would be of practical use to Plaintiffs in preparing their reply submissions if due on January 14th. Further, we have not yet received documents concerning some of the declarants, and we are still in the process of negotiating the production of other documents and emails by Defendants.

12.    In accordance with Civil Local Rule 83.3(h), I contacted Mr. Schneider on the morning of December 18, 2012, to request that Defendants consent to Plaintiffs' modest requests herein for a scheduling accommodation and page limit expansion as it had become manifest to us that good cause existed for both requests. Defendants would not agree. Thereafter, my co-counsel Ms. Eck and I met and conferred telephonically with Mr. Schneider around 3:00 p.m. on December 18, 2012, in an attempt to reach agreement with Defendants as to Plaintiffs' requests in good faith, but the parties were nevertheless unable to reach any agreement. Thus, we informed Mr. Schneider that Plaintiffs would file the instant motion.

13.    Upon being advised Plaintiffs intended to file this motion, Mr. Schneider requested that the parties call the Court together. I teleconferenced in Chambers, but Mr. Schneider apparently dropped off the line (a fact of which we were unaware during our brief call with the Court's clerk). We understand from an email sent by Mr. Schneider at 3:45 p.m. on December 18, 2012, that he thereafter called Chambers back and spoke to the clerk about the timing of Plaintiffs' motion and

asked that we file the motion immediately due to his imminent departure from the country on December 21, 2012.  Plaintiffs filed this motion as quickly thereafter as practicable.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 19th day of December, 2012, at San Diego, California.

                                          s/ Rachel L. Jensen
                                          RACHEL L. JENSEN

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify that pursuant to this Court's standing orders, I caused the foregoing to be faxed and sent via electronic mail with return receipt to defense counsel:

David K. Schneider
Yunker & Schneider
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/233-5500
619/233-5535 (fax)

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 19, 2012.

 s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-CAB-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`