MAKAEFF v. TRUMP UNIVERSITY, LLC, et al.
USDC Case No.  10 CV 0940 CAB (WVG)

## PROOF OF SERVICE

I am employed in the City and County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 655 West Broadway, Suite 1400, San Diego, California 92101.

On December 20, 2012, I caused to be served the attached:

1. DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION TO EXTEND THEIR BRIEFING SCHEDULE AND EXTEND THEIR PAGE LIMIT; and

2. DECLARATION OF DAVID K. SCHNEIDER IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION TO EXTEND THEIR BRIEFING SCHEDULE AND EXTEND THEIR PAGE LIMIT

☒ [BY ELECTRONIC MAIL] Pursuant to the Court's CM/ECF Electronic Filing policies and procedures, I hereby certify that the above documents were electronically filed with the court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

☒ [BY MAIL] I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Yunker & Schneider, San Diego, California, following ordinary business practices.  I am familiar with the practice of Yunker & Schneider for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

| | |
|---|---|
| Amber L. Eck, Esq.<br>Aaron M. Olsen, Esq.<br>ZELDES & HAEGGQUIST, LLP<br>625 Broadway, Suite 906<br>San Diego, CA 92101<br>Tel:   (619) 342-8000<br>Fax:  (619) 342-7878 | Rachel L. Jensen, Esq.<br>Thomas R. Merrick, Esq.<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Tel:   (619) 231-1058<br>Fax:  (619) 231-7423 |
| Attorneys for Plaintiffs TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN | Attorneys for Plaintiffs TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 20, 2012, at San Diego, California.

*Emily Bigelow*
Emily Bigelow

---

2
PROOF OF SERVICE