1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | ) ) | No. 3:10-cv-00940-CAB(WVG) |
|---|---|---|
| Plaintiffs, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | ORDER: (1) GRANTING IN PART PLAINTIFFS' *EX PARTE* APPLICATION REGARDING CLASS CERTIFICATION |
| TRUMP UNIVERSITY, LLC, et al., | ) ) | REPLY DEADLINE AND PAGE LIMIT [DOC. NO. 185]; (2) CONTINUING |
| Defendants. | ) ) | HEARING ON MOTION FOR CLASS CERTIFICATION |

799311_1

1    On December 19, 2012, Plaintiffs filed an *Ex Parte* Application Regarding Class
2 Certification Reply Deadline and Page Limit. [Doc. No. 185.] On December 20, 2012, Defendants
3 filed an opposition to the ex parte application. [Doc. No. 186.] The Court having reviewed the
4 submissions, and finding good cause therefore, **GRANTS in part** the ex parte application and
5 **ORDERS** that Plaintiffs are granted:

6    (a)   An extension for submission of their class certification reply from January 14,
7 2013 to February 1, 2013; and

8    (b)   A page limit extension for Plaintiff's class certification reply brief from 15
9 pages to 20 pages.

10   **IT IS FURTHER ORDERED** that the hearing date for the motion for class certification
11 (currently set for February 12, 2013) is **HEREBY CONTINUED** to **March 28, 2013** at **2:00 p.m.**

12   **IT IS SO ORDERED**.

14 DATED:  December 21, 2012

_____
THE HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE