1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM DISTRICT JUDGE BENCIVENGO TO DISTRICT JUDGE CURIEL, <br><br> v. | Civil No.    10cv940-CAB-WVG <br><br><br> **TRANSFER ORDER** |

11
12
13
14
15
16

17    IT IS HEREBY ORDERED that the following listed case is transferred from the calendar of the

18    Honorable Cathy Ann Bencivengo to the calendar of the Honorable Gonzalo P. Curiel for all further

19    proceedings.  All conference, trial or hearing dates set before District Judge Bencivengo, if any, are

20    **VACATED** and will be rescheduled before District Judge Curiel.  Any dates set before any magistrate

21    judge remain unchanged:

22    **Case No.**                                                **Title**

23    10cv940-CAB-WVG                              Makaeff v. Trump University, LLC

24
25    DATED:  January 30, 2013
26
27    _____
      **CATHY ANN BENCIVENGO**
28    United States District Judge

1