# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tarla Makaeff, et al.,<br><br>            Plaintiff,<br>    vs.<br>Trump University, LLC et al.,<br><br>            Defendant. | CASE NO. 10-cv-00940-GPC-WVG<br><br>**ORDER SETTING MOTION HEARING** |

On September 24, 2012, Plaintiffs filed a motion for class certification, appointment of class representatives, and appointment of class counsel. (Dkt. No. 122.)  The motion hearing for class certification was set for March 28, 2013. (Dkt. No. 187.)  On January 30, 2013, this case was transferred to the undersigned judge and all hearing dates were vacated.  Accordingly, the Court hereby resets the motion hearing on Plaintiff's motion to certify the class for Friday, June 28, 2013 at 1:30 p.m.

**SO ORDERED.**

DATED: February 1, 2013

_____
HON. GONZALO P. CURIEL
United States District Judge