ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
ambere@zhlaw.com
helenz@zhlaw.com
alreenh@zhlaw.com
aarono@zhlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN (211456)
THOMAS R. MERRICK (177987)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
rjensen@rgrdlaw.com
tmerrick@rgrdlaw.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>    Defendants. | Case No.:   3:10-CV-00940-GPC(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF AMBER L. ECK IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STRIKE DECLARATIONS OF SCHNACKENBERG, SOMMER, NICHOLAS, AND DONNELLY<br><br>Date:   June 28, 2013<br>Time:   1:30 p.m.<br>Ctrm:   9, 2nd Floor<br>Judge: Honorable Gonzalo P. Curiel |

I, Amber L. Eck, declare as follows:

1. I am an attorney with the law firm Zeldes & Haeggquist, LLP, one of Plaintiffs' counsel. I am duly licensed to practice before all state and federal courts in California. The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2. I make this declaration in Support of Plaintiffs' Opposition to Defendants' Motion to Strike Declarations of Schnackenberg, Sommer, Nicholas, and Donnelly.

3. Attached hereto are true and correct copies of the following exhibits:

| Exhibit | Description |
| --- | --- |
| 1 | Excerpts from the deposition transcript of Corinne A. Sommer, taken November 7, 2012; |
| 2 | Excerpts from the deposition transcript of Jason Nicholas, taken November 8, 2012; |
| 3 | Excerpts from the deposition transcript of Mark Covais, taken January 17, 2013; |
| 4 | Excerpts from the deposition transcript of Cheryl Donnelly, taken November 2, 2012; and |
| 5 | Excerpts from the deposition transcript of Ronald David Schnackenberg, taken October 15, 2012. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of February, 2013, at San Diego, California.

s/Amber L. Eck
AMBER L. ECK
