Page 238

```
 1              C. Sommer
 2    attended the programs?
 3         MS. ECK: Objection. Calls for
 4    speculation.
 5    A.   No.
 6    Q.   All right. I'm finished with this
 7    document.
 8         MR. SCHNEIDER: The videographer
 9    indicated we need to change tape, so why
10    don't we go off the record just for a
11    moment.
12         THE VIDEOGRAPHER: The time is 2:27.
13    We're going off the record.
14         (Changing videotape.)
15         THE VIDEOGRAPHER: The time is 2:31.
16    We're back on the record.
17         (Defendants' Exhibit Sommer 30,
18    Declaration of Corinne Sommer, Declaration
19    in Support of Plaintiffs' Motion for Class
20    Certification, not Bates stamped, marked
21    for identification, as of this date.)
22    BY MR. SCHNEIDER:
23    Q.   I've marked as Exhibit 30, a copy of
24    a pleading which is entitled "Declaration of
25    Corinne Sommer, Declaration in Support of
```

Page 239

```
 1              C. Sommer
 2    Plaintiffs' Motion for Class Certification." It
 3    is four pages long.
 4         Did you prepare this document?
 5    A.   I worked with Amber to prepare it.
 6    Q.   Did you type up any portion of this?
 7    A.   No.
 8    Q.   Did you provide anything in writing
 9    to counsel before this preparation of this
10    document?
11    A.   No. I just -- I did some edits to
12    the initial one I was given.
13    Q.   When were you first given a draft of
14    the declaration?
15    A.   I don't know. A few weeks ago?
16    Maybe at least a month ago.
17    Q.   And that's your signature on the last
18    page?
19    A.   Yes.
20    Q.   And it looks like you signed this on
21    September 19th?
22    A.   Yes.
23    Q.   So about six weeks ago; is that
24    right?
25    A.   Yes.
```

Page 240

```
 1              C. Sommer
 2    Q.   All right. So let's walk through
 3    this.
 4         On page 1, the second paragraph, it
 5    states that you worked at Trump University's
 6    headquarters located at 40 Wall Street, which is
 7    also where Trump organization is located.
 8         What's your basis for believing that
 9    the Trump organization is located at 40 Wall
10    Street?
11    A.   I don't know if the Trump
12    organization is -- it's a Trump building.
13    Q.   Do you have any understanding that
14    the Trump organization is actually located on
15    this street?
16    A.   No, I -- no. I just know that they
17    have a bunch of buildings so I misread this
18    then.
19    Q.   Okay. So that line is not accurate.
20    A.   Okay. Yes.
21    Q.   On paragraph 3 it states, "Before
22    these two live events, my understanding is that
23    Trump University courses were only offered
24    online."
25         Why do you have courses in quotes?
```

Page 241

```
 1              C. Sommer
 2    A.   I didn't put the courses in quotes,
 3    but I just didn't edit it to not be in quotes.
 4    Q.   So that's not something that you
 5    would have said, said that way, right?
 6         MS. ECK: Objection. Misstates the
 7    witness' testimony.
 8    BY MR. SCHNEIDER:
 9    Q.   I mean Trump University offered
10    courses, didn't it?
11    A.   Yes, they had online courses.
12    Q.   And then after the online they
13    offered live courses, right?
14    A.   Yes, once I started working there.
15    Q.   And the next line says after that,
16    "Trump University held live seminars nearly
17    every week in different areas of the country,"
18    right?
19    A.   Yes.
20    Q.   Do you remember what cities you
21    actually traveled to for events?
22    A.   I don't remember all of them. I know
23    I was in Phoenix, a couple different areas in
24    California, maybe Orange County, maybe
25    Huntington Beach or that might be the same
```

Page 242

C. Sommer

thing. I don't know. L.A. I think I was in Pennsylvania and Maryland.
Q. Chicago?
A. Florida, Chicago.
Q. New York?
A. New York.
MS. ECK: San Diego?
THE WITNESS: I don't know if I was in San Diego.
BY MR. SCHNEIDER:
Q. Dallas?
A. I don't think -- no, I didn't do the Dallas one.
Q. Boston?
A. April did the Boston one because her boyfriend lived there.
Q. Seattle?
A. No. I think April did Seattle as well.
Q. Atlanta?
A. Did I do Atlanta? I'm trying to think. I used to travel for my company before so I'm just trying to make sure. I don't think I did Atlanta.

Page 243

C. Sommer

Q. San Francisco?
A. No, I don't believe I did San Francisco.
Q. All right. Paragraph 4 it says, "In my experience, the focus of Trump University was on making sales rather than on providing quality educational services."
What is the basis of that sentence?
A. The basis of that was just sort of, you know, the initial hard selling I had been talking about where, you know, Stamper and his guys would pull the people to the back and say, "Run up your credit cards. Buy it, buy it, buy it."
Q. Right.
So that was for the free program, right?
A. Yes, selling to the max.
Q. What about at the paid programs; did the focus seem to be on providing educational content?
A. It was, but like I said, it was sort of always like you had to buy the next program to get the next bit of information.

Page 244

C. Sommer

Q. And that's what we talked about earlier, that if you wanted to go into some area that was not being taught at that particular program, they would direct you towards other programs?
MS. ECK: Objection. Misstates the witness' testimony. Lack of foundation.
A. They would direct you to other programs, but also sometimes if the program -- there was advanced courses too, so if it was a basic course, they'd say, "Well, we don't talk about that here. You have to buy the advanced course."
Q. Now would that be a one-off type question or somebody looking for more substantive information?
And by that I mean let's say the topic was foreclosure and they went up to the speaker and said, hey, I was interested if you could buy a foreclosure property on the courthouse steps, you know, sort of a onetime question?
Would it be that situation where somebody would say, I'm not going to answer to

Page 245

C. Sommer

that question?
MS. ECK: Objection. Hypothetical. Calls for speculation.
A. They would answer the question, but say -- they would give like sort of like a yes or no answer, but they'd say for further detail and more explanation, like an in-depth answer, you have to, you know, buy the next course. They wouldn't say you have to buy the next course, but they'd say, you know, that's what this next course talks about and it's only $1,495.
Q. Did it sound like they were telling the student what other programs and services were available or trying not to answer the question?
A. It sounded -- it didn't sound like they weren't necessarily saying no, I'm not going to answer the question, but they weren't answering it because you had to buy the next course.
Q. So the statement that Trump University focused on making sales rather than on providing quality educational services, is

Page 246

1  C. Sommer
2  that primarily concerning the free 90-minute
3  program?
4  A.  Well, I think it also had to do with
5  the other courses as well, because, you know,
6  they were always trying to up-sell to the next
7  course, like I said, and the presenters work on
8  commission.  They're not getting paid any extra,
9  just if they don't make any sales, so there's
10 always the incentive for them to sell.
11     Q.  Would you agree that to persuade a
12 prospective buyer to buy something, they have to
13 provide something that the buyer is interested
14 in?
15     A.  Yes.
16     Q.  And was that portion that they were
17 interested in real estate content that they were
18 telling -- in other words, if I went to a
19 three-day program and for three days all I heard
20 was a sales pitch, I'm probably not going to be
21 too interested, but if I'm getting information
22 that I think might be useful or worthwhile, then
23 I might be interested in buying other products.
24        Would you agree with that?
25     A.  Yes.

Page 247

1  C. Sommer
2     Q.  So at the paid programs, the ones
3  that you attended, was it your impression that
4  the presenters were providing information about
5  real estate that was interesting to the
6  students?
7        MS. ECK: Objection.  Calls for
8  speculation.
9     A.  I think the fact that they already
10 paid for one course, that course they're in,
11 yes.
12    Q.  And the mentorship, did you believe
13 that at least the one day that you attended,
14 that the one mentor that you observed, Steve
15 Goff, he was providing quality educational
16 services?
17        MS. ECK: Objection.  Vague.  Calls
18 for speculation.
19    A.  Yes.
20    Q.  The next line, "Trump University
21 would lure customers into the initial free
22 course based upon the name and reputation of
23 Donald Trump."
24        Did you ever talk to any consumers to
25 find out why they went to the free program?

Page 248

1  C. Sommer
2     A.  Specific, not that I recall.
3     Q.  Did anybody ever tell you that the
4  reason that they went to the free program was
5  based on the name or reputation of Donald Trump?
6     A.  Yes.
7     Q.  Who told you that?
8     A.  I don't know specifically who it was,
9  but I remember a few people coming because of
10 Donald Trump's name and telling me that's why
11 they came; that it had to be quality because it
12 was Donald Trump's product.
13    Q.  Is there a reason why you used the
14 word "lure" instead of "invite"?
15    A.  No.
16    Q.  Did you mean something different
17 between those two words?
18    A.  No.  I...
19        (Document review.)
20    A.  This was written and I just went
21 through and edited it so I didn't --
22    Q.  So that was language that was
23 provided to you, right?
24    A.  Yes.
25    Q.  The next sentence says, "Far from

Page 249

1  C. Sommer
2  providing a complete real estate education as
3  advertised, Trump University personnel only
4  provided enough information to get students to
5  sign up for the next seminar or program."
6        Did you ever go through an entire
7  program to see what the information provided or
8  the materials or workbooks, et cetera was?
9        In other words, if someone bought the
10 gold program for $35,000, did you ever look to
11 see what all they got for that?
12    A.  Well, I knew, I knew for the most
13 part because I put all the programs together
14 what they got.  I did the branding for the
15 slides and, you know, I was mostly in the
16 presentations.  I would get the slides and if I
17 wasn't there to put the T logos on it, then
18 someone else would in the office.
19    Q.  So if somebody bought the $35,000
20 gold program, we talked about this earlier, that
21 earlier it seemed like you had a little of a
22 misconception about what they would actually
23 get.  You thought it was just the in-field
24 mentorship and it's actually several three-day
25 workshops.  I think it's four or five workshops.

Page 258

```
 1              C. Sommer
 2      A.   Not to my knowledge.
 3      Q.   All right.  Same question for
 4  instructors.
 5      A.   The instructors that I saw, as far as
 6  I knew, they had experience.  I don't know.  I
 7  don't know their background.
 8      Q.   And the mentor, the one mentor that
 9  you saw in action, you thought he was
10  experienced, right?
11      A.   Yes.
12      Q.   Are you aware of any mentors that
13  lacked real estate experience?
14      A.   Not that I know of.
15      Q.   The next line, "Many of them did not
16  even own houses."
17           Did you ask people about what they
18  owned?
19      A.   That was really David Stamper who I'm
20  not sure if he ended up speaking.  He was
21  telling me before on my last event with him that
22  he was going to be speaking at a future event.
23  So I don't know if he was a speaker, but he
24  didn't have real estate experience then.
25      Q.   Okay.  So this paragraph here is
```

Page 259

```
 1              C. Sommer
 2  talking about David Stamper --
 3      A.   Um-hmm.
 4      Q.   -- basically, right?
 5      A.   Yes.
 6      Q.   All right.  Anybody else or just
 7  David Stamped?
 8      A.   David Stamped presumably.
 9      Q.   And as far as you know, during the
10  time you were employed there, he was never a
11  speaker, presenter or mentor.
12      A.   No.
13      Q.   Is that right?
14      A.   He was just the sales team, yes.  He
15  was the manager of the sales.
16      Q.   And then the next sentence, "However,
17  after working for Trump University for
18  approximately a year on the sales team, he began
19  speaking as an instructor at seminars."
20           You have no personal knowledge of
21  that, do you?
22      A.   No.  I was told that he was going to
23  be speaking.
24      Q.   Okay.  Paragraph 6, "Trump University
25  instructors and mentors were not handpicked by
```

Page 260

```
 1              C. Sommer
 2  Donald Trump."
 3           You don't know if that's true or not,
 4  do you?
 5           MS. ECK:  Objection.  Misstates the
 6      witness' testimony and asked and answered.
 7           MR. SCHNEIDER:  Well, I think we did
 8      cover this earlier so I'm just trying to
 9      work through it on the declaration.
10  BY MR. SCHNEIDER:
11      Q.   Do you have information that the
12  instructors and mentors were not handpicked by
13  Donald Trump?
14      A.   No, besides conversations with them
15  that they'd never met him, no.
16      Q.   Only a couple of them said they
17  hadn't met him, right?
18           J.J. Childers told you that he met
19  him?
20      A.   No, J.J. didn't tell me he met him.
21  I knew that he met him because I saw Mark Dove
22  and J.J. the day he met -- they met him, which
23  was a few months in.  But I don't know if J.J.
24  had met him prior to that, but that was the
25  first day and it was probably four months after
```

Page 261

```
 1              C. Sommer
 2  I had been working there.
 3      Q.   And whether or not Donald Trump
 4  actually met him, isn't it true that you don't
 5  know whether or not he selected these people?
 6           In other words, he could have
 7  reviewed resumés, he could have done other
 8  things besides meet them in person, correct?
 9      A.   Correct.
10      Q.   All right.  And you don't have any
11  information about what Donald Trump's role was
12  in the selection of the instructors or mentors,
13  do you?
14           MS. ECK:  Objection.  Calls for
15      speculation.
16      A.   No.
17      Q.   The next line, "I believe in many
18  instances Donald Trump had neither met the
19  instructors or mentors nor did he know who they
20  were."
21           Now we've already talked about a
22  couple people that you said hadn't met him, but
23  do you have any information that he didn't know
24  who they were?
25      A.   No, besides the fact that, as I said,
```

Page 262

C. Sommer

1
2  everyone told me that they'd never met him.
3      Q.   But that doesn't mean that he didn't
4  know who they were, right?
5      A.   Correct.
6      Q.   The next line says, "I recall that
7  Trump University hired its speakers and mentors
8  through Mark Dove in New Hampshire who hired and
9  trained a number of real estate salespeople that
10 he provided to Trump University."
11          The speakers and mentors that were
12 hired through Mark Dove, can you list those
13 again?
14     A.   Oh, well, Steve Miller as we saw on
15 the email because Mark Dove was cc'd.  I think
16 J.J. was one, but I'm not 100 percent sure, but
17 I'm pretty sure he was.  Dave Stamper.  Rick
18 McNally.  Kasper, Mike Kasper.
19          I don't remember who else, but most
20 of them were.  I'm pretty sure that besides
21 Gary, I think Gary and Denise might have been
22 the only two speakers that weren't, oh, and
23 Steve Goff that weren't part of Dove's click.
24     Q.   All right.  The next line says that,
25 "These people did not necessarily have real

Page 263

C. Sommer

1
2  estate experience."
3          We've actually already talked about
4  that, haven't we?
5      A.   Yes.
6      Q.   So putting aside the salespeople,
7  it's your understanding or belief that everybody
8  had real estate experience, correct?
9          MS. ECK:  Objection.  Misstates the
10     witness' testimony.
11     A.   I don't know if everyone did.
12     Q.   Everyone that you have identified
13 that you interacted with; Denise DeVoe, Goff,
14 Eldred.
15     A.   I don't know if Rick McNally did.
16         I don't know -- I'm assuming Steve
17 Miller did, but I don't know if Steve Miller
18 did.
19     Q.   All right.  You said that they were
20 skilled at high pressure sales.
21         Were any of the instructors or
22 mentors that you knew or interacted with skilled
23 at high pressure sales?
24     A.   Well, Kasper was also doing -- he was
25 also one of the instructors, but sometimes he

Page 264

C. Sommer

1
2  was -- initially he was doing sales and then he
3  was speaking later on.
4      Q.   And what was it about Mr. Kasper that
5  you thought he was skilled at high pressure
6  sales?
7      A.   I wouldn't specifically -- I would
8  just say because of the one-on-one techniques
9  they used.  I wouldn't say specifically Kasper
10 himself, but the sales team as a whole would use
11 this one-on-one high pressure sales technique.
12     Q.   All right.  So of the instructors and
13 mentors that you're aware of, did any of them do
14 anything that you considered to be high pressure
15 sales?
16         MS. ECK:  Objection.  Asked and
17     answered.
18     A.   Besides the rack up your credit card
19 bills, you'll make it all back, and the
20 one-on-ones, no, I don't have anything else.
21     Q.   And did Denise ever do one on ones
22 that you ever saw?
23     A.   No.
24     Q.   And did Mr. Goff ever do one-on-ones
25 that you saw?

Page 265

C. Sommer

1
2      A.   No.
3      Q.   How about Gary Eldred?
4      A.   I never saw Gary Eldred in person.
5      Q.   Did Mr. Kasper do one-on-ones?
6      A.   He did.
7      Q.   And do you know what he told
8  students?
9      A.   I wasn't part of the one-on-ones.
10     Q.   All right.  So is it accurate that
11 you don't have any information that the
12 instructors or mentors used any high pressure
13 sales techniques?
14         MS. ECK:  Objection.  Misstates the
15     witness' testimony.  Asked and answered.
16     A.   During their presentations, no, but
17 like I said, Kasper, when he first came on
18 board, he wasn't speaking.  He was doing sales.
19 Rick McNally was doing sales.  So if they later
20 switched over to a speaker during the
21 presentation, they weren't doing the necessarily
22 high pressure sales besides the credit card
23 thing, you know, but...
24     Q.   And the credit card thing, that was
25 done when they were salespeople, right?

Page 270

```
1            C. Sommer
2      Q.   So the program that was being offered
3   for sale at the free program was the $1,500
4   program, right?
5      A.   Yes. I think there was a number of
6   them offered, but yes.
7      Q.   Okay. That was the main one that was
8   offered was the three-day, $1,495 program,
9   right?
10          MS. ECK: Objection. Misstates the
11     witness' testimony. Calls for speculation.
12     A.   I don't remember specifically what
13  was.
14     Q.   All right. So what I'm trying to
15  understand is if someone was being asked to
16  raise their credit limit three or four times to
17  be able to afford -- well, let me ask that.
18          Were they being told to raise their
19  credit card limit so they could afford to buy a
20  Trump University program or so they would have
21  money available to invest in real estate if
22  that's what they wanted to do?
23     A.   It was both so you could buy the
24  courses and then if you, you know, once you got
25  there, you could invest in real estate.
```

Page 271

```
1            C. Sommer
2      Q.   All right. So people were being told
3   to raise their credit limit three or four times.
4   That means that they would have a credit limit
5   on their credit card of maybe 3 or 400 and if
6   they raised it times four, they would have
7   $1,600 to pay for this program?
8           MS. ECK: Objection. Calls for
9   speculation.
10     A.   I don't --
11          MS. ECK: Hypothetical.
12     A.   I don't know what their...
13     Q.   All right. Did you actually hear any
14  instructors tell people to raise their credit
15  limit two, three or four times?
16     A.   I heard them say, "Go outside, we're
17  going to take a break, and call your credit card
18  company and raise your credit limit. See how
19  much you can raise your credit limit."
20     Q.   Okay. So this part of about two,
21  three, four times, that's not accurate, is it?
22          MS. ECK: Objection. Misstates the
23  witness' testimony.
24     A.   I don't specifically recall hearing
25  two, three, four times, but I know they said
```

Page 272

```
1            C. Sommer
2   raise your credit limit:
3      Q.   And did they say why to raise the
4   credit limit?
5      A.   It had to do with buying the courses
6   which would make your money back, and then also
7   it had to do with, they were talking about the
8   better -- getting a better credit score at the
9   end if you had more of a limit.
10     Q.   The next line says that they would
11  make their money back.
12          What specifically did they say about
13  that?
14          MS. ECK: Objection. Asked and
15     answered.
16     A.   Once you went through with the
17  course, you know, you would have enough
18  knowledge to start investing in real estate and
19  you too would become a millionaire.
20     Q.   Did the instructors say that you
21  would become a millionaire?
22     A.   No. Those are just my words.
23          They'd say, "You're going to make
24  your money back."
25     Q.   Right.
```

Page 273

```
1            C. Sommer
2           And were they talking about the
3   $1,500?
4           MS. ECK: Objection. Vague.
5   BY MR. SCHNEIDER:
6      Q.   "They" being instructors.
7      A.   They were talking about whatever
8   money they put forth into these courses they
9   would make back.
10     Q.   All right. And at the free course, I
11  mean I think you said here in paragraph 7, the
12  free course, you're talking about the $1,500
13  seminar, right?
14          MS. ECK: Objection. It misreads the
15     document.
16  BY MR. SCHNEIDER:
17     Q.   Well, at the free course, the next
18  program on the scale, so to speak, would be the
19  $1,495 program, right?
20     A.   Yes.
21     Q.   And during your tenure at Trump
22  University, did that price change; it varied
23  from $995 to $1,995?
24     A.   Yes.
25     Q.   And do you know why the prices
```

Page 278

```
1              C. Sommer
2   pressure sales and everything of that nature.
3       Q.   What statement or conduct did you see
4   or hear which led you to believe that Trump
5   University only wanted to sell the most
6   expensive seminar they could possibly put on
7   their credit?
8       A.   Just the fact that it's sales pace
9   and telling people to max out their credit cards
10  so they can buy the programs tells me right
11  there that they wanted them to buy the most
12  expensive program they could.
13      Q.   How many salespeople did you actually
14  hear make the statement to somebody to max out
15  their credit card?
16      A.   I don't recall.
17      Q.   More than ten times?
18      A.   I don't recall.
19      Q.   Did you hear it at every event?
20      A.   No, it wasn't at every event.
21      Q.   Line 19, "I recall that some
22  consumers who showed up who were homeless and
23  could not afford the seminars..."
24           We talked about that one incident,
25  right?
```

Page 279

```
1              C. Sommer
2       A.   Yes.
3       Q.   And was that the only one?
4       A.   Yes.
5       Q.   And then you said, "...yet I
6   overheard Trump University representatives
7   telling them it's okay, just max out your credit
8   card."
9            That's not a true statement, is it?
10           MS. ECK:  Objection.  Misstates the
11  witness' testimony.
12  BY MR. SCHNEIDER:
13      Q.   That's not accurate, is it?
14      A.   Not for that specific homeless
15  person, no.
16      Q.   Then the last sentence of this
17  paragraph, "I recall representatives telling
18  consumers to open up as many credit cards as
19  they could to increase their credit score."
20           We talked about this earlier, that
21  that was one of the techniques that was taught;
22  that in trying to increase your credit scores,
23  that one the ways to do that is to open up more
24  credit cards, right?
25      A.   Yes.
```

Page 280

```
1              C. Sommer
2       Q.   Paragraph 9, "Trump University used a
3   standardized PowerPoint presentation..."
4            I believe we talked about this
5   earlier, but that's not true, is it?
6            MS. ECK:  Objection.  Misstates the
7   witness' testimony.  Asked and answered.
8       A.   Each event had different -- a
9   different presentation for each event.  And if
10  the presenter had their own, they would use
11  that, and if they didn't have it, they were
12  given one to use.
13      Q.   And the next part of that says,
14  "...and scripts were used for all seminars."
15           That's not true, is it?
16           (Document review.)
17           MS. ECK:  Objection.  Lacks
18  foundation.
19      A.   I think that has to do with the
20  presentation, what we just spoke about.
21      Q.   Okay.  But there were no scripts that
22  you ever saw, right?
23      A.   It wasn't a script, but I think
24  that's in the sense of if you're given someone
25  else's PowerPoint presentation to use, it's sort
```

Page 281

```
1              C. Sommer
2   of a script because you're being told what to
3   present on.
4       Q.   Al right.  So you separated this,
5   though, into PowerPoint presentations and
6   scripts.
7            So with regard to the scripts, you're
8   not aware of any scripts, are you?
9       A.   No.  It was just the script of the
10  PowerPoint presentation.  That's what was meant.
11  It wasn't specifically a separate script.
12      Q.   And we've already covered the line
13  about that the seminars were standardized and
14  substantially the same across the country,
15  right, we've already talked about that?
16           Do you have any more or different
17  information than what we've already talked
18  about?
19      A.   I don't believe so.
20      Q.   Paragraph 10, "Trump University did
21  not provide one year of real estate mentoring as
22  promised to the public."
23           Since you were only working for Trump
24  University for five months, you don't have any
25  idea whether or not they provided one year of
```

Page 282

C. Sommer

1
2  mentoring, correct?
3     A.  No.  Besides the phone calls I had,
4  no.
5     Q.  All right.  And the calls that you
6  had, they had trouble reaching their mentor, we
7  already talked about this, and you don't know
8  how that was resolved; whether they got another
9  mentor or whether they were completely happy,
10 right?
11    A.  Correct.
12    Q.  All right.  So that statement, that
13 first line is not accurate; would you agree?
14       MS. ECK:  Objection.  Misstates the
15 witness' testimony.
16    A.  Yes, I don't know if a full one-year
17 obligation was done.
18    Q.  All right.  The second line, "My
19 understanding is that mentors were paid up front
20 on commission before the student completed their
21 mentorship."
22       We talked about this before.  You
23 don't know how they're paid or when, right?
24       MS. ECK:  Objection.  Misstates the
25 witness' testimony.

Page 283

C. Sommer

1
2     A.  I had nothing to do with the pay, but
3  I know that they were paid -- there was
4  commission paid and I know that it was before
5  the mentorship was completed.
6     Q.  Do you know if it was before the
7  in-field mentorship was completed?
8     A.  No, I don't know that.
9     Q.  And do you know what the mentor's
10 incentive was to call back consumers?
11    A.  No.
12    Q.  If a mentor didn't call back
13 consumers and consumers were unhappy with the
14 mentor, they wouldn't get any more students,
15 right?
16       MS. ECK:  Objection.  Calls for
17 speculation.
18    A.  That's not necessarily true.  This
19 wasn't really a word-of-mouth business.
20    Q.  What do you mean by that?
21    A.  Meaning --
22       THE WITNESS:  Can you say again what
23 he just said?
24       (Question was read back as follows:
25       "QUESTION:  If a mentor didn't call

Page 284

C. Sommer

1
2  back consumers and consumers were unhappy
3  with the mentor, they wouldn't get any more
4  students, right?")
5     A.  Based on that line, it sounds like it
6  was a word of mouth that one person would say to
7  his friend hey, you should sign up for this
8  mentorship, but that's not really the way the
9  program worked.
10       The program worked you go into a
11 town, you get, you know, a large group of people
12 who probably didn't know each other coming from
13 all different areas of the state to sit in a
14 program, and then you try to sell them and
15 up-sell them.  It's not like you're telling your
16 cousin to go sign up for the course because it's
17 the greatest thing.
18    Q.  Do you have any information how
19 people got to the program, whether or not it was
20 based on referral or cousins?
21    A.  It was the marketing team.  I know
22 they did radio advertisements and I know that
23 they did the email.
24    Q.  Do you know if anybody came from word
25 of mouth?

Page 285

C. Sommer

1
2     A.  No.
3     Q.  Do you have any idea what the
4  incentives were for mentors?
5     A.  No, besides commission on the
6  selling, selling themselves.
7     Q.  Your line, "Because of the pay
8  structure, mentors had no incentive to call
9  consumers back," is that just speculation on
10 your part?
11    A.  Yes.
12    Q.  Were mentors paid on a commission?
13    A.  Because they were selling themselves,
14 they were the speakers selling themselves for
15 the most part.  They were selling themselves in
16 one of the programs and people would sign up to
17 take their courses.
18       So they were paid on commission
19 because they were selling themselves for every
20 person who signed up.
21    Q.  So, in other words, if they did
22 another mentorship, they got paid for that
23 mentorship?
24    A.  Yeah.  They got a commission on it,
25 yeah.

Page 286

```
 1              C. Sommer
 2       Q.   Well, they got paid for doing the
 3   actual mentorship, right?
 4       A.   Yes, but also they got -- I believe
 5   they got a sales -- they got a cut of the sales
 6   as well.  They got paid for the mentorship, but
 7   they actually got paid for selling themselves.
 8       Q.   The next line, "As a result, I recall
 9   that mentors rarely returned phone calls from
10   student or spent much time talking with them."
11       Those are the couple of instances
12   where people called you and told you they had
13   trouble getting them, right?
14       A.   Yes.
15       Q.   And do you know what percentage of
16   all the mentorships that involved?
17       A.   No, but there wasn't a lot of
18   mentorships sold while I was there.
19       Q.   Do you have any idea what the
20   satisfaction rate would have been among people
21   who did mentorships?
22       MS. ECK:  Objection.  Calls for
23   speculation.
24       A.   No.
25       Q.   You said, "I received calls from any
```

Page 287

```
 1              C. Sommer
 2   angry students telling me they had been trying
 3   to reach their mentor to no avail."
 4       This is what we already talked about,
 5   right?
 6       A.   Yes.
 7       Q.   And they told you that they were
 8   angry?
 9       A.   I don't know if they specifically
10   said I'm angry, but they said, "I can't reach my
11   mentor.  I've been trying to call and no one's
12   calling me back."
13       Q.   And it's the same, I guess, a handful
14   of people, three people or so, three or five
15   people that you said earlier?
16       A.   I didn't give a -- I don't think I
17   gave a number earlier.
18       Q.   Do you have any better estimate than
19   more than three but you're not sure?
20       A.   No.  I don't know how many
21   mentorships were sold at that time.
22       Q.   But how many people called you that
23   told you that they were having difficulty
24   getting their mentor?
25       A.   I don't know.
```

Page 288

```
 1              C. Sommer
 2       Q.   And you don't remember which -- who
 3   the mentor was?
 4       A.   I don't remember.  I think Denise was
 5   one and maybe Steve Goff was one, but I don't --
 6   I think that those were two of the mentors that
 7   they were talking about on two separate calls
 8   obviously, but I don't remember how many had
 9   each of them.
10       Q.   Now you said earlier that you heard
11   Denise give out her cell phone to people, right?
12       A.   Yes, that they signed up for the
13   mentorship.  It wasn't like she just told
14   everyone her number.
15       Q.   All right.  So when you would see her
16   at other events after you heard from these
17   students, did you mention to her, "Hey, I heard
18   from a couple of students and they haven't
19   gotten return calls from you"?
20       A.   Yes.
21       Q.   And what did she say?
22       A.   She -- basically what it was was that
23   she didn't have enough time so that was -- I
24   think that was part of the initiation where they
25   were trying to get other mentors to take over
```

Page 289

```
 1              C. Sommer
 2   for some people.
 3       Q.   So was it your impression that she
 4   wasn't trying to ignore them, she was just
 5   trying to find a time to get back to them?
 6       A.   I don't know.
 7       Q.   Was that your impression in talking
 8   with her?
 9       MS. ECK:  Objection.  Calls for
10   speculation.
11       A.   I guess so.
12       Q.   Paragraph 11, "I do not believe that
13   Trump University taught Donald Trump's investing
14   secrets."
15       What are Donald Trump's investing
16   secrets?
17       MS. ECK:  Objection.  Calls for
18   speculation.
19       A.   I don't know.
20       Q.   So how do you know if Trump
21   University taught them?
22       A.   I don't think Trump University really
23   had much to do with Donald Trump besides his
24   name.
25       MR. SCHNEIDER:  I'll move to strike
```

Page 290

```
1              C. Sommer
2    as nonresponsive.
3    BY MR. SCHNEIDER:
4         Q.   How do you know whether Trump
5    University taught his investing secrets if you
6    don't know what his secrets are?
7             MS. ECK:  Objection.  Asked and
8    answered.
9    BY MR. SCHNEIDER:
10        Q.   You can answer.
11        A.   I don't know how to answer.
12        Q.   Okay.  If you paid money to get the
13   formula for something, Coca-Cola, and you said
14   you didn't get it, that would be pretty easy to
15   figure out either it was given to you or not.
16        A.   Yeah.
17        Q.   If you're paying money to learn about
18   investment techniques, you're saying they
19   weren't taught, so what I'm trying to find out
20   is, what are those techniques that you're
21   claiming weren't taught.
22             If you don't know what the techniques
23   are, how do you know they weren't taught?
24        A.   Well, I guess it's like I just said,
25   which was stricken, is that I don't think this
```

Page 291

```
1              C. Sommer
2    company really had much to do with Donald Trump
3    besides his name, so I wouldn't say they were
4    necessarily his investing secrets.  I think it
5    was more of whatever the presenters were
6    presenting, it was more of their tips.
7         Q.   So you don't know what his investing
8    secrets are, correct?
9         A.   No.
10        Q.   So you don't know whether they taught
11   them or not; is that true?
12            MS. ECK:  Objection.  Misstates the
13   witness' testimony.  Asked and answered.
14   BY MR. SCHNEIDER:
15        Q.   You can answer.
16        A.   Yes, I don't know what they are.  I
17   don't.
18        Q.   And what information do you have as
19   to what his involvement was with Trump
20   University?
21        A.   Just word of mouth.
22        Q.   What does that mean?
23        A.   Well, I understand the story of how
24   he came into it is that Michael Sexton had gone
25   up to him a couple of times and pitched his
```

Page 292

```
1              C. Sommer
2    spiel, and Donald Trump had turned him down a
3    couple of times and then eventually he said
4    okay.  So that's, you know, really what I know
5    about the company.
6         Q.   And where is that information from?
7         A.   I believe Michael Sexton told me that
8    or it was Highbloom.  One of the two of them
9    told me that.  I don't remember who.
10        Q.   Did either Sexton or Highbloom meet
11   with Trump?
12        A.   I, like I said, I assume they did.
13   The one time that I met Donald Trump, Highbloom
14   was there.  I'm assuming he came to talk Sexton
15   and Highbloom that day.
16        Q.   He apparently knew enough about the
17   operation to mention to you that the department
18   you were in was profitable for the company,
19   right?
20        A.   Yes.  I'm sure he looked over the
21   financials.  He is a very smart, financially
22   sound man.
23        Q.   Is the bottom line that you really
24   don't have any idea what his involvement was
25   with the company?
```

Page 293

```
1              C. Sommer
2         A.   No.  I think it was just financial
3    backing though, but no, I don't.
4         Q.   The next line, "Donald Trump came
5    from a wealthy family and had resources at his
6    disposal to purchase real estate."
7             Where is that information from?
8         A.   I'm sorry.  What line is this?
9         Q.   Ten.
10        A.   That's common knowledge that he came
11   from a wealthy family and had the resources.  I
12   mean if you look up Donald Trump, he did come
13   from a -- his father was wealthy.
14        Q.   When you say, "That's his secret," is
15   that your words?
16        A.   No.
17        Q.   Paragraph 12 you state that,
18   "...Trump University presenters pressured
19   consumers into purchasing the elite program."
20            How did the presenters do that?
21        A.   I'm sorry.  What line again?
22        Q.   I'm on paragraph 12, line 12.
23        A.   Sorry.
24            (Document review.)
25        Q.   It says, "At the seminars I attended,
```

Page 294

```
            C. Sommer
```
1  
2  Trump University presenters pressured consumers  
3  into purchasing the elite program."  
4       How did they pressure the consumers?  
5    A.  I don't know if it was necessarily  
6  the presenters, but I know it was the high-tech  
7  sales techniques that they used.  
8    Q.  Paragraph 13, line 18 discussing  
9  Donald Trump, you said, "He was not an active  
10 presence there, though he occasionally went over  
11 with numbers with Michael Sexton."  
12      How do you know that?  
13   A.  That's just what I was told; that  
14 Michael reviewed the numbers with him.  
15   Q.  And who told you that?  
16   A.  I'm assuming it was Highbloom.  I  
17 don't know.  Highbloom was my boss so...  
18   Q.  All right.  So you don't have any  
19 personal knowledge for that statement?  
20   A.  No.  
21   Q.  And the last sentence, "Based on my  
22 interaction with Donald Trump, he seemed only  
23 concerned with Trump University's revenues and  
24 profits."  
25      What is the basis for that?  

Page 295

1          C. Sommer  
2    A.  That was sort of just like when he  
3  came to me, as I told you, and he said, "You're  
4  the only department making money."  I mean we  
5  had a very short conversation, as I said, and he  
6  told me that we were going to put the Milins out  
7  of business, Trump Institute.  
8    Q.  Did he talk about profits at all?  
9    A.  No.  
10   Q.  Did he talk about revenues at all?  
11   A.  No, besides the fact he said, "You're  
12 the only department making money."  
13   Q.  Paragraph 14, "In my experience, many  
14 students were dissatisfied with Trump  
15 University."  
16      Who were those students?  
17   A.  The ones that called me to complain  
18 about the mentorship program and such.  
19   Q.  They didn't tell you they were  
20 dissatisfied, did they?  
21      They just told you that they were  
22 trying to get a call back from their mentor?  
23   A.  Well --  
24      MS. ECK:  Objection.  Misstates the  
25 witness' testimony.  Asked and answered.  

Page 296

1          C. Sommer  
2    A.  After getting the calls multiple  
3  times, you assume that someone is dissatisfied  
4  when they're calling you multiple times.  
5    Q.  Did you talk to the same student more  
6  than one time about the mentorship issue?  
7    A.  Yes, I believe I did.  
8    Q.  And do you remember any names?  
9    A.  No.  
10   Q.  And other than the students that you  
11 talked to about trying to contact their mentors,  
12 did you talk with any other students that told  
13 you they were dissatisfied with Trump  
14 University?  
15   A.  I don't remember.  
16   Q.  The next line says, "When consumers  
17 first signed up and took the course, they were  
18 hyped up due to the high drama atmospherics of  
19 the seminars."  
20      Was that your language?  
21      MS. ECK:  Objection to the extent it  
22 calls for attorney-client privileged  
23 information.  Otherwise you can answer.  
24   Q.  Are those your words?  
25   A.  That specific sentence?  I didn't  

Page 297

1          C. Sommer  
2  specifically say that, but yes, I agree with  
3  that statement.  
4    Q.  Okay.  But those aren't your words,  
5  right?  
6    A.  I didn't write that line, no, but I  
7  did have that conversation.  
8    Q.  All right.  And it says, "They tended  
9  to get positive reviews as they were asked for  
10 them."  
11      My understanding is that you didn't  
12 review any of the reviews, did you?  
13   A.  No.  
14   Q.  So how do you know what they did?  
15   A.  Well, during the event, like I said,  
16 people were pumped up and they were excited.  
17 And if they were at the event and they  
18 complained to me, it was one thing, but my  
19 overall view of the events with them was that  
20 they were happy and excited.  
21   Q.  Okay.  So let me break that down.  
22      Your impression of the overall events  
23 was that people liked it and were excited about  
24 the events, right?  
25      MS. ECK:  Objection.  Misstates the

| Page 306 | Page 307 |
|---|---|
| C. Sommer | C. Sommer |

Page 306

```
 1            C. Sommer
 2  them, they couldn't reach their mentor.
 3      Q.  Was that more than one student that
 4  you talked to on more than one occasion?
 5      A.  I don't recall, but I believe it was.
 6  I know there was a huge issue before I was
 7  leaving, before I was fired.
 8      Q.  What do you mean huge issue?
 9      A.  With people not getting back to their
10  mentors and the mentors calling me, because like
11  I said, I attended the event so they had my
12  information so they would call me.
13      Q.  Okay.  But this is the handful of
14  people you're talking about, right?
15      A.  Yes.
16      Q.  And we already talked about that you
17  personally spoke with Denise about getting back
18  in touch with a student, right?
19      A.  I just had a conversation.  It wasn't
20  me saying hey, you should do something.  It was
21  like this came up in conversation.  I traveled
22  with them a lot, so I would bring up things in
23  the office to flag them to let them know what
24  needed to be worked on.
25      Q.  When you brought it up, was it in the
```

Page 307

```
 1            C. Sommer
 2  context of hey, this is a big deal or was it
 3  more hey, I got a call from a guy, he says he's
 4  having trouble reaching you?
 5      A.  Yeah, the latter.
 6      Q.  Was that consistent with the demeanor
 7  and the way in which it was presented to you by
 8  the student?
 9      A.  No.
10      Q.  So I'm just trying to understand.  If
11  a student called up and they're irate, and
12  they're telling you that they want their mentor
13  and they're banging their hand on the table, it
14  seems like you would have taken some additional
15  action rather than just mention it in
16  conversation to Denise, say, oh, by the way I
17  got a call.
18      A.  That's not my job.  My job was to
19  talk to customer service Brad and Highbloom
20  about it.  It was not my pay grade.  That's
21  above my pay grade to deal with those issues.  I
22  don't make any of those executive decisions on
23  how to the deal with it.
24          If they had something to say to the
25  presenters, if Highbloom had something to say to
```

Page 308

```
 1            C. Sommer
 2  a presenter, he was responsible because he was
 3  above me.
 4          I just dealt with the live events.  I
 5  was just telling her in conversation that hey, I
 6  had this call.
 7      Q.  Sure, but you want the best Trump
 8  University there could be, don't you?
 9      A.  Absolutely.
10      Q.  All right.  So if you have a consumer
11  or a customer that's unhappy with something
12  about Trump University, you want to try and
13  address that as part of being just a team member
14  of Trump University, right?
15      A.  Yes, and I did.  I told David
16  Highbloom.
17      Q.  Okay.  And when talked to Denise, you
18  mentioned it to her too, right?
19      A.  Yes.
20      Q.  All right.  And was it your
21  impression talking with Highbloom and Schneider
22  and Denise that they were going to take care of
23  the situation?
24      A.  Yes.
25      Q.  And you said it was a big deal before
```

Page 309

```
 1            C. Sommer
 2  you left, meaning that they were on it, they
 3  were going to take care of this?
 4      A.  Meaning that I had multiple calls
 5  from multiple students.
 6      Q.  And you told the customer service
 7  people and Highbloom about those to take care of
 8  it, right?
 9      A.  Yes.
10      Q.  And then you don't know what they did
11  after that.
12      A.  Correct.
13      Q.  Let me run down a list of some
14  speakers and mentors and coaches, and ask you if
15  you know anything about them or their
16  background.
17      A.  Okay.
18      Q.  Adam Ginsberg?
19      A.  No, I don't.
20      Q.  Alex Grist?
21      A.  No.
22      Q.  Anthony LaBella?
23      A.  No.
24      Q.  Anthony Natolli?
25      A.  No.
```