# EXHIBIT 5

Page 1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

3    --------------------------X

4    TARLA MAKAEFF, et al., on

5    Behalf of Themselves and All

6    Others Similarly Situated,

7                    Plaintiffs,

8        -vs-                    No. 3:10-CV-00940-CAB

9    TRUMP UNIVERSITY,  LLC,

10   et al,

11                   Defendants.

12   --------------------------X

13

14   VIDEOTAPED DEPOSITION OF RONALD DAVID SCHNACKENBERG

15              San Francisco, California

16              October 15, 2012

17

18

19

20

21

22

23   Reported by:

     Bonnie Pruszynski, RMR, CSR No. 13064

24   JOB NO. 54291

25

Page 66

1   Martha's Vineyard?
2       A    It wasn't -- actually, they did talk
3   about vacations, and cars, and houses that they
4   owned.  So, they were bragging about the things
5   they had been able to accumulate.
6       Q    Based on their --
7       A    Based on their real estate stuff,
8   yes.
9       Q    And do you have any information that
10  any of the stories that were told for the one
11  event that you saw were not true or accurate?
12           MS. ECK:  Objection.  Calls for
13       speculation.
14  BY MR. SCHNEIDER:
15      Q    If you know.
16      A    I don't have any knowledge of that.
17      Q    Before going to the live event, did
18  you voice any objection to participating in it?
19      A    I did not.
20      Q    Were you unhappy or dissatisfied with
21  the idea that Trump University was putting on a
22  live event?
23      A    I didn't know the content that was
24  going to be discussed at the live event, so I was
25  going in with a fairly open mind.  They didn't

Page 67

1   talk to me much about it.  They just wanted me to
2   go observe and learn as much as I could about the
3   process of selling at a live event.
4       Q    And based on the three days that you
5   observed, did you find anything to be presented
6   that was not true?
7       A    No.
8       Q    Were you asked to provide information
9   to prospective purchasers that you thought was not
10  true?
11      A    No.
12      Q    And, in fact, did you provide any
13  information to prospective purchasers that was not
14  true?
15      A    No.
16      Q    Did you interact with prospective
17  purchasers?
18      A    I did.
19      Q    Can you recall any in particular?
20      A    There was one couple that I spoke
21  with, I don't remember off the top of my head
22  sitting here -- I'm drawing a blank as to what
23  their names were.  I believe their last names were
24  Moore, and another -- another couple of guys that
25  wanted to -- to partner together to do the -- to

Page 68

1   purchase the program.  I remember speaking with
2   two separate groups of people that were
3   considering purchasing.
4       Q    All right.  So, let's start with the
5   Moores.  What did they tell you they were
6   interested in purchasing?
7       A    They wanted to purchase the -- I want
8   to say that they called it the "Elite program."  I
9   don't remember exactly what it was called, but it
10  was a -- I believe it was a $35,000 program that
11  they wanted to buy.
12      Q    And what was your response?
13      A    I started talking to them, as I would
14  if I were talking to them on the phone, about what
15  their motivations are, why they are here, what
16  they are looking to accomplish.
17      Q    Had you ever spoken with them before?
18      A    I had not.
19      Q    Do you know whether you had sold them
20  anything on the phone prior to the live event?
21      A    I do not recall that.  To my
22  knowledge, I did not.
23      Q    Do you know whether they had
24  purchased anything prior to coming to the live
25  event?

Page 69

1       A    I do not know if they had purchased
2   anything.  I don't believe they had.
3       Q    And based on why they told you they
4   were interested in the program, did it sound like
5   something that -- that would fit what they wanted?
6           MS. ECK:  Objection.  Vague.
7       Q    In other words, you -- you asked them
8   questions about what their interests were and what
9   they wanted to do, the typical questions you said
10  that you would ask on the phone; correct?
11      A    Right.
12      Q    And based on what you knew about the
13  program and what they expressed an interest in,
14  did those match up?
15      A    What they wanted to accomplish
16  long-term could have potentially matched up.
17      Q    So, did you try and persuade or
18  dissuade, or something different, to them about
19  the program that they expressed interest in?
20      A    I, after discussing that with them
21  and learning about then background, I talked to
22  them about the Real Estate Investor Training
23  Program, which was the -- I believe it was a
24  six-month, $6,000 program.
25      Q    And why did you believe that was a

Page 70

1  better fit for them?
2      A    Mr. Moore had communicated to me that
3  he was on disability and was unable to work, and
4  they were going to be using the equity in their
5  home to pay for the program, and I did not feel
6  that that was a reasonable program for them to be
7  in, assuming their ability to purchase an
8  investment property.
9      Q    I'm not sure I understand your
10 answer. Are you saying that you didn't think he
11 had enough resources to purchase the more
12 expensive program?
13     A    Correct.
14     Q    So, did you ask him for financial
15 information as to what, what monies he had
16 available?
17     A    He said that he was going to be
18 purchasing the program with a refinance of their
19 home.
20     Q    Did you ask him about any other
21 assets he had?
22     A    I did not.
23     Q    Did you ask him to fill out any kind
24 of financial information?
25     A    I did not.

Page 71

1      Q    To your knowledge, did anyone else
2  ask him to fill out any financial information?
3      A    To my knowledge, no.
4      Q    Were you trained before the live
5  event to ask prospective purchasers to fill out
6  any kind of financial information?
7      A    We did not have them fill out any
8  financial information. He specifically told me
9  that he was going to be paying for the program out
10 of his refinance of his home, and that his sole,
11 his sole income was disability income.
12     Q    Do you know what he was on disability
13 about or for?
14     A    I do not recall that.
15     Q    And how would your commission have
16 been different if he had purchased the six-month
17 REIT program for $6,000 versus the one he was
18 interested in?
19     A    It would have been drastically less.
20     Q    During your conversation with the
21 Moores, was anybody else from Trump University
22 present?
23     A    I don't believe so.
24     Q    And did they ultimately decide that
25 they wanted to purchase the REIT program?

Page 72

1      A    They were going to. I was not to
2  sell the Real Estate Investor Training Program at
3  that live event and didn't have the ability to do
4  so. So, I was going to be following up with them
5  the following week.
6      Q    Meaning that when you got back to
7  Trump University, you were going to call them --
8      A    Correct.
9      Q    -- to sell them the REIT program?
10     A    Correct. I think his name might have
11 been David and Carla Moore, but I -- again, I am
12 not positive.
13     Q    All right. So, how did you leave it
14 with them with regard to the program that they
15 expressed interest in purchasing?
16     A    After talking to them about the --
17 the type of education that the Real Estate
18 Investor Training Program offered, and the amount
19 of investment that it took, they were very happy
20 that I talked to them about the Real Estate
21 Investor Training Program. They were very excited
22 about starting that program, and felt that it was
23 much better option for them, and one that they
24 didn't -- they didn't know that option was
25 available until speaking with me.

Page 73

1      Q    And it's your recollection that you
2  would have earned a commission on the program that
3  they wanted to purchase there?
4      A    Correct.
5      Q    The --
6      A    I believe it was the Elite. We will
7  call it the Elite.
8      Q    And what was the -- what was
9  commission structure, if you recall?
10     A    I don't recall what the commission
11 structure was. I know that it was a commission of
12 $35,000 versus six.
13     Q    And it was the same percentage?
14     A    I believe so.
15     Q    And what's your best estimate as to
16 approximately the percentage amount that you would
17 receive?
18     A    I don't remember at all what the
19 commission percentages were. They had changed
20 multiple times and I don't remember what they were
21 changing from and to.
22     Q    All right. So, the last word that
23 you had with them was that you were going to call
24 them the following day or within days about the
25 REIT program?

---

Page 74

1    A    At that point. That was, might have
2    been on day two, or the start of day three. I
3    don't remember what the timeframe was as when we
4    had that conversation, but that was how we left it
5    at that time.
6    Q    And then at some, some later point
7    did you find out that they purchased something
8    different?
9    A    I did.
10   Q    How did you find out?
11   A    I don't remember if they came up to
12   me, and told me that they ended up purchasing or
13   if I had heard it from one of the other
14   salespeople that they had sold it to the Moores,
15   but it was one or the other, that they had said
16   that they had purchased.
17   Q    Did the Moores ever express to you
18   concern or dissatisfaction that they purchased the
19   other program?
20   A    I don't recall if I ever spoke with
21   them again about it.
22   Q    Did the Moores ever prepare any kind
23   of evaluation of their participation in the
24   program?
25   A    I don't know about that.

---

Page 75

1    Q    If they did, you haven't seen it;
2    correct?
3    A    No, I have not.
4    Q    Did you ever talk with Tad about any
5    issues concerning the Moores?
6    A    I did.
7    Q    What did you discuss?
8    A    I asked him if he felt comfortable
9    selling that program to the Moores considering
10   their financial situation.
11   Q    What did he tell you?
12   A    He said he didn't care.
13   Q    He said he didn't care about their
14   financial situation?
15   A    Yes.
16   Q    Did you speak with anybody else at
17   Trump University?
18   A    I did. After -- after -- the
19   following week, I did.
20   Q    Who did you speak with?
21   A    David Highbloom.
22   Q    And what did you tell him?
23   A    He asked about the situation. I
24   don't know how he had heard about the situation,
25   asked why I did not sell it to them.

---

Page 76

1    Q    I'm confused. Why was there a
2    situation? I mean, I don't understand.
3    A    They -- I -- I didn't, I told them
4    that I did not feel comfortable selling them this
5    program due to their -- actually, I didn't tell
6    them that.
7         I had the conversation with them
8    about the two programs, and it was a mutual
9    agreement that the REIT program was a much better
10   fit for them and that's how I had left that. And
11   then after I had found out -- I don't remember if
12   I had heard it from the Moores, or if I had heard
13   it from Tad about them purchasing the program, and
14   I don't remember if it was Tad that sold it to
15   them. I think it was, but I don't -- I don't know
16   for sure if it was Tad.
17        But I remember speaking with the
18   individual that sold it to them, and said, you
19   know, did you talk to them at all about, you know,
20   their income, how they are going to be paying for
21   this?
22        And they said -- I don't remember if
23   they said, yes. We talked about the disability or
24   what not.
25        I asked if they understood, you know

---

Page 77

1    where their income was coming from?
2         They said yes.
3         And I said, you know, do you feel
4    comfortable selling it to them, even though they
5    don't have the income to pay for a $35,000
6    program?
7         They said that's not their concern.
8         So, I don't know if they talked to
9    David Highbloom about this, or how David Highbloom
10   had heard about this conversation, but he called
11   me into his office the following week, I don't
12   know if it was Monday morning and asked me about
13   why I didn't sell it to them.
14   Q    And what did you tell them?
15   A    I told him I didn't feel comfortable
16   selling a $35,000 program to a couple whose only
17   income was disability.
18   Q    How old was the couple?
19   A    I would guess late 40s.
20   Q    And did you take any kind of
21   information from them as to their age or income or
22   anything like that?
23   A    I did not.
24   Q    To your knowledge, while you worked
25   at Trump University did anybody ever attempt to

Page 78

1  acquire that kind of demographic information?
2      A    I don't believe so, other than, you
3  know, the prospecting conversation of -- what
4  they do for employment.
5      Q    All right.  So, David Highbloom asked
6  you why you didn't feel comfortable selling that
7  particular program, and you explained that you
8  didn't think that the potential buyers the,
9  Moores, had sufficient resources to pay for it?
10     A    Correct.
11     Q    And what did he say?
12     A    Actually, it's not even just about
13 the sufficient resources.  It's based on the
14 conversation that I had with them.  You know, it
15 wasn't my position to judge, you know, their
16 financial situation, but based off of the
17 conversation we had of their working situation,
18 what they were looking to do long-term, I didn't
19 feel that it was a -- it was an appropriate
20 purchase, as did they at the time.
21     Q    So, it sounds like it really wasn't a
22 money issue, it's just sound like you thought that
23 the REIT program was a better fit for them?
24     A    We both did, yeah.
25              And the ability to purchase real

Page 79

1  estate.  You know, that's what the goal of this
2  was.  So, through the consultative discussion that
3  we had, you know, if they were using all of their
4  money to purchase this program, you know, we both
5  felt that it wouldn't be possible for them to then
6  purchase an income property or a second property,
7  because they were using the money that they had
8  for the program instead of for purchasing
9  property.
10     Q    Did David Highbloom have any
11 response?
12     A    I don't remember if it was David
13 Highbloom or Michael Sexton.  I believe they were
14 both in the meeting.  I don't remember if it
15 was -- who, exactly, it was, but they expressed
16 some disappointment in my not taking the -- or
17 selling the Moores on the -- on the Elite program.
18     Q    Do you remember what either of them
19 said?
20     A    I don't remember exactly what they
21 said, no.
22     Q    Can you remember, in general, other
23 than disappointment?
24     A    Disappointment and that should not
25 happen again.

Page 80

1      Q    All right.  And you mentioned that
2  you spoke with another person or another couple
3  besides the Moores at that live event?
4      A    Yeah.  It was one person.  His name
5  was Rami.  I don't remember the other individual's
6  name.  He was a -- he was -- worked for -- he was
7  a manager at a hotel.
8      Q    And with regard to the Moores, the
9  live event was the one and only time that you
10 every spoke to them?
11     A    To my knowledge, yes.
12     Q    And you have no idea whether they
13 liked the program; true?
14     A    I have no idea.
15     Q    You have no idea if they invested in
16 real property?
17     A    No.
18     Q    You don't know if they made money?
19     A    No.
20     Q    And did you ever hear anything more
21 about the Moores from anyone?
22     A    I did not.  I resigned shortly
23 thereafter.
24     Q    How long after?
25     A    Probably a week or two.

Page 81

1      Q    And you resigned because Michael
2  Sexton and David Highbloom told you that they were
3  disappointed you didn't make that sale?
4      A    Not just that, but that did play into
5  my decision.
6      Q    What else?
7      A    Just the direction of where they were
8  taking the business.  They made it clear that the
9  future growth for the company was now going to be
10 in the seminar industry, instead of in the
11 programs that we were previously selling.
12     Q    All right.  So, tell me about Rami.
13     A    Rami, he and his wife, you know, had
14 expressed the interest of purchasing real estate.
15 They had given a one-day deal, you know, to where
16 they could by the $35,000 program and both of
17 them, essentially, get the full benefits of the
18 program.  So, it was essentially getting the
19 program for half price.  And they -- he and
20 another gentleman felt that this was good idea to
21 purchase, and they were also very -- they had a
22 very low income base on what they had told me
23 about their employment situations, and they also
24 were wanting to do the Real Estate Investor
25 Training Program after I had talked to them, and I

Page 114

1    Q    When would you say was the time
2  period that you were managing the largest number
3  of salespeople at Trump University?
4    A    Probably January, February. We
5  really started in -- it was -- that was kind of
6  what caught me off guard with this whole change of
7  where business was going. We were really ramping
8  up. To my understanding, I was told that we were
9  creating a large portion of internal materials,
10  you know, additional classes, additional, you
11  know, enhancements to the REIT program.
12        So they had talked a lot about how
13  they were creating some really good materials. I
14  never was able to see those materials, and I don't
15  know if they ever ended up producing those, but
16  what they were talking about was really exciting.
17  I was really excited about where the company was
18  going and what the opportunities were. And so we
19  were ramping up our sales force. And then it --
20  you know, it changed.
21    Q    Were they still doing the online
22  programs?
23    A    They were, but that wasn't their
24  emphasis anymore.
25    Q    Have you ever seen any kind of

Page 115

1  business plan for Trump University?
2    A    I have not. This is just based off
3  of conversations that I had had with Michael
4  Sexton and David Highbloom.
5    Q    So, they told you that they were
6  moving into the live event arena?
7    A    They were, um-hum.
8    Q    Did Michael Sexton or David Highbloom
9  tell you why they were moving in that direction?
10    A    They did not.
11    Q    Do you know Mark Dove?
12    A    I do not.
13    Q    You've never met him?
14    A    I have not -- well, yes, I did meet
15  him once in Orlando.
16    Q    In what -- what was the reason for
17  that meeting?
18    A    He was present at one of the Trump
19  Power Summits, and it was just a brief
20  introduction.
21    Q    Do you know what his background is?
22    A    I believe it's in live event
23  speakers.
24    Q    Do have any more information than
25  that?

Page 116

1    A    I don't, no.
2    Q    Do you know what his background is?
3    A    I don't, other than that.
4    Q    Do you know what his experience in
5  real estate is?
6    A    I don't.
7    Q    And did you have any discussions with
8  him other than hello?
9    A    No.
10    Q    Have you done any research about Mark
11  Dove?
12    A    I have not. Maybe I Googled him. I
13  have no idea.
14    Q    And do you know what his role or
15  involvement was with Trump University?
16    A    I don't know. I was told at the time
17  that he was going to be a resource for hiring
18  speakers.
19    Q    Who told you that?
20    A    I believe it was David Highbloom.
21    Q    And do you know whether or not he
22  actually had any such role?
23    A    I don't know.
24    Q    And are you able to identify any
25  particular speakers or presenters or mentors that

Page 117

1  actually were referred by Mark Dove?
2    A    If I saw a picture, I might be able
3  to identify somebody, but names or faces, probably
4  not.
5    Q    Did you ever become aware of a
6  three-day program that Trump University offered
7  called Fast Track to Foreclosure or Profit From
8  Real Estate?
9    A    No.
10    Q    Were you ever aware that Trump
11  University offered programs that were three days
12  that ranged in price from about $995 to about
13  $2,000?
14    A    I don't believe so.
15    Q    Have you ever heard of anything
16  called a $1495 program?
17    A    I don't believe so.
18    Q    Do you have any idea what transpired
19  at any of the $1495 programs?
20    A    No.
21    Q    And based on your earlier testimony,
22  it's my understanding you never were present at
23  any Trump University live programs where people
24  paid to attend; is that right?
25    A    No, I did not.

Page 126

1    Q    All right.  Would you look on page
2  two, paragraph nine.  The first sentence says,
3  "Trump University's live seminars and events were
4  not based on the content of Eldridge Real Estate
5  Investor Training Program."
6    A    Um-hum.
7    Q    Do you know what any of the live
8  seminars or events had in terms of content other
9  than the one free program you went to?
10    A    I don't know.  Well, as far as I had
11  understood, the content was created by the person
12  that was hired to speak.
13    Q    For the one event you went to; right?
14    A    Correct.
15    Q    And you have had no contact with
16  anybody from Trump University since then?
17    A    Correct.
18    Q    So, you can only talk about the very
19  first free live event program that you went to?
20    A    Correct.
21    Q    Then the next sentence states that
22  "instead, Mark Dove, who essentially owns the
23  front-end high-pressure speaker scam world,
24  provided speakers, instructors, mentors and
25  salespeople to Trump University."

Page 127

1        So, I'm going to walk through that
2  with you.
3    A    Okay.
4    Q    Which speakers did Mark Dove provide?
5    A    So, I believe he provided the
6  speakers that started doing work for Trump
7  University at the Trump Power Summits.  I think
8  that's where -- that's where I had met him in
9  Orlando, and that's how I had -- I had some
10  conversations with some people that had been
11  working for Mark Dove, and this is -- you know,
12  they had said these are the people that were
13  provided to Trump University from Mark.
14    Q    All right.  So, that Power Summit,
15  that was different than the live event you went to
16  for Trump University.
17    A    It was.
18    Q    Right?  That was a totally different
19  animal.
20    A    Yeah, that was a totally different
21  thing.  That was just something that -- to my
22  understanding of why they created those, was just
23  to expand into some different business avenues, to
24  create additional leads for potential buyers for
25  our programs.

Page 128

1    Q    All right.  So, for the Trump
2  University, the one live event program that you
3  attended, the free program --
4    A    It was my understand that Mark Dove
5  provided the speaker for that program.  But I
6  don't know that right now or I don't recall if
7  that's true and accurate.  But that was my
8  understand.
9    Q    So, you don't have any personal
10  knowledge of that fact.
11    A    No.
12    Q    And instructors, do you know what
13  instructors came from Mark Dove?
14    A    I believe -- and I don't -- I believe
15  David Stamper.  I believe he was a -- I believe he
16  was an instructor and also a front-end speaker
17  that worked for --
18    Q    Did you know Dave Stamper?
19    A    Yes.  I met him at some of the live
20  events.
21    Q    You only went to one live event.
22    A    He started working and doing sales
23  stuff starting for the Trump Power Summits.
24    Q    Okay.  So, I want to put the Trump
25  Power Summit aside, because that's --

Page 129

1    A    Okay.
2    Q    You've already agreed that's
3  different; right?
4    A    It is different, but that's where I
5  started the relationship and getting to know him.
6  So, I met Dave in Los Angeles, and then he was
7  also at the one -- at the Power Summit in Orlando,
8  and then he was at the live event in New York
9  City.
10    Q    Did he present in New York City?
11    A    He gave some type of speech.  I don't
12  exactly -- I don't remember exactly what he talked
13  about, but he did some type of presentation in New
14  York City.
15    Q    Was he the presenter, though?
16    A    He was not the main presenter, no.
17    Q    As I understood your earlier
18  testimony, there was basically one main presenter
19  for three days; correct?
20    A    Correct.
21    Q    And he was not it.
22    A    He was not the main presenter, no.
23  He gave some -- I don't know what he said.  He
24  said something, but it was not part -- the focal
25  purpose of people joining the event.

Page 130

1  Q    When you said he said something, you
2  mean like a two-minute statement?
3  A    Yeah. He gave some account of
4  something having to do with real estate. I don't
5  remember exactly what he said.
6  Q    And what is your basis for believing
7  that Mr. Stamper had -- that Mark Dove knew
8  Mr. Stamper?
9  A    Dave told me. He had worked for Mark
10 for a while, to my understanding.
11 Q    So, what was Dave Stamper's
12 background in real estate?
13 A    I don't think he had much, if any.
14 Q    If he worked with Mark Dove, wasn't
15 that in the real estate context?
16 A    I don't know what context he worked
17 and did business with Mark Dove. I know that he
18 was trying to enter the sales, the front-end sales
19 speaking world, and he wanted to do that with Mark
20 Dove, because Mark had, to my understanding
21 through Dave, really had a monopoly on the
22 front-end speaker world.
23 Q    Mark Dove told you that?
24 A    No. David Stamper told me that.
25 Q    Have you ever seen a resumé of David

Page 131

1  Stamper?
2  A    He showed me a resumé at some point.
3  Q    And what was his background or
4  experience in real estate?
5  A    I don't think he had much of a
6  background in real estate.
7  Q    What do you recall his background --
8  A    Jewelry.
9  Q    Anything else?
10 A    And horse -- I believe he trained
11 horses as well.
12 Q    Do you know if he had worked for any
13 other real estate investment companies or
14 instructional programs?
15 A    I don't believe so.
16 Q    Do you know or do you just --
17 A    I don't believe so. I don't know for
18 100 percent fact, on saying that he did or did not
19 work for a real estate company, but to my
20 knowledge, he did not.
21 Q    So, you had a conversation with David
22 Stamper at the Summit program.
23 A    Correct.
24 Q    And then you think that he was at the
25 live event in New York?

Page 132

1  A    He was at both, yeah.
2  Q    And are those the sum total of your
3  conversations with him?
4       MS. ECK: Objection. Vague as to
5  time.
6  A    Yeah.
7  Q    In your life.
8  A    Yes. He has called me a couple times
9  since then.
10 Q    For what?
11 A    He wants me to invest into some of
12 his -- I don't know, I don't want to say scams,
13 but some of his investment opportunities.
14 Q    Real estate?
15 A    Not always.
16 Q    As of the time that you had left
17 Trump University, were the only two contacts that
18 you had with Dave Stamper at the Summit and at the
19 live event?
20 A    Yes. So, three days in Los Angeles,
21 three days in Orlando, and three days in New York
22 City.
23 Q    And during those, he showed you his
24 resumé?
25 A    He did.

Page 133

1  Q    All right. Mentors. What mentors
2  did you ever meet from Trump University?
3  A    There was one mentor that spoke --
4  actually, I don't even know if he spoke. I think
5  he was just there. I think they just referred to
6  him, of being one of the live people that the
7  people that were sitting in the seminar would hire
8  to come help them in market.
9       And I had a conversation with him
10 about his -- his background and what he was going
11 to be doing for the seminars.
12 Q    What was his name?
13 A    I don't remember what his name was.
14 Q    What was his background?
15 A    I believe it was in mortgages.
16 Q    And what was his relationship with
17 Mark Dove?
18 A    I believe he was one of -- he was
19 hired through Mark Dove. I believe all of the
20 external people that Trump brought in for that
21 seminar were in some way, shape or form contracted
22 through Mark Dove.
23 Q    You are talking about the Power
24 Summit?
25 A    No. The seminar, in New York City.

Page 134

1 Excuse me.
2 Q And do you know whether that
3 individual ever became a mentor for Trump
4 University?
5 A I don't know.
6 Q Do you know if any of the Trump
7 University mentors had anything to do with Mark
8 Dove?
9 A It was my understanding that he was
10 providing all of them to Trump University, but I
11 don't know what contract they had agreed to or
12 where they came from. That was just my
13 understanding.
14 Q Right.
15 A That's what I've been told.
16 Q Do you have any personal knowledge
17 that any of the mentors that Trump University
18 actually used or hired actually came through Mark
19 Dove?
20 MS. ECK: Objection. Asked and
21 answered.
22 THE WITNESS: Um, I don't -- I don't
23 know.
24 Q And salespeople, what salespeople
25 came through Mark Dove?

Page 135

1 A I believe the back-end salespeople
2 after the pitch is made. I believe the other guys
3 were also hired through Mark Dove.
4 Q Can you give me any names?
5 A I think Tad was one. I think he
6 might have had a brother. And then I don't know
7 the names of the other guys. I want to say one
8 guy's name was Rick. I think he had a
9 tracheotomy. I don't remember what his last name
10 is.
11 Q Did you ever meet him?
12 A I did.
13 Q Where did you meet him?
14 A I met him first in Los Angeles at the
15 Trump Power Summit.
16 Q Did you ever supervise any of the
17 salespeople that you think came over from Mark
18 Dove --
19 A I did not.
20 Q -- or that he referred?
21 A No. It was kind of a weird
22 relationship. We had never really met them. They
23 showed up to the events. They were -- you know,
24 they were, you know, selling. They were kind of
25 taking a lot of the potential commissions from the

Page 136

1 sales team potentially.
2 I didn't know who they were. I
3 didn't know what they were doing there. It was a
4 weird kind of relationship that they were -- I
5 feel like I probably either shouldn't have been at
6 those live events and just let them take care of
7 it all, or we should have brought all of the
8 salespeople from Trump University and had them
9 participate.
10 But it was just a strange
11 relationship that they created with these external
12 guys coming in to do this one-day, or this
13 three-day sales thing, and then they were gone and
14 had no more really affiliation with the company.
15 Q The three-day sales, you are talking
16 about the Orlando and L.A. --
17 A No. The New York City seminar.
18 Q That wasn't a three-day sales event,
19 was it?
20 A I believe it started on a Friday and
21 ended on a Sunday.
22 Q But you said that the presenter
23 talked about his own personal real estate
24 experienced and provided information about
25 wholesaling and flipping and so forth; right?

Page 137

1 A Um-hum.
2 Q You have to answer with --
3 A Yes.
4 Q And that is different than the L.A.
5 and Orlando?
6 A Correct.
7 Q That was just pure sales; right?
8 A Correct.
9 Q That was just a showcase of available
10 products and services?
11 A Correct.
12 Q So, on the New York live event that
13 you went to, were any of your team members from
14 Trump University there from sales?
15 A No.
16 Q So, at least with regard to
17 representing the sales department at Trump
18 University, you were it?
19 A I was. And that was kind of their --
20 you know, I didn't get any type of pay increase or
21 anything for being a manager, and so this was
22 their kind of bonus to me to be able to capture
23 commissions and establish some relationships with
24 people at the live events that I could then take
25 with me back to the sales floor and hopefully get

Page 138

```
 1  a higher commission from those.
 2       Q    Did you have sales quotas at Trump
 3  University?
 4            MS. ECK: Objection. Asked and
 5       answered.
 6       A    We did.
 7       Q    And how was that -- how were those
 8  structured?
 9       A    I believe we went through this. It
10  was a tiered system, so, you know, for example, if
11  you sold $50,000 worth of products, you would get
12  a certain type of commission, and then if you sold
13  $70,000 worth of products, you would get a higher
14  commission, and so forth.
15       Q    Were you required to make a certain
16  number of calls a day?
17       A    There was some type of performance
18  matrix, yeah.
19       Q    Was it in your mind a reasonable
20  number?
21            MS. ECK: Objection. Vague.
22       A    Yes.
23       Q    Did someone give you 10,000 calls to
24  make in a day and you said I can't do that?
25       A    No. That was one of my positions as
```

Page 139

```
 1  enrollment manager, or sales manager, was to
 2  create a performance matrix that is acceptable to
 3  management and sales team.
 4       Q    Were any of the sales tactics at
 5  Trump University in your mind unethical?
 6       A    For the time I was there, no.
 7       Q    And are you aware of any practices
 8  after you left?
 9       A    I'm not.
10            MS. ECK: Objection. Calls for
11       speculation.
12       A    No.
13       Q    Now, you say that Mark Dove owns the,
14  quote, front-end high-pressure speaker scam, close
15  quote, world. Before you went to the Summit
16  Programs in L.A. and Orlando, had you ever heard
17  of Mark Dove?
18       A    I had not.
19       Q    And was there something about your
20  interaction with him at those, either of those two
21  events, that you thought that there was something
22  improper about him?
23       A    Not about him, no.
24       Q    Where did this term come from,
25  "front-end high-pressure speaker scam world"?
```

Page 140

```
 1       A    I had attended a -- what was it
 2  called? -- a Trump initiative presentation in
 3  New York City that I was told that Mark Dove
 4  provided the speaker for that, and I was very
 5  unimpressed with, again, the speaker from them. I
 6  think it was Trump -- the Trump Institute.
 7       Q    When did you go to that?
 8       A    I don't recall. It was before I had
 9  left the company. It was probably in maybe March
10  of 2007.
11       Q    Did you have any understanding that
12  Trump University had licensed the name?
13       A    I didn't understand -- I didn't know
14  how that was -- how that was working. I didn't
15  know what their affiliation with Trump was or
16  anything.
17       Q    Were you ever selling any programs
18  under the name of Trump Institute?
19       A    I was not, no.
20       Q    Did you have any involvement or role
21  with anything involving Trump Institute?
22       A    No.
23       Q    To your knowledge, was that
24  completely separate?
25       A    It was.
```

Page 141

```
 1       Q    And what was it that caused you to go
 2  to the Trump Institute event in March?
 3       A    Michael Sexton, he kind of said this
 4  was where we were moving forward with. So, he
 5  actually drove me there, and we went to it
 6  together.
 7       Q    Was this a couple hours or days or
 8  what was it?
 9       A    It was a couple hours.
10       Q    Was it a free program?
11       A    It was.
12       Q    And who were the speakers or speaker?
13       A    I don't know who the speaker was.
14       Q    And did you meet Mark Dove there?
15       A    I did not.
16       Q    How did you learn that he had any
17  role in the Trump Institute program?
18       A    I was told that he was the one that
19  provided that speaker.
20       Q    And who told you that?
21       A    I believe it was Michael Sexton.
22       Q    And what was it about the program
23  that you didn't like?
24       A    It was the -- a very similar format
25  to what the Trump University seminar was going to
```

Page 142

1  be based about, which is a very -- you know, the
2  speaker got up and pulled out his Black Card and
3  asked the audience if any of them had a Black Card
4  in their wallets, and asked why not, and he did,
5  and so he's superior.
6       So, I was just very unimpressed with
7  how he was going about his sales process.
8       Q    Was the speaker at the Trump
9  Institute program that you saw the same speaker
10 that was at the one live event in New York?
11      A    It was not.  Not that I recall
12 anyways.  I don't believe it was.
13      Q    Did you watch the entire Trump
14 Institute program?
15      A    Most all of it, yeah.  We showed up a
16 little bit late.  Excuse me.
17      Q    And was there any selling going on at
18 the end of the program?
19      A    I don't believe so.  I don't know if
20 it was a one-day thing or a multiple-day thing.
21      Q    And you were just there as an
22 observer?
23      A    Yes.
24      Q    I would like you to look at
25 paragraph 11.

Page 143

1       A    Okay.
2       Q    It says, "While Trump University
3  claimed that it teachers and mentors were all
4  experts in real estate, I believe that most of the
5  instructors, mentors and coaches had very little
6  or no personal experience in the real estate
7  techniques they were teaching and that Trump
8  University misrepresented their experiences and
9  successes to the public."
10      I want to start with the first line.
11 What have you seen that Trump University claimed
12 its teachers and mentors were all experts in real
13 estate?
14      A    I don't remember the name of the
15 front-end speaker.  I forget which event it was
16 at.  This was I don't know how many years ago, so
17 I am trying to think back, but he made it sound
18 like this was kind of his lifelong career, and he
19 had done one deal that luckily turned out well,
20 which, you know, in 2001 to 2004, kind of everyone
21 did really well in real estate.
22      And so they had done one deal.  Then
23 they were up there pitching how they had made so
24 much money and they needed to purchase all these
25 different things, and it was based off of this one

Page 144

1  deal.  I mean, and he just made it sound like that
2  was -- well, like he's done forever, which I
3  thought was not accurate.
4       Q    Did he talk about the one deal during
5  the presentation?
6       A    Briefly.  That was his only example
7  of how he had made so much money on an
8  income-producing property.
9       Q    And that's what he told the audience?
10      A    He did.
11      MS. ECK:  Objection.  Vague.
12      Q    And what did you see that Trump
13 University claimed that its teachers and mentors
14 were all experts in real estate?
15      A    I believe some of the marketing
16 materials that I had -- I had seen an e-mail
17 for -- for the seminar, I believe, that had stated
18 like, work with hand-picked experts or something
19 like that.
20      Q    Okay.  Right now, I'm just talking
21 about their experience.  What you state here is
22 that they claimed that they were all experts in
23 real estate.  That line.
24      A    I don't know, that might be partially
25 inaccurate, saying claimed, because I don't know

Page 145

1  if they personally stood up there and said, "I am
2  an expert."  I don't -- I don't recall that detail
3  of the seminar.
4       Q    All right.  And then the next part of
5  that says, "I believe that most of the
6  instructors, mentors and coaches had very little
7  or no personal experience in the real estate
8  techniques that they were teaching."  I want to
9  focus on that part for a moment.
10      A    Okay.
11      Q    List for me all of the instructors
12 that you are aware of that worked for Trump
13 University.
14      A    One of the instructors was -- I
15 believe his name was Mark.  The only experience
16 that he had was, he did graduate from NYU's real
17 estate program.  I don't know if he -- if it was a
18 bachelor's degree or what specific training it
19 was, but I know that he did do some real estate
20 instruction.
21      But he didn't have any properties
22 himself.  But then he also -- he had the support
23 of Gary Eldred, so that -- which Gary, I
24 understand, is -- is an expert.  But Mark was --
25 was the instructor that Trump had to execute most

Page 146

1    off of the instruction of the courses.
2        Q    When you say that he had the support
3    of Gary Eldred, what do you mean?
4        A    Gary Eldred wrote the curriculum.
5    Mark was just doing the class facilitation. And
6    so, I didn't think that Mark had a real -- you
7    know, I didn't believe that he was an expert
8    himself.
9        Q    Did you ever see his resumé?
10       A    I did.
11       Q    And what would be the reason why you
12   would see that?
13       A    Because he was one of our
14   instructors.
15       Q    And did he present at the New York
16   live program?
17       A    He did not.
18       Q    Where did he present?
19       A    He did some of the classroom work for
20   the REIT program.
21       Q    You mean online?
22       A    Yes. To my knowledge, he did not do
23   the actual instruction in market. So I don't
24   think he was one of the guys in the seminars.
25       Q    Hold on.

Page 147

1            So, this Mark fellow, do you know
2    what his last name is?
3        A    I don't remember. No, I don't
4    remember what it is.
5        Q    So, he was teaching Gary Eldred's
6    information; correct?
7        A    He was. And that was separate, aside
8    from the -- from the seminars. So I am just going
9    through why -- so the instructors, that is not in
10   relation to the seminars, that is just in general.
11       Q    Okay. So, when you were talking in
12   this paragraph that you believe that most had
13   little or no personal experience, you were talking
14   about the online work?
15       A    For the instructors, yes.
16       Q    And the instructor you identified is
17   Mark, and he was teaching Gary Eldred's --
18       A    REIT program.
19       Q    REIT.
20       A    Yes.
21       Q    And you believe Gary Eldred is very
22   experienced in real estate; correct?
23       A    Yes. The mentors --
24       Q    I'm sorry, just a minute.
25           And that was the online program, Gary

Page 148

1    Eldred; right?
2        A    Correct.
3        Q    So, at least between those two, you
4    think Gary Eldred was very experienced in real
5    estate, and Mark was teaching that program, but
6    you don't think he had --
7        A    Correct.
8        Q    -- as much background in real estate.
9        A    Correct.
10       Q    All right. Anybody else teach online
11   besides those two?
12       A    I don't believe so.
13       Q    That you are aware of.
14       A    Yeah, I don't believe so.
15       Q    All right. And did you ever meet any
16   of the instructors at the live programs?
17       A    I don't really think there were
18   actual instructors at the live programs. There
19   were the in-market coaches, but I don't know if
20   there was a -- an actual instructor that's going
21   to be, you know, hand holding the students for a
22   period of time.
23       Q    At the one live event that you went
24   to, the presenter --
25       A    Um-hum.

Page 149

1        Q    -- that gave most of the information
2    over the three days, do you know who that person
3    is?
4        A    I don't remember -- I want to -- I
5    feel like his last name is Black or something like
6    that. I'm not positive.
7        Q    And do you know what his background
8    was?
9        A    He was the guy that had done one
10   deal, and it was a very successful deal, but --
11   you know, I think everyone would say that one
12   transaction isn't enough to be an expert in
13   anything.
14       Q    All right. Do you know any of the
15   other presenters or instructors at live events?
16       A    Just David Stamper.
17       Q    And when did you see him do a live
18   event?
19       A    Oh, I didn't --
20           MS. ECK: Objection. Asked and
21   answered.
22       A    I didn't see him conduct a live
23   event. He had just told me that he was going to
24   be a mentor and coach. But I don't -- I have
25   never talked with anybody that he mentored or

Page 150

1  coached, and so anyone's satisfaction with David
2  Stamper's performance I can't talk to.
3      Q    Let me run down a list of names and
4  have you tell me whether or not you know any of
5  these people.
6      A    Okay.
7      Q    And by "know" I mean, you know, met
8  them, talked to them.
9      A    Sure.
10      Q    Know anything about their background
11  or experience.
12      A    Okay.
13      Q    All right.  Adam Ginsberg?
14      A    I feel like Adams Ginsberg was one of
15  the salespeople.  So I might have met him, but I
16  don't know him or his background.
17      Q    Alex Grist?  G-R-I-S-T.
18      A    No.
19      Q    Anthony LaBella?  L-A-B-E-L-L-A.
20      A    No.
21      Q    Anthony Natoli?
22      A    No.
23      Q    Bob Ventor?  V-E-N-T-O-R.
24      A    No.
25      Q    Charles Newsom?  N-E-W-S-O-M.

Page 151

1      A    No.
2      Q    Chris Goff?  G-O-F-F.
3      A    I feel like he might have also been
4  one of the guys that came in to sell, but I don't
5  know him.
6      Q    Or his background or experience?
7      A    No.
8      Q    Chris Kuhel?  K-U-H-E-L.
9      A    No.
10      Q    Chris Lombardo?
11      A    No.
12      Q    Chris Sanders?
13      A    No.
14      Q    Dan Eckelman?  E-C-K-E-L-M-A-N.
15      A    No.
16      Q    Dan Swanson?
17      A    No.
18      Q    Denise DeVoe?  D-E-V-O-E.
19      A    I think I met Denise -- Denise DeVoe,
20  possibly.  She was -- right when I was leaving,
21  she was just starting to partner up with Corinne,
22  and I think I had met her once before I left, but
23  I don't remember, but I remember her and Corinne
24  started working closely together.
25      Q    Do you know anything about her

Page 152

1  background and experience?
2      A    For the live events.
3          I believe she had done something in
4  real estate.  I think it was more in event
5  coordination, but I don't -- I never saw her
6  resumé.
7      Q    Don Sexton, you said you met him;
8  right?
9      A    I did.
10      Q    And he has background in real estate,
11  marketing?
12      A    Entrepreneurship, I believe.  I don't
13  think he has a background in real estate.
14      Q    And he wrote the materials on
15  entrepreneurship?
16      A    Correct.
17      Q    You think he's an expert in that
18  area?
19      A    Yes.
20      Q    Eric Brown?
21      A    No.
22      Q    Gary Eldred, you gave --
23      A    Gary Eldred I think is -- as far as
24  my experience with Gary, he was great.
25      Q    And experienced --

Page 153

1      A    Yes.
2      Q    -- in real estate?
3      A    Yes.
4      Q    And do you know whether he was an
5  instructor at live events?
6      A    I do not know.  I don't -- when I was
7  there, he was not.
8      Q    Gary Sturgeon?
9      A    I don't know him.
10      Q    Gene Guarino?  G-U-A-R-I-N-O.
11      A    No.
12      Q    Jeff Nowlin?  N-O-W-L-I-N.
13      A    No.
14      Q    George Fuchs?  F-U-C-H-S.
15      A    No.
16      Q    Gerald Martin?
17      A    No.
18      Q    Greg Kazimar?
19      A    No.
20      Q    Gregory Ware?
21      A    No.
22      Q    Or Warr, W-A-R-R?
23      A    No.
24      Q    Howard Haller?  H-A-L-L-E-R.
25      A    No.

Page 154

1    Q    James Harris?
2    A    No.
3    Q    James Shead?  S-H-E-A-D.
4    A    No.
5    Q    Jerry Foster?
6    A    No.
7    Q    Jim Fletcher?
8    A    No.
9    Q    Jim Guarino?
10   A    No.
11   Q    JJ Childers?
12   A    JJ Childers, I met at a Trump Power
13   Summit.  To my knowledge, he did not work in real
14   estate.  I want to say that he was an attorney and
15   dealt with wealth management.
16   Q    And do you know what his background
17   and experience is in wealth management?
18   A    I believe -- I don't know what
19   exactly he does in wealth management.  I think I
20   did -- I did see his resumé.  He didn't show it to
21   me.  I believe it was part of a presentation that
22   he gave.  I believe it was in Orlando.
23        But I don't believe he had -- he did
24   anything in real estate.
25   Q    Did he appear to be experienced in

Page 155

1    wealth management?
2    A    Yeah, I think so.
3    Q    And do you know if he spoke at Trump
4    University programs about wealth management?
5    A    I don't know if he did or not.
6    Q    Joe Lahore?  L-A-H-O-R-E.
7    A    I don't know him.
8    Q    John Jamieson?
9    A    No.
10   Q    Johnny Horton?
11   A    No.
12   Q    Keith Sperry?  S-P-E-R-R-Y.
13   A    No.
14   Q    Kerry Lucas?
15   A    No.
16   Q    Kevin Dalgleish?  D-A-L-G-L-E-I-S-H.
17   A    No.
18   Q    Kevin Derrick?
19   A    No.
20   Q    Kevin Shortle?  S-H-O-R-T-L-E.
21   A    No.
22   Q    Koz Khosravani?
23   A    No.
24   Q    Lee Arnold?
25   A    No.

Page 156

1    Q    Marilyn Singer?
2    A    No.
3    Q    Medeth Webb?
4    A    No.
5    Q    Melvin Rich?
6    A    No.
7    Q    Michael Biglane?
8    A    No.
9    Q    Michael Dubin?
10   A    No.
11   Q    Michael Hinson?
12   A    No.
13   Q    Michael Potter?
14   A    No. ·
15   Q    Mike Kasper?
16   A    Mike Kasper, I did meet and went to
17   lunch with.  I don't remember -- we talked quite a
18   bit, I believe also in Orlando.
19   Q    What was his background and
20   experience?
21   A    I know he dabbled in real estate, but
22   to my recollection, he didn't have a lot of
23   experience in -- he didn't have a lot of real
24   estate transactions.  I am trying to think of what
25   his main job was, but I know he was trying to also

Page 157

1    get into the speaking world.
2    Q    Noel Wells?
3    A    No.
4    Q    Omar Periu?
5    A    No.
6    Q    Patrick McNally?
7    A    No.
8    Q    Roger LaFluer?
9    A    No.
10   Q    Sean Higgins?
11   A    No.
12   Q    Scott Lietzell?
13   A    No.
14   Q    Steven Gilpin?
15   A    No.
16   Q    Stephen Libman?
17   A    No.
18        MS. ECK:  Just backing up a minute,
19   Patrick McNally, is that the same as Rick
20   McNally?
21        MR. SCHNEIDER:  Yes.
22   A    That might have been Rick McNally.
23   He's the one who had a tracheotomy, I think,
24   actually.
25   Q    What do you know about him?

40

Page 158

1      MS. ECK:  Objection.
2      A    I met him also, I believe -- well, I
3  might have met him -- I don't remember if it was
4  Los Angeles or Orlando, but he was one of the
5  sales guys.  To my understanding, he was a
6  long-time -- they called him a roadie, that was
7  part of the road crew, and didn't do anything
8  with -- didn't have a lot of experience
9  transactionally in real estate.
10     Q    Did you see a resumé of his?
11     A    He's a salesperson.  I'm sorry?
12     Q    Did you ever see a resumé of his?
13     A    I don't remember if I did or not.  I
14  may have.  But I don't -- I don't remember if I
15  actually saw a physical resumé of his.
16     Q    So, you think you met him one time?
17     A    Once or twice.  I don't remember if
18  he was at both Trump Power Summits or just one.  I
19  can't remember if he -- I don't think he was at
20  the New York City seminar.
21     Q    I'm not sure where we left off.
22  Steve Goff?
23     A    Steve Goff.  For some reason that
24  name sounds really familiar, but I don't
25  remember -- I don't have a recollection on who it

Page 159

1  is.
2      Q    Steve Miller?
3      A    No.
4      Q    Tad Lignell?
5      A    Tad, I believe, was one of the
6  salespeople.
7      Q    Do you know what his background
8  experience is in real estate?
9      A    I think he was kind of the same as
10  Rick.  I don't think he had transactionally a lot
11  of real estate experience.  I did not see his
12  resumé, but to my understanding, he was a part of
13  the sales team, and that's what he did
14  professionally, was sell.
15     Q    What's your understanding based on?
16     A    Conversation with these people.
17     Q    You actually spoke with Tad and he
18  told you he didn't have real estate experience?
19     A    I did.
20     Q    And that is what he told you, that he
21  didn't --
22     A    And also Rick.
23     Q    Tad Lignell told you he didn't have
24  real estate experience?
25     A    Not significant.  To quote him as an

Page 160

1  expert, no.  He may have dabbled in real estate,
2  but enough to -- to deem him as an expert,
3  definitely no.
4      Q    You are saying he said that or you
5  are concluding that?
6      A    He said that.
7      Q    He said he's not an expert in real
8  estate?
9      A    I don't know if he said those exact
10  words, but --
11     Q    Tim Gorsline?
12     A    No.
13     Q    Tim Sardinia?  S-A-R-D-I-N-I-A.
14     A    I recognize the name, but I don't
15  know who he is.
16     Q    Troy Peterson?
17     A    No.
18     Q    William Cannon?
19     A    No.
20     Q    So, the sum total of your knowledge
21  about the experience of the mentors and coaches
22  are the couple people that you just identified?
23     A    It is, yes.
24     Q    Out of those maybe 75 names?
25     A    Yes.  And I -- I have no idea when

Page 161

1  those individuals joined in the company, and I
2  left in May of 2007.  So, up until May of 2007 are
3  the people that I would know, but I would be
4  willing to bet that those people joined after May
5  of 2007.
6      Q    All right.  So, your view of the
7  world of Trump University on the live programs
8  is --
9      A    Up until May of 2007.
10     Q    Right.  So one event when the -- when
11  the programs were just getting started; right?
12     A    Correct.
13     Q    And you have no information or idea
14  about anything after May of 2007?
15     A    No.
16     Q    Is that right?
17     A    Correct.
18     Q    Now, I just want to make sure I close
19  this part out.  On paragraph nine, when you talked
20  about the front-end high-pressure speaker scam
21  world, you had mentioned the Trump Institute, and
22  that you had gone to that program and that you
23  didn't like the way they had put on that program.
24  But what was it that this phrase comes from, "the
25  front-end high-pressure speaker scam world"?

Page 162

1    A    It's the -- it's kind of the seminar
2  world where, you know, you have a salesperson that
3  stands up in front of a room, pitches whatever
4  product they're selling.  People, you get them
5  all -- get the crowd juiced up, get them excited,
6  and then end the -- you know, then they offer some
7  great deal today but only for the next half hour,
8  20 minutes, or whatever they set it up as, and
9  everyone -- then they say, you know, if you want
10  to take part of this, go to the back of the room
11  and, you know, sign up.
12    Q    Was this concept just a little bit
13  beneath you?  I mean, is that really what this
14  comes down to, that you just thought that this
15  whole approach was not to your liking?
16        MS. ECK:  Objection.  Lacks
17  foundation.
18    A    I didn't feel that it was appropriate
19  for the amount of money that people were spending.
20    Q    You thought it was too expensive?
21    A    Yeah, I definitely thought it was too
22  expensive for -- for discussing, you know, $35,000
23  programs with no knowledge or understanding about
24  people.
25    Q    I can't remember if we closed out --

Page 163

1  since your completion of school, have you had
2  employment?
3    A    No.
4    Q    So nothing for all of 2012?
5    A    No.
6    Q    All right.  In paragraph 11, if you
7  look on the side, there is numbers --
8    A    Um-hum.
9    Q    -- to sort of guide you.  So I'm on
10  line 21, and it says, "I know this because I
11  received complaints from Trump University students
12  about this."
13        What Trump University students did
14  you speak to?
15        MS. ECK:  Objection.  Asked and
16  answered.
17    A    I spoke with Rami and the other
18  individual that I don't remember what his name
19  was.
20    Q    Okay.  Those were the only two?
21    A    They are.
22    Q    And we have already talked about
23  those conversations; right?
24    A    Correct.
25    Q    Paragraph 12, where you said, "Trump

Page 164

1  University speakers told students to raise their
2  credit card limit," that is the one live event
3  that you --
4    A    It is.
5    Q    -- heard that one speaker; right?
6    A    Yes.
7    Q    And you don't know what happened
8  after that on any other program?
9    A    I do not.  My experience is solidly
10  derived of my experience up to May of 2007.
11    Q    All right.  One free live event;
12  right?
13    A    Correct.
14    Q    All right.  Paragraph 13: "I
15  received calls from many students after they had
16  taken Trump University seminars."  That "many"
17  should be "two"; right?
18    A    Two, correct.
19    Q    We are already talked about that;
20  right?
21    A    Correct.
22    Q    "And in my experience, virtually all
23  students who purchased a Trump University seminar
24  were dissatisfied with the program."
25        Again, that would be two people;

Page 165

1  right?
2    A    Correct.
3    Q    And that's the only two that you
4  talked to.
5    A    Correct.  Those are the only two
6  people that I talked to.
7    Q    And did you get information from
8  anyone else?
9    A    I -- Brad Schneider had made a
10  comment that -- that the seminars were kind of a
11  disaster for him, and customer service, because
12  people were not happy with what was happening.
13    Q    And you are talking about the one
14  free live seminar?
15    A    Correct.  With what the people were
16  getting, I think he got requests for refunds, but
17  I don't -- I don't know.  That was just a comment
18  that he had made.
19    Q    Now, there wouldn't be a request for
20  a refund because it was a live seminar and it was
21  free; right?
22    A    Correct.  But after they purchased
23  whatever they had gotten at the live seminars.
24    Q    Had people started going to paid
25  seminars at the time that you left your

Page 166

1    employment?
2       A   I don't know.
3       Q   And did he tell you that people
4    actually requested refunds?
5       A   I don't remember exactly what his
6    terminology was.
7       Q   And you don't know what the refund
8    policy was; right?
9       A   I do not.
10      Q   But he told you that the paid events
11   were disasters?
12      A   He used something along those lines.
13      Q   Do you remember actually what he
14   said?
15      A   I don't remember exactly what he
16   said.
17      Q   Do you know anyone that invested in
18   real estate after they went to a paid Trump
19   University program?
20        MS. ECK:  Objection.  Calls for
21   speculation.
22      A   I do not.
23      Q   So, on paragraph 13, line five, it
24   says, "To my knowledge, not a single customer who
25   paid for a Trump University seminar program went

Page 167

1    on to successfully invest in real estate based
2    upon the techniques that were taught."
3        Is it accurate that you don't know
4    whether anybody actually invested at all?
5      A   I don't.
6      Q   So, your statement here that you
7    don't know whether anybody was successful, you
8    don't know whether anybody even tried; correct?
9      A   Correct.
10      Q   Do you have any information that
11   anybody invested and lost money in a Trump
12   University program?
13      A   I don't know.
14      Q   Do you know anybody that actually
15   paid and went to a Trump University program?
16      A   I don't know.  I never followed up
17   with anybody.
18      Q   So that statement is completely
19   baseless; right?
20        MS. ECK:  Objection.  Calls for a
21   legal conclusion.  Lacks foundation.
22   Misstates the witness' testimony.
23      A   Which line?
24      Q   Line five, six and seven.
25      A   Yeah, I don't know if -- what their

Page 168

1    reactions were after they went.  And at the end of
2    the day, if somebody bought real estate and lost,
3    you know, a lot of money in it, you know, is that
4    Trump University's fault?  No.  Like whatever they
5    do on their own is up to them.
6        I just didn't like the way that we
7    were selling the programs.  So, you know, whether
8    people buy and lose like that is their call.  That
9    is not Trump University's fault.  So, I don't know
10    what the lawsuit here is.  I don't know.  I
11   haven't researched anything.  But, you know, if --
12   if somebody lost money on a real estate deal, that
13   is kind of their own -- their own deal.
14      Q   In paragraph 14, starting on
15   line ten, it says, "Also based on my experience
16   at Trump University, the whole purpose of the
17   $1500 seminar was to get people to sign up for the
18   $35,000 Elite Seminars."
19        As I understand it, you never
20   attended a $1500 seminar; correct?
21      A   I did not.  That was just kind of the
22   plan that they had put in place.  They brief --
23   Michael -- I don't remember if it was Michael
24   Sexton or David Highbloom that kind of went
25   through the structure of events, of here is where

Page 169

1    we can upsell, and that was what they had laid
2    out.
3      Q   All right.  So, what did they tell
4    you about that?
5      A   They just said, you know, it's our
6    goal to got every person that attends a live event
7    to buy.  Those that don't buy we are going to try
8    to sell them it back here in our office, and once
9    they make the investment of a $1500 seminar, we
10    are going to be able to upsell them on additional
11   seminars and materials.
12      Q   Do you know what actual content
13   people received for the $1500 seminar?
14      A   I don't.
15      Q   I gather by that you don't know
16   whether it was quality material or not?
17      A   I don't.
18      Q   Do you know what people received for
19   the Elite Seminars?
20      A   I just know that they received
21   personalized coaching in market.
22      Q   And you never spoke with anybody that
23   actually had gone through that; correct?
24      A   I didn't.
25      Q   All right.  Paragraph 15 -- I'm

Page 170

1    sorry, before we finish that, on paragraph 14, the
2    last line, "The whole purpose of the $35,000 Elite
3    Seminar was to get people to buy books, seminars
4    and products."
5            Who told you that that was the whole
6    purpose of the $35,000 seminar?
7    A    Nobody.
8    Q    What's that based on?
9    A    Based on my personal opinion.
10   Q    Paragraph 15 -- well, let me back up.
11          To your knowledge, did anybody that
12   purchased the $35,000 program, were they asked to
13   buy any additional books or seminar products?
14   A    I don't know what the follow-up with
15   them was.
16   Q    Paragraph 15: "Based on my personal
17   experience and employment, I believe that Trump
18   University was a fraudulent scheme."
19   A    I think "fraudulent" should be
20   replaced with "unethical."
21   Q    And by "unethical," I thought we had
22   talked about this earlier, you actually thought it
23   was not your style, but you didn't find it to be
24   unethical.
25   A    No. I --

Page 171

1            MS. ECK:  Objection.  Misstates the
2    witness' testimony.
3    A    I did say it -- for my personal -- it
4    breached my personal ethics.  That's what I said.
5    Q    And what is the part that you thought
6    was unethical?
7    A    How they pressured people that
8    through analysis would have no opportunity to
9    successfully invest off of the programs that they
10   were doing.
11   Q    Why would --
12   A    The purpose -- the purpose was not to
13   help them invest in real estate, but the purpose
14   was to sell them a program.
15   Q    And how do you know that there was
16   not going to be help in investing in real estate?
17   A    Well, taking the Moores as an
18   example, you know, I -- I stand by my analysis of
19   how the Moores' personal situations were, and the
20   fact that I was reprimanded for not selling them
21   the program when, you know, they're investing what
22   they could have spent on a property into this
23   program.  So their investment was the program, not
24   a property.
25   Q    But you don't know whether the Moores

Page 172

1    loved the program; correct?
2    A    They might have.
3    Q    They might have invested and made
4    money.
5            MS. ECK:  Objection.  Calls for
6    speculation.
7    Q    Correct?
8    A    Potentially.
9    Q    So, is it your opinion that that
10   would be unethical if the Moores loved the program
11   and they invested and made money?
12          MS. ECK:  Objection.  Hypothetical.
13   Calls for speculation.
14   A    I think it would be unethical if they
15   invested in this program and lost their home
16   because of it.
17   Q    What if they invested and bought the
18   program and made money in real estate?
19          MS. ECK:  Objection.  Hypothetical.
20   A    We can go back and forth all day on
21   this.
22   Q    Right.  So that's what I am asking
23   is, is the part that is unethical that you thought
24   that they might lose money?
25   A    I thought -- I think that -- that

Page 173

1    looking at their personal situation, on buying
2    power, I think after looking at that, it would be
3    unethical for you to pressure them into a program
4    that is not appropriate for them.
5    Q    Did they ever tell you that they felt
6    pressured?
7    A    I don't believe I followed up with
8    the Moores after -- I don't remember if I had ever
9    talked to them after they had bought or not.
10   Q    And did anybody tell you anything
11   that indicated that they were pressured into
12   buying that program?
13   A    Rami had --
14   Q    I'm sorry.  I'm on the Moores right
15   now.
16   A    Okay.  Like I said, the Moores, I
17   never talked to the Moores, if I recollect.
18   Q    So, you don't have any information
19   that they were pressured into purchasing the
20   program; correct?
21   A    Yeah, I don't know exactly how that
22   transaction came about.
23   Q    All right.  And with Rami?
24   A    Rami mentioned something about some
25   type of pressure that he had received, but he --

Page 174

1 you know, he -- never mind.
2     Q     Go on.
3     A     No.  He just -- I don't feel that he
4 was fully aware of what he was doing.
5     Q     Why is that?
6     A     I don't think his -- his -- and this
7 is my personal opinion of assessing his --
8 understanding of what he was doing was really
9 consistent with buying such a big program.
10     Q     Was there something about him or his
11 demeanor or his conversation with you that gave
12 you that impression?
13     A     He was -- he was an immigrant.  I
14 don't remember, possibly from Pakistan, possibly
15 from India.  He worked for a chain, a hotel chain.
16 I forget which chain it was.  I believe he was a
17 hotel manager, of like a Days Inns or something
18 like that, or his wife, I think she -- I don't
19 remember exactly what she did as well, but they
20 were both very uneducated and didn't really
21 grasp -- grasp the investment that they were
22 making at the time.
23     Q     What was their education level?
24     A     To my knowledge, they did not have
25 education, formal education.

Page 175

1     Q     How do you know that?
2     A     Talking to them about it.
3     Q     Just the way they spoke?
4     A     No.  I believe that they told me that
5 they didn't have formal education.
6     Q     By that, you are talking about
7 college?
8     A     Correct.
9     Q     And how old was Rami?  How old would
10 you estimate?
11     A     Late 30s, early 40s maybe.
12     Q     And what were the Moores' education?
13     A     I don't know if I got into education
14 with them.
15     Q     The next part of that sentence says
16 that "Trump University preyed upon the elderly and
17 uneducated to separate them from their money."
18     A     I would say, I don't necessarily know
19 that "elderly" is accurate.  I would -- I would
20 stand by uneducated, with the two examples that I
21 just gave of the Moores potentially and Rami.
22     Q     And what did Trump University do to
23 prey on the uneducated?
24     A     The -- "demographic" is not the right
25 word.  Just the overall scene in the room with the

Page 176

1 seminar was questionable on the education level, I
2 would say.
3     Q     What does that mean?
4     A     Just assessing people's
5 professionalism was very low.
6     Q     Do you have any idea what the
7 demographics of Trump University attendees has
8 been?
9     A     I have no idea.
10     Q     Do you know what their education
11 level is?
12     A     No, I don't.
13     Q     Or income level.
14     A     No.
15     Q     During the time that you worked for
16 Trump University, was there ever any discussion
17 that you were to target specific demographics?
18     A     There was not.
19           The $6,000 program was -- was our
20 most expensive program for the majority of the
21 time that I worked for Trump University, and that
22 was a fairly manageable amount for most people.  I
23 believe we had -- we had a payment policy in place
24 that would allow people to pay over time for that,
25 for the REIT program.

Page 177

1     Q     When you were working at Trump
2 University selling the online programs --
3     A     Um-hum.
4     Q     -- did you ever receive any inquiries
5 whether or not Trump University was going to offer
6 a classroom setting?
7     A     I don't believe so.  I don't recall
8 having that conversation with anybody, of actually
9 having a physical classroom.
10     Q     Or live program?
11     A     Yeah, I didn't have -- I don't
12 remember if somebody ever brought up coaching or
13 not, but that wasn't a part of the conversation
14 that we were having at the time.
15     Q     Did potential buyers ask about other
16 kinds of programs or services that Trump
17 University did not offer?  In other words, were
18 there inquiries saying hey, I would be interested
19 in X?  Do you all --
20     A     Sure.
21     Q     -- do that, or --
22     A     I'm sure that there were some
23 conversations of asking about various types of
24 products that we may or may not have offered.
25     Q     Did you keep any kind of list of

Page 182

1   about seven to ten.
2       Q    And everybody worked out of 40 Wall
3   Street?
4       A    Correct.
5       Q    If -- if consumers called in with
6   questions about real estate, would those be
7   directed to anybody on your staff, your team?
8       A    Just about real estate in general?
9       Q    Sure. If someone said, hey, I'm
10  interested in buying a piece of property, I wanted
11  to talk to somebody --
12      A    We wouldn't field any of those calls,
13  to my knowledge.
14      Q    If someone had purchased a program
15  that involved some support -- let me rephrase
16  that.
17           Are you aware whether any of the
18  programs that Trump University was offering as of
19  the time that you were still employed included
20  included any kind of support?
21      A    I don't believe so. Buying support,
22  no. Only over -- only program support, if they
23  had questions regarding some aspect of the
24  program.
25      Q    On page one of your declaration,

Page 183

1   paragraph six, it states, "In my experience, the
2   primary goal of Trump University was not to
3   educate students regarding real estate investing."
4   Let me ask about that.
5           Up until the first live event that
6   you participated in, so the online programs, did
7   you believe that Trump University's interest was
8   in educating people about real estate?
9       A    Yes. I would restate that and say
10  the seminar format.
11      Q    So, the one seminar that you went to,
12  you felt that the primary goal was not to educate?
13      A    Correct. I think it was to -- to
14  motivate to purchase the program, not to educate.
15  Which it was free, so...
16      Q    Do you have any information as to
17  what the criteria was that was used by Trump
18  University to hire instructors, speakers, coaches
19  or mentors?
20      A    I don't know. I had had a brief
21  discussion with David Highbloom and Michael Sexton
22  regarding myself becoming some type of coach or
23  mentor, because I have had experience in real
24  estate, and that was not considered.
25      Q    What had been your experience?

Page 184

1       A    I had -- I have done private
2   investing in random properties throughout the
3   United States.
4       Q    Where you would actually purchased
5   and sell properties?
6       A    Correct.
7       Q    And did they tell you that they did
8   not think that was sufficient experience?
9       A    We didn't really entertain the
10  conversation much. So that is the only experience
11  I have in what they discussed with hiring coaches
12  or mentors.
13      Q    Were you disappointed in their
14  decision not to use you in that capacity?
15      A    No. They wanted me to build their
16  sales team.
17      Q    Do you have any information as to
18  what Donald Trump's goal or goals were with regard
19  to Trump University?
20           MS. ECK: Objection.
21      A    I don't know.
22           MS. ECK: Calls for speculation.
23      Q    Let me show you what I will mark as
24  Exhibit 3. It's a three-page e-mail chain that is
25  dated June 13, 2007.

Page 185

1           (RS Exhibit 3 marked for
2   identification as of this date.)
3           MS. ECK: Was this document produced
4   in the case?
5           MR. SCHNEIDER: No.
6           MS. ECK: Why not?
7           MR. SCHNEIDER: Because it wasn't
8   requested.
9           MS. ECK: All right. I would like to
10  take a minute to take a look at it.
11          MR. SCHNEIDER: Let me rephrase that.
12  It was requested two days ago, which means
13  that we would produce it in 30 days.
14      Q    Have you had a chance to look at it?
15      A    Yes, I have.
16      Q    It looks like after you had left, you
17  were inquiring as to whether or not there was some
18  commissions owed.
19      A    Yeah. I didn't know if all the
20  commissions had been paid on my -- on my sales or
21  not.
22      Q    Your last line back is the one I want
23  to ask you about, which is at the top of the first
24  page.
25          Is that your e-mail address,