ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                    Defendants. | No. 3:10-cv-00940-GPC(WVG)<br><br>CLASS ACTION<br><br>APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011 |

809272_1

Plaintiffs John Brown, J.R. Everett, Tarla Makaeff, Sonny Low, and Ed Oberkrom (collectively, "Plaintiffs") hereby request permission to file under seal certain portions of Plaintiffs' Reply Memorandum of Points and Authorities in Support of Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel ("Reply"); Plaintiffs' Response to Defendants' Objection to Plaintiffs' Proposed Trial Plan for Trial of Class Claims ("Response to Defendants' Objection to Trial Plan"); certain portions of Plaintiffs' Memorandum in Support of Motion to Strike Defendants' Declarations ("Motion to Strike"), Exhibits 67, 72-73, 75-78, 82, 84-91, 96, 98-99, 103, 106, 108-109, 111-127, 131, 133-134, 136-137 to the Declaration of Rachel L. Jensen in Support of Plaintiffs' Reply in Support of Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel; Plaintiffs' Response to Defendants Objection to Plaintiffs' Proposed Trial Plan for Trial of Class Claims; Plaintiffs' Opposition to Defendants' Objection to Evidence in Plaintiffs' Motion for Class Certification; and Plaintiffs' Motion to Strike Defendants Declarations ("Jensen Declaration"); and certain portions of Plaintiffs' Opposition to Defendants' Objections to Evidence in Plaintiffs' Motion for Class Certification and Appointment of Class Counsel ("Opposition to Objections"), pursuant to Local Rule 79.2 and the Protective Order (Dkt. No. 91) entered on November 17, 2011.

Under the Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure. *See* Dkt. No. 91, ¶¶4, 7-9. Any information or material which has been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. *See id.* The documents Plaintiffs seek to file under seal have been designated "Confidential" by Defendants pursuant to the Protective Order.

Plaintiffs therefore request permission to file under seal certain portions of the Reply; certain portions of Response to Defendants' Objection to Trial Plan; certain portions of the Motion to Strike, Exhibits 67,

| | |
|---|---|
| 1 | |
| 2 | 72-73, 75-78, 82, 84-91, 96, 98-99, 103, 106, 108-109, 111-127, 131, 133-134, 136-137 to the |
| 3 | Jensen Declaration; and certain portions of the Opposition to Objections. *See* Dkt. No. 91, ¶13. |
| 4 | DATED: February 1, 2013      ROBBINS GELLER RUDMAN & DOWD LLP |
| 5 | RACHEL L. JENSEN<br>THOMAS R. MERRICK |

                         s/ Rachel L. Jensen
                       RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2013.

    s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)