| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | RACHEL L. JENSEN (211456) |
| | rjensen@rgrdlaw.com |
| 3 | THOMAS R. MERRICK (177987) |
| | tmerrick@rgrdlaw.com |
| 4 | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 |
| | 619/231-7423 (fax) |
| 6 | |
| | ZELDES & HAEGGQUIST, LLP |
| 7 | AMBER L. ECK (177882) |
| | ambere@zhlaw.com |
| 8 | HELEN I. ZELDES (220051) |
| | helenz@zhlaw.com |
| 9 | ALREEN HAEGGQUIST (221858) |
| | alreenh@zhlaw.com |
| 10 | AARON M. OLSEN (259923) |
| | aarono@zhlaw.com |
| 11 | 625 Broadway, Suite 906 |
| | San Diego, CA  92101 |
| 12 | Telephone:  619/342-8000 |
| | 619/342-7878 (fax) |
| 13 | |
| | Attorneys for Plaintiffs and Proposed Class |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TRUMP UNIVERSITY, LLC, et al., <br><br> Defendants. | No. 3:10-cv-00940-GPC(WVG) <br><br> CLASS ACTION <br><br> DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE AND APPOINTMENT OF CLASS COUNSEL; PLAINTIFFS' RESPONSE TO DEFENDANTS OBJECTION TO PLAINTIFFS' PROPOSED TRIAL PLAN FOR TRIAL OF CLASS CLAIMS; PLAINTIFFS' OPPOSITION TO DEFENDANTS' OBJECTION TO EVIDENCE IN PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; AND PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' DECLARATIONS <br><br> JUDGE: Hon. Gonzalo P. Curiel <br> DATE: June 28, 2013 <br> TIME: 1:30 p.m. <br> CTRM: 9 – (Schwartz) |

810176_1

I, Rachel L. Jensen, declare as follows:

1.  I am a member of the law firm Robbins Geller Rudman & Dowd LLP, one of Plaintiffs' counsel and proposed class counsel. I am duly licensed to practice before all state and federal courts in California. The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2.  Attached hereto as Exhibit 79, is a true and correct copy of the "Advertisement Misrepresentation & Omission Chart" prepared by Plaintiffs' counsel, which summarizes all of the advertisements in the United States for the "Live Events" produced in this litigation. One true and correct exemplar copy of each advertisement identified in each row in the chart is being submitted to the Court herewith. Additional advertisements identified in the chart will be provided to the Court upon request.

3.  Attached hereto as Exhibit 88 are true and correct copies of charts prepared by Plaintiffs' counsel titled: "Transcribed Recordings - Misrepresentations & Omissions Relating to One-Year of Unlimited Expert Mentoring and Support and transcribed recording relating to 'handpicked'" which summarize a majority of the transcribed recordings produced by Defendants in this litigation. Due to the sheer size and number of transcriptions, Plaintiffs' counsel have reviewed about 80% of the transcriptions produced. Additionally, one true and correct exemplar of the transcriptions reviewed are being submitted herewith. All additional transcriptions identified in the attached summary can be provided to the Court upon request.

4.  Attached hereto are true and correct copies of the following Exhibits:

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 67 | TU 129818-857 **(sealed);** | 1-41 |
| Exhibit 68 | NYSED 00067-77; | 42-53 (54-59 intentionally omitted) |
| Exhibit 69 | TU-PLTF02447-51; | 60-65 |
| Exhibit 70 | TU 135883; | 66-67 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 71 | TU-PLTF00016-18; | 68-71 |
| Exhibit 72 | Relevant excerpts from the videotaped deposition of Mark Covais, taken January 17, 2013 **(sealed)**; | 72-103 |
| Exhibit 73 | TU 137793-819 **(sealed)**; | 104-131 |
| Exhibit 74 | Visual of Trump University as Deceptively Portrayed to Consumers and The Actual Trump University (created by Plaintiffs' Counsel; | 132-133 |
| Exhibit 75 | TU 130419-550 (2009 PlayBook) **(sealed)**; | 134-266 |
| Exhibit 76 | TU 130393-418 (2008 PlayBook) **(sealed)**; | 267-293 |
| Exhibit 77 | TU 130294-340 (2007 PlayBook) **(sealed)**; | 294-341 |
| Exhibit 78 | TU-DONNELLY00000475-503 (Exhibit 26 to the Donnelly Deposition) **(sealed)**; | 342-371 |
| Exhibit 79 | Advertisement misrepresentations and omissions chart with examples; | 372-395 |
| Exhibit 80 | Relevant excerpts from the videotaped deposition of Jason Nicholas, taken November 8, 2012; | 396-415 |
| Exhibit 81 | Relevant excerpts from the videotaped deposition of Cheryl Donnelly, taken November 2, 2012; | 416-430 |
| Exhibit 82 | TU 96045-53 **(sealed)**; | 431-440 |
| Exhibit 83 | Trump University Marketing Guidelines (Exhibit 4 to the Donnelly Deposition); | 441-461 |
| Exhibit 84 | TU 130015-31 **(sealed)**; | 462-479 |
| Exhibit 85 | Relevant excerpts from Volumes I & II of the videotaped deposition of Michael Sexton, taken August 22 -23, 2012 **(sealed)**; | 480-509 |
| Exhibit 86 | Printout of native file of TU 105220 **(sealed)**; | 510-576 |
| Exhibit 87 | Printouts of native files of TU 121746, TU 121534, TU 121690, TU 121727 **(sealed)**; | 577-592 |
| Exhibit 88 | Transcribed recordings relating to "handpicked" misrepresentations and omissions chart, transcribed recordings misrepresentation and omissions chart relating to one year of unlimited expert mentoring and support and TU 97655-79 **(sealed)**; | 593-645 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 89 | TU 01335-36 **(sealed)**; | 646-648 |
| Exhibit 90 | TU 129678-79 **(sealed)**; | 649-657 |
| Exhibit 91 | Sampling of Student Complaints **(sealed)**; | 652 |
| Exhibit 92 | **[intentionally omitted]** | 653 |
| Exhibit 93 | Supplemental Declaration of Tarla Makaeff in Support of Plaintiffs' Motion for Class Certification, dated January 31, 2013; | 654-658 |
| Exhibit 94 | TU 01636-37, TU 10455-56, TU 16368-69, TU 20085-86, TU 03309-10, TU 08483-84, TU 19363-64, and TU 22169-70 ; | 659-675 |
| Exhibit 95 | Relevant excerpts from the videotaped deposition of Corrine A. Sommer, taken November 7, 2012; | 676-678 |
| Exhibit 96 | TU 71944-86 **(sealed)**; | 679-722 |
| Exhibit 97 | Relevant excerpts of the videotaped deposition of Donald J. Trump, taken September 12, 2012; | 723-730 |
| Exhibit 98 | TU 48488-89 (Exhibit 24 to the Covais deposition) **(sealed)**; | 731-733 |
| Exhibit 99 | TU 129579-86 **(sealed)**; | 734-742 |
| Exhibit 100 | TU-PLTF02452-53; | 743-745 |
| Exhibit 101 | Defendant's Sentencing Memorandum (Dkt. No. 28) in *United States v. Sanders*, No. CR 08-0552 CRB (N.D. Cal. October 4, 2009); | 746-763 |
| Exhibit 102 | Docket for *United States v. Sanders*, No. CR 08-0552 CRB (N.D. Cal.), retrieved from Courtlink on September 26, 2012; | 764-769 |
| Exhibit 103 | TU 72259-61 **(sealed)**; | 770-773 |
| Exhibit 104 | Declarations of Quentin Correll, Rowena Lantz, and Christine Wright (Exhibits A, D & H to Dkt. No. 187-5) *In re Nat'l Western Life Ins. Deferred Annuities Litig.*, No. 05CV1018 JM (LSP) (S.D. Cal.); | 774-784 |
| Exhibit 105 | Response to Donald J. Trump to Second Set of Interrogatories by Plaintiffs, dated May 29, 2012; | 785-792 |
| Exhibit 106 | TU 96855-56 **(sealed)**; | 793-795 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 107 | TU-BROWN0000066-67; | 796-798 |
| Exhibit 108 | TU 102483 **(sealed)**; | 799-800 |
| Exhibit 109 | TU 102753-54 **(sealed)**; | 801-803 |
| Exhibit 110 | TU 102707-08; | 804-806 |
| Exhibit 111 | TU 95873-97 **(sealed)**; | 807-832 |
| Exhibit 112 | TU 48816-20 **(sealed)**; | 833-838 |
| Exhibit 113 | TU 50866-67 **(sealed)**; | 839-841 |
| Exhibit 114 | TU 51197-200 **(sealed)**; | 842-846 |
| Exhibit 115 | TU 51879-84 **(sealed)**; | 847-853 |
| Exhibit 116 | TU 48964-66 **(sealed)**; | 854-857 |
| Exhibit 117 | TU 49375 **(sealed)**; | 858-859 |
| Exhibit 118 | TU 49440-43 **(sealed)**; | 860-864 |
| Exhibit 119 | TU 49917-23, 49941 **(sealed)**; | 865-873 |
| Exhibit 120 | TU 50247-48 **(sealed)**; | 874-876 |
| Exhibit 121 | TU 50298 **(sealed)**; | 877-878 |
| Exhibit 122 | TU 50620 **(sealed)**; | 879-880 |
| Exhibit 123 | TU 52091**(sealed)**; | 881-882 |
| Exhibit 124 | PETERSON 1060-64 **(sealed)**; | 883-888 |
| Exhibit 125 | TU 129457-60 **(sealed)**; | 889-893 |
| Exhibit 126 | TU 95922-26 **(sealed)**; | 894-899 |
| Exhibit 127 | Relevant excerpts from the videotaped deposition of David Highbloom, taken August 24, 2012 **(sealed)**; | 900-907 |
| Exhibit 128 | Relevant excerpts from the videotaped deposition of Ronald David Schnackneberg, taken October 15, 2012; | 908-913 |
| Exhibit 129 | TU-PLTF00255-58; | 914-918 |
| Exhibit 130 | Relevant excerpts from the videotaped deposition of George Sorial, taken January 18, 2013; | 919-952 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 131 | TU 61503-16 **(sealed)**; | 953-967 |
| Exhibit 132 | BBB NY 00481-85; | 968-973 |
| Exhibit 133 | TU 129810-17 **(sealed)**; | 974-982 |
| Exhibit 134 | TU 49022-23 **(sealed)**; | 983-985 |
| Exhibit 135 | Relevant excerpts of the videotaped deposition of Joann Everett, taken October 3, 2012; | 986-993 |
| Exhibit 136 | TU 50111 **(sealed)**; and | 993-994 |
| Exhibit 137 | TU 129850-51 **(sealed)**. | 995-997 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of February, 2013, at San Diego, California.

                                               s/ Rachel L. Jensen
                                               RACHEL L. JENSEN

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on February 1, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2013.

      s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)