# EXHIBIT 68

Exhibit 68
- 42 -



**THE STATE EDUCATION DEPARTMENT** / THE UNIVERSITY OF THE STATE OF NEW YORK

Bureau of Proprietary School Supervision
Investigations & Audit Unit
116 West 32nd Street, 5th Floor
New York, New York 10001

Tel. (212) 643-4760
Fax (212) 643-4765
E-mail: Ekramer@mail.nysed.gov
Web site: www.highered.nysed.gov/bpss

June 15, 2010

Gillian Birnie
Director of Customer Service
Trump Educational Initiative
40 Wall Street, 32nd Floor
New York, NY 10005

Re: ▮▮▮▮▮▮▮▮▮
     File# 1000101, Trump University (Trump)

Dear Ms. Birnie:

This concerns the above-referenced complaint filed by ▮▮▮▮▮▮ against Trump University.

▮▮▮▮▮▮▮ enrolled in the Trump Gold Elite program on June 14, 2009 and attended training at a hotel on the east side of Manhattan. She paid $36,590.00 for this course and a seminar and was extremely dissatisfied with the training. It was not as advertised and she could not get the assistance that was promised. ▮▮▮▮▮▮ has stated that she thought Trump was a real university and would not have enrolled if she had known otherwise. She has requested a refund but was denied by Trump. This has caused her great financial distress since she lost so much money and has nothing to show for it.

In a letter dated May 27, 2005 (copy enclosed), then Assistant Commissioner Frey notified Mr. Trump that use of the word "University" in your institution's name was illegal and he asked that the name "Trump University" be discontinued. Since Trump had also been operating without a license, Mr. Frey mentioned our website where information about the operation of non-degree granting proprietary schools could be obtained. More recently, Carole Yates, Director of this bureau had a telephone conversation with Michael Sexton, President of Trump, in which she notified him that a license would be required in order to offer training in this state.

Due to the unlicensed operation of Trump, which is a violation of Section 5001(1) of the Education Law, and the fact that it has never been an actual university, ▮▮▮▮▮▮ has a valid complaint. Therefore, please issue a full refund of all monies received on her behalf. You may "charge back" her 3 credit cards or pay her directly. I ask that you issue the refund no later than July 1, 2010, with copies delivered to me on the same date. In addition, all training by Trump in this state must cease until such time that a license is obtained from the Bureau of Proprietary

School Supervision.  All current students should be refunded.  Failure to comply with the Education Law may result in disciplinary action.

      If you have any questions, please feel free to contact me.

          Sincerely,

          Edward G. Kramer
          Supervising Investigator

Cc: Joseph P. Frey
    Carole Yates
    Monica Borden

Enclosure

06/09/2011  12:01     5184733644               BPSS ALBANY                      PAGE   23/34

**Carole Yates - Fwd:** ▓▓▓▓▓▓▓▓▓▓▓▓▓ **Complaints and License Status**

| | |
|---|---|
| **From:** | Edward Kramer |
| **To:** | Carole Yates |
| **Date:** | 8/26/2010 11:06 AM |
| **Subject:** | Fwd: ▓▓▓▓▓▓▓▓▓▓ Complaints and License Status |

>>> Edward Kramer 8/13/2010 12:12 PM >>>
Dear Mr. Sexton,

This will confirm the meeting we had in your office on August 4, 2010. You agreed to contact me on August 6, but I have not heard from you.

During our meeting, Ms. Grant and I discussed the above-referenced complaints as well as the unlicensed operation of the Trump Entrepreneur Initiative, formerly Trump University.

As stated at the meeting, and in my previous correspondence, ▓▓▓▓▓▓ attended one of your seminars and enrolled in the Trump Gold Elite Program. She was dissatisfied with the training and did not complete. She requested a refund, but it was denied. She paid a total of $36,590.00 for this illegal training and is now experiencing major financial difficulties as a result. ▓▓▓▓▓▓ believed Trump to be a real university and would not have enrolled if she knew that it was not.

▓▓▓▓▓ attended a free workshop which "pushed" the next step, a weekend seminar/retreat. He paid $995.00 for the seminar, in which the majority of time was spent trying to persuade the students to take the $35,000.00 package. He wants his money back.

My findings are in the favor of the complainants. Trump is an unlicensed school and they should never have been enrolled. In addition, as first notified in 2005, Trump should not have used the misleading word "University" in its name.

I know you believe Trump is not required to be licensed. However, I see no exemption in the Education Law that would fit your operation. Therefore, all training in New York must cease until a license is secured, and refunds must be issued to ▓▓▓▓▓ and ▓▓▓▓▓ immediately.

If you have any questions, please feel free to contact me.

Sincerely,

Edward G. Kramer
Supervising Investigator
Bureau of Proprietary School Supervision
212-643-4760

NYSED 000069

Exhibit 68
- 45 -

Page 1 of 2

## Carole Yates - RE: Meeting

| | |
|---|---|
| **From:** | Carole Yates |
| **To:** | Michael Sexton |
| **Date:** | 10/5/2010 5:32 PM |
| **Subject:** | RE: Meeting |
| **CC:** | Edward Kramer; Monica Borden |

Dear Mr. Sexton:

It has now been a few weeks since your September 17th response to me.  You had indicated that you would get back to me on Monday.

It seems to be a common theme that you will get back to us on Monday.  We have yet to see that type of response.

You also chose to skirt my inquiry about the complaints and the resolution.  We may be forced to make a refund through the Tuition Reimbursement Account, which could result in a hearing.  A hearing officer would decide the validity of the complaints and could determine that the refunds should have been made.  Up to two times the amount of the refunds would then be required.

I trust that we will soon have a meeting and that cooperation will follow.

Carole

□Ď□Ēle W. Yates, Director
Bureau of Proprietary School Supervision
EBA, Room 964
Albany, NY 12234
(518) 474-3969

>>> Michael Sexton <msexton@trumpinitiative.com> 9/17/2010 2:53 PM >>>
Carol, thank you for following up.  Let me check with George Sorial and I will confirm Monday.  Thank you and have a good weekend.

**From:** Carole Yates [CYATES@MAIL.NYSED.GOV]
**Sent:** Monday, September 13, 2010 4:13 PM
**To:** Michael Sexton
**Cc:** Edward Kramer; Monica Borden
**Subject:** Meeting

Dear Mr. Sexton:

Following our conversation of a few weeks ago, I indicated that I would be contacting you to set up a meeting to assist in the licensing process.

I believe we will meet in our NYC office located at 116 W. 32nd St., 5th floor.  Monica Borden, licensing coordinator, Ed Kramer, supervising investigator, and I will attend the meeting.  We will set aside a 2-hour time period to assist you.  Please let us know who will be attending the meeting.

file://C:\Documents and Settings\cyates\Local Settings\Temp\XPgrpwise\4CAB6122EB...    12/31/2010

NYSED 000070

Exhibit 68
- 46 -

Case 3:10-cv-00940-GPC-WVG Document 195-2 Filed 02/01/13 PageID.16996 Page 6 of 50
06/09/2011 12:01 5184733644 BPSS ALBANY PAGE 28/34

Page 2 of 2

I am proposing the weeks of Oct. 2, and Oct. 12 (11th is a holiday) as possible dates for this meeting. Right now, we are pretty open, but it can develop quickly. Please let me know what will work for your office.

Also, during our last conversation, it was mentioned that you and George were meeting following our call with Joe Frey regarding the resolution of outstanding complaints. We have not heard anything regarding this, and would sincerely appreciate an update. It is expected that resolution will soon follow.

Should you have any questions, please contact me.


Carole W. Yates, Director
Bureau of Proprietary School Supervision
EBA, Room 964
Albany, NY 12234
(518) 474-3969
The Trump Entrepreneur Initiative is not responsible for, and shall have no liability for any business success or failure, acts and/or omissions; the appropriateness of its student's business decisions; or, the use of or reliance on this information. The Trump Entrepreneur Initiative does not render legal, accounting, investment or tax advice. It is your responsibility to engage appropriate professional advisors to evaluate the propriety of any transaction, strategy or approach. No guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by The Trump Entrepreneur Initiative, its affiliates or their officers, principals, representatives, agents or employees.

NYSED 000071

Exhibit 68
- 47 -

## Carole Yates - RE: Meeting

*Trump*

| | |
|---|---|
| **From:** | Michael Sexton <msexton@trumpinitiative.com> |
| **To:** | Carole Yates <CYATES@MAIL.NYSED.GOV> |
| **Date:** | 9/17/2010 2:52 PM |
| **Subject:** | RE: Meeting |
| **CC:** | Edward Kramer <EKRAMER@MAIL.NYSED.GOV>, Monica Borden <MBORDEN@MAIL.NYSED.GOV> |

Carol, thank you for following up. Let me check with George Sorial and I will confirm Monday. Thank you and have a good weekend.

**From:** Carole Yates [CYATES@MAIL.NYSED.GOV]
**Sent:** Monday, September 13, 2010 4:13 PM
**To:** Michael Sexton
**Cc:** Edward Kramer; Monica Borden
**Subject:** Meeting

Dear Mr. Sexton:

Following our conversation of a few weeks ago, I indicated that I would be contacting you to set up a meeting to assist in the licensing process.

I believe we will meet in our NYC office located at 116 W. 32nd St., 5th floor. Monica Borden, licensing coordinator, Ed Kramer, supervising investigator, and I will attend the meeting. We will set aside a 2-hour time period to assist you. Please let us know who will be attending the meeting.

I am proposing the weeks of Oct. 2, and Oct. 12 (11th is a holiday) as possible dates for this meeting. Right now, we are pretty open, but it can develop quickly. Please let me know what will work for your office.

Also, during our last conversation, it was mentioned that you and George were meeting following our call with Joe Frey regarding the resolution of outstanding complaints. We have not heard anything regarding this, and would sincerely appreciate an update. It is expected that resolution will soon follow.

Should you have any questions, please contact me.

Carole W. Yates, Director
Bureau of Proprietary School Supervision
EBA, Room 964
Albany, NY 12234
(518) 474-3969

The Trump Entrepreneur Initiative is not responsible for, and shall have no liability for any business success or failure, acts and/or omissions; the appropriateness of its student's business decisions; or, the use of or reliance on this information. The Trump Entrepreneur Initiative does not render legal, accounting, investment or tax advice. It is your responsibility to engage appropriate professional advisors to evaluate the propriety of any transaction, strategy or approach. No guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by The Trump Entrepreneur Initiative, its affiliates or their officers, principals, representatives, agents or employees.

NYSED 000072

Exhibit 68
- 48 -

06/09/2011  12:01       5184733644                 BPSS ALBANY                    PAGE  29/34

Page 1 of 2

**Monica Borden - meeting request**

| | |
|---|---|
| **From:** | Michael Sexton <msexton@trumpinitiative.com> |
| **To:** | "CYATES@MAIL.NYSED.GOV" <CYATES@MAIL.NYSED.GOV> |
| **Date:** | 10/7/2010 3:43 PM |
| **Subject:** | meeting request |
| **CC:** | "EKRAMER@MAIL.NYSED.GOV" <EKRAMER@MAIL.NYSED.GOV>, "MBORDEN@MAIL.NYSED.G... |

Carol, I apologize for the repeated delay in responding to your emails...please let me explain. Approximately 30 days ago we completely stopped marketing products and services. The purpose of this halt in business has been to re-think the ways in which we deliver training and education. While we have made some progress during this time, we have not come to any firm decisions about the nature of the business going forward. In fairness to you and your team we feel that it would be premature to meet and review your guidelines until we fully understand what form the business will take. Many of the variables that we are deliberating have a significant impact on our discussions....such as method of delivery (web-based vs. in-person) and method of sale (telephone vs. platform). If you disagree please let me know and we would be more than happy to meet at your convenience.

Regarding the request for refunds from ████████████████ .I'm afraid I haven't made the progress I was hoping for in my last email. We are by no means ignoring your request but we are trying to fully understand the case for each refund. I have spoken briefly with George Sorial about this issue and will follow up with him again to reach a final decision which should be forthcoming shortly.

Carol, we have every intent on cooperating fully and again, I apologize for the poor communications. I've included George Sorial's contact information below for your files. George is the Assistant General Counsel for the Trump Organization and handles legal and regulatory matters for this company. I've also copied George on this email to ensure that we are all on the same page. Please let me know your thoughts about the meeting and call me anytime to discuss.

Thank you for your patience,
Michael

George A. Sorial
Managing Director
International Development
and Asst. General Counsel
The Trump Organization
725 Fifth Avenue, 26th Floor
New York, NY 10022
Direct: (212) 836-3204
Fax: (212) 980-3821
gsorial@trumporg.com

Michael W. Sexton
**The Trump Entrepreneur Initiative**
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 646.810.7342

file://C:\Documents and Settings\mborden\Local Settings\Temp\XPgrpwise\4CADEAA6EBADOMSED...   10/8/2010

NYSED 000073

Exhibit 68
- 49 -

06/09/2011  12:01     5184733644                    BPSS ALBANY                    PAGE  21/34

Page 1 of 2

**Carole Yates - Fwd: RE:** ███████████████████ **Complaints and License Status**

From:      Edward Kramer
To:        Carole Yates
Date:      8/26/2010 11:07 AM
Subject:   Fwd: RE: ███████████ Complaints and License Status

>>> Michael Sexton <msexton@trumpinitiative.com> 8/17/2010 3:09 PM >>>
Ed and Joseph, I'll have a response for you later this week.  Appreciate your patience but I want to
make sure we have all the facts on these cases.  Thanks.

Michael W. Sexton
The Trump Entrepreneur Initiative
40 Wall Street, 32nd Fl.
New York, NY 10005
Phone: 646.810.7342
Fax: 212.248.0782
www.TrumpInitiative.com

-----Original Message-----
From: Joseph Frey [mailto:JFREY@MAIL.NYSED.GOV]
Sent: Monday, August 16, 2010 8:57 AM
To: Edward Kramer; Michael Sexton
Cc: Charmaine Grant
Subject: Re: ███████████████ Complaints and License Status

Michael,

Please include me in your response to Mr. Kramer's request. Joe

>>> Edward Kramer 8/13/2010 12:12 PM >>>
Dear Mr. Sexton,

This will confirm the meeting we had in your office on August 4, 2010.  You agreed to contact me on
August 6, but I have not heard from you.

During our meeting, Ms. Grant and I discussed the above-referenced complaints as well as the
unlicensed operation of the Trump Entrepreneur Initiative, formerly Trump University.

As stated at the meeting, and in my previous correspondence, ██████████ attended one of your
seminars and enrolled in the Trump Gold Elite Program.  She was dissatisfied with the training and did
not complete.  She requested a refund, but it was denied.  She paid a total of $36,590.00 for this illegal
training and is now experiencing major financial difficulties as a result. ██████████ believed Trump
to be a real university and would not have enrolled if she knew that it was not.

██████████ attended a free workshop which "pushed" the next step, a weekend seminar/retreat.  He

file://C:\Documents and Settings\cyates\Local Settings\Temp\XPgrpwise\4C764AE4EBA...   8/26/2010

NYSED 000074

Exhibit 68
- 50 -

Page 2 of 2

paid $995.00 for the seminar, in which the majority of time was spent trying to persuade the students to
take the $35,000.00 package. He wants his money back.

My findings are in the favor of the complainants. Trump is an unlicensed school and they should never
have been enrolled. In addition, as first notified in 2005, Trump should not have used the misleading
word "University" in its name.

I know you believe Trump is not required to be licensed. However, I see no exemption in the
Education Law that would fit your operation. Therefore, all training in New York must cease until a
license is secured, and refunds must be issued to ██████████████ immediately.

If you have any questions, please feel free to contact me.

Sincerely,

Edward G. Kramer
Supervising Investigator
Bureau of Proprietary School Supervision
212-643-4760

The Trump Entrepreneur Initiative is not responsible for, and shall have no liability for any business
success or failure, acts and/or omissions; the appropriateness of its student's business decisions; or, the
use of or reliance on this information. The Trump Entrepreneur Initiative does not render legal,
accounting, investment or tax advice. It is your responsibility to engage appropriate professional
advisors to evaluate the propriety of any transaction, strategy or approach. No guarantees, promises,
representations or warranties of any kind regarding specific or general benefits, monetary or otherwise,
have been or will be made by The Trump Entrepreneur Initiative, its affiliates or their officers,
principals, representatives, agents or employees.

NYSED 000075

Exhibit 68
- 51 -



**THE STATE EDUCATION DEPARTMENT** / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

Bureau of Proprietary School Supervision, One Commerce Plaza, 99 Washington Avenue, Room 1613, Albany, NY 12234
Tel. (518) 474-3969
Fax (518) 473-3644
E-mail: BPSS@mail.nysed.gov
E-mail: cyates@mail.nysed.gov

January 3, 2011

Mr. Michael Sexton, President
Trump Entrepreneur Initiative
The Trump Building
40 Wall Street, 33rd Floor
New York, NY 10005-1306

Dear Mr. Sexton:

Several attempts have been made to arrange a meeting between Trump officials and staff at the New York State Education Department, Bureau of Proprietary School Supervision, to discuss resolution of student complaints filed against the former Trump University, now known as Trump Entrepreneur Initiative.

Each attempt has been met with comments that the complaints will be resolved or that a meeting is premature as Trump determines its next steps. That is unacceptable.

We are requesting that you make arrangements to attend a meeting in our New York City office, located at 116 W. 32nd Street, 5th floor. A choice of dates is being offered for your convenience. The dates are as follows: January 24, 26, 27, or February 1. The meeting would take place at 10:00 a.m. Please let me know which date will work for you and your colleagues.

Failure to respond to this letter by January 14, 2011 will result in our commencing disciplinary action in the form of an Order to Show Cause, signed by the Commissioner of Education. This will be followed by a hearing conducted by an independent administrative hearing officer, who will determine the merits of our action.

I look forward to hearing from you.

Sincerely,


Carole W. Yates, Director

C:     Deputy Commissioner Kevin Smith
       Deputy Commissioner Joseph Frey
       Jerome McAvoy, Esq.

Bcc:   Edward Kramer
       Monica Borden

-2-

NYSED 000077

Exhibit 68
  -  53  -

# EXHIBIT 69

Exhibit 69
- 60 -



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

December 13, 2012

*via e-mail: tmerrick@rgrdlaw.com*
Thomas R. Merrick, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Re:   Freedom of Information Law Appeal No. 120683

Dear Mr. Merrick:

This letter responds to your letter dated November 29, 2012, appealing from the denial by Assistant Attorney General Joshua Pepper of your Freedom of Information Law (FOIL) request.  As set forth below, your appeal is granted in part and denied in part.

**Background**

**A.    Your Prior FOIL Request**

By correspondence dated December 28, 2011, you requested (FOIL number 110819) all documents possessed by the Office of the Attorney General (OAG) concerning Trump University and/or the Trump Entrepreneur Initiative ("the Trump program").  In particular, you requested:

> "[A]ll documents which refer to, reflect, and/or relate to Trump University and/or Trump Entrepreneur Initiative, including, but not limited to:
> (a) all complaints regarding Trump University and/or Trump Entrepreneur Initiative filed with the Attorney General's Office from April 30, 2006, through present;
> (b) all responses by Trump University or Trump Entrepreneur Initiative to complaints made by consumers;
> (c) all investigations regarding complaints made by consumers referring to Trump University and/or Trump Entrepreneur Initiative; and

120 BROADWAY, NEW YORK N.Y.  10271-0332 • PHONE (212) 416-8000 • FAX (212) 416-8962 *NOT FOR SERVICE OF PAPERS*
http://www.oag.state.ny.us

TU-PLTF02447

Exhibit 69
- 61 -

Thomas R. Merrick, Esq.
FOIL Appeal No. 120683
Page 2

(d) all documents provided by Trump University and/or Trump Entrepreneur Initiative to the Attorney General's Office."

By letter dated February 3, 2012, Mr. Pepper informed you that 227 pages of records would be made available to you, upon your payment of certain photocopying costs. He also advised you that, first, "certain words or numbers have been redacted and appear as blacked out or blank in the records to be produced to you. These words or numbers are exempt from disclosure because, if produced, they would constitute an unwarranted invasion of personal privacy. Public Officers Law § [POL] 87(2)(b)."

Second, he advised you that "records or portions of records that respond to your request are exempt from production pursuant to New York Public Officers Law § 87(2)(e) because the documents requested were compiled for law enforcement purposes and would, if disclosed, interfere with law enforcement investigations or judicial proceedings."

After you paid the photocopying costs, the 227 pages of records were provided to you by letter dated February 15, 2012.

Mr. Pepper's February 3, 2012, letter had informed you of your right to take an administrative appeal from his determination within thirty days of your receipt of the records. You filed no such administrative appeal, within the required thirty days or indeed ever.

## B.    Your Present FOIL Request

By correspondence dated October 17, 2012 (FOIL number 120683), you again requested all documents possessed by the OAG concerning the Trump program. In particular, you requested:

"[A]ll documents which refer to, reflect, and/or relate to The State of New York Office of the Attorney General's investigation of Trump University and/or Trump Entrepreneur Initiative, including, but not limited to: (a) all investigatory documents; (b) all deposition transcripts; (c) all documents provided to and by Trump University and/or Trump Entrepreneur Initiative; and (d) all correspondence between The State of New York Office of the Attorney General and Trump University and/or Trump Entrepreneur Initiative."

TU-PLTF02448

Exhibit 69
- 62 -

Thomas R. Merrick, Esq.
FOIL Appeal No. 120683
Page 3

By letter to you dated November 8, 2012, Mr. Pepper denied your request. He again invoked FOIL's law enforcement exemption, POL § 87(2)(e).[1]

**Analysis**

As noted above, you filed no administrative appeal from Mr. Pepper's determination on your prior FOIL request for all documents possessed by the OAG concerning the Trump program. Therefore, you are now barred from challenging Mr. Pepper's determination on that prior FOIL request.  *See, e.g., In re Taylor v. N.Y. City Police Dep't FOIL Unit*, 25 A.D.3d 347, 347 (1st Dep't 2006); POL § 89(4). Nor can you revive the matter by making your current, essentially identical FOIL request, and seeking to challenge the denial of that request.  *See, e.g., In re Serrano v. David*, 45 A.D.3d 270, 270 (1st Dep't 2007); *Matter of Vann v. Calahan*, 16 A.D.3d 849 (3d Dep't 2005), and cases cited therein; C.P.L.R. 217.

Nonetheless, it appears that certain records that should have been provided to you on your prior FOIL request may not have been provided. In particular, at the time of your prior FOIL request (and at present) the OAG has been conducting an investigation of the Trump program.  Typically in that circumstance, the OAG would deny disclosure of any records, based on FOIL's law enforcement exemption. However, in March 2010, before the OAG's investigation of the Trump program had begun, the OAG had received a FOIL request from the Huffington Post Investigative Fund for records concerning the Trump program,  and had disclosed certain records in response. Disclosure to one FOIL requester is deemed disclosure to the world at large.  *See, e.g., Matter of M. Farbman & Sons, Inc.*, 62 N.Y.2d 75, 82 (1984) ("[T]he standing of one who seeks access to records under the Freedom of Information Law is as a member of the public"); *Schiffer v. FBI*, 78 F.3d 1405, 1411 (9th Cir. 1996) (the district court erred in ordering disclosure under the federal Freedom of Information Act on the condition that the requester not disclose the records to any other person, because "if information is not exempt under FOIA, it is necessarily available to the public at large").  Therefore, in response to your December 28, 2011, FOIL request, the OAG produced to you the same records that it had earlier disclosed to the Huffington Post Investigative Fund.

---

[1] You argue that Mr. Pepper failed to establish in a particularized manner that this exemption applies to the records sought in your FOIL request (Appeal Letter at 1-2).  However, the standard that you rely upon applies only to "the agency's burden of proof when its denial of disclosure to a FOIL applicant is challenged in an article 78 proceeding." *Matter of Capitol Newspapers Div. of Hearst Corp. v. Baum*, 67 N.Y.2d 562, 566 (1986).  That standard is inapplicable where an agency responds to a FOIL request in the first instance or on administrative appeal.

Thomas R. Merrick, Esq.
FOIL Appeal No. 120683
Page 4

The OAG overlooked, however, that in October 2010, another individual had also made a FOIL request for records concerning the Trump program. The OAG had still not yet commenced investigating the Trump program, and accordingly certain records were disclosed in response to that FOIL request.[2] It is unclear to what extent the 196 pages of records provided to him might duplicate what the OAG has already provided to you. Nonetheless, these records will be made available to you.

If you wish to receive copies of these records, the OAG provides the first five pages of records requested under FOIL free of charge and, as authorized by POL § 87(1)(b)(iii) and 13 N.Y.C.R.R. § 120.20(b), charges 25 cents for the photocopying of each additional page. Therefore, if you would like to receive the records, please send a check or money order in the amount of $47.75 to Records Access Office, Office of the Attorney General, The State Capitol, Albany, NY 12224. The OAG will mail the records to you after it receives your payment. Alternatively, the Records Access Office will not charge you the photocopying costs if you inform it that you wish to receive the records in electronic form, *i.e.*, as pdf files on a compact disc.

This leaves the issue of your current FOIL request. Because it essentially duplicates your prior request, I will construe it as seeking all responsive records in the possession of the OAG that were created or received by the OAG after it responded to your prior FOIL request (*i.e.*, since February 3, 2012).

The OAG finds after a diligent search that it possesses certain such records. These consist, first, of OAG attorneys' inter-office memoranda, notes, and drafts of court papers. These records are exempt from FOIL disclosure, because they are attorney work product, *see* C.P.L.R. § 3101(c), POL § 87(2)(a), and they are "intra-agency materials," POL § 87(2)(g).

The additional records that the OAG possesses, that were also obtained or created after February 3, 2012, are transcripts, withdrawn court papers, and correspondence; and documents that the OAG obtained from the Trump program and from other parties. The records are exempt from FOIL disclosure because they "were compiled for law enforcement purposes," and their disclosure would

---

[2] These disclosures, at a time when the OAG's law enforcement investigation had not yet commenced and therefore FOIL's law enforcement exemption did not apply, do not prevent the OAG from invoking the law enforcement exemption as to other records now that the investigation is ongoing. *See, e.g., Students Against Genocide, Inc. v. Dep't of State*, 257 F.3d 828, 835 (D.C. Cir. 2001).

TU-PLTF02450

Exhibit 69
- 64 -

Thomas R. Merrick, Esq.
FOIL Appeal No. 120683
Page 5

"interfere" with the OAG's ongoing "law enforcement investigation[ ]," POL §
87(2)(e).

Finally, your contention that documents obtained by the OAG from other
parties cannot fall within FOIL's law enforcement exemption (Appeal Letter at 2) is
contrary to the case law.  *See, e.g.*, *John Doe Agency v. John Doe Corporation*, 493
U.S. 146, 154 (1989) (records need not have been originally created for a law
enforcement purpose to qualify for the law enforcement exemption, so long as they
were later compiled by the agency for a law enforcement purpose); *Matter of James,
Hoyer, Newcomer, Smiljanich and Yachunis, P.A.*, 27 Misc.3d 1223(A) (Sup. Ct. N.Y.
County 2010) (recognizing that documents obtained by the OAG from another party,
in an investigation, were records under FOIL).

**Right to Judicial Review**

Because there are no further avenues for administrative review of your FOIL
appeal, you may bring a C.P.L.R. article 78 proceeding within four months of receipt
of this letter.  *See* C.P.L.R. article 78; C.P.L.R. 217.

Sincerely,

David Lawrence III
Records Appeals Officer
(212) 416-8023

cc:    Committee on Open Government

# EXHIBIT 70

Exhibit 70
- 66 -

Document ID: 0.7.438.161081

From:          Stubbs, Sam <sam.stubbs@pillsburylaw.com>
To:            Rick Berlin
               <rick.berlin@oag.state.tx.us>
Cc:            Mohan, Amy P.
               <amy.mohan@pillsburylaw.com>
Bcc:
Subject:       RE: Trump University
Date:          Fri Feb 05 2010 17:15:34 EST
Attachments:

Rick, at your request, Trump University has indefinitely postponed all Texas free presentations, which are designed to find and sign up seminar customers, and will not conduct any three day seminars in Texas, until the issues your office has raised have been addressed.
Sam

Samuel E. Stubbs | Houston Office Managing Partner
Pillsbury Winthrop Shaw Pittman LLP
--------------------------------------------------------------------------------
Tel: 713.276.7645 | Fax: 281.582.6473
909 Fannin, Suite 2000 | Houston, Texas 77010
Email: sam.stubbs@pillsburylaw.com


_____

From: Rick Berlin [mailto:rick.berlin@oag.state.tx.us]
Sent: Thursday, February 04, 2010 9:48 AM
To: Stubbs, Sam
Subject: Trump University


Sam,

When we met last week we discussed the possibility that Trump University might have up coming classes.  Have you had a chance to determine whether or not they will be hosting any classes in Texas in the near future?  Please let me know at your earliest convenience.

Thanks,


Rick Berlin
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General
808 Travis, Ste. 1520
Houston, TX  77002

Tel: (713) 225-8917
Fax: (713) 223-5821


TU 135883

Exhibit 70
- 67 -

# EXHIBIT 71

Exhibit 71
- 68 -



10 of 70 DOCUMENTS

Copyright 2011 The New York Times Company
The New York Times

May 20, 2011 Friday
Late Edition - Final

**SECTION:** Section A; Column 0; Metropolitan Desk; Pg. 18

**LENGTH:** 1140 words

**HEADLINE:** New York Attorney General Is Investigating Trump's For-Profit School

**BYLINE:** By MICHAEL BARBARO

**BODY:**

The New York State attorney general's office is investigating whether a for-profit school founded by Donald J. Trump, which charges students up to $35,000 a course, has engaged in illegal business practices, according to people briefed on the inquiry.

The investigation was prompted by about a dozen complaints concerning the Trump school that the attorney general, Eric T. Schneiderman, has found to be "credible" and "serious," these people said, speaking on the condition of anonymity because the investigation was not yet public.

The inquiry is part of a broader examination of the for-profit education industry by Mr. Schneiderman's office, which is opening investigations into at least five education companies that operate or have students in the state, according to the people speaking on the condition of anonymity.

The investigation is the latest problem for a six-year-old company, known until last year as Trump University, that already faces a string of consumer complaints, reprimands from state regulators and a lawsuit from dissatisfied former students.

George Sorial, a managing director of the Trump Organization, confirmed that the company had received a subpoena from the attorney general's office, and said, "We look forward to resolving this matter and intend to fully cooperate with their inquiry."

Mr. Schneiderman is looking into whether the schools and their recruiters misrepresent their ability to findstudents jobs, the quality of instruction, the cost of attending, and their programs accreditation, among other things. Such activities could constitute deceptive trade practices or fraud.

The four other companies are the Career Education Corporation, which runs the Sanford-Brown Institute, Briarcliffe College and American InterContinental University; Corinthian Colleges, the parent company of Everest Institute, WyoTech and Heald Colleges; Lincoln Educational Services, the owner of Lincoln Technical and Lincoln

TU-PLTF00016

Exhibit 71
- 69 -

New York Attorney General Is Investigating Trump's For-Profit School The New York Times May 20, 2011 Friday

Colleges Online; and Bridgepoint Education, the operator of Ashford University.

Spokesmen for Lincoln Educational Services, Bridgeport Education and Corinthian Colleges each said the companies had been sent requests for information by the attorney general's office and would comply with them.

A representative of Career Education Corporation declined to comment.

For-profit schools have become big business in the United States, especially as the unemployed seek a way back into the work force. Some of those schools, however, have been accused of creating as much economic harm as help: students have reported falling deep into debt to pay for classes that they said had failed to deliver what they had promised.

Mr. Trump's institution is unique among for-profit schools: it is built almost entirely around the prestige and prominence of a single individual. Mr. Trump said he created the university in 2005 to impart decades' worth of his business acumen to the general public. He aggressively marketed the school, telling students that his handpicked instructors would "teach you better than the best business school," according to a transcript of a Web video.

The school has charged premium prices because of the Trump name, with the cost of the courses ranging from $1,500 to $35,000 each.

But, as The New York Times reported last week, dozens of students have complained about the quality of the program to the attorneys general of New York, Texas, Florida and Illinois. The Better Business Bureau gave the school a D-minus for 2010, its second-lowest grade, after receiving 23 complaints. Over the last three years, New York and Maryland have told the company to drop the word "university" from its title, saying that using it violated state education laws. (The school was renamed the Trump Entrepreneur Initiative in 2010.)

Four former students filed a suit against Trump University last year in a federal court in California, seeking class-action status. They contended that the school used high-pressure sales tactics to enroll students in the costly classes, promised extensive one-on-one instruction that did not materialize and employed "mentors" who at times recommended investments from which they stood to profit.

Mr. Sorial of the Trump Organization, which oversees Mr. Trump's businesses, forcefully disputed those claims. He said on Thursday that 95 percent of the school's students in New York had rated their courses as "excellent" on evaluation forms. The school's national average is even higher, he said.

"Our customer satisfaction surveys speak for themselves," he said.

As its troubles have mounted, the school has suspended new classes and begun overhauling its curriculum, executives said. One priority is finding a way to inject more of Mr. Trump into the program.

"The one thing is that they really wanted me involved, instead of the teachers," Mr. Trump said in an interview last week.

In interviews, several former students said they felt betrayed by the real estate mogul and his school, especially after investing tens of thousands of dollars in what they thought was to be a comprehensive education.

"They lure you in with false promises," said Patricia Murphy, 57, of the Bronx, who is among the former students suing Mr. Trump, whose suit makes similar claims. She said she had spent about $12,000 on Trump University classes, much of it paid with credit cards, in the hope of escaping her career as a part-time teacher and becoming a real estate investor.

Her instructors said they would introduce her to banks, help her secure loans and walk her, step by step, through deals, she recalled. "They did none of that," she said. "I was scammed."

TU-PLTF00017

Exhibit 71
- 70 -

New York Attorney General Is Investigating Trump's For-Profit School The New York Times May 20, 2011 Friday

Mr. Sorial said the school was looking into Ms. Murphy's claims.

Carmen Mendez, 59, a public school teacher in Brooklyn, wrote to the Better Business Bureau in 2009 about her disappointment with the school -- and with Mr. Trump. She said she had dipped into her retirement savings to pay nearly $35,000 for the classes, because "Mr. Trump is a very respectable person, and I thought that Trump University was a real institution," she said in the letter to the Better Business Bureau.

An instructor promised her, she wrote, that the school guaranteed financial assistance to buy e real estate. But once she had enrolled, Ms. Mendez wrote, she was refused such assistance. Because her credit cards were loaded with debt to pay for the classes, mortgage brokers told her she was ineligible for a loan, she said.

"I am writing because I want people to be aware that Trump University is not a real educational institution," she told the Better Business Bureau. "Please advise other people so they do not lose their savings in these difficult days."

Mr. Sorial said that the school tried to offer Ms. Mendez a full refund more than six months ago. "She failed to return our numerous calls and e-mails," he said.

**URL:** http://www.nytimes.com

**GRAPHIC:** PHOTOS: Dozens of students have complained about the quality of Trump University, which charged up to $35,000 per course.
 Donald J. Trump says students at his school want him to be more involved. A representative defended the school. (PHOTOGRAPH BY RICHARD DREW/ASSOCIATED PRESS)

**LOAD-DATE:** May 20, 2011

TU-PLTF00018

Exhibit 71
- 71 -

# EXHIBIT 74

Exhibit 74
- 132 -

## Trump University As Deceptively Portrayed to Consumers



## The Actual Trump University



Exhibit 74
-  133  -

# EXHIBIT 79

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

ADVERTISEMENT MISREPRESENTATIONS & OMISSION CHART[1]

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| Letter from Donald Trump to consumers along with Special Invitation<br><br>(TU 25206-09 attached) | TU 25206-09;<br>TU 25214-17;<br>TU 25223-26;<br>TU 25228-29;<br>TU 25231-32;<br>TU 25238-39;<br>TU 25243-44;<br>TU 2524548;<br>TU 25253-56;<br>TU 25257-58;<br>TU 25259-60;<br>TU 25265-66;<br>TU 25270-71;<br>TU 25274-75<br>TU 25281-82;<br>TU 25283-86;<br>TU 25295-98;<br>TU 25300-01;<br>TU 25302-03;<br>TU 25304-07;<br>TU 25308-09;<br>TU 25324-27;<br>TU 25328-29; | *Letter signed by Donald Trump* | "*my hand-picked instructors* will share *my techniques*, which took my entire career to develop. Then, just copy exactly what I've done and get rich"<br><br>"takeaways from my top-tier instructors, *trained in my every investment strategy*" | "*my hand-picked instructors* will share *my techniques*, which took my entire career to develop. Then, just copy exactly what I've done and get rich" |

---

[1]      This chart only includes Defendants' advertisements in the United States for the "Live Events."  Entries citing multiple documents have one example submitted as an Exhibit ("Ex.__") to the Declaration of Rachel L. Jensen in Support of Plaintiffs' Reply Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel ("Jensen Decl."), filed concurrently herewith.  All documents not submitted as an exhibit to the Jensen Declaration will be provided to the Court upon request.

- 1 -

Exhibit 79
- 373 -

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | TU 25332-33; TU 25339-40. | | | |
| Letter from Donald Trump to consumers along with Special Invitation<br><br>(TU 25234-37 attached) | TU 25234-37; TU 25261-64; TU 25310-11; TU 25313-16; TU 25318-21; TU 25343-44; TU 25358; TU 25366-67; | *Letter signed by Donald Trump* | "*My hand-picked instructor*s and mentors will show you how to use real estate strategies to…."<br><br>"With our simple instructions and practice exercises –and ongoing support from your own *Team Of Trump Experts* –you'll have what you need to succeed!" | "You've seen real estate courses offered by so-called experts. But no course offers the same depth of insight, experience, and support as the *one bearing my name, the one from Trump U.*" |
| Letter from Donald Trump to consumers along with Special Invitation<br><br>(TU 25238 attached) | TU 25348; TU 25354; TU 25360-61. | *Letter signed by Donald Trump* | "*My hand-picked instructors and mentors* will show you how to sue real estate strategies to…."<br><br>"With our simple instructions and practice exercises –and ongoing support from your own *Team Of Trump Experts* –you'll have what you need to succeed!" | "You've seen real estate courses offered by so-called experts. But no course offers the same depth of insight, experience, and support as *the one bearing my name*, the one from Trump Training Workshops." |
| Letter from Donald Trump to consumers along with Special Invitation<br><br>(TU 25218-19 attached) | TU 25218-19; TU 25221-22; TU 25240-41; TU 25251-52; TU 25268-69; TU 25277-78; TU 25322-23; TU 25230-31; TU 25335-36; | *Letter signed by Donald Trump* | "One of *my world-class instructors* from Trump University will be in your area and will teach you the specifics on how to profit from today's real estate market." | "There is no question in my mind *I can turn you into a successful real estate investor*. I've done it many times and I'll continue to do it for as long as there are interested people like you…." |

- 2 -

Exhibit 79
- 374 -

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
**TRUMP UNIVERSITY, LLC & DONALD J. TRUMP**

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | TU 25345. | | | |
| Advertisement<br><br>(TU 25554-57 attached) | TU 25521-23 (Alaska); TU 25524 - 26 (Texas); TU 25529 -31 (Texas); TU 25527-28 (Georgia); TU 25535-41 (Maryland); TU 25542-50 (Massachusetts);  TU 25551–53 (Illinois); TU 25554-57 (California); TU 25560–65 (Connecticut); TU 25566-69 (Texas); TU 25570-74 (Washington, DC); TU 25575–76 (Colorado); TU 2557 –78 (Iowa); TU 25580–83 (Michigan); TU 25584–88 (Hawaii); TU 25589–91 (Texas);  TU 25594–97 (Missouri/Kansas); TU 25598–601 (Kentucky); TU 25602–10 (California); TU 25611–14 (Louisiana); TU 25615–18 (Florida); TU 25619–22 (New Jersey); TU 25623-26 (New York); TU 25630–35 | "And now *he's ready to share*-with Americans like you-the ***Trump Process*** for investing in today's once-in-a-lifetime real estate market" | "Learn from ***Donald Trump's handpicked expert***s"<br><br>"learn from ***Donald Trump's handpicked instructors*** a systematic method" | "***I can turn anyone into a successful real estate investor, including you.***" |

- 3 -

Exhibit 79<br>- 375 -

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | (New York/New Jersey); TU 25636–40 (Nebraska); TU 25641 (Orange County Register); TU 25646–51 (Illinois); TU 25652–54 (Pennsylvania/ New Jersey); TU 25655–56 (Arizona); TU 25657–58 (Nevada); TU 25659–61 (Virginia); TU 25662-64 (Texas); TU 25665–77 (California); TU 25678-79 (Puerto Rico);  TU 25680 – 81(California); TU 25683-90 (Washington, Idaho); TU 25691–99 (Florida); TU 25702-05 (Oklahoma); TU 25706–07 (Nevada); TU 25708-10 (Florida);  TU 62063-64 (Texas); TU 62091 (Texas); | | | |
| Advertisement | TU 25532 – 34 (California) | "*Learn from the Master*." | "Let *Trump's Experts* teach you the master strategies from one of the world's most successful, and most admired, real estate investors." | Donald Trump's "*master strategies*"<br><br>"*I can turn anyone into a successful real estate investor,* |

- 4 -

Exhibit 79
- 376 -

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | | | | *including you.*" |
| Advertisement (25642 attached) | TU 25558 – 59 (Texas); TU 25579 (Texas); TU 25592-93 (Florida); TU 25628 (New York); TU 25269 (New York); TU 25642 (California); TU 25643-45 (Alabama, Florida); TU 25682 (California); TU 62061–62 (Texas); TU 62092 (Texas); TU 102422-26 (New York, New Jersey). | "*Learn from the Master.*" | "Let *Trump's Experts* teach you the master strategies from one of the world's most successful, and most admired, real estate investors." | Donald Trump's "*master strategies*"  "*I can turn anyone into a successful real estate investor.*" |
| Advertisement | TU 25627 (New York) | *I can turn anyone into a successful investor.*" | "Let *Trump's Experts* teach YOU the strategies of the world's most successful investor." | "*I can turn anyone into a successful investor.*"  Trump's "master strategies" |
| Letter from Donald Trump to consumers along with Special Invitation  February 16-18, 2009  January 18-21, 2009  April 6-9, 2009 | TU 62065 - 69; TU 62070 - 74; TU 62075 - 78 | *Letter from Donald Trump* "They've got bailouts and rescue packages, but who's helping you? *I will*. There is no question in my mind *I can turn you into a successful real* | "*One of my world-class instructors* from Trump University will be in your area.…" | "Please accept *my invitation* – for you and a guest – to a powerful wealth-building workshop that will demonstrate specific, proven and profitable strategies.…"  "They've got bailouts and rescue packages, but who's helping you? *I will*.  There is no question in my mind *I can turn you into a successful real* |

- 5 -

Exhibit 79
- 377 -

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | | *estate investor*. I have done it many times and I'll continue to do for as long as there are interested people like you.…" | | *estate investor*.  I have done it many times and I'll continue to do for as long as there are interested people like you.…" |
| Letter from Donald Trump to consumers along with Special Invitation

September 15-18, 2008 | TU 62079 - 82 | *Letter from Donald Trump* "*I am personally inviting you* and a guest to a powerful wealth-building event.…" | "One of *my world class instructors*" "I am sending one of *my world-class instructors* from Trump University to your area.…" | "learn how to create wealth the '*Trump Way*' and I encourage you to attend"

"And, *when I send out invitations*, people attend because they know that my invitation means one thing – there is money to be made." |
| Letter from Donald Trump to consumers along with Special Invitation

March 23-25, 2009 | TU 62087 - 90 | *Letter from Donald Trump* "They've got bailouts and rescue packages, but who's helping you? *I will*.  There is no question in my mind *I can* | "*One of my world-class instructors* from Trump University will be in your area.…" | "Please accept *my invitation* – for you and a guest – to a powerful wealth-building workshop that will demonstrate specific, proven and profitable strategies.…" |

- 6 -

Exhibit 79
- 378 -

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | | *turn you into a successful real estate investor.* I have done it many times and I'll continue to do for as long as there are interested people like you…." | | |
| Advertisement (Texas) December 15, 2009 | TU 62093 | "Nobody on this planet can *teach you how to make money better than I can.*" | "*My expert trainers* are coming right to your area" | "Nobody on this planet can *teach you how to make money better than I can.*" |
| Advertisement (Texas) December 2, 2009 | TU 62094 | "*Succeed with Trump.*" | "Learn the *Secrets from Trump's Foremost Success Expert.*" | *Donald Trump's "Secrets"* |
| Advertisement (Texas) July 2, 2009 | TU 62096 | "Learn *my proven, specialized Trump process* for real estate investing." | "*My handpicked expert* will show you" | "Learn *my proven, specialized Trump process* for real estate investing." |
| Advertisement (Texas) July 9, 2009 | TU 62098 | "*proven Trump process*" | "In a dynamic presentation, your instructor – *handpicked by Donald Trump*" "will explain the *proven Trump* | "Learn the *Trump Way to Profit*" |

- 7 -

Exhibit 79
- 379 -

## *Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
## TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | | | | *process* for buying and selling distressed properties for profit" |
| Advertisement (website) | TU 69468-69, TU 69482 | *I can turn anyone into a successful real estate investor* | TU 69468<br>"Learn from *Trump's Hand-Picked Expert Real Estate Investors*."<br>TU 69482<br>"*Donald Trump and his hand-picked experts* have the tools"<br>Trump's experts | TU 69468<br>"*I can turn anyone into a successful real estate investor*."<br>TU 69482<br>"Take a page from *Trump's playbook* |
| Advertisement (New York) | TU 102414-15 | "Be *Donald Trump's guest* at a FREE investor workshop…." | "*A billionaire [DJT] is offering you 90 minutes of free advice*."<br>"You'll learn from *Donald Trump's handpicked instructor.*" | "*I can turn anyone into a successful real estate investor, including you*." |
| Advertisement (Florida) | TU 102430-31 | TU 102430<br>"Are YOU my next APPRENTICE?<br>*Come prove it to me*!" | "*My team*" "*My strategies*" "*My apprentice workshop*" | "That's why *my Apprenticeship Workshop* shows ambitious adults how to become successful real estate moguls." |
| Advertisement, letter from Donald Trump | TU-PLTF00142 - 43 | *Letter from Donald Trump*<br>"Now *I want to teach you* how to make money in real estate."<br>"*I only work with people who are committed to succeed*" | TU-PLTF00142<br>"*My team* at Trump University is filled with *real estate experts…proven winners. We're the best of the best* and we know what works." | "Now *I want to teach you* how to make money in real estate." |

- 8 -

Exhibit 79
- 380 -

*Makaeff v. Trump University*, No. 10-cv-0940 (S.D. Cal.)
TRUMP UNIVERSITY, LLC & DONALD J. TRUMP

| ADVERTISEMENT | BATES NO. | DONALD TRUMP ACTIVELY INVOLVED IN TRUMP UNIVERSITY | DONALD TRUMP "HANDPICKED" THE EXPERT FACULTY OF TRUMP UNIVERSITY | DONALD TRUMP'S PROVEN FORMULA AND REAL ESTATE SECRETS |
|---|---|---|---|---|
| | | "*Prove it to me*" | | |

- 9 -

Exhibit 79
- 381 -



TRUMP

*From Donald J. Trump*

*Special Invitation*

*Build Your Future In Real Estate*

# Event Locations, Dates, and Times

*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

| Monday, October 26, 2009 | Tuesday, October 27, 2009 | Wednesday, October 28, 2009 | Thursday, October 29, 2009 |
|---|---|---|---|
| 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM |
| **Norwalk Marriott** | **Hyatt Regency Orange County** | **Newport Beach Marriott Hotel and Spa** | **St. Regis Monarch Beach** |
| 1311 Sycamore Drive | 11999 Harbor Boulevard | 900 Newport Center Drive | One Monarch Beach Resort |
| Norwalk, CA | Garden Grove, CA | Newport Beach, CA | Dana Point, CA |

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today**!

888-878-6709 • TrumpULive.com

TU 25206

Exhibit 79
- 382 -

Dear Friend:

You may never have another opportunity this big or this life-changing as long as you live. In fact, this may be the single best moment to get into real estate investing. *Ever.*

But before you jump in, I want to give you the benefit of my experience – to show you what to do and *not do* in this fast-changing market, and how to use it to turbo charge your earning power.

As I write, three key factors are converging to create *the* optimum environment for getting seriously rich in real estate – *IF* you jump in before everyone else figures it out:

1. **U.S. housing prices have sunk at the fastest rate in 2 decades** – people are desperate to sell and they're slashing prices so you can buy on the cheap.
2. **Housing inventories are at a 24-year high** – the market's flooded and even great property can't move fast enough.
3. **Interest rates haven't been this low in over 40 years** – which means you can fund your investments for considerably less.

All this adds up to the **best prices** and **lowest carrying costs** on **your pick of high quality real estate**.

It doesn't get any better than this. But I would advise that, before you try to profit in real estate on your own, you get a plan, have an airtight strategy and learn from the best.

Come to my *free* class. In just 90 minutes, my hand-picked instructors will share my techniques, which took my entire career to develop. Then, just copy exactly what I've done and get rich.

The free class will give you 7 takeaways from my top-tier instructors, trained in my every investment strategy. You can actually start using your new-found knowledge right away to profit.

For example, you'll learn how you can:
• Build wealth faster and easier with real estate investing than via any other means.
• Profit from today's real estate market with little or no money.
• Make money while actually saving others from financial ruin.

Look, you've already got a pair of tickets in hand to a free class right in your area. You just need to reserve your spot. Typically, seats get snapped up within 1-2 days, so pick up the phone and call **1-888-TRUMP-09** (1-888-878-6709) or RSVP at **www.TrumpULive.com**.

Remember, you can still make a killing in real estate. I hope we'll see you in your free class so you learn to do it right.

Sincerely,

Donald Trump

REGISTER NOW – Call Toll-Free: 1-888-TRUMP-09 (1-888-878-6709)
Or register online at www.TrumpULive.com

**PS-Attendees receive a FREE** *Secrets of Real Estate Marketing* **CD-Rom—a $129 value—plus a bonus class on probate investing.**

TU 25207

Exhibit 79
- 383 -

## ADMIT ONE GUEST

## ADMIT ONE VIP TICKET

## ADMIT ONE: VIP TICKET

**FREE WORKSHOP**
Bring and present this complimentary ticket to the training class.

CALL 888-878-6709
To reserve your seat and confirm your reservation

# TRUMP



## ADMIT ONE: GUEST

**FREE WORKSHOP**
Bring and present this complimentary ticket to the training class.

CALL 888-878-6709
To reserve your seat and confirm your reservation

# TRUMP





0  8123123 0 0123124  5



0  8123123 0 0123123  4

TU 25208

Exhibit 79
- 384 -

# TRUMP

**Norwalk Marriott**
1311 Sycamore Drive • Norwalk, CA • Monday, October 26, 2009 • 1:00 PM and 7:00 PM

**Hyatt Regency Orange County**
11999 Harbor Boulevard • Garden Grove, CA • Tuesday, October 27, 2009 • 1:00 PM and 7:00 PM

**Newport Beach Marriott Hotel and Spa**
900 Newport Center Drive • Newport Beach, CA • Wednesday, October 28, 2009 • 1:00 PM and 7:00 PM

**St. Regis Monarch Beach**
One Monarch Beach Resort • Dana Point, CA • Thursday, October 29, 2009 • 1:00 PM and 7:00 PM

# TRUMP

**Norwalk Marriott**
1311 Sycamore Drive • Norwalk, CA • Monday, October 26, 2009 • 1:00 PM and 7:00 PM

**Hyatt Regency Orange County**
11999 Harbor Boulevard • Garden Grove, CA • Tuesday, October 27, 2009 • 1:00 PM and 7:00 PM

**Newport Beach Marriott Hotel and Spa**
900 Newport Center Drive • Newport Beach, CA • Wednesday, October 28, 2009 • 1:00 PM and 7:00 PM

**St. Regis Monarch Beach**
One Monarch Beach Resort • Dana Point, CA • Thursday, October 29, 2009 • 1:00 PM and 7:00 PM

TU 25209

Exhibit 79
- 385 -



TRUMP

*From Donald J. Trump*

*Special Invitation*

*Build Your Future In Real Estate*

## Event Locations, Dates, and Times

*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

| Monday, November 9, 2009 | Tuesday, November 10, 2009 | Wednesday, November 11, 2009 |
|---|---|---|
| 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM | 1:00 PM and 7:00 PM |
| **Red Lion Hotel Redding** | **Holiday Inn Chico** | **Holiday Inn Redding** |
| 1830 Hilltop Drive | 685 Manzanita Court | 1900 Hilltop Drive |
| Redding, CA | Chico, CA | Redding, CA |

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today**!

888-878-6709 • TrumpULive.com

TU 25234

Exhibit 79
- 386 -

Dear Friend,

What would your life be like *now* if you had invested in real estate during the buyer's market of the 1990s?

Smart people who *did* buy investment properties then, now enjoy a life that most only dream about ... monthly positive cash flow ... passive income ... the freedom to work less or even quit their jobs forever. **Many of those investors are now multimillionaires.**

But you don't have to wonder, what if ... because right now, you have the opportunity *to build your wealth*. You can profit from the largest buyer's market in history. **Many new millionaires will emerge on the other side of this crisis.** I'm advising people to buy—but not blindly.

That's why I'm sharing my proprietary "Blueprint For Real Estate Success" ... knowledge that can **empower *you* to be the one who wins in this downturn.** You've seen other real estate courses offered by so-called experts. But no course offers the same depth of insight, experience, and support as the one bearing my name, the one from Trump U.

Learn more about **building wealth and creating financial freedom now** at a **FREE Trump U Workshop.** Secure your reservation—for you and a guest—to attend the upcoming workshop in your area. Call 1-888-878-6709 or log onto www.TrumpULive.com.

My hand-picked instructors and mentors will show you how to use real estate strategies to:

- Supplement or even replace your income
- Secure your long term financial future
- Find targeted leads in your neighborhood
- Negotiate win-win deals
- Work less and achieve your dreams
- Start profiting today!

*Now* is the time to create your financial legacy. *You can do it,* even if you only have five or ten hours a week to spare. With our simple instructions and practice exercises—and ongoing support from your own Team Of Trump Experts—you'll have what you need to succeed!

**You don't want to ask yourself—10 years from now—why you didn't invest in the historic buyer's market of 2009!**

Learn more about **BUILDING WEALTH and CREATING FINANCIAL FREEDOM NOW** at a **FREE Trump U Workshop.** Secure your reservation—for you and a guest—to attend the upcoming workshop in your area. Call 1-888-878-6709 or log onto www.TrumpULive.com.

Donald J. Trump

P.S. The first 100 attendees will receive **a FREE copy of my blockbuster CD,** *Secrets of Real Estate Marketing* ... **a $129** **value!**

TU 25235

Exhibit 79
- 387 -



ADMIT ONE
GUEST

ADMIT ONE
VIP TICKET

ADMIT ONE: VIP TICKET

**FREE WORKSHOP**
Bring and present this complimentary ticket to the training class.



**TRUMP**

CALL 888-878-6709

To reserve your seat and confirm your reservation

ADMIT ONE: GUEST

**FREE WORKSHOP**
Bring and present this complimentary ticket to the training class.



**TRUMP**

CALL 888-878-6709

To reserve your seat and confirm your reservation



0  8123123 0 0123124  5



0  8123123 0 0123123  4

TU 25236

Exhibit 79
- 388 -

# TRUMP

**Red Lion Hotel Redding**
1830 Hilltop Drive • Redding, CA • Monday, November 9, 2009 • 1:00 PM and 7:00 PM

**Holiday Inn Chico**
685 Manzanita Court • Chico, CA • Tuesday, November 10, 2009 • 1:00 PM and 7:00 PM

**Holiday Inn Redding**
1900 Hilltop Drive • Redding, CA • Wednesday, November 11, 2009 • 1:00 PM and 7:00 PM



# TRUMP

**Red Lion Hotel Redding**
1830 Hilltop Drive • Redding, CA • Monday, November 9, 2009 • 1:00 PM and 7:00 PM

**Holiday Inn Chico**
685 Manzanita Court • Chico, CA • Tuesday, November 10, 2009 • 1:00 PM and 7:00 PM

**Holiday Inn Redding**
1900 Hilltop Drive • Redding, CA • Wednesday, November 11, 2009 • 1:00 PM and 7:00 PM

TU 25237

Exhibit 79
- 389 -



TRUMP

*From Donald J. Trump*

*Special Invitation*

# Event Locations, Dates, and Times



Monday, August 17, 2009
1:00 PM and 7:00 PM
**The Coeur d'Alene Resort**
115 South 2nd Street
Coeur d'Alene, ID 83814

Tuesday, August 18, 2009
1:00 PM and 7:00 PM
**Doubletree Hotel Spokane-City Center**
322 North Spokane Falls Court
Spokane, WA 99201

*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today**!

888-878-6709 • TrumpULive.com



TU 25238

Exhibit 79
- 390 -

Dear Friend:

You may never have another opportunity this big or this life-changing as long as you live. In fact, this may be the single best moment to get into real estate investing. *Ever.*

But before you jump in, I want to give you the benefit of my experience – to show you what to do and *not do* in this fast-changing market, and how to use it to turbo charge your earning power.

As I write, three key factors are converging to create *the* optimum environment for getting seriously rich in real estate – *IF* you jump in before everyone else figures it out:

1. **U.S. housing prices have sunk at the fastest rate in 2 decades** – people are desperate to sell and they're slashing prices so you can buy on the cheap.
2. **Housing inventories are at a 24-year high** – the market's flooded and even great property can't move fast enough.
3. **Interest rates haven't been this low in over 40 years** – which means you can fund your investments for considerably less.

All this adds up to the **best prices** and **lowest carrying costs** on **your pick of high quality real estate**.

It doesn't get any better than this. But I would advise that, before you try to profit in real estate on your own, you get a plan, have an airtight strategy and learn from the best.

Come to my **free** class. In just 90 minutes, my hand-picked instructors will share my techniques, which took my entire career to develop. Then, just copy exactly what I've done and get rich.

The free class will give you 7 takeaways from my top-tier instructors, trained in my every investment strategy. You can actually start using your new-found knowledge right away to profit.

For example, you'll learn how you can:
• Build wealth faster and easier with real estate investing than via any other means.
• Profit from today's real estate market with little or no money.
• Make money while actually saving others from financial ruin.

Look, you've already got a pair of tickets in hand to a free class right in your area. You just need to reserve your spot. Typically, seats get snapped up within 1-2 days, so pick up the phone and call **1-888-TRUMP-09** (1-888-878-6709) or RSVP at **www.TrumpUniversityLive.com**.

Remember, you can still make a killing in real estate. I hope we'll see you in your free class so you learn to do it right.

Sincerely,

Donald Trump

REGISTER NOW – Call Toll-Free: 1-888-TRUMP-09 (1-888-878-6709)
Or register online at www.TrumpUniversityLive.com

TU 25239

Exhibit 79
- 391 -



**TRUMP**

*From Donald J. Trump*

*Special Invitation*

# Event Locations, Dates, and Times



| Monday, June 15, 2009 | Tuesday, June 16, 2009 | Wednesday, June 17, 2009 |
|---|---|---|
| 1:00 PM and 6:30 PM | 1:00 PM and 6:30 PM | 1:00 PM and 6:30 PM |
| **The Saratoga Hilton** | **GE Theatre at Proctors** | **Albany Marriott** |
| 534 Broadway | 432 State Street | 189 Wolf Road |
| Saratoga Springs, NY 12866 | Schenectady, NY 12305 | Albany, NY 12205 |

*Registration is 30 minutes prior to start of classes. Classes begin promptly at the scheduled time.*

Call or go online to accept your **complimentary** invitation.
Seating is limited. To guarantee a place **call or log on today**!

## 888-878-6709 • TrumpULive.com



Dear Friend,

How would you like to market-proof your financial future?

An extraordinary window of opportunity—that could very well improve your financial future—is now open for business. But history tells us it will not stay open forever! What am I referring to? **The largest real estate liquidation in history.** Banks are selling foreclosed properties for pennies on the dollar…home prices are dropping through the floor…interest rates are historically low…and there are record high inventories.

When the real estate bubble was building, I told people not to buy—but many did not listen—and unfortunately they are now paying the price. In today's market, I'm telling people to buy, buy, buy—I'd like to make sure you're one of them!

> Please accept my invitation—for you and a guest—to a powerful wealth-building workshop that will demonstrate specific, proven and profitable strategies that you can use right away to score big profits within these current market conditions.

Today's so-called economic meltdown and credit crunch have politicians, traders and bankers scrambling for answers. They've got bailouts and rescue packages, but **who's helping you**? I will. There is no question in my mind I can turn you into a successful real estate investor. I've done it many times and I'll continue to do it for as long as there are interested people like you who want to **better their life, quit their job and be set for life**!

One of my world-class instructors from Trump University will be in your area and will teach you the specifics on how to profit from today's real estate market. You will learn how to:

✓ Conquer your fear of getting started by following my proven Real Estate System!
✓ Find income producing properties in your area—30-70% below market value!
✓ Fund your investments without using your own money!

I have enclosed two complimentary VIP tickets to give you and a guest the chance to learn how to create wealth the Trump Way. I encourage you to attend and to act quickly as seating is limited. To confirm your reservation you must call 1-888-878-6709 or log onto www.TrumpULive.com.

Donald J. Trump

P.S. As a special bonus, I am giving every attendee a FREE copy of my blockbuster Catch the Wave CD—a $50 value!



*Register Now for Our New November 2009 Workshop!*

# The time to invest in California real estate is *NOW!*

Learn from Donald Trump's handpicked experts how you can profit from the largest real estate liquidation in history. Attend our **FREE investor workshop!**

He's the most celebrated entrepreneur on earth. He's earned more in a day than most people do in a lifetime. He's living a life many men and women only dream about. And now he's ready to share—with Americans like you—the Trump process for investing in today's once-in-a-lifetime real estate market.

Come to this **FREE introductory class** and you'll learn from Donald Trump's handpicked instructors a systematic method for investing in real estate that anyone can use effectively. You'll learn foreclosure investing from the inside out. You'll learn how to finance your deals using other people's money. You'll learn how to overcome your fear of getting started.

**" I can turn anyone into a successful real estate investor, including you. "**
**– Donald Trump**

Today's financial crisis and credit crunch has politicians and bankers scrambling for answers. They've got bailouts and rescue packages **but who's helping you?** We'll help you by teaching you how to **profit from the billion dollar bailouts** that have opened the door for unprecedented investment opportunities.

With home prices dropping through the floor, historically low interest rates, and record high inventories, **2009 is the "perfect storm" for real estate investors** of every income and experience level. But you need to approach this with the kind of proven expertise contained in Donald Trump's powerful techniques and strategies.

## Cash in on the Greatest Property Liquidation in History!
### *Discover how to …*

✓ Buy real estate from banks—at up to 70% below market value!
✓ Finance your deals creatively in today's tight credit market!
✓ Buy the right properties at the right time—and know when to sell!
✓ Secure your retirement by generating passive income!
✓ Invest in real estate through your IRA—tax free!
✓ Find pre-foreclosures in your area!

**" Within nine months, I bought a home for $214,000 and sold it for $420,000, a $200,000 profit. "**
**— David T.**
**Union City, California**
Personal Results. Results not typical



Attendees receive a **FREE** *Secrets of Real Estate Marketing* CD-Rom—a $129 value— plus a bonus class on probate investing!

## 3 DAYS ONLY!
**Act Now!  Space is limited, reserve your seat today at TrumpUniversityCA.com or call 888-TRUMP-14 (888-878-6714).**

| **MONDAY** | **TUESDAY** | **WEDNESDAY** |
|---|---|---|
| November 9th | November 10th | November 11th |
| 1:00 PM & 7:00 PM | 1:00 PM & 7:00 PM | 1:00 PM & 7:00 PM |
| **Red Lion Hotel Redding** | **Holiday Inn Chico** | **Holiday Inn Redding** |
| 1830 Hilltop Drive Redding, CA | 685 Manzanita Court Chico, CA | 1900 Hilltop Drive Redding, CA |



TRUMP UNIVERSITY

Registration begins 30 minutes prior to start of classes. Classes begin promptly at the scheduled time. Donald Trump will not appear at the event.

TU 25554

Exhibit 79
- 394 -



# Learn from the **Master.**

**Let Trump Experts teach you the master strategies from one of the world's most successful, and most admired, real estate investors**

## Attend a FREE Trump Real Estate Workshop and Learn How to:

- Buy Bank-Owned Properties at deep discounts.
- Invest for long-term gains, positive cash flows, and passive income.
- Generate quick cash with buy-and-flip deals.
- Get creative financing to invest without risk.
- Locate buyers and investors to create recession-proof income.
- Analyze deals, make offers, and negotiate like a professional.
- Identify profitable investments right in YOUR neighborhood.

"I can turn *anyone* into a successful real estate investor."



— *Donald J. Trump*
Founder,
Trump University

### FREE GIFT
#### WHEN YOU ATTEND
*Secrets of Real Estate Marketing*
Yours FREE on CD!





**Prices in California will never be this low again!**

**Last chance this year in the Palm Springs area! Make a change for next year today!**

Space is limited, reserve your seat NOW!

| Sunday, November 22nd | Monday, November 23rd | Tuesday, November 24th |
|---|---|---|
| 1:00 p.m. and 7:00 p.m. | 1:00 p.m. and 7:00 p.m. | 9:00 a.m. and 1:00 p.m. |
| **Hyatt Regency Suites Palm Springs** | **Rancho Las Palmas Resort and Spa** | **Embassy Suites La Quinta – Hotel and Spa** |
| 285 North Palm Canyon Drive Palm Springs, CA | 41-000 Bob Hope Drive Rancho Mirage, CA | 50-777 Santa Rosa Plaza La Quinta, CA |

Call or Go Online Today to Register:

# 888-TRUMP-14 (888-878-6714)
# TrumpUniversityCA.com



TRUMP
UNIVERSITY

TU 25642

Exhibit 79
- 395 -