# EXHIBIT 83

Exhibit 83
- 441 -

EXHIBIT 4
WIT: Donnelly
DATE: 11-2-12
Micheal A. Johnson, CSR, CRR



# TRUMP UNIVERSITY
## Marketing Guidelines

TU-DONNELLY0000001

Exhibit 83
- 442 -



The purpose of this document is to define and establish Trump University's branding strategy across all communication mediums both in visual and copy form. The strategy in this document should be used as a reference when marketing Trump University, as well as our products and services both to the press and the general public.

TU-DONNELLY0000002

Exhibit 83
- 443 -



TU-DONNELLY0000003

Exhibit 83
- 444 -

# Visual Guidelines

The following pages outline how

to use Trump University's logos

and other visual elements for print,

online marketing, advertising, and

promotional materials for TrumpU.

Strict compliance by our Stategic

Partners, Third-Party Vendors and

Freelance Professionals is required.

TU-DONNELLY0000004

Exhibit 83
- 445 -

# 4-Color Logo - Version 1



**Version 1 - Logo with Tagline**
Always have 1/4 inch minimum of equal white space on all sides.



**Version 1 - Logo with Tagline on Colored Background**
Always have 1/4 inch minimum of equal white space on all sides.
Version 1 should only be used on light colored backgrounds.

**Tagline Color -** 30% Cyan, 100% Magenta, 85% Yellow, 37% Black    

 **TRUMP** UNIVERSITY         WWW.TRUMPUNIVERSITY.COM          © COPYRIGHT 2007
We Teach Success.

TU-DONNELLY0000005

Exhibit 83
- 446 -

# 4-Color Logo - Version 2



**Version 2 - Logo on 2 Lines**
Always have 1/4 inch minimum of equal white space on all sides.



**Version 2 - Logo on 2 Lines Reverse**
Always have 1/4 inch minimum of equal white space on all sides.



**The Shield**
The Trump University shield may be used on its own, ONLY in areas where the logo will not fit. (For Example: Binder, Book or CD/DVD Spines.) The complete logo MUST appear somewhere on the document.

 **TRUMP UNIVERSITY** We Teach Success.  WWW.TRUMPUNIVERSITY.COM  © COPYRIGHT 2007

TU-DONNELLY0000006

Exhibit 83
- 447 -

# 1-Color Logo - Black



**Version 2 - Logo on 2 Lines**
Always have 1/4 inch minimum of equal white space on all sides.



**Version 2 - Logo on 2 Lines Reverse**
Always have 1/4 inch minimum of equal white space on all sides.



**The Shield**
The Trump University shield may be used on its own, ONLY in areas where the logo will not fit. (For Example: Binder, Book or CD/DVD Spines.) The complete logo MUST appear somewhere on the document.

 TRUMP UNIVERSITY
We Teach Success.          WWW.TRUMPUNIVERSITY.COM          © COPYRIGHT 2007

TU-DONNELLY0000007

Exhibit 83
- 448 -

# 4-Color Logo - Version 3









**Version 3 - Logo Stacked**
Always have 1/4 inch minimum of equal white space on all sides.

 TRUMP UNIVERSITY
We Teach Success.          WWW.TRUMPUNIVERSITY.COM                © COPYRIGHT 2007

TU-DONNELLY0000008

Exhibit 83
- 449 -





**Version 1 - Logo with Tagline**
Use this version in all cases where large horizontal space is available.





**Version 2 - Logo on 2 Lines**
Use this version in all cases where horizontal space is limited but vertical space is available.







   WWW.TRUMPUNIVERSITY.COM   © COPYRIGHT 2007

TU-DONNELLY0000009

Exhibit 83
- 450 -

# Trump University Logo Usage



**Version 3 - Logo Stacked**
Use this version in all cases where horizontal space is limited but vertical space is available.









 TRUMP UNIVERSITY
We Teach Success.          WWW.TRUMPUNIVERSITY.COM          © COPYRIGHT 2007

TU-DONNELLY0000010

Exhibit 83
- 451 -

## TrumpU Logo Usage

# TRUMPU

Example 1



Example 2



 TRUMP UNIVERSITY
We Teach Success.

WWW.TRUMPUNIVERSITY.COM

© COPYRIGHT 2007

TU-DONNELLY0000011

Exhibit 83
- 452 -

# Font Usage & URL Treatment

## TRAJAN PRO BOLD
## WWW.TRUMPUNIVERSITY.COM

## Frutiger Black
## www.TrumpUniversity.com

When writing the Trump University URL, the T in Trump and the U in Unversity must always be capitalized with no spaces; proceeded by www. and followd by .com, all lower case. See above.

---

## TRAJAN PRO
## Frutiger Bold - *Bold Italic*
## Frutiger Roman - *Italic*
## Frutiger Light - *Italic*

## Verdana Bold - *Bold Italic*
## Verdana - *Italic*

Limit fonts to ONLY the Trajan Pro and Frutiger families for Print and Verdana for Web. Text should be aligned flush left, NEVER centered.

 TRUMP UNIVERSITY
We Teach Success.

WWW.TRUMPUNIVERSITY.COM          © COPYRIGHT 2007

TU-DONNELLY0000012

Exhibit 83
- 453 -

# Donald J. Trump Approved Photographs








 **TRUMP UNIVERSITY**
We Teach Success.

WWW.TRUMPUNIVERSITY.COM

© COPYRIGHT 2007

TU-DONNELLY0000013

Exhibit 83
- 454 -

# Copy Guidelines

The goal of our copy guidelines

is to ensure brand, tone and

message consistency across all

Trump University's marketing

efforts. If you are uncertain about

messaging or copy approach, please

do not hesitate to direct those

questions to The Trump University

Marketing Department.

TU-DONNELLY0000014

Exhibit 83
- 455 -

**About Trump University**

Trump University is not your typical learning institute and it does not yield typical results for its members either. But with a man like Donald Trump behind it, how could Trump University not help you produce anything other than exceptional results? Since 2005, Trump University has been helping people achieve the privileged lives they've always dreamed about, and we will help you too. We guarantee it. This is not a guarantee we take lightly. We realize that Trump University can only reach its goal of being "the best" unless our members achieve their goals.

**Tagline**

We Teach Success.

**Mission Statement**

Trump University's mission is to provide educational programs and tools to help our clients achieve financial independence. Our success is measured by the results that our clients achieve applying what they have learned from us in the real world.

**Trump University's Products and Services**

- The Marketing Mastery Program and The Entrepreneurship Mastery Program are referred to as "programs" or "comprehensive programs." They are not courses or classes.

- We offer real estate investor training via Trump University's School of Real Estate (we customize/personalize the right real estate investor training program for our members).

- Coaching is only referred to as coaching, never mentoring, or mentorship.

- We offer audio and online courses—some are instructor led, some are not.

- Retreats--2-3 day onsite training experiences with a top expert in the field.

- Seminars--1 or ½ day FREE learning events with a top expert in the field.

- Workshops—exclusive, members-only, 3 day training events with top experts in the field.

- Books

- Webinars—hour online and over the phone presentations led by a top expert in the field. Includes Q&A with participants.

 TRUMP UNIVERSITY
We Teach Success.                    WWW.TRUMPUNIVERSITY.COM                    © COPYRIGHT 2007

TU-DONNELLY0000015

Exhibit 83
- 456 -

**The Trump University Community**

- Staff
- Faculty
- Instructors
- Program Directors (Trump University's Admissions Department)
- Consultants (Trump University's Admissions Department)
- Real Estate Experts
- Successful Entrepreneurs
- Business Investors

**Members**

We always refer to our members as members.

**Donald J. Trump**

- The first time you mention Mr. Trump in your copy, spell out his FULL name with initial. After that, you may use Donald Trump.

- Never refer to Mr. Trump as "The Donald."

- Never use Mr. Trump to sell. You may quote him, but don't use him as a "pitch man."

- Only used approved Trump quotes by Trump University.

- Emails should only come from Trump University.

**Catch Phrases/Buzz Words**

| | |
|---|---|
| Learn by doing | Practical |
| Tactical | Hands on approach |
| Immersive | We'll show you how |
| Real world education for the real world | Take action |
| Learn. Act. Succeed. | You can do this |
| Success | Goals |
| Financial freedom | Financial independence |
| Ivy League quality | Thriving community of members |
| Easy | Simple |
| Fast | |

 TRUMP UNIVERSITY
We Teach Success.

www.TrumpUniversity.com         © Copyright 2007

TU-DONNELLY0000016

Exhibit 83
- 457 -

**Tone**

- Elitist

- Relevant

- Tough

- Respectful

- Confident

- Make TrumpU sound easy

- Always sell from a position of strength

- Think of Trump University as a real University, with a real Admissions process—i.e., not everyone who applies, is accepted

- Trump University is not about get rich quick schemes

- We are passionate about helping people achieve their vision of financial independence

- We are only as good as the results are members achieve

- We are with our members every step of the way (encouraging, supportive and full of guidance, experience and wisdom)

- Trump University is all about community

- Make copy very you-focused (it's always about them, not us)

- Focus on results

- Focus on the benefits of having Trump University on your side

**Usage of Trump University**

Always use Trump University whenever possible. However, if there are times in copy where TrumpU reads better, you may abbreviate. But never use TrumpU in a headline or sub-header, only in the meat of your copy. Example: (Header) Trump University is Your Portal to Riches (Meat Copy): TrumpU members are taking action and succeeding.

**Call to Actions**

Let's avoid "buy now." (We are selling education, not a set of steak knives.)

| Use terminology such as: | Enroll | Register | Apply |
|---|---|---|---|
| | Sign Up | Attend | Learn More |
| | Get Started | Start Now | Take Action |



TRUMP UNIVERSITY
We Teach Success.

WWW.TRUMPUNIVERSITY.COM

© COPYRIGHT 2007

TU-DONNELLY0000017

Exhibit 83
- 458 -

# IACET Logo and Statements

**Use of Authorized Provider Logo**

Authorized Providers are encouraged to use the Authorized Provider logo and/or the CEU logo on their continuing education/training marketing or promotional materials for those units or programs of the organization that are authorized. Each provider will be given camera-ready copies of the logos for their use. Logos are also available as an electronic file. Use of the logos requires an accompanying statement (see next section).

 

**Approved Statements to be used by Authorized Providers**

Upon approval, the provider will be assigned the most appropriate of the following statements for use on their promotional materials. The statement must be used when the logo is used.

**When approval is granted for the entire organization:**

"The (organization) has been reviewed and approved as an Authorized Provider by the International Association for Continuing Education and Training (IACET), 8405 Greensboro Drive, Suite 800, McLean, VA   22102-5120. The (organization) has awarded (specific number) of CEUs to participants who successfully complete this program."

**When approval is granted for one unit of an organization:**

"The (unit) of (organization) has been reviewed and approved as an Authorized Provider by the International Association for Continuing Education and Training (IACET), 8405 Greensboro Drive, Suite 800, McLean, VA   22102-5120. The (organization) has awarded (specific number) of CEUs to participants who successfully complete this program."

 TRUMP UNIVERSITY
We Teach Success.                    WWW.TRUMPUNIVERSITY.COM                    © COPYRIGHT 2007

TU-DONNELLY0000018

Exhibit 83
  -  459  -

# Disclaimer/Legal Notice

While all attempts have been made to verify information provided in this publication, neither the Authors nor the Publisher assumes any responsibility for errors, inaccuracies or omissions. Any slights of people or organizations are unintentional.

This publication is not intended for use as a source of legal or accounting advice. The publisher wants to stress that the information contained herein may be subject to varying state and/or local laws and regulations. All users are advised to retain competent counsel to determine what state and/or local laws or regulations may apply to the user's particular business.

The purchaser or reader of this publication assumes responsibility for the use of these materials and information. Adherence to all applicable laws and regulations, both federal and state and local, governing professional licensing, is the sole responsibility of the purchaser or reader. The Authors and Publisher assume no responsibility or liability whatsoever on behalf of any purchaser or reader of these materials.

Real Estate investing, just like any other business, does contain risk. Real estate investors can both make and lose money on any given transaction. Like the stock market, poor decisions may result in the loss of all or part of an individual's working capital. Caution should always be used.

The Authors and Publishers are not giving any legal advice, nor functioning in any capacity as an attorney in this work. If legal or financial advice is needed, always consult a competent professional.

Foreclosure investing involves additional risk. You should seek the help of a competent attorney or professional for advice.

California has unique real estate laws. California investors should seek the help of a competent professional before undertaking any investing.

The information contained within the "Insert Name of Document" manual is protected under copyright laws of the United States. The material within this manual cannot be produced, copied, or redistributed without advanced express written permission of Trump University.

© Copyright 2007

Trump University
40 Wall Street, 32nd Floor
New York, New York 10005
Phone: 212.248.1800
Fax: 212.248.0782
www.TrumpUniversity.com





 **TRUMP UNIVERSITY**
We Teach Success.

40 Wall Street, 32nd Floor
New York, NY 10005
www.TrumpUniversity.com

TU-DONNELLY0000020

Exhibit 83
- 461 -

# EXHIBIT 92

[intentionally omitted]

Exhibit 92
- 653 -

# EXHIBIT 93

Exhibit 93
- 654 -

ZELDES & HAEGGQUIST, LLP

1  ZELDES & HAEGGQUIST, LLP
   AMBER L. ECK (177882)
2  HELEN I. ZELDES (220051)
   ALREEN HAEGGQUIST (221858)
3  AARON M. OLSEN (259923)
   625 Broadway, Suite 906
4  San Diego, CA 92101
   Telephone:  (619) 342-8000
5  Facsimile:  (619) 342-7878
   ambere@zhlaw.com
6  helenz@zhlaw.com
   alreenh@zhlaw.com
7  aarono@zhlaw.com

8  ROBBINS GELLER RUDMAN
    & DOWD LLP
9  RACHEL L. JENSEN (211456)
   THOMAS R. MERRICK (177987)
10 655 West Broadway, Suite 1900
   San Diego, CA  92101
11 Telephone:  (619) 231-1058
   Facsimile:  (619) 231-7423
12 rjensen@rgrdlaw.com
   tmerrick@rgrdlaw.com
13
   Attorneys for Plaintiffs and the Proposed Class
14

15              UNITED STATES DISTRICT COURT

16            SOUTHERN DISTRICT OF CALIFORNIA

17 | TARLA MAKAEFF, et al., on Behalf of | Case No.:   3:10-CV-00940-GPC(WVG)
   | Themselves and All Others Similarly |
18 | Situated, | CLASS ACTION
   |  |
19 |        Plaintiffs, | SUPPLEMENTAL DECLARATION OF
   |  | TARLA MAKAEFF IN SUPPORT OF
20 |         vs. | PLAINTIFFS' MOTION FOR CLASS
   |  | CERTIFICATION
21 | TRUMP UNIVERSITY, LLC, et al., |
   |  | Date:   June 28, 2013
22 |        Defendants. | Time:   1:30 p.m.
   |  | Ctrm:  9, 2nd Floor
23 |  | Judge: Honorable Gonzalo P. Curiel

24

25

26

27

28

Exhibit 93
- 655 -

I, Tarla Makaeff, hereby declare as follows:

1.      I am a plaintiff in the action entitled *Makaeff v. Trump University, LLC*, No. 3:10-CV-00940-GPC(WVG), filed in the U.S. District Court for the Southern District of California.  I am a resident of Los Angeles, California.  If called to testify, I could and would competently testify thereto to all facts within my personal knowledge.   I submit this declaration to supplement my previous declaration that I submitted in September 2012 in connection with this case.

2.      In early August 2008, I was introduced to Trump University through a friend, Duyen Nguyen, who attended the free introductory seminar and was encouraged to bring a guest to the three-day Trump University "Fast Track to Foreclosure Training" for approximately $1,495.  I was drawn to attend the 3-day seminar with Ms. Nguyen because of the "Trump University" name, and thought I would learn Donald Trump's real estate secrets at a legitimate academic institution.  Based on what Ms. Nguyen saw and heard in the 90-minute seminar, and told me would be provided in the three-day $1,500 seminar, and the fact that the seminar had Donald Trump's name, reputation, and credibility behind it, I agreed to pay half of the $1,500 price to attend the seminar with Ms. Nguyen.

3.      Based on the representations made, and the materials presented at the end of the three-day $1,500 seminar (which were made by a separate PowerPoint presentation to upsell students), I agreed to pay for the $35,000 Trump University Elite program.

4.      I have reviewed the declaration that Troy Petersen submitted in connection with defendants' opposition to plaintiffs' class certification motion.  In regard to his background, although Peterson represented himself to Trump University students as a millionaire, after a couple of phone calls, Peterson himself told me that at one point he had gone bankrupt and been homeless, and in fact acknowledges on his LinkedIn profile that he was "homeless and lived in a tent at the age of 20."

5.      I believe I stopped communicating with Peterson after I found out that I was being investigated by the District Attorney's Office for posting bandit signs as I was taught to do by Trump University.  I faced a possibility of criminal violations of 6 months of jail time

ZELDES & HAEGGQUIST, LLP

1           No. 3:10-CV-00940-GPC(WVG)

Exhibit 93
- 656 -

and a misdemeanor per offense (sign) and penalties of $1,000 per offense (sign) up to $1 million in fines.  I was required to retain and pay for a criminal defense attorney in order to resolve the criminal investigation, and my criminal attorney advised me to stop contacting Trump University representatives until the criminal matter was concluded.

6.  In regard to Peterson's contention that I did not previously return his phone calls, this is not true.  We did, however, sometimes play "phone tag," in that I would miss his calls or he would miss my calls.  For example, On April 13, 2009, Paul Reisner sent me an email apologizing for Peterson not calling the previous week as planned, that Peterson finally was caught up, and that Peterson would contact me that morning. That same day, I called Peterson and, instead of calling me back, he emailed me stating that he was sorry he missed my call. On April 14, 2009, I replied to Peterson's email, explained to him that I had just received it because it had been delivered to my junk folder, and asked him to please call me, suggesting a specific time on April 15, 2009, as I was unavailable to talk on April 14, 2009. Instead, Peterson called, then e-mailed me back on April 14, 2009 writing: "Sorry I missed you again.  Sounds like you are busy too.  That is a good thing."

7.  In regard to Peterson's contention that I got "mad" at him at a Trump University event, that is not true.  My only interaction with Peterson at the event was a five-minute conversation in which I asked him a question.

8.  In regard to the Defendants' reference on page 7 of their brief to the evaluations I submitted right after my classes, I paid $35,000 in August 2008 for a one-year mentorship ending in August 2009.  When I made these comments in September and October 2008, I believed that I would get the mentoring I was promised over the course of the year.  Also, there was no anonymity or privacy to the surveys.  To the contrary, the mentors oversaw the surveys in person.  I did submit negative and critical reviews of Trump University when I was allowed to submit the reviews anonymously.

9.  In regard to the videotape recording of me that Defendants reference on page 7 of their brief, their statement that I "gave a videotaped testimonial for TU" is misleading. First, it implies that I volunteered to make a video, when in fact, I merely had a video camera

ZELDES & HAEGGQUIST, LLP

No. 3:10-CV-00940-GPC(WVG)

Exhibit 93
- 657 -

To: 16193427878  From: 13102153502  Date: 02/01/13  Time: 9:25 AM Page: 01
Feb 01 13 09:55a    Tarla Makaeff                    949 387 6064        p.1

01/30/2013  20:28  6192393247              RGRDLAW              PAGE  05/05

1  First, it implies that I volunteered to make a video, when in fact, I merely had a video camera

2  thrust in my face unexpectedly after a June 13, 2009 seminar.  I did not volunteer to give a

3  testimonial, nor was I even asked if I would be willing to give a testimonial.  Second, while I

4  said Troy Peterson and the speakers from the free seminar I attended were "awesome" and

5  "great," I explained that I had "just got started" working with Peterson, and I actually had little

6  experience with him as mentor.  I said those things because I wanted to be gracious and

7  wanted him and others to help me going forward.  I did not praise or endorse Trump

8  University.  Instead, as I felt it would be inappropriate to bash them on tape, I said generally

9  that "there's a lot of benefits of getting an education in real estate" and "it's a life skill that

10  everyone should have."  This is true, but Trump University never provided the real estate

11  education or mentorship that it had promised.

12      10.   I declare under penalty of perjury under the laws of the United States of

13  America that the foregoing is true and correct.

14      Executed this 21st day of January, 2013, at Los Angeles, California.

17                                      TARLA MAKAEFF

ZELDES & HAEGGQUIST, LLP

28

3                          No. 3:10-CV-00940-CAB(WVG)

Exhibit 93
- 658 -