ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>   vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                Defendants. | No. 3:10-cv-00940-GPC(WVG)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANTS' DECLARATIONS<br><br>JUDGE:  Hon. Gonzalo P. Curiel<br>DATE:   June 28, 2013<br>TIME:    1:30 p.m.<br>CTRM:  9 (Schwartz) |

810797_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2       PLEASE TAKE NOTICE that, on June 28, 2013 at 1:30 p.m., in Courtroom 9 of the above-entitled Court, located at 221 W. Broadway (Schwartz), San Diego, California, 92101, Plaintiffs John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed Oberkrom ("Plaintiffs"), by and through their undersigned attorneys, will and hereby do, move this Court for an order granting their Motion to Strike the Declaration of George Sorial, portions of the Declarations of Trump University current and former employees Michael Sexton, Mark Covais, Troy Peterson, and John Jamieson; and the Declarations of Amy Hinderer, Mette Nielsen, Paula Levand, Meena Mohan, Charles Lee, Jesus Castillo, Marla Colic, Kissy Gordon, Gregory Leishman, Stephen Nesbit, Paul R. Canup, Robert Mulack, Scott Talhelm, David Wright, Jr., filed in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel. *See* Dkt. No. 138-1, Exs. 1, 6, 14a-14n, 22a-22b, and 52.

       This motion is based on this Notice, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Rachel L. Jensen in Support of Plaintiffs' Reply in Support of Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel; Plaintiffs' Response to Defendants Objection to Plaintiffs' Proposed Trial Plan for Trial of Class Claims; Plaintiffs' Opposition to Defendants' Objection to Evidence in Plaintiffs' Motion for Class Certification; and Plaintiffs' Motion to Strike Defendants Declarations, Exhibits 67-137 attached thereto, Plaintiffs' reply submissions, Plaintiffs' Opposition to Defendants' Motion to Strike, and upon such other and further evidence and argument as may be presented to the Court at the time of the hearing.

DATED: February 1, 2013         ZELDES & HAEGGQUIST, LLP
                                AMBER L. ECK
                                HELEN I. ZELDES
                                ALREEN HAEGGQUIST
                                AARON M. OLSEN


                                _____s/ Amber L. Eck_____
                                AMBER L. ECK

|   |   |
|---|---|
| 1 |   |
| 2 | 625 Broadway, Suite 906<br>San Diego, CA  92101<br>Telephone:  619/342-8000 |
| 3 | 619/342-7878 (fax) |
| 4 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 5 | RACHEL L. JENSEN<br>THOMAS R. MERRICK |
| 6 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 7 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 8 |   |
| 9 | Attorneys for Plaintiffs and Proposed Class |

### ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated:  February 1, 2013                              By:   s/ Rachel L. Jensen
                                                                        Rachel L. Jensen

CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 1, 2013.

     s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)