UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tarla Makaeff, et al.,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>Trump University, LLC, et al.,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 10cv00940-GPC-WVG<br><br>ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>[DKT. NO. 193] |

Having reviewed Plaintiff's motion, and pursuant to Local Rule 79.2 and the Protective Order issued by the Court on November 17, 2011, (Dkt. No. 91), the Court hereby **GRANTS** Plaintiffs' request to file documents under seal. The following documents shall be filed **UNDER SEAL**: Certain portions of the Reply; and certain portions of Response to Defendants' Objection to Trial Plan; certain portions of the Motion to Strike, Exhibits 67, 72-73, 75-78, 82, 84-91, 96, 98-99, 103, 106, 108-109, 111-127, 131, 133-134, 136-137 to the Jensen Declaration; and certain portions of the Opposition to Objections. *See* Dkt. No. 193.

**SO ORDERED.**

DATED: February 11, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge