**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MAKAEFF v. TRUMP UNIVERSITY, LLC, *et al.*
No. 10-CV-0940-GPC (WVG)

HON. WILLIAM V. GALLO      CT. DEPUTY J. YAHL      RPTR.

Attorneys

Plaintiffs                                                                 Defendants

On February 22, 2013, at 4:00 p.m., a Discovery Hearing will be held before United States Magistrate Judge William V. Gallo, United States Courthouse, Courtroom IE, First Floor, 221 West Broadway, San Diego, California. Only counsel must participate and shall be present before the Court.

On February 13, 2013, counsel for all parties notified the Court of several discovery issues that the parties have been unable to resolve through meet and confer efforts. On or before February 20, 2013, the parties shall submit a Joint Statement to the Court which outlines the discovery issues and the parties' respective positions. The Joint Statement shall not exceed five (5) pages each, excluding exhibits.

IT IS SO ORDERED.
DATED: February 14, 2013

Hon. William V. Gallo
U.S. Magistrate Judge