David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535
Email:  dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive,<br><br>　　　　Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 CAB (WVG)<br><br>CLASS ACTION<br><br>DEFENDANTS' APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011<br><br><br>DATE: 6/28/13<br>TIME:  1:30 p.m.<br>CTRM: 2D |
|---|---|

　　　　Defendants Trump University, LLC and Donald J. Trump (collectively, "TU") hereby request permission to file under seal certain portions of: (1) Defendants' Opposition to Plaintiffs' Motion to Strike Defendants' Declarations; (2) Defendants' Memorandum of Points and Authorities in Support Of Motion to Strike and Objections to Improper Evidence and Argument in Plaintiffs' Class Certification Reply Papers: (3) Defendants' Reply Supporting Objections to Evidence in Plaintiffs' Motion for Class Certification; (4) Defendants' Reply Memorandum in Support of

1. Motion to Strike Declarations of Schnackenberg, Sommer, Nicholas And Donnelly; (5) Supplemental Declaration of David K. Schneider; and (6) Exhibits 123-137 and 139-149 to the Supplemental Declaration of David K. Schneider; pursuant to Local Rule 79.2 and the Protective Order entered on November 17, 2011.

Under the Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure. See Dkt. No. 91, Protective Order, ¶¶4, 7-9. Any information or material which has been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. See *id*. The documents TU seeks to file under seal have been designated "Confidential" by TU and/or Plaintiffs pursuant to the Protective Order or have not yet been so designated but counsel believes the evidence falls within the designated definition.

TU therefore request permission to file under seal certain portions of: (1) Defendants' Opposition to Plaintiffs' Motion to Strike Defendants' Declarations; (2) Defendants' Memorandum of Points and Authorities in Support of Motion to Strike and Objections to Improper Evidence and Argument in Plaintiffs' Class Certification Reply Papers; (3) Defendants' Reply Supporting Objections to Evidence in Plaintiffs' Motion for Class Certification; (4) Defendants' Reply Memorandum in Support of Motion to Strike Declarations of Schnackenberg, Sommer, Nicholas And Donnelly; (5) Supplemental Declaration of David K. Schneider; and (6) Exhibits 123-137 and 139-149 to the Supplemental Declaration of David K. Schneider. See Protective Order, ¶13.

Respectfully submitted,

Dated: April 26, 2013         YUNKER & SCHNEIDER

                              By:    /s/ David K. Schneider
                              Attorneys for Defendant
                              TRUMP UNIVERSITY, LLC
                              Email: dks@vslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 26, 2013.

      s/David K. Schneider
      DAVID K. SCHNEIDER

YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, CA  92101
Tel:     (619) 233-5500
Fax:    (619) 233-5535

Email: dks@yslaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)