# EXHIBIT 138

```
              IN THE UNITED STATES DISTRICT COURT

                SOUTHERN DISTRICT OF CALIFORNIA


TARLA MAKAEFF, et al., on Behalf of

Themselves and All Others Similarly

Situated,

      Plaintiffs,                            Civil Action No.

            vs.                              3:10-CV-00940-

TRUMP UNIVERSITY, LLC, et al.,               CAB(WVG)

      Defendants.

_____




      Videotaped deposition of DONALD J. TRUMP, SR.

      New York, New York

      September 12, 2012




Reported by:

Gail L. Inghram Verbano:

RDR, CRR, CSR-CA (No. 8635)



Job No. 10003489
```

1    of somebody else?
2         A    No.  I think they think that it's a
3    company that's a successful -- very successful
4    company.
5         Q    And it's successful because of you;
6    correct?
7         A    Well, it's successful because of
8    transactions; and lots of transactions over a period
9    of years have added up to a great body of success,
10   yes.
11        Q    And you oversaw those transactions;
12   correct?
13        A    I did, yes.
14        Q    Do you know who Scott Leitzel is?
15        A    I know the name.  I don't know him.
16        Q    How about Michael Hinson?  Do you know
17   who that is?
18        A    No.
19        Q    How about Stephen Gilpin?  Do you know
20   who that is?
21        A    I think these are names of people that I
22   taught where -- I think I know their names because I
23   saw résumés, and I would see résumés of instructors,
24   because it was important to me that we got good

Page 52

```
 1    instructors.
 2              So I don't know if that's what you're
 3    referring to.  But I've met numerous instructors, and
 4    I've also -- this is over a period of years.  And
 5    I've also seen the résumés of virtually everybody.
 6              So that's where they sound familiar to
 7    me; and in some cases, I know them better because
 8    I've met them.
 9         Q    Sure.  Which instructors did you meet?
10         A    I believe Donald Sexton and Mr. Caplan.
11    I believe perhaps Childers.
12              I've met a number of them.  I don't know
13    their names.  I mean, you're talking about years ago.
14    This is actually years ago.
15              But I've met a number of instructors.  I
16    wanted to see -- I really was very insistent that we
17    get good instructors for the classes.
18              And I think the 97 percent bears that
19    out, that we were successful in that regard.
20              But the concept of getting proper
21    instructors was very important to me.
22         Q    Now, when did you meet Donald Sexton?
23         A    I don't know.  Years ago.
24         Q    How many times did you meet him?
```