David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535
Email:  dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 GPC (WVG)<br><br><u>CLASS ACTION</u><br><br>DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE AND OBJECTIONS TO IMPROPER EVIDENCE AND ARGUMENT IN PLAINTIFF'S CLASS CERTIFICATION REPLY PAPERS:<br><br>• New Evidence and Argument, Improper in Reply<br><br>• Known Adverse Evidence, Improperly Kept from Court<br><br>• Misstated Evidence, Improper Anytime<br><br>DATE: 6/28/13<br>TIME: 1:30 p.m.<br>CTRM: 2D |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that, on June 28, 2013, at 1:30 p.m. in Courtroom 2D (Schwartz) of the above-entitled Court, located at 221 W. Broadway, San Diego, California 92101, Defendants Trump University, LLC and Donald J. Trump ("Defendants"), by and through their attorneys of record, will and hereby do move this

Court for an order granting their Motion to Strike and Objections to Improper Evidence and Argument in Plaintiff's Class Certification Reply Papers. (*See* Dkt. No. 195-1, including Plaintiffs' Exs. 68-137.)

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities in support thereof; the Supplemental Declaration of David K. Schneider and Exhibits 122-149 attached thereto; Defendants' Opposition to the Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel; Defendants' Reply to Plaintiffs' Response to Defendants' Objection to Evidence in Plaintiffs' Motion for Class Certification and Defendants' Exhibits 1-121; Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Strike, and upon such other and further evidence and argument as may be presented to the Court at the time of hearing.

Respectfully submitted,

Dated:    April 26, 2013            YUNKER & SCHNEIDER

                                    By:     s/David K. Schneider
                                    Attorneys for Defendants
                                    TRUMP UNIVERSITY, LLC and
                                    DONALD J. TRUMP
                                    Email: dks@vslaw.com