David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535
Email:  dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 GPC (WVG)<br><br>CLASS ACTION<br><br>SUPPLEMENTAL DECLARATION OF DAVID K. SCHNEIDER<br><br><br>DATE: 6/28/13<br>TIME:  1:30 p.m.<br>CTRM: 2D |

I, David K. Schneider, declare:

1. I am an attorney duly licensed to practice before the state and federal courts in California, and I am a partner in the law firm of Yunker & Schneider, attorneys for defendants Trump University, LLC and Donald J. Trump, in this matter. I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

/ / /

2.     I have handled virtually all aspects of the discovery in this matter for defendants and am familiar with the production of documents.  The newly submitted exhibits by plaintiffs with their Reply include documents – or information in the documents such as deposition transcripts of plaintiffs or witnesses represented by plaintiffs' counsel – available available to plaintiffs <u>before</u> they submitted their original moving papers seven months ago.  Those documents include exhibits 68, 71, 74, 79, 80, 81, 82, 83, 85, 88, 91, 93, 94, 96, 97, 98, 99, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 125, 126, 127, 128, 129, 131, 132, 133, 134, 135, 136 and 137 (52 of the 70 new exhibits).  All documents produced by defendants have included Bates-numbering on each document.  Defendants' production began on October 25, 2011 with TU 000001.  Since then, defendants have produced 140,320 pages of documents.  Defendants' last production prior to plaintiffs filing their moving papers was on September 18, 2012, and included documents up to Bates-number TU 130014.  Thus, all documents Bates-numbered TU 000001 through TU 130014 were produced to plaintiffs and in their possession prior to their filing of their moving papers on September 24, 2012.

3.     This case has been pending for three years, and throughout that time defendants have sought identification of plaintiffs' documents actually evidencing their persistent claims of fraud based on alleged uniformly deceptive TU "scripts," "guarantees" of earnings, and promises of "unlimited" or "year-long mentoring."  Plaintiffs evaded any meaningful identification of those presumably crucial and dispositive documents in deposition, written discovery, document productions, letters and emails between counsel, endless "meet and confer" sessions, four iterations of their complaint, and two motions to compel – until 3/18/13.

4.     On November 13, 2012, TU sent approximately 1,000 emails to unrepresented students who spent more than $10,000 on TU programs.  Those emails resulted in 10 negative responses – or about 1% of those contacted, most of whom

/ / /

1  were already included in the total number of "complainers" identified in the
2  Opposition and my original declaration ¶ 70.
3    5.  **Exhibit 122** is a true and correct copy of the Declaration of Rachel L.
4  Jensen Regarding Plaintiffs' Production of Sample Documents Pursuant to March 12,
5  2013 Order on Discovery Disputes.
6    6.  **Exhibit 123** is a true and correct copy of the deposition testimony of
7  Mark Covais, taken on January 17, 2013 ("Covais Depo."), page 293:6-12, in which
8  he confirms ▮
9  ▮
10    7.  **Exhibit 124** is a true and correct copy of the deposition testimony of
11  Michael Sexton, taken on August 23, 2012 ("Sexton Depo., Vol. II"), pages 357:3-
12  359:4, in which he confirms ▮
13  ▮
14    8.  **Exhibit 125** is a true and correct copy of the Covais Depo., page 293:6-
15  12, in which he confirms ▮
16  ▮
17    9.  **Exhibit 126** is a true and correct copy of the Sexton Depo. Vol. II, page
18  358:11-13, in which he confirms ▮
19  ▮
20    10.  **Exhibit 127** is a true and correct copy of the Covais Depo., pages
21  192:25-193:10, in which he confirms ▮
22  ▮
23    11.  **Exhibit 128** are true and correct copies of a ▮
24  ▮
25  ▮
26  ▮
27  ▮
28  / / /

1     12. **Exhibit 129** are true and correct copies of ▇▇▇▇▇▇▇▇
2 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
3 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
4 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
5 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

6     13. **Exhibit 130** is a true and correct copy of the deposition testimony of
7 Michael Sexton, dated August 22, 2012 ("Sexton Depo. Vol. I"), pages 58:24-60:5, in
8 which he stated ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
9 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
10 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

12     14. **Exhibit 131** is a true and correct copy of the deposition testimony of
13 George Sorial, dated January 18, 2013 ("Sorial Depo."), pages 19:11-14; 19:21-20:1;
14 20:16-25; 22:16-21; 23:5-15; 24:1-12, in which he confirmed ▇▇▇▇▇▇▇▇
15 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

18     15. **Exhibit 132** is a true and correct copy of the Sorial Depo., pages 27:2-17;
19 27:20-28:11; 29:7-22; 32:9-15; 33:18-25; 39:21-40:14; 44:14-17; 44:21-23-; 45:8-12,
20 in which he confirmed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
21 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
22 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

23     16. **Exhibit 133** is a true and correct copy of the Sorial Depo., pages 47:5-13;
24 47:19-48:7; 48:14-22, in which he confirms ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
25 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

26     17. **Exhibit 134** is a true and correct copy of the Sexton Depo. Vol. I, page
27 163:10-15 and Sexton Depo. Vol. II, page 515:12-516:8, in which he confirms that ▇▇
28 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

18. **Exhibit 135** is a true and correct copy of the Sexton Depo. Vol. I, page 202:3-21, in which he confirms ███████████████████████████████

19. **Exhibit 136** is a true and correct copy of the Sexton Depo., Vol. II, pages 514:16-515:11, in which he testifies ███████████████████

20. **Exhibit 137** is a true and correct copy of the Sexton Depo. Vol. I, pages 90:24-91:14, in which he testifies that T████████████████████████████
███████████████████

21. **Exhibit 138** is a true and correct copy of the deposition testimony of Donald Trump, dated September 12, 2012, pages 52:19-53:8, in which he testifies about ████████████████████

22. **Exhibit 139** is a true and correct copy of the Sexton Depo. Vol. I, pages 252:4-253:13, in which he testifies on his personal knowledge of the ███████████
████████████████████

23. **Exhibit 140** is a true and correct copy of the Covais Depo, page 292:2-23, in which he testifies that ████████████████████████████████████
████████████████████████████████████████████████████

24. **Exhibit 141** is a true and correct copy of the Sexton Depo. Vol. II, pages 457:10-458:5, confirming ████████████████████████████████
████████████████████████████

25. **Exhibit 142** is a true and correct copy of the Sexton Depo. Vol. I, pages 261:3-262:14, in which he confirms ████████████████████████████
████████████████████████████████████████████████████
████████████████████

26. **Exhibit 143** are true and correct copies of the Declaration of Michael Sexton, ¶ 15 and the Sexton Depo. Vol. I, pages 208:3-216:16, which confirms ███
████████████████████████████████████████████
████████████

/ / /

27. **Exhibit 144** is a true and correct copy of the Sexton Depo. Vol. I, pages 240:13-242:8; 248:7-249:23, in which he confirms that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

28. **Exhibit 145** is a true and correct copy of the Covais Depo., page 293:13-17, in which he confirmed that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

29. **Exhibit 146** is a true and correct copy of the Supplemental Declaration of Mette Nielsen, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

30. **Exhibit 147** is a true and correct copy of the Supplemental Declaration of Amy Hinderer, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

31. **Exhibit 148** is a true and correct copy of the Supplemental Declaration of Paula Levand, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

32. **Exhibit 149** is a true and correct copy of an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Bates-stamped TU-PLF02503.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on April 25, 2013, in San Diego, California.

                                     /s/ David K. Schneider
                                     David K. Schneider

MAKAEFF v. TRUMP UNIVERSITY, LLC, et al.
USDC Case No.  10 CV 0940 CAB (WVG)

## INDEX OF EXHIBITS

| Exhibit No. | Description | Starting Page |
|---|---|---|
| 122 | Declaration of Rachel L. Jensen Regarding Plaintiffs' Production of Sample Documents Pursuant to March 12, 2013 Order on Discovery Disputes | 10 |
| 123 | Deposition testimony of Mark Covais, dated January 17, 2013 ("Covais Depo."), page 293:6-12 **(Sealed)** | 14 |
| 124 | Deposition testimony of Michael Sexton, dated August 23, 2012 ("Sexton Depo. Vol. II"), pages 357:3-359:4 **(Sealed)** | 17 |
| 125 | Covais Depo., pages 191:18-192:7; 205:12-206:15 **(Sealed)** | 22 |
| 126 | Sexton Depo. Vol. II, page 358:11-13 **(Sealed)** | 28 |
| 127 | Covais Depo., pages 192:25-193:10 **(Sealed)** | 31 |
| 128 | Tarla Makaeff's internet blog telling TU customers how to contact AGs, regulators and the BBB; and Plaintiffs' Supplemental Responses to Defendant Trump University, LLC's Fourth Set of Interrogatories to Plaintiffs **(Sealed)** | 35 |
| 129 | Email Chain between Plaintiff Brown and Jason Schauer dated 4/13-16/10 (Bates stamped TU135331-33) and Email Chain between Plaintiff Brown and Jason Schauer dated 4/29/10 (Bates stamped TU 135283-84) **(Sealed)** | 46 |
| 130 | Deposition testimony of Michael Sexton, dated August 22, 2012 ("Sexton Depo. Vol. I"), pages 58:24-60:5 **(Sealed)** | 52 |

| Exhibit No. | Description | Starting Page |
|---|---|---|
| 131 | Deposition testimony of George Sorial, dated January 18, 2013 ("Sorial Depo."), pages 19:11-14; 19:21-20:1; 20:16-25; 22:16-21; 23:5-15; 24:1-12 **(Sealed)** | 57 |
| 132 | Sorial Depo., pages 27:2-17; 27:20-28:11; 29:7-22; 32:9-15; 33:18-25; 39:21-40:14; 44:14-17; 44:21-23-; 45:8-12 **(Sealed)** | 64 |
| 133 | Sorial Depo., pages 47:5-13; 47:19-48:7; 48:14-22 **(Sealed)** | 75 |
| 134 | Sexton Depo. Vol. I, page 163:10-15 and Sexton Depo. Vol. II, page 515:12-516:8 **(Sealed)** | 79 |
| 135 | Sexton Depo. Vol. I, page 202:3-21 **(Sealed)** | 85 |
| 136 | Sexton Depo., Vol. II, pages 514:16-515:11 **(Sealed)** | 88 |
| 137 | Sexton Depo. Vol. I, pages 90:24-91:14 **(Sealed)** | 92 |
| 138 | Deposition testimony of Donald Trump, dated September 12, 2012, pages 52:19-53:8 | 96 |
| 139 | Sexton Depo. Vol. I, pages 252:4-253:13 **(Sealed)** | 100 |
| 140 | Covais Depo, page 292:2- 23 **(Sealed)** | 104 |
| 141 | Sexton Depo. Vol. II, pages 457:10-458:5 **(Sealed)** | 107 |
| 142 | Sexton Depo. Vol. I, pages 261:3-262:14 **(Sealed)** | 111 |
| 143 | Declaration of Michael Sexton, ¶ 15 and Sexton Depo. Vol. I, pages 208:3-216:16 **(Sealed)** | 115 |
| 144 | Sexton Depo. Vol. I, pages 240:13-242:8; 248:7-249:23 **(Sealed)** | 133 |
| 145 | Covais Depo., page 293:13-17 **(Sealed)** | 140 |
| 146 | Supplemental Declaration of Mette Nielsen, ¶¶ 4, 6 **(Sealed)** | 143 |

| Exhibit No. | Description | Starting Page |
|---|---|---|
| 147 | Supplemental Declaration of Amy Hinderer., ¶ 5, 6 **(Sealed)** | 146 |
| 148 | Supplemental Declaration of Paula Levand, ¶¶9,10 **(Sealed)** | 149 |
| 149 | Email chain between plaintiffs' counsel Eck and Kissy Gordon dated 1/29-30/13 (Bates stamped TU-PLF02503) **(Sealed)** | 153 |