# EXHIBIT 122

Ex. 122 - 10

```
 1  ROBBINS GELLER RUDMAN
      & DOWD LLP
 2  RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
 3  THOMAS R. MERRICK (177987)
    tmerrick@rgrdlaw.com
 4  655 West Broadway, Suite 1900
    San Diego, CA  92101
 5  Telephone:  619/231-1058
    619/231-7423 (fax)
 6
    ZELDES & HAEGGQUIST, LLP
 7  AMBER L. ECK (177882)
    ambere@zhlaw.com
 8  HELEN I. ZELDES (220051)
    helenz@zhlaw.com
 9  ALREEN HAEGGQUIST (221858)
    alreenh@zhlaw.com
10  AARON M. OLSEN (259923)
    aarono@zhlaw.com
11  625 Broadway, Suite 906
    San Diego, CA  92101
12  Telephone:  619/342-8000
    619/342-7878 (fax)
13
    Attorneys for Plaintiffs and Proposed Class
14
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF RACHEL L. JENSEN REGARDING PLAINTIFFS' PRODUCTION OF SAMPLE DOCUMENTS PURSUANT TO MARCH 12, 2013 ORDER ON DISCOVERY DISPUTES |
|---|---|

823651_1

Ex. 122 - 11

1   I, RACHEL L. JENSEN, declares as follows:

2   1.   I am a member of the law firm Robbins Geller Rudman & Dowd LLP, one of Plaintiffs' counsel in this action. I am duly licensed to practice before the state and federal courts in California. The facts stated in this declaration are true and based upon my own knowledge and, if called to testify to them, I would competently do so.

6   2.   Today, Plaintiffs sent a supplemental letter regarding Defendant Trump University, LLC's Fourth Set of Requests for Production of Documents ("RFPs") and produced the sample documents attached hereto as Exhibits 1 and 2 pursuant to Magistrate Judge Gallo's March 12, 2013 Order on Discovery Disputes.

10   3.   **Scripts**: In response to RFP No. 4, Plaintiffs believe the following document supports their allegation made in ¶12 of their Third Amended Class Action Complaint ("TAC") (Dkt. No. 128) that speakers used scripts: TU 105220. This document is Exhibit 86 to Plaintiffs' class certification submissions (see Dkt. No. 195-1); this document was also offered to Defendants during the course of the parties' meet and confer process.

16   4.   **Year-Long Mentoring**: In response to RFP No. 2, Plaintiffs believe the following document supports their allegation made in ¶46 of their TAC that Defendants promised mentors would be available for a full year: TU 97655-97679 at TU 97670. This document was quoted and referenced in Exhibit 88 to Plaintiffs' class certification submissions (see Dkt. No. 165-1).

21   5.   **Guarantee of Success**: At the February 22, 2013 Discovery Hearing, Magistrate Judge Gallo indicated his view that responsive documents in the context of the parties' discovery dispute would be limited to solemn promises. Plaintiffs' TAC allegations were intended to convey speakers' oral assurances they would make their money back, as illustrated by John Brown's affidavit for the New York Attorney General's ongoing investigation into Trump University, averring the speaker said he would make his money back after a couple of deals: TU-BROWN0000376-380 at 377 (Ex. 15 to class certification) (see Dkt. No. 122-3 at 94-98). However, out of an

abundance of caution, and to ensure there is no dispute that Plaintiffs have fully complied with Judge Gallo's March 12, 2013 Order on Discovery Disputes, Plaintiffs state that they are not currently aware of any document that contains a solemn written promise of success from Defendants. To the extent they rely on these allegations at all (which they have not in their class certification motion), Plaintiffs will proffer evidence of such oral commitments made to them and other students.

6. Attached are true and correct copies of the following exhibits, which Plaintiffs believe are responsive to Magistrate Judge Gallo's March 12, 2013 Order on Discovery Disputes:

Exhibit 1: Dkt. No. 195-1, Ex. 86: sample PowerPoint presentation with talking points (TU 105220); and

Exhibit 2: Dkt. No. 165-1, Ex. 88 at Transcribed Recordings Misrepresentation and Omissions Chart Relating to One-Year of Unlimited Expert Mentoring and Support: sample transcribed recordings of presentations where speakers said mentors would be available for a year or even "for life." (*See, e.g.*, TU 97655-97679 at TU 97670: "I am going to work with you for a year. You are going to get my email. You are going to get my phone number. You can just call me anytime to help you out."; TU 97588-97621 at TU 97602: "When you get an email from me, it says '*mentor for life*,' I want you to write that down. I am not going anywhere. Donald Trump knows I have it into my email . . . .").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of March, 2013, at San Diego, California.

RACHEL L. JENSEN