# EXHIBIT 138

Ex. 138 - 96

**Donald J. Trump, Sr.**                                    **September 12, 2012**

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


TARLA MAKAEFF, et al., on Behalf of

Themselves and All Others Similarly

Situated,

    Plaintiffs,                                Civil Action No.

       vs.                                      3:10-CV-00940-

TRUMP UNIVERSITY, LLC, et al.,           CAB(WVG)

    Defendants.

_____


    Videotaped deposition of DONALD J. TRUMP, SR.

    New York, New York

    September 12, 2012


Reported by:

Gail L. Inghram Verbano:

RDR, CRR, CSR-CA (No. 8635)


Job No. 10003489

**www.aptusCR.com**

Ex. 138 - 97

**Donald J. Trump, Sr.**                                      **September 12, 2012**

```
 1    of somebody else?

 2            A    No.  I think they think that it's a

 3    company that's a successful -- very successful

 4    company.

 5            Q    And it's successful because of you;

 6    correct?

 7            A    Well, it's successful because of

 8    transactions; and lots of transactions over a period

 9    of years have added up to a great body of success,

10    yes.

11            Q    And you oversaw those transactions;

12    correct?

13            A    I did, yes.

14            Q    Do you know who Scott Leitzel is?

15            A    I know the name.  I don't know him.

16            Q    How about Michael Hinson?  Do you know

17    who that is?

18            A    No.

19            Q    How about Stephen Gilpin?  Do you know

20    who that is?

21            A    I think these are names of people that I

22    taught where -- I think I know their names because I

23    saw résumés, and I would see résumés of instructors,

24    because it was important to me that we got good
```

Page 52

Ex. 138 - 98

**Donald J. Trump, Sr.**                                                     **September 12, 2012**

```
 1   instructors.
 2              So I don't know if that's what you're
 3   referring to.  But I've met numerous instructors, and
 4   I've also -- this is over a period of years.  And
 5   I've also seen the résumés of virtually everybody.
 6              So that's where they sound familiar to
 7   me; and in some cases, I know them better because
 8   I've met them.
 9          Q    Sure.  Which instructors did you meet?
10          A    I believe Donald Sexton and Mr. Caplan.
11   I believe perhaps Childers.
12              I've met a number of them.  I don't know
13   their names.  I mean, you're talking about years ago.
14   This is actually years ago.
15              But I've met a number of instructors.  I
16   wanted to see -- I really was very insistent that we
17   get good instructors for the classes.
18              And I think the 97 percent bears that
19   out, that we were successful in that regard.
20              But the concept of getting proper
21   instructors was very important to me.
22          Q    Now, when did you meet Donald Sexton?
23          A    I don't know.  Years ago.
24          Q    How many times did you meet him?
```

Page 53

Ex. 138 - 99