ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | Case No.: 3:10-CV-00940-GPC(WVG)<br><br>CLASS ACTION<br><br>NOTICE OF FIRM NAME AND ADDRESS CHANGE |

TO THE COURT, ALL PARTIES OF RECORD, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Zeldes & Haeggquist, LLP has relocated and changed its name effective May 1, 2013. Therefore, please direct all future correspondence, pleadings, and discovery with regard to the above-captioned case as follows:

      Zeldes Haeggquist & Eck, LLP
      625 Broadway, Suite 1000
      San Diego, CA 92101
      Telephone: 619-342-8000
      Facsimile: 619-342-7878

The telephone number, facsimile number, and emails remain the same.

DATED: May 8, 2013    ZELDES HAEGGQUIST & ECK, LLP
            AMBER L. ECK
            HELEN I. ZELDES
            ALREEN HAEGGQUIST
            AARON M. OLSEN

              s/Amber L. Eck
              AMBER L. ECK

            625 Broadway, Suite 1000
            San Diego, CA 92101
            Telephone: (619) 342-8000
            Facsimile: (619) 342-7878

            ROBBINS GELLER RUDMAN
             & DOWD LLP
            RACHEL L. JENSEN
            THOMAS R. MERRICK
            655 West Broadway, Suite 1900
            San Diego, CA 92101
            Telephone: (619) 231-1058
            Facsimile: (619) 231-7423

            Attorneys for Plaintiffs and the Proposed Class

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 8, 2013.

                                                        s/Amber L. Eck
                                                        AMBER L. ECK

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619-342-8000
Facsimile: 619-342-7878
ambere@zhlaw.com