1  David K. Schneider (CSB 139288)
2  Stephen F. Yunker (CSB 110159)
   YUNKER & SCHNEIDER
3  655 West Broadway, Suite 1400
   San Diego, California 92101
4  Telephone:  (619) 233-5500
   Facsimile:  (619) 233-5535
5  Email:   dks@yslaw.com
              sfy@yslaw.com
6
7  Attorneys for Defendants,
   TRUMP UNIVERSITY, LLC, and
8  DONALD J. TRUMP

9

10                    **UNITED STATES DISTRICT COURT**

11            **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

12

13  TARLA MAKAEFF, et al. on Behalf of      Case No. 3:10-cv-00940-GPC (WVG)
    Themselves adn All Others Similarly
14  Situated,                               NOTICE OF APPEARANCE OF
                                            STEPHEN F. YUNKER AS COUNSEL OF
15        Plaintiffs,                       RECORD

16  v.

17
    TRUMP UNIVERSITY, LLC, et al.,
18
          Defendants.
19

20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                               1            Case No. 3:10-cv-00940-GPC (WVG)

1 | TO:   THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR

2 | ATTORNEYS OF RECORD:

3 | PLEASE TAKE NOTICE of Stephen F. Yunker (California Bar No. 110159), as

4 | counsel of record for defendants TRUMP UNIVERSITY, LLC and DONALD J. TRUMP

5 | in the above-entitled action.  All further notices and copies of pleadings, papers, and other

6 | material relevant to this action should also be directed to and served upon:

7 |
8 |         Stephen F. Yunker
          YUNKER & SCHNEIDER
          655 West Broadway, Suite 1400
9 |        San Diego, CA  92101
          Tel:  619-233-5500
10|        Fax:  619-233-5535
11|        Email:  sfy@yslaw.com

12 |

13 |

14 | Dated:  June 12, 2013                    YUNKER & SCHNEIDER

15 |

16 |                                          By:        s/Stephen F. Yunker
17 |                                                  Stephen F. Yunker
                                                  Attorneys for Defendants
18 |                                               TRUMP UNIVERSITY, LLC, and
                                                  DONALD J. TRUMP
19 |                                               Email: sfy@yslaw.com

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 12, 2013.


s/Stephen F. Yunker
Stephen F. Yunker

YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535

Email:  sfy@yslaw.com