ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEARANCE OF JASON A. FORGE AS COUNSEL OF RECORD |

849989_1

1  TO:  THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD

3       PLEASE TAKE NOTICE OF Jason A. Forge (California Bar No. 181542), as
4  counsel of record for Plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom, Sonny
5  Low, J.R. Everett, and John Brown, in the above-entitled action. All further notices
6  and copies of pleadings, papers, and other material relevant to this action should also
7  be directed to and served upon:

>   Jason A. Forge
>   Robbins Geller Rudman & Dowd LLP
>   655 West Broadway, Suite 1900
>   San Diego, CA 92101-3301
>   Telephone: 619/231-1058
>   619/231-7423 (fax)
>   Email: jforge@rgrdlaw.com

DATED: June 14, 2013                ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    JASON A. FORGE
                                    RACHEL L. JENSEN
                                    THOMAS R. MERRICK


                                           s/ Jason A. Forge
                                    JASON A. FORGE

                                    655 West Broadway, Suite 1900
                                    San Diego, CA 92101
                                    Telephone: 619/231-1058
                                    619/231-7423 (fax)

                                    ZELDES HAEGGQUIST & ECK, LLP
                                    AMBER L. ECK
                                    HELEN I. ZELDES
                                    ALREEN HAEGGQUIST
                                    AARON M. OLSEN
                                    625 Broadway, Suite 1000
                                    San Diego, CA 92101
                                    Telephone: 619/342-8000
                                    619/342-7878 (fax)

                                    Attorneys for Plaintiffs and Proposed
                                    Class

1  CERTIFICATE OF SERVICE

2  I hereby certify that on June 14, 2013, I authorized the electronic filing of the
3  foregoing with the Clerk of the Court using the CM/ECF system which will send
4  notification of such filing to the e-mail addresses denoted on the attached Electronic
5  Mail Notice List, and I hereby certify that I caused to be mailed the foregoing
6  document or paper via the United States Postal Service to the non-CM/ECF
7  participants indicated on the attached Manual Notice List.

8  I certify under penalty of perjury under the laws of the United States of America
9  that the foregoing is true and correct.  Executed on June 14, 2013.

s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: jforge@rgrdlaw.com

849989_1

3:10-cv-0940-GPC(WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)