ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                                  Plaintiffs,<br><br>       vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                                  Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AND OBJECTIONS TO IMPROPER EVIDENCE AND ARGUMENT IN PLAINTIFFS' CLASS CERTIFICATION REPLY PAPERS<br><br>DATE:      June 28, 2013<br>TIME:      1:30 p.m.<br>CTRM:    2D<br>JUDGE:   Hon. Gonzalo P. Curiel |

849994_1

I, RACHEL L. JENSEN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP, one of counsel of record for Plaintiffs and the proposed Class. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Strike and Objections to Improper Evidence and Argument in Plaintiffs' Class Certification Reply Papers.

3. Attached hereto are true and correct copies of the following Exhibits:

| Exhibit | Document Description | Page Nos. |
| --- | --- | --- |
| Exhibit 138 | NYSED 000106-07; | 1-3 |
| Exhibit 139 | NYSED 000100; | 4-5 |
| Exhibit 140 | TU 137770 **[sealed]**; | 6-7 |
| Exhibit 141 | TX FL 00001-05; | 8-13 |
| Exhibit 142 | TX FL 00131-37; | 14-21 |
| Exhibit 143 | Letter from Rachel L. Jensen to David Schneider, dated March 18, 2013, with Declaration of Rachel L. Jensen Regarding Plaintiffs' Production of Sample Documents Pursuant to March 12, 2013 Order on Discovery Disputes **[sealed]**; and | 22-30 |
| Exhibit 144 | TU-MAKAEFF5181-82 **[sealed]**. | 31-33 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of June, 2013, at San Diego, California.

                                                s/ Rachel L. Jensen
                                                RACHEL L. JENSEN

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2013.

   s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)