# EXHIBIT 138

Exhibit 138
- 1 -





THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

OFFICE OF HIGHER EDUCATION
Assistant Commissioner – Office of Quality Assurance
Room 977, Education Building Annex
Albany, New York 12234
E-mail: jfrey@mail.nysed.gov

Tel: (518) 486-3633
Fax: (518) 486-2254

May 27, 2005

Donald Trump
Chairman
"Trump University"
The Trump Building
40 Wall Street, 33rd Floor
New York, NY 10005-1304

Dear Mr. Trump:

I am writing concerning the use of the name, "Trump University" by your corporation for the on-line education company advertised on the Web site, www.trumpuniversity.com.

Your Web site indicates that the address of "Trump University" is within New York State. In New York, only institutions authorized by the New York State Board of Regents to award degrees may use the words "college" or "university" in their names. New York State Education Law, §224(1), states that:

No individual, association, copartnership or corporation not holding university, college or other degree conferring powers by special charter from the legislature of this state or from the regents, shall confer any degree or use, advertise or transact business under the name university or college, or any name, title or descriptive material indicating or tending to imply that said individual, association, copartnership or corporation conducts, carries on, or is a school of law, medicine, dentistry, pharmacy, veterinary medicine, nursing, optometry, podiatry, architecture or engineering, unless the right to do so shall have been granted by the regents in writing under their seal.

The Board of Regents does not consent to the use of the word, "university," by other entities in ways that suggest that an entity is an institution of higher education. To implement §224(1)'s prohibition, §3.29 of the Rules of the Board of Regents (8NYCRR3.29) makes the following provisions:

(a) Except as provided in subdivisions (b) and (c) of this section, no individual proprietorship, association, co-partnership or corporation, other than the State University of New York and the City University of New York and their respective component institutions, a community college as defined in section 6301 of the Education Law, and an institution chartered by the Regents or by special act of the Legislature for the purpose of offering registered undergraduate and/or graduate courses of study creditable towards a degree, shall use the words "college" or "university" in its name.

NYSED 000106

Exhibit 138
- 2 -

(b) This section shall not apply to corporations which are now using the word "college" in their corporate names and which had used the word "college" in their corporate names prior to the enactment of chapter 378 of the Laws of 1892, or to individual proprietorships, associations, co-partnership or corporations which do not offer educational programs and whose name includes the word "college" or "university" in a context from which it clearly appears that such entity is not an educational institution.

The Regulations of the New York State Commissioner of Education define "university" in §50.1 (8NYCRR50.1) as follows:

(l) *University* means a higher educational institution offering a range of registered undergraduate and graduate curricula in the liberal arts and sciences, degrees in two or more professional fields, and doctoral programs in at least three academic fields.

After reviewing the information included on your Web site about the purpose and operation of "Trump University," and based on the relevant laws and regulations cited above, I must ask you to discontinue the use of the name, "Trump University." Written confirmation that you have discontinued the use of this name is requested within 30 days of the date of this letter.

If you are interested in offering non-credit courses under a different corporate name, information concerning the New York State requirements for the operation of a non-degree granting proprietary school are available on our Web site at: www.highered.nysed.gov/bpss.

Deputy Commissioner Johanna Duncan-Poitier has attempted, unsuccessfully, to reach Michael Sexton, the President of "Trump University," to discuss this matter, and to offer information and assistance on the requirements to operate a higher education institution in New York State. We would welcome the opportunity to speak with Mr. Sexton or someone else involved in the administration of "Trump University." Deputy Commissioner Duncan-Poitier can be reached at (518) 474-3862 or I can be reached at (518) 486-3633.

Sincerely,

Joseph P. Frey

c:     Johanna Duncan-Poitier
       Kathy A. Ahearn, Esq.

# EXHIBIT 139

Exhibit 139
- 4 -

| | |
|---|---|
| **From:** | "Michael Sexton" <msexton@trumpuniversity.com> |
| **To:** | "Joseph Frey" <JFREY@MAIL.NYSED.GOV> |
| **Date:** | 6/28/2005 4:24:39 PM |
| **Subject:** | RE: update |

I understand Joe. We will update the website contact information as
soon as the legal paperwork is complete.
Michael

-----Original Message-----
From: Joseph Frey [mailto:JFREY@MAIL.NYSED.GOV]
Sent: Tuesday, June 28, 2005 4:22 PM
To: Michael Sexton
Subject: Re: update

Thanks for the update Michael. At some point, It woudl be important for
TU to place the location and phone number of its new corporate location
on the web.I understand that this will take a little longer to
accomplish. We are receiving inquiries from lawyers representing
clients who want to use that term in NY. They are monitoring my
activities in this regard. joe

>>> "Michael Sexton" <msexton@trumpuniversity.com> 6/28/2005 4:08:13 PM
>>>
Joe, I wanted to update you on our progress to date. We've
incorporated
in Delaware and are in the process of merging the NY LLC into the new
Delaware LLC. I will let you know when that is complete. Thanks,

Michael

This e-mail message, and any attachments to it, are for the sole use of
the intended recipients, and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution
of this email message or its attachments is prohibited. If you are not
the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. Please note that any views
or opinions presented in this email are solely those of the author and
do not necessarily represent those of the company. Finally, while the
company uses virus protection, the recipient should check this email
and any attachments for the presence of viruses. The company accepts no
liability for any damage caused by any virus transmitted by this email.

# EXHIBIT 140
# [Filed Under Seal]

# EXHIBIT 141

Exhibit 141
- 8 -



## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

January 6, 2010

**Certified Mail No. 7005 2570 0000 2876 6089**
**Return Receipt Requested**

**TO:**   Trump University, LLC
          40 Wall St., 32nd Floor
          New York, NY 10005-1304

## CIVIL INVESTIGATIVE DEMAND

Pursuant to the authority granted by Section 17.61 of the Texas Deceptive Trade Practices and Consumer Protection Act, Sections 17.41 *et seq.* of the TEX. BUS. & COM. CODE ANN., you are hereby directed to produce the documentary material specified in Attachment A for inspection and copying.

You are to make available the material described in Attachment "A" to the person designated below as "authorized agent." Copies of the described documentary material may be sent certified mail or via courier to be received on or **before February 1, 2010 at our offices, located at 808 Travis, Suite 1520, Houston, Texas 77002.** Please refer to the additional instructions and definitions below.

This material is relevant to the subject matter of an investigation of possible violations of §17.46(a) and §17.46(b) of the Texas Deceptive Trade Practices—Consumer Protection Act. The general subject matter of this investigation is your company's advertising and business practices in connection with offering real estate investment classes to Texas consumers.

**TAKE NOTICE THAT pursuant to §17.62, Tex. Bus. & Com. Code, any person who attempts to avoid, evade, or prevent compliance, in whole or in part, with this directive by removing, concealing, withholding, destroying, mutilating, altering, or by any other means falsifying any documentary material is guilty of a misdemeanor and on conviction is punishable by a fine of not more than $5,000.00 or by confinement in the county jail for not more than one year, or both.**

**TAKE FURTHER NOTICE THAT information contained on your computer systems may be relevant to the investigation. No potentially discoverable data should be deleted or modified. Procedures that may alter or erase computer data should be suspended and affirmative steps should be taken to prevent deleting, overwriting, defragmenting or**

TX FL 00001

Exhibit 141
- 9 -

compressing.  Please preserve archived back-up tapes, local hard drives and network drives, floppy disks, and other portable drives, information on portable computers, and data from retired computers.

ISSUED:  Wednesday, January 06, 2010.

Sincerely,

Rick Berlin
Assistant Attorney General
Consumer Protection and Public Health Division
808 Travis, Suite 1520
Houston, Texas 77002
(713) 223-5886

Carlos Fernandez, Jr., Investigator
Authorized Agent
(713) 223-5886

2

TX FL 00002

Exhibit 141
- 10 -

## DEFINITIONS AND INSTRUCTIONS

1.      The terms "you" and "your" means Trump University, LLC, and all current and former predecessors, successors, affiliates, parent companies, subsidiaries, or wholly-owned or controlled entities, and any affiliated business venture or entity that is involved in providing the services of your business, and all principals, operating divisions, employees, servants, officers, directors, agents, representatives, attorneys, accountants, independent contractor or other persons or entities acting on behalf of or under the direction, authorization, or control of Trump University, LLC or their subsidiaries and affiliates involved in providing the services of your business.

2.      "Document" shall be construed in its broadest possible sense to include within its scope all writings, recordings, photographs and things contemplated in TEX. R. CIV. P. 192.3(b) and TEX. R. EVID. 1001.

3.      It is not sufficient to fail to provide responsive paper or electronic documents if you can obtain them from persons reasonably available to you or under your control. If any of the paper or electronic documents requested are in existence, but not in your possession, custody, or control, please identify the name and address of the person or firm having possession, custody, or control of said documents. If any paper or electronic document requested is no longer in existence, state whether it is missing, has been destroyed, or has been otherwise disposed of, and, in each instance, explain the circumstances surrounding, the reason for, and the manner of such disposition, and state the date or approximate date thereof and a description of its contents and subject matter.

4.      If any paper or electronic documents called for in this request are not produced or given because of a claim of privilege, work product, or trade secret, state the privilege claimed and identify each such document by its title, date, originator(s) and recipient(s) and the identity and address of its custodian, and a brief description of the general subject matter of the document.

5.      Electronic data should be provided in native format. If this information is not available in a readily accessible and usable form, you must include all necessary glossaries, keys, indices, and software necessary for interpretation of the material.

6.      Each document and other tangible thing produced shall be clearly designated as to which Request, and each sub-part of a Request, that it satisfies.

7.      In any situation in which it is not clear in which capacity you are responding, you are to designate all relevant capacities.

8.      The relevant time period for these requests is January 1, 2008 through the present.

TX FL 00003

Exhibit 141
- 11 -

## ATTACHMENT "A"

1.   An organizational chart for Trump University, LLC.

2.   Documents evidencing the contractual relationship with all licensees, affiliates, subsidiaries, sponsors, partnerships, corporations, or any other individual or entity that operates or with whom you do business or coordinate to do business in Texas.

3.   All promotional material, used or available in Texas during the relevant time period including television, newspaper, magazine, and internet ads, flyers, brochures, signs, postcards, letters, notices, emails, and websites.

4.   All workshop or mentoring program training material created, used or intended for use by you in Texas during the relevant time period.  Include materials aimed at:

     a)  Selling the programs to the attendees;
     b)  Signing up the attendees for the programs;
     c)  Sales techniques of your staff for selling the programs to the attendees;
     d)  Profit or projections of profit discussed in the workshop;
     e)  Talking points and sales scripts; and
     f)  Testimonials used at the workshop.

5.   A complete copy of all materials used or distributed in any workshop, including all slide presentations, worksheets, testimonials, transcripts, contracts and other materials.

6.   A complete copy of all materials used or distributed during the mentoring program, including all worksheets, references, testimonials, transcripts, contracts and other materials.

7.   A list of all Texas consumers who purchased your workshop or mentoring program during the relevant time period.  Include their name, address and phone number, the amount paid, the date purchased, the dates they attended any workshops, and any evidence that such person successfully implemented your methods.

8.   Any and all evidence of complaints or requests for refunds from Texas consumers, including evidence of any action taken by you related to or in response to such complaints or requests.

9.   All assumed name certificates filed in any county in the State of Texas or with the Texas Secretary of State under which you conduct business.

10.  Copies of all professional licenses and registrations held by you (or relied upon by you), your agents, your independent contractors, or your employees, including any held by Steven Goff.

11.  All documents evidencing any continuing education (e.g. Texas Real Estate Commission Mandatory Continuing Education) credit offered in conjunction with your workshops, including applications, approvals, certifications, etc.

4

TX FL 00004

Exhibit 141
- 12 -

12.   All documents related to any real estate contracts negotiated by a representative of yours, including but not limited to Steven Goff, on behalf of or in conjunction with your students.

**If possible, please produce copies of documents responsive to this request in both hard copy and electronic format as available. Each page of the hard copy must be Bates labeled (or numbered consecutively).**

5

TX FL 00005

Exhibit 141
- 13 -

# EXHIBIT 142

Exhibit 142
- 14 -

Office Of The Attorney General
1515 N. Flagler Drive, Suite 900
West Palm Beach, FL 33401

Office of the Attorney General
The Capitol
Tallahassee, FL 32399-1050
Attn: Correspondence Unit



**BILL McCOLLUM**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

OFFICE OF THE ATTORNEY GENERAL
Citizen Services

PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone (850) 414-3990        Fax (850) 410-1630
*http://www.myfloridalegal.com*

---

November 7, 2008

Ms. Judith E. Millsap
Post Office Box 423
Hotchkiss, Colorado 81419

Dear Ms. Millsap:

Florida Attorney General Bill McCollum received your correspondence regarding Trump Institute. Attorney General McCollum asked that I respond on his behalf. Often it is only through correspondence from concerned citizens that our office becomes aware of widespread consumer problems.

We use complaints such as yours to develop information about patterns of questionable business activity which may indicate the need for formal investigation or action by our office to protect the broad public interest. However, our office does not mediate individual consumer complaints.

I am forwarding your correspondence to the Florida Department of Agriculture and Consumer Services (DACS), Division of Consumer Services, which serves as the state's clearinghouse for consumer complaints. The DACS has a voluntary mediation program to assist individual consumers. The phone number is (850) 488-2221 or toll-free within Florida (800) 435-7352.

In addition, I am enclosing helpful information from the Federal Trade Commission about business opportunities and a list of consumer organizations that may be helpful to you as you seek to resolve your individual complaint.

Finally, if you have not already done so, you may wish to contact a private attorney for any legal help you need. An attorney can give you the legal advice that our office is precluded by law from giving to private individuals. The Florida Bar offers a Lawyer Referral Service toll-free at (800) 342-8060. If you cannot afford an attorney, The Florida Bar can provide information about low cost or pro bono assistance through a local legal aid office.

I appreciate your interest in helping to control the spread of deceptive business practices.

Sincerely,

Rayna Wright
Office of Citizen Services

Enclosure

cc:     Florida Department of Agriculture
        and Consumer Services
        2005 Apalachee Parkway
        Tallahassee, Florida 32399

TX FL 00132

Exhibit 142
- 16 -



# Office of the Attorney General

*cs/dc unreq*

Please return completed consumer contact form to:
Office of Attorney General Bill McCollum
State of Florida
PL-01, The Capitol
Tallahassee, Florida 32399-1050

## Consumer Contact Form

The shaded information MUST be provided as we correspond via U.S. mail. *Incomplete forms cannot be processed.* PLEASE WRITE LEGIBLY. Only one business per complaint form.

| Person Making Complaint: | Complaint is Against: |
|---|---|
| Miss/Ms. Mrs./Mr. MILLSAP, JUDITH E. <br> Last Name, First Name, Middle Initial | TRUMP INSTITUTE <br> Name/Firm/Company |
| P.O. BOX 423 <br> Mailing Address | 6400 PARK OF COMMERCE BLVD  SUITE 2 <br> Mailing Address |
| HOTCHKISS, DELTA COUNTY <br> City, County | BOCA RATON <br> City, County |
| COLORADO  81419 <br> State, Zip Code | FLORIDA. 33487 <br> State, Zip Code |
| 209 404 6373 <br> Home & Business Phone, including Area Code | 1-800-914-4548 <br> Business Phone, including Area Code |
| ~~Email Address~~ | Business Email or Web Address |

Product or Service involved: BUYING FORCLOSURES  Amount Paid: $ 13,650.00

Date of Transaction: 9/14/2007  I was contacted  X Telephone  X Mail ____ Other

Have you retained an attorney? ☐ Yes ☒ No

Did you sign a contract or other papers, i.e. estimates, invoices, or other supporting documents? ☐ Yes ☒ No

### (ATTACH COPIES. DO NOT SEND ORIGINALS.)

Note:
1. All documents and attachments submitted with this complaint are subject to public inspection pursuant to Chapter 119, Florida Statutes.
2. Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his official duty shall be guilty of a misdemeanor of the second degree, punishable as provided in s. 775.082, s.775.083, or s.837.06 Florida Statutes.

Please indicate if you are over the age of 60. Penalities can be enhanced for victimizing senior citizens. Over 60 ☒ Yes ☐ No

### (PLEASE USE OTHER SIDE OF THIS FORM TO DESCRIBE YOUR COMPLAINT & ATTACH YOUR SIGNATURE)

TX FL 00133

Exhibit 142
- 17 -

Please explain your complaint. Attach additional sheets, if necessary.

SEE ATTACHED   2 PAGES

My signature authorizes the Attorney General's Office to take any action deemed necessary for purposes of investigation or enforcement. I understand that the Attorney General does not represent private citizens seeking the return of their money or other personal remedies. I am filing this complaint to notify your office of the activities of this company so that it may be determined if law enforcement or legal action is warranted.

Signature: _____   Date: 10/14/08

I was contacted by Mr. Greg Dittamore of the Trump Institute.
Mr Dittamore talked to me about a program dealing in Real Estate, that he was selling, on buying Forclosures with 2 options.

1 – For $6,000.00 I could have telephone consultations with an associate, while we were on the Internet and take me step by step helping me find Forclosures that I could purchase, repair then rent for income or sell for a profit.

2 –For $13,650.00 it would be the same program, but in addition I could have a Mentor that would come to my area and show me how I could find the Forclosures, look at what needed to be repaired, show me how to purchase, close on the sale and I would have property that I could either rent for income or sell for a profit.

I wasn't sold on this immediately, but Mr Dittamore would contact me after a week or so and ask if I had any questions. The one I questioned the most was the one that involved a Mentor and with his sincere word that I could get a refund if for some reason it didn't work out. Before the purchase he asked "would this be taking food off my table?" I said "no" and asked how soon it would be to have someone come out and work with me on this.
I was in Colorado at the time taking care of some business when I was contacted by Mr. Lyn Miller. I gave him the information he needed of the area I was in, in Colorado, Delta County. He said he was available to come out to the Grand Junction area, for the 3 day Seminar February, on 12th, 13th, and 14th. The 12th and 13th he would be showing me where to find the information of Forclosures, and on the 14th, we went to several properties in the area and surrounding areas, but Mr. Miller, couldn't accomplish anything for me to finalize a transaction.

I didn't hear from Mr. Miller as to what to do next but he told me to just keep looking, and find a Realtor to help me. I was not happy with this and telephoned Mr. Dittamore in August of 2008 to let him know that I wanted a refund. The promis to me wasn't met and Mr. Dittamore asked again "is this taking food off my table", and I told him "yes it was". He said he would escalate the matter to Mr. Michael Smith who was the head of the Trump Institute and have him call me.
Mr. Smith called me back another day and said he wouldn't give me a refund, and that they had given me all the information to work with.
Mr. Dittamore was to have contacted a Mr. Doug Odekirk and Mr. Smith again, but I have not heard back from anyone.

MR DITTAMORE
ALSO ADDED THEY GIVE REFUNDS BUT NOT TO ME.

TX FL 00135

Exhibit 142
- 19 -

Trump Institute
6400 Park of Commerce
Boca Raton, Fl  33487

The Trump Institute     800-914-4548
Mr. Greg Dittamore       x 118
Mr. Doug Odekirk         x 103
Mr. Michael Smith        x 113

Sincerely,

Judith Millsap

P.O. BOX 423
HOTCHKISS, CO 81419

TX FL 00136

Exhibit 142
- 20 -





OFFICE OF ATTORNEY GENERAL
BILL MCCOLLUM
STATE OF FLORIDA
PL-01, THE CAPITOL
TALLAHASSEE, FLORIDA 32399-1050

32333E6531 C001

JUDITH E. MILLSAP
PO BOX 423
HOTCHKISS, CO 81419

TX FL 00137

Exhibit 142
- 21 -

# EXHIBIT 143-144
# [Filed Under Seal]