# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tarla Makaeff, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br><br><br>Trump University, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO.10cv0940-GPC-WVG<br><br>ORDER<br><br>(1) GRANTING DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>(2) GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>[DKT. NO. 204, 219] |

　　Having reviewed the parties separate motions to file documents under seal, and pursuant to Local Rule 79.2 and the Protective Order issued by the Court on November 17, 2011, (Dkt. No. 91), the Court hereby **GRANTS** Defendants' and Plaintiffs' requests to file documents under seal. (Dkt. Nos. 204, 219.)

　　The following documents and portions thereof submitted by Defendants and designated as "Confidential" pursuant to the Protective Order shall be filed **UNDER SEAL**: (1) Defendants' Opposition to Plaintiffs' Motion to Strike Defendants' Declarations; (2) Defendants' Memorandum of Points and Authorities in Support of Motion to Strike and Objections to Improper Evidence and Argument in Plaintiffs'

Class Certification Reply Papers; (3) Defendants' Reply Supporting Objections to Evidence in Plaintiffs' Motion for Class Certification; (4) Defendants' Reply Memorandum in Support of Motion to Strike Declarations of Schnackenberg, Sommer, Nicholas And Donnelly; (5) Supplemental Declaration of David K. Schneider; and (6) Exhibits 123-137 and 139-149 to the Supplemental Declaration of David K. Schneider. *See* Dkt. No. 204.

The following documents, or portions thereof, submitted by Plaintiffs designated as "Confidential" pursuant to the Protective Order shall be filed **UNDER SEAL:** (1) Plaintiffs' Opposition to Defendants' Motion to Strike and Objections to Improper Evidence and Argument in Plaintiffs' Class Certification Reply Papers ("Opposition"); (2) Exhibits 140 and 143-144 to the Declaration of Rachel L. Jensen in Support of Plaintiffs' Opposition to Defendants' Motion to Strike and Objections to Improper Evidence and Argument in Plaintiffs' Class Certification Reply Papers ("Jensen Declaration"). *See* Dkt. No. 219.

DATED: June 18, 2013

HON. GONZALO P. CURIEL
United States District Judge