1
2  ZELDES HAEGGQUIST & ECK, LLP
   AMBER L. ECK (177882)
3  ambere@zhlaw.com
   HELEN I. ZELDES (220051)
4  helenz@zhlaw.com
   ALREEN HAEGGQUIST (221858)
5  alreenh@zhlaw.com
   AARON M. OLSEN (259923)
6  aarono@zhlaw.com
   625 Broadway, Suite 1000
7  San Diego, CA  92101
   Telephone:  619/342-8000
8  619/342-7878 (fax)

9  ROBBINS GELLER RUDMAN
     & DOWD LLP
10  JASON A. FORGE (181542)
   jforge@rgrdlaw.com
11  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
12  THOMAS R. MERRICK (177987)
   tmerrick@rgrdlaw.com
13  655 West Broadway, Suite 1900
   San Diego, CA  92101
14  Telephone:  619/231-1058
   619/231-7423 (fax)

15  Attorneys for Plaintiffs and Proposed Class

16              UNITED STATES DISTRICT COURT

17            SOUTHERN DISTRICT OF CALIFORNIA

18  TARLA MAKAEFF, et al., on Behalf of )   No. 3:10-cv-0940-GPC(WVG)
    Themselves and All Others Similarly )
19  Situated,                           )   CLASS ACTION
                                        )
20                     Plaintiffs,      )   DECLARATION OF AMBER L. ECK
                                        )   IN SUPPORT OF APPLICATION TO
21       vs.                            )   FILE UNDER SEAL PURSUANT TO
                                        )   LOCAL RULE 79.2 AND THE
22  TRUMP UNIVERSITY, LLC, et al.,      )   PROTECTIVE ORDER ENTERED
                                        )   NOVEMBER 17, 2011
23                     Defendants.      )
    _____    )
24
25
26
27
28

852303_1

I, Amber L. Eck, declare as follows:

1.     I am an attorney with the law firm Zeldes Haeggquist & Eck, LLP, one of Plaintiffs' counsel.  I am duly licensed to practice before all state and federal courts in California, and have been practicing law for 18 years, since 1995.  The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2.     I submit this declaration in support of Plaintiffs' Application to File Under Seal Pursuant to Local Rule 79.2 and the Protective Order Entered November 17, 2011.

3.     The parties have entered into a Protective Order (Dkt. No. 91), which was entered by the Court on November 17, 2011.  Under the Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure.  *See* Dkt. No. 91, ¶¶4, 7-9.  Any information or material which has been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action.  *See id*.

4.     Plaintiffs have submitted and reference documents that Plaintiffs and Defendants have designated as "Confidential" under the Protective Order.   As required by the Protective Order, Plaintiffs request that the following be filed under seal:

(a)     certain portions of Plaintiffs' Reply Memorandum in Support of Motion to Strike Defendants' Declarations;

(b)     certain portions of the Declaration of Amber L. Eck in Support of Plaintiffs' Reply Memorandum in Support of Motion to Strike Defendants' Declarations ("Eck Declaration"); and

(c)     Exhibits 145-146, 148-153 to the Eck Declaration.

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.  Executed this 21st day of June, 2013,

3  at San Diego, California.

4

5                                                      s/Amber L. Eck

6                                          AMBER L. ECK

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 21, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 21, 2013.

s/ Amber L. Eck
AMBER L. ECK

ZELDES HAEGGQUIST & ECK, LLP
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

E-mail:  ambere@zhlaw.com

852303_1

3:10-cv-0940-GPC(WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)