UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tarla Makaeff, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>                                Plaintiffs,<br>  vs.<br><br>Trump University, LLC, et al.,<br>                                Defendants. | CASE NO.10cv0940-GPC-WVG<br><br>**ORDER CONTINUING HEARING DATE**<br><br>[DKT. NOS. 122, 196, 211] |

      Pending before the Court is Plaintiff's motion for class certification, appointment of class counsel and class representatives, and related motions. (Dkt. Nos. 122, 196, 211.) The Court set a hearing date for Friday, June 28. The Court hereby **VACATES** the hearing date and **CONTINUES** the hearing on these matters to **Friday, August 16, 2013 at 1:30 p.m.**

      **IT IS SO ORDERED.**

DATED: June 24, 2013

HON. GONZALO P. CURIEL
United States District Judge