# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tarla Makaeff, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>                   Plaintiffs,<br>  vs.<br><br>Trump University, LLC, et al.,<br><br>                   Defendants. | CASE NO.10cv0940-GPC-WVG<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>[DKT. NO. 231] |

On June 21, 2013, Plaintiffs John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed Oberkrom ("Plaintiffs") moved to file under seal certain portions of Plaintiffs' Reply Memorandum and certain portions of the attached exhibits in support thereof. (Dkt. No. 231.) Having reviewed the request to file documents under seal, and pursuant to Local Rule 79.2 and the Protective Order issued by the Court on November 17, 2011, (Dkt. No. 91), the Court hereby **GRANTS** Plaintiffs' request to file documents under seal.

Portions of the following pleadings that have been designated as "Confidential" pursuant to the Protective Order shall be filed **UNDER SEAL**: Plaintiffs' Reply Memorandum in Support of Motion to Strike Defendants' Declarations ("Reply"), certain portions to the Declaration of Amber L. Eck in Support of Plaintiffs' Reply

("Eck Declaration"), and Exhibits 145-146, 148-153 to the Eck Declaration. See Dkt. No. 231.

DATED: June 24, 2013

HON. GONZALO P. CURIEL
United States District Judge