ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011 |

852937_1

1  Plaintiffs John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed
2  Oberkrom (collectively, "Plaintiffs") hereby request permission to file under seal
3  certain portions of Supplemental Document: Speaker Script, the Existence of Which
4  Defendants Have Denied to Magistrate Judge Gallo and This Court ("Supplemental
5  Document") and Exhibit 2 to the Declaration of Jason A. Forge ("Forge Declaration")
6  pursuant to Local Rule 79.2 and the Protective Order (Dkt. No. 91) entered on
7  November 17, 2011.

8  Under the Protective Order, the parties may designate certain documents as
9  "Confidential Information" and restrict their dissemination and disclosure. *See* Dkt.
10 No. 91, ¶¶4, 7-9.  Any information or material which has been designated as
11 "Confidential" may not be disclosed publicly and may only be disclosed or made
12 available to certain designated persons, such as the Court and counsel for parties to
13 this action. *See id.*  The documents Plaintiffs seek to file under seal have been
14 designated "Confidential" by Defendants pursuant to the Protective Order.

15 Plaintiffs therefore request permission to file under seal certain portions of their
16 Supplemental Document and Exhibit 2 to the Forge Declaration. *See* Dkt. No. 91,
17 ¶13.

18 DATED: June 26, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
THOMAS R. MERRICK

s/ Jason A. Forge
JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| 1 | |
| 2 | ZELDES HAEGGQUIST & ECK, LLP<br>AMBER L. ECK |
| 3 | HELEN I. ZELDES<br>ALREEN HAEGGQUIST |
| 4 | AARON M. OLSEN<br>625 Broadway, Suite 1000 |
| 5 | San Diego, CA  92101<br>Telephone:  619/342-8000 |
| 6 | 619/342-7878 (fax) |
| 7 | Attorneys for Plaintiffs and Proposed Class |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 26, 2013.

    s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: jforge@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)