ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF JASON A. FORGE<br><br>JUDGE:　Hon. Gonzalo P. Curiel<br>DATE:　August 16, 2013<br>TIME:　1:30 p.m.<br>CTRM:　2D (Schwartz) |

852935_1

I, JASON A. FORGE, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP, one of counsel of record for Plaintiffs and the proposed Class. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On June 25, 2013, my colleague Rachel Jensen emailed defense counsel David Schneider objecting to Defendants' designation of the speaker script attached hereto as Exhibit 2 as "Confidential" under the Protective Order (Dkt. No. 91) in this case. Ms. Jensen requested that Defendants re-produce the script document without the confidentiality designation. On June 26, 2013, Mr. Schneider advised by email that Defendants decline to remove the confidentiality designation for the script document. As such, under the terms of the Protective Order, Plaintiffs must file Exhibit 2 under seal.

3. Attached hereto are true and correct copies of the following Exhibits:

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| Exhibit 1 | Excerpt from the hearing transcript of the February 22, 2013 Discovery Hearing before the Honorable William V. Gallo; | 1-7 |
| Exhibit 2 | TU 154665-702 **[sealed]**; and | 8-46 |
| Exhibit 3 | Excerpt from the deposition transcript of PL, taken June 17, 2013. | 47-49 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of June, 2013, at San Diego, California.

s/ Jason A. Forge<br>JASON A. FORGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 26, 2013.

    s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: jforge@rgrdlaw.com

852935_1

3:10-cv-0940-GPC(WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)