# EXHIBIT 3

Exhibit 3
- 47 -

P▇▇ L▇▇▇                                                    **Makaeff v. Trump University**

```
 1         Deposition of P▇▇ L▇▇▇, taken before NIKKI
 2   ROY, CSR No. 3052, a Certified Shorthand Reporter for
 3   the State of California, commencing at 9:40 a.m., on
 4   Monday, June 17, 2013, in the offices of Glancy,
 5   Binkow and Goldberg, LLP, 1925 Century Park East,
 6   Suite 2100, Los Angeles, California on behalf of the
 7   Plaintiffs.
 8
 9
10   APPEARANCES OF COUNSEL:
11
12   FOR THE PLAINTIFFS:
13       ROBBINS GELLER RUDMAN & DOWD LLP
         BY:  JASON FORGE, Attorney at Law
14       -- and -- RACHEL L. JENSEN, Attorney at Law
         655 West Broadway
15       Suite 1900
         San Diego, California 92101
16       619.231.1058
         jforge@rgrdlaw.com
17       rachelj@rgrdlaw.com
18
19   FOR THE DEFENDANTS:
20       YUNKER & SCHNEIDER
         BY:  DAVID K. SCHNEIDER, Attorney at Law
21       655 West Broadway
         Suite 1400
22       San Diego, California 92101
         619.233.550
23       dks@yslaw.com
24
25
```

P█████ L██████                                    Makaeff v. Trump University

```
 1   BY MR. FORGE:
 2       Q.   Did anyone ever tell you that his own
 3   attorneys have represented to the court that Donald
 4   Trump's involvement is completely absent here?
 5            MR. SCHNEIDER:  That's false.  That is just
 6   such a lie.  Show me the document where his lawyers
 7   said --
 8            MR. LUSBY:  Did anyone ever tell you that?
 9            THE WITNESS:  No.
10            MR. LUSBY:  You've answered the question.
11            THE WITNESS:  No.
12   BY MR. FORGE:
13       Q.   Did anyone ever tell you that his own
14   lawyers said Donald Trump is not the operator of
15   Trump University?
16       A.   No.
17       Q.   Did anyone ever tell you that his lawyers
18   said, you know, Donald Trump plays no part in the
19   day-to-day operation of Trump University?
20       A.   No.  I was a student.
21       Q.   Right.  I understand.
22            I know this is going to seem like a silly
23   question, but in any of your experiences, your
24   university experiences, were any of the instructors
25   paid on a commission based on additional classes they
```