

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 28 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>      Plaintiff-counter-defendant - Appellant,<br><br>  and<br><br>BRANDON KELLER; et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>      Defendant-counter-claimant - Appellee,<br><br>  and<br><br>DONALD J. TRUMP,<br><br>      Defendant. | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: KOZINSKI, Chief Judge, and WARDLAW and PAEZ, Circuit Judges.

Consumer Attorneys of California's motion for leave to file a brief as

amicus curiae in opposition to defendant-counter-claimant-appellee Trump University's Petition for Rehearing En Banc is GRANTED.

**IT IS SO ORDERED.**