David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendants,
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10cv0940GPC (WVG)<br><br><u>CLASS ACTION</u><br><br>**DEFENDANTS' EX PARTE REQUEST TO FILE 2-PAGE SUR-REPLY TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' DECLARATIONS**<br><br>DATE:　8/16/13<br>TIME:　1:30 P.M.<br>CTRM:　2D |

///
///
///
///
///
///
///

Plaintiffs' Reply in Support of Motion to Strike Defendants' Declarations (ECF No. 233) misstates the record, and includes improper new exhibits – including <u>unsigned</u> draft declarations that witnesses refused to sign – plus only a <u>partial</u> transcript of the deposition testimony by one former student that completely misrepresents the key point of her testimony.  These issues can be very briefly identified and resolved for the Court.

Pursuant to this Court's Civil Pre-Trial and Trial Procedures, defendants respectfully seek leave through this ex parte request to file a two page Sur-Reply – already prepared – to address these gross misrepresentations.  This short Sur-Reply will address four issues:

1. The purported "new script";
2. The inapplicable Wisconsin employment case cited by plaintiffs;
3. The full context of the deponent's deposition testimony; and
4. Plaintiffs' submission of unsigned draft declarations that declarants refused to sign.

Dated:  July 8, 2013                              YUNKER & SCHNEIDER


                                                  By:      s/David K. Schneider
                                                      David K. Schneider
                                                      Attorneys for Defendants
                                                      TRUMP UNIVERSITY, LLC and
                                                      DONALD J. TRUMP
                                                      Email:  dks@yslaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on July 8, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 8, 2013.

                            s/David K. Schneider

                            YUNKER & SCHNEIDER
                            655 West Broadway, Suite 1400
                            San Diego, California 92101
                            Telephone:  (619) 233-5500
                            Facsimile:   (619) 233-5535

                            Email:  dks@yslaw.com