# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tarla Makaeff, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br><br>Trump University, LLC, et al.,<br><br>Defendants. | CASE NO.10cv0940-GPC-WVG<br><br>**ORDER**<br><br>**(1) GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>**(2) GRANTING DEFENDANTS' EXPARTE MOTION TO FILE A SUR-REPLY**<br><br>[Dkt. NOs. 237, 242] |

On June 26, 2013, Plaintiffs John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed Oberkrom ("Plaintiffs") moved to file under seal certain portions of Plaintiffs' Supplemental Document and Exhibit 2 to the Declaration of Jason A. Forge (Dkt. No. 237.) Having reviewed the request to file documents under seal, and pursuant to Local Rule 79.2 and the Protective Order issued by the Court on November 17, 2011, (Dkt. No. 91), the Court hereby **GRANTS** Plaintiffs' request to file certain portions of these documents under seal.

Portions of the following pleadings that have been designated as "Confidential" pursuant to the Protective Order shall be filed **UNDER SEAL**: Plaintiffs' Supplemental

1  Document and Exhibit 2 of the Gorge Declaration. See Dkt. No. 91.

2  On July 8, 2013, Defendants filed a motion for leave to file a sur-reply to
3  Plaintiffs' response in support of motion to strike. (Dkt. No. 242.) Pursuant to L. Civ.
4  R. 7.1, the Court hereby **GRANTS** Defendants' motion.  Accordingly, Defendants
5  SHALL FILE sur-reply on or before July 16, 2013.

6  **IT IS SO ORDERED.**

7  DATED: July 15, 2013

HON. GONZALO P. CURIEL
United States District Judge