# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MAKAEFF v. TRUMP UNIVERSITY, LLC, *et al.*
No. 10-CV-0940-GPC (WVG)

HON. WILLIAM V. GALLO       CT. DEPUTY J. YAHL       RPTR.

Attorneys

Plaintiffs                                                                Defendants

On July 24, 2013, the Court was notified of a discovery dispute in this case. On July 29, 2013, at 8:30 a.m., this Court will hold a telephonic Discovery Conference with counsel for all parties. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED: July 24, 2013

Hon. William V. Gallo
U.S. Magistrate Judge