# EXHIBIT B

1  David K. Schneider (CSB 139288)
   YUNKER & SCHNEIDER
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  Telephone: (619) 233-5500
   Facsimile: (619) 233-5535
4  Email: dks@yslaw.com

5  Attorneys for Defendants TRUMP UNIVERSITY, LLC and
   DONALD J. TRUMP

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | TARLA MAKAEFF, BRANDON         ) | Case No. 10 CV 0940 IEG (WVG)
     KELLER, ED OBERKROM, and       )
11   PATRICIA MURPHY, on Behalf of  )
     Themselves and All Others Similarly )
12   Situated,                      ) | RESPONSE OF TRUMP UNIVERSITY,
                                    ) | LLC TO SECOND SET OF
13              Plaintiffs,         ) | INTERROGATORIES BY PLAINTIFFS
                                    )
14   v.                             )
                                    )
15   TRUMP UNIVERSITY, LLC, (aka    )
     Trump Entrepreneur Initiative) a New )
16   York Limited Liability Company, )
     DONALD J. TRUMP, and DOES 1    )
17   through 50, inclusive,         )
                                    )
18              Defendants.         )
                                    )

19

20  PROPOUNDING PARTY:    Plaintiffs TARLA MAKAEFF, BRANDON KELLER, and ED
                          OBERKROM
21

22  RESPONDING PARTIES:   Defendants TRUMP UNIVERSITY, LLC

23  SET NUMBER:           Two

24       The following are Trump University, LLC's Responses to Plaintiffs' Interrogatories (Set

25  Two).

26       PLEASE TAKE NOTICE that the following Responses are made subject to the fact that

27  investigation and discovery are ongoing, and consequently the parties may learn additional facts

28  presently unknown, or may locate additional facts presently unknown, or may locate additional

INTERROGATORY NO. 12:

Describe in detail all dates, times and locations in which the video produced by Trump University, Bates-numbered TU 62975, was shown, including how it was shown (*e.g.,* online, during live seminars, during webcasts, and/or any other medium).

**RESPONSE TO INTERROGATORY NO. 12:**

The subject video was used periodically at various seminars. Responding Party does not have a record of dates and locations where and when the video may have been used. Instructors had great latitude in what information would be included in their presentations and decided whether to use the video. Defendants have produced recordings of Trump University programs. Plaintiffs can review those recordings to determine at which live seminars the video may have been shown.

INTERROGATORY NO. 13:

Describe in detail any and all training Trump University provided to its speakers, instructors and/or mentors, including without limitation, the content, dates, times, location, and duration of the trainings, what training documents were given or reviewed, and the substance of the training.

**RESPONSE TO INTERROGATORY NO. 13:**

Responding Party objects to this request as it is overbroad, burdensome and oppressive. Subject to and without waiving said objection, please see documents Bates-stamped TU 101846 – TU 102276; TU 102316-TU 102317; and TU 102401 which reflect some of the training provided to speakers, instructors and mentors.

INTERROGATORY NO. 14:

Identify all persons Trump University used to train Trump University speakers, instructors and/or mentors, including without limitation, the trainer's resume, contact information, all dates and locations the trainer was assigned to train, and all speakers, instructors and/or mentors the trainer was assigned to train.

**RESPONSE TO INTERROGATORY NO. 14:**

Responding Party objects to this request as it is overbroad, burdensome and oppressive. Subject to and without waiving said objection, please see documents Bates-stamped TU 101846 –

/ / /

INTERROGATORY NO. 18:

For each Trump University seminar, identify the Trump University speaker assigned by Trump University to speak at the seminar, including, without limitation, the date, time, location and content of the seminar.

**RESPONSE TO INTERROGATORY NO. 18:**

Responding Party objects to this interrogatory as Responding Party previously produced documents reflecting each seminar, speaker assigned, date, location and content of seminar. See Responding Party's documents Bates-numbered TU 25712-TU 48768, TU 95947-TU 95962 and Plaintiffs' Supplemental Responses to Defendant Trump University, LLC's First Set of Interrogatories to Plaintiffs pages 15-28. Subject to and without waiving said objections, Responding Party produced an additional spreadsheet created to respond to this request, Bates-numbered TU 102277-TU 102315, which contains the date, program, speaker and program coordinator of each seminar, workshop, retreat, preview, summit and expo provided by Trump University.

INTERROGATORY NO. 19:

Identify the criteria used for selecting Trump University instructors and mentors and the names and job titles for the person(s) primarily responsible for determining those criteria.

**RESPONSE TO INTERROGATORY NO. 19:**

Trump University undertook a comprehensive and thorough vetting process to select qualified and experienced instructors and mentors. Please see Defendants' documents Bates-stamped TU 48769-TU 52107 (TU 48825 omitted); TU 96089-TU 96124; and TU 101846-TU 102276, which outline some of the criteria and process.

Dated: May 29, 2012

YUNKER & SCHNEIDER

By: _____
Attorneys for Defendants and Counterclaimant
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP
E-mail: dks@yslaw.com