# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tarla Makaeff, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>Trump University, LLC, et al.,<br><br>Defendants. | CASE NO.10cv0940-GPC-WVG<br><br>**ORDER**<br><br>**(1) CONTINUING HEARING DATE ON PLAINTIFFS' MOTION TO AMEND AND SETTING BRIEFING SCHEDULE**<br><br>**(2) VACATING HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

On August 2, 2013, Plaintiffs filed a motion for leave to file a fourth amended complaint. (Dkt. No. 248.) The Court initially provided a hearing date of August 16, 2013. Given the pending motion for class certification, the Court makes the following changes to the pending hearing dates.

The Court **CONTINUES** the hearing date on Plaintiffs' motion for leave to amend to **Friday, August 30, 2013 at 1:30 p.m**. (Dkt. No. 248.) Accordingly, the Court sets the following **BRIEFING SCHEDULE**:

Defendants shall file a response on or before **August 16, 2013.** Any reply shall be due on or before **August 23, 2013.**

1    Given the newly filed motion, the Court hereby **VACATES** the hearing set for
2 **August 16, 2013** on Plaintiffs' motion to certify the class and related motions. (Dkt.
3 Nos. 122, 138-2, 196, 211.)   The Court shall reset a hearing date in the future.

DATED:  August 5, 2013

*[signature]*
HON. GONZALO P. CURIEL
United States District Judge