David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendants,
TRUMP UNIVERSITY, LLC, et al.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>    Defendants. | Case No. 3:10-cv-0940-GPC (WVG)<br><br>**DEFENDANTS' APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011**<br><br>JUDGE:  Hon. Gonzalo P. Curiel<br>DATE:   8/30/13<br>TIME:   1:30 PM<br>CTRM:   2D (Schwartz) |

  Defendants Trump University, LLC and Donald J. Trump (collectively, "TU") hereby request permission to file under seal, pursuant to Local Rule 79.2 and the Protective Order entered on November 17, 2011, certain exhibits or portions of exhibits attached to the Declaration of David K. Schneider in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to Amend. Those exhibits are: Exhibit 1; Exhibit 8A, pp. 352-353; Exhibit 9, p. 365; Exhibit 13A, pp. 398-400; Exhibit 15A, pp. 414-415, 422-422a, 424, 426, 428-430, 432, and 438-441.

  Under the Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure. See Dkt.

No. 91, Protective Order, ¶¶4, 7-9. Any information or material which has been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. See *id*. The documents TU seeks to file under seal have been designated "Confidential" by TU and/or Plaintiffs pursuant to the Protective Order or have not yet been so designated but counsel believes the evidence falls within the designated definition.

TU therefore requests permission to file under seal Exhibit 1; Exhibit 8A, pp. 352-353; Exhibit 13A, pp. 398-400; Exhibit 15A, pp. 414-415, 422-422a, 424, 426, 428-430, 432, and 438-441. See Protective Order (ECF 91), ¶13.

Respectfully submitted,　　　　　　　　　YUNKER & SCHNEIDER

Dated:  August 16, 2013　　　　　　　　　By:　　s/David K. Schneider
　　　　　　　　　　　　　　　　　　　　　　　David K. Schneider
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　TRUMP UNIVERSITY, LLC, et al.
　　　　　　　　　　　　　　　　　　　　　　　Email:  dks@yslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 16, 2013.

s/David K. Schneider

David K. Schneider
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile:  (619) 233-5535

Email: dks@yslaw.com