# EXHIBIT 11

1            UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3   _____

                                        )
4   TARLA MAKAEFF, BRANDON KELLER,      )
    ED OBERKROM, and PATRICIA MURPHY,   )
5   on Behalf of Themselves and All     )
    Others Similarly Situated,          )
6                                       )
              Plaintiffs,               ) Case No.
7                                       ) 10 CV 0940 CAB (WVG)
          vs.                           )
8                                       )
    TRUMP UNIVERSITY, LLC, (aka Trump   )
9   Entrepreneur Initiative) a New      )
    York Limited Liability Company,     )
10  DONALD J. TRUMP, and DOES 1         )
    through 50, inclusive,              )
11                                      )
              Defendants.               )
12  _____)

13

14

15          Videotaped Deposition of Sonny Low

16          taken at 655 West Broadway, Suite 1900,

17          San Diego, California, commencing at

18          9:23 a.m., on Thursday, October 4, 2012,

19          before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23  Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

24                Job No.  54028

25

1   is part of the contract?

2           MS. ECK:  Objection.  Calls for a legal

3   conclusion.

4           THE WITNESS:  I believe there should have been

5   an attachment that described fully, especially when you

6   pay the amount of monies we're talking about.

7   BY MR. SCHNEIDER:

8       Q.   You're saying that you think that would have

9   been more appropriate?

10      A.   Yes.

11      Q.   Did you ever see any kind of video of

12   Donald Trump regarding Trump University?

13      A.   Per my recollections, no.

14      Q.   During the three-day -- well, let's start with

15   the James Harris program.

16           Was that a PowerPoint presentation, the free

17   90-minute program?

18      A.   Per my recollections, he had flip charts, and

19   he was writing stuff with a felt pen.

20      Q.   So when you say a flip chart, you're talking

21   about pieces of paper?

22      A.   Well, flip charts, yeah.  You know, the -- that

23   is per my recollection.

24      Q.   I understand.

25           And he was talking as he would flip through the

1                    UNITED STATES DISTRICT COURT

2               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3     _____

                                            )

4     TARLA MAKAEFF, BRANDON KELLER,        )

      ED OBERKROM, and PATRICIA MURPHY,     )

5     on Behalf of Themselves and All       )

      Others Similarly Situated,            )

6                                           )

                Plaintiffs,                 ) Case No.

7                                           ) 10 CV 0940 CAB (WVG)

            vs.                             )

8                                           )

      TRUMP UNIVERSITY, LLC, (aka Trump     )

9     Entrepreneur Initiative) a New        )

      York Limited Liability Company,       )

10    DONALD J. TRUMP, and DOES 1           )

      through 50, inclusive,                )

11                                          )

                Defendants.                 )

12    _____)

13

14

15          Videotaped Deposition of Joann Everett

16          taken at 655 West Broadway, Suite 1900,

17          San Diego, California, commencing at

18          9:31 a.m., on Wednesday, October 3, 2012,

19          before Kimberly S. Thrall, RPR, CSR No. 11594.

20

21

22

23

24    Reported by:  Kimberly S. Thrall, RPR, CSR. No. 11594

25                  Job No. 54027

1    testimonials in the 90-minute program?

2        A.    I don't remember.

3        Q.    Did you see any kind of video from Donald Trump

4    at the 90-minute program?

5        A.    They started with a -- oh, geez.  I'm sorry.

6    That's been so long ago.  I -- I don't specifically

7    remember.  And I -- I don't have any notes from that

8    time during -- I was writing, again, on notepads.  That

9    could have refreshed my memory, the things I had written

10   down.  The thing that I -- that stands out --

11       Q.    There's -- there's no question pending.

12       A.    Okay.

13       Q.    All right.  Let me hand you back the binder --

14       A.    Okay.

15       Q.    -- and ask you to look at the first document in

16   there, which is page EVERETT001.  And I'm going to mark

17   that as Exhibit -- what are we on?  Four or five?

18           MS. ECK:  I think it's actually 5.

19           THE WITNESS:  Five.  Yeah.

20           (Defendants' Exhibit 5, the Contract, was

21           marked for identification.)

22           MR. SCHNEIDER:  All right.  Five.  Put that on

23   there.

24   ///

25

1   it -- is it true that you've never personally heard

2   words out of his mouth either on a video or in person or

3   on the phone making representations to you?  Is that

4   true?

5       A.   Well, I've attended -- I've listened to tapes,

6   and so forth, quite a few of them --

7       Q.   No.

8       A.   -- and reads book, so . . .

9       Q.   Representations to you that caused you to

10  purchase the program?

11      A.   Well, I -- I received them as part of the

12  program.

13      Q.   You had --

14      A.   He sent out tapes.

15      Q.   -- already purchased it, right?

16      A.   Yeah.  I had already purchased it.

17      Q.   Okay.  Prior to you purchasing the program, did

18  he make any statements to you personally via video, on

19  the phone?

20      A.   There was a video I believe from the first

21  session that I -- I told you I received several videos.

22  I -- it's now unclear exactly when I received them, but

23  I played several videos from Trump talking about real

24  estate --

25      Q.   Well, you would have gotten --

# EXHIBIT 12

```
1                    UNITED STATES DISTRICT COURT
2                 SOUTHERN DISTRICT OF CALIFORNIA
3

4

    TARLA MAKAEFF, BRANDON KELLER,
    ED OBERKROM, and PATRICIA
5   MURPHY, on Behalf of Themselves
    and All Others Similarly
6   Situated,
7                                   No. 10 CV 0940 IEG (WVG)
                  Plaintiffs,
8
        vs.
9
    TRUMP UNIVERSITY, LLC, (aka
10  Trump Entrepreneur Initiative) a
    New York Limited Liability
11  Company, DONALD J. TRUMP, and
    DOES 1 through 50, inclusive,
12
                  Defendants.
13
14  _____
15
16              DEPOSITION of TARLA MAKAEFF
17                 San Diego, California
18               Monday, January 30, 2012
19                      Volume I
20

21

22  Reported by:
    Kae F. Gernandt
23  RPR, CSR No. 5342
24  Job No. 130455
25  PAGES 1 - 282
```

                                                    Page 1

                                                    Ex. 12 - 393

```
 1    testimony before we broke for lunch is that Donald    01:49:22

 2    Trump didn't personally attend the program, correct?

 3         A.   Yes.

 4         Q.   And he did not provide any live

 5    statements or presentation there through any kind of   01:49:32

 6    video medium; is that true?

 7         A.   I'm not 100 percent positive if he was

 8    on some screen shots, but I don't believe there was

 9    a video with him talking.

10         Q.   All right.  And was there any video       01:49:49

11    footage or videotape of him talking during those

12    three days?

13         A.   I don't recall.  I don't believe so.

14         Q.   All right.  So, earlier, the

15    representations that you said you attributed to        01:49:58

16    Donald Trump, those were made by people from James

17    Harris, correct?

18         A.   Yes.

19         Q.   So, James Harris represented that Donald

20    Trump personally hand-picked people, correct?         01:50:10

21         A.   Yes.

22         Q.   And James Harris represented that no

23    course offers as comprehensive a program as Trump

24    University, correct?

25         A.   Yes.  As well as in letters and           01:50:25
```

Page 109

Ex. 12 - 394

```
 1    BY MR. SCHNEIDER:                              01:56:03

 2         Q.   All right.  Do you have any -- well, I

 3    think we've already gone through that -- you said

 4    it's possible there may have been some kind of video

 5    footage, but you can't recall it, correct?         01:56:10

 6         A.   No.  I don't know with a hundred percent

 7    certainty.  I can't say.

 8         Q.   All right.  Is the part that was

 9    important to you were the representations that James

10    Harris made about Donald Trump's involvement with   01:56:19

11    Trump University?

12         A.   Yes, representations from him, from

13    other people, staff there, from screen shots,

14    slides.  From everybody, not from just James Harris.

15    From everybody who was representing Trump University 01:56:36

16    and Donald Trump's name.

17         Q.   All right.  During the next break, I

18    will give you the binder of documents that were

19    produced by plaintiffs to make sure I've got your

20    testimony on all of the documents that you all have  01:57:43

21    produced that -- that you may have reviewed.

22              And, Miss Makaeff and Counsel, I'm not

23    trying to hide the ball here.  I want to understand

24    exactly the documents that you are contending caused

25    you to sign up for the Gold Elite program.          01:57:58
```

# EXHIBIT 13

**EXHIBIT 13**

| **Purported "New Facts" in 4th AC (ECF 248-3)** | **Identical or Substantially Similar Allegations or Argument in Earlier Pleadings and/or Verified Discovery Responses or Documents Produced Prior to Amendment Deadline** |
|---|---|
| 3.0 Preview Script | **Ex. 13 A**<br>• Verbatim content of Script ("Talking Points") & PowerPoint Slides Produced 5/29/12 (TU 105220), but not attached hereto (see below)<br>• Plaintiffs Submitted Talking Points and PowerPoint with Reply as Ex. 86 (2/1/13, ECF 195), and hence not attached hereto<br>• Jensen Letter dated 3/18/13, pp. 2-3, submitted to Court (6/14/13, ECF 221-2), Ex. 143 |

# EXHIBIT 13 A
## [Filed Conditionally Under Seal]

Exhibit 13 A
Pages 398-400

# EXHIBIT 14

| | |
|---|---|
| **From:** | D N |
| **To:** | David K. Schneider |
| **Subject:** | [SPAM]Fw: Want to come? |
| **Date:** | Monday, May 6, 2013 3:48:41 PM |

Hi David,

It's Duyen. I got your VM and here is a FWD email I sent to Tarla regarding Trump U

----- Forwarded Message -----
**From:** Tarla Makaeff <bambooer73@yahoo.com>
**To:** "dglobetrotter@yahoo.com" <dglobetrotter@yahoo.com>
**Sent:** Monday, July 28, 2008 9:41 PM
**Subject:** RE: Want to come?

Any word from Dale?

D N wrote:
>
> Going out of curiosity...I'm registered for Tues at 6:30
>
> Home
> Real Estate
> Entrepreneurship
> Investing
> Management
> Live Training
> Trump Blog
> Asset Protection
> Foreclosure Investing
> Foreclosure Intensive
> No Money Down Real Estate
> Commercial Properties
> Fast Track to Foreclosure Investing - Free Introductory Class
> You are now registered for the Fast Track to Foreclosure Investing free class presented exclusively by Trump U.
> If you're ready to branch out into another area of investing, the world of foreclosures is a great place to start. In this class you are going to learn:
> How to Find Foreclosure Opportunities in Your Geographic Area: Take advantage of the hot investing opportunities in your neighborhood before anyone else does
> Credit and Credit Card Repair: Be in good financial standing so you can make money at every stage of the investing process
> Financing: How to benefit from specific sources of seed capital and put together your own creative financing deals
> The Phases of Foreclosure Following the Foreclosure Clock: When to make a move and how to capitalize at every stage of the process
> What to Do Once You Have the Property: Do you rent, renovate, or sell immediately? Learn what's best for your specific situation
> Goal Setting: How to set realistic goals and attain them every time
> So fasten your seatbelt, you're in for an incredible learning journey!
> Donald Trump, Founder and Chairman of Trump U, created this video to introduce you to

a key element in your drive to profit from today's real estate market. You are now one step closer to your goal. Trump U will show you how to find the deals , secure financing and profit from real estate investing.

> Get directions to your event by clicking the green arrow below.
> Map data ©2008 Tele Atlas - Terms of Use
> Map
> Satellite
> Hybrid
> Map data ©2008 Tele Atlas - Terms of Use
> Map
> Satellite
> Hybrid
>
>
>
> scroll through results
> powered by
> Bringing a Guest? Add a guest...
> Event Details
> When July 29, 2008 6:30PM - 8:30PM Pacific
> Where Doubletree Hotel Torrance/South Bay 21333 Hawthorne Boulevard Torrance, CA 90503 United States (310) 540-0500
> Add Event to Calendar...
> Print Event Ticket...
> To ensure you receive all communications from us, please add "noreply@trumpuniversity.com" to your email address book.

# EXHIBIT 15

**EXHIBIT 15**

| Purported "New Facts" in 4<sup>th</sup>AC (ECF 248-3) | Identical or Substantially Similar Allegations in TAC (ECF 112-4) | Identical or Substantially Similar Allegations or Argument in Earlier Pleadings and/or Verified Discovery Responses or Documents Produced Prior to Amendment Deadline |
|---|---|---|
| Trump University website link | TAC, ¶ 42 fn 12 | **Ex. 15 A**<br>• Complaint, ¶ 15 fn 4<br>• FAC, ¶ 30 fn 6<br>• SAC, ¶ 34 fns 10 & 11<br>• Sample of Documents Produced by <u>Plaintiffs</u> with reference to links to TU website:<br>  • General Production: TU-PLTF00204, 00329,01967, 02081, 02223<br>  • Makaeff: TU-MAKAEFF0313, 1057, 2025, 3203, 3684, 3700, 5179<br>  • Oberkrom: TU-OBERKROM0004, 838, 842<br>  • Brown: TU-BROWN0000012, 375<br>  • Everett: TU-EVERETT0000006, 11, 43, 322<br>  • Low: TU-LOW0000058, 894<br>  • Keller: TU-KELLER0005, 37, 673<br>• Exemplar Documents Produced by <u>Defendants</u> as Early as 1/5/12: TU 62097, 53140, 53342, 53467, 53816, 62081 |

# EXHIBIT 15 A

**First tier: the Free Introductory Course**

15.     Trump University advertises extensively in local media and online, such as online local newspapers, on Facebook, and radio for "Free" introductory courses, which take place in cities across the country.  In marketing the Trump University program, Donald Trump claims: "I'm going to give you 2 hours of access to one of my amazing instructors AND priceless information ... all for FREE."[1]  An advertisement in the L.A. Times, for example, quoted Donald Trump as saying that "investors nationwide are making millions in foreclosures . . . and so can you!" It also promised two hours of "priceless information . . . all for free."[2]  Other advertisements urged consumers to "Learn from the Master" – Donald Trump," that "It's the next best thing to being his Apprentice," and told consumers that they would learn "insider success secrets from Donald Trump."

 

16.     At the free seminar, prospective customers are greeted by a large screen projector and two tall banners with Donald Trump's photo on them.  The speaker, who is following a Trump

---

[1] *See L.A. Times, "Trump Spins in Foreclosure Game,"* by David Lazarus, Dec. 12, 2009, http://www.latimes.com/business/la-fi-lazarus12dec12,0,7835610.column

[2] *See L.A. Times, "Trump's a grump about column on his 'priceless' tips"* by David Lazarus, Dec. 16, 2009, http://www.latimes.com/business/la-fi-lazarus16dec16,0,1670633.column.  When L.A. times reporter David Lazarus attended the Pasadena Hilton Trump seminar, he: "learned by attending the seminar, the event was a two-hour sales pitch for a three-day workshop that would cost people $1,495." *Id.*

[3] Screen shot from http://www.trumprealestate.com/market-Phoenix.html?cid=726078 (last updated 2/3/2010).

[4] Screen shot from http://www.trumpuniversity.com/ (last updated 2/3/2010).

[5] Screen shot from http://www.trumptactics.com/ (last updated 2/3/2010).

5

**CLASS ACTION COMPLAINT**

information or training they were promised. The three "tiers" to the Trump University program are as follows:

**First tier: the Free Introductory Course**

30.     Trump University advertises extensively in local media and online, such as online local newspapers, on Facebook, and radio for "Free" introductory courses, which take place in cities across the country.  In marketing the Trump University program, Donald Trump claims: "I'm going to give you 2 hours of access to one of my amazing instructors AND priceless information ... all for FREE."[3]  An advertisement in the L.A. Times, for example, quoted Donald Trump as saying that "investors nationwide are making millions in foreclosures . . . and so can you!" It also **promised two hours of "priceless informat**ion . . . all for free."[4]  Other advertisements urged consumers to "Learn from the Master" – Donald Trump," that "It's the next best thing to being his Apprentice," and told consumers that they would learn "insider success secrets from Donald Trump."

  

--------

[3] *See L.A. Times, "Trump Spins in Foreclosure Game,"* by David Lazarus, Dec. 12, 2009, http://www.latimes.com/business/la-fi-lazarus12dec12,0,7835610.column

[4] *See L.A. Times, "*Trump's a grump about column on his 'priceless' tips*"* by David Lazarus, Dec. 16, 2009, http://www.latimes.com/business/la-fi-lazarus16dec16,0,1670633.column.  When L.A. times reporter David Lazarus attended the Pasadena Hilton Trump seminar, he: "learned by attending the seminar, the event was a two-hour sales pitch for a three-day workshop that would cost people $1,495." *Id.*

[5] Screen shot from http://www.trumpurealestate.com/market-Phoenix.html?cid=726078 (last updated 2/3/2010).

[6] Screen shot from http://www.trumpuniversity.com/ (last updated 2/3/2010).

[7] Screen shot from http://www.trumptactics.com/ (last updated 2/3/2010).

11

FIRST AMENDED CLASS ACTION COMPLAINT

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
PAULA M. ROACH (254142)
proach@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive, <br><br> Defendants. | No. 10-cv-00940-IEG(WVG) <br><br> CLASS ACTION <br><br> SECOND AMENDED CLASS ACTION COMPLAINT <br><br><br><br><br><br> JURY TRIAL DEMANDED |

590148_1

It also **promised two hours of "priceless information . . . all for free**."[8]  Other advertisements urged consumers to "Learn from the Master" – Donald Trump," that "It's the next best thing to being his Apprentice," and told consumers that they would learn "insider success secrets from Donald Trump."






35.   At the free seminar, prospective customers are greeted by a large screen projector and two tall banners with Donald Trump's photo on them.  The speaker, who is following a Trump University script, begins addressing the audience with scare tactics.  A large portion of the audience is typically comprised of senior citizens, and the speaker plays on their fears, asking: "How many of

---

[8]     David Lazarus, *Trump's a grump about column on his 'priceless' tips*, L.A. Times, Dec. 16, 2009, http://www.latimes.com/business/la-fi-lazarus16dec16,0,1670633.column.  When L.A. times reporter David Lazarus attended the Pasadena Hilton Trump seminar, he "learned by attending the seminar, the event was a two-hour sales pitch for a three-day workshop that would cost people $1,495." *Id.*

[9]     Screen shot from http://www.trumpurealestate.com/market-Phoenix.html?cid=726078 (last visited 2/3/2010).

[10]    Screen shot from http://www.trumpuniversity.com/ (last visited 2/3/2010).

[11]    Screen shot from http://www.trumptactics.com/ (last visited 2/3/2010).

Why I Started Trump University: A Passion for Learning - The Trump Blog

🍁 Switch to Canadian Site          Log In or Join Now    My Cart

**The TRUMP**
Entrepreneur Initiative

Call for a free consultation
**888.826.5953**

| Home | Real Estate Investing | Entrepreneurship | Investing | Live Training | Trump Blog | My Network |

Entrepreneurship  |  Real Estate  |  Leadership  |  Success  |  Marketing  |  Celebrity Apprentice

*Ideas and Opinions from Donald Trump and The Trump Entrepreneur Initiative Instructors.*

Home : Why I Started The Trump Entrepreneur Initiative: A Passion for Learning

# Why I Started The Trump Entrepreneur Initiative: A Passion for Learning

POSTED BY DONALD J. TRUMP ON 6/8/2005 AT 5:06 PM

**Chairman,**

**Trump**

**University**

I have a real passion for learning. It grew out of my days as a student at the Wharton School and my professional experience. It became obvious to me early in my career that education gives a person an edge in business. People who are more educated--by which I mean not just formal education, but preparation in general--simply have an advantage. It's good common sense that risk--always an essential feature of business--is substantially reduced when you make an effort to learn everything you can about what you're getting yourself into.

My books and seminars have always included a strong educational or ''lessons learned'' slant. As I did more books and seminars and then my TV series, *The Apprentice*, I saw that a lot of people really wanted to hear what I had to say. They wanted to know what made me successful. The groundswell of popular support really took me by surprise at first. It shouldn't have, though, because the message that has been there from the start is that education, research, knowledge--learning in general--are at the core of my success. So, when people buy my books or show up to hear me speak, they're in effect just doing the same thing I've always done myself.

The Trump Entrepreneur Initiative grew out of my desire to impart my business knowledge, accumulated over the years, and my realization that there is a huge demand for practical, convenient education that teaches success.

I respect anyone who makes a serious effort to educate and improve himself or herself. I want the people who go to The Trump Entrepreneur Initiative to succeed, and I plan to do my part to help them. I'm not just putting my name on this venture; I plan to be an active presence in the curricula. The website, www.trumpuniversity.com, will include such features

ShareThis
A A **A**
Permalink



**Why do you need a Personal Real Estate Coach?**
• To find profitable real estate investments
• To negotiate deals like a pro
• To close deals and **MAKE MONEY!**

**Get Started Now!**

**Get the Feed**

Subscribe in reader

SUBSCRIBE

Subscribe by email

5432 readers
BY FEEDBURNER

**Popular Posts**

Mobile Web Design and Marketing for Your Business & investments

**Categories**

Property Management  The Apprentice  Buying a Business  Careers  Housing Market  Trump Blog  Tax Lien Investing  Apprentice  Career Management  Negotiating  Wealth Creation  Real Estate  Selling  Wealth Building  This week at The Trump Entrepreneur Initiative  **Entrepreneurship**  Education  Financing  Commercial Real Estate  Client of the Month  Technology  Career Planning  Donald Trump  Investments  Television  **Success**  Trump  Organization  Marketing  Sales  online marketing

The relentless pursuit of Trump University - Editorials & Commentary - International Herald Tribune - The New York Times



# Opinion

Search All NYTimes.com [ Go ]

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS |

EDITORIALS   COLUMNISTS   CONTRIBUTORS   LETTERS   THE PUBLIC EDITOR   GLOBAL OPINION

MEANWHILE:

## The relentless pursuit of Trump University - Editorials & Commentary - International Herald Tribune

Alex Beam

**BOSTON** — One dreams of returning to the university. The tree-shadowed walkways. The shared goals of learning. The sexual and somatic adventuring. Ah, the student life.

In early May, I received an unsolicited invitation to join Trump University, which sounds like the kind of institution you might find parodied on the comics page. (In fact, it has been mocked in "Doonesbury.")

This wasn't like the letters my sons received when they were in high school, inviting them to apply to universities. This was an acceptance letter, a "personal invite" from Donald Trump, contingent on my coughing up $40. Which I did.

You probably think I've been kicking back at my summer job bagging groceries while classes were out of session, but Trump U doesn't slow down.

"Focus is very important, and momentum," TU chairman Donald tells us in one of his many communications. TU is about learning, 24/7, with no shortage of face time with Himself. If you call watching little streaming video clips of Donald pontificating face time. Which, in a sense, it is.

His face. Your time. Your money.

Here's what you get for the initial buy-in at TU: video Trumptalks on subjects like "Dealing With Failure," "Creating a Great Brand," "Career Advice," and "Salesmanship." Sample pabulum: "There's nothing like a great salesperson. I put them up with the greatest people in the world."

You also receive a subscription to "Inside the Trump Tower," a newsletter chock full of windy little essays.

I especially enjoyed the moronic outing, "The End of the MBA is Nigh!" by business guru and self-promoter extraordinaire Tom Peters. It's a quick piece of nothing fluff that never mentions the author's own MBA from Stanford University.

All over the Web site - because that's all TU is, a Web site (www.trumpuniversity.com) - Chairman Trump rattles on about the value of extramural "education" like TU.

To recycle the slur often directed at President George W. Bush, Trump is a man who was born on third base who later made much of hitting a home run; his father was a



Advertise on NYTimes.com

**MOST POPULAR**

| E-MAILED | BLOGGED | SEARCHED | VIEWED |

1. Essay: Why Sisterly Chats Make People Happier
2. Thomas L. Friedman: Can't Keep a Bad Idea Down
3. Personal Health: What to Do Now to Feel Better at 100
4. Caffeine and Alcohol Drink Is Potent Mix for Young
5. Maureen Dowd: When a Pirate Is the Voice of Chivalry
6. Needing Students, Maine School Hunts in China
7. Glaxo to Pay $750 Million for Sale of Bad Products
8. Really?: The Claim: Lying on Your Left Side Eases Heartburn
9. Is Laughing Evil or Just Misunderstood?
10. Well: Do Cortisone Shots Actually Make Things Worse?

Go to Complete List »



**Building a "greener"**

TU-PLTF00329

Ex. 15 - 412

# THE APPRENTICESHIP PROGRAM

*Congratulations on your decision to enroll.*

This guide will take you through a series of steps during the days leading up to the workshop to ensure that you're fully prepared to jump start your success with the Apprenticeship Program:

 **1** **Join the Trump Wealth Builders Network, your powerful new real estate investing resource.**

Upon registering for the Trump University workshop, you provided us with your personal Email address. Please check this Email account, where you should find the Password that was set up for you. If you do not see an Email from us, please check your junk mail folder and add Trump University to your contact list, so that this does not happen in the future.

• Go to **www.TrumpUniversity.com**.

• Click the **LOG IN** or **JOIN NOW**, link on the home page of www.trumpuniversity.com.

• In the log in box, use your Email address and then type in the password that we have provided you with. Click on **SIGN ME IN**.

• Please check the **AGREE** box to accept the terms.

• You should now be in the **MY NETWORK** tab of the web site.



TU-PLTF01967

# EXHIBIT 15 A
# Pages 414-415
## [Filed Conditionally Under Seal]

Exhibit 15 A
Pages 414-415



TU-MAKAEFF0313

Ex. 15 - 416

# THE WORKBOOK



For more information
visit us online at
**TrumpUniversity.com** or
give us a call at
**877-508-7867**



**TU-MAKAEFF1057**

Ex. 15 - 417



# TRUMP
## UNIVERSITY

October 8, 2009

Ms. Diana Spivak-Dones
5 Empire State Plaze, Suite 2101
Albany, New York 12223

RE: Tarla Makaeff, File No.:20090928-010038-Web

Dear Ms. Spivak-Dones,

We are in receipt of your letter dated September 28, 2009 and disagree with Ms. Makaeff's characterizations of Trump University's actions, intent and efforts to provide her with a valuable and useful course of study.

Ms. Makaeff has been provided with every element of the programs that she purchased and she has additionally been provided with additional, complimentary assistance. Ms. Makaeff has provided a series of evaluations and consistently rated our courses as "excellent" and she also provided a videotaped testimonial. Ms. Makaeff's accusations that Trump University and its staff engaged in any wrong-doing, trickery, bad faith or malfeasance are unsupported by the facts and we will aggressively defend our actions in any forum.

We strongly disagree with Ms. Makaeff's assertions that Trump University did not deliver services as promised. We not only provided Ms. Makaeff with the programs that as purchased, we also have given Ms. Makaeff additional services, at no additional cost, because we wanted to provide Ms. Makaeff with the education needed to have the best chance to succeed.

The Trump Gold Elite program that Ms. Makaeff purchased consisted of:

1. Three Day Field Mentorship, which she completed on September 28th, 2008
2. Wealth Preservation/Asset Protection Retreat, which she completed on October 26th, 2008
3. Quick Turn Real Estate Retreat, which she completed on February 8th, 2009.
4. Creative Financing Retreat, which she completed on November 2nd, 2008
5. Commercial & Multi-Family Retreat, which was completed on January 25th, 2009
6. Investor's Edge Real Estate Software, which she received on August 28th, 2009
7. Incorporate Your Business, which she utilized in June 2009

Ms. Makaeff has participated in every aspect of the Trump Gold Elite program and she has indicated satisfaction each step along the way. The evaluations that she provided clearly show this:

40 Wall Street, 32nd Floor  •  New York, NY 10005  •  888.826.5953  •  TrumpUniversity.com

**TU-MAKAEFF2025**

Ex. 15 - 418

---

**From:** James Harris
**To:** Tiffany Brinkman
**CC:** Tarla Makaeff
**Sent:** 8/15/2008 3:45:07 AM
**Subject:** Re: Welcome!

Perfect I am very Excited for U

U R shoes and looks great my Wife is ready to put in am order!!!

J

Sent from my iPhone

On Aug 14, 2008, at 7:38 PM, "Tiffany Brinkman" <tbrinkman@trumpuniversity.com> wrote:

Sounds good.

Tiffany Brinkman

**Trump University**

40 Wall Street, 32nd Fl.

New York, NY 10005

Phone: 646.810.7336

Fax: 212.248.0782

www.TrumpUniversity.com

---

**From:** Tarla Makaeff [mailto:bambooer@hotmail.com]
**Sent:** Thursday, August 14, 2008 10:14 PM
**To:** Tiffany Brinkman
**Subject:** RE: Welcome!

Hi there--my mom's daily limit is 5k...so I am going to do this...since it's such a large amount it would make sense for me to earn miles for a free plane ticket on my credit card...I don't have a current card in hand but I have an account that is free and clear...so I have to call them to get my new exp date so I can give you that info over the phone...then we'll be set. Will call in morning 9am PT.

Thanks!

T

| | |
|---|---|
| **From:** | Trump University Customer Care |
| **To:** | bambooer@hotmail.com |
| **Sent:** | 9/26/2008 4:25:40 AM |
| **Subject:** | Download the Secrets of Foreclosure Investing |

Trump University

September 25, 2008

Thank you for requesting Donald Trump's special report, **6 Secrets of Foreclosure Success.**

You've taken an important step on your path to wealth.

To receive the report, simply click the following link myTrumpU

You will find the report in the "Downloads" section of your "MyTrumpU" page.

As an introduction to the Trump University real estate curriculum, we invite you to a free 15 minute Think Big consultation. One of our Success Coaches will contact you directly to discuss your goals and aspirations and lay out a plan that will get you where you want to go. Remember, nobody plans to fail they just fail to plan. We can get you started on the right path to success, but you need to take the first step and let us know you want to change your life.

Get started today.

Sincerely,
The Customer Care Team
Trump University

To ensure that you continue to receive emails from us, add noreply@trumpuniversity.com to your address book today.

You are receiving this email from Trump University because you subscribed on our website, made a purchase, or were otherwise in contact with us. Thank you for your patronage.

Trump University, 160 Greentree Drive, Suite 101, Dover, Delaware 19904

TU-MAKAEFF3684

Ex. 15 - 420

To: bambooer@hotmail.com
Date: Mon, 13 Apr 2009 15:13:12 -0400
Subject: RE: Trump University

Tarla,

I have been speaking with Brad my Supervisor about this situation and he is aware of what is going on. No one has ever gotten their money back after they have completed the program. We very rarely have complaints like this and if we do we are able to resolve them with Extra assistance. You are more than welcome to contact my supervisor Brad on his direct line that I gave you or you can reach him at his email which is Bschneider@trumpuniversity.com

**Paul Reisner**
Trump University
40 Wall Street, 32nd Fl
New York, NY 10005
http://www.trumpuniversity.com
Phone: (646) 810 2117
Fax: (212) 248-0782
Preisner@trumpuniversity.com

---

**From:** Tarla Makaeff [mailto:bambooer@hotmail.com]
**Sent:** Monday, April 13, 2009 2:51 PM
**To:** Paul Reisner
**Subject:** RE: Trump University

Again, I believe I am more aware of what I need to succeed than you are and no less deserving than other students. Why have their situations been corrected further than mine?

Please send me Brad's email as well.

Thank you,

T

www.tarlamakaeff.com

Look for my new women's shoe and handbag collection, Tarla Couture, launching spring 2009: www.myspace.com/TARLAcouture

TU-MAKAEFF3700
Ex. 15 - 421

# EXHIBIT 15 A
# Pages 422-422a
## [Filed Conditionally Under Seal]

Exhibit 15 A
Pages 422-422a

Dear Friend:

You may never have another opportunity this big or this life-changing as long as you live. In fact, this may be the single best moment to get into real estate investing. *Ever.*

But before you jump in, I want to give you the benefit of my experience – to show you what to do and *not do* in this fast-changing market, and how to use it to turbo charge your earning power.

As I write, three key factors are converging to create *the* optimum environment for getting seriously rich in real estate – *IF* you jump in before everyone else figures it out:

1. **U.S. housing prices have sunk at the fastest rate in 2 decades** – people are desperate to sell and they're slashing prices so you can buy on the cheap.
2. **Housing inventories are at a 24-year high** – the market's flooded and even great property can't move fast enough.
3. **Interest rates haven't been this low in over 40 years** – which means you can fund your investments for considerably less.

All this adds up to the **best prices** and **lowest carrying costs** on **your pick of high quality real estate**.

It doesn't get any better than this. But I would advise that, before you try to profit in real estate on your own, you get a plan, have an airtight strategy and learn from the best.

<u>Come to my **free** class. In just 90 minutes, my hand-picked instructors
will share my techniques, which took my entire career to develop.
Then, just copy exactly what I've done and get rich.</u>

The free class will give you 7 takeaways from my top-tier instructors, trained in my every investment strategy. You can actually start using your new-found knowledge right away to profit.

For example, you'll learn how you can:
• Build wealth faster and easier with real estate investing than via any other means.
• Profit from today's real estate market with little or no money.
• Make money while actually saving others from financial ruin.

Look, you've already got a pair of tickets in hand to a free class right in your area. You just need to reserve your spot. Typically, seats get snapped up within 1-2 days, so pick up the phone and call **1-888-TRUMP-09** (1-888-878-6709) or RSVP at **www.TrumpUniversityLive.com**.

Remember, you can still make a killing in real estate. I hope we'll see you in your free class so you learn to do it right.

Sincerely,

Donald Trump

REGISTER NOW – Call Toll-Free: 1-888-TRUMP-09 (1-888-878-6709)
Or register online at www.TrumpUniversityLive.com

**TU-OBERKROM0004**

Ex. 15 - 423

# EXHIBIT 15 A
# Page 424
## [Filed Conditionally Under Seal]

Exhibit 15 A
Page 424

# Property Inspection Sheet

Date:_____ Owners Name:_____
Property Address:_____
City:_____ State:_____ Zip:_____
Total SQFT:_____ Asking Price:_____
Repaired Value:_____

## Interior

| House Needs | Yes | No | Estimated Cost | Repair Cost |
|---|---|---|---|---|
| Carpet | | | $5,000 | |
| Patch/Paint/Trim | | | $3,000 | |
| Kitchen Cabinets | | | $7,000 | |
| Kitchen Appliances | | | $2,000 | |
| Bathroom #1 | | | $2,000 | |
| Bathroom #2 | | | $2,000 | |
| Water Heater | | | $500 | |
| CHA | | | $7,000 | |
| Leveling (raised foundation)<br><br>Misc | | | $5K-$10K | |

## NOTE: These figures are just examples. You need to do your due diligence on each property.

www.trumpuniversity.com

**TU-OBERKROM0842**

Ex. 15 - 425

# EXHIBIT 15 A
# Page 426
## [Filed Conditionally Under Seal]

Exhibit 15 A
Page 426



# TRUMP
UNIVERSITY

## FAST TRACK TO FORECLOSURE INVESTING POWER TEAM

Trump University is here to assist you in your Real Estate Endeavors. Below is the support network we have put in place for you. Utilize these resources, as they are here for your personal success.

**1.**
- ☑ Do you have **general questions?**
- ☑ Do you need **information on locations of seminars?**
- ☑ Do you need to **update your personal information?**
- ☑ Do you need to **obtain information on continuing education classes?** (*Profit from Real Estate*)

If so please call **Customer Support** at 877-508-7867 extension 0, or e-mail us at customersupport@trumpuniversity.com.

**2.**
- ☑ Do you need **help leveraging your training?**
- ☑ Do you have **general questions about the real estate** industry?
- ☑ Do you have **questions** regarding your *Fast Track to Foreclosure* **after viewing your Orientation webinar?**

If so please call your **Client Advisor** at 888-TRUMP18. You can also email us at clientadvisor@trumpuniversity.com

**3.**
- ☑ Do you want to **read expert articles?**
- ☑ Do you need **crucial legal forms?**
- ☑ Do you have **questions for the experts?**
- ☑ Do you want to **view webinars?**
- ☑ Do you want to **connect with like minded people?**

If so please **log on** to http://www.trumpuniversity.com/Premium

 All Support Networks Available: 9am – 6pm EST, Monday – Friday

 You may log on to the Trump University Premium website at any time.

TU-BROWN0000375

Ex. 15 - 427

# EXHIBIT 15 A
## Pages 428-430
[Filed Conditionally Under Seal]

Exhibit 15 A
Pages 428-430



## TRUMP

# Redacted

# Redacted

October 8, 2009

Dear Joann,

I'm delighted that you enrolled in our three-day workshop, and I can't wait to work with you! We have exciting work to do, and I'm looking forward to helping you meet your goals, whether they're getting out of the rat race, freeing yourself from debt, ensuring a worry-free retirement, or just building another income stream.

I always marvel at the diversity of the people we're able to help at our workshops, from retirees looking for a second career, to stay-at-home moms who want to supplement the family income, to people whose work has dried up and need a career change, we've trained them all in making real money through real estate.

Anyone can turn what they learn at our retreats into income, but allow me to offer a few words of advice:

- ***Don't forget*** to bring along the phone numbers of your prospective properties that you gathered as your homework. You won't believe what happens when I get those sellers on the phone!

- Go ahead, bring a guest! It's free, and it always helps to have someone to bounce investment ideas off of.

- At its busiest, real estate investment is a wealth-building tool that only takes a few hours a week. ***So relax!*** I promise, there's no part of it you can't handle.

I'm often on the road, teaching other students like you all over the country, but if you have any questions about your workshop, contact Katie Johnson in New Student Services at **877-887-1881.** New Student Services is happy to help with any aspect of your Trump University enrollment.

I've had students go from working minimum wage jobs to becoming millionaires. It takes effort – no change of that magnitude happens by itself – but I have faith in you, as long as you have faith in yourself.

I can't wait to see you on October 16, 2009.

Sincerely,

Gerald Martin

40 Wall Street, 32nd Floor • New York, NY 10005 • 888.826.5953 • TrumpUniversity.com

TU-EVERETT0000322

Ex. 15 - 431

# EXHIBIT 15 A
# Page 432
## [Filed Conditionally Under Seal]

Exhibit 15 A
Page 432

## Sonny Low

| | |
|---|---|
| **From:** | "Katie Johnson" <kjohnson@trumpuniversity.com> |
| **Sent:** | Tuesday, August 18, 2009 9:29 AM |
| **Subject:** | Profit from Real Estate Investing Retreat in San Diego, August 28 - August 30 |

Dear Student,

Congratulations you have been accepted to the **Trump University's School of Real Estate.**

We are excited that you have chosen to join us for a weekend filled with valuable information that will last a lifetime. The **Profit from Real Estate Investing Retreat** in **San Diego** will be your first steps towards achieving financial independence.

**In Appreciation of Your Enrollment, You Will Also Receive a Complimentary 12-Month Premium Membership to The Trump University!**

Membership to this exclusive club includes:

- Regular access to your personal Member Advisor
- Weekly expert webinars
- Free continuing education programs
- Exclusive Graduate Days
- Full access to crucial legal forms
- Comprehensive resource library
- Special Member pricing on select products and programs
- 30 Days Free Access to Foreclosure DealSource

Be sure to watch for an email with all of your membership details!

One more thing: Also included in this packet is information about the location of the event and travel arrangements.  Many of your questions will be answered with this information, so please review it carefully. Please do not hesitate to call with any additional questions you may have concerning the retreat.

We look forward to seeing you there!

Best regards,

*Katie Johnson*
**Trump University**
40 Wall Street, 32nd Floor
New York, NY 10005
Phone: 646.367.3782
Toll free: 877.887.1883 ext 3782
Fax: 801.545.8777
www.TrumpUniversity.com

9/8/2009

TU-LOW0000894

Ex. 15 - 433



# QUICK TURN REAL ESTATE PROFITS RETREAT

You're going to love the Quick Turn retreat. You'll be immersed in a variety of fundamental investment techniques right from day one. Don't expect to just sit and listen to your instructor lecture for three days. You'll be role-playing and making phone calls so you'll feel comfortable when you start doing it for yourself. The Quick Turn retreat will show you step-by-step how to create quick cash immediately, and how to build a large monthly cash flow. You'll learn how to wholesale, lease-option, and owner-finance properties in your own backyard for quick cash profits.

THREE FUNDAMENTALS GET YOU IN THE BUSINESS OF MAKING DEALS RIGHT AWAY
Quick-Turn Wholesaling is the business of locating properties at bargain prices and then quickly passing them onto investors or landlords at prices well below retail. With a Lease-Option, you can control properties with no cash, credit or a license. A Lease-Option buyer leases a property and has the right or "option" to purchase the property on or before the end of the lease agreement. With Quick Turn Owner Financing, buyers can avoid underwriting guidelines and bank rejections when the seller acts as the lending institution. The result is a quick, hassle-free sale.

THIS THREE-DAY IMMERSIVE RETREAT WILL TEACH YOU HOW TO:
- ✔ Buy and sell real estate without using any of your money or credit
- ✔ Buy potentially millions of dollars' worth of property without a down payment or a bank loan
- ✔ Make money on properties you don't even own
- ✔ Buy your dream home without going to the bank
- ✔ Receive cash back at closing when you buy
- ✔ Build a large monthly cash flow

Your instructor will also present a special flowchart that takes you through the 10 specific steps to investment success. Every potential roadblock is reviewed so you'll know exactly what to do if you hit one. Hundreds of students have said that this part of the retreat alone was worth the price of admission. The retreat will conclude with a very specific 90-day Action Plan that will take you week-by-week through all the steps you need to start profiting from real estate.

TU-KELLER0005

Ex. 15 - 434

**To:**      Brandon Keller[brandonkllr@yahoo.com]
**From:**    Penny Daniels
**Sent:**    Mon 7/26/2010 6:04:28 PM
**Subject:** RE: Profit Lab Link

Hey Mr. Keller,


Try this link to get info on the expo-


http://www.trumpinitiative.com/events/entrepreneur-expo/index.cfm

Regards,

**P. Daniels**
**The Trump Entrepreneur Initiative**

40 Wall Street, 32nd Fl.

New York, NY 10005

Phone: 646.367.3805

Fax: 212.937.3830

www.trumpinitiative.com

The Trump Entrepreneur Initiative is not responsible for, and shall have no liability for any business success or failure, acts and/or omissions; the appropriateness of its student's business decisions; or, the use of or reliance on this information. Trump Initiative does not render legal, accounting, investment or tax advice. It is your responsibility to engage appropriate professional advisors to evaluate the propriety of any transaction, strategy or approach. No guarantees, promises, representations or warranties of any kind regarding specific or general benefits, monetary or otherwise, have been or will be made by Trump Initiative, its affiliates or their officers, principals, representatives, agents or employees.


─────────

**From:** Brandon Keller [mailto:brandonkllr@yahoo.com]
**Sent:** Monday, July 26, 2010 1:04 PM
**To:** Penny Daniels
**Subject:** Re: Profit Lab Link


Hello,



# Learn the Trump Way to Wealth Creation

## Your 90-day program to create financial freedom — the Trump Way

### The Wealth Builder's Blueprint

Learn from "the wealth master" himself. Donald Trump, a self-made multi-billionaire, and his world-class team of experts will lead you to the life you desire. In this program they show you, step-by-step, how to make your financial goals attainable. The Wealth Builder's Blueprint takes you through many dimensions of building wealth for a lifetime — and you can take that to the bank!

### Here's what you will learn:

☐ Turn goals into action and action into wealth
☐ Master the mysteries of money
☐ Persuade others to pay for your talents, products and ideas
☐ Soar to the top of your career
☐ Start a business that sets you free for life
☐ Retire on real estate riches

If you're ready to do the work and follow the plan, then why not take the next step and learn more about The Wealth Builder's Blueprint at:
**www.TrumpUniversity.com/WealthBuilder**

**TRUMP UNIVERSITY**


www.TrumpUniversity.com

SPECIAL OFFER FOR BOOK READERS
**20% Off** regular price
Offer Code: T101B07W

TU_KELLER0673

FTF_NEW_Dallas_20090702_1



**TRUMP** UNIVERSITY

## %%Givenname%%, we've reserved two VIP tickets for you to our
# Real Estate Investing Class

Dear %%givenname%%,

Your prior attendance at a Trump University event was more than just a whim. You invested in yourself telling the economic meltdown—take a hike!

As a previous student, your continuing foreclosure education at Trump University is vital to your next level of success. Here's why:



- Brand new material will be showcased, including once-secret strategies you can use right way to invest in the Dallas and Fort Worth area

- Repetition is the best way to master ideas and concepts, and...

- Repeat students buy more properties and are more successful than those who come only once

- Get all the details on our new distressed property finder: Foreclosure DealSource

Rewarding serious and driven entrepreneurs like you is very important. That's why we reserved two VIP tickets to **our Real Estate Investing class**.

**%%Givenname%%, to register for your two VIP tickets, click here for all the details:**

**REGISTER NOW**

By sharpening your real estate investment skills and redoubling your education efforts, I have no doubt you will b sending me your own real estate success story very soon!

To your success,

*Michael Sexton*

Michael Sexton
President
Trump University

P.S. With each Profit from Real Estate Investmenting workshop you attend, your odds of achieving a financially secure future increase dramatically. Register today!

Join us on: Facebook  Twitter  Youtube

Share: Bebo  Delicious  Digg  Facebook  LinkedIn  MySpace  Reddit  Twitter

# EXHIBIT 15 A
# Pages 438-441
## [Filed Conditionally Under Seal]

Exhibit 15 A
Pages 438-441

Dear Friends,

I am personally inviting you and a guest to a powerful wealth-building event that can literally change your life, and get you out of the rat race forever. When I speak, people listen. And, when I send out invitations, people attend because they know that my invitation means one thing – there is money to be made.

When the real estate bubble was building I told people not to buy, but many of them didn't listen to me and now they're paying the price. In today's down market I'm telling people to buy, buy, buy. In all my years investing in real estate, I think this is **one of the most lucrative investment opportunities ever**. Banks are selling foreclosed properties at pennies on the dollar. The trick is knowing how to invest profitably. And that's where I want to help you.

I am sending one of my world-class instructors from Trump University to your area to teach a class on how to **profit from today's real estate market**. You will learn how to:

- Find income producing properties right in your area, at up to 50% below market value
- Close deals in 30 days
- Fund your investments using other people's money
- Negotiate with banks the "Trump Way"
- Conquer your fear of getting started, by simply following my Real Estate System

My team at Trump University has developed a **proven system for profitable real estate investing** that anyone can use, right away, to score big profits in today's market. If you want to know the best ways – my ways – to buy low, sell high, and walk away rich, then clear your schedule and do whatever it takes to get to this exclusive, invitation-only event.

I have enclosed **two complimentary VIP tickets** to give you and a guest the chance to learn how to create wealth the "Trump Way" and I encourage you to attend. To confirm your reservation you must call **888-878-6709** or log onto **www.TrumpULive.com** Seating is limited so RSVP today.

*Donald J. Trump*

Donald J. Trump

P.S. As a special gift I am giving every attendee a free copy of my blockbuster Catch the Wave CD-ROM (a $50 value).

TU 62081

Ex. 15 - 442

# EXHIBIT 16

**EXHIBIT 16**

| Purported "New Facts" in 4[th]AC (ECF 248-3) | Identical or Substantially Similar Allegations in TAC (ECF 112-4) | Identical or Substantially Similar Allegations or Argument in Earlier Pleadings and/or Verified Discovery Responses or Documents Produced Prior to Amendment Deadline |
|---|---|---|
| NYSED – Use of the Name University | TU Changed its name to Trump Entrepreneur Initiative on June 2, 2010, after the [NYSED] insisted that the 'use of the word 'university' by your corporation is misleading and violates New York Education Law.   TAC, ¶ 2 fn. 1 | **Ex. 16 A**  • FAC, ¶ 2 fn. 1  • SAC, ¶ 2 fn. 1 |
|  | In addition, the [NYSED] demanded that Trump University remove 'University' from its title, insisting that the 'use of the word 'university' by your corporation is misleading and violates New York Education Law and the Rules of the Board of Regents   TAC at ¶ 66 | **Ex. 16 B**  • Complaint, ¶ 36  • FAC, ¶ 54  • SAC, ¶ 58 |
|  |  | **Ex. 16 C**  • Email from Makaeff to NYSED dated 4/28/10 (TU-MAKAEFF4108)  • Plaintiffs Mtn to Strike Counterclaim (6/30/10, ECF 14-1), 4:22-25  • Appellant's Opening Brief (5/26/11, 9th Cir. ECF 11-1), pp. 7-8 |

# EXHIBIT 16 A

1    *"When people are fearful, you should be greedy.  When people are greedy, you should*

2    *be fearful."* – Warren Buffet

3    1.    This is a quote often recited by Trump University's speakers in its initial free

4    seminar to persuade consumers that now is the time to sign up for Trump's $1,500 seminar to learn

5    how to make money in real estate investing.  Unfortunately, Trump University has taken these

6    words to heart, and is taking advantage of these troubled economic times to prey on consumers'

7    financial fears for its own financial gain.  Students who purchase these Trump seminars learn only

8    too quickly, but after it is too late for them to get their money back, that it is Trump who is greedy,

9    and they who should have been fearful.

10    2.    Plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom, Patricia Murphy and Sheri

11    Winkelmann (collectively "Plaintiffs"), by and through their attorneys, bring this action on behalf

12    of themselves and all others similarly situated against Trump University, LLC and DOES 1 through

13    50, inclusive (collectively "Defendant," "Trump University" or "Trump").[1]   Plaintiffs hereby

14    allege, on information and belief, except as to those allegations which pertain to the named

15    Plaintiffs, which allegations are based on personal knowledge, as follows:

16    **NATURE OF THE ACTION**

17    3.    Trump University markets itself as a University driven by the mission to "train,

18    educate and mentor entrepreneurs on achieving financial independence through real estate

19    investing."  It is anything but.  In fact, rather than serving its students as a university or college,

20    Trump University is more like an infomercial, selling non-accredited products, such as sales

21    workshops, luring customers in with the name and reputation of its founder and Chairman,

22    billionaire land mogul Donald J. Trump.    Trump and his so-called University promise

23    "mentorships," urging consumers that it's the "next best thing" to being Donald Trump's next

24    _____

25    [1] Trump University changed its name to Trump Entrepreneur Initiative on June 2, 2010 after the New
York Department of Education insisted that the "use of the word 'university' by your corporation is

26    *misleading and violates New York Education law* and the Rules of the Board of Regents."  However,
as the corporation was named Trump University at the time the initial complaint was filed on April

27    30, 2010, Defendant is referred to as Trump University throughout.

28

1

FIRST AMENDED CLASS ACTION COMPLAINT

Ex. 16 - 446

1
2   ZELDES & HAEGGQUIST, LLP
    AMBER L. ECK (177882)
3   ambere@zhlaw.com
    HELEN I. ZELDES (220051)
    helenz@zhlaw.com
4   ALREEN HAEGGQUIST (221858)
    alreenh@zhlaw.com
5   625 Broadway, Suite 906
    San Diego, CA  92101
6   Telephone:  619/342-8000
    619/342-7878 (fax)
7
    ROBBINS GELLER RUDMAN
8     & DOWD LLP
    RACHEL L. JENSEN (211456)
9   rjensen@rgrdlaw.com
    PAULA M. ROACH (254142)
10  proach@rgrdlaw.com
    655 West Broadway, Suite 1900
11  San Diego, CA  92101
    Telephone:  619/231-1058
12  619/231-7423 (fax)

13  Attorneys for Plaintiffs and the Proposed Class

14                  UNITED STATES DISTRICT COURT

15                  SOUTHERN DISTRICT OF CALIFORNIA

16  TARLA MAKAEFF, BRANDON KELLER,   )   No. 10-cv-00940-IEG(WVG)
    ED OBERKROM, and PATRICIA MURPHY, )
17  on Behalf of Themselves and All Others  )   CLASS ACTION
    Similarly Situated,              )
18                                   )   SECOND AMENDED CLASS ACTION
                                     )   COMPLAINT
19                    Plaintiffs,    )
                                     )
20          vs.                      )
                                     )
21  TRUMP UNIVERSITY, LLC, (aka Trump  )
    Entrepreneur Initiative) a New York Limited  )
22  Liability Company, DONALD J. TRUMP, and  )
    DOES 1 through 50, inclusive,    )
23                                   )
                      Defendants.    )
24  ——————————————————————————————   )   JURY TRIAL DEMANDED

25

26

27

28

590148_1

1   "*When people are fearful, you should be greedy.  When people are greedy, you should be*

2   *fearful.*" – Warren Buffet

3   1.   This is a quote often recited by Trump University's speakers in its initial free seminar

4   to persuade consumers that now is the time to sign up for Trump University's $1,500 seminar to

5   learn how to make money in real estate investing.  Unfortunately, Trump University has taken these

6   words to heart, and is taking advantage of these troubled economic times to prey on consumers'

7   financial fears for its own financial gain.  Students who purchase these Trump University Seminars

8   learn only too quickly, but after it is too late for them to get their money back, that it is Trump

9   University who is greedy, and they who should have been fearful.

10   2.   Plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom, and Patricia Murphy

11   (collectively "Plaintiffs"), by and through their attorneys, bring this action on behalf of themselves

12   and all others similarly situated against Trump University, LLC, Donald J. Trump and Does 1

13   through 50, inclusive (collectively "Defendants," or "Trump University").[1]  Plaintiffs hereby allege,

14   on information and belief, except as to those allegations which pertain to the named Plaintiffs, which

15   allegations are based on personal knowledge, as follows:

16   **NATURE OF THE ACTION**

17   3.   Trump University markets itself as a University driven by the mission to "train,

18   educate and mentor entrepreneurs on achieving financial independence through real estate

19   investing."  It is anything but.  In fact, rather than serving its students as a university or college,

20   Defendant Trump University is more like an infomercial, selling non-accredited products, such as

21   sales workshops, luring customers in with the name and reputation of its founder and Chairman,

22   billionaire land mogul Donald J. Trump.  Defendant Trump and his so-called University promise

23   "mentorships," urging consumers that it's the "next best thing" to being Donald Trump's next

24

25   [1]   Trump University changed its name to Trump Entrepreneur Initiative on June 2, 2010, after
     the New York Department of Education insisted that the "use of the word 'university' by your
26   corporation is *misleading and violates New York Education Law* and the Rules of the Board of
     Regents."   However, as the corporation was named Trump University at the time the initial
27   complaint was filed on April 30, 2010, Defendant Trump University is referred to as Trump
     University throughout.

28

Ex. 16 - 448

# EXHIBIT 16 B

33. During the Gold Program, there was still constant up-sell pressure to purchase various other Trump University affiliate programs and products, varying in price from $495 to $9,995.

34. Plaintiff and the other students in her class who signed up for the $34,995 seminar were told that deals would now be coming their way via e-mail and that "these deals are starting to POUR IN NOW." However, few, if any deals came in, and those that did provided only minimal positive cash flow, generally not worth enough to make the deal worthwhile, and certainly not the "tens of thousands of dollars per month" promised by Trump.

35. Trump University promised students that it would give them the contracts they needed to conduct various complex real estate transactions and teach them how to fill them out – they never did. Even after the $35,495 program, and after numerous phone calls to Trump University, Plaintiff and other class members were not instructed how to use the contracts they would need to conduct the real estate transactions described.

**Trump University receives D- rating from Better Business Bureau**

36. In January, 2010, the Better Business Bureau gave Trump University a *D-minus rating*. In addition, the New York Department of Education has recently demanded that Trump University remove "University" from its title, insisting that the "use of the word 'university' by your corporation *is misleading and violates New York Education Law* and the Rules of the Board of Regents."[7]

///

///

///

---

[7] *See* NY Daily News.com, "State Educrats Give Failing Grade to Donald Trump's 'Misleading' Trump University, by Douglas Feiden, April 16, 2010, and CBS MoneyWatch.com, "Is Trump University Flunking Out," by Lynn O'Shaughnessy, April 19, 2010.

11

**CLASS ACTION COMPLAINT**

**Trump University receives D- rating from Better Business Bureau**

54.     In January, 2010, the Better Business Bureau gave Trump University a ***D-minus rating***. In addition, the New York Department of Education has recently demanded that Trump University remove "University" from its title, insisting that the "use of the word 'university' by your corporation *is misleading and violates New York Education Law* and the Rules of the Board of Regents."[9]

**Complaints from Numerous Trump University Students Nationwide**

55.     Plaintiffs are not alone in their complaints regarding Trump University's misrepresentations and unscrupulous conduct.  Indeed, there are endless complaints nationwide on the internet that echo Plaintiffs' complaints, including, for example:

- This recent post on http://www.reviewopedia.com/trump-university.htm, from Susan in Michigan was posted on April 11th, 2010: "We purchased a mentor program for $19,000 in December 2008. *We did not receive the promised materials or mentor service*. We canceled immediately, calling both Rochester NY & Boca Raton FL. Unfortunately we paid by check and did not have a credit card company to help us get our money back. We have made several call, emails, faxes, etc. *We've been lied to, deceived*, promised the person with "authority" would call us back immediately (doesn't matter when you call, they are never in) and told there was a glitch in their system and our refund was being processed. *We still do not have our refund* and they continue to play the game. Does this sound like Donald Trump is an honest man concerned with helping you build wealth?"

- Charles from Florida posted this on September 21, 2009, "I was told that after taking the first 3 day seminar, which cost $1,500 I could go out start making deals. …***The only thing they want you to do is sign up for the next seminar*** which can cost up to $35,000." http://www.reviewopedia.com/trump-university.htm

- Joe from Florida posted this on September 18, 2009, "***What a SCAM*** I attended the three day seminar and *really learned very, very little. [Their] goal is to talk you into joining the next seminar*, which can cost up to 35,000.  They use almost Gestapo tactics to sign for this

---

[9] *See* NY Daily News.com, "State Educracts Give Failing Grade to Donald Trump's 'Misleading' Trump University, by Douglas Feiden, April 16, 2010, and CBS MoneyWatch.com, "Is Trump University Flunking Out," by Lynn O'Shaughnessy, April 19, 2010.

FIRST AMENDED CLASS ACTION COMPLAINT

Ex. 16 - 451

1

2  ZELDES & HAEGGQUIST, LLP
   AMBER L. ECK (177882)
3  ambere@zhlaw.com
   HELEN I. ZELDES (220051)
4  helenz@zhlaw.com
   ALREEN HAEGGQUIST (221858)
5  alreenh@zhlaw.com
   625 Broadway, Suite 906
6  San Diego, CA  92101
   Telephone:  619/342-8000
7  619/342-7878 (fax)

8  ROBBINS GELLER RUDMAN
     & DOWD LLP
9  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
10 PAULA M. ROACH (254142)
   proach@rgrdlaw.com
11 655 West Broadway, Suite 1900
   San Diego, CA  92101
12 Telephone:  619/231-1058
   619/231-7423 (fax)

13 Attorneys for Plaintiffs and the Proposed Class

14                UNITED STATES DISTRICT COURT

15               SOUTHERN DISTRICT OF CALIFORNIA

16 TARLA MAKAEFF, BRANDON KELLER,   )   No. 10-cv-00940-IEG(WVG)
   ED OBERKROM, and PATRICIA MURPHY, )
17 on Behalf of Themselves and All Others )   CLASS ACTION
   Similarly Situated,               )
18                                    )   SECOND AMENDED CLASS ACTION
                     Plaintiffs,      )   COMPLAINT
19                                    )
         vs.                          )
20                                    )
   TRUMP UNIVERSITY, LLC, (aka Trump  )
21 Entrepreneur Initiative) a New York Limited )
   Liability Company, DONALD J. TRUMP, and )
22 DOES 1 through 50, inclusive,      )
                                      )
23                   Defendants.      )
   _____)   JURY TRIAL DEMANDED
24

25

26

27

28

590148_1

1  hour or so discussing numbers.  Mentors spent little to no time discussing the contracts essential to

2  the real estate transactions mentioned in the seminar.  After the three-days, the mentors quickly

3  disappeared, in complete contradiction to what was promised: an ongoing mentor who would

4  personally assist the student for an entire year.

5       55.     During the Gold Program, there was still constant up-sell pressure to purchase various

6  other Trump University affiliate programs and products, varying in price from $495 to $9,995.

7       56.     Plaintiff Makaeff and the other students in her class who signed up for the $34,995

8  seminar were told that deals would now be coming their way via email and that "these deals are

9  starting to POUR IN NOW."  However, few, if any deals came in, and those that did provided only

10 minimal positive cash flow, generally not worth enough to make the deal worthwhile, and certainly

11 not the "tens of thousands of dollars per month" of opportunity promised by Trump University.

12      57.     Plaintiffs and other Class members were promised that they would receive the

13 contracts they needed to conduct various complex real estate transactions and teach them how to fill

14 them out – they never did.  Even after the $35,495 program, and after numerous phone calls to

15 Trump University, Plaintiffs and other Class members were not instructed how to use the contracts

16 they would need to conduct the real estate transactions described.

17 **Trump University Receives D- Rating from Better Business Bureau**

18      58.     In January of 2010, the Better Business Bureau gave Trump University a ***D minus***

19 ***rating***.  In addition, the New York Department of Education  demanded that Trump University

20 remove "University" from its title, insisting that the "use of the word 'university' by your

21 corporation *is misleading and violates New York Education Law* and the Rules of the Board of

22 Regents."[13]

23

24

25

---

26 [13]      *See* Douglas Feiden, *State Educrats Give Failing Grade to Donald Trump's "Misleading"*
27 *Trump University*, NY Daily News.com, April 16, 2010, and Lynn O'Shaughnessy, *Is Trump*
*University Flunking Out*, CBS MoneyWatch.com, April 19, 2010.

28

Ex. 16 - 453

# EXHIBIT 16 C

| | |
|---|---|
| **From:** | Tarla Makaeff |
| **To:** | Edward Kramer |
| **Sent:** | 4/28/2010 5:24:32 AM |
| **Subject:** | Re: Trump University complaint |

Hi Ed,

I just saw this article: http://www.nydailynews.com/money/2010/04 /16/2010-04-16_state_wants_to_demote_trumps_university.html. It looks like this was your department that has asked them to remove the University from their name. If so, I wanted to thank you. I was wondering what had happened and stumbled on this article.

Tarla

On Mon, Mar 29, 2010 at 11:19 AM, Edward Kramer <EKRAMER@mail.nysed.gov> wrote:
Hi Tarla,

Thanks for getting back to me. I just received your complaint and am trying to determine some jurisdictional and licensing issues. Can you tell me how you heard of Trump University and where was the retreat/training held? Did you have any contact with anyone from "Trump" in New York?

Sincerely,

Edward G. Kramer
Supervising Investigator
New York State Education Department
Bureau of Proprietary School Supervision
212-643-4760

>>> Tarla Makaeff <tmakaeff@gmail.com> 3/29/2010 1:45 PM >>>
Hi Ed,

You called regarding my Trump University complaint. I just left you a vm. You may email me here with any questions you have.

Thank you,
Tarla

TU-MAKAEFF4108
Ex. 16 - 455

1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
3  PAULA M. ROACH (254142)
   proach@rgrdlaw.com
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6
   ZELDES & HAEGGQUIST, LLP
7  AMBER L. ECK (177882)
   ambere@zhlaw.com
8  HELEN I. ZELDES (220051)
   helenz@zhlaw.com
9  ALREEN HAEGGQUIST (221858)
   alreenh@zhlaw.com
10 625 West Broadway, Suite 906
   San Diego, CA  92101
11 Telephone:  619/342-8000
   619/342-7878 (fax)
12
   Attorneys for Plaintiffs
13                          UNITED STATES DISTRICT COURT

14                        SOUTHERN DISTRICT OF CALIFORNIA

15 TARLA MAKAEFF, BRANDON KELLER,  )   No. 10-cv-00940-IEG(WVG)
   ED OBERKROM, PATRICIA MURPHY and )
   SHERI WINKELMANN, on Behalf of    )   _____
16 Themselves and All Others Similarly Situated, )   CLASS ACTION

17                    Plaintiffs,   )   PLAINTIFF/COUNTERDEFENDANT
                                    )   TARLA MAKAEFF'S MEMORANDUM IN
                                    )   SUPPORT OF SPECIAL MOTION TO
18            vs.                   )   STRIKE DEFENDANT/
                                    )   COUNTERCLAIMANT TRUMP
19 TRUMP UNIVERSITY, LLC, (aka Trump )   UNIVERSITY'S COUNTERCLAIM
   Entrepreneur Initiative) a New York Limited )   PURSUANT TO CALIFORNIA CODE OF
   Liability Company, and DOES 1 through 50, )   CIVIL PROCEDURE §425.16
20 inclusive,                       )
                                    )
21                    Defendants.   )
   _____)
22 TRUMP UNIVERSITY, LLC, a New York )   DATE: August 2, 2010
   Limited Liability Company,        )   TIME: 10:30 a.m.
23                                   )   CRTM: 1
                    Counterclaimant, )   JUDGE: Honorable Irma E. Gonzalez
24                                   )
            vs.                      )
25 TARLA MAKAEFF, and               )
   ROES 1 through 10, inclusive,     )
26                                   )
                    Counterdefendants. )
27 _____)

28

570412_1

1   three-day mentorship, Ms. Makaeff and other students spent two days looking at properties with no

2   unique insight, a half-day at a local Home Depot, and an hour discussing numbers. ¶50. Mentors

3   then quickly disappeared without providing the ongoing year-long mentorship as promised. ¶¶50,

4   59.

5          After spending nearly $60,000 over the course of an entire year to attend Trump University

6   related or endorsed seminars, not including related expenses, it became apparent that Ms. Makaeff

7   did not receive what she bargained for. Ms. Makaeff was also contacted by the District Attorney's

8   Office after using "Bandit signs," an illegal technique taught by Trump University during the

9   seminars. ¶63. Further, after the "mentors" assigned to Ms. Makaeff did not provide the assistance

10  promised, she complained directly to Trump University. ¶59. However, despite her complaints, Ms.

11  Makaeff was never provided with the represented services. ¶¶59-62.

12         Thereafter, Plaintiff lodged complaints to the New York Attorney General's office, the New

13  York BBB, The New York Department of Education, New York Bureau of Consumer Protection,

14  New York District Attorney, FBI, FTC, the dispute departments of her credit card companies, and on

15  an Internet message board in an attempt to persuade these entities to intercede on her behalf and

16  require Trump University to refund her money. Declaration, ¶¶3, 7. At the time Ms. Makaeff made

17  each of these statements regarding Trump University, she believed they were true. *Id.*, ¶6. When

18  these efforts were unsuccessful in persuading Trump University to refund her money, Makaeff

19  sought representation of counsel, and after a full investigation by counsel that corroborated her facts,

20  filed the present class action lawsuit. *Id.*, ¶8.

21         In response to numerous complaints regarding Trump University's deceptive practices, the

22  BBB gave Trump University a ***D-minus rating***. ¶54. The New York Department of Education also

23  recently demanded that Trump University remove the word "University" from its title, insisting that

24  the "'use of the word "university" by your corporation is ***misleading and violates New York***

25  ***Education Law*** and the Rules of the Board of Regents.'" *Id.* (emphasis in original). Additionally,

26  Attorneys General in six states have received numerous complaints concerning Trump University,

27  and at least two have launched their own investigations into its practices. ¶¶9, 10.

28

No. 11-55016

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

TARLA MAKAEFF, Individually and on Behalf of All Others Similarly Situated,

Plaintiff-Counter-Defendant-Appellant,

vs.

TRUMP UNIVERSITY, LLC,

Defendant-Counter-Claimant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of California
No. 3:10-cv-00940-IEG(WVG)
The Honorable Irma E. Gonzalez

## PLAINTIFF-COUNTER-DEFENDANT-APPELLANT'S OPENING BRIEF

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIC ALAN ISAACSON (120584)
RACHEL L. JENSEN (211456)
AMANDA M. FRAME (253603)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiff-Counter-Defendant-Appellant

high cost and close identification with Donald Trump, provided virtually nothing of value.

After Makaeff's repeated requests for refunds were rebuffed, she wrote a September 10, 2009, letter to Bank of America's Debit Dispute Department, ER0220-37(CR15-1/Ex.A:8-25) (Sept. 10, 2009 letter), complaining of Trump University's deceptive business practices, asking that certain charges to her bank debit card be reversed, and promising "to go to whatever lengths necessary to obtain my money back including taking legal action." ER0223(CR15-1/Ex.A:11). She also wrote to the Better Business Bureau ("BBB") whose attempt to mediate her dispute failed. ER0239-45(CR15-1/Ex.A:26-32).

Both letters charged Trump University with what Makaeff believed to be deceptive and unethical business practices. Written by a distraught consumer who believed she had been bilked out of a substantial sum of money, both letters also included some fairly hyperbolic rhetoric, characterizing certain sales tactics as akin to "brainwashing," whose results amounted, in her view, to "grand larceny." Makaeff's bank, and the BBB mediator assigned to her case, both apparently passed Makaeff's complaints on to Trump University, affording it an opportunity to respond.

In light of the many complaints it received from students like Makaeff, and Trump University's apparently unsatisfactory responses, the BBB gave Trump University a "D-" rating in January 2010, and in April of 2010, New York's

- 7 -

Ex. 16 - 459

==Department of Education warned Donald Trump's "University" that "use of the word 'university' by your corporation is misleading and violates New York Education Law and the Rules of the Board of Regents."== ER0274(CR10: ¶54).  Such events received substantial media coverage, doubtless in large measure due to Trump University's identification with Donald Trump.[8]

Yet Makaeff received no refund.  With the failure of the BBB's attempted mediation, Makaeff filed suit in April 2010, ER0339-73(CR1), just as her September 10, 2009, letter to her bank had said she would.  *See* ER0223(CR15-1/Ex.A:11).  Finding that many others who had enrolled in Trump University's programs believed that they too had been cheated, *see* ER0273(CR10:¶53), Makaeff filed a class-action lawsuit against Donald Trump's "University."  ER0339-73(CR1).

To this Trump University responded with a counterclaim asserting that "defamatory rhetoric" it lifted out of context from Makaeff's earlier letters to her bank

---

[8]     ER0274(CR10:¶54 & n.9).  The complaint cites two articles as examples of that coverage:  Douglas Feiden, *State Educrats Give Failing Grade to Donald Trump's "Misleading" Trump University*, New York Daily News, April 16, 2010 (online at http://articles.nydailynews.com/2010-04-16/news/27061901_1_donald-trump-dunce-cap-trump-university (accessed May 25, 2011)), and Lynn O'Shaughnessy, *Is Trump University Flunking Out?*, *CBS MoneyWatch*, April 19, 2010 (online at http://moneywatch.bnet.com/spending/blog/college-solution/is-trump-university-flunking-out/1913/ (accessed May 25, 2011)).  *See* RJN Exs. C-D.

- 8 -

# EXHIBIT 17

| From: | Amber Eck |
|---|---|
| To: | David K. Schneider |
| Cc: | Rachel Jensen |
| Subject: | Trump: Depo dates, Joint Motion and Madison docs |
| Date: | Wednesday, May 23, 2012 3:10:57 PM |
| Attachments: | Joint Motion to Revise Class Certification Briefing Schedule.DOC |
| | [Proposed] Order Granting Joint Motio to Revise Schedule.DOC |

Dear David,

**Joint motion** – we have made your suggested revisions to the joint motion and proposed order. Please let us know if we have authorization to file, or if you have any further changes.

**Deposition dates** –In regard to the timing of depositions under the 6 notices we have issued – the 30(b)(6) depo(s), Donald Trump, Michael Sexton, James Harris and Mike Kasper -- I have conferred w/ Rachel, and we believe it makes most sense to first get/review the documents we have requested from defendants and the subpoenas, then do the 30(b)(6) deposition, and after that do the other defendant depositions.

Have you ascertained yet which deponents you will produce in response to the 30(b)(6) deposition notice?

**Madison documents re: mentors** – in regard to communications from the Madisons about their mentorships, we did produce all of the Madisons' documents re: their mentorships and/or with their mentors, including about 50 communications between the Madisons and mentor Mike Biglane (mike@biglane.org), mentor Bill Barnett (mentor@dumbenough.com and bill@dumbenough.com) and/or Mike Biglane's assistant, Kelli Wood.

**Madison documents re: evaluations** – in regard to whether documents regarding the Madison's evaluations were produced, we did not have a completed evaluation form, but did produce a blank one that had been attached to an email they received.

Thanks for your cooperation and look forward to hearing from you.

Amber

---

**From:** David K. Schneider [mailto:dks@yslaw.com]
**Sent:** Wednesday, May 23, 2012 8:44 AM
**To:** Rachel Jensen; Amber Eck
**Cc:** Tom Merrick
**Subject:** NY Deposition Dates Confirmed, Joint Motion re Briefing Schedule and Madison Documents

# Rachel and Amber:

# **Depositions**

I have been able to confirm availability for depositions the week of June

25 (as noticed) for Mr. Trump, Mr. Sexton and Mr. Katz.  My clients and I are available as follows:

Mr. Trump        June 27, 2012

Mr. Sexton       June 28, 2012

Mr. Katz         June 29, 2012

All three depositions to take place at 725 Fifth Avenue, New York, NY 10022.

I would like to purchase plane tickets this week, so please confirm this schedule.


**Joint Motion**

I have the following changes to the joint motion:

p. 2:3; please change "July" to "June."

p.2:11; please change "that they will submit several declarations of absent class members in support of their motion," to "that in support of their motion they will submit five or less declarations of putative class members or other witnesses who have not been deposed as of the filing of their motion…"

p.2:23; after "certification," please add "based on plaintiffs' estimate of five or less declarations submitted in support of their motion,"

p.2:24; please change "November 26" to "November 30."  11/26 is the Monday after Thanksgiving.  Our office will be closed most of Thanksgiving, so that is essentially a lost week, and I will have no secretarial support to finalize and put together the papers.

p.2:25; if you want additional time for the reply, that is fine (January 14?).

p.3:2; please add after "October 10, 2012," "to discuss the briefing schedule for defendants' opposition and plaintiffs' reply to ensure that it provides sufficient time to complete additional discovery anticipated to address the motion."

## Madisons

The documents you recently produced include no evaluations and no communications from the Madisons about either of their mentorships. Please check with your clients to ensure that they have produced all of their documents.

Thank you.  David.

_____

David K. Schneider



655 West Broadway, Suite 1400
San Diego, CA  92101

619-233-5500 (main)
619-233-5535 (fax)
619-233-5562 (direct)

http://www.yslaw.com

**From:** Rachel Jensen [mailto:RachelJ@rgrdlaw.com]
**Sent:** Tuesday, May 22, 2012 4:17 PM
**To:** David K. Schneider
**Cc:** 'Amber Eck'
**Subject:** Trump U joint motion

Hi David -

Attached are revised versions of the joint motion and proposed order.  Please let us know at your

earliest convenience if it is acceptable to file these documents.

Thanks,
Rachel

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

| | |
|---|---|
| **From:** | Amber Eck |
| **To:** | David K. Schneider |
| **Cc:** | Rachel Jensen; Tom Merrick |
| **Subject:** | RE: Trump; Joint Motion, Depos and Madison docs |
| **Date:** | Thursday, May 24, 2012 11:37:24 AM |

David,

**Joint motion** – yes; that is correct.  We will correct the typo and file the joint motion today.  We'll also change the Order for Judge Gallo's signature, rather than Judge Bencivengo – he's the one who issued the 1/23/12 Order setting the schedule for filing the class cert mtn 6/28/12, so I think he's the one that should sign off on the amended schedule.

**Depositions** – I apologize for any inconvenience.  I anticipated that there would be more "back and forth" discussions between us re: availability of the deponents and counsel for both sides.  But could you pls get back to me on the identity of the 30(b)(6) deponents and their availability? Maybe the same week of June 25?

**Madison documents re: mentors** – we have produced all responsive documents the Madisons had; we have not withheld any documents regarding Trump University. As you are aware, we produced 938 pages of documents in 2 productions.  That's quite a bit; and that's all there is.

  As for specific bates numbers of emails from the Madisons to their mentors Biglane or Barnett, please see: MADISON 859, 860, 869, 887, 889, 890, 891, 892, 893-894, 900, 901, 902, 903, 904, 908, 917, 918-919, 920, 921, 922, 923, 926.

**Madison documents re: evaluations** – As I stated above there are no documents regarding Trump University (including any surveys – completed, partially completed or otherwise) that we did not produce.  We produced all documents they provided to us that they have/prepared regarding Trump University.

Best regards,

Amber

---

**From:** David K. Schneider [mailto:dks@yslaw.com]
**Sent:** Wednesday, May 23, 2012 4:36 PM
**To:** Amber Eck
**Cc:** Rachel Jensen; Tom Merrick
**Subject:** RE: Trump; Depo dates, Joint Motion and Madison docs

# Amber:

# Please see my comments below in line in red:

David K. Schneider



A LAW PARTNERSHIP

655 West Broadway, Suite 1400
San Diego, CA  92101

619-233-5500 (main)
619-233-5535 (fax)
619-233-5562 (direct)

http://www.yslaw.com

**From:** Amber Eck [mailto:ambere@zhlaw.com]
**Sent:** Wednesday, May 23, 2012 3:11 PM
**To:** David K. Schneider
**Cc:** Rachel Jensen
**Subject:** Trump; Depo dates, Joint Motion and Madison docs

Dear David,

**Joint motion** – we have made your suggested revisions to the joint motion and proposed order.
 Please let us know if we have authorization to file, or if you have any further changes. Two
items: First, I want to make sure that I have not erroneously made an
assumption about the evidence plaintiffs intend to submit in support of
their motion.  I am presuming that the evidence submitted by plaintiffs
will be based on declarations from parties, witnesses deposed and up
to 5 others who may not be deposed as of the time of plaintiffs' filing.
The proposed schedule should allow defendants sufficient time to
conduct additional discovery.  Is my assumption accurate? If yes, then
the stipulation is fine.  Second, there is a typo on page 3, line 5 (the
word "complete" is missing the "l").

**Deposition dates** –In regard to the timing of depositions under the 6 notices we have issued – the
30(b)(6) depo(s), Donald Trump, Michael Sexton, James Harris and Mike Kasper --  I have conferred
w/ Rachel, and we believe it makes most sense to first get/review the documents we have requested
from defendants and the subpoenas, then do the 30(b)(6) deposition, and after that do the other
defendant depositions.  I wish you had mentioned this last week when you
served the deposition subpoenas.  My clients and I have worked

==diligently during the last week to clear calendars for Mr. Trump, Mr. Sexton and Mr. Katz to set the depositions for the week you requested.==

Have you ascertained yet which deponents you will produce in response to the 30(b)(6) deposition notice?  I have not yet reviewed the notice.

**Madison documents re: mentors** – in regard to communications from the Madisons about their mentorships, we did produce all of the Madisons' documents re: their mentorships and/or  with their mentors, including about 50 communications between the Madisons and mentor Mike Biglane (mike@biglane.org), mentor Bill Barnett (mentor@dumbenough.com and bill@dumbenough.com) and/or Mike Biglane's assistant, Kelli Wood.  There are virtually no communications from your clients to their mentors.  Can you identify emails from the Madisons to Mr. Biglane and from the Madisons to Mr. Barnett?

**Madison documents re: evaluations** – in regard to whether documents regarding the Madison's evaluations were produced, we did not have a completed evaluation form, but did produce a blank one that had been attached to an email they received.  Do you/they have a partially completed form that you did not produce?  Please produce whatever documents they have and/or prepared.  Thank you.

Thanks for your cooperation and look forward to hearing from you.

Amber

---

**From:** David K. Schneider [mailto:dks@yslaw.com]
**Sent:** Wednesday, May 23, 2012 8:44 AM
**To:** Rachel Jensen; Amber Eck
**Cc:** Tom Merrick
**Subject:** NY Deposition Dates Confirmed, Joint Motion re Briefing Schedule and Madison Documents

Rachel and Amber:

## **Depositions**

I have been able to confirm availability for depositions the week of June 25 (as noticed) for Mr. Trump, Mr. Sexton and Mr. Katz.  My clients and I are available as follows:

Mr. Trump          June 27, 2012

Mr. Sexton         June 28, 2012

Mr. Katz                June 29, 2012

All three depositions to take place at 725 Fifth Avenue, New York, NY 10022.

I would like to purchase plane tickets this week, so please confirm this schedule.

## Joint Motion

I have the following changes to the joint motion:

p. 2:3; please change "July" to "June."

p.2:11; please change "that they will submit several declarations of absent class members in support of their motion," to "that in support of their motion they will submit five or less declarations of putative class members or other witnesses who have not been deposed as of the filing of their motion…"

p.2:23; after "certification," please add "based on plaintiffs' estimate of five or less declarations submitted in support of their motion,"

p.2:24; please change "November 26" to "November 30."  11/26 is the Monday after Thanksgiving.  Our office will be closed most of Thanksgiving, so that is essentially a lost week, and I will have no secretarial support to finalize and put together the papers.

p.2:25; if you want additional time for the reply, that is fine (January 14? ).

p.3:2; please add after "October 10, 2012," "to discuss the briefing schedule for defendants' opposition and plaintiffs' reply to ensure that it provides sufficient time to complete additional discovery anticipated to address the motion."

## Madisons

The documents you recently produced include no evaluations and no communications from the Madisons about either of their mentorships. Please check with your clients to ensure that they have produced all of their documents.

Thank you.  David.

————————

David K. Schneider



A LAW PARTNERSHIP

655 West Broadway, Suite 1400
San Diego, CA  92101

619-233-5500 (main)
619-233-5535 (fax)
619-233-5562 (direct)

http://www.yslaw.com

**From:** Rachel Jensen [mailto:RachelJ@rgrdlaw.com]
**Sent:** Tuesday, May 22, 2012 4:17 PM
**To:** David K. Schneider
**Cc:** 'Amber Eck'
**Subject:** Trump U joint motion

Hi David -

Attached are revised versions of the joint motion and proposed order.  Please let us know at your earliest convenience if it is acceptable to file these documents.

Thanks,
Rachel

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

| From: | Rachel Jensen |
|---|---|
| To: | David K. Schneider |
| Cc: | Amber Eck; Tom Merrick |
| Subject: | Re: Discovery Issues |
| Date: | Friday, June 8, 2012 8:23:51 AM |

David-

Thank you.  When we met on Tuesday, you said you thought all the Documents redacted under FIP were compensation agreements.  Are there any documents redacted for FIP on the log that you are NOT agreeing to reproduce unredacted?  If so, please let us know immediately so we can tee that issue up for the Court.

On Jun 8, 2012, at 8:13 AM, "David K. Schneider" <dks@yslaw.com> wrote:

Amber and Rachel:

**Redactions**

Defendants agree to produce the Contractor Agreements, Sales Coordinator Agreements, Independent Contractor Agreements, Speaker & Instructor Agreements and On-Site Mentor Agreements without redaction.  My staff is removing the redactions, and we expect to produce the documents next week.

In plaintiffs' production, TUPLTF 985 does not indicate the full name of the recipient of the email.  Please produce the document with the last name.

TUPLTF 1940: The last name has been omitted.  Please produce the document with "Barbara's" last name.

The following documents have redactions without explanation: TUPLTF 971, 1695, 1700, 1702 and 1703.

Ex. 17 - 471

Please explain what information has been redacted and why, or alternatively, produce the documents without redaction.


**<u>Depositions</u>**


Please let me know which depositions you want to take and some proposed dates.  As you know, this takes quite a bit of coordination and advance planning, so please provide plenty of lead time.


I have not discussed dates with my clients since plaintiffs took the June deposition dates off-calendar, so I do not know their availability.


As for mine, I am available for depositions on the east coast the week of July 16, the week of July 23, the week of August 20, the week of August 27, the week of September 10 and the week of September 17.


For local depositions, I am not currently available 6/19, 6/27, 6/28, 7/3, 7/6, 7/11, 8/2-8/15, and 9/6-9/10.


I have provided my availability to counsel in other cases who are trying to schedule depositions as well, so some of these dates may not be open for long.  Please let me know as soon as possible so that I can block out dates on my calendar and check my clients' availability. Thank you.

| From: | Amber Eck |
|---|---|
| To: | David K. Schneider; Rachel Jensen |
| Cc: | Aaron Olsen |
| Subject: | RE: Trump; NY Depositions |
| Date: | Thursday, August 2, 2012 3:16:37 PM |

David,

As I said in my last email, we want to take Trump on 9/12. Please let us know if he is available until 7 pm.

I didn't address the identity of the new plaintiffs, because we have already discussed that numerous times.  We had not made a final decision on the new plaintiffs until the time we gave you the complaint. I didn't want to give you inaccurate information.

Amber

**From:** David K. Schneider [mailto:dks@yslaw.com]
**Sent:** Thursday, August 02, 2012 3:06 PM
**To:** Amber Eck; Rachel Jensen
**Cc:** Aaron Olsen
**Subject:** RE: Trump; NY Depositions

Amber:

I noticed that you side-stepped the whole issue of you refusing to disclose the identity of the new plaintiffs when I asked.

Even though you were completely uncooperative on the identity of the new plaintiffs, I am going to take the high road here—perhaps you all will start doing the same.  The last 30(b)(6) witness is David Highbloom.  He is available on 8/24.

Defendants will make Mr. Trump available for deposition one time.  You need to decide whether to take his deposition on 8/22 or 9/12.  I have not inquired whether he is available until 7:00 p.m. on 9/12.  If you want to take his deposition on that day, I can ask whether he is available into the early evening.  He will not cover many issues in the 30(b)(6) deposition notice—possibly 1 or 2 issues concerning his personal involvement.

To summarize: there are three 30(b)(6) representatives.  Mr. Sexton will cover a majority of the issues in the deposition notice.  Mr. Trump

Ex. 17 - 473

possibly will address 1 or 2 issues, and Mr. Highbloom will address around five categories.  You already know his background and position with Trump University.

Please let me know what you want to do ASAP.  David.

_____

David K. Schneider



655 West Broadway, Suite 1400
San Diego, CA  92101

619-233-5500 (main)
619-233-5535 (fax)
619-233-5562 (direct)

http://www.yslaw.com

**From:** Amber Eck [mailto:ambere@zhlaw.com]
**Sent:** Thursday, August 02, 2012 2:32 PM
**To:** David K. Schneider; Rachel Jensen
**Cc:** Aaron Olsen
**Subject:** RE: Trump; NY Depositions

David,

It's frustrating that it's taking a dozen emails to just set these depos.  In any event.

Aug. 22 – we'll take the 30(b)(6) reps that are available
Aug. 23 – Sexton
Aug. 24 – the 30(b)(6) rep that is only available Aug. 24, then John Brown.  If Brown needs to go over until Sat. Aug. 25, then we'll do that.

Trump – we will take on 9/12 but reserve our rights as to whether we will need more time w Trump since we are starting at noon on 12th. If he is also a 30(b)(6) rep, than I assume you will also make him available on Aug. 22.

My preference is not to go to Judge Gallo.  You can avoid this by just telling us the name of the

Ex. 17 - 474

deponents and what topics they are testifying on.  We need this, for example, to see how much time to make available on Aug. 24. Please let me know today whether you intend to give us this information, and if so, a date certain on which you will provide it.

In regard to our complaint, to say that we "waited" to send you a draft is not true.  We sent you a draft as soon as it was ready.  In fact, we sent it before it was even ready, as evidenced by the fact that we were continuing to add allegations that I forwarded to you as they were available.

Amber

---

**From:** David K. Schneider [mailto:dks@yslaw.com]
**Sent:** Thursday, August 02, 2012 2:02 PM
**To:** Amber Eck; Rachel Jensen
**Cc:** Aaron Olsen
**Subject:** RE: Trump; NY Depositions

Amber:

I don't understand your email (Wed. Aug. 22 – 30(b)(6) reps – Sexton, Trump and please let us know who the third person is (Covais?) and what topics each is testifying on (see below))  Are you now proposing that defendants make all three witnesses available for deposition on 8/22?  If so, are you suggesting that defendants make Mr. Trump available on 8/22 and again on 9/12?

If I have misunderstood, please explain what you intended.  If that is what you intended, defendants are not making Mr. Trump available twice for deposition.  Also, I've told you now at least twice that the last 30(b)(6) representative is not available 8/21, 8/22 or 8/23.  He is available on 8/24.

If you go to Judge Gallo with the 30(b)(6) issue, please be sure to explain that I requested that plaintiffs identify the new plaintiffs over one month ago, and then again three weeks ago and again one week ago, but plaintiffs refused.  Please also explain to Judge Gallo that nine days before plaintiffs were required to file their motion for leave, I requested to see a copy of the Third Amended Complaint before defendants could determine whether they could consent, as you requested.  You waited until after hours on Friday to send a draft-which I received Monday morning about an hour before you called the court for a hearing.  Then, you stated in the moving papers that defendants would not agree to consent.

I'm here only for about another hour.

_____

David K. Schneider



655 West Broadway, Suite 1400
San Diego, CA  92101

619-233-5500 (main)
619-233-5535 (fax)
619-233-5562 (direct)

http://www.yslaw.com

**From:** Amber Eck [mailto:ambere@zhlaw.com]
**Sent:** Thursday, August 02, 2012 1:29 PM
**To:** Rachel Jensen; David K. Schneider
**Cc:** Aaron Olsen
**Subject:** RE: Trump; NY Depositions

David,

This is difficult based on your very limited availability in Aug/Sept., but let's do this:

-
**NY Depo Dates:**
Wed. Aug. 22 – 30(b)(6) reps – Sexton, Trump and please let us know who the third person is (Covais?) and what topics each is testifying on (see below)
Thur. Aug. 23 – Michael Sexton
Fri. Aug. 24 – John Brown

Sept. 12 – Donald Trump – noon; please ensure he is available until at least 7 pm
Sept. 14 – JoAnn Everett in Tampa, FL, while we're on the East Coast; I'll prep her Sept. 13

**Authority re: Identifying Rule 30(b)(6) deponents in advance:**

As far as your duty to identify the identity of Rule 30(b)(6) deponents, you know who they are, and if we go to Judge Gallo, I'm sure he'll tell you to tell us who they are, and not play games, but here is authority:

"Rule 30(b)(6) imposes a duty on the entity receiving the Rule 30(b)(6) notice to identify and provide responsive witnesses with knowledge concerning the relevant subject matter." *Century 21 Real Estate, LLC v. All Prof'l Realty, Inc.*, 2012 U.S. Dist. LEXIS 78837, at *8 (E.D. Cal. June 6, 2012).  *See also EEOC v. Cal. Psychiatric Transitions*, 258 F.R.D. 391, 401 (E.D. Cal. 2009) (ordering party to identify Rule 30(b)(6) designee and inform opposing party within 5 days, and that the deposition should be completed within the following 45 days).

The Rutter Group guide also notes that it is customary to disclose the identity of the Rule 30(b)(6) designee in advance.  William W. Schwarzer, et al., *Cal. Prac. Guide Fed. Civ. Pro. Before Trial* §11:1413.1 (The Rutter Group 2012).   Finally, Rule 30(b)(6) "is intended to streamline the discovery process," and knowledge of the designee will help facilitate that process.  *Century 21 Real Estate*, 2012 U.S. Dist. LEXIS 78837, at *7.

Amber

---

**From:** Rachel Jensen [mailto:RachelJ@rgrdlaw.com]
**Sent:** Thursday, August 02, 2012 11:49 AM
**To:** David K. Schneider
**Cc:** Amber Eck; Aaron Olsen
**Subject:** Re: Trump; NY Depositions

David - I am tied up on conference call in another matter.  We will let you know when we can, hopefully by 1 pm but can't guarantee it.

On Aug 2, 2012, at 11:23 AM, "David K. Schneider" <dks@yslaw.com> wrote:

Amber:

Your email does not reflect the three options we have provided.  The 30(b)(6) representative on the few remaining issues is available on 8/24, not 8/21.

Please let me know what you want to do by 1:00 p.m. today. Thank you.  David.

_____

David K. Schneider

<(null)>

655 West Broadway, Suite 1400
San Diego, CA  92101

619-233-5500 (main)
619-233-5535 (fax)
619-233-5562 (direct)

http://www.yslaw.com

---

**From:** Amber Eck [mailto:ambere@zhlaw.com]
**Sent:** Thursday, August 02, 2012 11:11 AM
**To:** David K. Schneider
**Cc:** 'Rachel Jensen'; Aaron Olsen
**Subject:** RE: Trump; NY Depositions

David,

I think the only way we're going to be able to get both the NY depos done and the Plaintiffs depos done by the end of Sept. is  if we do:


30(b)(6) rep (8/21); Trump (8/22) and Sexton (8/23).  Then:


Plaintiff depos Sept. 11, 12, 14.


If we do Donald Trump Sept. 12, we're not going to be able to get all the Plaintiffs' depos in by end of Sept.


But, I'm going to talk w/ Rachel again at noon, and we'll call you after that.


Amber

---

**From:** David K. Schneider [mailto:dks@yslaw.com]
**Sent:** Thursday, August 02, 2012 8:47 AM
**To:** Amber Eck
**Cc:** 'Rachel Jensen'
**Subject:** FW: Trump; NY Depositions
**Importance:** High

Amber:

I spoke with my client.  Here are the options for the depositions of my clients:

1. Keep the current schedule: Mr. Trump (8/22) individually and as 30(b)(6) representative on limited issues; Mr. Sexton (8/23) individually and as 30(b)(6) representative on majority of issues; additional 30(b)(6) representative (8/24) on remaining few issues.

2. Move Mr. Trump's deposition to September 12.  He has a commitment that morning but can start the deposition at noon; Move Mr. Sexton to 8/22 and leave 8/23 open to complete his deposition, if necessary (or, if you need only one day for the deposition and prefer not to have an open day between depositions, then keep Mr. Sexton on 8/23); 30(b)(6) representative (8/24) on remaining few issues.

3. Move Mr. Trump's deposition to September 19.  He is available all day, but I won't know whether I am available until immediately before because I have a trial scheduled to start 9/17; Mr. Sexton on 8/22 and leave 8/23 open to complete his deposition, if necessary (same as above-- if you need only one day for the deposition and prefer not to have an open day between depositions, then keep Mr. Sexton on 8/23); 30(b)(6) representative on remaining few issues (8/24).

Please let me know **by 1:00 p.m. today** so that I have time to confirm with my clients and make travel and hotel arrangements.  I will be leaving the office today by 3:30 p.m. and then will be out of state until 8/13. Thanks.  David.

_____

Ex. 17 - 479

# EXHIBIT 18

**EXHIBIT 18**

| Purported "New Facts" in 4[th]AC (ECF 248-3) | Identical or Substantially Similar Allegations in TAC (ECF 112-4) | Identical or Substantially Similar Allegations or Argument in Earlier Pleadings and/or Verified Discovery Responses or Documents Produced Prior to Amendment Deadline |
|---|---|---|
| BBB, Attorney General & Governmental Agency Communications | Complaints to and by the BBB, the state AG offices, and other governmental agencies.<br>    TAC, ¶¶ 2 fn 1, 9-11, 32 & 64 | **Ex. 18 A**<br>• Complaint, ¶ 36<br>• FAC, ¶¶ 2 fn 1, 9-10, 27 & 54<br>• SAC, ¶¶ 2 fn 1, 9-10, 28 & 58<br>• Plaintiffs' Supplemental Response to Interrogatory No. 14 (Set One) (3/20/12)<br>• Plaintiffs Motion for Class Cert. (9/24/12, ECF 122-1), 14:23-26 |

# EXHIBIT 18 A

33.    During the Gold Program, there was still constant up-sell pressure to purchase various other Trump University affiliate programs and products, varying in price from $495 to $9,995.

34.    Plaintiff and the other students in her class who signed up for the $34,995 seminar were told that deals would now be coming their way via e-mail and that "these deals are starting to POUR IN NOW." However, few, if any deals came in, and those that did provided only minimal positive cash flow, generally not worth enough to make the deal worthwhile, and certainly not the "tens of thousands of dollars per month" promised by Trump.

35.    Trump University promised students that it would give them the contracts they needed to conduct various complex real estate transactions and teach them how to fill them out – they never did. Even after the $35,495 program, and after numerous phone calls to Trump University, Plaintiff and other class members were not instructed how to use the contracts they would need to conduct the real estate transactions described.

**Trump University receives D- rating from Better Business Bureau**

36.    In January, 2010, the Better Business Bureau gave Trump University a *D-minus rating*. In addition, the New York Department of Education has recently demanded that Trump University remove "University" from its title, insisting that the "use of the word 'university' by your corporation *is misleading and violates New York Education Law* and the Rules of the Board of Regents."[7]

///

///

///

_____

[7] *See* NY Daily News.com, "State Educracts Give Failing Grade to Donald Trump's 'Misleading' Trump University, by Douglas Feiden, April 16, 2010, and CBS MoneyWatch.com, "Is Trump University Flunking Out," by Lynn O'Shaughnessy, April 19, 2010.

11

**CLASS ACTION COMPLAINT**

Ex. 18 - 483

1          *"When people are fearful, you should be greedy.  When people are greedy, you should*

2                             *be fearful."* – Warren Buffet

3             1.      This is a quote often recited by Trump University's speakers in its initial free

4 seminar to persuade consumers that now is the time to sign up for Trump's $1,500 seminar to learn

5 how to make money in real estate investing.  Unfortunately, Trump University has taken these

6 words to heart, and is taking advantage of these troubled economic times to prey on consumers'

7 financial fears for its own financial gain.  Students who purchase these Trump seminars learn only

8 too quickly, but after it is too late for them to get their money back, that it is Trump who is greedy,

9 and they who should have been fearful.

10           2.      Plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom, Patricia Murphy and Sheri

11 Winkelmann (collectively "Plaintiffs"), by and through their attorneys, bring this action on behalf

12 of themselves and all others similarly situated against Trump University, LLC and DOES 1 through

13 50, inclusive (collectively "Defendant," "Trump University" or "Trump").[1]  Plaintiffs hereby

14 allege, on information and belief, except as to those allegations which pertain to the named

15 Plaintiffs, which allegations are based on personal knowledge, as follows:

16                           **NATURE OF THE ACTION**

17           3.      Trump University markets itself as a University driven by the mission to "train,

18 educate and mentor entrepreneurs on achieving financial independence through real estate

19 investing."  It is anything but.  In fact, rather than serving its students as a university or college,

20 Trump University is more like an infomercial, selling non-accredited products, such as sales

21 workshops, luring customers in with the name and reputation of its founder and Chairman,

22 billionaire land mogul Donald J. Trump.   Trump and his so-called University promise

23 "mentorships," urging consumers that it's the "next best thing" to being Donald Trump's next

24

---

25 [1] Trump University changed its name to Trump Entrepreneur Initiative on June 2, 2010 after the New York Department of Education insisted that the "use of the word 'university' by your corporation is

26 *misleading and violates New York Education law* and the Rules of the Board of Regents."  However, as the corporation was named Trump University at the time the initial complaint was filed on April

27 30, 2010, Defendant is referred to as Trump University throughout.

28

FIRST AMENDED CLASS ACTION COMPLAINT

Ex. 18 - 484

1   Trump instructors and mentors are trained in sales, not real estate; and when Harvard students pay

2   for a 4-year education, they receive 4 years of teaching, whereas Trump students who pay for a 1-

3   year real estate education receive 3 days of a hard-sell sales presentation.

4        8.    Plaintiffs are not bringing this action because they did not succeed in real estate –

5   they are bringing this action because Trump University misrepresented what it was providing.  It

6   claimed it was providing a year-long real estate education and mentorship, when in actuality, it was

7   providing only a 3-day long infomercial, designed to confuse, rather than educate, its students, and

8   to persuade them to purchase even more seminars.  The Program is actually designed to confuse

9   students and fails to give them complete information or specific techniques, so that they do not feel

10   confident to get involved in real estate investing on their own, and instead decide to purchase

11   another seminar.  The program is not designed to educate, but to sell.

12        9.    **Attorney General Investigations -** Attorneys General in six states have received

13   numerous complaints against Trump University, and at least two have either launched

14   investigations or are in the process of reviewing complaints, according to the New York Daily

15   News.[2]  In January, 2010, Texas Attorney General Greg Abbott's office launched a probe of Trump

16   University's advertising and business practices after getting two dozen complaints.  The Texas

17   Attorney General indicated he was probing "possibly deceptive trade practices" dating back to

18   2008.

19        10.    Florida Attorney General Bill McClollum's office is "reviewing" 20 complaints

20   from people who paid up to $35,000 for various Trump seminars, according to the New York Daily

21   News, and the New York and Illinois Attorneys General have received dozens of complaints.  The

22   Better Business Bureau has received at least 70 complaints of deceptive practices from students

23   nationwide. *Id.*

24        11.    **Standardized scripts** – Representations made to consumers about the Trump

25   seminars by Trump instructors and the Trump sales team were standardized.  When consumers

26

27   [2] *See* "Trump U Hit by Complaints from Those Who Paid up to 30G, and Say They Got Very Little in Return," by Douglas Feiden, New York Daily News (May 31, 2010).

28

1   copies of the contracts – the unsigned version and the version with her forged signature – they

2   refunded her the $35,000.  However, Winkelmann still seeks to recover the $1,500 she spent on the

3   initial seminar which Trump has refused to refund.

4       27.   **Defendant Trump University, LLC** - Defendant Trump University, LLC (aka

5   Trump Entrepreneur Initiative) is a New York limited liability company registered in New York.  In

6   response to demands by the New York Department of Education, and after the initial Complaint in

7   this action was filed, it changed its name to "The Trump Entrepreneur Initiative" on June 2, 2010.

8   Its executive offices and company headquarters are located in New York, New York.  Donald J.

9   Trump is the chairman of Trump University, as well as the chairman and president of The Trump

10  Organization.  Trump University conducts a substantial amount of business throughout the State,

11  including marketing, advertising, and hosting Seminars in San Diego County and all over California.

12      28.   The true names and capacities of defendants sued herein as Does 1 through 50,

13  inclusive, are presently unknown to Plaintiffs who therefore sue these defendants by fictitious

14  names.  Plaintiffs will amend this Complaint to show their true names and capacities when they have

15  been ascertained.  Each of the Doe Defendants is responsible in some manner for the conduct alleged

16  herein.

17                    **DEFENDANT'S UNLAWFUL CONDUCT**

18      29.   Trump University is an "education" company owned and founded by real estate

19  tycoon Donald J. Trump, Sr., as part of the Trump Organization.  It offers courses in real estate, asset

20  management, entrepreneurship and wealth creation.  It is not an accredited University.

21  Trump University lures consumers in with a free introductory Seminar, which turns out to be nothing

22  more than an infomercial used to "up-sell" and persuade students to purchase its $1,495 "one year

23  apprenticeship" course. If students purchase the $1,495 course, Trump University continues using

24  misleading, fraudulent and predatory practices to convince students to purchase Trump University's

25  $35,000 "Gold" course.  Even then, after investing nearly $36,500, students still do not receive the

26

27

28

---

Ex. 18 - 486

**Trump University receives D- rating from Better Business Bureau**

54.   In January, 2010, the Better Business Bureau gave Trump University a *D-minus rating*.  In addition, the New York Department of Education has recently demanded that Trump University remove "University" from its title, insisting that the "use of the word 'university' by your corporation *is misleading and violates New York Education Law* and the Rules of the Board of Regents."[9]

**Complaints from Numerous Trump University Students Nationwide**

55.   Plaintiffs are not alone in their complaints regarding Trump University's misrepresentations and unscrupulous conduct.  Indeed, there are endless complaints nationwide on the internet that echo Plaintiffs' complaints, including, for example:

• This recent post on http://www.reviewopedia.com/trump-university.htm, from Susan in Michigan was posted on April 11th, 2010: "We purchased a mentor program for $19,000 in December 2008. *We did not receive the promised materials or mentor service*. We canceled immediately, calling both Rochester NY & Boca Raton FL. Unfortunately we paid by check and did not have a credit card company to help us get our money back. We have made several call, emails, faxes, etc. *We've been lied to, deceived*, promised the person with "authority" would call us back immediately (doesn't matter when you call, they are never in) and told there was a glitch in their system and our refund was being processed. *We still do not have our refund* and they continue to play the game. Does this sound like Donald Trump is an honest man concerned with helping you build wealth?"

• Charles from Florida posted this on September 21, 2009, "I was told that after taking the first 3 day seminar, which cost $1,500 I could go out start making deals. …*The only thing they want you to do is sign up for the next seminar* which can cost up to $35,000." http://www.reviewopedia.com/trump-university.htm

• Joe from Florida posted this on September 18, 2009, "*What a SCAM* I attended the three day seminar and *really learned very, very little. [Their] goal is to talk you into joining the next seminar*, which can cost up to 35,000.  They use almost Gestapo tactics to sign for this

---

[9] *See* NY Daily News.com, "State Educracts Give Failing Grade to Donald Trump's 'Misleading' Trump University, by Douglas Feiden, April 16, 2010, and CBS MoneyWatch.com, "Is Trump University Flunking Out," by Lynn O'Shaughnessy, April 19, 2010.

FIRST AMENDED CLASS ACTION COMPLAINT

Ex. 18 - 487

1

2  ZELDES & HAEGGQUIST, LLP
   AMBER L. ECK (177882)
3  ambere@zhlaw.com
   HELEN I. ZELDES (220051)
4  helenz@zhlaw.com
   ALREEN HAEGGQUIST (221858)
5  alreenh@zhlaw.com
   625 Broadway, Suite 906
6  San Diego, CA  92101
   Telephone:  619/342-8000
7  619/342-7878 (fax)

8  ROBBINS GELLER RUDMAN
     & DOWD LLP
9  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
10 PAULA M. ROACH (254142)
   proach@rgrdlaw.com
11 655 West Broadway, Suite 1900
   San Diego, CA  92101
12 Telephone:  619/231-1058
   619/231-7423 (fax)

13 Attorneys for Plaintiffs and the Proposed Class

14               UNITED STATES DISTRICT COURT

15             SOUTHERN DISTRICT OF CALIFORNIA

16 TARLA MAKAEFF, BRANDON KELLER,  )  No. 10-cv-00940-IEG(WVG)
   ED OBERKROM, and PATRICIA MURPHY, )
17 on Behalf of Themselves and All Others  )  CLASS ACTION
   Similarly Situated,              )
18                                  )  SECOND AMENDED CLASS ACTION
                                    )  COMPLAINT
19                  Plaintiffs,     )
                                    )
20        vs.                       )
                                    )
21 TRUMP UNIVERSITY, LLC, (aka Trump  )
   Entrepreneur Initiative) a New York Limited  )
   Liability Company, DONALD J. TRUMP, and )
22 DOES 1 through 50, inclusive,    )
                                    )
23                  Defendants.     )
                                    )  JURY TRIAL DEMANDED
24

25

26

27

28

590148_1

1  "*When people are fearful, you should be greedy.  When people are greedy, you should be*

2  *fearful.*" – Warren Buffet

3  1. This is a quote often recited by Trump University's speakers in its initial free seminar

4  to persuade consumers that now is the time to sign up for Trump University's $1,500 seminar to

5  learn how to make money in real estate investing.  Unfortunately, Trump University has taken these

6  words to heart, and is taking advantage of these troubled economic times to prey on consumers'

7  financial fears for its own financial gain.  Students who purchase these Trump University Seminars

8  learn only too quickly, but after it is too late for them to get their money back, that it is Trump

9  University who is greedy, and they who should have been fearful.

10  2. Plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom, and Patricia Murphy

11  (collectively "Plaintiffs"), by and through their attorneys, bring this action on behalf of themselves

12  and all others similarly situated against Trump University, LLC, Donald J. Trump and Does 1

13  through 50, inclusive (collectively "Defendants," or "Trump University").[1]  Plaintiffs hereby allege,

14  on information and belief, except as to those allegations which pertain to the named Plaintiffs, which

15  allegations are based on personal knowledge, as follows:

16  **NATURE OF THE ACTION**

17  3. Trump University markets itself as a University driven by the mission to "train,

18  educate and mentor entrepreneurs on achieving financial independence through real estate

19  investing."  It is anything but.  In fact, rather than serving its students as a university or college,

20  Defendant Trump University is more like an infomercial, selling non-accredited products, such as

21  sales workshops, luring customers in with the name and reputation of its founder and Chairman,

22  billionaire land mogul Donald J. Trump.  Defendant Trump and his so-called University promise

23  "mentorships," urging consumers that it's the "next best thing" to being Donald Trump's next

24

25  [1]   Trump University changed its name to Trump Entrepreneur Initiative on June 2, 2010, after
the New York Department of Education insisted that the "use of the word 'university' by your

26  corporation is *misleading and violates New York Education Law* and the Rules of the Board of
Regents."   However, as the corporation was named Trump University at the time the initial

27  complaint was filed on April 30, 2010, Defendant Trump University is referred to as Trump
University throughout.

28

Ex. 18 - 489

1    Trump instructors and mentors are trained in sales, not real estate; and when Harvard students pay

2    for a four-year education, they receive four years of teaching, whereas Trump students who pay for a

3    one-year real estate education receive three days of a hard-sell sales presentation.

4        8.    Plaintiffs are not bringing this action because they did not succeed in real estate –

5    they are bringing this action because Defendants misrepresented what Trump University was

6    providing.  Trump University was represented as providing a year-long real estate education and

7    mentorship, when in actuality, it was providing only a three-day long infomercial, designed to

8    confuse, rather than educate, its students, and to persuade them to purchase even more Seminars.

9    The Program fails to give students complete information or specific techniques, so that they do not

10   feel confident to get involved in real estate investing on their own, and instead decide to purchase

11   another seminar.  In sum, the program is not designed to educate, but to sell.

12       9.    **Attorney General Investigations –** Attorneys General in six states have received

13   numerous complaints against Trump University, and at least two have either launched investigations

14   or are in the process of reviewing complaints, according to the New York Daily News.[2]  In January,

15   2010, Texas Attorney General Greg Abbott's office launched a probe of Trump University's

16   advertising and business practices after getting two dozen complaints.  The Texas Attorney General

17   indicated he was probing "possibly deceptive trade practices" dating back to 2008.

18       10.   Florida Attorney General Bill McClollum's office is "reviewing" 20 complaints from

19   people who paid up to $35,000 for various Trump Seminars, according to the New York Daily

20   News, and the New York and Illinois Attorneys General have received dozens of complaints. The

21   Better Business Bureau has received at least 70 complaints of deceptive practices from students

22   nationwide. *See* n.2.

23       11.   **Standardized scripts –** Representations made to consumers about the Trump

24   Seminars were standardized.  When consumers made calls to or received calls from Trump

25   University, they spoke with a member of the Trump sales team.  Each member of the sales team was

26

27   [2]    *See* Douglas Feiden, *Trump U Hit by Complaints from Those Who Paid up to 30G, and Say They Got Very Little in Return*, New York Daily News, May 31, 2010.

28

Ex. 18 - 490

1    Plaintiff Murphy took out her life savings and spent approximately $12,500 on these Seminars,

2    software and mentoring from approximately January 27 through March 12, 2007.  As with the other

3    Plaintiffs and the Class, Plaintiff Murphy did not realize she was being scammed until it was too late.

4        28.    **Defendant Trump University, LLC –** Defendant Trump University, LLC (now

5    Trump Entrepreneur Initiative) is a New York limited liability company registered in New York.  In

6    response to demands by the New York Department of Education, and after the initial Complaint in

7    this action was filed, it changed its name to "The Trump Entrepreneur Initiative" on or around June

8    2, 2010.  Its executive offices and company headquarters are located in New York, New York.

9    Donald J. Trump is the chairman of Trump University, as well as the chairman and president of The

10   Trump Organization.  Trump University conducts substantial business throughout the State of

11   California, including marketing, advertising, and hosting Seminars in San Diego County and all over

12   California.  Plaintiffs are further informed and believe that at all times relevant hereto, Trump

13   University acted for or on behalf of Donald Trump in undertaking the acts and/or omissions alleged

14   herein.

15       29.    **Defendant Donald J. Trump –** At all times herein mentioned, defendant Donald J.

16   Trump was and is an individual residing in the State of New York, and at all times herein mentioned,

17   Plaintiffs are informed and believe Trump was doing business within the State of California, as he

18   posted blogs on Trump University website that were viewed by California residents and reviewed

19   and authorized advertisements that were directed to California residents.  At all times mentioned,

20   Trump was a founder, chairman, officer, director, manager, managing member, principal and/or

21   controlling shareholder of Trump University, and in connection with the matters set forth in this

22   action, Defendant Trump had business dealings within the State of California directly related to the

23   subject of this Action. At all times herein mentioned, Defendant Trump was also an officer, director,

24   President and/or CEO of The Trump Organization.

25       30.    At all times herein mentioned, Defendant Trump approved, authorized, either

26   specifically and/or tacitly directed, ratified and/or participated in the acts complained of herein

27   engaged in by Trump University.

28

Ex. 18 - 491

1  hour or so discussing numbers.  Mentors spent little to no time discussing the contracts essential to

2  the real estate transactions mentioned in the seminar.  After the three-days, the mentors quickly

3  disappeared, in complete contradiction to what was promised: an ongoing mentor who would

4  personally assist the student for an entire year.

5      55.    During the Gold Program, there was still constant up-sell pressure to purchase various

6  other Trump University affiliate programs and products, varying in price from $495 to $9,995.

7      56.    Plaintiff Makaeff and the other students in her class who signed up for the $34,995

8  seminar were told that deals would now be coming their way via email and that "these deals are

9  starting to POUR IN NOW."  However, few, if any deals came in, and those that did provided only

10  minimal positive cash flow, generally not worth enough to make the deal worthwhile, and certainly

11  not the "tens of thousands of dollars per month" of opportunity promised by Trump University.

12      57.    Plaintiffs and other Class members were promised that they would receive the

13  contracts they needed to conduct various complex real estate transactions and teach them how to fill

14  them out – they never did.  Even after the $35,495 program, and after numerous phone calls to

15  Trump University, Plaintiffs and other Class members were not instructed how to use the contracts

16  they would need to conduct the real estate transactions described.

17  **Trump University Receives D- Rating from Better Business Bureau**

18      58.    In January of 2010, the Better Business Bureau gave Trump University a ***D minus***

19  ***rating***.  In addition, the New York Department of Education  demanded that Trump University

20  remove "University" from its title, insisting that the "use of the word 'university' by your

21  corporation ***is misleading and violates New York Education Law*** and the Rules of the Board of

22  Regents."[13]

23

24

25

_____

26  [13]    *See* Douglas Feiden, *State Educrats Give Failing Grade to Donald Trump's "Misleading"*
   *Trump University*, NY Daily News.com, April 16, 2010, and Lynn O'Shaughnessy, *Is Trump*
27  *University Flunking Out*, CBS MoneyWatch.com, April 19, 2010.

28

Ex. 18 - 492

1   ZELDES & HAEGGQUIST, LLP
    AMBER L. ECK (177882)
2   HELEN I. ZELDES (220051)
    ALREEN HAEGGQUIST (221858)
3   625 Broadway, Suite 906
    San Diego, CA 92101
4   Telephone:  (619) 342-8000
    Facsimile:  (619) 342-7878
5   ambere@zhlaw.com
    helenz@zhlaw.com
6   alreenh@zhlaw.com

7   ROBBINS GELLER RUDMAN
     & DOWD LLP
8   RACHEL L. JENSEN (211456)
    THOMAS R. MERRICK (177987)
9   655 West Broadway, Suite 1900
    San Diego, CA  92101
10  Telephone:  (619) 231-1058
    Facsimile:  (619) 231-7423
11  rjensen@rgrdlaw.com
    tmerrick@rgrdlaw.com
12
    Attorneys for Plaintiffs and the Proposed Class
13

14              UNITED STATES DISTRICT COURT

15           SOUTHERN DISTRICT OF CALIFORNIA

16  TARLA MAKAEFF, BRANDON          Case No.:   3:10-CV-00940-CAB (WVG)
    KELLER, ED OBERKROM, and
17  PATRICIA MURPHY, on Behalf of   CLASS ACTION
    Themselves and All Others Similarly
18  Situated,                       PLAINTIFFS' SUPPLEMENTAL
                                    RESPONSES TO DEFENDANT DONALD J.
19       Plaintiffs,                TRUMP'S FIRST SET OF
                                    INTERROGATORIES TO PLAINTIFFS
20       vs.

21  TRUMP UNIVERSITY, LLC, (aka Trump   District Judge:    Hon. Cathy Ann Bencivengo
    Entrepreneur Initiative) a New York   Magistrate Judge:  Hon. William V. Gallo
22  Limited Liability Company, DONALD J.
    TRUMP, and DOES 1 through 50,   Courtroom:  1, 4th Floor
23  Inclusive,

24       Defendants.

25                                  JURY TRIAL DEMANDED

26  PROPOUNDING PARTY:    DEFENDANT DONALD J. TRUMP
    RESPONDING PARTIES:   PLAINTIFFS TARLA MAKAEFF, BRANDON KELLER,
27                        ED OBERKROM AND PATRICIA MURPHY
    SET NUMBER:           FIRST SUPPLEMENTAL
28

*ZELDES & HAEGGQUIST, LLP*

INTERROGATORY NO. 14:

Please state all facts which support plaintiffs' allegation that the Better Business Bureau received, "70 complaints of deceptive practices" including the facts of each, the current status of each complaint and the IDENTITY of each witness with knowledge of such facts.

RESPONSE TO INTERROGATORY NO. 14:

Plaintiffs specifically incorporate its General Objections set forth above as though fully set forth herein to the extent applicable to this interrogatory. Plaintiffs object to this interrogatory on the grounds that it is overly broad, unduly burdensome and seeks information in Defendants' possession, custody or control.

Plaintiffs also object to this interrogatory because it seeks information duplicative of information that Plaintiffs have disclosed under Rule 26(a)(1) of the Federal Rules of Civil Procedure.  Plaintiffs have already identified all currently known documents and individuals who may have discoverable information to support Plaintiffs' claims.  *See* Plaintiffs' Amended Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1).

Plaintiffs further object to this interrogatory on the grounds that it seeks information protected by the attorney-client privilege and/or attorney work product doctrine.  *See Hickman v. Taylor*, 329 U.S. 495, 511 (1947) (work product protection is afforded to materials that reveal an attorney's strategy, intended lines of proof, evaluation of strengths or weaknesses, and inferences drawn from interviews).  This interrogatory improperly seeks, and if responded to would reveal, Plaintiffs' counsel's opinions regarding the relative importance of these witnesses, the highlights of their testimony/factual knowledge, and would link any future statements by the witnesses with counsel's legal theories and conclusions as outlined in the complaint.

Plaintiffs also object on the grounds that such contention discovery is premature and presumptively improper given that discovery in this case has only just begun.  Plaintiffs' investigation into the issues and witnesses pertaining to this action is still continuing.

No. 3:10-CV-00940 CAB(WVG)

==**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:**==

Plaintiffs specifically incorporate their General and Specific Objections to Interrogatory No. 14 set forth above as though fully set forth herein to the extent applicable to this interrogatory.

Subject to and without waiving the foregoing General and Specific Objections, pursuant to the Court's Discovery Order, in addition to Plaintiffs' initial response to this Interrogatory, Plaintiffs respond as follows: Plaintiffs refer Defendants to documents produced in this action, Bates labeled:

- ==BBB NY 00001 to BBB NY 00668; BBB FL 0001 to BBB FL 0086;==

- TU-MAKAEFF2335 to TU-MAKAEFF2338; TU-MAKAEFF4042 to TU-MAKAEFF4077; TU-MAKAEFF4084 to TUMAKAEFF4103; TU-MAKAEFF4127 to TUMAKAEFF4133;

- TU-PLTF00355 to TU-PLTF00357; TU-PLTF00715 to TU-PLTF00721; and

- TU 01128 to TU 01326; TU 01455 to TU 01477; TU 61147 to TU 61158; TU 61206 to TU 61208; TU 61209 to TU 61214; TU 61237 to TU 61241; TU 61246 to TU 61251; TU 61370 to TU 61374; TU 61392 to TU 61412; TU 61446 to TU 61468; TU 61469 to TU 61481; TU 61482 to TU 61485; TU 61486 to TU 61494; TU 61495 to TU 61496; TU 61497 to TU 61502; TU 61639 to TU 61649; TU 61650 to TU 61720.

Discovery is continuing and Plaintiffs reserve the right to supplement/amend this Response upon the discovery of relevant, responsive and non-privileged information.

INTERROGATORY NO. 15:

Please state with specificity all facts which support plaintiffs' allegations that defendants instructed students to "engage in real estate without a real estate license," including the name of each TRUMP UNIVERSITY speaker, instructor, coach, mentor and/or REPRESENTATIVE involved, name of each "student" involved, the date of each, and the specific conduct/activity plaintiffs contend was illegal or improper.

RESPONSE TO INTERROGATORY NO. 15:

Plaintiffs specifically incorporate its General Objections set forth above as though fully set forth herein to the extent applicable to this interrogatory. Plaintiffs object to this

ZELDES & HAEGGQUIST, LLP

ZELDES & HAEGGQUIST, LLP

1  PROOF OF SERVICE
   C.C.P. §1013(A), C.R.C. 2003(3), 2005(i)

2

3  STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

4      I am employed in the County of San Diego, State of California. I am over the age of

5  18 and not a party to the within action; my business address is 625 Broadway, Suite 906, San

6  Diego, CA 92101.

7      1.      On March 20, 2012, I served the foregoing document described as

8  PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT DONALD J. TRUMP'S

9  FIRST SET OF INTERROGATORIES TO PLAINTIFFS on all parties in this action by

10 attaching a true copy thereof to an email addressed to the parties listed below:

| David K. Schneider (139288) YUNKER & SCHNEIDER 655 West Broadway, Suite 1400 San Diego, CA 92101 Telephone: (619) 233-5500 Facsimile: (619) 233-5535 dks@yslaw.com | Rachel L. Jensen (211456) Thomas R. Merrick (177987) ROBBINS GELLER RUDMAN & DOWD LLP 655 West Broadway, Suite 1900 San Diego, CA 92101 Telephone: (619) 231-1058 Facsimile: (619) 231-7423 rjensen@rgrdlaw.com tmerrick@rgrdlaw.com |
|---|---|
| Counsel for Defendants | Counsel for Plaintiffs |

18     2.      I declare that I am employed in the office of a member of the Bar of this Court,

19 at whose direction the service was made.

20     EXECUTED on March 20, 2012, at San Diego, California.

21

22                                              RUTH A. CAMERON

23

39                      No. 3:10-CV-00940 CAB(WVG)



1 | ROBBINS GELLER RUDMAN
   & DOWD LLP
2 | RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
3 | THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
4 | 655 West Broadway, Suite 1900
San Diego, CA 92101
5 | Telephone: 619/231-1058
619/231-7423 (fax)
6 |
ZELDES & HAEGGQUIST, LLP
7 | AMBER L. ECK (177882)
ambere@zhlaw.com
8 | HELEN I. ZELDES (220051)
helenz@zhlaw.com
9 | ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
10 | AARON M. OLSEN (259923)
aarono@zhlaw.com
11 | 625 Broadway, Suite 906
San Diego, CA 92101
12 | Telephone: 619/342-8000
619/342-7878 (fax)
13 |
Attorneys for Plaintiffs and Proposed Class
14 |

UNITED STATES DISTRICT COURT

15 | SOUTHERN DISTRICT OF CALIFORNIA

16 |

17 | TARLA MAKAEFF, et al., on Behalf of
Themselves and All Others Similarly Situated,

18 | Plaintiffs,

19 | vs.

20 | TRUMP UNIVERSITY, LLC, et al.,

21 | Defendants.

No. 3:10-cv-00940-CAB(WVG)

CLASS ACTION

PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR CLASS
CERTIFICATION, APPOINTMENT OF
CLASS REPRESENTATIVES AND
APPOINTMENT OF CLASS COUNSEL

22 |

23 |

JUDGE: Hon. Cathy Ann Bencivengo
DATE: February 12, 2013
TIME: 2:30 P.M.
CTRM: 2 – 4th Floor

24 |

25 |

Oral Argument Requested Subject to
Court Approval

26 |

**[REDACTED]**

27 |

28 |

767963_1

1   129:19-21), ███████████████████████ *Id.* at 96:24-97:18. ████████

2   ████████████████████████████████████ *Id.* at 155:7-157:9.

3     **C.**   **Defendants Uniformly Misrepresented Trump University as a Legitimate and "Accredited" Academic Institution**

4       **1.**   **Common Evidence Will Show Defendants' Portrayal as a**

5          **"University" Misled Reasonable Consumers**

6      Publicly, Trump University's mission is: "To train, Educate and Mentor Entrepreneurs on

7   achieving financial independence through Real Estate Investing." *See* Ex. 49, at TU-PLTF00324.  Donald

8   Trump represented Trump University was better than Ivy League schools (Ex. 1, Ex. 2) and defendants

9   painted the picture of an admissions process through which only the chosen few would be selected.  But,

10   evidence that is common to the Class shows that Trump University is not accredited, has no license to

11   operate as an institution for higher learning, and does not offer a degree or any other license or credits. *See,*

12   *e.g.*, Ex. 17 at 158:9-11; Ex. 13, at BBB NY 00501-02.  Accordingly, in Spring 2010, the New York

13   Department of Education demanded that defendants change the name from Trump University, stating:

14   ."Use of the word 'university' by your corporation is misleading . . . ."[16] ████████████

15   █████████████████████████████████ Ex. 17 at 159:3-160:14. The

16   BBB denied accreditation because the use of "University" was inherently misleading to a reasonable

17   consumer:

18       Another factor contributing to your firm's ineligibility [for accreditation as a BBB business] is your firm's name "Trump University," which may potentially lead

19     reasonable consumers to believe that your firm is an academic institution.  As you acknowledged in your correspondence dated 1/4/2010, your firm does not meet the

20     established definition of a "university."  However, your instructors and program experts are referred to as "professors" and "faculty" in your promotional materials

21     and on your web site.  Both terms are potentially ***misleading*** as they are generally reserved for the teaching and administrative staff and members holding academic

22     rank in an educational institution.

23   Ex. 13, at BBB NY 00505.  The BBB also found Trump University's website misleading:

24       Trump University's School of Real Estate is accredited and we back up our assertions with unequalled educational and mentoring tools, such as retreats, phone

25     and email coaching and on-site coaching, where we actually send a Donald Trump recommended real estate professional to your town to work with you for 3 days.

26

27   _____

 [16]   *See* Ex. 50; *see also* Ex. 17 at 164:4-166:7.

28