# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tarla Makaeff, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Trump University, LLC, et al.,<br><br>Defendants. | CASE NO.10cv0940-GPC-WVG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[DKT. NO. 251] |

On August 16, 2013, Defendants Trump University, LLC and Donald J. Trump (collectively, "Defendants") requested to file under seal certain exhibits or portions of exhibits. (Dkt. No. 251.) Having reviewed the motion, and pursuant to Local Rule 79.2 and the Protective Order issued by the Court on November 17, 2011 (Dkt. No. 91), the Court hereby **GRANTS** Defendants' request to file documents under seal.

Portions of the following pleadings that have been designated as "Confidential" pursuant to the Protective Order shall be filed **UNDER SEAL**:

Exhibit 1; Exhibit 8A, pp. 352-353; Exhibit 9, p. 365; Exhibit 13A, pp. 398-400; Exhibit 15A, pp. 414-415, 422-422a, 424, 426, 428-430, 432, and 438-441. See

Dkt. Nos. 251, 252.

**IT IS SO ORDERED.**

DATED: August 19, 2013

HON. GONZALO P. CURIEL
United States District Judge