ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011 |

868258_1

1  Plaintiffs John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed
2 Oberkrom (collectively, "Plaintiffs") hereby request permission to file under seal
3 certain portions of Plaintiffs' Reply Memorandum in Support of Motion for Leave to
4 Amend ("Reply Memorandum") pursuant to Local Rule 79.2 and the Protective Order
5 (Dkt. No. 91) entered on November 17, 2011.
6  Under the Protective Order, the parties may designate certain documents as
7 "Confidential Information" and restrict their dissemination and disclosure. *See*
8 Dkt. No. 91, ¶¶4, 7-9. Any information or material which has been designated as
9 "Confidential" may not be disclosed publicly and may only be disclosed or made
10 available to certain designated persons, such as the Court and counsel for parties to
11 this action. *See id.* The documents Plaintiffs seek to file under seal have been
12 designated "Confidential" by Defendants pursuant to the Protective Order.
13  Plaintiffs therefore request permission to file under seal certain portions of their
14 Reply Memorandum. *See* Dkt. No. 91, ¶13.

15 DATED: August 23, 2013                   ROBBINS GELLER RUDMAN
                                            & DOWD LLP
16                                          JASON A. FORGE
                                            RACHEL L. JENSEN
17                                          THOMAS R. MERRICK

18                                                s/ Jason A. Forge
19                                          ─────────────────────
                                                  JASON A. FORGE

20                                          655 West Broadway, Suite 1900
                                            San Diego, CA  92101
21                                          Telephone:  619/231-1058
                                            619/231-7423 (fax)
22
                                            ZELDES HAEGGQUIST & ECK, LLP
23                                          AMBER L. ECK
                                            HELEN I. ZELDES
24                                          ALREEN HAEGGQUIST
                                            AARON M. OLSEN
25                                          625 Broadway, Suite 1000
                                            San Diego, CA  92101
26                                          Telephone:  619/342-8000
                                            619/342-7878 (fax)
27
                                            Attorneys for Plaintiffs and Proposed Class
28

868258_1                                    - 1 -                    3:10-cv-0940-GPC(WVG)

|    |                                                                                   |
|----|-----------------------------------------------------------------------------------|
| 1  | CERTIFICATE OF SERVICE                                                            |
| 2  | I hereby certify that on August 23, 2013, I authorized the electronic filing of the |
| 3  | foregoing with the Clerk of the Court using the CM/ECF system which will send     |
| 4  | notification of such filing to the e-mail addresses denoted on the attached Electronic |
| 5  | Mail Notice List, and I hereby certify that I caused to be mailed the foregoing   |
| 6  | document or paper via the United States Postal Service to the non-CM/ECF          |
| 7  | participants indicated on the attached Manual Notice List.                        |
| 8  | I certify under penalty of perjury under the laws of the United States of America |
| 9  | that the foregoing is true and correct.  Executed on August 23, 2013.             |

 s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  jforge@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com,efb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com,efb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`