EXHIBIT 2

Exhibit 2
- 36 -



DAVID K. SCHNEIDER
Direct Dial: 619.233.5562
Email: dks@yslaw.com

August 29, 2013

***VIA ELECTRONIC MAIL AND HAND DELIVERY***

Rachel Jensen, Esq.
ROBBINS GELLER RUDMAN & DOWD, LLP
655 West Broadway, Suite 1900
San Diego, CA  92101

**Re:    Makaeff, et al. v. Trump University, LLC, et al.**

Dear Rachel:

This letter responds to your last few emails.

Script, PowerPoint and Chapman Documents

As mentioned in my 8/2/13 letter, my client voluntarily ran additional searches for scripts, PowerPoint approvals and Chapman through various email accounts which generated a significant number of "hits."  My review of those documents was delayed by plaintiffs' recent filing of their motion for leave to amend.  I have now continued to review documents, and defendants will produced non-privileged responsive documents on a rolling basis as the review of documents is completed.  The first batch of responsive documents is included on the attached disk and Bates stamped TU 168263-168522.

Deposition Dates for Messrs. Miller, Martin and Goff

As a preliminary matter, plaintiffs still have not served Messrs. Miller or Martin with proper subpoenas.  My statement that plaintiffs' counsel should have no further contact with these witnesses referred to interviews—not service.  I have made this point before.

Despite my repeated requests, you still have not explained why you "served" and then interviewed the witnesses two weeks before sending me copies of the subpoenas.

Exhibit 2
- 37 -

Rachel Jensen, Esq.
August 29, 2013
Page 2

Putting aside your conduct, and as a courtesy only, I obtained potential deposition dates for Messrs. Miler. Martin and Goff.  But, defendants do not waive any rights regarding the improper subpoenas or the fact that plaintiffs still have not served Messrs. Miller or Martin with proper subpoenas.

Counsel and the witnesses are currently available on the dates below, but reserve confirmation of the depositions until we know the outcome of one or both of the pending motions and related scheduling and/or discovery issues, and the like:

| Steve Miller | 10/16/13 | Chicago |
| Gerald Martin | 10/23/13 | Orlando |
| Steve Goff | 10/29/13 | Houston |

Government Documents

Your 8/27/13 email erroneously states "it has recently come to our attention" that TU provided transcripts and other documents to the NY AG.  If you are referring to the deposition transcript of Mr. Sexton concerning the AG's investigation, you have been aware of the deposition and transcript for one year, and I have already addressed the issue with you.  If you are referring to something else, please clarify.

Very truly yours,

David K. Schneider

DKS:bb
cc:    Amber Eck, Esq.

Exhibit 2
- 38 -

| | |
|---|---|
| **From:** | Mark & Shelley Chapman |
| **To:** | David Highbloom |
| **Subject:** | TU and Mark Chapman |
| **Date:** | Wednesday, January 14, 2009 10:16:49 AM |

David,

Thanks for the call.  Looks like we're finally going to be together.  As requested here are the details of my arrangement to come on board made with Michael last spring:

Date: 4/29/08

1.  12% commission on front and/or back end.
2.  Markets would be Tx. and east of, with the exceptions of Denver, L.A., and San Fran.  (Remember I'm getting older and need to stay fresh).
3.  A markets would be 3 nights away.
4.  B markets would be 2 nights away.

We also discussed a 75% minimum on retention, but Michael wanted to table that at the time to be revisited in the future, which was fine with me.

Regarding the other item you mentioned, I'm having difficulty coming to grips with it.  The arrangement was for 4k/wk. during the waiting period while the legal folks prepared for Pino.  During that time I recreated the front end script for foreclosures, including the PPT, which I gave to Michael, assisted David Early with the outline and ideas for the commercial product, visited the 3-day training in Baltimore on May 9-11 and gave you, what you deemed at the time as "valuable feedback." I sat for 5 weeks total and was only compensated for 2.  Let me know if you need more info on this matter.

Anyway I'm excited to get back on the road, especially for you guys and with the Trump name behind me.  During these challenging economic times for all Americans, investing in foresclosures the Trump Way is the "Silver lining" folks are looking for.  Do you believe?  Just get butts in the seats for me.

Mark A. Chapman
C. 407-399-0649

TU 168264

Exhibit 2
- 39 -

**From:**      Jim Fletcher, ACREI
**Subject:**   Re: Fulfillment Script - Rough Draft
**Date:**      Friday, May 02, 2008 6:53:16 AM

Hello David,

I went through the script a few times and I cannot add anything at the moment but as I gain more knowledge of the TU system and what I think can contribute to the program, I'll pass them along.

Regards
Jim Fletcher

----- Original Message -----
**From:** David Highbloom
**To:** jim@fletcherrealestate.com
**Sent:** Thursday, May 01, 2008 8:51 PM
**Subject:** Fulfillment Script - Rough Draft

Jim,
I was working on a script for our three-day fulfillment program. I would like for you to review this document. I know you operate a bit differently. Please make any recommendations and changes to the attached document. I would love to get your feedback.

Thanks,

**David Highbloom**
Trump University
40 Wall Street, 32nd Floor
New York, NY 10005
http://www.trumpuniversity.com
Phone: (646) 367-6531
Fax: (646) 607-5190
dhighbloom@trumpuniversity.com

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

| From: | David Highbloom |
| To: | "eerankmentor@hotmail.com" |
| Subject: | Re: Trump FTFI 031208.ppt and Script |
| Date: | Saturday, March 22, 2008 10:25:21 AM |

Thanks
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Everett Rank <eerankmentor@hotmail.com>
To: David Highbloom
Sent: Sat Mar 22 13:23:31 2008
Subject: RE: Trump FTFI 031208.ppt and Script

David

Recieved, viewed, and ready,

Thanks
Everett

Feel free to call me


_____

    Subject: Trump FTFI 031208.ppt and Script
    Date: Fri, 21 Mar 2008 18:25:27 -0400
    From: dhighbloom@trumpuniversity.com
    To: eerankmentor@hotmail.com


    Foreclosure PPT and Script, Please confirm receipt.


    Have a great weekend,


    David Highbloom

    Trump University

    40 Wall Street, 32nd Floor

    New York, NY 10005

    http://www.trumpuniversity.com <http://www.trumpuniversity.com/>

    Phone: (646) 367-6531

    Fax: (646) 607-5190

Exhibit 2
- 41 -

dhighbloom@trumpuniversity.com

This e-mail message, and any attachments to it, are for the sole use of
the intended recipients, and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution
of this email message or its attachments is prohibited. If you are not
the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. Please note that any views
or opinions presented in this email are solely those of the author and
do not necessarily represent those of the company. Finally, while the
company uses virus protection, the recipient should check this email
and any attachments for the presence of viruses. The company accepts no
liability for any damage caused by any virus transmitted by this email.

---

How well do you know your celebrity gossip? Talk celebrity smackdowns here.
<http://originals.msn.com/thebigdebate?ocid=T002MSN03N0707A>

| From: | David Stamper |
|---|---|
| Subject: | script |
| Date: | Wednesday, March 19, 2008 12:36:14 AM |

David,
please send script again ...i think got damaged ...received powerpoint just fine
david

TU 168320

Exhibit 2
- 43 -

| | |
|---|---|
| **From:** | Brad Schneider |
| **Subject:** | Stamper needs Slides and Script |
| **Date:** | Tuesday, March 18, 2008 7:46:19 AM |

Please send him this information.


Brad Schneider

Trump University

40 Wall Street, 32nd Fl

New York, NY 10005

http://www.trumpuniversity.com

Phone: (646) 367-3805

Fax : (212) 248-0782

bschneider@trumpuniversity.com

TU 168321

Exhibit 2
- 44 -

**From:**     David Early
**Subject:**    Trump Foreclosure Orlando-new slides
**Date:**       Thursday, March 06, 2008 1:26:51 PM

The script now matches the slides-I removed the numbers just to make it easier for changes.

TU 168323

Exhibit 2
- 45 -

| From: | David Early |
|---|---|
| To: | David Highbloom |
| Subject: | RE: NEW FTFI Slides |
| Date: | Thursday, March 06, 2008 7:38:03 AM |

**From:** David Highbloom [mailto:dhighbloom@trumpuniversity.com]
**Sent:** Wednesday, March 05, 2008 12:29 PM
**To:** David Early
**Subject:** NEW FTFI Slides

Hi Dave,

I enjoyed talking with you today. Thanks for your feedback on Speaker comp and for calling Mike Kasper last night, it sounds like he is now in the right frame of mind. He had several questions on the new PPT slides (sounds like he will switch to these) for his next preview. He had asked about adding back in two slides and a photo:

1. "Education" Slide-good
2. "40 Wall St. Building Photo" Image-No need for this one
3. "What's holding you back" Slide good

Also, he had questions on two slides:

1. Slide #30: Reduce your number of Credit Cards – Kasper said this is not considered a good idea?-It will improve your credit score as long as you don't have a high balance on the one you keep open
2. Slide #34: What is H/A – What does this mean calculate only space that is w/ central H/A "HEATING AND AIR CONDITIONING". i.e. don't calculate garage space? correct

I will document feedback as this gets out to the remaining speakers so we can fine tune accordingly. I have asked Kasper to put his questions down in an email.

Lastly, thanks for reworking the script. I will look for that tomorrow. Say Hi to J.J. Childers!

Best,

**David Highbloom**
Trump University
40 Wall Street, 32nd Floor
New York, NY 10005
http://www.trumpuniversity.com
Phone: (646) 367-6531
Fax: (646) 607-5190
dhighbloom@trumpuniversity.com

This e-mail message, and any attachments to it, are for the sole use of
the intended recipients, and may contain confidential and privileged

TU 168324

Exhibit 2
- 46 -

information. Any unauthorized review, use, disclosure or distribution
of this email message or its attachments is prohibited. If you are not
the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. Please note that any views
or opinions presented in this email are solely those of the author and
do not necessarily represent those of the company. Finally, while the
company uses virus protection, the recipient should check this email
and any attachments for the presence of viruses. The company accepts no
liability for any damage caused by any virus transmitted by this email.

TU 168325

Exhibit 2
- 47 -

| From: | David Highbloom |
| Subject: | FW: TU Speaker Pay |
| Date: | Wednesday, March 05, 2008 10:57:00 AM |

**As per discussion:**

**PREVIEW :**
Speaker in Training- 7%

| Full Speaker- | -8% base |
| Sales Conversion of 15% | -9% |
| Sales Conversion of 20% | -10% |

**FULFILMENT**
Speaker-                          -10% base

**SPEAKER IN TRAINING PROCESS**

| **Name of Policy:** Speaker in training process | **Department:** Trump University |
| **Author:** David Early | **Intended Audience:** Outside sales speakers and trainers |
| **Date:** Wednesday, February 20, 2008 | |

**Objective:** To ensure a smooth process of the speaker training and deployment process and to ensure all speakers are both compliant and efficient

**Policy:** All new Trump University speakers must follow this process prior to full deployment:

> **Step 1.** Submit resume and tape, and then interview with selected parties.  Once approved the following steps will take place.

> **Step 2.**  The speaker will be sent the official approved PowerPoint presentation and script to be used.  The speaker will have the ability to make changes to the content that refers to any personal information and/or transactions.  However, all transactions or deals so included will need to be authenticated.

> **Step 3.** The speaker presents to management at Trump U.  The result will be a pass or fail.

> If the speaker passes they will be added to the schedule as soon as possible.  If he fails the speaker will be offered four weeks on the road and a second chance after the four weeks of road work. If they fail a second time, they might be offered a road position, but they will no longer be a part of the Speaker in Training process.

> **Step 4.** Once the speaker has passed the initial presentation to the team, he will be awarded with two upcoming presentations.  If the speaker averages sales of 10% or higher,

TU 168326

Exhibit 2
- 48 -

he will be awarded two more on the next available event.  If sales are below 10%, the speaker will return to work the road for two more weeks, and then have two more attempts to average over 10%. If after these attempts a speaker fails to average 10% or higher, he will leave the process.

**Step 5.** Once the speaker has averaged over 10% on the first attempt, and over 12% on the second, they will be deemed a full speaker.  And, as a speaker, their own team will be awarded when timing permits.  If they fail to average over 12% on the second attempt they will continue to work with senior speakers until they average over 12% or they leave the program.

**David Highbloom**
Trump University
40 Wall Street, 32nd Floor
New York, NY 10005
http://www.trumpuniversity.com
Phone: (646) 367-6531
Fax: (646) 607-5190
dhighbloom@trumpuniversity.com

---

**From:** David Highbloom
**Sent:** Wednesday, March 05, 2008 12:10 AM
**To:** David Early
**Cc:** Michael Sexton; Steven Matejek
**Subject:** RE: TU Speaker Pay

Dave Early,
I was crunching the numbers again based on your recommendation of paying preview commission on sales (net) $40,000 = 27 clients sold and $65,000 = 43 clients sold. This does not adjust well into our sales conversion model. A speaker could close between 6%-9% in markets where they see 300 to 400 people and still get 9%. I was thinking below of changing the model below to the following:

Speaker in Training- 7% (send 2% to the full speaker working with them)

| | |
|---|---|
| Full Speaker- | -8% base |
| Sales Conversion of 14% | -9% |
| Sales Conversion of 18% | -10% |

p.s. The sales coordinators get paid a bonus of $500 and $1000 at 15% and 20%. I would modify this to work on the same speaker benchmarks). Your thoughts?

**David Highbloom**
Trump University
40 Wall Street, 32nd Floor
New York, NY 10005

TU 168327

Exhibit 2
- 49 -

http://www.trumpuniversity.com
Phone: (646) 367-6531
Fax: (646) 607-5190
dhighbloom@trumpuniversity.com

---

**From:** David Highbloom
**Sent:** Tuesday, March 04, 2008 1:15 PM
**To:** Michael Sexton; Steven Matejek
**Subject:** FW: TU Speaker Seminar Agmt 02 21 08

Thank you Steve; I have included Michael on this email who was following up on "non-compete status." I included the proposed preview comp plan below for your review.

Speaker in Training- 7% (send 2% to the full speaker working with them)

Full Speaker- 8% base
Sales(net) $40,000- 65,000-9%
Sales (net) $65,000 and over-10%

If they hit $45,000 it would be 9% on the entire $45k, not just the amount over 40K
        *The numbers may need to be adjusted based on their current averages.


**David Highbloom**
Trump University
40 Wall Street, 32nd Floor
New York, NY 10005
http://www.trumpuniversity.com
Phone: (646) 367-6531
Fax: (646) 607-5190
dhighbloom@trumpuniversity.com

TU 168328

Exhibit 2
- 50 -

| | |
|---|---|
| **From:** | David Highbloom |
| **To:** | David Early |
| **Bcc:** | Michael Sexton |
| **Subject:** | NEW FTFI Slides |
| **Date:** | Wednesday, March 05, 2008 9:29:00 AM |

Hi Dave,

I enjoyed talking with you today. Thanks for your feedback on Speaker comp and for calling Mike Kasper last night, it sounds like he is now in the right frame of mind. He had several questions on the new PPT slides (sounds like he will switch to these) for his next preview. He had asked about adding back in two slides and a photo:

1. "Education" Slide
2. "40 Wall St. Building Photo" Image
3. "What's holding you back" Slide

Also, he had questions on two slides:

1. Slide #30: Reduce your number of Credit Cards – Kasper said this is not considered a good idea?
2. Slide #34: What is H/A – What does this mean calculate only space that is w/ central H/A "HEATING AND AIR CONDITIONING". i.e. don't calculate garage space?

I will document feedback as this gets out to the remaining speakers so we can fine tune accordingly. I have asked Kasper to put his questions down in an email.

Lastly, thanks for reworking the script. I will look for that tomorrow. Say Hi to J.J. Childers!

Best,

**David Highbloom**
Trump University
40 Wall Street, 32nd Floor
New York, NY 10005
http://www.trumpuniversity.com
Phone: (646) 367-6531
Fax: (646) 607-5190
dhighbloom@trumpuniversity.com

| | |
|---|---|
| **From:** | Joseph Esser |
| **Subject:** | March Training in NY |
| **Date:** | Friday, February 29, 2008 5:36:38 AM |

Good Morning,

I just wanted to touch base with you regarding the training coming up next week to make sure we're still on and also would like to have those slides/script to go through to get familiar with for presenting.

Thanks for all you do,

Joe Esser

TU 168332

Exhibit 2
- 52 -

| | |
|---|---|
| **From:** | David Highbloom |
| **To:** | Dee Colwell |
| **Subject:** | FW: TU Master Confidentiality Agreement and Disclosure & Authorization Form |
| **Date:** | Thursday, February 28, 2008 3:07:00 PM |
| **Attachments:** | TU Speaker Questionnaire.pdf |

FYI

**David Highbloom**
Trump University
40 Wall Street, 32nd Floor
New York, NY 10005
http://www.trumpuniversity.com
Phone: (646) 367-6531
Fax: (646) 607-5190
dhighbloom@trumpuniversity.com

**From:** David Highbloom
**Sent:** Tuesday, February 26, 2008 4:32 PM
**To:** macoutsell@aol.com
**Subject:** RE: TU Master Confidentiality Agreement and Disclosure & Authorization Form

Mark,
Michael informed me that you are unable to join us in New York on March 4th and 5th for our Speaker Training program. I believe you are available on 6th & 7th, please confirm and I will see if this still works for other members of our internal team.

Mark, please include the attached Speaker Questionnaire form with your documents at the end of the week. It can be faxed as well to me at: (646) 607-5190

Thanks

**David Highbloom**
Trump University
40 Wall Street, 32nd Floor
New York, NY 10005
http://www.trumpuniversity.com
Phone: (646) 367-6531
Fax: (646) 607-5190
dhighbloom@trumpuniversity.com

**From:** macoutsell@aol.com [mailto:macoutsell@aol.com]
**Sent:** Monday, February 25, 2008 6:09 PM
**To:** David Highbloom
**Subject:** Re: TU Master Confidentiality Agreement and Disclosure & Authorization Form

David,

Thanks for this info and the opportunity. I'm excited about exploring our possibilities together. These forms are fine and I'll fax them back to you at the end of the week when I'm back home. I'm currently speaking in D.C. until Thursday.

I'm wondering if it would be possible to get the new script sometime this week? I'm flying to the west coast this coming weekend and could make productive use of the plane time. I look

TU 168333

Exhibit 2
- 53 -

forward to meeting you and the team when I can get to NY next week.  Please feel to call me anytime on my cell (407)-399-0649.

Have a great evening...Mark Chapman

-----Original Message-----
From: David Highbloom <dhighbloom@trumpuniversity.com>
To: Macoutsell@aol.com
Cc: Dee Colwell <dcolwell@trumpuniversity.com>; Steven Matejek <smatejek@trumpuniversity.com>
Sent: Wed, 20 Feb 2008 3:14 pm
Subject: TU Master Confidentiality Agreement and Disclosure & Authorization Form

Mark Chapman:

It's been a fantastic start for Trump University in 2008!  Our success is most certainly measured in the great team with which we have had the privilege of working.  We hope you can join us in New York on March 4th and 5th for our Speaker Training  program. You will be one among other speakers working together to build on your skills and talents.  I look forward to meeting you and exploring if you have what it takes to make it into our 2008 schedule.

Our aim has been to grow the seminar side of business at Trump University.  Thanks to our professional team, we have started to successfully lay the groundwork towards that end.  We have pulled together many individuals, both internally and externally, with unique talents for conveying ideas that motivate and compel others to take action.

We have a great program planned for everyone in New York. I look forward to Michael W. Sexton, our president and co-founder of Trump University sharing his vision and goals for 2008. Dee Colwell, our Director of Operations and I will be working with you on new SOP's (standard operating procedures) and back-end products to ensure consistency and stability during our continued growth. Not to mention, you will have the opportunity to pitch to our team the Fast Track to Foreclosure Investing 90 minute presentation. We are looking for the next crop of preview speakers and fulfillment instructors to join our team.  I will be distributing an agenda shortly along with a new PPT presentation and script. Also, Dee will be in contact with you regarding travel and hotel arrangements.

Trump University now requires all independent contractors as well as our full/part-time employees to complete the following background checks. This mandate comes directly from the Trump Organization. Please fill out both forms including the attached DISCLOSURE AND AUTHORIZATION FORM and fax back directly to me: David Highbloom at (646) 607-5190. I'm personally overseeing this process so we can meet the new requirements with our current personnel. The new request is required in addition to any additional information we may have previously requested.

It is imperative that this be completed as soon as possible for our upcoming Speaker Training. I'm currently traveling this week but can be reached on Monday at the number below should you have any questions.

Thank you for your cooperation.

p.s. If you have not already sent a bio and photo to me, please send one to me by email.

**David Highbloom**
Trump University
40 Wall Street, 32nd Floor

New York, NY 10005
http://www.trumpuniversity.com
Phone: (646) 367-6531
Fax: (646) 607-5190
dhighbloom@trumpuniversity.com

This e-mail message, and any attachments to it, are for the sole use of
the intended recipients, and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution
of this email message or its attachments is prohibited. If you are not
the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. Please note that any views
or opinions presented in this email are solely those of the author and
do not necessarily represent those of the company. Finally, while the
company uses virus protection, the recipient should check this email
and any attachments for the presence of viruses. The company accepts no
liability for any damage caused by any virus transmitted by this email.

<hr size=2 width="100%" align=center>

More new features than ever. Check out the new AOL Mail!

TU 168335

Exhibit 2
- 55 -

| | |
|---|---|
| **From:** | Joseph Esser |
| **To:** | David Highbloom |
| **Subject:** | Slides & Script for front end |
| **Date:** | Tuesday, February 26, 2008 10:49:53 AM |

Dave,

Can you please send to me the slides and script for the front end so I can begin reviewing them.

Thanks for all you do,

Joe Esser