1    David K. Schneider (CSB 139288)
2    YUNKER & SCHNEIDER
     655 West Broadway, Suite 1400
3    San Diego, California 92101
     Telephone: (619) 233-5500
4    Facsimile: (619) 233-5535
     Email: dks@yslaw.com
5

6    Attorneys for Defendants,
     TRUMP UNIVERSITY, LLC, et al.
7

8

9                   **UNITED STATES DISTRICT COURT**

10           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11

12    TARLA MAKAEFF, et al.,             Case No. 3:10-cv-0940-GPC (WVG)

13        Plaintiffs,                 **DEFENDANTS' APPLICATION TO**
                                 **FILE UNDER SEAL PURSUANT TO**
14    v.                               **LOCAL RULE 79.2 AND THE**
15                                    **PROTECTIVE ORDER ENTERED**
     TRUMP UNIVERSITY, LLC, et al.,       **NOVEMBER 17, 2011**
16

17        Defendants.                 JUDGE:     Hon. Gonzalo P. Curiel
                                 CTRM:      2D (Schwartz)

18

19       Defendants Trump University, LLC and Donald J. Trump (collectively, "TU")

20    hereby request permission to file under seal, pursuant to Local Rule 79.2 and the

21    Protective Order entered on November 17, 2011, Defendants' Objection and Response to

22    Plaintiffs' Supplemental Document Filing and Exhibits A and B attached to the

23    Declaration of David K. Schneider in Support of Defendants' Objection and Response.

24       Under the Protective Order, the parties may designate certain documents as

25    "Confidential Information" and restrict their dissemination and disclosure. See Dkt.

26    No. 91, Protective Order, ¶¶4, 7-9. Any information or material which has been

27    designated as "Confidential" may not be disclosed publicly and may only be disclosed or

28    made available to certain designated persons, such as the Court and counsel for parties to

this action.  See *id*.  The documents TU seeks to file under seal have been designated

"Confidential" by TU and/or Plaintiffs pursuant to the Protective Order or have not yet

been so designated but counsel believes the evidence falls within the designated

definition.

TU therefore requests permission to file under seal Defendants' Objection and

Response to Plaintiffs' Supplemental Document Filing, and Exhibits A and B to the

Declaration of David K. Schneider in Support of Defendants' Objection and Response.

See Protective Order (ECF 91), ¶13.


Respectfully submitted,                           YUNKER & SCHNEIDER

Dated:  September 4, 2013                 By:  _____s/David K. Schneider_____
                                                          David K. Schneider
                                                          Attorneys for Defendants
                                                          TRUMP UNIVERSITY, LLC, et al.
                                                          Email:  dks@yslaw.com

1

2

CERTIFICATE OF SERVICE

3          I hereby certify that on September 4, 2013, I authorized the electronic filing of the

4    foregoing with the Clerk of the Court using the CM/ECF system which will send

5    notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice

6    List.

7          I certify under penalty of perjury under the laws of the United States of America

8    that the foregoing is true and correct.  Executed on September 4, 2013.

9

10

11                                                          s/David K. Schneider

12                                                          David K. Schneider
                                                            YUNKER & SCHNEIDER
13                                                          655 West Broadway, Suite 1400
14                                                          San Diego, California 92101
                                                            Telephone:  (619) 233-5500
15                                                          Facsimile:   (619) 233-5535

16
                                                            Email:  dks@yslaw.com
17

18

19

20

21

22

23

24

25

26

27

28