1  David K. Schneider (CSB 139288)
2  YUNKER & SCHNEIDER
   655 West Broadway, Suite 1400
3  San Diego, California 92101
   Telephone:  (619) 233-5500
4  Facsimile:   (619) 233-5535
   Email:   dks@yslaw.com
5
6  Attorneys for Defendants,
   TRUMP UNIVERSITY, LLC, et al.
7

8

9                    UNITED STATES DISTRICT COURT

10           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12  TARLA MAKAEFF, et al.,                Case No. 3:10-cv-0940-GPC (WVG)

13        Plaintiffs,                     **DECLARATION OF DAVID K.
                                          SCHNEIDER IN SUPPORT OF
14  v.                                    DEFENDANTS' OBJECTION AND
                                          RESPONSE TO PLAINTIFFS'
15  TRUMP UNIVERSITY, LLC, et al.,        SUPPLEMENTAL DOCUMENT
                                          FILING**
16
          Defendants.                     JUDGE:     Hon. Gonzalo P. Curiel
17                                         CTRM:      2D (Schwartz)
18

19        I, David K. Schneider, declare:

20        1.     I am an attorney at law, licensed to practice before this Court, and am a

21  partner with the law firm of Yunker & Schneider, counsel of record for defendants Trump

22  University, LLC ("TU") and Donald J. Trump.  I make this declaration of my own

23  personal knowledge, and if called to testify, I could and would testify competently to the

24  facts stated herein.

25        2.     Attached hereto as Exhibit A is a true and correct copy of a letter dated

26  June 15, 2010, from Edward Kramer at the New York State Education Department to

27  Gillian Birnie at the Trump Education Initiative.  Defendants produced this letter to

28  Plaintiffs on January 5, 2012.

3.     Attached hereto as Exhibit B are true and correct copies of pages 58, 71, 75 and 76 of the deposition transcript of George Sorial, taken January 18, 2013.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Respectfully submitted,                              YUNKER & SCHNEIDER

Dated:  September 4, 2013                    By:  _____s/David K. Schneider_____
                                                    David K. Schneider
                                                    Attorneys for Defendants
                                                    TRUMP UNIVERSITY, LLC, et al.
                                                    Email:  dks@yslaw.com

# INDEX OF EXHIBITS

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| A | Letter dated 6/15/10 Edward Kramer at the New York State Education Department to Gillian Birnie at the Trump Education Initiative **(Sealed)** | 4-6 |
| B | Pages 58, 71, 75 and 76 of the deposition transcript of George Sorial, taken January 18, 2013 **(Sealed)** | 7-12 |

# EXHIBIT A
## [Filed Conditionally Under Seal]

# EXHIBIT B
## [Filed Conditionally Under Seal]