David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendants,
TRUMP UNIVERSITY, LLC, et al.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., | Case No. 3:10-cv-0940-GPC (WVG) |
| Plaintiffs, | **ERRATA** |
| v. | JUDGE: Hon. Gonzalo P. Curiel |
| TRUMP UNIVERSITY, LLC, et al., | CTRM: 2D (Schwartz) |
| Defendants. | |

Defendants Trump University, LLC and Donald J. Trump hereby submit the following correction to their Objection and Response to Plaintiffs' Supplemental Document Filing, filed 9/4/13:

Page 3, ll. 1-3 should read: The Court can see that Plaintiffs knew about the 2005 NYSED letter no later than **January 5**, 2012 (20 months ago), which was long before the amendment deadline, and long before plaintiffs' filed their class certification papers.

1 | Respectfully submitted,          YUNKER & SCHNEIDER

2 | Dated: September 5, 2013      By:    s/David K. Schneider
3 |                                                                David K. Schneider
4 |                                                                Attorneys for Defendants
                                                               TRUMP UNIVERSITY, LLC, et al.
5 |                                                                Email: dks@yslaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on September 5, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 5, 2013.

    s/David K. Schneider

    David K. Schneider
    YUNKER & SCHNEIDER
    655 West Broadway, Suite 1400
    San Diego, California 92101
    Telephone:  (619) 233-5500
    Facsimile:   (619) 233-5535

    Email:  dks@yslaw.com