# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, et al., <br><br> Defendants. | Case No. 3:10-cv-0940-GPC (WVG) <br><br> ORDER GRANTING PARTIES' APPLICATIONS TO FILE DOCUMENTS UNDER SEAL <br><br> [Dkt. Nos. 256, 262.] |

On August 23, 2013, Plaintiffs John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed Oberkrom (collectively, "Plaintiffs") submitted an application to file under seal certain portions of Plaintiffs' Reply Memorandum in Support of Motion for Leave to Amend ("Reply Memorandum"). (Dkt. No. 256.)

On September 4, 2013, Defendants Trump University, LLC, and Donald J. Trump, (collectively, "Defendants") submitted an application to file under seal Defendants' Objection and Response to Plaintiffs' Supplemental Document Filing and certain exhibits or portions of exhibits. (Dkt. No. 262.)

Pursuant to Local Rule 79.2 and the Protective Order entered on November 17, 2011, (Dkt. No. 91), the Court hereby GRANTS the parties' motions. Accordingly, the following documents which have been designated as confidential shall be filed UNDER

SEAL:

- Certain portions of Plaintiffs' Reply Memorandum designated as confidential pursuant to this Court's protective order. See Dkt. No. 256.

- Defendants' Objection and Response to Plaintiffs' Supplemental Document Filing; Exhibit A; and Exhibit B. See Dkt. No. 262.

**IT IS SO ORDERED.**

DATED: September 11, 2013

_____
HONORABLE GONZALO P. CURIEL