| | |
|---|---|
| 1 | David K. Schneider (CSB 139288) |
| 2 | YUNKER & SCHNEIDER |
|   | 655 West Broadway, Suite 1400 |
| 3 | San Diego, California 92101 |
|   | Telephone:  (619) 233-5500 |
| 4 | Facsimile:   (619) 233-5535 |
|   | Email:  dks@yslaw.com |
| 5 | Jill A. Martin (CSB 245626) |
| 6 | c/o Trump National Golf Club Los Angeles |
|   | One Trump National Dr. |
| 7 | Rancho Palos Verdes, CA 90275 |
|   | Telephone (310) 303-3225 |
| 8 | Facsimile:  (310) 265-5522 |
|   | Email:  jmartin@trumpnational.com |
| 9 | Attorneys for Defendants TRUMP UNIVERSITY, LLC and |
| 10 | DONALD J. TRUMP |

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated, | Case No. 10 CV 0940 GPC (WVG) |
| | <u>CLASS ACTION</u> |
| | **NOTICE OF ASSOCIATION OF COUNSEL** |
| Plaintiffs, | |
| v. | |
| TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive, | |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Trump University, LLC and Donald J. Trump hereby associate as counsel in this action Jill A. Martin.

Jill A. Martin
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Telephone (310) 303-3225
Facsimile:  (310) 265-5522
Email:  jmartin@trumpnational.com

Dated:    October 1, 2013

/s/ Jill A. Martin
Jill A. Martin
Email: jmartin@trumpnationl.com
Counsel for Defendants Trump University, LLC and Donald J. Trump

Dated:    October 1, 2013           **YUNKER & SCHNEIDER**

/s/ David K. Schneider
David K. Schneider
Email: dks@yslaw.com
Counsel for Defendants Trump University, LLC and Donald J. Trump

1  CERTIFICATE OF SERVICE

2  I hereby certify that on October 1, 2013, I authorized the electronic filing of the foregoing
3  with the Clerk of the Court using the CM/ECF system which will send notification of such filing
4  to the e-mail addresses denoted on the Electronic Mail Notice List.

5  I certify under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.  Executed on October 1, 2013.

7
8          s/David K. Schneider
           DAVID K. SCHNEIDER

9  YUNKER & SCHNEIDER
   655 West Broadway, Suite 1400
10 San Diego, CA  92101
   Tel:    (619) 233-5500
11 Fax:   (619) 233-5535

12 Email: dks@yslaw.com

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28