1  David K. Schneider (CSB 139288)
   YUNKER & SCHNEIDER
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  Telephone:  (619) 233-5500
   Facsimile:   (619) 233-5535
4  Email: dks@yslaw.com

5  Jill A. Martin (CSB 245626)
   c/o Trump National Golf Club Los Angeles
6  One Trump National Dr.
   Rancho Palos Verdes, CA 90275
7  Telephone (310) 303-3225
   Facsimile:  (310) 265-5522
8  Email: jmartin@trumpnational.com

9  Attorneys for Defendants TRUMP UNIVERSITY, LLC and
   DONALD J. TRUMP

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 GPC (WVG)<br><br>CLASS ACTION<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

Case No. 10 CV 0940 GPC (WVG)

NOTICE OF ASSOCIATION OF COUNSEL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Trump University, LLC and Donald J. Trump hereby associate as counsel in this action Jill A. Martin.

Jill A. Martin
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275

Dated: October 2, 2013

/s/ Jill A. Martin
Jill A. Martin
Email: jmartin@trumpnationl.com
Counsel for Defendants Trump University, LLC and Donald J. Trump

Dated: October 2, 2013

**YUNKER & SCHNEIDER**

/s/ David K. Schneider
David K. Schneider
Email: dks@yslaw.com
Counsel for Defendants Trump University, LLC and Donald J. Trump

- 1 -  Case No. 10 CV 0940 GPC (WVG)

CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2013.

s/ Jill A. Martin
JILL A. MARTIN

c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Tel: 310-303-3225
Fax: 310-265-5522

Email: jmartin@trumpnational.com



- Civil
- Criminal
- Query
- Reports
- Utilities
- Search
- Logout

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`