David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone:  (619) 233-5500
Facsimile:   (619) 233-5535
Email:   dks@yslaw.com

Jill A. Martin (CSB 245626)
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Telephone (310) 303-3225
Facsimile:  (310) 265-5522
Email:  jmartin@trumpnational.com

Attorneys for Defendants,
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, et al., <br><br> Defendants. <br><br> AND ALL RELATED CROSS-ACTIONS. | Case No. 10cv0940GPC (WVG) <br><br> <u>CLASS ACTION</u> <br><br> **DEFENDANTS' EX PARTE REQUEST TO FILE A SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL REGARDING A NEW DEVELOPMENT** |

There has been a recent and significant development in New York that directly affects the pending class certification motion.  On August 24, 2013, the New York Attorney General filed a petition against the same defendants here (hereinafter referred to as the "NYAG Action"), alleging essentially the same facts and theories of liability, and seeking the same relief on behalf of consumers nationwide.  In a similar case, the Ninth Circuit addressed the resulting impact on a pending motion for class certification  which will provide excellence guidance – as well as controlling authority – as this Court continues its rigorous analysis to determine if plaintiffs have met the requirements of Rule 23 for certification.  *See Kamm v. California City Development Co.*, 509 F.2d 205 (9th Cir. 1975).

Pursuant to this Court's Civil Pre-Trial and Trial Procedures, Defendants respectfully seek leave through this ex parte request to file a less than ten page Supplemental Memorandum of Points and Authorities – already prepared – to apprise the Court of the NYAG Action, to discuss the governing Ninth Circuit law, and to explain its impact on this Court's analysis of the Rule 23 factors in general, and the "superiority" requirement in particular.

Dated:  October 10, 2013

By:      s/Jill A. Martin
         Jill A. Martin
         Attorneys for Defendants
         TRUMP UNIVERSITY, LLC and
         DONALD J. TRUMP
         Email:  jmartin@trumpnational.com

1

2

CERTIFICATE OF SERVICE

3          I hereby certify that on October 10, 2013, I authorized the electronic filing of the

4  foregoing with the Clerk of the Court using the CM/ECF system which will send

5  notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice

6  List.

7          I certify under penalty of perjury under the laws of the United States of America

8  that the foregoing is true and correct.  Executed on October 10, 2013.

9

10

11                                                    s/Jill A. Martin
                                                      Jill A. Martin
12                                                    c/o Trump National Golf Club Los
                                                      Angeles
13                                                    One Trump National Dr.
                                                      Rancho Palos Verdes, CA 90275
14                                                    Email:  jmartin@trumpnational.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28