1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | JASON A. FORGE (181542)
    jforge@rgrdlaw.com
3 | RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
4 | THOMAS R. MERRICK (177987)
    tmerrick@rgrdlaw.com
5 | 655 West Broadway, Suite 1900
    San Diego, CA  92101
6 | Telephone:  619/231-1058
    619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>PLAINTIFFS' RESPONSE TO DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S *EX PARTE* REQUEST TO FILE A SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL REGARDING A NEW DEVELOPMENT |

883229_1

Plaintiffs John Brown, J.R. Everett, Sonny Low, Ed Oberkrom, and Tarla Makaeff (collectively, "Plaintiffs") respectfully submit this response to Defendants Trump University, LLC and Donald J. Trump's (collectively, "Defendants") *Ex Parte* Request to File a Supplemental Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel Regarding a New Development ("*Ex Parte* Request").

As an initial matter, Plaintiffs request that Defendants comply with Local Rule 83.3(h)(2), which requires an *ex parte* movant to inform, or attempt to inform, the opposing party of the motion prior to submission. *See* L.R. 83.3(h)(2). Defendants failed to do so. Regarding the *Ex Parte* Request itself, Defendants already have filed 216 pages of pleadings and 6,735 pages of exhibits in opposition to class certification. This fact alone provides ample sufficient justification to deny Defendants' *Ex Parte* Request. *See Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002) ("The district court has considerable latitude in managing the parties' motion practice and enforcing local rules that place parameters on briefing.").

Though easily lost in the avalanche of Defendants' filings, the motion for class certification is Plaintiffs' motion, and they deserve the last word. Therefore, if the Court is inclined to grant Defendants' *Ex Parte* Request, Plaintiffs respectfully request that the Court: (1) allow Plaintiffs the opportunity to respond with a 10-page brief, exclusive of any exhibits, within 14 days of the filing of Defendants' supplemental memorandum; and (2) preclude Defendants from filing yet another supplemental memorandum in response to Plaintiffs' brief.

DATED: October 11, 2013          Respectfully submitted,

                                  s/ Jason A. Forge
                                  JASON A. FORGE

883229_1

- 1 -                             3:10-cv-0940-GPC(WVG)

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN  & DOWD LLP |
| 3 | JASON A. FORGE RACHEL L. JENSEN |
| 4 | THOMAS R. MERRICK 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101 Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
| 7 | ZELDES HAEGGQUIST & ECK, LLP AMBER L. ECK |
| 8 | HELEN I. ZELDES ALREEN HAEGGQUIST |
| 9 | AARON M. OLSEN 625 Broadway, Suite 1000 |
| 10 | San Diego, CA  92101 Telephone:  619/342-8000 |
| 11 | 619/342-7878 (fax) |
| 12 | Attorneys for Plaintiffs and Proposed Class |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 11, 2013.

    s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: jforge@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)