UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>    Defendants. | CASE NO.10cv0940-GPC-WVG<br><br>**ORDER**:<br><br>**(1) DENYING DEFENDANTS' EX PARTE MOTION TO FILE SUPPLEMENTAL BRIEFING**<br><br>**(2) SETTING HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[Dkt. No. 272] |

### INTRODUCTION

Before the Court is Defendants' ex parte motion for leave to file supplemental briefing in opposition to Plaintiffs' motion for class certification. (Dkt. No. 272.) Plaintiffs filed a response in opposition. (Dkt. No. 273.)  Having reviewed the request to file supplemental briefing, the Court hereby **DENIES** Defendants' motion.

### DISCUSSION

Defendants Trump University, LLC and Donald J. Trump, ("Defendants") filed an ex parte request to file a supplemental memorandum in opposition to

1  Plaintiffs' motion for class certification. (Dkt. No. 272.) Defendants assert there has
2  been significant development in a similar action against Defendants filed by the
3  New York Attorney General. (Id. at 2.) Defendants further assert there is new
4  compelling case law on the "superiority" requirement in the Ninth Circuit. (Id.)
5       In opposition, Plaintiffs assert Defendants have not complied with Civil Local
6  Rule 83.3(h)(2), which requires an ex parte movant to inform, or attempt to inform,
7  the opposing party of the motion prior to submission. See Civ.L.R. 83.3(h)(2).
8  Plaintiffs contend Defendants failed to inform them of the ex parte motion, and
9  oppose the filing of the ex parte motion. (Dkt. No. 272 at 2.)
10      Upon review of motion, the Court concludes Defendants' have failed to show
11 good cause for filing additional briefing on Plaintiffs' motion. The Court its'
12 discretion hereby **DENIES** Defendants' motion to file supplemental briefing. See
13 generally, Civ. L.R. 7.1.
14      The Court hereby sets the following hearing date on Plaintiffs' motion for
15 class certification and all related motions for **Friday, November 8, 2013 at 1:30**
16 **p.m.** (Dkt. Nos. 122, 138-2, 196, 211).
17      **IT IS SO ORDERED.**

19 DATED: October 15, 2013

                                    _____
                                    HON. GONZALO P. CURIEL
                                    United States District Judge