1   ROBBINS GELLER RUDMAN
     & DOWD LLP
2   JASON A. FORGE (181542)
    jforge@rgrdlaw.com
3   RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
4   THOMAS R. MERRICK (177987)
    tmerrick@rgrdlaw.com
5   655 West Broadway, Suite 1900
    San Diego, CA  92101
6   Telephone:  619/231-1058
    619/231-7423 (fax)
7
    ZELDES HAEGGQUIST & ECK, LLP
8   AMBER L. ECK (177882)
    ambere@zhlaw.com
9   HELEN I. ZELDES (220051)
    helenz@zhlaw.com
10  ALREEN HAEGGQUIST (221858)
    alreenh@zhlaw.com
11  AARON M. OLSEN (259923)
    aarono@zhlaw.com
12  625 Broadway, Suite 1000
    San Diego, CA  92101
13  Telephone:  619/342-8000
    619/342-7878 (fax)
14
    Attorneys for Plaintiffs and Proposed Class
15
                    UNITED STATES DISTRICT COURT
16
                  SOUTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | )  No. 3:10-cv-00940-GPC(WVG) |
| 19 | )  CLASS ACTION |
|  | )  NOTICE OF RELATED CASE |
| 20              Plaintiffs, | ) |
| 21      vs. | ) |
| 22  TRUMP UNIVERSITY, LLC, et al., | ) |
| 23              Defendants. | ) |

24

25

26

27

28

885867_1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Rule 40.1(f) and (g), plaintiffs' counsel in the above-referenced litigation hereby file this Notice of Related Case.  This is a class-action case based on defendants Donald J. Trump and Trump University's allegedly fraudulent scheme to market "Trump University" as a legitimate university with which Mr. Trump was so integrally involved, students would effectively be taught by him – through his handpicked professors and instructors.  Though promised, Trump University students who paid tens of thousands of dollars received neither Trump nor a university.

The actions identified below involve the same party (Donald J. Trump), are based on similar claims, involve the same transactions and events, substantially the same facts, and many similar questions of law.  Assignment to a single District Judge and Magistrate Judge is therefore likely to effect a savings of judicial effort and other economies.

| CASE | CIVIL NO. | DATE FILED |
|------|-----------|------------|
| *Makaeff, et al. v. Trump University, LLC, et al.* | 3:10-cv-00940-GPC(WVG) | April 30, 2010 |
| *Cohen v. Donald J. Trump* | 3:13-cv-02519-DMS(RBB) | October 18, 2013 |

WHEREFORE, plaintiffs here join in the following requests made by the plaintiff in the *Cohen v. Trump* matter (*see Cohen v. Trump*, No. 3:13-cv-02519-DMS(RBB), Dkt. 3 (Oct. 18, 2013)):

That *Cohen v. Trump* be assigned to the Honorable Gonzalo P. Curiel and the Honorable William V. Gallo, the Judges assigned to the low-numbered action, *Makaeff, et al. v. Trump University, LLC, et al.*, No. 3:10-cv-00940-GPC(WVG); and

1    That all subsequent related actions be assigned to the Honorable Gonzalo P.

2    Curiel and the Honorable William V. Gallo.

3    DATED:  October 22, 2013                    ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
4                                                JASON A. FORGE
                                                 RACHEL L. JENSEN
5                                                THOMAS R. MERRICK

6

7                                                        s/ Jason A. Forge
                                                      JASON A. FORGE

8
                                                 655 West Broadway, Suite 1900
9                                                San Diego, CA  92101
                                                 Telephone:  619/231-1058
10                                               619/231-7423 (fax)

11                                               ZELDES HAEGGQUIST & ECK, LLP
                                                 AMBER L. ECK
12                                               HELEN I. ZELDES
                                                 ALREEN HAEGGQUIST
13                                               AARON M. OLSEN
                                                 625 Broadway, Suite 1000
14                                               San Diego, CA  92101
                                                 Telephone:  619/342-8000
15                                               619/342-7878 (fax)

16                                               Attorneys for Plaintiffs and Proposed
                                                 Class

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on October 22, 2013, I authorized the electronic filing of

3 the foregoing with the Clerk of the Court using the CM/ECF system which will send

4 notification of such filing to the e-mail addresses denoted on the attached Electronic

5 Mail Notice List, and I hereby certify that I caused to be mailed the foregoing

6 document or paper via the United States Postal Service to the non-CM/ECF

7 participants indicated on the attached Manual Notice List.

8        I certify under penalty of perjury under the laws of the United States of America

9 that the foregoing is true and correct.  Executed on October 22, 2013.

10

11                               s/ Jason A. Forge
                                JASON A. FORGE

12                                ROBBINS GELLER RUDMAN
                                        & DOWD LLP

13                                655 West Broadway, Suite 1900
                                San Diego, CA  92101-3301

14                                Telephone:  619/231-1058
                                619/231-7423 (fax)

15

16                                E-mail:jforge@rgrdlaw.com

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case  3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)