UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFFS *EX PARTE* MOTION TO ALLOW MEDIA EQUIPMENT IN THE COURTROOM FOR THE NOVEMBER 8, 2013 HEARING |

889532_1

IT IS HEREBY ORDERED that counsel for Plaintiffs may bring into the Federal Courthouse in San Diego, California, located at 221 West Broadway, San Diego, California, and set-up in the courtroom of the Honorable Gonzalo P. Curiel, certain equipment and materials in conjunction with the hearing on Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel (Dkt. No. 122); and related motions to strike (Dkt. Nos. 138-2, 196, 211), to be held on November 8, 2013 at 1:30 p.m.  Specifically, counsel is authorized to bring into the courtroom the following equipment:

1. Projector (1);
2. Projector screen (1);
3. Laptop computers (2); and
4. Assorted cabling for projector and laptop.

DATED: November 6, 2013

_____
HONORABLE GONZALO P. CURIEL