ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF CORRECTION REGARDING THE NOVEMBER 8, 2013 HEARING |

893029_1

At the November 8, 2013 hearing on Plaintiffs John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed Oberkrom's ("Plaintiffs") motion for class certification (Dkt. No. 278), the Court inquired about the number and definitions of the proposed subclasses in this matter. Plaintiffs' counsel provided several cases demonstrating the manageability of the subclasses, including *In re Checking Account Overdraft Litig.*, 281 F.R.D. 667 (S.D. Fla. 2012) ("*Bank Overdraft*").

In *Bank Overdraft*, the court certified multi-state claims for unjust enrichment, breach of contract and the breach of the duty of good faith and fair dealing, unconscionability, and violations of the consumer protection statutes of Connecticut, New Jersey, New York, Pennsylvania, and Vermont. 281 F.R.D. at 671. At the hearing, Plaintiffs' counsel recalled that the number of subclasses certified in *Bank Overdraft* was greater than the 14 subclasses that Plaintiffs had proposed here, but, in fact, the actual number of subclasses certified in *Bank Overdraft* was 13. *Id.* at 682.

To eliminate any concerns and clarify the class and subclass definitions, Plaintiffs propose to reduce the number of subclasses to six (6) subclasses, reduce the number of states in the subclasses, submit all claims to a bench trial (eliminating the need for jury instructions), and define the class and subclasses as follows:

**Class Definition**

All persons who, within the applicable statute of limitations, purchased (and did not receive a full refund) one or more Live Events (*i.e.*, seminars and/or Elite Programs from Trump University, including in-person workshops, mentorships, and apprenticeship program) in a Covered State,[1] after attending a Preview seminar, including guests of any Preview attendee who purchased a Live Event (collectively,

---

[1] "Covered States" will be a defined term that corresponds to the States covered by the certified subclasses. Plaintiffs' proposal herein would include: California, District of Columbia, Florida, Georgia, Illinois, Iowa, Kansas, Kentucky, Louisiana, Maryland, Missouri, Nevada, New Jersey, New Mexico, New York, Ohio, Oklahoma, Oregon, Pennsylvania, Texas, Utah, Virginia, and Washington.

"Class Members").[2] The proposed representatives of the Class are John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed Oberkrom.

**Subclass Definitions**

To the extent the Court has concerns regarding the number of subclasses and states, Plaintiffs propose the following six (6) subclasses to be tried by the bench:

1. All Class Members who made their purchase in California for violations of Cal. Bus. & Prof. Code §§17200 *et seq.*, 17500 *et seq.*, Cal. Civ. Code §1750 *et seq.*, and fraud, with additional penalties for those aged 65 and older pursuant to Cal. Welf. & Inst. Code §15610.30(a). Sonny Low is the proposed representative.

2. All Class Members who made their purchase in Florida for violations of Fla. Stat. §§501.201 and 817.41, with additional penalties for those aged 60 and older pursuant to Fla. Stat. §501.2077(a). J.R. Everett is the proposed representative.

3. All Class Members who made their purchase in New York for violations of NY Gen. Bus. Law §349. John Brown is the proposed representative.

4. One (1) fraud subclass, comprised of certain states that apply the "clear-and-convincing" standard of proof: All Class Members who made their purchase in District of Columbia, Illinois, Iowa, Kansas, Kentucky, Louisiana, Missouri, New Jersey, New Mexico, Ohio, Oklahoma, Oregon, Utah, or Washington. Ed Oberkrom (Missouri) is the proposed representative.

---

[2] There is no dispute that every "Trump University" Preview featured: (1) the name "Trump University"; (2) Donald Trump's name; (3) Donald Trump's image; and (4) one or more representations regarding Donald Trump's involvement (*e.g.*, ownership or position as Chairman, quoted philosophies, selection of instructors, real estate techniques, etc.). This is reflected in each Preview PowerPoint submitted by the parties. *See* Dkt. No. 122-2, Plaintiffs' Exs. 40-41, and 47; Dkt. No. 195-1, Plaintiffs' Ex. 86; Dkt. No. 138-1, Defendants' Ex. 39 (TU 58604-58687 is the only Preview PowerPoint). As such, for every attendee, the predominating questions (the merits of which are not at issue here) will be the same:

(1) Did the Preview seminars portray to a reasonable consumer that he would receive instruction from a university with which Donald Trump was integrally involved?

(2) Was such a portrayal false and/or misleading?

1  Two (2) unjust enrichment ("UE") subclasses against defendant Donald Trump only, including one representative state in each subclass and several other states with a large number of Class Members not covered above:[3]

5. <u>UE Subclass #1 (Appreciation of Benefit)</u>: All Class Members who made their purchases in Florida, Georgia, Maryland, Nevada, Pennsylvania, or Virginia. J.R. Everett (Florida) is the proposed representative.

6. <u>UE Subclass #2 (Wrongful Conduct)</u>: All Class Members who made their purchase in Missouri or Texas. Ed Oberkrom (Missouri) is the proposed representative.

DATED: November 16, 2013

ROBBINS GELLER RUDMAN
 & DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
THOMAS R. MERRICK

s/ Rachel L. Jensen
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

---

[3] Should the Court later certify a federal claim for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") in the related case, *Cohen v. Trump*, No. 3:13-cv-02519-GPC-WVG, Plaintiffs will withdraw their fraud and UE subclasses. Until such time, certification of these claims is necessary to ensure that many Class Members who made their purchases in other states can obtain a remedy.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 16, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 16, 2013.

      s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:rachelj@rgrdlaw.com

893029_1

3:10-cv-0940-GPC(WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)