# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | Civil No.   10cv940 GPC (WVG)<br><br>**ORDER SETTING REHEARING DATE AND ISSUING BRIEFING SCHEDULE** |

On August 23, 2010, this Court issued an order denying Plaintiff Tarla Makaeff's motion to strike Defendant Trump University, LLC's counterclaim against her for defamation pursuant to California's anti-SLAPP statute, California Code of Civil Procedure § 425.16. (Dkt. No. 24.) On December 6, 2010, this Court issued an order denying Plaintiff Tarla Makaeff's motion for reconsideration of the August 23, 2010 Order. (Dkt. No. 40.) Plaintiff appealed both orders to the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit"). (Dkt. No. 43.)

On April 17, 2013, the Ninth Circuit issued an opinion reversing this Court's denial of Plaintiff's motion to strike Defendant's counterclaim on the ground that "Trump University is a public figure for the limited purpose of the public controversy over the quality of the education it purports to provide." (Dkt. No. 282, "Mandate" at

34.) The Ninth Circuit remanded the question of "whether Trump University has a reasonable probability of proving, by clear and convincing evidence, that Makaeff made her critical statements with actual malice," and for further proceedings consistent with its opinion. (Id. at 34-35.) On November 27, 2013, the Ninth Circuit denied Defendant-Appellee's petition for rehearing en banc. (Dkt. No. 281.) The formal mandate for the Ninth Circuit's April 17, 2013 Opinion was issued on December 10, 2013. (Dkt. No. 282.)

Accordingly, the Court hereby SETS A REHEARING DATE of **Friday, March 28, 2014 at 1:30 p.m.** to reconsider Plaintiff's motion to strike Defendant Trump University, LLC's counterclaim against Plaintiff for defamation, (Dkt. No. 14), and Plaintiff's motion for reconsideration, (Dkt. No. 31). In addition, the Court hereby orders Plaintiff to file supplemental briefing to the original motions relating only to the issue of whether Trump University, LLC has a reasonable probability of proving that Makaeff made the critical statements with actual malice. This supplemental briefing must by filed with the Court no later than **Friday, January 31, 2014.** Defendant must then file and serve either an Opposition or a Notice of Non-Opposition no later than **Friday, February 14, 2014.** Any reply shall be filed no later than **Friday, February 28, 2014.**

**IT IS SO ORDERED.**

DATED: December 12, 2013

*[signature]*
HON. GONZALO P. CURIEL
United States District Judge