

FILED

DEC 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>        Plaintiff-counter-defendant - Appellant,<br>  And<br><br>BRANDON KELLER; et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>        Defendant-counter-claimant - Appellee.,<br>  And<br><br>DONALD J. TRUMP,<br><br>        Defendant. | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: KOZINSKI, Chief Judge, and WARDLAW and PAEZ, Circuit Judges.

    Appellant's unopposed motion to transfer consideration of attorneys' fees to the district court pursuant to Circuit Rule 39-1.8 is GRANTED.

    **IT IS SO ORDERED.**