ROBBINS GELLER RUDMAN
& DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

TRUMP UNIVERSITY, LLC, et al.,

Defendants.

No. 3:10-cv-0940-GPC(WVG)

CLASS ACTION

JOINT MOTION TO REVISE BRIEFING SCHEDULE

Pursuant to Local Rule 7.2, the parties, by and through the undersigned counsel, hereby jointly submit this motion to revise the briefing schedule set forth in the Court's December 12, 2013 Order Setting Rehearing Date and Issuing Briefing Schedule (Dkt. No. 283) ("Rehearing Order").

WHEREAS, the Rehearing Order set a rehearing date of Friday, March 28, 2014 at 1:30 p.m. to reconsider Plaintiff Tarla Makaeff's ("Plaintiff") motion to strike Defendant Trump University, LLC's ("Defendant") counterclaim against Plaintiff for defamation, (Dkt. No. 14), and Plaintiff's motion for reconsideration, (Dkt. No. 31); and

WHEREAS, the Rehearing Order sets forth a briefing schedule related to the Court's reconsideration of Plaintiff's motions;

WHEREAS, the parties have agreed to a limited deposition of Plaintiff to be conducted on February 7, 2014; and

WHEREAS, the parties anticipate using portions of Plaintiff's February 7, 2014 deposition for their supplemental briefing to the Court; and

WHEREAS, the parties do not wish to postpone the March 28, 2014 rehearing.

NOW, THEREFORE, the parties hereby stipulate and agree to revise the briefing schedule as follows:

Plaintiff shall file with the Court supplemental briefing to the original motions relating only to the issue of whether Trump University, LLC has a reasonable probability of proving that Makaeff made the critical statements with actual malice no later than Friday, February 14, 2014. Defendant must then file and serve either an Opposition or a Notice of Non-Opposition no later than Friday, February 28, 2014. Any reply shall be filed no later than Friday, March 14, 2014.

IT IS SO STIPULATED.

DATED: January 17, 2014

ROBBINS GELLER RUDMAN
& DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
THOMAS R. MERRICK

s/ Jason A. Forge
JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

DATED: January 17, 2014

s/ Jill A. Martin
JILL A. MARTIN

c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, California 90275
Telephone: 310/303-3225
310/265-5522 (fax)

Attorney for Defendant Trump University LLC

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: January 17, 2014

By: s/ Jason A. Forge
JASON A. FORGE

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 17, 2014.

s/ Jason A. Forge

JASON A. FORGE

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:jforge@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com
- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com
- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com
- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com
- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com
- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)