# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | Civil No.   10cv940 GPC (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO REVISE BRIEFING SCHEDULE**<br><br>**[Dkt. No. 285]** |

On December 12, 2013, pursuant to U.S. Court of Appeals for the Ninth Circuit mandate, (Dkt. No. 282), this Court set a hearing date of March 28, 2014 at 1:30 p.m. to rehear Plaintiff Tarla Makaeff's motion to strike Defendant Trump University, LLC's counterclaim against her for defamation, (Dkt. No. 24), and Plaintiff's related motion for reconsideration (Dkt. No. 40). Accordingly, the Court ordered supplemental briefing relating to the issue of whether Defendant has a reasonable probability of proving that Plaintiff made the statements at issue with actual malice. (Dkt. No. 283.)

On January 17, 2014, the parties filed a joint motion to revise the Court's ordered briefing schedule. (Dkt. No. 285.) Having reviewed the motion, and good cause appearing, the Court hereby sets the following revised briefing schedule:

1. Plaintiff SHALL FILE supplemental briefing to Plaintiff's original motions, (Dkt. Nos. 24, 40), relating only to the issue of whether Trump University, LLC has a reasonable probability of proving that Makaeff made the critical statements with actual malice, no later than February 14, 2014.

2. Defendant SHALL FILE an opposition or statement of non-opposition no later than February 28, 2014.

3. Any reply shall be filed no later than March 14, 2014.

**IT IS SO ORDERED.**

DATED: January 17, 2014

HON. GONZALO P. CURIEL
United States District Judge