David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Jill A. Martin (CSB 245626)
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Telephone (310) 303-3225
Facsimile: (310) 265-5522
Email: jmartin@trumpnational.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>  Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 GPC (WVG)<br><br><u>CLASS ACTION</u><br><br>**DEFENDANTS' REPLY IN SUPPORT OF NOTICE OF SUPPLEMENTAL AUTHORITY AND REQUEST FOR JUDICIAL NOTICE** |

The authorities cited in Defendants' Notice of Supplemental Authority and Request for Judicial Notice establish that this Court can and should consider the Decision/Order in the action filed by the New York Attorney General ("NY AG Action"). Nothing in Plaintiffs' response calls into question the Court's authority to consider these materials. Instead, Plaintiffs' response contains nothing more than misleading and inaccurate arguments.

Plaintiffs' first argument is that the Court should not take judicial notice of the Decision/Order because it is a "mixed ruling." This argument misses the mark, however, as Defendants do not seek judicial notice of the Decision/Order to establish the victor. Instead, Defendants have asked this Court to take judicial notice of the Decision/Order for the simple fact that the NY AG Action has survived a motion to dismiss. This is significant because the New York Attorney General is currently seeking the same relief on behalf of the same individuals who comprise the putative class here – former students of Trump University.[1]

Plaintiffs' second argument that "none of the proposed class members here is party to that case" is a complete ruse. The NY AG Action seeks relief on behalf of all students nationally. For just one example of the fact that the putative class contains the same individuals represented by the New York Attorney General, the Court need look no further than putative class representative John Brown – who not only seeks to be a class representative here, but also submitted an affidavit in support of the Attorney General's petition. Based on Plaintiffs' representation, if none of the students for whom relief is sought in the NY AG Action are part of the putative class, then Plaintiffs have apparently abandoned their request to represent any other students in this action.

---

[1] Plaintiffs' attempts to distance themselves from the New York Attorney General action are curious considering that the New York Attorney General received $15,000 in contributions from the San Diego based attorneys representing Plaintiffs in this case.

- 1 -  Case No. 10 CV 0940 GPC (WVG)

**DEFENDANTS' REPLY IN SUPPORT OF NOTICE OF SUPPLEMENTAL AUTHORITY AND REQUEST FOR JUDICIAL NOTICE**

Finally, Plaintiffs' third argument – that the NY AG Action should not be considered by this Court because it only signifies "possible administrative relief" – is similarly misguided as courts have denied certification, or factored in a government action in denying certification, in several cases. *See, e.g., Ostrof v. State Farm Mut. Auto. Ins. Co.,* 200 F.R.D. 521 (D. Md. 2001); *Levine v. 9 Net Ave., Inc.,* 2001 WL 34013297 (N.J. Super. A.D. June 7, 2001); *Commonwealth of Pa. v. Budget Fuel Co.,* 122 F.R.D. 184 (E.D. Pa. 1988). Contrary to what Plaintiffs attempt to lead this court to believe, *Kamm v. California City Development Co,* 509 F.2d 205 (9th Cir. 1975) found the court's decision in *Amalgamated Workers Union of the Virgin Islands v. Hess Oil Virgin Islands Corp.,* 478 F.2d 540 (3rd Cir. 1973), whereby it held it inappropriate to weigh a judicial remedy against an administrative remedy, to be "an overly restrictive reading of Rule 23(b)(3)" and instead held that it was appropriate to "determine whether any administrative methods of settling the dispute exist." *Kamm,* 509 F.2d at 211 (internal citations omitted).

Accordingly, this court should take judicial notice of the Decision/Order for the reasons provided in Defendants' Notice of Supplemental Authority and Request for Judicial Notice and herein.

Dated: February 4, 2014

                    s/ Jill A. Martin
                    Jill A. Martin
                    Attorneys for Defendants
                    TRUMP UNIVERSITY, LLC and
                    DONALD J. TRUMP
                    Email: jmartin@trumpnational.com

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on February 4, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2014.

                                      s/ Jill A. Martin
                                      JILL A. MARTIN
                                      c/o Trump National Golf Club Los Angeles
                                      One Trump National Dr.
                                      Rancho Palos Verdes, CA 90275
                                      Tel: 310-303-3225
                                      Fax: 310-265-5522

                                      Email: jmartin@trumpnational.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`