David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Jill A. Martin (CSB 245626)
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Telephone (310) 303-3225
Facsimile: (310) 265-5522
Email: jmartin@trumpnational.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and DONALD J. TRUMP

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

TRUMP UNIVERSITY, LLC, et al.,

Defendants.

AND ALL RELATED CROSS-ACTIONS.

Case No. 10 CV 0940 GPC (WVG)

CLASS ACTION

**DECLARTION OF JILL A. MARTIN REGARDING SUPPLEMENTAL DOCUMENTS JUST PRODUCED BY PLAINTIFFS DEMONSTRATING THE NEED FOR INDIVIDUAL INQUIRY AND THAT TYPICALITY IS NOT MET**

I, Jill A. Martin, declare:

1. I am an attorney at law, licensed to practice before the state of California courts and the Northern, Central, and Southern District of California District Courts. I am an in-house attorney for The Trump Organization and am counsel of record for defendants Trump University, LLC and Donald J. Trump. I make this declaration of my own personal knowledge, and if called to testify, I could and would testify competently to the facts stated herein.

2. On February 6, 2014, the eve of Plaintiff Tarla Makaeff's scheduled deposition regarding the issue of malice, Plaintiffs produced over 350 pages of previously withheld documents. Included in the production were documents relevant to the issue of whether Ms. Makaeff's claims are typical of the putative class.

3. Attached hereto as Exhibit 1 is a true and correct copy of document Bates stamped TU-MAKAEFF5531, discussed in the accompanying Supplemental Documents Just Produced by Plaintiffs Demonstrating the Need for Individual Inquiry and That Typicality is Not Met at page 3.

4. Attached hereto as Exhibit 2 are true and correct copies of relevant pages from the deposition of Tarla Makaeff, Volume II, taken on January 31, 2012.

5. Attached hereto as Exhibit 3 are true and correct copies of relevant pages from document Bates stamped TU-MAKAEFF5369-5495. The relevant portion of this document, as discussed in the accompanying Supplemental Documents Just Produced by Plaintiffs Demonstrating the Need for Individual Inquiry and that Typicality is Not Met at page 4, is located in the bottom paragraph of document Bates stamped TU-MAKAEFF5372. Due to the length of this document, only the relevant page (TU-MAKAEFF5372) and the pages preceding it and the page subsequent to it are included in this exhibit.

Dated: February 14, 2014

s/ Jill A. Martin
Jill A. Martin
Attorneys for Defendants
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP
Email: jmartin@trumpnational.com

# EXHIBIT "1"

# Attorney Client Privilege

From: **Walter Grieves** <epartnersinc@ Redacted
Date: Tue, Apr 20, 2010 at 10:14 AM
Subject: Re: Robert
To: Tarla Makaeff <tmakaeff@ Redacted

It looks a bit suspect. Vegas is dead as ever.
------Original Message------
From: Tarla Makaeff
To: epartnersinc@ Redacted
Subject: Re: Robert
Sent: Apr 20, 2010 10:12 AM

I don't think so. It was a Hispanic guy prob from that poor area in Vegas. I was wrong though-more than 20-25k profit...still...could it be the market rebounded that fast...WTF?

On 4/20/10, Walter Grieves <epartnersinc@ Redacted wrote:
> Well he probably rolled it to another trump student on a phony appraisal so
> unless you want a big felony hanging over your head.
> -----Original Message-----
> From: Tarla Makaeff <tmakaeff@ Redacted
> Date: Tue, 20 Apr 2010 01:59:48
> To: Eventide Partners<epartnersinc@ Redacted
> Subject: Robert
>
> Btw, I found out two months after I signed off the house in Vegas that we
> bought he made a 35k profit....it's public record. Guess I could have banked
> 15k so probably should have held on to it....
>
>

# EXHIBIT "2"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, and PATRICIA MURPHY, on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs. No. 10 CV 0940 IEG (WVG)

TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,

Defendants.

__________________________________________________

CONTINUED VIDEOTAPED DEPOSITION of TARLA MAKAEFF
San Diego, California
Tuesday, January 31, 2012
Volume II

Reported by:
Kae F. Gernandt
RPR, CSR No. 5342
Job No. 133737
PAGES 283 - 591

A. That's true. 03:39:02

Q. All right. So, you were worried that you were going to lose your mom's money, and you demanded that Robert give you your money back or your mom's money back, correct? 03:39:09

A. I -- yes. I demanded that for several reasons.

Q. Okay. I'm not asking you all the reasons.

You demanded it back, and he paid it back, correct? 03:39:17

A. Six to eight weeks later, yes.

Q. Every penny of it, you got back, correct?

A. As he held onto it for six to eight weeks. 03:39:25

Q. Miss Makaeff, did you get every penny of your money back?

A. Yes, lacking interest we would have made -- 03:39:31

Q. Miss Makaeff, did you get every penny of the money you invested in this deal back out?

A. Yes.

Q. And do you know what the property sold for after you took your money out? 03:39:38

A. No. 03:39:41

Q. Do you know if he made a profit?

A. No.

Q. Would it be significant if you found out he made a profit? 03:39:46

A. It would be interesting to know.

Q. You attended Elite Mentoring in May of 2009, correct?

A. I don't know the date that I attended.

Are you referring to a specific 03:40:03 document?

Q. Yes. If you could look at TU 1139 through 1141.

MS. ECK: Small binder.

MR. SCHNEIDER: Small binder. 03:40:16

THE WITNESS: Oh, 1139 through 11 --

MR. SCHNEIDER: 41.

BY MR. SCHNEIDER:

Q. Is all of the handwriting on 1139 yours?

A. Yes. 03:40:31

Q. Is that your signature at the bottom and dated 5/30/09?

A. Yes.

Q. And is it your belief that Elite Mentoring was part of Trump University? 03:40:36

# EXHIBIT "3"

# Attorney Client Privilege

From: **Eventide Partners** <epartnersinc@ Redacted
Date: Mon, Nov 9, 2009 at 6:06 PM
Subject: evidence
To: Tarla Makaeff <tmakaeff@ Redacted

## Federal Statutes Where the Services Contract Performance Results in Investigation, Civil, or Criminal Charges

As a result of following the methods taught I will include from the Trump Program and also identical methods taught by their affiliate groups, I was investigated by the DA of Orange County. This required me to consult a criminal attorney and attend a deposition as it was quickly established that I was a victim of a non-accredited so called Trump University, that uses many illegal tactics to sell services, which are not of value in California (where I paid for the program and reside) because they include many illegal methods governed by State, Federal, County, and the Department of Real Estate. Many of the techniques taught actually result in misdemeanors or even felonies for both the student and also the organization thus the many current investigations of Trump University and its Affiliates by many different enforcement agencies from BBB's to Supreme Courts across the nation. I have included information regarding my specific case and the numbers of those who concluded that I was duped by the teaching of illegal methods and never charged with a crime through initially I could have face hundreds of thousands in fines and up to six months in jail. This was an emotionally, mentally, physically, stressful and expensive

issue for me as I had to defend myself for following what was taught. Quickly, the DA saw that the educators were at fault not me and the investigation was closed on me, but continues with departments around the country.

If the services sold to a consumer uneducated in real estate are in many instances illegal in the state that they do business in if not the whole country, then the provisions of the Trump University indemnifications are null and void as the contract is violated by teaching methods that violate the law and therefore it would not be possible for the student to make money using the methods taught without breaking many laws. This is strictly forbidden and there is ample evidence of the laws copied below and included documentation.

Bait and switch

California has a **bait** and **switch** law. It is part of the law BUSINESS AND PROFESSIONS CODE SECTION 17500-17509.

It States:

"17500. It is unlawful for any person, firm, corporation or association, or any employee thereof with intent directly or indirectly to dispose of real or personal property or to perform services, professional or otherwise, or anything of any nature whatsoever or to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated before the public in this state, or to make or disseminate or cause to be made or disseminated from this state before the public in any state, in any newspaper or other publication, or any advertising device, or by public outcry or

proclamation, or in any other manner or means whatever, including over the Internet, any statement, concerning that real or personal property or those services, professional or otherwise, or concerning
any circumstance or matter of fact connected with the proposed performance or disposition thereof, which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading, or for any person, firm,
or corporation to so make or disseminate or cause to be so made or
disseminated any such statement as part of a plan or scheme with the
intent not to sell that personal property or those services, professional or otherwise, so advertised at the price stated therein, or as so advertised. Any violation of the provisions of this section is a misdemeanor punishable by imprisonment in the county
jail not exceeding six months, or by a fine not exceeding two thousand five hundred dollars ($2,500), or by both that imprisonment
and fine."

http://www.leginfo.ca.gov/cgi-bin/displaycode?section=bpc&group=17001-18000&file=17500-17509

Told place in Universal City, CA.

They did this by implying a $1500 seminar would give me the beginning techniques to become educated in the investment of real estate with the promise that I would make around $10,000-$30,000 with the knowledge, books and support I would need to do so. In reality, they then told me I would need to spend $34,995 on a package when they have me fill out a PERSONAL INFORMATION

FORM OF MY PERSONAL FINANCIAL INFORMATION and then telling me AFTER THE FACT that the $1500 program wasn't sufficient and I needed more knowledge to complete the package. I paid the $34,995 because I was guaranteed and told in person it was all I would need to learn the many arrays of real estate investing when in fact when I got in their "retreats" on each of the 5 occasions it became an infomercial of them upselling me at every corner turn possible. And in reality I was left without the knowledge I needed for a high investment of $34,995. In other words they "baited" me with a $34,995 full real estate investing education the price of a costly university tuition while calling themselves a university: Trump University, and then they "switched" their story later saying I needed to buy numerous other courses to get the full education. Because I did not, I did not receive the full education they promised! This Violated many of the California Codes and Laws listed below in addition to the bait and switch.

Bandit signs laws - CA (DA-take codes from letter)

I have included information from the Trump course discussing public advertising methods including Billboards or Bandit sign laws. Though they say seek counsel to see if it is legal to do so in your city, it is illegal in all of CALIFORNIA to post the signs they taught me to post so why would they teach such tactics in a California course where I signed my contract? This is another instance of misleading information in which the Trump Organization and I were investigated and they are hot on the trail of the Trump University right now for these types of violations. As stated above, it is illegal in California to enter into a contract with someone in which they will need to violate legal code, statutes etc. in order to benefit from the services rendered. I have included the letter I received from the DA and Investigators with the information from TRUMP UNIVERSITY that they investigated. Fault was found to be

at the level of Trump University and its affiliates so there are many interested government enforcement agencies taking a close look at their real estate teachings.

CALIFORNIA CODES
BUSINESS AND **PROFESSIONS CODE**
SECTION **17200**-17210

**17200.** As used in this chapter, unfair competition shall mean and include any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising and any act prohibited by Chapter 1 (commencing with Section 17500) of Part 3 of Division 7 of the Business and **Professions Code.**

17201. As used in this chapter, the term person shall mean and include natural persons, corporations, firms, partnerships, joint stock companies, associations and other organizations of persons.

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 14, 2014.

s/ Jill A. Martin

JILL A. MARTIN
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Tel: 310-303-3225
Fax: 310-265-5522

Email: jmartin@trumpnational.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com
- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com
- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com
- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com
- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com
- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)