ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
THOMAS R. MERRICK (177987)
tmerrick@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>  vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                         Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br><u>CLASS ACTION</u><br><br>APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011 |

[Caption continued on following page.]

916611_1

| | |
|---|---|
| 1 | TRUMP UNIVERSITY, LLC, ) |
| 2 | ) Counterclaimant, ) |
| 3 | vs. ) |
| 4 | TARLA MAKAEFF, et al., ) |
| 5 | ) Counter defendants. ) |

916611_1

Plaintiff/Counter Defendant Tarla Makaeff hereby requests permission to file under seal certain portions of her Supplemental Brief Regarding Special Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim Pursuant to California Code of Civil Procedure §425.16 and Exhibits 6 and 8 to the Declaration of Rachel L. Jensen in Support thereof ("Jensen Declaration"), pursuant to Local Rule 79.2 and the Protective Order (Dkt. No. 91) entered on November 17, 2011.

Under the Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure. *See* Dkt. No. 91, ¶¶4, 7-9. Any information or material which has been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. *See id.* The documents Plaintiff/Counter Defendant seeks to file under seal have been designated "Confidential" pursuant to the Protective Order as follows: Exhibit 6 was designated as "Confidential" by Defendant/Counterclaimant Trump University, and Exhibit 8 was designated as "Confidential" by Plaintiff/Counter Defendant Makaeff.

Plaintiff/Counter Defendant therefore requests permission to file under seal certain portions of the Supplemental Brief and Exhibits 6 and 8 to the Jensen Declaration. *See* Dkt. No. 91, ¶13.

DATED: February 14, 2014  ROBBINS GELLER RUDMAN
    & DOWD LLP
RACHEL L. JENSEN
THOMAS R. MERRICK

s/ Rachel L. Jensen
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

916611_1

- 1 -   3:10-cv-0940-GPC(WVG)

| | |
|---|---|
| 1 | |
| 2 | ZELDES HAEGGQUIST & ECK, LLP |
|   | AMBER L. ECK |
|   | HELEN I. ZELDES |
| 3 | ALREEN HAEGGQUIST |
|   | AARON M. OLSEN |
| 4 | 625 Broadway, Suite 1000 |
|   | San Diego, CA  92101 |
| 5 | Telephone:  619/342-8000 |
|   | 619/342-7878 (fax) |
| 6 | |
|   | Attorneys for Plaintiffs and Proposed |
| 7 | Class |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 14, 2014.

s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:   rachelj@rgrdlaw.com

916611_1

3:10-cv-0940-GPC(WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)