1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
3  THOMAS R. MERRICK (177987)
   tmerrick@rgrdlaw.com
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6
   ZELDES HAEGGQUIST & ECK, LLP
7  AMBER L. ECK (177882)
   ambere@zhlaw.com
8  HELEN I. ZELDES (220051)
   helenz@zhlaw.com
9  ALREEN HAEGGQUIST (221858)
   alreenh@zhlaw.com
10 AARON M. OLSEN (259923)
   aarono@zhlaw.com
11 625 Broadway, Suite 1000
   San Diego, CA  92101
12 Telephone:  619/342-8000
   619/342-7878 (fax)
13
   Attorneys for Plaintiffs and Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                              Defendants.<br><br>[Caption continued on following page.] | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFF/COUNTER DEFENDANT MAKAEFF'S SUPPLEMENTAL BRIEF REGARDING SPECIAL MOTION TO STRIKE DEFENDANT/ COUNTER-CLAIMANT TRUMP UNIVERSITY'S COUNTERCLAIM PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE §425.16<br><br>JUDGE:  Hon. Gonzalo P. Curiel<br>DATE:   March 28, 2014<br>TIME:   1:30 p.m.<br>CTRM:   2D (Schwartz) |

916248_1

| | |
|---|---|
| 1 | TRUMP UNIVERSITY, LLC, ) |
| 2 | ) Counterclaimant, ) |
| 3 | vs. ) |
| 4 | TARLA MAKAEFF, et al., ) |
| 5 | Counter defendants. ) |

916248_1

I, RACHEL L. JENSEN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP, one of counsel of record for Plaintiffs and the proposed Class. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff/Counter Defendant Makaeff's Supplemental Brief Regarding Special Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim Pursuant to California Code of Civil Procedure §425.16.

3. Attached hereto are true and correct copies of the following Exhibits:

| Exhibit No. | Document Description | Page Nos. |
|---|---|---|
| 1 | Letter from Tarla Makaeff to Debit Dispute Department, Bank of America, dated September 10, 2009; | 1-19 |
| 2 | Letter from the Better Business Bureau Serving Metropolitan New York to Brad Schneider, Trump University, dated November 2, 2009; | 20-27 |
| 3 | Excerpt from the August 4, 2010 Transcript of Motion Hearing before The Honorable Irma E. Gonzalez; | 28-30 |
| 4 | TU-MAKAEFF5029-31, email string from Tarla Makaeff to Justin Kramer of Trump University Coaching, dated October 1, 2008; | 31-33 |
| 5 | TU-PLTF02048, email from Jason Scorup of Trump University Coaching, dated October 26, 2007; | 34-35 |
| 6 | TU 52934-53105, Trump University 2010 PlayBook, Exhibit 8 to the Deposition of Michael Sexton, taken August 23, 2012 **[filed under seal]**; | 36-208 |
| 7 | Excerpts from the rough deposition transcript of Tarla Makaeff, taken February 10, 2014 (Volume IV); | 209-224 |
| 8 | TU-MAKAEFF2317-18,Trump Goal Setting Sheet for Tarla Makaeff, **[filed under seal]**; | 225-227 |

| Exhibit No. | Document Description | Page Nos. |
|---|---|---|
| 9 | TU-DONNELLY0000001-20, Trump University Marketing Guidelines, Exhibit 4 to the Deposition of Cheryl Donnelly, taken November 2, 2012. | 228-248 |
| 10 | TU 129850-51, letter from New York State Education Department ("NYSED") to Donald Trump, dated March 30, 2010; | 249-251 |
| 11 | NYSED 000067-68, letter from NYSED to Gillian Bernie, dated June 15, 2010; | 252-254 |
| 12 | NYSED 000106-107, letter from NYSED to Donald Trump, dated May 27, 2005; and | 255-257 |
| 13 | TU 01576-78, Certificate of Amendment of Articles of Organization of Trump University, LLC. | 258-261 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of February, 2014, at San Diego, California.

                                  s/ Rachel L. Jensen
                                  RACHEL L. JENSEN

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 14, 2014.

    s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  rachelj@rgrdlaw.com

916248_1

3:10-cv-0940-GPC(WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)