# EXHIBIT 1

Exhibit 1
- 1 -

11/06/2009 14:21 FAX  1 518 405 5002          EPS                                    ☑ 005/022

Enabling Support #1
Received

OCT 0 6 2009

Tarla Makaeff

September 10, 2009

Debit Dispute Department
Bank of America
P.O. Box 53137
Phoenix, AZ 85072-9317

Cc: Fax:
Cc: Mail

Claim no: 3705322SEP09

Re: Account Number                              5074

To whom it may concern:

I am writing to dispute the following and would like to request that a fraud claim be
filed:

- An 8/12/2008 debit of $5,000 to Trump University for partial payment for real
  estate investing mentoring and courses
- A 9/2/2008 debit of $100 to Trump University for partial payment for real estate
  investing mentoring and courses
- A 11/3/2008 debit of $4,995 to Profit Publishing Group (part of the Childers
  Financial Group...JJ Childers...one of Trump University's endorsed attorneys) for
  attorney services for the formation of four entities (corporations, LLC's, and
  trusts)

I am contesting this charge because Trump University and Profit Publishing Group
claimed it would deliver services of real estate investment instruction and legal entity
creation to me that it hasn't, and it is engaging in fraudulent business practices.

The complaint here is of deceptive business practices, illegal predatory high pressure
closing tactics, enrolling students for new credit cards they cannot afford for "real
estate" transactions then coercing the students to pay for the $34,995 Trump University
mentorship and courses as well as the $4,995-$9,995 Profit Publishing Group entity

EXHIBIT _A_ PAGE _8_

Exhibit 1
- 2 -

11/08/2009 14:21 FAX  1 518 405 5002          EPS                                              ☑006/022

creation package through debits or immediately with the cards as this is "good at this
seminar only (with no) rainchecks" and other hard closing tactics. These business
practices are criminal in nature as they fall under the Fraud statutes of all states and the
Federal government so the indemnification on any Trump University / Profit Publishing
Group documentation is NULL, VOID and NOT LEGALLY ENFORCEABLE making any
companies associated with Trump University, Profit Publishing Group, or any other
related Company in any way liable for both civil and criminal prosecution.

The first instance of this fraud took place at the first event I ever attended in August
2008 which is a $1,500 preview of the Trump University program. The Trump speaker
and representatives instruct you to call your credit card company on the lunch break to
raise your credit limit in order to have funds, they say, to use for real estate
transactions. Then once your credit card limit is raised by the end of the 2-3 day course,
they hit you with a $34,995 enrollment fee and pressure you to use the credit raise you
just received with high-pressure sales tactics and "one time limited offers." I utilized
part of this credit card limit raise with other banks for other portions of the payments
before I discovered these deceptive practices. This is FRAUD as it is illegal to bait and
switch with the use of a consumer's personal financial data without a license or
necessary disclosure, for purposes other than stated in a high pressure, sales
environment where I was sold something completely different from what I was told.
Instead of buying Real Estate, I was sold a bunch of lies. They do this by convincing you
that you will make back what this same amount in your first real estate transaction thus
indirectly paying for the course and breaking even. This has not happened with me or
any of the other unsatisfied students I personally know.

Above and beyond this deceptive practice, they also instruct you to create your personal
financial statement and then have you meet with a Trump advisor during the course
who then reviews your statement with you to help you see how you can allot your funds
to real estate transactions, they say. But in fact, I have now learned that they utilize this
additional information to see your financial status and ability to pour more and more
money into the courses which is necessary as answers are never fully given and more
and more programs are sold at each course to maximize Trump University's profits. This
is another clear practice of personal financial information fraud as information cannot
be collected in order to manipulate and coerce consumers into making unnecessary
business transactions.

The second instance of this took place in November 2008 with Profit Publishing Group
who I met in the Trump University "In the Wealth Preservation: Asset Protection
Retreat." I hired them to create four entities for my real estate and personal businesses.
All of the legal work provided for me was deemed to be extremely rudimentary, and
unacceptable with unusable corporate entities for my or any reasonable company's long
term viability. My corporate address for one of the entities was even listed as their own
in Little Rock! I could have paid one-third the price to use an online service, and I only
purchased based on their assurance that I would receive services far superior to an

EXHIBIT A PAGE 9

Exhibit 1
- 3 -

11/08/2009 14:22 FAX  1 518 405 5002          EPS                              @007/022

online service such as Legalzoom.com. Upon further evidence, I found several CPA's,
related to Trump, Childers Finley, P.A., Childers Financial Group, Real Estate Companies
and a number of other individuals who by law should not share the same address. In
addition, I was lied to recently regarding their knowledge of anything CA Corporate
related as their secretary who handled 2 of the 4 entities (with 2 still unused and
remaining) admitted to not even knowing how to efile docs. They failed to perform
their fiduciary responsibility to me as their legal client and overbilled me to boot for
work that will cost me another $5,000 to repair. Mysteriously, their main web site has
disappeared off the Internet, and they are virtually impossible to locate in corporate
records although I eventually located them. I'm sure I am only one of many complaints
which I intend to report to the Arkansas Bar Association, Nevada Bar Association, and
the American Bar Association as well as the Department of Justice. I can only liken it to a
brainwashing scheme that is so powerfully convincing initially that you do not realize
you are being severely taken advantage of until after you have completed the
mentorships, attended all courses, and paid for the entity creation only to find that true
answers that are promised to be revealed and services that are promised to be
rendered at later courses and dates are never finally given, requiring more and more
spending.

I want to make you aware that the HSBC bank has separated (March 17, 2009) from any
relation with any Trump University, Trump Institute, Trump subsidiaries such as Prosper
Inc., and any party related to the aforementioned because of cases such as mine in
which the aforementioned companies participated in the dispersal of my personal
financial information and opening of credit between a multitude of entities including
banks regulated by the FDIC. This type of fraudulent sales techniques are governed by
state and federal protection consumers such as me against this outright Fraud, Grand
Larceny, and Identify Theft by Trump University / Profit Publishing Group.

Please immediately refund my money as Trump University / Profit Publishing Group
have you begging for inclusion into their program because the "they must choose you"
scarcity sales tactic is used. This is all designed to make you feel once you are selected
that you are one of the few chosen ones and so unbelievably fortunate. Then once I was
approved, Trump University representatives also made sure to tell me that I would
recoup the debt through the $30,000+ in my first deal which is sure to come in the next
few months in my first deal. And the Profit Publishing Group even went as far to say
their attorneys and CPA's could provide the most high-level and experienced formation
of entities especially for real estate in the country and how imperative it was that we
protect our assets! An ironic statement as they were in the midst of stealing them.
These types of legal real estate transactions they were suggesting simply do not exist
through any legal DRE regulated transaction and are illegal, which I later found out after
consulting with a real estate and criminal attorney.

I was tricked into signing up for this with my information was taken under high pressure
sales tactics clearly in violation of State and Federal Statutes protecting consumers from

EXHIBIT _A_ PAGE _10_

Exhibit 1
- 4 -

11/08/2009 14:22 FAX  1 518 405 5002        EPS                                    ☑ 008/022

high pressure sales tactics, bait and switch, unsolicited taking of personal credit and
trickery into opening credit cards without MY approval or understanding.

I am very pleased that HSBC has ceased doing business with Trump Institute / Prosper
Inc. and are returning clients' funds to them as I think the HSBC bank legal department
has seen the Fraudulent business practices utilized for illegal material gain by Trump
Institute/Prosper Learning et al. As I'm sure your bank is aware, HSBC and other Credit
Card Issuers and Banks are currently refunding any and all charges related to the Trump
University and its subsidiaries as there are class action suits being initiated and
substantiated proof of Fraudulent sales practices that could potentially put the
aforementioned financial institutions at risk of being included in any State or Federal
legal action.  I know Bank of America will follow suit as the case is clear that refunding
the attached charges is the only solution to this problem.

In light of this, I am contacting the Better Business Bureau (BBB), the Federal Trade
Commission (FTC) Bureau of Consumer Protection and the FDIC as well as posting the
facts of my highly negative experience on a wide array of Internet sites to ensure that
this organization at some point is stopped from defrauding others with its predatory
behavior. I am also contacting the media to give them a statement of facts so that they
can expose this scam and am willing to go to whatever lengths necessary to obtain my
money back including taking legal action at the state and federal levels for this crime
that has been committed to thousands of students nationwide who have been preyed
on and victimized as I know I am one of many.

For this reason and because of my years of loyal patronage to your bank, I know that
you will see to it that my illegally obtained funds are returned immediately and perhaps
you can help stop put an end to this type of business. In turn, I will not include Bank of
America in this action and thank you for your assistance in this matter upon receipt of
this fax.

Following you will find pages of evidence in support of my dispute.

Thank you for refunding me at the earliest date possible as this Fraud has put me in
great financial duress and I imagine Bank of America would want to immediately refund
clients as I'm sure the bank (we will give the benefit of the doubt) will not want to be
drawn into the ramifications resulting from the debacle described above.

Sincerely,

Tarla Makaeff

EXHIBIT A PAGE 11

Exhibit 1
- 5 -

11/08/2009 14:22 FAX   1 518 405 5002          EPS                                    ☑ 009/022

My original letter to you is above.

In addition, in response to your recent call requesting more information, I will address the following points in more detail:

**TRUMP UNIVERSITY**

### WHY I AM NOT SATISFIED AND WHAT WAS PROMISED VERSUS PROVIDED WITH TRUMP UNIVERSITY

On August 10, 2008, I attended a $1,500 Trump University Fast Track to Foreclosure Training retreat where instead of learning any full-fledged real estate techniques, I was introduced to the $34,995 Trump University mentorship and program in the final hours. I reluctantly purchased due to James Harris' convincing pitch of guaranteed success should his tactics be implicitly followed as well as Tiffany Brinkman's high pressured sales techniques and guarantee that my first deal would earn me in the ballpark of the $34,995 expenditure so as to immediately pay off my Trump University debt, thus leaving only profits for the future. A few days after I left this seminar, I didn't have a good feeling and I called Ms. Brinkman regarding her promise of return on the $34,995 and what I would learn on my mentorship, and her story immediately changed. Now, she said that she never promised anything and to read the fine print on the pink contract I signed. In fact, her constant emails showed her concern was undoubtedly more focused on collecting every last dollar of the $34,995 rather than addressing my needs. What customer service for such a large expenditure. This type of behavior just continued through every experience I had.

Immediately on the day of signing up for their $34,995 program, Mr. Harris further went on to tell me personally that he would now be available by phone and e-mail to me and soon emailed me "we can do a ton together" and then I never heard from him again. At the event, he also publicly announced to the signed up group that deals would now be coming our way via e-mail, and e-mailed "these are starting to POUR IN NOW" referring to a Houston deal. Only one deal ever came, and it was outside of Trump University's guidelines as Mike Kasper, a partner to mentor Rick McNally, referred a deal he would financially benefit from and I would only earn $40/month positive cash flow from, known as the Fountainview Duplexes in Houston, which clearly represents a conflict of interest and an investment not in my best interest. I have also heard at least two other student complaints about being lied to about the condition of the property and had their own representative, Stephen Gilpin, tell me to never accept anything below $100/month positive cash flow.

Beginning August 2008, I began a series of phone calls and email correspondence for my mentorship with Rick McNally and Mike Kasper. Mr. McNally claimed he was worth $14 million to which I cannot speak. However, Mr. Kasper claimed he was worth over $125 million with his Streamline Tower project in Las Vegas which had all along been on the

EXHIBIT A PAGE 12

Exhibit 1
- 6 -

oad to bankruptcy with dissatisfied buyers going to federal court and the Streamline
partners refusing to refund deposits. I don't think this is the image Trump University
would want to portray for success in real estate and so it is surprising that mentors who
taught me would find themselves in such negative positions, much less lying about their
financial worth to create an inaccurate picture. During my 3-day mentorship, we spent 2
days looking at properties, a half day at Home Depot and lunch, the last hour or so on
numbers, and nothing on contracts. I could easily have gotten a free education from a
real estate agent, Home Depot employee, and a $25 book on real estate contracts
without the $25,000 price tag that is associated with this. After the mentorship, Mr.
McNally and Mr. Kasper disappeared other than a couple of short 2 minute phone calls
while they were on other mentorships. This is in complete opposition to what I was
promised: an ongoing mentor who I would have access to for up to a year.

The five "retreats" were no better. There was an overwhelming amount of broad
information but nothing substantial enough to implement. Rather, there were more up
sells at the end of each course, encouraging students to spend additional monies above
and beyond the $34,995 plus the variable APR finance charges, interest fees, and late
fees. In the *Wealth Preservation: Asset Protection* Retreat, little was done other than to
pitch the services of J.J. Childers and the Childers Financial Group who could create this
asset protection for you with a $5,000-$10,000 package. In the *Quick Turn:
Wholesale/Lease Option* Retreat Steve Goff taught who according to the *LA Times* has
gone through "bankruptcy, two divorces and had his own home foreclosed upon" yet I
am supposed to learn from his success? In the *Creative Financing* Retreat, Tim Gorsline
made grand statements of a $1 million RV he bought with his $50 million net worth and
then promised to help me as I had not been helped adequately in my mentorship. He
then disappeared. I have verbal and written confirmation of this occurrence as well as
numerous online testimonies against him doing the same thing to other students. In the
*Commercial and Multifamily* Retreat, there was such discord with the information that
George Fuchs taught that a new class was offered with a new teacher as well as a "web
series follow-up" according to Jason Schauer due to "popular demand." I did not sign up
at $5,000 per course to be pitched other products, not helped, and receive little useful,
and vague at best, information, then requiring more and more hours of study for no
benefit. These retreats were more like infomercials.

Meanwhile, I let Jason Schauer from their corporate office know that I was dissatisfied
with my mentorship and he arranged several phone calls with Stephen Gilpin which did
not nearly cover all of the missing components of my mentorship such as the contracts.
To this end, I attempted to have Paul Reisner also from their corporate office right the
wrong by sending a different mentor to my home. I suggested Troy Peterson to which
Mr. Reisner offered some calls but no additional in person help, and, who further told
me that there were no other unhappy students which I know for a fact is a blatant lie.
There is rampant dissatisfaction amongst their students at the seminar. But
nonetheless, Mr. Reisner had to tell me that I wasn't working hard enough to make
money, which apparently is a frequent line used from their staff according to online

EXHIBIT __A__ PAGE __18__

Exhibit 1
- 7 -

11/06/2009 14:23 FAX 1 518 405 5002          EPS                              ☑011/022

complaints, and something which could not be further from the truth. Mr. Reisner did his best though to use reverse psychology and place all of the blame on me, someone who is educated and has earned 6 figures on her own in the past. Mr. Reisner very well knows it is virtually impossible to work out numbers and contracts via phone calls but despite my efforts to work with him and even speak to Brad Schneider further after sending him a lengthy email detailing all of my concerns, I was left with the phone calls and no ability at a refund, although I am very aware of students receiving new in person help or refunds. I am no less deserving of such assistance. I still, to this date, after a $34,995 expenditure have little understanding of all of the contracts necessary to perform the more complex real estate deals, a very integral part to this business.

I further learned after a couple of calls from Mr. Peterson himself that he had been homeless and bankrupt once I probed a little further. Again, it is quite disturbing to be told that I am not working hard enough when apparently their own experts have gone under financially yet keep touting how easy it is to be successful in real estate.

Furthermore, I did try my hand at real estate investing per Mr. Reisner's suggestions, only to be led down another path of questionable business practices where mentor Tad Lignell introduced me to the supposed billion dollar real estate agent, Noah Herrera, of Las Vegas, only to be misquoted comps for a property I purchased at a significant price difference, rendering the deal unprofitable and placing my investment in jeopardy. This represents another conflict of interest as Mr. Lignell is pushing specific business that is putting students at risk. At this junction, their organization becomes liable for their representatives' actions with their students, penetrating their legal disclaimers.

The fact is they have many unhappy students and this is documented by their own representatives including Jason Schauer who invited me to their *Wealth Summit* seminar a couple of months ago because, according to them, their existing California students needed more information to close the gap. However, the event ended up being the exact opposite and just another venue to sell four more courses each valued at $495 – $1,995. I also have verbal and written evidence indicating the level of discontent from their other 99.9% of students. I would venture to guess for every 1 successful student, they have hundreds who would attest to their dissatisfaction based on all of the evidence I have gathered with much discussed interest of students in wanting to pursue as significant legal action as class action lawsuits. This speaks volumes. In fact, bulletin boards on the internet are so prevalent with rip off reports about Trump University and stacks of evidence that I have presented during my initial contact for your review.

In any case, during all of this time I did my best to comply with every Trump University representatives' suggestions, and try every possible direction, and, unknowingly, from the beginning I bought into the pumped up rally type mentality and groupthink conditioning/brainwashing at their retreats because I expected the best from the Trump name and could not imagine anything less. I even went above and beyond and paid the Trump Institute additional funds to try to seek more assistance as I wasn't getting any

EXHIBIT A PAGE 14

Exhibit 1
- 8 -

11/06/2009 14:23 FAX  1 516 405 5002          EPS                                    ☑012/022

from Trump University. I imagined I would at least have the blanks filled in but I
experienced more inept behavior from their sister company.

I am completely dismayed at the lack of customer service I have experienced and lack of
knowledge I have received for the $34,995 plus the variable APR finance charges,
interest fees, and late fees investment and numerous promises. Because of their failure
to deliver what their program promised, I was unable to earn any income as I do not
have the knowledge that was guaranteed. In addition, the legality of some of the
transactions and techniques their Company teaches are far from ethical. This includes
posting bandit signs which is considered a misdemeanor that involves jail time. This,
along with other felonious teachings, are outright criminal. This entire involvement with
this "university" has resulted in me, losing a significant investment I made with Trump
University, as well as the other fees that come with operating a new business, and most
importantly a significant amount of time lost that cannot be regained—time that could
have been devoted to my other legitimate businesses and would have, had I known they
would not deliver on teaching the promised tactics.

Since the beginning of their program, I have concluded that Trump University
representatives misled me consistently, and did not provide what I signed up for. I have
come to the additional conclusion that neurolinguistic programming and high pressure
sales tactics based on the psychology of scarcity are used by their representatives to get
observers to become participants in their program. This included instruction by Mr.
Harris to raise their credit limit for real estate transactions only to then tell the
attendants to use that same credit limit to purchase their program as well as having
representatives review attendants' financial statements to assess their investment
capabilities, for the Trump University program, of course. These practices may fall
under statutes of state and federal deceptive sales practices. These are unethical tactics
designed to get a large investment from the prospects most guaranteed to be able to
pay for their program and then not teach anything of validity, instead consistently trying
to get students to purchase more and more at each event. Furthermore, their legal
disclaimers do not provide them the leeway to utilize unfair and deceptive business
practices at their gain and their students' peril—students who place their trust in them at
a costly price. It is a highly irresponsible and unlawful on your part as well as extremely
deceptive, and I have evidence from a former Trump University employee who could no
longer work for their organization in good conscience. My final conclusion based on
discussions with counsel is that there was a gargantuan amount of misleading,
fraudulent, and predatory behavior taking place that suggests legal cause for action.

The complaint here is of deceptive business practices, illegal predatory high pressure
closing tactics, demanding students raise credit limits and enroll for new credit cards for
"real estate" transactions then coercing the students to pay for the $34,995 plus the
variable APR finance charges, interest fees, and late fees courses with the cards as the
"course prices will go up or will not be offered in the future" and other hard closing
tactics. These business practices are criminal in nature as they fall under the fraud

EXHIBIT A PAGE 15

Exhibit 1
- 9 -

11/08/2009 14:24 FAX  1 518 405 5002          EPS                                    ☒ 013/022

statutes of all states and the federal government so the indemnification on any Trump
documentation is null and void making the Mentors, Officers, Directors, Speakers, Sales
People or any other persons associated with Trump University, Trump Institute or any
other related person in any way, liable for both civil and criminal prosecution.

**DETAILS AND DATES OF EACH CONTACT MADE WITH TRUMP UNIVERSITY AND THEIR
RESPONSE AS WELL AS ATTEMPTS TO RESOLVE THESE DISPUTES**

As mentioned above in detail...

Around August 12, 2008 (2 days after signing up) - A few days after I left this seminar, I
didn't have a good feeling and I called Ms. Brinkman regarding her promise of return on
the $34,995 and what I would learn on my mentorship, and her story immediately
changed. Now, she said that she never promised anything and to read the fine print on
the pink contract I signed. In fact, her constant emails showed her concern was
undoubtedly more focused on collecting every last dollar of the $34,995 rather than
addressing my needs. I have all of these e-mails.

On September 29, 2008 (1 day after my 3-day mentorship ended) – I spoke with Jason
Schauer on the phone asking more questions because I didn't feel I received all of the
knowledge I needed. This is documented via e-mail.

November 2, 2008 – November 10, 2008 (Last day after the *Creative Financing* retreat)
– I expressed my gratitude to Tim Gorsline, the instructor of *Creative Financing*, as he
had promised to help me since my mentors from the 3-day mentorship didn't as I
complained to him. Then, after 1 week of exchanging emails with no useful information,
which I have copies of, he disappeared. I have since found rip off reports of him on the
internet.

Around November 7, 2008 (40 days after my 3-day mentorship and after trying to see if
the *Wealth Preservation / Asset Protection* and *Creative Financing* retreats would help
and they didn't clear up missing information from the mentorship with another $5,000-
$10,000 package being pitched and another instructor, Tim Gorsline, who I have found
tip off reports on, running out on his promise to help me) - I let Jason Schauer from their
corporate office know that I was dissatisfied with my mentorship and he arranged
several phone calls with Stephen Gilpin which did not nearly cover all of the missing
components of my mentorship such as the contracts. I have the few e-mails that were
exchanged between 11/10 and 11/20 for the few phone calls we had.

April 3 -14, 2009 (After attending the *Commercial and Multi-Family* and *Quick Turn Real
Estate* retreats with one instructor George Fuchs being rated so negatively by me and
the entire class that another class was offered from Trump by "popular demand" as well
as the other instructor having had his own home foreclosed on and two bankruptcies
thus not having the expertise to teach me how to flip homes, Paul Reisner from Trump

EXHIBIT A PAGE 16

Exhibit 1
- 10 -

11/08/2009 14:24 FAX  1 516 405 5002          EPS                                   ☑ 014/022

called to ask about my satisfaction at which time I complained yet again) - To this end, I
attempted to have Paul Reisner also from their corporate office right the wrong by
sending a different mentor to my home. I suggested Troy Peterson to which Mr. Reisner
offered some calls but no additional in person help, and, who further told me that there
were no other unhappy students which I know for a fact is a blatant lie. There is
rampant dissatisfaction amongst their students at the seminar. But nonetheless, Mr.
Reisner had to tell me that I wasn't working hard enough to make money, which
apparently is a frequent line used from their staff according to online complaints, and
something which could not be further from the truth. Mr. Reisner did his best though to
use reverse psychology and place all of the blame on me, someone who is educated and
has earned 6 figures on her own in the past. Mr. Reisner very well knows it is virtually
impossible to work out numbers and contracts via phone calls but despite my efforts to
work with him and even speak to Brad Schneider further after sending him a lengthy
email detailing all of my concerns, I was left with the phone calls and no ability at a
refund, although I am very aware of students receiving new in person help or refunds. I
am no less deserving of such assistance. I still, to this date, after a $34,995 expenditure
have little understanding of all of the contracts necessary to perform the more complex
real estate deals, a very integral part to this business.

On September 10, 2009 - I sent letters to the Trump staff detailing the information
above as my complaints were being ignored and inefficiently dealt with, and Jack
Mahoney, the Vice President sent back a 3-page letter dated September 16, 2009 telling
me that I was satisfied through the whole program and thus they would not offer a
refund at all. I believe my points above as well as my ongoing contact with Trump
expressing dissatisfaction show I was far from satisfied. But to address Mr. Mahoney's
points:

1.  Mr. Mahoney stated that I rated my 3-day mentorship as "amazing" ...what he
    failed to acknowledge was that their mentors present you with the survey to
    rate them as they are sitting right next to you in your home so there is no privacy
    in filling these forms out. I was not about to express any dissatisfaction when
    two men were sitting with me, a woman, alone in my house. I felt my mentors
    were "amazing" people in that they were very nice, but nice doesn't give me the
    number crunching and contract help I need. I did express my concern to Jason
    Schauer just a day later on points that were not covered and critical knowledge
    that was sorely lacking as mentioned above.

2.  Mr. Mahoney stated that I rated the *Creative Financing* retreat seminar as
    "great" and "there was nothing that could be improved." Again, he failed to
    mention that you are handing forms to the staff and not putting them in a box or
    anywhere that highlights anonymity making it very difficult to negatively rate
    instructors when your whole "education" could be affected by such ratings. In
    any case, I did believe at the time that the seminar was "great" because as I
    mentioned above, Tim Gorsline, the instructor, promised to help me with my
    education and some direct questions I had for him as I told him in emails which I

EXHIBIT A PAGE 17

Exhibit 1
- 11 -

have documented that I didn't receive the help I needed in my 3-day
mentorship. Mr. Gorsline broke all promises and disappeared without ever
helping me. So at this point I didn't think the seminar or the speaker were
"great."

3. Mr. Mahoney stated that on June 13, 2009 I voluntarily taped a video testimonial
at the *Wealth Summit* retreat and voiced my satisfaction with the programs. As
Mr. Mahoney is not there I don't think he can attest to what happened. Like all
of the other Trump interactions I've had here again is ridiculous embellishment. I
was standing at the end of the seminar waiting to walk out with another student
when the interviewer and his camera man came in my face and turned on the
camera light and started recording. I didn't seek them out or the camera nor did
I volunteer. I had come for this weekend which as mentioned above was
supposed to bring additional information to the California students but ended up
being another prospecting event for a new herd of prospects who none of the
current students had ever seen before. And instead of discussing techniques it
was another pitch event with 4 speakers with products to sell each at $495 -
$1,995. Of course, the main speaker Omar used again group-think
conditioning/brainwashing where they have you do cheers and use tactics of
making those feel shunned that do not go ahead with the herd. In any case, I did
not feel it appropriate to bash the university on tape nor comfortable walking
away when they were in my face so instead I said something to the effect of "it's
very important to have a mentor to help you in any business" however I NEVER
stated that I was happy with any of Trump's services and only spoke in polite
generalities. In any regard, Trump's use of brainwashing is downright
manipulative as everyone feels pumped when they leave the events only to later
realize they have once again been let down.

4. Mr. Mahoney stated that I had 4 sessions with Mr. Gilpin each valued at $2,000
which I stated were very helpful. I have a hard time believing a 1 hour
conversation is worth $2,000 and this statement is beyond ridiculous however, I
thought Mr. Gilpin was the most helpful but clearly he could not cover what was
missed in a 3-day mentorship through no fault of his own but the solution was to
send my mentors or other mentors back out, not try to cover material that
simply cannot be done via phone or email. Mr. Gilpin was only able to get to
some number crunching but I still did not learn anything regarding contracts,
which is the most critical component of any real estate deal!

5. Mr. Mahoney stated that I had 15 conversations or email exchanges with Tad
Lignell, another Trump mentor, who helped me find a power team in Las Vegas
consisting of a realtor. And he further stated that I told Mr. Lignell I was able to
be involved in a transaction with another student that would result in profits of
approximately $20,000. What Mr. Mahoney is leaving out is that the $20,000
would be first divided so it would be $10,000 if his statement was correct, but it
is not. The power team I was introduced to misquoted comps to me (by email)
which is their job to do correctly, and they misquoted by $15,000 at the time
from $99,000 to what was really $85,000. This is a gargantuan error as in such a

EXHIBIT __A__ PAGE 18

Exhibit 1
- 12 -

11/08/2008 14:25 FAX  1 518 405 5002          EPS                                    ☑016/022

low priced property, $15,000 can make the difference between profiting or not
profiting. When I discovered this I complained to Mr. Lignell which I have
documented emails of but he conveniently left out. I found this out after the
property closed and have been left with an investment I have been trying to exit
as the current realtor states it is now worth not even $85,000 but $79,000 not
$99,000. The student additionally who they coupled me with lied about his
investment in the property, further rendering the deal in the red.

6.  Mr. Mahoney stated that I had 3 sessions with Troy Peterson, another mentor,
who showed me how to raise financing and who presented me with a private
money proposal. He also claimed that Mr. Peterson gave me my third coaching
session at the *Wealth Summit* retreat valued at $1,500. These are blatant lies. I
asked Mr. Peterson but he never showed me how to raise capital from investors
which was one of my ongoing primary questions that NONE of the mentors ever
answered. Additionally, Mr. Peterson never presented me with a private money
proposal...I received this from another student. At the event, yes I asked one
question of Mr. Peterson and spoke to him for 5 minutes so Mr. Mahoney's
claim is outrageous. I didn't realize a 5 minute conversation where Mr. Peterson
brushes you off to talk to another student who can do something for him
politically is valued at $1,500.

7.  Mr. Mahoney further reminded me that from the date I signed the contract on
August 10, 2008 no guarantees were made nor any benefits promised. This is a
very easy way out for an institution that makes grandiose promises in person,
doesn't deliver, and then points to legal disclaimers. When deceptive business
practices and fraudulent and misleading tactics are being used, such disclaimers
become null and void. Obviously I agreed to pay $34,995 for something and any
company that has countless complaints online at rip off reports among others
with students discussing class action definitely has some issues that need to be
resolved rather than brushed under the rug. I find this especially troubling when
Mr. Mahoney stated that "Trump University programs are provided for training
and educational purposes only." Yes, this is what I have been asking for all along.
I am not asking them to do deals for me or make financial promises but instead
promise to teach me thoroughly, correctly, and ethically as they promised from
day one!

8.  Mr. Mahoney lastly claimed that Mr. Lignell has decided to buy me out of the Las
Vegas property due to my demands. Either Mr. Mahoney or Mr. Lignell in this
case is lying as Mr. Lignell claimed he was going to try to find another buyer for
me but never mentioned himself. It is against the law to discuss a private
transaction outside of this property contract and without my consent. However,
it should be noted that Mr. Lignell's power team is the one that got me into this
property which was a financial loss from the property therefore it is not the
heroic act that Mr. Mahoney claims to "rescue" me. These predatory acts are
just that and there is nothing redeeming about them.

9.  Mr. Mahoney despite all my complaints and the time I have spent documenting
my dissatisfaction claimed that he stands by his organization's actions that I am

EXHIBIT A PAGE 19

Exhibit 1
- 13 -

11/08/2009 14:25 FAX  1 516 405 5002          EPS                                    ☑017/022

satisfied. He obviously has chosen to leave out everything and anything negative that I have expressed and as my complaints have fallen on deaf ears I have turned to you as well as government authorities to remedy this matter. I promise you and the Trump organization for that matter that I would not spend my time religiously complaining had I had such a positive experience. This is an atrocity and I refuse to be swept under the rug or not receive a fair and satisfactory solution of a total $34,995 refund ($5,100 through Bank of America) so that I can be made whole from this disturbing and time-wasting experience.

PROFIT PUBLISHING GROUP

WHY I AM NOT SATISFIED AND WHAT WAS PROMISED VERSUS PROVIDED WITH
PROFIT PUBLISHING GROUP

I met John V Childers, esq (also known as JJ Childers) in the Trump University in the Wealth Preservation: Asset Protection Retreat in late November 2008 where he spoke along with a licensed CPA Brent Wallace along with Trump University pitch men, "real estate experts," teaching questionable real estate practices with or without Real Estate Broker's license and several other troubling aspects. The use of many psychological sales tactics such as "bait and switch," coercion by participants into disclosing personal credit information used improperly to ascertain exactly how much "more" cash could be extracted from "students," scarcity high pressure sales tactics, group cheers similar to many current MLM's where such behavior found its roots in the manipulation of mobs wearing down the will of participants to exert free will making them open to making outlandish purchase decisions never considered under typical conditions, and other sales practices (when coupled with a US Citizen's Personal Credit Information) trigger state and federal statutes created to protect the consumer. This is especially egregious being in that our global economy is in ruins due to real estate fraud.

Mr. Childers and Mr. Brent Wallace pitched their firm's services as Trump University recommended the firm Childers Finley P.A. and the Childers Financial Group as experts in Corporate Structure, Real Estate Structure, the Legalities of such transactions so I went against my gut feeling wondering how Bar Licensed Attorney's, Licensed CPA's could readily pitch their "wares" if this was not legal and ethical. Further, their firm was held out to be an expert in creating asset protection for you in the form of corporations, LLC's, or trusts. Mr. Childers talked at length about the necessity of creating these entities the right way with an expert firm such as theirs (Childers Financial Group aka Childers Finley, PA aka Profit Publishing Group) as many mistakes could be made without the proper team assisting you. I thought the $4,995 package price tag to be quite expensive as I knew I could create these entities at 1/3 to 1/2 of the price as I was well aware of Legalzoom.com as I had used them in the past and I know that the state fees are only about $200 for an individual to create. So I was paying an additional $1,000 per entity for protection. Then Mr. Childers and Mr. Wallace commented on "wealth preservation." Upon consulting counsel ,I was informed that using Corps, LLC's,

EXHIBIT _A_ PAGE _20_

Exhibit 1
- 14 -

11/06/2009 14:28 FAX  1 518 405 5002          EPS                                    ☑018/022

or Trusts to shelter assets, payments on assets, and other fees related to assets is not
wealth preservation, but could, as in the case of real estate, be considered tax
avoidance or even tax evasion. The particulars on the law are for you to judge, but I was
informed transferring assets from my name to an entity I control in order to avoid
paying taxes as the personal owner is unethical and could be illegal as "fair
consideration" is not provided for the transfer of said property as the model presented
just had me moving assets from my personal name to a entity with a separate TIN that I
was still in control of and the direct beneficiary of. In addition, in hindsight, I am
perplexed at how it is legal to have licensed and barred advisors pitching practices in the
legal "grey" area at best especially when they make claims to have worked for the
government prior in an accounting capacity or to be such a high standing member of
society proclaiming duty to service of church and community. I was unsure that I
wanted to spend this dollar amount but at this "retreat" they had one of their associates
take me aside privately (as well as each of the other students) and coerced me in a 1
hour session into spending $4,995 for a 4 entity package with Childers Financial Group
after learning of my personal finances and Mr. Childers having the class and I draw out a
tree of corporations that we would need. Instead of acting in my best interest when I
showed hesitation and clearly did not need to spend that amount to create such
entities, this Childers associate upsold his Childers Financial Group for the creation of
four entities he said I needed, and I paid the $4,995 on November 3, 2008. He claimed I
would receive far superior service and sold it as though JJ Childers would personally
advise me through a phone conversation assessing my needs and looking over each
entity to ensure they were accurate. So I agreed finally to sign up as I thought it would
be a good idea for some of the upcoming real estate and other corporations I had in
mind to ensure that the corporations were set up without errors through consultation
with an attorney rather than an online service.

When I went to start creating my 4 entities and called the Childers Financial Group, I
was brushed over to Cherie, who is their secretary or assistant, not an attorney licensed
to practice in any state and therefore not licensed to provide "legal advice" in any state
in the US, as my questions were specifically legal in nature and thus I was not being
provided the "legal services promised by the Childers Finley P.A. Law Firm," as I had
signed up and paid for.  I asked her numerous questions from when I could get further
advice from Mr. Childers or another in-house attorney on how to set up the entities
properly. She kept referring back to the "questionnaires" that were emailed to me that
needed to be filled out and said it was easier for them to work by email not phone. An
example can be seen from the TARLA Couture corporation questionnaire enclosed here
and faxed to me on February 5, 2009. As you can see, the questionnaire is very
rudimentary. There is not even a question regarding what the corporate address is or
how stocks are to be issued. I did have several calls with Cherie asking the questions I
could think of but as I'm not the expert and was paying Childers Financial Group $1,250
for each entity creation, I assumed they would do more than have me fill out a 2-page
form as I could have done the same with Legalzoom.com and paid 1/3-1/2 the price or I

EXHIBIT A PAGE 21

Exhibit 1
- 15 -

11/06/2009 14:28 FAX  1 518 405 5002          EPS                                    ☑019/022

could have done so online myself at the Secretary of State websites for 1/5 the price!
So I paid $1,000 for no proper legal advice and an online questionnaire?

In addition, they only created 2 of the 4 entities for me: TARLA Couture, Inc. and Terre
and Tides Real Estate LLC. So I have $2,500, per their estimated value of services that
was never used. These 2 entities were deemed to be extremely rudimentary in structure
and unacceptable and unusable for my specific business needs or any reasonable
company's long term viability. In addition, the tax code chosen for my companies was
inappropriate for my needs.  This points to either complete disregard for my best
interest as a client or a lack of understanding of corporate law evident by the
corporations and LLC's they incorporated for me.  My corporate address for one of the
entities was even listed as their own in Little Rock so that all of my mail, including that
from the government, goes to them resulting in penalties and missing response
windows to remain in good standing.  In fact, none of the lawyers in the law firm are
licensed to practice law in California which is problematic in that each state has very
different laws. You will notice I never listed their Arkansas address or asked for it on the
questionnaire. As my registered agent address is in California, they are using it for my
corporate address for a California corporation that does no business in Arkansas and
actually damages the likeness of my corporate entity as it is a CA or NY specific industry!
Furthermore, Mr. Childers' partner D Bryce Finley, esq. signed off on a California
corporation specifically authorizing only one class of stock totaling 100,000 shares and
issuing all of them to me. My business advisor and California attorney were irate upon
delivery of my corporate documentation created by Childers Finley P.A. How can you
raise equity when there is no stock left to sell in a corporation?  Do you know how
complicated and expensive it is to completely change the Articles of Incorporation,
necessary amendments and tax status with the IRS? These questions were presented to
me and I was told the Corporation was useless for my needs. The expenses entailed
with correcting these errors, the time lost where I was unable to raise funds available
with no stock to sell, and the impossibility of doing a debt offering leaves me in a
position where now I have to wrap up my corporation formed by Childers Finley P.A.
and create a new corporation incurring additional expense.  Mr. Childers and his firm
have ruined multiple business opportunities for me as it is now taking time to correct all
of these errors...time which I cannot proceed forward with investors as I have no stock
to issue. Mr. Childers and his office seemingly used boiler plate documents to maximize
their profit and I NEVER spoke attorney to client, the service I paid for. In fact, an
unlicensed representative was my only legal contact providing legal advice to me, an
employee or representative of Childers Finley P.A. who is not an attorney, Cherie. No
attorney ever answered my questions, they never inquired as to my needs, and the firm
just took my money.

Mr. Childers and Mr. Finley are the JD's licensed by the bar and are the "experts" who
should have asked these complex and intricate questions but instead when I called
Cherie to complain early in September 2009 after my business advisor first saw the
corporate records and realized the problem for raising capital immediately for my

EXHIBIT _A_ PAGE _22_

Exhibit 1
- 16 -

11/06/2009 14:26 FAX  1 518 405 5002        EPS                              ☑020/022

venture, Cherie took a defensive stance and blamed this on the way I filled out the form.
Is filling out a form the proper way for communication between an attorney and their
client who paid for personal service? Where are these complex questions on the form
asking about the myriad of intricacies that may unfold for a corporation because I clearly
was not provided with the service I paid for? The answer is nowhere. As a client to an
attorney I am relying on the attorney to advise me but this did not happen. Thus, I could
have spent a couple of hundred dollars online doing the same or better work myself but
I believed a "professional" holding a Juris Doctorate would do better. I could not have
been more mistaken. They failed to perform their fiduciary responsibility to me as their
legal client and overbilled me to boot for work that will cost me another $5,000 to
repair. Their pitch deemed their expertise which on these entities was sorely lacking.
Their company neglected to properly ascertain my needs and provide the proper
corporate structures and thus created entities based upon outdated and incomplete
templates. I am greatly disturbed that Mr. Childers or Mr. Finley never even contacted
me ONCE per my request to ensure that they were providing me with adequate service
for my personal needs, instead having an office assistant fill out paperwork for them.
The charges of $1,000+ for Mr. Finley to sign his name per entity are preposterous. Now
I am left with figuring out an exit structure as these entities are usable or I risk having to
create new entities all over again, which I truly can't because I have branded my
company with the name TARLA Couture.

## DETAILS AND DATES OF EACH CONTACT MADE WITH PROFIT PUBLISHING GROUP AND THEIR RESPONSE AS WELL AS ATTEMPTS TO RESOLVE THESE DISPUTES

As mentioned above in detail...

Before February 5, 2009 (I waited to create my entities until I needed them and at this
point I started to express dissatisfaction to Cherie about not talking to an attorney as
that was what I had paid for) - When I went to start creating my 4 entities and called the
Childers Financial Group, I was brushed over to Cherie, who is their secretary or
assistant, not an attorney licensed to practice in any state and therefore not licensed to
provide "legal advice" in any state in the US, as my questions were specifically legal in
nature and thus I was not being provided the "legal services promised by the Childers
-Finley P.A. Law Firm," as I had signed up and paid for.  I asked her numerous questions
from when I could get further advice from Mr. Childers or another in-house attorney on
how to set up the entities properly. She kept referring back to the "questionnaires" that
were emailed to me that needed to be filled out and said it was easier for them to work
by email not phone. An example can be seen from the TARLA Couture corporation
questionnaire enclosed here and faxed to me on February 5, 2009. As you can see, the
questionnaire is very rudimentary. There is not even a question regarding what the
corporate address is or how stocks are to be issued. I did have several calls with Cherie
asking the questions I could think of but as I'm not the expert and was paying Childers
Financial Group $1,250 for each entity creation, I assumed they would do more than
have me fill out a 2-page form as I could have done the same with Legalzoom.com and

EXHIBIT A PAGE 23

Exhibit 1
- 17 -

11/06/2009 14:27 FAX  1 518 405 5002          EPS                              ☑ 021/022

paid 1/3-1/2 the price or I could have done so online myself at the Secretary of State
websites for 1/5 the price! So I paid $1,000 for no proper legal advice and an online
questionnaire?

Around September 5, 2009 (After my business advisor viewed my corporations and
noticed the flagrant errors, I called to complain to Cherie who maintained a very
defensive stance) - Mr. Childers and Mr. Finley are the JD's licensed by the bar and are
the "experts" who should have asked these complex and intricate questions but instead
when I called Cherie to complain early in September 2009 after my business advisor first
saw the corporate records and realized the problem for raising capital immediately for
my venture, Cherie took a defensive stance and blamed this on the way I filled out the
form. Is filling out a form the proper way for communication between an attorney and
their client who paid for personal service? Where are these complex questions on the
form asking about the myriad of intricacies that may unfold for a corporation because I
clearly was not provided with the service I paid for? The answer is nowhere. As a client
to an attorney I am relying on the attorney to advise me but this did not happen. Thus, I
could have spent a couple of hundred dollars online doing the same or better work
myself but I believed a "professional" holding a Juris Doctorate would do better.

September 10, 2009 - I sent letters to the Profit Publishing Group staff detailing the
information above as my complaints were being ignored and inefficiently dealt with,
and Michael Johnson whom I never spoke with before responded in an e-mail dated
September 11, 2009 telling me that they were turning this matter over to their outside
counsel rather than addressing my complaints. I believe my points above clearly show
why I had reason to be dissatisfied and I have experts in entity creation who can attest
to this. There is no arguing that their work was slovenly at best. Who is Mr. Johnson and
why is there no mention of him anywhere in the firm? Is he a JD, a member of the bar,
or is this another case of non-qualified or licensed individuals holding themselves out to
be legal experts by giving advice or handling calls for Mr. Finley and Mr. Childers. Is this
proper procedure for a law firm? I know this is not proper procedure and points to
these licensed professionals hiding from their legal duties mandated by the Bar. But to
address Mr. Johnson's points:

1. Mr. Johnson failed to address the quality of the work that was done and
   completely ignored all of my points and instead stated that "apparently,
   circumstances have changed between the time of your receipt of the services
   and your expressed satisfaction and the present. In this difficult economy, that
   has unfortunately been the case for many." His remarks are highly insulting as
   they not only completely deflect from the matter at hand but also make an
   incorrect assumption because I am trying to attain money that is rightfully owed
   to me. Should I assume then that Mr. Johnson is illegally accessing my personal
   financial information as that is the only way he could make such a statement? If
   so, this is a violation of my personal credit and financial information protection
   rights and a felony so I'd like clarification as to how this illegal intrusion came

EXHIBIT  A  PAGE 24

Exhibit 1
- 18 -

11/06/2009 14:27 FAX  1 518 405 5002        EPS                              ☑ 022/022

from a member of a law firm or how Mr. Johnson came to this conclusion. Or
should I assume that Mr. Johnson has no such evidence and is making libelous
remarks about me which are legally actionable? Since Mr. Johnson is so
apparently sympathetic with this economy, he should have the conscience
enough to not participate in victimizing others who are meeting with such
predators as him and his company in these turbulent times when such
victimizers abound more and more.

**IN SUMMATION**

In summation, I went ABOVE AND BEYOND in requesting help and every time I got more
of the same nonsense...inefficient teaching of information with very broad strokes
making the "education" unusable and more assertions that I would never receive any
kind of refund. Mr. Mahoney is insinuating that his organization does not want to offer a
refund because the "education" was consumed by me. When in fact, when days after
signing the paperwork I expressed concern to Ms. Brinkman I was told no promises were
made to me (a blatant lie) and at that point it was evident a refund couldn't be
obtained, thus Mr. Mahoney's argument has no validity. Once the paperwork is signed,
Trump University makes it nearly impossible to get any kind of a refund.

Likewise, Profit Publishing Group has not only created entities for me that are unusable
but they have stolen the remaining $2,500 as Mr. Johnson directed me to communicate
strictly with their outside legal firm after my second contact, thus creating a barrier for
communication to occur directly with the offending parties and attempting to
discourage me through imparting fear of their legal team. This is completely unjust and
manipulative.

I am relying at this point on Bank of America to step forward and resolve this atrocity
and refund the $10,095 for this financial loss.

Thank you for your swift investigation into this troubling matter.

Sincerely,

Tarla Makaeff

EXHIBIT _A_ PAGE _26_

Exhibit 1
- 19 -

# EXHIBIT 2

Exhibit 2
- 20 -



The Better Business Bureau Serving Metropolitan New York
257 Park Avenue South
New York, NY 10010
Phone: 212-533-7500 | Fax: 212-477-4912
complaints@newyork.bbb.org

11/02/2009
Brad Schneider
Trump University
40 Wall Street 32nd Floor
New York  NY  10005

Dear Brad Schneider:

The Better Business Bureau has received information from one of your customers expressing concern with a recent business transaction.  The complaint was assigned  ID **7992638**.  Below is the information provided by the consumer.

The BBB requests that you please review this information and respond within 14 days of receipt of this notice.  If you have any questions, please do not hesitate to contact me.

Sincerely,


Jihan Varisco
Mediator

## CUSTOMER EXPERIENCE INFORMATION (ID# 7992638 )

### Customer Information:
Tarla Makaeff
3334 E Coast Hwy #423
Corona Del Mar , CA  92625

Daytime Phone: (949) 387-8430
Evening Phone: (949) 387-8430
Fax: (949) 387-6040
E-mail: tmakaeff@gmail.com

### The details of this matter are as follows:

### Complaint Involves:
Credit or Billing Disputes

### Customer's Statement of the Problem:
I attended a $1,500 Trump University Fast Track to Foreclosure Training retreat where I was introduced to the $34,995 Trump University mentorship and program in the final hours. I

BBB Complaint ID: 7992638 (97075 - 1694523)

EXHIBIT A PAGE 26

Exhibit 2
- 21 -

reluctantly purchased due to the speaker's convincing pitch of guaranteed success should his tactics be implicitly followed as well as the salesperson's high pressured sales techniques and guarantee that my first deal would earn me in the ballpark of the $34,995 expenditure so as to immediately pay off my Trump University debt. No such thing occurred. Since the beginning of their program, I have concluded that Trump University representatives misled me consistently, and did not provide what I signed up for.

**Desired Settlement:**
The consumer would like a refund for services not provided and due to receiving misleading information.

**Additional Comments from Consumer:**

## WHY I AM NOT SATISFIED AND WHAT WAS PROMISED VERSUS PROVIDED WITH TRUMP UNIVERSITY

On August 10, 2008, I attended a $1,500 "Trump University Fast Track to Foreclosure Training retreat where instead of learning any full-fledged real estate techniques, I was introduced to the $34,995 Trump University mentorship and program in the final hours. I reluctantly purchased due to James Harris' convincing pitch of guaranteed success should his tactics be implicitly followed as well as Tiffany Brinkman's high pressured sales techniques and guarantee that my first deal would earn me in the ballpark of the $34,995 expenditure so as to immediately pay off my Trump University debt, thus leaving only profits for the future. A few days after I left this seminar, I didn't have a good feeling and I called Ms. Brinkman regarding her promise of return on the $34,995 and what I would learn on my mentorship, and her story immediately changed. Now, she said that she never promised anything and to read the fine print on the pink contract I signed. In fact, her constant emails showed her concern was undoubtedly more focused on collecting every last dollar of the $34,995 rather than addressing my needs. What customer service for such a large expenditure. This type of behavior just continued through every experience I had.

Immediately on the day of signing up for their $34,995 program, Mr. Harris further went on to tell me personally that he would now be available by phone and e-mail to me and soon emailed me "we can do a ton together" and then I never heard from him again. At the event, he also publicly announced to the signed up group that deals would now be coming our way via e-mail, and e-mailed "these are starting to POUR IN NOW" referring to a Houston deal. Only one deal ever came, and it was outside of Trump University's guidelines as Mike Kasper, a partner to mentor Rick McNally, referred a deal he would financially benefit from and I would only earn $40/month positive cash flow from, known as the Fountainview Duplexes in Houston, which clearly represents a conflict of interest and an investment not in my best interest. I have also

BBB Complaint ID: 7992638 (97075 - 1694523)

EXHIBIT A PAGE 27

Exhibit 2
- 22 -

had their own representative, Stephen Gilpin, tell me to never accept anything below $100/month positive cash flow.

Beginning August 2008, I began a series of phone calls and email correspondence for my mentorship with Rick McNally and Mike Kasper. During my 3-day mentorship, we spent 2 days looking at properties, a half day at Home Depot and lunch, the last hour or so on numbers, and nothing on contracts. After the mentorship, Mr. McNally and Mr. Kasper disappeared other than a couple of short 2 minute phone calls while they were on other mentorships. This is in complete opposition to what I was promised: an ongoing mentor who I would have access to for up to a year.

The five "retreats" were no better. There was an overwhelming amount of broad information but nothing substantial enough to implement. Rather, there were more up sells at the end of each course, encouraging students to spend additional monies above and beyond the $34,995. In the *Wealth Preservation: Asset Protection* Retreat, little was done other than to pitch the services of J.J. Childers and the Childers Financial Group who could create this asset protection for you with a $5,000-$10,000 package. the *Creative Financing* Retreat, Tim Gorsline made grand statements of a $1 million RV he bought with his $50 million net worth and then promised to help me as I had not been helped adequately in my mentorship. He then disappeared. I have verbal and written confirmation of this occurrence. In the *Commercial and Multifamily* Retreat, there was such discord with the information that George Fuchs taught that a new class was offered with a new teacher as well as a "web series follow-up" according to Jason Schauer due to "popular demand." I did not sign up at $5,000 per course to be pitched other products, not helped, and receive little useful, and vague at best, information, then requiring more and more hours of study for no benefit.  These retreats were more like infomercials.

Meanwhile, I let Jason Schauer from their corporate office know that I was dissatisfied with my mentorship and he arranged several phone calls with Stephen Gilpin which did not nearly cover all of the missing components of my mentorship such as the contracts. To this end, I attempted to have Paul Reisner also from their corporate office right the wrong by sending a different mentor to my home. I suggested Troy Peterson to which Mr. Reisner offered some calls but no additional in person help. But nonetheless, Mr. Reisner had to tell me that I wasn't working hard enough to make money. Mr. Reisner very well knows it is virtually impossible to work out numbers and contracts via phone calls but despite my efforts to work with him and even speak to Brad Schneider further after sending him a lengthy email detailing all of my concerns, I was left with the phone calls and no ability at a refund.

Furthermore, I did try my hand at real estate investing per Mr. Reisner's suggestions, only to be led down another path of questionable business practices where mentor Tad Lignell introduced me to the supposed billion dollar real estate agent, Noah Herrera, of Las Vegas, only to be misquoted comps for a property I purchased at a significant price difference, rendering the deal unprofitable and placing my investment in jeopardy.

In any case, during all of this time I did my best to comply with every Trump University representatives' suggestions and try every possible direction. I even went above and beyond and paid the Trump Institute additional funds to try to seek more assistance as I wasn't getting any from Trump University. I imagined I would at least have the blanks filled in but I experienced

BBB Complaint ID: 7902638 (97075 - 1694523)

EXHIBIT A PAGE 28

Exhibit 2
- 23 -

more inept behavior from their sister company.

Because of their failure to deliver what their program promised, I was unable to earn any income as I do not have the knowledge that was guaranteed.

## DETAILS AND DATES OF EACH CONTACT MADE WITH <u>TRUMP UNIVERSITY</u> AND THEIR RESPONSE AS WELL AS ATTEMPTS TO RESOLVE THESE DISPUTES

### As mentioned above in detail...

**Around August 12, 2008** (2 days after signing up) - A few days after I left this seminar, I didn't have a good feeling and I called Ms. Brinkman regarding her promise of return on the $34,995 and what I would learn on my mentorship, and her story immediately changed. Now, she said that she never promised anything and to read the fine print on the pink contract I signed. In fact, her constant emails showed her concern was undoubtedly more focused on collecting every last dollar of the $34,995 rather than addressing my needs. I have all of these e-mails.

**On September 29, 2008** (1 day after my 3-day mentorship ended) – I spoke with Jason Schauer on the phone asking more questions because I didn't feel I received all of the knowledge I needed. This is documented via e-mail.

**November 2, 2008 – November 10, 2008** (Last day after the *Creative Financing* retreat) – I expressed my gratitude to Tim Gorsline, the instructor of *Creative Financing*, as he had promised to help me since my mentors from the 3-day mentorship didn't as I complained to him. Then, after 1 week of exchanging emails with no useful information, which I have copies of, he disappeared. I have since found rip off reports of him on the Internet.

**Around November 7, 2008** (40 days after my 3-day mentorship and after trying to see if the *Wealth Preservation / Asset Protection* and *Creative Financing* retreats would help and they didn't clear up missing information from the mentorship with another $5,000-$10,000 package being pitched and another instructor, Tim Gorsline, who I have found tip off reports on, running out on his promise to help me) - I let Jason Schauer from their corporate office know that I was dissatisfied with my mentorship and he arranged several phone calls with Stephen Gilpin which did not nearly cover all of the missing components of my mentorship such as the contracts. I have the few e-mails that were exchanged between 11/10 and 11/20 for the few phone calls we had.

**April 3 -14, 2009** (After attending the *Commercial and Multi-Family* and *Quick Turn Real Estate* retreats with one instructor George Fuchs being rated so negatively by me and the entire class that another class was offered from Trump by "popular demand" as well as the other instructor having had his own home foreclosed on and two bankruptcies thus not having the expertise to teach me how to flip homes, Paul Reisner from Trump called to ask about my satisfaction at

BBB Complaint ID: 7902638 (97075 - 1694523)

EXHIBIT _A_ PAGE 29

Exhibit 2
- 24 -

which time I complained yet again) - To this end, I attempted to have Paul Reisner also from their corporate office right the wrong by sending a different mentor to my home. I suggested Troy Peterson to which Mr. Reisner offered some calls but no additional in person help, and, who further told me that there were no other unhappy students which I know for a fact is a blatant lie. There is rampant dissatisfaction amongst their students at the seminar. But nonetheless, Mr. Reisner had to tell me that I wasn't working hard enough to make money, which apparently is a frequent line used from their staff according to online complaints, and something which could not be further from the truth. Mr. Reisner did his best though to use reverse psychology and place all of the blame on me, someone who is educated and has earned 6 figures on her own in the past. Mr. Reisner very well knows it is virtually impossible to work out numbers and contracts via phone calls but despite my efforts to work with him and even speak to Brad Schneider further after sending him a lengthy email detailing all of my concerns, I was left with the phone calls and no ability at a refund, although I am very aware of students receiving new in person help or refunds. I am no less deserving of such assistance. I still, to this date, after a $34,995 expenditure have little understanding of all of the contracts necessary to perform the more complex real estate deals, a very integral part to this business.

**On September 10, 2009** - I sent letters to the Trump staff detailing the information above as my complaints were being ignored and inefficiently dealt with, and Jack Mahoney, the Vice President sent back a 3-page letter dated September 16, 2009 telling me that I was satisfied through the whole program and thus they would not offer a refund at all. I believe my points above as well as my ongoing contact with Trump expressing dissatisfaction show I was far from satisfied. But to address Mr. Mahoney's points:

1.　 Mr. Mahoney stated that I rated my 3-day mentorship as "amazing" ...what he failed to acknowledge was that their mentors present you with the survey to rate them as they are sitting right next to you in your home so there is no privacy in filling these forms out! I was not about to express any dissatisfaction when two men were sitting with me, a woman, alone in my house. I felt my mentors were "amazing" people in that they were very nice, but nice doesn't give me the number crunching and contract help I need. I did express my concern to Jason Schauer just a day later on points that were not covered and critical knowledge that was sorely lacking as mentioned above.

2.　 Mr. Mahoney stated that I rated the *Creative Financing* retreat seminar as "great" and "there was nothing that could be improved." Again, he failed to mention that you are handing forms to the staff and not putting them in a box or anywhere that highlights anonymity making it very difficult to negatively rate instructors when your whole "education" could be affected by such ratings. In any case, I did believe at the time that the seminar was "great" because as I mentioned above, Tim Gorsline, the instructor, promised to help me with my education and some direct questions I had for him as I told him in emails which I have documented that I didn't receive the help I needed in my 3-day mentorship. Mr. Gorsline broke all promises and disappeared without ever helping me. So at this point I didn't think the seminar or the speaker were "great."

3.　 Mr. Mahoney stated that on June 13, 2009 I voluntarily taped a video testimonial at the *Wealth Summit* retreat and voiced my satisfaction with the programs. As Mr. Mahoney is not there I don't think he can attest to what happened. Like all of the other Trump interactions I've had here again is ridiculous embellishment. I was standing at the end of the seminar waiting to walk out with another student when the interviewer and his camera man came in my face and turned on the camera light and started recording. I didn't seek them out or the camera nor did I volunteer. I had come for this weekend which as mentioned above was supposed to bring additional information to the California students but ended up being another prospecting event for a new herd of prospects who none of the current students had ever seen before. And instead

BBB Complaint ID: 7992638 (97075 - 1694523)


EXHIBIT A PAGE 30

Exhibit 2
- 25 -

of discussing techniques it was another pitch event with 4 speakers with products to sell each at $495 - $1,995. Of course, the main speaker Omar used again group-think conditioning/brainwashing where they have you do cheers and use tactics of making those feel shunned that do not go ahead with the herd. In any case, I did not feel it appropriate to bash the university on tape nor comfortable walking away when they were in my face so instead I said something to the effect of "it's very important to have a mentor to help you in any business" however I NEVER stated that I was happy with any of Trump's services and only spoke in polite generalities. In any regard, Trump's use of brainwashing is downright manipulative as everyone feels pumped when they leave the events only to later realize they have once again been let down.

4.    Mr. Mahoney stated that I had 4 sessions with Mr. Gilpin each valued at $2,000 which I stated were very helpful. I have a hard time believing a 1 hour conversation is worth $2,000 and this statement is beyond ridiculous however, I thought Mr. Gilpin was the most helpful but clearly he could not cover what was missed in a 3-day mentorship through no fault of his own but the solution was to send my mentors or other mentors back out, not try to cover material that simply cannot be done via phone or email. Mr. Gilpin was only able to get to some number crunching but I still did not learn anything regarding contracts, which is the most critical component of any real estate deal!

5.    Mr. Mahoney stated that I had 15 conversations or email exchanges with Tad Lignell, another Trump mentor, who helped me find a power team in Las Vegas consisting of a realtor. And he further stated that I told Mr. Lignell I was able to be involved in a transaction with another student that would result in profits of approximately $20,000. What Mr. Mahoney is leaving out is that the $20,000 would be first divided so it would be $10,000 if his statement was correct, but it is not. The power team I was introduced to misquoted comps to me (by email) which is their job to do correctly, and they misquoted by $15,000 at the time from $99,000 to what was really $85,000. This is a gargantuan error as in such a low priced property, $15,000 can make the difference between profiting or not profiting. When I discovered this I complained to Mr. Lignell which I have documented emails of but he conveniently left out! I found this out after the property closed and have been left with an investment I have been trying to exit as the current realtor states it is now worth not even $85,000 but $79,000 not $99,000. The student additionally who they coupled me with lied about his investment in the property, further rendering the deal in the red.

6.    Mr. Mahoney stated that I had 3 sessions with Troy Peterson, another mentor, who showed me how to raise financing and who presented me with a private money proposal. He also claimed that Mr. Peterson gave me my third coaching session at the *Wealth Summit* retreat valued at $1,500. These are blatant lies. I asked Mr. Peterson but he never showed me how to raise capital from investors which was one of my ongoing primary questions that NONE of the mentors ever answered. Additionally, Mr. Peterson never presented me with a private money proposal...I received this from another student. At the event, yes I asked one question of Mr. Peterson and spoke to him for 5 minutes so Mr. Mahoney's claim is outrageous. I didn't realize a 5 minute conversation where Mr. Peterson brushes you off to talk to another student who can do something for him politically is valued at $1,500.

7.    Mr. Mahoney further reminded me that from the date I signed the contract on August 10, 2008 no guarantees were made nor any benefits promised. This is a very easy way out for an institution that makes grandiose promises in person, doesn't deliver, and then points to legal disclaimers. When deceptive business practices and fraudulent and misleading tactics are being used, such disclaimers become null and void. Obviously I agreed to pay $34,995 for something and any company that has countless complaints online at rip off reports among others with students discussing class action definitely has some issues that need to be resolved rather than brushed under the rug. I find this especially troubling when Mr. Mahoney stated that "Trump University programs are provided for training and educational purposes only!" Yes, this is what I have been asking for all along. I am not asking them to do deals for me or make financial promises but instead promise to teach me thoroughly, correctly, and ethically as they promised

BBB Complaint ID: 7992638 (97075 - 1694523)

EXHIBIT __A__ PAGE 31

Exhibit 2
- 26 -

from day one!

8.     Mr. Mahoney lastly claimed that Mr. Lignell has decided to buy me out of the Las Vegas property due to my demands. Either Mr. Mahoney or Mr. Lignell in this case is lying as Mr. Lignell claimed he was going to try to find another buyer for me but never mentioned himself.

BBB Complaint ID: 7H92638 (97075 - 1694523)

EXHIBIT _A_ PAGE 32

Exhibit 2
- 27 -

EXHIBIT 3

Exhibit 3
- 28 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA


TARLA MAKAEFF,                     )    <u>10CV0940-IEG</u>
          PLAINTIFF,               )
                                   )
VS.                                )    SAN DIEGO, CA
                                   )    AUGUST 4, 2010
TRUMP UNIVERSITY, LLC, *ET AL.*,   )    11:00 A.M.
          DEFENDANTS.              )



TRANSCRIPT OF MOTION HEARING

BEFORE THE HONORABLE IRMA E. GONZALEZ

UNITED STATES DISTRICT CHIEF JUDGE



<u>APPEARANCES</u>:

FOR THE PLAINTIFF:      ZELDES & HAEGGQUIST, LLP
                        BY:  AMBER L. ECK, ESQ.
                             HELEN I. ZELDES, ESQ.
                        625 BROADWAY, SUITE 906
                        SAN DIEGO, CA  92101

FOR DEFENDANT TRUMP:    YUNKER & SCHNEIDER
                        BY:  DAVID K. SCHNEIDER, ESQ.
                        655 W. BROADWAY, SUITE 1400
                        SAN DIEGO, CA  92101

COURT REPORTER:         FRANK J. RANGUS, OCR
                        U. S. COURTHOUSE, RM. 4194
                        940 FRONT STREET
                        SAN DIEGO, CA  92101
                        (619) 531-0171


PROCEEDINGS RECORDED BY ELECTRONIC STENOGRAPHY; TRANSCRIPT
PRODUCED BY COMPUTER.

Exhibit 3
- 29 -

1          MR. SCHNEIDER:  YES, YOUR HONOR.

2          I THINK IT'S A TWO-STEP ANALYSIS.

3          IF WE'RE NOT A PUBLIC FIGURE, THEN THERE'S A

4    PRESUMPTION OF DAMAGES, AND I THINK WE'VE MET OUR BURDEN.  AS

5    I MENTIONED A MOMENT AGO, THE CASE LAW IS CLEAR THAT

6    DEFAMATION *PER SE*, ACCUSING SOMEONE OF A CRIME, IS, THERE'S A

7    PRESUMPTION OF DAMAGES.  SO WE'VE MET THAT BURDEN.

8          IF WE MUST SHOW ACTUAL MALICE, I AGREE IT'S A MUCH

9    TOUGHER CALL TO GET INSIDE OF MISS MAKAEFF'S HEAD AND KNOW AT

10   THE TIME THAT SHE DID NOT REASONABLY BELIEVE THE STATEMENTS

11   THAT SHE WAS MAKING WERE TRUE.  I THINK THE REASON THAT THE

12   SHARON DECISION STATES THAT YOU CAN USE CIRCUMSTANTIAL

13   EVIDENCE IS BECAUSE IT IS SO DIFFICULT TO GET INSIDE OF THE

14   DECLARANT'S MIND AT THE TIME.

15         I DO THINK THAT IT IS SIGNIFICANT, THE TIMING AND

16   SEQUENCE OF THESE EVENTS, AND IT WASN'T JUST TWO MONTHS THAT

17   MISS MAKAEFF WAS SINGING THE PRAISES.  SHE WENT THROUGH ALL OF

18   THESE PROGRAMS, FILLED OUT ALL OF THESE EVALUATIONS, AND THEN,

19   IN APRIL, SHE WRITES HER LETTER, AND THIS WAS IN HER

20   SUPPLEMENTAL DECLARATION.  SHE ATTACHES A LETTER THAT SHE

21   WROTE TO MY CLIENT.  SO SHE'S BEEN IN THE PROGRAM EIGHT

22   MONTHS, AND IN THAT LETTER SHE SAYS THINGS LIKE COUNSEL SAYS

23   TODAY, THAT SHE FELT LIKE SHE WASN'T GETTING ALL THAT SHE

24   THOUGHT SHE WAS GOING TO GET, OR SHE THOUGHT SHE WAS GOING TO

25   GET MORE INSTRUCTION ABOUT A, B, AND C, OR SHE WASN'T SURE IF

Exhibit 3
- 30 -

# EXHIBIT 4

| | |
|---|---|
| **From:** | Tarla Makaeff |
| **To:** | Justin Kramer |
| **Sent:** | 10/1/2008 8:35:19 PM |
| **Subject:** | RE: Welcome aboard Tarla, you'll be fun to watch you succeed |

Beautiful! Thank you for that quote and your words of encouragement. I will give 110 percent to make myself and all of you proud! :)

PS-I'd love to send a thank you to mccay as well. Do you have his email?


-----Original Message-----
From: Justin Kramer <jkramer@prospering.com>
Sent: 10/1/2008 7:17:43 PM
To: bambooer@hotmail.com <bambooer@hotmail.com>
Subject: Welcome aboard Tarla, you'll be fun to watch you succeed


Dear Tarla,

I wanted to personally take a moment and congratulate you as a new member of our elite mentoring group. I want you to expect great results to happen. Take the time necessary to absorb the information from our coaching staff and implement it into your business over the next year.

I feel that you are an exceptional candidate! I truly look forward to your progress in achieving the level of success you desire and deserve.

I would like you to begin this exciting educational journey with the following thought - From me to You.

Our deepest fear is not that we are inadequate. Our deepest fear is that we are powerful beyond measure. It is our light, not our darkness, that most frightens us.

We ask ourselves: Who am I to be brilliant, talented, and of great value? You are a child of God. You are of great worth to the world, to your family, and always to yourself.

Your playing small does not serve the world.

We are born to make manifest the glory of God that is within us. It is within us. It is not just in some of us. It is in everyone.

When we let our own light shine we unconsciously give other people permission to do the same.

"As we are liberated from our own fear our presence automatically liberates others."-Nelson Mandela

Sincerely,

Justin Kramer
Trump University Coaching
800-370-4654 ext.4040 -office
jkramer@trumpuniversitycoaching.com

-----Original Message-----
From: Tarla Makaeff [mailto:bambooer@hotmail.com]
Sent: Tuesday, September 30, 2008 8:38 PM
To: Justin Kramer
Subject: RE: here is the email I was speaking about, Tarla

I made it!!! Thank you so so much for your recommendation. I really appreciate it :) I can't wait to get started!!! Yeah :)

TU-MAKAEFF5029

Exhibit 4
- 31 -

```
-----Original Message-----
From: Justin Kramer <jkramer@prospering.com>
Sent: 9/30/2008 6:18:30 PM
To: bambooer@hotmail.com <bambooer@hotmail.com>
Subject: here is the email I was speaking about, Tarla
```

Hello Tarla,

My name is Justin Kramer, from Trump University's Educational
Department. We are the ones that are responsible for creating the
success stories that are used in Mr. Trump's marketing and I have been
assigned your application. I will assist you in the process of looking
to build your real estate portfolio.

We are currently looking for people, like yourself, that are serious
about building a successful business to offer them an opportunity to be
considered for Mr Trump's coaching challenge.

If you are selected, you will work one on one with on of the 7 Trump
University Coaching mentors long enough to learn how to develop a highly
profitable real estate portfolio. These professionals are experts, who
will take you through ever aspect of building your portfolio. We will
also give you the techniques, strategies, and knowledge that isn't
taught to the general public, exclusive shared with these students

Tarla, to participate in this challenge, you must go through a 2-part
interview process. We do this to ensure we work with the best
individuals to achieve the highest level of success. As you may know,
Donald Trump hates to fail. We then may use your success as a
testimonial for Mr. Trump to document the Challenge.

During the interview process, you will have all of the facts and figures
to be able to determine if this is the best route for you to achieve
your goals. We will also be certain YOU are the right fit for THIS,
willing and able to do your part, to be successful.

To be considered for this unique opportunity you must contact me in a
reasonably short time to schedule an interview. (Of course we want to
know it is important to you)

Here are some of the questions that we will go over in the interview:

1) Explain your current financial situation! Are you comfortable
with it?
2) What is a 90 day, 6 month and 12 month financial goal as it
pertains to your business?
3) What are your long-term goals? Why are they so important to you?
4) Why are you motivated right now to make changes?
5) How would a mentor help you reach your goals?
6) What are your weaknesses in creating your business? What are your
strengths?
7) How will you give back to your community once you have achieved
your goals?
8) Why do you feel you should be selected to work with a mentor
(what sets you apart from someone else)?

Below are some websites you can become familiar with to understand Trump
University Coaching. I would suggest going through the websites and
reading the success stories.

www.trumpucoaching.com <http://www.trumpucoaching.com/> If you somehow
don't know much about Donald Trump's investments and success feel free
to go to; www.trump.com <http://www.trump.com/>

I look forward to speaking with you, Tarla.

TU-MAKAEFF5030

Exhibit 4
- 32 -

Regards,

Justin Kramer
Mentorship Division
1-800-370-4654 (4040)
Jkramer@trumpuniversitycoaching.com
<mailto:Jkramer@trumpuniversitycoaching.com>

This message (and any associated files) is intended only for the use of
the individual or entity to which it is addressed and may contain
information that is confidential, subject to copyright or constitutes a
trade secret. If you are not the intended recipient you are hereby
notified that any dissemination, copying or distribution of this
message, or files associated with this message, is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer. Messages
sent to and from us may be monitored.

Internet communications cannot be guaranteed to be secure or error-free
as information could be intercepted, corrupted, lost, destroyed, arrive
late or incomplete, or contain viruses. Therefore, we do not accept
responsibility for any errors or omissions that are present in this
message, or any attachment, that have arisen as a result of e-mail
transmission. If verification is required, please request a hard-copy
version. Any views or opinions presented are solely those of the author
and do not necessarily represent those of the company.
This message (and any associated files) is intended only for the
use of the individual or entity to which it is addressed and may
contain information that is confidential, subject to copyright or
constitutes a trade secret. If you are not the intended recipient
you are hereby notified that any dissemination, copying or
distribution of this message, or files associated with this message,
is strictly prohibited. If you have received this message in error,
please notify us immediately by replying to the message and deleting
it from your computer. Messages sent to and from us may be monitored.

Internet communications cannot be guaranteed to be secure or error-free
as information could be intercepted, corrupted, lost, destroyed, arrive
late or incomplete, or contain viruses. Therefore, we do not accept
responsibility for any errors or omissions that are present in this
message, or any attachment, that have arisen as a result of e-mail
transmission. If verification is required, please request a hard-copy
version. Any views or opinions presented are solely those of the author
and do not necessarily represent those of the company.

TU-MAKAEFF5031

Exhibit 4
- 33 -

# EXHIBIT 5

Exhibit 5
- 34 -

Subj:      **Trump University assignment**
Date:      10/26/2007 4:24:55 P.M. Eastern Daylight Time
From:      JScorup@trumpuniversitycoaching.com
To:



**TRUMP UNIVERSITY**
We Teach Success.

Merle,

This assignment is for the benefit of the Senior Executive. It will help him to determine if you have the qualifications that we are looking for in order for us to invest the time, resources, and effort into your training in Trump University's one-on-one mentoring program.

Where are you now in your life and what has gotten you there?  What do you like and what do you not like about your current situation?

What are you looking to change about your life (short-term and long-term goals)?

Why do you want to invest in real estate?

What benefits do you see in working with an expert?

Why Trump University?

How will you give back to your community?

Why should we select you?

Please have these questions answered and sent back to me before our next conversation.

Make sure you look through these links, especially the faculty link, so you can see the credentials of the individuals involved in the university.

www.trumpuniversity.com/company/faculty.cfm
www.trumpuniversity.com/company/management.cfm
www.trumpuniversity.com/company/aboutus.cfm
www.trumpuniversity.com/company/philosophy.cfm

Best Regards,

Jason Scorup
Business Consultant
1-800-370-4654 ext 4075

Sunday, October 28, 2007 America Online: (

# EXHIBIT 6
## [Filed Under Seal]

# EXHIBIT 7

Exhibit 7
- 209 -

Rough Transcript

Page 1

1            UNEDITED DRAFT

2    PROVISO:  This DRAFT transcript is

3    unedited/uncertified.  As such, it may contain

4    computer-generated mistranslations of stenotype

5    code, reporter's notes, electronic transmission

6    errors resulting in nonsensical word

7    combinations or untranslated stenotype symbols

8    which cannot be deciphered by persons untrained

9    in stenotype theory.

10   Citing from uncertified draft work product is

11   prohibited pursuant to CCP Section 2025(r)(2).

12   Copying prohibited pursuant to Government Code

13   699549(d).

14   An uncertified transcript may only be distributed

15   to ordering parties to the case.  Upon acceptance

16   of the delivery of this electronic draft, client

17   acknowledges, dissemination of such is prohibited

18   to anyone not affiliated with his/her law firm.

19                        ---

20

21

22

23

24

25                                        10:22

Exhibit 7
- 210 -

Rough Transcript

Page 12

1          UNEDITED DRAFT

2     clothes were stolen from you?

3          MS. ECK:  Object.

4          THE WITNESS:  It was my mother.  I --

5          MS. ECK:  Objection.  Relevance.          10:33

6          THE WITNESS:  It was my mother.  I

7     don't know what she did.  I was a child.

8          Q.  So your mother stole your clothes

9     from you?

10         A.  No, that's not what I said.          10:34

11          I was said I was at a modeling

12    competition, there were like lockers or something

13    like that, I had my clothes there, and my clothes

14    got stolen.

15          You asked if I had called the police     10:34

16    and I said I don't know because I was a child and

17    I was there with my mother.  I wasn't -- a ten

18    year old is not going to call the police so I

19    don't really know what you're getting at.

20         Q.  Do you know if your mother called the   10:34

21    police?

22         A.  I have no idea.

23         Q.  Have you ever heard or read something

24    discussing someone being convicted of a grand

25    larceny?                                        10:34

Exhibit 7
- 211 -

Page 13

                    UNEDITED DRAFT

1
2       A.  Yes I have.

3       Q.  And in those situations where you

4   heard or read something about someone being

5   convicted of grand larceny, what was the                10:34

6   underlying event that led to the conviction?

7       A.   My understanding of -- I can't think

8   of a specific example, but my understanding of

9   the word grand larceny is grand theft, taking

10  something of a considerable amount of value, such       10:34

11  as money, and then either tricking someone into

12  getting it or not delivering anything in return

13  for it.

14          And that's what I feel I have -- what

15  happened at Trump University.  I feel like I was         10:34

16  tricked into spending a lot a large amount of

17  money, and I didn't receive the complete real

18  estate education they told me I would.

19      Q.  Before writing your letter to Bank of

20  America, had you ever read or heard about someone        10:35

21  being convicted of grand larceny for selling a

22  product to a consumer that the consumer then

23  complained was defective?

24      A.  No.

25      Q.  Before writing your letter to Bank of            10:35

Exhibit 7
- 212 -

Rough Transcript

Page 14

1                    UNEDITED DRAFT

2      America, had you ever read or heard about someone

3      being convicted of grand larceny because they

4      agreed to provide a service to the customer, and

5      after providing that service, the customer was          10:35

6      not happy about it?

7          A.  No.  But that's not what happened

8      here.  It's not that I was unhappy.  It's that

9      this -- there was a lot of fraud going on and

10     this is a scam.                                          10:35

11         Q.  So your answer was no to my question;

12     correct?

13         A.  No, it was a scam.

14         Q.  I'm not asking you about Trump

15     University right now.  So please just answer the         10:35

16     question I'm asking you.

17             Before writing your letter to Bank of

18     America, had you ever read or heard about someone

19     being convicted of grand larceny because they

20     agreed to provide a service to a customer and            10:35

21     after providing that service, the customer was

22     unhappy with it?

23         A.  No.

24         Q.  And it's your belief that Trump

25     University committed grand larceny; correct?             10:36

Exhibit 7
- 213 -

Rough Transcript

Page 21

1              UNEDITED DRAFT

2    believed based on the things that I told him,

3    that identity was committed or that crime was

4    committed, and that was my understanding.

5              And it involved -- when I initially      10:41

6    signed up with Trump University coaching, I

7    filled out -- I went to the Trump University

8    website I clicking on a link it took me to Trump

9    University website, I still thought it was the

10   same company, I filled out an online form,        10:41

11   including financial -- well, there wasn't

12   financial information there.  I filled out an

13   online form and within hours they e-mailed me

14   someone from there, Justin Kramer I believe from

15   Prosper or Trump University coaching, however,     10:41

16   you want to refer to it, and in the e-mail they

17   asked detailed financial and personal

18   information.  They put me on a three hour phone

19   call with them with all this reverse psychology

20   am I good enough to join their program, is this    10:41

21   really for me, and then by the end of it, they

22   dropped out of the sky this $9,495 price tag just

23   as Trump University had done in their courses and

24   I told them I couldn't afford it because I just

25   spent $35,000, I just needed extra help at which   10:42

TSG Reporting - Worldwide   877-702-9580

Exhibit 7
- 214 -

Rough Transcript

Page 22

UNEDITED DRAFT

1
2   point they told me that I didn't have to worry

3   about that because they could pre-approve me for

4   an HSBC Prosper Learning credit card, so they

5   took the financial information I had given them        10:42

6   in an e-mail and they took it without my

7   authorization and they got me an HSBC credit

8   card.  And to me that's, in essence, using my

9   identity and my personal financial information to

10  open a credit card.                                    10:42

11      Q.  And during that conversation, did you

12  tell them you did not want them to open a credit

13  card?

14      A.  I can't recall what happened in the

15  conversation.  All I can recall is they hot          10:42

16  flashed me over to HSBC.  Suddenly I had a credit

17  card.  I never authorized to give my information

18  to anyone.  I'm very personal.  I don't like my

19  information given out.

20      Q.  And once they told you you were             10:42

21  qualified for a credit card, you told them they

22  could go ahead and open that credit card;

23  correct?

24      A.  No.  My understanding was when it was

25  pre-approved, they had opened the card already.      10:42

Exhibit 7
- 215 -

Rough Transcript

Page 23

1                    UNEDITED DRAFT

2          Q.  And did you tell them don't open the

3    card under my name?

4          A.  No, I didn't say that.

5          Q.  And you authorized them to charge an      10:43

6    amount to that credit card during that

7    conversation, didn't you?

8          A.  I didn't authorize them to charge

9    anything.  They basically said we have a way of

10   helping you to pay or for this, and then they      10:43

11   opened this card and then the charge was on there

12   and then I got the first bill.

13         Q.  And during that conversation you

14   consented to them charging that credit card,

15   didn't you?                                        10:43

16            MS. ECK:  Objection.  Misstates the

17   witness's testimony.

18            THE WITNESS:  I'm not sure what

19   you're trying to get at.

20         Q.  You agreed to sign up for the program    10:43

21   during that conversation; correct?

22         A.  I agreed to sign up for the program

23   after three hours of being -- using reverse

24   psychology and being berated, yes, on the phone

25   telling me that am I good enough for their         10:43

Exhibit 7
- 216 -

Rough Transcript

1                    UNEDITED DRAFT

2      that brain wash you, I mean, there's no other way

3      for me to put it.

4           Q.  And it's your belief that Trump

5      University sole your identity; correct?          10:48

6           A.  I said Trump University coaching.

7           Q.  So Trump University you acknowledge

8      that Trump University did not steal your

9      identity?

10          MS. ECK:  Objection.  Misstates the          10:48

11     witness's testimony.

12          THE WITNESS:  In this particular

13     instance I'm talking about Trump University

14     coaching Okay.

15          Q.  So you agree with me that Trump          10:48

16     University did not steal your identity?

17          MS. ECK:  Objection.  Vague as to

18     time.

19          THE WITNESS:  I was always speaking

20     about Trump University coaching and in some of    10:48

21     the letters if it's it said Trump University//.

22     Process superior/TRUM IENS TUT/coaching it was

23     because I don't know who was relevanted to whom I

24     don't know this these are all KWAETS are all

25     enter related or they are not so I don't know if   10:48

TSG Reporting - Worldwide    877-702-9580

Exhibit 7
- 217 -

Rough Transcript

Page 30

1                    UNEDITED DRAFT

2      Trump University is included in that I have no

3      way it's only to speculate I have no clue how the

4      company's are created or what kind of

5      corporations they are under.                    10:49

6           Q.   Okay.  Spite your lack of knowledge

7      about how the corpse KORMGSs are formed you know

8      that Trump University did not steal your

9      identity; correct?

10          A.   Yes, I wasn't speaking about anything   10:49

11     that happened in the 35 thousand course when I

12     was writing my letters some of the terms were

13     could MINGeld like said because of all the

14     different companies that allegation was for Trump

15     University coaching.                             10:49

16          Q.   So is it your belief, as you sit here

17     today, that Trump University coaching stolen your

18     identity?

19          A.   Yes, it is.

20          Q.   And it's not your belief that tough    10:49

21     sole your identity; correct?

22          A.   No it's not, however, there are

23     instances online of somebody complaining that

24     Trump University did interest steal their

25     identity.                                        10:49

TSG Reporting - Worldwide   877-702-9580

Exhibit 7
- 218 -

Rough Transcript

Page 31

1                    UNEDITED DRAFT

2          Q.   And tell me about those instances

3    online?

4          A.   There's a woman named RHONDA.  DUFFY

5    who is one of the top sales Realtors or Realtor          10:49

6    NZ a salesperson in Georgia and she has a opposed

7    to online WR she claimed that James Harris used

8    her name and Trump real estate courses saying

9    that she had been broke and they Trump University

10   is the one who made her the successful Realtor          10:50

11   that she is and in that post she somebody had AKD

12   contacted her from Trump University a student and

13   some student told me this I didn't even hear of

14   Trump University I don't don't know this is not

15   the case I hope that they don't continue to             10:50

16   problem gate lies lying like this something to

17   that effect it's online somewhere I had read

18   that.

19         Q.   So had you read online an instance

20   where Rhonda Duffy had posted complaining that          10:50

21   Trump University was using testimonials about her

22   that were untrue?

23         A.   She she, yeah, basically her identity

24   it's like saying that she was there sand she

25   wasn't.                                                  10:50

TSG Reporting - Worldwide   877-702-9580

Exhibit 7
- 219 -

Rough Transcript

Page 32

1                  UNEDITED DRAFT

2          Q.   Okay.   And so you think that mean

3    that's RD's identity was stolen by tough?

4          A.   I think that her identity was

5    misused, yeah,s how else would you SCOMBLAN that        10:51

6    if he's not going this there and she's not the

7    person that she was never there, yeah.

8          Q.   So you would consider that instance

9    to be identity theft?

10         A.   Yes.                                          10:51

11         Q.   Did you do any research before

12   writing to Bank of America regarding the terms

13   identity theft?

14         A.   Like I mentioned to you, I had

15   discussions with my ex~ boyfriend who was highly        10:51

16   knowledge automobile there's also a lot of

17   information in this legal code about which I feel

18   is enter related to identity theft theft with

19   opening of the credit cards without approval

20   there's a lot of information in here about that.        10:51

21   I don't know if the word identity theft is in

22   here, again, because there's a lot of pages, but

23   I did do reach on everything that I wrote by

24   either talking to people having my own knowledge

25   or actually going online and looking at code from       10:52

Exhibit 7
- 220 -

Rough Transcript

Page 33

1                    UNEDITED DRAFT

2       did you talk to anybody else about the meaning of

3       the terms identity theft aside from Walter

4       Graves.

5              A.  No.                                    10:52

6              Q.  Not your criminal attorney Vince?

7              A.  No, because I had finished with him

8       that -- that was in July that was three -- two

9       months prior to this.  I wasn't about to, you

10      know, I already spent $1,500 talking to him.  I    10:52

11      felt like I had a good grasp on the terms and I

12      didn't think it would make sense to incur an

13      additional amount to speak with him when I

14      thought I had already -- I felt like I had looked

15      up legal code and what I was saying was correct    10:52

16      to my knowledge.

17              These were private letters to the

18      banks.  They weren't posted anywhere.  It's

19      between me and the bank, and it was explaining to

20      them what happened because in order for them to    10:53

21      listen, I had to un -- relay to them the

22      seriousness of the matter.

23          Q.  So you felt you needed to accuse

24      Trump University of felonies in order to convey

25      the seriousness of the matter; correct?           10:53

TSG Reporting - Worldwide   877-702-9580

Exhibit 7
- 221 -

Rough Transcript

Page 71

UNEDITED DRAFT

1

2      A.   I thought it was related to Trump

3   University that it was part it was a an affiliate

4   a subsidiary the same thing.

5      Q.   Okay.   A and subsidiary is different      11:58

6   THANT same THIPG you understand that?

7        MS. ECK:   Objection.   Calls for a

8   legal conclusion.

9      Q.   Do you understand an affiliate and a

10   subsidiary to be different than being the same      11:58

11   YEPT?

12      A.   Yes what I'm saying is I do not to

13   this day and I did not at that day have any idea

14   how THEEDZ are all enter related, but they have

15   all you'd same names so you can describe it OUFR   11:58

16   you want I still don't know to this day.

17      Q.   Okay.

18      A.   So my impression was that Trump

19   University coaching and Trump University were

20   part of the same company.                          11:58

21      Q.   And you understood those to be two

22   different names, though; correct two different

23   locations?

24      A.   They were not two different they were

25   the same name with coaching added to one of them   11:58

Exhibit 7
- 222 -

Rough Transcript

Page 72

UNEDITED DRAFT

1   FWL KAFRJT they had two different offices that

2   doesn't mean it can't be the same company

3   companies have many offices ARNT world in

4   different cities.                                    11:59

5          Q.   So when you told me earlier because

6   you didn't get enough information from tough yes?

7          A.   Okay.  FWL so when you sought out you

8   understood you were seeking out something

9   different; correct.                                  11:59

10         MS. ECK:  Objection.  Misstate the

11  witness APDZ testimony.

12         THE WITNESS:  No all I all I

13  understood was that I was seeking out additional

14  coaching -- coaching and then that was apparently  11:59

15  I thought the coaching arm if you will of Trump

16  University.

17         Q.   Okay.  So when you wrote in your

18  letter to Bank of America that identity theft was

19  committed to you, you meant that to refer to the    11:59

20  coaching arm of Trump University; correct?

21         A.   Yes who I thought was also part of

22  Trump University.

23         Q.   What does the word FELONI US mean to

24  you?                                                 12:00

Exhibit 7
- 223 -

Page 73

1                    UNEDITED DRAFT

2         A.  Criminal.

3         Q.  Anything else is there anything

4    disTIVENGS between fell anys or miss de mean or

5    in your mind?                                    12:00

6            MS. ECK:  Objection.  Calls for a

7    legal conclusion.

8            Go ahead

9            THE WITNESS:  I mean, I'm not an

10   attorney.  So I know that it a M is a alsoer     12:00

11   charge than a felony.

12        Q.  Okay.  And win used the word felony Y

13   US to you NAEN to refer it a felony charge?

14        A.  No I believe FF means criminal

15   activity.                                        12:00

16        Q.  You are a writer; correct?

17        A.  Yes.

18        Q.  And you knew that the posting of ban

19   yes SIENDZ that was a if you would have been

20   convicted of something it would have been a MM   12:00

21   offense; correct?

22        A.  That's correct.

23        Q.  Trump University instructed to you

24   consult with local counsel before posting ban

25   that's correct signs?                            12:00

Exhibit 7
- 224 -

# EXHIBIT 8
**[Filed Under Seal]**

# EXHIBIT 9

Exhibit 9
- 228 -

EXHIBIT 4
WIT: Donnelly
DATE: 11-2-12
Micheal A. Johnson, CSR, CRR



# TRUMP UNIVERSITY
## Marketing Guidelines

TU-DONNELLY0000001

Exhibit 9
- 229 -



The purpose of this document is to define and establish Trump University's branding strategy across all communication mediums both in visual and copy form. The strategy in this document should be used as a reference when marketing Trump University, as well as our products and services both to the press and the general public.

TU-DONNELLY0000002

Exhibit 9
- 230 -



TU-DONNELLY0000003

Exhibit 9
- 231 -

# Visual Guidelines

The following pages outline how

to use Trump University's logos

and other visual elements for print,

online marketing, advertising, and

promotional materials for TrumpU.

Strict compliance by our Stategic

Partners, Third-Party Vendors and

Freelance Professionals is required.

TU-DONNELLY0000004

Exhibit 9
- 232 -

# 4-Color Logo - Version 1



**Version 1 - Logo with Tagline**
Always have 1/4 inch minimum of equal white space on all sides.



**Version 1 - Logo with Tagline on Colored Background**
Always have 1/4 inch minimum of equal white space on all sides.
Version 1 should only be used on light colored backgrounds.

**Tagline Color -** 30% Cyan, 100% Magenta, 85% Yellow, 37% Black       

 **TRUMP UNIVERSITY**
We Teach Success.                    WWW.TRUMPUNIVERSITY.COM                    © COPYRIGHT 2007

TU-DONNELLY0000005

Exhibit 9
- 233 -

# 4-Color Logo - Version 2



**Version 2 - Logo on 2 Lines**
Always have 1/4 inch minimum of equal white space on all sides.



**Version 2 - Logo on 2 Lines Reverse**
Always have 1/4 inch minimum of equal white space on all sides.



**The Shield**
The Trump University shield may be used on its own, ONLY in areas where the logo will not fit. (For Example: Binder, Book or CD/DVD Spines.) The complete logo MUST appear somewhere on the document.

 TRUMP UNIVERSITY
We Teach Success.

WWW.TRUMPUNIVERSITY.COM

© COPYRIGHT 2007

TU-DONNELLY0000006

Exhibit 9
- 234 -

# 1-Color Logo - Black



**Version 2 - Logo on 2 Lines**
Always have 1/4 inch minimum of equal white space on all sides.



**Version 2 - Logo on 2 Lines Reverse**
Always have 1/4 inch minimum of equal white space on all sides.



**The Shield**
The Trump University shield may be used on its own, ONLY in areas where the logo will not fit. (For Example: Binder, Book or CD/DVD Spines.) The complete logo MUST appear somewhere on the document.

 TRUMP UNIVERSITY
We Teach Success.          WWW.TRUMPUNIVERSITY.COM          © COPYRIGHT 2007

TU-DONNELLY0000007

Exhibit 9
– 235 –

# 4-Color Logo - Version 3









**Version 3 - Logo Stacked**
Always have 1/4 inch minimum of equal white space on all sides.

 TRUMP UNIVERSITY
We Teach Success.          WWW.TRUMPUNIVERSITY.COM          © COPYRIGHT 2007

TU-DONNELLY0000008

Exhibit 9
- 236 -

# Trump University Logo Usage



**Version 1 - Logo with Tagline**
Use this version in all cases where large horizontal space is available.







**Version 2 - Logo on 2 Lines**
Use this version in all cases where horizontal space is limited but vertical space is available.







 WWW.TRUMPUNIVERSITY.COM                © COPYRIGHT 2007

TU-DONNELLY0000009

Exhibit 9
– 237 –

# Trump University Logo Usage



**Version 3 - Logo Stacked**
Use this version in all cases where horizontal
space is limited but vertical space is available.










TU-DONNELLY0000010

Exhibit 9
- 238 -

# TrumpU Logo Usage

# TRUMPU

Example 1



Example 2



 TRUMP UNIVERSITY
We Teach Success.

WWW.TRUMPUNIVERSITY.COM

© COPYRIGHT 2007

TU-DONNELLY0000011

Exhibit 9
- 239 -

# Font Usage & URL Treatment

## TRAJAN PRO BOLD
### WWW.TRUMPUNIVERSITY.COM

## Frutiger Black
### www.TrumpUniversity.com

When writing the Trump University URL, the T in Trump and the U in Unversity must always be capitalized with no spaces; proceeded by www. and followd by .com, all lower case. See above.

---

## TRAJAN PRO
## Frutiger Bold - *Bold Italic*
## Frutiger Roman - *Italic*
## Frutiger Light - *Italic*

## Verdana Bold - *Bold Italic*
## Verdana - *Italic*

Limit fonts to ONLY the Trajan Pro and Frutiger families for Print and Verdana for Web.
Text should be aligned flush left, NEVER centered.

 **TRUMP UNIVERSITY** We Teach Success.     WWW.TRUMPUNIVERSITY.COM     © COPYRIGHT 2007

TU-DONNELLY0000012

Exhibit 9
- 240 -

# Donald J. Trump Approved Photographs








TRUMP UNIVERSITY
We Teach Success.

WWW.TRUMPUNIVERSITY.COM

© COPYRIGHT 2007

TU-DONNELLY0000013

Exhibit 9
- 241 -

# Copy Guidelines

The goal of our copy guidelines

is to ensure brand, tone and

message consistency across all

Trump University's marketing

efforts. If you are uncertain about

messaging or copy approach, please

do not hesitate to direct those

questions to The Trump University

Marketing Department.

TU-DONNELLY0000014

Exhibit 9
- 242 -

**About Trump University**

Trump University is not your typical learning institute and it does not yield typical results for its members either. But with a man like Donald Trump behind it, how could Trump University not help you produce anything other than exceptional results? Since 2005, Trump University has been helping people achieve the privileged lives they've always dreamed about, and we will help you too. We guarantee it. This is not a guarantee we take lightly. We realize that Trump University can only reach its goal of being "the best" unless our members achieve their goals.

**Tagline**

We Teach Success.

**Mission Statement**

Trump University's mission is to provide educational programs and tools to help our clients achieve financial independence. Our success is measured by the results that our clients achieve applying what they have learned from us in the real world.

**Trump University's Products and Services**

- The Marketing Mastery Program and The Entrepreneurship Mastery Program are referred to as "programs" or "comprehensive programs." They are not courses or classes.

- We offer real estate investor training via Trump University's School of Real Estate (we customize/personalize the right real estate investor training program for our members).

- Coaching is only referred to as coaching, never mentoring, or mentorship.

- We offer audio and online courses—some are instructor led, some are not.

- Retreats--2-3 day onsite training experiences with a top expert in the field.

- Seminars--1 or ½ day FREE learning events with a top expert in the field.

- Workshops—exclusive, members-only, 3 day training events with top experts in the field.

- Books

- Webinars—hour online and over the phone presentations led by a top expert in the field. Includes Q&A with participants.

 **TRUMP UNIVERSITY**  We Teach Success          WWW.TRUMPUNIVERSITY.COM          © COPYRIGHT 2007

TU-DONNELLY0000015

Exhibit 9
- 243 -

**The Trump University Community**
- Staff
- Faculty
- Instructors
- Program Directors (Trump University's Admissions Department)
- Consultants (Trump University's Admissions Department)
- Real Estate Experts
- Successful Entrepreneurs
- Business Investors

**Members**

We always refer to our members as members.

**Donald J. Trump**

- The first time you mention Mr. Trump in your copy, spell out his FULL name with initial. After that, you may use Donald Trump.

- Never refer to Mr. Trump as "The Donald."

- Never use Mr. Trump to sell. You may quote him, but don't use him as a "pitch man."

- Only used approved Trump quotes by Trump University.

- Emails should only come from Trump University.

**Catch Phrases/Buzz Words**

| | |
|---|---|
| Learn by doing | Practical |
| Tactical | Hands on approach |
| Immersive | We'll show you how |
| Real world education for the real world | Take action |
| Learn. Act. Succeed. | You can do this |
| Success | Goals |
| Financial freedom | Financial independence |
| Ivy League quality | Thriving community of members |
| Easy | Simple |
| Fast | |



TRUMP UNIVERSITY
We Teach Success.            WWW.TRUMPUNIVERSITY.COM            © COPYRIGHT 2007

TU-DONNELLY0000016

Exhibit 9
- 244 -

**Tone**
- Elitist
- Relevant
- Tough
- Respectful
- Confident
- Make TrumpU sound easy
- Always sell from a position of strength
- Think of Trump University as a real University, with a real Admissions process— i.e., not everyone who applies, is accepted
- Trump University is not about get rich quick schemes
- We are passionate about helping people achieve their vision of financial independence
- We are only as good as the results are members achieve
- We are with our members every step of the way (encouraging, supportive and full of guidance, experience and wisdom)
- Trump University is all about community
- Make copy very you-focused (it's always about them, not us)
- Focus on results
- Focus on the benefits of having Trump University on your side

**Usage of Trump University**

Always use Trump University whenever possible. However, if there are times in copy where TrumpU reads better, you may abbreviate. But never use TrumpU in a headline or sub-header, only in the meat of your copy. Example: (Header) Trump University is Your Portal to Riches (Meat Copy): TrumpU members are taking action and succeeding.

**Call to Actions**

Let's avoid "buy now." (We are selling education, not a set of steak knives.)

| Use terminology such as: | Enroll | Register | Apply |
|---|---|---|---|
| | Sign Up | Attend | Learn More |
| | Get Started | Start Now | Take Action |



TRUMP UNIVERSITY
We Teach Success.          WWW.TRUMPUNIVERSITY.COM          © COPYRIGHT 2007

TU-DONNELLY0000017

Exhibit 9
- 245 -

# IACET Logo and Statements

## Use of Authorized Provider Logo

Authorized Providers are encouraged to use the Authorized Provider logo and/or the CEU logo on their continuing education/training marketing or promotional materials for those units or programs of the organization that are authorized. Each provider will be given camera-ready copies of the logos for their use. Logos are also available as an electronic file. Use of the logos requires an accompanying statement (see next section).

  

## Approved Statements to be used by Authorized Providers

Upon approval, the provider will be assigned the most appropriate of the following statements for use on their promotional materials. The statement must be used when the logo is used.

### When approval is granted for the entire organization:

"The (organization) has been reviewed and approved as an Authorized Provider by the International Association for Continuing Education and Training (IACET), 8405 Greensboro Drive, Suite 800, McLean, VA 22102-5120. The (organization) has awarded (specific number) of CEUs to participants who successfully complete this program."

### When approval is granted for one unit of an organization:

"The (unit) of (organization) has been reviewed and approved as an Authorized Provider by the International Association for Continuing Education and Training (IACET), 8405 Greensboro Drive, Suite 800, McLean, VA 22102-5120. The (organization) has awarded (specific number) of CEUs to participants who successfully complete this program."

 TRUMP UNIVERSITY                WWW.TRUMPUNIVERSITY.COM                © COPYRIGHT 2007
We Teach Success.

TU-DONNELLY0000018

Exhibit 9
– 246 –

# Disclaimer/Legal Notice

While all attempts have been made to verify information provided in this publication, neither the Authors nor the Publisher assumes any responsibility for errors, inaccuracies or omissions. Any slights of people or organizations are unintentional.

This publication is not intended for use as a source of legal or accounting advice. The publisher wants to stress that the information contained herein may be subject to varying state and/or local laws and regulations. All users are advised to retain competent counsel to determine what state and/or local laws or regulations may apply to the user's particular business.

The purchaser or reader of this publication assumes responsibility for the use of these materials and information. Adherence to all applicable laws and regulations, both federal and state and local, governing professional licensing, is the sole responsibility of the purchaser or reader. The Authors and Publisher assume no responsibility or liability whatsoever on behalf of any purchaser or reader of these materials.

Real Estate investing, just like any other business, does contain risk. Real estate investors can both make and lose money on any given transaction. Like the stock market, poor decisions may result in the loss of all or part of an individual's working capital. Caution should always be used.

The Authors and Publishers are not giving any legal advice, nor functioning in any capacity as an attorney in this work. If legal or financial advice is needed, always consult a competent professional.

Foreclosure investing involves additional risk. You should seek the help of a competent attorney or professional for advice.

California has unique real estate laws. California investors should seek the help of a competent professional before undertaking any investing.

The information contained within the "Insert Name of Document" manual is protected under copyright laws of the United States. The material within this manual cannot be produced, copied, or redistributed without advanced express written permission of Trump University.

© Copyright 2007

Trump University
40 Wall Street, 32nd Floor
New York, New York 10005
Phone: 212.248.1800
Fax: 212.248.0782
www.TrumpUniversity.com

 TRUMP UNIVERSITY
We Teach Success.          WWW.TRUMPUNIVERSITY.COM          © COPYRIGHT 2007

TU-DONNELLY0000019

Exhibit 9
– 247 –



 **TRUMP UNIVERSITY**
We Teach Success:

40 Wall Street, 32nd Floor
New York, NY 10005
www.TrumpUniversity.com

TU-DONNELLY0000020

Exhibit 9
- 248 -

# EXHIBIT 10

Exhibit 10
- 249 -



THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

Deputy Commissioner                                    Tel: (518) 486-3633
Office of Higher Education                             Fax: (518) 486-2254
Room 977, Education Building Annex                     E-mail: jfrey@mail.nysed.gov
Albany, New York 12234

March 30, 2010

Donald Trump, Chairman
Trump University
40 Wall Street, 32nd Floor
New York, New York 10005

Dear Mr. Trump:

  I am writing regarding your corporation, Trump University LLC, which advertises and conducts business through the Web site, www.trumpuniversity.com. In the State of New York, "university" is a legally defined term that may not be used in the real or assumed name of a business corporation, or not-for-profit corporation without the prior written consent of the Commissioner of the State Education Department. Your Web site indicates that Trump University LLC maintains an address in and/or is located within New York State.

  Without proper authorization, the Board of Regents does not consent to use of the word "university" by an entity in a manner that suggests that it is an institution of higher education. Trump University LLC has not received authorization to use the word "university" by the Board of Regents and, after reviewing the information on the corporation's Web site about the purpose and operation of Trump University LLC, it is evident that it is holding itself out as an institution of higher education. Therefore, use of the word "university" by your corporation is misleading and violates New York State Education Law §224 (1) and §3.29 of the Rules of the Board of Regents (8 NYCRR §3.29). In light of this violation, I must ask you to immediately discontinue use of the word "university" in your corporation's name.

  Additionally, in the State of New York trade and business schools which charge tuition or fees for instruction, that are not otherwise exempt under Education Law §5001 (1), are required to be licensed or registered by the State Education Department. The State Education Department's Bureau of Proprietary School Supervisions (BPSS) is responsible for ensuring that the overall educational quality of non-degree granting proprietary schools provide students with the necessary skills to secure meaningful employment and that students' financial interests are protected while attending proprietary schools. Trump University LLC charges tuition and/or fees for instruction and may be required to be licensed pursuant to Education Law §5001 and its corresponding regulations found at 8 NYCRR Part 126.

CONFIDENTIAL

TU 129850

Exhibit 10
- 250 -

If Trump University LLC wishes to pursue degree authority in New York State, I refer you to the Web site of the Office of College and University Evaluation which contains a detailed description of the steps in this process. You can find this information at: www.highered.nysed.gov/ocue/alpr/Protocolforopeningacollege.htm.

Further, information on how to become a licensed proprietary school can be found at: www.highered.nysed.gov/bpss/forms_main.htm.

I request that you provide me with a written assurance that Trump University LLC will immediately cease from any further use of the word "university" and that you state your intentions regarding compliance with the relevant school licensing provisions of the Education Law and Commissioner's Regulations. I ask that you respond within 30 days of the date of this letter. If you have any questions, please feel free to contact me.

Sincerely,

Joseph P. Frey

cc:     Erin O'Grady-Parent, Esq.

CONFIDENTIAL

TU 129851

Exhibit 10
- 251 -

# EXHIBIT 11

Exhibit 11
- 252 -



**THE STATE EDUCATION DEPARTMENT** / THE UNIVERSITY OF THE STATE OF NEW YORK

Bureau of Proprietary School Supervision
Investigations & Audit Unit
116 West 32nd Street, 5th Floor
New York, New York 10001

Tel. (212) 643-4760
Fax (212) 643-4765
E-mail: Ekramer@mail.nysed.gov
Web site: www.highered.nysed.gov/bpss

June 15, 2010

Gillian Birnie
Director of Customer Service
Trump Educational Initiative
40 Wall Street, 32nd Floor
New York, NY  10005

Re: ▉▉▉▉▉▉
    File# 1000101, Trump University (Trump)

Dear Ms. Birnie:

This concerns the above-referenced complaint filed by ▉▉▉▉▉ against Trump University.

▉▉▉▉▉ enrolled in the Trump Gold Elite program on June 14, 2009 and attended training at a hotel on the east side of Manhattan.  She paid $36,590.00 for this course and a seminar and was extremely dissatisfied with the training.  It was not as advertised and she could not get the assistance that was promised.  ▉▉▉▉▉ has stated that she thought Trump was a real university and would not have enrolled if she had known otherwise.  She has requested a refund but was denied by Trump.  This has caused her great financial distress since she lost so much money and has nothing to show for it.

In a letter dated May 27, 2005 (copy enclosed), then Assistant Commissioner Frey notified Mr. Trump that use of the word "University" in your institution's name was illegal and he asked that the name "Trump University" be discontinued.  Since Trump had also been operating without a license, Mr. Frey mentioned our website where information about the operation of non-degree granting proprietary schools could be obtained.  More recently, Carole Yates, Director of this bureau had a telephone conversation with Michael Sexton, President of Trump, in which she notified him that a license would be required in order to offer training in this state.

Due to the unlicensed operation of Trump, which is a violation of Section 5001(1) of the Education Law, and the fact that it has never been an actual university, ▉▉▉▉▉ has a valid complaint.  Therefore, please issue a full refund of all monies received on her behalf.  You may "charge back" her 3 credit cards or pay her directly.  I ask that you issue the refund no later than July 1, 2010, with copies delivered to me on the same date.  In addition, all training by Trump in this state must cease until such time that a license is obtained from the Bureau of Proprietary

NYSED 000067

Exhibit 11
- 253 -

School Supervision.  All current students should be refunded.  Failure to comply with the Education Law may result in disciplinary action.

If you have any questions, please feel free to contact me.

Sincerely,

Edward G. Kramer
Supervising Investigator

Cc: Joseph P. Frey
     Carole Yates
     Monica Borden

Enclosure

NYSED 000068

Exhibit 11
- 254 -

# EXHIBIT 12

Exhibit 12
- 255 -





**THE STATE EDUCATION DEPARTMENT** / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

OFFICE OF HIGHER EDUCATION
Assistant Commissioner – Office of Quality Assurance
Room 977, Education Building Annex
Albany, New York 12234
E-mail: jfrey@mail.nysed.gov

Tel: (518) 486-3633
Fax: (518) 486-2254.

May 27, 2005

Donald Trump
Chairman
"Trump University"
The Trump Building
40 Wall Street, 33rd Floor
New York, NY 10005-1304

Dear Mr. Trump:

I am writing concerning the use of the name, "Trump University" by your corporation for the on-line education company advertised on the Web site, www.trumpuniversity.com.

Your Web site indicates that the address of "Trump University" is within New York State. In New York, only institutions authorized by the New York State Board of Regents to award degrees may use the words "college" or "university" in their names. New York State Education Law, §224(1), states that:

No individual, association, copartnership or corporation not holding university, college or other degree conferring powers by special charter from the legislature of this state or from the regents, shall confer any degree or use, advertise or transact business under the name university or college, or any name, title or descriptive material indicating or tending to imply that said individual, association, copartnership or corporation conducts, carries on, or is a school of law, medicine, dentistry, pharmacy, veterinary medicine, nursing, optometry, podiatry, architecture or engineering, unless the right to do so shall have been granted by the regents in writing under their seal.

The Board of Regents does not consent to the use of the word, "university," by other entities in ways that suggest that an entity is an institution of higher education. To implement §224(1)'s prohibition, §3.29 of the Rules of the Board of Regents (8NYCRR3.29) makes the following provisions:

(a) Except as provided in subdivisions (b) and (c) of this section, no individual proprietorship, association, co-partnership or corporation, other than the State University of New York and the City University of New York and their respective component institutions, a community college as defined in section 6301 of the Education Law, and an institution chartered by the Regents or by special act of the Legislature for the purpose of offering registered undergraduate and/or graduate courses of study creditable towards a degree, shall use the words "college" or "university" in its name.

(b) This section shall not apply to corporations which are now using the word "college" in their corporate names and which had used the word "college" in their corporate names prior to the enactment of chapter 378 of the Laws of 1892, or to individual proprietorships, associations, co-partnership or corporations which do not offer educational programs and whose name includes the word "college" or "university" in a context from which it clearly appears that such entity is not an educational institution.

The Regulations of the New York State Commissioner of Education define "university" in §50.1 (8NYCRR50.1) as follows:

(l) *University* means a higher educational institution offering a range of registered undergraduate and graduate curricula in the liberal arts and sciences, degrees in two or more professional fields, and doctoral programs in at least three academic fields.

After reviewing the information included on your Web site about the purpose and operation of "Trump University," and based on the relevant laws and regulations cited above, I must ask you to discontinue the use of the name, "Trump University." Written confirmation that you have discontinued the use of this name is requested within 30 days of the date of this letter.

If you are interested in offering non-credit courses under a different corporate name, information concerning the New York State requirements for the operation of a non-degree granting proprietary school are available on our Web site at: www.highered.nysed.gov/bpss.

Deputy Commissioner Johanna Duncan-Poitier has attempted, unsuccessfully, to reach Michael Sexton, the President of "Trump University," to discuss this matter, and to offer information and assistance on the requirements to operate a higher education institution in New York State. We would welcome the opportunity to speak with Mr. Sexton or someone else involved in the administration of "Trump University." Deputy Commissioner Duncan-Poitier can be reached at (518) 474-3862 or I can be reached at (518) 486-3633.

Sincerely,

Joseph P. Frey

c:     Johanna Duncan-Poitier
       Kathy A. Ahearn, Esq.

# EXHIBIT 13

Exhibit 13
- 258 -

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 21, 2010.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

TU0521000606

**CERTIFICATE OF AMENDMENT**
**OF**
**ARTICLES OF ORGANIZATION**
**OF**
**TRUMP UNIVERSITY LLC**

Under Section 211 of the Limited Liability Company Law

**FIRST:**   The name of the limited liability company is Trump University LLC. The company was originally organized under the name Trump University LLC.

**SECOND:** The Articles of Organization of the limited liability company were filed by the Department of State on October 25, 2004.

**THIRD:** The amendment of the articles of organization of the limited liability company effected by this certificate of amendment is as follows:

> The name of the limited liability company is to be changed from Trump University LLC to The Trump Entrepreneur Initiative LLC.

**FOURTH:** To accomplish the foregoing amendment, Article 1 of the articles of organization of the limited liability company, relating to the name of the limited liability company is hereby amended to read as follows:

> "First, the name of the limited liability company is The Trump Entrepreneur Initiative LLC".

Such change shall be deemed reflected throughout the articles of organization of the limited liability company, wherever the name Trump University LLC shall appear.

**IN WITNESS WHEREOF,** I have signed this document on the date set forth below and do hereby affirm, under penalties of perjury, that the statements contained therein have been examined by me and are true and correct.

Executed as of the 20th day of May, 2010.

_____
Donald J. Trump, Authorized Person

1

000521U00 686

# CERTIFICATE OF AMENDMENT
## OF
## ARTICLES OF ORGANIZATION
## OF
## TRUMP UNIVERSITY LLC

Under Section 211 of the Limited Liability Company Law

Filed by:

Lizebeth Kyprislidis
725 Fifth Avenue
25th floor
New York, NY 10022

ICC
STATE OF NEW YORK
DEPARTMENT OF STATE

MAY 2 1 2010

FILED
TAX $
BY:

2010 MAY 21  PM 1: 56

2

2010 MAY 21  PM 12: 13
RECEIVED

TU 01578

Exhibit 13
- 261 -