# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. 3:10-cv-0940-GPC (WVG) <br><br> ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL <br><br> [Dkt. No. 292.] |

On February 14, 2014, Plaintiff/Counter Defendant Tarla Makaeff submitted an application to file under seal certain portions of Plaintiff's Supplemental Brief Regarding Special Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim pursuant to California Code of Civil Procedure section 425.16 as well as Exhibits 6 and 8 to the Declaration of Rachel L. Jensen in Support thereof ("Jensen Declaration"). (Dkt. No. 292.)

Good cause appearing, the Court hereby GRANTS Plaintiff/Counter Defendant's motion pursuant to Local Rule 79.2 and the Parties' Protective Order entered on November 17, 2011, (Dkt. No. 91). Accordingly, the following documents which have

been designated as confidential shall be filed UNDER SEAL:

- Exhibits 6 and 8 to the Declaration of Rachel L. Jensen in Support of Plaintiff's Supplemental Brief.

- Certain portions of Plaintiff/Counter Defendant's Supplemental Brief quoting from Exhibits 6 and 8 to the Declaration of Rachel L. Jensen. See Dkt. No. 292.

Accordingly, the Clerk of Court is directed to **FILE UNDER SEAL** the exhibits and supplemental brief currently lodged at Dkt. No. 293.

**IT IS SO ORDERED.**

DATED: February 18, 2014

HONORABLE GONZALO P. CURIEL
UNITED STATES DISTRICT JUDGE