David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Jill A. Martin (CSB 245626)
c/o Trump National Golf Club Los Angeles
One Trump National Drive
Rancho Palos Verdes, California 90275
Telephone: (310) 303-3225
Facsimile: (310) 265-5522
Email: jmartin@trumpnational.com

Attorneys for Defendants,
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, et al., <br><br> Defendants. <br><br> AND ALL RELATED CROSS-ACTIONS. | Case No. 10cv0940GPC (WVG) <br><br> <u>CLASS ACTION</u> <br><br> **MOTION FOR LEAVE TO ALLOW THE NON – ELECTRONIC FILING OF A VIDEO AS AN EXHIBIT IN SUPPORT OF TRUMP UNIVERSITY'S SUPPLEMENTAL OPPOSITION** <br><br> DATE: March 28, 2014 <br> TIME: 1:30 P.M. <br> CTRM: 2D (Schwartz) |

Pursuant to Section 2k, Exhibits of the Southern District of California's Electronic Filing Administrative Policies and Procedures Manual, Trump University by and through its undersigned counsel, respectfully moves this Court for an order for leave allowing the non-electronic filing of a video as an exhibit in support of Trump University's Supplemental Opposition to Plaintiff/ Counter Defendant Makaeff's Supplement Brief Regarding Special Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim Pursuant to California Code of Civil Procedure §425.16.

Specifically, Trump University requests leave from the Court allowing Trump University to non-electronically file the following video on DVD:

1. TU 01546.mov [Tarla Makaeff]

Trump University previously met and conferred with Plaintiffs by email on November 13, 2012, regarding Trump University's request, prior to its previous filing of this same video. Plaintiffs' replied by email that they had no objection to filing this video non-electronically.

Dated: February 28, 2014

By: s/ Jill A. Martin
Jill A. Martin
Attorneys for Defendants
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP
Email: jmartin@trumpnational.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 28, 2014.

s/ Jill A. Martin
JILL A. MARTIN
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Tel: 310-303-3225
Fax: 310-265-5522

Email: jmartin@trumpnational.com

Case No. 3:10 CV 0940 GPC (WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)