1  David K. Schneider (CSB 139288)
2  YUNKER & SCHNEIDER
   655 West Broadway, Suite 1400
3  San Diego, California 92101
   Telephone: (619) 233-5500
4  Facsimile: (619) 233-5535
   Email: dks@yslaw.com
5
6  Jill A. Martin (CSB 245626)
   c/o Trump National Golf Club Los Angeles
7  One Trump National Drive
   Rancho Palos Verdes, California 90275
8  Telephone: (310) 303-3225
   Facsimile: (310) 265-5522
9  Email: jmartin@trumpnational.com
10
   Attorneys for Defendants,
11 TRUMP UNIVERSITY, LLC and
   DONALD J. TRUMP
12
13
                    **UNITED STATES DISTRICT COURT**
14
                 **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
15
16

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | Case No. 10cv0940GPC (WVG) |
| | CLASS ACTION |
| Plaintiffs, | **DECLARTION OF JILL A. MARTIN IN SUPPORT OF DEFENDANT/COUNTER CLAIMANT TRUMP UNIVERSITY'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF COUNTER-DEFENDANT MAKAEFF'S SPECIAL MOTION TO STRIKE DEFENDANT/COUNTER-CLAIMANT TRUMP UNIVERSITY'S COUNTERCLAIM PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE §425.16** |
| v. | |
| TRUMP UNIVERSITY, LLC, et al., | |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS. | |

Case No. 10cv0940GPC (WVG)
DECLARATION OF JILL A. MARTIN IN SUPPORT OF TRUMP UNIVERSITY'S OPPOSITION TO MAKAEFF'S MOTION TO STRIKE ITS COUNTERCLAIM

I, Jill A. Martin, declare:

1. I am an attorney at law, licensed to practice before the state of California courts and the Northern, Central, and Southern District of California District Courts. I am an in-house attorney for The Trump Organization and am counsel of record for defendants Trump University, LLC and Donald J. Trump. I make this declaration of my own personal knowledge, and if called to testify, I could and would testify competently to the facts stated herein.

2. I submit this declaration in support of Defendant/Counterclaimant Trump University's Supplemental Brief in Opposition to Plaintiff/Counter- Defendant Makaeff's Supplemental Brief Regarding Special Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim Pursuant to California Code of Civil Procedure §425.16.

3. Attached hereto are true and correct copies of the following Exhibits:

| Exhibit No. | Document Description | Page Nos. |
|---|---|---|
| 1 | Excerpts from the transcript of the deposition of Tarla Makaeff, taken on January 31, 2012 (Volume II) | 1-5 |
| 2 | Excerpts from the transcript of the deposition of Tarla Makaeff, taken on April 13, 2012 (Volume III) | 6-10 |
| 3 | Excerpts from the transcript of the deposition of Tarla Makaeff, taken on February 10, 2014 (Volume IV) ; **[filed under seal]** | 11-43 |
| 4 | TU-MAKAEFF5369, email from Eventide Partners to Tarla Makaeff dated November 9, 2009, Exhibit 24 to the deposition of Tarla Makaeff, Vol. IV, dated February 10, 2014 | 44-171 |
| 5 | TU-MAKAEFF4933, email string from Mike Kasper to Tarla Makaeff, Exhibit 4 to the Deposition of Tarla Makaeff, Vol. I, taken January 30, 2012 | 172-173 |

| Exhibit No. | Document Description | Page Nos. |
|---|---|---|
| 6 | TU-MAKAEFF3285, email string from Tarla Makaeff to teamtadpole@aol.com, dated September 30, 2008 | 174-176 |
| 7 | TU 13697, email from James Harris to Michael Sexton dated December 16, 2009, Exhibit 26 to the deposition of Tarla Makaff, Vol. IV taken on February 10, 2014; **[filed under seal]** | 177-181 |
| 8 | TU-MAKAEFF5524-25, email string from Tarla Makaeff to Eventide Partners dated December 3, 2009 | 182-184 |
| 9 | TU-MAKAEFF5218, email string from Tarla Makaeff to Eventide Partners dated December 3, 2009 | 185-187 |
| 10 | TU-MAKAEFF5780, email from Tarla Makaeff to Eventide Partners dated December 16, 2009 | 188-189 |
| 11 | TU-MAKAEFF5500, email string from Walter Grieves to Tarla Makaeff dated April 27, 2010 | 190-191 |
| 12 | TU-MAKAEFF5501, letter from Tarla Makaeff to Mr. Finley, Exhibit 21 to the deposition of Tarla Makaeff, Vol. IV, taken on February 10, 2014 | 192-197 |
| 13 | TU-MAKAEFF5241-5250, email from Tarla Makaeff to Eventide Partners dated December 14, 2009 | 198-208 |
| 14 | TU 0154.mov, a video testimonial of Tarla Makaeff and transcript of the video testimonial | 209-219 |

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed this 28th day of February, 2014 at Rancho Palos Verdes, California.

                                       s/ Jill A. Martin
                                       Jill A. Martin

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 28, 2014.

s/ Jill A. Martin
JILL A. MARTIN
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Tel: 310-303-3225
Fax: 310-265-5522

Email: jmartin@trumpnational.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)