# EXHIBIT "1"

Exhibit 1
-1-

```
 1        A.   I've never heard of that.                    10:52:20
 2        Q.   Did you use their conference call
 3   services?
 4        A.   I've never heard of any of these things
 5   you're talking about.                                   10:52:27
 6        Q.   Did you use the audio conference
 7   presentations?
 8        A.   Again, I've never -- nobody told me
 9   about any of this.  I've never heard of any of this.
10        Q.   How about the real estate investment         10:52:35
11   review courses?
12        A.   Never heard of it.
13        Q.   Would you look at -- you had testified
14   before we took a break that you essentially cut off
15   all contact with Trump University after someone from   10:52:46
16   the district attorney's office showed up at your
17   door?
18        A.   Yes.  About that -- at sometime around
19   that time.
20        Q.   When was that?                                10:52:58
21        A.   It was June or July 2009.  Yeah, 2009.
22        Q.   And the issue was that you had put out
23   bandit signs, and someone came to you and said that
24   you can't use those bandit signs?
25        A.   Yes.                                          10:53:15
```

Page 346

```
 1        Q.   And you had -- you hired a college          10:53:15
 2   student to put those out in approximately June of
 3   2009?
 4        A.   Or May perhaps, yes.
 5        Q.   All right.  Would you take a look at --     10:53:24
 6   in the Prosper documents there, TUC 374.
 7             Just so I'm clear, the bandit signs
 8   you're talking about, those said things like "We buy
 9   homes," is that right, with a phone number?
10        A.   That's correct.                             10:53:52
11        Q.   All right.  Will you look at the
12   paragraph underneath the sign there on "We buy
13   homes."  There's a paragraph, and it states, "The
14   only potential problems with signs is that some
15   cities have ordinances against putting up signs.      10:54:05
16   Make sure you check with the city first because you
17   could have your signs removed or a potential fine."
18             Do you see that language?
19        A.   Yes.
20        Q.   So, you had this document about eight or    10:54:15
21   nine months before you put up the bandit signs,
22   correct?
23        A.   If it was in the book that was provided
24   to me.
25        Q.   What effort did you make to contact the     10:54:25
```

Page 347

```
 1   city to see if signs were permitted in the way in        10:54:27
 2   which you were going to put them up?
 3        A.   I don't know if I saw this document
 4   prior to doing that.  Had I known that I would have
 5   been put in danger -- first of all, this mentions        10:54:35
 6   "You may have your signs removed or potential fine."
 7   It doesn't say anything about going to jail or being
 8   accused of a misdemeanor.
 9        Q.   Mrs. Makaeff, you didn't go to jail, did
10   you?                                                     10:54:50
11        A.   I was accused and told that I could go
12   to jail in the letter from the DA --
13        Q.   Miss Makaeff --
14        A.   -- and I could be --
15        Q.   Miss Makaeff, you didn't go to jail, did       10:54:56
16   you?
17        A.   No.  But I was threatened with that
18   possibility.
19        Q.   And you weren't fined, were you?
20        A.   Yes.  Actually, I was.                         10:55:03
21        Q.   You paid a fine?
22        A.   I paid -- my fine that I paid was -- I
23   was told to pay a fine to a charitable organization,
24   and I chose Amnesty International.
25        Q.   You didn't pay a fine to any government        10:55:14
```

Page 348

```
 1   entity, correct?                                          10:55:16
 2        A.   No.  The DA told me to pay that fine to
 3   a charitable organization, so it was because of
 4   them.
 5        Q.   Have you produced that citation in which        10:55:23
 6   the district attorney ordered you to make a
 7   charitable contribution?
 8        A.   I -- I produced the letters.  I don't
 9   know where that would be.  You can contact my
10   criminal attorney, who can vouch for that.               10:55:37
11        Q.   Did you contact the city --
12        A.   And I have a receipt from the Amnesty
13   International I can provide.
14        Q.   Did you contact the city or anybody to
15   determine whether or not you could put up "We buy        10:55:51
16   houses" signs in the areas and in the place that you
17   put them?
18        A.   No.  Because Rick and Mike, who
19   suggested I put up bandit signs -- as well as James
20   Harris -- never told me that I needed to do that.        10:56:00
21        Q.   Okay.  So, your answer is no, you didn't
22   make any contact with any city first to see if it's
23   permitted?
24        A.   No.  I wasn't aware that I needed to do
25   that.                                                    10:56:10
```

Page 349

# EXHIBIT "2"

Exhibit 2
006

```
 1          THE WITNESS:  Tarla Makaeff for plaintiffs.        02:15:16
 2          THE VIDEOGRAPHER:  Thank you.  The witness
 3   will be sworn in, and we can proceed.
 4
 5                    TARLA MAKAEFF,                            02:15:30
 6   having been administered an oath, was examined and
 7   testified as follows:
 8
 9                      EXAMINATION
10   BY MR. SCHNEIDER:                                          02:15:30
11       Q.   Good afternoon, Miss Makaeff.
12            At any time, did Trump University ever
13   steal your identity or any --
14          MS. ECK:  Object --
15   BY MR. SCHNEIDER:                                          02:15:40
16       Q.   -- or any information related to your
17   identity, to your knowledge?
18          MS. ECK:  Objection.  Calls for speculation,
19   calls for a legal conclusion.
20          THE WITNESS:  Trump Institute, which was aka        02:15:47
21   Trump University Coaching, put me through to a
22   credit card line that basically -- that they had
23   signed up for me.  And I thought -- I felt that that
24   was basically misleading, and I don't know if that
25   was the correct verbiage, but that's what I was           02:16:02
```

Page 598

Veritext National Deposition & Litigation Services
866 299-5127

Exhibit 2
007

```
 1    referring to.                                            02:16:05
 2    BY MR. SCHNEIDER:
 3         Q.   All right.  So, let me just make sure,
 4    'cause we've sort of gone back and forth in your
 5    deposition.  Anything related to Prosper or Trump        02:16:11
 6    Institute, are you making a claim in this lawsuit
 7    against Trump University or Donald Trump?
 8         MS. ECK:  Objection.  Vague and ambiguous,
 9    calls for a legal conclusion.
10         THE WITNESS:  Wait.  Could you please repeat        02:16:22
11    that?
12    BY MR. SCHNEIDER:
13         Q.   Sure.  You started your testimony saying
14    that Prosper, or Trump Institute, did certain
15    things.                                                  02:16:28
16         A.   Uh-huh.
17         Q.   You understand that's a different
18    company or different entity, correct?
19         MS. ECK:  Objection.  Calls for a legal
20    conclusion.                                              02:16:34
21         THE WITNESS:  I believe so at this time, but
22    I didn't at the time --
23    BY MR. SCHNEIDER:
24         Q.   Right.  So, in this --
25         A.   -- that I was relating --                      02:16:38
```

Page 599

```
 1    somehow -- that Trump University is responsible for     02:17:39
 2    that?
 3           MS. ECK:  Objection.  Calls for a legal
 4    conclusion.
 5           THE WITNESS:  Trump University put their name    02:17:47
 6    on this Prosper as Trump University Coaching.  So,
 7    at the time when I was writing any complaint
 8    letters, I was referring to them all together,
 9    because they have the same name.  So, again, I don't
10    know how else to answer what you're asking me.         02:18:01
11    BY MR. SCHNEIDER:
12           Q.  All right.  Let me explore that with
13    you.  The complaint about the credit card or the
14    identity issue with Prosper was that, while you were
15    on the phone trying to decide whether or not you       02:18:10
16    wanted to buy products or services from Prosper,
17    they transferred you to somebody else?  Is that what
18    happened?
19           A.  To a credit card that was basically
20    preapproved.                                           02:18:21
21           Q.  So, on the telephone, you were talking
22    to Prosper, and then they transferred the call to
23    whom?
24           A.  I believe they hot-flashed me, and it
25    was to HSBC/Prosper Learning.  They had their own      02:18:29
```

Page 601

```
 1    card specifically for Prosper, aka Trump University      02:18:35
 2    Coaching.
 3         Q.   So, did somebody on the phone tell you
 4    that you had qualified for a credit card?
 5         A.   They had somehow prequalified me.  I           02:18:43
 6    didn't have to do anything.
 7         Q.   So, someone on the phone told you that
 8    you were prequalified, and that you could use their
 9    credit card to buy those services?
10         MS. ECK:  Objection.  Vague and ambiguous as        02:18:51
11    to "their credit card."
12    BY MR. SCHNEIDER:
13         Q.   Well, I'm presuming you mean HSBC.  Tell
14    me what they said.
15         A.   I'm not sure -- I'm not sure how exactly       02:18:59
16    this went down.  This was three and a half years ago
17    again.  But when I was speaking with the Trump
18    University Coaching, aka Prosper, people, they
19    somehow told me I didn't have to worry about the
20    payment because I was preapproved by HSBC.              02:19:13
21              How they were able to preapprove me, I
22    don't know.  I don't recall giving any of my
23    personal information to HSBC.  I can't recall for,
24    you know, 100 percent certainty, but I don't recall
25    that happening.                                          02:19:27
```

Page 602

# EXHIBIT "3"

[Filed Under Seal]

Exhibit 3
-11-