# EXHIBIT "5"

Exhibit 5
-172-

To:      tarla    Redacted    tarla    Redacted
From:    Mike Kasper
Sent:    Mon 9/29/2008 2:10:26 PM
Subject: Re: Thank you, thank you!

You are the best.

Send us your beutiful pic

Love
Kap

Celebrate Life:)
MikeKasper.com

On Sep 28, 2008, at 8:18 PM, tarla    Redacted    wrote:

Sent via BlackBerry by AT&T

-----Original Message-----
From: tarla    Redacted

Date: Mon, 29 Sep 2008 03:17:33
To: <rick@rickmcnally.com;mike@mikekasper.com>
Subject: Thank you, thank you!

Hi homies!!!

I had a blast with you the last few days. Words cannt express my gratitude for how you have opened up
my eyes to new possibilities and given me a glimmer of hope during this difficult time...thank you for
paying it forward and sharing your knowledge and skills with me. It is a privilege. I got emotional when
you left because it's not often that people take the time to help others change their life...it's also
something I'm not used to. I've always done it on my own which can be lonely..so it felt as though I had a
dad and brother helping me which touched my heart :) It's nice to know you have someone to lean on..I
think we all need that sometimes.

So ok enough seriousness...Bofl and 430, I can't wait to do some more deals with you!! If I can help in
any way, I'm more than willing and interested so take that as a big compliment! I love you both and feel
blessed that you came into my life :) Please call on me any time you need anything as well...

'Lil T

PS-I let John know (by email) that we have a potential buyer for the Jasmine units. I'll keep you posted of
any news and please do the same. I'm sure John will be thrilled.

Sent via BlackBerry by AT&T



Exhibit 4
Makaeff Vol. I
1/30/12
Kae Gernandt, CSR #5342

TU-MAKAEFF4933

Exhibit 5
-173-

# EXHIBIT "6"

Exhibit 6
-174-

| | |
|---|---|
| **From:** | Tarla Makaeff |
| **To:** | teamtadpole@aol.com |
| **Sent:** | 9/30/2008 4:37:59 AM |
| **Subject:** | RE: Thank you! |

Hi Tad,

Thank you...that is so sweet of you! I was just going to touch base with you tomorrow actually...how funny. My mentorship with Rick and Mike went great! I'm very pleased...of course I still have a lot to learn but I already have 1 property in Houston I am getting in on as well as some other potential deals from this past weekend. I'm interested in any good deals in Vegas too so I will touch base with you tomorrow to chat. I hope all is well with you :)


T

> **Redacted**

Real Estate investing: www.myspace.com/novusuber

> **Redacted**

> # Redacted



From: TeamTadpole@aol.com
Date: Mon, 29 Sep 2008 22:56:14 -0400
Subject: Re: Thank you!
To: bambooer@hotmail.com

Hey Tarla,

   Just checking in> I hope all is well. Keep me updated on the deal you have in the works.

Take Care Gorgeous,
Tad
801-560-8550

In a message dated 9/18/2008 8:19:22 P.M. Mountain Daylight Time, bambooer@hotmail.com writes:
Hi Tad,

Thanks for taking the time once again to help me better understand the mentoring process and real estate market. I know it's easier than it seems so I'm anxious to get to the point where I can do deals in my sleep...that just sounds wonderful!!

Anyway, I will take you up on any mentoring you can offer me that fits in line with Trump U's guidelines as I don't want to get you or I in trouble! But I would love to hopefully, sooner than later, do a deal with you in Vegas and get on your Vegas property email list as well :)

Attached is my questionnaire...you probably already know most of these answers but you will see there is a deal I've already been offered so check it out and let me know your thoughts...seems like a similar situation to the Vegas deals and there are a bunch of properties if you're interested in participating in this with me.

Thanks again! :)

T

---

Redacted

Real Estate investing: www.myspace.com/novusuber

Redacted

# Redacted

---

See how Windows Mobile brings your life together—at home, work, or on the go. <u>See Now</u> =

---

Looking for simple solutions to your real-life financial challenges? <u>Check out WalletPop for the latest news and information, tips and calculators</u>.

---

Want to do more with Windows Live? Learn "10 hidden secrets" from Jamie. <u>Learn Now</u>

# EXHIBIT "7"

**[Filed Under Seal]**

Exhibit 7
-177-

EXHIBIT "8"

Exhibit 8
-182-

# Attorney Client Privilege

From: **Tarla Makaeff** <tmakaeff@ Redacted >
Date: Thu, Dec 3, 2009 at 10:41 AM
Subject: Fwd: Manhattan DA letter for Trump U - to print
To: Eventide Partners <epartnersinc@ Redacted >

Not sure if you printed this but here it is

---------- Forwarded message ----------
From: **Tarla Makaeff** <tmakaeff@ Redacted >
Date: Wed, Nov 11, 2009 at 4:24 PM
Subject: Manhattan DA letter for Trump U - to print
To: epartnersinc@ Redacted
Cc: Tarla Makaeff <tmakaeff@ Redacted >

November 10, 2009,

Attn: Special Prosecutions Bureau

To whom it may concern,

I wrote in early October 2009 and recently called in to follow up. It sounds as though my letter did not make it specifically to your bureau as it had most likely just the general mailing address therefore, I am writing you again.

I attended a $1,500 Trump University Fast Track to Foreclosure Training retreat where I was introduced to the $34,995 Trump University mentorship and program in the final hours. I reluctantly purchased due to the speaker's convincing pitch of guaranteed success should his tactics be implicitly followed as well as the salesperson's high pressured sales techniques and guarantee that my first deal would earn me in the ballpark of the $34,995 expenditure so as to immediately pay off my Trump University debt. No such thing occurred.

Since the beginning of their program, I have concluded that Trump University representatives misled me consistently, and did not provide what I signed up for, using neurolinguistic programming and high pressure sales tactics based on the psychology of scarcity to get observers to become participants in their program. This included instruction by the speaker to raise your credit limit for real estate transactions only to then tell the attendants to use that same credit limit to purchase their program as well as having representatives review attendants' financial statements to assess their investment capabilities. These are unethical tactics designed to get a large investment from the prospects most guaranteed to be able to pay for their program and then not teach anything of validity, instead consistently trying to get students to purchase more and more at each event. It also appears that their mentors are pushing specific real estate deals that they stand to profit from, however unprofitable for the student. I have also been advised by real estate and criminal counsel that posting bandit signs among other aspects of their teachings are unlawful. I have now found that the Internet is rampant with similar complaints of students who have been cheated out of tens of thousands of dollars as well and who have requested

1

refunds directly to the "university" like me but who have been denied any refunds. These "students" have blogged about the need for class action lawsuits as well as law enforcement assistance to put this fraud to an end during a sad economic time of our country where predators pervade.

My final conclusion based on discussions with counsel is that there was a gargantuan amount of misleading, fraudulent, and predatory behavior taking place that suggests legal cause for action and that I am due an entire refund of the $34,995.

Please find enclosed just so of the supporting evidence. Should you contact me to investigate this further, I have much more I can share.

Sincerely,

Tarla Makaeff

TARLA MAKAEFF
**Redacted**

Redacted

tmakaeff@ Redacted

2

# EXHIBIT "9"

Exhibit 9
-185-

# Attorney Client Privilege

From: **Tarla Makaeff** <tmakaeff@ Redacted
Date: Thu, Dec 3, 2009 at 5:41 PM
Subject: AG New York - to print
To: Eventide Partners <epartnersinc@ Redacted

December 1, 2009

Attorney General Andrew Cuomo's Office
Bureau of Consumer Frauds and Protection
120 Broadway
New York, NY 1027

Attn: John Carlos and Joel

To whom it may concern,

I wrote in early October 2009 and recently called in to follow up. It sounds as though my letter did not make it specifically to your bureau as it had most likely just the general mailing address therefore, I am writing you again.

I attended a $1,500 Trump University Fast Track to Foreclosure Training retreat where I was introduced to the $34,995 Trump University mentorship and program in the final hours. I reluctantly purchased due to the speaker's convincing pitch of guaranteed success should his tactics be implicitly followed as well as the salesperson's high pressured sales techniques and guarantee that my first deal would earn me in the ballpark of the $34,995 expenditure so as to immediately pay off my Trump University debt. No such thing occurred.

Since the beginning of their program, I have concluded that Trump University representatives misled me consistently, and did not provide what I signed up for, using neurolinguistic programming and high pressure sales tactics based on the psychology of scarcity to get observers to become participants in their program. This included instruction by the speaker to raise your credit limit for real estate transactions only to then tell the attendants to use that same credit limit to purchase their program as well as having representatives review attendants' financial statements to assess their investment capabilities. These are unethical tactics designed to get a large investment from the prospects most guaranteed to be able to pay for their program and then not teach anything of validity, instead consistently trying to get students to purchase more and more at each event. It also appears that their mentors are pushing specific real estate deals that they stand to profit from, however unprofitable for the student. I have also been advised by real estate and criminal counsel that posting bandit signs among other aspects of their teachings are unlawful. I have now found that the Internet is rampant with similar complaints of students who have been cheated out of tens of thousands of dollars as well and who have requested refunds directly to the "university" like me but who have been denied any refunds. These "students" have blogged about the need for class action lawsuits as well as law enforcement assistance to put this fraud to an end during a sad economic time of our country where predators pervade.

1

My final conclusion based on discussions with counsel is that there was a gargantuan amount of misleading, fraudulent, and predatory behavior taking place that suggests legal cause for action and that I am due an entire refund of the $34,995.

Please find enclosed just some of the supporting evidence. Should you contact me to investigate this further, I have much more I can share.

Sincerely,

Tarla Makaeff

TARLA MAKAEFF

**Redacted**

Redacted

tmakaeff@ Redacted

2

# EXHIBIT "10"

Exhibit 10
-188-

# Attorney Client Privilege

From: **Tarla Makaeff** <tmakaeff@ Redacted
Date: Wed, Dec 16, 2009 at 7:34 AM
Subject: TRUMP final blog response to send - for review
To: Eventide Partners <epartnersinc@ Redacted
Cc: Tarla Makaeff <tmakaeff@ Redacted

I was thinking of something like this but better worded:


Dear Mr. Mahoney:

As you have refused to offer a refund or settle with me in any manner whatsoever to show good faith, I feel it is my duty to share this information with the public in an effort to prevent them from being personally, professionally, and financially harmed in the same manner I have. I am using my Internet and SEO Marketing background to start a blog as well as Twitter, Facebook, MySpace, and YouTube pages, among others, about Trump University's practices. I will recount my story and the statements of fact as well as take an active role in communicating with my audience of which I know how to generate tens of thousands friends and followers. I will also now move forward with my public relations contacts as well as cooperate with any media attention and legal requests generated from my blog of which I expect significant interest given the recent wave of real estate fraud nationwide.

Sincerely,

Tarla Makaeff

TU-MAKAEFF5780
Exhibit 10
-189-

EXHIBIT "11"

Exhibit 11
-190-

# Attorney Client Privilege

From: **Walter Grieves** <epartnersinc@ Redacted
Date: Tue, Apr 27, 2010 at 9:27 PM
Subject: Re: I think I did this
To: Tarla Makaeff <tmakaeff@ Redacted

I'm sure you did TT. Definitely a force to be dealt with TT.

**From:** Tarla Makaeff <tmakaeff@: Redacted
**Date:** Tue, 27 Apr 2010 21:25:42 -0700
**To:** Eventide Partners<epartnersinc@ Redacted
**Subject:** I think I did this

2 weeks after I reported them to NY state of education......

http://www.nydailynews.com/money/2010/04/16/2010-04-16_state_wants_to_demote_trumps_university.html

Haha!

Call me

TU-MAKAEFF5500
Exhibit 11
-191-

# EXHIBIT "12"

Exhibit 12
-192-

John V. Childers, Esq.
Childers Finley, P.A.

1509 Green Mountain Dr.
Little Rock, AR 72211

1015 West 2nd St., Ste 207
Little Rock, AR 72201

Dear Mr. Finley:

In January 2009, I attended a Childers Financial OPM "Other People's Money" real estate seminar where instead of learning where to find OPM, I was introduced to your Elite Mentoring mentorship run by Jason Rodriguez. I purchased due to Mr. Rodriguez's convincing pitch of guaranteed success should his tactics be implicitly followed and that this offer was "good at this seminar only (with no) rainchecks." Through this agreement that I paid your firm for, you, Childers Finley, P.A., the Childers Financial Group, and Profit Publishing Group, agreed to provide me with a real estate training mentorship to create a real estate investing business that could earn, according to Mr. Rodriguez, up to $30,000 income per month, thereby replacing my previous income and according to the sign-up form "over $100,000 on demand (and) in 60 days or less."

Beginning February 2009, Elite Mentoring LLC trained mentor Cheryl Swiatek and I began a series of phone calls and email correspondence which detail the Elite Mentoring techniques and materials she was using to teach me to create wealth in real estate. My enrollment was based around my need to learn every legal facet of real estate investing designed to create a new income stream for me as I informed Mr. Rodriguez and Ms. Swiatek. This was based on the fact that I had no real estate investing background or knowledge of how to navigate this business due to my purely creative background as a writer and fashion designer.

Instead of receiving valid techniques to do real estate investing deals, I received flagrantly illegal tactics and was repetitively assured these tactics were completely legal and "above the board." As I'm sure you are aware being counsel yourself, I have been advised by real estate and criminal counsel that posting bandit signs and taking over payments among other aspects of your program are unlawful and could result in misdemeanor and felony charges as well as jail time. I further now realize this because of statements made by Ms. Swiatek regarding implementing veils associated with my company's identity as well as not making certain parties aware of transactions including financial institutions who provide mortgages and keeping my involvement "low key" as a supposed property management company. The letter of understanding that she instructed me to read verbatim to a seller and have them create in their own writing is



TU-MAKAEFF5501

Exhibit 12
-193-

also bordering on high pressure and unethical sales tactics. Should all of Elite Mentoring LLC teachings be legal, there would be no reason to create such anonymity to your actions outside of standard asset protection. I have more than ample evidence to substantiate this.

Because of your failure to deliver proper legal tactics, I was unable to implement Mr. Rodriguez and Ms. Swiatek's teachings and earn any income as I refuse to put myself in a compromising, and, more importantly, legally reckless position that could destroy me both professionally and personally. Moreover, I was forced to incur the additional expense of a real estate and criminal attorney to further investigate your teachings when they appeared to be crossing the line of legalities. As an attorney, you are not freed by the legal disclaimers accompanying so much of your literature for several reasons; the first being that several are in fact outright violations of the law which you are precluded from directly marketing, benefitting from the marketing of or holding funds in trust or any capacity for those who are teaching other's to commit any illegal practices whether a legal disclaimer rests on additional paperwork or not.

In addition, as a direct result of Ms. Swiatek teaching me what you claimed were other legal tactics which I have since found out are beyond questionable, I had to shut down my real estate investing business so as to avoid any illegal business transactions for the future and safeguard myself and my freedom. This has resulted in me, losing a significant investment I made with you, Childers Finley, P.A., the Childers Financial Group, and Profit Publishing Group, as well as the investments of my incorporation, the bandit sign production, the direct mail campaign, travel and hotel expenses to your courses, all other fees that come with operating a new business, and most importantly a significant amount of time lost that cannot be regained--time that could have been devoted to my other legitimate businesses and would have, had I known you were teaching illegal tactics that I would never be able to legally use.

Since the beginning of my mentorship, I have concluded that you, Mr. Rodriguez and Ms. Swiatek misled me consistently, and that you did not provide what I signed up for...in fact, using the guise of your Juris Doctorate, and your firms, Childers Finley, P.A. and the Childers Financial Group, to make this entire venture seem legal from every angle, which I am assuming the Arkansas Bar Association, Nevada Bar Association, and the American Bar Association would like to hear about. Furthermore, your legal disclaimers and suggestions to contact counsel after purchase of your course do not provide you the leeway or excuse to teach illegal tactics at your gain and your students' peril--students who place their trust in you at a costly price. As a practicing attorney, I would imagine you are very aware it is highly irresponsible and unlawful on your part as well as extremely deceptive.

Again, I am sure the Arkansas Bar Association, Nevada Bar Association, and the American Bar Association will be very interested in you participating in fraudulent real estate mentorships that promote illegal tactics, collecting then sheltering money in

accounts for companies such as Elite Mentoring LLC, and then participating in transfers of said money across state lines.  I'm sure the authorities can clear this up for us if necessary.

Your violation of your fiduciary legal obligation to provide competent legal services, advice that I paid for, in addition to exposing me to financial predators holding themselves out as legal experts when in fact they teach real estate fraud, has caused me irreparable consequential damages, and so I am due at minimum a refund on my mentorship, bandit sign production costs, direct mail campaign, travel/hotel expenses for your Orlando seminar this past March, as well as my attorney's fees, totaling **$23,760 plus the variable APR finance charges, interest fees, and late fees**. Your direct association with such groups especially taking payment in your corporate name is very distressing.  I am prepared to testify to the details of your teachings and the mentorship in court at the state and federal levels. I imagine this could involve the Better Business Bureau; Department of Real Estate in a multitude of states; Pulaski County District Attorneys' office;  the Arkansas Attorney General and the departments of many other State Attorney Generals and Senators; the US Attorney General; the Bureau of Consumer Protection on a local and national level; the US House of Representatives; and the Federal Trade Commission; the FBI; the DOJ and the State Bar Associations you seem to practice law in, yet hide your firms.  Additionally, inquiries will be made as to why you have been teaching illegal tactics, which could result in grave harm to your students, as well as investigations into what other illegal business transactions you, may be engaging in outside of this debacle that could be victimizing others during this turbulent time.

Additionally during the Trump University In the Wealth Preservation: Asset Protection Retreat held prior to the Elite mentorship, little was done other than to pitch your firm who could create this asset protection for you with a $4,995-$9,995 package. I was coerced by Kevin Minchew into spending **$4,995** with Childers Financial Group after he met with me privately and learned of my personal finances. Instead of acting in my best interest, he upsold your Childers Financial Group for the creation of four entities he said I needed. So I made a concerted effort to use these services.

All of the legal work provided for me was deemed to be extremely rudimentary, and unacceptable with unusable corporate entities for my or any reasonable company's long term viability. My corporate address for one of the entities was even listed as your own in Little Rock!  Upon further evidence, I found several CPA's, related to Trump, Childers Finley, P.A., Childers Financial Group, Real Estate Companies and a number of other individuals who by law should not share the same address.  In addition, I was lied to today regarding your knowledge of anything CA Corporate related as Cherie admitted to not even knowing how to efile docs.  You failed to perform your fiduciary responsibility to me as your legal client and overbilled me to boot for work that will cost me another $5,000 to repair.  Fortunately, my relations with the many law firms across the US, the DOJ, US Attorney General's Office, and many Bar Associations on a personal level will

probably help save others from this. My work was obviously done by a secretary, perhaps Cherie, off a template, someone who obviously has no knowledge of the intricacies of creating entities. This was evident when I had to make numerous calls initially with Cherie to ask questions but then only be re-routed back to the limited form to fill out and fax in. Anyone with a supposedly gargantuan amount of knowledge of creating entities should be able to answer moderately complex questions. Isn't this what I paid $1,250 per entity for? Because I could have received the same or even better service online for one-third of the price and I don't believe that your farming law background is consistent at all with how you and your staff touted that you are real estate and entity creation experts, is it? So tell me what was I paying for? Your pitch deemed your expertise which on these entities was sorely lacking. I only purchased based on your and Mr. Minchew's assurance that I would receive services far superior to an online service such as Legalzoom.com. Your errors have caused me the need to spend thousands more to completely redo the work so at minimum I am due the **$4,995** investment I spent.

Your Company has little concept of Corporate Structure and thus created structures based upon outdated templates. When I showed the Corporations and LLC's to a NV, DE, and CA State Bar member and also a joint J.D., M.B.A., he actually laughed at the absolute ignorance and lack of knowledge of California Law or Corporate Law in general. It has cost me countless hours and thousands of dollars in order to reform these corporations and figure out an exit structure so they are usable. During this process, I was assessed late fees because if I had progressed with your and Mr. Finley's structures, I would have had to pay huge fees and then dissolve. Instead, I had to go about this process in another manner which has damaged all my businesses.

However, per counsel's advice, I am going to give you the opportunity to remedy the multitude of issues, ethical, legal and career threatening outlined, in this draft. My counsel, his counterparts and I are aghast at the depth and potential ramifications of the actions listed in this letter. There are the issues of your pushing legal advice, CPA advice, selling credit cards, promoting real estate deals, emailing spam out of corporations and entities with the same owners of record or by merit of control. Was money wired across state lines to Elite Mentoring's Mr. Rodriguez and Ms. Swiatek that had been acquired through questionable sales measures? I don't know but I am sure that there are many government agencies that will be very interested. Fortunately, being closely related to some of the top attorneys in the nation assures me that a pertinent move would be to do the right thing and cease from taking advantage of US Citizens during this near Depression economic level.

The aforementioned issues are just a portion of the business and personal damage to me and my corporations. The questionable teachings, promises to instruct legal tactics not kept, loss of my entire real estate business, and other fraudulent and predatory business behavior and practices have resulted in many actionable issues from the totality of our business dealings. I am prepared to cooperate with state and federal

agencies who I presume will want full disclosure concerning the nature of said civil case. In addition, your emails as well as Mr. Rodriguez's and Ms. Swiatek's spell out such a compelling case against you, that I am simply going to present my demand as it is a waste of my time to detail all of these issues and simply would be presented in discovery.

After further discussions with counsel, albeit the gross negligence on your part, they are advising me that I make an attempt to settle with you by obtaining a refund as previously mentioned so that you and I can go our separate ways. While I do not like this idea as you have clearly destroyed any ability for me to move forward with a real estate business, I am willing to make this concession, take the refund, absorb the costs associated with time lost working on my other businesses, and not further question your practices should I receive the **$28,755 plus the variable APR finance charges, interest fees, and late fees** refund mentioned above.

This is the final communication I plan between us other than an arrangement for a **$28,755 plus the variable APR finance charges, interest fees, and late fees** cashier's check to be Fed Exed to me immediately at 3334 East Coast Highway #423, Corona Del Mar, CA 92625. I refuse to waste another moment of my time being misled by your inept and deceitful legal practices. I expect this cashier's check to be delivered to me no later than **8am Friday September 18, 2009 Pacific Time** otherwise you, Childers Finley P.A., the Childers Financial Group, Profit Publishing Group, and anyone else that can be held liable in a court of law due to your negligence will be served with my dispute and your company dealings made public. I will use any and all my legal connections to defend my position.

And, as is my right, I intend to utilize my public relations contacts to make your dealings and our legal proceedings known to key entities, including the media in Little Rock the surrounding areas as well as nationwide should you not comply with my request. This extensive media outreach will be limited to statements of fact, and at no point will I engage in libelous behavior. I intend on discussing with my counsel whether we can also distribute this information to the federal authorities and financial institutions that may have a vested interest in assessing the impact of such information in light of all of the recent real estate fraud.

I would not advise testing the extent I am willing to go to should you not comply with my demands fully and immediately. **Please confirm receipt of this letter at** tmakaeff@ Redacted **within 24 hours and your plan to act accordingly.**

Sincerely,

Tarla Makaeff

# EXHIBIT "13"

Exhibit 13
-198-

# Attorney Client Privilege

From: **Tarla Makaeff** <tmakaeff@ Redacted
Date: Mon, Dec 14, 2009 at 6:22 PM
Subject: Childers BOFA - final edits
To: Eventide Partners <epartnersinc@ Redacted
Cc: Tarla Makaeff <tmakaeff@ Redacted

December 14, 2009

Bank of America
Dispute Resolution Services
PO Box 53137
Phoenix, AZ 85072-9317

Claim number: 3705322SEP09
Amount: $4,995 from Profit Publishing Group

To whom it may concern:

I am in receipt of Profit Publishing Group's rebuttal to my demand for a chargeback dated November 11, 2009 and December 1, 2009. I find it abominable that an attorney who once took an oath upon admission to the bar to support the Constitution of the United States and of his State would formulate such egregious lies and feeble arguments in the "evidence" he provides that clearly sustain he violated the terms of the agreement between me and Childers Financial Group, Profit Publishing Group and/or Childers Finley PA as I clearly am legally entitled to refund for SERVICES THAT WERE NEVER RENDERED. It seems evident that Mr. John V. Childers, esq has neglected the oath he took where he swore to "do no falsehood" and "delay no man for lucre":

"You solemnly swear that you will do no falsehood nor consent to the doing of any in court, and that if you know of an intention to commit any, you will give knowledge thereof to the justices of the court or some of them that it may be prevented; you will not wittingly or willingly promote or sue any false, groundless or unlawful suit nor give aid or consent to the same; that you will delay no man for lucre or malice, but will conduct yourself in the office of an attorney within the courts according to the best of your knowledge and discretion, and with all good fidelity, as well as to the courts, as to your clients. So help you God."

1

In his November 11, 2009 letter, Mr. Childers first addresses that the entity package was purchased in October 30, 2008 as though the purchase date renders his office incapable of a refund. At the time of purchase and every point of contact I had thereafter with Profit Publishing Group, at no time was an expiration date given to the entity package creation and you can clearly see in the contract that there is no time provision so there is a clear issue of non performance on the contract. Mr. Childers mentions a 3-day cancellation period. As Mr. Childers well knows there is absolutely no way I could have foreseen or determined that his office would perform substandard services on entity creation within a 3 day period as there is no possible way for his office to have created an entity and returned all of the paperwork within a 3 day period as you can see from the timeframe of the enclosed emails. So how then I ask you can there be any decision not in my favor as it is clear that there is no legal merit to not refunding me as Profit Publishing Group, Childers Financial Group and Childers Finley PA have stated through Mr. Childers that they have given many refunds in the past due to non performance or clients such as me proving that they were not provided with the contracted services? His arguments are without merit and his evidence clearly proves my claims showing that legally I am entitled to a refund. In addition my 18 page letter (to which Mr Childers responded with a 24 page fax) which addresses Trump University is a separate complaint, however you should be aware that I met Mr. Childers at a Trump University Wealth Preservation: Asset Protection Retreat so in this light you may see that this fraudulent action is tied together. Because he is an attorney and operating multiple entities out of the same address as a "Controlling Person" of each entity, he is culpable in each of the transactions and bears legal and financial responsibility for any purchased service. Trump University directs their clients to use his services and he represents Profit Publishing, Childers Financial Group and Childers Finley PA so any payment made to any of the groups become his liability as he acts as a legal shelter for the funds taken in as he clearly then redistributes portions of the funds to consultants to perform various services.

Mr. Childers claims there is no fraud or "high pressured sales" tactics in his "legal and tax seminar put on by Profit Publishing Group." As mentioned previously this event was a Trump University Wealth Preservation: Asset Protection Retreat which Mr. Childers would rather avoid mentioning as he wants to separate himself completely from Trump University given my accusations against them which are currently being investigated in the state of New York by multiple agencies given their countless, ongoing complaints from hoards of "students." Nevertheless, there most absolutely was high pressured sales occurring as I was taken in a separate room away from all of the other students who each went through the same process, on the pretense of discussing my financial situation for real estate investing purposes, only to then be up sold for the $4,995 entity package by their associate, Keith whom I do not have the last name of, who by the way is a real estate investor of their own admission and not even an attorney or corporate advisor. I repeatedly told Keith that I had in fact created entities myself online through LegalZoom.com in the past and that I was unsure of whether I need such an expensive service. He assured me continually as did Mr. Childers to the students in class prior to this, that Mr. Childers and his firm staff were experts in creating entities and that the price reflected this. In other words, they assured me and, moreover, convinced me I would receive such immense value for the $1,250 per entity purchase that there was really no other decision to be made. With such a compelling argument and their association with Trump University that at the time I thought was also a reputable organization, I agreed to move forward and try their less expensive entity package of $4,995 rather than the $9,995 package that Keith initially tried to sell me. In addition, never was an option given of purchasing just one entity creation, there were only these packages being sold, so again, I don't understand how Mr. Childers' could possibly use the purchase date as a vehicle to get out of refunding me. He should know as an attorney that forming business ideas, plans, and goals take time, but he rather treats them like drive thru operations, churning out low quality, template entities with no research in to the ultimate goals of the client which is his legal duty when an attorney from his firm signs the Articles of Incorporation obligating them to the services rendered.

TU-MAKAEFF5242
Exhibit 13
-200-

Mr. Childers further claims that I have not disputed that the services I paid for were performed. I most certainly have and continue to. I was only provided with two out of four entities that I paid for which I have reiterated repeatedly. And yes, the services were overpriced due to the fact that the I never even had one discussion with counsel and that the entities are unusable. These are not my opinions as Mr. Childers would have you believe. They are fact. When an attorney or law firm is hired to create entities, the reason a client pays more is for personal service as well as the ability for an attorney to have a discourse with them regarding their specific situation rather than having a template type entity to which you could turn to an online source like LegalZoom.com for. This is exactly what I was sold and promised but instead I received not even a 5 minute conversation with either Mr. Childers or his partner Mr. Bryce D Finley, just simply Mr. Finley's signature for the $1,250 charge as well as a short simple questionnaire from Ms. Cherie Elson, their secretary.  So a standard identical questionnaire used for every client and a signature are worth $1,250? They clearly are not.

Additionally, as you will see from the October 29, 2008 enclosed email from the Entity Support Team from Profit Publishing Group, much of the email is devoted to explaining why email is used to communicate with clients. I find it odd that so much of the email is devoted to these "processes" as though trying to rationalize such communication for such a lofty price. For instance, the third paragraph states "Our first and foremost method for responding to requests is via email" while the fourth paragraph goes on to say " Written communication enables our professionals to serve you in a much more efficient and effective manner....It is our first-line communication." As you can see two lengthy paragraphs are devoted to explaining why email is the primary mode of communication as previously mentioned. How does this offer me services valued at $1,250? Please see the other enclosed emails that offer very little insight or legal assistance from Ms. Elson other than logistical information as to where my corporate records are.  This, again, is not what I paid for. Another very untrue statement is offered in the fourth paragraph "This does not mean however that you will never speak to any of us on the phone, it just means that we start with email." It should be duly noted that whenever I did call as I thought was acceptable given these email instructions that I had a very difficult time getting past the gatekeeper to Ms. Elson. I was repeatedly redirected to just email questions or fax the questionnaires and blocked in many instances from talking to Ms. Elson who interestingly always seemed unavailable to take my times. I spoke with her one time on the phone for about 20 minutes, and all other calls were 5 minute ones. Instead I was left with the simple questionnaire that is enclosed. Frankly LegalZoom.com spent more time with me on the phone answering my corporate questions for 1/3 the price with entities I have created in the past than this law firm. That is quite sad. In fact, I was so shocked when I first saw the questionnaire and the lack of complexity of it that I questioned what type of entity I would end up with. But I had no idea how rudimentary these entities would be until I received the final corporate records and had them analyzed by an attorney specializing in Corporate Law and a Financial Advisor specializing in Corporate Financing and business development.

To again address Mr. Childers' comment that "the entities were formed and are able to conduct whatever business Ms. Makaeff had planned to run through them" is an absurd statement.  Every attorney is responsible for knowing their client's short term and long term business objectives.  To merely state that any corporate entity that his Profit Publishing, Childers Financial Group or Childers Finley PA businesses create is appropriate for any business is CLEAR evidence of a complete disregard for the needs of the client or client's business.  Every business person and every business plan objective requires a unique corporate structure, unique articles of incorporation, unique stock structure including common and preferred shares in order to facilitate proper capitalizing in the company.  It seems either if the aforementioned Childers control group either simply do not care about their clients or are uneducated in the corporate business structure practice which they held themselves out to be experts in. As I have shown over and over again, all entities were not formed.

3

Further, I cannot conduct the business for the enclosed TARLA Couture corporation as the company was structured in such a way that it is not possible for me to raise capital as only one class of stock as created with all the shares issued to me. The state of California makes is extraordinarily expensive and virtually impossible to restructure this company in such a way that would suit the purpose of my business needs as they exist and Mr. Childers should have known this. However, clearly, neither Mr. Childers nor Mr. Finley have passed the CA bar exam and obviously are quite unaware of and inexperienced in California law. This is negligence on the part of Prosper Publishing Group, Childers Financial Group and Childers Finley PA violating their fiduciary responsibility to me, their paying client. As you can further see from the form, there is no question even about issuing stock. So Mr. Childers' statement that "the appropriateness of the entities, tax treatment, and how they are to be used only demonstrates (my) lack of understanding on the subject" could not be further from the truth. Yes, I am not an expert and that's why I pay supposed "experts" to perform duties I am not foremost educated in. Furthermore, I should not have to be the one to think of the questions to ask on what should or should not be included in my corporation. That is Mr. Childers' fiduciary responsibility to me his client. My current financial advisor has over 15 years experience in high level finance and advised me on the lack of suitability my entities hold for my needs. He has consulted small, private companies all the way to large public companies. As such, my business advisor is more than capable of making such an assessment. In order to accomplish what is necessary for the needs of a private company, it is crucial for an attorney to be knowledgeable in the sector they are advising and to create suitable investment structures in order to accomplish those investing goals.

In fact, it is Mr. Childers who has no understanding of the subject of corporate structure. You do not create a template corporation ever. Why? This is because as already mentioned, there are countless industries and types of businesses who vary in size and scope all with unique needs. The service Mr. Childers' firm performs is as ludicrous as going to a doctor who performs the same exact tests on every patient without first assessing their needs. Would you treat someone with a heart condition the same way as a diabetic? Of course not and this is the disservice Mr. Childers and his firm have done to me. Anyone can go directly to the Secretary of State and create an entity for 1/6 of the price they offered. The reason clients such as me retain attorneys is for the added value and advice, which Mr. Childers clearly did not deliver. The bottom line is TARLA Couture is a fashion house that is working to attain seed capital as a start up. One of the common ways to pay investors is through stock but you must have stock to issue. I have no stock to issue to investors as Profit Publishing Group erroneously issued it all to me (see attached Articles of Incorporation). They chose to also issue one class of stock and authorized 100,000 shares. This was never confirmed with me or was I ever asked about this decision which is an integral part of any company that requires investors but obviously Mr. Childers and his firm have no experience in creating companies who have investors on board...a far cry from their assertion that they are expert entity creators. Additionally for tax purposes an S Corporation is not the appropriate entity for my needs which I was not aware of as no one from Profit Publishing Group advised me in any capacity whatsoever. I have had to retain another attorney (JD/MBA) who has experience in business transactional law to fix this as well as the many other egregious errors of Mr. Childers' firm. The services he is performing include advising the correct corporate and capital structure for the financial needs of my company, aiding in the creation of a proper common stock offering platform so the necessary capital can be raised through investors, advising and creating proper by laws and Articles of Incorporation in order to attain the goals of my corporation, and providing additional advising services from time to time as necessary. This service is costing me $1,500. This is not to mention the additional fees I will have to pay for the other entities I never received. But please notice the difference in the level of work for nearly the same price. This is the type of assistance you pay an attorney these types of sums for.

4

In his December 1, 2009 letter, Mr. Childers mentions many of the same points as in his initial letter so I will not reiterate the facts I have already covered but I will address any additional statements he made.

As Mr. Childers mentions the email correspondence between me and Ms. Elson, I will address this. You will see in my February 5, 2009 email how I mentioned to Ms. Elson "(The Hybrid Trust) is for my mom and I'm not sure if that is the trust questionnaire I fill out." You can see Ms. Elson's vague response about the Hybrid Trust Questionnaire. On March 16, 2009 Ms. Elson wrote "On your corporation questionnaire you stated that you would like your corporation taxed as an S-Corp." This robotic response is what I received over and over. This continued on in all of the emails enclosed. There was no advice ever rendered. As you can see I always initiated questions and there were only logistical answers as to where the process was. Any competent law firm would ask "Is an S-corporation really what you need? What are your goals for the company?" but in fact Mr. Childers and Profit Publishing Group had absolutely no idea of my purpose or intention with the entities. If my thoughts/decisions were incorrect, they should have advised me as it was their fiduciary responsibility to do so.

In regards to Mr. Childers' statement "Ms. Makaeff acknowledged receipt of the questionnaires, however due to her priority of establishment chose not to return the additional questionnaires for our office to establish. As such, our office should not be held responsible for any services not used by our clients after they acknowledge receipt of documentation to begin our services." Again, this statement is completely ridiculous and baseless. I was under no time constriction to create the entities and you don't always have needs for four entities within such a short time period. Entity creation requires time and thought which evidently Mr. Childers and Profit Publishing Group give no thought to rather running their clients through a mill so they can churn out as much useless billable work as possible. This extremely flimsy and unsubstantiated claim demonstrates Mr. Childers' unscrupulousness and his desperate attempt to keep my funds just for the sake of keeping them in brazen thievery before your very eyes. This is appalling.

Mr. Childers is further incorrect in his statement that I purchased their entity package from a seminar called "Real Estate Retirement Plan/OPM (Other People's Money). Again, it was purchased at the Trump University Wealth Preservation: Asset Protection Retreat. **However, the three day boot camp class on real estate strategies that he mentions is where I was taught RE techniques that I paid $12,500 for (his real estate mentorship that he references) and were deemed fraudulent by a criminal attorney. Further the Certified Public Accountants that he references was one CPA and again he was at the Trump event but you should be aware that Mr. Brent Wallace, CPA is currently under investigation by the Arkansas State Board of Public Accountancy. The "nationally known lecturers on real estate" was also just one lecturer, Mr. Jason Rodriguez of Elite Mentoring LLC, who has complaints at the Florida Attorney General's office dating back to 2008. And Mr. Childers' partner, Mr. Bryce D Finley who could only be bothered to sign my corporate paperwork (see attached) and never pick up the phone and call me is also under investigation by the Nevada State Bar. I'm sure this alone will clarify who we are dealing with as governing bodies do not take lightly to spending their valuable resources on conducting investigations unless they feel there is a significant reason to.**

To refute Mr. Childers' statement that I "failed to provide your office with paperwork showing that (their) office had in fact completed (my) entity establishment and flatly denied the services that we provided which covered a large portion of her payment to our office," I have never denied a corporation was filed, just that it was done incorrectly as mentioned incessantly. And I do not see a $2,500 balance on a $4,995 charge for services not rendered for unusable corporations as a "large portion of their payment." It is half since I need to do the math for Mr. Childers, and it is half for

5

entities that are completely ill conceived and poorly structured with advice never once rendered by legal counsel. Mr. Childers' further comment that "our office can only assume that Ms. Makaeff's real estate ventures did not go as she would have liked and blamed our office for our real estate advice" is first, libelous and Mr. Childers being an attorney should know better than to spread rumors that violate the laws and are baseless, and two, said comments about real estate ventures are completely unrelated to entity creation. But Mr. Childers and his staff are fantastic at red herrings and diversion tactics as can be seen from his Crisis Manager, Mr. Johnson's, email below.

In summation, Mr. Childers has followed along with his cohorts and perjured himself in multiple statements in his two letters including:

"The contract has been fulfilled for quite some time."

"Profit Publishing Group formed the entities she paid for."

"Ms. Makaeff does not dispute the fact that the professional services she paid for were performed."

1. The contract was never fulfilled as ONLY TWO ENTITIES OUT OF FOUR were ever created. There is absolutely no sound reason for Mr. Childers to keep the $2,500 balance that Profit Publishing Group did absolutely nothing for on the basis that time has elapsed. They are not owed money for doing absolutely nothing...at least not if they are a legitimate business because I have never heard of a real business operating this way, have you?

2. I paid for FOUR ENTITIES and Profit Publishing Group only created TWO, which were unusable. So no, they did not form ALL of the entities I paid for. Mr. Childers, for some reason, has chosen to blatantly lie, and I find this quite distasteful as my allegations are completely true and can be verified in that the last two entities cannot be produced by Mr. Childers as they were never formed.

3. How have I not disputed the fact that the services I paid for were not performed? I have repeatedly disputed that so I'm uncertain as to whether Mr. Childers is confusing this with another dispute he is defending or if he is again just blatantly lying.

As I have been asked to provide supporting documentation, I ask Mr. Childers to please show both you and I the four entities I paid for. I know that he cannot produce this because four entities were never created. In which twisted reality does a merchant get paid for SERVICES NOT RENDERED? And why does Mr. Childers feel he is above the law as an attorney and able to intimidate clients into going away when he has not rendered the agreed upon services, instead ushering his clients, such as me, to an outside law firm in an attempt to make them disappear in fear? There is jurisdiction over such brazen behavior, Mr. Childers should know, and his manipulative strategies designed to alarm me have done nothing of the sort. I will let you peruse his staff member, Michael Johnson's, September 11, 2009 email response to my direct letter to Mr. Childers dated September 10, 2009 letter, both enclosed. Please see my response at the end of this letter to Mr. Johnson's email which conveniently never addressed the missing entities or the rudimentary entity creation. I would also like to make clear that when my business advisor was not able to work with the TARLA Couture Corporation due to the rudimentary formation, I at once called Profit Publishing Group only to be quickly dismissed and argued with. My concerns were not heard at which point I had to write the September 10, 2009 letter.

Lastly, I will reiterate directly to Mr. Childers and Profit Publishing Group that given his inflammatory comments and complete disregard for his client's needs that he and his firms have taken severe advantage of me. As such, I intend to continue to pursue this matter until Mr. Childers adheres to an

6

attorney's Code of Ethics that he is bound to and acts responsibly and conscientiously rather than stealing funds from what he deems his "clients" in such an unscrupulous and predatory manner. To be quite frank, I find it ludicrous that I have had to waste my valuable time above and beyond what has already transpired over debating this expenditure. It is quite insulting that Mr. Childers believes he can use his legal backing to intimidate not only me but my bank and his credit card company by writing a second letter just to get out of reimbursing what is rightfully owed to me claiming that I am "flood(ing) your office with paper to distract you from (my) meritless dispute." I would have to think at this point that Mr. Childers, not you, is clearly flooded with paperwork as he has perjured himself and has his <u>facts</u> (as he calls them) disheveled. I am assuming given the piles of evidence I have and continue to produce that he will finally admit to his office's shortcomings and REIMBURSE ME IN FULL. Because if otherwise, I have to assume Mr. Childers really doesn't care about his clients and their professional well being.

I find it further deplorable that Mr. Childers is telling his credit card company that he finds this charge back "irritating" as I find irritating Mr. Childers' consistent, audacious display of the same reverse psychology tactics he uses to manipulate prospects in his real estate investment courses. Said courses are designed to fleece them of hard earned money or credit beyond their limits with no regard to their financial well being with financial information gathered by Mr. Childers' companies at the course while ascertaining the exact amount they can extract from each "client." Mr. Childers' actions speak volumes and most certainly demonstrate his insolence and how he feels he is above the law no matter the audience. Mr. Childers' statements are disgraceful and serve as a vehicle to do just what he accused me of: distract you. My intentions are only to provide thorough and complete information to my bank in order for you to accurately assess the situation rather than hiding behind false statements such as Mr. Childers chooses to do. Unfortunately, this takes a significant amount of time but I am willing to invest it to right this disturbing wrong.

As a twenty plus year Bank of America customer, I know that you will honor my request no matter what time period has transpired as I just discovered these egregious errors this past September with my business advisor and immediately contacted the merchant first by phone then by letter to resolve the dispute who, in turn, refused to refund me or work with me in any manner whatsoever. Given the additional fact that there was never any written expiration date or time period to create the entities by, this renders Mr. Childers' argument baseless and quite frankly desperate. I contacted your bank as soon as was reasonably possible given the way events unfolded. I regret to have to do so as I know your time is equally as valuable, but Profit Publishing Group has given me no other choice. As Mr. Childers' credit card holder, Sage Payment Solutions, has already issued a denial to Mr. Childers and a ruling in my favor which Mr. Childers has attempted to reverse with his December 1, 2009 letter, I request that you work with them to hold to their initial correct decision as it is apparent that Mr. Childers who has "in many cases issued refunds when they were warranted" evidently has a history of dissatisfied clients and should thus issue a refund here where it is also warranted.

Thank you in advance for honoring my request for a charge back and for your time and effort on my behalf in bringing this case to a close.

Sincerely,

Tarla Makaeff

Redacted

---

7

TU-MAKAEFF5247
Exhibit 13
-205-

Response to Michael Johnson's September 11, 2009 email:

*Please note: there is mention of a real estate mentorship in addition to the entity creation which encompasses part of the funds I paid one of Mr. Childer's other firms, Childers Financial. As these purchases are intertwined I have included my email response for your complete understanding of the level of fraud that has been perpetrated by Mr. Childers.*

I strongly disagree with Mr. Michael Johnson's assessment of JJ Childers and his company's actions and intent in his email dated September 11, 2009. As the statements in his correspondence are quite selective and not indicative of the totality of my business dealings with Mr. Childers and Profit Publishing Group aka Childers Financial nor do they address my original complaints, I am providing a more accurate picture herewithin. I am attempting to resolve this matter with Mr. Childers and and Profit Publishing Group aka Childers Financial Group or Childers Finley PA, with a fair outcome resulting in a full refund of $28,755 so we can part amicably.

It is deceitful that Mr. Johnson is acting unaware of why I am at this time dissatisfied as I called his offices and then sent a letter to him on September 10, 2009 explaining the many reasons for my dissatisfaction, including his firm's delivering of malformed corporate entities, keeping funds for entities never created, and teaching illegal real estate business practices.

Let me reiterate then for Mr. Johnson. I detailed in the letter dated September 10, 2009 that the nature of my complaint was his company's deceptive business practices:

In the area of real estate mentoring, instead of receiving valid techniques to do real estate investing deals, I received flagrantly illegal tactics and was repetitively assured these tactics were completely legal and "above the board." These included explicit instruction by Profit Publishing Group aka Childers Financial Group's mentoring company's mentor Ms. Cheryl Swiatek on the posting of bandit signs, where to buy the bandit signs, how to post them, who to hire to post them etc... This I have since found out is a misdemeanor punishable by six months of jail time per CA civil code. Additionally, taking over existing mortgage payments with her instruction to not let the bank know as someone else's name is on the mortgage is illegal. I have confirmed this with criminal counsel. Additionally, high pressure sales tactics in conjunction with the Childers Finley PA law firm on site were used to initially sell me the program and convince me it was legal. This is complete fraud.

Further in the area of **corporate entity creation**, the two corporate records created by Profit Publishing Group aka Childers Financial's secretary Ms. Cherie Elson without as much as a 5 minute discussion with counsel in the specific needs for my corporations at the tune of $1,250 per corporation to then have rudimentary entities shows flagrant disregard for their clients as well as a lack of understanding in how to create moderately complex entities. Based on Mr. Childers' statements when selling his services and their ability to create entities the right way so as to avoid such issues, this is false advertising. Additionally, holding funds for services never rendered on the other two entities is illegal and I'm certain would not be looked on favorably by governing bodies.

I have a gargantuan amount of email correspondence supporting all of these statements, as well as many conversations and Mr. Childers and his firm's associates are quite aware of the myriad of complex legal entanglements that lie here.

However, to address Mr. Johnson's position contained in his September 11, 2009 correspondence:

8

1.    He stated "Your presently stated dissatisfaction is duly noted.  However, we find this to
be in stark contrast to the immense level of satisfaction with the program as indicated in the
past by your signed evaluation form.  We have attached copies of your signed evaluation
forms indicating your level of satisfaction to this letter." To first address Mr.
Johnson's assertion regarding my evaluation, the evaluation form that was filled out was
done prior to me becoming aware of his company's illegal actions as I went to them for
education related to real estate practice, techniques and proper legal business practice.
However, in any regard, the evaluation he included is non-admissible because the supposed
relationship between mentor and student is based on an ongoing relationship. Ms. Cheryl
Swiatek physically handed me the form to fill out and watched me right in answers as well as
pointed a videocam in my face asking for my opinion on the course while sitting in my house.
If I was to criticize anything about her and the program, I would be precluded from getting
any further advice which at the time I thought was of value. But this has nothing to do with
the "useless" services Profit Publishing Group aka Childers Financial provides, and believe
me, they are useless, in fact evidently in the "grey" area legally at best. Mr. Johnson should
further note that my "immense level of satisfaction" was prior to being aware that Mr.
Childer's mentoring team composed of Elite Mentoring owner Mr. Jason Rodriguez
and mentor Ms. Cheryl Swiatek were teaching me illegal techniques as confirmed by a
criminal attorney who I consulted with. I would assume that Mr. Childers being an attorney
himself and held to a higher standard would be aware it is illegal to instruct others to
unknowingly commit crimes?

2.    He further stated "Apparently, circumstances have changed between the time of your
receipt of the services and your expressed satisfaction and the present.  In this difficult
economy, that has unfortunately been the case for many.  We sympathize with your
predicament and understand that this economy has certainly put us all in trying financial
positions.  Please be advised, however, that this situation is not the result of anything that
we either have or have not done." Oddly enough, Mr. Johnson goes on in the next statement
to advise me to be "careful about potentially libelous statements." Am I not to assume that
Mr. Johnson's financial inference could itself qualify as libel? I would advise Mr. Johnson to
please re-reference the September 10, 2009 letter detailing the reasons for my complaint
rather than creating red herrings that attempt to divert attention from the matter at hand and
not address any of my concerns.

3.    Throughout Mr. Johnson's inferences he neglected to mention that Childers Financial
not only created **two unusable and rudimentary corporate entities** for me for an
unparalleled sum of approximately $2,500 but <u>that the remaining sum of close to $2,500 in
my $4,995 expenditure was never consumed by me in any manner</u>. This raises the question:
does Mr. Childers and Profit Publishing Group aka Childers Financial keep funds for services
not rendered while avoiding all correspondence and redirecting it to its outside law firm? I'm
certain the Bar would have an issue with this.

The fact is that Mr. Johnson has chosen, I am assuming because he can't explain his company's
actions, to ignore my questions and statements. These complaints have never been addressed by
Mr. Johnson and I have to therefore surmise they are admitting culpability as ommission can only be
considered as evidence of the merits of my claim and that <u>there is no defense for keeping client's
funds without performing services</u> and teaching illegal practices which I imagine the Bar would have
issue with. I would like Mr. Johnson's response as to why Profit Publishing Group aka Childers
Financial accepts a large sum to only not perform, perform ineptly, and then teach students illegal
real estate investing methods that can then put them in harm's way both personally and
professionally. And more importantly, I would like a complete refund as I do not want to jeopardize my

9

TU-MAKAEFF5249
Exhibit 13
-207-

personal or professional well being with <u>malcrafted entities for critical ventures</u> or criminal teachings and therefore my expenditure for both is useless.

In summation, I feel it my duty to vigorously pursue this matter. I am aggressively defending my positioning and stand by my words. Mr. Johnson's points referenced in his letter do not change the basic facts: **I have not been provided with the services I was promised and instead have been left with substandard entities, unused funds**, and additionally been taught to perform actions that could result in criminal charges placing all expenditures with Mr. Childers and Profit Publishing Group aka Childers Financial Group now useless. The deceptive, fraudulent, and illegal nature of said actions further render Mr. Johnson's arguments baseless.

I would prefer to part company amicably, so I am giving Mr. Johnson (whom I have never spoken with and clearly has no right or say in this matter) and more importantly, Mr. Childers, the courtesy of another opportunity to resolve this matter by showing good faith and agreeing to reimburse me in full immediately.

10

TU-MAKAEFF5250
Exhibit 13
-208-

# EXHIBIT "14"

Exhibit 14
-209-

1               UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF CALIFORNIA

3

4    TARLA MAKAEFF, BRANDON       )
     KELLER, ED OBERKROM, and     )
5    PATRICIA MURPHY, on Behalf   )
     of Themselves and All        )
6    Others Similarly Situated,   )
                                  )
7             Plaintiffs,         )
                                  )
8             vs.                 ) Case No.
                                  ) 10 CV 0940 IEG (WVG)
9    TRUMP UNIVERSITY, LLC,       )
     (aka Trump Entrepreneur      )
10   Initiative) a New York       )
     Limited Liability Company,   )
11   DONALD J. TRUMP, and DOES 1  )
     through 50, inclusive,       )
12                                )
              Defendants.         )
13   _____)

14

15

16

17

18        TARLAMAKAEFF.MOV VIDEO TRANSCRIPTION

19

20

21

22

23

24   Transcribed by:  Yvonne Janette Hyde
                      CSR No. 12579
25   NDS Job Number:  146091

                                                    1

Exhibit 14
-210-

1

2        TARLA   No.  Actually, Troy is helping me as well.

3    He's been awesome. So Troy's, yeah, a new mentor for me.

4        Q    Okay.  So tell me about your mentorship.

5        TARLA  We just got started, but he's great because

6    he's just like me.  He's very detailed oriented, very

7    analytical.

8                 We kind of have the same thought

9    patterns.  It's awesome.  He's really helping me work

10   through things.  He's great.

11       Q    So, what's your name?

12       TARLA  Tarla.

13       Q    Tarla.

14       TARLA  Tarla.

15       Q    Spell it.

16       TARLA  T-A-R-L-A.

17       Q    Okay.

18       TARLA  Yeah.

19       Q    Gotcha.  You don't have a badge or anything.

20       TARLA  Sorry.  No badge.

21       Q    (Inaudible).

22       TARLA  Yep.

23       Q    So why did you go into the mentoring program?

24       TARLA  I went into the mentor program to, you know,

25   basically get that hands-on training that you don't

2

Exhibit 14
-211-

```
 1    typically get if you read a book.

 2                You know, they say the best way to learn

 3    something is to learn from someone who's already done

 4    it.  That's why I did it.  Yeah.

 5        Q    (Inaudible) So what have you been doing so

 6    far?

 7        TARLA  Uh, I've done several (inaudible)

 8    mentorships.  So a lot of different topics.

 9                I've actually purchased -- partnered with

10    Robert over here for an R-E-L (phonetic) in Las Vegas.

11        Q    Okay.  So then you're one of the --

12        TARLA  Which is good.  We're rehabing it and

13    flipping it.  And then I'm learning right now about

14    owner-financing and taking over payments.  So I'm just

15    kind of getting started.

16        Q    Great.

17        TARLA  Yeah.

18        Q    Robert told us about realizing (inaudible)

19    students.

20        TARLA  Yes.

21        Q    (Inaudible) --

22        TARLA  So I'm one of those students.  Hello.  Hello

23    out there.

24        Q    Let me get a shot this way.

25        TARLA  Hello.
```

3

Exhibit 14
-212-

```
1        Q    So what do you think about Trump University?

2        TARLA  I think that there's a lot of benefits of

3    getting an education in real estate.  I think it's, you

4    know, there's a lot of information to learn, but it's a

5    life skill that everyone should have irregardless of

6    whether you want to be a full time investor.  It's just

7    something that you really need to know.  You can pass

8    along to your children, your spouse.  It's an important

9    skill to have.  So it's good to learn that, yeah.

10       Q    So do you -- what drew you to Trump

11   University?

12       TARLA  What drew me to Trump University?  It was

13   just kind of random.  I went with a friend to an event.

14   I never thought I would ever sign up.  I just thought,

15   well, this is good information for me to know.

16              I'm really right brain.  I'm a shoe and

17   handbag designer, and I'm a creative director of a

18   marketing company.  So I'm not really left brained.  But

19   I thought it's important to know about real estate and

20   other things, you know, other investments, day trading.

21   All these things are important to know about if you're

22   going to have a successful financial future.

23       Q    So then what's your prior experience in real

24   estate?

25       TARLA  I had purchased a condo for myself and then
```

4

Exhibit 14
-213-

```
1    I sold that and made a double return on that within

2    three years, over double return, and I used that money

3    to purchase a house.  Before that I never had done

4    investment properties.  I'm just getting involved.

5         Q    So how have you been working with Robert?  How

6    do you like that?

7         TARLA  Robert's great.  Uh-huh.  Awesome.  See,

8    he's always working.  He's got that earpiece in

9    (laughs).  It just goes night and day with Robert.

10        Q    So you think the earpiece is (inaudible) huge

11   (inaudible)?

12        TARLA  Yeah.  We don't know who he's talking to.

13   (Laughs) Or we don't know what's going on.  So, yeah.

14   No, Robert's great.

15        Q    So what have you liked most about the mentor

16   program?

17        TARLA  That you have access to somebody, you know,

18   24-7, pretty much; that you can ask questions to in the

19   real world.  Because if you're reading a book, you can't

20   necessarily talk back to the book, hopefully.

21   Otherwise, you're probably on meds.  (Laughter.)

22              No, you need someone to ask questions to.

23        Q    So where's your friend that -- did she come?

24        TARLA  Oh, no.  She didn't join.  So.  Yeah, she's

25   on other things.
```

5

```
1          Q    So you returned (inaudible).

2          TARLA   I ended up doing it.  She didn't.  So it's

3     good to know.

4          Q    Have you talked to her about it?

5          TARLA   A little bit.  I mean, yeah.  She's off

6     doing other things.  She doesn't know yet that I got

7     that Las Vegas R-E-L, so I'll have to share that with

8     her.

9          Q    So how far are you guys into that?

10         TARLA   We just got it a couple of weeks ago, and so

11    we are just starting the rehab on it.  And then we're

12    going to turn it around and probably sell it for a

13    pretty good profit.

14              The last one Robert did on his own, he

15    made $28,000 in a matter of a few months because he had

16    to hold on to it.  But literally, it was not much work.

17         Q    So what's happening again?  What's the deal?

18         TARLA   It's about like a $60,000 property with

19    $20,000 in it.  You can turn around and sell for,

20    depending on the market, $100,000 or $110,000.  So it's

21    fluctuating a little bit.  But now there's a bidding

22    war, apparently, again in Vegas.

23         Q    That's good.  You're on the good side of the

24    deal today.

25         TARLA   Yeah.  Absolutely (laughs).
```

Network Deposition Services, Inc. • networkdepo.com • 866-NET-DEPO

Exhibit 14
-215-

1                You bid for my property, People (laughs).

2        Q     What did you think of today?

3        TARLA  (Still laughing) I thought was great,

4    actually.  I was very interested in some of the topics,

5    the tax liens and the prorate, and commercial real

6    estate.  Pretty much everything.

7                I love Omar.  He's awesome.  Jeff Adams,

8    too, is great, and just all the speakers were really

9    good.  So it was nice, yeah.

10       Q     All right (inaudible).

11       TARLA  (Laughing) Thank you.

12                    (End of audio.)

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                            7

Exhibit 14
-216-

```
 1    STATE OF CALIFORNIA         )
                                  )   ss:
 2    COUNTY OF LOS ANGELES       )

 3

 4          I, YVONNE JANETTE HYDE, do hereby certify:

 5

 6          That I am a duly qualified Certified Shorthand

 7    Reporter, in and for the State of California, holder of

 8    certificate number 12579, which is in full force and

 9    effect and that I am authorized to administer oaths and

10    affirmations;

11

12          That the foregoing testimony was transcribed

13    by me from an audio file provided by Law Offices of

14    Yunker & Schneider.

15

16          That per the recording on the above-referenced

17    audio file the foregoing transcription consists of

18    TarlaMakaeff.mov.

19

20          That the foregoing pages contain a full, true

21    and accurate record of the proceedings and testimony as

22    referenced above to the best of my skill and ability,

23    based upon the quality of the above-referenced audio

24    file and the conditions under which the above-referenced

25    audio file were recorded.
```

8

```
1          I further certify that I am not a relative or

2   employee or attorney or counsel of any of the parties,

3   nor am I a relative or employee of such attorney or

4   counsel, nor am I financially interested in the outcome

5   of this action.

6

7          IN WITNESS WHEREOF, I have subscribed my name

8   this ____ day of _____, ____.

9

10

11        _____

12          YVONNE JANETTE HYDE, CSR NO. 12579

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                        9
```

Exhibit 14
-218-

# EXHIBIT 14

# TU 01546.mov – Video Testimonial

# of Tarla Makaeff

Exhibit 14
-219-