| | |
|---|---|
| 1 | David K. Schneider (CSB 139288) |
| 2 | YUNKER & SCHNEIDER |
|   | 655 West Broadway, Suite 1400 |
| 3 | San Diego, California 92101 |
|   | Telephone:  (619) 233-5500 |
| 4 | Facsimile:   (619) 233-5535 |
| 5 | Email:  dks@yslaw.com |
| 6 | Jill A. Martin (CSB 245626) |
|   | c/o Trump National Golf Club Los Angeles |
| 7 | One Trump National Drive |
|   | Rancho Palos Verdes, California 90275 |
| 8 | Telephone:  (310) 303-3225 |
| 9 | Facsimile:   (310) 265-5522 |
|   | Email:  jmartin@trumpnational.com |
| 10 | |
| 11 | Attorneys for Defendants, |
|    | TRUMP UNIVERSITY, LLC and |
| 12 | DONALD J. TRUMP |

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | Case No. 10cv0940GPC (WVG) |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | **TRUMP UNIVERSITY'S APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011** |
| v. | |
| TRUMP UNIVERSITY, LLC, et al., | |
| Defendants. | DATE: March 28, 2014 |
| | TIME: 1:30 p.m. |
| AND ALL RELATED CROSS-ACTIONS. | CTRM: 2D (Schwartz) |

Defendant Trump University, LLC hereby requests permission to file under seal certain portions of : (1)Trump University's Supplemental Opposition to Plaintiff/ Counter Defendant Makaeff's Supplement Brief Regarding Special Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim Pursuant to California Code of Civil Procedure §425.16 ("TU's Supplemental Opposition"); and (2) Exhibits 3 and 7 to the Declaration of Jill A. Martin in Support of Defendant/Counterclaimant Trump University's Supplemental Opposition to Plaintiff Counter-Defendant Makaeff's Special Motion To Strike Defendant/Counterclaimant Trump University's Counterclaim Pursuant to California Code of Civil Procedure §425.16 ("Martin Declaration").

Under the Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure.  *See* ECF No. 91 - Protective Order, ¶¶ 4, 7-9.  Any information or material which has been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action.  *See id*.  The documents Trump University seeks to file under seal have been designated as "Confidential" by Trump University and or Plaintiffs pursuant to the Protective Order.

Trump University therefore requests permission to file under seal:  1) portions of TU's Supplemental Opposition; and (2) Exhibits 3 and 7 to the Martin Declaration. Respectfully submitted,

Dated:  February 28, 2014

By:   s/ Jill A. Martin
      Jill A. Martin
      Attorneys for Defendant
      TRUMP UNIVERSITY, LLC
      Email:  jmartin@trumpnational.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 28, 2014.

          s/ Jill A. Martin
          JILL A. MARTIN
          c/o Trump National Golf Club Los Angeles
          One Trump National Dr.
          Rancho Palos Verdes, CA 90275
          Tel: 310-303-3225
          Fax: 310-265-5522

          Email: jmartin@trumpnational.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)