UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION TO ALLOW THE NON-ELECTRONIC FILING OF A VIDEO AS AN EXHIBIT TO DEFENDANTS' SUPPLEMENTAL OPPOSITION<br><br>[Dkt. No. 299.] |

On February 28, 2014, Defendant Trump University filed an unopposed motion for leave to non-electronically file a video as an exhibit in support of Defendant's supplemental opposition brief. (Dkt. No. 299.) The Court hereby GRANTS the motion. Specifically, counsel is allowed to non-electronically file the following:

1. TU 01546.mov [Tarla Makaeff] - a video on a DVD.

IT IS SO ORDERED.

DATED: February 28, 2014

                                            HONORABLE GONZALO P. CURIEL
                                            United States District Judge