# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MAKAEFF v. TRUMP UNIVERSITY, LLC, *et al.*
No. 10-CV-0940-GPC (WVG)

HON. WILLIAM V. GALLO     CT. DEPUTY J. YAHL     RPTR.

Attorneys

Plaintiffs                                              Defendants

On June 7, 2012, this Court issued an Amended Scheduling Order Regulating Pre-Class Certification Discovery. (Doc. No. 108.) The Court issued a discovery schedule through the deadline for Plaintiffs' filing of their motion for class certification. Id.

On February 21, 2014, the Honorable Gonzalo P. Curiel, United States District Judge, issued an Order Granting in Part and Denying in Part Plaintiffs' Motion to Certify Class Action, Appoint Class Representatives, and Appoint Class Counsel. (Doc. No. 298.) Therefore, on March 12, 2014, at 8:00 a.m., this Court will hold a telephonic Status Conference with counsel for all parties to discuss the dates and discovery remaining in this case. Only counsel must participate and the Court will initiate the call.

On or before March 10, 2014, the parties shall lodge with the Court a Joint Discovery/Scheduling Plan. The Joint Discovery/Scheduling Plan shall outline the parties' anticipated remaining discovery, and set forth a proposed joint schedule to bring the case to trial.

IT IS SO ORDERED.
DATED: March 4, 2014

Hon. William V. Gallo
U.S. Magistrate Judge