David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Jill A. Martin (CSB 245626)
c/o Trump National Golf Club Los Angeles
One Trump National Drive
Rancho Palos Verdes, California 90275
Telephone: (310) 303-3225
Facsimile: (310) 265-5522
Email: jmartin@trumpnational.com

Attorneys for Defendants,
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>    Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10cv0940GPC (WVG)<br><br>**TRUMP UNIVERSITY'S NOTICE OF *EX PARTE* MOTION TO ALLOW MEDIA EQUIPMENT IN THE COURTROOM FOR THE MARCH 28, 2014 HEARING**<br><br>DATE: *Ex Parte*<br>TIME: *Ex Parte*<br>CTRM: 2D (SCHWARTZ)<br>JUDGE: Hon. Gonzalo P. Curiel |

**TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Defendant Trump University, LLC respectfully moves the Court for an order authorizing it to bring and use certain equipment in the courtroom in conjunction with the hearing on the Motion to Reconsider Plaintiff/Counter-Defendant Tarla Maekeff's Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim (Dkt No. 294), to be held on March 28, 2014 at 1:30 p.m.

Specifically, Trump University requests that the court allow its counsel to bring into the courtroom the following items:

1. Projector (1); and
2. Projector screen (1); and
3. Laptop computers (2); and
4. Assorted cabling for projector and laptop.

Pursuant to Local Civil Rule 83.3(h)(2) Trump University has informed opposing counsel Jason Forge, Rachel Jensen, and Amber Eck, via email on March 18, 2014 of this motion.

Dated:  March 19, 2014

By:  s/ Jill A. Martin
Jill A. Martin
Attorneys for Defendant
TRUMP UNIVERSITY, LLC
Email:  jmartin@trumpnational.com

CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 19, 2014.

     s/ Jill A. Martin
     JILL A. MARTIN
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Tel:  310-303-3225
Fax:  310-265-5522
Email:  jmartin@trumpnational.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)