1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | Case No. 10cv0940GPC (WVG) |
|---|---|
| Plaintiffs, | CLASS ACTION |
| v. | **ORDER GRANTING TRUMP UNIVERSITY'S *EX PARTE* MOTION TO ALLOW MEDIA EQUIPMENT IN THE COURTROOM FOR THE MARCH 28, 2014 HEARING** |
| TRUMP UNIVERSITY, LLC, et al., | |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS. | |

Case No. 10cv0940GPC (WVG)

IT IS HEREBY ORDERED that counsel for Trump University may bring into the Federal Courthouse in San Diego, California, located at 221 West Broadway, San Diego, California, and set-up in the courtroom of the Honorable Gonzalo P. Curiel, certain equipment and materials in conjunction with the hearing on the Motion to Reconsider Plaintiff/ Counter-Defendant Tarla Makaeff's Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim (Dkt No. 294), to be held on March 28, 2014 at 1:30 p.m. Specifically, counsel is authorized to bring into the courtroom the following equipment:

1. Projector (1)
2. Projector screen (1);
3. Laptop computers (2); and
4. Assorted cabling for projector and laptop.

Dated: March 20, 2014

_____
HONORABLE GONZALO P. CURIEL
United States District Judge