1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  JASON A. FORGE (181542)
   jforge@rgrdlaw.com
3  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
4  THOMAS R. MERRICK (177987)
   tmerrick@rgrdlaw.com
5  655 West Broadway, Suite 1900
   San Diego, CA  92101
6  Telephone:  619/231-1058
   619/231-7423 (fax)
7
   ZELDES HAEGGQUIST & ECK, LLP
8  AMBER L. ECK (177882)
   ambere@zhlaw.com
9  HELEN I. ZELDES (220051)
   helenz@zhlaw.com
10 ALREEN HAEGGQUIST (221858)
   alreenh@zhlaw.com
11 AARON M. OLSEN (259923)
   aarono@zhlaw.com
12 625 Broadway, Suite 1000
   San Diego, CA  92101
13 Telephone:  619/342-8000
   619/342-7878 (fax)
14
   Class Counsel

15

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | No. 3:10-cv-0940-GPC(WVG) |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | JOINT MOTION TO AMEND PROTECTIVE ORDER |
| vs. | |
| TRUMP UNIVERSITY, LLC, et al., | |
| Defendants. | |

925865_1

1 | Pursuant to Local Rule 7.2, the parties, by and through the undersigned counsel, hereby jointly submit this motion to amend the Protective Order in this matter (Dkt. 91) ("Protective Order").

WHEREAS, the parties jointly moved for the Court to enter the Protective Order prior to the Court's certification of this case as a class action (Dkt. 90); and

WHEREAS, the Court granted the parties' joint motion and entered the Protective Order on November 17, 2011; and

WHEREAS, on October 18, 2013, counsel for the Plaintiffs filed a related action, *Cohen v. Trump,* 13-cv-2519-GPC-WVG ("the Cohen Case").

NOW, THEREFORE, the parties hereby stipulate and agree to amend the Protective Order as follows:

Replace "this litigation" in line 8 of page 4, line 16 of page 5, and line 19 of page 7, with "this litigation or the related case of *Cohen v. Trump,* 13-cv-2519-GPC-WVG (the "Cohen Case");

Strike "and" from line 5 of page 5;

Replace the period at the end of line 7 of page 5 with "; and";

Add the following sentence below the existing line 7 of page 5: "(d) All named parties and counsel of record in the Cohen Case";

Replace "this action" in line 10 of page 6, with "this action or the Cohen Case"; and

Replace "this action" in line 1 of page 8, with "this action and the Cohen Case."

IT IS SO STIPULATED.

DATED: March 21, 2014
ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
THOMAS R. MERRICK

s/ Jason A. Forge
JASON A. FORGE

| | |
|---|---|
| | 655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>ZELDES HAEGGQUIST & ECK, LLP<br>AMBER L. ECK<br>HELEN I. ZELDES<br>ALREEN HAEGGQUIST<br>AARON M. OLSEN<br>625 Broadway, Suite 1000<br>San Diego, CA 92101<br>Telephone: 619/342-8000<br>619/342-7878 (fax)<br><br>Class Counsel |
| DATED: March 21. 2014 | JILL A. MARTIN<br><br>                      s/ Jill A. Martin<br>                      JILL A. MARTIN<br><br>c/o Trump National Golf Club<br>  Los Angeles<br>One Trump National Dr.<br>Rancho Palos Verdes, California 90275<br>Telephone: 310/303-3225<br>310/265-5522 (fax)<br><br>Attorney for Defendants Trump University LLC and Donald J. Trump |

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

| | |
|---|---|
| Dated: March 21, 2014 | By: s/ Jason A. Forge<br>           JASON A. FORGE |

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |

I hereby certify that on March 21, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2014.

                                                                s/ Jason A. Forge
                                                                JASON A. FORGE

                                                                ROBBINS GELLER RUDMAN
                                                                               & DOWD LLP
                                                                655 West Broadway, Suite 1900
                                                                San Diego, CA 92101-3301
                                                                Telephone: 619/231-1058
                                                                619/231-7423 (fax)

                                                                E-mail:jforge@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)