# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | Civil No.   10cv940 GPC (WVG)<br><br>**ORDER CONTINUING HEARING**<br>**[Dkt. No. 282]** |

On December 12, 2013, pursuant to U.S. Court of Appeals for the Ninth Circuit mandate, (Dkt. No. 282), this Court set a hearing date of <u>March 28, 2014 at 1:30 p.m.</u> to rehear Plaintiff Tarla Makaeff's motion to strike Defendant Trump University, LLC's counterclaim against her for defamation, (Dkt. No. 24), and Plaintiff's related motion for reconsideration (Dkt. No. 40). Accordingly, the Court ordered supplemental briefing relating to the issue of whether Defendant has a reasonable probability of proving that Plaintiff made the statements at issue with actual malice. (Dkt. No. 283.)

Due to a conflict on the Court's calendar, the Court hereby CONTINUES the motion set to rehear Plaintiff Tarla Makaeff's motion to strike and related supplemental briefing to **Friday, June 13, 2014 at 1:30 p.m.**

The Court notes that it previously granted Defendant Trump University, LLC leave to bring electronic equipment into the Federal Courthouse for the March 28, 2014 hearing. Accordingly, it is HEREBY ORDERED that counsel for Trump University may bring into the Federal Courthouse in San Diego, California, located at 221 West Broadway, San Diego, California, and set-up in the courtroom of the Honorable Gonzalo P. Curiel, certain equipment and materials in conjunction with the hearing on the Motion to Reconsider Plaintiff/ Counter-Defendant Tarla Makaeff's Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim, to be held on **June 13, 2014 at 1:30 p.m.**  Specifically, counsel is authorized to bring into the courtroom the following equipment:

  1. Projector (1)
  2. Projector screen (1);
  3. Laptop computers (2); and
  4. Assorted cabling for projector and laptop.

**IT IS SO ORDERED.**

DATED: March 24, 2014

HON. GONZALO P. CURIEL
United States District Judge