NANCY L. STAGG CA Bar No. 157034
  nstagg@foley.com
BENJAMIN J. MORRIS CA BAR No. 260148
  bmorris@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:   858.847.6700
FACSIMILE:    858.792.6773

Attorneys for Defendants Trump University, LLC
and Donald J. Trump

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, SONNY LOW, J.R. EVERETT, AND JOHN BROWN, on behalf of themselves and all others similarly situated, ED OBERKROM, and BRANDON KELLER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC (aka Trump Entrepreneur Initiative), a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 10-cv-0940 GPC (WVG)<br><br>**NOTICE OF APPEARANCE BY ATTORNEY BENJAMIN J. MORRIS FOR DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP**<br><br>CLASS ACTION |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Attorney Benjamin J. Morris of Foley & Lardner LLP, 3579 Valley Centre Drive, Suite 300, San Diego, CA 92130, e-mail bmorris@foley.com, telephone 858.847.6700, facsimile 858.792.6773 hereby enters his appearance as counsel for Defendants Trump University, LLC and Donald J. Trump.  Trump University, LLC  and Donald J. Trump request the Court and counsel update their records accordingly.

Dated:  April 24, 2014

**FOLEY & LARDNER LLP**
NANCY L. STAGG
BENJAMIN J. MORRIS


By:  /s/ Benjamin J. Morris_____
     BENJAMIN J. MORRIS
     Attorneys for Defendants Trump
     University, LLC and Donald J. Trump

2

NOTICE OF APPEARANCE
10-CV-0940 GPC (WVG)

4824-8079-5674.1

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to this action; my current business address is 3579 Valley Centre Drive, Suite 300, San Diego, CA 92130.

On April 24, 2014, I served the foregoing document(s) described as:

**Notice of Appearance by Attorney Benjamin J. Morris for Defendants Trump University, LLC and Donald J. Trump**

on the interested parties in this action as follows:

BY CM/ECF NOTICE OF ELECTRONIC FILING by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

| | |
|---|---|
| Amber Lee Eck | Attorneys for Plaintiffs |
| Aaron M. Olsen | |
| ZELDES HAEGGQUIST & ECK, LLP | |
| 625 Broadway, Suite 1000 | |
| San Diego, CA 92101 | |
| Telephone:  (619) 342-8000 | |
| Facsimile:  (619) 342-7878 | |
| ambere@zhlaw.com | |
| aarono@zhlaw.com | |
| | |
| Jason A. Forge | Attorneys for Plaintiffs |
| Rachel L. Jensen | |
| Thomas R. Merrick | |
| ROBBINS GELLER RUDMAN & DOWD LLP | |
| 655 West Broadway, Suite 1900 | |
| San Diego, CA 92101 | |
| Telephone: (619) 231-1058 | |
| Facsimile: (619) 231-7423 | |
| jforge@rgrdlaw.com | |
| rjensen@rgrdlaw.com | |
| tmerrick@rgrdlaw.com | |

| | | |
|---|---|---|
| 1 | Paula M. Roach | Attorney for Plaintiffs |
| 2 | BLOOD HURST &O'REARDON, LLP | |
| | 600 B Street, Suite 1550 | |
| 3 | San Diego, CA 92101 | |
| 4 | Telephone: (619) 338-1100 | |
| | Facsimile: (619) 338-1101 | |
| 5 | proach@bholaw.com | |
| 6 | | |
| 7 | Jill Ann Martin | Attorney for Defendants |
| | TRUMP NATIONAL GOLF CLUB, | |
| 8 | LOS ANGELES | |
| | One Trump National Drive | |
| 9 | Rancho Palos Verdes, CA 90275 | |
| 10 | Telephone: (310) 303-3225 | |
| | Facsimile: (323) 282-3629 | |
| 11 | jmartin@trumpnational.com | |
| 12 | | |
| 13 | David K. Schneider | Attorneys for Defendants |
| | Stephen F. Yunker | |
| 14 | YUNKER AND SCHNEIDER | |
| | 655 West Broadway, Suite 1400 | |
| 15 | San Diego, CA 92101 | |
| 16 | Telephone: (619) 233-5500 | |
| | Facsimile: (619) 233-5535 | |
| 17 | dks@yslaw.com | |
| 18 | sfy@yslaw.com | |

Executed on April 24, 2014, at San Diego, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Benjamin J. Morris
Benjamin J. Morris