David K. Schneider (CSB 139288)
Stephen F. Yunker (CSB 110159)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com
Email: sfy@yslaw.com

Jill A. Martin (CSB 245626)
c/o Trump National Golf Club Los Angeles
One Trump National Drive
Rancho Palos Verdes, California 90275
Telephone: (310) 303-3225
Facsimile: (323) 282-3629
Email: jmartin@trumpnational.com

Attorneys for Defendants,
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. 10cv0940 GPC (WVG)<br><br>**SUBSTITUTION OF COUNSEL AND [PROPOSED] CONSENT ORDER**<br><br>CLASS ACTION |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that, subject to approval by the court, defendants Trump University, LLC and Donald J. Trump substitute Nancy L. Stagg (SBN 157034) and Benjamin J. Morris (SBN 260148) of Foley & Lardner LLP as counsel of record in place of David K. Schneider and Stephen F. Yunker of Yunker & Schneider. Jill A. Martin is to remain as counsel of record for Trump University, LLC and Donald J. Trump.

Contact information for new counsel is as follows:

> Firm Name: Foley & Lardner LLP
> Address: 3579 Valley Centre Drive, Suite 300, San Diego, CA 92130
> Telephone: (858) 847-6700
> Facsimile: (858) 792-6773

I consent to the above substitution.

Dated: 4/29/14      By: _____
                        TRUMP UNIVERSITY, LLC

Dated: 4/29/14      By: _____
                        DONALD J. TRUMP

I consent to being substituted.

Dated: 5/1/14       YUNKER & SCHNEIDER

                    By: _____
                        DAVID K. SCHNEIDER

---

1                                              Case No. 10cv0940GPC (WVG)
SUBSTITUTION OF COUNSEL

```
 1  Dated:  5/1/14                        By: _____
 2                                            STEPHEN F. YUNKER
 3
 4
    I consent to the above substitution.
 5
 6
 7  Dated: _____             FOLEY & LARDNER LLP
 8
 9                                     By: _____
10                                         NANCY L. STAGG
11
12
13  Dated: _____             By: _____
14                                         BENJAMIN J. MORRIS
15
16
17  The substitution of attorneys is hereby approved and so ORDERED.
18
19
20  Dated: _____             _____
21                                     HONORABLE GONZALO P. CUIREL
22
```

```
 1  Dated: _____           By: _____
 2                                       STEPHEN F. YUNKER
 3
 4
    I consent to the above substitution.
 5
 6
 7  Dated: 4/29/14                   FOLEY & LARDNER LLP
 8
 9                                   By: _____
10                                       NANCY L. STAGG
11
12
13  Dated: 4/29/2014                 By: _____
14                                       BENJAMIN J. MORRIS
15
16
17  The substitution of attorneys is hereby approved and so ORDERED.
18
19
20  Dated: _____           _____
21                                   HONORABLE GONZALO P. CUIREL
22
23
24
25
26
27
28
```

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 2, 2014.

                    s/David K. Schneider
                    DAVID K. SCHNEIDER

YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, CA  92101
Tel:     (619) 233-5500
Fax:    (619) 233-5535

Email: dks@yslaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **David Keith Schneider**
  dks@yslaw.com,ewb@yslaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

- **Stephen F Yunker**
  sfy@yslaw.com,ewb@yslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`