# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 10 CV 0940 GPC (WVG)<br><br>ORDER GRANTING SUBSTITUTION OF COUNSEL ON BEHALF OF TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP<br><br>[Dkt. No. 322.] |

Upon consideration of Trump University, LLC's and Donald J. Trump's Motion for Substitution of Counsel, (Dkt. No. 322), and good cause appearing, the Court hereby GRANTS the motion. IT IS HEREBY ORDERED that Nancy L. Stagg and Benjamin J. Morris of Foley & Lardner LLP are hereby substituted as counsel of record in place and instead of David K. Schneider and Stephen F. Yunker of Yunker & Schneider. Jill A. Martin will remain as counsel of record for Trump University, LLC and Donald J. Trump.

**IT IS SO ORDERED.**

Dated: May 12, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　United States District Judge