UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al,, <br><br>   Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, et al, <br><br>   Defendants. <br><br> AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 GPC (WVG) <br><br> CLASS ACTION <br><br> ORDER GRANTING DEFENDANT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL <br><br> [Dkt. Nos. 301, 310.] |

On February 28, 2014, Defendant/Counterclaimant Trump University submitted an application to file under seal certain portions of Trump University's Supplemental Opposition to Plaintiff/Counter-Defendant Makaeff's Special Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim Pursuant to California Code of Civil Procedure §425.16 as well as Exhibits 3 and 7 to the Declaration of Jill A. Martin in Support thereof ("Martin Declaration").  (Dkt No. 301.)

In addition, on March 14, 2014, Plaintiff/Counter-Defendant Tarla Makaeff submitted an application to file under seal portions of her Reply in Support of Supplemental Brief Regarding Special Motion to Strike Defendant/Counterclaimant Trump University's Counterclaim Pursuant to California Code of Civil Procedure §

425.16 as well as Exhibit 16 to the Declaration of Rachel L. Jensen in Support thereof ("Jensen Declaration"). (Dkt. No. 310.)

Good cause appearing, the Court hereby GRANTS the motions. (Dkt. Nos. 301, 310). Accordingly, the Clerk of Court is directed to **FILE UNDER SEAL**:

- Certain portions of Defendant/Counterclaimant Trump University's Supplemental Opposition quoting from Exhibits 3 and 7 to the Declaration of Jill A. Martin, currently lodged at Dkt. No. 302;
- Exhibits 3 and 7 to the Declaration of Jill A. Martin in Support of Defendant's Supplemental Opposition, currently lodged at Dkt. Nos. 302-1, 302-2; 303; 303-1; and 303-2;
- Certain portions of Plaintiff/Counter-Defendant Tarla Makaeff's Reply brief, currently lodged at Dkt. No. 311; and
- Exhibit 16 to the Declaration of Rachel L. Jensen, currently lodged at Dkt. No. 311-1.

**IT IS SO ORDERED.**

DATED: June 13, 2014

HONORABLE GONZALO P. CURIEL
United States District Judge