UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF *et al.*, <br><br>    Plaintiffs, <br>v. <br>TRUMP UNIVERSITY, LLC, *et al.*, <br><br>    Defendants. | Civil No.  10-CV-0940-GPC (WVG) <br><br>ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE |

On June 20, 2014, the Court was notified of a discovery dispute in this case.  The Court was also informed that counsel have met and conferred in person.

On or before July 2, 2014, the parties shall file a Joint Statement about this dispute with the Court.  The Joint Statement shall not exceed five pages for each side, excluding exhibits.

On July 7, 2014, at 9:30 a.m., this Court will hold a telephonic Discovery Conference with counsel for all parties.  Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.

DATED: June 25, 2014

                Hon. William V. Gallo
                U.S. Magistrate Judge