UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF *et al.*,<br><br>            Plaintiffs,<br>v.<br><br>TRUMP UNIVERSITY, LLC, *et al.*,<br><br>            Defendants. | Civil No.  10-CV-0940-GPC (WVG)<br><br>ORDER SETTING DISCOVERY HEARING |

On July 18, 2014, the Court was notified of a discovery dispute in this case. The Court was also informed that counsel have met and conferred in person.

On or before <u>July 25, 2014</u>, the parties shall file a Joint Statement about this dispute with the Court. The Joint Statement <u>shall not exceed five pages</u> for each side, excluding exhibits.

A Discovery Hearing shall be held on <u>August 6, 2014</u>, at <u>2:00 p.m.</u>, in Courtroom 2A of the above-entitled Court. The Court will allot <u>one hour</u> for the Discovery Hearing. All

//
//
//
//
//

parties shall be represented at the Hearing.  Counsel who intend to present arguments shall be present before the Court at the Discovery Hearing.

IT IS SO ORDERED.

DATED: July 18, 2014

Hon. William V. Gallo
U.S. Magistrate Judge