## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Makaeff v. Trump University, LLC, *et al*. No. 10-CV-0940-GPC (WVG)

HON. WILLIAM V. GALLO     CT. DEPUTY J. YAHL     RPTR.

Attorneys

Plaintiffs                                                              Defendants


On July 25, 2014, Plaintiffs filed a Motion to File Documents Under Seal in connection with the parties' Joint Hearing Statement. (Doc. 337.) For good cause shown, Plaintiffs' Motion to File Documents Under Seal is hereby GRANTED.

IT IS SO ORDERED.
DATED: July 29, 2014

Hon. William V. Gallo
U.S. Magistrate Judge