## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MAKAEFF v. TRUMP UNIVERSITY, LLC, *et al.*
No. 10-CV-0940-GPC (WVG)

HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL        RPTR.

Attorneys

Plaintiffs                                                        Defendants

On September 11, 2014, at 4:00 p.m., this Court will hold a telephonic Status Conference with counsel for all parties. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED: September 5, 2014

Hon. William V. Gallo
U.S. Magistrate Judge