# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

MAKAEFF v. TRUMP UNIVERSITY, LLC, *et al.*
No. 10-CV-0940-GPC (WVG)

HON. WILLIAM V. GALLO       CT. DEPUTY J. YAHL       RPTR.

Attorneys

Plaintiffs                                                                  Defendants

On October 28, 2014, at 7:00 a.m., this Court will hold a telephonic Discovery Conference with counsel for all parties. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED: October 27, 2014

Hon. William V. Gallo
U.S. Magistrate Judge