Nancy L. Stagg (CSB 157034)
nstagg@foley.com
Benjamin J. Morris (CSB 260148)
bmorris@foley.com
**Foley & Lardner LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130-3302
Telephone:  (858) 847-6700
Facsimile:   (858) 792-6773

Jill A. Martin (CSB 245626)
c/o Trump National Golf Club Los Angeles
One Trump National Drive
Rancho Palos Verdes, California 90275
Telephone:  (310) 303-3225
Facsimile:   (323) 282-3629
Email:   jmartin@trumpnational.com

Attorneys for Defendants,
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>         Defendants. | Case No. 10cv0940GPC (WVG)<br><br>CLASS ACTION<br><br>**DECLARATION OF BENJAMIN J. MORRIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' OPENING MEMORANDUM REGARDING DISCOVERY DISPUTES** |

4817-9029-9168.2

Case No. 10cv0940GPC (WVG)

I, BENJAMIN J. MORRIS, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am an associate at the law firm of Foley & Lardner LLP, attorneys of record for defendants Trump University, LLC and Donald J. Trump ("Defendants"). I am one of the attorneys principally responsible for the representation of Defendants. As a result, I have personal knowledge of the matters stated herein. I could and would testify competently to statements made in this Declaration if called upon to do so.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Opening Memorandum Regarding Discovery Disputes.

3. On October 15, 2014, Rachel Jensen contacted me to address various discovery issues. During the call, Ms. Jensen informed me that Plaintiffs' intended to reopen the depositions of Mr. Sexton and Mr. Trump and also sought Defendants' agreement that the parties could take post-discovery-cut-off depositions of any witnesses not previously deposed who appeared on the parties' trial witness lists. Mr. Jensen, alternatively proposed that Plaintiff be able to take Messrs. Trump and Sexton's depositions in the *Cohen v. Trump,* No. 3:13cv2519-GPC (WVG) action prior to merits discovery being open, if Defendants would not agree to reopen the depositions in this case. After the call, I emailed Ms. Jensen and her co-counsel informing her that Defendants would not agree to reopen the depositions of Messrs. Trump and Sexton and also would not agree to allowing the depositions to go forward in the *Cohen* matter, as discovery was stayed.

4. After further meeting and conferring, the parties were unable to resolve the discovery issues.

5. On November 7, 2014 I provided a supplemental document production to Plaintiffs' counsel. Contained in the production were communications between former Trump University student Paul Canup and Defendants' counsel. These documents were produced in anticipation of Mr. Canup's deposition, scheduled for November 10, 2014.

1   Case No. 10cv0940GPC (WVG)
DECLARATION OF BENJAMIN J. MORRIS IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' OPENING MEMORANDUM REGARDING
DISCOVERY DISPUTES

4817-9029-9168.2

6. I have reviewed the number of depositions taken in this case to date, and according to my tally, as of today, Plaintiffs have taken a total of 11 depositions: 10 party depositions and 1 third-party deposition. Between today and December 19, 2014, Plaintiffs have scheduled an additional 7 depositions: 4 party depositions and 3 third-party depositions.

7. On September 4, 2014, Plaintiffs' took the deposition of Keith Sperry. The most recent deposition taken by Plaintiffs prior to this date was the deposition of Gerald Martin on November 5, 2013.

8. Attached to this Declaration are true and correct copies of the following evidence in support of Defendant's Opposition:

| Exhibit | Document Description | Page Nos. |
| --- | --- | --- |
| Exhibit 1: | Plaintiffs' Fourth Set of Requests for Production to Defendants Trump University, LLC and Donald J. Trump, dated October 8, 2012 | 1-11 |
| Exhibit 2: | Plaintiffs' Fifth Set of Requests for Production to Defendants Trump University, LLC and Donald J. Trump dated November 20, 2012 | 12-19 |
| Exhibit 3: | Plaintiffs' Sixth Set of Requests for Production to Defendants Trump University, LLC and Donald J. Trump dated April 5, 2013 | 20-29 |
| Exhibit 4: | Plaintiffs' Seventh Set of Requests for Production to Defendants Trump University, LLC and Donald J. Trump dated March 6, 2014 | 30-53 |
| Exhibit 5: | Plaintiffs' Eighth Set of Requests for Production to Defendants Trump University, LLC and Donald J. Trump dated November 12, 2014 | 54-63 |
| Exhibit 6: | Relevant excerpts from the Videotaped Deposition of Michael Sexton, taken on August 22, 2012 | 64-92 |

| Exhibit 7: | Relevant excerpts from the Videotaped Deposition of Michael Sexton, Vol. II, taken on August 23, 2012 | 93-106 |
| --- | --- | --- |
| Exhibit 8: | Relevant excerpts from the Videotaped Depositions of Donald J. Trump, taken on Sept. 12, 2012 | 107-115 |
| Exhibit 9: | Relevant portions of email exchange between David Schneider and Amber Eck, copying Rachel Jensen and Aaron Olsen, dated Monday, July 30, 2012-Tuesday, July 31, 2012 | 116-122 |
| Exhibit 10: | Joint Discovery Plan in *Cohen v. Donald J. Trump,* 3:13-cv-02519-GPC-WVG, lodged on May 16, 2014 | 123-146 |
| Exhibit 11: | August 15, 2012, FOIL Request from Rachel Jensen to NYSED. | 147 |

Dated:  November 17, 2014

By:      *s/ Benjamin J. Morris*
Benjamin J. Morris
Attorneys for Defendants
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP
Email:  bmorris@foley.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 17, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

                           *s/ Benjamin J. Morris*
                           Benjamin J. Morris