ROBBINS GELLER RUDMAN
 & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br> vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>        Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT DONALD J. TRUMP'S *EX PARTE* MOTION TO EXTEND PAGE LIMIT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT<br><br>DATE: *Ex Parte*<br>TIME: *Ex Parte*<br>CTRM: 2D (2nd Floor – Schwartz)<br>JUDGE: Hon. Gonzalo P. Curiel |

1005864_1

1  I, RACHEL L. JENSEN, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), which serves as Court-appointed Class Counsel in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of plaintiffs' response to defendant Donald J. Trump's ("Trump") *ex parte* motion for additional pages to brief his anticipated motion for summary judgment ("MSJ").

3. On Tuesday, February 3, 2015, one day after defense counsel, Ms. Nancy Stagg, relayed Mr. Trump's request for an extension of the page limits for summary judgment briefing to myself and co-counsel Ms. Amber Eck, I called Ms. Stagg. I explained that, in light of Mr. Trump's request and various questions posed regarding the claims and plaintiffs that would proceed, we proposed that the parties explore agreement to narrow the litigation to the certified Class claims by way of an amended complaint so as to minimize the burden and expense to the parties and the Court going forward. Ms. Stagg said she would get back to me.

4. On Friday, February 6, 2015, I received the email attached as Exhibit 1 to Ms. Stagg's declaration in support of Trump's *ex parte* motion. *See* Dkt. No. 369-1. I replied to Ms. Stagg's email at 2:24 p.m., well before Mr. Trump filed his *ex parte* motion and clarified that plaintiffs had responded on Tuesday, February 3rd by way of our proposal, and that we remained willing to explore agreement before Trump moved the Court for relief. *See* Ex. 1 attached hereto.

1  5. Attached hereto is a true and correct copy of the following Exhibit:

| Exhibit | Description | Page Nos. |
|---|---|---|
| Exhibit 1: | February 6, 2015 Email string between Rachel L. Jensen and Nancy L. Stagg regarding Makaeff v. Trump University -- Request for Additional Pages for Donald Trump Motion for Summary Judgment. | 1-3 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of February, 2015, at San Diego, California.

                                          s/ Rachel L. Jensen
                                          RACHEL L. JENSEN

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 11, 2015.

 s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     rachelj@rgrdlaw.com

1005864_1

3:10-cv-0940-GPC(WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`