# EXHIBIT 1

Exhibit 1
- 1 -

|  |  |
|---|---|
| **From:** | Rachel Jensen |
| **To:** | NStagg@foley.com; "Amber Eck" |
| **Cc:** | BMorris@foley.com |
| **Subject:** | RE: Makaeff v. Trump University -- Request for Additional Pages for Donald Trump Motion for Summary Judgment |
| **Date:** | Friday, February 06, 2015 2:24:29 PM |
| **Attachments:** | image001.jpg |

Nancy:

Thanks for your email. As indicated on our Tuesday follow-up call, plaintiffs offered to stipulate to an amended complaint that would reduce the number of plaintiffs, claims, and allegations at issue - assuming the parties reached agreement. This offer, if accepted, would have eliminated needless briefing on defendants' motion for summary judgment for the benefit of both the parties and the Court. From your email below, I understand that defendants are now rejecting that offer. Thus, we believe that any need for additional pages is, respectfully, one of defendants' making. We remain willing to discuss this further to see if the parties can reach agreement on the summary judgment briefing before defendants move the Court for relief.

Best,
Rachel

---

**From:** NStagg@foley.com [NStagg@foley.com]
**Sent:** Friday, February 06, 2015 9:32 AM
**To:** Rachel Jensen; 'Amber Eck'
**Cc:** BMorris@foley.com
**Subject:** Makaeff v. Trump University -- Request for Additional Pages for Donald Trump Motion for Summary Judgment

As we discussed in our telephone call on Monday afternoon, we are requesting 5 additional pages on Donald Trump's Motion for Summary Judgment and 3 additional pages on the reply. We agree Plaintiffs could have 5 additional pages in opposition as well. We based on our request on the number of causes of action, the number of plaintiffs and the legal and factual issues to address in the briefing. We have determined we do not need additional pages for Trump University's motion. We intend to move the Court for the requested relief, but wanted to seek your agreement one last time before filing the administrative motion or advise the court of your opposition to our request. I understood you (from Amber, on our call Monday) not to be in agreement on the request for additional pages.

Would you let me know by reply e-mail whether your position has changed or not? I know Rachel called me to discuss a proposal to amend the complaint, but we have determined we do not wish to delay the dispositive motion deadline at this time to engage in such a process. We intend to file our motion for administrative relief later today.

Thank you for your consideration.

Regards,
Nancy

Nancy L. Stagg
Partner

Exhibit 1
- 2 -

Foley & Lardner LLP
3579 Valley Centre Drive | Suite 300
San Diego, CA 92130
P 858.847.6757
nstagg@foley.com
View My Bio
Visit Foley.com



The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Exhibit 1
- 3 -