# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No. 10cv0940 GPC (WVG)<br><br>**ORDER GRANTING DEFENDANT DONALD L. TRUMP'S *EX PARTE* MOTION TO EXTEND PAGE LIMIT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[Dkt. No. 369.] |
| TRUMP UNIVERSITY, LLC,<br><br>       Counterclaimant,<br><br>v.<br><br>TARLA MAKAEFF, and DOES 1 through 10, inclusive,<br><br>       Counter Defendant. | |

On February 6, 2015, Defendant Donald J. Trump ("Trump") filed an *Ex Parte* Motion to Extend Page Limit of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment. (Dkt. No. 369.) On February 11, 2015, Plaintiffs opposed the motion. (Dkt. No. 371.)

Under Civil Local Rule 7.1(h), opening and opposition briefs may not exceed 25 pages per party, and reply briefs may not exceed 10 pages, without leave of the Court. Trump requests that this Court permit him to file a 30-page opening brief (5 additional pages) and a 13-page reply brief (3 additional pages) in support of his motion for summary judgment. (Dkt. No. 369 at 2.)[1] He argues that he needs the modest number of additional pages because this is a large class action litigation, and he intends to move for summary judgment on all twelve claims asserted against him. (*Id.* at 2-4.) The motion cutoff in this case is February 20, 2015. (*Id.* at 2.)

Plaintiffs counter that Trump does not need these additional pages because his anticipated motion will likely overlap substantially with that of co-Defendant Trump University, LLC. (Dkt. No. 371 at 2.) Plaintiffs also argue that they have offered to narrow this litigation by filing an amended complaint that would eliminate the five individual claims against Trump, which would obviate the need for additional pages and needless briefing on issues that are not the focus of the Class's claims. (*Id.* at 2-3.) Plaintiffs ask that the Court defer ruling on the instant *ex parte* motion until February 13, 2015, to allow the Parties to try to reach an agreement regarding an amended complaint. (*Id.*) In the alternative, Plaintiffs request that if the Court grants Trump additional pages, that the Court also grant Plaintiffs 5 additional pages for their opposition brief to Trump's motion for summary judgment. (*Id.* at 3 n.2.)

After considering Trump's *ex parte* motion and Plaintiffs' opposition, the Court finds that good cause exists to allow Trump to file an opening brief not to exceed 30 pages, and a reply brief not to exceed 13 pages. The Court will also allow Plaintiffs to file an opposition brief not to exceed 30 pages. In addition, the Parties are welcome to try to narrow the scope of this action. Accordingly, Trump's *ex parte* motion is **GRANTED**.

**IT IS SO ORDERED.**

---

[1] Page number citations such as this one are to the page numbers reflected on the Court's CM/ECF system and not to page numbers assigned by the parties.

DATED:  February 12, 2015

HON. GONZALO P. CURIEL
United States District Judge