1

2

3

4

5

6            **UNITED STATES DISTRICT COURT**

7            **SOUTHERN DISTRICT OF CALIFORNIA**

8

9   TARLA MAKAEFF, on Behalf of                    Case No. 10cv0940 GPC (WVG)
    Herself and All Others Similarly
10  Situated,                                      **ORDER RESCHEDULING
                                                   HEARING DATE AND SETTING
11                          Plaintiffs,            BRIEFING SCHEDULE**

12          v.                                     [Dkt. No. 375.]

13
    TRUMP UNIVERSITY, LLC, (aka
14  Trump Entrepreneur Initiative) a New
    York Limited Liability Company,
15  DONALD J. TRUMP, and DOES 1
    through 50, inclusive,
16
                            Defendants.
17

18  TRUMP UNIVERSITY, LLC,

19                          Counterclaimant,

20          v.

21  TARLA MAKAEFF, and DOES 1
    through 10, inclusive,
22
                            Counter Defendant.
23

24          On February 12, 2015, Defendant Donald J. Trump filed a Motion for Summary

25  Judgment, or in the Alternative, Partial Summary Judgment.  (Dkt. No. 375.)  The

26  Court hereby reschedules the hearing date from **April 10, 2015 at 1:30 p.m.** to **April

27  3, 2015**, at 1:30 p.m.  Accordingly, the Court hereby sets the following **BRIEFING

28  SCHEDULE**:

                                    - 1 -                        10cv0940 GPC (WVG)

1    Plaintiffs shall respond on or by **March 6, 2015**.  Any reply shall be due by

2  **March 13, 2015**.

3       **IT IS SO ORDERED.**

4

5  DATED:  February 12, 2015

6                                                     _Gonzalo Curiel_
                                                      HON. GONZALO P. CURIEL
7                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28