NANCY L. STAGG CA Bar No. 157034
  nstagg@foley.com
BENJAMIN J. MORRIS CA BAR No. 260148
  bmorris@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:     858.847.6700
FACSIMILE:       858.792.6773

JILL A. MARTIN CA Bar No. 245626
  jmartin@trumpnational.com
C/O **TRUMP NATIONAL GOLF CLUB LOS ANGELES**
ONE TRUMP NATION DRIVE
RANCHO PALOS VERDES, CA 90275
TELEPHONE:     310.303.3225
FACSIMILE:       310.265.5522

Attorneys for Defendants Trump University, LLC
and Donald J. Trump

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, SONNY LOW, J.R. EVERETT, AND JOHN BROWN, on behalf of themselves and all others similarly situated, ED OBERKROM, and BRANDON KELLER, individually,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRUMP UNIVERSITY, LLC (aka Trump Entrepreneur Initiative), a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 10-cv-00940 GPC (WVG)<br><br>**CLASS ACTION**<br><br>**TRUMP UNIVERSITY, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:　　April 3, 2015<br>TIME:　　1:30 p.m.<br>CRTM:　　2D (2nd Floor – Schwartz)<br><br>JUDGE:　　Hon. Gonzalo P. Curiel |

Case No. 10-cv-0940 GPC (WVG)

TO THE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that on April 3, 2015, at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Gonzalo P. Curiel, Courtroom 2D (2nd Floor – Schwartz) of the above-entitled Court, located at 221 W. Broadway, in San Diego, CA  92101, Trump University, LLC ("Trump University") will and hereby does move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order granting Trump University's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment as to all claims in the Third Amended Complaint (the "Motion") in favor of Trump University and against Plaintiffs Tarla Makaeff, Sonny Low, J.R. Everett, John Brown, Ed Oberkrom, and Brandon Keller.

The Motion is brought as to the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Causes of Action on the grounds that there is no admissible evidence to support any award of restitution or damages.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Separate Statement of Undisputed Facts, and the Declaration of Nancy L. Stagg and the exhibits thereto, all of which are filed concurrently herewith, as well as all pleadings, papers and documents on file in this case, and any oral argument that may be requested by the Court at the hearing on the Motion.

DATED:  February 17, 2015

**FOLEY & LARDNER LLP**
NANCY L. STAGG
BENJAMIN J. MORRIS

By:  *s/ Nancy L. Stagg*
NANCY L. STAGG
Attorneys for Defendants Trump University, LLC and Donald J. Trump
nstagg@foley.com

-2-   Case No. 10-cv-0940 GPC (WVG)

4812-6229-0209.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on **February 17, 2015** to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*s/ Nancy L. Stagg*
Nancy L. Stagg