NANCY L. STAGG CA Bar No. 157034
    nstagg@foley.com
BENJAMIN J. MORRIS CA BAR No. 260148
    bmorris@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:    858.847.6700
FACSIMILE:    858.792.6773

JILL A. MARTIN CA Bar No. 245626
    jmartin@trumpnational.com
C/O **TRUMP NATIONAL GOLF CLUB LOS ANGELES**
ONE TRUMP NATION DRIVE
RANCHO PALOS VERDES, CA 90275
TELEPHONE:    310.303.3225
FACSIMILE:    310.265.5522

Attorneys for Defendants Trump University, LLC
and Donald J. Trump

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, SONNY LOW, J.R. EVERETT, AND JOHN BROWN, on behalf of themselves and all others similarly situated, ED OBERKROM, and BRANDON KELLER, individually, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC (aka Trump Entrepreneur Initiative), a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 10-cv-00940 GPC (WVG) <br><br> **CLASS ACTION** <br><br> **DECLARATION OF NANCY L. STAGG IN SUPPORT OF TRUMP UNIVERSITY, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> **DATE:**  April 3, 2015 <br> **TIME:**  1:30 p.m. <br> **CRTM:**  2D (2nd Floor – Schwartz) <br><br> **JUDGE:**  Hon. Gonzalo P. Curiel |

I, NANCY L. STAGG, declare:

1. I am an attorney duly licensed to practice law before the courts of the State of California and admitted to practice in this District. I am a partner in the law firm of Foley & Lardner LLP, attorneys of record for Defendant Trump University, LLC ("Trump University") in this action. If called to testify to the truth of matters asserted herein, I could do so truthfully, competently and of my own personal knowledge.

2. I submit this declaration in support of Trump University's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion").

3. Discovery in this case closed on December 19, 2014. (Dkt. No. 309.) No expert discovery was included in the Case Management Order. *Id*.

4. Plaintiffs did not disclose any damages experts or provide any expert reports related to damages in this case.

5. Attached to this Declaration are true and correct copies of the following documents cited as Exhibits to the Motion or referenced in Trump University's Separate Statement of Undisputed Facts:

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| 1. | November 26, 2012, Declaration of Michael Sexton | 4-10 |
| 2. | Excerpts of deposition of Michael Sexton taken on August 22, 2012 (Vol. I) | 11-20 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **February 17, 2015**, at San Diego, California.

                                  *s/ Nancy L. Stagg*
                                  NANCY L. STAGG

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on **February 17, 2015** to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. |
| 4 | |
| 5 | |
| 6 | |
| 7 | *s/ Nancy L. Stagg* |
| 8 | Nancy L. Stagg |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4839-1479-4273.1

-3-   Case No. 10-cv-0940 GPC (WVG)