# EXHIBIT 1

11/26/2012 19:16 FAX 914 777 9708          GREENHAVEN                                    ☒001

David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendants TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative, LLC, a New York Limited Liability Company, DONALD J. TRUMP, and DOES 2 through 50, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 10 CV 0940 CAB (WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL<br><br>DATE: February 12, 2013<br>TIME: 2:30 p.m.<br>CTRM: 2 — 4th Floor |

I, Michael Sexton, declare:

1.   I was a co-founder and president of Trump University from its inception in 2004 until my departure in the summer 2010.  This declaration is based on my personal knowledge.

2.   In 1988, I obtained a Bachelor of Arts degree in Political Science from Tufts University.  I obtained an MBA from Dartmouth College in 1994.  I have held several entrepreneurial positions, including senior manager for Accenture (formerly Anderson consulting) with their strategy consulting group in New York, Vice President of strategic initiatives for Digital

///

1

Case No. 10 CV 0940 CAB (WVG)
DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

Exhibit 1 - Page 4

1  Discoveries, Vice President of Install, Inc. and a partner in a start-up technology-driven health care

2  recruitment company.

3          3.      In approximately 2004, I approached Mr. Trump with the idea to start a new business.

4  The concept was to deliver a business education in real estate and other related accelerated self-study

5  courses, learning experiences and interactive case studies on line.  Many companies offered on-line

6  courses, but Trump University would be unique because it would integrate Mr. Trump's personal

7  teachings and philosophies throughout the curriculum, including educating by engaging customers in

8  an interactive experience and customized learning based on individual needs.

9          4.      I met with Mr. Trump many times to discuss the vision and purpose of the new

10  company.  Mr. Trump and I wanted Trump University to deliver practical content in a hands-on,

11  straightforward manner, with emphasis on relevant, practical knowledge that can be immediately

12  applied in real world situations.  He also wanted "the best of the best" instructors, which meant that

13  we would retain the top experts in various fields from the finest educational institutions and

14  businesses to prepare the curriculum and teach the courses.  One of my responsibilities as President

15  of Trump University was to locate experts in real estate, marketing and entrepreneurship for Mr.

16  Trump's approval.

17          5.      I researched potential instructors on-line and through referrals.  I made many calls

18  and had extensive conversations with potential instructors, including numerous professors at

19  renowned universities such as Professor Gary Eldred of Stanford, Professors Don Sexton and Jack

20  Kaplan of Columbia University Business School, Professor John Vogel of Dartmouth and Professor

21  Roger Schank of Yale.  These individuals and others, such as Attorney JJ Childers, a noted wealth

22  management specialist, met with Mr. Trump to discuss the vision for and purpose of Trump

23  University, and to develop the curriculum.

24          6.      The online programs began in 2005 and were successful, but students wanted live

25  teaching for greater interactivity.  In 2007, Trump University began live seminars.  Prof. Gary

26  Eldred taught live programs throughout 2007, and JJ Childers taught live programs from 2007

27  through about 2010.  During this time, I continued to meet with Mr. Trump to discuss the

28  curriculum, faculty and events.  The live programs were an extension of the on-line programs and

Exhibit 1 - Page 5

1 continued to teach Mr. Trump's "hand-on" approach, emphasized his practical techniques and
2 incorporated his philosophies.

3     7.    TU used written contracts to memorialize its sales to its students, but they varied.
4 One version guaranteed that students buying advanced training would recover that expense in their
5 real estate investments, but other versions had no such guarantee. There were differences in the
6 release and waiver provisions. Some versions had incorporation clauses barring claims for
7 misrepresentation; some did not. Cancelation deadlines for refunds varied. Finally, some versions
8 had specific requirements that students complete programs within a specified time. TU did not use or
9 have oral contracts with its students, and TU had incorporation clauses in its written contracts to
10 make sure that no one mistakenly assumed there were.

11     8.    During live events, students expressed an interest in more individualized training, so
12 Trump University introduced the mentor program that focused on individualized, one-on-one
13 training of students by experienced real estate professionals and entrepreneurs. I spoke regularly
14 with mentors to get updates on what was successful, and to discuss any problems they were having
15 with their mentorships. The concept of the mentorship program was to match particular skill-sets of
16 experienced real estate professionals with the specific goals and abilities of the students. The
17 general framework for mentorships was similar in that each involved the mentor spending three days
18 in the field (ie., in person) with a student focused on the student's particular interest, whether it was
19 wholesaling, flipping properties, buy and hold strategies, rehabbing properties, commercial
20 properties, rentals, etc. But, each mentorship was customized to the needs and goals of each student
21 based on a multitude of variables, including each student's experience, market conditions, abilities,
22 time, interest level and resources.

23     9.    By mid to late-2007, Trump University had reached the basic teaching model of
24 offering a free 90-minute preview program, which was followed by an initial 3-day seminar in basic
25 real estate investing. At the 3-day program, attendees had the opportunity to purchase additional
26 training, including standard and custom programs, if they chose. Those programs ranged from
27 commercial real estate to wealth preservation to tax liens to group mentoring to telephonic coaching
28 to one-on-one mentoring and dozens of other programs—on-line, live lectures, and self-study. Many

3     Case No. 10 CV 0940 CAB (WVG)<br>DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS

Exhibit 1 - Page 6

1  packages included combinations of both live programs and webinars or on-line programs or software
2  or Mr. Trump's books and tapes.  The live programs integrated many of the on-line teachings and
3  course materials.  At each of TU's 3-day seminars and advanced workshops, students received
4  extensive written materials and/or workbooks.  Students also had access to on-line help and support
5  through various toll-free numbers.  Many students also had access to significant on-line resources
6  such as a foreclosure data base, form contracts, hard money lenders, and so forth, depending on the
7  package purchased.  The live programs ended in about 2010.
8      10.     During some TU programs, students had the opportunity to meet with TU instructors
9  or mentors to discuss the student's real estate goals.  Students were invited – but never required – to
10  discuss their goals and resources, including filling out a "Goals" sheet and then reviewing that
11  information with TU instructors to determine whether TU had programs that fit the student's needs,
12  resources, goals and abilities.  TU returned the Goals sheet to the student.  TU did not retain a copy
13  of the Goals sheet.  Some students purchased additional TU products and services without ever
14  preparing a Goals sheet.  Some students prepared Goals sheets and discussed them with instructors
15  but did not purchase anything further. In other words, each situation and student was unique, each
16  student's circumstances were different, and each student had different resources, abilities and
17  reasons to further pursue real estate investments or not.
18      11.     Trump University had a generous refund policy that affected a small minority of
19  Trump University students.  The refund policy changed over time and depended on the product or
20  service.  For example, students not completely satisfied with the basic 3-day seminar could get a full
21  refund up to the end of the first day – no questions asked.  Most students who purchased advanced
22  training could also get a full refund for at least three days after signing their contract.  In addition,
23  many students received full or partial refunds outside of the normal refund period for a variety of
24  individual reasons, including military deployment, health and other humanitarian issues.  Very few
25  students who requested refunds were denied, except for some students who had completed their
26  entire program and essentially "consumed" everything purchased, or who had refused to complete
27  their program.  Even all of those refund groups together amounted to less than 1% of all Trump
28

4
Case No. 10 CV 0940 CAB (WVG)
DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS

Exhibit 1 - Page 7

1    University students.  Each refund request was determined on a case-by-case basis because each

2    student's circumstances, situation or reason was different.

3         12.    Trump University's advertisements and marketing were locally targeted and lasted

4    only a few days before each 90-minute free preview.  The marketing and advertisements changed

5    over time, were different in different in markets, and were limited to newspapers, mailers and

6    internet direct mail.  There was no television advertising and very limited radio advertising.  The

7    radio advertising was limited to a few markets for a very short time.  Trump University advertised

8    only for its free 90-minute preview, at which time students also received a free DVD.  Trump

9    University did not advertise for paid programs.  There was no national or nationwide advertising or

10   marketing at any time, nor any marketing on a statewide basis for events.  All event marketing was

11   localized to specific cities where the events were scheduled.

12        13.    Trump University used many different ads and even multiple variations and versions

13   of the same ads.  The ads placed in local markets changed over time and from market to market, both

14   in content and style.  Some ads included the language that Mr. Trump "hand picked" experts and

15   some did not.  Some referenced his "secrets" and his involvement with Trump University, and some

16   did not.  Many ads that were created with this language never ran in specific markets, or at all.  In

17   other words, the fact that Trump University created these ads does not mean that they ever ran in a

18   particular location, or at all.  Trump University tested different types of ads at different times, based

19   on many factors, including location, market, season, budget, student feedback, success, failures, etc.

20   The ads and marketing did not begin until 2007 or 2008 and evolved over time.  The ads and

21   marketing were very different between 2007 and 2010.

22        14.    The $1,495 three-day workshop (Fast Track to Foreclosure or Profit from Real

23   Estate) included one year of online and telephonic support from Trump University.  It did not

24   include an in-person mentorship.  At no time did Trump University ever advertise or market

25   "unlimited mentoring" or a "year-long mentorship".

26        15.    At the launch of the online programs, Mr. Trump provided a videotaped interview

27   intended for use with those programs.  The video was not used at many, if any, live programs in

28   2007, and only rarely and sporadically used thereafter.  I attended dozens of live programs, including

                                                      5                        Case No. 10 CV 0940 CAB (WVG)
                        DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS

Exhibit 1 - Page 8

1  the free 90-minute program and 3-day seminars.  The video of Mr. Trump video was used only

2  periodically at the free 90-minute program at the option of the presenters, and was never used at the

3  3-day workshops described above,  or at the advanced workshops or mentorship programs.

4      16.    In 2010, Trump University utilized an administrative guide called "the playbook."  It

5  was not intended to, nor did it, address seminar content at all.  It was devoted to product descriptions

6  and prices, collecting payment, advancing expenses, seminar room rental and setup, required reports,

7  company forms and similar standard operating procedures.  Product sales techniques intended for the

8  use of sales people are also discussed, but the instructors were not sales people and did not use them.

9      17.    Trump University used no scripts, uniform or otherwise, for any live event, whether

10  free or paid.  Each presentation was different.  The instructors were highly qualified and had

11  PowerPoint slides which provided an outline for the specific subject matter of the programs.

12  Instructors were free to communicate the content and details using their own words, experiences,

13  emphasis, examples and styles. While TU hoped for some reasonable uniformity with the live

14  programs one day, TU never achieved anything close to it outside of the on-line programs.  For the

15  free 90 minute programs, there was, at best, about 65-70% uniformity, and most of that was in the

16  PowerPoint slides.  The actual oral presentations varied based on each instructor's experience,

17  background, style, personal examples, market conditions, audience feedback and a host of other

18  issues.  For example, the "same" Fast Track to Foreclosure program taught by Mr. Goff in 2008 in

19  Missouri was very different that the Fast Track to Foreclosure program taught by Mr. Martin in 2010

20  in California.  The 3-day programs and the 3-day advanced workshops were even more varied, even

21  for the "same" program.  I would estimate that the "same" programs varied as much as 50%.  Of

22  course, if the subject matter differed, then the programs teaching those different subjects were

23  completely different.  For example, the commercial workshop had virtually no similarities with the

24  tax lien workshop.

25      18.    Because there were no scripts, the presenters had great latitude in their presentations.

26  But, TU was concerned about overselling and making promises that could not be kept, and so right

27  from the start that was guarded against in every practical way TU and its counsel could think of.  For

28

                                                                 6                    Case No. 10 CV 0940 CAB (WVG)
            DECLARATION OF MICHAEL SEXTON IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS

Exhibit 1 - Page 9

1   example, TU recorded presentations which were then reviewed by outside counsel to ensure

2   compliance with state and federal laws as well as TU policies.  On the rare occasion that an

3   instructor overstated, TU management spoke with the instructor and warned of possible termination.

4   TU fired one presenter who violated TU's Rules of Engagement (ie., prohibiting earnings estimates,

5   advising of the likelihood of success, etc.).  As additional safeguards, TU included disclaimers in

6   some ads and disclaimers in the student contracts.  TU also required all students who purchased

7   programs or services to sign a "Terms and Conditions" sheet confirming that no one had made any

8   oral representations to them.

9          19.    Trump University's teachings and its programs included Mr. Trump's business

10   approach and philosophies.  Mr. Trump's "secrets" for TU students were that each student had to

11   commit to entrepreneurial action and learn by doing.  This hands-on approach was key to Trump

12   University, and it was unique to the industry.  In addition, Mr. Trump provided Trump University

13   management with actual real estate case studies for integration in Trump University materials,

14   seminars and presentations.

15          I declare under penalty of perjury under the laws of the United States that the foregoing is

16   true and correct and that this declaration was executed by me on *November 06th*, 2012, at

17   *Rye*, New York.

18

19   Dated: *11/26/12*                                      Michael Sexton

20

21

22

23

24

25

26

27

28

Exhibit 1 - Page 10

# EXHIBIT 2

** CONFIDENTIAL ** CONFIDENTIAL **

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CASE NO.: 10 CV 0940 EIG (WVG)

-------------------------------------------x

TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM

and PATRICIA MURPHY, on Behalf of Themselves

and all others Similarly Situated,

Plaintiffs,

    -against-

TRUMP UNIVERSITY, LLC (AKA TRUMP

ENTREPRENEUR INITIATIVE) a New York

Limited Liability Company, DONALD J. TRUMP,

and DOES 1 through 50, inclusive,

Defendants.

-------------------------------------------x

August 22, 2012

9:57 a.m.


    VIDEOTAPED DEPOSITION of MICHAEL SEXTON,

30(b)(6) Witness in the above-captioned matter,

taken by Plaintiffs, held at 725 Fifth Avenue,

New York, New York, before Eileen Mulvenna,

CSR/RMR/CRR, Certified Shorthand Reporter,

Registered Merit Reporter, Certified Realtime

Reporter and Notary Public of the State of

New York.

Page 1

Exhibit 2 - Page 11

Michael Sexton                                      Makaeff v. Trump University

```
 1            ** CONFIDENTIAL ** CONFIDENTIAL **
 2      A P P E A R A N C E S:
 3
 4

 5          ROBBINS GELLER RUDMAN & DOWD, LLP
            Attorneys for Plaintiffs
                655 West Broadway
 6              Suite 1900
                San Diego, California  92101
 7          BY:   RACHEL L. JENSEN, ESQ.
                  rachelj@rgrdlaw.com
 8
 9                    -and-

10
            ZELDES & HAEGGQUIST, LLP
11              625 Broadway
                Suite 906
12              San Diego, California  92101
            BY:   AMBER L. ECK, ESQ.
13                ambere@zhlaw.com
                  AARON M. OLSEN, ESQ.
14                aarono@zhlaw.com
15
16
            YUNKER & SCHNEIDER
17          Attorneys for Defendants
                655 West Broadway
18              Suite 1400
                San Diego, California  92101
19          BY:   DAVID K. SCHNEIDER, ESQ.
                  dks@yslaw.com
20
21
      A L S O   P R E S E N T:
22
23              Richard Ramos, Videographer
24
25
```

www.aptusCR.com

Exhibit 2 - Page 12

```
 1              ** CONFIDENTIAL ** CONFIDENTIAL **
 2                      STIPULATIONS
 3
 4          IT IS HEREBY STIPULATED AND AGREED,
 5     by and between the attorneys for the respective
 6     parties herein, that filing and sealing be and
 7     the same are hereby waived.
 8
 9          IT IS FURTHER STIPULATED AND AGREED
10     that all objections, except as to the form of the
11     question, shall be reserved to the time
12     of the trial.
13
14          IT IS FURTHER STIPULATED AND AGREED
15     that the within deposition may be signed and
16     sworn to before any officer authorized to
17     administer an oath, with the same force and
18     effect as if signed and sworn to before the
19     officer before whom the within deposition was
20     taken.
21
22
23
24
25
```

Page 3

Exhibit 2 - Page 13

```
 1              SEXTON - CONFIDENTIAL
 2              THE VIDEOGRAPHER:  Good morning.
 3       This is Tape No. 1 of the videotaped
 4       deposition of Michael Sexton in the matter
 5       of Tarla Makaeff, et al., versus Trump
 6       University LLC, et al., in the United
 7       States District Court for the Southern
 8       District of California.
 9              This deposition is being held at The
10       Trump Organization located at
11       725 5th Avenue, New York, New York 10022 on
12       August 22, 2012, at approximately 9:57 a.m.
13              My name is Richard Ramos and I'm the
14       legal video specialist.  The court reporter
15       is Eileen Mulvenna.
16              Will counsel please introduce
17       themselves beginning with the party
18       noticing this proceeding.
19              MS. JENSEN:  Yes.  Good morning.  My
20       name is Rachel Jensen from Robbins Geller
21       Rudman & Dowd, and I'm here representing
22       the plaintiffs.
23              MS. ECK:  Amber Eck of Zeldes &
24       Haeggquist representing the plaintiffs.
25              MR. OLSEN:  Aaron Olsen, Zeldes &
```

Michael Sexton                                    **Makaeff v. Trump University**

1              SEXTON - CONFIDENTIAL

2         Haeggquist, representing the plaintiffs.

3              MR. SCHNEIDER:  David Schneider for

4         Trump University and Donald Trump, the

5         defendants.

6              THE VIDEOGRAPHER:  Will the court

7         reporter please swear in the witness.

8    MICHAEL SEXTON,

9         having been duly sworn by Eileen Mulvenna,

10        a Notary Public of the State of New York,

11        was examined and testified as follows:

12   EXAMINATION

13   BY MS. JENSEN:

14        Q.    **Good morning, Mr. Sexton.**

15        A.    Good morning.

16        Q.    **I'm Rachel Jensen.  I'm here**

17   **representing the plaintiffs.**

18             **And if you would, before we get**

19   **started, could you just please state your name**

20   **and your full address for the record.**

21        A.    Sure.  It's Michael Sexton.  And my

22   address is 31 Rye Road, that's in Rye, New York

23   10580.

24        Q.    Okay.  Perfect.

25             **And, Mr. Sexton, what is your place**

Michael Sexton                                    **Makaeff v. Trump University**

```
 1                   SEXTON - CONFIDENTIAL
 2    the word "Trump" is in both of those -- both of
 3    those names.
 4          Q.     Earlier we covered -- we sort of
 5    touched on the subject a little bit, but I'd like
 6    to ask some more questions about Trump
 7    University's current operations.
 8          A.     Okay.
 9          Q.     So is Trump University currently in
10    business?
11          A.     I don't know.
12          Q.     Do you know whether Trump University
13    continued to offer online courses through
14    October 4, 2011?
15          A.     October 4, 2011?  I believe so.
16          Q.     And sitting here today, you don't --
17          A.     I'm sorry, 2011.  Sorry.  I'm
18    getting my years mixed up.
19                 No, I don't believe so, but I can't
20    say with certainty, as I wasn't here, but I don't
21    believe so in 2011.
22                 MR. SCHNEIDER:  Let me interpose an
23          objection on foundation.
24    BY MS. JENSEN:
25          Q.     So to your knowledge, through what
```

```
 1              SEXTON - CONFIDENTIAL
 2    approximate date were online courses offered
 3    through Trump University?
 4         A.    So my understanding is online
 5    courses were offered for sale through July of
 6    2010.  My understanding was that courses in
 7    general were offered to students that were
 8    entitled to them for a considerable time after
 9    that, maybe up to including today.  I don't know.
10         Q.    So I'm being -- I'm clear here, so
11    you're saying that, for instance, if a student
12    had already purchased it before that date, they
13    would be entitled to it; but you're saying after
14    that point, you couldn't purchase them, to your
15    knowledge?
16         A.    I believe no students -- I believe
17    no students enrolled in classes after July of
18    2010, additional classes.
19         Q.    And why did Trump University stop
20    offering courses around July 2010?
21         A.    Our business model didn't work any
22    longer.  The economy, you know, in 2008, 2009 --
23    obviously it was a very tough time for many
24    businesses.  And our business wasn't immune from
25    that, and it ceased to be profitable.  And so we
```

Exhibit 2 - Page 17

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:      Makaeff v. Trump University
Case Number:    10 CV 0940 EIG (WVG)
Dep. Date:      August 22, 2012
Deponent:       Michael Sexton


To assist you in making corrections to your deposition testimony,
please follow the directions below.
If additional pages are necessary, please provide them and attach
the pages to the back of the errata sheet.

If you find any errors or changes you wish to make, insert the
corrections on the errata sheet beside the page and line numbers.
Please do not make any changes directly on the ORIGINAL
transcript. Do not change any of the questions.

After completing your review, please sign the errata sheet, above
the "signature" line.

CORRECTIONS:

| Pg./Ln. | Should Read | Reasons Therefore |
|---|---|---|
| 79, 12 | was BSG | |
| 158, 4 | IACET | |
| 158, 5 | I-A.C.E-T | |
| ___ / ___ | | |
| ___ / ___ | | |
| ___ / ___ | | |
| ___ / ___ | | |
| ___ / ___ | | |
| ___ / ___ | | |
| ___ / ___ | | |
| ___ / ___ | | |
| ___ / ___ | | |
| ___ / ___ | | |
| ___ / ___ | | |

Exhibit 2 - Page 18

___ /___    _____    _____

___ /___    _____    _____


_____✓____  Subject to the above changes, I certify that the
transcript is true and correct.


_____  No changes have been made. I certify that the transcript is
true and correct.

_____
                                    Signature of Deponent

Exhibit 2 - Page 19

Michael Sexton                                        **Makaeff v. Trump University**

```
 2                C E R T I F I C A T I O N

 3

 4     STATE OF NEW YORK        )

 5                              ) SS:

 6     COUNTY OF WESTCHESTER )

 7

 8            I, Eileen Mulvenna, CSR/RMR/CRR and a

 9     notary public within and for the State of New

10     York, do hereby certify:

11            That I reported the proceedings in the

12     within-entitled matter, and that the within

13     transcript is a true record of such proceedings.

14            I further certify that I am not related

15     by blood or marriage to any of the parties in

16     this matter and that I am in no way interested in

17     the outcome of the matter.

18            IN WITNESS WHEREOF, I have hereunto set

19     my hand this 5th day of September, 2012.

20

21                         -------------------------------

                            Eileen Mulvenna, CSR/RMR/CRR

22

23

24

25
```

Page 278