NANCY L. STAGG CA Bar No. 157034
nstagg@foley.com
BENJAMIN J. MORRIS CA BAR No. 260148
bmorris@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:     858.847.6700
FACSIMILE:     858.792.6773

JILL A. MARTIN CA Bar No. 245626
jmartin@trumpnational.com
C/O **TRUMP NATIONAL GOLF CLUB LOS ANGELES**
ONE TRUMP NATION DRIVE
RANCHO PALOS VERDES, CA 90275
TELEPHONE:     310.303.3225
FACSIMILE:     310.265.5522

Attorneys for Defendants Trump University, LLC
and Donald J. Trump

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, SONNY LOW, J.R. EVERETT, AND JOHN BROWN,  on behalf of themselves and all others similarly situated, ED OBERKROM, and BRANDON KELLER, individually, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC (aka Trump Entrepreneur Initiative), a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 10-cv-00940 GPC (WVG) <br><br> **CLASS ACTION** <br><br> **SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF TRUMP UNIVERSITY, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> **DATE:      April 3, 2015** <br> **TIME:      1:30 p.m.** <br> **CRTM:     2D (2nd Floor – Schwartz)** <br><br> **JUDGE:    Hon. Gonzalo P. Curiel** |

Defendant, Trump University, LLC ("Trump University") submits the following Separate Statement of Undisputed Facts pursuant to the Court's Civil Pretrial & Trial Procedures in support of its Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

| Trump University's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
| --- | --- |
| 1.   Plaintiffs did not disclose any damages experts or provide any expert reports related to damages in this case.<br>Supporting Evidence: Stagg Decl., at ¶¶3-4. | |
| 2.   TU stopped enrolling new students in classes after July 2010.<br>Supporting Evidence: DEx.[1] 1 ¶9; DEx. 2 at 135:25-136:22. | |
| 3.   TU changed its name to the Trump Entrepreneur Initiative on June 2, 2010.<br>Supporting Evidence: TAC (Dkt. No. 128, n.1). | |

DATED:  February 17, 2015     **FOLEY & LARDNER LLP**
NANCY L. STAGG
BENJAMIN J. MORRIS


By:   _s/ Nancy L. Stagg_
NANCY L. STAGG
Attorneys for Defendants Trump University, LLC and Donald J. Trump
nstagg@foley.com

---

[1] All references to "DEx." are to the exhibits to the Declaration of Nancy L. Stagg in Support of Donald Trump's Motion for Summary Judgment, filed concurrently herewith.

4837-6425-8081.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on **February 17, 2015** to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.


                                    *s/ Nancy L. Stagg*
                                    Nancy L. Stagg

CERTIFICATE OF SERVICE
Case No. 10-cv-0940 GPC (WVG)

-1-

4837-6425-8081.1