ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT<br><br>DATE:　　*Ex Parte*<br>TIME:　　*Ex Parte*<br>CTRM:　　2D (2nd Floor – Schwartz)<br>JUDGE:　Gonzalo P. Curiel |

1007468_1

PLEASE TAKE NOTICE, that pursuant to Civil Local Rule 83.3(h) and the Court's standing orders, plaintiffs, by and through Class Counsel, respectfully submit this unopposed *ex parte* application to file one omnibus opposition to defendants Trump University, LLC ("Trump University") and Donald J. Trump's ("Trump") motions for summary judgment ("MSJs"). This *ex parte* application is based upon the points and authorities herein and the declaration of Class Counsel.[1]

On February 12, 2015, the Court granted defendant Trump's *ex parte* motion to extend the page limits for his MSJ. *See* Dkt. No. 372. In granting Trump's *ex parte* motion, the Court also granted plaintiffs up to thirty (30) pages to oppose Trump's MSJ. *See id.* at 2. That same day, Trump filed his MSJ, noticing the matter to be heard by this Court on April 10, 2015, at 1:30 p.m. *See* Dkt. No. 375.

On February 12, 2015, this Court advanced the hearing date for Trump's MSJ to April 3, 2015, at 1:30 p.m., with plaintiffs' opposition brief due on March 6, 2015. *See* Dkt. No. 376.

On February 17, 2015, Trump University filed its MSJ. *See* Dkt. No. 377. Trump University noticed the matter for April 3, 2015, along with Trump's MSJ. *Id.*

Plaintiffs have reviewed defendants' MSJs and determined that it would be more efficient to file one omnibus opposition brief, rather than two separate opposition briefs. Given that the Court has granted plaintiffs up to thirty (30) pages to oppose Trump's MSJ, and Local Rule 7.1(h) provides that plaintiffs have twenty-five (25) pages to oppose Trump University's MSJ, plaintiffs hereby seek the Court's permission to file one omnibus opposition brief to defendants' MSJs not to exceed fifty-five (55) pages.

DATED: February 18, 2015      Respectfully submitted,

s/ Rachel L. Jensen
RACHEL L. JENSEN

---

[1] In accordance with Civil Local Rule 83.3(h), Class Counsel contacted defense counsel by email prior to the filing of this application and notified them of the filing. *See* Declaration of Rachel L. Jensen in Support of Plaintiffs' Unopposed *Ex Parte* Application ("Jensen Decl."), filed concurrently herewith. Counsel for defendants have indicated by email that defendants do not oppose plaintiffs' request. *See id.*

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JASON A. FORGE |
| 3 | RACHEL L. JENSEN<br>655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
| 6 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 7 | DANIEL J. PFEFFERBAUM<br>Post Montgomery Center |
| 8 | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 9 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 10 | |
| 11 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>MAUREEN E. MUELLER |
| 12 | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 |
| 13 | Telephone:  561/750-3000<br>561/750-3364 (fax) |
| 14 | |
| 15 | ZELDES HAEGGQUIST & ECK, LLP<br>AMBER L. ECK |
| 16 | HELEN I. ZELDES<br>ALREEN HAEGGQUIST<br>AARON M. OLSEN |
| 17 | 625 Broadway, Suite 1000<br>San Diego, CA  92101 |
| 18 | Telephone:  619/342-8000<br>619/342-7878 (fax) |
| 19 | Class Counsel |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 18, 2015.

    s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`