# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　Defendants.<br><br>TRUMP UNIVERSITY, LLC,<br><br>　　　　　　　　　Counterclaimant,<br><br>v.<br><br>TARLA MAKAEFF, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Counter Defendant. | Case No. 10cv0940 GPC (WVG)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE**<br><br>[Dkt. Nos. 375, 377, 378.] |

On February 12, 2015, Defendant Donald J. Trump filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment. (Dkt. No. 375.) On February 17, 2015, Defendant Trump University LLC filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment. (Dkt. No. 377.) The

1  Court set a hearing date of **April 3, 2015**, at 1:30 p.m. for both motions.

2      On February 18, 2015, Plaintiffs filed an Unopposed *Ex Parte* Application to
3  File Omnibus Opposition to Defendants' Motions for Summary Judgment. (Dkt. No.
4  378.) Having considered Plaintiffs' application and the supporting declaration of Class
5  Counsel, and good cause appearing, Plaintiffs' *ex parte* application to file an omnibus
6  opposition to defendants' motions for summary judgment not to exceed fifty-five (55)
7  pages is hereby **GRANTED**.

8      Accordingly, the Court hereby sets the following **BRIEFING SCHEDULE**:
9  Plaintiffs shall file their omnibus opposition on or by **March 6, 2015**. Any replies shall
10 be due by **March 13, 2015**.

11     **IT IS SO ORDERED.**

13 DATED: February 19, 2015

HON. GONZALO P. CURIEL
United States District Judge