NANCY L. STAGG CA Bar No. 157034
  nstagg@foley.com
BENJAMIN J. MORRIS CA BAR No. 260148
  bmorris@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:   858.847.6700
FACSIMILE:    858.792.6773

JILL A. MARTIN CA Bar No. 245626
  jmartin@trumpnational.com
C/O **TRUMP NATIONAL GOLF CLUB LOS ANGELES**
ONE TRUMP NATION DRIVE
RANCHO PALOS VERDES, CA 90275
TELEPHONE:   310.303.3225
FACSIMILE:    310.265.5522

Attorneys for Defendants Trump University, LLC
and Donald J. Trump

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, SONNY LOW, J.R. EVERETT, AND JOHN BROWN, on behalf of themselves and all others similarly situated, ED OBERKROM, and BRANDON KELLER, individually,<br><br>        Plaintiffs,<br><br>   v.<br><br>TRUMP UNIVERSITY, LLC (aka Trump Entrepreneur Initiative), a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 10-cv-00940 GPC (WVG)<br><br>**CLASS ACTION**<br><br>**TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S NOTICE OF MOTION AND MOTION FOR DECERTIFICATION OF CLASS ACTION**<br><br>DATE:   May 15, 2015<br>TIME:   1:30 p.m.<br>CRTM:  2D (2nd Floor – Schwartz)<br><br>JUDGE: Hon. Gonzalo P. Curiel |

TO THE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that on May 15, 2015, at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Gonzalo P. Curiel, Courtroom 2D (2nd Floor – Schwartz) of the above-entitled Court, located at 221 W. Broadway, in San Diego, CA 92101, Trump University, LLC and Donald J. Trump (collectively "Defendants") will and hereby do move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order for Decertification of Class Action (the "Motion") in favor of Trump University and Donald J. Trump and against Plaintiffs Tarla Makaeff, Sonny Low, J.R. Everett, and John Brown.

The Motion is brought on the following grounds: (1) that Plaintiffs have not provided evidence of a valid damages model and therefore cannot satisfy the predominance requirements of Rule 23(b)(3) ;  and (2) class counsel's failure to provide timely notice to the Class has proven them to be inadequate counsel such that decertification is proper under Rule 23 (a)(4) because the representative parties cannot fairly and adequately represent the Class.

The Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of Nancy L. Stagg and exhibits thereto, all of which are filed concurrently herewith, as well as all pleadings, papers and documents on file in this case, any reply to Plaintiffs' opposition and any oral argument that may be requested by the Court at the hearing on the Motion.

DATED:  February 19, 2015         **FOLEY & LARDNER LLP**
NANCY L. STAGG
BENJAMIN J. MORRIS


By:  *s/ Nancy L. Stagg*
NANCY L. STAGG
Attorneys for Defendants Trump University, LLC and Donald J. Trump
nstagg@foley.com

DEFENDANTS MOTION FOR DECERTIFICATION OF CLASS ACTION

-2-    Case No. 10-cv-0940 GPC (WVG)

4830-3183-1073.3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 19, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*s/ Nancy L. Stagg*
Nancy L. Stagg