NANCY L. STAGG CA Bar No. 157034
   nstagg@foley.com
BENJAMIN J. MORRIS CA BAR No. 260148
   bmorris@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:   858.847.6700
FACSIMILE:   858.792.6773

JILL A. MARTIN CA Bar No. 245626
   jmartin@trumpnational.com
C/O **TRUMP NATIONAL GOLF CLUB LOS ANGELES**
ONE TRUMP NATION DRIVE
RANCHO PALOS VERDES, CA 90275
TELEPHONE:   310.303.3225
FACSIMILE:   310.265.5522

Attorneys for Defendants Trump University, LLC
and Donald J. Trump

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, SONNY LOW, J.R. EVERETT, AND JOHN BROWN, on behalf of themselves and all others similarly situated, ED OBERKROM, and BRANDON KELLER, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC (aka Trump Entrepreneur Initiative), a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 10-cv-00940 GPC (WVG)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF NANCY L. STAGG IN SUPPORT OF TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S NOTICE OF MOTION AND MOTION FOR DECERTIFICATION OF CLASS ACTION**<br><br>DATE:   May 15, 2015<br>TIME:   1:30 p.m.<br>CRTM:   2D (2nd Floor – Schwartz)<br><br>JUDGE:   Hon. Gonzalo P. Curiel |

I, NANCY L. STAGG, declare:

1. I am an attorney duly licensed to practice law before the courts of the State of California and admitted to practice in this District. I am a partner in the law firm of Foley & Lardner LLP, attorneys of record for Defendant Trump University, LLC and Donald J. Trump in this action. If called to testify to the truth of matters asserted herein, I could do so truthfully, competently and of my own personal knowledge.

2. I submit this declaration in support of Trump University and Donald Trump's Motion for Decertification of Class Action (the "Motion").

3. Discovery in this case closed on December 19, 2014. (Dkt. No. 309). No expert discovery was included in the Case Management Order. *Id.*

4. Plaintiffs did not disclose any damages experts or provide any expert reports related to damages in this case.

5. On January 16, 2015, for the first time, Plaintiffs' counsel Rachel Jensen emailed to me a proposed draft class notice.

6. Attached to this Declaration are true and correct copies of the following documents cited as Exhibits to the Motion:

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| 1. | Excerpts of deposition of Tarla Makaeff taken on August 22, 2012 (Vol. I) | 5-32 |
| 2. | Fast Track to Foreclosure Investing: The Workbook (TU-MAKAEFF0314-0628) | 33-347 |
| 3. | Excerpts of deposition of Tarla Makaeff taken on January 31, 2012 (Vol. II) | 348-357 |
| 4. | Excerpts of deposition of Sonny Low taken on October 4, 2012 | 358-371 |

DECLARATION OF STAGG IN SUPPORT OF MTN FOR DECERTIFICATION

-2-  Case No. 10-cv-0940 GPC (WVG)

4842-5755-0881.2

| 5.  | Excerpts of deposition of Paula Levand taken on June 17, 2013 | 372-386 |
|-----|----------------------------------------------------------------|---------|
| 6.  | Excerpts of deposition of Art Cohen taken on May 29, 2014      | 387-398 |
| 7.  | Declaration of Meena Mohan                                     | 399-402 |
| 8.  | Excerpts of deposition of Gerald Martin taken on November 5, 2013 | 403-419 |
| 9.  | Excerpts of deposition of Joanne Everett taken on October 3, 2012 | 420-449 |
| 10. | Excerpts of deposition of John Brown taken on October 8, 2012  | 450-464 |
| 11. | Excerpts of deposition of Mette Nielsen taken on December 19, 2014 | 465-475 |
| 12. | Declaration of Charles Lee                                     | 476-478 |
| 13. | Declaration of Robert Mulack                                   | 479-481 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 19, 2015, at San Diego, California.

*s/ Nancy L. Stagg*
NANCY L. STAGG

DECLARATION OF STAGG IN SUPPORT OF MTN FOR DECERTIFICATION

-3-   Case No. 10-cv-0940 GPC (WVG)

4842-5755-0881.2

|    |    |
|---:|----|
| 1  | **CERTIFICATE OF SERVICE** |
| 2  | The undersigned hereby certifies that a true and correct copy of the above and |
| 3  | foregoing document has been served on February 19, 2015 to all counsel of record who |
| 4  | are deemed to have consented to electronic service via the Court's CM/ECF system per |
| 5  | Civil Local Rule 5.4. |

*s/ Nancy L. Stagg*
Nancy L. Stagg

DECLARATION OF STAGG IN SUPPORT OF MTN FOR DECERTIFICATION

-4-   Case No. 10-cv-0940 GPC (WVG)

4842-5755-0881.2