1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  JASON A. FORGE (181542)
   jforge@rgrdlaw.com
3  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
4  655 West Broadway, Suite 1900
   San Diego, CA 92101
5  Telephone: 619/231-1058
   619/231-7423 (fax)
6  ZELDES HAEGGQUIST & ECK, LLP
   AMBER L. ECK (177882)
7  ambere@zhlaw.com
   HELEN I. ZELDES (220051)
8  helenz@zhlaw.com
   ALREEN HAEGGQUIST (221858)
9  alreenh@zhlaw.com
   AARON M. OLSEN (259923)
10 aarono@zhlaw.com
   625 Broadway, Suite 1000
11 San Diego, CA 92101
   Telephone: 619/342-8000
12 619/342-7878 (fax)
13 Class Counsel

14 [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>    Defendants. | Nos. 3:10-cv-0940-GPC(WVG), 3:13-cv-02519-GPC-WVG<br><br>CLASS ACTIONS<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF CLASS NOTICE AND DIRECTING CLASS NOTICE PROCEDURES |
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONALD J. TRUMP,<br><br>    Defendant. | DATE: May 22, 2015<br>TIME: 1:30 p.m.<br>CTRM: 2D (2nd Floor – Schwartz)<br>JUDGE: Hon. Gonzalo P. Curiel |

1008244_1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that, on May 22, 2015, at 1:30 p.m., or as soon as
3  this matter may be heard, in Courtroom 2D of the above-captioned Court, located at
4  221 West Broadway, San Diego, California 92101, before the Honorable Gonzalo P.
5  Curiel, plaintiffs in these related class actions will and hereby do, through their
6  undersigned counsel, move this Court for an order: (1) approving the form and content
7  of the Long-Form Notice of Pendency of Class Action attached to the accompanying
8  Declaration of Rachel L. Jensen in Support of Plaintiffs' Motion for Approval of Class
9  Notice and Directing Class Notice Procedures ("Jensen Declaration") as Exhibit 1;
10 (2) approving the form and content of the Mailed Notice of Pendency of Class Action
11 attached as Exhibit 2 to the Jensen Declaration; (3) approving the form and content of
12 the Publication Notice of Pendency of Class Action ("Summary Notice"), attached as
13 Exhibit 3 to the Jensen Declaration; and (4) directing notice to potential Class
14 Members of the pendency of these two related class actions in accordance with the
15 procedures set forth in the [Proposed] Order Directing Class Notice Procedures
16 submitted herewith.

17        This motion is based on this Notice of Motion; the Memorandum of Points and
18 Authorities in support thereof; the Declaration of Rachel L. Jensen in support thereof
19 and Exhibits 1-5 thereto; the pleadings and other files herein; and such written or oral
20 argument as may be presented to the Court.

21 DATED: February 20, 2015          ROBBINS GELLER RUDMAN
                                       & DOWD LLP
22                                     JASON A. FORGE
                                       RACHEL L. JENSEN
23

24                                              s/ Rachel L. Jensen
25                                             RACHEL L. JENSEN

26                                     655 West Broadway, Suite 1900
                                       San Diego, CA  92101
27                                     Telephone:  619/231-1058
                                       619/231-7423 (fax)
28

1008244_1
                                       - 1 -             3:10-cv-0940-GPC(WVG),
                                                         3:13-cv-02519-GPC-WVG

1
2  ROBBINS GELLER RUDMAN
      & DOWD LLP
3  DANIEL J. PFEFFERBAUM
   Post Montgomery Center
   One Montgomery Street, Suite 1800
4  San Francisco, CA  94104
   Telephone:  415/288-4545
5  415/288-4534 (fax)

6  ROBBINS GELLER RUDMAN
      & DOWD LLP
7  MAUREEN E. MUELLER
   120 East Palmetto Park Road, Suite 500
8  Boca Raton, FL  33432
   Telephone:  561/750-3000
9  561/750-3364 (fax)

10  ZELDES HAEGGQUIST & ECK, LLP
    AMBER L. ECK
11  HELEN I. ZELDES
    ALREEN HAEGGQUIST
12  AARON M. OLSEN
    625 Broadway, Suite 1000
13  San Diego, CA  92101
    Telephone:  619/342-8000
14  619/342-7878 (fax)

15  Class Counsel

16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

1. I hereby certify that on February 20, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

2. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 20, 2015.

s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     rachelj@rgrdlaw.com

1008244_1

3:10-cv-0940-GPC(WVG),
3:13-cv-02519-GPC-WVG

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:13-cv-02519-GPC-WVG Cohen v. Trump

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,llendzion@rgrdlaw.com,tholindrake@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`