ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>     Defendants. | Nos. 3:10-cv-0940-GPC(WVG), 3:13-cv-02519-GPC-WVG<br><br>CLASS ACTIONS<br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE AND DIRECTING CLASS NOTICE PROCEDURES |
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>DONALD J. TRUMP,<br><br>     Defendant. | DATE:      May 22, 2015<br>TIME:       1:30 p.m.<br>CTRM:    2D (2nd Floor – Schwartz)<br>JUDGE:    Hon. Gonzalo P. Curiel |

1008300_1

I, RACHEL L. JENSEN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), which serves as Court-appointed Class Counsel in the above-entitled related class actions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion for Approval of Class Notice and Directing Class Notice Procedures.

3. On November 13, 2014, a little over two weeks after the Court certified a nationwide class in *Cohen v. Trump*, No. 3:13-cv-02519, members of my team reached out to representatives from two highly experienced and well-regarded notice administrators, Gilardi & Co. LLC ("Gilardi") and Epiq Systems, Inc. ("Epiq"), to inform them of the Trump University class action litigation, to discuss aspects of class notice that would be unique to these matters and to gauge their interest in serving as notice administrator. Both administrators were informed that there would be a competitive bidding process. The following day, Class Counsel provided Epiq and Gilardi with a detailed spreadsheet breaking out each anticipated cost to be incurred during the notice process to be filled in by the administrators in assembling their bid. Responses were returned by November 25, 2014. Following a review and analysis of the bids, Class Counsel ultimately selected Epiq's bid.

4. Class Counsel worked with members of Epiq throughout December 2014 and early January 2015 to develop effective and cost efficient class notices, including the Mailed Notice (attached hereto as Exhibit 2), which will be printed front and back on two sheets of paper and mailed to each potential Class Member; the Long-Form Notice (attached hereto as Exhibit 1), which will appear on the website and provided to Class Members upon request; and the Summary Notice (attached hereto as Exhibit 3), which will be a 1/8th page advertisement to appear in the national edition of *USA Today*. Class Counsel and members of Epiq exchanged multiple iterations of these

1 notices over the course of a month to ensure that they contained the proper content for
2 the various formats and to ensure that the notice plan would be effective in reaching
3 potential Class Members.  Plaintiffs' counsel also worked with Epiq to develop
4 content for a website and mapped out the parameters of a pre-paid postcard response
5 for members of the elder sub-classes to be included in all mailed Notices (*see* Exhibit
6 4 attached hereto).

7     5. Once our team had finalized all the proposed notices and the proposed
8 procedures for Class Notice in conjunction with Epiq, on Friday, January 16, 2015, I
9 sent plaintiffs' draft class notice documents for defendants' review and approval by
10 way of email to Ms. Nancy Stagg, counsel for defendants.  Specifically, I sent drafts
11 of the Long-Form Notice, the Mailed Notice, and Summary Notice, along with a
12 proposed stipulation for an order directing class notice and a proposed order.  I did not
13 hear back from Ms. Stagg or other counsel for the defendants at that time.

14     6. On Monday, January 26, 2015, I sent an email to Ms. Stagg stating: "We
15 haven't heard from you about the class notice materials.  Could you please let us know
16 if you intend to send edits, or otherwise would like to discuss further?  Please let us
17 know by Wednesday of this week."

18     7. On Thursday, January 29, 2015, Ms. Stagg responded, stating that she
19 had been tied up in hearings on another matter and had some questions about the class
20 notice as well as some other housekeeping matters.

21     8. Accordingly, on February 2, 2015, I had a conference call with Ms. Stagg
22 and Ms. Jill Martin, also counsel for defendants, along with co-counsel Ms. Amber
23 Eck.  On that call, the parties discussed, among other things, plaintiffs' proposed class
24 notice in the two related cases.  Ms. Stagg and Ms. Martin explained that defendants'
25 position was that separate notices should go out to Class Members in *Cohen* and
26 *Makaeff v. Trump University, LLC*, No. 3:10-cv-00940 instead of one notice for both
27 class actions.  I explained Class Counsel's position that separate notices would be
28 confusing to our clients (the absent Class Members) and would increase the costs to

Class Counsel exponentially. However, we agreed to consider our various options and get back to defendants with our position by Wednesday, February 4, 2015.

9. On February 4, 2015, I sent an email to Ms. Stagg and Ms. Martin stating: "We have considered the options and believe that the most efficient, effective, and least costly way to administer class notice is through one notice for Makaeff and Cohen. We can work through any language you find objectionable by way of edits, and we invite you to provide that input. However, we don't think it makes sense to send multiple notices. If that means we need to move the Court instead of proceed by stipulation, I guess we will have to do that. Just let us know what defendants would like to do."

10. On February 17, 2015, Ms. Stagg sent me an email stating, *inter alia*, that "the parties are at an impasse regarding the class notice -- Defendants do not want one notice addressing both cases. Defendants propose there should be two notices, one for each case, and each notice sent only to those class members." Ms. Stagg stated that defendants did not think it made sense to propose "redline" changes to the single notice given that the parties did not agree on whether to send one versus two notices. Ms. Stagg advised that plaintiffs would have to move the Court for class notice.

11. That same day, I replied to Ms. Stagg's email, confirming that plaintiffs would go ahead and move the Court. Plaintiffs brought this motion the same week.

12. Treating Class Notice separately for the two actions will greatly increase the costs. For example, based on information provided by Epiq, the cost of publication notice alone in the *USA Today* would increase by over $10,000 from $12,879 to $22,896 for two 1/8 page notices. In addition, the Notice Administrator would be forced to mail thousands of additional Notices to members of the *Makaeff* Class in California, Florida, and New York, plus the costs of developing and hosting a second website and toll-free number would increase the cost of class notice by thousands of dollars.

13. Attached hereto are the following Exhibits:

| **Exhibit** | **Document Description** | **Page Nos.** |
|---|---|---|
| Exhibit 1: | Long-Form Notice of Pendency of Class Action; | 1-10 |
| Exhibit 2: | Mailed Notice of Pendency of Class Action; | 11-13 |
| Exhibit 3: | Publication Notice of Pendency of Class Action ("Summary Notice"); | 14-15 |
| Exhibit 4: | Return Postcard for Elder Abuse Class Members; and | 16-17 |
| Exhibit 5: | Curriculum vitae of Hilsoft Notifications, the class notification business unit of Epiq Systems, Inc. | 18-46 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of February, 2015 at San Diego, California.

                                                                     s/Rachel L. Jensen
                                                                    RACHEL L. JENSEN

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 20, 2015.

        s/ Rachel L. Jensen
        RACHEL L. JENSEN

        ROBBINS GELLER RUDMAN
         & DOWD LLP
        655 West Broadway, Suite 1900
        San Diego, CA 92101-8498
        Telephone: 619/231-1058
        619/231-7423 (fax)

        E-mail:  rachelj@rgrdlaw.com

1008300_1

3:10-cv-0940-GPC(WVG)
3:13-cv-02519-GPC-WVG

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:13-cv-02519-GPC-WVG Cohen v. Trump

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,llendzion@rgrdlaw.com,tholindrake@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`