# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10cv0940 GPC (WVG)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>[Dkt. No. 380.] |
| TRUMP UNIVERSITY, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>TARLA MAKAEFF, and DOES 1 through 10, inclusive,<br><br>Counter Defendant. | |

On February 19, 2015, Defendants Trump University LLC and Donald J. Trump filed a motion for decertification of class action. (Dkt. No. 380.) The Court set a hearing date of **May 15, 2015**, at 1:30 p.m.

Accordingly, the Court hereby sets the following **BRIEFING SCHEDULE**: Plaintiffs shall file their opposition on or by **April 10, 2015**. Any reply shall be due

1 | by **April 24, 2015**.

2 |     **IT IS SO ORDERED.**

4 | DATED: February 24, 2015

<br>

HON. GONZALO P. CURIEL
United States District Judge