# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>TRUMP UNIVERSITY, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>TARLA MAKAEFF, and DOES 1 through 10, inclusive,<br><br>Counter Defendant. | Case No. 10cv0940 GPC (WVG)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>[Dkt. No. 381.] |

On February 20, 2015, Plaintiffs filed a motion for approval of class notice and directing class notice procedures. (Dkt. No. 381.) The Court set a hearing date of **May 22, 2015**, at 1:30 p.m.

Accordingly, the Court hereby sets the following **BRIEFING SCHEDULE**: Defendants shall file their opposition on or by **April 17, 2015**. Any reply shall be due

1 | by **May 1, 2015**.

2 | **IT IS SO ORDERED.**

4 | DATED: February 24, 2015

HON. GONZALO P. CURIEL
United States District Judge