| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| | | are handpicked by me.' I think that was – that was Mr. Trump for sure. 'They're the best of the best. You'll get the best of the best,' something like that."). |
| | | Ex. 25 (Brown Tr.) at 237:9-20 ("Q. I've highlighted some portions. And what you state at the top sentence is that defendants, plural, so that includes Donald Trump, promised you that by purchasing Trump – the Trump Elite program for $35,000, you would receive your own mentor who would work side by side with you. Now, Donald Trump didn't make that promise to you, did he? A. He – I believe he did in the – the video."). |
| | | CC Ex. 3, ¶4. |
| | | Ex. 25 (Brown Tr.) at 98:6-99:5, 156:8-13, 158:6-8, 221:2-8, 227:18-22, 238:4-8; 274:1-8. |
| | | Ex. 25 (Brown Tr.) at 184:10-185:9 ("Q. Okay. What else was promised to you? A. Let me see. That I would have – as far as the mentorship was concerned, that I would have a full year of mentoring. Q. Who promised that? A. That was promised by whoever I signed the document for. Q. You don't remember who that was? A. No, I don't remember. There were several people. Q. That was somebody in the back of the room? A. Yeah. Yeah. Q. And that was made to just you personally as you were signing a document? A. That was – I think that was made to the entire group at one point. Q. And they said the words "a full year of mentoring"? A. Yes. Q. Okay. And by 'mentoring,' do you mean in-field help? A. One-on-one personal mentoring. Q. For 365 days? A. That's what it sounded like to me or that's what it meant to me."). |
| 63. | Mr. Trump did not attend the preview or 3-day attended by Brown.<br><br>Supporting Evidence: DEx. 12 at 41:9-15 and 59:23-25. | Undisputed, but irrelevant. |
| 64. | Brown did not recall a representation from Mr. Trump in the Donald Trump video regarding | Disputed. Brown viewed the Main Promotional Video at the free preview and testified that Trump represented that students would be learning from Trump's "handpicked" |

| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| | Mr. Trump handpicking the instructors.<br><br>Supporting Evidence: DEx. 12 at 22:19-23:24 and 60:1-11. | "professors" and "adjunct professors." Also, Defendant's supporting evidence does not support their purported fact.<br><br>Examples of Supporting Evidence:<br><br>Ex. 25 (Brown Tr.) at 98:1-99:5, 183:14-20; 221:2-8, 227:18-22, 238:4-8, 274:1-13.<br><br>Ex. 25 (Brown Tr.) at 23:2-5 ("Q. Do you remember any other specifics? A. He did say he would have – he was – that he was hiring the best teachers so we would have the best experience.").<br><br>Ex. 25 (Brown Tr.) at 182:25-183:9 ("Q. And I'm going to – when you say one, I'm going to stop you and ask you who said it and when. So we're going to go through them and make sure I know exactly the promises, who said it and when. A. Okay. From the beginning? Q. Right. A. 'The people in this – at the university are handpicked by me.' I think that was – that was Mr. Trump for sure. 'They're the best of the best. You'll get the best of the best,' something like that.").<br><br>Ex. 25 (Brown Tr.) at 238:4-8 ("Q. Did he say anything of what you would receive for any particular program? A. For a particular program, no. But generally he was saying that you would receive top people to work with you, handpicked by Mr. Trump.").<br><br>Ex. 25 (Brown Tr.) at 267:12-268:3 ("A. Did I – Q. Do you have any information about the experience or qualifications of any of the instructors or mentors at Trump University? A. The only – the only thing I could go on was what Mr. Trump said in the video, that they were handpicked; they were the very best, that they were professionals, that they were – they – he said that they were professors. Q. Did he say that every mentor was a professor? A. I'm not sure if he said every one, but he – I think he said all are handpicked. I – I'm –.").<br><br>Ex. 25 (Brown Tr.) at 221:2-8 ("A. I don't – I don't believe Donald Trump did. Q. Did Donald Trump ever say that you were going to learn from Trump University professors? A. He |

| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
|  |  | did. Q. And where did he say that? A. On the video that was played for us. Q. And do you know, in fact, if any of the – A. And – and adjunct professors, I think, or –."). |
| 65. | Brown purchased the 3-day seminar because "I wanted to continue making money. I felt that more education would be able to help me make better judgments and better choices – or maybe not better, but the best choices." <br><br> Supporting Evidence: DEx. 12 at 49:3-7. | Undisputed that a portion of Brown's deposition contains the language defendant quotes, but disputed to the extent defendant contends this was an exhaustive explanation for Brown's purchase decision. Brown purchased the 3-day seminar because he was told he needed a Trump handpicked mentor in order to succeed in real estate. <br><br> Examples of Supporting Evidence: <br><br> CC Ex. 3, ¶3. <br><br> Ex. 25 (Brown Tr.) at 189:6-20 ("Okay. The video that you saw at the free program – A. Right. Q. – was it just an interview between the interviewer and Mr. Trump? A. I – that I don't remember. I – I don't remember anyone else being in it. Q. Was there a narrator? A. I don't remember, no. I just remember Mr. Trump talking and explaining – you know, I – I was there because of Mr. Trump. I – I wanted to hear what he had to say. And everything else felt like it was in addition to – to – to help us get excited, to help us make a decision to – to spend more money. That's what it felt like."). |
| 66. | Brown did not contract with or pay Mr. Trump for seminars or mentorship. <br><br> Supporting Evidence: DEx. 20 & 21. | Disputed. Brown contracted with and paid Trump through TU. Trump owned approximately ▇▇ of TU. <br><br> Example of Supporting Evidence: <br><br> Ex. 52 (TU 01632). |

**Adjudication No. 7**: The Money Had And Received Claim

| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
|  | Fact Nos. 29-32, 46, 66 | *See* Plaintiffs' Responses to Fact Nos. 29-32, 46, 66. |
| 67. | Oberkrom did not contract | Disputed. Oberkrom contracted with and paid |

| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
|  | with or pay Mr. Trump for seminars or mentorship.<br><br>Supporting Evidence: DEx. 25 at 11:21-23, 204:14-25, 29:21-30:7, 205:3-17, DEx. 26 | Trump through TU. Trump owned approximately ▓▓ of TU.<br><br>Examples of Supporting Evidence:<br><br>Ex. 52 (TU 01632).<br><br>Ex. 7 (Oberkrom Tr.) at 11:24-12:10 ("Q. And how much money have you personally spent that you in any way relate to Trump University or any Trump University products, services and so forth? A. The initial 2500 – or $25,000 that we and my partner, Mike Barr, signed up with Trump U to get mentored by Donald Trump and his hand-picked instructors. And then additionally to that, the credit card for what I put the purchase on, all that interest is accumulated where it's put me in a big financial bind."). |
| 68. | Keller did not contract with or pay Mr. Trump for seminars or mentorship.<br><br>Supporting Evidence: DEx. 23 at 66:9-69:23; DEx. 24. | Disputed. Keller contracted with and paid Trump through TU. Trump owned approximately ▓▓ of TU.<br><br>Example of Supporting Evidence:<br><br>Ex. 52 (TU 01632). |

**Adjudication No. 8:** The Unjust Enrichment Claim

| Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|
| Fact Nos. 29-32, 46, 66-68 | *See* Plaintiffs' Responses to Fact Nos. 29-32, 46, 66-68 |

**Adjudication No. 9:** The Negligent Misrepresentation Claim

| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
|  | Fact Nos. 1-68 | *See* Plaintiffs' Responses to Fact Nos. 1-68. |
| 69. | Keller never met Mr. Trump.<br><br>Supporting Evidence: DEx. 23 at 108:24-109:1. | Undisputed, but irrelevant. |
| 70. | Keller never spoke to Mr. | Undisputed, but irrelevant. |

| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| | Trump.<br><br>Supporting Evidence: DEx. 23 at 109:2-3. | |
| 71. | Keller never communicated in writing with Mr. Trump.<br><br>Supporting Evidence: DEx. 23 at 109: 4-6. | Undisputed, but irrelevant. |
| 72. | Mr. Trump did not attend Keller's preview seminar.<br><br>Supporting Evidence: DEx. 23 at 109:7-9. | Undisputed, but irrelevant. |
| 73. | Keller's decision to purchase the 3- day seminar was not caused by reliance on any representation from Mr. Trump.<br><br>Supporting Evidence: DEx. 23 at 129:19-130:20. | Disputed. Keller purchased the three day after seeing recorded videos of Donald Trump and seeing representations in print via an email he received from TU.<br><br>Examples of Supporting Evidence:<br><br>Ex. 44 (Keller Tr.) at 35:6-15 ("A. Yes These are the statements I recall: That the mentors were hand-picked by Donald Trump, all the experts were chosen by Donald Trump and that you would receive a year-long help or assistance from Donald Trump's hand-picked experts or mentors that he chose. Q. Those statements were made when? A. They were made at the pre-seminar meeting for the seminar and at the seminar.").<br><br>Ex. 44 (Keller Tr.) at 39:3-23 ("Q. How were you first contacted by anybody at the Trump University? A. By e-mail Q. And do you know how Trump University obtained your e-mail address? A. I do not know. Q. Was this – when you received it, in your mind, did you believe this was a blanket e-mail that went out, or was it addressed specifically to you and seemed to be personalized to you? A. No, blanket e-mail address. Q. And can you recall any of the information in that initial e-mail? A. I do not recall the information in that e-mail. It – all I can remember is that information about learning Donald Trump's investment strategies, plans, techniques, his secrets to invest just like him.").<br><br>Ex. 44 (Keller Tr.) at 40:13-41:1 ("Q. Was the initial e-mail an invitation to participate in |

| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| | | anything? A. I recall, yes, it said, 'Come learn Donald Trump's strategies specific strategies.' But it did not give his specific strategies. It just said 'learn his strategies.'" Q. The e-mail that you received that we're talking about – A. Uh-huh. Q. – did it invite you to go to a program? A. Yes. That was the – the pre-meeting, the seminar. Q. And did you go to the pre-meeting? A. I did."). Ex. 44 (Keller Tr.) at 109:25-110:5 ("A. I'm trying to – I'm thinking about that, trying to remember. I think there were videos, just recorded videos of him saying stuff. I don't think – I – I – I can't recall the specifics or when or where, but I think I kind of remember some recorded videos."). Ex. 44 (Keller Tr.) at 42:3-12; 44:2-45:4; 45:16-46:4; 48:15-49:6; 61:9-19; 63:23-64:4; 64:9-65:8; 91:17-20; 92:23-94:5; 112:6-13; 116:21-117:1; 118:11-25; 123:25-124:18. Ex. 65 (Keller Tr. Ex. 3) (TU-PLTF00206). |
| 74. | Keller received a full refund for his Gold Elite purchase from TU. Supporting Evidence: DEx. 23 at 85:8-12, 169:19-24. | Undisputed, however Keller has not received a full refund of all TU Live Event purchases. |
| 75. | Oberkrom never met Mr. Trump. Supporting Evidence: DEx. 25 at 11:16-18. | Undisputed, but irrelevant. |
| 76. | Oberkrom never spoke to Mr. Trump. Supporting Evidence: DEx. 25 at 11:19-20. | Undisputed, but irrelevant. |
| 77. | Oberkrom's decision to purchase the in-field mentorship was based on statements made at the 3-day seminar. Supporting Evidence: DEx. 25 at 184:11-187:2, 213:14-25 | Disputed to the extent defendant contends the statements at the 3-day seminar were the only bases for Oberkrom's purchase decision. Oberkrom purchased TU programs because they were offered by Trump. Examples of Supporting Evidence: Ex. 56 (TU-OBERKROM0004). |

| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
|  |  | Ex. 7 (Oberkrom Tr.) at 373:9-20 ("Q. Was the fact that these seminars were – were offered by or associated with Donald Trump a reason that you signed up for and took these seminars? A. Well, it wasn't just a reason. It was the only reason. 'Cause I had an opportunity to go to all these other seminars and be mentored from a bunch of different people, but the name Donald Trump was very alluring to me. He had a reputation of being a very powerful, knowledgeable person in real estate. And this was, I seen, as an opportunity to benefit from some of that knowledge."). |
| 78. | Oberkrom knew Mr. Trump would not attend his 3-day seminar.<br><br>Supporting Evidence: DEx. 25 at 61:6-13 | Undisputed, but irrelevant. |

**Adjudication No. 10:** The Fraud Claim

| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| 79. | Fact Nos. 1-78 | *See* Plaintiffs' Responses to Fact Nos. 1-78. |

**Adjudication No. 11:** The False Promise Claim

| No. | Mr. Trump's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| 80. | Fact Nos. 1-78 | *See* Plaintiffs' Responses to Fact Nos. 1-78. |

### PLAINTIFFS' RESPONSES TO TRUMP UNIVERSITY, LLC'S STATEMENT OF UNDISPUTED FACTS

| No. | Trump University's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
| 1. | Plaintiffs did not disclose any damages experts or provide any expert reports | Undisputed. |

| No. | Trump University's Undisputed Material Facts and Supporting Evidence | Plaintiffs' Response and Supporting Evidence |
|---|---|---|
|  | related to damages in this case.<br><br>Supporting Evidence: Stagg Decl., at ¶¶3-4. |  |
| 2. | TU stopped enrolling new students in classes after July 2010.<br><br>Supporting Evidence: DEx.1[5] ¶9; DEx. 2 at 135:25-136:22. | Disputed, to the extent that defendant implies there is no evidence that Trump intends to resume his conduct.<br><br>Examples of Supporting Evidence:<br><br>CC Ex. 13 at BBB NY 00534-36.<br><br>Ex. 31.<br><br>Ex. 5 (DJT Tr.) at 80:14-81:6 ("Q. Okay. Is Trump University currently in business? A. It can be.")<br><br>Ex. 66 ("'As soon as this case is over, we will consider re-opening the school to all our students and hire back the teachers and others, thereby creating lots of jobs for New York,' Trump said in a statement."). |
| 3. | TU changed its name to the Trump Entrepreneur Initiative on June 2, 2010.<br><br>Supporting Evidence: TAC (Dkt. No. 128, n.1). | Undisputed. |

**PLAINTIFFS' STATEMENT OF ADDITIONAL MATERIAL FACTS THAT FURTHER PRECLUDE SUMMARY JUDGMENT**

I.   Trump and Trump University's Promotional Materials and Live Events Promised Trump's Integral Involvement

| No. | Plaintiffs' Additional Facts | Defendants' Response and Supporting Evidence |
|---|---|---|
| 1. | Donald Trump personally appeared in a promotional video for Trump University ("TU") and made the following representations: "We're going to have professors and adjunct professors that are absolutely terrific. Terrific people, terrific |  |

---

[5] All references to "DEx." are to the exhibits to the Declaration of Nancy L. Stagg in Support of Donald Trump's Motion for Summary Judgment, filed concurrently herewith.

| No. | Plaintiffs' Additional Facts | Defendants' Response and Supporting Evidence |
|---|---|---|
|  | brains, successful. The best. We are going to have the best of the best and honestly if you don't learn from them, if you don't learn from me, if you don't learn from the people that we're going to be putting forward – and these are all people that are handpicked by me – then you're just not going to make in terms of the world of success. [W]e're going to teach you better than the business schools are going to teach you and I went to the best business school."<br><br>**Example of Supporting Evidence:**<br>CC Ex. 2 ("Main Promotional Video"). |  |
| 2. | The PlayBook directed that [REDACTED]<br><br>**Examples of Supporting Evidence:**<br>CC Ex. 12 at TU 52954; Ex. 4 (Martin Tr.) at 109:10-19; Ex. 25 (Brown Tr.) at 22:19-23:5, 182:25-183:9, 98:6-99:5, 221:2-8, 227:18-22, 238:6-8, 274:3-5; Ex. 44 (Keller Tr.) at 112:11-16. |  |
| 3. | Trump personally recorded radio ads for TU.<br><br>**Example of Supporting Evidence:**<br>Ex. 57 (TRUMP 00208127-36). |  |
| 4. | Donald Trump approved TU's advertisements, including advertisements that used the name "Trump University" and referenced Trump's "handpicked instructors" or "my world-class instructors."<br><br>**Examples of Supporting Evidence:**<br>Ex. 3 (Sexton Tr.) at 396:25-397:3, 398:7-20; Ex. 2 (TRUMP 00165047); Ex. 58 (TU 102427); Ex. 1 (Bloom Tr.) at 78:16-80:7; Ex. 5 (DJT Tr.) at 77:17-21, 117:13-22, 120:14-19, 135:11-136:7, 136:18-24, 137:14-21; Ex. 43 (TRUMP 00230126-27); CC Ex. 75 at TU 130434-46; CC Ex. 79; CC Ex. 32 (TU 25265-66); CC Exs. 36-38, 42, 43, 45, 46, 64; Ex. 59 (DJT Resp. to RFA No. 7); CC Ex. 23 at TU 97131; CC Ex. 29; CC Exs. 31-32, CC Ex. 33 at Supp. Response to ROG No. 7; CC Ex. 41 at TU 59085; CC Exs. 79, 82, 88. |  |
| 5. | Trump and TU held TU out to customers as an actual academic institution unique in the marketplace because of its association with Donald Trump. |  |

| No. | Plaintiffs' Additional Facts | Defendants' Response and Supporting Evidence |
|---|---|---|
|  | **Examples of Supporting Evidence:** CC Ex. 2 (Main Promotional Video); CC Exs. 3-7; CC Ex. 47 at TU 59177; CC Ex. 54 at TU 97048; CC Exs. 65, 83; Ex. 6 at TU 154675, TU 154696 (Trump's negotiating system); Ex. 30 (TU-LOW0000058-59); Ex. 10 at TRUMP 00161480. |  |
| 6. | Trump and TU represented that TU rivaled top business schools and had a faculty of world-class experts. **Examples of Supporting Evidence:** CC Ex. 83 at TU-DONNELLY0000002, 14-17; CC Ex. 2 (Main Promotional Video); Ex. 6 at 154669; CC Ex. 79; CC Ex. 8, ¶7. |  |
| 7. | TU Live Event speakers told attendees that they would learn Trump's investing techniques. **Examples of Supporting Evidence:** Ex. 22 at TU 97184, TU 97188; CC Ex. 32 at TU 25265-66; CC Ex. 40 at TU 59163; Ex. 67. |  |
| 8. | Trump's real estate expertise was the overarching selling point for TU Live Events. **Examples of Supporting Evidence:** Ex. 9 (Makaeff Tr.) at 100:23-102:10, 118:18-119:5; Ex. 7 (Oberkrom Tr.) at 373:9-20; Ex. 8 (Everett Tr.) at 84:2-3; Ex. 26 (Low Tr.) at 35:11-24, 42:18-43:2 (The letter Low received signed by Trump was one of the reasons Low signed up for the seminar.); Ex. 3 (Sexton Tr.) at 163:16-164:3, 459:3-18; Ex. 4 (Martin Tr.) at 154:19-156:16, 182:6-19; CC Ex. 9, ¶6-7. |  |

## II.    Trump's Substantive Involvement with TU Was "Completely Absent"

| No. | Plaintiffs' Additional Facts | Defendants' Response and Supporting Evidence |
|---|---|---|
| 9. | Donald Trump has admitted that his involvement in the operations of TU was "completely absent." Trump did not handpick the Live Events instructors, did not mentor students, the Live event instructors did *not* teach Trump's real estate secrets. **Examples of Supporting Evidence:** Dkt. No. 32 at 5-6; Ex. 5 (DJT Tr.) at 86:15-24, |  |

| No. | Plaintiffs' Additional Facts | Defendants' Response and Supporting Evidence |
|---|---|---|
|  | 107:10-19, 119:18-120:1-4, 130:14-20; Ex. 15 (Sexton NYAG Exam.) at 160:22-61:2, 163:8-11, 167:20-168:8; Ex. 4 (Martin Tr.) at 58:14-20; Ex. 18 (Childers Tr.) at 48:16-49:18; Ex. 16 (Sperry Tr.) at 29:18-30:16, 31:5-11; Ex. 19 (Miller Tr.) at 55:14-56:1; CC Ex. 108. |  |
| 10. | Michael Sexton, who had no real estate experience beyond purchasing his own home, was in charge of the hiring of the Live Events instructors and curriculum for TU Live Events.<br><br>**Examples of Supporting Evidence:**<br>Ex. 5 (DJT Tr.) at 87:1-10; Ex. 3 (Sexton Tr.) at 393:8-17. |  |
| 11. | The Live Event instructors were not handpicked by Donald Trump, did not teach his secrets, and were independent contractors paid commissions for sales.<br><br>**Examples of Supporting Evidence:**<br>Ex. 13 (Sexton NYAG Exam.) at 157:13-15; CC Ex. 10 (Schnackenberg Decl.), ¶9; Ex. 16 (Sperry Tr.) at 29:18-30:16; Ex. 19 (Miller Tr.) at 55:22-56:1; Ex. 4 (Martin Tr.) at 45:13-19; Ex. 18 (Childers Tr.) at 45:9-20; CC Ex. 11, ¶¶5-7; CC Exs. 55, 75-78, 86, 110; Ex. 6. |  |

### III. Trump University Used the Term "University" in Violation of Law for Five Years

| No. | Plaintiffs' Additional Facts | Defendants' Response and Supporting Evidence |
|---|---|---|
| 12. | Joseph Frey of the New York State Education Department sent Trump a letter dated May 27, 2005, demanding that, in light of the relevant rules and regulations, including New York State Education Law §224(1), Trump University discontinue the use of the name "Trump University."<br><br>**Examples of Supporting Evidence:**<br>Ex. 13 (Yates Affidavit), ¶8; Ex. 11 (Roberson NYSED Decl.) at TU-PLTF03744-45; Ex. 12 (Frey Tr.) at 51:20-52:3, 53:9-54:3. |  |
| 13. | In 2005, TU personnel represented to the NYSED that TU would relocate operations to Delaware, but instead set up a ▮▮▮▮▮▮▮▮▮▮ in Delaware and |  |

| No. | Plaintiffs' Additional Facts | Defendants' Response and Supporting Evidence |
|---|---|---|
|  | continued to operate out of New York.<br><br>**Examples of Supporting Evidence:**<br>Ex. 13 (Yates Affidavit), ¶¶6-37; CC Exs. 133, 139, 140; Ex. 12 (Frey Tr.) at 98:18-99:5. |  |
| 14. | NYSED personnel told TU that it "is an unlicensed school," offering "illegal training" in which students "should never have been enrolled" and current students should get refunds.<br><br>**Examples of Supporting Evidence:**<br>CC Ex. 67; Ex. 14 (NYSED 00067-83); Ex. 60 (Kramer NYSED Decl.) at TU-PLTF03740-41; CC Exs. 68, 137. |  |
| 15. | Trump has been found to have violated Education Law §5001(1) by operating an unlicensed school.<br><br>**Examples of Supporting Evidence:**<br>*Matter of People of the State of N.Y. v Trump Entrepreneur Initiative LLC*, No. 415463/2013, 2014 N.Y. Misc. LEXIS 4533, at *26-*27 (N.Y. Sup. Ct. Oct. 8, 2014). |  |
| 16. | The BBB gave TU a D- rating. After Trump threatened to sue the BBB, the rating was changed to "Not Reviewed."<br><br>**Examples of Supporting Evidence:**<br>CC Ex. 13 at BBB NY 00506-507, 532. |  |

**IV.   The Mentorship Did Not Deliver on Defendants' Promises**

| No. | Plaintiffs' Additional Facts | Defendants' Response and Supporting Evidence |
|---|---|---|
| 17. | A real estate agent could provide everything offered by TU mentors.<br><br>**Examples of Supporting Evidence:**<br>CC Ex. 73 at TU 137810; Ex. 23 (Everett Decl.), ¶¶6-9; Ex. 25 (Brown Tr.) at 121:5-14. |  |
| 18. | Plaintiffs did not receive the unlimited one-year of expert mentoring by a Trump handpicked mentor as promised.<br><br>**Examples of Supporting Evidence:**<br>Ex. 23 (Everett Decl.), ¶7 (Troy Peterson was not knowledgeable about TU methods); Ex. 26 (Low |  |

| No. | Plaintiffs' Additional Facts | Defendants' Response and Supporting Evidence |
|-----|------------------------------|-----------------------------------------------|
|     | Tr.) at 98:17-99:2 (Nowlin did not know San Diego market); CC Ex. 5, ¶¶6-9; CC Ex. 15, ¶¶12-17; CC Exs. 59, 60, 73 at TU 137803 ("███████████"), 91, 126. | |
| 19. | Plaintiffs were subjected to "teachings" that violated state and local laws.<br><br>**Examples of Supporting Evidence:**<br>CC Ex. 93 (Makaeff Class Cert. Reply Decl.), ¶5; Ex. 27 (Cohen Tr.) at 39:5-40:24; Ex. 28 (TU-COHEN0000531). | |
| 20. | Plaintiffs were subjected to additional sales pitches by speakers and mentors even after purchasing the Elite program.<br><br>**Examples of Supporting Evidence:**<br>Ex. 18 (Childers Tr.) at 71:20-72:4; Ex. 9 (Makaeff Tr.) at 386:3-8; Ex. 8 (Everett Tr.) at 136:19-138:5; Ex. 61 (TU LOW0000048); CC Ex. 8, ¶7. | |

V. **Additional Relevant Facts**

| No. | Plaintiffs' Additional Facts | Defendants' Response and Supporting Evidence |
|-----|------------------------------|-----------------------------------------------|
| 21. | Trump has stated that he intends to start up Trump University again.<br><br>**Examples of Supporting Evidence:**<br>Ex. 5 (DJT Tr.) at 80:19-22, 159:24-160:7; Ex. 31; Ex. 66 ("'As soon as this case is over, we will consider re-opening the school to all our students and hire back the teachers and others, thereby creating lots of jobs for New York,' Trump said in a statement."). | |

DATED: March 6, 2015        ROBBINS GELLER RUDMAN
                                        & DOWD LLP
                                        JASON A. FORGE
                                        RACHEL L. JENSEN

                                          s/ Rachel L. Jensen
                                          RACHEL L. JENSEN

|     |     |
| --- | --- |
| 1   |     |
| 2   | 655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 3   | 619/231-7423 (fax) |
| 4   | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 5   | DANIEL J. PFEFFERBAUM<br>Post Montgomery Center |
| 6   | One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 |
| 7   | Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 8   |     |
| 9   | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>MAUREEN E. MUELLER |
| 10  | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432 |
| 11  | Telephone: 561/750-3000<br>561/750-3364 (fax) |
| 12  |     |
| 13  | ZELDES HAEGGQUIST & ECK, LLP<br>AMBER L. ECK<br>HELEN I. ZELDES |
| 14  | ALREEN HAEGGQUIST<br>AARON M. OLSEN |
| 15  | 625 Broadway, Suite 1000<br>San Diego, CA 92101 |
| 16  | Telephone: 619/342-8000<br>619/342-7878 (fax) |
| 17  | Class Counsel |
| 18  |     |
| 19  |     |
| 20  |     |
| 21  |     |
| 22  |     |
| 23  |     |
| 24  |     |
| 25  |     |
| 26  |     |
| 27  |     |
| 28  |     |

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 6, 2015.

s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)