1 ROBBINS GELLER RUDMAN
   & DOWD LLP
2 JASON A. FORGE (181542)
  jforge@rgrdlaw.com
3 RACHEL L. JENSEN (211456)
  rjensen@rgrdlaw.com
4 655 West Broadway, Suite 1900
  San Diego, CA 92101
5 Telephone: 619/231-1058
  619/231-7423 (fax)
6
  ZELDES HAEGGQUIST & ECK, LLP
7 AMBER L. ECK (177882)
  ambere@zhlaw.com
8 HELEN I. ZELDES (220051)
  helenz@zhlaw.com
9 ALREEN HAEGGQUIST (221858)
  alreenh@zhlaw.com
10 AARON M. OLSEN (259923)
   aarono@zhlaw.com
11 625 Broadway, Suite 1000
   San Diego, CA 92101
12 Telephone: 619/342-8000
   619/342-7878 (fax)
13
   Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>            Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO TRUMP DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT<br><br>DATE: April 3, 2015<br>TIME: 1:30 p.m.<br>CTRM: 2D (Schwartz)<br>JUDGE: Hon. Gonzalo P. Curiel |

1011140_1

I, RACHEL L. JENSEN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP, which serves as Court-appointed Class Counsel in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Omnibus Opposition to Trump Defendants' Motions for Summary Judgment.

3. Since plaintiffs filed this action, Class Counsel (including my co-counsel and my firm) have spoken to nearly 200 class members who are interested in the outcome of this case. Of those, nearly 90 absent class members have separately retained Class Counsel in some capacity. And of those, it is my understanding that dozens of class members have indicated that they would be willing to be a class representative should the need arise.

4. Attached hereto are true and correct copies of the following Exhibits:

| Exhibit No. | Description |
| --- | --- |
| Exhibit 01: | Relevant excerpts from the transcript of the videotaped deposition of Michael Bloom, taken on November 4, 2014; |
| Exhibit 02: | TRUMP 00165047-49 (Bloom Tr. Ex. 91) **(sealed)**; |
| Exhibit 03: | Relevant excerpts from the transcripts of the videotaped deposition of Michael Sexton, taken on August 22, 2012 & August 23, 2012; |
| Exhibit 04: | Relevant excerpts from the transcript of the videotaped deposition of Gerald Martin, taken on November 5, 2013; |
| Exhibit 05: | Relevant excerpts from the transcript of the videotaped deposition of Donald J. Trump, Sr., taken September 12, 2012; |
| Exhibit 06: | TU 154665-702; |
| Exhibit 07: | Relevant excerpts from the transcript of the videotaped deposition of Edward C. Oberkrom, Jr., taken April 11, 2012; |

| Exhibit No. | Description |
|---|---|
| Exhibit 08: | Relevant excerpts from the transcript of the videotaped deposition of Joann Everett, taken October 3, 2012; |
| Exhibit 09: | Relevant excerpts from the transcripts of the videotaped deposition of Tarla Makaeff taken on January 30, 2012, January 31, 2012 & April 13, 2012; |
| Exhibit 10: | TRUMP 00161478-81 **(sealed)**; |
| Exhibit 11: | TU-PLTF03742-48 – Declaration of Custodian of Business Records by Shannon Roberson of the NYSED with Exhibits A & D, dated December 5, 2014; |
| Exhibit 12: | Relevant excerpts from the transcript of the videotaped deposition of Joseph P. Frey, taken on December 5, 2014; |
| Exhibit 13: | Affidavit of Carole Yates, Director of the Bureau of Proprietary School Supervision at the New York State Education Department, dated July 18, 2013, attached as Exhibit C to the *New York Verified Petition*; |
| Exhibit 14: | NYSED 00067-83; |
| Exhibit 15: | Relevant excerpts from the sworn examination of Michael Sexton taken in the New York Attorney General's Trump University Investigation on July 25, 2012, attached as Exhibit B to the Verified Petition in *People of the State of New York v. The Trump Entrepreneur Initiative LLC*, No. 2013/451463 (filed Aug. 24, 2013, Supreme Ct. of New York, Cnty. of New York) ("*New York Verified Petition*"); |
| Exhibit 16: | Relevant excerpts from the transcript of the videotaped deposition of Keith Sperry, taken on September 4, 2014; |
| Exhibit 17: | TU 102277-315; |
| Exhibit 18: | Relevant excerpts from the transcript of the videotaped deposition of John Vernon Childers, Jr., taken on December 11, 2014; |
| Exhibit 19: | Relevant excerpts from the transcript of the videotaped deposition of Steven Miller, taken October 30, 2014; |
| Exhibit 20: | Relevant excerpts from the transcript of the videotaped deposition of Corinne A. Sommer, taken on November 7, 2012; |
| Exhibit 21: | Relevant excerpts from the transcript of the videotaped deposition of Jason Nicholas, taken on November 8, 2012; |
| Exhibit 22: | TU 97181-254 **(sealed)**; |

| **Exhibit No.** | **Description** |
|---|---|
| Exhibit 23: | Declaration of J.R. Everett in Support of Plaintiffs' Omnibus Opposition to Trump Defendants' Motions for Summary Judgment, dated March 5, 2015; |
| Exhibit 24: | TU 96114-16 **(sealed)**; |
| Exhibit 25: | Relevant excerpts from the transcript of the videotaped deposition of John Brown, taken on October 8, 2012; |
| Exhibit 26: | Relevant excerpts from the transcript of the videotaped deposition of Sonny Low, taken on October 4, 2012; |
| Exhibit 27: | Relevant excerpts from the transcript of the videotaped deposition of Art Cohen, taken on May 29, 2014 in *Cohen v. Trump*, No. 3:13-cv-2519-GPC-WVG (S.D. Cal.); |
| Exhibit 28: | TU-COHEN0000531; |
| Exhibit 29: | California Department of Real Estate, *Real Estate Bulletin* (Sept. 1981); |
| Exhibit 30: | TU-LOW0000058 & 59 (Low Tr. Ex. 21); |
| Exhibit 31: | Michael Barbaro, *Buying a Trump Property or So They Thought*, The New York Times (May 13, 2011); |
| Exhibit 32: | BLOOM 0513-64 (Sexton Tr. Ex. 23) **(sealed)**; |
| Exhibit 33: | TU 211309 and TU 212059 **(sealed)**; |
| Exhibit 34: | TU 97849-94 **(sealed)**; |
| Exhibit 35: | TU 98100-50 **(sealed)**; |
| Exhibit 36: | TU 99004-49 **(sealed)**; |
| Exhibit 37: | TU-LOW0000893 (Low Tr. Ex. 27); |
| Exhibit 38: | TRUMP 00160985-87 **(sealed)**; |
| Exhibit 39: | TRUMP 00149849-50 **(sealed)**; |
| Exhibit 40: | TU-EVERETT0000005 & TU-EVERETT0000008 (Everett Tr. Ex. 9); |
| Exhibit 41: | TU-EVERETT0000016; |
| Exhibit 42: | TU-EVERETT0000048-49 (Everett Tr. Ex. 8); |

| **Exhibit No.** | **Description** |
|---|---|
| Exhibit 43: | TRUMP 00230126-27; |
| Exhibit 44: | Relevant excerpts from the transcript of the videotaped deposition of Brandon Keller, taken January 17, 2012; |
| Exhibit 45: | TRUMP 00186867-71 **(sealed)**; |
| Exhibit 46: | TU 49899-49901 **(sealed)**; |
| Exhibit 47: | TU 168227-228 (Martin Tr. Ex 53) **(sealed)**; |
| Exhibit 48: | TU-EVERETT0000322 (Everett Tr. Ex. 11); |
| Exhibit 49: | TU-MAKAEFF0298, 308, 311; |
| Exhibit 50: | TU 140593-94; |
| Exhibit 51: | TU-LOW0000243-44; |
| Exhibit 52: | TU 01632 **(sealed)**; |
| Exhibit 53: | TU-EVERETT0000078; |
| Exhibit 54: | TU-BROWN0000041-42 (Brown Tr. Ex. 11); |
| Exhibit 55: | TU-BROWN0000049-64; |
| Exhibit 56: | TU-OBERKROM0000004 (Oberkrom Tr. Ex. 1); |
| Exhibit 57: | TRUMP 00208127-36 **(sealed)**; |
| Exhibit 58: | TU 102427-31; |
| Exhibit 59: | Response of Donald J. Trump to Requests for Admission by Plaintiffs, dated May 29, 2012; |
| Exhibit 60: | TU-PLTF03735-41 – Declaration of Custodian of Business Records by Edward Kramer for the New York State Education Department's ("NYSED") Bureau of Proprietary School Supervision with Exhibits B & E, dated December 5, 2014; |
| Exhibit 61: | [intentionally omitted]; |
| Exhibit 62: | TU-PLTF03612-13 (Horton Tr. Ex. 109); |
| Exhibit 63: | TU-PLTF03522 (Horton Tr. Ex. 108); |

| **Exhibit No.** | **Description** |
|---|---|
| Exhibit 64: | Declaration of Mark Covais in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, dated November 26, 2012, and filed on November 30, 2012 **(sealed)**; |
| Exhibit 65: | TU-PLTF00206 (Keller Tr. Ex. 3); |
| Exhibit 66: | Ken Lovett, *Donald Trump says he may re-open Trump University (UPDATED)*, NY Daily News (Oct. 16, 2014); and |
| Exhibit 67: | Declaration of Art Cohen in Support of Plaintiff's Motion for Class Certification, dated March 15, 2014, filed in *Cohen v. Trump*, No. 3:13-cv-2519-GPC-WVG (S.D. Cal.). |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of March, 2015, at San Diego, California.

                                                s/ Rachel L. Jensen
                                                RACHEL L. JENSEN

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 6, 2015.

 s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)