ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                              Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>JOINT MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' INDIVIDUAL NON-CERTIFIED CLAIMS<br><br>District Judge: Hon. Gonzalo P. Curiel<br>Mag. Judge: Hon. William V. Gallo |

1012345_1

Subject to the Court's approval and issuance of an order substantially in the form submitted by the parties herewith, plaintiffs John Brown, J.R. Everett, Brandon Keller, Sonny Low, Tarla Makaeff, and Ed Oberkrom ("plaintiffs") and defendants Trump University, LLC ("TU") and Donald J. Trump ("defendants") (collectively, "the parties"), hereby stipulate to the dismissal with prejudice of plaintiffs' individual, non-certified claims asserted in their Third Amended Class Action Complaint ("TAC") based on the promises and representations made herein.[1]

WHEREAS, on September 26, 2012, plaintiffs John Brown, J.R. Everett, Brandon Keller, Sonny Low, Tarla Makaeff, and Ed Oberkrom filed their TAC asserting 14 causes of action against Trump and/or TU (Dkt. No. 128);[2] and

WHEREAS, on October 31, 2012, defendants filed their answer to the TAC (Dkt. No. 132); and

WHEREAS, on September 24, 2012, plaintiffs filed their Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel ("Motion for Class Certification") (Dkt. No. 122); and

---

[1] This joint motion relates *solely* to the following individual non-certified claims asserted in the TAC: (a) plaintiffs' five (5) non-certified individual claims against Trump, including Money Had and Received, Unjust Enrichment, Fraud, Negligent Misrepresentation and False Promise; (b) plaintiffs' seven (7) non-certified individual claims against TU, including the foregoing claims plus Breach of Contract, and Breach of the Implied Covenant of Good Faith and Fair Dealing; (c) the non-certified individual claims of non-representative plaintiff Edward Oberkrom; and (d) the non-certified individual claims of Brandon Keller. The remaining certified claims asserted on behalf of Class Representatives John Brown, J.R. Everett, Sonny Low, and Tarla Makaeff fall outside the scope of this limited dismissal stipulation.

[2] The 14 causes of action asserted by plaintiffs in the TAC are: violations of California's Unfair Competition Law ("UCL") in violation of Cal. Bus. & Prof. Code §17200, *et seq.*; violations of the Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code §1750, *et seq.*; Untrue and Misleading Advertising ("FAL") in Violation of Cal. Bus. & Prof. Code §17500, *et seq.*; Breach of Contract against TU; Breach of the Implied Covenant of Good Faith and Fair Dealing against TU; Money Had and Received; Negligent Misrepresentation; Fraud; False Promise; Deceptive Acts and Practices in Violation of §349 of New York's General Business Law ("GBL §349"); Financial Elder Abuse ("California Financial Elder Abuse") in Violation of Cal. Welf. & Inst. Code §15600, *et seq.*; Violations of The Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. §501.201, *et seq.*; Violations of The Florida Misleading Advertising Law ("FMAL"), Fla. Stat. §817.41; and Unjust Enrichment.

1  WHEREAS, on February 21, 2014, the Court granted in part and denied in part plaintiffs' Motion for Class Certification ("*Makaeff* Class Certification Order"), certifying for class treatment plaintiffs' UCL, CLRA, FAL, California Financial Elder Abuse, GBL §349, FMAL, and FDUTPA claims, but declining to certify the common law breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, and fraud claims (Dkt. No. 298); and

7  WHEREAS, in its Class Certification Order, the Court appointed John Brown, J.R. Everett, Sonny Low, and Tarla Makaeff to serve as class representatives, but declined to appoint Ed Oberkrom as a class representative because he was a resident of Missouri (Dkt. No. 298 at 11 & 17), and Brandon Keller declined to seek appointment as a class representative; and

12  WHEREAS, on October 27, 2014, the Court certified a nationwide class in the related class action of *Cohen v. Trump*, Case No. 3:13-cv-02519-GPC-WVG, which Class is defined as: "[A]ll persons who purchased Live Events from Trump University throughout the United States from January 1, 2007 to the present." *Cohen* Dkt. No. 53 at 1 ("*Cohen* Class Certification Order"); and

17  WHEREAS, in advance of the February 20, 2015 motion cut-off in this action, the parties began meeting and conferring about possible resolution of plaintiffs' individual, non-certified claims (Dkt. No. 349 at 2); and

20  WHEREAS, on February 12 and February 17, 2015, Trump and TU filed their respective motions for summary judgment (Dkt. Nos. 375, 377); and

22  WHEREAS, in an effort to narrow the scope of this litigation to the class claims (*see* Dk. No. 372 at 2), plaintiffs hereby agree to dismiss with prejudice their individual non-certified claims ***only*** (as enumerated in n.1 above) ("Dismissed Claims") in express reliance on defendants' promises set forth herein; and

26  WHEREAS, defendants agree that plaintiffs Brandon Keller, Sonny Low, and Tarla Makaeff, are members of the California UCL/CLRA/FAL subclass ("California Subclass"), and Sonny Low is a member of the California Financial Elder Abuse

1   subclass as these subclasses are currently defined in the *Makaeff* Class Certification
2   Order, and these plaintiffs are currently eligible to take part in any class recovery in
3   this action, if any, based on the current class definition; and

4   WHEREAS, defendants agree that plaintiff J.R. Everett is a member of the two
5   Florida subclasses as they are currently defined in the *Makaeff* Class Certification
6   Order, and Everett is currently eligible to take part in any class recovery in this action,
7   if any, based on the current class definition; and

8   WHEREAS, defendants agree that plaintiff John Brown is a member of the
9   New York subclass as it is currently defined in the *Makaeff* Class Certification Order,
10  and Brown is currently eligible to take part in any class recovery in this action, if any,
11  based on the current class definition; and

12  WHEREAS, defendants further agree that plaintiffs John Brown, J.R. Everett,
13  Brandon Keller, Tarla Makaeff, Sonny Low, and Ed Oberkrom are members of the
14  *Cohen* Class as it is currently defined in the *Cohen* Class Certification Order, and are
15  currently eligible to take part in any class recovery in the *Cohen* action, if any, based
16  on the current class definition; and

17  WHEREAS, defendants further agree that this Stipulation and plaintiffs'
18  dismissal of the Dismissed Claims is without prejudice or effect on plaintiffs to later
19  recover all attorneys' fees and costs incurred on behalf of all plaintiffs and the Class
20  (however, nothing stated herein should be construed to allow or permit plaintiffs to
21  recover their attorneys' fees or costs for the Dismissed Claims if not otherwise
22  recoverable); and

23  WHEREAS, defendants further agree to waive any entitlement to fees and
24  costs, if any, from plaintiffs relating to the Dismissed Claims asserted in the TAC; and

25  WHEREAS, with the exception of their continued membership in the classes
26  described above and the specific remaining claims certified for those classes,
27  plaintiffs, hereby fully, finally, and forever release, relinquish and discharge
28  defendants, their respective present and former parents, subsidiaries, divisions, and

1  affiliates, their present and former partners, employees, officers and directors of each,
2  their present and former attorneys, accountants, experts, consultants, insurers and
3  agents of each of them, each of the foregoing solely in their capacity as such, and
4  predecessors, successors, heirs, and assigns of each of them, from all claims of every
5  nature and description, known and unknown, relating to the prosecution, litigation,
6  defense, settlement and/or resolution of the Dismissed Claims; and

7  WHEREAS, defendants and each of them, fully, finally and forever release,
8  relinquish and discharge plaintiffs, and their present and former attorneys,
9  representatives and agents from all claims of every nature and description, known and
10 unknown, relating to the prosecution, litigation, defense, settlement and/or resolution
11 of the Dismissed Claims.

12 NOW, THEREFORE, subject to this Court's approval, the parties hereby
13 stipulate and agree to the dismissal with prejudice of plaintiffs' individual, non-
14 certified claims *only*, as asserted in their TAC (as enumerated in n.1 above), pursuant
15 to the terms set forth herein.

16 The parties also stipulate and agree that this Court will retain jurisdiction to
17 resolve any disputes arising from this dismissal or concerning plaintiffs' eligibility to
18 participate in any class recovery in this action or the *Cohen* related action.

19 This stipulation constitutes the entire agreement of the parties.

20 DATED:  March 11, 2015               ROBBINS GELLER RUDMAN
                                         & DOWD LLP
21                                      JASON A. FORGE
                                         RACHEL L. JENSEN
22

23

24                                              s/ Rachel L. Jensen
                                            RACHEL L. JENSEN
25
                                        655 West Broadway, Suite 1900
26                                      San Diego, CA  92101
                                        Telephone:  619/231-1058
27                                      619/231-7423 (fax)

28

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DANIEL J. PFEFFERBAUM |
| 3 | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 4 | San Francisco, CA  94104<br>Telephone:  415/288-4545 |
| 5 | 415/288-4534 (fax) |
| 6 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 7 | MAUREEN E. MUELLER<br>120 East Palmetto Park Road, Suite 500 |
| 8 | Boca Raton, FL  33432<br>Telephone:  561/750-3000 |
| 9 | 561/750-3364 (fax) |
| 10 | ZELDES HAEGGQUIST & ECK, LLP<br>AMBER L. ECK |
| 11 | HELEN I. ZELDES<br>ALREEN HAEGGQUIST |
| 12 | AARON M. OLSEN<br>625 Broadway, Suite 1000 |
| 13 | San Diego, CA  92101<br>Telephone:  619/342-8000 |
| 14 | 619/342-7878 (fax) |
| 15 | Class Counsel |
| 16 | DATED:  March 11, 2015                FOLEY & LARDNER LLP |
| 17 | NANCY L. STAGG (157034) |
| 18 |   nstagg@foley.com<br>BENJAMIN J. MORRIS (260148) |
| 19 |   bmorris@foley.com |
| 20 | |
| 21 |                                            s/ |
| 22 |                        NANCY L. STAGG |
| 23 | 3579 Valley Centre Drive, Suite 300 |
| 24 | San Diego, CA 92130-3302<br>Telephone: (858) 847-6700 |
| 25 | Facsimile: (858)  792-6773 |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | JILL A. MARTIN (245626) |
| 2 | c/o TRUMP NATIONAL GOLF CLUB LOS ANGELES |
| 3 | One Trump National Drive |
| 4 | Rancho Palos Verdes, CA  90275 |
|   | Telephone:  (310) 303-3225 |
| 5 | Facsimile:  (310) 265-5522 |
| 6 | jmartin@trumpnational.com |
| 7 | Counsel for Defendants |

## ECF CERTIFICATION

Pursuant to §2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defendants' counsel and that I have obtained concurrence regarding the filing of this document from the signatories to this document.

DATED:  March 11, 2015       ROBBINS GELLER RUDMAN
                                                                                    & DOWD LLP
                                                                                    JASON A. FORGE
                                                                                    RACHEL L. JENSEN

                                                                             s/ Rachel L. Jensen
                                                                               RACHEL L. JENSEN

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2015.

    s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`