1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' INDIVIDUAL NON-CERTIFIED CLAIMS<br><br>[Dkt. No. 389.] |
|---|---|

This matter having come before the Court on the parties' Joint Motion and Stipulation of Dismissal with Prejudice of Plaintiffs' Individual, Non-certified Claims, GOOD CAUSE APPEARING, the Court accepts the parties' stipulations and hereby ORDERS as follows:

1. The Joint Motion and Stipulation of Dismissal with Prejudice of Plaintiffs' Individual Non-certified Claims ("Joint Motion and Stipulation") is GRANTED.

2. The individual non-certified claims asserted in the Third Amended Class Action Complaint ("TAC") (Dkt. No. 128), on behalf of plaintiffs John Brown, J.R. Everett, Brandon Keller, Sonny Low, Tarla Makaeff, and Ed Oberkrom ("plaintiffs") are hereby dismissed with prejudice, pursuant to the terms of the Joint Motion and Stipulation as follows:

    (a) plaintiffs' five (5) individual claims against defendant Donald J. Trump ("Trump") for Money Had and Received, Unjust Enrichment, Fraud, Negligent Misrepresentation and False Promise;

    (b) plaintiffs' seven (7) individual claims against defendant Trump University, LLC ("TU") for Money Had and Received, Unjust Enrichment, Fraud, Negligent Misrepresentation and False Promise, Breach of Contract, and Breach of the Implied Covenant of Good Faith and Fair Dealing;

    (c) defendants agree that plaintiffs John Brown, J.R. Everett, Brandon Keller, Sonny Low, and Tarla Makaeff are members of the *Makaeff* Class as it is currently defined in the Court's order granting in part and denying in part plaintiffs' Motion for Class Certification (Dkt. No. 298), and are currently eligible to take part in any class recovery in the *Makaeff* action, if any, based on the current class definition; and

    (d) defendants agree that plaintiffs John Brown, J.R. Everett, Brandon Keller, Sonny Low, Tarla Makaeff, and Ed Oberkrom are members of the class in the related *Cohen v. Trump*, Case No. 3:13-cv-02519-GPC-WVG action, as it is currently

1  defined by this Court in its October 27, 2014 order (*see Cohen* Dkt. No. 53), and
2  plaintiffs are currently eligible to take part in any class recovery in the *Cohen* action,
3  if any, based on the current class definition.
4          3.      This Court retains jurisdiction to resolve any disputes arising from this
5  dismissal or concerning plaintiffs' eligibility to participate in any class recovery in this
6  action or the *Cohen* related action.
7          IT IS SO ORDERED.
8  DATED: March 16, 2015
                                                    _____
9                                                   THE HON. GONZALO P. CURIEL
                                                    UNITED STATES DISTRICT JUDGE