# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10cv0940 GPC (WVG)<br><br>**ORDER:**<br><br>**(1) GRANTING DEFENDANT DONALD J. TRUMP'S APPLICATION TO FILE UNDER SEAL;**<br><br>[Dkt. No. 373.]<br><br>**(2) GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL**<br><br>[Dkt. No. 384.] |

Before the Court are two applications to file documents under seal. (Dkt. Nos. 373, 384.) Defendant Donald J. Trump has filed an unopposed application to file under seal certain documents pursuant to Local Rule 79.2 and the First Amended Protective Order entered on March 21, 2014 (Dkt. No. 316). (Dkt. No. 373.) Specifically, Mr. Trump requests permission to file under seal Exhibits 11 and 17-20 to the Declaration

of Nancy L. Stagg in Support of Donald J. Trump's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment. (*Id.* at 2.) The documents Mr. Trump seeks to file under seal have been designated by Plaintiffs as "Confidential" pursuant to the First Amended Protective Order. (Dkt. No. 373-1 ¶ 3.) Having reviewed the motion, and pursuant to Local Rule 79.2 and the First Amended Protective Order, the Court hereby **GRANTS** Defendant Donald J. Trump's request to file documents under seal.

Plaintiffs have filed an unopposed application to file under seal certain documents pursuant to Local Rule 79.2 and the Protective Order entered on November 17, 2011 (Dkt. No. 91). (Dkt. No. 384.) Specifically, Plaintiffs request permission to file under seal certain portions of Plaintiffs' Omnibus Opposition to Trump Defendants' Motions for Summary Judgment, Plaintiffs' Responses to Donald J. Trump's and Trump University, LLC's Statements of Undisputed Facts and Plaintiffs' Statement of Additional Material Facts that Further Preclude Summary Judgment, and Exhibits 2, 10, 22, 24, 32-36, 38-39, 45-47, 52, 57, and 64 to the Declaration of Rachel L. Jensen in Support of Plaintiffs' Omnibus Opposition to Trump Defendants' Motions for Summary Judgment. (*Id.* at 2.) The documents Plaintiffs seek to file under seal have been designated "Confidential" by Defendants pursuant to the Protective Order. (Dkt. No. 384-1 ¶ 4.) Having reviewed the motion, and pursuant to Local Rule 79.2 and the Protective Order, the Court hereby **GRANTS** Plaintiffs' request to file documents under seal.

**IT IS SO ORDERED.**

DATED: March 16, 2015

HON. GONZALO P. CURIEL
United States District Judge