# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, SONNY LOW, J.R. EVERETT, AND JOHN BROWN, on behalf of themselves and all others similarly situated, ED OBERKROM, and BRANDON KELLER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC (aka Trump Entrepreneur Initiative), a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10-cv-00940 GPC (WVG)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR DECERTIFICATION OF CLASS ACTION**<br><br>**[DKT. NOS. 380, 399]** |

On March 24, 2015, Defendants Trump University, LLC and Donald J. Trump and Plaintiffs Tarla Makaeff, Sonny Low, J.R. Everett, and John Brown (collectively, the "Parties") filed a Joint Motion to Continue Hearing on Defendants' Motion for Decertification of Class Action (Dkt. No. 399). In their Joint Motion, the Parties seek an order to continue the hearing on Defendants' Motion for Decertification of Class Action (Dkt. No. 380) one week from May 15, 2015 to May 22, 2015 to occur concurrently with the hearing on Plaintiffs' Motion for Approval of Class Notice and

1. Directing Class Notice Procedures previously set for May 22, 2015. The Parties state the continuance is necessary to allow for the deposition of Michael Sexton (former President of Trump University) to take place in the related case of *Cohen v. Donald J. Trump*, 3:13-cv-02519-GPC-WVG on May 15, 2015 in New York City. The Parties do not seek to continue the briefing schedule previously set by this Court on February 24, 2015 by Dkt. No. 382.

For good cause shown, the Court hereby GRANTS the Parties' Joint Motion to Continue Hearing on Defendants' Motion for Decertification of Class Action.

IT IS HEREBY ORDERED THAT:

1. The May 15, 2015 hearing on Defendants' Motion for Decertification of Class Action is continued one week to May 22, 2015 at 1:30 p.m.

IT IS SO ORDERED.

DATED: March 24, 2015

THE HON. GONZALO P. CURIEL
UNITED STATES DISTRICT COURT JUDGE