**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10cv0940 GPC (WVG)<br><br>**ORDER:**<br><br>**(1) GRANTING DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP'S *EX PARTE* MOTION TO DELAY ISSUANCE OF ANY RULING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR ADJUDICATION;**<br><br>[Dkt. No. 401.]<br><br>**(2) VACATING APRIL 3, 2015 HEARING DATE**;<br><br>**(3) VACATING ALL OTHER PRE-TRIAL DATES** |

On March 26, 2015, Defendants Trump University, LLC and Donald J. Trump filed their *Ex Parte* Motion to Delay Issuance of Any Ruling on Defendants' Motions for Summary Judgment or Adjudication ("*Ex Parte* Motion"). (Dkt. No. 401.)

Defendants' *Ex Parte* Motion requests the Court delay issuance of its ruling on Defendants' Motions for Summary Judgment or Adjudication until after the Court either decertifies the Classes or approves a class notice and the notice is provided to the Classes and the "opt-out" period has expired. Defendants argue that otherwise they will be prejudiced based on "one-way intervention." *See Schwarzschild v. Tse*, 69 F.3d 293, 295 (9th Cir. 1995); *Gessele v. Jack in Box, Inc.*, No. 10-cv-960-ST, 2012 WL 3686274, at *3 (D. Or. Aug. 24, 2012). The hearing on Defendants' Motions for Summary Judgment or Adjudication is currently set for April 3, 2015.

On March 27, 2015, Plaintiffs filed a response. (Dkt. No. 402.) Plaintiffs argue that it unnecessary to delay ruling on Defendants' Motions for Summary Judgment or Adjudication because the motions are limited to the named plaintiffs, and therefore do not affect the unnamed class members. (Dkt. No. 402 at 2-3.) In the alternative, Plaintiffs argue that if the Court decides to delay ruling on the Motions for Summary Judgment or Adjudication, it should also postpone the hearing set for April 3, 2015.

While Defendants' could have raised their concerns about "one-way intervention" earlier, after considering Defendants' *Ex Parte* Motion, and finding good cause therefore, the Court **GRANTS** Defendants' *Ex Parte* Motion. The Court also **GRANTS** Plaintiffs' request to postpone the hearing on Defendants' Motions for Summary Judgment or Adjudication. Finally, the Court **GRANTS** the Parties' joint request to vacate all other pre-trial dates – aside from the motions set for hearing on May 22, 2015 (Dkt. Nos. 380-81) – until after its ruling on Defendants' Motions for Summary Judgment or Adjudication. (Dkt. No. 402 at 6.)

Accordingly, **IT IS HEREBY ORDERED:**

(1) the Court **GRANTS** Defendants Trump University, LLC and Donald J. Trump's *Ex Parte* Motion to Delay Issuance of Any Ruling on Defendants' Motions for Summary Judgment or Adjudication (Dkt. No. 401);

(2) the Court **VACATES** the hearing set for April 3, 2015, at 1:30 p.m. The Court will re-set the hearing as necessary;

(3) the Court **VACATES** all other pre-trial dates (aside from the motions set for hearing on May 22, 2015). The Court will re-set the pre-trial dates as necessary.

**IT IS SO ORDERED.**

DATED: April 1, 2015

HON. GONZALO P. CURIEL
United States District Judge