# Appendix A

*Makaeff v. Trump University, LLC*, No. 3:10-cv-0940-GPC (WVG) (S.D. Cal.)

**APPENDIX A**

**The Evidence Submitted in Support of Defendants' Motion for Decertification of Class Action Is Not New and Does Not Warrant Decertification**

| Exhibits Submitted in Support of Decertification[1] | Document Description | New Evidence? |
|---|---|---|
| **Ex. 1** | Tarla Makaeff Depo. Tr. (Vol. I) at 74:16-76:18, 77:11-24, 78:25-88:13, 89:1-92:17. | No.  Makaeff's first deposition was taken on January 30, 2012.  Defendants filed their opposition to class certification on November 30, 2012 (Dkt. No. 138), briefing related to class certification was not complete until July 3, 2013 (Dkt. No. 241), and the Court did not issue its Class Cert. Order until February 21, 2014 (Dkt. No. 298).  Additionally, many of the same excerpts from Makaeff's deposition were previously submitted in opposition to class certification.  *See also* Schneider Decl. Ex. 85 (Makaeff Depo. Tr. (Vol. I) at 81:16-83:21; 86:5-92:17).[2] |
| **Ex. 2** | Fast Track to Foreclosure Investing: The Workbook (TU-MAKAEFF0314-0628) | No.  The same document was previously submitted in opposition to class certification.  *See* Schneider Decl. Ex. 7 (Fast Track to Foreclosure Investing: The Workbook (TU-MAKAEFF0314-0589). |
| **Ex. 3** | Tarla Makaeff Depo. Tr. (Vol. II) at 400:4-19 | No.  Makaeff's second deposition was taken on January 31, 2012.  Defendants filed their opposition to class certification on November 30, 2012 (Dkt. No. 138), briefing related to class certification was not complete until July 3, 2013 (Dkt. No. 241), and the Court did not issue its Class Cert. Order until February 21, 2014 (Dkt. No. 298). |

---

[1]  *See* Declaration of Nancy L. Stagg in Support of Trump University, LLC and Donald J. Trump's Notice of Motion and Motion for Decertification of Class Action.  Dkt. No. 380-2.

[2]  All references to "Schneider Decl." refer to the Declaration of David K. Schneider in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel.  Dkt. No. 138-1.

*Makaeff v. Trump University, LLC*, No. 3:10-cv-0940-GPC (WVG) (S.D. Cal.)

**APPENDIX A**
**The Evidence Submitted in Support of Defendants' Motion for Decertification of Class Action Is Not New and Does Not Warrant Decertification**

| Exhibits Submitted in Support of Decertification[1] | Document Description | New Evidence? |
|---|---|---|
| **Ex. 4** | Sonny Low Depo. Tr. at 66:13-67:20, 210:12-25 | No.  Low's deposition was taken on October 4, 2012.  Defendants filed their opposition to class certification on November 30, 2012 (Dkt. No. 138), briefing related to class certification was not complete until July 3, 2013 (Dkt. No. 241), and the Court did not issue its Class Cert. Order until February 21, 2014 (Dkt. No. 298).  Additionally, some of the same excerpts from Low's deposition were previously submitted in opposition to class certification.  *See also* Schneider Decl. Ex. 61 (Low Depo. Tr. at 66:13-25). |
| **Ex. 5** | Paula Levand Depo. Tr. at 151:6-152:12, 172:17-173:7 | No.  Levand's deposition was taken on June 17, 2013.  Briefing related to class certification was not complete until July 3, 2013 (*see* Dkt. No. 241), and the Court did not issue its Class Cert. Order until February 21, 2014 (Dkt. No. 298).  Additionally, Levand's deposition testimony simply echoes what she stated in the declaration she submitted in support of defendants' opposition to class certification.  *See* Schneider Decl. Ex. 14c (Declaration of Paula Levand, dated June 22, 2012). |
| **Ex. 6** | Cohen Depo. Tr. at 36:11-37:12 | Yes, but Cohen's deposition testimony actually supports plaintiffs' position that Trump University programs had no value.  *See* Declaration of Rachel L. Jensen in Support of Plaintiffs' Opposition to Defendants' Motion for Decertification of Class Action, Ex. 15 (Cohen Tr.) at 37:13-22, 72:23-73:8, 75:18-24, 95:8-18, 108:21-109:4, 114:25-115:7, 135:5-22, 137:3-139:3. |
| **Ex. 7** | Declaration of Meena Mohan, dated June 3, 2012 | No.  The same declaration was previously submitted in opposition to class certification.  *See* Schneider Decl. Ex. 14d (Declaration of Meena Mohan, dated June 3, 2012). |

*Makaeff v. Trump University, LLC*, No. 3:10-cv-0940-GPC (WVG) (S.D. Cal.)

**APPENDIX A**
**The Evidence Submitted in Support of Defendants' Motion for Decertification of Class Action Is Not New and Does Not Warrant Decertification**

| Exhibits Submitted in Support of Decertification[1] | Document Description | New Evidence? |
|---|---|---|
| **Ex. 8** | Gerald Martin Depo. Tr. at 22:1-18, 23:14-23, 68:6-69:23 | No. Martin's deposition was taken on November 5, 2013, prior to the Court's Class Cert. Order on February 21, 2014 (Dkt. No. 298). Additionally, Martin's deposition testimony is irrelevant, as it provides no details about the "competitor" real estate seminar companies he attended and/or worked for sufficient to determine whether they are comparable to Trump University, which claimed it was one-of-a-kind. |
| **Ex. 9** | Joanne Everett Depo. Tr. at 203:7-22, 283:7-303:10 | No. Everett's deposition was taken on October 3, 2012. Defendants filed their opposition to class certification on November 30, 2012 (Dkt. No. 138), briefing related to class certification was not complete until July 3, 2013 (Dkt. No. 241), and the Court did not issue its Class Cert. Order until February 21, 2014 (Dkt. No. 298). |
| **Ex. 10** | John Brown Depo. Tr. at 76:8-77:13, 86:19-87:10, 171:10-25, 254:18-24 | No. Brown's deposition was taken on October 8, 2012. Defendants filed their opposition to class certification on November 30, 2012 (Dkt. No. 138), briefing related to class certification was not complete until July 3, 2013 (Dkt. No. 241), and the Court did not issue its Class Cert. Order until February 21, 2014 (Dkt. No. 298). Additionally, some of the same excerpts from Brown's deposition were previously submitted in opposition to class certification. *See* Schneider Decl. Ex. 61 (Brown Depo. Tr. at 171:10-25). |
| **Ex. 11** | Mette Nielsen Depo. Tr. at 39:24-40:2, 71:9-25, 80:3-9 | No. Nielsen's deposition testimony simply echoes what she stated in the declaration she submitted in support of defendants' opposition to class certification. *See* Schneider Decl. Ex. 14b (Declaration of Mette Nielsen, dated November 15, 2012). |

*Makaeff v. Trump University, LLC*, No. 3:10-cv-0940-GPC (WVG) (S.D. Cal.)

**APPENDIX A**

**The Evidence Submitted in Support of Defendants' Motion for Decertification of Class Action Is Not New and Does Not Warrant Decertification**

| Exhibits Submitted in Support of Decertification[1] | Document Description | New Evidence? |
|---|---|---|
| **Ex. 12** | Declaration of Charles Lee, dated September 17, 2012 | No. The same declaration was previously submitted in opposition to class certification. *See* Schneider Decl. Ex. 14e (Declaration of Charles Lee, dated September 17, 2012). |
| **Ex. 13** | Declaration of Robert Mulack, dated June 13, 2012 | No. The same declaration was previously submitted in opposition to class certification. *See* Schneider Decl. Ex. 14l (Declaration of Robert Mulack, dated June 13, 2012). |

4

1020087_1