ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR DECERTIFICATION OF CLASS ACTION<br><br>DATE:　May 22, 2015<br>TIME:　1:30 p.m.<br>CTRM:　2D (Schwartz)<br>JUDGE:　Hon. Gonzalo P. Curiel |

1020089_1

I, RACHEL L. JENSEN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP, which serves as Court-appointed Class Counsel in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motions for Decertification of Class Action.

3. Attached as Appendix A to Plaintiffs' Opposition to Defendants' Motion for Decertification of Class Action is a chart titled, "The Evidence Submitted in Support of Defendants' Motion for Decertification of Class Action Is Not New and Does Not Warrant Decertification."

4. Attached hereto are true and correct copies of the following Exhibits:

| Exhibit | Document Description | Page Nos. |
|---|---|---|
| 1 | Relevant excerpts from the transcript of the videotaped deposition of Donald J. Trump, Sr., taken September 12, 2012; | 1-3 |
| 2 | [Intentionally omitted]; | 4 |
| 3 | Relevant excerpts from the transcripts of the videotaped deposition of Michael Sexton, taken on August 22, 2012 & August 23, 2012; | 5-12 |
| 4 | Relevant excerpts from the transcripts of the videotaped depositions of Tarla Makaeff taken on January 30, 2012, January 31, 2012; | 13-40 |
| 5 | Relevant excerpts from the transcript of the videotaped deposition of Joann Everett, taken October 3, 2012; | 41-45 |
| 6 | Relevant excerpts from the transcript of the videotaped deposition of Sonny Low, taken on October 4, 2012; | 46-60 |
| 7 | Relevant excerpts from the transcript of the videotaped deposition of John Brown, taken on October 8, 2012; | 61-72 |
| 8 | Relevant excerpts from the transcript of the videotaped deposition of Stephen Goff, taken on March 19, 2015, in | 73-75 |

| Exhibit | Document Description | Page Nos. |
|---|---|---|
|  | *Cohen v. Trump*, No. 3:13-cv-02519-GPC (WVG) (S.D. Cal.); |  |
| 9 | Relevant excerpts from the transcript of the videotaped deposition of Gerald Martin, taken on November 5, 2013; | 76-79 |
| 10 | Relevant excerpts from the transcript of the videotaped deposition of Keith Sperry, taken on September 4, 2014; | 80-84 |
| 11 | Relevant excerpts from the transcript of the videotaped deposition of Steven Miller, taken October 30, 2014; | 85-88 |
| 12 | Relevant excerpts from the sworn examination of Michael Sexton taken in the New York Attorney General's Trump University Investigation on July 25, 2012, attached as Exhibit B to to the Verified Petition in *People of the State of New York v. The Trump Entrepreneur Initiative LLC*, No. 2013/451463 (filed Aug. 24, 2013, Supreme Ct. of New York, Cnty. of New York); | 89-91 |
| 13 | TU 51656-71 (*Cohen* Goff Tr. Ex. 7) **(sealed)**; | 92-108 |
| 14 | BBB NY 00069 & BBB NY 00075-77; | 109-113 |
| 15 | Relevant excerpts from the transcript of the videotaped deposition of Art Cohen, taken on May 29, 2014 in *Cohen*; and | 114-132 |
| 16 | Relevant excerpts from the transcript of the videotaped deposition of Mette Nielsen, taken December 19, 2014. | 133-135 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of April, 2015, at San Diego, California.

                                                          s/ Rachel L. Jensen
                                                          RACHEL L. JENSEN

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 10, 2015.

      s/ Rachel L. Jensen
      RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`