ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011 |

1020111_1

I, RACHEL L. JENSEN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP, which serves as Court-appointed Class Counsel in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of plaintiffs' Application to File Under Seal Pursuant to Local Rule 79.2 and the Protective Order Entered November 17, 2011.

3. The parties have entered into a Protective Order (Dkt. No. 91), which was entered by the Court on November 17, 2011. Under the Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure. *See* Dkt. No. 91, ¶¶4, 7-9. Any information or material which has been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. *See id.*

4. Plaintiffs have submitted and reference documents that defendants have designated as "Confidential" under the Protective Order. As required by the Protective Order, plaintiffs request that the following be filed under seal:

    (a) certain portions of Plaintiffs' Opposition to Defendants' Motion for Decertification of Class Action; and

    (b) Exhibit 13 to the Declaration of Rachel L. Jensen in Support of Plaintiffs' Opposition to Defendants' Motion for Decertification of Class Action.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct. Executed this 10th day of April, 2015,
3  at San Diego, California.
4
5                                          s/ Rachel L. Jensen
                                           RACHEL L. JENSEN
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 10, 2015.

     s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  rjensen@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`