ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

ROBBINS GELLER RUDMAN
 & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>    Defendants. | Case No.: 3:10-CV-00940-GPC(WVG)<br><br>CLASS ACTION<br><br>NOTICE OF LAW FIRM ADDRESS CHANGE<br><br>District Judge: Hon. Gonzalo P. Curiel<br>Mag. Judge:    Hon. William V. Gallo |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Zeldes Haeggquist & Eck, LLP has relocated effective June 15, 2015.  Therefore, please direct all future correspondence, pleadings, and discovery with regard to the above-captioned case as follows:

>Zeldes Haeggquist & Eck, LLP
>225 Broadway, Suite 2050
>San Diego, CA 92101
>Telephone: 619-342-8000
>Facsimile: 619-342-7878

The telephone number, facsimile number, and email addresses remain the same.

DATED:  June 17, 2015

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN

s/Amber L. Eck
AMBER L. ECK

225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  (619) 342-8000
Facsimile:  (619) 342-7878

ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile: (619) 231-7423

No. 3:10-CV-00940-GPC(WVG)

1

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| 2 |   & DOWD LLP |
| | DANIEL J. PFEFFERBAUM |
| 3 |   dpfefferbaum@rgrdlaw.com |
| 4 | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| 5 | San Francisco, CA 94104 |
| 6 | Telephone: (415) 288-4545 |
| | Facsimile:  (415) 288-4534 |

ROBBINS GELLER RUDMAN
 & DOWD LLP
MAUREEN E. MUELLER
 mmueller@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 17, 2015.

                                                s/Amber L. Eck
                                                AMBER L. ECK

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone:  (619) 342-8000
Facsimile: (619) 342-7878
ambere@zhlaw.com