# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　vs.<br>TRUMP UNIVERSITY, LLC, et al.,<br>　　　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>**ORDER APPROVING AMENDED RETURN POSTCARD**<br><br>[ECF No. 420] |
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br>DONALD J. TRUMP,<br>　　　　　　　　　Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br>CLASS ACTION<br><br>**ORDER APPROVING AMENDED RETURN POSTCARD**<br><br>[ECF No. 131] |

1076965_1

1    This cause has come before the Court upon Plaintiffs' Notice of Unopposed
2 Filing of Amended Return Postcard for Inclusion in the Mailed Notice ("Plaintiffs'
3 Notice").

4    The Court having reviewed Plaintiffs' Notice and the Exhibit 1 thereto,
5 ORDERS that plaintiffs' amended Return Postcard is hereby APPROVED.

6    As set forth in the Court's September 21, 2015 Order Granting in Part and
7 Denying in Part Plaintiffs' Motion for Approval of Class Notice and Directing Class
8 Notice Procedures (*Makaeff* ECF No. 419 at 10; *Cohen* ECF No. 130 at 10), the
9 Notice Administrator is hereby authorized to include the amended Return Postcard
10 in the form of Exhibit 1 to Plaintiffs' Notice in the Mailed Notice.

11   **IT IS SO ORDERED.**

12
13   Dated:  September 23, 2015

14                                               Hon. Gonzalo P. Curiel
15                                               United States District Judge