# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10cv0940 GPC (WVG)<br><br>**ORDER SCHEDULING PRETRIAL PROCEEDINGS** |

On November 18, 2015, the Court issued an Order granting in part and denying in part Defendant TU's motion for summary judgment, and granting in part and denying in part Defendant Donald Trump's motion for summary judgment. Based on the status of the case, the Court sets the following pretrial dates:

(1) A status hearing will be held on **December 4, 2015, at 1:30 p.m. in Courtroom 2D**.

(2) All parties or their counsel shall fully comply with the Pretrial Disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before **December 11, 2015**. Failure to comply with these disclosures requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

(2) Counsel shall meet together and take the action required by Civil Local Rule 16.1(f)(4) on or before **December 18, 2015**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Civil Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

(3) The proposed final pretrial conference order, including objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and submitted via e-mail in Word or Word Perfect format to efile_curiel@casd.uscourts.gov on or before **January 8, 2016**, and shall be in the form prescribed in and in compliance with Civil Local Rule 16.1(f)(6).

(4) The final pretrial conference shall be held on **January 15, 2016, at 1:30 p.m. in Courtroom 2D**.

**IT IS SO ORDERED.**

DATED: November 18, 2015

HON. GONZALO P. CURIEL
United States District Judge