DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235715)
  dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Defendant
*TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>      v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 10-CV-00940-GPC (WVG)<br><br>**NOTICE OF APPEARANCE BY ATTORNEY DANIEL M. PETROCELLI FOR DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Attorney Daniel M. Petrocelli of O'Melveny & Myers LLP, 1999 Avenue of the Stars, Los Angeles, CA 90067-6035, e-mail dpetrocelli@omm.com, telephone (310) 246-6850 hereby enters his appearance as co-counsel for Defendants Trump University, LLC and Donald J. Trump, in association with current counsel of record.  No counsel have been terminated or substituted.  Donald J. Trump requests the Court and counsel update their records accordingly.

DATED:  November 23, 2015

                DANIEL M. PETROCELLI
                O'MELVENY & MYERS LLP


                By:   /s/ Daniel M. Petrocelli
                      Daniel M. Petrocelli
                Attorneys for Defendants
                TRUMP  UNIVERSITY, LLC and
                DONALD J. TRUMP

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2015, at Los Angeles, California.

                                                  /s/ Daniel Petrocelli

                                                   Daniel Petrocelli