DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235715)
  dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Defendant
*TRUMP UNIVERSITY, LLC and*
*DONALD J. TRUMP*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 10-CV-00940-GPC (WVG)<br><br>**NOTICE OF APPEARANCE BY ATTORNEY DAVID L. KIRMAN FOR DEFENDANTS TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP** |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE THAT** Attorney David L. Kirman of O'Melveny |
| 3 | & Myers LLP, 1999 Avenue of the Stars, Los Angeles, CA 90067-6035, e-mail |
| 4 | dkirman@omm.com, telephone (310) 246-6825 hereby enters his appearance as co- |
| 5 | counsel for Defendants Trump University, LLC and Donald J. Trump.  No counsel |
| 6 | have been terminated or substituted.  Donald J. Trump requests the Court and |
| 7 | counsel update their records accordingly. |

DATED:  November 23, 2015

>                           DAVID L. KIRMAN
>                           O'MELVENY & MYERS LLP
>
>
>                           By:   /s/ David L. Kirman
>                                 David L. Kirman
>                           Attorneys for Defendants
>                           TRUMP UNIVERSITY, LLC and
>                           DONALD J. TRUMP

# CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2015, at Los Angeles, California.

           /s/ David L. Kirman
David L. Kirman