ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>            Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>JOINT MOTION TO VACATE PRETRIAL DEADLINES PENDING DECEMBER 4, 2015 STATUS CONFERENCE OR, ALTERNATIVELY, RESCHEDULE PRETRIAL DEADLINES<br><br>JUDGE:   Hon. Gonzalo P. Curiel<br>CTRM:    2D |

1094355_1

Pursuant to Local Civil Rule 7.2, and this Court's Civil Pretrial & Trial Procedures, the parties hereby jointly move the Court for an order vacating pretrial deadlines pending the upcoming December 4, 2015 status conference, or alternatively, rescheduling the pretrial deadlines.

WHEREAS, on November 18, 2015, this Court issued an Order Scheduling Pretrial Proceedings ("November 18 Scheduling Order"), setting pretrial dates, including a January 15, 2016 final pretrial conference with this Court (*see* Dkt. No. 424);

WHEREAS, counsel for the parties have professional and family commitments through the holidays, including depositions in the related case of *Cohen v. Trump*, No. 3:13-cv-02519-GPC-WVG, motions and briefs in other cases, and incoming and outgoing family travel, including certain counsel who have prepaid travel for the Thanksgiving holiday;

WHEREAS, the parties request an opportunity to confer with the Court about the scope of the pretrial disclosures and the trial process in light of this Court's order bifurcating the liability and damages phases of trial in this matter (*see* Dkt. No. 418);

WHEREAS, should this Court not see fit to vacate the pretrial dates pending the December 4, 2015 status conference, alternatively, a brief continuance of the dates set forth in the November 18 Scheduling Order is needed for counsel to fulfill their existing professional and family commitments, and to provide sufficient time for the parties to properly prepare the various pretrial disclosures, filings, and other undertakings as set forth in the November 18 Scheduling Order.

NOW, THEREFORE, subject to this Court's approval, the parties hereby stipulate and agree that good cause exists to vacate the existing pretrial dates (other than the upcoming December 4, 2015 status conference), so the parties have the opportunity to address the Court regarding the pretrial disclosures and trial process.

IN THE ALTERNATIVE, the parties agree that good cause exists to continue the pretrial schedule (except for the upcoming status conference) as follows:[1]

1. A status hearing will be held on December 4, 2015, at 1:30 p.m. in Courtroom 2D.

2. All parties or their counsel shall fully comply with the Pretrial Disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before February 5, 2016. Failure to comply with these disclosures requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

3. Counsel shall meet together and take the action required by Civil Local Rule 16.1(f)(4) on or before February 12, 2016. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Civil Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

4. The proposed final pretrial conference order, including objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and submitted via e-mail in Word or Word Perfect format to efile_curiel@casd.uscourts.gov on or before March 5, 2016, and shall be in the form prescribed in and in compliance with Civil Local Rule 16.1(f)(6).

---

[1] Defendants and their counsel wish to consult with the Court at the upcoming status conference as to how the Court intends to conduct the trial in light of its bifurcation order, prior to preparing their pretrial disclosures and thus are unable to assess whether the existing requested extension is sufficient.

5. The final pretrial conference shall be held on March 12, 2016, at 1:30 p.m. in Courtroom 2D.

The parties respectfully request that the Court grant this joint motion.

DATED: November 23, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN

    s/ Jason A. Forge
JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MAUREEN E. MUELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

DATED: November 23, 2015

FOLEY & LARDNER LLP
NANCY L. STAGG
BENJAMIN J. MORRIS

s/ Nancy L. Stagg
NANCY L. STAGG

3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Telephone: 858/847-6750
858/792-6773 (fax)

Attorneys for Defendants

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories of this document.

DATED: November 23, 2015

s/ Jason A. Forge
JASON A. FORGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 23, 2015.

s/Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     jforge@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`