# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-0940-GPC-WVG<br><br>**ORDER GRANTING JOINT MOTION TO VACATE PRETRIAL DEADLINES PENDING DECEMBER 4, 2015 STATUS CONFERENCE**<br><br>[ECF No. 429] |

Before the Court are parties' joint motions to vacate pretrial deadlines pending the December 4, 2015 status conference or alternatively, reschedule pretrial deadlines. ECF No. 429. Good cause appearing, **IT IS HEREBY ORDERED** that the pretrial deadlines set by the Court's November 18, 2015 Scheduling Order are **VACATED**, with the exception of the December 4, 2015 status conference. The Court will consider new pretrial deadlines at the December 4, 2015 status conference.

**IT IS SO ORDERED.**

Dated: November 30, 2015

Hon. Gonzalo P. Curiel
United States District Judge

- 1 -    3:10-cv-0940-GPC-WVG