# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10cv0940 GPC (WVG)<br><br>**ORDER SCHEDULING PRETRIAL PROCEEDINGS** |

On December 4, 2015, the Court held a status hearing on the case. Based on the status hearing, the Court sets the following pretrial dates:

(1) All parties or their counsel shall fully comply with the Pretrial Disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before **February 12, 2016**. Failure to comply with these disclosures requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

(2) Counsel shall meet together and take the action required by Civil Local Rule 16.1(f)(4) on or before **March 18, 2016**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than

1 those to be used for impeachment. The exhibits shall be prepared in accordance with
2 Civil Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other
3 parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in
4 the preparation of the proposed pretrial conference order. The proposed pretrial order
5 shall conform to the requirements of Civil Local Rule 16.1(f)(4), including but not
6 limited to:

7     a. A statement to be read to the jury, not in excess of one page, of the nature of
8 the case and the claims and defenses.

9     b. A list of the causes of action to be tried, referenced to the Complaint. For each
10 cause of action, the order shall succinctly list the elements of the claim, damages and
11 any defenses. A cause of action in the Complaint which is not listed shall be dismissed
12 with prejudice.

13     c(1). A list of each witness that counsel actually expects to call at trial with a
14 brief statement, not exceeding four sentences, of the substance of the witnesses'
15 testimony.

16     c(2). A list of each expert witness that counsel actually expects to call at trial
17 with a brief statement, not exceeding four sentences, of the substance of the expert
18 witnesses' testimony.

19     c(3). A list of additional witnesses including experts that counsel do not expect
20 to call at this time but reserve the right to call at trial along with a brief statement, not
21 exceeding four sentences, of the substance of the witnesses' testimony.

22     d(1). A list of all exhibits that counsel actually expect to offer at trial with a
23 one-sentence description of the exhibit.

24     d(2). A list of all other exhibits that counsel do not expect to offer at this time
25 but reserve the right to offer if necessary at trial with a one-sentence description of the
26 exhibit.

27     e. Proposed jury questionnaires.
28     f. Proposed special jury verdict forms.

    (3)    Counsel shall meet and confer to discuss the conduct of the bifurcated proceedings on or before **March 18, 2016**.

    (4)    The proposed final pretrial conference order, including objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures, shall be prepared, served and submitted via e-mail in Word or Word Perfect format to efile_curiel@casd.uscourts.gov on or before **April 8, 2016**, and shall be in the form prescribed above and in compliance with Civil Local Rule 16.1(f)(6). The proposed pretrial order shall also include the position of the parties as to the determination of damages in the event that the factfinder finds Defendants liable for damages.

    (5)    The final pretrial conference shall be held on **April 15, 2016, at 1:30 p.m. in Courtroom 2D**.

**IT IS SO ORDERED.**

DATED: December 9, 2015

HON. GONZALO P. CURIEL
United States District Judge