ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
KEVIN A. LAVELLE (292442)
klavelle@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                             Plaintiffs,<br><br>     vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                             Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE OF PATRICK J. COUGHLIN AS COUNSEL OF RECORD |

1097738_1

1  TO:   THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD

3        PLEASE TAKE NOTICE OF Patrick J. Coughlin (California Bar No. 111070),
4  as counsel of record for Plaintiffs Tarla Makaeff, Brandon Keller, Ed Oberkrom,
5  Sonny Low, J.R. Everett, and John Brown, in the above-entitled action.  All further
6  notices and copies of pleadings, papers, and other material relevant to this action
7  should also be directed to and served upon:

>   Patrick J. Coughlin
>   Robbins Geller Rudman & Dowd LLP
>   655 West Broadway, Suite 1900
>   San Diego, CA 92101
>   Telephone:  619/231-1058
>   619/231-7423 (fax)
>   Email: patc@rgrdlaw.com

13 DATED:  December 9, 2015          ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     PATRICK J. COUGHLIN
                                     JASON A. FORGE
                                     RACHEL L. JENSEN
                                     KEVIN A. LAVELLE

                                            s/ Patrick J. Coughlin
                                     ─────────────────────────
                                         PATRICK J. COUGHLIN

                                     655 West Broadway, Suite 1900
                                     San Diego, CA  92101
                                     Telephone:  619/231-1058
                                     619/231-7423 (fax)

                                     ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     DANIEL J. PFEFFERBAUM
                                     Post Montgomery Center
                                     One Montgomery Street, Suite 1800
                                     San Francisco, CA  94104
                                     Telephone: 415/288-4545
                                     415/288-4534 (fax)

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN |
|   | & DOWD LLP |
|   | MAUREEN E. MUELLER |
| 3 | 120 East Palmetto Park Road, Suite 500 |
|   | Boca Raton, FL  33432 |
| 4 | Telephone:  561/750-3000 |
|   | 561/750-3364 (fax) |
| 5 | |
|   | ZELDES HAEGGQUIST & ECK, LLP |
| 6 | AMBER L. ECK |
|   | HELEN I. ZELDES |
| 7 | ALREEN HAEGGQUIST |
|   | AARON M. OLSEN |
| 8 | 225 Broadway, Suite 2050 |
|   | San Diego, CA  92101 |
| 9 | Telephone:  619/342-8000 |
|   | 619/342-7878 (fax) |
| 10 | |
|   | Class Counsel |

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 9, 2015.

        s/ Patrick J. Coughlin
        PATRICK J. COUGHLIN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    patc@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Benjamin James Morris**
  bmorris@foley.com,vgoldsmith@foley.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Nancy L. Stagg**
  nstagg@foley.com,smoreno@foley.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`