NANCY L. STAGG CA Bar No. 157034
nstagg@foley.com
BENJAMIN J. MORRIS CA Bar No. 260148
bmorris@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130-3302
TELEPHONE:    858.847.6700
FACSIMILE:    858.792.6773

JILL A. MARTIN CA Bar No. 245626
jmartin@trumpnational.com
C/O **TRUMP NATIONAL GOLF CLUB LOS ANGELES**
ONE TRUMP NATIONAL DRIVE
RANCHO PALOS VERDES, CA 90275
TELEPHONE:    310.303.3225
FACSIMILE:    310.265.5522

DANIEL M. PETROCELLI CA Bar No. 97802
dpetrocelli@omm.com
DAVID L. KIRMAN CA Bar No. 235715
dkirman@omm.com
**O'MELVENY & MYERS LLP**
1999 AVENUE OF THE STARS
LOS ANGELES, CA 90067
TELEPHONE:    310.553.6700
FACSIMILE:    310.246.6779

Attorneys for Defendants Trump University, LLC
and Donald J. Trump

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>  Defendants. | Case No. 10-cv-00940 GPC (WVG)<br><br>**CLASS ACTION**<br><br><br>**NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP** |

SUBSTITUTION OF COUNSEL
Case No. 10-cv-0940 GPC (WVG)

4851-0330-0139.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, defendants Trump University, LLC and Donald J. Trump substitute Daniel M. Petrocelli (SBN 97802) and David L. Kirman (SBN 235715) of O'Melveny & Myers LLP as counsel of record in place of Nancy L. Stagg and Benjamin J. Morris of Foley & Lardner LLP. Jill A. Martin is to remain as counsel of record for Trump University, LLC and Donald J. Trump.

Contact information for new counsel is as follows:

Firm Name: O'Melveny & Myers LLP
Address: 1999 Avenue of the Stars, Los Angeles, CA 90067
Telephone: (310) 553-6770
Facsimile: (310) 246-6779

I consent to the above substitution.

Dated: December 18, 2015    By: _____
                                TRUMP UNIVERSITY, LLC

Dated: December 18, 2015    By: _____
                                DONALD J. TRUMP

I consent to being substituted.

Dated: December 18, 2015    FOLEY & LARDNER LLP

                            By: _____
                                NANCY L. STAGG

Dated: December 18, 2015    By: _____
                                BENJAMIN J. MORRIS

-1-

SUBSTITUTION OF COUNSEL
Case No. 10-cv-0940 GPC (WVG)

4851-0330-0139.1

I consent to the above substitution.

Dated: December 18, 2015

O'MELVENY & MYERS LLP

By: _____
DANIEL M. PETROCELLI

Dated: December 17, 2015

By: _____
DAVID L. KIRMAN

4851-0330-0139.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 18, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

                                              *s/ Nancy L. Stagg*
                                              Nancy L. Stagg