1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TRUMP UNIVERSITY, LLC (aka Trump Entrepreneur Initiative), a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 10-cv-00940 GPC (WVG)<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL ON BEHALF OF TRUMP UNIVERSITY, LLC AND DONALD J. TRUMP** |

1  Upon consideration of Trump University, LLC's and Donald J. Trump's Notice
2 of Substitution of Counsel, (Dkt. No. 436), and good cause appearing, the Court hereby
3 APPROVES the request.  IT IS HEREBY ORDERED that Daniel M. Petrocelli and
4 David L. Kirman of O'Melveny & Myers LLP are hereby substituted as counsel of
5 record in place and instead of Nancy L. Stagg and Benjamin J. Morris of Foley &
6 Lardner LLP.  Jill A. Martin will remain as counsel of record for Trump University,
7 LLC and Donald J. Trump.

**IT IS SO ORDERED.**

Dated:  December 22, 2015

Hon. Gonzalo P. Curiel
United States District Judge

ORDER GRANTING SUBSTIUTION OF COUNSEL
-1-         Case No. 10-cv-0940 GPC (WVG)