UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION |
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DONALD J. TRUMP,<br><br>　　　　　　Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br>CLASS ACTION<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION REGARDING JANUARY 27, 2016 SETTLEMENT CONFERENCE** |

1107324_1

In November 2015, the Court issued the Case Management Conference order setting a Mandatory Settlement Conference ("MSC") for January 27, 2016, in the *Cohen v. Trump* matter. Now pending before the Court is the parties' Joint Motion Regarding January 27, 2016, Mandatory Settlement Conference (Doc. No. 161), in which the parties request that the Court also include the *Makaeff v. Trump* matter in the January 27, 2016, MSC. The Joint Motion is GRANTED IN PART AND DENIED IN PART.

1. The *Makaeff* case shall be included in the January 27, 2016, MSC set in the *Cohen* matter only if all named Plaintiffs in the *Makaeff* case personally attend including Tarla Makaeff, Brandon Keller, Ed Oberkrom, Sonny Low, J.R. Everett, and John Brown. No named Plaintiffs will be permitted to appear telephonically.

2. In the event all named Plaintiffs in the *Makaeff* matter are able to personally attend, Alan Garten shall be permitted to appear on behalf of the Defendants in the *Makaeff* case only if he is vested with full and complete discretion and unfettered settlement authority.

3. Plaintiff Art Cohen has been apprised of the Settlement Conference date since the Court issued the mutually requested dates in the Case Management Conference Order on November 11, 2015. Plaintiff Art Cohen's request to attend the conference telephonically is DENIED.

4. Counsel for the *Makaeff* case is ORDERED to report to Judge Gallo's Chambers whether the *Makaeff* Named Plaintiffs will be appearing no later than Monday, January 25, 2016, at noon.

IT IS SO ORDERED.
Dated: January 21, 2016

_____
Hon. William V. Gallo
United States Magistrate Judge

1107324_1                                         - 1 -                          3:10-cv-0940-GPC(WVG);
                                                                                    3:13-cv-02519-GPC-WVG