ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                    Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>JOINT MOTION TO AMEND ORDER SCHEDULING PRETRIAL PROCEEDINGS<br><br>JUDGE:  Hon. Gonzalo P. Curiel<br>CTRM:   2D |

1115565_1

1  Pursuant to Local Civil Rule 7.2, and this Court's Civil Pretrial & Trial
2  Procedures, the parties hereby jointly move the Court to amend its December 9, 2015
3  Order Scheduling Pretrial Proceedings ("December Scheduling Order").
4  WHEREAS, counsel for the parties have been working diligently to prepare for
5  the pretrial conference, including identifying trial exhibits and designating testimony
6  from dozens of depositions; and
7  WHEREAS, counsel recently concluded fact discovery in the related case of
8  *Cohen v. Trump*, No. 3:13-cv-02519-GPC-WVG, and they are presently engaged in
9  expert discovery; and
10 WHEREAS, the proposed modification will provide the parties with an
11 additional week to identify exhibits and designate testimony, which will enable the
12 parties to be more discerning and reduce the number of potential disputes for the
13 Court to resolve.  Likewise, the proposed modification will provide the parties with an
14 additional week to meet and confer regarding all pre-trial issues, which will
15 (hopefully) reduce the number of issues for the Court to resolve, as well as an
16 additional week to prepare the proposed pretrial order, which will (again, hopefully)
17 narrow any areas of disagreement between the parties; and
18 WHEREAS, the proposed May 6, 2016 date for the final pretrial conference
19 will not interfere with the Court's stated preference for the timing of the trial in this
20 matter.
21 NOW, THEREFORE, subject to this Court's approval, the parties hereby
22 stipulate and agree that good cause exists to modify the December Scheduling Order,
23 as follows:
24  1. Pretrial Disclosures:  **February 19, 2016**.
25  2. Rule 26(a)(3)(B) objections, supplemental exhibit lists, and counter
26 deposition designations:  **March 11, 2016**.
27  3. Rule 26(a)(3)(B) objections to supplemental exhibit lists and counter
28 deposition designation:  **March 18, 2016**.

...

1      4.    Complete Meet and Confer process, and comply with Local Rule 16.1(f)(4): **April 1, 2016**.

    5.    Proposed Pretrial Conference Order: **April 29, 2016**.

    6.    Pretrial Conference: **May 6, 2016 at 1:30 p.m.**

The parties respectfully request that the Court grant this joint motion.

DATED: February 4, 2016    Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
JASON A. FORGE
RACHEL L. JENSEN
BRIAN E. COCHRAN

        s/ Jason A. Forge
        JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MAUREEN E. MUELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

|  |  |
|---|---|
|  | Class Counsel |
| DATED:  February 4, 2016 | O'MELVENY & MYERS LLP<br>DANIEL M. PETROCELLI<br>DAVID L. KIRMAN |
|  |       s/ Daniel M. Petrocelli<br>DANIEL M. PETROCELLI |
|  | 1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: 310/553-6700<br>310/246-6779 (fax) |
|  | Attorneys for Defendant |

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories of this document.

DATED:     February 4, 2016

                                                        s/ Jason A. Forge
                                                        JASON A. FORGE

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 4, 2016.

s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     jforge@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,sbrown@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)