ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF/COUNTER-DEFENDANT TARLA MAKAEFF'S NOTICE OF MOTION AND MOTION TO WITHDRAW<br><br>DATE:　April 22, 2016<br>TIME:　1:30 p.m.<br>CTRM:　2D<br>JUDGE:　Hon. Gonzalo P. Curiel |

[Caption continued on following page.]

1116116_1

1 | TRUMP UNIVERSITY, LLC,           )
2 |                         Counterclaimant,  )
3 |        vs.                      )
4 | TARLA MAKAEFF, et al.,           )
5 |                         Counter defendants. )

1116116_1

1 | TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2 | PLEASE TAKE NOTICE that, on April 22, 2016, at 1:30 p.m., or as soon as
3 | this matter may be heard, in Courtroom 2D of the above-captioned Court, located at
4 | 221 West Broadway, San Diego, California 92101, before the Honorable Gonzalo P.
5 | Curiel, plaintiff/counter-defendant Tarla Makaeff will and hereby does, through her
6 | undersigned counsel, move this Court for to withdraw as class representative and
7 | named plaintiff.

8 | This motion is based on this Notice of Motion; the Memorandum in support
9 | thereof; the Declaration of Tarla Makaeff in support thereof; the Declaration of Rachel
10 | L. Jensen in support thereof and Exhibits thereto; the pleadings and other files herein;
11 | and such written or oral argument as may be presented to the Court.

12 | DATED: February 8, 2016　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　　& DOWD LLP
13 | 　　　　　　　　　　　　　　　　　PATRICK J. COUGHLIN
　　　　　　　　　　　　　　　　　　JASON A. FORGE
14 | 　　　　　　　　　　　　　　　　　RACHEL L. JENSEN
　　　　　　　　　　　　　　　　　　BRIAN E. COCHRAN

16 | 　　　　　　　　　　　　　　　　　　s/ Rachel L. Jensen
17 | 　　　　　　　　　　　　　　　　　　RACHEL L. JENSEN

18 | 　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　　　San Diego, CA 92101
19 | 　　　　　　　　　　　　　　　　　Telephone: 619/231-1058
　　　　　　　　　　　　　　　　　　619/231-7423 (fax)

20 | 　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
21 | 　　　　　　　　　　　　　　　　　　& DOWD LLP
　　　　　　　　　　　　　　　　　　DANIEL J. PFEFFERBAUM
22 | 　　　　　　　　　　　　　　　　　Post Montgomery Center
　　　　　　　　　　　　　　　　　　One Montgomery Street, Suite 1800
23 | 　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　Telephone: 415/288-4545
24 | 　　　　　　　　　　　　　　　　　415/288-4534 (fax)

25 | 　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　& DOWD LLP
26 | 　　　　　　　　　　　　　　　　　MAUREEN E. MUELLER
　　　　　　　　　　　　　　　　　　120 East Palmetto Park Road, Suite 500
27 | 　　　　　　　　　　　　　　　　　Boca Raton, FL 33432
　　　　　　　　　　　　　　　　　　Telephone: 561/750-3000
28 | 　　　　　　　　　　　　　　　　　561/750-3364 (fax)

1116116_1

- 1 -　　　　　　　　　　3:10-cv-0940-GPC(WVG)

| | |
|---|---|
| 1 | |
| 2 | ZELDES HAEGGQUIST & ECK, LLP<br>AMBER L. ECK<br>HELEN I. ZELDES |
| 3 | ALREEN HAEGGQUIST<br>AARON M. OLSEN |
| 4 | 225 Broadway, Suite 2050<br>San Diego, CA  92101 |
| 5 | Telephone:  619/342-8000<br>619/342-7878 (fax) |
| 6 | Class Counsel |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2016.

          s/ Rachel L. Jensen
          RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,sbrown@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`