1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  PATRICK J. COUGHLIN (111070)
   patc@rgrdlaw.com
3  JASON A. FORGE (181542)
   jforge@rgrdlaw.com
4  RACHEL L. JENSEN (211456)
   rjensen@rgrdlaw.com
5  BRIAN E. COCHRAN (286202)
   bcochran@rgrdlaw.com
6  655 West Broadway, Suite 1900
   San Diego, CA  92101
7  Telephone:  619/231-1058
   619/231-7423 (fax)
8
   ZELDES HAEGGQUIST & ECK, LLP
9  AMBER L. ECK (177882)
   ambere@zhlaw.com
10 HELEN I. ZELDES (220051)
   helenz@zhlaw.com
11 ALREEN HAEGGQUIST (221858)
   alreenh@zhlaw.com
12 AARON M. OLSEN (259923)
   aarono@zhlaw.com
13 225 Broadway, Suite 2050
   San Diego, CA  92101
14 Telephone:  619/342-8000
   619/342-7878 (fax)
15
   Class Counsel
16
   [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF TARLA MAKAEFF IN SUPPORT OF MOTION TO WITHDRAW<br><br>DATE:　April 22, 2016<br>TIME:　1:30 p.m.<br>CTRM:　2D<br>JUDGE:　Hon. Gonzalo P. Curiel |

[Caption continued on following page.]

1 | TRUMP UNIVERSITY, LLC, )
2 | )
  | Counterclaimant, )
3 | )
  | vs. )
4 | )
  | TARLA MAKAEFF, et al., )
5 | )
  | Counter defendants. )

I, TARLA MAKAEFF, declare as follows:

1. I am one of the named plaintiffs and class representatives in the above-captioned case. I respectfully submit this declaration in support of my motion to withdraw. The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2. I investigated my claims before bringing this lawsuit against Trump University, LLC and Donald J. Trump, and I have been litigating my claims in good faith since filing the lawsuit in April of 2010.

3. Shortly after I filed the lawsuit, Trump University filed a counterclaim, alleging defamation and seeking $1,000,000 in damages. While this Court ultimately struck that counterclaim, it caused me a great deal of stress and anxiety in the 4-year interim because I was very concerned that I could be bankrupted in the process.

4. I have been deposed four times in this case, on January 30, 2012, January 31, 2012, April 13, 2012, and February 10, 2014.

5. I searched for, and produced, relevant documents in response to numerous discovery requests from defendants in this case.

6. I have stayed apprised of the litigation and have traveled to San Diego to participate in the Court's Early Neutral Evaluation Conference in 2011 and Mandatory Settlement Conference in 2015.

7. I no longer wish to serve as a class representative due to intervening personal circumstances. I am grieving the death of my mother who passed away last year, and I have continuing obligations related to her estate. Further, I have suffered significant health problems since this case was filed, which I can detail with documentation for this Court's private consideration, if necessary. Finally, due to the anxiety and high stress that this litigation has caused for the past 6 years, particularly during my depositions, I am very concerned about the toll that the trial would take on my emotional and physical health and well-being.

8. I have reason to believe that defendants' public statements about me in the context of this case and the now-dismissed defamation counterclaim have negatively impacted my ability to get work as a writer, because articles with those statements have appeared in the "Google" results for my name. This is one of the reasons that I have decided to move into a new direction with my career.

9. I am also concerned about the financial impact of preparing for, and participating in, the trial in this case. As mentioned above, I am beginning a new career, and missing work this year would be detrimental, as well impose a real financial hardship at this time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of February, 2016, at Los Angeles, California.



TAR A. MAKAEFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2016.

     s/ Rachel L. Jensen
     RACHEL L. JENSEN

     ROBBINS GELLER RUDMAN
          & DOWD LLP
     655 West Broadway, Suite 1900
     San Diego, CA  92101-8498
     Telephone:  619/231-1058
     619/231-7423 (fax)

     E-mail:     rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,sbrown@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)