ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFF/COUNTER-DEFENDANT TARLA MAKAEFF'S MOTION TO WITHDRAW<br><br>DATE:  April 22, 2016<br>TIME:  1:30 p.m.<br>CTRM:  2D<br>JUDGE:  Hon. Gonzalo P. Curiel |

[Caption continued on following page.]

1116118_1

| | |
|---|---|
| 1 | TRUMP UNIVERSITY, LLC, ) |
| 2 | ) Counterclaimant, ) |
| 3 | vs. ) |
| 4 | TARLA MAKAEFF, et al., ) |
| 5 | ) Counter defendants. ) |

1116118_1

I, RACHEL L. JENSEN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP, which serves as Court-appointed Class Counsel in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff/Counter-defendant Tarla Makaeff's Motion to Withdraw.

3. According to my firm's calculation, the total time on the record during the four depositions of plaintiff/counter-defendant Makaeff in this case totaled 15 hours and 36 minutes.

4. Attached hereto are true and correct copies of the following Exhibits:

| Exhibit No. | Document Description | Page Nos. |
|---|---|---|
| 1 | Rebekah Kearn, *$798,000 Award Against Trump University*, Courthouse News Service (Apr. 20, 2015); | 1-2 |
| 2 | Jillian Kay Melchor, *Did Donald Trump Run a Scam University?*, National Review (July 16, 2015); | 3-11 |
| 3 | Steven Brill, *What the Legal Battle Over Trump University Reveals About Its Founder*, Time (Nov. 5, 2015); | 12-21 |
| 4 | Relevant excerpts from the transcript of the videotaped deposition of Donald J. Trump, taken September 12, 2012; and | 22-24 |
| 5 | Relevant excerpts from the transcript of the videotaped deposition of Donald J. Trump, taken December 10, 2015, in *Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG) **(filed under seal)**. | 25-29 |

1  I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct.  Executed this 8th day of February,
3 2016, at San Diego, California.

s/ Rachel L. Jensen<br>
RACHEL L. JENSEN

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2016.

s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:     rachelj@rgrdlaw.com

1116118_1

3:10-cv-0940-GPC(WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,sbrown@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)