UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>ORDER GRANTING UNOPPOSED EX PARTE APPLICATION TO SHORTEN TIME FOR BRIEFING AND HEARING OF PLAINTIFF/COUNTER-DEFENDANT TARLA MAKAEFF'S MOTION TO WITHDRAW<br><br>[ECF No. 446] |
| TRUMP UNIVERSITY, LLC,<br><br>　　　　　　　　　　Counterclaimant,<br><br>　vs.<br><br>TARLA MAKAEFF, et al.,<br><br>　　　　　　　　　　Counter defendants. | |

　　This matter comes before the Court on plaintiff/counter-defendant's Unopposed *Ex Parte* Application to Shorten Time for Briefing and Hearing of Plaintiff/Counter-defendant Tarla Makaeff's Motion to Withdraw.

　　Having considered the application and supporting declaration of Class Counsel, and good cause appearing therefor, plaintiff/counter-defendant's

1  Unopposed *Ex Parte* Application to Shorten Time for Briefing and Hearing of
2  Motion to Withdraw is hereby GRANTED.
3  The Court orders the following briefing and hearing schedule on
4  plaintiff/counter-defendant Makaeff's Motion to Withdraw:

| Event | Date |
|---|---|
| Defendants' Opposition Brief Due: | February 26, 2016 |
| Plaintiff/Counter-defendant's Reply Brief Due: | March 4, 2016 |
| Hearing Date: | March 11, 2016, at 1:30 p.m. |

IT IS SO ORDERED.

Dated:  February 10, 2016

Hon. Gonzalo P. Curiel
United States District Judge