UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>                     Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFF/COUNTER-DEFENDANT'S APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PROTECTIVE ORDER ENTERED NOVEMBER 17, 2011<br><br>[ECF No. 444] |
| TRUMP UNIVERSITY, LLC,<br><br>                     Counterclaimant,<br><br>vs.<br><br>TARLA MAKAEFF, et al.,<br><br>                     Counter defendants. | |

This cause has come before the Court upon Plaintiff/Counter-defendant Tarla Makaeff's request to file under seal certain portions of Memorandum in Support of Plaintiff/Counter-defendant Tarla Makaeff's Motion to Withdraw ("Memorandum") and Exhibit 5 to the Declaration of Rachel L. Jensen in Support of Plaintiff/Counter-

1  defendant's Motion ("Jensen Declaration"), pursuant to Local Rule 79.2 and the
2  Protective Order (Dkt. No. 91) entered on November 17, 2011.
3         The Court having reviewed the submissions, ORDERS, ADJUDGES AND
4  DECREES that plaintiff/counter-defendant's application is GRANTED.  Certain
5  portions of the Memorandum and Exhibit 5 to the Jensen Declaration, shall be filed
6  under seal.
7         IT IS SO ORDERED.

 Dated:  February 10, 2016

Hon. Gonzalo P. Curiel
United States District Judge