DANIEL PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
DONALD J. TRUMP and TRUMP
UNIVERSITY, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, et al. on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC et al.,<br><br>Defendants. | Case No. 10-CV-0940-GPC(WVG)<br><br>**DEFENDANTS DONALD J. TRUMP'S AND TRUMP UNIVERSITY'S FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3) DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's December 9, 2015 Scheduling Order (the "Scheduling Order"), defendants Donald J. Trump and Trump University ("Defendants") make the following pretrial disclosures of witnesses and exhibits.

## 1. DEFENDANTS' LIST OF WITNESSES

Defendants expect to present the testimony of the following witnesses at trial, either live or by designation of the witness's deposition testimony:

(a) Bloom, Michael

(b) Borbet, Daniel
725 Fifth Ave., 26th Floor
New York, NY 10022
(212) 836-3217

(c) Canap, Paul

(d) Childers Jr., John

(e) Cohen, Art

(f) Colic-Rains, Marla

(g) Covais, Mark

(h) Early, David

(i) Eldred, Gary

(j) Goff, Chris

(k) Goff, Stephen

(l) Grieves, Walter

(m) Gunn, Michelle

(n) Highbloom, David

(o) Hinderer, Amy

(p) Horton, Johnny

(q) Levand, Paula

(r) Lucas, Kerry

(s) Makaeff, Tarla

|   |     |        |
|---|-----|--------|
| 1 | (t) | Martin, Gerald |
| 2 | (u) | Miller, Steven |
| 3 | (v) | Mohan, Meena |
| 4 | (w) | Neumann, April |
| 5 | (x) | Ngo, Dwin |
|   |     | 425 35th Place |
|   |     | Manhattan Beach, CA, 90266 |
|   |     | (310) 908-9368 |
| 6 | (y) | Nicholas, Jason |
| 7 | (z) | Nielsen, Mette |
| 8 | (aa) | Nowlin, Geoff |
| 9 | (bb) | Peterson, Troy |
| 10 | (cc) | Schnakenberg, Ronald |
| 11 | (dd) | Sexton, Michael |
| 12 | (ee) | Sperry, Keith |
| 13 | (ff) | Trump, Donald J. |

Defendants reserve the rights (a) to call any witness disclosed by plaintiffs before trial, (b) to call any witnesses necessary for rebuttal or impeachment, (c) to supplement or amend this list as necessary and appropriate in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, and (d) to object to part or all of the testimony offered by any witness identified above on any ground consistent with the Federal Rules of Evidence, the Federal Rules of Civil Procedure, or the Local Rules of this Court.

## 2. **DEFENDANTS' LIST OF TRIAL EXHIBITS**

Attached as Exhibit A to these disclosures is a list of the exhibits that Defendants expect to introduce at trial.

Defendants reserve the rights (a) to introduce any exhibit disclosed by plaintiffs before trial, (b) to introduce any evidence necessary for rebuttal or impeachment, and (c) to supplement or amend this list as necessary and

appropriate in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

### 3. DEFENDANTS' DESIGNATIONS OF DEPOSITION TESTIMONY TO BE OFFERED AT TRIAL

Attached as Exhibit B to these disclosures is a list of the pages and lines of each deposition transcript that Defendants expect to offer at trial.

Defendants reserve the rights (a) to offer any deposition testimony designated by Defendants, (b) to offer any deposition testimony necessary for rebuttal or impeachment, and (c) to supplement or amend these designations as necessary and appropriate in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated:  February 19, 2016

Respectfully submitted,

O'MELVENY & MYERS LLP
DANIEL PETROCELLI
DAVID L. KIRMAN

/s/ Daniel Petrocelli

Attorney for Defendants
DONALD J. TRUMP and TRUMP UNIVERSITY, LLC
E-mail:  dpetrocelli@omm.com