# EXHIBIT B

<u>**EXHIBIT B**</u>

<u>**DEFENDANTS' DEPOSITION DESIGNATION DISCLOSURES**</u>

| <u>Deposition</u> | <u>Page and Line Numbers</u> |
|---|---|
| **Bloom, Michael (11/4/2014)** | |
| | 29:22-24 |
| | 34:18-35:2 |
| | 38:12-39:12 |
| | 41:9-17 |
| | 42:2-47:15 |
| | 50:23-51:3 |
| | 51:10-14 |
| | 52:11-21 |
| | 54:17-21 |
| | 103:13-105:18 |
| | 118:12-121:25 |
| | 209:21-210:24 |
| | 212:4-12 |
| | 233:18-234:10 |
| | 246:12-247:1 |
| | 249:20-24 |
| | 250:11-257:11 |
| | 258:22-274:14 |
| | 279:21-281:1 |

1

| Deposition | Page and Line Numbers |
|---|---|
| | 282:13-284:11 |
| **Canup, Paul (11/10/2014)** | |
| | 15:1-18:5 |
| | 20:11-24 |
| | 21:11-22:4 |
| | 24:14-25:14 |
| | 26:05-16 |
| | 26:22-27:8 |
| | 29:3-31:13 |
| | 33:5-19 |
| | 33:23-34:7 |
| | 36:19-37:22 |
| | 40:2-18 |
| | 41:25-42:14 |
| | 43:02-12 |
| | 43:14-23 |
| | 44:7-45:7 |
| | 47:5-18 |
| | 51:2-20 |
| | 51:22-52:25 |
| | 53:22-55:15 |
| | 55:17-68:7 |

2

**Exhibit B**

| Deposition | Page and Line Numbers |
|---|---|
| | 72:20-74:16 |
| | 78:2-79:12 |
| | 81:17-83:2 |
| | 92:18-93:5 |
| | 93:7-24 |
| | 95:22-97:24 |
| | 98:2-11 |
| | 99:05-100:6 |
| | 100:08-22 |
| | 100:25-105:13 |
| | 107:10-108:6 |
| | 108:8-23 |
| | 110:25-115:10 |
| | 122:5-11 |
| | 129:03-135:16 |
| | 140:15-23 |
| | 142:10-16 |
| | 144:11-21 |
| | 180:14-25 |
| | 184:22-186:11 |
| | 188:21-24 |
| | 194:12-24 |

3

**Exhibit B**

| **Deposition** | **Page and Line Numbers** |
|---|---|
| | 206:21-207:8 |
| | 222:22-224:7 |
| | 237:12-238:2 |
| | 238:4-8 |
| **Childers, John (12/11/2014)** | |
| | 10:10-11:11 |
| | 13:1-14:2 |
| | 59:20-60:11 |
| | 85:7-86:3 |
| | 90:21-91:7 |
| | 95:15-99:17 |
| | 107:13-109:18 |
| | 116:21-118:6 |
| | 123:8-15 |
| | 124:25-127:14 |
| | 129:1-130:21 |
| | 130:25-131:15 |
| | 131:20-133:8 |
| | 133:22-135:11 |
| | 135:22-139:23 |
| | 143:9-18 |
| | 147:17-151:1 |

4

| Deposition | Page and Line Numbers |
|---|---|
| | 154:11-155:1 |
| | 158:10-161:6 |
| | 162:1-164:11 |
| | 168:11-17 |
| **Cohen, Art (5/29/2014)** | |
| | 13:25-14:8 |
| | 14:15-15:5 |
| | 16:9-18 |
| | 17:12-20:24 |
| | 23:25-24:6 |
| | 24:16-25:14 |
| | 26:9-27:4 |
| | 28:1-5 |
| | 35:16-37:12 |
| | 38:22-39:2 |
| | 40:25-41:8 |
| | 42:8-46:16 |
| | 47:9-23 |
| | 48:14-49:19 |
| | 51:9-52:24 |
| | 53:19-54:3 |
| | 54:7-55:7 |

5

| Deposition | Page and Line Numbers |
|---|---|
|  | 58:20-61:11 |
|  | 61:12-67:16 |
|  | 69:4-71:4 |
|  | 71:18-73:18 |
|  | 74:16-75:8 |
|  | 98:19-101:1 |
|  | 107:4-109:4 |
|  | 114:25-115:9 |
|  | 146:21-151:19 |
|  | 152:12-154:2 |
|  | 154:15-24 |
| **Cohen, Art (6/9/2015)** |  |
|  | 202:23-203:5 |
|  | 209:20-213:11 |
|  | 214:19-215:12 |
|  | 235:1-18 |
|  | 245:21-248:7 |
|  | 253:13-256:1 |
| **Colic-Rains, Marla (5/19/2015)** |  |
|  | 7:20-8:2 |
|  | 10:21-11:18 |
|  | 15:16-17:9 |

6

**Exhibit B**

| Deposition | Page and Line Numbers |
|---|---|
| | 24:14-25:15 |
| | 25:17-22 |
| | 26:16-27:23 |
| | 28:21-32:9 |
| | 32:12-22 |
| | 34:2-35:2 |
| | 36:1-37:1 |
| | 37:3-18 |
| | 38:19-40:8 |
| | 40:10-42:6 |
| | 42:12-43:1 |
| | 44:12-45:24 |
| | 49:24-50:2 |
| | 53:10-24 |
| | 55:10-58:25 |
| | 60:23-66:6 |
| | 66:19-67:13 |
| | 68:11-70:14 |
| | 71:6-9 |
| | 72:18-74:12 |
| | 75:3-76:6 |
| | 76:18-79:2 |

7

| Deposition | Page and Line Numbers |
|---|---|
| | 79:13-84:20 |
| | 84:24-85:14 |
| | 86:10-90:25 |
| | 91:16-93:1 |
| | 100:16-101:12 |
| | 103:21-105:1 |
| | 105:3-106:12 |
| | 106:21-108:14 |
| | 108:16-21 |
| | 108:23-110:16 |
| | 110:18-111:18 |
| | 111:20-112:1 |
| | 112:09-18 |
| | 112:20-114:6 |
| | 114:8-115:11 |
| | 122:2-12 |
| | 132:19-133:5 |
| **Covais, Mark (1/7/2013)** | |
| | 83:19-86:3 |
| | 126:13-128:9 |
| | 135:17-136:6 |
| | 203:11-19 |

8

**Exhibit B**

| Deposition | Page and Line Numbers |
|---|---|
|  | 213:13-214:6 |
| **Covais, Mark (5/28/2015)** |  |
|  | 211:2-212:5 |
| **Early, David (4/21/2015)** |  |
|  | 14:24-15:17 |
|  | 29:19-30:1 |
|  | 37:11-38:17 |
|  | 41:12-13 |
|  | 50:3-55:20 |
|  | 56:19-57:9 |
|  | 57:16-58:4 |
|  | 58:10-23 |
|  | 60:6-61:9 |
|  | 65:23-66:12 |
|  | 69:17-72:16 |
|  | 93:1-94:5 |
|  | 94:9-95:19 |
|  | 95:21-97:2 |
|  | 104:9-106:10 |
|  | 107:13-19 |
|  | 116:12-19 |
|  | 117:16-19 |

9

**Exhibit B**

| Deposition | Page and Line Numbers |
|---|---|
| | 122:3-124:12 |
| | 154:2-155:6 |
| **Early, David (5/6/2015)** | |
| | 11:22-12:22 |
| | 13:6-15:17 |
| | 17:7-17 |
| | 26:18-28:22 |
| | 30:6-31:11 |
| | 31:21-33:1 |
| | 33:9-36:15 |
| | 42:03-43:23 |
| | 46:07-13 |
| | 46:21-48:2 |
| | 48:14-50:2 |
| | 51:17-52:22 |
| | 53:15-57:14 |
| | 58:18-59:12 |
| | 59:14-60:15 |
| | 60:18-66:15 |
| | 66:18-67:14 |
| | 73:20-24 |
| | 114:19-115:2 |

10

| Deposition | Page and Line Numbers |
|---|---|
| | 118:16-18 |
| **Eldred, Gary (6/25/2015)** | |
| | 9:22-12:9 |
| | 18:11-20:12 |
| | 21:16-22:4 |
| | 120:15-121:24 |
| | 148:2-149:2 |
| | 152:24-153:10 |
| | 153:17-154:18 |
| | 155:23-160:15 |
| | 162:2-18 |
| | 169:7-15 |
| | 175:1-7 |
| | 176:22-177:4 |
| | 184:14-185:14 |
| | 190:17-191:6 |
| | 194:11-195:15 |
| | 198:14-199:2 |
| | 209:12-19 |
| | 213:1-216:6 |
| **Goff, Christopher (6/4/2015)** | |
| | 7:14-17 |

11

| **Deposition** | **Page and Line Numbers** |
|---|---|
| | 23:15-24:17 |
| | 25:5-28:1 |
| | 28:21-25 |
| | 29:17-30:8 |
| | 41:16-42:6 |
| | 43:15-44:12 |
| | 46:13-47:15 |
| | 48:7-50:3 |
| | 55:10-16 |
| | 62:24-63:9 |
| | 82:7-86:3 |
| | 86:7-90:17 |
| | 94:11-98:11 |
| | 99:6-107:23 |
| | 110:25-117:15 |
| | 118:23-119:19 |
| | 120:8-122:19 |
| | 126:16-128:25 |
| | 129:1-13 |
| | 131:1-132:3 |
| | 162:17-165:19 |
| | 175:7-177:16 |

12

**Exhibit B**
**47**

| Deposition | Page and Line Numbers |
|---|---|
| **Goff, Stephen (3/19/2015)** | |
| | 26:6-28:13 |
| | 33:25-34:2 |
| | 38:16-51:21 |
| | 59:5-24 |
| | 69:17-70:17 |
| | 71:23-73:2 |
| | 73:9-75:12 |
| | 79:24-82:18 |
| | 89:19-90:19 |
| | 95:15-24 |
| | 107:9-108:1 |
| | 109:24-110:5 |
| | 116:13-117:15 |
| | 119:15-120:12 |
| | 157:21-158:1 |
| | 187:22-188:19 |
| | 195:23-196:12 |
| | 202:14-202:22 |
| | 208:15-209:3 |
| | 215:23-216:18 |
| | 239:23-240:1 |

13

**Exhibit B**
**48**

| Deposition | Page and Line Numbers |
|---|---|
| | 241:21-242:25 |
| | 243:18-244:20 |
| | 256:15-258:10 |
| | 258:21-259:4 |
| | 259:5-262:11 |
| | 262:13-22 |
| | 268:22-269:16 |
| | 270:17-279:18 |
| | 280:9-283:18 |
| | 284:4-13 |
| | 285:7-286:14 |
| | 286:16-287:11 |
| | 287:21-288:8 |
| | 291:23-293:25 |
| | 294:11-294:18 |
| | 296:13-298:15 |
| | 299:3-299:15 |
| | 300:7-301:21 |
| | 305:7-306:4 |
| | 307:16-18 |
| | 308:13-16 |

14

**Exhibit B**
**49**

| Gunn, Michelle (10/28/2014) | |
|---|---|
| | 21:24-27:1 |
| | 32:23-34:7 |
| | 37:3-38:8 |
| | 39:12-43:25 |
| | 44:1-48:6 |
| | 48:10-50:19 |
| | 51:6-54:11 |
| | 55:9-56:25 |
| | 57:1-59:10 |
| | 60:16-62:5 |
| | 62:7-65:5 |
| | 66:21-68:17 |
| | 70:17-75:7 |
| | 76:2-79:1 |
| | 80:9-81:9 |
| | 82:9-83:14 |
| | 85:1-87:17 |
| | 87:19-89:23 |
| | 91:3-95:17 |
| | 97:2-98:10 |
| | 98:15-100:6 |
| | 100:10-101:24 |

15

| | |
|---|---|
| | 103:7-105:2 |
| | 113:7-13 |
| | 152:21-153:17 |
| | 154:6-155:23 |
| | 173:14-174:20 |
| | 175:5-20 |
| | 178:12-179:6 |
| | 192:6-23 |
| | 195:14-196:6 |
| | 200:23-201:2 |
| | 201:4-201:15 |
| | 202:22-205:2 |
| | 216:1-217:18 |
| | 219:7-220:8 |
| **Highbloom, David (8/24/2012)** | |
| | 38:20-39:19 |
| | 43:11-21 |
| | 53:16-56:12 |
| | 59:5-62:22 |
| | 66:4-67:8 |
| | 69:3-24 |
| | 73:19-74:21 |
| | 78:15-84:8 |

16

| | |
|---|---|
| | 94:6-99:18 |
| | 102:2-105:4 |
| | 110:24-112:12 |
| | 112:23-113:10 |
| | 115:11-126:8 |
| | 128:11-129:5 |
| | 129:25-131:2 |
| | 131:6-133:8 |
| | 133:13-138:6 |
| | 138:21-141:7 |
| | 141:9-147:5 |
| | 148:10-149:24 |
| | 151:1-152:6 |
| | 155:7-157:13 |
| | 157:24-159:10 |
| | 159:16-161:15 |
| | 163:6-20 |
| | 165:8-167:15 |
| | 172:13-173:23 |
| | 177:17-183:23 |
| | 187:15-189:3 |
| | 190:5-191:13 |
| | 192:6-194:24 |

17

| | |
|---|---|
| | 195:10-21 |
| | 196:13-202:19 |
| | 202:23-203:7 |
| | 208:7-209:11 |
| | 212:20-215:3 |
| | 216:11-217:17 |
| | 222:3-17 |
| | 252:23-254:4 |
| | 254:25-258:20 |
| | 281:5-282:9 |
| **Highbloom, David (6/23/2015)** | |
| | 49:7-18 |
| | 75:5-76:20 |
| | 82:15-21 |
| | 121:11-122:5 |
| | 156:25-159:9 |
| | 175:12-178:18 |
| **Hinderer, Amy (7/1/2015)** | |
| | 18:11-20:16 |
| | 25:4-26:12 |
| | 30:8-31:18 |
| | 50:1-57:14 |
| | 60:23-65:5 |

18

| | |
|---|---|
| | 73:20-75:14 |
| | 79:18-84:14 |
| | 90:4-91:9 |
| | 92:13-96:7 |
| | 100:2-102:2 |
| **Horton, Johnny (12/4/2014)** | |
| | 11:04-9 |
| | 11:20-25 |
| | 12:9-14 |
| | 13:15-22 |
| | 14:11-20:11 |
| | 21:1-22:23 |
| | 23:10-37:25 |
| | 39:21-41:7 |
| | 41:14-42:6 |
| | 42:11-44:14 |
| | 47:15-49:20 |
| | 50:17-62:5 |
| | 63:06-65:19 |
| | 65:24-66:17 |
| | 69:08-24 |
| | 71:15-78:12 |
| | 81:13-82:1 |

19

|  | 82:18-83:25 |
|---|---|
|  | 85:20-88:2 |
|  | 89:14-24 |
|  | 102:19-103:14 |
|  | 106:8-19 |
|  | 107:5-110:7 |
|  | 179:1-188:17 |
|  | 189:24-191:19 |
|  | 195:7-197:1 |
|  | 198:22-199:12 |
|  | 208:23-210:2 |
| **Levand, Paula (6/17/2013)** |  |
|  | 74:16-81:1 |
|  | 83:25-85:3 |
|  | 85:21-87:2 |
|  | 112:17-113:2 |
|  | 121:9-17 |
|  | 121:19-122:20 |
|  | 123:20-124:6 |
|  | 126:25-130:18 |
|  | 134:24-135:24 |
|  | 136:5-137:11 |
|  | 138:12-140:19 |

20

**Exhibit B**
**55**

| | |
|---|---|
| | 144:7-146:25 |
| | 148:10-153:12 |
| | 154:3-157:20 |
| | 158:11-159:6 |
| | 160:13-162:19 |
| | 171:23-178:6 |
| | 192:3-9 |
| **Lucas, Kerry Alan (6/11/2015)** | |
| | 7:25-8:12 |
| | 19:4-22:9 |
| | 22:23-23:1 |
| | 24:2-16 |
| | 35:18-36:2 |
| | 48:17-49:20 |
| | 54:25-55:23 |
| | 58:13-59:14 |
| | 67:19-69:1 |
| | 85:24-87:14 |
| | 94:24-95:15 |
| | 141:18-142:11 |
| **Makaeff, Tarla (1/30/2012)** | |
| | 34:25-41:5 |
| | 46:10-47:15 |

21

|  | 48:13-51:25 |
|---|---|
|  | 52:9-60:18 |
|  | 63:6-64:6 |
|  | 64:13-24 |
|  | 65:25-66:8 |
|  | 66:21-67:4 |
|  | 73:2-19 |
|  | 78:15-24 |
|  | 93:3-17 |
|  | 116:13-118:17 |
|  | 138:19-140:18 |
|  | 145:19-146:12 |
|  | 148:19-149:21 |
|  | 187:4-14 |
|  | 209:23-214:8 |
|  | 216:13-218:23 |
|  | 225:21-24 |
|  | 249:2-266:19 |
|  | 272:13-276:22 |
| **Makaeff, Tarla (1/31/2012)** |  |
|  | 293:15-297:12 |
|  | 298:2-299:19 |
|  | 317:9-323:14 |

22

| | |
|---|---|
| | 330:15-331:2 |
| | 346:13-21 |
| | 352:20-358:24 |
| | 371:13-375:17 |
| | 377:22-378:10 |
| | 384:2-391:21 |
| | 400:20-406:10 |
| | 406:23-408:13 |
| | 410:19-413:6 |
| | 421:1-12 |
| | 425:14-427:5 |
| | 427:13-25 |
| | 429:12-433:13 |
| | 439:24-440:10 |
| | 446:1-4 |
| | 453:22-454:9 |
| | 454:12-460:7 |
| | 462:25-469:23 |
| | 470:12-472:19 |
| | 477:18-480:15 |
| | 484:6-487:7 |
| | 495:9-497:9 |
| | 499:21-501:21 |

23

|  | 508:13-510:19 |
|---|---|
|  | 512:24-515:3 |
|  | 516:6-519:23 |
|  | 522:19-524:13 |
|  | 526:17-529:2 |
|  | 531:6-533:5 |
|  | 535:15-536:23 |
|  | 542:10-544:3 |
|  | 545:18-552:3 |
|  | 554:8-555:24 |
|  | 576:23-577:11 |
| **Makaeff, Tarla (4/13/2012)** |  |
|  | 611:21-615:13 |
|  | 622:25-625:15 |
|  | 630:10-639:10 |
|  | 655:17-657:20 |
|  | 658:13-660:5 |
|  | 661:18-662:13 |
|  | 663:3-664:8 |
|  | 664:10-669:25 |
|  | 671:2-672:14 |
|  | 673:2-18 |
|  | 676:6-18 |

24

| | |
|---|---|
| | 682:8-685:2 |
| | 685:15-686:14 |
| | 725:6-23 |
| **Makaeff, Tarla (2/10/2014)** | |
| | 847:3-848:24 |
| | 879:3-880:7 |
| **Martin, Gerald (11/5//2013)** | |
| | 11:2-11:5 |
| | 15:17-22 |
| | 19:3-23:21 |
| | 24:22-25:12 |
| | 29:5-33:6 |
| | 39:5-41:6 |
| | 49:25-51:3 |
| | 66:6-18 |
| | 67:19-70:23 |
| | 71:8-18 |
| | 72:12-21 |
| | 84:25-85:18 |
| | 89:16-89:24 |
| | 106:13-107:3 |
| | 110:10-112:15 |
| | 121:20-122:20 |

25

| | |
|---|---|
| | 138:23-25 |
| | 146:21-147:16 |
| | 170:15-171:13 |
| | 172:18-174:16 |
| | 175:19-178:22 |
| | 178:24-181:16 |
| **Miller, Steven (10/30/2014)** | |
| | 15:13-17:12 |
| | 17:16-23:21 |
| | 26:23-28:1 |
| | 28:9-29:6 |
| | 30:3-31:18 |
| | 45:22-25 |
| | 47:6-51:2 |
| | 51:23-52:8 |
| | 52:16-54:16 |
| | 58:22-59:2 |
| | 60:2-19 |
| | 61:23-63:17 |
| | 65:17-72:11 |
| | 94:1-96:23 |
| | 98:6-99:24 |
| | 101:11-102:5 |

26

| | |
|---|---|
| | 105:23-108:4 |
| | 128:2-129:6 |
| | 129:14-130:11 |
| | 131:4-10 |
| | 133:2-136:6 |
| | 136:15-137:25 |
| | 138:1-144:17 |
| | 144:23-148:5 |
| | 148:18-149:16 |
| | 149:24-151:15 |
| | 152:9-153:9 |
| | 157:7-25 |
| | 158:17-160:10 |
| **Mohan, Meena (6/10/2015)** | |
| | 34:18-40:21 |
| | 52:21-53:24 |
| | 54:8-56:11 |
| | 58:5-59:15 |
| | 65:21-69:13 |
| | 69:18-71:18 |
| | 72:6-73:7 |
| | 73:12-21 |
| | 73:23-74:12 |

27

| | |
|---|---|
| | 76:2-80:7 |
| | 82:19-84:14 |
| | 86:1-88:16 |
| | 89:8-91:23 |
| | 93:4-94:20 |
| | 95:25-96:9 |
| | 96:24-98:16 |
| | 110:4-12 |
| | 111:3-115:10 |
| | 115:17-23 |
| | 116:10-117:15 |
| | 117:22-118:4 |
| | 119:20-123:25 |
| | 128:9-130:6 |
| | 134:18-136:8 |
| | 136:23-137:17 |
| | 137:19-138:2 |
| | 138:7-10 |
| | 139:9-140:5 |
| | 141:8-142:3 |
| | 142:6-143:4 |
| | 143:13-16 |
| | 143:19-144:14 |

28

**Exhibit B**
**63**

| | |
|---|---|
| | 145:2-9 |
| | 194:11-22 |
| | 197:5-198:11 |
| | 255:11-20 |
| | 296:21-297:25 |
| | 298:2-5 |
| **Neumann, April (12/8/2014)** | |
| | 9:19-13:13 |
| | 18:23-19:25 |
| | 20:9-21:19 |
| | 21:22-22:20 |
| | 22:22-24:6 |
| | 24:13-26:12 |
| | 27:18-28:12 |
| | 29:12-30:13 |
| | 33:4-34:12 |
| | 35:7-38:2 |
| | 39:1-6 |
| | 39:8-15 |
| | 42:3-7 |
| | 43:22-44:11 |
| | 48:5-50:6 |
| | 54:9-55:16 |

29

|  | 58:15-60:9 |
|---|---|
|  | 61:8-62:17 |
|  | 64:10-19 |
|  | 66:22-67:7 |
|  | 68:12-18 |
|  | 84:13-25 |
|  | 127:13-128:9 |
|  | 142:2-19 |
|  | 151:7-16 |
|  | 153:4-25 |
|  | 179:7-22 |
|  | 195:3-19 |
|  | 197:22-199:12 |
| **Nicholas, Jason (11/8/2012)** |  |
|  | 6:17-19 |
|  | 7:7-17 |
|  | 19:24-22:17 |
|  | 22:25-25:16 |
|  | 26:13-27:3 |
|  | 33:18-34:8 |
|  | 37:6-12 |
|  | 43:11-16 |
|  | 64:18-23 |

30

| | |
|---|---|
| | 65:13-67:9 |
| | 88:22-89:10 |
| | 93:19-94:7 |
| | 118:9-19 |
| | 214:19-24 |
| **Nielsen, Mette (12/19/2014)** | |
| | 7:5-11 |
| | 9:13-20 |
| | 13:7-16 |
| | 18:7-19 |
| | 19:7-13 |
| | 28:10-31:4 |
| | 32:19-33:20 |
| | 37:5-25 |
| | 39:24-43:4 |
| | 47:5-51:6 |
| | 51:23-52:19 |
| | 54:16-55:1 |
| | 56:15-58:22 |
| | 59:19-63:1 |
| | 63:8-64:13 |
| | 64:15-65:9 |
| | 65:11-20 |

31

**Exhibit B**

| | |
|---|---|
| | 68:17-69:15 |
| | 69:17-70:5 |
| | 70:7-23 |
| | 71:9-25 |
| | 73:15-74:15 |
| | 75:15-76:7 |
| | 76:10-12 |
| | 80:3-13 |
| | 91:22-93:22 |
| | 94:1-96:13 |
| | 110:11-18 |
| | 112:1-5 |
| | 132:9-133:21 |
| | 149:13-25 |
| | 158:11-21 |
| | 162:16-164:5 |
| | 170:12-21 |
| | 173:22-174:4 |
| **Nowlin, Geoff (6/2/2015)** | |
| | 12:24-14:3 |
| | 16:17-25 |
| | 30:10-31:7 |
| | 31:12-35:18 |

32

| | |
|---|---|
| | 38:8-40:15 |
| | 43:8-44:9 |
| | 44:25-45:2 |
| | 46:2-47:9 |
| | 47:15-60:22 |
| | 61:8-69:17 |
| | 71:10-73:23 |
| | 77:10-86:10 |
| | 86:13-91:10 |
| | 92:11-102:19 |
| | 103:19-105:23 |
| | 108:22-111:7 |
| | 111:13-138:20 |
| | 140:3-10 |
| | 140:17-141:1 |
| | 141:10-147:16 |
| | 147:17-148:11 |
| | 148:24-164:21 |
| | 164:25-172:23 |
| | 173:2-184:24 |
| | 185:2-186:17 |
| | 187:8-190:18 |
| | 296:18-297:20 |

33

| | |
|---|---|
| | 298:16-299:7 |
| | 314:8-12 |
| | 315:9-20 |
| | 340:1-17 |
| **Peterson, Troy (10/17/2014)** | |
| | 7:18-19 |
| | 8:1-10:16 |
| | 10:20-12:2 |
| | 13:4-14:1 |
| | 14:18-15:5 |
| | 15:19-16:13 |
| | 16:23-17:9 |
| | 21:20-25 |
| | 22:9-17 |
| | 25:1-11 |
| | 26:2-18 |
| | 27:23-28:13 |
| | 31:3-25 |
| | 36:21-37:2 |
| | 41:1-11 |
| | 50:2-11 |
| | 56:18-57:11 |
| | 65:9-21 |

34

**Exhibit B**
**69**

| | |
|---|---|
| | 66:6-21 |
| | 76:2-13 |
| | 79:8-18 |
| | 80:20-81:8 |
| | 82:16-23 |
| | 86:14-22 |
| | 89:16-91:11 |
| | 93:7-20 |
| | 94:18-95:17 |
| | 120:24-121:7 |
| | 131:12-24 |
| | 147:3-8 |
| | 153:3-24 |
| | 154:13-156:1 |
| | 173:10-15 |
| | 178:10-179:4 |
| | 180:8-181:2 |
| | 199:13-24 |
| | 212:24-213:14 |
| | 221:5-12 |
| | 224:21-225:9 |
| **Schnackenberg, Ronald (10/15/2012)** | |
| | 5:4-11:25 |

35

| | |
|---|---|
| | 12:1-15:11 |
| | 16:16-17:14 |
| | 19:12-22 |
| | 20:6-22 |
| | 21:6-13 |
| | 25:11-26:9 |
| | 29:7-30:12 |
| | 34:6-9 |
| | 51:18-21 |
| | 60:14-23 |
| | 66:9-16 |
| | 99:25-100:24 |
| | 06:6-108:25 |
| | 109:15-110:18 |
| | 124:6-125:9 |
| | 128:12-130:10 |
| | 139:3-12 |
| | 147:1-148:12 |
| | 164:7-18 |
| | 175:15-176:18 |
| | 178:4-9 |
| | 195:6-196:20 |
| | 197:9-208:5 |

36

**Exhibit B**
**71**

| | |
|---|---|
| | 216:7-217:7 |
| | 221:10-222:7 |
| **Sperry, Keith (9/4/2014)** | |
| | 9:4-10:19 |
| | 18:2-16 |
| | 31:5-18 |
| | 60:5-15 |
| | 63:6-25 |
| | 71:6-72:13 |
| | 87:1-13 |

37

**Exhibit B**
**72**