ROBBINS GELLER RUDMAN
& DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' FED. R. CIV. P. 26(a)(3) INITIAL WITNESS LISTS<br><br>DATE: May 6, 2016<br>TIME: 1:30 p.m.<br>CTRM: 2D<br>JUDGE: Hon. Gonzalo P. Curiel |

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, and the Court's February 8, 2016 Scheduling Order (Dkt. No. 442), plaintiffs hereby provide their initial witness lists for their case-in-chief at trial in this action.[1] Exhibit A identifies witnesses whom plaintiffs expect to call, either live or by way of deposition testimony (both written transcript and corresponding video), and Exhibit B identifies additional witnesses whom plaintiffs may call, either live or by way of their deposition testimony (both written transcript and corresponding video) if the need arises.[2]

Plaintiffs do not concede that the testimony of any identified witness is admissible at trial, in whole or in part. Plaintiffs reserve their right to object to the entirety of any identified witness's testimony or to specific categories of testimony from any of the identified witnesses. Plaintiffs may file motions *in limine* that, if granted, would preclude certain witnesses or certain categories of testimony from one or more witnesses. Moreover, depending on defendants' pretrial disclosures, the Court's pretrial rulings (*e.g.*, motions *in limine*), witness availability for the yet-to-be-scheduled trial date, and the evidence and testimony that defendants present at trial, plaintiffs may not call one or more of the identified witnesses and/or plaintiffs may supplement their lists with additional witnesses.

The fact that plaintiffs have identified a witness does not affect plaintiffs' right to cross-examine the witness or otherwise treat the witness as an adverse party or hostile witness. Plaintiffs reserve their right to request that any witness under defendants' control or employ, or who is otherwise subject to the subpoena power of a Court, be produced or otherwise compelled to give live testimony at trial (either in person or via live video stream). Plaintiffs also reserve their right to use any and all

---

[1] Plaintiffs reserve the right to call additional witnesses for their rebuttal case, as well as any witness identified by defendants, regardless of whether defendants proffer such witness in their case-in-chief at trial.

[2] Because the inclusion of a witness on Exhibit B is expressly contingent upon an uncertain future event, plaintiffs reserve the right to call any witness for whom the need arises.

deposition testimony, including portions not designated, from any person or witness, whether or not called to testify at trial, for the purposes of cross-examination, rebuttal, and/or impeachment.

DATED: February 19, 2016

ROBBINS GELLER RUDMAN
& DOWD LLP
PATRICK J. COUGHLIN
JASON A. FORGE
RACHEL L. JENSEN
BRIAN E. COCHRAN

s/ Rachel L. Jensen
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
MAUREEN E. MUELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Class Counsel

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2016.

s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com
- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com
- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Jeffrey L. Goldman**
  jgoldman@bbwg.com
- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,KLavelle@rgrdlaw.com
- **David Lee Kirman**
  dkirman@omm.com,sbrown@omm.com
- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com
- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com
- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com
- **Daniel M. Petrocelli**
  dpetrocelli@omm.com
- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)