# EXHIBIT A

**Exhibit A**
**Plaintiffs' Fed. R. Civ. P. 26(a)(3)[1] Witness List**

| No. | Witness | Address | Telephone |
|---|---|---|---|
| 1. | Allen Weisselberg | | |
| 2. | Amy H. | | |
| 3. | Art Cohen | | |
| 4. | Bill Wood | ▮ | ▮ |
| 5. | Claire Rosenzweig | ▮ | ▮ |
| 6. | Corinne Sommer | ▮ | ▮ |
| 7. | David Early | | ▮ |
| 8. | David Highbloom | | ▮ |
| 9. | Donald Trump | | |
| 10. | Gary Eldred | ▮ | ▮ |
| 11. | Gerald Martin | | ▮ |
| 12. | J.R. Everett | | ▮ |
| 13. | Jeff McConney | | |
| 14. | Jeffrey Tufenkian | | ▮ |
| 15. | John Brown | ▮ | ▮ |
| 16. | Joseph Frey | | ▮ |
| 17. | Keith Sperry | | |
| 18. | Kerry Lucas | ▮ | ▮ |
| 19. | Liz Talmadge | ▮ | ▮ |
| 20. | Michael Bloom | | ▮ |
| 21. | Michael Sexton | | ▮ |
| 22. | Ron Schnackenberg | ▮ | |
| 23. | Ryan Lotman | ▮ | ▮ |

[1] Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), plaintiffs have included the address and telephone number (to the extent known) for those witnesses whose contact information has not been previously provided.

- 1 -

1120779_1

**Exhibit A**
**Plaintiffs' Fed. R. Civ. P. 26(a)(3) Witness List**

| | | | |
|---|---|---|---|
| 24. | Sonny Low | | |
| 25. | Stephen Goff | | |
| 26. | William Conroy | ██████████████████ | ██████████████████ |

- 2 -

1120779_1