# EXHIBIT B

**Exhibit B**
**Plaintiffs' Fed. R. Civ. P. 26(a)(3)[1] Witness List**

| No. | Witness | Address | Telephone |
|---|---|---|---|
| 1. | Beth Wood | ███ | ███ |
| 2. | Carole Yates | | |
| 3. | Chris Goff | ███ | ███ |
| 4. | Gary Fasola | | |
| 5. | James Harris | | |
| 6. | Kate Shuster | ███ | ███ |
| 7. | Kevin Breier | ███ | |
| 8. | Kevin Scott | | ███ |
| 9. | Lesleigh Tolin | ███ | |
| 10. | Mark Covais | | |
| 11. | Michelle Eylar | ███ | |
| 12. | Robert Guillo | | ███ |
| 13. | Steve Eylar | ███ | |
| 14. | Steve Matejek | | |

---

[1]  Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), plaintiffs have included the address and telephone number (to the extent known) for those witnesses whose contact information has not been previously provided.

1120778_1