ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>  vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>              Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>PLAINTIFFS' FED. R. CIV. P. 26(a)(3) INITIAL DEPOSITION TRANSCRIPT DESIGNATIONS<br><br>DATE:    May 6, 2016<br>TIME:    1:30 p.m.<br>CTRM:  2D<br>JUDGE:  Hon. Gonzalo P. Curiel |

1    Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the

2   Court's February 8, 2016 Scheduling Order (Dkt. No. 442), plaintiffs hereby designate

3   the following deposition testimony (both written transcript and corresponding video)

4   that they expect to use in their case-in-chief at trial in this action.[1]   Plaintiffs'

5   designations do **not** include any objections or remarks from counsel within the

6   identified page:line ranges.  Plaintiffs may introduce into evidence, whether alone or

7   in combination with live testimony of any witness, some or all of the deposition

8   testimony identified below.

9    Plaintiffs do not concede that all of the designated testimony is admissible at

10   trial.  Plaintiffs reserve the right to object to the entirety of a witness's testimony or to

11   specific categories of testimony from any of the identified witnesses.  Plaintiffs may

12   file motions *in limine* that, if granted, would render inadmissible certain depositions

13   (or portions of depositions) and/or certain categories of witnesses or testimony.

14   Depending on defendants' pretrial disclosures, the Court's pretrial rulings (*e.g.*,

15   motions *in limine*), and the evidence and testimony that defendants present at trial,

16   plaintiffs may withdraw certain designations or designate additional testimony from

17   the witnesses identified below or from previously-deposed witnesses not listed below.

18    Plaintiffs reserve the right to use any and all deposition testimony from any

19   witness, whether or not called to testify at trial, for the purposes of cross-examination,

20   rebuttal, and/or impeachment, including deposition testimony not designated herein.

21   Plaintiffs reserve the right to proffer any of the designated testimony in any order that

22   they deem necessary or appropriate to benefit the Court or jury's understanding, for

23   purposes of clarity or avoiding confusion, and/or for efficiency at trial.

24

---

25   [1]    Plaintiffs have not designated any of defendant Donald J. Trump's deposition
testimony based on their understanding that he will appear live at trial.  Plaintiffs
26   reserve the right to supplement their deposition designations pursuant to the Court's
February 8, 2016 Scheduling Order (Dkt. No. 442), and utilize additional deposition
27   testimony for purposes of impeachment and their rebuttal case, as well as any or all
portions of the deposition testimony designated by defendants, regardless of whether
28   defendants proffer such designated testimony in their case-in-chief at trial.

Designation of this testimony does not affect Plaintiffs' right to question any witness as adverse or hostile.  Designation of this testimony is without prejudice to plaintiffs' request that any witness under defendants' control or employ, or who is otherwise subject to the subpoena power of a Court, be produced or otherwise compelled to give live testimony at trial.

| **1.** | **MICHAEL BLOOM** | | |
| | **November 4, 2014** | | |
| 16:2-16:4 | 51:10-14 | 111:2-18 | 184:21-185:8 |
| 16:20-22 | 51:23-52:6 | 112:4-12 | 187:11-14 |
| 17:12-18:18 | 52:11-21 | 114:20-24 | 197:3-197:19 |
| 28:8-11 | 54:17-25 | 115:9-116:4 | 198:17-199:17 |
| 28:16-18 | 56:18-20 | 116:7-118:11 | 207:10-14 |
| 29:22-29:24 | 72:18-74:25 | 127:7-17 | 207:21-208:15 |
| 30:10-14 | 79:23-81:24 | 129:1-134:15 | 209:21-25 |
| 32:6-16 | 82:2-22 | 134:17-135:18 | 210:25-211:4 |
| 33:23-34:2 | 83:4-84:03 | 135:22 | 214:23-215:1 |
| 34:9-17 | 84:10-87:01 | 135:24-12 | 215:8-11 |
| 36:1-6 | 88:16-23 | 137:14-137:22 | 222:5-8 |
| 42:2-21 | 92:2-4 | 138:1-139:5 | 222:12 |
| 43:9-25 | 92:9 | 173:13-16 | 222:14-20 |
| 44:19-25 | 92:11-20 | 173:23-174:6 | 223:1-224:14 |
| 45:1-22 | 92:24-93:01 | 174:17-175:1 | 243:14-19 |
| 47:8-13 | 105:19-24 | 182:12-182:15 | 243:22-244:4 |
| 50:23-51:2 | 108:23-109:10 | 183:4-183:9 | |
| **2.** | **WILLIAM CONROY** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG)) | | |
| | **June 16, 2015** | | |
| 7:1-6 | 55:9-13 | 81:11-17 | 125:7-129:1 |
| 8:5-11 | 56:11-21 | 85:12-86:10 | 129:5-13 |
| 13:4-16 | 57:24-58:9 | 86:19-87:6 | 137:3-139:14 |
| 14:14-16:10 | 59:4-60:7 | 88:21-89:6 | 141:10-15 |
| 17:6-15 | 60:16-61:5 | 90:10-91:1 | 151:10-25 |
| 17:20-18:20 | 61:16-62:2 | 91:2-93:24 | 157:21-25 |
| 19:1-19 | 62:23-63:1 | 94:19-96:17 | 162:21-163:5 |
| 23:1-24:9 | 63:15-21 | 96:25-97:7 | 163:19-165:21 |
| 24:13-24 | 64:1-3 | 98:23-99:18 | 166:11-167:16 |
| 25:19-22 | 64:21-66:9 | 102:4-19 | 171:4-7 |
| 26:7-18 | 66:21-24 | 104:21-105:16 | 172:14-174:20 |
| 27:14-19 | 67:6-68:24 | 106:9-107:11 | 176:2-13 |
| 32:3-12 | 69:13-18 | 108:10-110:2 | 178:10-14 |
| 33:25-34:7 | 69:22-70:9 | 111:8-111:10 | 179:2-9 |
| 34:20-35:12 | 70:13-24 | 111:17-22 | 184:2-4 |
| 36:4-16 | 71:3-6 | 112:4-113:6 | 184:10-15 |
| 38:13-39:5 | 71:14-19 | 113:22-115:17 | 190:2-23 |
| 40:21-25 | 76:6-9 | 116:10-118:23 | 192:7-193:20 |
| 41:18-20 | 76:15-24 | 119:13-23 | 196:25-197:10 |
| 47:2-5 | 77:11-18 | 120:5-124:3 | 200:17-202:12 |
| 53:21-54:21 | 77:24-79:14 | 124:16-23 | |

**3.**   **DAVID EARLY** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
         **April 21, 2015**

| | | | |
|---|---|---|---|
| 9:16-21 | 105:3-9 | 137:5-13 | 194:2-195:2 |
| 21:5-16 | 105:11-14 | 137:16-20 | 205:7-11 |
| 30:2-13 | 105:16-19 | 147:7-11 | 207:4-13 |
| 30:19-24 | 105:21 | 147:14-23 | 207:15-16 |
| 31:25-32:18 | 106:4-6 | 148:17-21 | 208:9-209:4 |
| 36:11-21 | 106:8-12 | 148:23-149:21 | 209:20-23 |
| 38:18-22 | 106:20-25 | 149:23-150:1 | 209:25-210:4 |
| 39:7-10 | 108:21-109:5 | 150:3-151:4 | 210:6-14 |
| 39:13-40:15 | 111:23-112:17 | 151:25-152:2 | 210:16-211:4 |
| 45:1-4 | 112:19-22 | 152:4-8 | 211:11-13 |
| 45:24-46:2 | 112:24-113:5 | 152:11-22 | 211:15-16 |
| 46:16-18 | 114:15-115:1 | 154:2-8 | 216:14-217:2 |
| 47:10-15 | 115:3-16 | 154:12-24 | 217:18-22 |
| 48:3-25 | 115:19-22 | 155:3-6 | 223:21-25 |
| 49:1-7 | 117:24-118:12 | 156:6-7 | 224:3-5 |
| 49:12-13 | 118:14-119:5 | 156:21-23 | 227:18-228:14 |
| 50:6-14 | 119:7-15 | 156:25-157:4 | 228:21-229:5 |
| 56:8-11 | 119:17 | 157:6-7 | 231:4-7 |
| 78:4-13 | 120:12-15 | 157:9-11 | 232:14-17 |
| 87:22-88:7 | 126:14-18 | 157:13-16 | 232:19-19 |
| 88:10-89:9 | 127:7-11 | 157:22-25 | 234:22-25 |
| 91:1-23 | 127:14-128:11 | 158:2-4 | 235:3-25 |
| 93:2-19 | 128:20-24 | 158:6 | 236:2-13 |
| 94:9-24 | 129:1-4 | 167:5-13 | 246:11-25 |
| 98:7-11 | 129:21-25 | 170:8-171:9 | 247:2-3 |
| 99:24-100:7 | 130:1-15 | 171:10-14 | 247:8-13 |
| 100:9-100:12 | 135:18-20 | 171:16-172:1 | 256:7-11 |
| 104:25-105:1 | 135:22-136:1 | 190:11-192:7 | 256:14-17 |

**4.**   **DAVID EARLY** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
         **May 6, 2015**

| | | | |
|---|---|---|---|
| 5:3-8 | 23:12-25:10 | 99:12-20 | 103:13-104:6 |
| 11:22-25 | 93:18-20 | 100:5-15 | 104:14-17 |
| 12:7-13:11 | 95:9-15 | 100:19-25 | 106:17-18 |
| 17:18-18:18 | 97:6-98:7 | 101:21-24 | |

**5.**   **GARY ELDRED** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
         **June 25, 2015**

| | | | |
|---|---|---|---|
| 7:11-12 | 30:13-32:8 | 83:19-22 | 101:2-8 |
| 9:12-12:25 | 33:8-35:13 | 84:1-88:14 | 101:11 |
| 14:4-17:6 | 35:16-20 | 88:17-89:5 | 130:11-133:5 |
| 17:8 | 35:23-36:5 | 90:13-93:1 | 144:25-145:10 |
| 17:10-13 | 36:8-41:10 | 94:18-22 | 149:4-150:25 |
| 17:16-18:18 | 41:16-47:8 | 95:20-96:2 | 151:1-152:23 |
| 18:23-21:1 | 47:11-57:21 | 96:5-11 | 175:2-7 |
| 21:4-23 | 58:2-68:3 | 96:14-18 | 191:7-192:18 |
| 22:9-25:7 | 68:7-69:3 | 97:6 | 208:19-209:11 |
| 25:10-11 | 73:23-75:14 | 97:22-98:8 | 218:25-219:19 |
| 25:13-15 | 76:6-9 | 98:11-14 | 219:21 |
| 25:17-28:8 | 76:12-83:1 | 98:18-22 | 219:24-220:7 |
| 28:10-29:3 | 83:4-17 | 98:25-100:24 | |

| 6. | JOSEPH FREY | | |
| --- | --- | --- | --- |
| | **December 5, 2014** | | |

| | | | |
| --- | --- | --- | --- |
| 6:14-19 | 38:23-39:4 | 69:12-70:2 | 95:21-24 |
| 8:6-11 | 40:7-17 | 70:4-11 | 96:1-13 |
| 10:21-11:25 | 40:24-42:15 | 70:23-71:4 | 96:16-17 |
| 12:1-11 | 43:1-7 | 71:13-74:11 | 97:5-11 |
| 12:23-13:2 | 43:9-10 | 74:15-22 | 98:1-11 |
| 13:8 | 43:19-44:20 | 74:25-75:2 | 98:14-25 |
| 13:16-14:21 | 44:22-24 | 75:4-16 | 99:2-7 |
| 19:14-20:9 | 45:14-45:23 | 75:18-20 | 99:14-25 |
| 22:12-19 | 48:17-49:17 | 75:23-76:3 | 100:2 |
| 24:1-26:15 | 49:19-50:7 | 76:6-12 | 100:15-17 |
| 28:22-25 | 50:11-51:14 | 76:14-22 | 100:22-101:3 |
| 30:7-10 | 51:20-52:7 | 76:24-77:6 | 101:6-10 |
| 32:16-17 | 52:19-53:19 | 77:8-12 | 101:14-19 |
| 33:1-10 | 54:1-3 | 77:15-17 | 102:10-105:4 |
| 33:14-34:9 | 56:17-58:8 | 78:6-17 | 106:20-25 |
| 34:11-35:2 | 59:5-60:14 | 83:7-84:11 | 107:2-12 |
| 35:3-6 | 60:16-61:11 | 86:5-18 | 107:22-108:3 |
| 35:8 | 61:18-21 | 87:10-23 | 108:5-6 |
| 35:17-18 | 62:13-64:7 | 89:11-90:14 | 111:6-9 |
| 35:21-36:25 | 66:7-10 | 91:10-22 | 111:13-24 |
| 37:2-10 | 66:14-67:8 | 92:9-16 | 202:12-21 |
| 37:12-38:7 | 67:10 | 94:4-95:1 | 202:25-203:8 |
| 38:10-20 | 67:12-69:3 | 95:14-18 | |

| 7. | STEPHEN GOFF (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG)) | | |
| --- | --- | --- | --- |
| | **March 19, 2015** | | |

| | | | |
| --- | --- | --- | --- |
| 7:1-6 | 108:13-110:5 | 160:16-161:18 | 207:16-208:3 |
| 7:21-23 | 114:2-6 | 164:10-24 | 208:5-17 |
| 8:9-13 | 114:9-115:11 | 165:5-16 | 208:20-21 |
| 11:2-9 | 119:2-8 | 165:18-21 | 208:24-25 |
| 12:2-13:11 | 119:15-120:16 | 165:24-166:17 | 209:3-10 |
| 14:3-15:4 | 120:18-25 | 166:19-21 | 209:12-210:2 |
| 26:6-10 | 121:2-5 | 166:25-167:15 | 210:4-5 |
| 27:14-28:17 | 121:7-21 | 168:16-170:7 | 210:8-10 |
| 31:23-32:13 | 121:24 | 170:9-18 | 210:12-13 |
| 32:15-33:10 | 122:9-16 | 171:8-11 | 210:21-212:15 |
| 37:6-38:12 | 124:15-25 | 171:15-173:9 | 212:18 |
| 38:16-39:21 | 125:3-126:9 | 173:22-174:11 | 215:14-22 |
| 46:21-47:18 | 129:24-130:1 | 175:7-10 | 219:5-9 |
| 54:14-20 | 130:3-7 | 175:15-23 | 219:12-14 |
| 58:7-9 | 131:4-11 | 177:22-25 | 223:5-14 |
| 58:11-18 | 131:16 | 178:4-179:3 | 223:17-224:20 |
| 58:20-59:4 | 132:23-133:10 | 179:17-20 | 224:23 |
| 59:8-24 | 133:13-25 | 179:24-180:9 | 229:4-230:16 |
| 65:21-68:14 | 134:3-8 | 180:15-17 | 230:18-21 |
| 69:17-71:7 | 134:11 | 181:3-14 | 230:22-231:25 |
| 71:18-72:2 | 134:13-14 | 181:18 | 232:3-7 |
| 74:17-75:1 | 134:16-18 | 182:21-24 | 232:10-233:1 |
| 75:23-76:7 | 135:5-24 | 183:1-7 | 233:8-15 |
| 76:14-15 | 136:13-15 | 183:9-15 | 233:18-24 |
| 76:18-21 | 136:20-137:11 | 183:18-21 | 237:12-15 |

| | | | |
|---|---|---|---|
| 77:20-78:20 | 137:13-138:5 | 183:23 | 237:17-238:1 |
| 80:3- 81:17 | 138:15-139:1 | 184:6-8 | 245:9-15 |
| 81:20-82:18 | 139:14-141:22 | 184:12-185:5 | 245:23-25 |
| 84:4-85:7 | 144:7-145:2 | 188:25-190:20 | 246:2-9 |
| 85:17-22 | 147:6-7 | 190:24-192:2 | 246:11-12 |
| 90:17-23 | 147:13-21 | 192:7-23 | 246:14-247:4 |
| 96:3-6 | 147:23-148:19 | 193:1-14 | 247:23-25 |
| 96:8-97:10 | 148:23-151:18 | 199:4-8 | 248:2-8 |
| 97:13-16 | 151:20-152:3 | 199:10-25 | 251:3-6 |
| 98:8-22 | 152:6-9 | 200:17-201:24 | 251:9 |
| 102:9-14 | 152:13-153:3 | 202:8-22 | 251:22-252:6 |
| 102:20-25 | 153:19-154:9 | 203:16-18 | 314:8-11 |
| 103:4-15 | 154:12-15 | 203:20-23 | 314:13 |
| 103:16-23 | 154:18-155:2 | 204:1-2 | 314:15-16 |
| 104:7-15 | 155:5-156:13 | 204:7-9 | 315:2-4 |
| 106:4-22 | 159:15-160:5 | 205:18-206:8 | 315:6 |
| 107:10-108:1 | 160:9-12 | 207:8-11 | |

**8.    DAVID HIGHBLOOM**
**August 24, 2012**

| | | | |
|---|---|---|---|
| 5:12-6:3 | 64:10-12 | 96:11-19 | 150:25-151:22 |
| 6:9-15 | 70:11-14 | 96:25-98:22 | 155:7-157:9 |
| 8:8-20 | 75:14-77:3 | 102:2-103:12 | 159:11-161:15 |
| 53:16-54:15 | 78:15-79:4 | 103:17-105:4 | 161:19-162:25 |
| 56:5-57:11 | 81:17-20 | 109:25-112:10 | 188:3-189:3 |
| 57:19-23 | 81:23-82:13 | 112:23-113:10 | 248:24-249:15 |
| 61:3-62:2 | 94:9-95:13 | 123:21-124:21 | |

**9.    DAVID HIGHBLOOM** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
**June 23, 2015**

| | | | |
|---|---|---|---|
| 10:6-8 | 50:11-14 | 98:8-99:5 | 136:17-138:9 |
| 11:13-20 | 52:3-53:20 | 99:7-100:20 | 140:23-143:2 |
| 16:4-14 | 55:19-56:10 | 104:2-22 | 146:16-148:10 |
| 17:19-18:20 | 57:14-22 | 104:24-105:3 | 156:4-159:14 |
| 40:17-41:2 | 58:22-59:24 | 105:12-107:9 | 161:7-165:13 |
| 42:4-43:7 | 60:6-19 | 110:1-25 | 170:20-173:1 |
| 43:24-44:2 | 61:25-63:22 | 115:20-116:17 | 207:17-208:24 |
| 44:6-13 | 77:15-78:3 | 116:21-117:9 | 219:17-220:17 |
| 48:2-6 | 79:23-84:11 | 120:19-25 | 224:14-225:22 |
| 48:10-11 | 87:17-91:7 | 121:2-10 | 229:8-231:19 |
| 48:13-49:21 | 93:4-95:21 | 128:12-134:23 | 233:3-234:9 |
| 50:1-7 | | | |

**10.    AMY H.** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
**July 1, 2015**

| | | | |
|---|---|---|---|
| 9:9-18 | 72:12-21 | 120:1-19 | 134:1-135:6 |
| 11:15-12:3 | 97:19-21 | 120:22-121:19 | 135:8-136:19 |
| 25:4-27:8 | 97:24-98:9 | 122:1-16 | 136:23-25 |
| 28:2-29:9 | 105:8-13 | 122:19-123:3 | 137:2-7 |
| 30:8-20 | 105:16-23 | 123:16-124:1 | 137:10 |
| 31:19-32:19 | 106:14-19 | 124:13-125:7 | 137:16-138:17 |
| 35:8-36:1 | 106:21-23 | 125:19-126:3 | 138:19-139:4 |

| | | | |
|---|---|---|---|
| 36:13-22 | 107:17-19 | 126:8-15 | 139:16-18 |
| 38:11-17 | 107:21-108:1 | 127:13-16 | 139:21-25 |
| 39:3-19 | 108:6-9 | 127:22-128:19 | 140:3-6 |
| 61:5-24 | 115:22-117:6 | 128:22-129:21 | 140:25-141:16 |
| 62:13-25 | 117:9-14 | 129:24-130:25 | 141:19-142:8 |
| 67:20-68:1 | 117:17-22 | 131:3-10 | 142:10 |
| 68:13-24 | 118:1-6 | 131:13 | 142:13 |
| 69:17-24 | 118:9-11 | 133:5-11 | 142:15-144:3 |
| 70:9-71:22 | 118:14-119:16 | 133:14 | 147:4-12 |
| 72:8-9 | 119:19-23 | 133:17-24 | |

**11.   RYAN LOTMAN** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
**July 1, 2015**

| | | | |
|---|---|---|---|
| 8:1-10 | 68:20-23 | 89:15-17 | 124:6-20 |
| 9:7-10 | 68:25-69:6 | 89:2090:21-25 | 124:22 |
| 12:5-20 | 70:7-10 | 91:3 | 125:9-126:20 |
| 13:14-14:1 | 70:20-25 | 93:21-94:3 | 127:7-10 |
| 14:6-17 | 71:1-6 | 94:6-11 | 129:17-19 |
| 21:12-15 | 71:9 | 94:14-21 | 130:24-131:8 |
| 21:17 | 71:17-25 | 95:2-21 | 131:13-21 |
| 22:14-17 | 72:1-16 | 97:23-98:24 | 132:2-17 |
| 22:19 | 72:19-73:6 | 100:22-23 | 132:19 |
| 32:22-33:21 | 73:25-74:2 | 101:4-25 | 136:13-139:16 |
| 34:3-5 | 74:5-6 | 102:6-8 | 139:18-24 |
| 34:24-35:3 | 75:9-24 | 102:9-104:4 | 140:1-25 |
| 35:8-25 | 76:4-7 | 105:11-17 | 141:23-25 |
| 36:1-16 | 76:10-14 | 105:19-106:24 | 142:16-25 |
| 36:25-37:7 | 76:17-77:4 | 107:2-108:8 | 147:12-20 |
| 37:25-39:23 | 77:21-78:2 | 108:12-109:19 | 148:2-14 |
| 40:4-6 | 78:4-11 | 110:1-112:19 | 148:16-149:11 |
| 46:20-25 | 78:14 | 113:8-20 | 154:1-12 |
| 47:7-18 | 78:16-22 | 114:1-5 | 158:16-160:16 |
| 50:18-25 | 78:25-79:5 | 114:16-115:1 | 167:5-168:20 |
| 51:1-21 | 79:25-80:11 | 115:6-14 | 169:25-170:18 |
| 52:2-5 | 80:14-15 | 116:4-7 | 172:5-173:13 |
| 56:14-15 | 80:23-25 | 116:10-24 | 173:22-176:9 |
| 56:21-25 | 81:1-8 | 117:1-2 | 176:21-23 |
| 57:1-25 | 81:23-82:13 | 117:11-13 | 177:15-178:9 |
| 58:1-19 | 85:11-25 | 117:15 | 179:17-182:7 |
| 59:11-17 | 86:1-6 | 118:15-25 | 182:10-184:4 |
| 59:21-25 | 86:22-25 | 119:2 | 186:5-188:7 |
| 60:1-2 | 87:1-8 | 119:12-120:5 | 188:20-190:13 |
| 61:5 | 87:12-89:5 | 120:11-121:4 | 190:16-17 |
| 66:18-23 | 89:8 | 122:5-16 | |
| 68:1-14 | 89:9-12 | 122:18-123:23 | |

**12.   KERRY LUCAS** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
**June 11, 2015**

| | | | |
|---|---|---|---|
| 6:3-7 | 41:4-12 | 74:10-75:18 | 106:12-107:24 |
| 7:5-6 | 41:23-42:3 | 75:24-76:3 | 108:24-110:25 |
| 7:25-8:12 | 42:21-22 | 77:8-78:6 | 111:10-113:17 |
| 10:16-19 | 43:3-8 | 78:24-79:10 | 114:2-120:22 |
| 10:24-11:6 | 43:13-44:11 | 79:24-80:24 | 121:6-17 |
| 12:9-24 | 45:3-46:17 | 81:7-9 | 125:6-13 |

| | | | |
|---|---|---|---|
| 13:22-24 | 46:25-49:10 | 81:10-84:8 | 126:4-10 |
| 16:15-25 | 50:2-5 | 89:21-91:8 | 126:17-128:6 |
| 17:22-19:6 | 50:9-13 | 91:23-92:10 | 128:16-129:6 |
| 20:16-21:10 | 50:20-55:18 | 94:20-95:1 | 129:13-130:3 |
| 21:20-22:9 | 57:4-6 | 97:23-100:1 | 130:8-131:4 |
| 23:4-13 | 58:13-59:9 | 100:7-10 | 131:11-132:13 |
| 24:2-24 | 59:12-60:14 | 101:5-14 | 133:2-8 |
| 37:7-40:2 | 67:20-69:1 | 105:4-25 | 136:2-137:8 |
| 40:7-9 | 73:17-74:1 | 106:1-11 | |

**13.   GERALD MARTIN**
**November 5, 2013**

| | | | |
|---|---|---|---|
| 5:23-6:2 | 51:10-52:2 | 97:3-18 | 141:23-142:23 |
| 6:16-20 | 57:6-16 | 99:17-19 | 144:18-21 |
| 8:15-9:17 | 58:10-59:1 | 109:10-19 | 144:23-145:21 |
| 12:20-13:5 | 60:5-22 | 127:14-128:25 | 146:21-147:16 |
| 26:21-27:16 | 71:17-22 | 131:8-9 | 147:19-155:13 |
| 31:10-33:6 | 76:1-8 | 135:15-19 | 156:4-158:1 |
| 36:4-10 | 77:5-14 | 136:2-5 | 160:20-162:8 |
| 41:20-43:18 | 79:18-80:3 | 136:7-21 | 168:16-18 |
| 44:16-45:19 | 85:19-23 | 139:1-15 | 181:21-182:19 |
| 46:22-48:3 | 88:13-18 | 140:20-141:1 | |

**14.   JEFFREY MCCONNEY** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
**June 18, 2015**

| | | | |
|---|---|---|---|
| 14:9-12 | 63:19-64:24 | 96:25-97:15 | 123:8-20 |
| 19:7-14 | 65:11-66:11 | 98:7-18 | 124:5-13 |
| 19:18-20:4 | 67:8-17 | 101:11-13 | 127:1-11 |
| 20:15-24 | 67:25-68:2 | 101:16-21 | 130:5-10 |
| 21:19-22:10 | 68:14-18 | 103:16-24 | 131:3-6 |
| 31:23-32:2 | 73:18-24 | 104:3 | 131:13-132:2 |
| 32:23-33:7 | 77:20-78:8 | 105:12-14 | 146:12-15 |
| 34:3-22 | 78:23-79:3 | 107:22-108:4 | 146:22-24 |
| 37:3-13 | 79:16-22 | 108:14-17 | 147:3-10 |
| 39:21-40:4 | 84:13-15 | 108:21-23 | 147:16-148:5 |
| 40:7 | 89:9-22 | 109:21-110:13 | 154:11-16 |
| 47:11-48:6 | 92:7-14 | 110:22-111:1 | 155:18-20 |
| 59:15-18 | 92:23-94:7 | 113:15-19 | 155:24-156:3 |
| 60:6-15 | 95:3-8 | 113:23-114:2 | 159:13-160:9 |
| 60:24-61:3 | 95:15-19 | 115:25-116:6 | 160:13-15 |
| 62:21-63:13 | 95:23-96:13 | 119:10-19 | 163:12-164:21 |

**15.   JEFFREY MCCONNEY** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
**November 18, 2015**

| | | | |
|---|---|---|---|
| 178:23-179:1 | 203:10 | 223:20-25 | 261:24-262:13 |
| 183:3-14 | 203:12-204:8 | 241:23-25 | 263:3-264:5 |
| 185:4-186:6 | 204:12-15 | 242:3 | 264:10-11 |
| 188:2-189:1 | 205:21-207:2 | 242:5-6 | 264:14-21 |
| 191:10-194:6 | 207:5-23 | 242:10-11 | 264:23-265:19 |
| 194:17-22 | 209:10-25 | 243:4-10 | 265:24-266:20 |

| | | | |
|---|---|---|---|
| 195:21-25 | 216:6-24 | 255:10-13 | 270:4-8 |
| 196:24-197:2 | 217:3-4 | 255:17-18 | 271:17-272:1 |
| 197:6-8 | 217:6-7 | 256:20-23 | 272:18-274:9 |
| 197:10-13 | 217:11-12 | 258:7-13 | 274:23-275:15 |
| 203:4-6 | | | |

**16.   CLAIRE ROSENZWEIG** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))

**May 27, 2015**

| | | | |
|---|---|---|---|
| 8:3-15 | 76:21-77:4 | 116:22-117:10 | 152:18-153:9 |
| 9:15-20 | 78:20-79:5 | 119:2-16 | 160:15-162:24 |
| 9:24-10:3 | 80:19-81:4 | 119:21-120:18 | 164:13-165:1 |
| 29:23-30:9 | 81:22-82:1 | 124:9-13 | 165:20-166:11 |
| 31:4-10 | 97:19-98:21 | 127:4-10 | 168:17-13 |
| 57:19-58:10 | 100:6-101:11 | 129:21-130:1 | 169:15-19 |
| 59:2-13 | 102:1-5 | 133:11-134:8 | 175:16-23 |
| 60:1-7 | 104:8-13 | 134:15-23 | 175:25-176:20 |
| 60:21-61:3 | 110:22-114:2 | 145:3-151:9 | 177:2-6 |
| 64:12-24 | 116:15-20 | | |

**17.   RONALD SCHNACKENBERG**

**October 15, 2012**

| | | | |
|---|---|---|---|
| 4:1-10 | 28:3-29:2 | 71:24-72:5 | 87:22-89:2 |
| 5:3-4 | 44:14-19 | 72:13-25 | 89:14-90:7 |
| 7:19-24 | 51:22-52:16 | 74:6-16 | 90:16-91:2 |
| 19:12-22 | 55:16-56:4 | 75:4-77:17 | 100:25-101:1 |
| 20:6-19 | 56:14-57:4 | 79:10-17 | 101:4-9 |
| 21:6-13 | 60:19-61:11 | 80:20-82:5 | 102:5-12 |
| 21:20-25 | 65:3-66:5 | 83:7-13 | 118:14-119:19 |
| 22:4-7 | 67:16-68:11 | 84:22-85:3 | 120:11-17 |
| 22:25-23:1 | 69:17-70:13 | 85:11-86:20 | 125:12-126:20 |
| 27:11-24 | | | |

**18.   MICHAEL SEXTON**

**August 22, 2012**

| | | | |
|---|---|---|---|
| 4:3-12 | 88:22-25 | 140:23-141:14 | 229:14-231:6 |
| 5:18-23 | 89:6-90:12 | 161:23-164:3 | 234:11-235:11 |
| 64:19-68:24 | 96:9-25 | 196:16-197:22 | 235:18-236:6 |
| 74:17-20 | 114:12-115:21 | 197:25-198:10 | 261:3-5 |
| 85:12-22 | 116:10-117:24 | 228:24-25 | 261:7-18 |
| 87:2-7 | | | |

**19.   MICHAEL SEXTON**

**August 23, 2012**

| | | | |
|---|---|---|---|
| 281:3-7 | 316:8-25 | 398:7-22398:25- | 457:6-459:18 |
| 282:2-11 | 380:16-381:3 | 399:7 | 460:8-19 |
| 282:22-25 | 383:24-384:7 | 399:9-16 | 463:25-464:24 |
| 283:2-286:24 | 384:24-385:2 | 411:9-412:8 | 508:21-510:7 |
| 287:8-23 | 393:8-17 | 412:22-413:17 | 510:9 |
| 303:24-304:2 | 396:25-397:7 | 416:23-417:16 | 515:12-20 |
| 304:10-305:15 | | | |

| 20. | **MICHAEL SEXTON** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG)) | | |
|---|---|---|---|
| | **May 15, 2015** | | |

| | | | |
|---|---|---|---|
| 19:8-16 | 66:16-19 | 113:1-6 | 219:19-220:12 |
| 24:20-27:6 | 66:22-67:25 | 113:19-115:15 | 241:18-243:12 |
| 28:7-29:3 | 68:10-69:8 | 116:9-117:1 | 244:21-245:15 |
| 29:6-21 | 69:20-71:2 | 117:3-19 | 247:17-22 |
| 29:24-31:4 | 74:6-24 | 118:6-119:8 | 248:6-249:17 |
| 31:9-13 | 75:3-76:19 | 121:14-19 | 250:2-12 |
| 31:18-21 | 76:22-24 | 122:11-13 | 250:20-251:4 |
| 31:24-36:11 | 77:2-3 | 122:23-127:2 | 252:11-253:5 |
| 37:5-6 | 77:14-16 | 127:4-135:16 | 253:14-23 |
| 37:17-38:2 | 77:19-24 | 135:21-138:24 | 254:7-255:6 |
| 38:5-9 | 78:8-9 | 139:2-140:17 | 255:17-256:12 |
| 38:13 | 78:12-16 | 141:18-142:20 | 256:22-261:13 |
| 40:6-41:8 | 78:19 | 143:3-152:2 | 262:5-16 |
| 41:23-42:6 | 79:1-6 | 153:2-157:18 | 263:12 |
| 42:14-43:22 | 80:6-8 | 161:7-162:17 | 263:17 |
| 44:24-45:6 | 80:11-81:21 | 177:10-22 | 263:21-264:16 |
| 52:10-53:21 | 81:23-82:1 | 183:14-184:1 | 265:1-15 |
| 54:17-24 | 82:5-7 | 184:21-187:1 | 269:16-23 |
| 55:1-2 | 82:9-11 | 187:9-10 | 270:12-271:25 |
| 55:5-11 | 82:14-18 | 187:12-18 | 272:8-15 |
| 57:9-58:23 | 83:7-10 | 188:3-19 | 272:23-274:22 |
| 59:4-61:25 | 86:2-9 | 188:24-25 | 278:10-279:2 |
| 62:3-63:8 | 86:12-90:11 | 189:2-4 | 282:15-284:1 |
| 63:11-14 | 91:9-93:7 | 189:13-191:6 | 284:17-25 |
| 63:16-64:6 | 96:20-99:15 | 191:19-192:2 | 286:20-25 |
| 64:9-15 | 100:2-102:11 | 192:23-193:18 | 287:20-288:25 |
| 65:7-16 | 103:7-22 | 194:4-195:14 | 289:24-290:18 |
| 65:19-22 | 112:19-21 | 196:6-197:11 | 291:21-293:3 |
| 65:25-66:13 | 112:25 | 215:10-13 | |

| 21. | **CORINNE SOMMER** | | |
|---|---|---|---|
| | **November 7, 2012** | | |

| | | | |
|---|---|---|---|
| 6:9-10 | 25:12-15 | 54:13-21 | 94:15-25 |
| 6:22-25 | 33:6-34:6 | 60:6-25 | 95:2-12 |
| 7:22-25 | 34:23-37:13 | 61:2-3 | 98:20-23 |
| 8:2-3 | 48:19-25 | 62:10-21 | 123:5-124:22 |
| 18:8-20:23 | 49:2-8 | 71:22-25 | 196:20-23 |
| 23:20-25 | 49:19-25 | 72:2-72:22 | 197:11-13 |
| 24:2-13 | 50:2-7 | | |

| 22. | **KEITH SPERRY** | | |
|---|---|---|---|
| | **September 4, 2014** | | |

| | | | |
|---|---|---|---|
| 6:4-9 | 33:21-35:1 | 42:15-21 | 47:9-18 |
| 7:9-8:2 | 35:4-5 | 42:23 | 47:20 |
| 8:6-11:2 | 35:10-12 | 42:25-43:2 | 47:22-48:7 |
| 11:10-18:20 | 35:18-23 | 43:4-16 | 48:21-50:21 |
| 18:24-19:8 | 35:25-36:8 | 43:18 | 51:5-9 |
| 19:20-20:25 | 36:10-17 | 43:21-44:8 | 51:11 |
| 21:1-17 | 36:21 | 44:10-14 | 52:1-2 |
| 21:22-25 | 36:23 | 44:23-24 | 52:4 |
| 22:3-22:9 | 36:25-37:13 | 45:3-8 | 54:6-17 |

| | | | |
|---|---|---|---|
| 22:15-23:7 | 38:17-39:3 | 45:13 | 55:21-57:13 |
| 23:14-24:9 | 39:6-8 | 45:17-20 | 59:4-12 |
| 24:14-15 | 39:24-40:16 | 45:21-46:5 | 60:1-4 |
| 24:19-22 | 40:18 | 46:7 | 78:16-79:12 |
| 24:25-25:1 | 40:20-41:14 | 46:9 | 79:14 |
| 25:22-28:15 | 41:16 | 46:11-15 | 80:2-81:10 |
| 28:18-19 | 41:18-42:10 | 46:17-47:5 | 81:24-83:12 |
| 28:21 | 42:13 | 47:7-8 | 86:8-16 |
| 28:23-33:18 | | | |

**23.    ALLEN WEISSELBERG** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
       **June 24, 2015**

| | | | |
|---|---|---|---|
| 8:15-22 | 44:13-45:2 | 118:15-119:13 | 177:1-180:20 |
| 9:7-14 | 45:6 | 119:17-120:12 | 184:2-6 |
| 10:4-12:19 | 45:8-14 | 120:15-122:2 | 184:10 |
| 14:23-15:13 | 46:7-48:1 | 144:19-21 | 190:19-25 |
| 17:5-20 | 54:2-22 | 145:6-9 | 191:1-3 |
| 17:24-18:2 | 67:3-7 | 145:19-21 | 191:6 |
| 18:4-18:24 | 67:23-25 | 146:3-150:19 | 191:9-11 |
| 19:3-4 | 68:8-16 | 150:24-151:14 | 192:13-195:6 |
| 19:18-23:13 | 77:4-78:11 | 151:22-152:1 | 201:20-203:12 |
| 23:23-24:4 | 80:15-83:3 | 152:6-8 | 203:25-204:3 |
| 25:2-17 | 83:17-19 | 152:9-18 | 206:15-207:8 |
| 25:21-23 | 84:3-6 | 156:3-156:19 | 207:13-18 |
| 26:25-27:13 | 84:13 | 157:3-20 | 216:4-17 |
| 27:23-28:25 | 84:15-18 | 158:9-15 | 219:9-222:7 |
| 31:18-32:2 | 84:20-85:17 | 159:3-19 | 223:12-16 |
| 32:16-34:4 | 85:21-86:9 | 159:22-160:4 | 252:5-9 |
| 34:21-35:7 | 86:13-87:4 | 160:8 | 252:13 |
| 35:11-12 | 90:8-91:22 | 173:3-6 | 252:15-17 |
| 43:21-44:8 | 92:16-94:3 | 176:16-22 | 252:20 |

DATED:  February 19, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
JASON A. FORGE
RACHEL L. JENSEN
BRIAN E. COCHRAN


s/ Rachel L. Jensen
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MAUREEN E. MUELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
HELEN I. ZELDES
ALREEN HAEGGQUIST
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on February 19, 2016, I authorized the electronic filing of

3

the foregoing with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to the e-mail addresses denoted on the attached Electronic

5

Mail Notice List, and I hereby certify that I caused to be mailed the foregoing

6

document or paper via the United States Postal Service to the non-CM/ECF

7

participants indicated on the attached Manual Notice List.

8

I certify under penalty of perjury under the laws of the United States of America

9

that the foregoing is true and correct.  Executed on February 19, 2016.

10

   s/ Rachel L. Jensen
RACHEL L. JENSEN

11

12

ROBBINS GELLER RUDMAN
     & DOWD LLP

13

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058

14

619/231-7423 (fax)

15

E-mail:       rachelj@rgrdlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,sbrown@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)