1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | PATRICK J. COUGHLIN (111070)
    patc@rgrdlaw.com
3 | JASON A. FORGE (181542)
    jforge@rgrdlaw.com
4 | RACHEL L. JENSEN (211456)
    rjensen@rgrdlaw.com
5 | BRIAN E. COCHRAN (286202)
    bcochran@rgrdlaw.com
6 | 655 West Broadway, Suite 1900
    San Diego, CA  92101
7 | Telephone:  619/231-1058
    619/231-7423 (fax)
8 |
    ZELDES HAEGGQUIST & ECK, LLP
9 | AMBER L. ECK (177882)
    ambere@zhlaw.com
10 | HELEN I. ZELDES (220051)
     helenz@zhlaw.com
11 | ALREEN HAEGGQUIST (221858)
     alreenh@zhlaw.com
12 | AARON M. OLSEN (259923)
     aarono@zhlaw.com
13 | 225 Broadway, Suite 2050
     San Diego, CA  92101
14 | Telephone:  619/342-8000
     619/342-7878 (fax)
15 |
     Class Counsel
16 |
     [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, | No. 3:10-cv-0940-GPC(WVG) |
| | CLASS ACTION |
| Plaintiffs, | PLAINTIFFS' FED. R. CIV. P. 26(a)(3) INITIAL DEPOSITION TRANSCRIPT DESIGNATIONS |
| vs. | |
| TRUMP UNIVERSITY, LLC, et al., | DATE: May 6, 2016 |
| Defendants. | TIME: 1:30 p.m. |
| | CTRM: 2D |
| | JUDGE: Hon. Gonzalo P. Curiel |

1120662_1

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's February 8, 2016 Scheduling Order (Dkt. No. 442), plaintiffs hereby designate the following deposition testimony (both written transcript and corresponding video) that they expect to use in their case-in-chief at trial in this action.[1]  Plaintiffs' designations do ***not*** include any objections or remarks from counsel within the identified page:line ranges.  Plaintiffs may introduce into evidence, whether alone or in combination with live testimony of any witness, some or all of the deposition testimony identified below.

Plaintiffs do not concede that all of the designated testimony is admissible at trial.  Plaintiffs reserve the right to object to the entirety of a witness's testimony or to specific categories of testimony from any of the identified witnesses.  Plaintiffs may file motions *in limine* that, if granted, would render inadmissible certain depositions (or portions of depositions) and/or certain categories of witnesses or testimony.  Depending on defendants' pretrial disclosures, the Court's pretrial rulings (*e.g.*, motions *in limine*), and the evidence and testimony that defendants present at trial, plaintiffs may withdraw certain designations or designate additional testimony from the witnesses identified below or from previously-deposed witnesses not listed below.

Plaintiffs reserve the right to use any and all deposition testimony from any witness, whether or not called to testify at trial, for the purposes of cross-examination, rebuttal, and/or impeachment, including deposition testimony not designated herein.  Plaintiffs reserve the right to proffer any of the designated testimony in any order that they deem necessary or appropriate to benefit the Court or jury's understanding, for purposes of clarity or avoiding confusion, and/or for efficiency at trial.

---

[1] Plaintiffs have not designated any of defendant Donald J. Trump's deposition testimony based on their understanding that he will appear live at trial.  Plaintiffs reserve the right to supplement their deposition designations pursuant to the Court's February 8, 2016 Scheduling Order (Dkt. No. 442), and utilize additional deposition testimony for purposes of impeachment and their rebuttal case, as well as any or all portions of the deposition testimony designated by defendants, regardless of whether defendants proffer such designated testimony in their case-in-chief at trial.

1  Designation of this testimony does not affect Plaintiffs' right to question any
2  witness as adverse or hostile.  Designation of this testimony is without prejudice to
3  plaintiffs' request that any witness under defendants' control or employ, or who is
4  otherwise subject to the subpoena power of a Court, be produced or otherwise
5  compelled to give live testimony at trial.

**1.  MICHAEL BLOOM**
   **November 4, 2014**

| | | | |
|---|---|---|---|
| 16:2-16:4 | 51:10-14 | 111:2-18 | 184:21-185:8 |
| 16:20-22 | 51:23-52:6 | 112:4-12 | 187:11-14 |
| 17:12-18:18 | 52:11-21 | 114:20-24 | 197:3-197:19 |
| 28:8-11 | 54:17-25 | 115:9-116:4 | 198:17-199:17 |
| 28:16-18 | 56:18-20 | 116:7-118:11 | 207:10-14 |
| 29:22-29:24 | 72:18-74:25 | 127:7-17 | 207:21-208:15 |
| 30:10-14 | 79:23-81:24 | 129:1-134:15 | 209:21-25 |
| 32:6-16 | 82:2-22 | 134:17-135:18 | 210:25-211:4 |
| 33:23-34:2 | 83:4-84:03 | 135:22 | 214:23-215:1 |
| 34:9-17 | 84:10-87:01 | 135:24-12 | 215:8-11 |
| 36:1-6 | 88:16-23 | 137:14-137:22 | 222:5-8 |
| 42:2-21 | 92:2-4 | 138:1-139:5 | 222:12 |
| 43:9-25 | 92:9 | 173:13-16 | 222:14-20 |
| 44:19-25 | 92:11-20 | 173:23-174:6 | 223:1-224:14 |
| 45:1-22 | 92:24-93:01 | 174:17-175:1 | 243:14-19 |
| 47:8-13 | 105:19-24 | 182:12-182:15 | 243:22-244:4 |
| 50:23-51:2 | 108:23-109:10 | 183:4-183:9 | |

**2.  WILLIAM CONROY** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
   **June 16, 2015**

| | | | |
|---|---|---|---|
| 7:1-6 | 55:9-13 | 81:11-17 | 125:7-129:1 |
| 8:5-11 | 56:11-21 | 85:12-86:10 | 129:5-13 |
| 13:4-16 | 57:24-58:9 | 86:19-87:6 | 137:3-139:14 |
| 14:14-16:10 | 59:4-60:7 | 88:21-89:6 | 141:10-15 |
| 17:6-15 | 60:16-61:5 | 90:10-91:1 | 151:10-25 |
| 17:20-18:20 | 61:16-62:2 | 91:2-93:24 | 157:21-25 |
| 19:1-19 | 62:23-63:1 | 94:19-96:17 | 162:21-163:5 |
| 23:1-24:9 | 63:15-21 | 96:25-97:7 | 163:19-165:21 |
| 24:13-24 | 64:1-3 | 98:23-99:18 | 166:11-167:16 |
| 25:19-22 | 64:21-66:9 | 102:4-19 | 171:4-7 |
| 26:7-18 | 66:21-24 | 104:21-105:16 | 172:14-174:20 |
| 27:14-19 | 67:6-68:24 | 106:9-107:11 | 176:2-13 |
| 32:3-12 | 69:13-18 | 108:10-110:2 | 178:10-14 |
| 33:25-34:7 | 69:22-70:9 | 111:8-111:10 | 179:2-9 |
| 34:20-35:12 | 70:13-24 | 111:17-22 | 184:2-4 |
| 36:4-16 | 71:3-6 | 112:4-113:6 | 184:10-15 |
| 38:13-39:5 | 71:14-19 | 113:22-115:17 | 190:2-23 |
| 40:21-25 | 76:6-9 | 116:10-118:23 | 192:7-193:20 |
| 41:18-20 | 76:15-24 | 119:13-23 | 196:25-197:10 |
| 47:2-5 | 77:11-18 | 120:5-124:3 | 200:17-202:12 |
| 53:21-54:21 | 77:24-79:14 | 124:16-23 | |

| | | | |
|---|---|---|---|
| **3.** | **DAVID EARLY** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG)) | | |
| | **April 21, 2015** | | |

| | | | |
|---|---|---|---|
| 9:16-21 | 105:3-9 | 137:5-13 | 194:2-195:2 |
| 21:5-16 | 105:11-14 | 137:16-20 | 205:7-11 |
| 30:2-13 | 105:16-19 | 147:7-11 | 207:4-13 |
| 30:19-24 | 105:21 | 147:14-23 | 207:15-16 |
| 31:25-32:18 | 106:4-6 | 148:17-21 | 208:9-209:4 |
| 36:11-21 | 106:8-12 | 148:23-149:21 | 209:20-23 |
| 38:18-22 | 106:20-25 | 149:23-150:1 | 209:25-210:4 |
| 39:7-10 | 108:21-109:5 | 150:3-151:4 | 210:6-14 |
| 39:13-40:15 | 111:23-112:17 | 151:25-152:2 | 210:16-211:4 |
| 45:1-4 | 112:19-22 | 152:4-8 | 211:11-13 |
| 45:24-46:2 | 112:24-113:5 | 152:11-22 | 211:15-16 |
| 46:16-18 | 114:15-115:1 | 154:2-8 | 216:14-217:2 |
| 47:10-15 | 115:3-16 | 154:12-24 | 217:18-22 |
| 48:3-25 | 115:19-22 | 155:3-6 | 223:21-25 |
| 49:1-7 | 117:24-118:12 | 156:6-7 | 224:3-5 |
| 49:12-13 | 118:14-119:5 | 156:21-23 | 227:18-228:14 |
| 50:6-14 | 119:7-15 | 156:25-157:4 | 228:21-229:5 |
| 56:8-11 | 119:17 | 157:6-7 | 231:4-7 |
| 78:4-13 | 120:12-15 | 157:9-11 | 232:14-17 |
| 87:22-88:7 | 126:14-18 | 157:13-16 | 232:19-19 |
| 88:10-89:9 | 127:7-11 | 157:22-25 | 234:22-25 |
| 91:1-23 | 127:14-128:11 | 158:2-4 | 235:3-25 |
| 93:2-19 | 128:20-24 | 158:6 | 236:2-13 |
| 94:9-24 | 129:1-4 | 167:5-13 | 246:11-25 |
| 98:7-11 | 129:21-25 | 170:8-171:9 | 247:2-3 |
| 99:24-100:7 | 130:1-15 | 171:10-14 | 247:8-13 |
| 100:9-100:12 | 135:18-20 | 171:16-172:1 | 256:7-11 |
| 104:25-105:1 | 135:22-136:1 | 190:11-192:7 | 256:14-17 |

| | | | |
|---|---|---|---|
| **4.** | **DAVID EARLY** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG)) | | |
| | **May 6, 2015** | | |

| | | | |
|---|---|---|---|
| 5:3-8 | 23:12-25:10 | 99:12-20 | 103:13-104:6 |
| 11:22-25 | 93:18-20 | 100:5-15 | 104:14-17 |
| 12:7-13:11 | 95:9-15 | 100:19-25 | 106:17-18 |
| 17:18-18:18 | 97:6-98:7 | 101:21-24 | |

| | | | |
|---|---|---|---|
| **5.** | **GARY ELDRED** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG)) | | |
| | **June 25, 2015** | | |

| | | | |
|---|---|---|---|
| 7:11-12 | 30:13-32:8 | 83:19-22 | 101:2-8 |
| 9:12-12:25 | 33:8-35:13 | 84:1-88:14 | 101:11 |
| 14:4-17:6 | 35:16-20 | 88:17-89:5 | 130:11-133:5 |
| 17:8 | 35:23-36:5 | 90:13-93:1 | 144:25-145:10 |
| 17:10-13 | 36:8-41:10 | 94:18-22 | 149:4-150:25 |
| 17:16-18:18 | 41:16-47:8 | 95:20-96:2 | 151:1-152:23 |
| 18:23-21:1 | 47:11-57:21 | 96:5-11 | 175:2-7 |
| 21:4-23 | 58:2-68:3 | 96:14-18 | 191:7-192:18 |
| 22:9-25:7 | 68:7-69:3 | 97:6 | 208:19-209:11 |
| 25:10-11 | 73:23-75:14 | 97:22-98:8 | 218:25-219:19 |
| 25:13-15 | 76:6-9 | 98:11-14 | 219:21 |
| 25:17-28:8 | 76:12-83:1 | 98:18-22 | 219:24-220:7 |
| 28:10-29:3 | 83:4-17 | 98:25-100:24 | |

| | |
|---|---|
| **6.** | **JOSEPH FREY** |
| | **December 5, 2014** |

| | | | |
|---|---|---|---|
| 6:14-19 | 38:23-39:4 | 69:12-70:2 | 95:21-24 |
| 8:6-11 | 40:7-17 | 70:4-11 | 96:1-13 |
| 10:21-11:25 | 40:24-42:15 | 70:23-71:4 | 96:16-17 |
| 12:1-11 | 43:1-7 | 71:13-74:11 | 97:5-11 |
| 12:23-13:2 | 43:9-10 | 74:15-22 | 98:1-11 |
| 13:8 | 43:19-44:20 | 74:25-75:2 | 98:14-25 |
| 13:16-14:21 | 44:22-24 | 75:4-16 | 99:2-7 |
| 19:14-20:9 | 45:14-45:23 | 75:18-20 | 99:14-25 |
| 22:12-19 | 48:17-49:17 | 75:23-76:3 | 100:2 |
| 24:1-26:15 | 49:19-50:7 | 76:6-12 | 100:15-17 |
| 28:22-25 | 50:11-51:14 | 76:14-22 | 100:22-101:3 |
| 30:7-10 | 51:20-52:7 | 76:24-77:6 | 101:6-10 |
| 32:16-17 | 52:19-53:19 | 77:8-12 | 101:14-19 |
| 33:1-10 | 54:1-3 | 77:15-17 | 102:10-105:4 |
| 33:14-34:9 | 56:17-58:8 | 78:6-17 | 106:20-25 |
| 34:11-35:2 | 59:5-60:14 | 83:7-84:11 | 107:2-12 |
| 35:3-6 | 60:16-61:11 | 86:5-18 | 107:22-108:3 |
| 35:8 | 61:18-21 | 87:10-23 | 108:5-6 |
| 35:17-18 | 62:13-64:7 | 89:11-90:14 | 111:6-9 |
| 35:21-36:25 | 66:7-10 | 91:10-22 | 111:13-24 |
| 37:2-10 | 66:14-67:8 | 92:9-16 | 202:12-21 |
| 37:12-38:7 | 67:10 | 94:4-95:1 | 202:25-203:8 |
| 38:10-20 | 67:12-69:3 | 95:14-18 | |

| | |
|---|---|
| **7.** | **STEPHEN GOFF** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG)) |
| | **March 19, 2015** |

| | | | |
|---|---|---|---|
| 7:1-6 | 108:13-110:5 | 160:16-161:18 | 207:16-208:3 |
| 7:21-23 | 114:2-6 | 164:10-24 | 208:5-17 |
| 8:9-13 | 114:9-115:11 | 165:5-16 | 208:20-21 |
| 11:2-9 | 119:2-8 | 165:18-21 | 208:24-25 |
| 12:2-13:11 | 119:15-120:16 | 165:24-166:17 | 209:3-10 |
| 14:3-15:4 | 120:18-25 | 166:19-21 | 209:12-210:2 |
| 26:6-10 | 121:2-5 | 166:25-167:15 | 210:4-5 |
| 27:14-28:17 | 121:7-21 | 168:16-170:7 | 210:8-10 |
| 31:23-32:13 | 121:24 | 170:9-18 | 210:12-13 |
| 32:15-33:10 | 122:9-16 | 171:8-11 | 210:21-212:15 |
| 37:6-38:12 | 124:15-25 | 171:15-173:9 | 212:18 |
| 38:16-39:21 | 125:3-126:9 | 173:22-174:11 | 215:14-22 |
| 46:21-47:18 | 129:24-130:1 | 175:7-10 | 219:5-9 |
| 54:14-20 | 130:3-7 | 175:15-23 | 219:12-14 |
| 58:7-9 | 131:4-11 | 177:22-25 | 223:5-14 |
| 58:11-18 | 131:16 | 178:4-179:3 | 223:17-224:20 |
| 58:20-59:4 | 132:23-133:10 | 179:17-20 | 224:23 |
| 59:8-24 | 133:13-25 | 179:24-180:9 | 229:4-230:16 |
| 65:21-68:14 | 134:3-8 | 180:15-17 | 230:18-21 |
| 69:17-71:7 | 134:11 | 181:3-14 | 230:22-231:25 |
| 71:18-72:2 | 134:13-14 | 181:18 | 232:3-7 |
| 74:17-75:1 | 134:16-18 | 182:21-24 | 232:10-233:1 |
| 75:23-76:7 | 135:5-24 | 183:1-7 | 233:8-15 |
| 76:14-15 | 136:13-15 | 183:9-15 | 233:18-24 |
| 76:18-21 | 136:20-137:11 | 183:18-21 | 237:12-15 |

| | | | |
|---|---|---|---|
| 77:20-78:20 | 137:13-138:5 | 183:23 | 237:17-238:1 |
| 80:3- 81:17 | 138:15-139:1 | 184:6-8 | 245:9-15 |
| 81:20-82:18 | 139:14-141:22 | 184:12-185:5 | 245:23-25 |
| 84:4-85:7 | 144:7-145:2 | 188:25-190:20 | 246:2-9 |
| 85:17-22 | 147:6-7 | 190:24-192:2 | 246:11-12 |
| 90:17-23 | 147:13-21 | 192:7-23 | 246:14-247:4 |
| 96:3-6 | 147:23-148:19 | 193:1-14 | 247:23-25 |
| 96:8-97:10 | 148:23-151:18 | 199:4-8 | 248:2-8 |
| 97:13-16 | 151:20-152:3 | 199:10-25 | 251:3-6 |
| 98:8-22 | 152:6-9 | 200:17-201:24 | 251:9 |
| 102:9-14 | 152:13-153:3 | 202:8-22 | 251:22-252:6 |
| 102:20-25 | 153:19-154:9 | 203:16-18 | 314:8-11 |
| 103:4-15 | 154:12-15 | 203:20-23 | 314:13 |
| 103:16-23 | 154:18-155:2 | 204:1-2 | 314:15-16 |
| 104:7-15 | 155:5-156:13 | 204:7-9 | 315:2-4 |
| 106:4-22 | 159:15-160:5 | 205:18-206:8 | 315:6 |
| 107:10-108:1 | 160:9-12 | 207:8-11 | |

**8.   DAVID HIGHBLOOM**
    **August 24, 2012**

| | | | |
|---|---|---|---|
| 5:12-6:3 | 64:10-12 | 96:11-19 | 150:25-151:22 |
| 6:9-15 | 70:11-14 | 96:25-98:22 | 155:7-157:9 |
| 8:8-20 | 75:14-77:3 | 102:2-103:12 | 159:11-161:15 |
| 53:16-54:15 | 78:15-79:4 | 103:17-105:4 | 161:19-162:25 |
| 56:5-57:11 | 81:17-20 | 109:25-112:10 | 188:3-189:3 |
| 57:19-23 | 81:23-82:13 | 112:23-113:10 | 248:24-249:15 |
| 61:3-62:2 | 94:9-95:13 | 123:21-124:21 | |

**9.   DAVID HIGHBLOOM** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
    **June 23, 2015**

| | | | |
|---|---|---|---|
| 10:6-8 | 50:11-14 | 98:8-99:5 | 136:17-138:9 |
| 11:13-20 | 52:3-53:20 | 99:7-100:20 | 140:23-143:2 |
| 16:4-14 | 55:19-56:10 | 104:2-22 | 146:16-148:10 |
| 17:19-18:20 | 57:14-22 | 104:24-105:3 | 156:4-159:14 |
| 40:17-41:2 | 58:22-59:24 | 105:12-107:9 | 161:7-165:13 |
| 42:4-43:7 | 60:6-19 | 110:1-25 | 170:20-173:1 |
| 43:24-44:2 | 61:25-63:22 | 115:20-116:17 | 207:17-208:24 |
| 44:6-13 | 77:15-78:3 | 116:21-117:9 | 219:17-220:17 |
| 48:2-6 | 79:23-84:11 | 120:19-25 | 224:14-225:22 |
| 48:10-11 | 87:17-91:7 | 121:2-10 | 229:8-231:19 |
| 48:13-49:21 | 93:4-95:21 | 128:12-134:23 | 233:3-234:9 |
| 50:1-7 | | | |

**10.  AMY H.** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
    **July 1, 2015**

| | | | |
|---|---|---|---|
| 9:9-18 | 72:12-21 | 120:1-19 | 134:1-135:6 |
| 11:15-12:3 | 97:19-21 | 120:22-121:19 | 135:8-136:19 |
| 25:4-27:8 | 97:24-98:9 | 122:1-16 | 136:23-25 |
| 28:2-29:9 | 105:8-13 | 122:19-123:3 | 137:2-7 |
| 30:8-20 | 105:16-23 | 123:16-124:1 | 137:10 |
| 31:19-32:19 | 106:14-19 | 124:13-125:7 | 137:16-138:17 |
| 35:8-36:1 | 106:21-23 | 125:19-126:3 | 138:19-139:4 |

| | | | |
|---|---|---|---|
| 36:13-22 | 107:17-19 | 126:8-15 | 139:16-18 |
| 38:11-17 | 107:21-108:1 | 127:13-16 | 139:21-25 |
| 39:3-19 | 108:6-9 | 127:22-128:19 | 140:3-6 |
| 61:5-24 | 115:22-117:6 | 128:22-129:21 | 140:25-141:16 |
| 62:13-25 | 117:9-14 | 129:24-130:25 | 141:19-142:8 |
| 67:20-68:1 | 117:17-22 | 131:3-10 | 142:10 |
| 68:13-24 | 118:1-6 | 131:13 | 142:13 |
| 69:17-24 | 118:9-11 | 133:5-11 | 142:15-144:3 |
| 70:9-71:22 | 118:14-119:16 | 133:14 | 147:4-12 |
| 72:8-9 | 119:19-23 | 133:17-24 | |

**11. RYAN LOTMAN** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
   **July 1, 2015**

| | | | |
|---|---|---|---|
| 8:1-10 | 68:20-23 | 89:15-17 | 124:6-20 |
| 9:7-10 | 68:25-69:6 | 89:2090:21-25 | 124:22 |
| 12:5-20 | 70:7-10 | 91:3 | 125:9-126:20 |
| 13:14-14:1 | 70:20-25 | 93:21-94:3 | 127:7-10 |
| 14:6-17 | 71:1-6 | 94:6-11 | 129:17-19 |
| 21:12-15 | 71:9 | 94:14-21 | 130:24-131:8 |
| 21:17 | 71:17-25 | 95:2-21 | 131:13-21 |
| 22:14-17 | 72:1-16 | 97:23-98:24 | 132:2-17 |
| 22:19 | 72:19-73:6 | 100:22-23 | 132:19 |
| 32:22-33:21 | 73:25-74:2 | 101:4-25 | 136:13-139:16 |
| 34:3-5 | 74:5-6 | 102:6-8 | 139:18-24 |
| 34:24-35:3 | 75:9-24 | 102:9-104:4 | 140:1-25 |
| 35:8-25 | 76:4-7 | 105:11-17 | 141:23-25 |
| 36:1-16 | 76:10-14 | 105:19-106:24 | 142:16-25 |
| 36:25-37:7 | 76:17-77:4 | 107:2-108:8 | 147:12-20 |
| 37:25-39:23 | 77:21-78:2 | 108:12-109:19 | 148:2-14 |
| 40:4-6 | 78:4-11 | 110:1-112:19 | 148:16-149:11 |
| 46:20-25 | 78:14 | 113:8-20 | 154:1-12 |
| 47:7-18 | 78:16-22 | 114:1-5 | 158:16-160:16 |
| 50:18-25 | 78:25-79:5 | 114:16-115:1 | 167:5-168:20 |
| 51:1-21 | 79:25-80:11 | 115:6-14 | 169:25-170:18 |
| 52:2-5 | 80:14-15 | 116:4-7 | 172:5-173:13 |
| 56:14-15 | 80:23-25 | 116:10-24 | 173:22-176:9 |
| 56:21-25 | 81:1-8 | 117:1-2 | 176:21-23 |
| 57:1-25 | 81:23-82:13 | 117:11-13 | 177:15-178:9 |
| 58:1-19 | 85:11-25 | 117:15 | 179:17-182:7 |
| 59:11-17 | 86:1-6 | 118:15-25 | 182:10-184:4 |
| 59:21-25 | 86:22-25 | 119:2 | 186:5-188:7 |
| 60:1-2 | 87:1-8 | 119:12-120:5 | 188:20-190:13 |
| 61:5 | 87:12-89:5 | 120:11-121:4 | 190:16-17 |
| 66:18-23 | 89:8 | 122:5-16 | |
| 68:1-14 | 89:9-12 | 122:18-123:23 | |

**12. KERRY LUCAS** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
   **June 11, 2015**

| | | | |
|---|---|---|---|
| 6:3-7 | 41:4-12 | 74:10-75:18 | 106:12-107:24 |
| 7:5-6 | 41:23-42:3 | 75:24-76:3 | 108:24-110:25 |
| 7:25-8:12 | 42:21-22 | 77:8-78:6 | 111:10-113:17 |
| 10:16-19 | 43:3-8 | 78:24-79:10 | 114:2-120:22 |
| 10:24-11:6 | 43:13-44:11 | 79:24-80:24 | 121:6-17 |
| 12:9-24 | 45:3-46:17 | 81:7-9 | 125:6-13 |

| | | | |
|---|---|---|---|
| 13:22-24 | 46:25-49:10 | 81:10-84:8 | 126:4-10 |
| 16:15-25 | 50:2-5 | 89:21-91:8 | 126:17-128:6 |
| 17:22-19:6 | 50:9-13 | 91:23-92:10 | 128:16-129:6 |
| 20:16-21:10 | 50:20-55:18 | 94:20-95:1 | 129:13-130:3 |
| 21:20-22:9 | 57:4-6 | 97:23-100:1 | 130:8-131:4 |
| 23:4-13 | 58:13-59:9 | 100:7-10 | 131:11-132:13 |
| 24:2-24 | 59:12-60:14 | 101:5-14 | 133:2-8 |
| 37:7-40:2 | 67:20-69:1 | 105:4-25 | 136:2-137:8 |
| 40:7-9 | 73:17-74:1 | 106:1-11 | |

**13. GERALD MARTIN**
**November 5, 2013**

| | | | |
|---|---|---|---|
| 5:23-6:2 | 51:10-52:2 | 97:3-18 | 141:23-142:23 |
| 6:16-20 | 57:6-16 | 99:17-19 | 144:18-21 |
| 8:15-9:17 | 58:10-59:1 | 109:10-19 | 144:23-145:21 |
| 12:20-13:5 | 60:5-22 | 127:14-128:25 | 146:21-147:16 |
| 26:21-27:16 | 71:17-22 | 131:8-9 | 147:19-155:13 |
| 31:10-33:6 | 76:1-8 | 135:15-19 | 156:4-158:1 |
| 36:4-10 | 77:5-14 | 136:2-5 | 160:20-162:8 |
| 41:20-43:18 | 79:18-80:3 | 136:7-21 | 168:16-18 |
| 44:16-45:19 | 85:19-23 | 139:1-15 | 181:21-182:19 |
| 46:22-48:3 | 88:13-18 | 140:20-141:1 | |

**14. JEFFREY MCCONNEY** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
**June 18, 2015**

| | | | |
|---|---|---|---|
| 14:9-12 | 63:19-64:24 | 96:25-97:15 | 123:8-20 |
| 19:7-14 | 65:11-66:11 | 98:7-18 | 124:5-13 |
| 19:18-20:4 | 67:8-17 | 101:11-13 | 127:1-11 |
| 20:15-24 | 67:25-68:2 | 101:16-21 | 130:5-10 |
| 21:19-22:10 | 68:14-18 | 103:16-24 | 131:3-6 |
| 31:23-32:2 | 73:18-24 | 104:3 | 131:13-132:2 |
| 32:23-33:7 | 77:20-78:8 | 105:12-14 | 146:12-15 |
| 34:3-22 | 78:23-79:3 | 107:22-108:4 | 146:22-24 |
| 37:3-13 | 79:16-22 | 108:14-17 | 147:3-10 |
| 39:21-40:4 | 84:13-15 | 108:21-23 | 147:16-148:5 |
| 40:7 | 89:9-22 | 109:21-110:13 | 154:11-16 |
| 47:11-48:6 | 92:7-14 | 110:22-111:1 | 155:18-20 |
| 59:15-18 | 92:23-94:7 | 113:15-19 | 155:24-156:3 |
| 60:6-15 | 95:3-8 | 113:23-114:2 | 159:13-160:9 |
| 60:24-61:3 | 95:15-19 | 115:25-116:6 | 160:13-15 |
| 62:21-63:13 | 95:23-96:13 | 119:10-19 | 163:12-164:21 |

**15. JEFFREY MCCONNEY** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
**November 18, 2015**

| | | | |
|---|---|---|---|
| 178:23-179:1 | 203:10 | 223:20-25 | 261:24-262:13 |
| 183:3-14 | 203:12-204:8 | 241:23-25 | 263:3-264:5 |
| 185:4-186:6 | 204:12-15 | 242:3 | 264:10-11 |
| 188:2-189:1 | 205:21-207:2 | 242:5-6 | 264:14-21 |
| 191:10-194:6 | 207:5-23 | 242:10-11 | 264:23-265:19 |
| 194:17-22 | 209:10-25 | 243:4-10 | 265:24-266:20 |

| | | | |
|---|---|---|---|
| 195:21-25<br>196:24-197:2<br>197:6-8<br>197:10-13<br>203:4-6 | 216:6-24<br>217:3-4<br>217:6-7<br>217:11-12 | 255:10-13<br>255:17-18<br>256:20-23<br>258:7-13 | 270:4-8<br>271:17-272:1<br>272:18-274:9<br>274:23-275:15 |

**16.   CLAIRE ROSENZWEIG** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
   **May 27, 2015**

| | | | |
|---|---|---|---|
| 8:3-15<br>9:15-20<br>9:24-10:3<br>29:23-30:9<br>31:4-10<br>57:19-58:10<br>59:2-13<br>60:1-7<br>60:21-61:3<br>64:12-24 | 76:21-77:4<br>78:20-79:5<br>80:19-81:4<br>81:22-82:1<br>97:19-98:21<br>100:6-101:11<br>102:1-5<br>104:8-13<br>110:22-114:2<br>116:15-20 | 116:22-117:10<br>119:2-16<br>119:21-120:18<br>124:9-13<br>127:4-10<br>129:21-130:1<br>133:11-134:8<br>134:15-23<br>145:3-151:9 | 152:18-153:9<br>160:15-162:24<br>164:13-165:1<br>165:20-166:11<br>168:17-13<br>169:15-19<br>175:16-23<br>175:25-176:20<br>177:2-6 |

**17.   RONALD SCHNACKENBERG**
   **October 15, 2012**

| | | | |
|---|---|---|---|
| 4:1-10<br>5:3-4<br>7:19-24<br>19:12-22<br>20:6-19<br>21:6-13<br>21:20-25<br>22:4-7<br>22:25-23:1<br>27:11-24 | 28:3-29:2<br>44:14-19<br>51:22-52:16<br>55:16-56:4<br>56:14-57:4<br>60:19-61:11<br>65:3-66:5<br>67:16-68:11<br>69:17-70:13 | 71:24-72:5<br>72:13-25<br>74:6-16<br>75:4-77:17<br>79:10-17<br>80:20-82:5<br>83:7-13<br>84:22-85:3<br>85:11-86:20 | 87:22-89:2<br>89:14-90:7<br>90:16-91:2<br>100:25-101:1<br>101:4-9<br>102:5-12<br>118:14-119:19<br>120:11-17<br>125:12-126:20 |

**18.   MICHAEL SEXTON**
   **August 22, 2012**

| | | | |
|---|---|---|---|
| 4:3-12<br>5:18-23<br>64:19-68:24<br>74:17-20<br>85:12-22<br>87:2-7 | 88:22-25<br>89:6-90:12<br>96:9-25<br>114:12-115:21<br>116:10-117:24 | 140:23-141:14<br>161:23-164:3<br>196:16-197:22<br>197:25-198:10<br>228:24-25 | 229:14-231:6<br>234:11-235:11<br>235:18-236:6<br>261:3-5<br>261:7-18 |

**19.   MICHAEL SEXTON**
   **August 23, 2012**

| | | | |
|---|---|---|---|
| 281:3-7<br>282:2-11<br>282:22-25<br>283:2-286:24<br>287:8-23<br>303:24-304:2<br>304:10-305:15 | 316:8-25<br>380:16-381:3<br>383:24-384:7<br>384:24-385:2<br>393:8-17<br>396:25-397:7 | 398:7-22 398:25-<br>399:7<br>399:9-16<br>411:9-412:8<br>412:22-413:17<br>416:23-417:16 | 457:6-459:18<br>460:8-19<br>463:25-464:24<br>508:21-510:7<br>510:9<br>515:12-20 |

### 20. MICHAEL SEXTON (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
### May 15, 2015

| | | | |
|---|---|---|---|
| 19:8-16 | 66:16-19 | 113:1-6 | 219:19-220:12 |
| 24:20-27:6 | 66:22-67:25 | 113:19-115:15 | 241:18-243:12 |
| 28:7-29:3 | 68:10-69:8 | 116:9-117:1 | 244:21-245:15 |
| 29:6-21 | 69:20-71:2 | 117:3-19 | 247:17-22 |
| 29:24-31:4 | 74:6-24 | 118:6-119:8 | 248:6-249:17 |
| 31:9-13 | 75:3-76:19 | 121:14-19 | 250:2-12 |
| 31:18-21 | 76:22-24 | 122:11-13 | 250:20-251:4 |
| 31:24-36:11 | 77:2-3 | 122:23-127:2 | 252:11-253:5 |
| 37:5-6 | 77:14-16 | 127:4-135:16 | 253:14-23 |
| 37:17-38:2 | 77:19-24 | 135:21-138:24 | 254:7-255:6 |
| 38:5-9 | 78:8-9 | 139:2-140:17 | 255:17-256:12 |
| 38:13 | 78:12-16 | 141:18-142:20 | 256:22-261:13 |
| 40:6-41:8 | 78:19 | 143:3-152:2 | 262:5-16 |
| 41:23-42:6 | 79:1-6 | 153:2-157:18 | 263:12 |
| 42:14-43:22 | 80:6-8 | 161:7-162:17 | 263:17 |
| 44:24-45:6 | 80:11-81:21 | 177:10-22 | 263:21-264:16 |
| 52:10-53:21 | 81:23-82:1 | 183:14-184:1 | 265:1-15 |
| 54:17-24 | 82:5-7 | 184:21-187:1 | 269:16-23 |
| 55:1-2 | 82:9-11 | 187:9-10 | 270:12-271:25 |
| 55:5-11 | 82:14-18 | 187:12-18 | 272:8-15 |
| 57:9-58:23 | 83:7-10 | 188:3-19 | 272:23-274:22 |
| 59:4-61:25 | 86:2-9 | 188:24-25 | 278:10-279:2 |
| 62:3-63:8 | 86:12-90:11 | 189:2-4 | 282:15-284:1 |
| 63:11-14 | 91:9-93:7 | 189:13-191:6 | 284:17-25 |
| 63:16-64:6 | 96:20-99:15 | 191:19-192:2 | 286:20-25 |
| 64:9-15 | 100:2-102:11 | 192:23-193:18 | 287:20-288:25 |
| 65:7-16 | 103:7-22 | 194:4-195:14 | 289:24-290:18 |
| 65:19-22 | 112:19-21 | 196:6-197:11 | 291:21-293:3 |
| 65:25-66:13 | 112:25 | 215:10-13 | |

### 21. CORINNE SOMMER
### November 7, 2012

| | | | |
|---|---|---|---|
| 6:9-10 | 25:12-15 | 54:13-21 | 94:15-25 |
| 6:22-25 | 33:6-34:6 | 60:6-25 | 95:2-12 |
| 7:22-25 | 34:23-37:13 | 61:2-3 | 98:20-23 |
| 8:2-3 | 48:19-25 | 62:10-21 | 123:5-124:22 |
| 18:8-20:23 | 49:2-8 | 71:22-25 | 196:20-23 |
| 23:20-25 | 49:19-25 | 72:2-72:22 | 197:11-13 |
| 24:2-13 | 50:2-7 | | |

### 22. KEITH SPERRY
### September 4, 2014

| | | | |
|---|---|---|---|
| 6:4-9 | 33:21-35:1 | 42:15-21 | 47:9-18 |
| 7:9-8:2 | 35:4-5 | 42:23 | 47:20 |
| 8:6-11:2 | 35:10-12 | 42:25-43:2 | 47:22-48:7 |
| 11:10-18:20 | 35:18-23 | 43:4-16 | 48:21-50:21 |
| 18:24-19:8 | 35:25-36:8 | 43:18 | 51:5-9 |
| 19:20-20:25 | 36:10-17 | 43:21-44:8 | 51:11 |
| 21:1-17 | 36:21 | 44:10-14 | 52:1-2 |
| 21:22-25 | 36:23 | 44:23-24 | 52:4 |
| 22:3-22:9 | 36:25-37:13 | 45:3-8 | 54:6-17 |

| | | | |
|---|---|---|---|
| 22:15-23:7 | 38:17-39:3 | 45:13 | 55:21-57:13 |
| 23:14-24:9 | 39:6-8 | 45:17-20 | 59:4-12 |
| 24:14-15 | 39:24-40:16 | 45:21-46:5 | 60:1-4 |
| 24:19-22 | 40:18 | 46:7 | 78:16-79:12 |
| 24:25-25:1 | 40:20-41:14 | 46:9 | 79:14 |
| 25:22-28:15 | 41:16 | 46:11-15 | 80:2-81:10 |
| 28:18-19 | 41:18-42:10 | 46:17-47:5 | 81:24-83:12 |
| 28:21 | 42:13 | 47:7-8 | 86:8-16 |
| 28:23-33:18 | | | |

**23.   ALLEN WEISSELBERG** (*Cohen v. Trump*, No. 3:13-cv-2519-GPC (WVG))
**June 24, 2015**

| | | | |
|---|---|---|---|
| 8:15-22 | 44:13-45:2 | 118:15-119:13 | 177:1-180:20 |
| 9:7-14 | 45:6 | 119:17-120:12 | 184:2-6 |
| 10:4-12:19 | 45:8-14 | 120:15-122:2 | 184:10 |
| 14:23-15:13 | 46:7-48:1 | 144:19-21 | 190:19-25 |
| 17:5-20 | 54:2-22 | 145:6-9 | 191:1-3 |
| 17:24-18:2 | 67:3-7 | 145:19-21 | 191:6 |
| 18:4-18:24 | 67:23-25 | 146:3-150:19 | 191:9-11 |
| 19:3-4 | 68:8-16 | 150:24-151:14 | 192:13-195:6 |
| 19:18-23:13 | 77:4-78:11 | 151:22-152:1 | 201:20-203:12 |
| 23:23-24:4 | 80:15-83:3 | 152:6-8 | 203:25-204:3 |
| 25:2-17 | 83:17-19 | 152:9-18 | 206:15-207:8 |
| 25:21-23 | 84:3-6 | 156:3-156:19 | 207:13-18 |
| 26:25-27:13 | 84:13 | 157:3-20 | 216:4-17 |
| 27:23-28:25 | 84:15-18 | 158:9-15 | 219:9-222:7 |
| 31:18-32:2 | 84:20-85:17 | 159:3-19 | 223:12-16 |
| 32:16-34:4 | 85:21-86:9 | 159:22-160:4 | 252:5-9 |
| 34:21-35:7 | 86:13-87:4 | 160:8 | 252:13 |
| 35:11-12 | 90:8-91:22 | 173:3-6 | 252:15-17 |
| 43:21-44:8 | 92:16-94:3 | 176:16-22 | 252:20 |

DATED: February 19, 2016

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
JASON A. FORGE
RACHEL L. JENSEN
BRIAN E. COCHRAN


                s/ Rachel L. Jensen
               RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

|    |    |
|----|----|
| 1  |    |
| 2  | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 3  | DANIEL J. PFEFFERBAUM<br>Post Montgomery Center |
| 4  | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 5  | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 6  | ROBBINS GELLER RUDMAN |
| 7  |   & DOWD LLP<br>MAUREEN E. MUELLER |
| 8  | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 |
| 9  | Telephone:  561/750-3000<br>561/750-3364 (fax) |
| 10 | ZELDES HAEGGQUIST & ECK, LLP |
| 11 | AMBER L. ECK<br>HELEN I. ZELDES |
| 12 | ALREEN HAEGGQUIST<br>AARON M. OLSEN |
| 13 | 225 Broadway, Suite 2050<br>San Diego, CA  92101 |
| 14 | Telephone:  619/342-8000<br>619/342-7878 (fax) |
| 15 | Class Counsel |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2016.

    s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,sbrown@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`