ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>  Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>PLAINTIFFS' FED. R. CIV. P. 26(a)(3) INITIAL EXHIBIT LIST<br><br>DATE:   May 6, 2016<br>TIME:   1:30 p.m.<br>CTRM:  2D<br>JUDGE: Hon. Gonzalo P. Curiel |

1120669_1

1    Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the
2 Court's February 8, 2016 Scheduling Order (Dkt. No. 442), attached hereto as Exhibit
3 A is an initial list of the documents that plaintiffs expect to offer during their case-in-
4 chief at trial in this action.[1]  Where possible, redacted documents will be replaced with
5 unredacted documents, and plaintiffs may introduced native files of identified
6 documents at trial.

7    By including these documents on their exhibit list, plaintiffs do not concede that
8 an identified document is admissible at trial, in whole or in part.  Plaintiffs reserve the
9 right to object to the admissibility of any document, or category of documents,
10 identified on their exhibit list.  Plaintiffs may file motions *in limine* that, if granted,
11 would render certain documents (or portions of documents) inadmissible at trial.
12 Depending on defendants' pretrial disclosures, the Court's pretrial rulings (*e.g.*,
13 motions *in limine*), and the evidence and testimony that defendants present at trial,
14 plaintiffs may withdraw certain of the documents from their exhibit list, and/or add
15 other documents not identified herein.

16    For any document referenced by deposition exhibit number, the deponent
17 designation shall not limit plaintiffs' use of the document at trial, and plaintiffs
18 expressly reserve their right to use any such document with any witness regardless of
19 whether it was utilized at their deposition.

---

[1]  Plaintiffs reserve the right to supplement their exhibit list under the Court's February 8, 2016 Scheduling Order (Dkt. No. 442), and to offer additional documents for purposes of impeachment and their rebuttal case, as well as any or all of the documents designated by defendants, regardless of whether defendants proffer such documents during their case-in-chief at trial.

1   Plaintiffs reserve the right to object to the admission of any document identified
2 on defendants' exhibit list. Plaintiffs further reserve the right to object, on any and all
3 bases, to defendants' introduction of any exhibit identified by plaintiffs in Exhibit A.

4 DATED: February 19, 2016           ROBBINS GELLER RUDMAN
                                       & DOWD LLP
5                                    PATRICK J. COUGHLIN
                                     JASON A. FORGE
6                                    RACHEL L. JENSEN
                                     BRIAN E. COCHRAN
7

8                                           s/ Rachel L. Jensen
9                                    ─────────────────────────
                                          RACHEL L. JENSEN

10                                   655 West Broadway, Suite 1900
                                     San Diego, CA  92101
11                                   Telephone:  619/231-1058
                                     619/231-7423 (fax)
12
                                     ROBBINS GELLER RUDMAN
13                                     & DOWD LLP
                                     DANIEL J. PFEFFERBAUM
14                                   Post Montgomery Center
                                     One Montgomery Street, Suite 1800
15                                   San Francisco, CA  94104
                                     Telephone:  415/288-4545
16                                   415/288-4534 (fax)

17                                   ROBBINS GELLER RUDMAN
                                       & DOWD LLP
18                                   MAUREEN E. MUELLER
                                     120 East Palmetto Park Road, Suite 500
19                                   Boca Raton, FL  33432
                                     Telephone:  561/750-3000
20                                   561/750-3364 (fax)

21                                   ZELDES HAEGGQUIST & ECK, LLP
                                     AMBER L. ECK
22                                   HELEN I. ZELDES
                                     ALREEN HAEGGQUIST
23                                   AARON M. OLSEN
                                     225 Broadway, Suite 2050
24                                   San Diego, CA  92101
                                     Telephone:  619/342-8000
25                                   619/342-7878 (fax)

26                                   Class Counsel

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2016.

      s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:	rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,sbrown@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)