# EXHIBIT A

**Exhibit A – Plaintiffs' Initial Trial Exhibit List**

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0001 | TU-PLTF02441 | TU-PLTF02441 | 0041 | DT0003462 | DT0003462 |
| 0002 | NYSED 000106 | NYSED 000107 | 0042 | DT0003464 | DT0003464 |
| 0003 | BBB NY 00496 | BBB NY 00497 | 0043 | DT0003472 | DT0003472 |
| 0004 | BBB NY 00499 | BBB NY 00500 | 0044 | DT0003479 | DT0003479 |
| 0005 | BBB NY 00501 | BBB NY 00502 | 0045 | DT0003485 | DT0003485 |
| 0006 | BBB NY 00505 | BBB NY 00505 | 0046 | DT0003489 | DT0003489 |
| 0007 | BBB NY 00506 | BBB NY 00506 | 0047 | DT0003520 | DT0003520 |
| 0008 | BBB NY 00507 | BBB NY 00509 | 0048 | DT0003531 | DT0003531 |
| 0009 | BLOOM 0003 | BLOOM 0006 | 0049 | DT0003532 | DT0003532 |
| 0010 | BLOOM 0041 | BLOOM 0041 | 0050 | DT0003533 | DT0003533 |
| 0011 | BLOOM 0289 | BLOOM 0290 | 0051 | DT0003537 | DT0003537 |
| 0012 | BLOOM 0513 | BLOOM 0564 | 0052 | DT0003542 | DT0003542 |
| 0013 | BLOOM 0001 | BLOOM 0634 | 0053 | DT0003684 | DT0003684 |
| 0014 | CONROY0000018 | CONROY0000018 | 0054 | DT0003687 | DT0003687 |
| 0015 | CONROY0000028 | CONROY0000028 | 0055 | DT0003688 | DT0003688 |
| 0016 | CONROY0000029 | CONROY0000029 | 0056 | DT0003706 | DT0003706 |
| 0017 | CONROY0000030 | CONROY0000030 | 0057 | DT0003750 | DT0003750 |
| 0018 | DT0000020 | DT0000022 | 0058 | DT0003760 | DT0003760 |
| 0019 | DT0000041 | DT0000042 | 0059 | DT0003761 | DT0003761 |
| 0020 | DT0000043 | DT0000058 | 0060 | DT0003765 | DT0003765 |
| 0021 | DT0000258 | DT0000259 | 0061 | DT0003777 | DT0003777 |
| 0022 | DT0000329 | DT0000331 | 0062 | DT0003778 | DT0003778 |
| 0023 | DT0000540 | DT0000541 | 0063 | DT0003779 | DT0003779 |
| 0024 | DT0000544 | DT0000742 | 0064 | DT0003780 | DT0003780 |
| 0025 | DT0002274 | DT0002275 | 0065 | DT0003781 | DT0003781 |
| 0026 | DT0003354 | DT0003394 | 0066 | DT0003782 | DT0003782 |
| 0027 | DT0003413 | DT0003413 | 0067 | DT0003783 | DT0003783 |
| 0028 | DT0003417 | DT0003417 | 0068 | DT0003784 | DT0003784 |
| 0029 | DT0003418 | DT0003418 | 0069 | DT0003785 | DT0003785 |
| 0030 | DT0003429 | DT0003429 | 0070 | DT0003786 | DT0003786 |
| 0031 | DT0003434 | DT0003434 | 0071 | DT0003884 | DT0003884 |
| 0032 | DT0003437 | DT0003437 | 0072 | DT0003891 | DT0003891 |
| 0033 | DT0003438 | DT0003438 | 0073 | DT0003897 | DT0003897 |
| 0034 | DT0003440 | DT0003440 | 0074 | DT0003898 | DT0003898 |
| 0035 | DT0003441 | DT0003441 | 0075 | DT0003910 | DT0003910 |
| 0036 | DT0003442 | DT0003442 | 0076 | DT0003915 | DT0003915 |
| 0037 | DT0003450 | DT0003450 | 0077 | DT0003941 | DT0003941 |
| 0038 | DT0003454 | DT0003454 | 0078 | DT0003955 | DT0003955 |
| 0039 | DT0003455 | DT0003455 | 0079 | DT0003956 | DT0003956 |
| 0040 | DT0003460 | DT0003460 | 0080 | DT0003972 | DT0003972 |

## Exhibit A – Plaintiffs' Initial Trial Exhibit List

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0081 | DT0003987 | DT0003987 | 0121 | DT0008692 | DT0008695 |
| 0082 | DT0004056 | DT0004056 | 0122 | DT0008998 | DT0008998 |
| 0083 | DT0004075 | DT0004075 | 0123 | DT0009028 | DT0009028 |
| 0084 | DT0004082 | DT0004082 | 0124 | DT0009029 | DT0009029 |
| 0085 | DT0004083 | DT0004083 | 0125 | DT0009983 | DT0009985 |
| 0086 | DT0004095 | DT0004095 | 0126 | DT0010233 | DT0010240 |
| 0087 | DT0004120 | DT0004120 | 0127 | DT0010462 | DT0010465 |
| 0088 | DT0004130 | DT0004130 | 0128 | DT0010758 | DT0010758 |
| 0089 | DT0004145 | DT0004145 | 0129 | DT0010922 | DT0010928 |
| 0090 | DT0004179 | DT0004179 | 0130 | DT0010931 | DT0010933 |
| 0091 | DT0004211 | DT0004211 | 0131 | DT0011495 | DT0011496 |
| 0092 | DT0004215 | DT0004215 | 0132 | DT0011803 | DT0011805 |
| 0093 | DT0004263 | DT0004263 | 0133 | DT0011881 | DT0011881 |
| 0094 | DT0004264 | DT0004264 | 0134 | DT0013056 | DT0013057 |
| 0095 | DT0004311 | DT0004311 | 0135 | DT0013270 | DT0013272 |
| 0096 | DT0004338 | DT0004338 | 0136 | DT0013301 | DT0013303 |
| 0097 | DT0004343 | DT0004343 | 0137 | DT0013319 | DT0013319 |
| 0098 | DT0004378 | DT0004378 | 0138 | DT0014689 | DT0014689 |
| 0099 | DT0004419 | DT0004419 | 0139 | DT0014690 | DT0014690 |
| 0100 | DT0004421 | DT0004421 | 0140 | DT0014894 | DT0014897 |
| 0101 | DT0004542 | DT0004542 | 0141 | DT0014943 | DT0014944 |
| 0102 | DT0004543 | DT0004543 | 0142 | DT0015982 | DT0015984 |
| 0103 | DT0004591 | DT0004591 | 0143 | DT0016993 | DT0016994 |
| 0104 | DT0004597 | DT0004597 | 0144 | DT0017736 | DT0017736 |
| 0105 | DT0004609 | DT0004609 | 0145 | DT0018154 | DT0018154 |
| 0106 | DT0004625 | DT0004625 | 0146 | DT0018217 | DT0018247 |
| 0107 | DT0004652 | DT0004652 | 0147 | DT0018251 | DT0018251 |
| 0108 | DT0004676 | DT0004676 | 0148 | DT0018307 | DT0018342 |
| 0109 | DT0004690 | DT0004690 | 0149 | DT0019657 | DT0019658 |
| 0110 | DT0004694 | DT0004694 | 0150 | DT0020189 | DT0020191 |
| 0111 | DT0004777 | DT0004777 | 0151 | DT0020612 | DT0020620 |
| 0112 | DT0004868 | DT0004868 | 0152 | DT0022027 | DT0022028 |
| 0113 | DT0004904 | DT0004904 | 0153 | DT0022884 | DT0022885 |
| 0114 | DT0004976 | DT0004976 | 0154 | DT0022886 | DT0022888 |
| 0115 | DT0004979 | DT0004979 | 0155 | DT0022891 | DT0022892 |
| 0116 | DT0004996 | DT0004996 | 0156 | DT0022893 | DT0022901 |
| 0117 | DT0005023 | DT0005023 | 0157 | DT0022902 | DT0022903 |
| 0118 | DT0008657 | DT0008659 | 0158 | DT0022904 | DT0022909 |
| 0119 | DT0008666 | DT0008676 | 0159 | DT0024495 | DT0024495 |
| 0120 | DT0008681 | DT0008691 | 0160 | DT0025882 | DT0025954 |

1120766_1

**Exhibit A – Plaintiffs' Initial Trial Exhibit List**

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0161 | DT0026959 | DT0026960 | 0195 | DT-LOTMAN 0001298 | DT-LOTMAN 0001298 |
| 0162 | DT0026961 | DT0026962 | 0196 | DT-LOTMAN 0001383 | DT-LOTMAN 0001384 |
| 0163 | DT0026963 | DT0026964 | 0197 | DT-LOTMAN 0001623 | DT-LOTMAN 0001624 |
| 0164 | DT0026965 | DT0026966 | 0198 | DT-LOTMAN 0001627 | DT-LOTMAN 0001630 |
| 0165 | DT0026967 | DT0026968 | 0199 | DT-LOTMAN 0002196 | DT-LOTMAN 0002196 |
| 0166 | DT0026969 | DT0026970 | 0200 | EARLY0000313 | EARLY0000314 |
| 0167 | DT0026971 | DT0026971 | 0201 | EARLY0000498 | EARLY0000498 |
| 0168 | DT0026972 | DT0026983 | 0202 | EARLY0000561 | EARLY0000572 |
| 0169 | DT0026984 | DT0026985 | 0203 | FOIL 130605 000292 | FOIL 130605 000292 |
| 0170 | DT0032731 | DT0032794 | 0204 | FOIL 130605 000297 | FOIL 130605 000297 |
| 0171 | DT0034291 | DT0034366 | 0205 | FOIL 130605 000299 | FOIL 130605 000299 |
| 0172 | DT0035243 | DT0035330 | 0206 | GOFF00001 | GOFF00037 |
| 0173 | DT0035487 | DT0035578 | 0207 | GOFF00038 | GOFF00055 |
| 0174 | DT0036884 | DT0036955 | 0208 | GOFF00199 | GOFF00242 |
| 0175 | DT0043461 | DT0043548 | 0209 | GOFF00259 | GOFF00280 |
| 0176 | DT0051750 | DT0051751 | 0210 | GOFF00385 | GOFF00456 |
| 0177 | DT0051850 | DT0051851 | 0211 | GOFF00478 | GOFF00478 |
| 0178 | DT0054718 | DT0054718 | 0212 | LUCAS0000001 | LUCAS0000001 |
| 0179 | DT0054750 | DT0054750 | 0213 | LUCAS0000005 | LUCAS0000018 |
| 0180 | DT0054923 | DT0055006 | 0214 | NOWLIN00042 | NOWLIN00042 |
| 0181 | DT0056406 | DT0056424 | 0215 | NOWLIN01279 | NOWLIN01293 |
| 0182 | DT0057279 | DT0057295 | 0216 | NOWLIN01294 | NOWLIN01294 |
| 0183 | DT0057375 | DT0059203 | 0217 | NOWLIN01426 | NOWLIN01486 |
| 0184 | DT-CGOFF 0000787 | DT-CGOFF 0000787 | 0218 | NOWLIN01489 | NOWLIN01691 |
| 0185 | DT-LOTMAN 0000141 | DT-LOTMAN 0000160 | 0219 | NYSED 000067 | NYSED 000068 |
| 0186 | DT-LOTMAN 0000497 | DT-LOTMAN 0000497 | 0220 | NYSED 000069 | NYSED 000069 |
| 0187 | DT-LOTMAN 0000510 | DT-LOTMAN 0000512 | 0221 | NYSED 000070 | NYSED 000071 |
| 0188 | DT-LOTMAN 0000598 | DT-LOTMAN 0000602 | 0222 | NYSED 000072 | NYSED 000072 |
| 0189 | DT-LOTMAN 0000735 | DT-LOTMAN 0000736 | 0223 | NYSED 000074 | NYSED 000075 |
| 0190 | DT-LOTMAN 0000852 | DT-LOTMAN 0000855 | 0224 | NYSED 000076 | NYSED 000077 |
| 0191 | DT-LOTMAN 0000914 | DT-LOTMAN 0000915 | 0225 | NYSED 000081 | NYSED 000083 |
| 0192 | DT-LOTMAN 0001036 | DT-LOTMAN 0001037 | 0226 | NYSED 000100 | NYSED 000100 |
| 0193 | DT-LOTMAN 0001095 | DT-LOTMAN 0001096 | 0227 | NYSED 000101 | NYSED 000101 |
| 0194 | DT-LOTMAN 0001170 | DT-LOTMAN 0001170 | 0228 | NYSED 00175 | NYSED 00177 |
|  |  |  | 0229 | NYSED 00219 | NYSED 00219 |

1120766_1

**Exhibit A – Plaintiffs' Initial Trial Exhibit List**

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0230 | NYSED 00250 | NYSED 00251 | 0270 | TRUMP 00124897 | TRUMP 00124911 |
| 0231 | NYSED 00253 | NYSED 00253 | 0271 | TRUMP 00126059 | TRUMP 00126071 |
| 0232 | NYSED 00254 | NYSED 00256 | 0272 | TRUMP 00126268 | TRUMP 00126270 |
| 0233 | PETERSON 1060 | PETERSON 1064 | 0273 | TRUMP 00126275 | TRUMP 00126292 |
| 0234 | PETERSON 1159 | PETERSON 1164 | 0274 | TRUMP 00129849 | TRUMP 00129849 |
| 0235 | TORG-0004312 | TORG-0004312 | 0275 | TRUMP 00135271 | TRUMP 00135361 |
| 0236 | TORG-0004995 | TORG-0005005 | 0276 | TRUMP 00137397 | TRUMP 00137453 |
| 0237 | TORG-0005093 | TORG-0005093 | 0277 | TRUMP 00137642 | TRUMP 00137642 |
| 0238 | TORG-0005113 | TORG-0005114 | 0278 | TRUMP 00138392 | TRUMP 00138432 |
| 0239 | TORG-0005115 | TORG-0005117 | 0279 | TRUMP 00138664 | TRUMP 00138675 |
| 0240 | TORG-0006094 | TORG-0006097 | 0280 | TRUMP 00140957 | TRUMP 00140959 |
| 0241 | TORG-0006227 | TORG-0006229 | 0281 | TRUMP 00141057 | TRUMP 00141059 |
| 0242 | TORG-0006514 | TORG-0006515 | 0282 | TRUMP 00141737 | TRUMP 00141757 |
| 0243 | TORG-0006521 | TORG-0006522 | 0283 | TRUMP 00149849 | TRUMP 00149850 |
| 0244 | TORG-0006556 | TORG-0006557 | 0284 | TRUMP 00149866 | TRUMP 00149871 |
| 0245 | TORG-0006558 | TORG-0006558 | 0285 | TRUMP 00149979 | TRUMP 00149980 |
| 0246 | TORG-0006559 | TORG-0006560 | 0286 | TRUMP 00149981 | TRUMP 00149983 |
| 0247 | TORG-0006574 | TORG-0006575 | 0287 | TRUMP 00150005 | TRUMP 00150007 |
| 0248 | TORG-0006582 | TORG-0006584 | 0288 | TRUMP 00150450 | TRUMP 00150452 |
| 0249 | TORG-0006588 | TORG-0006591 | 0289 | TRUMP 00151795 | TRUMP 00151800 |
| 0250 | TORG-0006965 | TORG-0006967 | 0290 | TRUMP 00157317 | TRUMP 00157318 |
| 0251 | TORG-0006970 | TORG-0006972 | 0291 | TRUMP 00158226 | TRUMP 00158229 |
| 0252 | TORG-0006973 | TORG-0006975 | 0292 | TRUMP 00160130 | TRUMP 00160192 |
| 0253 | TORG-0032952 | TORG-0032962 | 0293 | TRUMP 00160985 | TRUMP 00160987 |
| 0254 | TORG-0033096 | TORG-0033097 | 0294 | TRUMP 00161478 | TRUMP 00161481 |
| 0255 | TORG-0033106 | TORG-0033108 | 0295 | TRUMP 00161569 | TRUMP 00161570 |
| 0256 | TORG-0033110 | TORG-0033112 | 0296 | TRUMP 00161597 | TRUMP 00161597 |
| 0257 | TORG-0033113 | TORG-0033115 | 0297 | TRUMP 00161906 | TRUMP 00161910 |
| 0258 | TORG-0033313 | TORG-0033314 | 0298 | TRUMP 00163215 | TRUMP 00163215 |
| 0259 | TORG-0033338 | TORG-0033339 | 0299 | TRUMP 00165007 | TRUMP 00165009 |
| 0260 | TORG-0033433 | TORG-0033433 | 0300 | TRUMP 00165047 | TRUMP 00165049 |
| 0261 | TORG-0034030 | TORG-0034030 | 0301 | TRUMP 00165443 | TRUMP 00165451 |
| 0262 | TORG-0034048 | TORG-0034048 | 0302 | TRUMP 00165491 | TRUMP 00165494 |
| 0263 | TORG-0034067 | TORG-0034068 | 0303 | TRUMP 00167329 | TRUMP 00167330 |
| 0264 | TORG-0034180 | TORG-0034181 | 0304 | TRUMP 00169331 | TRUMP 00169332 |
| 0265 | TORG-0034182 | TORG-0034182 | 0305 | TRUMP 00169407 | TRUMP 00169409 |
| 0266 | TORG-0034183 | TORG-0034185 | 0306 | TRUMP 00181522 | TRUMP 00181526 |
| 0267 | TORG-0034309 | TORG-0034309 | 0307 | TRUMP 00181650 | TRUMP 00181651 |
| 0268 | TORG-0034391 | TORG-0034392 | 0308 | TRUMP 00182105 | TRUMP 00182107 |
| 0269 | TORG-0034474 | TORG-0034475 | 0309 | TRUMP 00182175 | TRUMP 00182177 |

1120766_1

Exhibit A – Plaintiffs' Initial Trial Exhibit List

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0310 | TRUMP 00182249 | TRUMP 00182250 | 0350 | TRUMP 00232854 | TRUMP 00232855 |
| 0311 | TRUMP 00185594 | TRUMP 00185598 | 0351 | TRUMP 00233033 | TRUMP 00233039 |
| 0312 | TRUMP 00186205 | TRUMP 00186205 | 0352 | TU 01455 | TU 01460 |
| 0313 | TRUMP 00186516 | TRUMP 00186519 | 0353 | TU 01518 | TU 01519 |
| 0314 | TRUMP 00186520 | TRUMP 00186523 | 0354 | TU 01562 | TU 01565 |
| 0315 | TRUMP 00187563 | TRUMP 00187565 | 0355 | TU 01562_NC | TU 01580_NC |
| 0316 | TRUMP 00190143 | TRUMP 00190143 | 0356 | TU 01581 | TU 01602 |
| 0317 | TRUMP 00192397 | TRUMP 00192399 | 0357 | TU 01603 | TU 01631 |
| 0318 | TRUMP 00204568 | TRUMP 00204582 | 0358 | TU 01632 | TU 01632 |
| 0319 | TRUMP 00207884 | TRUMP 00207885 | 0359 | TU 101931 | TU 101936 |
| 0320 | TRUMP 00207911 | TRUMP 00207912 | 0360 | TU 102277 | TU 102315 |
| 0321 | TRUMP 00207915 | TRUMP 00207918 | 0361 | TU 102414 | TU 102414 |
| 0322 | TRUMP 00208127 | TRUMP 00208141 | 0362 | TU 102409 | TU 102415 |
| 0323 | TRUMP 00209258 | TRUMP 00209260 | 0363 | TU 102422 | TU 102426 |
| 0324 | TRUMP 00214126 | TRUMP 00214128 | 0364 | TU 102427 | TU 102431 |
| 0325 | TRUMP 00214207 | TRUMP 00214207 | 0365 | TU 102483 | TU 102483 |
| 0326 | TRUMP 00217664 | TRUMP 00217667 | 0366 | TU 102899 | TU 102900 |
| 0327 | TRUMP 00218613 | TRUMP 00218614 | 0367 | TU 102909 | TU 102922 |
| 0328 | TRUMP 00218723 | TRUMP 00218725 | 0368 | TU 102927 | TU 102929 |
| 0329 | TRUMP 00218957 | TRUMP 00218957 | 0369 | TU 102946 | TU 102950 |
| 0330 | TRUMP 00218993 | TRUMP 00218993 | 0370 | TU 102951 | TU 102953 |
| 0331 | TRUMP 00229452 | TRUMP 00229497 | 0371 | TU 102954 | TU 102956 |
| 0332 | TRUMP 00230469 | TRUMP 00230472 | 0372 | TU 102957 | TU 102959 |
| 0333 | TRUMP 00230505 | TRUMP 00230506 | 0373 | TU 103583 | TU 103641 |
| 0334 | TRUMP 00230913 | TRUMP 00230917 | 0374 | TU 103681 | TU 103771 |
| 0335 | TRUMP 00230930 | TRUMP 00230933 | 0375 | TU 104661 | TU 104747 |
| 0336 | TRUMP 00231007 | TRUMP 00231009 | 0376 | TU 105061 | TU 105088 |
| 0337 | TRUMP 00231152 | TRUMP 00231154 | 0377 | TU 105220 | TU 105268 |
| 0338 | TRUMP 00231244 | TRUMP 00231245 | 0378 | TU 105269 | TU 105299 |
| 0339 | TRUMP 00231380 | TRUMP 00231381 | 0379 | TU 105438 | TU 105468 |
| 0340 | TRUMP 00231466 | TRUMP 00231466 | 0380 | TU 106436 | TU 106486 |
| 0341 | TRUMP 00231482 | TRUMP 00231483 | 0381 | TU 106519 | TU 106674 |
| 0342 | TRUMP 00231864 | TRUMP 00231867 | 0382 | TU 107219 | TU 107375 |
| 0343 | TRUMP 00231898 | TRUMP 00231899 | 0383 | TU 122322 | TU 122540 |
| 0344 | TRUMP 00231902 | TRUMP 00231909 | 0384 | TU 123460 | TU 123460 |
| 0345 | TRUMP 00232055 | TRUMP 00232072 | 0385 | TU 123466 | TU 123466 |
| 0346 | TRUMP 00232073 | TRUMP 00232077 | 0386 | TU 123467 | TU 123467 |
| 0347 | TRUMP 00232773 | TRUMP 00232782 | 0387 | TU 123613 | TU 123613 |
| 0348 | TRUMP 00232837 | TRUMP 00232839 | 0388 | TU 123615 | TU 123615 |
| 0349 | TRUMP 00232840 | TRUMP 00232843 | 0389 | TU 123623 | TU 123623 |

1120766_1

**Exhibit A – Plaintiffs' Initial Trial Exhibit List**

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0390 | TU 123625 | TU 123625 | 0430 | TU 126061 | TU 126071 |
| 0391 | TU 123626 | TU 123626 | 0431 | TU 127742 | TU 127743 |
| 0392 | TU 123627 | TU 123627 | 0432 | TU 129151 | TU 129151 |
| 0393 | TU 123650 | TU 123650 | 0433 | TU 129169 | TU 129169 |
| 0394 | TU 123655 | TU 123655 | 0434 | TU 129678 | TU 129679 |
| 0395 | TU 123659 | TU 123659 | 0435 | TU 129811 | TU 129811 |
| 0396 | TU 123663 | TU 123663 | 0436 | TU 129814 | TU 129815 |
| 0397 | TU 123665 | TU 123665 | 0437 | TU 129810 | TU 129817 |
| 0398 | TU 123671 | TU 123671 | 0438 | TU 129818 | TU 129818 |
| 0399 | TU 123674 | TU 123674 | 0439 | TU 129819 | TU 129820 |
| 0400 | TU 123723 | TU 123723 | 0440 | TU 129821 | TU 129822 |
| 0401 | TU 123744 | TU 123744 | 0441 | TU 129823 | TU 129825 |
| 0402 | TU 123777 | TU 123777 | 0442 | TU 129850 | TU 129851 |
| 0403 | TU 123778 | TU 123778 | 0443 | TU 129878 | TU 129884 |
| 0404 | TU 123826 | TU 123826 | 0444 | TU 130015 | TU 130016 |
| 0405 | TU 123963 | TU 123963 | 0445 | TU 130021 | TU 130021 |
| 0406 | TU 123965 | TU 123965 | 0446 | TU 130022 | TU 130022 |
| 0407 | TU 124009 | TU 124009 | 0447 | TU 130023 | TU 130024 |
| 0408 | TU 124029 | TU 124029 | 0448 | TU 130025 | TU 130025 |
| 0409 | TU 124086 | TU 124086 | 0449 | TU 130026 | TU 130027 |
| 0410 | TU 124183 | TU 124183 | 0450 | TU 130103 | TU 130104 |
| 0411 | TU 124184 | TU 124184 | 0451 | TU 130113 | TU 130113 |
| 0412 | TU 124250 | TU 124250 | 0452 | TU 130164 | TU 130251 |
| 0413 | TU 124322 | TU 124322 | 0453 | TU 130252 | TU 130293 |
| 0414 | TU 124444 | TU 124444 | 0454 | TU 130294 | TU 130340 |
| 0415 | TU 124445 | TU 124445 | 0455 | TU 130393 | TU 130418 |
| 0416 | TU 124447 | TU 124447 | 0456 | TU 130419 | TU 130550 |
| 0417 | TU 124572 | TU 124572 | 0457 | TU 131033 | TU 131033 |
| 0418 | TU 124639 | TU 124639 | 0458 | TU 133095 | TU 133098 |
| 0419 | TU 124656 | TU 124656 | 0459 | TU 133999 | TU 134000 |
| 0420 | TU 124730 | TU 124730 | 0460 | TU 135281 | TU 135281 |
| 0421 | TU 124748 | TU 124748 | 0461 | TU 135331 | TU 135333 |
| 0422 | TU 124785 | TU 124785 | 0462 | TU 135400 | TU 135400 |
| 0423 | TU 124806 | TU 124806 | 0463 | TU 135400.0001 | TU 135400.0001 |
| 0424 | TU 124810 | TU 124810 | 0464 | TU 135400.0002 | TU 135400.0002 |
| 0425 | TU 124941 | TU 124941 | 0465 | TU 135454 | TU 135454 |
| 0426 | TU 124972 | TU 124972 | 0466 | TU 135457 | TU 135460 |
| 0427 | TU 125013 | TU 125013 | 0467 | TU 135508 | TU 135508 |
| 0428 | TU 125084 | TU 125084 | 0468 | TU 135508.0001 | TU 135508.0008 |
| 0429 | TU 125117 | TU 125117 | 0469 | TU 135516 | TU 135517 |

**Exhibit A – Plaintiffs' Initial Trial Exhibit List**

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0470 | TU 135578 | TU 135579 | 0510 | TU 154703 | TU 154704 |
| 0471 | TU 135602 | TU 135603 | 0511 | TU 154839 | TU 154840 |
| 0472 | TU 135609 | TU 135615 | 0512 | TU 155999 | TU 156001 |
| 0473 | TU 135713 | TU 135716 | 0513 | TU 166277 | TU 166299 |
| 0474 | TU 135881 | TU 135882 | 0514 | TU 168227 | TU 168228 |
| 0475 | TU 135883 | TU 135883 | 0515 | TU 168240 | TU 168240 |
| 0476 | TU 135884 | TU 135885 | 0516 | TU 168333 | TU 168335 |
| 0477 | TU 135903 | TU 135904 | 0517 | TU 168523 | TU 168553 |
| 0478 | TU 136391 | TU 136401 | 0518 | TU 168890 | TU 168891 |
| 0479 | TU 136976 | TU 136979 | 0519 | TU 168914 | TU 168918 |
| 0480 | TU 137424 | TU 137426 | 0520 | TU 169689 | TU 169689 |
| 0481 | TU 137771 | TU 137772 | 0521 | TU 169726 | TU 169729 |
| 0482 | TU 137775 | TU 137777 | 0522 | TU 169745 | TU 169746 |
| 0483 | TU 137778 | TU 137781 | 0523 | TU 169757 | TU 169758 |
| 0484 | TU 137793 | TU 137819 | 0524 | TU 169761 | TU 169762 |
| 0485 | TU 138630 | TU 138631 | 0525 | TU 169795 | TU 169796 |
| 0486 | TU 138699 | TU 138700 | 0526 | TU 170071 | TU 170071 |
| 0487 | TU 138701 | TU 138703 | 0527 | TU 170117 | TU 170119 |
| 0488 | TU 138851 | TU 138853 | 0528 | TU 170162 | TU 170162 |
| 0489 | TU 139109 | TU 139110 | 0529 | TU 170433 | TU 170433 |
| 0490 | TU 139434 | TU 139437 | 0530 | TU 170434 | TU 170438 |
| 0491 | TU 139680 | TU 139681 | 0531 | TU 170558 | TU 170559 |
| 0492 | TU 139780 | TU 139781 | 0532 | TU 170753 | TU 170754 |
| 0493 | TU 139782 | TU 139783 | 0533 | TU 171309 | TU 171313 |
| 0494 | TU 139784 | TU 139785 | 0534 | TU 171730 | TU 171741 |
| 0495 | TU 139944 | TU 139944 | 0535 | TU 171773 | TU 171796 |
| 0496 | TU 140043 | TU 140048 | 0536 | TU 172767 | TU 172770 |
| 0497 | TU 140198 | TU 140202 | 0537 | TU 175122 | TU 175124 |
| 0498 | TU 140593 | TU 140594 | 0538 | TU 197502 | TU 197503 |
| 0499 | TU 141137 | TU 141139 | 0539 | TU 198336 | TU 198359 |
| 0500 | TU 141149 | TU 141152 | 0540 | TU 211309 | TU 211309 |
| 0501 | TU 141761 | TU 141763 | 0541 | TU 212059 | TU 212059 |
| 0502 | TU 141840 | TU 141846 | 0542 | TU 25243 | TU 24244 |
| 0503 | TU 142058 | TU 142060 | 0543 | TU 25047 | TU 25053 |
| 0504 | TU 143024 | TU 143032 | 0544 | TU 25206 | TU 25209 |
| 0505 | TU 143691 | TU 143692 | 0545 | TU 25214 | TU 25217 |
| 0506 | TU 143703 | TU 143706 | 0546 | TU 25218 | TU 25219 |
| 0507 | TU 146192 | TU 146228 | 0547 | TU 25221 | TU 25222 |
| 0508 | TU 154573 | TU 154586 | 0548 | TU 25223 | TU 25226 |
| 0509 | TU 154665 | TU 154702 | 0549 | TU 25228 | TU 25229 |

**Exhibit A – Plaintiffs' Initial Trial Exhibit List**

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0550 | TU 25230 | TU 25230 | 0590 | TU 266561 | TU 266562 |
| 0551 | TU 25231 | TU 25232 | 0591 | TU 266565 | TU 266569 |
| 0552 | TU 25238 | TU 25239 | 0592 | TU 278970 | TU 278975 |
| 0553 | TU 25240 | TU 25241 | 0593 | TU 281177 | TU 281183 |
| 0554 | TU 25245 | TU 25248 | 0594 | TU 282538 | TU 282541 |
| 0555 | TU 25251 | TU 25252 | 0595 | TU 282993 | TU 282999 |
| 0556 | TU 25253 | TU 25256 | 0596 | TU 291250 | TU 291250 |
| 0557 | TU 25257 | TU 25258 | 0597 | TU 305606 | TU 305606 |
| 0558 | TU 25259 | TU 25260 | 0598 | TU 305739 | TU 305739 |
| 0559 | TU 25261 | TU 25264 | 0599 | TU 48727 | TU 48729 |
| 0560 | TU 25265 | TU 25266 | 0600 | TU 49135 | TU 49145 |
| 0561 | TU 25268 | TU 25269 | 0601 | TU 49146 | TU 49156 |
| 0562 | TU 25270 | TU 25271 | 0602 | TU 49897 | TU 49898 |
| 0563 | TU 25274 | TU 25275 | 0603 | TU 50350 | TU 50371 |
| 0564 | TU 25277 | TU 25278 | 0604 | TU 50372 | TU 50386 |
| 0565 | TU 25281 | TU 25282 | 0605 | TU 51656 | TU 51671 |
| 0566 | TU 25283 | TU 25286 | 0606 | TU 52751 | TU 52752 |
| 0567 | TU 25295 | TU 25298 | 0607 | TU 52934 | TU 53105 |
| 0568 | TU 25300 | TU 25301 | 0608 | TU 59124 | TU 59124 |
| 0569 | TU 25302 | TU 25303 | 0609 | TU 59168 | TU 59256 |
| 0570 | TU 25304 | TU 25307 | 0610 | TU 60599 | TU 60599 |
| 0571 | TU 25308 | TU 25309 | 0611 | TU 60427 | TU 60665 |
| 0572 | TU 25310 | TU 25311 | 0612 | TU 60666 | TU 60667 |
| 0573 | TU 25313 | TU 25316 | 0613 | TU 60667 | TU 60667 |
| 0574 | TU 25318 | TU 25321 | 0614 | TU 61147 | TU 61158 |
| 0575 | TU 25322 | TU 25323 | 0615 | TU 61745 | TU 61750 |
| 0576 | TU 25324 | TU 25327 | 0616 | TU 61751 | TU 61752 |
| 0577 | TU 25328 | TU 25329 | 0617 | TU 62027 | TU 62056 |
| 0578 | TU 25335 | TU 25336 | 0618 | TU 62063 | TU 62063 |
| 0579 | TU 25343 | TU 25344 | 0619 | TU 62064 | TU 62064 |
| 0580 | TU 25524 | TU 25524 | 0620 | TU 62065 | TU 62069 |
| 0581 | TU 25580 | TU 25580 | 0621 | TU 62068 | TU 62069 |
| 0582 | TU 25619 | TU 25619 | 0622 | TU 62079 | TU 62082 |
| 0583 | TU 25627 | TU 25627 | 0623 | TU 62093 | TU 62093 |
| 0584 | TU 25630 | TU 25630 | 0624 | TU 62091 | TU 62100 |
| 0585 | TU 25691 | TU 25691 | 0625 | TU 65237 | TU 65237 |
| 0586 | TU 266341 | TU 266343 | 0626 | TU 65243 | TU 65243 |
| 0587 | TU 266493 | TU 266493 | 0627 | TU 67580 | TU 67580 |
| 0588 | TU 266549 | TU 266551 | 0628 | TU 67769 | TU 67769 |
| 0589 | TU 266559 | TU 266559 | 0629 | TU 68112 | TU 68112 |

Exhibit A – Plaintiffs' Initial Trial Exhibit List

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0630 | TU 70116 | TU 70117 | 0670 | TU 98020 | TU 98052 |
| 0631 | TU 71487 | TU 71487 | 0671 | TU 98053 | TU 98099 |
| 0632 | TU 71599 | TU 71964 | 0672 | TU 98100 | TU 98150 |
| 0633 | TU 71944 | TU 71986 | 0673 | TU 98151 | TU 98176 |
| 0634 | TU 72087 | TU 72088 | 0674 | TU 98177 | TU 98209 |
| 0635 | TU 72101 | TU 72103 | 0675 | TU 98331 | TU 98373 |
| 0636 | TU 72427 | TU 72431 | 0676 | TU 98374 | TU 98441 |
| 0637 | TU 95918 | TU 95921 | 0677 | TU 98475 | TU 98552 |
| 0638 | TU 96008 | TU 96010 | 0678 | TU 98628 | TU 98657 |
| 0639 | TU 96011 | TU 96034 | 0679 | TU 98658 | TU 98690 |
| 0640 | TU 96038 | TU 96053 | 0680 | TU 98691 | TU 98737 |
| 0641 | TU 96045 | TU 96053 | 0681 | TU 98738 | TU 98781 |
| 0642 | TU 96061 | TU 96065 | 0682 | TU 98782 | TU 98835 |
| 0643 | TU 96114 | TU 96116 | 0683 | TU 98836 | TU 98890 |
| 0644 | TU 96855 | TU 96856 | 0684 | TU 98891 | TU 98924 |
| 0645 | TU 96908 | TU 96909 | 0685 | TU 98925 | TU 98956 |
| 0646 | TU 97041 | TU 97064 | 0686 | TU 98957 | TU 99003 |
| 0647 | TU 97065 | TU 97085 | 0687 | TU 99111 | TU 99166 |
| 0648 | TU 97101 | TU 97128 | 0688 | TU 99167 | TU 99219 |
| 0649 | TU 97129 | TU 97159 | 0689 | TU 99220 | TU 99295 |
| 0650 | TU 97160 | TU 97180 | 0690 | TU 99296 | TU 99357 |
| 0651 | TU 97181 | TU 97254 | 0691 | TU 99358 | TU 99416 |
| 0652 | TU 97255 | TU 97282 | 0692 | TU 99417 | TU 99473 |
| 0653 | TU 97304 | TU 97308 | 0693 | TU 99474 | TU 99515 |
| 0654 | TU 97328 | TU 97341 | 0694 | TU 99516 | TU 99576 |
| 0655 | TU 97342 | TU 97372 | 0695 | TU 99577 | TU 99623 |
| 0656 | TU 97373 | TU 97394 | 0696 | TU 99624 | TU 99658 |
| 0657 | TU 97396 | TU 97407 | 0697 | TU 99659 | TU 99701 |
| 0658 | TU 97408 | TU 97436 | 0698 | TU 99702 | TU 99745 |
| 0659 | TU 97466 | TU 97487 | 0699 | TU 99802 | TU 99828 |
| 0660 | TU 97488 | TU 97505 | 0700 | TU 99869 | TU 99885 |
| 0661 | TU 97543 | TU 97563 | 0701 | TU64475 | TU64476 |
| 0662 | TU 97564 | TU 97587 | 0702 | TU64496 | TU64497 |
| 0663 | TU 97588 | TU 97621 | 0703 | TU66775 | TU66777 |
| 0664 | TU 97632 | TU 97654 | 0704 | TU69428 | TU69429 |
| 0665 | TU 97655 | TU 97679 | 0705 | TU69434 | TU69434 |
| 0666 | TU 97702 | TU 97742 | 0706 | TU69463 | TU69463 |
| 0667 | TU 97743 | TU 97790 | 0707 | TU-BROWN0000001 | TU-BROWN0000019 |
| 0668 | TU 97791 | TU 97848 | 0708 | TU-BROWN0000020 | TU-BROWN0000027 |
| 0669 | TU 97959 | TU 98019 | | | |

- 9 -

### Exhibit A – Plaintiffs' Initial Trial Exhibit List

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0709 | TU-BROWN0000028 | TU-BROWN0000032 | 0740 | TU-EVERETT0000025 | TU-EVERETT0000025 |
| 0710 | TU-BROWN0000047 | TU-BROWN0000048 | 0741 | TU-EVERETT0000026 | TU-EVERETT0000028 |
| 0711 | TU-BROWN0000065 | TU-BROWN0000065 | 0742 | TU-EVERETT0000029 | TU-EVERETT0000029 |
| 0712 | TU-BROWN0000066 | TU-BROWN0000067 | 0743 | TU-EVERETT0000047 | TU-EVERETT0000047 |
| 0713 | TU-COHEN0000005 | TU-COHEN0000005 | 0744 | TU-EVERETT0000058 | TU-EVERETT0000081 |
| 0714 | TU-COHEN0000006 | TU-COHEN0000006 | 0745 | TU-EVERETT0000082 | TU-EVERETT0000090 |
| 0715 | TU-COHEN0000007 | TU-COHEN0000009 | 0746 | TU-EVERETT0000322 | TU-EVERETT0000322 |
| 0716 | TU-COHEN0000010 | TU-COHEN0000017 | 0747 | TU-EVERETT0000331 | TU-EVERETT0000331 |
| 0717 | TU-COHEN0000023 | TU-COHEN0000025 | 0748 | TU-JORDAN0000109 | TU-JORDAN0000131 |
| 0718 | TU-COHEN0000027 | TU-COHEN0000040 | 0749 | TU-LOW0000001 | TU-LOW0000009 |
| 0719 | TU-COHEN0000044 | TU-COHEN0000046 | 0750 | TU-LOW0000010 | TU-LOW0000010 |
| 0720 | TU-COHEN0000169 | TU-COHEN0000170 | 0751 | TU-LOW0000011 | TU-LOW0000014 |
| 0721 | TU-COHEN0000194 | TU-COHEN0000196 | 0752 | TU-LOW0000048 | TU-LOW0000053 |
| 0722 | TU-COHEN0000271 | TU-COHEN0000273 | 0753 | TU-LOW0000057 | TU-LOW0000057 |
| 0723 | TU-COHEN0000400 | TU-COHEN0000401 | 0754 | TU-LOW0000058 | TU-LOW0000059 |
| 0724 | TU-COHEN0000531 | TU-COHEN0000531 | 0755 | TU-LOW0000060 | TU-LOW0000060 |
| 0725 | TU-COHEN0000546 | TU-COHEN0000547 | 0756 | TU-LOW0000065 | TU-LOW0000073 |
| 0726 | TU-COHEN0000548 | TU-COHEN0000549 | 0757 | TU-LOW0000088 | TU-LOW0000096 |
| 0727 | TU-COHEN0000550 | TU-COHEN0000551 | 0758 | TU-LOW0000146 | TU-LOW0000150 |
| 0728 | TU-COHEN0000552 | TU-COHEN0000553 | 0759 | TU-LOW0000233 | TU-LOW0000234 |
| 0729 | TU-COHEN0000629 | TU-COHEN0000630 | 0760 | TU-LOW0000329 | TU-LOW0000335 |
| 0730 | TU-DONNELLY0000001 | TU-DONNELLY0000020 | 0761 | TU-LOW0000370 | TU-LOW0000370 |
| 0731 | TU-DONNELLY0000068 | TU-DONNELLY0000086 | 0762 | TU-LOW0000383 | TU-LOW0000383 |
| 0732 | TU-DONNELLY0001211 | TU-DONNELLY0001211 | 0763 | TU-LOW0000387 | TU-LOW0000388 |
| 0733 | TU-EVERETT0000004 | TU-EVERETT0000004 | 0764 | TU-LOW0000396 | TU-LOW0000416 |
| 0734 | TU-EVERETT0000005 | TU-EVERETT0000005 | 0765 | TU-LOW0000464 | TU-LOW0000464 |
| 0735 | TU-EVERETT0000008 | TU-EVERETT0000008 | 0766 | TU-LOW0000465 | TU-LOW0000507 |
| 0736 | TU-EVERETT0000012 | TU-EVERETT0000012 | 0767 | TU-LOW0000519 | TU-LOW0000519 |
| 0737 | TU-EVERETT0000016 | TU-EVERETT0000016 | 0768 | TU-LOW0000520 | TU-LOW0000528 |
| 0738 | TU-EVERETT0000001 | TU-EVERETT0000018 | 0769 | TU-LOW0000543 | TU-LOW0000545 |
| 0739 | TU-EVERETT0000019 | TU-EVERETT0000020 | 0770 | TU-LOW0000695 | TU-LOW0000695 |
| | | | 0771 | TU-LOW0000700 | TU-LOW0000724 |
| | | | 0772 | TU-LOW0000701 | TU-LOW0000724 |
| | | | 0773 | TU-LOW0000726 | TU-LOW0000727 |

1120766_1

## Exhibit A – Plaintiffs' Initial Trial Exhibit List

| Control No. | Begno/Depo Ex. No./Doc Description | Endno | Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|---|---|---|
| 0774 | TU-LOW0000733 | TU-LOW0000733 | 0811 | TU-PLTF00259 | TU-PLTF00299 |
| 0775 | TU-LOW0000734 | TU-LOW0000736 | 0812 | TU-PLTF00710 | TU-PLTF00714 |
| 0776 | TU-LOW0000774 | TU-LOW0000774 | 0813 | TU-PLTF02249 | TU-PLTF02440 |
| 0777 | TU-LOW0000775 | TU-LOW0000775 | 0814 | TU-PLTF03079 | TU-PLTF03082 |
| 0778 | TU-LOW0000776 | TU-LOW0000776 | 0815 | TU-PLTF03516 | TU-PLTF03516 |
| 0779 | TU-LOW0000777 | TU-LOW0000777 | 0816 | TU-PLTF03522 | TU-PLTF03523 |
| 0780 | TU-LOW0000778 | TU-LOW0000791 | 0817 | TU-PLTF03524 | TU-PLTF03525 |
| 0781 | TU-LOW0000796 | TU-LOW0000796 | 0818 | TU-PLTF03529 | TU-PLTF03530 |
| 0782 | TU-LOW0000887 | TU-LOW0000888 | 0819 | TU-PLTF03541 | TU-PLTF03542 |
| 0783 | TU-LOW0000893 | TU-LOW0000893 | 0820 | TU-PLTF03612 | TU-PLTF03613 |
| 0784 | TU-LOW0000894 | TU-LOW0000896 | 0821 | TU-PLTF03742 | TU-PLTF03748 |
| 0785 | TU-LOW0000902 | TU-LOW0000903 | 0822 | TU-PLTF04005 | TU-PLTF04041 |
| 0786 | TU-LOW0000905 | TU-LOW0000906 | 0823 | TU-PLTF04055 | TU-PLTF04099 |
| 0787 | TU-LOW0000911 | TU-LOW0000912 | 0824 | TU-PLTF04100 | TU-PLTF04158 |
| 0788 | TU-LOW0000913 | TU-LOW0000913 | 0825 | TU-PLTF04159 | TU-PLTF04196 |
| 0789 | TU-LOW0000917 | TU-LOW0000917 | 0826 | TU-PLTF04292 | TU-PLTF04328 |
| 0790 | TU-LOW0001104 | TU-LOW0001105 | 0827 | TU-PLTF04372 | TU-PLTF04442 |
| 0791 | TU-LOW0001119 | TU-LOW0001119 | 0828 | TU-PLTF04443 | TU-PLTF04465 |
| 0792 | TU-LOW0001117 | TU-LOW0001125 | 0829 | TU-PLTF04466 | TU-PLTF04473 |
| 0793 | TU-MAKAEFF0304 | TU-MAKAEFF0304 | 0830 | TU-PLTF04474 | TU-PLTF04489 |
| 0794 | TU-MAKAEFF0643 | TU-MAKAEFF0643 | 0831 | TU-PLTF04490 | TU-PLTF04555 |
| 0795 | TU-MAKAEFF0644 | TU-MAKAEFF0644 | 0832 | TU-PLTF04556 | TU-PLTF04605 |
| 0796 | TU-MAKAEFF0645 | TU-MAKAEFF0645 | 0833 | TU-PLTF04653 | TU-PLTF04672 |
| 0797 | TU-MAKAEFF0646 | TU-MAKAEFF0646 | 0834 | TU-PLTF04816 | TU-PLTF04830 |
| 0798 | TU-MAKAEFF0647 | TU-MAKAEFF0647 | 0835 | WEISER001256 | WEISER001256 |
| 0799 | TU-MAKAEFF2037 | TU-MAKAEFF2038 | 0836 | WEISER001604 | WEISER001628 |
| 0800 | TU-MAKAEFF2036 | TU-MAKAEFF2041 | 0837 | Birnie 74 | |
| 0801 | TU-MAKAEFF5181 | TU-MAKAEFF5182 | 0838 | Cohen Vol. II - 16 | |
| 0802 | TU-NYSED-000007 | TU-NYSED-000008 | 0839 | Conroy 282 | |
| 0803 | TU-NYSED-000162 | TU-NYSED-000163 | 0840 | Conroy 285 | |
| 0804 | TU-OBERKROM0001 | TU-OBERKROM0002 | 0841 | Covais (Cohen) 212 | |
| 0805 | TU-OBERKROM0015 | TU-OBERKROM0015 | 0842 | DJT 467 | |
| 0806 | TU-OBERKROM0031 | TU-OBERKROM0032 | 0843 | DJT 474 | |
| | | | 0844 | DJT 475 | |
| 0807 | TU-OBERKROM0693 | TU-OBERKROM0698 | 0845 | DJT 476A | |
| | | | 0846 | DJT 477 | |
| 0808 | TU-OBERKROM0709 | TU-OBERKROM0711 | 0847 | DJT 478 | |
| | | | 0848 | DJT 479 | |
| 0809 | TU-PLTF00199 | TU-PLTF00200 | 0849 | DJT 481 | |
| 0810 | TU-PLTF00255 | TU-PLTF00258 | 0850 | DJT 482 | |

1120766_1

### Exhibit A – Plaintiffs' Initial Trial Exhibit List

| Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|
| 0851 | DJT 483 | |
| 0852 | DJT 484 | |
| 0853 | DJT 485 | |
| 0854 | DJT 487 | |
| 0855 | DJT 488 | |
| 0856 | DJT 489 | |
| 0857 | DJT 490 | |
| 0858 | DJT 491 | |
| 0859 | DJT 493 | |
| 0860 | DJT 495 | |
| 0861 | DJT 496 | |
| 0862 | DJT 502 | |
| 0863 | DJT 504 | |
| 0864 | DJT 515 | |
| 0865 | DJT 516 | |
| 0866 | DJT 516-A | |
| 0867 | DJT 518 | |
| 0868 | DJT 521 | |
| 0869 | Early Vol. I - 75 | |
| 0870 | Eldred 379 | |
| 0871 | Eldred Def's 2 | |
| 0872 | Eldred Def's 1 | |
| 0873 | Harris, James Criminal Proceedings (Gwinnett County, GA) | |
| 0874 | McConney 313 | |
| 0875 | Mohan 267 | |
| 0876 | Nowlin P-1 | |
| 0877 | Nowlin P-16 | |
| 0878 | Nowlin P-2 | |
| 0879 | NY AG Verified Petition, dated Aug. 24, 2013 and Exhibits A-JJ | |
| 0880 | Oberkrom 2 | |
| 0881 | Oberkrom 8 | |
| 0882 | Peterson, Troy Bankruptcy Documents (E.D. Cal.) | |
| 0883 | S. Goff 14 | |
| 0884 | S. Goff 15 | |

| Control No. | Begno/Depo Ex. No./Doc Description | Endno |
|---|---|---|
| 0885 | S. Goff 36 | |
| 0886 | S. Goff 5 | |
| 0887 | Schnackenberg 2 | |
| 0888 | Sexton (Cohen) 127 | |
| 0889 | Sexton (Cohen) 128 | |
| 0890 | Sexton (Cohen) 129 | |
| 0891 | Sexton (Cohen) 140 | |
| 0892 | Sexton (Cohen) 173 | |
| 0893 | Steenson, Robert Bankruptcy Documents (M.D. Fla.) | |
| 0894 | Transcribed Recordings re Handpicked Chart (Ex. 88 to Makaeff Class Certification Reply) | |
| 0895 | Weisselberg 362 | |
| 0896 | Weisselberg 374 | |

1120766_1