1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

19 | TARLA MAKAEFF, et al., on Behalf of
Themselves and All Others Similarly
20 | Situated,

21                          Plaintiffs,

22       vs.

23 | TRUMP UNIVERSITY, LLC, et al.,

24                          Defendants.

25

No. 3:10-cv-0940-GPC(WVG)

CLASS ACTION

ORDER GRANTING PLAINTIFFS'
APPLICATION TO FILE UNDER
SEAL PURSUANT TO LOCAL
RULE 79.2 AND THE PROTECTIVE
ORDER ENTERED NOVEMBER 17,
2011

26

27

28

1120769_1

1    This cause has come before the Court upon plaintiffs' request to file under seal

2  certain portions of Exhibits A and B to Plaintiffs' Fed. R. Civ. P. 26(a)(3) Initial

3  Witness List ("Witness List"), pursuant to Local Rule 79.2 and the Protective Order

4  (Dkt. No. 91) entered on November 17, 2011.

5    The Court having reviewed the submissions, ORDERS, ADJUDGES AND

6  DECREES that plaintiffs' application is GRANTED.  Certain portions of Exhibits A

7  and B to the Witness List shall be filed under seal.

8    IT IS SO ORDERED.

9  Dated:  February 22, 2016

10                                          Hon. Gonzalo P. Curiel

11                                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28