DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
DONALD J. TRUMP and TRUMP
UNIVERSITY, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC et al.,<br><br>Defendants. | Case No. 10-CV-0940-GPC(WVG)<br><br>**DECLARATION OF DAVID L. KIRMAN IN SUPPORT OF DEFENDANTS DONALD J. TRUMP'S AND TRUMP UNIVERSITY'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF TARLA MAKAEFF'S MOTION TO WITHDRAW** |

## DECLARATION OF DAVID L. KIRMAN

I, David L. Kirman, declare as follows:

1. I am a partner at the firm of O'Melveny & Myers, LLP, and counsel of record for defendants Donald J. Trump and Trump University (collectively, "Defendants") in the above-captioned action. I have personal knowledge of the facts set forth below and, if called to testify to them, could and would do so competently.

2. I submit this declaration in support of Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff Tarla Makaeff's Motion to Withdraw.

3. Attached to this Declaration are true and correct copies of the following deposition excerpts and documents:

| Exhibit | Description | Page |
|---|---|---|
| 1 | Back cover to book "Trump 101: The Way to Success," by Donald Trump | 3 - 5 |
| 2 | Excerpts from the transcript of the deposition of Paul Canup, taken on November 10, 2014 | 6 - 11 |
| 3 | Excerpts from the transcripts of the depositions of Tarla Makaeff | 12 - 29 |
| 4 | Excerpts from the transcripts of the depositions of Tarla Makaeff marked "Confidential" by plaintiffs **(filed under seal)** | 30 - 62 |
| 5 | Email from Mike Kasper to Tarla Makaeff, dated November 5, 2008 | 63 - 65 |
| 6 | Excerpt from the transcript of the deposition of Troy Peterson, taken on October 17, 2014 | 66 - 69 |
| 7 | Email from Tarla Makaeff to Eventide Partners, dated April 20, 2010 | 70 |
| 8 | Email from Tarla Makaeff to the law firm of Zeldes & Haeggquist, LLP, dated February 5, 2010 | 71 |
| 9 | Email from Eventide Partners to Tarla Makaeff, dated April 28, 2011 **(filed under seal)** | 72 - 75 |
| 10 | Email from James Harris to Michael Sexton concerning anonymous student review, dated December 16, 2009 **(filed under seal)** | 76 - 79 |

1  I declare under penalty of perjury under the laws of the United States and
2  California that the foregoing is true and correct and that this declaration is executed
3  this 26th day of February 2016, at Los Angeles, California.

Dated: February 26, 2016

Respectfully submitted,

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

Attorney for Defendants
DONALD J. TRUMP and TRUMP
UNIVERSITY, LLC
E-mail: dkirman@omm.com