DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
DONALD J. TRUMP and TRUMP
UNIVERSITY, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC et al.,<br><br>Defendants. | Case No. 10-CV-0940-GPC(WVG)<br><br>**DEFENDANTS DONALD J. TRUMP'S AND TRUMP UNIVERSITY'S MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE FIRST AMENDED PROTECTIVE ORDER ENTERED MARCH 21, 2014** |

1

1    Defendants Donald J. Trump and Trump University, LLC hereby request
2 permission to file under seal certain portions of their Memorandum of Points and
3 Authorities in Opposition to Plaintiff Tarla Makaeff's Motion to Withdraw
4 ("Opposition") and Exhibits 4, 9, and 10 to the Declaration of David L. Kirman in
5 Support thereof ("Kirman Declaration"), pursuant to Local Rule 79.2 and the First
6 Amended Protective Order (Dkt. No. 316) entered on March 21, 2014.
7    Under the First Amended Protective Order, the parties may designate
8 certain documents as "Confidential Information" and restrict their dissemination
9 and disclosure.  *See* Dkt. No. 316, ¶¶ 4, 7–12.  Any documents that have been
10 designated as "Confidential" may not be disclosed publicly and may only be
11 disclosed or made available to certain designated persons, such as the Court and
12 counsel for parties to this action.  *See id.*  The documents defendants seek to file
13 under seal have been designated "Confidential" by plaintiffs pursuant to the First
14 Amended Protective Order.
15    Defendants therefore request permission to file under seal certain portions
16 of the Opposition and Exhibits 4, 9, and 10 to the Kirman Declaration.  *See* Dkt.
17 No. 316 ¶12.

Dated:  February 26, 2016           Respectfully submitted,

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

              /s/ Daniel M. Petrocelli

Attorney for Defendants
DONALD J. TRUMP and TRUMP
UNIVERSITY, LLC
E-mail:  dpetrocelli@omm.com