DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
DONALD J. TRUMP and TRUMP
UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC et al.,<br><br>Defendants. | Case No. 10-CV-0940-GPC(WVG)<br><br>**DECLARATION OF DAVID L. KIRMAN IN SUPPORT OF DEFENDANTS DONALD J. TRUMP'S AND TRUMP UNIVERSITY'S MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE FIRST AMENDED PROTECTIVE ORDER ENTERED MARCH 21, 2014** |

1       I, David L. Kirman, declare as follows:

2       1.    I am an attorney duly licensed to practice in California. I am a member with the law firm of O'Melveny & Myers LLP, counsel of record for Defendants Donald J. Trump and Trump University, LLC (collectively, "defendants"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

7       2.    I submit this declaration in support of Defendants' Motion to File Under Seal Pursuant to Local Rule 79.2 and the First Amended Protective Order Entered March 21, 2014.

10      3.    The parties have entered into a First Amended Protective Order (Dkt. No. 316), which was entered by the Court on March 21, 2014. Under the First Amended Protective Order, the parties may designate certain documents as "Confidential Information" and restrict their dissemination and disclosure. *See* Dkt. No. 316, ¶¶ 4, 7–12. Any information or material that has been designated as "Confidential" may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. *See id.*

18      4.    Defendants have submitted the following exhibits that have been designated as "Confidential" by the parties: Exhibits 4, 9, and 10 to the Declaration of David L. Kirman in Support of defendants' Memorandum of Points and Authorities in Opposition to Plaintiff Tarla Makaeff's Motion to Withdraw. As required by the First Amended Protective Order, defendants request that Exhibits 4, 9, and 10 be filed under seal.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct. Executed this 26th day of
3  February, 2016, at Los Angeles, California.

4  Dated: February 26, 2016     Respectfully submitted,

   O'MELVENY & MYERS LLP
   DANIEL M. PETROCELLI
   DAVID L. KIRMAN

   _____
   Attorney for Defendants
   DONALD J. TRUMP and TRUMP
   UNIVERSITY, LLC
   E-mail: dkirman@omm.com