1  ROBBINS GELLER RUDMAN & DOWD LLP
   PATRICK J. COUGHLIN (111070)
2  patc@rgrdlaw.com
   JASON A. FORGE (181542)
3  jforge@rgrdlaw.com
   RACHEL L. JENSEN (211456)
4  rjensen@rgrdlaw.com
   BRIAN E. COCHRAN (286202)
5  bcochran@rgrdlaw.com
   655 West Broadway, Suite 1900
6  San Diego, CA  92101
   Telephone:  619/231-1058
7  619/231-7423 (fax)

8  ZELDES HAEGGQUIST & ECK, LLP
   AMBER L. ECK (177882)
9  ambere@zhlaw.com
   HELEN I. ZELDES (220051)
10 helenz@zhlaw.com
   ALREEN HAEGGQUIST (221858)
11 alreenh@zhlaw.com
   AARON M. OLSEN (259923)
12 aarono@zhlaw.com
   225 Broadway, Suite 2050
13 San Diego, CA  92101
   Telephone:  619/342-8000
14 619/342-7878 (fax)

15 Class Counsel

16 [Additional counsel appear on signature page.]

17                    UNITED STATES DISTRICT COURT

18                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company and DONALD J. TRUMP,<br><br>                              Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF RACHEL L. JENSEN IN SUPPORT OF PLAINTIFF/COUNTER-DEFENDANT TARLA MAKAEFF'S REPLY IN FURTHER SUPPORT OF MOTION TO WITHDRAW<br><br>DATE:    March 11, 2016<br>TIME:    1:30 p.m.<br>CTRM:    2D<br>JUDGE:   Hon. Gonzalo P. Curiel |

[Caption continued on following page.]

1124394_1

| | |
|---|---|
| 1 | TRUMP UNIVERSITY, LLC, )
| 2 | )  Counterclaimant, )
| 3 | vs. )
| 4 | TARLA MAKAEFF, )
| 5 | )  Counter defendant. )

1124394_1

I, RACHEL L. JENSEN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member with the law firm of Robbins Geller Rudman & Dowd LLP, which serves as Court-appointed Class Counsel in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff/Counter-defendant Tarla Makaeff's Reply in Further Support of Motion to Withdraw.

3. Attached hereto are true and correct copies of the following Exhibits:

| Exhibit | Description |
|---|---|
| 1 | Transcription of video clip from Donald J. Trump's February 26, 2016 Rally in Arkansas; |
| 2 | Relevant excerpts from the transcripts of the videotaped depositions of Donald J. Trump, taken on December 10, 2015, and January 21, 2016; |
| 3 | TU 62091; |
| 4 | Declaration of Corinne Sommer in Support of Plaintiffs' Motion for Class Certification, Dkt. 122-2 (Sept. 24, 2012); |
| 5 | Case Details and Documents regarding *State v. Harris*, No. 00-3-03762-6 (Ga. Sup. Ct., Gwinnett Cty.), and Case Details and Documents regarding *Harris v. Harris*, No. 11-F-00604-0 (Ga. Sup. Ct., Gwinnett Cty.); |
| 6 | TU-PLTF04055-99; |
| 7 | Intentionally omitted; |
| 8 | TU 98374-441; |
| 9 | TU 99624-58; |
| 10 | Transcription of excerpt of video recording from deposition of Donald J. Trump, taken on January 21, 2016 (8:45:46 to 8:57:57); |
| 11 | Relevant excerpts from the transcript of the videotaped deposition of Kerry Lucas, taken June 11, 2015; |
| 12 | TU 67580; |

1124394_1

- 1 -    3:10-cv-0940-GPC(WVG)

| Exhibit | Description |
|---|---|
| **13** | TU 97041-64; and |
| **14** | TU-MAKAEFF5551-54. |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of March, 2016, at San Diego, California.

                                                        s/ Rachel L. Jensen
                                                        RACHEL L. JENSEN

CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 3, 2016.

      s/ Rachel L. Jensen
      RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    rachelj@rgrdlaw.com

1124394_1

3:10-cv-0940-GPC(WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,sbrown@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)