EXHIBIT 9

Profit From Real Estate Investing - Free Introductory Class
Wed Jun, 17, 2009 @ 06:30 PM<br /> Speaker: Gerald Martin
Region: San Juan, PR
City: Carolina
Venue: The Ritz-Carlton, San Juan Hotel, Spa & Casino
SEM_PFF-20090617D

Notes:
1. smorrison: Feedback 30% of students arrived late

Program Coordinator
Susan Morrison


Sales Coordinators
Damian Pell
Nancy Quinn
<br />
TOTALS:

228 registrations = 130 primaries + 82 guests + 13 walkins + 0 audits + 3 cancellations
Objection: Financial information Protected by Right to
3: OTHER<br />

225 non-cancelled registrations
81 attendees Objection: Financial Information Protected by Right to Privacy
g
0 buyers Objection: Financial Information
Objection: Financial Information Protected by Right to Privacy

CONFIDENTIAL                                    TU 99624

SEMPFF20090617C Martin Orientation

Gerald Martin:    --from (Inaudible).com.  Guys, what I am showing you now are these are websites where we are going to go and find leads.  They are decent websites but there are lot of realtors and other investors that are trying to sell a property, so I want you to go through and make sure there is no realtor on that deal.  It is a realtor's assistant that they packaged.  You can't go around them.  And if you have a realtor that is listing a property, and I am showing you how to buy at discount, there are realtors that every time you discount their commission is going down.  So they are not motivated to probably make a lot of money, so we are not going to deal with realtors yet.  I am going to show in the training--

Female 1:    What if you are the realtor?

Gerald Martin:    ...in the training that you are investing.  In the training, I am going to show you what realtors could do for you and they can't go backwards(ph), but that's in the training.  I got three days to show you that.  But we want to make sure that it is for sale by owner, okay?  There is another one, craigslist.com.  It is just craigslist.com.  The only thing about the Craigslist is that they don't publish the phone numbers a lot of times.  I have got many good deals off of Craigslist, so if you see a deal, what I am looking for is owner motivated, relocated, must sale.  When you see those keywords, we are going to look at the properties that are average than they look.  Don't bring me a bunch of million dollar houses, okay?  In the training, I'm going to show you how to do a million dollar deal and they are easier than the smaller deals.  It becomes easier to make deals with no money to little money.  But I can't start (Inaudible) I feel I'm having a heart attack.

[Laughs]

Male 1:    Oh my goodness, (Inaudible).

Gerald Martin:    I have to get you through a few smaller deals first and then you'll grow up to the million dollars to the ten million dollar deals, okay?  So average and below because when you deal with average properties, you know, properties $300,000.00 and less.

Male 2:    And how do we call it?   (Inaudible) average below or definitely—

Gerald Martin:    That is what you are looking for.  When you look at the charts, $550,000.00 (Inaudible).   Asking price, $225,000.00, okay.  (Inaudible) Will we take that?  No, because what we are going to do is if we have a property and their asking price is $150,000.00, I will negotiate it down to $110,000.00 and then we're going to turn around and sell it for $130,000.00.  That is

CONFIDENTIAL                    TU 99625

how you are going to sell. The owner doesn't know this. They just want to sell. So we put it under contract and then you turn around and sell it and make $20,000.00, just a little profit by helping somebody else now. Now, those average homes are easier to sell than a million dollar house. I mean you can't get a million dollar home for $800,000.00. We got to work, work, work, work and try to sell it.

Male 3:                That is when you call the--

Gerald Martin:         Yes, that is when you call the realtor and you say, "Listen, you sell this home--this billion-dollar home. I got a good contract for $800,000.00. You sell it for $875,000.00 and I will pay you 5%, 6%," okay? That kind of stuff.

                       The best deals that you will find, the very best and I am telling you, the more difficult it is to find, the better the deal. If you sit there and get to Craiglist, can you really fix this problem? Probably, that would happen. But if you are driving around and you see a sign in the window or you see a sign in the yard--not a realtor's sign, but for sale by owner. It is a red sign, a white sign, a yellow sign, write the phone number down. If you bring me five of those, something is going to happen.

Male 4:                Are these national, people from here posting these websites?

Gerald Martin:         Yeah, there are. And also, there are many sites okay. What are some of their--?

Susan:                 [Voice Overlap] online like for sale by owner.

Gerald Martin:         Exactly.

Susan:                 And they also have like a foreclosure. I saw the signal section.

Gerald Martin:         And the thing is that when you go into these sites, you just go in Puerto Rico, in that area. You are going to Puerto Rico, you are going to New York and San Juan County or you know, whatever county. All right, and we can start at 9:00 on Friday. That first day, we are going to go--we are going to talk about a lot. We are going to cover a lot of grounds but we're going to have fun. Yes, so we are going to have a lot of fun, guys. So you got anything else to add?

Susan:                 Yes, I just wanted to add really quickly you guys. In your folder here is the location information. It is going to be at the Sheraton Old San Juan Hotel. Okay, so I just wanted to remind you that that is in here.

00:05:00

                       Also, what this is, this is actually a book on CD that is for your computer, so make sure you put it in your computer. There is

CONFIDENTIAL                                    TU 99626

|  |  |
|---|---|
|  | also some calculators in there.  That is in your kit as well.  And I just wanted to quickly remind you, you'll be receiving the student—you will receive an email tonight letting you know how to log on to the premium membership.  So that will go to the student's email and that you guys can share that username and password, okay? |
| Participants: | Okay. |
| Susan: | Okay, great!  We really look forward to working with you and congratulations! |
| Gerald Martin: | Yeah, absolutely.  As far as—because I heard you mention, as far as the foreclosures and stuff like that, a lot of that is fantastic.  But remember, it's anything that is regarding the bank or shorts or anything like that, it's not conducive to what we're trying to do because we are on the weekend so we can't talk to anybody over there and most of the time, it's a longer process so let's just concentrate on that for (Inaudible). |
| Male 5: | And no rents, no rents. |
| Gerald Martin: | No rents. |
| Male 6: | There is a lot of movement now for what they call low income housing, which would be in that range that you are talking about? |
| Gerald Martin: | And you know what, [Voice overlap]. |
| Male 6: | Is that something that we will want to look at? |
| Gerald Martin: | Absolutely.  They government is paying.  The government (Inaudible) have money.  By the way, I'm going to teach you how to deal with banks(ph), okay?  I will teach you the whole pre-foreclosure process and how to close it at the bank.  It's just the banks are closing it, okay? |
| Susan: | All right, great! |

00:06:23

SEMPFF20090617C Martin

**NOTE:  Poor audio quality – most parts incomprehensible due to audio static**

[Film Showing]

|  |  |
|---|---|
| Participant: | Retakes the New York (Inaudible) with some of the great city's most prestigious and elegant holdings.  Now, Donald Trump brings his years of experience to the world of business education with Trump University. |

CONFIDENTIAL

TU 99627

| | |
|---|---|
| Donald Trump: | If you are going to achieve anything, you have to take action, and action is what Trump University is all about.  But action is just a small part of Trump University.  Trump University is about knowledge, about a lot of different things.  Above all, it is about how to become successful. |
| Female 1: | Trump University does not just sit you down in the seminar and teach you out of a little book and then you are off on your own.  Trump University actually gave us the confidence to get into the real estate investing business.  And without it, I never would have. |
| Male 1: | Trump University is our starting point. |
| Donald Trump: | We are going to have professors that are absolutely terrific— terrific people, terrific brains, successful. |
| Female 2: | My coach helped us a lot.  He gave us the tools that we needed.  He shared his knowledge.  He gave us confidence.  He was always there. |
| Male 2: | The relationship I had with my mentor to develop myself and develop my confidence and my knowledge— |
| Male 3: | As the industry is changing daily, weekly and monthly, they are on top of it. |
| Donald Trump: | We are going to have the best of the best and honestly, if you do not learn from them, if you do not learn from me, if you do not learn from the people that we are going to be putting forward, and these are all the people that are handpicked by me, then you are just not going to make it in terms of the world of success. |
| Male 4: | When we came out of the Trump University, we had a very specific 30-day, 90-day, 120-day action plan. |
| Female 3: | I feel it's very, very important that people know about this.  There is money to be made. |
| Male 5: | The Trump University team has supported me in my current endeavors in many ways. |
| Donald Trump: | I think the biggest step towards success is going to be signing up for Trump University.  We are going to teach you about business.  We are going to teach you better than the business schools are going to teach you, and I went to the best business school.  We are going to teach you better.  It is going to be a surer process.  It is not going to involve years and years of your life.  It is going to be less expensive and I think it is going to be a better education and it is going to be what you need to know. |

CONFIDENTIAL                                                    TU 99628

Female 4:               Trump University really gave us the tools and along with those tools came the confidence.

Male 6:                 I have questions about my education or what I have already learned.  I can get access to that and I can get help clarifying it.  We wanted to be free from confines of the regular nine to five job.  That was our original goal.

Male 7:                 In three months, I have already made $98,000.00.

Male 8:                 In four months, I bought a home for $214,000.00 and sold it for $420,000.00.

Male 9:                 So far, I have collected about $2 million net equity that I can cash out anytime.

Female 5:               We have already earned $15,000.00 on our first purchase.

Male 10:                After one year, my company owns $7 million in largely real estate.

Male 11:                My second deal earned me $70,000.00 in less than a year.

Female 6:               They have conference calls, online classes that you can take, mentoring programs, online forums.

Male 12:                Online resources, books, periodicals.

Female 7:               You can always pick up the phone and call somebody and get an answer to your questions.  You can stay plugged in all the time.

Donald Trump:           So, we are going to teach you business.  We are going to teach you life.  We are going to teach you salesmanship.  We are going to teach you what you need to know and we are going also to make sure that no matter what you do, as I have said before, you are going to love it because if you do not love it, it is never ever going to work.

[End of film showing]

[Audio break 00:03:45 - 00:04:10]

Susan:                  --with a real estate investor.  First of all, we handpicked staff (Inaudible).  We're really excited.  So let's give him a warm welcome.

Gerald Martin:          Thank you guys.  Thank you, thank you very, very much.  Thanks Susan.  So who wants to be the next Trump apprentice?  Come on, who wants to be an apprentice?

Female 1:               I do.

CONFIDENTIAL                                    TU 99629

| | |
|---|---|
| Gerald Martin: | All right, great. As Susan said, my name is Gerald Martin. I'm part of the Trump faculty. I'm excited to be here. We love to meet people. I have the feeling that it's awesome. But to get started, what we are going to do is play a little game just to kind of get us in the mood and find out how much I know about Mr. Trump. If you're going to read his books or find him, some of his business deals, you will know that he is the seventh most recognizable brand on the planet. |
| 00:05:00 | |
| | So I'm going to ask you guys three questions. It's kind of like a question and answer, and see if you have the answer. So the first question is does anybody in here know where Donald Trump is born? Do you know which state? You can guess. |
| Female 2: | New York. |
| Gerald Martin: | New York, okay. In which burrow in New York? |
| Female 2: | Queens. |
| Gerald Martin: | Queens, who said that? Congratulations! Thank you very, very much. That's very good. Okay, the second question is do you know when Donald Trump was born? Let's share a little secret. June 14 was the actual day, so he just celebrated a birthday. But do you know what year? Who could guess? |
| Female 3: | 1946. |
| Gerald Martin: | Who said that? 1946, you hit nail on the head. That means that he is now 63 years old. Do you think he will retire anytime soon? Why not? |
| Female 4: | (Inaudible). |
| Gerald Martin: | Yeah, but he's not going to retire yet. Probably because he loves what he does. It's a labor of love. Okay, the third question. I'm sure you can get this one. I'm sure you can get this answer. How did Donald Trump make his money? |
| Male 1: | In real estate. |
| Gerald Martin: | In real estate. Good job guys, very, very good. Well Donald Trump did make his money in real estate and this was--this building is where he got famous. 15 years ago, he purchased this building in a foreclosure sale. It is 1.3 million square feet. He paid $1.4 million for the building. Actually, this is the Trump headquarters. We occupy the 32nd floor and he leases out the rest of the building.

And 15 years later, does anybody here know how much that building is worth today? Take a guess. |

CONFIDENTIAL                    TU 99630

Male 2:            $400 million?

Gerald Martin:     $400 million, did he get a deal?

Male 3:            Yeah.

Gerald Martin:     Yeah, he got a great deal.  He got the sweetheart deal of a lifetime.  Now, Donald Trump was born in New York.  He was educated in upstate New York and in Pennsylvania.  He went to the Wharton Business School at University of Pennsylvania and got his degree.   And the second year of The Apprentice program, The Apprentice Show on television, he had an idea that he could probably help more people if he's going to start a university.

So June 2005, he started Trump University.  He founded the university because he believed that he could probably give people a much better education than he got that cost him $66,000.00 a year, and it would probably create that education at a fraction of the time and a fraction of the cost.  And so what he went to do is he went to take the BS out of higher education.  He took it the Trump fashion.

So he formed the university and that's what he has done.  Now, Donald Trump has lots of philosophies and one of his philosophies is that there are three groups of people.  He said, "There are groups of people who make things happen.  There are people who work for something to happen, and there's a whole group that wonders what happened."  Now for a person to make things happen, what must they do?

Female 4:          Take action.

Gerald Martin:     Take action, exactly.  They must take action.  But do you know that most people don't take action because they fall under the influence of what's called a normalcy bias.  They sit and they make no decision and their very indecision becomes their decision.  They wait for things to come back to normal but things never come back to normal.  They always come back to a new normal.  And then the opportunity fades away, it passed them by.  So action is the key.

Now, I'm going to show couple diagrams up here.  I want you to see if your eye can pick up what that diagram is there.  Now, what I want you to do, this is based on perceptual ambiguity.  It is based on what people look and what people see.  Some people look at things and they only see problems, whereas other people can look at things and see opportunity.

So let's see if you can see differently from what everyone else is seeing, but don't look at the black spots.  Look at the white space and see if you can see a steamship coming your way.

CONFIDENTIAL                    TU 99631

The smoke stack at the top, right there, can you see it now, a steamship?

Okay, now that the eye is trained a little bit, let's see if you can get the next one a little bit quicker.  Now, you're going to take about 15 seconds to train the eye.  So tell me if you can see what that picture is.

Male 4:            It's a dog.

Gerald Martin:     It's a dog.  Now you see how quickly you are able to pick it out, because you were looking for the solution and no longer looking for the problem.  How would you like to be able to look at many problems and see the solution just like that?  Would that be helpful?  Now that you're trained, I bet you'll get this one a bit quicker.  What is it?

00:10:07

Participants:      Cow.

Gerald Martin:     It's a cow, absolutely.  So what happened is our perception has changed.  We're no longer looking at the black spot.  We're looking at the picture from a different perspective and we are able to see opportunity.

Now, why is it that some people see things differently than others?  Yes, sir?

Male 5:            They focus on the problem.

Gerald Martin:     They focus on the problem.  I mean the news tells you there are lots of problems out there.  So the reason why a lot of people look at things differently is because maybe it's based on their education.  They were trained in a way differently than others.  How many of you have college degrees in here?  Most in the room.

Now, if you don't have a college degree, it's okay because at Trump, degree is bit of a college degree.  As a matter of fact, is there anyone here that would be willing to trade in your college education for a wealth education?  Is there anybody?  Of course because in college, do they teach us how to become wealthy?  Why not?  Why don't they teach us how to become wealthy?  Why couldn't they just shortcut the system and instead of teaching us biology and chemistry, why don't they teach us how to become wealthy, and the world will become a better place, right?

I believe that the reason they don't teach us how to become wealthy is because they did not know how to become wealthy.  So some people base everything on their college education and some people base their experiences on their wealth education.

CONFIDENTIAL                    TU 99632

Some people see things differently based on their past experiences. And some people have a trained eye and they see the "aha." They see the insight. They are able to look at a thing and see opportunity versus seeing the problems that everyone else is seeing.

And the way they become insightful is they apply a system. They apply a specific knowledge and expert support, and we'll talk about that in just a few minutes. Now if you watch the news, you'll see that the economy is just falling apart. If you're watching CNN—who's phone is that? Could you please turn it off? Is it your phone, sir?

Male 6:            No.

Gerald Martin:    If you watch CNN and you watch the Fox News Network, you can literally get neutralized. You could think that world is coming to an end. I mean after all, the stock market has just melted down. You see real estate bubbles. You see the dot-com bubble. The capital markets have shut down. The banks aren't lending and so people see all those problems and they don't do anything and they fall into that influence of normalcy bias. They just wait until things get better.

There's unemployment. The stock market itself is at pre-year 2000 levels. There are many people who had a 401K. That's now a 101K. [Laughs] Or less. I mean has anyone lost money in the stock market in the last few months? Absolutely. A lot of you have lost money in the stock market. And unemployment is an all time high. There were 6.6 million jobs lost in just the last few months. What do you think is going to happen to those people? Do you think they have another plan or do you think they're going to try to get another job, or do you think that they're going to wait until the economy comes back and maybe they get reemployed?

But the worst thing that I noticed about unemployment is that the people who did not get laid off feel lucky. They say, "My goodness, I'm glad I didn't get laid off." But guess what happened to them? They got two new jobs and no more pay. So they fall into the normalcy bias. Do you think when the economy comes back and the company becomes profitable again, do you think they're going to take those two jobs or three jobs away and put them back in one job, or do you think they'll just let them keep doing the three jobs?

Right, so my question is with all of these things happening, inflation, higher taxes, recall of all the stimulus packages and all the government bailouts, someone has to pay. And guess who is going to have to pay?

Female 5:          Us.

CONFIDENTIAL                                    TU 99633

Gerald Martin:       You are, in the form of higher taxes and inflation.  So my question is what are you going to do about it?  Are you going to take action, are you going to do something differently, or will you vacillate and wait?  I (Inaudible) recently that said if you're over 40 years old, you have to have half a million dollars liquid.  You have to have over half million dollars or else, you will not be able to retire.  And if you're over 55 years old, you need a million and a half.  Where are you going to get it?  I can tell you where you're going to get it.  You can get in the real estate investment business because it's a big money business.

00:15:06

It's capital intensive and with the right training, the right knowledge, the right support, you can do it.  So over the past 100 years, studies have shown that there are three elements that are required for success.  Number one is the system.  Number two, specialized knowledge, and number three is support.  You must have these three elements to be successful, and a system is proven.  A system is something that's transferable.  Something that's automated, that's duplicable.

Once it's proven, once it's stood the test of time, we can take Manuel here and we can put him into a system.  Then we'd go over here to Genero and apply the same system and get the same results.  Because what a system does is it doesn't hope for results.  A system focuses on achieving the rights results.

So this is all based on Donald Trump's proven methodologies, taking the same type of strategies that he used to purchase that building in foreclosure for $1.4 million and applying it to the regular bread and butter residential real estate, commercial, and multifamily properties but after you have a system in a place, and it's a proven system.  You need specialized knowledge.

Now specialized knowledge is not the knowledge from your next door neighbor.  Just because your neighbor owns a boat does not mean they're smarter than you.  We don't want to take advice from the imitators.  We are going to take advice from proven people who have gotten great results.  And when you have knowledge, you have power.  The knowledge is the catalyst to that power and once you have knowledge, fuel those away.

But in order to apply that knowledge, you also have to have the proper type of support.  You need someone that's going to hold your hand and guide you, take you step by step and keep you from falling into the pit falls in real estate.  Again, real estate is capital intensive.  It's a big money business.  There is a lot of money made.  There's also been a lot of money lost, would you agree?  Would you agree?

CONFIDENTIAL                    TU 99634

Participants:          Yeah.

Gerald Martin:         Of course.  Aren't there a lot of vacant properties out there that can't be rented and can't be sold?  Why is that?  Because someone lacked the knowledge, they lack the system, and they lack the proper support.  And what we do today, the steps that we take today will literally create tomorrows.  And even beyond that, it will create generationally because what we're talking about here is generational wealth.  If you will watch the Donald Trump family, do you think his children are looking for a job or do you think they have been brought into the business of wealth?  They have gone to live and follow right in generationally, correct?  So, we've applied the strategies.  We have the support and we guide you.

Now, another Trump philosophy is that the world's best wealth building principal is to buy low and sell high.  And the best way to do that is by purchasing foreclosures.  And when is the best time to get foreclosures?

Participants:          Right now.

Gerald Martin:         Right now.  Why is now the best time to get foreclosures?

Male 7:                Prices are low.

Gerald Martin:         Prices are low, absolutely.  All time low.  Anybody else?  Why are foreclosures a great opportunity today?

Female 6:              Interest rates are low.

Gerald Martin:         Interest rates are low.  You're absolutely right.  We're at a year the bottom of the market.  Would you agree?  The real estate market?  Absolutely!  Now, I'm not saying that the prices won't go down a little bit lower over the next few months.  But folks, you know, we had a business dinner the other evening and Donald Trump said that, "Real estate is the only industry for whom the banks or whom the stores(ph) have a huge sell."  People want to leave from the store.  Why are they running away from the store when they are offering abundance?

So we are at a year the bottom and we can utilize the power of leverage, like the woman back here said, interest rates are low.  See, leverage is where you take a few thousand dollars and control literally millions of dollars.  Utilizing OPM, which stands for what?

Participants:          Others People Money.

Gerald Martin:         Others People's Money, it's not drug.  OPM is not a drug.  It's OPM, Other People's Money.  And short sales, you haven't maybe been hearing a lot about short sale here, but you will.  It's prevalent.  It's happening.  The banks are taking less than

CONFIDENTIAL                                    TU 99635

its owed and short sales make it that much easier because the banks don't want their houses.  They want what?

00:20:06

Participants:            Their money.

Gerald Martin:        Their money, thank you.  They want their money.  So if you take a look at this perfect storm, we are in the storm of the century.  We have a few things that are happening.  This creates opportunity.  Number one, delinquencies are in the 29-year high, and that's the problem for some, that perceptual ambiguity.  Some people look at those 2.2 million foreclosures last year and they say, "Wow, that's a problem."  Well what this means for you is opportunity.

There can be over 4 million foreclosures this year.  People are going to lose their homes, and I'm not talking about bad people.  I'm talking about good, hardworking people.  They say the average American is only three paychecks away from being homeless, three paychecks.  One of the wealthiest countries in the world and yet they may have had a good college education, but they didn't have the good wealth education.

And the second component of this perfect storm is that the inventory is at a 24-year high.  There are properties out there, they are sitting on the market for 14 months that can be sold.  Have you seen vacant properties that can't be sold?  No, if you're buying it, and then you can sell.  Why can't people buy the houses right now?  They don't have jobs.  They don't have money.   Credit is hurting.   The banks want six months of reserves to be able to qualify to buy a house.  Why can't people sell their homes?  Why can't they sell this?  Why is their home sitting on the market for 14 months and they can't get a buyer?  Why can't they sell it?  If a buyer can buy, why can't they sell?  They owe too much.  They pay too much possibly.

And the third component of this perfect storm is that interest rates, as she said, is at an all time low.  We're at 5%, 30-year mortgages right now.  So what does this mean for you?  What does this mean, this foreclosure boom mean to you and me?

Male 8:                  Opportunity.

Gerald Martin:        Thank you.  It means opportunity, an opportunity who's time has come.   If you're going to take advantage of this opportunity, you must take action because if the foreclosure properties in the short sale properties, the banks are willing to take 30% to 60% below market value.

What would anyone pay retail for a property when they can buy the property for half the cost?  If you can control or purchase a property at half its value, that creates instant equity.   And

CONFIDENTIAL                          TU 99636

equity equals wealth. And then you have wealth in your property, you can have options. You see, the person that pays $300,000.00 for a home that's only worth $250,000.00, they cannot sell. But if you have a $300,000.00 home that you purchased for $200,000.00, you might be able to make a couple of dollars off of the deal.

You can quick turn the property for quick cash. You can hold on to the property, maybe lease it out for a few years. Let it double in value because according to the National Association of Realtors, real estate doubles every 10.2 years. And we're all here in this area. We're here in Carolina and then San Juan and you've seen properties years ago. The average property, you could buy for what? $50,000.00, do you remember those days? And now, what's the average property depending on the area? How much?

It could be $200,000.00 or $300,000.00 depending on the area. So when you hold on to the properties, let them grow in value and you can sell those properties and you can leave that money for your retirement. How else are you are going to get the half million dollars or the million and a half dollars that you need for retirement? It's probably not going to come from your company, I would guess.

Now, to understand what foreclosures are, we need to understand that it's a default. The banks do not want the properties but they will take them. They are the first low holder. They don't want that property but when a person purchased a home and it could not service the debt, it drove them to default and the lien holder will repossess the property from the borrower. Now why is it that people are going into foreclosure in this market today? Why? What are the reasons?

| | |
|---|---|
| Female 7: | Different reasons, budgets. |
| Gerald Martin: | The budget, they have no money? |
| Female 7: | And also sometimes, people lie about the construction of the house and they'll have the certificates for that construction. They are all— |
| 00:25:10 | |
| Gerald Martin: | All right, what are the reasons that people are going to foreclosures? |
| Female 7: | Because (Inaudible) to begin with. |
| Gerald Martin: | Okay, the banks don't give loans. Unemployment, loss of job. What else? |
| Female 8: | Bad taxes. |

CONFIDENTIAL                    TU 99637

Gerald Martin:    Bad taxes, property taxes, loss of job, that's one of the biggest keys right there. Someone lost a job and then they can't make the mortgage payment, and these are good people. They have a family and they're trying to keep food on the table. They're trying to pay credit card debt. Bankruptcy, business failure.

Just the other day, (Inaudible) told me about a guy who purchased a business. He's willing to start a business. So he took a home equity loan on his house and he bought an extermination business. He purchased a truck, a trailer, and some equipment. He paid his licensing fee, and that was just before the economy went into the tank. So he tried to sell the truck and he couldn't sell it. He tried to sell the trailer and he couldn't get his money back out of the trailer. He couldn't get his money back from the equipment, so not only did he lose his business but he lost his home as well. Someone could've helped him if they knew how to help him. Divorce, the big D. 50% of our first marriages end in divorce.

I don't know if you've ever heard of a situation where two people just cannot get a loan and one person looks at the other person and they say, "I don't care if we lose money on this house as long as you don't get any of it." Folks, this is called life. The biggest reason that people are going to default and leaving their homes is right here. We are adjusting mortgages. You see, the person that purchased that $300,000.00 home five years ago, they're really qualified for a $200,000.00 home.

But they found out that if they got an adjustable rate mortgage, an ARM, what they could do is they can start out with the lower interest rate and instead of buying the $200,000.00 home which they've qualified for, now they could buy a $300,000.00 home. So they bought the $300,000.00 home. They lived there for a couple of years, and then the interest rate began to adjust.

And then that payment increased $300.00, $400.00, $500.00 a month. Now they're paying an ARM and a "leg" for the mortgage. [Laughs] And they lost their home. But what this means for you is that this foreclosure is not rundown homes. They are nice homes. There are some homes that are brand new and some were empty for two years, perfectly new homes at a fraction of the cost. But that's why people are losing their homes.

Female 7:         Everyone (Inaudible).

Gerald Martin:    Yes, you know, it's sad. I mean there's some predatory lending and that falls in the process of the adjustable rate and interest-only loans. As an investor, you could invest in a property that you know that you're going to sell in three years and you could do an interest-only loan. An interest-only loan is not for a

CONFIDENTIAL                    TU 99638

person that's going to live in the house indefinitely because they never paid the principal. So yes, there's a lot of fraudulent activity that has taken place. But this is happening right here in your backyard.

This is what your area looks like right now. Right here in Carolina, in San Juan, there are over 1200 pre-foreclosures. These are properties that are in default. They have missed some three until seven or eight months of payments. They're not waving a big flag saying my home is in default. But you probably drove past two or three or four of them on your way here today. That's called pre-foreclosure. That's the first step in which we can help people get out of their financial stress.

There are also auctions. There are over 1400 auction properties at the courthouse and REO properties. There are almost 3000 right here in your area, almost 3000 REOs. What does that stand for, REO? You don't know? Real Estate Owned, by who? The bank, owned by the bank. Now do you think the banks really want to own that home?

Male 9:          No.

Gerald Martin:  Why not?

Male 9:          They wanted cash.

Gerald Martin:  They need the cash because every dollar that the bank takes back—that's why it's called non-performing assets—equals three to ten times that they cannot mend. So, if they fall below the reserve requirements, they can't go to a Fannie Mae and Freddie Mac and borrow money. If they can't borrow money, they can't lend money. If they can't lend money, they have to shut their doors like 19 banks have done in the last few months.

00:30:19

This is the perfect storm. You can solve people's problems and you can solve the bank's problems. And the reason why Mr. Trump sent me here is to invite you folks to a workshop that we're going to have in two weeks. It's going to be a seminar, and this workshop is going to be a three-day workshop where we're going to teach you how to find properties, how to negotiate those properties, and how to profit using the Trump system.

So he says why is it? Why can't we make money and help people at the same time? People may say, "My goodness, how are you going to help people? You're in foreclosure, and if you made money, then you made money off of them." Is that true? Let me ask you again. If you knew someone or you knew a friend of a friend who was in default and they're losing their

CONFIDENTIAL                    TU 99639

home and the bank is going to take the property back from them. They had $40,000.00 of equity in that house. Do you think the bank is going to give them any money?

Absolutely not. They're going to take their home. For the part of Gloria, we're able to give them $10,000.00 and help them get reestablished somewhere else. And then she sells their house and she puts $25,000.00 or $30,000.00 in her pocket. Who would be the winners in that situation?

Participants:        Anyone.

Gerald Martin:    Anyone. Do you think the people who lost their home would be upset that she made $25,000.00, or would you think they would be happy that they got $10,000.00 and re-establish? And even the bank, so what we can do is we can help them avoid foreclosure. We can literally take a property that's in foreclosure. We could take the property and we can put it into a trust that you control as the trustee.

You can take that couple who could not afford this property. But if you're an investor, you may have another property over here that they might be able to afford. So you can literally move them to your other property. If you don't have that property, you could give them some money to help them get reestablished elsewhere. You could make a deposit on an apartment or a condominium, something that they can afford.

You could possibly even make two or three rent payments or even (Inaudible) their furniture and put it in storage and prepay the storage for six months. You see, if you help other people get what they want, then what happens? You'll get what you want. So you can make deposits, you can make rent payments. But the greatest part of this is you can help ease that transition because we're talking about real people. We're talking about families, people who have children.

They are in school. They're trying to buy a home close for their kids. They're trying to put food on the table. And now, they are going to lose their home and that's a major stress point for them. And so instead of letting the bank take their home, you can make a couple of dollars and do something good for a person at the same time.

So this is where Tim and Linda were able do. They were able to do their first deal. They said, "Thanks to your coaching, we've already earned $15,000.00 on our first purchase." They also earned $7000.00 and $8000.00 on their second purchase, applying the proper system with the proper knowledge and world class supports and the best of the best.

But the key here that caught my attention is right here. They said that a good deal is when both parties are blessed. Both

CONFIDENTIAL                                    TU 99640

parties were blessed.  Now if you look at the money that was made in this deal, $15,000.00 made at first deal and $78,000.00 on their second deal for a total of $93,000.00, will that change anybody's life in this room today?  Anybody?  Of course!  $93,000.00, some people work all year and they don't make $93,000.00.  Does anyone here know what the average annual income nationwide is?  How much?

Male 10:            $40,000.00?

Gerald Martin:      Close, it's $35,000.00.  That's the national average.  The average person in all of America earns $35,000.00.  So this would be like having two and a half people working for you and giving you their paycheck.

Folks, I can get excited about $93,000.00.  I can also get excited about $30,000.00 for a deal, particularly when you're helping someone.  So when the going gets tough, the tough makes money.

00:35:06

Why is that?  Why is it that when the going gets tough, it seems like someone always rises from the ashes and they make a lot of money.  Why is it?

Female 7:           They see the perspectives.

Gerald Martin:      Visual perception.   They see it differently, a different perspective.  They don't fall into the normalcy bias.  They understand by taking action that there's more money made in bad times than there is in good times.  If you've just watched the news, remember what Warren Buffet did hen the market went down 900 points in one day?  People are not jumping out of the window but they were still in the doorway, very good job.  The market dropped 900 points and everyone got out of the market.  Do you know what Warren Buffet do?  He bought Goldman Sachs at a deep discount.  Well of course ten years from now, he will make another $50 billion and everyone will say he's lucky.

When in a normalcy bias, no one takes action where they're going to point at them and say, "You know what, he's lucky."  There's money made in bad times than good times.

Now with Trump guys, is we teach you in our three-day training how to find the deal.  We train that eye.  We train your eye to find the deal that no one else can see.  Everyone else is driving to work.  They're trying to get to their jobs.  They drive home, they want to get back and get the kids to soccer practice.  But the investors are driving around and they see an opportunity.

CONFIDENTIAL                                  TU 99641

It may seem like an ink blot. But now, it's a deal. So we'll show you how to find the deal but you have to make sure that it is the deal because not all deals are a good opportunity. You see, if you were to find that property and it is worth $300,000.00, and you have an appraisal that shows that that property based on their comps is worth $300,000.00. But you were able to get it for $200,000.00. Is that a deal? I mean, from the naked eye, (Inaudible). But if you (Inaudible) going to buy the house and that is to go to the bank, then the banks are going to lend 80% LTV or loan to value. That means you have to make a down payment of 20% or $40,000.00.

Now let me ask you this. Is there a limit to the number of properties that you can purchase, any on this room, having to make a deposit of $30,000.00 every time you buy one? There's no limit, right? And let me tell you something guys, maybe you can get that great deal. You go to the bank and you pay $40,000.00. Now you have one house. No one in this room is going to get wealthy with one property. It takes multiple properties. You have to find the deal but once you find the deal, you have to figure out if there is a deal.

We have to run the figures and make sure that it's a deal. We have to run the numbers. We have to find out if there's going to be payment concerns. We have to also make sure there are no liens, clouds or encumbrances on the title because if you take the property, all of that stuff comes right with it. And then you thought you bought a house that had $40,000.00 of profit and you find out there's a third mortgage of $50,000.00 and you just lost $10,000, and you call that a boot camp.

You just paid $10,000.00 to learn. It's very painful. But once you figured that it's a deal, then you got to fund the deal. If you have to go to the bank to get every deal, there's not very many deals that we are going to be able to get. But if you know 20 different ways to fund the deal without ever stepping into the bank, how many deals could you do? A lot. If you find one deal a month, then you go to a quarter, depending on how motivated you are and then when once you sign the deal, we teach you on three days how to profit from the deal, how to make sure when the timing is to sell the property.

Now, whether it's a property that you should quick turn for cash or whether you should hold on for the property for positive passive income, or whether you should lease option the property for long-term capital gain. And we'll also show you how to take advantage of all the tax benefits that you have as a business owner as well.

So let's take a look in short sales. We're talking about that earlier. Now, have you guys heard about short sales in the news? Anyone? Okay, a couple of you. We have a couple of realtors here, right?

CONFIDENTIAL

TU 99642

00:40:00

No? No realtor? Oh, we got one right there. This room should be full of realtors. Let me tell you guys, realtors have a tough time selling houses. But what if a realtor had a person that said, "I need to buy a house, I've got $60,000.00. Can you sell me a house?" Is there a realtor here that would sell you a house of $60,000.00 cash? No. I need down payment, right? So now, we get in the car and we're driving along, and then you look over to me and you say, "Hey Gerald, what's your credit score?" I'd say it's a 520. What's going to happen?

They're going to kick me out of the car at the next stop. "It's been a pleasure" because they don't want to waste their time. But if that realtor said, "Oh, you have a 520 credit score? How much cash do you have? You know what, I have an option for you. I can show you how you can buy a house because that's $60,000.00 cash. That is your credit. I'm going to owner finance you." What if they had those options? This room should be full of realtors.

So a short sale is where an investor can go to the bank and solve their problem. (Inaudible) those. If you owe the bank $5000.00, you got a problem. If you owe the bank $5 million, who has the problem?

| Participants: | The bank. |
|---|---|
| Gerald Martin: | The bank, and the bank does not want the problem. So the banks are willing to take what's less than owed because sometimes, some money is better than what? |
| Participants: | No money. |
| Gerald Martin: | Than no money at all. So that's where the bank says, "Will you consider a short sale?" Now, a default letter is a bad letter to receive. That's where a sheriff knocks on the door and they serve a notice of default. And this notice of default says, "Dear Joe, it's been a while since you've contacted the bank. You sir must be hiding your payment. |

You owe $5500.00 on back payments and if you don't pay with $5500.00, then what we are going to do—we're going to accelerate. It says the less payment on their loan from the (Inaudible). It will become necessary to accelerate your mortgage note. What that means is, they have a $200,000.00 mortgage note, get $5500.00 in arrears, if they don't receive the $5500.00, the banks says, we're going to sell it at the mortgage, and now you have to pay the whole $200,000.00 or you have to get out.

CONFIDENTIAL

TU 99643

Now if that couple doesn't have $5500.00, how can their (Inaudible) are going to come with $200,000.00? So they had mad the fact in foreclosing. But right behind this letter, the banks send another letter. It's a short sale letter that say, "Even though you owe us $200,000.00, we will consider a short sale. So we're going to send you a realtor short sale guide. Please contact the realtor and then lease your property and we will consider taking less than that's owed because if any of you own a property and you've been paying your mortgage for nine or ten years in that property, you've been paying interest. And you've already paid off the amount of the mortgage."

It takes about nine or ten years to payout your entire mortgage because you're paying interest for the first 15, 16, 18 years. So after five or six years, the bank has already made a profit and then they made a profit they say, "You know what? We will consider taking less. We made our profit and now you're making a bit more." Because if the bank doesn't sell their house and they have to hold on to that property, we have to insure it. And that would continue to make the tax payments. They have to mow the grass.

What if someone—some kids come in there and vandalizes the place or someone get hurt on the property? They'll expose. So they're willing to take in short sale. It's called a short sale. This is going to become very prevalent for you. And a gentleman did just that. He literally found a mortgage that was $440,000.00 for the pay off. The property was worth about $400,000.00. What he did is, he discounted the property at $270,000.00 and put $5000.00 in repairs—will save the property at $440,000.00 property for $340,000.00 and he made $65,000.00 out of the deal. Now folks, that's a great deal, would you agree?

Now, $65,000.00 is live money. What we're going to teach you at Trump University is base hits (ph).

00:45:00

So every deal we talk about if you say, make sure you make $35,000.00 on each deal. That's what we're shooting for $35,000.00 per deal. You don't have to be greedy guys, because if you couldn't have base hits, what happens eventually?

Male 1:          You win the game.

Gerald Martin:  You win the game! You get a homerun. And that's base hits, it adds up after a while.

And so this is not a base hit, this is more like a triple. So, the few strategies that I want to share with you today, they have many strategies, there's literally hundreds of ways to control of

CONFIDENTIAL                    TU 99644

their estate and it includes buying it.  They go into the bank and buy it.  So, one of the strategies that I'm going to show with you today is based on short sales with an assignment.  This is where you would go to the bank, we will train you.  We will negotiate with their bank.  You will negotiate of discount.

You've had the $300,000.00 property and you negotiate with the bank and the bank says, "We will accept $200,000.00.  And then, you will go right into your binder and you would put it on a contract that say, purchase and sale agreement."  You will take that purchase and sale agreement and you will put your name as buyer, right?

Participants:          Yes.

Gerald Martin:        Wrong.  That's why you're here.  You don't put your name in there, you will put in the name of your corporation.  The Unlimited Liability Corporation and right behind the name of your corporation, you put a comment and/or assigns because what you're going to do is you're going to have an assignment of contract.

Now that you have the property and the contract, you can sell the property, you can purchase the property, you could-- not even sell the property (Inaudible), so once you have the contract (Inaudible) now going to advertise that property because you have (Inaudible) contract.  You can advertise a property (Inaudible) I will teach you—it requires a license.  Okay.

Now, once you have it under your contract, you're now going to (Inaudible) and you're going to say, owner motivated, seller motivated.  You must sell a property worth $300,000.00 asking price, $225,000.00 and even special, hurry, this deal will not last.  Then you're phone is going to start to ring and it's going ring because there are many people who would loved to buy $300,000.00 home for $225,000.00.

You're going to accept the first qualified couple that wants to buy a house because you're not (Inaudible).  They're going to be qualified for $225,000.00.  Once they get their financing they're pre-approved, pre-qualified because you've given yourself 60 to 90 days to close.  They get for their financing— they are both getting $225,000.00, the title agent cuts three checks.  One for $200,000.00 to the bank, and then a check to you for $25,000.00 and what are you going to do with that check?  You put it in a Hip National Bank guys.

Now, you've just made $25,000.00 on a home that you never even owned.  A problem that you never had to repair and a property that you never took titled to—could anybody here get excited about $25,000.00 without investing on a property?  A couple of you?  You better believe it!  Absolutely guys!  I can

CONFIDENTIAL                    TU 99645

show you how to make money with no money.   How much money did I have in this deal?

Male 2:            None.

Gerald Martin:     Nothing.   That's called making money with no money (Inaudible) because it's the subject to suitable financing, subject to my partners approval, so that's one strategy that's called a quick turn at any contract and the assignment and then assign the property and that's what Jason has done.   This young man says when I (Inaudible) Mr. Trump is opening a company (Inaudible) he said, as a result of the program, (Inaudible) property in 54 months for (Inaudible) earned him $70,000.00 in less than a year.

His second year took him about seven months.   Now, (Inaudible) does not say is that Jason (Inaudible) California. His father is a college professor at the university (Inaudible) real estate.   He read all of the Donald Trump book (Inaudible). When he heard that Donald Trump is opening a university, he said "Jason, you need to go to the university."

00:50:08

Jason went to the University.   He did two deals (Inaudible) over $165,000.00.   Now, do you that he is practicing as an architect now?  Probably not.   He'd just gotten his degree in architecture. The thing that excites me about this besides the confident look on his face is that he did two deals and earned $165,000.00.

Some people go to those jobs every single day and make less than that.   (Inaudible) you can also control your short sale and you can buy the property and still didn't have money and they can buy property, they have credit.   So they can go around and find a property that's maybe worth $150,000.00 and short sale from the bank for $70,000.00.   That's a great deal because you can make the house to maybe $1000.00 to a $150,000.00 home (Inaudible).

You hold on to it for a few years until it double in value and then it doubles again and then you sell the property.   And that's what (Inaudible) he literally has a strategy where he (Inaudible).   He has only purchased six properties.   The first deal that he purchases (Inaudible) he control six properties and his strategy is to hang on to those property (Inaudible) market. And five years from now, he would be going to sell one property per year until he sells all of these properties and that's how he will fund his retirement.   He is going to retire in Hawaii.

Folks, with deliberative action, with deliberative knowledge (Inaudible) support, this can happen and it won't take very long.   This is very simple actually (Inaudible) just take the right strategies and the right support.   Now, to demonstrate the next

CONFIDENTIAL                    TU 99646

strategy (Inaudible) purchase the property and you can lease option the property and they can buy it in three or four years. What I'm going to do now is, I'm going to demonstrate what's called a sandwich lease option.

A sandwich lease option is where you're going to separate this volume (ph) in half, over here, we're going to have our sellers. Say sellers.

Participants:        Sellers.

Gerald Martin:    Over here we have our buyers.  Say buyers.

Participants:        Buyers.

Gerald Martin:    Okay.  So what we're going to do is I'm going to teach you how to go and find the property that's sitting on the market that can't be sold.   It's worth (Inaudible) but they owe the $300,000.00.  Maybe they bought another house, hoping that they could sell this one and it didn't sell.  Now, they have two house payments.  Does that ever happen?  All the time.

So now, they're stock with a $1500.00 house payment on a $300,000.00 home that they can't sell in this market.   So, you're going to pull right up in front of that property.  You can get in the phone and you're going to say "Hi, my name is (Inaudible).  I'm a local real estate investor.  I've seen your home for sale.  I would love to buy it (Inaudible) $300,000.00.  You're asking $300,000.00.  I'll pay you $300,000.00 but what I like to do is—I like to lease the house for about 48 months until the banks can start lending (ph) again.

When my finance is getting right, then I will purchase the property for $300,000.00.  In the meantime, I will take over your payment of $1500.00 a month and I will not call you, I will not bother your for repairs, you won't hear from me, I promise that I will have the check to you at the first of every month.  All I ask is that, you make your next two payments."

So now, you will put it under contract with the purchase and sale agreement.  It is called a lease option payment.  You will have the option to purchase the $300,000.00 that you're now leasing it for $1500.00 a month.  For how long?

Participants:        48

Gerald Martin:    48 months.  So you have 48 months so that you can purchase their property in a given time, their $300,000.00.  So now, we're going to go over here and we're going to find out buyers (Inaudible) we are going to run an ad and it's going to say "Owner/Seller financing available.   No banks involved.   No credit.  No problem.  Hurry, this deal won't last, low down payment and reasonable monthly payments."

CONFIDENTIAL                                      TU 99647

And now, your phone is going to ring but your phone is going to ring from the person who has a little bit of money, like I said, $60,000.00 with no credit. They have some money but they're missing what? (Inaudible)

And you're going to say, "Can you tell me about your house?" "Sure, I love to." How much do you have to put down on your home? They are going to say, we got $10,000.00. Well great!

00:55:11

The purchase price of this home is $340,000.00 and we will finance you for 36 months at $2000.00 a month. So now, you have up to 36 months to purchase their home. They will give you a $10,000.00 deposit, that's your first pay day. So now, you've made $10,000.00 this month, right? What's your second pay day?

(Inaudible) $2000.00 that they're paying to you and you have their $1500.00 payment for how long?

Participants:          48 months

Gerald Martin:      48 months, okay. So now, for three years or 36 months, you're putting $500.00 per month of income. That's $6000.00 per year or $18,000.00 over three years. And you said, "Wait a minute Gerald, who—if they couldn't rate their house, who's going to pay $2000.00?" People will always pay more for a house they're buying than they will for a house to renting. So if the people over here have that knowledge, they wouldn't have the problem.

So they'll rely on someone like you that has the knowledge to be able to structure the deal. Now, how much money do I have in this deal? I'm not paying $40,000.00 down, I'm collecting $10,000.00. And then I collect another $18,000.00 over three years, but guess what happens at the end of three years while your mortgage broker is looking to get them qualified and (Inaudible) $330,000.00 and now the title agent will cut two checks. One for $300,000.00 to pay off the underlying loan and then (Inaudible) you've just earned $58,000.00 every time (Inaudible). Who has the repair responsibility guys? Who will have it repaired? The buyer. Welcome to homeownership. You have no repair concern. You don't own the property, you control it.

Wait a minute, when you're going to sell the home, you do have to buy the home. You're mortgage broker has gotten them pre-qualified, pre-approve (Inaudible). So now, when you go to close in the (Inaudible) if you're going to make $5000.00 you will get (Inaudible) and execute the deal. But if you'll make (Inaudible) you might want to pay Charles over

CONFIDENTIAL                                    TU 99648

here including this room and say "Charles, let's get all the documents done because he is selling the home (Inaudible) their home.  And you will say (Inaudible) come back at 3:00 because that's when the funds were dispersed.

They'll sign all the documents—we buy their house (Inaudible) final title search and then about 15 minutes later, we will go over this room over here and then sit down with (Inaudible) and we (Inaudible) of $330,000.00.  So you've been on title (Inaudible) on the home that (Inaudible).  We control the property, we didn't own the property.

Now, who are the winners in that situation?  (Inaudible) they got the payment.  This person over here (Inaudible) around, until the market goes back and they can qualify for a loan to buy that $300,000.00 home (Inaudible) might have to pay $400,000.00 for it.

(Inaudible)

Guess what?  When they go and get their loan and they buy the house with the house (Inaudible).  And that's what (Inaudible) did.  Robert said, his first deal (Inaudible) gave him $50,000.00 of equity on the first deal and he has follow the path of (Inaudible) income is $24,000.00 (Inaudible) the bank.  But let me ask you this.  If you only were getting $24,000.00 every single year to subsidize your income, would you (Inaudible) would you get another one and then get another one and then get another one.  This is called base hits guys.

01:00:00

I've let you meet anyone but (Inaudible) train to Trump (Inaudible) and got their first deal, put $45,000.00 in their pocket and said, "Gerald you know what, this is just isn't for me."  What happens when they do a deal and they make $35,000.00?  What happens?  They do it again.  They do another deal.

So, what you will expect from Trump is number one, you have to be in the family, the Trump family, you have to become a Trumpster.  Get involve in the Trump.  There are literally thousands of investors all across the country.  We have the Trump investors right here in Puerto Rico.  Now, what they do, once they've become successful, what you will find is that once you have gotten involved in this business, you might get to the point where you (Inaudible).

You don't want to go and find the properties.  So, you may find other Trump individuals who are starting (Inaudible) who know how to find deals.  Maybe they will show you to do the deals.  Maybe they will tell you that they can't sell the property.  And

CONFIDENTIAL                    TU 99649

so, you help them become what they call a bird-dog (Inaudible).

Every time you find a great deal, bring it to me. I will pay—you can assign the property to me. So Dave (ph) if I come to you and I said, "I will give you $40,000.00 if you will give me $5000.00. Can you do it?" (Inaudible) I'll give you $40,000.00 and you will give you $5000.00.

If I give you $40,000.00, would you give me $5000.00—are you married?

| | |
|---|---|
| Male 1: | No. |

| | |
|---|---|
| Gerald Martin: | Okay. So, you don't have to ask your wife. Absolutely guys. If you give me $40,000.00, I will give you $5000.00 all day long. And I will say, "Hey, your keys have been moved. Go and find it." And then another one and there are people out there with $5000.00. Oh my goodness! I've got $5000.00. I'm going to find another one for another $5000.00. And so now, don't do a lot of work if you're making (Inaudible) enough money. We are. Absolutely! |

There are private money lenders or private money investor. I may have this physician here. A lot of times, physicians, they work too hard. They work too many hours. They can't duplicate themselves. I mean, it would be nice if they can go and find the person next to them and say, let me train you. Now, you will operate new surgeries for me (Inaudible). But sometimes if they're too busy, they might (Inaudible) to invest. They may not want to do the real estate (Inaudible) but they might like to earn (Inaudible) on their money secured by real estate.

They can lend money to you and you can partner. They'll do the deal, cash out on the deal and pay them part of the deal. That's called other people money. They're seller financing, owner financing. There's ways where you can literally—if the person sell their home, if they will retire and they sell their home and they've been there for years they have no mortgage.

You will ask them, why do more people say when you asked them where they're going to put the money when they get it? What will they say, "I'm going to put it in the bank! What do you think I'm going to do?" I always asked them, how much is the bank paying? How much is the bank paying in interest?

| | |
|---|---|
| Participants: | 2.5% |

| | |
|---|---|
| Gerald Martin: | 2.5%, you see, you know what a CD is? CD are for people who want to loose their money instantly. |

CONFIDENTIAL                    TU 99650

Listen, if you're going to put it in the bank for 2%.  Why don't you just finance me, I'll pay you 8%.  If I don't have credit and I don't have money, couldn't I just say, why don't you owner-finance me, just give me three months to make the first payment.  Not what they'd find someone who has money that wants to buy a house.  I can either assign it or walk away from the deal or I could actually owner finance them because now, I own the house and I can own—this is not a bank.

I know (Inaudible) but you can't do that.  But yeah, when you go to a bank and the bank is the first lead in position and it's not assumable, (Inaudible) get assumable, the banks wouldn't allow it.  But if Hector is selling a house to me and he is owner financing me, I can put the contract and/or assign.  I can assign it.  This is called, using other people's money.  I don't have to remain in the deal.  As a matter of fact, I asked him if you will owner finance me, I don't have any money but I know how to find someone who has money.

There are hard money lenders.  There are home equity lines of credit that you can use to buy appreciating assets.  You can invest in your tax qualified plan.  You can invest in your 401K or IRA.  And of course (Inaudible) like the bank—the banks (Inaudible) on the right kind of deals if it's a deals, if it's a deal.  Now, this three-day training is not just three days.  This three-day training starts where apprenticeship starts right now guys.

01:05:26

We have the three-day training and then we have an entire year of support because we know that you need hand-holding.  You need help throughout the process.  We also have (Inaudible).  We have the apprentice, we have mentors.  When you come to the three-day training, we can have mentors and myself that will handle any questions (Inaudible) and you can sit down one on one with our mentors and they can help you and walk you through your deals.

We also have subject matter expert.  Well, you know at Trump, every Thursday, we have webinars and teleseminars and there's a different topic every week.  Sometimes it could be a state planning, it could be asset protection, commercial investing, multifamily investing, tax liens, deeds, certificates, wholesaling properties, quick turning properties, lease options, there's a host of those to invest in real estate and so we have this subject matter experts.  They've stood the test of time.  And so we provide that for you.

But even better than that, you also get all the forms.  You don't ever have to go see an attorney to get a contract or form.  They're legal in all states, written by his attorneys.  So if you need a form and addendum, anything, it's right here.  You can even go online and print out all your forms, you've got them all.

CONFIDENTIAL                    TU 99651

The edge strategies, the software, you have access to a network of other investors. It's not a part of the Trump training.

Now, step by step foreclosures. This training is not just about short sales. It's also about foreclosures. But it's not just foreclosures and pre-foreclosures and bank owned properties, we will also show you how to market your business. This training, three-day training, it will be a classroom style. There will be tables and shares and coffee in the back to keep you awake and what you'll do is we are going to work you through this workbook for three days. Starting in the morning and go all day.

We go an hour and a half, we take a break. We go an hour and a half, we take lunch. But we teach you how to understand foreclosures, how to locate the deals that are around and keep the blinders off. How to find the properties, how to achieve the right area, how to work with people, how to structure—how to structure your deals, so that you know when you go into a deal that's profitable and we will also do the different strategies like quick turn, lease options, wholesaling, retailing, it's all right here. Anything you need.

You will learn through our training, how to locate the great deals. During these three days, I'm going to show you how to contact owner's and negotiate with them. But I know to go one step further. (Inaudible) get enrolled, your training starts today. Once you get enrolled, you're going to come right back here and we're going to do a 10-minute orientation, very, very short. I'm going to show with you how to find a deal. How to find your first deal and what you're going to do is you're going to come to your training and you're going to bring about 15 leads, each of you.

You're going to bring 15 deals for sale by owner. If it's a sign in the yard and it says "for sale by owner," I want you to write the number, the phone number and the address. Then we can call them because I don't want you to mess it up. You're going to bring them to me. I'm going to sit here on a speaker phone, I've done this twice before in San Juan, okay, right here. And I'm going to sit there on a speaker phone and you're going to listen to me. You're going to listen to me negotiate and get them to know the price $10,000.00, $15,000.00, $20,000.00, $25,000.00, $30,000.00 over the phone.

I'll challenge you to find any other seminar company that will do that. So it's easy to stood up here and tell you, yeah, I've been in here for 12 years but you will see me negotiate owner-financing, (Inaudible) seconds lease options, and these are your deals folks, they're not my deals. I'm going to make phone calls on leads that you're bringing, call in people that I don't know for students that I've just met. Someone's going to

CONFIDENTIAL                                        TU 99652

make money at that weekend.  All you have to do is your homework.  This has been the deal.  Folks I've been doing this for a long time, for 12 years.  I can jump in the air and pull the parachute all the way down and locate and negotiate deals.

01:10:00

And I'm going to do that for you if you do your homework.  I'm going to show you how to finance those deals without using your money or your own credit.  Folks, this is what we do.  That's why we're the best of the best.  This is Donald Trump.  You want to have the best of the best if you're going to be the best.  And if you want to become a good golfer, who do you like to go out and golf with?

Female 1:          Tiger Woods

Gerald Martin:     Tiger, Tiger Woods.  So if you're going to be the best in real estate, who are you going to talk to?  Who do you want?  Who's the best in real estate?

Female 1:          Donald Trump?

Gerald Martin:     Donald Trump folks.  The man bought a $400 million building for $1.4 million.  He's the best of the best.  We're going to show you how to quick turn, and exit those properties.  We're going to show you how to get in and get out profitably.  Now the training is the negotiating system, is the trend system, we can give you all the marketing pieces, so you can advertise for properties to buy and properties to sell.  We're going to teach you how to build a buyers list.

There are too many people that try to buy real estate because they think that it's a good money opportunity, they go out and buy property and if you get, wait a minute I'm going to sell it.  We'll teach you to go out and find your buyers first.  Go out and find people who qualify.  Find out what they're looking for.  What area of town.  What price range, how much are they going to pay monthly and we'll go find it for them.

The property should be sold before you buy it.  Does that make a bit more sense?  They're getting stock with the property, absolutely.  And all of the scripts, not only that I will give you the scripts, I'm going to show you how they're scripted and they'll show you an example of doing it.  We're going to show you how to secure other people's money.  So the (Inaudible) and also with your (Inaudible) you will get the software and you will get the Trump's software.

This software is powerful.  You can pull up the software in the morning and you can identify anywhere in the country, Puerto Rico, Guam, Hawaii, Arizona, Nevada, all across the country, Florida, we're teaching you how to start investing in your area

CONFIDENTIAL                                    TU 99653

and then how to expand beyond your area once you become proficient. And this is the software. This is the foreclosure. This $109,000.00 shows basically, that there's $109,000.00 of profit potential in the deal.

All you have to do from here is the due diligence to make sure that there's not too much repairs and who we can sell it for and so when you take a look at that, you can determine, "Hey, that might be a deal? I will work on that deal." So you get up in the morning and you click on your PR right here and you will pull up all the deals and these deals are going to be sherif's sales, foreclosures, tax liens, FSBOs, for sale by owner properties and what you are going to do is you will go right over into this column and you'll find something like a—right here, that the value is $143,000.00, the asking price is $71,000.00. You will print that out and you'll start marketing to buy that property.

You will identify if it's a property that you can maybe even take subject to the mortgage because of it's in foreclosure, why buy the property when you can just put it under contract put in the trust, control the trust, and keep the mortgage over there, and not have the mortgage in your name. You can do one a month folks, just do one a month.

If you're serious about this business, you'll do one a month. Just do one deal a month for eight months and then take Thanksgiving, Christmas, and New Year's off. It's a lot better than working.

Here are the dates, write them down—26th, 27th, and 28th but not this weekend but next weekend. There are the dates guys, from 9:00 to 6:00. Now if you look at those dates and you'll say, "Wow, when are you going to be back in the area? I have a bowling tournament that weekend." Well, Donald Trump said, if you don't love this, it's just might not be for you. If bowling or the soccer match is more important than your family's financial future guys, I'm telling you, this may not work for you because some people fall, everything gets in their way. They were (Inaudible) on their real estate but they got a flat tire. I can't show up.

The people who succeed are the ones that say when the going gets tough, the tough makes money. So there you got it. Don't even call it sitcom Friday, tell them, "Hey, I feel great and I'm coming in." Now before I the oxygen subside the room of the $2900.00 price, that's retail guys.

01:15:00

This is Donald Trump, we got a better deal for you. It is not the $2900.00 but you can get three days of the training, 12 months of ongoing support, you can have live events for peak

CONFIDENTIAL                    TU 99654

performance, you are going to have the Trump community that you're working with, the Trump network of people, all the contracts, all the forms, everything—all you need to do is show up with a pen and some leads. That's what you should do.  And what are you going to get—you are going to expect to make some extra income, that's what you're going to expect from your Trump training.   You can expect to generate additional income.  You can also expect to build some wealth.

Send properties of your hold, send properties of your list, send properties of your flip and send properties of your lease option.  You will learn how to work less because the people who make the most money, work the least, the people who work the hardest make the least amount of money.  So we're teaching you how to work smart or work less.  Secure your timing; build the legacy, generation of wealth guys.  What I'm saying here is if you've worked for 20 years and it did not work for you, what in the world will we let our children do the same thing?  Learn this business.   My oldest daughter is 19 years old.   She's learning this business.  She has two properties.  My 17-year-old has two properties.  My 12-year-old says "dad, when will I have mine?"  Funny, you're too young just wait.

Don't sit down with your children and say "okay, let me show you how to fill out a college loan application.  Don't do that.  I know about college.  My oldest daughter is a sophomore at Vanderbilt.  And their tuition is about what Donald Trump paid at Wharton.  So, I'm writing big checks folks.  Let me tell you something.  You're in a property intensive business.  Get them educated.  It's not what—get a job but get them educated and then teach them the business and show them how to create wealth and not how to get a job.

Pay off your debts.  This is a very simple business.  It's very simple guys with the right strategies, with the right support, the right training and educational knowledge.  All you need to do is show up.  Let us work with you over the next 18 months, and I'll tell you something, 18 months, your life will change.  If you want to pay off your home, spend the next 18 months, pay off your house.  Pay off your cars and pay off all your credit cards. If you have no house payment, no car payments and no credit cards, will life be a little bit easier for you?

All right, the rest of you are okay.  Okay, that's what we're going to do.  So, take care of your love ones.  Now this is the price.  Here is your investment guys, $1495.00 is what's going to cost for your tuition.  That's a three-day training event plus the continued support for a year.  We're part of—this is for two people, okay.  You're the primary and you bring guest.  It could be your business partner, it could be your significant other, it could be whoever, but that second person will not pay for money for that person comes for free.  This is for two people, $1495.00, the two of you come.

CONFIDENTIAL

TU 99655

|  |  |
|---|---|
|  | You will each get workbooks, get everything and then the dealer source software also comes with it, that premium membership, all of the webinars, the teleseminars, all of that is included.  Your total investment is $1495.00 guys and that's it.  You're total investment.  You're in the Trump family.  You're trained, you're skilled.  You already get started identifying deals.  But I will tell you what you could do with $1495.00.  You can put it in the stock market.  Next year, you will have 800 (Inaudible).  You could take $1495.00 and put it in a CD and make $60.00.  Or you can take $1495.00 invested in the right education, a wealth education and if you will only do one deal, folks if you only do one deal in your entire life and made $25,000.00 would your life be enriched?  Would it? |
| Participants: | Yes. |
| Gerald Martin: | Of course.  $1495.00, now what you get today is, you'll get CDs, okay to start.  You can start with your education to know the language that we're using in the real estate business and you got a workbook.  You take this home with you today.  You listen to the tapes and you do the workbook and you do your homework and you'll show up to the training, ready to learn and earn.  Donald trump offers a risk-free guarantee.  Guys, this is Donald Trump, the best of the best.  He is not going to keep your $1495.00 if you don't do it. |
| 01:20:01 |  |
|  | The law says that if you learn today, you have 72 hours to change your mind.  Donald Trump knows that you're going to love this training and I know that you're going to love this training.  You can have a lot of fun guys.  This is going to be amazing.  This is going to change your life.  As a matter of fact, at the end of Friday, you will have little sleep.  You will go home and your mind would be spinning and you'll say, 'My goodness, why didn't I do these 10 years ago?" |
|  | Donald trump says you're not going to do just 72 hours.  You enroll today.  You come to the first day of training.  You will show up Friday at 9:00, you stayed in the entire day.  At the end of the day if you come to me and you say, "Gerald, this just isn't for me."  I will send you right back to Susan to get a refund.  Donald Trump does not want or need your $1495.00 guys.  He wants your testimonials.  He wants to hear your success stories. |
|  | So that's a proven guarantee.  A 100% guarantee.  So we're going to teach you the strategies for success.  You got to find others who had the opportunities even driving by.  We're going to show you how to uncover all of that cash that's hidden in those short sales and you got to learn how to create wealth while helping others.  You feel good about yourself.  Others feel |

CONFIDENTIAL

TU 99656

good about you.  Others are referring you, they love that you helped them because if you don't helped them, the banks are not going to help them.  But in (Inaudible) you have got to take action.  Nothing happens without action, so your apprenticeship program starts right now and it starts today for those who take action.  What are you going to do today?  You have to take action today guys.  You have to seize the day.  Seize the opportunity.  Not fall under the influence of—that (Inaudible) bias and think "Well, maybe I'll do this the next year."

Folks, this business will change next year.  It's a moving life, living privilege and real estate goes up and down.  And the reason why you have to learn from Trump is real estate current where the money (Inaudible).  So you can make money even the market is going up and you did.  You can make money even the market goes down and you'll make more.  And you can make money if the market stays flat.  That's' who an investor is.  That's called a transaction engineer.  They make money regardless of what the market does.  Real estate gamblers only make money if the market goes up.  So there are two types of people.  I have the people that show up here and they take all there notes, they go home, they put those notes up on the shelf and they hoped that a condominium will show up.

It never does.  It never does.  And then we have two, three, four, five weeks and they just kind of forget about it and they go back to work.  Back to their same jobs, back to their same lifestyle.  But you've been saying the same thing over and over again expecting different results.

But then my second group of people, they are the doers.  They've been thinking about doing this for a while now.  If for some reason, now is there time.  This is the perfect storm.  There's never been a bad time to get involved in a real estate than right now.  They get one of the opportunity real close— (Inaudible).  So we're looking for the doers.  If this is your time and your husband and wives were looking at each other and they're like, "honey—we've been thinking about this for a long time."  I encouraged you, take action and join the Trump family.

We're going to be right back there and I'm going to be right back there and any questions you've got I will let you leave her with your questions answered and those people who are ready to take action, I want you to get up right now, I want you to sign up into the back, and let's get you enrolled, okay.  So you all have a wonderful day the rest of you and my doers, let's go back there, get up and let's get enrolled, all right.  Let's go.

[Applause]

All right, let's go!

CONFIDENTIAL                    TU 99657

01:24:28

CONFIDENTIAL                    TU 99658