EXHIBIT 10

**Trump**                                    **Art Cohen, et al. vs. Donald J. Trump**

1            UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3

4   ART COHEN, Individually
    and on Behalf of All
5   Others Similarly
    Situated,

6
          Plaintiff,
7     vs.                No. 3:13-cv-02519-GPC-WVG
                         CLASS ACTION
8   DONALD J. TRUMP,

9         Defendant.
    _____
10

11

12

13

14          TRANSCRIPT OF VIDEO RECORDING

15

16

17

18

19

20

21

22   Transcribed by:
     Diana Sasseen
23   CSR No. 13456

24   Job No. 10022560

25

| | | |
|---|---|---|
| 1 | Las Vegas, Nevada; January 21, 2016 | |
| 2 | ---oOo--- | |
| 3 | MR. TRUMP:  Okay.  Go ahead, I'll watch this. | 08:45:46 |
| 4 | (Video played.) | 08:45:47 |
| 5 | MR. TRUMP:  Is that you talking?  Is that you? | 08:47:33 |
| 6 | UNIDENTIFIED SPEAKER:  Yes. | 08:47:36 |
| 7 | MR. TRUMP:  Okay.  Good -- good voice. | 08:47:37 |
| 8 | (Video played.) | 08:47:37 |
| 9 | UNIDENTIFIED SPEAKER:  Can we pause for a | 08:48:15 |
| 10 | second? | 08:48:15 |
| 11 | Just to be clear, we're not listening to a | 08:48:17 |
| 12 | continuous examination. | 08:48:20 |
| 13 | UNIDENTIFIED SPEAKER:  Exactly. | 08:48:20 |
| 14 | UNIDENTIFIED SPEAKER:  These are edited clips. | 08:48:21 |
| 15 | UNIDENTIFIED SPEAKER:  Exactly.  But they're | 08:48:23 |
| 16 | either complete questions and answers. | 08:48:24 |
| 17 | UNIDENTIFIED SPEAKER:  Yeah, okay, because I | 08:48:25 |
| 18 | noticed the time code is jumping around. | 08:48:27 |
| 19 | UNIDENTIFIED SPEAKER:  Yeah, it jumps around. | 08:48:30 |
| 20 | UNIDENTIFIED SPEAKER:  Okay.  Thank you. | 08:48:31 |
| 21 | UNIDENTIFIED SPEAKER:  But none of the | 08:48:32 |
| 22 | questions or answers. | 08:48:32 |
| 23 | UNIDENTIFIED SPEAKER:  You'll give me the | 08:48:33 |
| 24 | file -- | 08:48:35 |
| 25 | UNIDENTIFIED SPEAKER:  Yes. | 08:48:38 |

**Art Cohen, et al. vs. Donald J. Trump**

| | | |
|---|---|---|
| 1 | UNIDENTIFIED SPEAKER:  -- of the CD, and then I | 08:48:38 |
| 2 | can go back and review the transcript at some point. | 08:48:39 |
| 3 | UNIDENTIFIED SPEAKER:  Yes. | 08:48:40 |
| 4 | UNIDENTIFIED SPEAKER:  Thank you. | 08:48:41 |
| 5 | (Video played.) | 08:48:41 |
| 6 | MR. TRUMP:  He -- he defrauded us.  Okay? | 08:55:33 |
| 7 | (Video played.) | 08:55:35 |
| 8 | MR. TRUMP:  Understand? | 08:55:39 |
| 9 | (Video played.) | 08:55:39 |
| 10 | MR. TRUMP:  Sue him. | 08:55:43 |
| 11 | (Video played.) | 08:55:44 |
| 12 | MR. TRUMP:  He embellished. | 08:57:03 |
| 13 | (Video played.) | 08:57:03 |
| 14 | MR. TRUMP:  (Inaudible.) | 08:57:21 |
| 15 | (Video played.) | 08:57:21 |
| 16 | MR. TRUMP:  (Inaudible.) | 08:57:57 |
| 17 | (Video played.) | 08:57:57 |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 3

1          REPORTER'S CERTIFICATE

2          I, the undersigned, a Certified Shorthand

3    Reporter of the State of California, do hereby certify:

4          That the foregoing electronically-recorded

5    proceedings were transcribed by me to the best of my

6    ability.

7          I further certify I am neither financially

8    interested in the action nor a relative or employee of

9    any attorney or party to this action.

10          IN WITNESS WHEREOF, I have this date

11    subscribed my name.

12

13    Dated: March 02, 2016

14

15

16          _____

17          Diana Sasseen
          CSR NO. 13456

18

19

20

21

22

23

24

25

**Trump**                                      **Art Cohen, et al. vs. Donald J. Trump**

**-**

**---ooo---**  2:2

**0**

**02**  4:13

**1**

**13456**  4:17

**2**

**2016**  2:1 4:13

**21**  2:1

**A**

**ability**  4:6

**action**  4:8,9

**ahead**  2:3

**answers**  2:16,22

**attorney**  4:9

**B**

**back**  3:2

**C**

**California**  4:3

**CD**  3:1

**CERTIFICATE**  4:1

**Certified**  4:2

**certify**  4:3,7

**clear**  2:11

**clips**  2:14

**code**  2:18

**complete**  2:16

**continuous**  2:12

**CSR**  4:17

**D**

**date**  4:10

**Dated**  4:13

**defrauded**  3:6

**Diana**  4:16

**E**

**edited**  2:14

**electronically-
recorded**  4:4

**embellished**  3:12

**employee**  4:8

**examination**  2:12

**F**

**file**  2:24

**financially**  4:7

**foregoing**  4:4

**G**

**give**  2:23

**good**  2:7

**I**

**Inaudible**  3:14,16

**interested**  4:8

**J**

**January**  2:1

**jumping**  2:18

**jumps**  2:19

**L**

**Las**  2:1

**listening**  2:11

**M**

**March**  4:13

**N**

**Nevada**  2:1

**noticed**  2:18

**P**

**party**  4:9

**pause**  2:9

**played**  2:4,8 3:5,7,9,
11,13,15,17

**point**  3:2

**proceedings**  4:5

**Q**

**questions**  2:16,22

**R**

**relative**  4:8

**Reporter**  4:3

**REPORTER'S**  4:1

**review**  3:2

**S**

**Sasseen**  4:16

**Shorthand**  4:2

**SPEAKER**  2:6,9,13,
14,15,17,19,20,21,
23,25 3:1,3,4

**State**  4:3

**subscribed**  4:11

**Sue**  3:10

**T**

**talking**  2:5

**time**  2:18

**transcribed**  4:5

**transcript**  3:2

**TRUMP**  2:3,5,7 3:6,8,
10,12,14,16

**U**

**undersigned**  4:2

**Understand**  3:8

**UNIDENTIFIED**  2:6,9,
13,14,15,17,19,20,
21,23,25 3:1,3,4

**V**

**Vegas**  2:1

**video**  2:4,8 3:5,7,9,
11,13,15,17

**voice**  2:7

**W**

**watch**  2:3

**WHEREOF**  4:10

EXHIBIT 11

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   ART COHEN, Individually   )
     and on Behalf of All      )
 5   Others Similarly          )   No. 3:13-cv-02519-GPC-WVG
     Situated,                 )
 6                             )   CLASS ACTION
              Plaintiff,       )
 7                             )
     VS.                       )
 8                             )
     DONALD J. TRUMP,          )
 9                             )
              Defendant.   )
10

11

12

13        VIDEOTAPED DEPOSITION OF KERRY ALAN LUCAS

14                   June 11, 2015

15              9:51 a.m. to 2:30 p.m.

16               Regus — GAI Building

17          618 East South Street, Suite 500

18               Orlando, Florida 32801

19

20

21

22   Reported By:
     RHONDA HALL-BREUWET
23   RDR, CRR, LCR, CCR, FPR, CLR,
     NCRA Realtime Systems Administrator
24

25   Job No.: 10017047
```

1    Q.   '09 or '99?

2    A.   '09.

3    Q.   The duplexes were in 2009?

4    A.   Yes.

5    Q.   Okay.  So prior to 2009, it sounds like you

6  hadn't actually bought any real estate; is that

7  right?

8    A.   Right.  Just managed and rented out the

9  properties that I had.

10   Q.   Did you say properties, multiple, or just

11 the one from your mom?

12   A.   Just the one from Mom and then the -- then

13 the other two rentals for Tampa and St.  Pete.

14   Q.   I'm talking prior to '99, though -- prior to

15 2009.

16   A.   No.

17   Q.   So prior to 2009, you did not buy or sell

18 any real estate, right?

19   A.   Correct.

20   Q.   And the only real estate you managed was

21 renting out the condo you inherited from your mom; is

22 that right?

23   A.   Yes.

24   Q.   That was the condo located in the retirement

25 community in what city?

EXHIBIT 12

Log In   My Cart



The **TRUMP** Entrepreneur Initiative

Call for a free consultation
**646-810-7358**

Home | Real Estate Investing | Entrepreneurship | Investing | Live Training | Trump Blog | My Network

Entrepreneurship | Real Estate | Leadership | Success | Marketing | Celebrity Apprentice

*Ideas and Opinions from Donald Trump and The Trump Entrepreneur Initiative Instructors.*

Home : The Race for Vice-President



Posted by **Donald J. Trump** on 3/13/2008 at 6:55 AM
Posted in **Leadership**




ShareThis
A A A
Permalink

With the Democratic presidential nomination far from decided, the candidates were jockeying a little bit recently, talking about a "dream ticket."

Hillary Clinton said she'd consider naming Barack Obama as her vice-president when she gets the nomination, but she's nowhere near a shoo-in. For his part, Obama said he's just focused on winning the nomination, although at least one member of his team said Clinton would make a good vice-president. (I know Hillary and I think she'd make a great president *or* vice-president.)

It's interesting to see what the candidates are doing. They're playing the same kind of power games that you see in any kind of business environment.

Sometimes if you project a powerful attitude then the people around you can't help but pick up on it too. It's great positioning and it often works.

It'll be interesting to see, however, if it works in the political arena. A lot of people think a Clinton/Obama or Obama/Clinton pairing would be a dream pairing for the November election. But for that to happen, one of them has to willingly agree to be Number Two.

Until then, keep an eye on all the power games and maneuvering. It will reveal a lot about who might one day sit in the Oval Office.

Donald J. Trump is Chairman of The Trump Entrepreneur Initiative.

Please log in or join to comment.

**16 Comments**

Posted by **William Yang** on 03/13/2008 9:16 AM

Why they fight so hard to be the one ? for the people ? (thats bull****s) or for them self ? how much money they owed for the power ?

in the end the winner is he/she who can deliver the highest comfort in the shortest time. (nobody care for the long term) that was the weakest point of democracy. (people know what they want, but they don't know what they need)

If I need to vote, I'll chose Michael Bloomberg as the President. Clinton & Obama ? I don't trust them



Why do you need a **Personal Real Estate Coach?**
• To find profitable real estate investments
• To negotiate deals like a pro
• To close deals and **MAKE MONEY!**

**Get Started Now!**

**Get the Feed**

Subscribe in reader

SUBSCRIBE

Subscribe by email

3674 readers
BY FEEDBURNER

**Popular Posts**

Mobile Web Design and Marketing for Your Business & Investments

**Categories**

Sales  Asset Protection  Real Estate  Current Events  Apprentice  Tax Lien Investing  Buying a Business  Education  Commercial Real Estate  Personal Finance  **Real Estate**  **Investing**  **Leadership**  Financing  Investments  Career  Foreclosure  Careers  Housing Market  Wealth Building  Wealth Creation  Negotiating  Technology  The Apprentice  Selling  online marketing  Trump Blog  Television  Mobile Marketing  Marketing  Self Improvement  Career Planning  Trump Organization  Networking  **Success**  Property Management  **Entrepreneurship**  Client of the Month  Donald Trump  Financial planning  This week at The Trump Entrepreneur Initiative  Management  Social Media Marketing  Ask Donald Trump  Financial planning

**Search This Blog**

Search

TU67580

EXHIBIT 13

Date: February 20-22
Event: Fast Track to Foreclosure
Location: Baltimore<br /> Instructor: Steve Goff
Staff: Christy Duckett
RTRFTF-20090220b
Hunt Valley Marriott
Attended: 33 potential sales

Sales:
Pending-Janet Erickson-Mentorship Has to speak with credit card company tomorrow to
have ████████ approved will call in morning.
RPG-0

CONFIDENTIAL                              TU 97041

Steve Goff:          Okay. Do we got everybody in here?

Participants:        Yes.

Steve Goff:          All right, what I am going to do right now, because you guys are coming up to us like crazy here, I want to deal with this next program on how do this works.  So is it okay for you to go over this really quick, so I can just educate each one of you in here, is it going to be okay?

Participants:        Yes.

Steve Goff:          All right, now, I will roll on this down, so I wanted to make sure that I completely cover everything because this is very, very important.  Okay.  All you guys right here know you need a mentor, right?  With all these questions going on out there out there, okay.  I am just going to go over this program real quick with you.

I just kind of give you some background here.  In May of 2005, Donald Trump started this company along with the gentleman named Michael Saxton who is the president, that works on 40 Wall Street.  What they did is that they came up with an online education business.  We started as online education—you go online, take the classes or you can to go to New York City, and go to the live events.  And what happen was, they found out they were not very successful with it because we did not have live training.  We did not have a system in place to show people how to look at the properties, making offer and do the contract, find the money, go to private company, go to the courthouse.  We did not have a turn key business to help people get ahead of their lives in real estate so they could quit their job.  Okay.

So, what we did, starting in July of 2007, that is when I started with the company.  I worked on Wall Street all 2007, set this whole program up with Michael Saxton whom like I said is the president.  What we started doing in July is we started doing these live events.  And those of you guys who came to my seminar, you know that July, we started doing one city a month and now we are doing nine cities every single month.  This company is growing so fast.  The reason it is growing so fast is because its students are successful.  Okay.

So, we started doing these live events with people we made extremely successful with it—  There is a turn-key business on— basically someone is going to come and present it here, okay.  Now, Donald Trump put the ever world's best training program.  Donald Trump owns this company, it is not going anywhere, it is stocked by multibillionaire—he is not going anywhere.  He is going to do the same thing that his dad did to him.  He is going to pass this down to his five kids.  So, that is exactly what is going to happen okay.  This is very, very important.

CONFIDENTIAL                            TU 97042

Now, right here, I am not going to attack you.  I am going to hug you. All you guys are my kids, right?  You are going to have to qualify for this program.  We do not just let anybody in, I tell you that right now, okay.  You got to qualify for it because what we do not want is someone who spends some money and sit on the couch and not do anything.  Okay.  Donald is looking for people that are seriously committed—they are going out and making money and making this business work.  We are basically looking for an apprentice, right, just like going on TV. We have got an apprentice program here that we are going to offer you guys, but you have to qualify for it.

It is not about the money.  Donald Trump does not need your money.  The guy is worth $4 Billion.  What we need is a commitment from somebody who does want to go out and make something happen because what we do not want you to do is spend the money and not do anything and now you are going to be mad at me and Donald, are you not?  So, if you are not committed, Donald does not want you.  Okay.  We are inviting you, all right.  Does that make sense?

| | |
|---|---|
| Participants: | Yes. |
| Steve Goff: | Okay.  You got to qualify, all right.  There is nowhere else right now that you can put your money and get the type of returns that you can get in real estate as long as you are buying correctly.  Okay.  Can you get a 100% return on stock market? |
| Participants: | No. |
| Steve Goff: | With a CD? |
| Participants: | No. |
| Steve Goff: | Okay. Real estate is the only thing that I know that you can get a 100% return on your money as long as you are buying property the correct way.  Is that right?  Property is worth $300,000.00 and you get it for $150,000.00, okay.  And they are out there everywhere.  Okay.  Now, the first challenge that you guys have is to make how much money in your first deal? |
| Participants: | $70,000.00. |
| Steve Goff: | $70,000.00.  That is your challenge.  I want you to start high. Okay.  If you guys planning on going out and become a millionaire in five years and you only get the $700,000.00, would that be better than having a goal of doing $300,000.00 and you are getting $400,000.00? |
| Participants: | Yes. |

00:05:00

CONFIDENTIAL                                    TU 97043

| | |
|---|---|
| Steve Goff: | Okay.  Let our mentoring program recoup any money that you have lost in your 401Ks, your IRAs.  Okay.  A lot of you guys have money that are just sinking, sinking, sinking and sinking.  Folks, stop handing your money over to these people, do they care anything about you? |
| Participants: | No. |
| Steve Goff: | No, they do not.  Okay.  You now my dad work for GT for 40 years.  When he retired he got a $400,000.00 check, who do you think he handed it over to? |
| Participants: | (Inaudible) |
| Steve Goff: | Brokers.  It is all gone, all of it.  40 years of slaving on its awful goals, in the snow and rain—it is all gone.  What I want you guys to do is instead of handing your money over to these people, you have to learn how to invest because there is only one person who cares about you—who is that? |
| Participants: | You. |
| Steve Goff: | Yourself because brokers do not care about you.  Let me ask you a question.  When you are loosing money, your 401k, did you get a call from your broker? |
| Participants: | No. |
| Steve Goff: | How come?  They will flip that, you are right.  They will only keep making money with your money.  Okay.  Now, I am telling you this, I just want to let you guys know this, hopefully, after hearing me for a couple of days, it is in my heart to help people.  This is what I am passionate about.  I always get the question, "Steve, if you are making so much money in real estate.  How come you are out and travel the country?"  I would just tell you this.  I am not passionate about real estate like I used to be.  I have been selling this stuff since 1994, 15 years.  I am more passionate about changing your life.  Does that make sense? |
| | One thing I have learned long time ago, if you are not passionate about something.  You do not like what you are doing, are you making money on it? |
| Participants: | No. |
| Steve Goff: | I am more passionate about changing lives because me, yes, I flipped the house up, the buyer's, the seller—no big deal.  But like I said, I speak to about 1500 people a month.  So, if I can help you change you and your family's life, I feel like I am doing my job.  That is what I am passionate about.  I am passionate about changing your life.  And I am here to tell you, okay, you are not going to meet a more passionate person |

CONFIDENTIAL                                      TU 97044

about changing your life than me.  I can tell you right now.  I have been very, very successful that is the reason Donald pick me.  He could pick anybody in the world, all right.

Now, today's program is you are going to have Monday, is number one, the confidence that you can go out and do this.  Okay.  Do you guys agree with that and you are not going to know which deal you would do first.   Literally, there are thousands of properties out there which you can buy 50 to 60 cents on a dollar.  It is insane.  I am here to tell you, from my perspective.  I think things are going to turnaround.  I mean Obama is already stepping in, (Inaudible) of these foreclosures, all these stuff is happening, I am telling you, I cannot predict the future but if I had a guess, I would say that the next six months or so, you are going to start to seeing some positive results out there because I think the new administration knows to fix the economy they have to fix the housing problem.  We got to fix that first before you can fix everything up because our nation, the world is based on real estate, is it not?

Participants:      Yes.

Steve Goff:       The three basic requirements of life are what?—food, water and shelter.  Everybody needs a place to live, okay.  So, I think the administration has got it right.  They know they need to fix the housing problem first before the economy can be turned around.  So, from my perspective—I cannot predict the future but we all know real estate always goes up, is it not?

Participants:      Yes.

Steve Goff:       Always goes up.  Okay.  All right, now let Donald Trump mentorship program work for you.  Basically here is how it works.  Okay.  I want you to take notes.  I have got some slides here.  I want to make sure you fully understand this because for some of you in here, this is going to change your life.  Do you guys want to make more money?

Participants:      Yes.

Steve Goff:       Okay.  All right, like I said Donald has made it to his success.  I can tell you this right now.  Chris is going to be your mentor.  I have got some other mentors also but we are going to match you up with the person that you get along basically.  The way we look at it is you are hiring us to do a job for you.  What is going to happen is you are going to have some homework, I am going to be meeting with your guys Sunday night and so is Chris.  We are going to give you some homework and some things that we need you doing in the next two to three weeks, to prepare for this.  What is going to happen is you pick the city that you want the mentor to come into and you pick the dates.

00:10:00

CONFIDENTIAL                              TU 97045

|                 |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
|-----------------|-------|
|                 | Is Friday, Saturday, Sunday work best for you, great.  If you want to do deals in Vegas, Austin, wherever you want to do the real estate at, the mentor is going to fly in.  Okay.  You do not have to change the sheets on your bed, nothing like that.  They are going to get a hotel and they are going to have their own car that they are going to rent.  Okay.  Their job is to help you make money, when? |
| Participants:   | Now. |
| Steve Goff:     | Right now.  Here is what happens.  Okay.  You are going to have some homework.  We are going to have a couple of realtors in our power team.  They are going to pull up the properties that meet our buying criteria.  We are going to meet with a realtor first thing.  Let us say the mentors going to be Monday and Tuesday and Wednesday, we are going to meet first thing Monday morning and this is what is going to happen.  We are going to go look at property.  First, we are going to point out all the different flaws and start getting these, okay.  You are going to make an offer right there then we can go and look at the next house. |
|                 | We are going to go through it, write down the positives and negatives.  You are going to make an offer right there then you go to the next house.  What we are going to ask you to do are these for sale by owners and these for rent properties, people that are open to lease option or selling property.  What we are going to ask you to do is set appointments in the evening time because what I want you to see is someone like me walking in to someone's living room negotiating with the seller and making four offers.  That will change your life right there.  You can see how the offer is presented and you can see how the seller reacts to it.  It is all live right there. |
|                 | So, I am going to ask you the evening time to setup appointments with the for rents and for sale by owners so you can see exactly how we are making offer and how it is all done right there in the home, in the living room.  This is all live.  Does that make sense? |
| Participants:   | Yes. |
| Steve Goff:     | You are going to do this for three days.  You mentors job is to help you make money right now.  We will not be sitting in the classroom talking about real estate.  You are going to be out in the field making money.  There is a difference between classroom and real world. |
| Participants:   | Yes. |

CONFIDENTIAL                          TU 97046

| | |
|---|---|
| Steve Goff: | Just like there is a difference between a college education or college smarts and street smarts.  There is totally a different, is it not? |
| Participants: | Yes. |
| Steve Goff: | So, everything you have learned in here is one thing.  Once you get on the street, it is the same thing but it is a little bit different, is it not? |
| Participants: | Yes. |
| Steve Goff: | Okay.  All right, I am here to tell you this.  You are going to be given an evaluation sheet.  Your mentor needs to get all fives on there.  This is monitored by Donald Trump's partner Michael Saxton.  So, this evaluation form that you fill out after your mentor leaves on how good job they did for you and they need all five, just like you are going to give all of us here tomorrow.  Okay.  All right, Michael Saxton, the president, Donald Trump's partner, monitor's this.  We need to make sure that they are doing everything they can to help you out. |

Now, after the three days, it does not end in there.  Okay.  That is just the beginning because those of you in real estate now, you can put a house under contract for three days but you are not going to sold it for three days, right?  Okay.  There is a process after that.  Okay.  That is where I come in, if you guys decide.  I can fit Chris to be there.  Trump flew him in from New Orleans because he is the best of the best.  He has done over a hundred deals since 2001.  Okay.  He knows what is doing.  He has worked on 40 short sales right now.  He knows the lease options.  He knows exactly what he is doing.  You guys are (Inaudible) for that this afternoon when he gets on stage and starts talking about short sales.

I am also committed to your success.  Okay, because I will tell you this, I want to make sure that we are going to do everything within our power to make you successful.  Number one, you are going to get my personal cell phone number, you are going to get my email address.  And I want to build relationship with you also.  I am looking for relationships for the rest of my life.  That is what I am looking for.  I want to make sure that you are getting everything that you need.  If you ever have a problem, you can call me and I will face it like that.  I am going to open up to you guys right now because this is very important.  Okay.

Let me tell you why I am so committed to this.  Okay.  I got into real estate business and I was really successful but I also want to give in to the seminar business, all right.  So, I went to a seminar for the well known author.  I am not going to mention his name.  Okay.  He is in jail right now.  I got it for $20,000.00.  I got scammed.  Now, I am here to tell you, it

CONFIDENTIAL                                    TU 97047

makes me sick that there are people out there, scamming people a lot of money and they are not in jail and I can tell you this right now.  You can ask anybody and I am not saying this to be cocky, I am saying this to be confident.  Okay.

00:15:10

I am one of the best Steve Goffs in the world.  I will tell you that right now.  Before, we had Tony Robbins, Robert Allen—I can speak for anybody in the world I want to speak to.  But I can tell you this, I made a commitment to Donald a long time ago, we talked about this.  That if I ever get to a level down that right now, that I would do everything within my power in helping you to be successful because it makes me sick that there is people out there taking peoples money and they are not in jail.  I know what they do.  They have a company, they have a tax ID number, when they get in trouble, they change the company and they change the tax ID number.  They just keep doing it.

Another thing that always made me sick is I spend a lot of money from these three-day trainings.  I probably got 30 of them.  Okay.  And one thing that always frustrated me there too, it is a dog and pony show for three days, you go and attend those for thee days, is it not?

So, I want a personal mission right now.  It is not about the money.  It is not about making a sale.  It is not about that at all.  It is about changing your life.  I know how important it is to have a mentor.  My brother who I got promoted is over the whole mentorship program.  Okay.  And just in the last four or five months, we have over 70 people just from, at least they could sign this mentorship program.  I can tell you this.  We have surveyed all—my brother did, and he asked them, "Why did you sign at the mentorship program?"  Every single one said, "I needed Trump's help to do this.  I was not confident building this on my own."  He also asked them, "Was it a big decision to make?"  And everybody said, "Yes, it was.  At the beginning no, the investment, but I am sure glad that I did."  And I can tell that right now.

I am not here to attack you.  I am here to hug you.  I will treat you like my kids.  I am just telling you what I know.  I am doing this business a long time.  Before I started with Trump, I had my own seminar company.  Okay.  I can tell you this, and I can tell you this from personal experience.  I went to a seminar like this.  I sat.  They offered mentors.  I mean I can not do this on my own, right.  Well, guess what?  It is time to do it on your own.  Do you guys agree with that?  But, it is very, very tough to do it on your own.  I am not going to sit here and say "None of guys are going to do it."  But can I say the majority of the people that go to the three day training, they do not have a mentor, do not do anything or got stay the same?  Okay.

CONFIDENTIAL                                    TU 97048

| | |
|---|---|
| Participants: | No. |
| Steve Goff: | As an overall percentage.  I am not going to pinpoint anybody in here.  Okay.  But it is typical. I am very competitive and I struggle and I know if I struggle, majority of people out there are struggling.  It is just nice to know when you get out of there and you look at the property and call me, "Hey Steve, I got this, what do you think here?"  It is just good to know you have somebody in your corner and helping you out.  Does that make sense? |
| Participants: | Yes. |
| Steve Goff: | Okay.  Now, like I said this is—from my perspective, I am looking to build relationships for the rest of my life.  Okay.  I am going to give my personal cell phone, email.  I want to hear about your success.  If you have any problems, whatsoever, I do not call it incompetence when you can ask the people here.  Okay. |
| | Now, Donald pays all these people here, but I pick one of my team.  And I got the best of the best back there and you can ask them.  I do not feel incompetence at all.  With Trump's program, if you have a problem or something, you give me a call.  Make one call and it sticks, just like that, hat is my promise to you, all right. |
| | Now, I already told you guys, the reason I am working for a multibillionaire right now is I have a mentors, his name is Jim Fletcher.  Okay.  I did forget the stuff and books and tapes.  I had a mentor who held my hand and that is when my career took off.  Okay. |
| | Now, I want you guys to be honest with me here.  How many of guys have a little bit of fear right now going out and do this stuff?  Okay.  Be perfectly honest.  That is everybody.  Okay.  I want you to look at me straight in the eye.  The only reason you have fears is you have to think you have to do this on your own.  You are not on your own.  Let us help you.  It is our job to help you.  Okay.  And I am telling you right now, if you get on with this company, it is very difficult. |
| 00:19:58 | |
| | I had four phone interviews.  They flew me to New York City.  Five interviews and it was in three days.  It is not about three hours.  I am talking about three-day interview.  I had to give them personal financial statements.  I had to show them all of the deals that I have done.  I had to show them all the testimonials I have with students.  It is very, very difficult to go with the Donald Trump Company, very difficult. |

Page 9 of 24

CONFIDENTIAL

TU 97049

So, the people that you are surrounding yourself with are the best of the best. These are the people that work at McDonalds that flipped two houses in their kitchen area. These are the people that do this for a full time living. Chris does this for a full time living. Okay. That is all he does, this real estate. It is not like he does his part time. So, the people that you have are the best of the best. Okay.

Hey, let me ask you this, if we can help you get to those first couple of deals. Will you take care of your family and will you do it the rest of your life?

Participants:        Yes

Steve Goff:        Okay. With the first couple of deals, you are going to do it for the rest of your life?

Participants:        Yes.

Steve Goff:        That is what I want you to do and once you are successful, I want you to be able to go out and help other people that need some help. Is that okay?

Participants:        Yes.

Steve Goff:        Because it is unfortunate and we all know this, I hate to say about money, but it takes money to change the world, does it not? It is money, unfortunately. All right, we are going to go through what this program consist, I will tell you this, Donald Trump, put this world best training program together. Once you make this investment, you are done with your education. You are done.

You do not have to go spend anymore money with any other companies. We put the whole program together to help you in all different areas in business, you are done. Okay. So, once you make a commitment to Donald, a commitment to this program and you shall qualify, you are done. Because I am here to tell you folks, a lot of you in here, you are going to spend some more money to get some more education, are you not? I cannot teach what I know in three days, because it is going to take a lot more than that.

Let me go through this program with you guys. I want you to take some notes here because for some of you this is going to change your life. This is what you have been looking for. I just want to prepare you for this. To some of you guys, we got some successful people in here. Okay. Let us just look at this real quick. Okay. I need to justify this. If you go to a four-year college, a good college, how much is it going to you?

Participants:        $65,000.00?

CONFIDENTIAL                                    TU 97050

Steve Goff:     At least a hundred, at least a hundred.  And if you go to this school, it is at least $25,000.00 a year—so it is about a hundred grand or depending on where you are going.

Yes.  It is a lot of money, a hundred grand.  Okay.  I hate to tell you this.  The government—I think it is 74% or it could be a little higher or a little lower.  The government says 74% of all people graduate from college, they only get a degree and they do not even get a job in their own degree.  Do you guys agree with that?  Okay.  They get a job and doing something else.

So, they study four years, being a doctor or attorney, whatever and they get a job doing something else.  Okay.  Who can tell me what is a good starting salary right after college?

—60, 65?  That is good.  That is a good salary right there is it not?

Participants:   More like 30 to 40 grand.

Steve Goff:     That is right.  It is more like 40 grand.  Okay.  But we will say 60.  Okay.  The $60,000.00 salary here, how much are you going to pay on taxes?

Participants:   40?

Steve Goff:     30% or so, at 18 grand.  Do you guys agree with that, around there?  Okay, so how much are you getting?—$42,000.00, right?  Which is what?

Participants:   35.

Steve Goff:     About $3,500.00 a month, something like that.  So, you spend at least a hundred thousand of your money, for four-years of your time studying certain subject that you want to get a job in.  And 74% of you will not be able to do that and you are going to get—this is a good start, I agree with you, right, $40,000.00 is the average.

All right, so this is the best route.  What could you do, do you think you will start your own retail company?

00:25:10

Participants:   No.

[Laughter]

Steve Goff:     That is all what you want to do, but there is a lot of people who do, right?  Okay.  You start your own business, retail store, right?  Okay. How must is that going to cost you?  Not about any franchise, I am just talking about business.  What kind of starting capital you are going to need on that.

CONFIDENTIAL                                    TU 97051

| | |
|---|---|
| Participants: | A couple of hundred thousand. |
| Steve Goff: | I agree with that, probably a couple of hundred thousand, are you not? |
| Participants: | Yes. |
| Steve Goff: | —you get the location, the inventory, got to have employees, payroll, taxes, and all that stuff, right?  Okay.  Some of you guys do not have $200,000.00, so I would say a $100,000.00, is that okay?—$100,000.00 to start a new business.  Okay. Now, now you have your own company, right, eventually what you have done is a created a job for yourself, right?—that is all you have done.  Because you got to be able to walk away—true investors make money whether they are or they are not.  They use their money to make more money. |
| | So, now you guys own your own company, right?  Now, you got pay the bills for the location, the electric and all of that, you got to manage employees, right?  That is fun is it not? |
| | You got to hire, fire people, pay them, insurance.  Okay.  It is a big mess.  Okay.  Or wish you could do, could you buy one these franchises?  Okay.  Let us say a little Subway or Starbucks, if you can even get them.  What is the fee for that? |
| | About half a million, it is typically a half a million to a million liquid cash when they can approve you, right?  And so you put a $500,000.00, get your little Subway, little Starbucks.  Okay. But now you also have to deal with what? |
| | Equipment, franchise, employees, fees, them telling you what to do, right? |
| Participants: | (Inaudible) |
| Steve Goff: | That is right, all the inventory.  So then again, all you have done is created a what? |
| Participants: | A job. |
| Steve Goff: | A job.  That is all you have got.  It stands for Just Over-Broke. So, what is the alternative here?  The alternative is the best home based business that you could ever do which is real estate, right?  Do you got any employees?  Do you got a bunch of inventory? |
| Participants: | No. |
| Steve Goff: | Do you have to pay franchise fees? |
| Participants: | No. |

CONFIDENTIAL                                    TU 97052

| | |
|---|---|
| Steve Goff: | No.  Okay.  Do you have to drive an hour to work in that? |
| Participants: | No. |
| Steve Goff: | No, because you are just sitting in your home, okay.  I am going to show you the software that you need to pull from the properties and make offers in all of them in your house.  And you can invest in other states if you want to.  Okay. |
| | So, in my perspective and I can tell you this.  The Trumps' mentoring program had been very, very successful.  I have already told you guys, this is not the end of your education, this is just the beginning.  I do not know the exact amount but I spent well over a hundred thousand in my education, way over a hundred thousand.  Okay. |
| | So, every step you invest, you must have the right support.  You need powerful online tools making sure can target the best deal to make more profitable investing decisions.   Our executive retreats may call that subject, either you master it for three days that is interactive, immersive action plan and world class coaches can accelerate your result by passing on their experience.  I am not here to tell you, if do not get a mentor, you are not going to be successful but it is going to take sometime, isn't it? |
| | You got to go the school or hard knocks and you got to learn, right?  Those of you who want to speed that process up—I do have to go through five years of mistakes and trial and errors at the school of had knocks.  I would just like for somebody who knows this stuff, to come and show me how to do that.  Does that make sense? |
| Participants: | Yes. |
| Steve Goff: | So, you guys are going to take some notes here.  This is going to start with a three-day in-person field coaching.  Okay.  Now, here is the (Inaudible) New Jersey, that was worth $370,000.00 and you got it for $170,000.00.  Do you guys remember that? |
| 00:30:04 | |
| Participants: | Yes. |
| Steve Goff: | That is only 10 minutes ago. |
| Participants: | Yes. |
| Steve Goff: | Like the student right here.  Okay.  So, with your coach, okay and I brought a world class mentor with me.  His name is Chris, |

CONFIDENTIAL

TU 97053

|  |  |
|---|---|
|  | everyone—can you turn around and say, "Hey Chris. Can you be my mentor?" |
| Participants: | "Hey Chris. Will you be my mentor?" |
| Steve Goff: | Okay. If you do not like Chris, I got lots of people back in there. But he is the best of the best that is why Trump flew him in here. Okay. We are going to walk you through the properties, running numbers and financials, evaluating potential deals, checking facts and doing interviews. Okay. Write multiple contracts to purchase. The mentor's job is to help you make money right now. Like I am telling you, they are not going to be teaching real estate. A lot of you, you are confused with this real estate—I am going to encourage you to go to a couple of the classes first before the mentor comes. Does that make sense? |
|  | I do not want to—the mentor flying out there and you are asking a million real estate questions and you do not know how to make an offer. Because their job is to help you make money. That is what they have been paid to do. Okay. Donald pays them a buck load of money every single day. I am just going to let you know because they are the best of the best. These are not the people who get $50.00 or a $100.00 to come and train you. They get paid a lot of money to come train you. Okay. |
|  | All right, now we have got our quick term real estate profit's retreat here. Those of you that keep seeing me refer to my notes—mentor gave you, right? This is the book right here. Okay. The best thing about this is, it is actually a workbook, a PowerPoint, to teach you step by step. I did not have to (Inaudible) my mentor's notes, the 200 properties that I have flipped without even money or credit, I have learned in this book. We do not sell this book at all. If anybody who wants this book, you got to go to the quick term real estate profit's retreat and that is taught by someone else that is very dear to my heart and knows exactly what they are doing because I personally trained him. Who do you think it is at this seminar? |
| Participants: | Your brother. |
| Steve Goff: | My brother, my brother teaches that. Okay. I am going to tell you that I am very proud of my brother. I can tell you this, in the last six months, he went from sales coordinator to going out and mentoring the students, now he is over all the mentors. Everybody has got to fly to Nashville and let us see what happens. |
|  | Number one, what they have going to do, if you want to be a mentor in this company. We need a personal financial statement. We need every property your own and we need properties you flipped and properties you and they research it. |

CONFIDENTIAL                                    TU 97054

Okay. Then you fly to Nashville and Chris spends two to three days with you and he will train you. If he does not feel like you are confident, you are going to go through some more training. So, he personally trains all the mentors and I can tell you this, without my help, (Inaudible) a little bit, on his first few deals he flipped $46,000.00 without even money or credit.

So, you are going to learn how to whole sale, lease option, owner finance properties or flip properties. But the lease option and owner finance is not easy. You got to know what you are doing. Okay. I am going to be touching on that, but this is class here is nothing about whole sale, lease option, owner finance. That is all he will talk about. We do not talk about the asset protection, foreclosure—he will just talk about those three techniques.

Buy and sell real estate without using any of your money or credit. Learn how to make money in properties you do not even own, receive cash (Inaudible) when we buy. We are going to talk about that. We have not gotten into that yet. Build a large monthly cash flow. So this is a quick term real estate profits retreat.

The next retreat we have is a premium real estate financing retreat. This is going to teach you how Mr. Trump and his team is going out there and raise millions and millions and millions of dollars. We kind of touch on this morning how to raise private money, with this retreat that is all they talked about—that is how to get the money. You are going to learn about financial statements. The loan and quest packages, the financing techniques, you are going to learn more about these hard money connections.

All you guys will be doing this. This tax deferral and I have a lot of my students do, they go in, let us say, they buy a property for $300,000.00, instead they get it for $150,000.00, and now when it goes up for $400,000.00 and there is a $250,000.00 profit, what they do is they 1031 exchange it with the title company and then they take that profit and go buy a $500,000.00 house for $250,000.00. I guess we are all going into this. You are paying taxes on it, it is all deferred. So, now you are buying a property that is worth $500,000.00 for $250,000.00 and you just keep moving money and never have to pay taxes on it. Does that makes sense?

00:35:13

Learn to know techniques and more, we are going to talk about buying and selling notes. We have a whole load of business that you can go ahead and add onto your real estate business. Okay, buy and sell notes.

CONFIDENTIAL                                    TU 97055

Now, we also have a commercial multi unit trade.  I encourage all of you guys to be there because the big bucks are in the commercial real estate, is it not?  These big bucks—you have the Home Depot, you get Starbucks, and the Haircut Place and all of these little retail stores.  Somebody owns that building, okay, why should it not be you?  Somebody has got to own it.  And commercial property is a little bit easier to qualify for because single family houses are really qualifying who?

Participants:     A person.

Steve Goff:     A person, very good.  In commercial or multi-family property, they are really qualifying what?

Participants:     Property.

Steve Goff:     The property.  You see, there so cash is throwing off in those kind of mortgage.  So, the commercial multi-unit properties, the more you qualify in the property, (Inaudible) throwing enough cash to pay the mortgage payments.  Does that make sense?   In addition, I want all of you guys get into the commercial real estate.  Would it not be just perfectly cool?  You have this big shopping center, bringing all these people leasing on this space and is throwing off $15,000.00 to $20,000.00 on the (Inaudible).  Would that be okay?

Participants:     Yes.

Steve Goff:     What about land, okay.  This is a huge business and we have got some people specialized in land.  But you guys ever saw a piece of land and you said, "Yes, I could buy that.  I can make some money on it."  And you did not do anything with it.  Did it ever happen to anybody?   But that is something (Inaudible) make money on it?  The only reason you can make money on it is you learn how to package the deal.  That is the reason.  And you do not have the knowledge on how to do it.  So, we are going to teach you step by step how to do the commercial property and navigate the measure of commercial large company financing—getting financial opportunities, determine the right market evaluation.  Okay, right commercial leases so tenants make a measure and burden it away from you.  Understand the laws and regulations and much more.  Okay.  The next retreat here is (Inaudible) Donald Trump's attorneys.  This is probably the best retreat that you can ever give for yourself this year, okay.

In this retreat, identify different types of legal entries to protect your wealth.   Do you guys know—the rich people put everything in trust, when they passed away, there is no inheritance tax, no death tax and the kids do not even have to probate the will.  Do you guys know that?  You guys have heard it before that.  All the rich people who pay taxes, have you gotten this before.  How is that if they do not pay the taxes,

CONFIDENTIAL                                         TU 97056

there is (Inaudible) loopholes in the tax system that they do not have to worry.  Does it make sense?  It is not like they are doing illegally stuff.  Anyway, in fact they know what they are doing because they have what?  Knowledge and they have a power team.  That is what they are going to be teaching you here.

Jay-jay is one of the best in the world in what he does and Donald Trump has attorneys, right, he is just one of them.  Reduce your overall tax bill, okay.  I want you guys to think about something here.  From the time you started working 18, 20 years old until now, you realize there are so many expenses that you have written off that you did but you did not do it.  Do you guys know that?  Training for (Inaudible) deductible expenses in the fully legal deductible expenses, secure your assets against the tax from lawsuits.  You got to be set up for ranks this way, (Inaudible) protecting against potential threats.  Also, we are also going to do a research at llc.com (Inaudible), we are going to do that.

| | |
|---|---|
| Participants: | Yes. |
| Steve Goff: | What the legal team on Wall Street to do for you, we will set the company up for you, okay.  So, this is going to happen.  Hope you guys have three company names that you would like to use, okay.  We are going to set you up with our attorneys on Wall Street.  They are going to research and make sure the company name is not fading.  They are going to set up your LLC for you.  They are going to say and it is nice for you in Delaware, in Nevada, (Inaudible). You are going to give a little bit of information and they will tell you what the best company for you to set up. |
| 00:40:05 | They are going to file all the paperwork to the secretary of state for you.  And this can all be done in the couple of weeks.  In the couple of weeks, you should get it in mail.  You should get these mini books, right.  You are going to get a certificate from the secretary of state, okay.  And now you are in a business.  Hello?  Okay.  You are decided now you are business now.  What I want you to do is the very first thing is I want you to take the certificate there.  I want you to frame it, right.  Put in your home or office.  You are now in real business.  I want you to take your paperwork from the secretary of state, I want you to go now to your bank and I want you to open an account in your new LLC, right?  Okay because you are not taking the money in your personal account.  You are in business now. Let our legal team do it for you for the best. |

Okay so, Trump University legal professor will work with you to complete this process in any of the 50 states with clean documentation compiling it into LLC binder for you.  And also the benefits when you have to take the personal assets, the

CONFIDENTIAL                    TU 97057

|                |                                                                 |
|----------------|-----------------------------------------------------------------|
|                | (Inaudible) business expense such as tuition, education.  You guys know write off this program right? |
| Participants:  | Yes.                                                            |
| Steve Goff:    | And you guys can write of how much it cost you to get here.     |
| Participants:  | Right.                                                          |
| Steve Goff:    | You can ride off 50% of your food, okay.  You write all that stuff up.  Enjoy certain tax advantages, establish credibility, reduce the risk of personal identity theft.  Now, this is cool.  This is ground floor.  We never had this until this year.  And I can tell you, they used to sell this program for $3600.00.  What this is, is an online education, it is virtual world.  We have our own Trump virtual world where you go on line and you buy and sell usually commercial property risk free.  So you just go on there and start buy and sell commercial property new (Inaudible) cash that type of thing where there is no risk fee at all.  You all do it online it takes all the risk away.  So, there is four interactive online forces (Inaudible) of investing process, how to climb a purchase income for this properties that is really want it is focused on right there—is multi-family property.  Real estate finance, the best way to negotiate a proper real estate deals and your entry and exit-strategies.  Also when you go on to a deal you all got to know how to get in and you guys know how to what? |
| Steve Goff:    | Get out.                                                        |
| Participants:  | Get out.  So, all that you are doing here really when you think about it we are free enough (Inaudible) we can sell around the house and we are figuring out a way how to get (Inaudible) in the house, and we are making a ton of money in the process.  Okay, you might know who this guy is—Jerry (Inaudible) Nobody?  All right, so write this items down which shows you what is all involved in this Donald Trump and all the prince(ph) program.  You got three days in field coaching and it does not stop there.  Now Chris probably can only take three or four of you because his schedule is booked on.  He got his own real estate company and he is out on the road all the time.  Okay.  So, if you want (Inaudible) I encourage you to go speak with him right after this.  If you wait until tomorrow night I probably have to set you with a different mentor. |
|                | The quick turn real estate profits retreat okay.  In all these retreats just FYI okay, our Friday, Saturday and Sunday and I can tell you here are the locations.  The hotel is not paid for the food is not paid for that is an expense that you will to take care of.  What we encourage people to do is you have a one week training have your mentor come out and make all these money.  And once you are making money then attend the other retreat.  But to some of you, you make money when? |

CONFIDENTIAL                                      TU 97058

| | |
|---|---|
| Participants: | Now. |
| Steve Goff: | Right now, you do not need to be blowing off all this money for out of the country to learn this stuff, okay.  They are held in New York City, Orlando, Las Vegas, and LA.  Do you think Orlando and Vegas as the best destination retreat.  You guys will spend three days there right and then you will spend three or four days having fun.  You (Inaudible), okay and this program I am going through is for two people.  I have created a financing trade for the same thing, Friday, Saturday and Sunday in one of those days.

Well, preservation retreat exact same thing, Friday, Saturday, Sunday on those cities.  Okay.  Commercial multi unit retreat exact same thing. |
| 00:45:01 | Our Trump University LLC information service I would say those of you that are ready to be part of the Trump family, and make a commitment here we qualify for this program.  We can get things along for the next couple of weeks.  And our real estate investors online training program.  Anyway, I told if you are scare people out there writing value and make a stage whatever okay you really pick the phone and call me or call Chris.  Or you just go online and play online a little bit right?  All right you got all that? |
| Audience: | Yes. |
| Speaker: | In this venture program we have been very successful.  To say it right now two weeks ago there are 45 people in the room I qualified eight of them to sign the program and they are already on the way to success, okay.

Let me just give you a couple of success stories of people that have been through this program.  "Hands up to Trump U for bringing a new millionaire!"  "In addition to the great person training Trump University offers the best foreclosure software's that (Inaudible) programs for the information like (Inaudible) my time in line.  Trump University really goes the extra mile for their clients."  So, right here, "At the Trump University's mentoring I start to look at the deals with a different way.  I got more aggressive and confident.  I am now building my real estate empire.  I purchase the land for (Inaudible) for $40 million—"

You think it was his money? |
| Audience: | No. |
| Speaker: | No.  "And the land for construction is worth $18 million." eventually made $4 million and they bought it right.  "Once built the (Inaudible) approximately $7 million a year."  Not too |

CONFIDENTIAL                                   TU 97059

|  |  |
|---|---|
|  | bad.  Here is from Donald, "Thinking like a billionaire.  Billionaires do not care what the odds are.  We do not do what is conventionally expected.  We follow our vision no matter crazy or idiotic it is.  I know people thinking—it is and we succeed."  I am just here to tell you, I want you guys to know what is in your heart and how you feel.  I do not want you to (Inaudible) market list and all this negative people because they are just going to be what? |
| Participants: | Bring you down. |
| Steve Goff: | They are going to bring you down, are they not?  We got a couple more minutes here that I think you are hungry I hear your stomach grumbling here.  So I will keep going here.  Most of you register for this program you are in totally different level.  Okay you are part of the Donald Trump family.  You are part of the team here.  And it is not how much money that you are going to make and how much money you could not make or possibly lose if you did have a (Inaudible) and I am just telling you it is a good feeling.  The student, what they really like about this is when they get up in the market because you are going to have questions, right? Hello?  There is going to be questions where you just pick up the phone and call me and say, "Hey Steve, I got this deal right here, what do you think?"  Okay, I will give you all the information.  "Okay, right here-here is the four offers.  Call me how it goes." |
|  | We can use help for the contract.  Of course, we are here to help you.  That is what I get paid for.  I get paid to help you.  That is what we get paid for.  Let us help you, all right.  And folks forget about the expense.  I tell you that right now, because smart people okay they do not think of the cost of doing business—what are they looking at? |
|  | Return on investment, do they not?  Smart people, they do not look at the cost from doing business, they look at the return on their money.  That is what they look at.  Okay.  And I want you guys to do the same thing the banks do.  Why don't we use the banks money to get rich?  That is what they are doing with us right now.  They are taking all your deposits in as low as 1% or 2%.  And their turn around in our loan of money out of credit cards, car loans—10%, 12%, 14% to 16%.  So, they are taking our money and making more money with it, are they not?  Why don't we do the same thing?  Why don't we take their money and make more money for us.  Let us do the same thing that makes you grow into us. |
|  | I am just here to tell you forget about the investments okay.  Watch this.  What is your challenge on your first deal? |
| Participants: | $70,000.00. |
| Steve Goff: | $70,000.00, that is your challenge okay. |

Page 20 of 24

CONFIDENTIAL                              TU 97060

| | |
|---|---|
| 00:50:00 | I am going to teach you how to make part return on the money every single time.  We are also thinking on you make 100% return on your money and use the banks money to be a lot higher than that, all right.  Let me tell you what sounds good (Inaudible) for those of you that you got to qualify, those of you that have to use of loan or credit card, or banks money to do this, let me show you what you do here where you can get this almost free.  This is free for you and I came up to this. |
| | Okay, those of you that needs to use banks money, credit card, and bank loan whatever, everybody with me?  Your monthly payments are coming in 30 days or monthly bills right?  Here is the goal, here is what I want you to do.  There are no guarantees but here is the goal.  Those of you that qualify for this program, I am going to go ahead spend some time with you tomorrow over the millionaires club because you need to start making money when? |
| Participants | Today. |
| Steve Goff: | Right now, we are not going to start when your (Inaudible) comes out trained you.  We are going to start right now, who needs to make money? |
| | 60 days I want your first deal done, under contract, you pick out your check that is the goal.  The programs will work like this, I am going to let you start the lease option over finance.  Because you guys know, you got a bigger chance of getting the house of worth 250 and offer 250 on terms, you got a better chance of the seller taking that than if it is worth 250, you are coming it off with 125 cash, could you guys hearing me?  So that is quickest way to make a deal, right here one of this techniques. |
| | I want you to structure this, where you are making at least $300.00 a month cost of cash flow, okay.  I do want you to do for any less than $300.00.  So, this is what we are going to do, I just want to teach you really quick.  I am going to get you my book before you go to your treat. |
| | Set this little graph here, go to seller, investor, investor, the new buyer, okay, we really encourage you to start with this.  And no one ever been able to prove you are wrong as long as I am in this business.  They should always be a lease option, they should never rent their house, why?  They get money down, non-refundable.  The tenant is responsible for all the maintenance cost repairs, the person in the property in their mind they are buying it, it will take a lot of care.  Like I said I am into the quick term stuff get moral, but I had people who put decks on my house, new carpet, paint it all with lease with an option to buy.  They take pride in it because you are giving them an opportunity to own their own home. |

CONFIDENTIAL                                                    TU 97061

Then we get the sales, the down, the (Inaudible).  So let us take this property that is worth 250 and say you deal for 250.  And let just say the monthly I am just using example for advertising loans.  I will give you exact figures tomorrow.  Let us just say the monthly is 1500 a month on a five-year term.  What can happen for you and your family once this happens the property is worth 250, we sell for how much?  Lease option you can raise it even higher because it might be worth, you can sell it to 300 because it might be worth 300 in two years is it not?  It is not like (Inaudible) finance where you (Inaudible) insurance in right now, this lease option they are not so biased to use in two years worth 300 is it not?  So why can we not sell it for to 280, 290?

1800 a month, we are going to put the buyer in two year term, you got a lease per month two year term, do not be a scam and put it on a year.  Most people do not have good credit.  it takes them more than a year to have a credit does it not?  So, we got number one we make eight grand up front.  Number two, you got $300.00 a month coming in right here, you can use this money here, to pay for your education.  Use the profit out of the deal that I teach you how to do to pay the banks with credit cards debt, that make sense?

Participants:        Yes.

00:55:00            You guys need to be excited on that.  I am teaching you to how to get into the program here by going out to get a deal, to make a profit of the deal to pay for education because you need to take this program up front.  The knowledge that you got from us that to go out and go out and get this lease option deals, you pick the terms and you have to make at least $300.00 on cash flow.  Use that money to pay for education and now it is not you coming out of your pocket it is the profit from the deal that make sense?

Participants:        Yes.

Steve Goff:          I just want to make sure I covered everything very important.  Those of you who had their interest in this program stay right now it does cost money, not free.  Those of you that are interested in this program and would like to have an knowledge of Trump in two to three days I will encourage you after I get done here to go ahead and sign up where you start sitting down the—might run away, okay.  So those of you that wants to do something needs to ask, right now.  If you wait till tomorrow night it probably about mentorships and then I will have to go on to my (Inaudible).

I think that is pretty much it.

Participant:         What is the number?

CONFIDENTIAL                                    TU 97062

Participant:        How much?

Steve Goff:         I do not give out the price.  Number one, let us see if you qualify.  And then number two, they will give you the cost of the program and stuff.  I do not give you the price because this is not for everybody.  I know you are saying you got qualified, well you guys qualify it is not about the money.  Donald does not need your money folks.  We need people that are committed.  I can say this I have been doing this a long time.  There are people out there that has money that are not committed and we do want them in the program.

So in the beginning when one do the free seminar I am sure we all do this too you ask how the price run up front right?  They let you know right up front how much the price is.  No getting of surprise and we let everybody in.  We do not let everybody in this program.  Your mentor is not going to be able—

Participant:        I want to say you took all of our personal information yesterday, the sheets where you asked us at how often—so I am thinking we gave you information to use to tailor a program for us, to tell us how much we are going (Inaudible) and we are not (Inaudible) next time.

Steve Goff:         No, it is stated—you get a contract.  We have a contract factor.

Participant:        So is that not what you are saying it is not for everybody is it?

Steve Goff:         The price is the same for everyone.

Participant:        Why do you not tell us about it?

Steve Goff:         Because you have to sit down and qualify for the program, not just going to go for the price out there.  I just say you all sit down, we are going to sit down with you and we are going to tell you what that is you can look at all—

Participant:        All that with price?

Steve Goff:         You can look at all the contracts all of the same price.  We do not look at your finances and they can afford this—

Participant:        (Inaudible)

Steve Goff:         Anybody else?

Participant:        (Inaudible)

Steve Goff:         We are prepared contracts.  Because that is not the way I go through this, I go through this in the front I give you guys the price up front we let everybody in.  I have been doing this a long time just please understand.

CONFIDENTIAL                                    TU 97063

| | |
|---|---|
| Participant: | Honestly, I barely have— |
| Steve Goff: | Anybody else?  I am not going to sit here—this is the way we are doing it and this is the way Donald Trump tells me to do it, I am doing my job.  Donald Trump told me to do it this way that is the way I am doing it.  I am just following rules. |
| | We do not tell the price out there because we do not let everybody in.  And I will show you all the contracts we just have to follow up like this.  They are all the same price. |
| Participant: | (Inaudible) |
| Steve Goff: | It is all back there.  Okay anybody else?  Okay is anybody or those of you that are interested in this program in your heart you know you are going to do this you are not just going to sit on the couch and watch TV okay.  If you want to be part of this program, if you want somebody to call I want you to go ahead and just go to the back and sign up we will sit down with you. Tell the price of the whole program, show you the agreement that we have and then we will get you over to the program. |
| | So an hour lunch—be back at 2:30.  Everybody okay with that?  Okay we are not going to lunch so if you guys want to sit down and talk we are ready to go.  Okay, thanks for your time. |

01:00:17

CONFIDENTIAL                                    TU 97064

EXHIBIT 14

# **Attorney Client Privilege**

From: **Eventide Partners** <epartnersinc@ **Redacted**
Date: Thu, Apr 28, 2011 at 8:50 AM
Subject: Re: Trump strategy
To: Tarla Makaeff <tmakaeff@ **Redacted**

Just stick to the facts on your side of the table. The press is good cause it is something that he will want to pay to make go away as he's getting bad press this morning from ABC calling him a racist. I'd really focus on the fact that they go after the elderly, recently unemployed and those desperate to improve their financial situation in a very difficult economy then fleece them for all that they can by promising them they can make a fortune in a very high risk business that takes a ton of risk capital that almost none of their students can afford. Just shows he doesn't care about the American people who are struggling in this economy in fact he is making money of those who are struggling and that shows he is not a good candidate for the presidency. Anything that hurts his image now the press will love and he will hate...

just know that there may be some backlash but this will likely make you famous and you'll win in the end!!!

my 2 cents

On Thu, Apr 28, 2011 at 8:30 AM, Tarla Makaeff <tmakaeff@ **Redacted** wrote:
Thanks...I have a question for you...I've been interviewed by NBC and Newsweek this week. SF Chronicle is today then NY Times, They are all doing stories on Trump as a businessman for presidency. But trump is focusing on the supposed positive "testimonial" I gave when they shoved the camera in my face. What do you think is good to counteract that? The DA investigation? I mention it but they seem to focus on him saying I was satisfied. My attorney thinks the press is good but it's irritating me that I don't seem to have the last word and there are some inaccurate portrayals.



Δ π EXHIBIT 28
Deponent T. Makaeff
Date 2/6/14 Rptr. K
WWW.DEPOBOOK.COM

1

**From:** Tarla Makaeff <tmakaeff@ Redacted |
**Date:** Wed, 27 Apr 2011 18:29:07 -0700
**To:** <epartnersinc@ Redacted |
**Subject:** Re: Redacted |

I can come to you. Just let me know.

On Wed, Apr 27, 2011 at 3:57 PM, Walter Grieves <epartnersinc@ Redacted | wrote:
Phone is back. Thanks. not doing too well but it should pass with time. Can't move much and can't take much
for it so getting by. End of the wknd or monday should work.
-----Original Message-----
From: Tarla Makaeff <tmakaeff@ Redacted >
Date: Wed, 27 Apr 2011 13:57:33
To: <epartnersinc@ Redacted |
Subject: Re: Redacted |

> -----Original Message-----
> From: Tarla Makaeff <tmakaeff@ Redacted >
> Date: Wed, 27 Apr 2011 11:41:27
> To: Eventide Partners<epartnersinc@ Redacted >
> Subject: Re: Redacted |
>
> Hi there, didn't hear back from you last week and it's important. Can you
> meet me today...late afternoon/early evening?
>
> On Thu, Apr 14, 2011 at 2:08 PM, Eventide Partners
> <epartnersinc@ Redacted | wrote:
>
>> I'll try to find it on youtube. sounds like a funny show.
>> I just have to double check the date but something right around that
>> Thursday should work.
>>
>> I'm so happy you are feeling better
>>

2

**Exhibit 9**
**73**

\>\>

\>\> On Thu, Apr 14, 2011 at 1:59 PM, Tarla Makaeff <tmakaeff@ **Redacted**

\>\> wrote:

\>\>

\>\>\> Oh I thought it was this account because remember when someone stole

\>\>\> your phone before and you were worried about the emails?

\>\>\>



\>\>\>

\>\>\> Yes please next week Thurs 4/21 around 4pm work?

\>\>\>

\>\>\> PS-I texted you re this show Bethenny Ever After on Monday 7 or 8pm

\>\>\> BRAVO. Every time I see her and her husband I think of you. She's

\>\>\> brunette like me (black) and he's got light eyes and your same color

\>\>\> curly hair..your same same hair. Every time I see it; it freaks me

\>\>\> out. U have to watch it sometime.

\>\>\>

\>\>\> On 4/14/11, Eventide Partners <epartnersinc@ **Redacted** > wrote:

\>\>\> > I shut down Walter Grieves @ **Redacted**

\>\>\> >

\>\>\> > I can call in and get my VM

\>\>\> >

\>\>\> >

\>\>\> > Likely next week to get together?  Later in week would be better?

\>\>\> >

\>\>\> > Thanks,...

\>\>\> >

\>\>\> > Glad to hear that is getting better at least

\>\>\> >

\>\>\> >

\>\>\> >

\>\>\> > On Thu, Apr 14, 2011 at 1:45 PM, Tarla Makaeff <tmakaeff@ **Redacted** >

\>\>\> wrote:

\>\>\> >

\>\>\> >> I'm sorry about that..how did you get my message if you lost your

\>\>\> phone?

\>\>\> >>

\>\>\> >> I thought you shut down this old account too??

\>\>\> >>

\>\>\> >>

\>\>\> >> T

\>\>\> >>

3

CONFIDENTIAL

**Exhibit 9**

**74**

>>> >> On 4/14/11, Eventide Partners <epartnersinc@ **Redacted** wrote:
>>> >> > T,
>>> >> >
>>> >> > Lost my phone so just got your message.
>>> >> >

>>> >> >

>>> >> >
>>> >> > Hope this finds you well.
>>> >> >
>>> >> > Have to get me here until I hopefully find my phone.
>>> >> >
>>> >> > Thanks,
>>> >> >
>>> >>
>>> >
>>>
>>
>>
>
>

4

TU-MAKAEFF5554

**Exhibit 9**
**75**