**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10cv0940 GPC (WVG)<br><br>**ORDER DIRECTING PLAINTIFFS TO BRING DOCUMENTATION TO MARCH 11, 2016 HEARING** |

In their February 8, 2016 motion to withdraw, Plaintiffs offered to provide additional documentation regarding Plaintiff Tarla Makaeff's health problems for the Court's review. *See* Pl. Mot. 6, ECF No. 443; Makaeff Decl. 2, ECF No. 443-1. Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs bring any such documentation to the hearing on the motion set for March 11, 2016, at 1:30 p.m. for the Court's potential consideration.

**IT IS SO ORDERED.**

DATED: March 9, 2016

HON. GONZALO P. CURIEL
United States District Judge