# EXHIBIT 1

Exhibit 1
page 1

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   ART COHEN, Individually)
     and on Behalf of All   )
 5   Others Similarly       )No. 3:13-cv-02519-GPC-WVG
     Situated,              )
 6                          )   CLASS ACTION
              Plaintiff,    )
 7                          )
     VS.                    )
 8                          )
     DONALD J. TRUMP,       )
 9                          )
              Defendant.    )
10

11          ** CONFIDENTIAL ** CONFIDENTIAL **

12          ORAL AND VIDEOTAPED DEPOSITION OF

13                   DONALD J. TRUMP

14              Thursday, December 10, 2015

15             725 Fifth Avenue, 16th Floor

16                  New York, New York

17

18

19

20

21   Reported By:

22   EILEEN MULVENNA, CSR/RMR/CRR

23   Job No. 10020374

24

25
```

Case 3:10-cv-00940-GPC-WVG   Document 466-2   Filed 03/16/16   Page 3 of 8

Donald Trump  Confidential  Art Cohen, et al. vs. Donald J. Trump

```
 1            filibuster.  That's all you're doing.
 2   BY MR. FORGE:
 3        Q.     It's not a filibuster.
 4        A.     It's a filibuster.  What does this
 5   have to do with what you're doing here?
 6        Q.     What I'm getting at is, you said, in
 7   your explanation here, that you had a business
 8   reason for complimenting these folks in the past;
 9   correct?
10            MR. PETROCELLI:  I'm instructing
11        him --
12            THE WITNESS:  I don't think I should
13        respond to this guy.
14            MR. PETROCELLI:  Time out.  Time
15        out.
16            THE WITNESS:  Just a --
17            MR. PETROCELLI:  I don't think it
18        has anything remotely to do with the case.
19            THE WITNESS:  Let's just go to court
20        and get this case -- I'm dying to go to
21        court on this case.
22   BY MR. FORGE:
23        Q.     Mr. Trump, you've referenced a
24   number of times your belief that students had
25   praise for Trump University; correct?
```

Donald Trump      Confidential      Art Cohen, et al. vs. Donald J. Trump

1  right.  Go get a ruling from the judge.
2       Q.    You asked me for a specific
3  instance.  I'm willing to give you one.  If you
4  don't need a specific instance, then just answer
5  the question without it.
6       A.    Give me an instance that pertains to
7  what we're talking about.
8       Q.    What I'm asking you is, have you in
9  the past given praise to someone because you may
10  need their help for a deal --
11          MR. PETROCELLI:  He --
12  BY MR. FORGE:
13       Q.    -- even though you did not sincerely
14  believe the praise you gave them?
15       A.    First of all, that's totally
16  different from our lawsuit.  Okay.  That's a
17  totally different thing.  These people have given
18  tremendous praise -- many of them have given
19  tremendous praise for the course.  So that's
20  totally different from what you're talking about.
21          And almost everyone had signed a
22  document, et cetera, et cetera.  I so look
23  forward to having this case go to court.  I've
24  been waiting for it for a long time.
25       Q.    Well, you're delaying this

**Donald Trump**     Confidential     Art Cohen, et al. vs. Donald J. Trump

```
 1   deposition, so --
 2        A.    I don't mind delaying it.  I'm just
 3   telling you, I look forward to having it in
 4   court.
 5             (Simultaneous cross-talk.)
 6             MR. PETROCELLI:  He's already
 7        answered this question.
 8             MR. FORGE:  No, Dan, the question
 9        was, as posed to Mr. Trump, did you --
10   BY MR. FORGE:
11        Q.    Have you in the past given praise to
12   someone because you thought you may need their
13   help in business later on, even though you didn't
14   sincerely believe the praise you were giving
15   them?
16             MR. PETROCELLI:  Do any situations
17        come to mind?
18             THE WITNESS:  No situation comes to
19        mind, no.
20   BY MR. FORGE:
21        Q.    And you won't answer the question as
22   pertaining to Jeb Bush?
23        A.    This is politics.
24             MR. PETROCELLI:  I won't allow him
25        to answer the question.
```

# EXHIBIT 2

Exhibit 2
page 6

```
 1                    UNITED STATES DISTRICT COURT

 2               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3
   TARLA MAKAEFF, et al., on      .
 4 Behalf of Themselves and All   .
   Others Similarly Situated,     .
 5                                . Docket
              Plaintiffs,         . No. 10-cv-00940-GPC-WVG
 6                                .
                    v.            . November 8, 2013
 7                                . 1:30 p.m.
   TRUMP UNIVERSITY, LLC,         .
 8 et al.,                        .
                                  .
 9            Defendants.         . San Diego, California
   . . . . . . . . . . . . . . . .
10                  TRANSCRIPT OF MOTION HEARING
              BEFORE THE HONORABLE GONZALO P. CURIEL
11                 UNITED STATES DISTRICT JUDGE

12                      A-P-P-E-A-R-A-N-C-E-S
   For the Plaintiffs:    Robbins Geller Rudman & Dowd LLP
13                        655 West Broadway, Suite 1900
                          San Diego, California 92101
14                        By:  JASON A. FORGE, ESQ.
                               RACHEL L. JENSEN, ESQ.
15                        - AND -
                          ZELDES HAEGGQUIST & ECK, LLP
16                        625 Broadway, Suite 1000
                          San Diego, California 92101
17                        By:  AMBER LEE ECK, ESQ.

18
   For the Defendants:    Yunker and Schneider
19                        655 West Broadway, Suite 1400
                          San Diego, California 92101
20                        By:  DAVID KEITH SCHNEIDER, ESQ.
                          - AND -
21                        Trump National Golf Club, Los Angeles
                          One Trump National Drive
22                        Rancho Palos Verdes, California 90275
                          By:  JILL ANN MARTIN, ESQ.
23
   Court Reporter:        Chari L. Possell, RPR, CRR
24                        333 West Broadway, Suite 420
                          San Diego, California 92101
25 Reported by Stenotype, Transcribed by Computer
```

Exhibit 2
page 7

58

1  representatives.  That is, with respect to the playbook, that
2  it didn't exist until 2007; the PowerPoint, that we have 13
3  different versions, of which nine don't reference the common
4  elements; and three of the six representatives did not see the
5  video presentation.
6          MR. FORGE:  Your Honor, the playbook did not differ
7  in any substantive way during throughout the period of the
8  class.
9          THE COURT:  Refresh my memory.  The class would begin
10 as of what year, again?
11         MR. FORGE:  2007.  2007.
12         THE COURT:  All right.
13         MR. FORGE:  And it did not differ in any significant
14 way throughout that entire time it was used at the live events,
15 so that's a red herring.
16         THE COURT:  All right.
17         MR. FORGE:  The common evidence here -- and I
18 understand why -- but the defense is determined to try to make
19 this case about something that it's not.  They want to make
20 this case about the differences and what people received
21 instead of what they were promised.
22    We are going to put on a very simple case that people were
23 promised an actual university, and they didn't get one.  And
24 they were promised an actual university with which Donald Trump
25 was integrally involved, and he wasn't.  It's that simple.

Exhibit 2
page 8