# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendant. | Case No. 3:10-cv-0940-GPC(WVG)<br><br>**ORDER GRANTING DEFENDANTS DONALD J. TRUMP'S AND TRUMP UNIVERSITY'S MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE FIRST AMENDED PROTECTIVE ORDER ENTERED MARCH 21, 2014** |

FOR GOOD CAUSE SHOWN and pursuant to Local Rule 79.2 and the First Amended Protective Order (Dkt. 316) entered on March 21, 2014, IT IS HEREBY ORDERED THAT defendants' motion to file under seal is GRANTED.  The requested portions of Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff Tarla Makaeff's Motion to Withdraw ("Memorandum"), and Exhibits 4, 9, and 10 to the Declaration of David L. Kirman in Support thereof ("Kirman Declaration"), shall be filed under seal.

Dated:  March 17, 2016

Hon. Gonzalo P. Curiel
United States District Judge