ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
DANIEL J. PFEFFERBAUM (248631)
dpfefferbaum@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000

Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company and DONALD J. TRUMP,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>PLAINTIFFS' RESPONSE TO DEFENDANTS' *EX PARTE* APPLICATION TO FILE A RESPONSE TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM<br><br>DATE: *Under Submission*<br>TIME: *Under Submission*<br>CTRM: 2D<br>JUDGE: Hon. Gonzalo P. Curiel |

[Caption continued on following page.]

1129974_1

| | |
|---|---|
| TRUMP UNIVERSITY, LLC, | ) |
|           Counterclaimant, | ) |
|      vs. | ) |
| TARLA MAKAEFF, | ) |
|           Counter defendant. | ) |

1129974_1

Plaintiffs do not oppose defendants' *ex parte* request, but their proposed opposition to plaintiffs' supplemental memorandum is needlessly belligerent. Plaintiffs' supplemental memorandum simply responded to the Court's questions about access to plaintiff Tarla Makaeff's medical records and the prospect of proceeding with a bench trial if selecting a jury would be difficult for the foreseeable future. Dkt. 466 at 1. Most importantly, plaintiffs did not ask the Court to **decide** these issues based on the supplemental memorandum. Rather, plaintiffs expressly "request[ed] a status conference to **discuss** these issues." *Id.* (emphasis added). Had plaintiffs not provided a preview of their position, they would have risked being accused of blindsiding defendants. Instead, defendants respond to plaintiffs' request to have a discussion with a demand that it be "summarily denied." Dkt. 470-1 at 2.

Back in December, the Court indicated that it wanted to get this case to trial in August of this year. Dec. 4, 2015 Hrg. Tr. at 14. The parties expressed respect for the Court's trial timeline in a recent joint motion. Dkt. 441 at 2. Six weeks later, however, in the very same pleading in which defendants cite a series of cases demanding good cause and a formal motion for continuing trial dates (Dkt. 470-1 at 2-3), defendants declare that "A June or August trial is not appropriate." *Id.* at 2. So, from defendants' perspective, the month the Court chose for trial (August) is not appropriate. The same goes for June. July is also off the table (Dec. 4, 2015 Hrg. Tr. at 4), and they fail to identify any other month they would deem "appropriate." Yet, they insist "there is no good reason to deviate from" the Court's pretrial scheduling order (Dkt. 470-1 at 19), and they do not want to discuss any of this. *Id.* at 2.

Plaintiffs have no desire to ramp up the rhetoric by detailing the many other self-contradictions and inaccuracies in defendants' proposed response. Suffice it say that plaintiffs disagree with just about everything in it and continue to believe that the most practical next step for this case is to schedule a status conference to resolve the unresolved questions concerning access to Makaeff's sensitive medical information and what claims will be tried when.

| | | |
|---|---|---|
| 1 | DATED: March 21, 2016 | Respectfully submitted, |

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
JASON A. FORGE
RACHEL L. JENSEN
DANIEL J. PFEFFERBAUM
BRIAN E. COCHRAN


           s/ Jason A. Forge
           JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2016.

                                s/ Jason A. Forge
                                JASON A. FORGE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:     jforge@rgrdlaw.com

1129974_1

3:10-cv-0940-GPC(WVG)

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,JayA@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,iyanniello@omm.com,sbrown@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`