ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
DANIEL J. PFEFFERBAUM (248631)
dpfefferbaum@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000

Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company and DONALD J. TRUMP,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br><u>CLASS ACTION</u><br><br>JOINT MOTION FOR EXTENSION TO COMPLETE THE DEPOSITION OF PLAINTIFF SONNY LOW<br><br>JUDGE:   Hon. Gonzalo P. Curiel<br>CTRM:    2D |

1135449_1

1  Pursuant to Local Civil Rule 7.2, and this Court's Civil Pretrial & Trial
2  Procedures, the parties hereby jointly move the Court for a one-day extension of time
3  to complete the deposition of Plaintiff Sonny Low ("Low").
4  WHEREAS, on March 22, 2016, the Court entered an Order Regarding Plaintiff
5  Tarla Makaeff's ("Makaeff") Motion to Withdraw ("March 22nd Order"), providing
6  notice that it intends to grant in part Makaeff's motion to withdraw on the condition,
7  *inter alia*, that Defendants may depose Low again (*see* Dkt. No. 472 at 24); and
8  WHEREAS, the March 22nd Order required Makaeff to withdraw her motion
9  within 7 calendar days if she was not amenable to the Court's conditions, which
10 deadline has passed without Makaeff seeking to withdraw her motion (*see id.*); and
11 WHEREAS, the March 22nd Order requires the deposition of Low to take place
12 within 21 calendar days, which is on or before April 12, 2016 (*see id.*); and
13 WHEREAS, since the Court issued its March 22nd Order, the parties have met
14 and conferred in a good faith attempt to schedule the Low deposition at a mutually-
15 agreeable time and location prior to the April 12th deadline; and
16 WHEREAS, due to the previously-set expert deposition schedule in *Cohen v.*
17 *Trump*, No. 3:13-cv-02519-GPC-WVG, and prior commitments of defense counsel,
18 the first practicable date for the Low deposition is on April 13, 2016; and
19 WHEREAS, a one-day extension of time to complete Low's deposition will not
20 interfere with any other pretrial deadline.
21
22
23
24
25
26
27
28

1  NOW, THEREFORE, subject to this Court's approval, the parties hereby
2  stipulate and agree that good cause exists to modify the March 22nd Order so as to
3  extend the deadline to complete the deposition of Low until April 13, 2016.

4  The parties respectfully request that the Court grant this joint motion.

DATED: April 6, 2016

ROBBINS GELLER RUDMAN
 & DOWD LLP
PATRICK J. COUGHLIN
JASON A. FORGE
RACHEL L. JENSEN
DANIEL J. PFEFFERBAUM
BRIAN E. COCHRAN


         s/ Rachel L. Jensen-
        RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Class Counsel

DATED: April 6, 2016

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN


         s/ Daniel M. Petrocelli
        DANIEL M. PETROCELLI

1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 310/553-6700
310/246-6779 (fax)

Attorneys for Defendant

**ECF CERTIFICATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories of this document.

DATED: April 6, 2016

s/ Rachel L. Jensen<br>
RACHEL L. JENSEN

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 6, 2016.

    s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:    rachelj@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-00940-GPC-WVG Makaeff v. Trump University, LLC et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,robyns@zhlaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,llendzion@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,JayA@rgrdlaw.com,KLavelle@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,iyanniello@omm.com,sbrown@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@zhlaw.com,winkyc@zhlaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`