UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, *et al.*,<br><br>    Defendants. | Civil No. 10-CV-0940-GPC (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION TO COMPLETE THE DEPOSITION OF PLAINTIFF SONNY LOW**<br><br>**[DOC. NO. 473]** |

On March 21, 2016, the Honorable Gonzalo P. Curiel, United States District Judge, issued an Order Regarding Plaintiff Tarla Makaeff's ("Makaeff") Motion to Withdraw. (Doc. No. 472.) The Court provided notice that it intended to grant in part and deny in part Plaintiffs' Motion to Withdraw Plaintiff Makaeff's claims, pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(2). Id. at 24. The Court Order included two conditions, one of which was that Defendants would be entitled to depose Plaintiff Sonny Low ("Low") again. Id. The Court ordered that if Plaintiffs were amenable to the conditions imposed by the Court, then Low's deposition had to take place within 21 calendar days of the entry of the Order. Id.

On April 6, 2015, the parties filed a Joint Motion for Extension to Complete the Deposition of Plaintiff Low. (Doc. No. 473.) In their Joint Motion, the parties ask

the Court for permission to depose Low on April 13, 2016, two days beyond the Court's previously set deadline.[1]  Id. at 2.  For good cause shown, the Court hereby **GRANTS** the parties' Joint Motion.  The deposition of Low shall take place on or before **April 13, 2016**.  No other dates have changed.

IT IS SO ORDERED.

DATED: April 7, 2016

_____
Hon. William V. Gallo
U.S. Magistrate Judge

---

[1] While the parties refer to Judge Curiel's Order as the "March 22nd Order," the Order was dated and filed on March 21, 2016.  Therefore, the deadline to depose Low is April 11, 2016.