# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, (aka Trump Entrepreneur Initiative) a New York Limited Liability Company, DONALD J. TRUMP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10cv0940 GPC (WVG)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF TARLA MAKAEFF'S MOTION TO WITHDRAW**<br><br>[ECF No. 443] |

On March 21, 2016, the Court issued an Order Regarding Plaintiff Tarla Makaeff's Motion to Withdraw, ECF No. 472, that:

(1) gave parties' notice that it intended to grant in part and deny in part Plaintiffs' Motion to Withdraw Plaintiff Tarla Makaeff's claims, pursuant to Federal Rule of Civil Procedure 41(a)(2), ECF No. 443, but with the conditions that (1) Defendants were entitled to depose Low again; and (2) appropriate fees and costs would be determined at a later juncture; and

(2) ordered that if Plaintiffs were not amenable to the conditions imposed by the Court, Plaintiffs must withdraw their Motion within 7 calendar days of the entry of the Order.

ECF No. 472 at 24–25.

The Court subsequently granted parties' joint motion for a one-day extension to complete the deposition of Plaintiff Sonny Low. ECF No. 474. Having received no notice from the Plaintiffs of any intent to withdraw their motion, and having been notified by the parties telephonically on April 15, 2016 that the deposition of Low was completed pursuant to the Court's order, the Court finds that Plaintiffs have complied with the conditions set forth in the Court's March 21, 2016 Order.

Accordingly, **IT IS HEREBY ORDERED THAT**:

(1) Plaintiff Tarla Makaeff's motion to withdraw, ECF No. 443, is **GRANTED IN PART** and **DENIED IN PART**;

(2) Makaeff is hereby excused from her duties as a class representative in this action;

(3) Makaeff's remaining claims in the Third Amended Class Action Complaint, ECF Nos. 128, 389, 394, are hereby **DISMISSED** without prejudice, according to the following terms and conditions:

    (a) Pursuant to the parties' prior stipulation, ECF No. 389, and this Court's March 16, 2015 Order, ECF No. 394, Makaeff is a member of both the Makaeff Class and the Class in the related action, *Cohen v. Trump*, No. 3:13-cv-02519-GPC-WVG, as they are currently defined (*see Makaeff* ECF No. 298; *Cohen* ECF No. 53), and she remains eligible to take part in any class recovery in either action, if any, based on the current class definitions; and

    (b) Makaeff shall not re-file any action against Defendants in state or federal court arising out of, or related to, the same facts as alleged in this action;

(4) The Court will invite briefing on fees and costs in connection with the motion to withdraw at an appropriate juncture; and

(5) This Court retains jurisdiction to resolve any disputes arising from Makaeff's

withdrawal, Defendant Trump University's counterclaim, and Makaeff's eligibility to participate in any class recovery in this action and in *Cohen*.

**IT IS SO ORDERED.**

DATED: April 20, 2016

HON. GONZALO P. CURIEL
United States District Judge