ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
 ambere@zhlaw.com
HELEN I. ZELDES (220051)
 helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
 alreenh@zhlaw.com
AARON M. OLSEN (259923)
 aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone:  (619) 342-8000
Facsimile:  (619) 342-7878

Class Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company; and DONALD J. TRUMP,<br><br>    Defendants. | Case No.: 3:10-cv-00940-GPC-WVG<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE OF ALREEN HAEGGQUIST AS COUNSEL OF RECORD<br><br><br><br>District Judge: Hon. Gonzalo P. Curiel<br>Mag. Judge:    Hon. William V.  Gallo |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Alreen Haeggquist (California State Bar No. 221858) of Zeldes Haeggquist & Eck, LLP as counsel for Plaintiffs Sonny Low, J.R. Everett and John Brown in the above-captioned action. The Court and counsel are requested to update their service list with the undersigned's information as follows:

>Alreen Haeggquist
>Amber L. Eck
>Helen I. Zeldes
>Aaron M. Olsen
>ZELDES HAEGGQUIST & ECK, LLP
>225 Broadway, Suite 2050
>San Diego, CA 92101
>Telephone: (619) 342-8000
>Facsimile: (619) 342-7878
>alreenh@zhlaw.com
>ambere@zhlaw.com
>helenz@zhlaw.com
>aarono@zhlaw.com

DATED: May 9, 2016              ZELDES HAEGGQUIST & ECK, LLP
                                AMBER L. ECK
                                HELEN I. ZELDES
                                ALREEN HAEGGQUIST
                                AARON M. OLSEN

                                   s/ALREEN HAEGGQUIST
                                   ALREEN HAEGGQUIST

                                225 Broadway, Suite 2050
                                San Diego, CA 92101
                                Telephone: (619) 342-8000
                                Facsimile: (619) 342-7878

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| 2 |   & DOWD LLP |
| | PATRICK J. COUGHLIN (111070) |
| 3 |  patc@rgrdlaw.com |
| | X. JAY ALVAREZ (134781) |
| 4 |  jaya@rgrdlaw.com |
| 5 | JASON A. FORGE (181542) |
| |  jforge@rgrdlaw.com |
| 6 | RACHEL L. JENSEN (211456) |
| 7 |  rjensen@rgrdlaw.com |
| | BRIAN E. COCHRAN (286202) |
| 8 |  bcochran@rgrdlaw.com |
| | JEFFREY J. STEIN (265268) |
| 9 |  jstein@rgrdlaw.com |
| 10 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 11 | Telephone: (619) 231-1058 |
| 12 | Facsimile: (619) 231-7423 |

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIEL J. PFEFFERBAUM
 dpfefferbaum@rgrdlaw.com
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

ROBBINS GELLER RUDMAN
 & DOWD LLP
MAUREEN E. MUELLER
 mmueller@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Class Counsel

*(Left margin: ZELDES HAEGGQUIST & ECK, LLP)*

2

No. 3:10-cv-00940-GPC-WVG

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 9, 2016.

                                                  s/Alreen Haeggquist
                                                ALREEN HAEGGQUIST

ZELDES HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
alreenh@zhlaw.com

ZELDES HAEGGQUIST & ECK, LLP

3　　　　　　　　　　　　　No. 3:10-cv-00940-GPC-WVG