ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
  ambere@zhlaw.com
HELEN I. ZELDES (220051)
  helenz@zhlaw.com
ALREEN HAEGGQUIST (221858)
  alreenh@zhlaw.com
AARON M. OLSEN (259923)
  aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone:  (619) 342-8000
Facsimile:  (619) 342-7878

Class Counsel

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated, | Case No.: 3:10-cv-00940-GPC-WVG |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | NOTICE OF APPEARANCE OF HELEN I. ZELDES AS COUNSEL OF RECORD |
| vs. | |
| TRUMP UNIVERSITY, LLC, a New York Limited Liability Company; and DONALD J. TRUMP, | |
| | District Judge:  Hon. Gonzalo P. Curiel |
| Defendants. | Mag. Judge:     Hon. William V.  Gallo |

ZELDES HAEGGQUIST & ECK, LLP

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND

2  THEIR COUNSEL OF RECORD:

3  PLEASE TAKE NOTICE of the appearance of Helen I. Zeldes (California

4  State Bar No. 220051) of Zeldes Haeggquist & Eck, LLP as counsel for Plaintiffs

5  Sonny Low, J.R. Everett and John Brown in the above-captioned action.  The

6  Court and counsel are requested to update their service list with the

7  undersigned's information as follows:

8  Helen I. Zeldes
   Amber L. Eck
9  Alreen Haeggquist
   Aaron M. Olsen
10 ZELDES HAEGGQUIST & ECK, LLP
11 225 Broadway, Suite 2050
   San Diego, CA 92101
12 Telephone: (619) 342-8000
   Facsimile: (619) 342-7878
13 helenz@zhlaw.com
14 ambere@zhlaw.com
   alreenh@zhlaw.com
15 aarono@zhlaw.com
16

17 DATED: May 9, 2016                ZELDES HAEGGQUIST & ECK, LLP
18                                   AMBER L. ECK
                                     HELEN I. ZELDES
19                                   ALREEN HAEGGQUIST
                                     AARON M. OLSEN
20

21                                        s/Helen I. Zeldes
22                                     HELEN I. ZELDES

23                                   225 Broadway, Suite 2050
24                                   San Diego, CA  92101
                                     Telephone:  (619) 342-8000
25                                   Facsimile:  (619) 342-7878

26

27

28
                                       1                No. 3:10-cv-00940-GPC-WVG

ZELDES HAEGGQUIST & ECK, LLP

ZELDES HAEGGQUIST & ECK, LLP

1    ROBBINS GELLER RUDMAN
2      & DOWD LLP
     PATRICK J. COUGHLIN (111070)
3      patc@rgrdlaw.com
     X. JAY ALVAREZ (134781)
4      jaya@rgrdlaw.com
     JASON A. FORGE (181542)
5      jforge@rgrdlaw.com
     RACHEL L. JENSEN (211456)
6      rjensen@rgrdlaw.com
     BRIAN E. COCHRAN (286202)
7      bcochran@rgrdlaw.com
     JEFFREY J. STEIN (265268)
8      jstein@rgrdlaw.com
     655 West Broadway, Suite 1900
9    San Diego, CA  92101
     Telephone:  (619) 231-1058
10   Facsimile:  (619) 231-7423

11
12   ROBBINS GELLER RUDMAN
       & DOWD LLP
13   DANIEL J. PFEFFERBAUM
       dpfefferbaum@rgrdlaw.com
14   Post Montgomery Center
     One Montgomery Street, Suite 1800
15   San Francisco, CA 94104
     Telephone: (415) 288-4545
16   Facsimile:  (415) 288-4534

17
18   ROBBINS GELLER RUDMAN
       & DOWD LLP
19   MAUREEN E. MUELLER
       mmueller@rgrdlaw.com
20   120 East Palmetto Park Road, Suite 500
     Boca Raton, FL 33432
21   Telephone: (561) 750-3000
     Facsimile: (561) 750-3364
22
23   Class Counsel
24
25
26
27
28

CERTIFICATE OF SERVICE

     I hereby certify that on May 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 9, 2016.

s/Helen I. Zeldes
HELEN I. ZELDES

ZELDES HAEGGQUIST & ECK, LLP
HELEN I. ZELDES (220051)
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
helenz@zhlaw.com

ZELDES HAEGGQUIST & ECK, LLP