# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT, and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company; and DONALD J. TRUMP,<br><br>Defendants. | Case No. 3:10-cv-00940-GPC (WVG)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Before the Court is Defendants' June 3, 2016 motion for leave to file a renewed motion for decertification. ECF No. 482. Accordingly, the Court sets the following briefing schedule: Any response is due on or before **June 17, 2016**. Any reply is due on or before **June 24, 2016**. A hearing is set for **July 22, 2016, at 1:30 p.m.** in Courtroom 2D.

**IT IS SO ORDERED.**

DATED: June 7, 2016

HON. GONZALO P. CURIEL
United States District Judge