# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE    Gonzalo P. Curiel

| FROM: A. Corsello, Deputy Clerk | RECEIVED DATE: June 6, 2016 |
|---|---|
| CASE NO.  10-cv-00940-GPC-WVG | DOC FILED BY: Non-party, Theodore Neubauer |
| CASE TITLE: Low v. Trump University, LLC et al | |
| DOCUMENT ENTITLED: "Amicus Curi" | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: No provisions for acceptance.

Supplemental documents require court order;

Date Forwarded:   June 7, 2016

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: June 9, 2016            CHAMBERS OF: Gonzalo P. Curiel

cc: All Parties               By: _Gonzalo Curiel_ (signature)