DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
DONALD J. TRUMP and TRUMP
UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>TRUMP UNIVERSITY, LLC et al.,<br><br>            Defendants. | Case Nos. 10-CV-0940-GPC(WVG)<br>           13-CV-2519-GPC(WVG)<br><br>**[CLASS ACTION]**<br>**DEFENDANTS' NOTICE OF**<br>**MOTION AND MOTION TO**<br>**AMEND PROTECTIVE ORDER**<br><br>Hearing: June 30, 2016<br>Time:  1:30 p.m.<br>Courtroom:  2d<br>Judge:  Hon. Gonzalo P. Curiel |
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP,<br><br>            Defendant. | |

1  TO THE COURT AND ALL PARTIES HEREIN:

2  PLEASE TAKE NOTICE that on June 30, 2016, at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Gonzalo P. Curiel, Courtroom 2D (2nd Floor) of the above-entitled Court, located at 221 W. Broadway, in San Diego, CA 92101, Defendants Trump University, LLC and Donald J. Trump ("Defendants") will and hereby do move this Court to amend the protective order in the above-captioned matters.

The Motion is brought on the grounds that good cause exists under Federal Rule of Civil Procedure 26(c) to prohibit public dissemination of video depositions "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities filed concurrently herewith, as well as all pleadings, papers, and documents on file in these cases, and any oral argument that may be requested by the Court at the hearing on the Motion.

Dated:  June 15, 2016

Respectfully submitted,

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

　　　　/s/ Daniel M. Petrocelli

Attorney for Defendants
DONALD J. TRUMP
AND TRUMP UNIVERSITY, LLC
E-mail:  dpetrocelli@omm.com