**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONNY LOW, J.R. EVERETT, and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company; and DONALD J. TRUMP,<br><br>Defendants. | Case No. 3:10-cv-00940-GPC (WVG)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>[ECF No. 485] |
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant. | CASE NO. 3:13-cv-2519-GPC-WVG<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>[ECF No. 238] |

Before the Court are Defendants' motions in these two related cases to amend the protective order. Accordingly, the Court sets the following briefing schedule: Any response is due on or before **June 22, 2016**. Any reply is due on or before **June 27, 2016**. A hearing is set for **June 30, 2016, at 1:30 p.m.** in Courtroom 2D.

1 **IT IS SO ORDERED.**

3 DATED: June 16, 2016

HON. GONZALO P. CURIEL
United States District Judge