ROBBINS GELLER RUDMAN & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
X. JAY ALVAREZ (134781)
jaya@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
DANIEL J. PFEFFERBAUM (248631)
dpfefferbaum@rgrdlaw.com
BRIAN E. COCHRAN (286202)
bcochran@rgrdlaw.com
JEFFREY J. STEIN (265268)
jstein@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000

Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company and DONALD J. TRUMP,<br><br>Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF JASON A. FORGE IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER TO FILE A MOTION TO CLARIFY OR AMEND THE COURT'S CLASS CERTIFICATION ORDERS<br><br>DATE: July 22, 2016<br>TIME: 1:30 p.m.<br>CTRM: 2D<br>JUDGE: Hon. Gonzalo P. Curiel |

1157412_1

I, Jason A. Forge, declare as follows:

1. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, which serves as Court-appointed Class Counsel in the above-entitled action. I am duly licensed to practice before all state and federal courts in California. The facts stated in this declaration are true and based upon my own personal knowledge and, if called to testify to them, I would competently do so.

2. I submit this Declaration in Support of Plaintiff's Motion to Modify Scheduling Order to File a Motion to Clarify or Amend the Court's Class Certification Orders.

3. Attached to this Declaration is a true and correct copy of the following Exhibit:

| Exhibit | Description | Page Nos. |
|---------|-------------|-----------|
| 1 | Relevant excerpt from the Transcript of Motion Hearing Before the Honorable Gonzalo P. Curiel, November 8, 2013. | 1-4 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of June, 2016, at San Diego, California.

s/ Jason A. Forge<br>JASON A. FORGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 17, 2016.

s/ Jason A. Forge
JASON A. FORGE

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:     jforge@rgrdlaw.com

1157412_1

3:10-cv-0940-GPC(WVG)