1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10 | SONNY LOW, J.R. EVERETT, and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated, | Case No.  3:10-cv-00940-GPC-WVG

11 |  | **ORDER REGARDING JOINT MOTION FOR ADVANCEMENT OF JUNE 30, 2016 HEARING DATE**

12 |  |

13 |                                    Plaintiffs, | [ECF No. 487]

14 |         v. |

15 | TRUMP UNIVERSITY, LLC, a New York Limited Liability Company; and DONALD J. TRUMP, |

16 |  |

17 |                                  Defendants. |

18 | ART COHEN, Individually and on Behalf of All Others Similarly Situated, | Case No.  3:13-cv-02519-GPC-WVG

19 |  | **ORDER REGARDING JOINT MOTION FOR ADVANCEMENT OF JUNE 30, 2016 HEARING DATE**

20 |                                    Plaintiff, |

21 |         v. | [ECF No. 240]

22 | DONALD J. TRUMP, |

23 |                                  Defendant. |

24

25     Before the Court are parties' joint motions in these two related cases to continue

26 the June 30, 2016 hearing. Accordingly, the Court reschedules the hearing date related

27 to Defendants' Motion to Amend Protective Order, *Low* ECF No. 485, *Cohen* ECF No.

28 238, and non-party Media Intervenors' motion to Intervene, *Cohen* ECF No. 233, to

1    **July 13, 2016, at 1:30 p.m. in Courtroom 2D.**

2        **IT IS SO ORDERED.**

3

4    DATED:  June 20, 2016

5

6                                    HON. GONZALO P. CURIEL
                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28