# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT, and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company; and DONALD J. TRUMP,<br><br>Defendants. | Case No. 3:10-cv-00940-GPC (WVG)<br><br>**JURY TRIAL PREPARATION AND SCHEDULING ORDER** |

A pretrial conference was held on May 6, 2016. After discussing trial related issues with counsel, the Court orders the following:

## JURY TRIAL

The Court sets the jury/bench trial for the class representatives ("Plaintiffs") on the issue of liability for **November 28, 2016 at 9:00 a.m.** The liability phase of the trial will be presented to the jury on the legal claims and to the Court on the equitable claims. In the event that the jury finds in favor of the Plaintiffs on the question of liability, a damages phase as to the class representatives will follow before the same jury. Similarly, if the Court finds in favor of Plaintiffs on the equitable claims, the Court will proceed with a damages phase as to the class representatives.

In the event that Defendants are held liable on any cause of action, the Court will

invite briefing as to the procedures for individual class members to seek damages on such claim(s). At that time, the Court will consider the positions of the parties as to what discovery will be permitted, whether to appoint a special master and what damage theories the individual class members are entitled to pursue.

Lastly, at the pretrial conference, the parties requested for the Court to rule on the admissibility, at the liability stage, of testimony by absent class members.  The parties have submitted witness lists which set out the subject matter of the proposed testimony of the absent class members. The Court directs the Defendants to file points and authorities in support of their position on or before **August 26, 2016**. Any written response and opposition must be filed and served on or before **September 9, 2016.** The briefing shall be limited to fifteen pages in length.

## MOTIONS IN LIMINE

The Court sets a hearing on motions in limine for **November 10, 2016, at 1:30 p.m.**  Each side is allowed a maximum of eight motions in limine.  All motions in limine must be filed and served on or before **October 20, 2016.**  Written oppositions to motions in limine, if any, must be filed and served on or before **November 1, 2016.**  No replies shall be filed.  Each motion in limine and each opposition thereto shall be limited to ten pages in length.  Attachments to any motion in limine or opposition thereto shall also be limited to ten pages in length.

## JURY INSTRUCTIONS

The Court sets a hearing on jury instructions for **November 18, 2016 at 1:30 p.m.**  The parties shall file and email, in WordPerfect or Word format, to the Court's email address at efile_curiel@casd.uscourts.gov a joint proposed jury instructions and special verdict forms, including any objections with relevant supporting authorities on or before **November 4, 2016**.

## TRIAL NOTEBOOK

The parties are directed to submit directly to chambers, on or before **November 21, 2016** a tabbed joint trial notebook containing a table of contents and

hard copies of the following documents, all of which should also be filed using the Court's Case Management/Electronic Case Filing (CM/ECF) system unless otherwise indicated:

1. The operative pleading complaint, cross complaint, and third party complaint, and answers;

2. Separate trial briefs, not to exceed twenty pages in length;

3. If the parties wish, proposed voir dire questions to be asked by the Court;

4. A joint statement of the case in a form suitable to be read to the jury;

5. Any stipulations or agreements, in a form suitable to be read to the jury;

6. A joint witness list in table format, including columns designated for the party that will be calling the witness, time estimates for direct and cross-examination, and a brief description of each witness's testimony;

7. A joint list of deposition designations, if any;

8. A joint exhibit list in table format, including columns designated for exhibit numbers, a description of the exhibits, whether the admissibility of an exhibit is disputed, the date an exhibit is marked, and the date an exhibit is admitted; and

**IT IS SO ORDERED.**

DATED: August 2, 2016

HON. GONZALO P. CURIEL
United States District Judge