DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
DONALD J. TRUMP and
TRUMP UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>TRUMP UNIVERSITY, LLC et al.,<br>Defendants. | Case No.    10-CV-0940-GPC(WVG)<br>Judge:  Hon. Gonzalo P. Curiel<br><br>**[CLASS ACTION]**<br><br>**DECLARATION OF DAVID L. KIRMAN IN SUPPORT OF DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE ADMISSIBILITY OF FORMER TU STUDENT-WITNESSES** |

I, David L. Kirman, declare as follows:

1. I am an attorney licensed to practice in California. I am a partner with the law firm of O'Melveny & Myers LLP, and counsel of record for defendants Trump University LLC and Donald J. Trump ("Defendants"). I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Memorandum of Points and Authorities in Support of the Admissibility of Former TU Student-Witnesses.

3. Attached to this Declaration are true and correct copies of the following documents:

| Ex. | Description | Pages |
|---|---|---|
| 1. | List of "Witnesses Plaintiffs Reserve the Right to Call at Trial," submitted by plaintiffs to the Court on April 29, 2016. | 3–9 |
| 2. | Excerpts of the May 19, 2015 deposition of former TU student, Marla Rains Colic. | 10–19 |
| 3. | Excerpts of the November 10, 2014 deposition of former TU student, Paul Canup. | 20–31 |
| 4. | Excerpts of the December 19, 2014 deposition of former TU student, Mette Nielsen. | 32–52 |
| 5. | Excerpts of the October 28, 2014 deposition of former TU student, Michelle Gunn. | 53–59 |
| 6. | Excerpts of the transcript of the July 22, 2016 hearing before Judge Gonzalo Curiel. | 60–65 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of August, 2016, at Los Angeles, California.

Respectfully submitted,

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

_____
David L. Kirman

- 2 -

KIRMAN DECL. ISO DEFS.'
BRIEF RE: ADMISSIBILITY
OF TU STUDENT-WITNESSES
10-CV-0940-GPC(WVG)