1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  DAVID L. KIRMAN (S.B. #235175)
   dkirman@omm.com
3  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars
4  Los Angeles, California 90067-6035
   Telephone:  (310) 553-6700
5  Facsimile:   (310) 246-6779

6  JILL A. MARTIN (S.B. #245626)
   jmartin@trumpmational.com
7  TRUMP NATIONAL GOLF CLUB
   One Trump National Drive
8  Rancho Palos Verdes, CA 90275
   Telephone: (310) 202-3225
9  Facsimile: (310) 265-5522

10 Attorneys for Defendants
   DONALD J. TRUMP and TRUMP
11 UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC et al.,<br><br>Defendants. | Case No.  10-CV-0940-GPC(WVG)<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF FILINGS IN *FLO & EDDIE, INC. V. SIRIUS XM RADIO INC.*, NO. 13-5693 (C.D. CAL.)** |

DEFS.' NOT. OF FILINGS IN *FLO & EDDIE, INC. V. SIRIUS XM RADIO INC.*, NO. 13-5693 (C.D. CAL.)

10-CV-0940-GPC(WVG)

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On August 26, 2016, defendants Donald J. Trump's and Trump University's ("defendants") lead counsel, Daniel Petrocelli, informed the Court about a conflict related to the November 28, 2016 trial date in this case. Mr. Petrocelli is also lead trial counsel for Sirius XM Radio Inc., in *Flo & Eddie, Inc. v. Sirius XM Radio Inc.*, No. 13-5693 (C.D. Cal.), a case pending in the Central District of California before the Honorable Philip S. Gutierrez. On September 2, 2016, defendants filed a Notice informing this Court that Sirius XM Radio filed with Judge Gutierrez an *ex parte* application requesting a 76 calendar-day/50 court-day continuance of trial in the Sirius case. *See* Dkt. 507. Attached as Exhibits A and B are copies of Flo & Eddie, Inc.'s opposition to Sirius XM Radio's *ex parte* application and Sirius XM Radio's reply, respectively.

Dated: September 6, 2016

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

By:   /s/ Daniel M. Petrocelli
          Daniel M. Petrocelli
Attorneys for Defendant
DONALD J. TRUMP and TRUMP UNIVERSITY, LLC