1  ROBBINS GELLER RUDMAN & DOWD LLP
   PATRICK J. COUGHLIN (111070)
2  patc@rgrdlaw.com
   X. JAY ALVAREZ (134781)
3  jaya@rgrdlaw.com
   JASON A. FORGE (181542)
4  jforge@rgrdlaw.com
   RACHEL L. JENSEN (211456)
5  rjensen@rgrdlaw.com
   DANIEL J. PFEFFERBAUM (248631)
6  dpfefferbaum@rgrdlaw.com
   BRIAN E. COCHRAN (286202)
7  bcochran@rgrdlaw.com
   JEFFREY J. STEIN (265268)
8  jstein@rgrdlaw.com
   655 West Broadway, Suite 1900
9  San Diego, CA  92101
   Telephone:  619/231-1058
10
   ZELDES HAEGGQUIST & ECK, LLP
11 AMBER L. ECK (177882)
   ambere@zhlaw.com
12 AARON M. OLSEN (259923)
   aarono@zhlaw.com
13 225 Broadway, Suite 2050
   San Diego, CA  92101
14 Telephone:  619/342-8000

15 Class Counsel

16                    UNITED STATES DISTRICT COURT

17                  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company and DONALD J. TRUMP,<br><br>　　　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>NOTICE OF PLAINTIFFS' INTENT TO OPPOSE DEFENDANTS' *EX PARTE* APPLICATION TO CONTINUE THE NOVEMBER 28, 2016 TRIAL DATE<br><br>DATE:　　*Ex Parte*<br>TIME:　　*Ex Parte*<br>CTRM:　　2D<br>JUDGE:　Gonzalo P. Curiel |

1185839_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on or before September 14, 2016, Plaintiffs John Brown, J.R. Everett, and Sonny Low will file an opposition to Defendants' September 12, 2016 *ex parte* application to continue the November 28, 2016 trial date. Dkt. No. 510. *See* Judge Curiel's Civil Pretrial & Trial Procedure at 2.

DATED: September 12, 2016

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
X. JAY ALVAREZ
JASON A. FORGE
RACHEL L. JENSEN
DANIEL J. PFEFFERBAUM
BRIAN E. COCHRAN
JEFFREY J. STEIN

s/ Jason A. Forge
JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ZELDES HAEGGQUIST & ECK, LLP
AMBER L. ECK
AARON M. OLSEN
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Class Counsel

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 12, 2016.

<u>s/ Jason A. Forge</u>
JASON A. FORGE

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:      jforge@rgrdlaw.com

1185839_1

3:10-cv-0940-GPC(WVG)