UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, and DONALD J. TRUMP,<br><br>Defendants. | Case No.: 3:10-cv-00940-GPC-WVG<br><br>**ORDER DENYING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE THE NOVEMBER 28, 2016 TRIAL DATE**<br><br>[ECF No. 510.] |

Before the Court is Defendants' *ex parte* application to continue the November 28, 2016 trial date to January 2, 2017. ECF No. 510. Plaintiffs filed an opposition on September 14, 2016. ECF No. 512. Based on the reasoning below, the Court **DENIES** Defendants' ex parte application to continue the November 28, 2016 trial date.

### DISCUSSION

"A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause" standard "primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "The pretrial schedule may be modified if it cannot reasonably

be met despite the diligence of the party seeking the extension. If the party seeking the modification was not diligent, the inquiry should end and the motion to modify should not be granted." *Zivkovic v. S. California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (citation and internal quotation marks omitted).

## I.    Good Cause

Defendants request that the Court continue the scheduled November 28, 2016 trial date until after the conclusion of the *Flo & Eddie, Inc. v. Sirius XM Radio Inc.*, No. 13-5693-PSG-GJS (C.D. Cal.) ("*Sirius XM*") trial. The *Sirius XM* trial is scheduled to begin on November 15, 2016. *See* ECF No. 510-1, Declaration of Daniel M. Petrocelli ("Petrocelli Decl.") ¶ 3. Mr. Daniel Petrocelli, Esq. is the lead counsel for the *Sirius XM* trial and for the trial in the instant case. *Id.* ¶¶ 2–3. Defendants contend that defense counsel will have inadequate time to prepare for trial in the instant case if a trial continuance is not granted.

The instant case has been pending for six and a half years. *See* ECF No. 1. The Court has repeatedly accommodated Defendants' requests with respect to scheduling trial. *See, e.g.*, ECF No. 512-2 at 5, 10, 15, 49, 74, 83. Although defense counsel agreed to a November 15, 2016 date for the *Sirius XM* trial in January 2016, defense counsel did not inform the Court about the possibility of a conflict with the November 28, 2016 trial date until August 26, 2016. *See id.* at 254. Defense counsel had multiple opportunities to raise the issue with the Court prior to August 26, 2016 but did not do so. In light of these facts, the Court concludes that Defendants have failed to establish good cause to continue the November 28, 2016 trial date.

## II.    Actual Conflict

Defendants assert that (1) an actual conflict exists between trial in the *Sirius XM* case and the November 18, 2016 hearing on jury instructions in the instant case, and that (2) a potential conflict exists between the two trials.

The Court **VACATES** the November 18, 2016 hearing on jury instructions and **RESETS** the hearing to **November 10, 2016 at 1:30pm**. The hearing will be held

2

3:10-cv-00940-GPC-WVG

concurrently with the scheduled hearing on motions in limine.  The parties shall file and email, in WordPerfect or Word format, to the Court's email address at efile_curiel@casd.uscourts.gov joint proposed jury instructions and special verdict forms, including any objections with relevant supporting authorities on or before **October 28, 2016**.

With respect to the trial date, Defendants do not establish that an actual conflict exists between trial in the *Sirius XM* case and in the instant case.  Defense counsel is directed to prepare for trial as scheduled.

## CONCLUSION

For the foregoing reasons, the Court hereby (1) **DENIES** Defendants' *ex parte* application to continue the November 28, 2016 trial date to January 2, 2017 and (2) **RESETS** the hearing on jury instructions to November 10, 2016 at 1:30pm.

IT IS SO ORDERED.

Dated:  September 15, 2016

Hon. Gonzalo P. Curiel
United States District Judge