UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, and DONALD J. TRUMP,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:10-cv-00940-GPC-WVG<br><br>**ORDER DENYING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE REPLY IN SUPPORT OF THE ADMISSIBILITY OF TESTIMONY OF FORMER TU STUDENT-WITNESSES**<br><br>[ECF No. 514.] |

　　　Before the Court is Defendants' *Ex Parte* Application for Leave to File Reply in Support of the Admissibility of Testimony of Former TU Student-Witnesses. ECF No. 514.  IT IS HEREBY ORDERED that Defendants' *Ex Parte* Application is **DENIED**.

　　　**IT IS SO ORDERED.**

Dated:  September 19, 2016

　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　United States District Judge