UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, and DONALD J. TRUMP,<br><br>         Defendants. | Case No.: 3:10-cv-00940-GPC-WVG<br><br>**ORDER SETTING DEADLINE FOR SUBMISSION OF AMENDED PRETRIAL CONFERENCE ORDER**<br><br>[ECF No. 478.] |

  A pretrial conference was held on May 6, 2016.  (Dkt. No. 478.)  At the hearing, the Court ordered Plaintiffs and Defendants to provide the Court with an amended joint pretrial conference order.  (*Id.*)  The amended joint pretrial conference order shall be submitted via e-mail in Word format to efile_curiel@casd.uscourts.gov on or before **October 18, 2016**.  The parties are reminded that the proposed pretrial order shall conform to the requirements of Civil Local Rule 16.1(f)(6).

  **IT IS SO ORDERED.**

/ / / /

1  Dated:  October 12, 2016

*[Signature]*
Hon. Gonzalo P. Curiel
United States District Judge