DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpmational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
DONALD J. TRUMP and TRUMP
UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW et al.,<br>on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC et al.,<br><br>Defendants. | Case No. 10-CV-0940-GPC(WVG)<br><br>**OMNIBUS DECLARATION OF DAVID L. KIRMAN IN SUPPORT OF DEFENDANTS TRUMP UNIVERSITY'S AND DONALD J. TRUMP'S MOTIONS *IN LIMINE* (NOS. 1-8)** |

# DECLARATION OF DAVID L. KIRMAN

I, David L. Kirman, declare as follows:

1. I am a partner at the firm of O'Melveny & Myers LLP and counsel of record for defendants Trump University LLC and Donald J. Trump ("Defendants") in the above-captioned action. I have personal knowledge of the facts set forth below and, if called to testify to them, could and would do so competently.

2. I submit this declaration in support of Defendants' Motions *In Limine* Numbers 1 through 8.

3. Attached to this Declaration are true and correct copies of trial exhibits, depositions excerpts, court submissions, and news articles:

| Ex. | Description | Page |
|---|---|---|
| 1. | PX 42, Trump University Preview Script - Version 3.0 | 10–46 |
| 2. | PX 71, Native File printout of PowerPoint with talking points for Trump Real Estate Investing The Apprenticeship Program (Ex. 86 to Ps' Class Certification Motion) | 47–112 |
| 3. | PX 138, Transcript of Profit from Real Estate Investing - Free Introductory Class; region: San Juan, PR; speaker: Gerald Martin | 113–147 |
| 4. | PX 146, Native printout of Trump Script.rtf | 148–170 |
| 5. | PX 328, Email from David Early to Michael Sexton re script for Bill's PPT, with attachment Trump Creative Script.doc | 171–201 |
| 6. | PX 348, PowerPoint presentation: Trump Real Estate Investing The Apprenticeship Program | 202–273 |
| 7. | PX 353, Email string from Joseph Katz to Kelly Bray re Trump University Presentation, with attachment Trump University v5.zip | 274–357 |
| 8. | PX 715, Transcript of Fast Track to Foreclosure with James Harris, Denver, CO, April 3-5, 2009 | 358–388 |
| 9. | PX 758, Transcript of Free Presentation with Gerald Martin as speaker | 389–415 |
| 10. | PX 858, Email from Charles Wren to Donald Trump, et al. re Misrepresentation of Services and Breach of Contract of the Trump Gold Elite Program - Request for Cancellation and Refund | 416–420 |

| Ex. | Description | Page |
|---|---|---|
| 11. | PX 898, Verified Petition, Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) | 421–459 |
| 12. | PX 185, Lazarus, David, "Trump spins in foreclosure game," Los Angeles Times (Dec. 12, 2007) | 460–463 |
| 13. | PX 186, Lazarus, David, "Trump's a grump about column on his 'priceless' tips," Los Angeles Times (Dec. 16, 2007) | 464–466 |
| 14. | PX 187, "Donald Trump tried to get me fired after I wrote about Trump University," by D. Lazarus, from latimes.com | 467–468 |
| 15. | PX 1000, LA Times - Letter: Donald Trump responds to Lazarus' column | 469–470 |
| 16. | DX 2062, Compilation of T. Makaeff complaints and documents | 471–541 |
| 17. | PX 3, BBB Standard Business Questionnaire for Trump University LLC | 542–543 |
| 18. | PX 5, Letter from BBB NY to Sam Empson, Marketing Analyst, Trump University re BBB Business Accreditation | 544–545 |
| 19. | PX 6, BBB NY 00505: Letter to Sam Empson from BBB re BBB Business Accreditation | 546 |
| 20. | PX 7, Email string from Claire Rosenzweig to Michael Sexton re urgent matter requires attention | 547–549 |
| 21. | PX 200, Email from Michael Sexton to Claire Rosenzweig, Susan McMillan re urgent matter requires attention | 550 |
| 22. | PX 484, Letter to Brad Schneider, Trump University from the Better Business Bureau re complaint received | 551–556 |
| 23. | PX 596, Email string from Brad Schneider to Jack Mahoney re Refund Premium Membership | 557–560 |
| 24. | PX 860, Letter from Jeffrey Tufenkian to Trump University, Director of Service Fulfillment re refund request | 561–564 |
| 25. | PX 943, Letter from Susan McMillian (BBB NY) to Sam Empson, Marketing Analyst, Trump University LLC re BBB Business Accreditation | 565–566 |
| 26. | PX 2, Letter from NYSED to Donald Trump re "Trump University" | 567–568 |

| Ex. | Description | Page |
|---|---|---|
| 27. | PX 43, Letter to Gillian Birnie from Edward Kramer (NYSED) re complaint | 569–570 |
| 28. | PX 44, Letter from Edward Kramer, Supervising Investigator, NYSED to Michael Sexton, President, Trump University re requirement of license | 571 |
| 29. | PX 45, Letter to Donald Trump, Chairman, Trump University from Joseph P. Frey, NYSED re use of the name "Trump University" | 572–573 |
| 30. | PX 46, Email from Dan Borbet to Joseph Frey re Trump University LLC with attachment of Certificate of Amendment to Articles of Organization of Trump University LLC | 574 |
| 31. | PX 49, Email string from Michael Sexton to Jeff McConney re Use of University in Corporate Name in New York | 576–577 |
| 32. | PX 55, Email string from Michael Sexton to David Early, April Neumann re Seattle | 578–580 |
| 33. | PX 81, Email string from Michael Sexton to Joseph Frey re Trump University Compliance | 581–582 |
| 34. | PX 82, Various emails between Michael Sexton and Joseph Frey | 583–590 |
| 35. | PX 84, Letter to Donald Trump, Chairman, Trump University from Joseph Frey, NYSED re Trump University LLC | 591–592 |
| 36. | PX 91, Email string from Joseph Frey to Michael Sexton re Trump University Compliance | 593–594 |
| 37. | PX 93, Email string from Joseph Frey to Michael Sexton re update | 595–596 |
| 38. | PX 94, Email string from Michael Sexton to Joseph Frey re Trump University Compliance | 597–598 |
| 39. | PX 95, Email string from Michael Sexton to Joseph Frey re Trump University Compliance | 599–600 |
| 40. | PX 376, Email string from Carole Yates to Michael Sexton re Meeting | 601–602 |
| 41. | PX 377, Email string between Michael Sexton and Carole Yates re Meeting | 603 |
| 42. | PX 379, Letter to Michael Sexton, President, Trump Entrepreneur Initiative from Carole Yates, NYSED re resolution of student complaints file against Trump University | 604–605 |
| 43. | PX 380, Letter from George Sorial to Joseph Frey (NYSED) re letter dated March 30, 2010 | 606–608 |

| Ex. | Description | Page |
|---|---|---|
| 44. | PX 381, Email string from Michael Sexton to Joseph Frey (NYSED) re update [fictitious office in Delaware] | 609 |
| 45. | PX 383, Letter to Director, Trump University from Carole Yates, Director, NYSED re complaint filed against Trump University by Cynthia Hamada | 610 |
| 46. | PX 389, Email string from Jeff McConney to Steven Matejek re [no subject - Business Strategies Group] | 611–613 |
| 47. | PX 390, Email from Lizbeth Kyprislidis to John George, Donald Bender, Angel Lopez, Gerri Mirando re Trump University LLC (DE domestic), with attachment | 614–617 |
| 48. | PX 400, Email string from Jeff McConney to Allen Weisselberg, Jason Greenblatt re Use of University in Corporate Name in New York | 618–620 |
| 49. | PX 401, Email string from Jeff McConney to Michael Sexton re Use of University in Corporate Name in New York | 621–623 |
| 50. | PX 406, Email string from Jeff McConney to Allen Weisselberg re Use of University in Corporate Name in New York | 624–626 |
| 51. | PX 553, Email string from Michael Sexton to Joseph Frey re Personal Invitation from Donald Trump | 627 |
| 52. | PX 554, Email from Dan Borbet to Joseph Frey re Call Request | 628 |
| 53. | PX 556, Email string from Michael Sexton to Joseph Frey, Edward Kramer re Carmen Mendez and Daniel Rivera – Complaints and License Status | 629–630 |
| 54. | PX 590, Email string from Michael Sexton to Allen Weisselberg re Use of University in Corporate Name in New York | 631–634 |
| 55. | PX 625, Email string from arrowgroup to Michael Sexton re names | 635–636 |
| 56. | PX 888, David Early's resume from LinkedIn (Early 75) | 637–639 |
| 57. | Excerpts of PX 899, Verified Petition and Exhibits A-G2 to the Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) (Vol. 1 of 9) | 640–641 |
| 58. | Excerpts of PX 900, Verified Petition and Exhibits H1-H19 to the Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) (Vol. 2 of 9) | 642–643 |

| Ex. | Description | Page |
|---|---|---|
| 59. | Excerpts of PX 901, Verified Petition and Exhibits H10-H60 to the Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) (Vol. 3 of 9) | 644–646 |
| 60. | Excerpts of PX 902, Verified Petition and Exhibits J-L43 to the Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) (Vol. 4 of 9) | 647–702 |
| 61. | Excerpts of PX 903, Verified Petition and Exhibits M1-S4 to the Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) (Vol. 5 of 9) | 703–704 |
| 62. | Excerpts of PX 904, Verified Petition and Exhibits T1-Z to the Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) (Vol. 6 of 9) | 705–706 |
| 63. | Excerpts of PX 905, Verified Petition and Exhibits AA-CC18 to the Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) (Vol. 7 of 9) | 707–709 |
| 64. | Excerpts of PX 906, Verified Petition and Exhibits DD-HH to the Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) (Vol. 8 of 9) | 710–711 |
| 65. | Excerpts of PX 907, Verified Petition and Exhibits JJ1-JJ27 to the Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) (Vol. 9 of 9) | 712–714 |
| 66. | PX 915, Affidavit of Respondent Michael Sexton in Support of Respondents' Motion to Dismiss, filed October 31, 2013 in The People of the State of New York v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (Supreme Ct. of New York Cnty. of New York) | 715–735 |
| 67. | PX 919, Matter of People of the State of N.Y. v. Trump Entrepreneur Initiative LLC, No. 451463/13, 2014 NY Slip Op 32685(U) (Sup. Ct. N.Y. Cnty.) – Order regarding summary judgment | 736–772 |

| Ex. | Description | Page |
|---|---|---|
| 68. | PX 948, Email string from Michael Bloom to Michael Sexton re Carmen Mendez and Daniel Rivera-Complaints and License Status | 773–778 |
| 69. | PX 981, Documents regarding Carmen Mendez complaint about Trump University and her agreement and release | 779–808 |
| 70. | PX 996, Exs J1-J39 to Snell Affirmation in Support of Motion to Strike, filed April 22, 2014, in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) | 809–1057 |
| 71. | Excerpts from Gerald Martin's Nov. 5, 2013 deposition | 1058–1073 |
| 72. | Excerpts of Joseph Frey's Dec. 5, 2014 deposition | 1074–1090 |
| 73. | Excerpts of David Early's Apr. 21, 2015 deposition | 1091–1100 |
| 74. | Excerpts of David Early's May 6, 2015 deposition | 1101–1107 |
| 75. | Excerpts of William Conroy's June 16, 2015 deposition | 1108–1145 |
| 76. | Excerpts of Corinne Sommer's Nov. 7, 2012 deposition | 1146–1153 |
| 77. | Excerpts of Michael Sexton's May 15, 2015 deposition | 1154–1166 |
| 78. | "What happens when you file a complaint with BBB?" from Watch your Buck, Blog for Central Texas Better Business Bureau, dated May 25, 2011 | 1167–1172 |
| 79. | "What is a BBB?" from BBB.org/Boston | 1173–1178 |
| 80. | "Why the Better Business Bureau Should Give Itself a Bad Grade," by B. Tuttle, from TIME.com, dated Mar. 19, 2013 | 1179–1182 |
| 81. | "BBB Standards for Trust," from BBB.org/new-york-city | 1183–1185 |
| 82. | Civil Minute Orders from *The Saturday Team, Inc., et al, v. Thien Thanh Thi Nguyen, et al*, Case No. CV 07-1794-VBF(VBKx), dated June 26, 2008 | 1186–1195 |
| 83. | Excerpts of the May 6, 2016 Final Pretrial Conference | 1196–1201 |

| Ex. | Description | Page |
|---|---|---|
| 84. | Excerpts of Transcript of June 18, 2012 proceedings in *Apple, Inc., v. Samsung Electronics Co., Ltd., et al.*, No. C-11-01846 LHK | 1202–1204 |
| 85. | Excerpts of Gary Eldred's June 25, 2015 deposition | 1205–1316 |
| 86. | PX 177, Index of Documents Provided to Gary Eldred with cover page of each document (Eldred 380) | 1317–1374 |
| 87. | DX 2955, Book Cover for Trump University, *Real Estate 101: Building Wealth with Real Estate Investments*, by Gary W. Eldred, PhD | 1375–1376 |
| 88. | PX 555, Email string from Michael Sexton to Paul Reisner re Carmen Mendez and Daniel Rivera – Complaints and License Status | 1377–1378 |
| 89. | Excerpt of Witnesses Plaintiffs Expect to Call at Trial (Ex. 1 of Plaintiffs' Proposed Pretrial Order) | 1379 |
| 90. | Plaintiffs' Amended Proposed Pretrial Order, dated October 18, 2016 | 1380–1393 |
| 91. | Excerpts of Witnesses Plaintiffs Reserve the Right to Call at Trial (Ex. 2 of Plaintiffs' Proposed Pretrial Order) | 1394–1400 |
| 92. | PX 4, BBB Standard Business Questionnaire for Trump University | 1401–1402 |
| 93. | PX 917, Certified Copies from National Archives and Records Administration of documents from In re Robert L. Steenson, No. 97-01646-6J3 (M.D. Fla. Bankr.) | 1403–1415 |
| 94. | PX 1038, Docket for Robert L. Steenson and Kathleen V. Steenson Bankruptcy, No. g:97bk01646 (M.D. Fla. Bankr.) | 1416–1419 |
| 95. | PX 131, Trump University Employment Questionnaire for Stephen Goff | 1420–1422 |
| 96. | PX 180, Voluntary Petition for Bankruptcy for Stephen Goff, filed in the U.S. Bankruptcy Court for the Southern District of Texas, Case No. 07-32579 with Exhibit D, Schedules A-J, Statements and Disclosure thereto (S. Goff 14) | 1423–1461 |
| 97. | PX 385, Trump University Questionnaire filled-out by Troy Peterson | 1462–1466 |
| 98. | PX 386, Trump University Questionnaire filled-out by Troy Peterson with resume attached | 1467–1472 |
| 99. | PX 897, Voluntary Petition for Bankruptcy for Geoffrey Barnard Nowlin filed in United State Bankruptcy Court District of Arizona, No. 2:13-bk-20593-EPB (Dkt. No. 1) (Nowlin P-2) | 1473–1526 |

| Ex. | Description | Page |
|---|---|---|
| 100. | Excerpt of PX 910, Certified Copies from National Archives and Records Administration of documents from In re Troy L. Peterson, No. 96-15056 (E.D. Cal. Bankr.) | 1527–1531 |
| 101. | PX 702, Contact Notes for Joanne Moniz | 1532–1533 |
| 102. | Excerpts from PX 902, Verified Petition and Exhibits J-L43 to the Affirmation of Assistant Attorney General Tristan C. Snell in Support thereof, filed on August 24, 2013 in The People of the State of New York by Eric T. Schneiderman v. The Trump Entrepreneur Initiative LLC, No. 451463/2013 (N.Y. Supreme Ct., Cnty. of N.Y.) | 1534–1549 |
| 103. | PX 583, Email string from Jason Schauer to Tiffany Brinkman re Mentor guidebook PDF | 1550–1553 |
| 104. | Excerpts of Tarla Makaeff's Apr. 13, 2012 deposition | 1554–1561 |
| 105. | PX 586, Email string from David Highbloom to Michael Sexton re BBB Application | 1562–1572 |
| 106. | PX 587, Email from James Harris to Michael Sexton re Please Read Gang = This is What We R Dealing With! | 1573–1576 |
| 107. | PX 595, Email string from Mark Covais to April Neumann re Calvin Lee (Waiting for 5k refund for 6 months) | 1577–1579 |
| 108. | PX 598, Email from Gillian Birnie to Michael Sexton re Personal | 1580 |
| 109. | PX 705, Email from Charles Wren to Donald Trump, et al. re Misrepresentation of Services and Breach of Contract of the Trump Gold Elite Program - Request for Cancellation and Refund | 1581–1584 |

//

- 8 -

KIRMAN DECL.,
DEFS.' MOTS. IN LIMINE
10-CV-0940-GPC(WVG)

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this declaration is executed this 20th day of October, 2016, at Los Angeles, California.

Dated: October 20, 2016

Respectfully submitted,

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID L. KIRMAN

_____
DAVID L. KIRMAN
Attorneys for Defendants Donald J. Trump and Trump University
E-mail: dkirman@omm.com