# EXHIBIT 1

**Trump University**
**Preview Script – Version 3.0**

---

**Slide 01:   Trump University Title Slide**

**Slide 02:   The Trump University Apprenticeship Program**

Ladies and gentlemen, I'd like to welcome you to our presentation tonight on behalf of Mr. Donald Trump and Trump University. My name is [Lecturer name]. I'm a member of the faculty at Trump University. Let's talk a little about Donald Trump.

**Slide 03:   Trump Montage**

Who here thinks they know Donald Trump? Hands up. Very good. Let's play this little game to get you in the mood of things.

I've got three lottery tickets here. What I'm going to do is ask three questions about Donald Trump. Whoever gets a question right gets a scratch-off lottery ticket and hopefully you'll win. If I have a number of you answering the question correctly, then I will give the ticket to only one of the winners of my choosing.

Do not call out your answers, raise your hand only!

First question:  Where was Donald Trump born and raised? Be specific. The answer is Queens, New York.  He was educated in upstate and in Pennsylvania, but he was born and raised in Queens. You get a ticket. Congratulations!  Being first and taking action has its rewards.

Second question: What year was Donald Trump born? Give me the year? That's right, 1946. He was born on June 14th of that year. Sir, you get a ticket. So what does that make Mr. Trump... roughly 62 years old? Do you think he's going to retire in a couple of years? I doubt it. But this I do know, he has a life-time of experience in making money.   By the way, this gentleman was quick to answer.

Here is my third question: How did Donald Trump make his money? The answer is real estate! Very good. You folks know a lot about Donald Trump. Here's your ticket, and good luck to you all.

---

1

Plaintiffs' Exhibit
Low v. Trump University
No. 3:10-cv-0940

42

Trump University Preview Script – Proprietary and Confidential

But let me tell you all this right now, the chances of winning the lottery is about fourteen million to one, but winning with Donald Trump is done every day.

Mr. Trump has been an American business magnate, a socialite, a television personality, and an author. He's really an incredible man. Mr. Trump can be brash and bold.  But one thing that you do have to say: the man knows the real estate business.

(Future Pacing): **And what he knows about real estate you will learn when you become part of Trump University.**

Trump University is the manifestation of what Mr. Trump wants to do for people interested in building wealth and creating opportunity.

The idea actually came to him during the second season of  "The Apprentice" TV show. When he wrapped up the second season of "The Apprentice" show he thought to himself: "You know what? I'm only able to help one person at a time in this fashion. Why don't I take the concept of an apprenticeship and make it available to a larger group of people"?

That led to the founding of Trump University in 2005.


**Slide  04:  Trump University**

Trump University is located in the Trump Building at 40 Wall Street in New York City.  That's down in the financial district. We occupy the 32nd floor of this building. We rent the other 69 floors to tenants.  The building was built in 1930 and it was called the "Bank of Manhattan Trust" building.  It was once in competition to be the world's tallest building.

Mr. Trump bought this building from a foreclosure proceeding. The building has a total of 1.3 million square feet of rentable, useable space. He bought it, believe it or not, for $1.4 million about 15 years ago. What does that come out to approximately per square foot? That's right about a dollar a square foot, a dollar and seven cents to be exact. That is unheard of.

By the way, 15 years after Mr. Trump bought the building, would you like to know what that building is worth? It's worth $400 million. I don't have a PhD. in math but I know that's a heck of a lot more than a dollar a square foot.

Real estate can really make you money.  Mr. Trump can show you how to do it.

Nobody does deals like that. Nobody but Mr. Trump.

2

When Mr. Trump created Trump University, he said that he wanted to help adults achieve a superior education in a fraction of the time and cost that it would ordinarily take.  Essentially, he wanted to cut the B.S. out of higher education.  That's typical Donald Trump.

(Transition): **Mr. Trump went to the Wharton School at the University of Pennsylvania, and he knew that most people couldn't afford the time or tuition to do that.  So he decided to create an organization that would provide a world-class education, coupled with a year long apprenticeship resulting in personal development and wealth building.  He saw the opportunity to give a Wharton School education in 3 days followed by an Apprenticeship.**

(Transition): **By the way, do you know what the annual tuition at Wharton is?  It is $66,171 per year.  That's over a quarter million dollars for a four year degree.  How many of you think that is a lot of money to pay to learn theory and academic subjects?  All of you!**

(Future Pacing): **Tuition at Trump University is less than $1,500 or less than 1 percent of tuition at Wharton.  The $1,500 tuition gives you access to  our intensive, comprehensive and complete 3 day training program plus 1 full year of ongoing support.  In fact, two people can attend for the price of one, so it is even more economical than that.  I will tell you more about that later when we look at the enrollment process.**

**Slide 05:   Trump Philosophy**

Look at this statement from Mr. Trump. (Read statement.)

(Transition): **People have lost faith in themselves, in their government, in businesses, and in our leaders.  I have been doing this a long time, and I see the faces of young people.  They used to come here full of energy and vigor and with an "I can do it" attitude.  They may not have found the opportunity to make it yet, but they had the desire.  I saw the middle aged folks come in, and their faces say "I've got one more shot.  I haven't done it yet, and if I don't do it this time, I may never get a chance."**

But you know folks, in the last 4 to 6 months, I've seen those same faces, but they are a bit different.  The young people seem to have lost the energy and vigor I used to see.  They are beat down.  No wonder; just look at the news every day.  It just seems to get worse and worse.  The middle aged folks show up in despair.  They have seen their retirement plans go up in smoke.  Half of what they worked for is gone.

3

Trump University Preview Script – Proprietary and Confidential

(Future Pacing): **They need to take one more shot, but they are unsure of themselves and they don't know what to do.**

They're all asking "what happened?"

Folks, this is why Mr. Trump created Trump University.   He understands both success and failure; he has done them both.  But he also understands redemption.  He knows that you can fight your way back.

(Future Pacing): **Trump University will give you support and training so that you can fight back.  Mr. Trump knows that you need a system, specialized knowledge and support to succeed.**

(Future Pacing): **The real estate market is constantly changing.   The best areas of investment 6 months ago are losers today and the same will be true 6 months from now.  You need to stay up-to-date as the market shifts so that you can take advantage of emerging trends before the competition.  That's why as part of your yearlong Apprenticeship you will have weekly web-classes to make sure you know what's happening in the market week to week.  You'll also be exposed to related areas of investment such as probate and tax liens.**

(Transition): **Let's talk about taking action.  Do you know why most people sit on the sidelines?  Psychologists tell us most people come under the influence of the Normalcy Bias.  That simply means that people wait for situations to change and for everything to go back to normal.  They don't move, they don't take action, and by the time they realize "normal is gone" they have lost the opportunity.  Indecision is a decision.**

Want proof of this?  Who has lost money in the stock market?  How many of you are going to wait for it to come back before you do something?  Nearly all of you.  You know what?  The stock market is done; stick a fork in it.  It's has lost half its value in 3 years.  It is now at pre-2000 levels.

(Future Pacing): **Want to prosper?  Want to get ahead?  Do you want to get out from underneath?  Then you need a plan.  You have to have a plan.**

Develop that plan and work that plan.  Make sure you take your clues and guidance from the best in the field.  Be willing to ask for and accept help.  You know, the poet once wrote "No man is an island".  You need help, from an expert, and you need a plan based on that expert advice.

(Future Pacing): **As you gain knowledge, you will gain confidence.  Confident people thrive in difficult times.**

4

Trump University Preview Script – Proprietary and Confidential

Mr. Trump is confident that you can prosper.  Follow his instruction and you can be successful.

(Future Pacing):  **Wouldn't you agree that successful people take action?  Yes?  Then for you to succeed you must be willing to take action.  You've also got to learn to see things differently.**

**Slide 06:   First Ship Slide**

Let me show you something.  Take a look at the image behind me.  Study it for just a moment.  If you know what it is, say nothing and let the others try to figure it out.

(Transition): **This is an example of "perceptual ambiguity."  It means that you view things (life, opportunities, problems) from a familiar perspective, yet the unorganized nature of the image (or situation) does not allow you to see what is in front of you.**

For the most of you this is just a jumbled inkblot.

I need to show or "train" you to see what it is. Training will help you to see in a different way.

(Future Pacing): **Training will help you take action. Trump University will train you.**

Making new connections leads to breakthroughs and breakthroughs lead to new opportunities.

(Future Pacing): **Trump University training teaches you how to think differently about the opportunities  you see every day.**

**How to see what's really there that you haven't seen.**

**How to uncover hidden assets.**

**To find the hidden element stop looking at the dark part that tends to attract your attention.  Focus on the white areas.  Do you see it yet?  If you change focus, just a little, you will make a new connection.**

So what is this? Sir, what do you say it is?  Ma'am?  How about you?  And you?

**Slide 07:   Second ship slide**

5

Trump University Preview Script – Proprietary and Confidential

With training you might also see how to move your present situation into a stronger and richer position.

(Future Pacing): **How many opportunities have you missed because you haven't changed your thinking in your life, or couldn't see what to do?**

**How many assets lay untapped because you just know for certain they aren't there?**

**How many times are you left on the sidelines asking yourself "what happened?"**

**Trump University can help you see opportunities in a different way.**


**Slide 08:   Dog slide**

Let's do another one, shall we?  Same rules:  look, but give others a chance before you say aloud what it is.

You may have seen this a little quicker than before because of the training you just had.

(Transition): **You're already looking for alternatives that are different than what you can clearly see.**

**You are already thinking differently.**

(Future Pacing):  **Wouldn't you like to do that with money making opportunities?  If you can see things differently than others, then you have the opportunity to take advantage and make money while they just stand around seeing nothing.**

**What could you do with that new investment insight?**

So what is it?  Sir?  Ma'am?  You?

As soon as the idea is in your mind, you see differently, you think differently, you've made a new connection.  You've had a BREAKTHROUGH that allows you to see things that others don't.

You have uncovered the hidden element.

(Trial Close): **Imagine if you had multiple BREAKTHROUGHS in your thinking when it comes to INVESTING and CREATING WEALTH.**

CONFIDENTIAL

GOFF00006
P Ex 0042-00006

Trump University Preview Script – Proprietary and Confidential

> **That could change your world and let you achieve and have things that you only wish for now. Don't you want to be able to see differently when it comes to making money?**

> Let's try one more, and remember don't say what it is yet if you see it.

**Slide 09:   Cow Slide**

You're getting used to the idea of thinking differently.

You will now probably see this sooner than most people.

(Transition): **A skill that can be learned, just like looking at opportunities in a new way. Training will help you develop your skills. Our continued support will help you master those skills.**

(Trial Close): **Wouldn't it be nice learn ways to increase your wealth problems quicker? Master the art of making money. That's what you want.**

So, everyone, what is it? Sir? Ma'am? You?

**Slide 10:   Why Do We See Things Differently?**

Why do some people see only problems, and others see opportunity? Why do we see differently?

Here are some factors that affect how we approach opportunities:

- **Education**….(Trump University or more traditional schooling approaches)
- **Experience**…(A wise man learns from the experience of others; a fool only learns from his own experiences.)
- **Insight**…(It is the "a-ha" in life.)
- **System**…(An organized and practiced approach to something.)
- **Specific Knowledge**…(Subject matter related.)
- **Support**…(Having someone to share ideas and throw around possibilities. Support is also great for helping you build confidence.)

All of these affect how we think about our situation.

In fact we all see the economy a bit differently, politically or by age or whether we invest or not or if we are self-employed or not. These also affect our view.

7

GOFF00007
P Ex 0042-00007

Trump University Preview Script – Proprietary and Confidential

(Transition Statement): **The key of course is to learn to think like a billionaire, like Mr. Trump. That's what we do at Trump University. We teach you to think differently. If you don't see the deals he sees, you need to learn to see the deals that he sees. And you can because it is a matter of perspective**.

**Slide 11:   Struggling Economy**

Let's look at how things present themselves at this moment.

There has been enough going on to scare the best of us into paralysis. However, if you only see these issues in "one" way, then you are frozen in place.

(Future Pacing): **If you had the proper training and guidance, you would start to see these as new opportunities.**

There have been bubbles in real estate, commodity prices, dot-com businesses; you name it there's been a bubble.

We've seen the stock market melt down.   Unemployment is at a record high. How many of you know someone who has been laid off in the last year? Frightening isn't it?  What are you doing about it.

There is under-employment in which people's jobs are changed so that pay and opportunity can be pulled back.  It's called "sliding down the totem pole". You were up here, and now you are down here.  Who knows someone who has been through that?  Frightening isn't it?  What are you doing about it?

Inflation is rising.  Taxes are going up.  What are you doing about it? In times like these investors who are willing to stick their head out are the ones who come out ahead.

(Future Pacing):  **You need to stay up-to-date as the market shifts so that you can take advantage of emerging trends before the competition.  As I mentioned before, that's why as part of your yearlong apprenticeship you will have weekly web-classes to make sure you know what's happening in the market week to week.  You'll also be exposed to related areas of investment such as probate and tax liens.  Trump University will be your Wharton!**

(Trial Close): **Imagine if you had multiple BREAKTHROUGHS in your thinking when it comes to INVESTING and CREATING WEALTH. That could change your world and let you achieve and have things that**

8

Trump University Preview Script – Proprietary and Confidential

you only wish for now.  Wouldn't that be valuable to you?  Wouldn't that be worth an investment of your resources?

**Slide 12:   Three Secrets to Creating Wealth**

(Transition Statement): **What are you going to do during these tough economic times. The normalcy bias says you'll do nothing. Let's be honest. By a show of hands how many of you feel like you can't do anything in the current economy?**

**You're wrong!  You can do something.  You have to learn the secrets to creating wealth.**

Over the last 100 years, researchers have tried to understand how wealth is created. They tell us there are three secrets to creating wealth. The first involves having a system. The second secret is having specialized knowledge, and third there had to be support, both physically and fiscally.

**Slide 13:   System**

What is a system?

(Transition): **A system is a specific method for achieving a certain purpose. What are they key words in that definition?**

That's right, specific method and certain purpose.  You need to have a sure fire way of hitting your target.

A system will allow you to get the most from your effort, energy and resources. Rather than hoping for results a system is focused on producing them.

(Transition): **The Fast Track to Foreclosure Investing (FTFI) is a system-based  approach to investing. It defies the conventional wisdom that you next door neighbor shares with you over the fence. It flies in the face in the advice that you get from well-meaning but broke relatives. It is based on Mr. Trump's years and years of experience**.

I was describing the FTFI to one of my best friends told me I was crazy. He claimed that nobody cold make money in the current real estate market. When I proved to him that it could be done, he confessed that his current investments in financial instruments were in the cellar and he needed to learn more.

9

Trump University Preview Script – Proprietary and Confidential

Trust me, investments like this have paid off in cold hard cash while my neighbor sees his investments dry up like a desert.

**Slide 14:   Specialized Knowledge**

(Transition): **This brings us to the second secret of success. When specialized knowledge is combined with a proven system, the results can be predictable, like the answer from a mathematical formula.  formula.**

Ask yourself why professionals like doctors, lawyers, architects, engineers and accountants make lot more money than laborers, taxi drivers and retail clerks?

Part of the answer is that the professionals have taken the time and expense to master a body of knowledge. As they get better applying that knowledge they increase their ability to get results. The laborer, the taxi driver, the retailer they work harder and don't see much additional financial benefit for their efforts.

(Future Pacing): **The FTFI will teach you the specialized knowledge and proven techniques to become a black belt in real estate investing. You learn more about investing from Donald Trump than from reading a book from your out-of-work neighbor or attending a social network.**

And there are lots of people who claim that they are expert in this area but they rarely are. They try to imitate but they fall far short. If you want to learn how to play golf go see Tiger Woods. If you want to learn real estate investment, see Donald Trump.

**Slide 15:   Support**

(Transition Statement): **We all need back up support and team work to achieve objectives. Trump University is your support.**

**Not only do we show you the system and provide the specialized knowledge but we stay with you during your Apprenticeship to guide you, motivate you and assist you in your endeavors.**

**Slide 16:   Trump Philosophy**

Trump's philosophy is this: The world's best wealth-building principle is "buy low and sell high", and one of the best ways to do that is by investing in foreclosures right now.

10

GOFF00010
P Ex 0042-00010

Trump University Preview Script – Proprietary and Confidential

(Transition Statement): **So, why are foreclosures so good? Do some of you remember way back to 1993? That's when the storm of the century happened.  They made a movie about it.  The pressure, the winds, the rain all came together to created a once in a lifetime storm off the east coast of the United States. That was the basis for the 2000 movie, "The Perfect Storm".**

Well the same thing has happened in the housing industry and that's an incredible opportunity for us. Everything is coming together in a perfect storm that may swamp some folks, but if you are properly trained and supported you can prosper.

**Slide 17:   Why Foreclosures**

Let's talk about a possibility that has the real potential for changing your life. And that is investing in real estate through foreclosure.

Donald Trump once said the best way to make money in investing is to "go in while others are getting out, and then get out when other people are getting back in."

(Transition Statement): **Here's why foreclosure is still a terrific place to invest.  And when you learn to do it following Trump's system, specialized knowledge and support, you are going to do very well.**

Prices on real estate are at or near the bottom.  There are bargains galore out there, if you know where and how to look.  People have fled the market place. Now is time to get in.  Once the Stimulus money, and bank reorganizations take hold, you will see people come back slowly at first, but they will come back.  You want to be the one selling them your investment properties at a substantial profit.

There is also the power of leverage.  Even today you only have to put down 10% to secure a mortgage (if your credit is average or above.)

You only have to put down a little money to secure real estate, and then you can sell it at an opportune time and reap profits on top of your leverage.  But you may think that leverage can cut two ways.  Not if you follow Trump's way.  We'll show you how to do risk-free deals.

Use OPM.  Other People's Money.  It is still out there.  You have to know where it is and how to negotiate the best deal for yourself, but it is there.

**11**

Trump University Preview Script – Proprietary and Confidential

And there is a foreclosure boom going on.  Sorry for you if you are being foreclosed, but good for you if you know how to invest.  You can pick up these properties for pennies on the dollar, using OPM, and eliminating risk, all to produce profit and wealth for yourself. Short sales is a technique we use that speeds up investing in foreclosure and has the best profit potential

**Slide 18:   Mortgage Delinquencies**

Mortgage delinquencies are at an 29 year high.  Now, here's is something you have to keep in mind. You know how awful you hear it is about foreclosures. Here is the reality: translates into more than two millions foreclosures this year. Those foreclosures represent your opportunity.

**Slide 19:   Housing Inventories**

Here's another thing adding to the storm. Housing inventories are at a twenty-four year high, and that does not include new house construction. That means you have the opportunity to have the pick of the litter. And you will do it at a lower price.

(Future Pacing): **It's not like those foreclosures will force you to buy a run-down house. You can buy a very pretty house because the inventory is so high. Keep looking until you find what you like. As a matter of fact, at Trump University as part of your apprenticeship program, we spend a lot of time on two things: Finding properties, and then what is very important after you have found a property, rehabbed it and held it for a while, how to sell the property no matter what the market.**

We will show you ways so when you're putting your property on the market you attract more attention, and command a higher price. Not only that but with the increase in the sheer number of foreclosures comes an increase in the number of excellent deals available

**Slide 20:   Interest Rates**

Here's the third part of the perfect storm.   Not only are there more foreclosures and a greater inventory but interest rates are at historic lows. What does that mean for you?

It means you can get into these properties for far less money and less exposure. Things have changes. You'd have to be deaf and blind not to know about all of the things happening in the financial market. I'm going to tell you this. There are more deal being down right now by smart investors, that's

12

Trump University Preview Script – Proprietary and Confidential

always the way it is. When other people get scared and leave a market place its the smart investor who moves in.

I remember one to time Mr. Trump said to us over dinner, he said "real estate is the only market that when there is a sale going on people run from the store". You don't want to run from the store.

(Trial Close): **You want to buy when there's a fire sale in the real estate market. That's what you have to do. When you are trained and supported and following a system, you will be able to do it.**

Now, let's take a closer look at foreclosures for a moment

**Slide 21:   What the Foreclosure Boom Means for You**

Let's talk about what the foreclosure boom means to you.

First, because of the struggling economy, there are more foreclosures, more properties on the market, and interest rates dropping.

You should be able to purchase properties thirty to sixty present below their present market value. When you do that you have instant equity in that property and equity simply means wealth. You have instant wealth in that property.

Now what you can do is you can convert that wealth quickly by reselling that property and you have the immediate cash.

And by the way you will see from a number of our success stories that I'll share with you people follow various strategies once they have secured an investment property. Some sell property immediately and others hold onto property for the long term. You can have positive monthly cash flow by renting the property out, doing a lease options, or option to buy, we'll show you all of those techniques and how to use them to great advantage at your training.

Some people just hold them for the long term. As a matter of fact one of our students had an approach in which he has bought six properties and his intention is to roll them, so he will always have one property for sale every year. And when he gets done selling all six of them he should be at an age in which he should be able to take all of his profits and relocate to some tropical isle.

(Future Pacing): **Wouldn't that be nice? Could you see yourself replenishing your bank account that has been decimated by economic**

13

Trump University Preview Script – Proprietary and Confidential

losses?  Can you see yourself in secure retirement because it took you five years of part time work to get there?

(Trial Close): **When you join us at Trump University, we will show you how to do that. We begin with your education at Trump University but that is just the start of the apprenticeship, we stick with you through time to make sure you're successful.**

Let me go back to this idea of foreclosure. Remember I showed you early, middle and late stages of foreclosure? I want you to think about it this way.

**Slide 22:    Foreclosure, what Is It?**

A foreclosure is a legal act action is taken by a lien holder -- I'll explain that in moment -- to repossess property held by a borrower who is in default.

Default simply means you have not been able to pay your mortgage. In most states it varies on what a default might be. It could be as little as three missed mortgage payments. Some times it is a little bit longer.

(Trial Close): **We talk about the specifics of default laws at your Trump University training, which will take place in about two weeks.  You should start thinking about looking at your calendar and arranging your schedule to make that happen.**

What is a lien holder? Does anyone know what that is? The lean holder is someone who made the loan, or bought the loan and now has a a right to the property that has put up for security for the loan.

**Slide 23:    What are the Main Causes of Foreclosure?**

What are the main causes of foreclosures? There are many...take a look at my list here.

Sometimes it is just as tragic as someone loses their job. We know that businesses are laying people off. Unemployment is now around 9%.

Its bankruptcy, maybe a business failure, I know of someone who told me he had gotten into all things the pest control business. He had his home, he took out a loan on the home to buy himself a big beautiful truck, and a big beautiful trailer and all the equipment necessary to be in business for himself. Business conditions went bad, and he couldn't pay for any of that stuff, when he tried to sell it he found it was a limited market, and his house went into foreclosure because his business failed. Sometimes it happens because of divorce.

14

CONFIDENTIAL

GOFF00014
P Ex 0042-00014

Trump University Preview Script – Proprietary and Confidential

I remember a deal that involved a lady whose husband had other romantic interest and left her with the kids, the house and the payments. She could not keep the house up so she had to let it go into foreclosure.

There are many other reasons for foreclosure. By the way this last one, readjusting mortgages, that is the adjustable A.R.M., (adjustable rate mortgage). Frequently people got into the housing market with a low introductory rate and when the bench mark interest rate changes the mortgage changed and it changed again and before long they found out their mortgage was costing them and arm and a leg and they couldn't afford it.

**Slide 24:   Right here in River City….**

Right here in River City, foreclosures are booming and I actually went on the internet and looked it up.

These are really three different stages of the foreclosure process which I will explain to you in a moment. Just know for now this is the early one, this is the middle one and this is late. xxxxxx in the early stages of foreclosure, almost xxxxxx are at the middle stage, and xxxxxx in the late stage.  I will explain those terms to you.

(Future Pacing): **You'll find that when you come through your Trump University, you will find that we use plain English, we try to demystify all of the terminology, you do not have to be a real estate agent, you do not have to be a finance major, you do not have to be a college graduate to do any of this. We make certain that it is explained very nicely and very easily, and by the way that is a good thing because from the looks of you most of you have been out of school for a while and getting back into it can seem a little scary its not scary at all.**

(Trial Close):  **We are in the business of educating and mentoring adults to become real estate investors, and we do it very well. You need to join us. It will be the smartest thing you have done in a long time.**

**Slide 25:   Trump Philosophy**

"There's no reason why an investor can't make money and help people at the same time."

Now, that's kind of a funny thing. You tend to think of people who invest as hard nosed or even greedy or taking advantage. Actually, not in the least. As a

15

GOFF00015
P Ex 0042-00015

Trump University Preview Script – Proprietary and Confidential

matter of fact there is no reason in the world why we can't help the distressed homeowners to avoid foreclosure.

**Slide 26:   Let's Help Distressed Home Owners**

So we help the home owners.

People in the foreclosure situation are miserable. They are worrying about the bank, they watch the news, they get advice from friends who are well meaning, maybe they bother friends and relatives for money but everyone is pretty strapped right now. Worse, they have to consult an attorney.

Here in River City attorneys charge about $350 an hour to even talk to you about a foreclosure. If you're dealing with an attorney you're going to have big bills.

This comes at a time when people can't afford an attorney.  They can't afford their homes.

They need help.  They need you.

**Slide 27:   Why Would Someone Say "YES" to You?**

(<u>Transition</u>):  **How many of you are thinking "Yeah, right.  You say foreclosure to a distressed home owner and they'll sic the big dog on you."  How many of you?**

(<u>Future Pacing</u>): **The reality is that when you learn how to approach people, how to offer them some financial benefit for working with you, you will get a lot more cooperation than you think.  We will teach you how to do that at your training. How does your investing in foreclosure short sales help the homeowners?**

Now why do you think that would become so important to them? Foreclosure is going to follow a homeowner around for seven to 10 years. It's actually worse than bankruptcy and stays on your record.  Now, if you are of a certain age in which you aren't going to buy a piece of property it doesn't matter, or if you're very young and made a mistake probably doesn't matter. But for the majority of us who are having that financial albatross around your neck can be a disadvantage.

When we step in and help the foreclosure homeowner we are actually doing a service. Were making an investment that help us make money, we're helping the bank out, and we're helping the distressed homeowner.  We can prevent

16

GOFF00016
P Ex 0042-00016

Trump University Preview Script – Proprietary and Confidential

foreclosure, we can save their credit rating, make the transition smoother, sometimes we can move them out, sometimes we can make a deposit for them. There are a variety of things you can do including making rental payments.

By the way, some Trump graduates even share the financial gain with the former home owner. They sometimes pay to move them, to make deposits on a rental property for them, or even make a few rental payments to help them with the transition.

**Slide 28:   Couple Helps Others and Makes a Profit**

This is Tim and Linda Thomas of Chicago area. Some people say it is too tough a place to do real estate deals. It isn't, but you do have to know what you are doing.

I want you to carefully look at these words. Linda said: "Trump University taught us how to help others out of their already bad situation, a different way way of approaching a deal."

In other words a good deal is when both parties are blessed in that process. Ladies and gentlemen, we will show you how to do it. There's no reason to take advantage, as a matter of fact it's a bad deal when you take advantage, we'll show you how to make good deals.

**Slide 29:   Show Me the Money!**

Let's do the math for this couple.

First deal they made $15,000 in their first deal, you heard them. Second deal profits them $78,000. As their confidence and skills grow, they do more rewarding deals.

As I said to you some people buy property to sell it very quickly because they want the cash, other people let value build and sell it a little bit later on which is what they did.

But within their first year of their apprenticeship they made an additional $93,000.

**(U): Now ladies and gentlemen, you need to think along these lines. What would you do with an extra $93,000?**

17

GOFF00017
P Ex 0042-00017

Trump University Preview Script – Proprietary and Confidential

How many bills will you pay with $93,000?  Wouldn't that make a dent in the stock market losses you've suffered?

That's four years of tuition, room and board at a state college.  Or you can make your retirement more secure.

Ladies and gentlemen, my point is this, I want you to see these numbers, and understand that they can be yours, if you take action and follow the expert's guidance.

But also remember that there are people behind those numbers, and they need your help.

You can do well and do good at the same time.


**Slide 30:   Trump Philosophy**

Here is what Mr. Trump would tell you: "When the going gets tough the tough make money".  The fact of the matter is that there are more fortunes made in tough economic times than in the smooth and steady times.  All the great millionaires and billionaires had to face adversity.  They didn't give up.  They worked their plan in good times and bad.

(Trial Close): **Wouldn't you agree that you have to take action to recover financially?  You can't wait for normal to come back.**


**Slide 31:   Fast Track Foreclosure System**

Remember the Three Secrets to Success?  The first secret was "system".  Do you remember the definition?  A method for achieving a specific purpose.

The Trump system for fast-track foreclosure is to:

• **Find** the property,
• **Figure** if it makes sense,
• **Fund** the deal, and then sell or rent the property to
• **Profit**.

Every deal is approached the same way.  Four steps.  Do the four steps and you'll make good to great deals, and you'll avoid the mistakes some amateur investors make.

18

GOFF00018
P Ex 0042-00018

Trump University Preview Script – Proprietary and Confidential

We will show you in your training a number of techniques to use to find investment properties, but tonight, we are going to focus one of the best ways to find low cost investment properties.  It is called a "short sale".

(Transition Statement): **Has anyone heard that term before?  You have? Great, then you have some experience that will make this explanation even more clear to you.**

(Future Pacing): **If you haven't heard about it, then this explanation is just the start for you.  You'll learn more when you begin your Trump University apprenticeship.**

Let's look at short sales and how to profit from them.

**Slide 32:   Short Sales**

It's an investing strategy to negotiate a loan that is in default with a lender -- remember that's the lien holder we spoke about before -- and receive a discount for less than what is owned on the current mortgage. Now I am going to stop for a moment and think about it.

You may be saying to yourself "banks won't do that, banks won't take less than the mortgage, they are going to lose money"

The banks will not lose money.

You know how a mortgage works, don't you? They loan you a certain amount of money, and then they charge you an interest rate over a certain period of years, 15 years, 20 years, 30 years.   The longer they can get you paying the more profit they make.  Generally speaking in a mortgage, the principle is paid down kind of slowly, it's all interest to these guys for quite a while.

So they've probably already made considerable profit on the mortgage they have already foreclosed on.

When you can come in and buy the property at a discount for less than the current mortgage, they've already made profit, you're relieving them of a problem, and they'll probably make a few bucks besides that.

Let me show you how that might work.

**Slide 33:   In Default**

19

CONFIDENTIAL

GOFF00019
P Ex 0042-00019

Trump University Preview Script – Proprietary and Confidential

This is an actual letter to someone I know. It was sent by Wells Fargo to a homeowner who fell behind in his mortgage because he was laid off. He bought the home eight years before for $124,000. It is now valued at $225,000. The homeowner made improvements and has paid about $75,000 in interest to date.

I want you to read...." records indicate that you're in default. .." You can see the numbers. It is this year, as a matter of fact. Here is the interesting thing.

**Side 34:**   **Suggests Short Sale**

In addition to the notice of default the same bank sent the following instruction sheet. They suggest a short sale to the guy, in other words the bank is saying "please take this route. Keep your credit history safe. Let us get our money back, let us find some one who will come in and you know what? We'll work with that investor".

If the person knows what they're doing we'll do fine, and so that is what the bank will try to do. The banks would not have done something like this four or five years ago. They are doing it now because it is the best of all worlds.

Right now the last thing you want to do is be the bank of America sitting in from of Congress explain why you aren't being flexible in foreclosures.

**Slide 35:**   **Short Sales**

Here's how a short sale might work. These are just numbers I just want you to see how they work. By the way, this is a pretty house. I want you to get out of your mind that you can only buy run down properties in foreclosure. People who had well paying jobs that have lost them or incurred some of the circumstances we described before, they also wind up in trouble. Those houses are beautiful properties and they come to market. So get it out of your head that it is only cranky old properties, it can be beautiful stuff.  Some times it is a sky scrapper in New York City.

Here's the way this one worked out. Current mortgage pay off $440,000. That's a jumbo mortgage, that's pretty big. The bank was willing to discount it to $270,000.

What an amazing opportunity that is for an investor! The bank made a lot of profit already and they just wanted to get out. The investors went ahead, did minor repairs for $5,000; probably some painting.

20

GOFF00020
P Ex 0042-00020

Trump University Preview Script – Proprietary and Confidential

They resold the property because they knew how to market it. The banks don't know how to sell these properties.  They just list them with a realtor and hope for the best. Remember, I said to you before that we will not only show you how to find the properties but how to exit from that property and that critical and no body does that better than Donald Trump and Trump University.

These people were able to get out of the property and pull out a profit of $65,000 in less than a 12 month period. Now, it just so happens that a lot of these deals happen within 12 months but that's because when you know what you're doing you  can make it happen within twelve months. That's a lot of money.

And it was very little risk on the part of the investor, and it was very little sweat or effort on the part of the investor. But at the end of the day the investor had $65,000 for their efforts.

I told you before you've got to get it out of your head that only ratty little properties come to foreclosure; they don't, beautiful properties foreclose too. Don't want you to ignore a lesser piece of property because you can just a easily make a ton of money on that bland property. At your training workshop and with the support of our mentors, we will show you how to make money with pretty homes and ugly homes.

(Transition): **I mentioned the normalcy bias earlier.  Most human beings will just sit back and say "I'm gonna let things run their course and they'll get back to normal".**

**So we make up excuses, we say…well you can only get bad property, we know that's not true. The other thing that gets in the way is people say "well, I don't have the money for investment. Where am I going to get the money? I've got my mortgage, I've got my 401K, the 401K is not doing so well, and I'm paying my mortgage but where am I going to get money?**

(Future Pacing): **There are billions and billions of bailout dollars floating around out there.  You can get the money if you know where to look and how to do get them.  We can show you how to do that at your training and with our continued support.  Wouldn't you agree that alone is worth a fortune to you?**

**Slide 36:   Short Sale with Assignment**

Once you have secured a property through short sale, what can you do with it? Let me show you some strategies.  You will want to write these down.

---

21

GOFF00021
P Ex 0042-00021

Trump University Preview Script – Proprietary and Confidential

Now that we have specific knowledge related to a short sale and what it is, you then have to ask, how can I make money with this?

Let's take a look at a technique called "assignment."

An assignment is all about getting quick cash out of a short sale deal. Here's the way it works: you take control of the property, but you never take the property.

When you fill out the purchase contract on your low cost short sale, you place your name on the deal with these three words behind your name "and or assigns."

This gives you the power to assign the contract to anyone who meets your specific criteria. In other words, if someone has money, they meet your criteria. You also need to add a phrase "subject to…" on the contract. Subject to what? Subject to any of these conditions:

- Approval of partners,
- Securing favorable financing,
- Passing termite inspection,
- Etc.

You see, if you place a condition as "subject to", you can walk away from the contract if the condition is not met. So with these two phrases, as part of the deal, you can control a property without buying it, and you may even walk away from the deal if you can't find an assignee or get financing, etc.

Let's look at one Trump University graduate and how he used this technique.

**Side 37:     Trump University Student Earns…**

Let me let you hear from one of our Trump University graduates. His name is Jason Bosch, from Ontario California.

By the way if you look at the news about California what's one of the things you know about foreclosures in California? That's right, it's probably the number one state for foreclosures. As a matter of fact I think the order is xxxx, xxxxx, xxxxx, *[as of Feb 9 Realty Trac: Nevada, California, Arizona, Florida, Oregon, Illinois, Michigan, Georgia, Idaho and Ohio... add the state the presentation is in.]* But it changes from month to month.

People will say that California is such a mess, that you really can't make any money. People assume - - incorrectly - - that if there are foreclosures going on then there just can't be any money around. Well, this student earned $135,000

22

Trump University Preview Script – Proprietary and Confidential

in his first year coming out of Trump University. Let me let you hear his story.

That went by pretty quickly and if you're like me you kind of have to see things in order to really understand them ....

**Slide 38:    Show Me the Money!**

So let's do the math on this particular story.  The first deal that he did and I believe he said he did it within four months of graduating from Trump University. He did a deal that gave him a $95,000 profit.  That's not bad at all.

Within the same year, the second deal that he did had a $70,000 profit.

First year out of Trump University - -  going through his apprenticeship - - , it starts with Trump University but continues with supported long after that, Jason was able to make $135,000 in profit in what most people -- or certainly people not trained by Trump -- would consider to be a very tough economic market.

Now, I want you to stop and think about something for a moment.... imagine for a moment you had $135,000 profit in your pocket would that change your life at all? Would it change your year? I'm willing to bet it would.

I mean a lot of folks are struggling right now, they are not secure in their jobs, maybe they didn't get the raise or the bonus they hoped for, unless of course you're getting a federal bail then I suppose it is okay. But most of us are not, so as a result a $135,000 or half of that, $60,000, $70,000 would be an incredible economic boost.

What could you do with that money? I mean obviously you could do everything from paying off debts to taking a vacation, to treating yourselves the way you should be treated, put the money away for a rainy day would be my advice, save it, put it asked, find other real estate investments that will help you grow that money.

The point is once you have that kind of profit, your options about what to do with it grow.  And you know, ladies and gentlemen, Donald Trump is all about creating options.  At Trump University where our mission is to help individuals, it really is. Our mission is to help you have greater opportunity.

**Slide 39:    Short Sale with Buy and Hold**

23

GOFF00023
P Ex 0042-00023

Trump University Preview Script – Proprietary and Confidential

A third way to make money using a short sale acquisition is to, buy and hold. Write this down.

The real estate market may be tough right now, but it won't always be.  So long as people have families, and people immigrate into the USA, property values will rebound.

When you buy and hold, you are building for the future.

**Slide 40:   Veteran to Make Millions**

Let me share with you a story, this time about a Navy veteran, Joseph Erskine. He was a machinist's mate and after serving in the Navy 12 years he decided to come out and get into real estate investing, because again, he knew what he wanted to do.  He came to Trump University.

He followed the methods that were taught at Trump University and the subsequent apprenticeship program.  He was able to make $98,000 by quick turning a piece of property. And again, that is a specific technique you will learn in your training. We will show you how to do it right and make maximum money.

He then went on to buy six more properties valued at $1.6 million. Here's the strategy this Navy veteran is using. He is using it for income and he is using it for to build wealth.  As a matter of act, his strategy is that of those six properties that he owns, he will sell one of them every year for the next six years and at the end and at the end of that time if he makes $100,00 on each one he will have a nice $600,000 dollars in the bank ready for him.

**Slide 41:   Show Me the Money**

Let's do the math. It starts with a short sale that allows you to get the property at a very good price.

First deal, $98,000.

Next six deals are valued at $1.6 million; that's what the properties are worth. What he wants to do is target his profits to generate about $100,000 per year. He got $98,000 his first deal which is pretty close to being right on target.

(<u>Transition</u>): **Is this man building his future?  Yes he is!  What are you doing to build your future?**

CONFIDENTIAL

GOFF00024
P Ex 0042-00024

Trump University Preview Script – Proprietary and Confidential

**Slide 42:   Short Sale with Lease Option**

> Now here is another technique.  Write this down.
>
> Suppose you want to buy a property, again the short sale gave you some low cost good quality opportunities from which to choose.
>
> When the property is purchased below the fair market value (remember how short sale works now!) you have instant equity in that property, and if you rent the property out, you get cash flow.  But wait a second.  What if you want to sell the property, how can you be sure that will happen?
>
> Use a lease option.  That means that you get a tenant to live in your property and pay your mortgage on it.  Why would someone rent? Maybe they are coming out of divorce, or bankruptcy, or they just started a business, so they have to rent.
>
> With a lease option, you can get a long term renter, generally at a higher rental rate, with the promise that at some date in the future, you will allow them to buy the property at an agreed on price.  You agree to that price now, so they know what they have to do, and you have a good tenant paying premium rental rates all that while.  By the way, if the tenant should leave, they go and you still have the property.
>
> By the way, tenants who do this take very good care of your property for you.  Why?  Because someday it will be their property.
>
> Let's take a look at a graduate who used this technique.

**Slide 43:   Apprentice Takes Action**

> Here's an apprentice who took action. Robert Moulack, from Ormond Beach, FL., You know in this past hour or so we've been to Maine, Chicago, California, and now Florida. Trump University training works all over.  He said "the training and coaching I received from Trump University is priceless.  Less than a month after my three-day retreat, I closed on my first investment property."
>
> Think about that ladies and gentlemen, only took him a month to get into it.
>
> He earned $50,000 in equity and he's now renting the property with a positive cash flow of $400 a month. That means after he pays his mortgage and his expenses he's still making $100 a week. That's like having another job making money. Notice he says that if it wasn't for the coaching, guidance and

25

Trump University Preview Script – Proprietary and Confidential

confidence I received from Trump University, I probably wouldn't have done anything yet."

**Slide 44:   Show Me the Money!**

Let's do the math for Robert.

First year equity, by the way, what will likely happen if the real estate market does what it's been doing for 200 years? That's right that equity will grow,  but let's just use his figure.

He said $50,000. He said he was making $400 a month cash flow, that means profit in this case from his rental properties, $400 times 12 is $4,800 a year. He said he would hold onto the property three to five years, I'm going to use five years, then that will mean he will have generated $24,000 in passive income over that five year period.

So ultimately when he sells his property, assuming he has only $50,000 in equity then, he will have $74,000 in his pocket. That's roughly $17,500 a year in extra money this young man's pocket if he waits five years.

Now he can make more by improving the property and doing other things. My point is, ladies and gentlemen, real estate investing is a tremendous way to build wealth and generate income.

(Future Pacing): **By the way I mentioned passive income earlier. Let me explain why real estate is such a wealth builder. When you go out to your job and you earning active income or earned income, not only do you pay income tax on it but you frequently pay state tax on it and you have to pay social security and medicare taxes on it.  Passive income does not get taxed in the same way.  First off there is no FICA, there is no Medicare on it, you will still have to pay some level of income tax on it but there are all sorts of expenses that are legitimate expenses that can be used to off set the income.**

**So you don't necessarily have to take vacations anymore you could take business trips to places looking for other property if you know what I mean. Talk to your tax advisor.**

**Slide 45:   Show Me the Money!**

We've been having fun talking about the money you can make doing this, but some of you are thinking about how to get the money to let you make the

26

GOFF00026
P Ex 0042-00026

Trump University Preview Script – Proprietary and Confidential

money. Let's talk about the availability of money. Here are some sources of money that you may be able to tap.

The Trump Network represents potential avenues of financing, for finding properties and for purchasing the properties from you. We'll go over this in the training.

Mr. Trump is extraordinarily successful at what he does. He has a following, he has investors who do what he does and follow his advice. Ladies and gentlemen, that may be an avenue you can plug into when you become part of Trump University and our apprenticeship program.

You'll find that you can find partners who will give you bridge loans to make the investment. There are people called private money investors.

It was interesting. I was listening to the radio ... where was I driving... I think it was Orlando Florida, and there was this company that came on that talked about self-directed IRA's and how to do real estate investing within the IRA. Now that is a pretty cool deal. If you can grow within your IRA tax deferred profits, my goodness. That's amazing. But you can put some of your 401K money there. Don't let it just go down the drain in the stock market. You can use it for your own good.

You can use other people's money.

Some times the person looking to get rid of the property will finance it. Those are not principle residences but investment properties they held. They've got a bunch of apartment buildings or town homes they were renting out and now for whatever reason they need to get out of them you can short sell those too. And sometimes the owner will even kick in some money to help that happen.

There are hard money lenders, those are people who lend against the asset itself. They tend to charge more money, they do charge points, but they are out there.

And there of course there are some of the traditional things: Home equity lines of credit, using 401K money, IRA money, some people even use credit cards to do this sort of thing. And of course there are the conventional lenders. They are still out there and still investing.

By the way, one of the best conventional lenders, and this is just a tip from me to you, are credit unions. Credit unions have not done the crazy things commercial lenders have done. They are much more sound, they've got lot more money to lend. And you know what? The laws have changed about credit unions. You don't have to be a super special person any more. Generally it is a geographic requirement that you live in a certain area.

27

Trump University Preview Script – Proprietary and Confidential

(Trial Close):  **Now let's recap for a moment. What we have said so far is that there is a tremendous opportunity out there in the foreclosure market.  Specifically within the foreclosure market there are four places we can invest, pre-foreclosure, foreclosure, short sales and REOs. I've been focusing in on the short sale because you have the cooperation of the bank to help make the deal happen. They become in effect your ally for doing this sort of thing. When you learn how to do short sales properly, when you learn how to locate the properties, in the right neighborhoods, and the right property for you, the fact of the matter is you're in a great position to take advantage of this opportunity. And the nicest part of it all, is you don't take advantage of people in the process.**

**You take advantage of the economy and the situation. You didn't create it, neither did I, but the fact of the matter is it will work to our advantage. Don't you deserve to have things go in your favor for a while?  Of course you do.  Then join us at Trump University.  Take action.**

What I described to you can probably say to yourself let me go to the internet or let me go to Amazon books, let me go to the library and I'll learn everything I need to learn about short sales and doing foreclosure and investing. I'm going to tell you yeah you can find things like that but ...

How did you learn how to ride a bike? Did you read about riding a bike and then make it work? Probably not. Chances are very good that what you did was is you got on the bike, maybe mom, dad or an uncle or a big brother or sister held you and helped you learn how to balance and how to steer and how to pedal and things or that nature. That's how you learn to do a lot of things. That's not just about the reading; it's about the reading, the support, the practice, having the bike, to do these things. That's what Trump University does.

(Trial Close): **Trump University is like that person who stands along side you and helps you learn to do this. Join us.**

**Slide 46:   Trump University**

We begin your apprenticeship with a three day training program. It's a live training session that we will conduct in an area hotel. Sorry, you don't get to go to NYC this time.

You'll show up in a room probably like this one. We'll have tables set out, materials will be set out, we make sure it's a very comfortable environment. There's coffee in the background, there's food to eat, things of that nature. We will have two lecturers there for you. One will be in the front actually

28

Trump University Preview Script – Proprietary and Confidential

conducting the training; one will be doing personal coaching in the back. If you have a specific question or issue come back and see the individual.

Again, that is part of this apprenticeship process, it requires attention and time to make it all happen.

During these three days I promise you that you will cover things that most experienced real estate investors don't know. They don't know. And that's probably because they had one area that they excelled at and they just stayed there. Donald Trump has done everything and he knows how to make these things work.

We will use our tried and true methods, things that Mr. Trump has done, things that some of your lecturers have done, and it will show you the right way to do these things.

You see this here, S.M.E. and online support? This is after you have finished your three-day program, and now its' the next Friday evening and you say to yourself "I've got a question about the deal I'm going to do." We have a 12 hour service 5 days a week.  Its a hot line service. You call and speak with one of your mentors on the phone.

They'll talk to you, they'll know your case, they will keep notes on you and so anytime you need assistance from us we'll be there to help you and believe me ladies and gentlemen these people are all subject matter experts. They know the investing business.

Along with the training we will provide, the mentorship, the proven methodology; we'll have forms, guides, and worksheets. We've even got software, I'll explain it in a moment, we've a software that will help you find the properties.

We will spend a lot of time on exit strategies. How to get out of the deal once you have it. Let's suppose your buy a property and its three years later and you say "gee I think the market has turned I think now is the time to sell what do I do?"  We'll tell you how to do it, we'll show you how to make it happen. And then I'd also mention access to the Trump Network. That means access to deals, access to  partners, access to money and access to credit, if you should need it.

**Slide 47:   Trump Three-day Training Agenda**

Let's look specifically at the three day workshop again.

CONFIDENTIAL

GOFF00029
P Ex 0042-00029

Trump University Preview Script – Proprietary and Confidential

We will spend our time understanding the in's and out's of the system (Find, Figure, Fund, Profit) and show you exactly how to use it to your advantage. You will learn about this system from the lecturer at the front of the room, and from the mentor at the back of the room.  You can get up if you have a specific question about a specific property you have in mind, and you can go ask for extra help.

As part of the system, we will show you how to find and "grade" properties: pretty houses and ugly houses; easy re-sales and buy and holds, properties to assign and properties that you want to hold the financing on.

(Future Pacing): **When we are done with you, you will know more about real estate investing than just about any realtor.**

Remember when we talked earlier about dealing with homeowners who are going into foreclosure?  We will spend time talking and teaching about the techniques of negotiating with those owners.  We will get into finding money to finance your deals.  We'll talk about angel investors and where to find them.

We'll get into assignments and quick turning real estate investments for quick cash for a vacation - - oh excuse me - - for a business trip, or to buy that big screen television you need.  The possibilities are almost endless.

And maybe most importantly, we will spend considerable time learning about how to sell the properties you have.  We'll show you how to stage a piece of real estate so that it is most attractive.  We'll even talk about how to get the most from realtors, if you choose to use one, while paying them the least amount possible.

(Future Pacing):  **We will do it in a way that you be comfortable.  You don't worry about tests or even struggling with notes.  We will do everything possible to make this a great learning experience.  We even make note taking easy by giving you a workbook that has every power point in it.  You just have to keep track of the points made by the instructor.**

**Slide 48:   Trump University Tools**

In addition to coming to the coming to the three days of training, and by the way we bring it here to you, you don't have to go to New York City. These are some of the tools we use.

First   we will show you Donald Trump's negotiating system. Nobody negotiates better than Donald. We'll show you how he does it, why he does it,

CONFIDENTIAL

GOFF00030
P Ex 0042-00030

Trump University Preview Script – Proprietary and Confidential

and how you can make it work for you. We will share with you marketing pieces for both finding and selling properties, and again I'll say this to you as I have before. One of the critical things is being able to get out of a property when the time is right for you. And that is what we'll show you how to do.

We'll talk about scripting to finding and controlling properties. We'll talk about contracts, addendums and forms.  All of these are tools that we are going to give to you.

We will show you, once again, how to secure other people's money to make improvements in your property. We even know of grants that are given by the government that most people have no idea about, they don't have to be paid back, they're there for you, it's just money in your pocket to help you do these things.

And obviously, our online resources, to find properties and comps. As a matter of fact, let me show you a little bit about this foreclosure deal finder.

Now, how many of you are afraid of computers? Just a show of hands. Okay, well some of you. There is nothing to be afraid of here.

This is perhaps the easiest to use software in the world. If you can read, move the mouse, and click it, this software is going to work for you. Let me just give you an idea of what it's like.

**Slide 49:   Trump University's Foreclosure DealSource**

Would you agree that computers and software have improved many areas of our modern lives?  Of course you would.

But how many of you are intimidated by computers and software?  Many of you.

Well, we use a software program to find and value foreclosure properties, and it is so easy to use that none of you should be intimidated.  That software is free at the workshop, and it is truly priceless.

**Slide 50:   DealSource Slide 2**

**Slide 51:   DealSource Slide 3**

**Slide 52:   Training Schedule**

31

Trump University Preview Script – Proprietary and Confidential

(Trial Close):  **This program all begins with a live training event.  You've got to go to the live training event.   That is the kicking off point. It is the beginning of your apprenticeship. You'll notice how many of our success stories they said with in a month I bought, within three months I had. You need the training**.

Here's the way it's going to work.

(<u>Future Pacing</u>):  **We're going to be coming back here to River City in two weeks.  We conduct the training program on Friday, Saturday and Sunday, its a full day each day. Now, of you are thinking "I have to work on Friday," or "I have an appointment on Friday."  You know ladies and gentlemen, that's that group of people who ask "what happened." That's the normalcy bias kicking in again.  You have to fight the urge to make excuses and do nothing.**

If you do nothing you get nothing!

Change your schedule, change your appointment. Take a vacation day, paid time off if it is necessary, what it is but get yourself to the training program. It will be well worth your effort.

Other people will spend five or six thousand dollars for training like this. We don't come anywhere near it. We cut a great deal because we have a mission to help people like you to be successful.

**Slide 53:   Trump Premium Membership**

We call this the Trump Premium Membership. Start with our training and become part of our community.

What you are going to have is 12 months of ongoing support.  We will be there for you.  You will have 12 months of ongoing support.

There will be opportunities for continuing education, we will come back to regional centers and conduct two and three day conventions no charge to you, you show up and participate.

We will use live events to help you develop your peak performance, not just about real estate but other kinds of investing, too. We do weekly tele-seminars and occasionally webinars. What's the difference? Tele-seminars you get on the phone webinars are on the computer. It's really quite easy.

32

CONFIDENTIAL

GOFF00032
P Ex 0042-00032

Trump University Preview Script – Proprietary and Confidential

You'll be part of the Trump networking community and again, and sort of contract or form you need we make them available to you at no cost to you.

As a matter of fact, contract and forms alone from an attorney can be a considerable expense. They can charge $350 an hour to draft a simple lease agreement. You will come to greatly appreciate having all of these forms and contacts available to you.  We will give them to you for free and you'll save thousands of dollars in legal fees.

Now, that membership fee when we began was $2,985. But I told you that the price was even lower than that, and there was a two-for-one feature.  Let me show you how it works.  We have had enough success that we are willing to drop the prices.  I'll show that in a minute.


**Slide 54:   What You Can Expect**

You know, people confuse "price" and "value".  Price is what you pay for something.  Value is what you get for your money.

Let me tell you what you get when you enroll in Trump University and the apprenticeship program.

When you are fully engaged with us, and you begin to make your investments, here's what you can expect: you will be

- Generating Additional Income
- Creating More Wealth
- Working Less
- Securing Retiring
- Building a Legacy
- Getting Out of Debt
- Taking Care of Your Loved Ones

We started this program out by talking about the struggling economy that we're in, I guess I have a question for you. If you don't take action right here and right now, the question is where are you going to be in a year?

Now you could either be generating additional income, creating more wealth, working less, maybe retiring early, building a legacy for your heirs, getting out of debt or taking care of your loved ones.    You can either do that or do nothing. It would be a shame to do nothing because that is not working any longer.


**Slide 55:  Tuition and Membership Fee**

33

Trump University Preview Script – Proprietary and Confidential

(Transition): **The value of this program is exceptional.  Now let me show you how I will bring the price down.**

**When we first founded Trump University, here were the prices we charged to attend.  The three-day training event is $1,495, usually we charge for one guest member $495, the premium membership is $995 for a total of $2,985.**

However, here's what we're going to do here today.  The tuition of the guest member is included. The premium membership and all of that support is included, and remember the software you will receive at the training.

Two people will come to the program, $1,495. Here's the only thing. That person who comes with you must be someone you are a partner with.

(Trial Close): **Ladies and gentlemen, that means that you and a partner will attend the training for less than $750 each!  When you add in all the support and additional opportunities you will have as an apprentice, the value is unbeatable. What you need to do tonight is to stop waiting and hoping that "normal" will appear and you have to do something!  You have to get involved if you want to make a change and secure your future.**

**Slide  56:  Investing your money elsewhere**

(Trial Close): **You know in your heart that joining us this evening is the best thing you can do.  But the normalcy bias lifts up its head again, and says "Don't do anything. Something else will come along."  Don't listen to that voice.**

**That voice is wrong.**

Let's just take a look at your alternatives:

(Key): **If you put $1,495 in the stock market, with the negative 40% we've seen in the last year, you'd lose $598 dollars.  But some of you will do that!**

(Key): **What if you go safe and get a bank CD?  That pays a whopping 2% rate of return.  You'll make almost $30 on your investment.  By the way, the Federal T bill is paying "0%" interest right now.  You can't get rich with that.**

34

GOFF00034
P Ex 0042-00034

Trump University Preview Script – Proprietary and Confidential

(Key): **But if you invest $1,495 in yourself and a partner, you only have to do one teeny-weenie little deal, and you'll make thousands!  Heck, if you only made $1,495 profit you'd have a 100% return on your investment.**

There is no better and higher use of your money than to do this.

And it will continue to pay benefits for a long time.

**Slide 57:   Risk Free Guarantee**

Making money may not be enough for some of you.  You have lost thousands in the markets, but you worry about the $1495 that you pay here tonight.

(Trial Close): **Some of you are still worried.  You say: I am convinced that Trump University is the real deal.  I am convinced that Donald Trump can teach me how to make money in real estate.  I am convinced that I don't have a chance of recovering my 401k losses unless I do something.**

**But still you want more.  If I give you more, will you sign up?**

**Let me give you a guarantee. Let me take all the risk out of this decision. What if I gave you a money back guarantee?  Would that make you happy?  Would that remove the last barrier?**

(Trial Close): **Here is the guarantee. Come to the three day program. If after 1 full day (that's one third of the training) you don't feel this is for you, …for any reason…, then pick up your materials, go to the back of the room and return them.  We will give you a full refund.  That's it.  You cannot ask for more than that.**

(Close): **You'll have to sign up tonight. You'll fill out a simple one-page agreement at the back of the room with the help of my associates, by the way you met XXXX XXXX on the way in and XXXX XXXX and XXXXZ XXXX. They are there to help you. They know this process very well. And they have been members of the Trump University family for quite a while.**

**And what you'll do is fill out that simple one page agreement, you will make your payment, you'll do it with a credit card, cash, check or any combination, but we will ask you to do is get signed up tonight and reserve your place. When you're done you'll almost be ready to go home and start learning more about this process.**

Once again, let me remind with you the risk free guarantee: When you and your partner come to the training program if at the end of day one, in other

35

GOFF00035
P Ex 0042-00035

Trump University Preview Script – Proprietary and Confidential

words you've attended one third of the program, if at the end of day one if you don't think this program is everything as I have presented it to be, it's not satisfactory, simply pick up your materials, go to the back of the room, see staff and they will give you back your money, it takes a week or two to get to you but you will get it, well refund your money, leave the materials and we will part friends. And you will have learned something too. We really do try to make this a risk free low cost way for you to become a wealthy person.

(Close): **You want more? Now there is something else we are going to do this evening.**

**Slide 58:   Take Control of Your Life**

When you enroll in Trump University and make use of our systems, specific knowledge and continuing support, you will be taking control of your life. You will create a new normal for yourself; one that is much more enjoyable and rewarding than your current situation.

Follow the proven practices, philosophy and guidance of Donald Trump.

Discover how the current foreclosure crisis can become a farm of hidden opportunities of which you can take advantage.

Use the various techniques (assignment, lease option, buy and hold) and more to pull cash from your investments.  Let the others cry about their losses in the stock market.  Don't participate in the recession.  Make money by investing when others pull back in fear and paralysis.

And do all this while you make a positive contribution to others.

**Slide 59:   Your Apprenticeship Begins**

(Close): **Your Apprenticeship is going to begin after you sign up, after you enroll, by coming back here to the front of the room and meeting with me for about 10 minutes, its not going to take much longer than that. And in those 10 minutes what I want to do is I want to talk to you about how to start locating your first deal.**

So that way when you show up at your training program, but you'll have an idea of what is necessary to find a property. You'll come and sit  down with us and well say this sounds like a good deal, this doesn't sound like too good a deal. If this is a good deal this is what you need to do, if this is not such a good deal this is how you can make it better. Let us begin that apprenticeship process today.

36

Trump University Preview Script – Proprietary and Confidential

(Close):  Ladies and gentlemen, you have it all now.  I've given you everything I am permitted by the rules of Trump University.  Now is the time to go to the back, enroll, get your starter kit, and we'll help you prepare for your training session.

Do it now.

**Slide 60:**   **Trump Philosophy**

(<u>Close</u>): **Timing is everything. Do take advantage of this historic foreclosure boom or you will be left behind. Take action. Carpe diem."**

**Enroll today. Go do it now!**

37

CONFIDENTIAL

46

GOFF00037
P Ex 0042-00037