# EXHIBIT 2



Plaintiffs' Exhibit
Low v. Trump University
No. 3:10-cv-0940
**71**

EXHIBIT 2
47

P Ex 0071-00001



Ladies and gentlemen, I'd like to welcome you to our presentation tonight on behalf of Mr. Donald Trump and Trump University. My name is Gerald Martin. I'm a member of the faculty at Trump University. Let's talk a little about Donald Trump.

2

EXHIBIT 2
48

P Ex 0071-00002



Who here thinks they know Donald Trump? Hands up. Very good. Let's play this little game to get you in the mood of things.

I've got three lottery tickets here. What I'm going to do is ask three questions about Donald Trump. Who ever gets a question right gets a scratch-off lottery ticket and hopefully you'll win. If I have a number of you answering the question correctly, then I will give the ticket to only one of the winners of my choosing.

Do not call out your answers, raise your hand only!

First question:  Where was Donald Trump born and raised? Be specific. The answer is Queens New York.  He was educated in upstate and in Pennsylvania, but he was born and raised in Queens. You get a ticket. Congratulations!  Being first and taking action has its rewards.

Second question: What year was Donald Trump born? Give me the year? That's right, 1946. He was born on June 14th of that year. Sir, you get a ticket. So what does that make Mr. Trump... roughly 62 years old? Do you think he's going to retire in a couple of years? I doubt it. But this I do know, he has a life-time of experience in making money.   By the way, this gentleman was quick to answer.

Here is my third question: How did Donald Trump make his money? The answer is real estate! Very good. You folks know a lot about Donald Trump.  Here's your ticket, and good

EXHIBIT 2
49

P Ex 0071-00003

luck to you all.

But let me tell you all this right now, the chances of winning the lottery is about fourteen million to one, but winning with Donald Trump is done every day.

Mr. Trump has been an American business magnate, a socialite, a television personality, and an author. He's really an incredible man. Mr. Trump can be brash and bold.  But one thing that you do have to say: the man knows the real estate business.

(Future Pacing) : **And what he knows about real estate you will learn when you become part of Trump University.**

Trump University is the manifestation of what Donald wants to do for people interested in building wealth and creating opportunity.

The idea actually came to him during the second season of  "The Apprentice" TV show. When he wrapped up the second season of "The Apprentice" show he thought to himself: "You know what? I'm only able to help one person at a time maybe in this fashion. Why don't I take the concept of an apprenticeship and make it available to a larger group of people"?

That led to the founding of Trump University in 2005.

3

EXHIBIT 2
50

P Ex 0071-00004



Trump University is located at 40 Wall Street in New York City, that's down in the financial district. We occupy the 32nd floor of this building. We rent the other 69 floors to tenants. The building was built in 1930 and it was called the "Bank of Manhattan Trust" building.  It was once in competition to be the world's tallest building.

Mr. Trump bought this building from a foreclosure proceeding. The building has a total of 1.3 million square feet of rentable, useable space. He bought it, believe it or not, for $1.4 million about 15 years ago. What does that come out to approximately per square foot? That's right about a dollar a square foot, a dollar and seven cents to be exact. That is unheard of.

By the way, 15 years after Mr. Trump bought the building,  would you like to know what that building is worth? It's worth $400 million. I don't have a PhD. in math but I know that's a heck of a lot more than a dollar a square foot.

Real estate can really make you money.  Mr. Trump can show you how to do it.

Nobody does deals like that. Nobody but Mr. Trump.

When Mr. Trump created Trump University, he said  he wanted to help adults achieve a superior education in a fraction of the time and cost than it would ordinarily take. Essentially, he wanted to cut the B.S. out of higher education.  That's typical Donald Trump.

4

EXHIBIT 2
51

P Ex 0071-00005

(Transition): **Mr. Trump went to Wharton School at the University of Pennsylvania, and he knew that most people couldn't afford the time or tuition to do that. So he decided to create an organization that would provide a world class education, coupled with a year long apprenticeship resulting in personal development and wealth building. He saw the opportunity to give a Wharton School education in 3 days followed by an apprenticeship.**

(Transition): **By the way, do you know what the annual tuition at Wharton is? It is $66,171 per year. That's over a quarter million dollars for a four year degree. How many of you think that is a lot of money to pay to learn theory and academic subjects? All of you!**

(Future Pacing): **Tuition at Trump University is less than $1500 or less than 1 percent of tuition at Wharton. The $1500 tuition gives you access to our intensive, comprehensive and complete 3 day training program plus 1 full year of mentorship and support. In fact, two people can attend for the price of one, so it is even more economical than that. I will tell you more about that later when we look at the enrollment process.**

4

EXHIBIT 2
52

P Ex 0071-00006



Look at this statement from Mr. Trump. (Read statement.)

(Transition): People have lost faith in themselves, in their government, in businesses, and in our leaders.  I have been doing this a long time, and I see the faces of young people.  They used to come here full of energy and vigor and with an "I can do it" attitude.  They may not have found the opportunity to make it yet, but they had the desire.  I saw the middle aged folks come in, and their faces say "I've got one more shot.  I haven't done it yet, and if I don't do it this time, I may never get a chance."

But you know folks, in the last four to 6 months, I've seen those same faces, but they are a bit different.  The young people seem to have lost the energy and vigor I used to see.  They are beat down.  No wonder; just look at the news every day.  It just seems to get worse and worse.  The middle aged folks show up in despair.  They have seen their retirement plans go up in smoke.  Half of what they worked for is gone.

(Future Pacing): They need to take one more shot, but they are unsure of themselves and they don't know what to do.

They're all asking "what happened?"

Folks, this is why Mr. Trump created this Trump University.   He understands both success and failure; he has done them both.  But he also understands redemption.  He knows that you can fight your way back.

(Future Pacing): Trump University will give you support and training so that you can fight back.  Mr. Trump knows that you need a system, specialized knowledge and support to succeed.

(Future Pacing):  The real estate market is constantly changing.   The best areas of investment 6 months ago are losers today and the same will be true 6 months from now.  You need to stay up-to-date as the market shifts so that you can take advantage of emerging trends before the competition.  That's why as part of your yearlong apprenticeship you will have weekly web-classes to make sure you know what's happening in the market week to week.  You'll also be exposed to related areas of investment such as probate and tax liens.

(Transition): Let's talk about taking action.  Do you know why most people sit on the sidelines?  Psychologists tell us most people come under the influence of the Normalcy Bias.  That simply means that people wait for situations to change and for everything to go back to normal.  They don't move, they don't take action, and by the time they realize "normal is gone" they have lost the opportunity.  Indecision is a decision.

Want proof of this?  Who has lost money in the stock market?  How many of you are going to wait for it to come back before you do something?  Nearly all of you.  You know what?  The stock market is done; stick a fork in it.  It's has lost half its value in 3 years.  It is now at pre-2000 levels.

EXHIBIT 2
53

P Ex 0071-00007

(<u>Future Pacing</u>): **Want to prosper?  Want to get ahead?  Do you want to get out from underneath?  Then you need a plan.  You have to have a plan.**

Develop that plan and work that plan.  Make sure you take your clues and guidance from the best in the field.  Be willing to ask for and accept help.  You know, the poet once wrote "No man is an island".  You need help, from an expert, and you need a plan based on that expert advice.

(<u>Future Pacing</u>): **As you gain knowledge, you will gain confidence.  Confident people thrive in difficult times.**

Mr. Trump is confident that you can prosper.  Follow his instruction and you can be successful.

(<u>Future Pacing</u>): **Wouldn't you agree that successful people take action?  Yes?  Then for you to succeed you must be willing to take action.  You've also got to learn to see things differently.**

5

EXHIBIT 2
54

P Ex 0071-00008



EXHIBIT 2
55

P Ex 0071-00009



Ladies and gentlemen, I'd like to welcome you to our presentation tonight on behalf of Mr. Donald Trump and Trump University. My name is Mark Chapman. I'm a member of the faculty at Trump University. Let's talk a little about Donald Trump.

7

EXHIBIT 2
56

P Ex 0071-00010



You know, people confuse "price" and "value". Price is what you pay for something. Value is what you get for your money.

Let me tell you what you get when you enroll in Trump University and the apprenticeship program.

When you are fully engaged with us, and you begin to make your investments, here's what you can expect:you will be

• Generating Additional Income
• Creating More Wealth
• Working Less
• Securing Retiring
• Building a Legacy
• Getting Out of Debt
• Taking Care of Your Loved Ones

We started this program out by talking about the struggling economy that we're in, I guess I have a question for you. If you don't take action right here and right now, the question is where are you going to be in a year?

Now you could either be generating additional income, creating more wealth, working less, maybe retiring early, building a legacy for your heirs, getting out of debt or taking care of

EXHIBIT 2
57

P Ex 0071-00011

your loved ones.    You can either do that or do nothing. It would be a shame to do nothing because that is not working any longer.

8

EXHIBIT 2
58

P Ex 0071-00012



Let me show you something.  Take a look at the image behind me.  Study it for just a moment.  If you know what it is, say nothing and let the others try to figure it out.

(Transition):  **This is an example of "perceptual ambiguity."  It means that you view things (life, opportunities, problems) from a familiar perspective, yet the unorganized nature of the image (or situation) does not allow you to see what is in front of you.**

For the most of you this is just a jumbled inkblot.

I need to show or "train" you to see what it is.  Training will help you to see in a different way.

(Future Pacing):  **Training will help you take action. Trump University will train you.**

Making new connections leads to breakthroughs and breakthroughs lead to new opportunities.

(Future Pacing):  **Trump University training teaches you how to think differently about the opportunities you see every day.**

**How to see what's really there that you haven't seen.**

**How to uncover hidden assets.**

**To find the hidden element stop looking at the dark part that tends to attract your attention.  Focus on the white areas.  Do you see it yet?  If you change focus, just a little, you will make a new connection.**

So what is this? Sir, what do you say it is?  Ma'm?  How about you?  And you?

EXHIBIT 2
59

P Ex 0071-00013



Let's do another one, shall we?  Same rules:  look, but give others a chance before you say aloud what it is.

You may have seen this a little quicker than before because of the training you just had.

(Transition): **You're already looking for alternatives that are different than what you can clearly see.**

**You are already thinking differently.**

(Future Pacing): **Wouldn't you like to do that with money making opportunities?  If you can see things differently than others, then you have the opportunity to take advantage and make money while they just stand around seeing nothing.**

**What could you do with that new investment insight?**

So what is it? Sir? Ma'm? You?

As soon as the idea is in your mind, you see differently, you think differently, you've made a new connection.  You've had a BREAKTHROUGH that allows you to see things that others don't.

You have uncovered the hidden element.

(Trial Close): **Imagine if you had multiple BREAKTHROUGHS in your thinking when it comes to INVESTING and CREATING WEALTH.  That could change your world and let you achieve and have things that you only wish for now.  Don't you want to be able to see differently when it comes to making money?**

Let's try one more, and remember don't say what it is yet if you see it.

EXHIBIT 2
60

P Ex 0071-00014



Why do some people see only problems, and others see opportunity?
Why do we see differently?

Here are some factors that affect how we approach opportunities:

•Education....(Trump University or more traditional schooling approaches)
•Experience...(A wise man learns from the experience of others; a fool only learns from his own experiences.)
•Insight...(It is the "a-ha" in life.)
•System...(An organized and practiced approach to something.)
•Specific Knowledge...(Subject matter related.)
•Support...(Having someone to share ideas and throw around possibilities. Support is also great for helping you build confidence.)

All of these affect how we think about our situation.

In fact we all see the economy a bit differently, politically or by age or whether we invest or not or if we are self-employed or not. These also affect our view.

(Transition Statement): **The key of course is to learn to think like a billionaire, like Mr. Trump. That's what we do at Trump University. We teach you to think differently. If you don't see the deals he sees, you need to learn to see the deals that he sees. And you can because it is a matter of perspective**.

EXHIBIT 2
61

P Ex 0071-00015

Let's look at how things present themselves at this moment.

There has been enough going on to scare the best of us into paralysis. However, if you only see these issues in "one" way, then you are frozen in place.

(Future Pacing): **If you had the proper training and guidance, you would start to see these as new opportunities.**

There have been bubbles in real estate, commodity prices, dot-com businesses; you name it there's been a bubble.

We've seen the stock market melt down.   Unemployment is at a record high.  How many of you know someone who has been laid off in the last year?  Frightening isn't it?  What are you doing about it.

There is under-employment in which people's jobs are changed so that pay and opportunity can be pulled back.  It's called "sliding down the totem pole".  You were up here, and now you are down here.  Who knows someone who has been through that?  Frightening isn't it? What are you doing about it?

Inflation is rising.  Taxes are going up.  What are you doing about it? In times like these investors who are willing to stick their head out are the ones who come out ahead.

EXHIBIT 2
62

P Ex 0071-00016

(<u>Future Pacing</u>):  **You need to stay up-to-date as the market shifts so that you can take advantage of emerging trends before the competition.  As I mentioned before, that's why as part of your yearlong apprenticeship you will have weekly web-classes to make sure you know what's happening in the market week to week.  You'll also be exposed to related areas of investment such as probate and tax liens.  Trump University will be your Wharton!**

(<u>Trial Close</u>): **Imagine if you had multiple BREAKTHROUGHS in your thinking when it comes to INVESTING and CREATING WEALTH.  That could change your world and let you achieve and have things that you only wish for now.  Wouldn't that be valuable to you?  Wouldn't that be worth an investment of your resources?**

12

EXHIBIT 2
63

P Ex 0071-00017



(<u>Transition Statement</u>): **What are you going to do during these tough economic times. The normalcy bias says you'll do nothing. Let's be honest. By a show of hands how many of you feel like you can't do anything in the current economy?**

**You're wrong!  You can do something.  You have to learn the secrets to creating wealth.**

Over the last 100 years, researchers have tried to understand how wealth is created. They tell us there are three secrets to creating wealth. The first involves having a system. The second secret is having specialized knowledge, and third there had to be support, both physically and fiscally.

EXHIBIT 2
64

P Ex 0071-00018



What is a system?

(Transition): **A system is a specific method for achieving a certain purpose. What are the key words in that definition?**

That's right, specific method and certain purpose. You need to have a sure fire way of hitting your target.

A system will allow you to get the most from your effort, energy and resources. Rather than hoping for results a system is focused on producing them.

(Transition): **The Fast Track to Foreclosure Investing (FTFI) is a system-based approach to investing. It defies the conventional wisdom that your next door neighbor shares with you over the fence. It flies in the face in the advice that you get from well-meaning but broke relatives. It is based on Mr. Trump's years and years of experience.**

I was describing the FTFI to one of my best friends who told me I was crazy. He claimed that nobody could make money in the current real estate market. When I proved to him that it could be done, he confessed that his current investments in financial instruments were in the cellar and he needed to learn more.

Trust me, investments like this have paid off in cold hard cash while my neighbor sees his investments dry up like a desert.

EXHIBIT 2
65

P Ex 0071-00019

(Transition): **This brings us to the second secret of success. When specialized knowledge is combined with a proven system, the results can be predictable, like the answer from a mathematical formula.**

Ask yourself why professionals like doctors, lawyers, architects, engineers and accountants make alot more money than laborers, taxi drivers and retail clerks?

Part of the answer is that the professionals have taken the time and expense to master a body of knowledge. As they get better applying that knowledge they increase their ability to get results. The laborer, the taxi driver, the retailer they work harder and don't see much additional financial benefit for their efforts.

(Future Pacing): **The FTFI will teach you the specialized knowledge and proven techniques to become a black belt in real estate investing. You learn more about investing from Donald Trump than from reading a book from your out-of-work neighbor or attending a social network.**

And there are lots of people who claim that they are expert in this area but they rarely are. They try to imitate but they fall far short. If you want to learn how to play golf go see Tiger Woods. If you want to learn real estate investment, see Donald Trump.

EXHIBIT 2
66

P Ex 0071-00020



(<u>Transition Statement</u>): **We all need back up support and team work to achieve objectives. Trump University is your support.**

**Not only do we show you the system and provide the specialized knowledge but we stay with you during your "apprenticeship" to guide you, motivate you and assist you in your endeavors.**

EXHIBIT 2
67

P Ex 0071-00021



Trump's philosophy is this: The world's best wealth-building principle is "buy low and sell high", and one of the best ways to do that is by investing in foreclosures right now.

(Transition Statement): **So, why are foreclosures so good? Do some of you remember way back to 1993? That's when the storm of the century happened. They made a movie about it. The pressure, the winds, the rain all came together to created a once in a lifetime storm off the east coast of the United States. That was the basis for the 2000 movie, "The Perfect Storm".**

Well the same thing has happened in the housing industry and that's an incredible opportunity for us. Everything is coming together in a perfect storm that may swamp some folks, but if you are properly trained and supported you can prosper.

EXHIBIT 2
68

P Ex 0071-00022



Let's talk about a possibility that has the real potential for changing your life. And that is investing in real estate through foreclosure.

Donald Trump once said the best way to make money in investing is to "go in while others are getting out, and then get out when other people are getting back in."

(Transition Statement): **Here's why foreclosure is still a terrific place to invest. And when you learn to do it following Trump's system, specialized knowledge and support, you are going to do very well.**

Prices on real estate is at or near the bottom. There are bargains galore out there, if you know where and how to look. People have fled the market place. Now is time to get in. Once the Stimulus money, and bank reorganizations take hold, you will see people come back slowly at first, but they will come back. You want to be the one selling them your investment properties at a substantial profit.

There is also the power of leverage. Even today you only have to put down 10% to secure a mortgage (if your credit is average or above.)

You only have to put down a little money to secure real estate, and then you can sell it at an opportune time and reap profits on top of your leverage. But you may think that leverage can cut two ways. Not if you follow Trump's way. We'll show you how to do risk-free

EXHIBIT 2
69

P Ex 0071-00023

deals.

Use OPM.  Other People's Money.  It is still out there.  You have to know where it is and how to negotiate the best deal for yourself, but it is there.

And there is a foreclosure boom going on.  Sorry for you if you are being foreclosed, but good for you if you know how to invest.  You can pick up these properties for pennies on the dollar, using OPM, and eliminating risk, all to produce profit and wealth for yourself. Short sales is a technique we use that speeds up investing in foreclosure and has the best profit potential

18

EXHIBIT 2
70

P Ex 0071-00024



Mortgage delinquencies are at an 29 year high.  Now, here's is something you have to keep in mind. You know how awful you hear it is about foreclosures. Here is the reality: translates into more than two millions foreclosures this year. Those foreclosures represent your opportunity.

EXHIBIT 2
71

P Ex 0071-00025



Here's another thing adding to the storm. Housing inventories are at a twenty-four year high, and that does not include new house construction. That means you have the opportunity to have the pick of the litter. And you will do it at a lower price.

(Future Pacing): **It's not like those foreclosures will force you to buy a run-down house. You can buy a very pretty house because the inventory is so high. Keep looking until you find what you like. As a matter of fact, at Trump University as part of your apprenticeship program, we spend a lot of time on two things: Finding properties, and then what is very important after you have found a property, rehabbed it and held it for a while, how to sell the property no matter what the market.**

We will show you ways so when you're putting your property on the market you attract more attention, and command a higher price. Not only that but with the increase in the sheer number of foreclosures comes an increase in the number of excellent deals available

EXHIBIT 2
72

P Ex 0071-00026



Here's the third part of the perfect storm.   Not only are there more foreclosures and a greater inventory but interest rates are at historic lows. What does that mean for you?

It means you can get into these properties for far less money and less exposure. Things have changed. You'd have to be deaf and blind not to know about all of the things happening in the financial market. I'm going to tell you this. There are more deals being done right now by smart investors, that's always the way it is. When other people get scared and leave a market place its the smart investor who moves in.

I remember one time Mr. Trump said to us over dinner, he said "real estate is the only market that when there is a sale going on people run from the store". You don't want to run from the store.

(Trial Close): **You want to buy when there's a fire sale in the real estate market. That's what you have to do. When you are trained and supported and following a system, you will be able to do it.**

Now, let's take a closer look at foreclosures for a moment

EXHIBIT 2
73

P Ex 0071-00027



Let's talk about what the foreclosure boom means to you.

First, because of the struggling economy, there are more foreclosures, more properties on the market, and interest rates dropping.

You should be able to purchase properties thirty to sixty present below their present market value. When you do that you have instant equity in that property and equity simply means wealth. You have instant wealth in that property.

Now what you can do is you can convert that wealth quickly by reselling that property and you have the immediate cash.

And by the way you will see from a number of our success stories that I'll share with you people follow various strategies once they have secured an investment property. Some sell property immediately and others hold onto property for the long term. You can have positive monthly cash flow by renting the property out, doing a lease options, or option to buy, we'll show you all of those techniques and how to use them to great advantage at your training.

Some people just hold them for the long term. As a matter of fact one of our students had an approach in which he has bought six properties and his intention is to roll them, so he will always have one property for sale every year. And when he gets done selling all six of them he should be at an age in which he should be able to take all of his profits and relocate to some tropical isle.

EXHIBIT 2
74

P Ex 0071-00028

(<u>Future Pacing</u>): **Wouldn't that be nice? Could you see yourself replenishing your bank account that has been decimated by economic losses?  Can you see yourself in secure retirement because it took you five years of part time work to get there?**

(<u>Trial Close</u>): **When you join us at Trump University,  we will show you how to do that. We begin with your education at Trump University but that is just the start of the apprenticeship, we stick with you through time to make sure you're successful.**

Let me go back to this idea of foreclosure. Remember I showed you early, middle and late stages of foreclosure? I want you to think about it this way.

22

EXHIBIT 2
75

P Ex 0071-00029



A foreclosure is a legal act action that is taken by a lien holder -- I'll explain that in moment -- to repossess property held by a borrower who is in default.

Default simply means you have not been able to pay your mortgage. In most states it varies on what a default might be. It could be as little as three missed mortgage payments. Some times it is a little bit longer.

(Trial Close): **We talk about the specifics of default laws at your Trump University training, which will take place in about two weeks.  You should start thinking about looking at your calendar and arranging your schedule to make that happen.**

What is a lien holder? Does anyone know what that is? The lien holder is someone who made the loan,  or bought the loan and now has a a right to the property that was put up for security for the loan.

EXHIBIT 2
76

P Ex 0071-00030



What are the main causes of foreclosures? There are many...take a look at my list here.

Sometimes it is just as tragic as someone loses their job. We know that businesses are laying people off. Unemployment is now around 9%.

Its bankruptcy, maybe a business failure, I know of someone who told me he had gotten into of all things the pest control business. He had his home, he took out a loan on the home to buy himself a big beautiful truck, and a big beautiful trailer and all the equipment necessary to be in business for himself. Business conditions went bad, and he couldn't pay for any of that stuff, when he tried to sell it he found it was a limited market, and his house went into foreclosure because his business failed. Sometimes it happens because of divorce.

I remember a deal that involved a lady whose husband had other romantic interest and left her with the kids, the house and the payments. She could not keep the house up so she had to let it go into foreclosure.

There are many other reasons for foreclosure. By the way this last one, readjusting mortgages, that is the adjustable A.R.M., (adjustable rate mortgage). Frequently people got into the housing market with a low introductory rate and when the bench mark interest rate changes the mortgage changed and it changed again and before long they found out their mortgage was costing them and arm AND a leg and they couldn't afford it.

EXHIBIT 2
77

P Ex 0071-00031



Right here in River City, foreclosures are booming and I actually went on the internet and looked it up.

These are really three different stages of the foreclosure process  which I will explain to you in a moment. Just know for now this is the early one, this is the middle one and this is late. xxxxxx in the early stages of foreclosure, almost xxxxxx are at the middle stage, and xxxxxx in the late stage.  I will explain those terms to you.

(Future Pacing):  **You'll find that when you come through your Trump University,  you will find that we use plain English, we try to demystify all of the terminology, you do not have to be a real estate agent, you do not have to be a finance major, you do not have to be a college graduate to do any of this. We make certain that it is explained very nicely and very easily, and by the way that is a good thing because from the looks of you most of you have been out of school for a while and getting back into it can seem a little scary its not scary at all.**

(Trial Close):  **We are in the business of educating and mentoring adults to become real estate investors, and we do it very well. You need to join us.  It will be the smartest thing you have done in a long time.**

EXHIBIT 2
78

P Ex 0071-00032



"There's no reason why an investor can't make money and help people at the same time."

Now, that's kind of a funny thing. You tend to think of people who invest as hard nosed or even greedy or taking advantage. Actually, not in the least. As a matter of fact there is no reason in the world why we can't help the distressed homeowners to avoid foreclosure.

EXHIBIT 2
79

P Ex 0071-00033



So we help the home owners.

People in the foreclosure situation are miserable. They are worrying about the bank, they watch the news, they get advice from friends who are well meaning, maybe they bother friends and relatives for money but everyone is pretty strapped right now. Worse, they have to consult an attorney.

Here in River City attorneys charge about $350 an hour to even talk to you about a foreclosure. If you're dealing with an attorney you're going to have big bills.

This comes at a time when people can't afford an attorney. They can't afford their homes.

They need help. They need you.

EXHIBIT 2
80

P Ex 0071-00034



28

EXHIBIT 2
81

P Ex 0071-00035



(<u>Transition</u>):  **How many of you are thinking "Yeah, right.  You say foreclosure to a distressed home owner and they'll sic the big dog on you."  How many of you?**

(<u>Future Pacing</u>): **The reality is that when you learn how to approach people, how to offer them some financial benefit for working with you, you will get a lot more cooperation than you think.  We will teach you how to do that at your training. How does your investing in foreclosure short sales help the homeowners?**

Now why do you think that would become so important to them? Foreclosure is going to follow a homeowner around for seven to 10 years. It's actually worse than bankruptcy and stays on your record.  Now, if you are of a certain age in which you aren't going to buy a piece of property it doesn't matter, or if you're very young and made a mistake it probably doesn't matter. But for the majority of us who are having that financial albatross around your neck can be a disadvantage.

When we step in and help the foreclosure homeowner we are actually doing a service. Were making an investment that help us make money, we're helping the bank out, and we're helping the distressed homeowner.  We can prevent foreclosure, we can save their credit rating, make the transition smoother, sometimes we can move them out, sometimes we can make a deposit for them. There are a variety of things you can do including making rental payments.

By the way, some Trump graduates even share the financial gain with the former home

EXHIBIT 2
82

P Ex 0071-00036

owner.  They sometimes pay to move them, to make deposits on a rental property for them, or even make a few rental payments to help them with the transition.

29

EXHIBIT 2
83

P Ex 0071-00037



Here is what Mr. Trump would tell you: "When the going gets tough the tough make money".  The fact of the matter is that there are more fortunes made in tough economic times than in the smooth and steady times.  All the great millionaires and billionaires had to face adversity.  They didn't give up.  They worked their plan in good times and bad.

(Trial Close): **Wouldn't you agree that you have to take action to recover financially? You can't wait for normal to come back.**

EXHIBIT 2
84

P Ex 0071-00038



Remember the Three Secrets to Success?  The first secret was "system".  Do you remember the definition?  A method for achieving a specific purpose.

The Trump system for fast-track foreclosure is to :

•Find the property,
•Figure if it makes sense,
•Fund the deal, and then sell or rent the property to
•Profit.

Every deal is approached the same way.  Four steps.  Do the four steps and you'll make good to great deals, and you'll avoid the mistakes some amateur investors make.

We will show you in your training a number of techniques to use to find investment properties, but tonight, we are going to focus on one of the best ways to find low cost investment properties.  It is called a "short sale".

(Transition Statement): **Has anyone heard that term before?  You have?  Great, then you have some experience that will make this explanation even more clear to you.**

(Future Pacing): **If you haven't heard about it, then this explanation is just the start for you.  You'll learn more when you begin your Trump University apprenticeship.**

EXHIBIT 2
85

P Ex 0071-00039

Let's look at short sales and how to profit from them.

31

EXHIBIT 2
86

P Ex 0071-00040

It's an investing strategy to negotiate a loan that is in default with a lender -- remember that's the lien holder we spoke about before -- and receive a discount for less than what is owned on the current mortgage. Now I am going to stop for a moment and think about it.

You may be saying to yourself "banks won't do that, banks won't take less than the mortgage, they are going to lose money"

The banks will not lose money.

You know how a mortgage works, don't you? They loan you a certain amount of money, and then they charge you an interest rate over a certain period of years, 15 years, 20 years, 30 years.   The longer they can get you paying the more profit they make.  Generally speaking in a mortgage, the principle is paid down kind of slowly, its all interest to these guys for quite a while.

So they've probably already made considerable profit on the mortgage they have already foreclosed on.

When you can come in and buy the property at a discount for less than the current mortgage, they've already made profit, you're relieving them of a problem, and they'll probably make a few bucks besides that.

Let me show you how that might work.

EXHIBIT 2
87

P Ex 0071-00041



This is an actual letter to someone I know. It was sent by Wells Fargo to a homeowner who fell behind in his mortgage because he was laid off. He bought the home eight years before for $124,000. It is now valued at $225,000. The homeowner made improvements and has paid about $75,000 in interest to date.

I want you to read...." records indicate that you're in default. .." You can see the numbers. It is this year, as a matter of fact. Here is the interesting thing.

EXHIBIT 2
88

P Ex 0071-00042



In addition to the notice of default the same bank sent the following instruction sheet. They suggest a short sale to the guy, in other words the bank is saying "please take this route. Keep your credit history safe. Let us get our money back, let us find some one who will come in and you know what? We'll work with that investor".

If the person knows what they're doing we'll do fine, and so that is what the bank will try to do. The banks would not have done something like this four or five years ago. They are doing it now because it is the best of all worlds.

Right now the last thing you want to do is be the bank of America sitting in from of Congress explaining why you aren't being flexible in foreclosures.

EXHIBIT 2
89

P Ex 0071-00043



Here's how a short sale might work. These are just numbers I just want you to see how they work. By the way, this is a pretty house. I want you to get out of your mind that you can only buy run down properties in foreclosure. People who had well paying jobs that have lost them or incurred some of the circumstances we described before, they also wind up in trouble. Those houses are beautiful properties and they come to market. So get it out of your head that it is only cranky old properties, it can be beautiful stuff.  Some times it is a sky scrapper in New York City.

Here's the way this one worked out. Current mortgage pay off $440,000. That's a jumbo mortgage, that's pretty big. The bank was willing to discount it to $270,000.

What an amazing opportunity that is for an investor ! The bank made a lot of profit already and  they just wanted to get out. The investors went ahead, did minor repairs for $5,000; probably some painting.

They resold the property because they knew how to market it. The banks don't know how to sell these properties.  They just list them with a realtor and hope for the best. Remember, I said to you before that we will not only show you how to find the properties but how to exit from that property and that is critical and no body does that better than Donald Trump and Trump University.

These people were able to get out of the property and pull out a profit of $65,000 in less than a 12 month period. Now, it just so happens that a lot of these deals happen within 12

EXHIBIT 2
90

P Ex 0071-00044

months but that's because when you know what you're doing you can make it happen within twelve months. That's a lot of money.

And it was very little risk on the part of the investor, and it was very little sweat or effort on the part of the investor. But at the end of the day the investor had $65,000 for their efforts. I told you before you've got to get it out of your head that only ratty little properties come to foreclosure; they don't, beautiful properties foreclose too. Don't want you to ignore a lesser piece of property because you can just a easily make a ton of money on that bland property. At your training workshop and with the support of our mentors, we will show you how to make money with pretty homes and ugly homes.

(Transition): **I mentioned the normalcy bias earlier. Most human beings will just sit back and say "I'm gonna let things run their course and they'll get back to normal".**

**So we make up excuses, we say.. well you can only get bad property, we know that's not true. The other thing that gets in the way is people say "well, I don't have the money for investment. Where am I going to get the money? I've got my mortgage, I've got my 401K, the 401K is not doing so well, and I'm paying my mortgage but where am I going to get money?**

(Future Pacing): **There are billions and billions of bailout dollars floating around out there. You can get the money if you know where to look and how to do get them. We can show you how to do that at your training and with our continued support. Wouldn't you agree that alone is worth a fortune to you?**

35

EXHIBIT 2
91

P Ex 0071-00045



Once you have secured a property through short sale, what can you do with it? Let me show you some strategies. You will want to write these down.

Now that we have specific knowledge related to a short sale and what it is, you then have to ask, how can I make money with this?

Let's take a look at a technique called "assignment."

An assignment is all about getting quick cash out of a short sale deal. Here's the way it works: you take control of the property, but you never take the property.

When you fill out the purchase contract on your low cost short sale, you place your name on the deal with these three words behind your name "and or assigns."

This gives you the power to assign the contract to anyone who meets your specific criteria. In other words, if someone has money, they meet your criteria. You also need to add a phrase "subject to…" on the contract. Subject to what? Subject to any of these conditions:

• Approval of partners,
• Securing favorable financing,
• Passing termite inspection,
• Etc.

You see, if you place a condition as "subject to", you can walk away from the contract if the condition is not met. So with these two phrases, as part of the deal, you can control a property without buying it, and you may even walk away from the deal if you can't find an assignee or get financing, etc.

Let's look at one Trump University graduate and how he used this technique.

EXHIBIT 2

92

P Ex 0071-00046



A third way to make money using a short sale acquisition is to, buy and hold. Write this down.

The real estate market may be tough right now, but it won't always be.  So long as people have families, and people immigrate into the USA, property values will rebound.

When you buy and hold, you are building for the future.

EXHIBIT 2
93

P Ex 0071-00047



Now here is another technique. Write this down.

Suppose you want to buy a property, again the short sale gave you some low cost good quality opportunities from which to choose.

When the property is purchased below the fair market value (remember how short sale works now!) you have instant equity in that property, and if you rent the property out, you get cash flow. But wait a second. What if you want to sell the property, how can you be sure that will happen?

Use a lease option. That means that you get a tenant to live in your property and pay your mortgage on it. Why would someone rent ? Maybe they are coming out of divorce, or bankruptcy, or they just started a business, so they have to rent.

With a lease option, you can get a long term renter, generally at a higher rental rate, with the promise that at some date in the future, you will allow them to buy the property at an agreed on price. You agree to that price now, so they know what they have to do, and you have a good tenant paying premium rental rates all that while. By the way, if the tenant should leave, they go and you still have the property.

By the way, tenants who do this take very good care of your property for you. Why? Because someday it will be their property.

Let's take a look at a graduate who used this technique.

EXHIBIT 2
94

P Ex 0071-00048



39

EXHIBIT 2
95

P Ex 0071-00049



We've been having fun talking about the money you can make doing this, but some of you are thinking about how to get the money to let you make the money. Let's talk about the availability of money. Here are some sources of money that you may be able to tap.

The Trump Network represents potential avenues of financing, for finding properties and for purchasing the properties from you. We'll go over this in the training.

Mr. Trump is extraordinarily successful at what he does. He has a following, he has investors who do what he does and follow his advice. Ladies and gentlemen, that may be an avenue you can plug into when you become part of Trump University and our apprenticeship program.

You'll find that you can find partners who will give you bridge loans to make the investment. There are people called private money investors.

It was interesting. I was listening to the radio ... where was I driving... I think it was Orlando Florida, and there was this company that came on that talked about self-directed IRA's and how to do real estate investing within the IRA. Now that is a pretty cool deal. If you can grow within your IRA tax deferred profits, my goodness. That's amazing. But you can put some of your 401K money there. Don't let it just go down the drain in the stock market. You can use it for your own good.

You can use other people's money.

EXHIBIT 2
96

P Ex 0071-00050

Some times the person looking to get rid of the property will finance it. Those are not principle residences but investment properties they held. They've got a bunch of apartment buildings or town homes they were renting out and now for whatever reason they need to get out of them you can short sell those too. And sometimes the owner will even kick in some money to help that happen.

There are hard money lenders, those are people who lend against the asset itself. They tend to charge more money, they do charge points, but they are out there.
And there of course there are some of the traditional things: Home equity lines of credit, using 401K money, IRA money, some people even use credit cards to do this sort of thing. And of course there are the conventional lenders. They are still out there and still investing.

By the way, one of the best conventional lenders, and this is just a tip from me to you, are credit unions. Credit unions have not done the crazy things commercial lenders have done. They are much more sound, they've got lot more money to lend. And you know what? The laws have changed about credit unions. You don't have to be a super special person any more. Generally it is a geographic requirement, that you live in a certain area.

(Trial Close):  **Now let's recap for a moment. What we have said so far is that there is a tremendous opportunity out there in the foreclosure market. Specifically within the foreclosure market there are four places we can invest, pre-foreclosure, foreclosure, short sales and REOs. I've been focusing in on the short sale because you have the cooperation of the bank to help make the deal happen. They become in effect your ally for doing this sort of thing. When you learn how to do short sales properly, when you learn how to locate the properties, in the right neighborhoods, and the right property for you, the fact of the matter is you're in a great position to take advantage of this opportunity. And the nicest part of it all, is you don't take advantage of people in the process.**

**You take advantage of the economy and the situation. You didn't create it, neither did I, but the fact of the matter is it will work to our advantage. Don't you deserve to have things go in your favor for a while?  Of course you do.  Then join us at Trump University.  Take action.**

What I described to you can probably say to yourself let me go to the internet or let me go to Amazon books, let me go to the library and I'll learn everything I need to learn about short sales and doing foreclosure and investing. I'm going to tell you yeah you can find things like that but ...

How did you learn how to ride a bike? Did you read about riding a bike and then make it work? Probably not. Chances are very good that what you did is you got on the bike, maybe mom, dad or an uncle or a big brother or sister held you and helped you learn how to balance and how to steer and how to pedal and things or that nature. That' s how you learn to

40

EXHIBIT 2
97

P Ex 0071-00051

do a lot of things. That's not just about the reading, it's about the reading, the support, the practice, having the bike, to do these things. That's what Trump University does.

(Trial Close): **Trump University is like that person who stands along side you and helps you learn to do this. Join us.**

40

EXHIBIT 2
98

P Ex 0071-00052



We begin your apprenticeship with a three day training program. It's a live training session that we will conduct in an area hotel. Sorry, you don't get to go to NYC this time.

You'll show up in a room probably like this one. We'll have tables set out, materials will be set out, we make sure it's a very comfortable environment. There's coffee in the background, there's food to eat, things of that nature. We will have two lecturers there for you. One will be in the front actually conducting the training, one will be doing personal coaching in the back. If you have a specific question or issue come back and see the individual.

Again, that is part of this apprenticeship process, it requires attention and time to make it all happen.

During these three days I promise you that you will cover things that most experienced real estate investors don't know. They don't know. And that's probably because they had one area that they excelled at and they just stayed there. Donald Trump has done everything and he knows how to make these things work.

We will use our tried and true methods, things that Donald has done, things that some of your lecturers have done, and it will show you the right way to do these things.

You see this here, S.M.E. and online support? This is after you have finished your three-day program, and now its' the next Friday evening and you say to yourself "I've got a question

41

EXHIBIT 2
99

P Ex 0071-00053

about the deal I'm going to do." We have a 12 hour service 5 days a week.  Its a hot line service. You call and speak with one of your mentors on the phone.

They'll talk to you, they'll know your case, they will keep notes on you and so anytime you need assistance from us we'll be  there to help you and believe me ladies and gentlemen these people are all subject matter experts. They know the investing business.

Along with the training we will provide, the mentorship, the proven methodology; we'll have forms, guides, and worksheets. We've even got a software, I'll explain it in a moment, we've a software that will help you find the properties.

We will spend a lot of time on exit strategies. How to get out of the deal once you have it. Let's suppose your buy a property and its three years later and you say "gee I think the market has turned I think now is the time to sell what do I do? "  We'll tell you how to do it, we'll show you how to make it happen. And then I'd also mention access to the Trump Network. That means access to  deals, access to  partners, access to money and access to credit, if you should need it.

41

EXHIBIT 2
100

P Ex 0071-00054

Let's look specifically at the three day workshop again.

We will spend our time understanding the in's and out's of the system (Find, Figure, Fund, Profit) and show you exactly how to use it to your advantage. You will learn about this system from the lecturer at the front of the room, and from the mentor at the back of the room. You can get up if you have a specific question about a specific property you have in mind, and you can go ask for extra help.

As part of the system, we will show you how to find and "grade" properties: pretty houses and ugly houses; easy resales and buy and holds, properties to assign and properties that you want to hold the fiancing on.

(Future Pacing): **When we are done with you, you will know more about real estate investing than just about any realtor.**

Remember when we talked earlier about dealing with homeowners who are going into foreclosure? We will spend time talking and teaching about the techniques of negotiating with those owners. We will get into finding money to finance your deals. We'll talk about angel investors and where to find them.

We'll get into assignments and quick turning real estate investments for quick cash for a vacation - - oh excuse me - - for a business trip, or to buy that big screen television you need. The possibilities are almost endless.

EXHIBIT 2
101

P Ex 0071-00055

And maybe most importantly, we will spend considerable time learning about how to sell the properties you have.  We'll show you how to stage a piece of real estate so that it is most attractive.  We'll even talk about how to get the most from realtors, if you choose to use one, while paying them the least  amount possible.

(<u>Future Pacing</u>):  **We will do it in a way that you be comfortable.  You don't worry about tests or even struggling with notes.  We will do everything possible to make this a great learning experience.  We even make note taking easy by giving you a workbook that has every power point in it.  You just have to keep track of the points made by the instructor.**

42

EXHIBIT 2
102

P Ex 0071-00056



EXHIBIT 2
103

P Ex 0071-00057



EXHIBIT 2

104

P Ex 0071-00058



Would you agree that computers and software have improved many areas of our modern lives?  Of course you would.

But how many of you are intimidated by computers and software?  Many of you.

Well, we use a software program to find and value foreclosure properties, and it is so easy to use that none of you should be intimidated.  That software is free at the workshop, and it is truly priceless.

EXHIBIT 2
105

P Ex 0071-00059



(Trial Close):  **This program all begins with a live training event.  You've got to go to the live training event.   That is the kicking off point. It is the beginning of your apprenticeship. You'll notice how many of our success stories they said with in a month I bought, within three months I had. You need the training.**

Here's the way it's going to work.

(<u>Future Pacing</u>):  **We're going to be coming back here to River City in two weeks.  We conduct the training program on Friday, Saturday and Sunday, its a full day each day. Now, ifyou are thinking "I have to work on Friday,"  or "I have an appointment on Friday."  You know ladies and gentlemen, that's that group of people who ask "what happened." That's the normalcy bias kicking in again.  You have to fight the urge to make excuses and do nothing.**

If you do nothing you get nothing!

Change your schedule, change your appointment. Take a vacation day, paid time off if it is necessary, what it is but get yourself to the training program. It will be well worth your effort.
Other  people will spend five or six thousand dollars for training like this. We don't come anywhere near it. We cut a great deal because we have a mission to help people like you to be successful.

EXHIBIT 2
106

P Ex 0071-00060



You know, people confuse "price" and "value". Price is what you pay for something. Value is what you get for your money.

Let me tell you what you get when you enroll in Trump University and the apprenticeship program.

When you are fully engaged with us, and you begin to make your investments, here's what you can expect:you will be

- Generating Additional Income
- Creating More Wealth
- Working Less
- Securing Retiring
- Building a Legacy
- Getting Out of Debt
- Taking Care of Your Loved Ones

We started this program out by talking about the struggling economy that we're in, I guess I have a question for you. If you don't take action right here and right now, the question is where are you going to be in a year?

Now you could either be generating additional income, creating more wealth, working less, maybe retiring early, building a legacy for your heirs, getting out of debt or taking care of

EXHIBIT 2
107

P Ex 0071-00061

your loved ones.  You can either do that or do nothing. It would be a shame to do nothing because that is not working any longer.

47

EXHIBIT 2
108

P Ex 0071-00062



(<u>Transition</u>): **The value of this program is exceptional.  Now let me show you how I will bring the price down.**

**When we first founded the Trump University, here were the prices we charged to attend.  The three-day training event is $1495, usually we charge for one guest member $495, the premium membership is $995 for a total of $2,985.**

However, here's what we're going to do here today.  The tuition of the guest member is included. The premium membership and all of that support is included, and remember the software you will receive at the training.

Two people will come to the program, $1495. Here's the only thing. That person who comes with you must be someone you are a partner with.

(<u>Trial Close</u>): **Ladies and gentlemen, that means that you and a partner will attend the training for less than $750.00 each!  When you add in all the support and additional opportunities you will have as an apprentice, the value is unbeatable. What you need to do tonight is to stop waiting and hoping that "normal" will appear and you have to do something!  You have to get involved if you want to make a change and secure your future.**

EXHIBIT 2
109

P Ex 0071-00063



Making money may not be enough for some of you. You have lost thousands in the markets, but you worry about the $1495 that you pay here tonight.

(Trial Close): **Some of you are still worried. You say: I am convinced that Trump University is the real deal. I am convinced that Donald Trump can teach me how to make money in real estate. I am convinced that I don't have a chance of recovering my 401k losses unless I do something.**

**But still you want more. If I give you more, will you sign up?**

**Let me give you a guaantee. Let me take all the risk out of this decision. What if I gave you a money back guarantee. Would that make you happy? Would that remove the last barrier?**

(Trial Close): **Here is the guarantee. Come to the three day program. If after 1 full day (that's one third of the training) you don't feel this is for you, ...for any reason..., then pick up your materials, go to the back of the room and return them. We will give you a full refund. That's it. You cannot ask for more than that.**

(Close): **You'll have to sign up tonight. You'll fill out a simple one-page agreement at the back of the room with the help of my associates, by the way you met XXXX XXXX on the way in and XXXX XXXX and XXXXZ XXXX. They are there to help you. They know this process very well. And they have been members of the Trump University**

EXHIBIT 2
110

P Ex 0071-00064

**family for quite a while.**

**And what you'll do is fill out that simple one page agreement, you will make your payment, you'll do it with a credit card, cash, check or any combination, but we will ask you to get signed up tonight and reserve your place. When you're done you'll almost be ready to go home and start learning more about this process.**

Once again, let me remind with you the risk free guarantee: When you and your partner come to the training program if at the end of day one, in other words you've attended one third of the program, if at the end of day one if you don't think this program is everything as I have presented it to be, it's not satisfactory, simply pick up your materials, go to the back of the room, see staff and they will give you back your money, it takes a week or two to get to you but you will get it, well refund your money, leave the materials and we will part friends. And you will have learned something too. We really do try to make this a risk free low cost way for you to become a wealthy person.

(Close): **You want more? Now there is something else we are going to do this evening.**

49

EXHIBIT 2
111

P Ex 0071-00065



EXHIBIT 2
112

P Ex 0071-00066