# EXHIBIT 4

Slide 2

Ladies and gentlemen, I'd like to welcome you to our presentation tonight on behalf of Mr. Donald Trump and Trump University. My name is Mark Chapman. I'm a member of the faculty at Trump University. Let's talk a little about Donald Trump.

Slide 3 (with the moving images)

Who here thinks they know Donald Trump? Hands up. Very good. Let's play this little game to get you in the mood of things. I've got three lottery tickets here. What I'm going to do is ask three questions about Donald Trump. Who ever gets a question right gets a lottery ticket and hopefully you'll win. If I have a number of you answering the question correctly, then I will give the ticket to one of the winners.

First question:   Where was Donald Trump raised? The answer is Queens New York. He was educated in upstate and in Pennsylvania, but he was born and raised in Queens. You get a ticker.

Second question: What year was Donald Trump born? Give me the year? That's right, 1946. He was born on June 14th of that year. Sir, you get a ticket. So what does that make Donald Trump... roughly 62 years old? Do you think he's going to retire in a couple of years? I doubt it. But this I do know, he has a life-time of experience in making money.

In fact, that is my third question: How did Donald Trump make his money? The answer is real estate! Very good. You folks know a lot about Donald Trump.   Here's your ticket, and good luck to you all.

But let me tell you all this right now, the chances of winning the lottery is about fourteen million to one, but winning with Donald Trump is is done every day.

Trump has been an American business magnate, a socialite, a television personality, and an author. He's really an incredible man. I met Donald now quite a few times because I am on the faculty of Trump University.   And he takes a very specific interest in what we do and how we do it.

I feel comfortable letting you know that Trump University is more or less the manifestation of what Donald want's to do for people in business.

The idea actually came to him after ''The Apprentice'' TV show. When he did ''The Apprentice'' show he thought to himself afterwards ''You know what? I'm only able to help one person maybe two a year in this fashion. Why don't I take the concept of an apprenticeship and make it available to a larger group of people''?

That led to the founding of Trump University in XXXX.

**Plaintiffs' Exhibit**
**Low v. Trump University**
**No. 3:10-cv-0940**

**146**

EXHIBIT 4
148

TU-JORDAN0000109
P Ex 0146-00001

Slide 4

First off, Trump University is a real place. We are located at 40 Wall Street in New York City, that's down in the business section of town. We occupy the entire 32nd floor, of this building. We obviously have tenants who cover all areas of professional and financial related services.

When Donald created Trump University, he said   he wanted to help people to achieve financial independence and wealth, doing it in the way he know best, which is as the (gentleman/lady) who got the lottery ticket, know is through real estate.

There is an interesting story to this building. Donald bought this building from a foreclosure proceeding. The building has a total of 1.3 million square feet of rentable, useable space. He bought it, believe it or not, for $1.4 million. What does that come out to approximately per square foot? That's right about a dollar a square foot, a dollar and seven cents to be exact. That is unheard of. Nobody does deals like that.

By the way, roughly 15 years later would you like to know what that building is worth? It's worth $400 million. I don't do math well but I know that a heck of a lot more than a dollar a square foot.

Two things about it: First, real estate can really make you money. Second, specifically within foreclosure there's a great opportunity, not buying buildings like this although you could but by buying homes and small commercial properties and smaller businesses. It is a tremendous way to make money.

Slide 5

Let me share a little bit about Donald Trump's personality. Everybody knows he's a little bit brash, everybody knows he's a bit head strong, but everybody also knows Donald Trump is a man of action, and he really does understand real estate investing and creating wealth.

Donald likes to joke around. He says there are three groups of people: people who make things happen; people who wait for something to happen; and people who say "what happened."

Which of the three categories would you put yourself? Now, you've got to be honest about things. I know all of us would like to think we are really busy, and the time is not right, and the stars are not aligned in our favor but the reality is most people sit on the sidelines and say 'what happened?'

Well, if you will listen to me for the next hour or so I will acquaint you with Donald Trumps philosophy, I'll tell you about Trump University and how it can help you, and I'll also show you some specific examples of people, of people like you, **but** people who

EXHIBIT 4
149

TU-JORDAN0000110
P Ex 0146-00002

took action and made something happen.

Slide 6

Let's talk about taking action.   Do you know why most people sit on the sidelines? Psychologists tell us most people come under the influence of the Normalcy Bias.   That simply means that people wait for situations to change and for everything to go back to normal.   They don't move, they don't take action, and by the time they realize "normal is gone" they have lost the opportunity.   Indecision is a decision.

Want proof of this?   Who has lost money in the stock market?   How many of you are going to wait for it to come back before you do something?   Nearly all of you.   You know what?   The stock market is done; stick a fork in it.   It's has lost half its value in 3 years.   It is now at pre-2000 levels.

Want to prosper?   Want to get ahead?   Heck, do you want to get out from underneath?   Then you need a plan.   You have to have a plan.

Develop that plan and work that plan.   Make sure you take your clues and guidance from the best in the field.   Be willing to ask for and accept help.   You know, the poet once wrote "No man is an island".   You need help, from an expert, and you need a plan based on that expert advice.

Finally, as you gain knowledge, you will gain confidence.   Confident people thrive in difficult times.

Slide 7

Things have not been good lately.   There has been enough going on to scare the best of us into paralysis.

There have been bubbles in real estate, commodity prices, dot.com businesses, you name it there's been a bubble.

We've seen the stock market melt down.    Unemployment is at a record high.   How many of you know someone who has been laid off in the last year?   Frightening isn't it? What are you doing about it.

There is under-employment in which people's jobs are changed so that pay and opportunity can be pulled back.   It's called "sliding down the totem pole".   You were up here, and now you are down here.   Who knows someone who has been through that? Frightening isn't it?   What are you doing about it?
Inflation is rising.   Taxes are going up.   What are you doing about it?

EXHIBIT 4
150

TU-JORDAN0000111
P Ex 0146-00003

Slide 8

Here is what Donald Trump would tell you: "When the going gets tough the tough make money".   The fact of the matter is that there are more fortunes made in tough economic times than in the smooth and steady times.   All the great millionaires and billionaires had to face adversity.   They didn't give up.   They worked their plan in good times and bad.

You must do the same thing.   You can't wait for normal to come back.

Slide 9

Let me let you hear from one of our Trump University graduates. His name is   Jason Bosch, from Ontario California.

By the way if you look at the news about California what's one of the things you know about foreclosures in California? That's right, it's probably the number one state for foreclosures. As a matter of fact I think the order is   xxxx, xxxxx, xxxxx, *[as of Feb 9 Realty Trac:   Nevada, California, Arizona, Florida, Oregon, Illinois, Michigan, Georgia, Idaho and Ohio... add the state the presentation is in.]* But it changes from month to month.

People will say that California is such a mess, that you really can't make any money. People assume - - incorrectly - - that if there are foreclosures going on then there just can't be any money around. Well, this student earned $135,000 in his first year coming out of Trump University. Let me let you hear his story.

That went by pretty quickly and if you're like me you kind of have to see things in order to really understand them ....

Slide 10

So let's do the math on this particular story.   The first deal that he did and I believe he said he did it within four months of graduating from Trump University. He did a deal that gave him a $95,000 profit.   That's not bad at all.

Within the same year, the second deal that he did had a $70,000 profit.

First year out of Trump University - -   going through what I like to call the Apprenticeship Program - - , it starts with Trump University but continues with supported long after that, Jason was able to make $135,000 in profit in what most people -- or certainly people not trained by Trump -- would consider to be a very tough economic market.

Now, I want you to stop and think about something for a moment. There are three kinds of people. They make it happen, they wait for something to happen, or they ask what

EXHIBIT 4
151

TU-JORDAN0000112
P Ex 0146-00004

happened?

Here's a case of a guy who made it happen. If you had done deals like he did ... imagine for a moment you had $135,000 profit in your pocket would that change your life at all? Would it change your year? I'm willing to bet it would.

I mean a lot of folks are struggling right now, they are not secure in their jobs, maybe they didn't get the raise or the bonus they hoped for, unless of course you're getting a federal bail then I suppose it is okay. But most of us are not, so as a result a $135,000 or half of that, $60,000, $70,000 would be an incredible economic boost.

What could you do with that money? I mean obviously you could do everything from paying off debts to taking a vacation, to treating yourselves the way you should be treated, put the money away for a rainy day would be my advice, save it, put it asked, find other real estate investments that will help you grow that money.

The point is once you have that kind of profit, your options about what to do with it grow. And you know, ladies and gentlemen, Donald Trump is all about creating options.   At Trump University where our mission is to help individuals, it really is. Our mission is to help you have greater opportunity.

Slide 11

Here is Rita and David Little or Orland Maine.   Middle aged couple. As a matter of fact I remember them from Trump University. David always thought about getting into real estate. They came through the program and very much wanted to be in business for themselves and they thought being a real estate agent would be the only way to do it.

By the way, are there any real estate agents here in the group tonight? Good. I'm glad that you're here. Trump University is also very helpful to you.

Here's one of the things I've learned in my career: Real estate agents get the crumbs from the deal. They get three percent or six percent commissions, what ever it might be.

The person who makes the real money in a real estate deal is whom? It's not real estate agents, it's the investor, and that's what this couple recognized.   It was one thing to be an agent, it was another to be an investor. So, let me let you hear their story.

Now,

Slide 12

Let's do the math... first off they bought a little bungalow style house for $129,000. Does that's surprise you? Some folks think "well you've gotta have a million dollars to do these deals," not in the least. There is money to be made within all price ranges in the foreclosure market.

EXHIBIT 4
152

TU-JORDAN0000113
P Ex 0146-00005

You can make it very expensive pretty houses and you can make it with inexpensive homely houses that don't cost much. So this couple bought a slightly used piece of property for $129,000. They had to fix it up. That cost was around $10,000.

However, when the sold it for $183,000 they netted a profit of $44,000.

Again, I want you to think about it. What is the average salary in the United States of America?. Does anyone know. No, that's a little too high.The average salary is $35,000. So, for this couple, its as if someone came along and worked a good full-time job for them for a year and gave them the proceeds. $44,000 and by the way we are not even getting into the tax benefits of being an investor and self-employed and deduction of business expense and the like. Those can be considerable, too.

We talk about those extensively at Trump University.

Slide 13

Trump's philosophy is this: The world's best wealth-building principle is "buy low and sell high", and one of the best ways to do that is by investing in foreclosures right now.

So, why are foreclosures so good? Do some of you remember way back to 1993? That's when the storm of the century happened, the pressure, the winds, the rain all came together to created a once in a lifetime storm off the east coast of the United States. That was the basis for the 2000 movie, "The Perfect Storm".

Well the same thing has happened in the housing industry and that's an incredible opportunity for us. Everything is coming together in a perfect storm and you can benefit from it. Let's look at what has created this perfect storm in real estate.

Slide 14

Mortgage delinquencies are at an 29 year high.   Now, here's is something you have to keep in mind. You know how awful you hear it is about foreclosures. Here is the reality: 93% of Americans are still paying their mortgages. That translates into more than two millions foreclosures this year. Those foreclosures represent your opportunity.

Slide 15

Here's another thing adding to the storm. Housing inventories are at a twenty-four year high, and that does not include new house construction. That means you have the opportunity to have the pick of the litter. And you will do it at a lower price.

It's not like those foreclosures will force you to buy a run-down house. You can buy a very pretty house because the inventory is so high. Keep looking until you find what yo like. As a matter of fact, at Trump University as part of your apprenticeship program, we

EXHIBIT 4
153

TU-JORDAN0000114
P Ex 0146-00006

spend a lot of time on two things: Finding properties, and then what is very important after you have found a property, rehabbed it and held it for a while, how to sell the property no matter what the market.

We will show you ways so when you're putting your property on the market you attract more attention, and command a higher price. Not only that but with the increase in the sheer number of foreclosures comes an increase in the number of excellent deals available.

Slide 16

Here's the third part of the perfect storm.     Not only are there more foreclosures and a greater inventory but interest rates are at historic lows. What does that mean for you?

It means you can get into these properties for far less money and less exposure. Things have changes. You'd have to be deaf and blind not to know about all of the things happening in the financial market. I'm going to tell you this. There are more deal being down right now by smart investors, that's always the way it is. When other people get scared and leave a market place its the smart investor who moves in.

I remember one to time Donald said to us over dinner, he said "real estate is the only market that when there is a sale going on people run from the store". You don't want to run from the store.

You want to buy when there's a fire sale in the real estate market. That's what you have to do. Now, let's take a look at foreclosures for a moment.

Slide 17

For some of us a foreclosure may be mystery, but it really isn't. A foreclosure is a legal act action is taken by a lien holder -- I'll explain that in moment -- to repossess property held by a borrower who is in default.

First, default simply means you have not been able to pay your mortgage. In most states it varies on what a default might be. It could be as little as three missed mortgage payments. Some times it is a little bit longer.

We talk about the specifics of default laws   at your Trump University training, which will take place in about two weeks.   You should start thinking about looking at your calendar and arranging your schedule to make that happen.

What is a lien holder? Does anyone know what that is? The lean holder is someone who made the loan,   or bought the loan and now has a a right to the property that has put up for security for the loan.

Slide 18

EXHIBIT 4
154

TU-JORDAN0000115
P Ex 0146-00007

What are the main causes of foreclosures? There are many...take a look at my list here.

Sometimes it is just as tragic as someone loses their job. We know that businesses are laying people off. Its bankruptcy, maybe a business failure, I know of someone who told me he had gotten into all things the pest control business. He had his home, he took out a loan on the home to buy himself a big beautiful truck, and a big beautiful trailer and all the equipment necessary to be in business for himself. Business conditions went bad, and he couldn't pay for any of that stuff, when he tried to sell it he found it was a limited market, and his house went into foreclosure because his business failed. Sometimes it happens because of divorce.

I remember a deal I worked through the Trump University that involved a lady whose husband had other romantic interest and left the house and the payments. She could not keep the house up so she had to let it go into foreclosure.

There are many reasons for foreclosure. By the way this last one, readjusting mortgages, that is the adjustable A.R.M., (adjustable rate mortgage). Frequently people got into the housing market with a low introductory rate and when the bench mark interest rate changes the mortgage changed and it changed again and before long they found out their mortgage was costing them and arm and a leg and they couldn't afford it.

Slide 19

Right here in XXXXXX foreclosures are booming and I actually went on the internet and looked it up.

These are really three different stages of the foreclosure process   which I will explain to you in a moment. Just know for now this is the early one, this is the middle one and this is late. xxxxxx in the early stages of foreclosure, almost xxxxxx are at the middle stage, and xxxxxx in the late stage.   I will explain those terms to you.

You'll find that when you come through your Trump University class that our staff, and again I am a faculty member of Trump University, you will find that we use plain English, we try to demystify all of the terminology, you do not have to be a real estate agent, you do not have to be a finance major, you do not have to be a college graduate to do any of this. We make certain that it is explained very nicely and very easily, and by the way that is a good thing because from the looks of you most of you have been out of school for a while and getting back into it can seem a little scary its not scary at all.

We are in the business of educating and mentoring adults to become real estate investors, and we do it very very well.

Slide 20

Let's talk about what the foreclosure boom means to you.

EXHIBIT 4
155

TU-JORDAN0000116
P Ex 0146-00008

First, because of the struggling economy, there are more foreclosures, more properties on the market, and interest rates dropping.

You should be able to purchase properties thirty to sixty present below their present market value. When you do that you have instant equity in that property and equity simply means wealth. You have instant wealth in that property.

Now what you can do is you can convert that wealth quickly by reselling that property and you have the immediate cash. And by the way you will see from a number of our success stories that I'll share with you people do both of these things, they sell property immediately and the hold onto property for the long term. You can have positive monthly cash flow by renting the property out, doing a lease options, or option to buy, we'll show you all of those techniques and how to use them to great advantage at your training.

And finally some people just hold them for the long term. As a matter of fact one of our students had an approach in which he has bought six properties and his intention is to roll them, so he will always have one property for sale every year. And when he gets done selling all six of them he should be at an age in which he should be able to take all of his profits and relocate to some tropical isle.

Wouldn't that be nice? Could you see yourself sitting on a tropical island? Or see yourself in secure retirement because it took you five years of part time work to get there.

If you put yourself in our hands at Trump University I promise you we will show you how to do that. We begin with your education at Trump University but that is just the start of the apprenticeship, we stick with you through time to make sure you're successful.

Let me go back to this idea of foreclosure. Remember I showed you early, middle and late stages of foreclosure? I want you to think about it this way.

Slide 21

Foreclosure can be understood when you think of it like time passing on a clock. Take a look at one o'clock on my illustration here.   This is called pre- pre-foreclosure. What it basically means we find out way ahead of time that there might be a situation going on and can step as a white knight and rescue people.

Slide 22

We can still step in at about three o'clock and use other techniques to identify opportunities and the places to make sure we can help people out. You'll see a sign in the front yard sometimes that will say "for sale by owner." Usually a FSBO is a property where there is some stress or strain and the owner is trying to get rid of it.

EXHIBIT 4
156

TU-JORDAN0000117
P Ex 0146-00009

We use foreclosure lists. There are public foreclosure lists - -   and here is the great secret - - , there are private foreclosure lists. Donald Trump has a private foreclosure list that we use as part of our education process. If you can get those foreclosure lists you're in great shape.

You'll have to figure out what the right property is and then you have to give the distressed owner various options.   Sometimes the options consist of helping them move, sometimes it is a cash payment, and they sign the property over to you, there are a variety of techniques I can't go into them right now because it would just take too long but there are a variety of techniques that can be helpful to you.

Slide 23

Now, lets go to the middle of the clock. Here we have something called a **short sale opportunity**, This is actually going to be the emphasis of our program. We're going to show you every thing but we like to emphasize this one because right now it is probably the best way of getting foreclosure property.

For example, do you see down here on my clock it has that latin term 'les pendens.'' That means "action pending.''

What will happen is the bank will send out a notice that action is pending against these folks. Once we see those we can try to help the owner save their credit and help the bank because can get them a better price than they might at auction. So finding short sales, and we show you how to do that, as a matter of fact in the time we are here today that is one technique I will show you so you are comfortable about what we're doing, it really works extraordinarily well.

Slide 24

This is the latter stage of the clock. At this state, we even show you how to buy property that is owned by the bank, it's called REO property, which stands for Real Estate Owned.

The funny thing about banks is they are not in the real estate business. They hate REO property. Why do you think they hate it? Exactly right. They have to maintain the property. They have to keep insurance going on it, they have to keep property taxes paid on it, there may even be security issues, like the homeless breaking in and setting it on fire, and quite honestly there is even a chance they cannot continue to homeowner's insurance on that property because a lot of the insurance companies will say that house has been empty too long to insure.

So banks really hate these properties. We will show you how to go in and scoop them up if you find a good deal.

By the way I am going to tell you something, it's my own personal prejudice, the earlier

EXHIBIT 4
157

TU-JORDAN0000118
P Ex 0146-00010

in this process you go the higher the quality of the property you can buy but if you get to the short sale the better a deal you can cut.

Why would I say that? Remember, in pre-forclosure you are dealing directly with the owner, guess what happens with the owner? They get very fussy, very attached to their home, they become unreasonable. When you get past that spot, when you're in short sales, it's now a business transaction for the bank. They want their money and unfortunately the homeowner has lost the right to do the negotiation. So step in and we do very well.

As a matter of fact, Trump has a philosophy on it.

Slide 25:

"There's no reason why an investor can't make money and help people at the same time."

Now, that's kind of a funny thing. You tend to think of people who invest as hard nosed or even greedy or taking advantage. Actually, not in the least. As matter of fact there is no reason in the world why we can't help the distressed homeowners to avoid foreclosure.

Slide 26:

So we help the home owners. By the way, the people in the foreclosure situation a miserable. They are worrying about the bank, they watch the news, they get advice from friends who are well meaning, maybe they bother friends and relatives for money but everyone is pretty strapped right now. Worse,   they have to consult an attorney. Here in XXXXXX attorneys charge about $350 an hour to even talk to you about a foreclosure. If you're dealing with an attorney you're going to have big bills.

Slide 27

Now why do you think that would become so important to them? Foreclosure is going to follow you around for seven to 10 years. It's actually worse than bankruptcy and stays on your record.   Now, if you are of a certain age in which you aren't going to buy a piece of property it doesn't matter, or if you're very young and made a mistake probably doesn't matter. But for the majority of us who are having that financial albatross around your neck can be a disadvantage.

When we step in and help the foreclosure homeowner we are actually doing a service. Were making an investment that help us make money, we're helping the bank out, and we're helping the distressed homeowner.   We can prevent foreclosure, we can save their credit rating, make the transition smoother, sometimes we can move them out, sometimes we can   make a deposit for them. There are a variety of things you can do including making rental payments.

EXHIBIT 4
158

TU-JORDAN0000119
P Ex 0146-00011

Let me tell you about another couple that are graduates of Trump University   and in their apprenticeship.

Slide 28

This is Tim and Linda Thomas of Chicago area. Now again, we're not talking about a backwater town. Chicago is a great town. Some people say it is too tough a place to do real estate deals.   It isn't, but you do have to know what you are doing.

I want you to carefully look at these words. Linda said:   "Trump University taught us how to help others out of their already bad situation, a different way way of approaching a deal."

In other words a good deal is when both parties are blessed in that process. Ladies and gentlemen, we will show you how to do it. There's no reason to take advantage, as a matter of fact it's a bad deal when you take advantage, we'll show you how to make good deals.

Slide 29

Let's do the math for this couple for a moment.

First deal they made $15,000 in their first deal, you heard them. Second deal profits them $78,000. That means they are getting better and better.

As I said to you some people buy property to sell it very quickly because they want the cash, other people let value build and sell it a little bit later on which is what they did.

But within their first year of their apprenticeship they made an additional $93,000.

Now ladies and gentlemen, you need to think along these lines. What would you do with an extra $93,000? I mean that's two years of college at an Ivy league school, heck if it is a state school you've probably paid for all four years and maybe a year of grad school for your kid.   Or you can make your retirement more secure. Ladies and gentlemen, my point is this, I want you to see these numbers, and understand that they can be your's, if you take action and follow the expert's guidance.

But also remember that   there are people behind those numbers, and they need your help.

You can do well and do good at the same time.

Slide 30

Let's look at the short sale opportunity in depth. This is just going back to the clock I

EXHIBIT 4
159

TU-JORDAN0000120
P Ex 0146-00012

mentioned earlier. Here again is "lis pendens" which is simply means "action pending". Let's talk and define short sales for just a moment.

Slide 31

It's an investing strategy to negotiate a loan that is in default with a lender -- remember that's the lein holder we spoke about before -- and receive a discount for less than what is owned on the current mortgage. Now I am going to stop for a moment and think about it.

You may be saying to yourself banks won't do that, banks won't take less than the mortgage, their going to lose money, no they don't ladies and gentlemen.

You know how a mortgage works, don't you? They loan you a certain amount of money, and then they charge you an interest rate over a certain period of years, 15 years, 20 years,   30 years.    The longer they can get you paying the more profit they make. Generally speaking in a mortgage, the principle is paid down kind of slowly, its all interest to these guys for quite a while. So they've probably already made considerable profit on the mortgage they have already foreclosed on.

When you can come in and buy the property at a discount for less than the current mortgage, they've already made profit, you're relieving them of a problem, and they'll probably make a few bucks besides that.

Let me show you how that might work:

Slide 32

This is an actual letter to someone I know. It was sent by Wells Fargo to a homeowner who was behind in his mortgage because he was laid off. He bought the home eight years before for $124,000. It is now valued at $225,000. The homeowner made improvements and has paid about $75,000 in interest to date.

I want you to read...." records indicate that you're in default. .." You can see the numbers. It is this year, as a matter of fact. Here is the interesting thing.

Slide 33

In addition to the notice of default the same bank sent the following instruction sheet.They suggest a short sale to the guy, in other words the bank is saying please take this route. Keep your credit history safe. Let us get our money back, let us find some one who will come in and you know what? We'll work with that investor.

If the person knows what they're doing we'll do fine, and so that is what the bank will try to do. The banks would not have done something like this four or five years ago. They are doing it now because it is the best of all worlds. Right now the last thing you want to

EXHIBIT 4
160

TU-JORDAN0000121
P Ex 0146-00013

do is be the bank of America sitting in from of Congress explain why you aren't being flexible in foreclosures.

Incidentally, this homeowner is a veteran and this is what the VA told him to do in a letter just this February:

Slide 34

Here's how a short sale might work. These are just numbers I just want you to see how they work. By the way, this is a pretty house. I want you to get out of your mind that you can only buy run down properties in foreclosure. People who had well paying jobs that have lost them or incurred some of the circumstances we described before, they also wind up in trouble. Those houses are beautiful properties and they come to market. So get it out of your head that it is only cranky old properties, it can be beautiful stuff. Some times it is a sky scrapper in New York City.

Here's the way this one worked out. Current mortgage pay off $440,000. That's a jumbo mortgage, that's pretty big. The bank was willing to discount it to $270,000.

What an amazing opportunity that is for an investor ! The bank made a lot of profit already and   they just wanted to get out. The investors went ahead, did minor repairs for $5,000; probably some painting.

They resold the property because they knew how to market it. The banks don't know how to sell these properties.   They just list them with a realtor and hope for the best. Remember, I said to you before that we will not only show you how to find the properties but how to exit from that property and that critical and no body does that better than Donald Trump and Trump University.

These people were able to get out of the property and pull out a profit of $65,000 in less than a 12 month period. Now, it just so happens that a lot of these deals happen within 12 months but that's because when you know what you're doing you   can make it happen within twelve months. That's a lot of money.

And it was very little risk on the part of the investor, and it was very little sweat or effort on the part of the investor. But at the end of the day the investor had $65,000 for their efforts.

I told you before you've got to get it out of your head that only ratty little properties come to foreclosure;   they don't, beautiful properties foreclose too. Don't want you to ignore a lesser piece of property because you can just a easily make a ton of money on that bland property. At your training workshop and with the support of our mentors, we will show you how to make money with pretty homes and ugly homes.

I mentioned the normalcy bias earlier.   Most human beings will just sit back and say "I'm gonna let things run their course and they'll get back to normal".

EXHIBIT 4
161

TU-JORDAN0000122
P Ex 0146-00014

So we make up excuses, we say.. well you can only get bad property, we know that's not true. The other thing that gets in the way is people say "well, I don't have the money for investment. Where am I going to get the money? I've got my mortgage, I've got my 401K, the 401K is not doing so well, and I'm paying my mortgage but where am I going to get money?

Well here is Donald's Philosophy on that:

Slide 35

"Financing is not a problem. You just have to have to know where to look and how to negotiate."

Let me show you something.

Slide 36

The Trump Network, and this is something we will go over with in your training with you, represents potential avenues of financing, for finding properties and for purchasing the properties from you.

As I've said to you before Donald Trump is extraordinarily successful at what he does. He has a following, he has investors who do what he does and follow his advice. Ladies and gentlemen, you're going to plug in to that Trump Network when you plug into Trump University and our apprenticeship program. You'll find that you can find partners who will give you bridge loans to make the investment. There are people called private money investors.

It was interesting. I was listening to the radio ... where was I driving... I think it was Orlando Florida, and there was this company that came on that talked about self-directed IRA's and how to do real estate investing within the IRA. Now that is a pretty cool deal. If you can grow within your IRA tax deferred profits, my goodness. That's amazing.   But you can put some of your 401K money there. Don't let it just go down the drain in the stock market. You can use it for your own good.

You can use other people's money.

Some times the person looking to get rid of the property will finance it. Those are not principle residences but investment properties they held. They've got a bunch of apartment buildings or town homes they were renting out and now for whatever reason they need to get out of them you can short sell those too. And sometimes the owner will even kick in some money to help that happen.
.
There are hard money lenders, those are people who lend against the asset itself. They tend to charge more money, they do charge points, but they are out there.

EXHIBIT 4
162

TU-JORDAN0000123
P Ex 0146-000015

And there of course there are some of the traditional things: Home equity lines of credit, using 401K money, IRA money, some people even use credit cards to do this sort of thing. And of course there are the conventional lenders. They are still out there and still investing.

By the way,   one of the best conventional lenders, and this is just a tip from me to you, are credit unions. Credit unions have not done the crazy things commercial lenders have done.   They are much more sound, they've got lot more money to lend. And you know what? The laws have changed about credit unions. You don't have to be a super special person any more. Generally it is a geographic requirement, that you live in a certain area.

Now let's recap for a moment. What we have said so far is that there is a tremendous opportunity out there in the foreclosure market.   Specifically within the foreclosure market there are four places we can invest, pre-foreclosure, foreclosure, short sales and REOs. I've been focusing in on the short sale because you have the cooperation of the bank to help make the deal happen. They become in effect your ally for doing this sort of thing. When you learn how to do short sales properly, when you learn how to locate the properties, in the right neighborhoods, and the right property for you, the fact of the matter is you're in a great position to take advantage of this opportunity. And the nicest part of it all, is you don't take advantage of people in the process. You take advantage of the economy and the situation. You didn't create it, neither did I, but the fact of the matter is it will work to our advantage.

What I described to you you can probably say to yourself let me go to the internet or let me go to Amazon books, let me go to the library and I'll learn everything I need to learn about short sales and doing foreclosure and investing. I'm going to tell you yeah you can find things like that but ...

How did you learn how to ride a bike? Did you read about riding a bike and then make it work? Probably not. Chances are very good that what you did was is you got on the bike, maybe mom, dad or an uncle or a big brother or sister held you and helped you learn how to balance and how to steer and how to pedal and things or that nature. That's how you learn to do a lot of things. That's not just about the reading, it's about the reading, the support, the practice, having the bike, to do these things. That's what Trump University does. Trump University is like that person who stands along side you and helps you learn to do this.

Slide 37

For example, we begin your apprenticeship with a three day training program. It's a live training session that we will conduct in an area hotel. Sorry, you don't get to go to NYC this time.

You'll show up in a room probably like this one. We'll have tables set out, materials will

EXHIBIT 4
163

TU-JORDAN0000124
P Ex 0146-00016

be set out,   we make sure it's a very comfortable environment. There's coffee in the background, there's food to eat, things of that nature. We will have two lecturers   there for you. One will be in the front actually conducting the training, one will be doing personal coaching in the back. If you have a specific question or issue come back and see the individual.

Again, that is part of this apprenticeship process, it requires attention and time to make it all happen.

During these three days I promise you that you will cover things that most experienced real estate investors don't know. They don't   know. And that's probably because they had one area that they excelled at and they just stayed there. Donald Trump has done everything   and he knows how to make these things work.

We will use our tried and true methods, things that Donald has done, things that some of your lecturers have done, and it will show you the right way to do these things.

You see this here, S.M.E. and online support? This is after you have finished your three-day program, and now its' the next Friday evening and you say to yourself "I've got a question about the deal I'm going to do." We have a 12 hour service 5 days a week.   Its a hot line service. You call and speak with one of your mentors on the phone.

They'll talk to you, they'll know your case, they will keep notes on you and so anytime you need assistance from us we'll be   there to help you and believe me ladies and gentlemen these people are all subject matter experts. They know the investing business.

Along with the training we will provide, the mentorship, the proven methodology; we'll have forms, guides, and worksheets. We've even got a software, I'll explain it in a moment, we've a software that will help you find the properties.

We will spend a lot of time on exit strategies. How to get out of the deal once you have it. Let's suppose your buy a property and its three years later and you say "gee I think the market has turned I think now is the time to sell what do I do? "   We'll tell you how to do it, we'll show you how to make it happen.

And then I'd also mention access to the Trump Network. That means access to   deals, access to   partners, access to money and access to credit, if you should need it.

Slide 38

Let me give you another example. Here's an apprentice who took action. Robert Moulack, from Ormond Beach, FL., You know in this past hour or so we've been to Maine, Chicago, California, and now Florida. Trump University training works all over. He said "the training and coaching I received from Trump University is priceless. Less than a month after my three-day retreat, I closed on my first investment property."

EXHIBIT 4
164

TU-JORDAN0000125
P Ex 0146-00017

Think about that ladies and gentlemen, only took him a month to get into it.

He earned $50,000 in equity and he's now renting the property with a positive cash flow of $400 a month. That means after he pays his mortgage and his expenses he's still making $100 a week. That's like having another job making money. Notice he says that if it wasn't for the coaching, guidance   and confidence I received from Trump University, I probably wouldn't have done anything yet."

Slide 39

Let's do the math for Robert.

First year equity, by the way, what will likely happen if the real estate market does what it's been doing for 200 years? That's right that equity will grow,   but let's just use his figure.

He said $50,000. He said he was making $400 a month cash flow, that means profit in this case from his rental properties, $400 times 12 is $4,800 a year. He said he would hold onto the property three to five years, I'm going to use five years, then that will mean he will have generated $24,000 in passive income over that five year period.

So ultimately when he sells his property, assuming he has only $50,000 in equity then, he will have $74,000 in his pocket. That's roughly $17,500 a year in extra money this young man's pocket if he waits five years.

Now he can make more by improving the property and doing other things. My point is, ladies and gentlemen, real estate investing is a tremendous way to build wealth and generate income.

By the way I mentioned passive income earlier. Let me explain why real estate is such a wealth builder. When you go out to your job and you earning active income or earned income, not only do you pay income tax on it but you frequently pay state tax on it and you have to pay social security and medicare taxes on it.   Passive income does not get taxed in the same way.   First off there is no FICA, there is no Medicare on it, you will still have to pay some level of income tax on it but there are all sorts of expenses that are legitimate expenses that can be used to off set the income.

So you don't necessarily have to take vacations anymore you could take business trips to places looking for other property if you know what I mean. Talk to your tax advisor.

Slide 40

Let's look specifically at the three day workshop again.   This is what we will cover.   We will do it in a way that you be comfortable.   You don't worry about tests or even struggling with notes.   We will do everything possible to make this a great learning

EXHIBIT 4
165

TU-JORDAN0000126
P Ex 0146-00018

experience.

Slide 41

Let me tell you a little story about David Trejos, from LIncoln City California, again another Californian making good in a poor housing market. He earned $200,000 from his investment property.   Now again, I want you to pay attention to what he says.

" Within nine months I bought a home for $214,000 and sold it for $420,000."

Slide 42

When you do the math, here's what happened. Purchase price $214,000, he put in about $6,000 in fix up costs, he sold it nine months later for $420,000, Profit $200,000.

Ladies and gentlemen... the reason why I keep going over these things is to make a point to you. You don't have to spend a lot of money getting these properties.   You don't have to put a lot of money into fixing them up.

If you do it right, if you know what you are doing, and when to do and by the way we will show you all of that at the training at Trump University and through your apprenticeship that follows, we will make all of that work for you.

You have to take action and overcome the normalcy bias.   The only decision you make here tonight is to give this program a chance.   In a little while, I'll ask you to go to the back table, complete a simple 1 page agreement, make your payment with cash, credit card or check, and do a little prep.   I'll even give you a money back guarante.   This all makes getting started simple, easy and risk-free.And when you learn what we can teach, then your decisions will be about how much money you want to make.

Slide 43

In addition to coming to the coming to the three days of training, and by the way we bring it here to you, you don't have to go to New York City. These are some of the tools we use.

First    we will show you Donald Trump's negotiating system. Nobody negotiates better than Donald. We'll show you how he does it, why he does it, and how you can make it work for you. We will share with you marketing pieces for both finding and selling properties, and again I'll say this to you as I have before. One of the critical things is being able to get out of a property when the time is right for you. And that is what we'll show you how to do.

We'll talk about scripting to finding and controlling properties. We'll talk about contracts, addendums and forms.   All of these are tools that we are going to give to you.

EXHIBIT 4

166

TU-JORDAN0000127

P Ex 0146-00019

We will show you, once again, how to secure other people's money to make improvements in your property. We even know of grants that are given by the government that most people have no idea about, they don't have to be paid back, they're there for you, it's just money in your pocket to help you do these things.

And obviously, our online resources, to find properties and comps. As a matter of fact, let me show you a little bit about this foreclosure deal finder.

Now, how many of you are afraid of computers? Just a show of hands. Okay, well some of you. There is nothing to be afraid of here.

This is perhaps the easiest to use software in the world. If you can read, move the mouse, and click it, this software is going to work for you. Let me just give you an idea of what it's like.

Slides 44

Software demo

Slde 45

software demo

Slide 46

Software demo

Slide 47

Let me share with you a story, this time about   a Navy veteran, Joseph Erskine. He was a machinist's mate and after serving in the Navy 12 years he decided to come out and get into real estate investing, because again, he knew what he wanted to do.   He came to Trump University.

He followed the methods that were taught at Trump University and the subsequent apprenticeship program.   He was able to make $98,000 by quick turning a piece of property. And again, that is a specific technique you will learn in your training. We will show you how to do it right and make maximum money.

He then went on to buy six more properties valued at $1.6 million. Here's the strategy this Navy veteran is using. He is using it for income and he is using it for to build wealth. As a matter of act, his strategy is that of those six properties that he owns, he will sell one of them every year for the next six years and at the end and at the end of that time if he makes $100,00 on each one he will have a nice $600,000 dollars in the bank ready for him.

EXHIBIT 4
167

TU-JORDAN0000128
P Ex 0146-00020

Slide 48

Let's to the math.

First deal, $98,000. Next six deals are valued at $1.6 million; that's what the properties are worth. What he wants to do is target his profits to generate about $100,000 per year. He got $98,000 his first deal which is pretty close to being right on target.

Slide 49

This program all begins with a live training event.   You've got to go to the live training event.    That is the kicking off point. You'll notice how many of our success stories they said with in a month I bought, within three months I had. You need the training.   Here's the way it's going to work.

We're going to be coming back here to xxxxxx in two weeks.   We conduct the training program on Friday, Saturday and Sunday, its a full day each day. Now, of you are thinking "I have to work on Friday,"   or "I have an appointment on Friday."   You know ladies and gentlemen, that's that group of people who ask "what happened." That's the normalcy bias kicking in again.   You have to fight the urge to make excuses and do nothing.

If you do nothing you get nothing!

Change your schedule, change your appointment. Take a vacation day, paid time off if it is necessary, what it is but get yourself to the training program. It will be well worth your effort.

Other   people will spend five or six thousand dollars for training like this. We don't come anywhere near it. We cut a great deal because we have a mission to help people like you to be successful.

Slide 50

It's the Trump Premium Membership.

What you are going to have is 12 months of ongoing support.   We will be there for you. You will have 12 months of ongoing support. There will be opportunities for continuing education, we will come back to regional centers and conduct two and three day conventions no charge to you, you show up and participate.

We will use live events to help you develop your peak performance, not just about real estate but other kinds of investing, too. We do weekly tele-seminars and occasionally webinars. What's the difference? Tele-seminars you get on the phone webinars are on the computer. It's really quite easy. We have an online Millionaire Investor's Club. You'll be part of the Trump networking community and again, and sort of contract or

EXHIBIT 4
168

TU-JORDAN0000129
P Ex 0146-00021

form you need we make them available to you at no cost to you.

As a matter of fact, contract and and forms alone from an attorney can be a considerable expense. They can charge $350 an hour to draft a simple lease agreement. You will come to greatly appreciate having all of these forms and contacts available to you.   We will give them to you for free and you'll save thousands of dollars in legal fees.

Now, that membership fee when we began was $3,480. We have had enough success that we are willing to drop the prices as follows.

Slide 51

First off,   the three-day training event is $1495, usually we charge for one guest member $495, the premium membership is $995 and the Goldmine Home study program that supplements what you learn $495 for a total of $3,480.

However, here's what we're going to do here today.   First off the guest member is included. The premium membership and all of that support is included, the Gold Mine study guide is included. The three day training is less than half price.

Two people will come to the program, $1495. Here's the only thing. That person who comes with you must be someone you are a partner with.

Slide 52

There is also a risk-free guarantee.   Come to the three day program. You'll have to sign up tonight. You'll fill out a simple one-page agreement at the back of the room with the help of my associates, by the way you met XXXX XXXX on the way in and XXXX XXXX and XXXXZ XXXX. They are there to help you. They know this process very well. And they have been members of the Trump University family for quite a while.

And what you'll do is fill out that simple one page agreement, you will make your payment, you'll do it with a credit card, cash, check or any combination, but we will ask you to do is get signed up tonight and reserve your place. When you're done you'll almost be ready to go home and start learning more about this process.

Let me share with you the risk free guarantee: When you and your partner come to the training program if at the end of day one, in other words you've attended one third of the program, if at the end of day one if you don't think this program is everything as I have presented it to be, it's not satisfactory, simply pick up your materials, go to the back of the room, see staff and they will give you back your money, it takes a week or two to get to you but you will get it, well refund your money, leave the materials and we will part friends. And you will have learned something too. We really do try to make this a risk free low cost way for you to become a wealthy person.   Now there is something else we are going to do this evening.

EXHIBIT 4
169

TU-JORDAN0000130
P Ex 0146-00022

Slide 53

Your apprenticeship is going to begin after you sign up, after you enroll, by coming back here to the front of the room and meeting with me for about 10 minutes, its not going to take much longer than that. And in those 10 minutes what I want to do is I want to talk to you about how to start locating your first deal.

So that way when you show up at your training program, but you'll have an idea of what is necessary to find a property. You'll come and sit     down with us and well say this sounds like a good deal, this doesn't sound like too good a deal. If this is a good deal this is what you need to do, if this is not such a good deal this is how you can make it better. Let us begin that apprenticeship process today.

Slide 54

We started this program out by talking about the struggling economy that we're in, I guess I have a question for you. If you don't take action right here and right now, the question is where are you going to be in a year?

Now you could either be generating additional income, creating more wealth, working less, maybe retiring early, building a legacy for your heirs, getting out of debt or taking care of your loved ones.     You can either do that or do nothing. It would be a shame to do nothing because that is not working any longer.

Ladies and gentlemen, let me share one more bit of philosophy from Donald Trump.

Slide 55

Timing is everything. Do take advantage of this historic foreclosure boom or you will be left behind. Take action. Carpe diem."   Enroll today.

EXHIBIT 4
170

TU-JORDAN0000131
P Ex 0146-00023