# EXHIBIT 6
# Part 1



EXHIBIT 6
202

Plaintiffs' Exhibit
Low v. Trump University
No. 3:10-cv-0940
**348**

DT0036884
P Ex 0348-00001



EXHIBIT 6
203

DT0036885
P Ex 0348-00002



Ladies and gentlemen, I'd like to welcome you to our presentation tonight on behalf of Mr. Donald Trump and Trump University. My name is Gerald Martin. I'm a member of the faculty at Trump University. Let's talk a little about Donald Trump.

EXHIBIT 6
204
DT0036886
P Ex 0348-00003



Who here thinks they know Donald Trump? Hands up. Very good. Let's play this little game to get you in the mood of things.

I've got three lottery tickets here. What I'm going to do is ask three questions about Donald Trump. Who ever gets a question right gets a scratch-off lottery ticket and hopefully you'll win. If I have a number of you answering the question correctly, then I will give the ticket to only one of the winners of my choosing.

Do not call out your answers, raise your hand only!

First question: Where was Donald Trump born and raised? Be specific. The answer is Queens New York. He was educated in upstate and in Pennsylvania, but he was born and raised in Queens. You get a ticket. Congratulations! Being first and taking action has its rewards.

Second question: What year was Donald Trump born? Give me the year? That's right, 1946. He was born on June 14th of that year. Sir, you get a ticket. So what does that make Mr. Trump... roughly 62 years old? Do you think he's going to retire in a couple of years? I doubt it. But this I do know, he has a life-time of experience in making money. By the way, this gentleman was quick to answer.

Here is my third question: How did Donald Trump make his money? The answer is real estate! Very good. You folks know a lot about Donald Trump. Here's your ticket, and good luck to you all.

EXHIBIT 6
205
DT0036887
P Ex 0348-00004

But let me tell you all this right now, the chances of winning the lottery is about fourteen million to one, but winning with Donald Trump is done every day.

Mr. Trump has been an American business magnate, a socialite, a television personality, and an author. He's really an incredible man. Mr. Trump can be brash and bold. But one thing that you do have to say: the man knows the real estate business.

(Future Pacing) : And what he knows about real estate you will learn when you become part of Trump University.

Trump University is the manifestation of what Donald wants to do for people interested in building wealth and creating opportunity.

The idea actually came to him during the second season of "The Apprentice" TV show. When he wrapped up the second season of "The Apprentice" show he thought to himself: "You know what? I'm only able to help one person at a time maybe in this fashion. Why don't I take the concept of an apprenticeship and make it available to a larger group of people"?

That led to the founding of Trump University in 2005.

EXHIBIT 6
206

DT0036888
P Ex 0348-00005

Case 3:10-cv-00940-GPC-WVG   Document 534-6   Filed 10/20/16   Page 7 of 16



Trump University is located at 40 Wall Street in New York City, that's down in the financial district. We occupy the 32nd floor of this building. We rent the other 69 floors to tenants. The building was built in 1930 and it was called the "Bank of Manhattan Trust" building. It was once in competition to be the world's tallest building.

Mr. Trump bought this building from a foreclosure proceeding. The building has a total of 1.3 million square feet of rentable, useable space. He bought it, believe it or not, for $1.4 million about 15 years ago. What does that come out to approximately per square foot? That's right about a dollar a square foot, a dollar and seven cents to be exact. That is unheard of.

By the way, 15 years after Mr. Trump bought the building, would you like to know what that building is worth? It's worth $400 million. I don't have a PhD. in math but I know that's a heck of a lot more than a dollar a square foot.

Real estate can really make you money. Mr. Trump can show you how to do it.

Nobody does deals like that. Nobody but Mr. Trump.

When Mr. Trump created Trump University, he said he wanted to help adults achieve a superior education in a fraction of the time and cost than it would ordinarily take. Essentially, he wanted to cut the B.S. out of higher education. That's typical Donald Trump.

(Transition): Mr. Trump went to Wharton School at the University of Pennsylvania, and he knew that most people couldn't

EXHIBIT 6
207

DT0036889
P Ex 0348-00006

afford the time or tuition to do that.  So he decided to create an organization that would provide a world class  education, coupled with a year long apprenticeship resulting in personal development and wealth building.  He saw the opportunity to give a Wharton School education in 3 days followed by an apprenticeship.

(Transition): By the way, do you know what the annual tuition at Wharton is?  It is $66,171 per year.  That's over a quarter million dollars for a four year degree.  How many of you think that is a lot of money to pay to learn theory and academic subjects?  All of you!

(Future Pacing): Tuition at Trump University is less than $1500 or less than 1 percent of tuition at Wharton.  The $1500 tuition gives you access to  our intensive, comprehensive and complete 3 day training program plus 1 full year of mentorship and support.  In fact, two people can attend for the price of one, so it is even more economical than that.  I will tell you more about that later when we look at the enrollment process.

EXHIBIT 6
208
DT0036890
P Ex 0348-00007



Look at this statement from Mr. Trump. (Read statement.)

(Transition): People have lost faith in themselves, in their government, in businesses, and in our leaders.  I have been doing this a long time, and I see the faces of young people.  They used to come here full of energy and vigor and with an "I can do it" attitude.  They may not have found the opportunity to make it yet, but they had the desire.  I saw the middle aged folks come in, and their faces say "I've got one more shot.  I haven't done it yet, and if I don't do it this time, I may never get a chance."

But you know folks, in the last four to 6 months, I've seen those same faces, but they are a bit different.  The young people seem to have lost the energy and vigor I used to see.  They are beat down.  No wonder; just look at the news every day.  It just seems to get worse and worse.  The middle aged folks show up in despair.  They have seen their retirement plans go up in smoke.  Half of what they worked for is gone.

(Future Pacing): They need to take one more shot, but they are unsure of themselves and they don't know what to do.

They're all asking "what happened?"

Folks, this is why Mr. Trump created this Trump University.  He understands both success and failure; he has done them both.  But he also understands redemption.  He knows that you can fight your way back.

(Future Pacing): Trump University will give you support and training so that you can fight back.  Mr. Trump knows that you

EXHIBIT 6
209

DT0036891
P Ex 0348-00008

need a system, specialized knowledge and support to succeed.

(Future Pacing): The real estate market is constantly changing. The best areas of investment 6 months ago are losers today and the same will be true 6 months from now. You need to stay up-to-date as the market shifts so that you can take advantage of emerging trends before the competition. That's why as part of your yearlong apprenticeship you will have weekly web-classes to make sure you know what's happening in the market week to week. You'll also be exposed to related areas of investment such as probate and tax liens.

(Transition): Let's talk about taking action. Do you know why most people sit on the sidelines? Psychologists tell us most people come under the influence of the Normalcy Bias. That simply means that people wait for situations to change and for everything to go back to normal. They don't move, they don't take action, and by the time they realize "normal is gone" they have lost the opportunity. Indecision is a decision.

Want proof of this? Who has lost money in the stock market? How many of you are going to wait for it to come back before you do something? Nearly all of you. You know what? The stock market is done; stick a fork in it. It's has lost half its value in 3 years. It is now at pre-2000 levels.

(Future Pacing): Want to prosper? Want to get ahead? Do you want to get out from underneath? Then you need a plan. You have to have a plan.

Develop that plan and work that plan. Make sure you take your clues and guidance from the best in the field. Be willing to ask for and accept help. You know, the poet once wrote "No man is an island". You need help, from an expert, and you need a plan based on that expert advice.

(Future Pacing): As you gain knowledge, you will gain confidence. Confident people thrive in difficult times.

Mr. Trump is confident that you can prosper. Follow his instruction and you can be successful.

(Future Pacing): Wouldn't you agree that successful people take action? Yes? Then for you to succeed you must be willing to take action. You've also got to learn to see things differently.

EXHIBIT 6
210

DT0036892
P Ex 0348-00009



EXHIBIT 6
211
DT0036893
P Ex 0348-00010



Ladies and gentlemen, I'd like to welcome you to our presentation tonight on behalf of Mr. Donald Trump and Trump University. My name is Mark Chapman. I'm a member of the faculty at Trump University. Let's talk a little about Donald Trump.

EXHIBIT 6
212
DT0036894
P Ex 0348-00011



You know, people confuse "price" and "value". Price is what you pay for something. Value is what you get for your money.

Let me tell you what you get when you enroll in Trump University and the apprenticeship program.

When you are fully engaged with us, and you begin to make your investments, here's what you can expect:you will be

Generating Additional Income
Creating More Wealth
Working Less
Securing Retiring
Building a Legacy
Getting Out of Debt
Taking Care of Your Loved Ones

We started this program out by talking about the struggling economy that we're in, I guess I have a question for you. If you don't take action right here and right now, the question is where are you going to be in a year?

Now you could either be generating additional income, creating more wealth, working less, maybe retiring early, building a legacy for your heirs, getting out of debt or taking care of your loved ones.   You can either do that or do nothing. It would be a shame to do nothing because that is not working any longer.

EXHIBIT 6
213
DT0036895
P Ex 0348-00012

214

EXHIBIT 6

DT0036896
P Ex 0348-00013



Let me show you something.  Take a look at the image behind me.  Study it for just a moment.  If you know what it is, say nothing and let the others try to figure it out.

(Transition): This is an example of "perceptual ambiguity."  It means that you view things (life, opportunities, problems) from a familiar perspective, yet the unorganized nature of the image (or situation) does not allow you to see what is in front of you.

For the most of you this is just a jumbled inkblot.

I need to show or "train" you to see what it is. Training will help you to see in a different way.

(Future Pacing): Training will help you take action. Trump University will train you.

Making new connections leads to breakthroughs and breakthroughs lead to new opportunities.

(Future Pacing): Trump University training teaches you how to think differently about the opportunities  you see every day.

How to see what's really there that you haven't seen.

How to uncover hidden assets.

EXHIBIT 6
215

DT0036897
P Ex 0348-00014

To find the hidden element stop looking at the dark part that tends to attract your attention.  Focus on the white areas.  Do you see it yet?  If you change focus, just a little, you will make a new connection.

So what is this? Sir, what do you say it is?  Ma'm?  How about you?  And you?

EXHIBIT 6
216

DT0036898
P Ex 0348-00015