# EXHIBIT 6
# Part 2



Let's do another one, shall we?  Same rules:  look, but give others a chance before you say aloud what it is.

You may have seen this a little quicker than before because of the training you just had.

(Transition): You're already looking for alternatives that are different than what you can clearly see.

You are already thinking differently.

(Future Pacing):  Wouldn't you like to do that with money making opportunities?  If you can see things differently than others, then you have the opportunity to take advantage and make money while they just stand around seeing nothing.

What could you do with that new investment insight?

So what is it?  Sir?  Ma'm?  You?

As soon as the idea is in your mind, you see differently, you think differently, you've made a new connection.  You've had a BREAKTHROUGH that allows you to see things that others don't.

You have uncovered the hidden element.

(Trial Close): Imagine if you had multiple BREAKTHROUGHS in your thinking when it comes to INVESTING and

EXHIBIT 6
217
DT0036899
P Ex 0348-00016

CREATING WEALTH.  That could change your world and let you achieve and have things that you only wish for now. Don't you want to be able to see differently when it comes to making money?

Let's try one more, and remember don't say what it is yet if you see it.

EXHIBIT 6
218
DT0036900
P Ex 0348-00017



Why do some people see only problems, and others see opportunity? Why do we see differently?

Here are some factors that affect how we approach opportunities:

Education….(Trump University or more traditional schooling approaches)
Experience…(A wise man learns from the experience of others; a fool only learns from his own experiences.)
Insight…(It is the "a-ha" in life.)
System…(An organized and practiced approach to something.)
Specific Knowledge…(Subject matter related.)
Support…(Having someone to share ideas and throw around possibilities. Support is also great for helping you build confidence.)

All of these affect how we think about our situation.

In fact we all see the economy a bit differently, politically or by age or whether we invest or not or if we are self-employed or not. These also affect our view.

(Transition Statement): The key of course is to learn to think like a billionaire, like Mr. Trump. That's what we do at Trump University. We teach you to think differently. If you don't see the deals he sees, you need to learn to see the deals that he sees. And you can because it is a matter of perspective.

EXHIBIT 6
219
DT0036901
P Ex 0348-00018



Let's look at how things present themselves at this moment.

There has been enough going on to scare the best of us into paralysis.  However, if you only see these issues in "one" way, then you are frozen in place.

(Future Pacing): If you had the proper training and guidance, you would start to see these as new opportunities.

There have been bubbles in real estate, commodity prices, dot-com businesses; you name it there's been a bubble.

We've seen the stock market melt down.   Unemployment is at a record high.  How many of you know someone who has been laid off in the last year?  Frightening isn't it?  What are you doing about it.

There is under-employment in which people's jobs are changed so that pay and opportunity can be pulled back.  It's called "sliding down the totem pole".  You were up here, and now you are down here.  Who knows someone who has been through that?  Frightening isn't it?  What are you doing about it?

Inflation is rising.  Taxes are going up.  What are you doing about it? In times like these investors who are willing to stick their head out are the ones who come out ahead.

(Future Pacing):  You need to stay up-to-date as the market shifts so that you can take advantage of emerging trends before the competition.  As I mentioned before, that's why as part of your yearlong apprenticeship you will have weekly

EXHIBIT 6
220

DT0036902
P Ex 0348-00019

web-classes to make sure you know what's happening in the market week to week.  You'll also be exposed to related areas of investment such as probate and tax liens.  Trump University will be your Wharton!

(Trial Close): Imagine if you had multiple BREAKTHROUGHS in your thinking when it comes to INVESTING and CREATING WEALTH.  That could change your world and let you achieve and have things that you only wish for now.  Wouldn't that be valuable to you?  Wouldn't that be worth an investment of your resources?

EXHIBIT 6
221
DT0036903
P Ex 0348-00020



(Transition Statement): What are you going to do during these tough economic times. The normalcy bias says you'll do nothing. Let's be honest. By a show of hands how many of you feel like you can't do anything in the current economy?

You're wrong! You can do something. You have to learn the secrets to creating wealth.

Over the last 100 years, researchers have tried to understand how wealth is created. They tell us there are three secrets to creating wealth. The first involves having a system. The second secret is having specialized knowledge, and third there had to be support, both physically and fiscally.

EXHIBIT 6
222
DT0036904
P Ex 0348-00021



What is a system?

(Transition): A system is a specific method for achieving a certain purpose. What are the key words in that definition?

That's right, specific method and certain purpose. You need to have a sure fire way of hitting your target.

A system will allow you to get the most from your effort, energy and resources. Rather than hoping for results a system is focused on producing them.

(Transition): The Fast Track to Foreclosure Investing (FTFI) is a system-based approach to investing. It defies the conventional wisdom that your next door neighbor shares with you over the fence. It flies in the face in the advice that you get from well-meaning but broke relatives. It is based on Mr. Trump's years and years of experience.

I was describing the FTFI to one of my best friends who told me I was crazy. He claimed that nobody could make money in the current real estate market. When I proved to him that it could be done, he confessed that his current investments in financial instruments were in the cellar and he needed to learn more.

Trust me, investments like this have paid off in cold hard cash while my neighbor sees his investments dry up like a desert.

EXHIBIT 6
223

DT0036905
P Ex 0348-00022

EXHIBIT 6

DT0036906
P Ex 0348-00023

> **TRUMP Specialized Knowledge**
>
> - You have to be trained, and trained in real world examples, not academic theory
> - The Apprenticeship Program will only teach you proven techniques
> - Give you the knowledge to profit on your deals
> - Learn from the best, not from imitators

(Transition): This brings us to the second secret of success. When specialized knowledge is combined with a proven system, the results can be predictable, like the answer from a mathematical formula.

Ask yourself why professionals like doctors, lawyers, architects, engineers and accountants make alot more money than laborers, taxi drivers and retail clerks?

Part of the answer is that the professionals have taken the time and expense to master a body of knowledge. As they get better applying that knowledge they increase their ability to get results. The laborer, the taxi driver, the retailer they work harder and don't see much additional financial benefit for their efforts.

(Future Pacing): The FTFI will teach you the specialized knowledge and proven techniques to become a black belt in real estate investing. You learn more about investing from Donald Trump than from reading a book from your out-of-work neighbor or attending a social network.

And there are lots of people who claim that they are expert in this area but they rarely are. They try to imitate but they fall far short. If you want to learn how to play golf go see Tiger Woods. If you want to learn real estate investment, see Donald Trump.

EXHIBIT 6
225
DT0036907
P Ex 0348-00024



(Transition Statement): We all need back up support and team work to achieve objectives. Trump University is your support.

Not only do we show you the system and provide the specialized knowledge but we stay with you during your "apprenticeship" to guide you, motivate you and assist you in your endeavors.

EXHIBIT 6
226
DT0036908
P Ex 0348-00025



Trump's philosophy is this: The world's best wealth-building principle is "buy low and sell high", and one of the best ways to do that is by investing in foreclosures right now.

(Transition Statement): So, why are foreclosures so good? Do some of you remember way back to 1993? That's when the storm of the century happened. They made a movie about it. The pressure, the winds, the rain all came together to created a once in a lifetime storm off the east coast of the United States. That was the basis for the 2000 movie, "The Perfect Storm".

Well the same thing has happened in the housing industry and that's an incredible opportunity for us. Everything is coming together in a perfect storm that may swamp some folks, but if you are properly trained and supported you can prosper.

EXHIBIT 6
227
DT0036909
P Ex 0348-00026



Let's talk about a possibility that has the real potential for changing your life. And that is investing in real estate through foreclosure.

Donald Trump once said the best way to make money in investing is to "go in while others are getting out, and then get out when other people are getting back in."

(Transition Statement): Here's why foreclosure is still a terrific place to invest. And when you learn to do it following Trump's system, specialized knowledge and support, you are going to do very well.

Prices on real estate is at or near the bottom. There are bargains galore out there, if you know where and how to look. People have fled the market place. Now is time to get in. Once the Stimulus money, and bank reorganizations take hold, you will see people come back slowly at first, but they will come back. You want to be the one selling them your investment properties at a substantial profit.

There is also the power of leverage. Even today you only have to put down 10% to secure a mortgage (if your credit is average or above.)

You only have to put down a little money to secure real estate, and then you can sell it at an opportune time and reap profits on top of your leverage. But you may think that leverage can cut two ways. Not if you follow Trump's way. We'll show you how to do risk-free deals.

EXHIBIT 6
228
DT0036910
P Ex 0348-00027

Use OPM. Other People's Money. It is still out there. You have to know where it is and how to negotiate the best deal for yourself, but it is there.

And there is a foreclosure boom going on. Sorry for you if you are being foreclosed, but good for you if you know how to invest. You can pick up these properties for pennies on the dollar, using OPM, and eliminating risk, all to produce profit and wealth for yourself. Short sales is a technique we use that speeds up investing in foreclosure and has the best profit potential

EXHIBIT 6
229

DT0036911
P Ex 0348-00028



Mortgage delinquencies are at an 29 year high. Now, here's is something you have to keep in mind. You know how awful you hear it is about foreclosures. Here is the reality: translates into more than two millions foreclosures this year. Those foreclosures represent your opportunity.

EXHIBIT 6
230

DT0036912
P Ex 0348-00029



Here's another thing adding to the storm. Housing inventories are at a twenty-four year high, and that does not include new house construction. That means you have the opportunity to have the pick of the litter. And you will do it at a lower price.

(Future Pacing): It's not like those foreclosures will force you to buy a run-down house. You can buy a very pretty house because the inventory is so high. Keep looking until you find what you like. As a matter of fact, at Trump University as part of your apprenticeship program, we spend a lot of time on two things: Finding properties, and then what is very important after you have found a property, rehabbed it and held it for a while, how to sell the property no matter what the market.

We will show you ways so when you're putting your property on the market you attract more attention, and command a higher price. Not only that but with the increase in the sheer number of foreclosures comes an increase in the number of excellent deals available

EXHIBIT 6
231
DT0036913
P Ex 0348-00030



Here's the third part of the perfect storm.   Not only are there more foreclosures and a greater inventory but interest rates are at historic lows. What does that mean for you?

It means you can get into these properties for far less money and less exposure. Things have changed. You'd have to be deaf and blind not to know about all of the things happening in the financial market. I'm going to tell you this. There are more deals being done right now by smart investors, that's always the way it is. When other people get scared and leave a market place its the smart investor who moves in.

I remember one time Mr. Trump said to us over dinner, he said "real estate is the only market that when there is a sale going on people run from the store". You don't want to run from the store.

(Trial Close): You want to buy when there's a fire sale in the real estate market. That's what you have to do. When you are trained and supported and following a system, you will be able to do it.

Now, let's take a closer look at foreclosures for a moment

EXHIBIT 6
232

DT0036914
P Ex 0348-00031



Let's talk about what the foreclosure boom means to you.

First, because of the struggling economy, there are more foreclosures, more properties on the market, and interest rates dropping.

You should be able to purchase properties thirty to sixty present below their present market value. When you do that you have instant equity in that property and equity simply means wealth. You have instant wealth in that property.

Now what you can do is you can convert that wealth quickly by reselling that property and you have the immediate cash.

And by the way you will see from a number of our success stories that I'll share with you people follow various strategies once they have secured an investment property. Some sell property immediately and others hold onto property for the long term. You can have positive monthly cash flow by renting the property out, doing a lease options, or option to buy, we'll show you all of those techniques and how to use them to great advantage at your training.

Some people just hold them for the long term. As a matter of fact one of our students had an approach in which he has bought six properties and his intention is to roll them, so he will always have one property for sale every year. And when he gets done selling all six of them he should be at an age in which he should be able to take all of his profits and relocate to some tropical isle.

(Future Pacing): Wouldn't that be nice? Could you see yourself replenishing your bank account that has been decimated

EXHIBIT 6
233
DT0036915
P Ex 0348-00032

by economic losses?  Can you see yourself in secure retirement because it took you five years of part time work to get there?

(Trial Close): When you join us at Trump University,  we will show you how to do that. We begin with your education at Trump University but that is just the start of the apprenticeship, we stick with you through time to make sure you're successful.

Let me go back to this idea of foreclosure. Remember I showed you early, middle and late stages of foreclosure? I want you to think about it this way.

EXHIBIT 6
234
DT0036916
P Ex 0348-00033