

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Sonny Low, et al.

**Plaintiff,**

V.

Trump University, LLC, et al.

**Defendant.**

FILED

2016-10-20

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            D. Gilbert , Deputy

Civil No.  10CV0940-GPC(WVG)

**STRICKEN DOCUMENT:**

Omnibus Declaration of David L. Kirman

**Per Order #    541**

534