# ATTACHMENT A

| | |
|---|---|
| From: | Kirman, David L. <dkirman@omm.com> |
| Sent: | Saturday, October 22, 2016 3:25 PM |
| To: | Rachel Jensen; Jason Forge; Dan Pfefferbaum; Amber Eck |
| Cc: | Petrocelli, Daniel; Yanniello, Ian V.; Tucker, Excie |
| Subject: | RE: LOW ET. AL V. TRUMP UNIVERSITY ET. AL |

Rachel,

We need one more day to exchange. Let's plan to exchange tomorrow (Sunday) at 4:00 p.m. We will still be available to meet and confer on Tuesday, as scheduled.

Best,

David L. Kirman
O: +1-310-246-6825
dkirman@omm.com

---

**From:** Kirman, David L.
**Sent:** Friday, October 21, 2016 3:46 PM
**To:** 'Rachel Jensen'; Jason Forge; Dan Pfefferbaum; Amber Eck
**Cc:** Petrocelli, Daniel; Yanniello, Ian V.; Tucker, Excie
**Subject:** RE: LOW ET. AL V. TRUMP UNIVERSITY ET. AL

Rachel,

We need until tomorrow (10/22) to exchange jury instructions and verdict forms. Let's plan to exchange at 4:00 p.m. tomorrow.

David L. Kirman
O: +1-310-246-6825

dkirman@omm.com

---

**From:** Rachel Jensen [mailto:RachelJ@rgrdlaw.com]
**Sent:** Wednesday, October 12, 2016 1:40 PM
**To:** Kirman, David L.; Jason Forge; Dan Pfefferbaum; Amber Eck
**Cc:** Petrocelli, Daniel; Yanniello, Ian V.; Tucker, Excie
**Subject:** RE: LOW ET. AL V. TRUMP UNIVERSITY ET. AL

David:

Plaintiffs are amenable to defendants' proposal to exchange draft jury instructions and verdict forms on October 21st. Let's plan on exchanging at 5 pm that day. Given that the Court ordered the parties to jointly submit these documents, plaintiffs will file and email them to Chambers on behalf of the parties on October 28th. In the meantime, are defendants' counsel available to meet and confer about the drafts at 2 pm on Tuesday, October 25th?

A few other housekeeping matters:  plaintiffs do not intend to object on a document-by-document basis to the "supplemental" exhibits defendants first disclosed last Friday, given the timing.  Please do, however, send PDFs of all exhibits via disk or FTP.  Further, so long as defendants are amenable to an instruction informing the jury as to each side's block of exhibit numbers, we would be willing to join defendants' request to use numbers for their exhibits, starting with number 1001.  (Plaintiffs' exhibits will be 1-1000).

Finally, we need to close the loop on the parties' outstanding objections to deposition designations and exhibits.  Until we get some rulings from the Court about the scope of evidence, there will be some witnesses and exhibits that we should defer, but we can make headway on others.  Let's plan to set up some times to meet and confer about these issues when we speak on October 25th.

Let us know if you have any questions.

Thanks,
Rachel

---

**From:** Kirman, David L. [mailto:dkirman@omm.com]
**Sent:** Tuesday, October 11, 2016 8:23 PM
**To:** Jason Forge; Rachel Jensen; Dan Pfefferbaum; Amber Eck
**Cc:** Petrocelli, Daniel; Yanniello, Ian V.; Tucker, Excie
**Subject:** LOW ET. AL V. TRUMP UNIVERSITY ET. AL

Counsel,

The Court has ordered that the parties submit joint proposed jury instructions and special verdict forms by October 28.  *See* Dkt. 513.  To permit the parties adequate time to respond and object, we propose exchanging proposed jury instructions and special verdict forms by October 21.  That will leave a week for the parties to meet and confer and reach agreements where possible, while allowing adequate time to draft objections.  Please let us know if you agree to this proposed schedule.

Best regards,


**O'Melveny**
**David L. Kirman**
dkirman@omm.com
O: +1-310-246-6825

O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

# ATTACHMENT B

| | |
|---|---|
| **From:** | Rachel Jensen |
| **Sent:** | Friday, October 28, 2016 7:26 PM |
| **To:** | 'Allan, Tad'; 'Kirman, David L.' |
| **Cc:** | Jason Forge; Dan Pfefferbaum; Brian Cochran; Jeffrey Stein |
| **Subject:** | RE: Low v. Trump University - joint jury instructions and special verdict forms |

Tad,

Sounds like Zack misunderstood, because I recall advising that I needed to check with my team, and my later email response said we would be making changes "with the goal to send by 4:15," but I made no promises, just as I made no promises on the phone. We also note that defendants did not even meet their own purported agreement, including by making substantive changes to the special verdict forms at 4:48 pm, after we had sent you ours. We'll go ahead and submit the special verdict forms jointly, and the jury instructions on behalf of plaintiffs only. It is regrettable that defendants are taking this hardline position and burdening the Court in this manner.

Rachel

---

**From:** Allan, Tad [mailto:tallan@omm.com]
**Sent:** Friday, October 28, 2016 6:56 PM
**To:** Rachel Jensen; Kirman, David L.
**Cc:** Jason Forge; Dan Pfefferbaum; Brian Cochran; Jeffrey Stein
**Subject:** RE: Low v. Trump University - joint jury instructions and special verdict forms

I am sorry to hear you deny our agreement. My colleague Zack Dekel was on the phone with us (you will recall that I identified him), and his notes and memory confirm that we reached the agreement as I've described. And, of course, you did not object or take exception to the confirming email I sent. We adhered to the agreement, but you did not.

As to what occurred last weekend, you did not object to the extra time we asked for. And it was a week ago. This week, it was plaintiffs who kept asking for additional time to make mutual exchanges, including the fact that today you asked to push back agreed upon deadlines several times.

You are authorized to file the joint special verdict form document you sent me at 5:37 p.m., but as to the joint jury instructions, you may only file the version I sent you at 6:10 p.m.

Tad

---

**From:** Rachel Jensen [mailto:RachelJ@rgrdlaw.com]
**Sent:** Friday, October 28, 2016 6:37 PM
**To:** Allan, Tad; Kirman, David L.
**Cc:** Jason Forge; Dan Pfefferbaum; Brian Cochran; Jeffrey Stein
**Subject:** RE: Low v. Trump University - joint jury instructions and special verdict forms

We did not have an oral agreement, and I explained to you why on the phone. I could not make that commitment on behalf of my entire team that was working as quickly as possible to respond to defendants' changes, while also making all of defendants' changes to the documents at the same time. It is disingenuous for you to take this position in light of the fluidity of the process, and the fact that defendants also made changes to the documents so late in the afternoon. This is all aside from defendants' failure to meet agreed-upon deadlines last weekend. Please let me know in

1

the next 15 minutes if defendants will participate in this joint filing.  Otherwise, we will go ahead and submit it on our own.

Rachel

---

**From:** Allan, Tad [mailto:tallan@omm.com]
**Sent:** Friday, October 28, 2016 6:13 PM
**To:** Rachel Jensen; Kirman, David L.
**Cc:** Jason Forge; Dan Pfefferbaum; Brian Cochran; Jeffrey Stein
**Subject:** RE: Low v. Trump University - joint jury instructions and special verdict forms

My email confirmed our oral agreement.  Do you deny that?

---

**From:** Rachel Jensen [mailto:RachelJ@rgrdlaw.com]
**Sent:** Friday, October 28, 2016 6:11 PM
**To:** Allan, Tad; Kirman, David L.
**Cc:** Jason Forge; Dan Pfefferbaum; Brian Cochran; Jeffrey Stein
**Subject:** Low v. Trump University - joint jury instructions and special verdict forms

Tad:

It is unfortunate that the parties seem to be at an impasse here.  We have worked for days to avoid another train wreck like what happened with the pretrial orders, but we cannot agree to your last-minute ultimatum.  From the start, plaintiffs strove to accommodate defendants, including by pushing back defendants' deadline to send their initial drafts to plaintiffs by nearly 48 hours, from last Friday until Sunday afternoon.  Both sides made edits throughout the week and today to respond to each other's positions (and reach agreements where possible), and we both did so into the late afternoon.  In fact, defendants sent their final changes to the special verdict forms after we sent ours.  So your position is not tenable, and your citation to your own email does not constitute an agreement among the parties.  If defendants do not authorize the filing, then we will go ahead and submit the jury instructions and special verdict forms on behalf of plaintiffs only.  Happy to have a call if that would help.

Please let me know what you want to do.

Rachel

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

# ATTACHMENT C

| | |
|---|---|
| **From:** | Rachel Jensen |
| **Sent:** | Friday, October 28, 2016 5:35 PM |
| **To:** | 'Allan, Tad'; 'Kirman, David L.' |
| **Cc:** | Dan Pfefferbaum; Brian Cochran; Jeffrey Stein |
| **Subject:** | JIs and special verdict forms |
| **Attachments:** | Joint Proposed Special Verdict Forms for Phase 1 of Trial.DOCX; Joint Proposed Jury Instructions for Phase 1 of Trial.DOCX; REDLINE Jury Instructions.docx |

Attached are the final documents with non-substantive edits to reflect defendants' renumbered JIs (Defendants' JI Nos. 26, 27a and 27h).  We understand that you may object to some of our changes as untimely, which we strongly disagree with, but if you insist upon objecting, please send us the insert immediately.  If you do so, we will also insert an objection.  Please get us anything you have as soon as possible so we can get on file.

Rachel