DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235715)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpnational.com
c/o TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
DONALD J. TRUMP and
TRUMP UNIVERSITY, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONNY LOW, et al., on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC et. al.,<br><br>Defendants. | Case No. 10-cv-940-GPC (WVG)<br><br>**NOTICE OF APPEARANCE BY ATTORNEY DAVID MARROSO FOR DEFENDANTS DONALD J. TRUMP AND TRUMP UNIVERSITY** |

1   **TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

2   **PLEASE TAKE NOTICE THAT** Attorney David Marroso (California Bar No. 211655) of O'Melveny & Myers LLP, 1999 Avenue of the Stars, Los Angeles, CA 90067, e-mail: dmarroso@omm.com, telephone: (310) 246-8469, hereby enters his appearance as co-counsel for Defendants.  No counsel have been terminated or substituted.  Defendants requests that the Court and counsel update their records accordingly.

Dated:  November 8, 2016

DANIEL M. PETROCELLI
DAVID L. KIRMAN
O'MELVENY & MYERS LLP


By:           /s/David Marroso
           David Marroso
Attorneys for Defendants
DONALD J. TRUMP and TRUMP UNIVERSITY, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2016, I caused the foregoing to be electronically filed with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8, 2016, at Los Angeles, California

/s/ David Marroso
David  Marroso