UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, and DONALD J. TRUMP,<br><br>Defendants. | Case No.: 3:10-cv-00940-GPC-WVG<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO STRIKE PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE AND EXHIBITS THERETO**<br><br>**[ECF NOS. 560, 561.]** |

On November 4, 2016, Plaintiffs filed a Request for Judicial Notice of Certain State Statutes and Regulations ("Request") in support of their pending pretrial motions. (Dkt. No. 560.) On November 8, 2016, Defendants filed an Ex Parte Application to Strike Plaintiffs' Request for Judicial Notice in Support of Plaintiffs' Motions in Limine and Exhibits Thereto ("Ex Parte Application"). (Dkt. No. 561.)

Plaintiffs did not request judicial notice of the relevant state statutes and regulations in their moving papers and untimely submitted their Request. Accordingly, the Court **GRANTS** Defendants' Ex Parte Application.

**IT IS SO ORDERED.**

/ / / /

Dated: November 8, 2016

Hon. Gonzalo P. Curiel
United States District Judge