DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID L. KIRMAN (S.B. #235715)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpnational.com
c/o TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
DONALD J. TRUMP and
TRUMP UNIVERSITY, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, et al., on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC et. al.,<br><br>Defendants. | Case No. 10-cv-940-GPC (WVG)<br><br>**NOTICE OF APPEARANCE BY ATTORNEY WALLACE M. ALLAN FOR DEFENDANTS DONALD J. TRUMP AND TRUMP UNIVERSITY** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Attorney Wallace M. Allan (California Bar No. 102054) of O'Melveny & Myers LLP, 400 So. Hope St., Los Angeles, CA 90071-2899, e-mail: tallan@omm.com, telephone: (213) 430-6670, hereby enters his appearance as co-counsel for Defendants. No counsel have been terminated or substituted. Defendants requests that the Court and counsel update their records accordingly.

Dated:  November 9, 2016               DANIEL M. PETROCELLI
                                       DAVID L. KIRMAN
                                       O'MELVENY & MYERS LLP


                                       By:          /s/Wallace M. Allan
                                                 Wallace M. Allan
                                       Attorneys for Defendants
                                       DONALD J. TRUMP and TRUMP
                                       UNIVERSITY, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2016, I caused the foregoing to be electronically filed with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2016, at Los Angeles, California

/s/ Wallace M. Allan
Wallace M. Allan