DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpnational.com
TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
DONALD J. TRUMP and TRUMP
UNIVERSITY, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONNY LOW et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC et al.,<br><br>Defendants. | Case No. 10-CV-940-GPC(WVG)<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **APPLICATION TO CONTINUE TRIAL DATE**<br><br>DATE:  EX PARTE<br>TIME:  EX PARTE<br>COURT:  2D<br>JUDGE:  HON. CURIEL |

I, Daniel M. Petrocelli, declare as follows:

1. I am an attorney licensed to practice in California. I am a partner of the law firm O'Melveny & Myers LLP, and counsel of record for defendants Donald J. Trump and Trump University ("defendants"). I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of defendants' *Ex Parte* Application to Continue Trial Date.

3. On November 10, 2016, I communicated with plaintiffs' counsel by text message at 8:02 AM that defendants intended to advise the Court they would be filing a motion seeking a continuance of the trial until after the Presidential inauguration. At the hearing before the Court later that day, I informed the Court in the presence of plaintiffs' counsel that defendants intended to file a motion to continue the trial date in this matter. At that time, I explained the basis for defendants' request, and the Court stated that defendants may file the papers.

4. Attached hereto as Exhibit 1 is a true and correct copy of a document entitled "Presidential Transitions:  Issues Involving Outgoing and Incoming Administrations" by L. Elaine Halchin, dated September 29, 2016, which was retrieved from http://www.crs.gov on or about November 10, 2016.

5. Attached hereto as Exhibit 2 is a true and correct copy of a document entitled "Presidential Transition Guide" by the Center for Presidential Transition, dated April 2016, which was retrieved from http://www.presidentialtransition.org on or about November 10, 2016.

6. Attached hereto as Exhibit 3 is a true and correct copy of a document entitled "Policy and Supporting Positions" by the House of Representatives Committee on Oversight and Government Reform, dated December 1, 2012, which was retrieved from http://www.fdsys.gov on or about November 11, 2016.

7. Attached hereto as Exhibit 4 is a true and correct copy of a document

entitled "Fact Sheet: Facilitating a Smooth Transition to the Next Administration" dated November 10, 2016, which was retrieved from https://www.whitehouse.gov/the-press-office/2016/11/10/fact-sheet-facilitating-smooth-transition-next-administration, on or about November 11, 2016.

8. Attached hereto as Exhibit 5 is a true and correct copy of a document entitled "The Presidential Transition Roadmap" by PoliticoPro, dated 2016, which was retrieved from http://go.politico.com/rs/966-KHF533/images/The_Presidential_Transition_Roadmap_The_Definitive_Guide.pdf on or about November 10, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of November 2016, at Los Angeles, California.

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI

/s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Defendants
Donald J. Trump and
Trump University
E-mail: dpetrocelli@omm.com