1

## **CERTIFICATE OF SERVICE**

2       I hereby certify that on November 12, 2016, I caused the foregoing to be

3   electronically filed with the clerk of the court using the CM/ECF system which will send

4   notification of such filing to the e-mail addresses denoted on the electronic Mail Notice

5   List.

6

7       I certify under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

8       Executed on November 12, 2016, at Los Angeles, California

9

10

11

12                         /s/ Daniel M. Petrocelli

                       Daniel M. Petrocelli

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NUMBER:10-CV-0940-GPC(WVG)