## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2016, I caused the foregoing to be electronically filed with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2016, at Los Angeles, California

/s/ Daniel M. Petrocelli
Daniel M. Petrocelli