DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
DAVID L. KIRMAN (S.B. #235175)
dkirman@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067–6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

JILL A. MARTIN (S.B. #245626)
jmartin@trumpnational.com
c/o TRUMP NATIONAL GOLF CLUB
One Trump National Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 202-3225
Facsimile: (310) 265-5522

Attorneys for Defendants
PRESIDENT-ELECT
DONALD J. TRUMP and
TRUMP UNIVERSITY, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONNY LOW, J.R. EVERETT, and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC et al.,<br><br>Defendants. | Case No. 10-CV-0940-GPC (WVG)<br>Judge: Hon. Gonzalo P Curiel<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR FURTHER INFORMATION REGARDING JURY SELECTION**<br><br>DATE: EX PARTE<br>TIME: EX PARTE<br>COURT: 2D<br>JUDGE: HON. CURIEL |

**DECLARATION OF DANIEL M. PETROCELLI**

I, Daniel M. Petrocelli, declare as follows:

1. I am a partner at the firm of O'Melveny & Myers LLP and counsel of record for defendants Trump University LLC and President-Elect Donald J. Trump ("defendants") in the above-captioned action. I submit this declaration in support of defendants' *Ex Parte* Application for Further Information Regarding Jury Selection ("Application"). I have personal knowledge of the facts set forth below and, if called to testify to them, could and would do so competently.

2. On November 15, 2016, my partner David L. Kirman notified plaintiffs' counsel by email that defendants intended to file the instant Application. Plaintiffs' counsel requested a draft of the application. Mr. Kirman emailed a draft to plaintiffs' counsel and asked them whether they wanted to join the application. Plaintiffs' counsel declined to join the application.

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the transcript of the Court's proceedings in this matter on November 10, 2016.

DATED: November 16, 2016

O'MELVENY & MYERS LLP
DANIEL M. PETROCELLI
DAVID MARROSO
DAVID L. KIRMAN

/s/ Daniel M. Petrocelli
Daniel M. Petrocelli

1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 553-6700
Fax: (310) 246-6779

Attorneys for Defendants