UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company, and DONALD J. TRUMP,<br><br>Defendants. | Case No.: 3:10-cv-00940-GPC-WVG<br><br>**ORDER SETTING BRIEFING SCHEDULE IN RE DEFENDANTS' EX PARTE APPLICATION FOR FURTHER INFORMATION REGARDING JURY SELECTION**<br><br>**[ECF NO. 573.]** |

On November 16, 2016, Defendants filed an *Ex Parte* Application for Further Information Regarding Jury Selection. (Dkt. No. 573.) The Court directs Plaintiffs to file a response by 9:00 a.m. on November 17, 2016. No reply shall be filed.

**IT IS SO ORDERED.**

Dated: November 16, 2016

Hon. Gonzalo P. Curiel
United States District Judge