# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Gonzalo P. Curiel

| FROM: D. Nanula, Deputy Clerk | RECEIVED DATE: November 15, 2016 |
|---|---|
| CASE NO. 10-cv-00940-GPC-WVG | DOC FILED BY: Non-Case Participant |
| CASE TITLE: Low v. Trump University, LLC et al | |
| DOCUMENT ENTITLED: Ex Parte Letter | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Ex parte letter; no provision for acceptance as filer is not a party to the action.

Date Forwarded: **November 16, 2016**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: November 16, 2016

Hon. Gonzalo P. Curiel
United States District Judge