# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Gonzalo P. Curiel

| FROM:  D. Nanula, Deputy Clerk | RECEIVED DATE:  November 18, 2016 |
|---|---|
| CASE NO.  10-cv-00940-GPC-WVG | DOC FILED BY:  Catherine Hung |
| CASE TITLE:  Low v. Trump University, LLC et al | |
| DOCUMENT ENTITLED:  Ex Parte Letter | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: ex parte communication ; no provision for acceptance as filer is not a party to the action.

Date Forwarded:   **November 21, 2016**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated:  November 21, 2016

Hon. Gonzalo P. Curiel
United States District Judge