# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Gonzalo P. Curiel

| FROM: M. Niebla, Deputy Clerk | RECEIVED DATE: November 21, 2016 |
|---|---|
| CASE NO. 10cv0940-GPC-WVG | DOC FILED BY: Mireille Taar |
| CASE TITLE: Low v. Trump University, LLC et al | |
| DOCUMENT ENTITLED: Letter (Ex Parte) | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Ex parte communication prohibited; no provision for acceptance as filer is not a party to the action.

Date Forwarded:   November 22, 2016

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected documents to be returned to pro se or inmate?  ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: November 22, 2016

Hon. Gonzalo P. Curiel
United States District Judge