Gary B. Friedman (NY Bar Reg. 2205466)
*Pro Hac Vice* Application Pending
154 Grand Street, 5th Floor
New York, NY 10013
Telephone: (917) 568-5024

Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN
   FRENIERE & COMPTON LLP
465 California Street, Suite 401
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Nonparty Class Member
and Objector Sherri B. Simpson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>TRUMP UNIVERSITY LLC and DONALD J. TRUMP,<br><br>             Defendants. | Case No. 3:10-cv-0940-GPC-WVG<br><br>**DECLARATION OF SHERRI B. SIMPSON** |
| ART COHEN, individually and on behalf of others similarly situated,<br><br>             Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP,<br><br>             Defendant | No. 3:13-cv-02519-GPC-WVG<br><br>**Date:** March 30, 2017<br>**Time:** 1:00 p.m.<br>**Ctrm:** 2D<br>Hon. Gonzalo P. Curiel |

OBJECTION OF CLASS MEMBER SHERRI B. SIMPSON TO PROPOSED CLASS SETTLEMENT

SHERRI B. SIMPSON declares under 28 U.S.C. § 1748:

1. I am a member of the classes in the above-captioned actions. I submit this Declaration in connection with my Objection to the Class Settlement to be filed on March 6, 2017.

2. I attended the Trump University free seminar in Florida in April 2010. The seminar was aimed entirely at inducing the attendees to sign up for the three-day seminar – a paid program that cost $1,495 (after accounting for a discount).

3. I enrolled in the three-day program and attended in May 2010. I was told repeatedly at that program that, if I further enrolled in the Trump University Gold Elite mentorship program, the resources of Donald Trump and his real estate organization (which includes access to financing, counseling, information databases and numerous other resources) would be made available to me, to help me launch a career in real estate investing. I was told that I would learn the "secrets" of Trump's real estate investing success, studying under professionals that Trump himself had personally "hand-picked" to deliver "Ivy League quality" instruction at his "university." I was also promised that I would receive intensive hands-on mentoring from a real estate investor hand-picked by Trump. I was promised that the mentor would be available to me for a full year.

4. At the three-day seminar, instructors cajoled the students to increase their credit card limits, for the purpose of getting them to enroll in additional Trump University programs. During the course of that program, I enrolled in the Gold Elite program.

5. The Gold Elite program was a scam. None of the promised resources were made available. The "mentor" assigned to me disappeared and never returned my calls or emails. After trying to contact Trump University to demand a refund, I contacted lawyers and made preparations to sue. Doing some research, I learned about the pendency of these class cases. I contacted class counsel and then abandoned plans to initiate litigation on my own.

1     I declare under penalty of perjury the foregoing is true and correct.

4   Dated:    March 2, 2017
                  Fort Lauderdale, Florida

_____
SHERRI B. SIMPSON

3     Case No. 3:10-cv-0940-GPC-WVG

OBJECTION OF CLASS MEMBER SHERRI B. SIMPSON TO PROPOSED CLASS SETTLEMENT