Gary B. Friedman (NY Bar Reg. 2205466) *
Attorney at Law
154 Grand Street, 5th Floor
New York, NY  10013
Telephone: (917) 568-5024
gfriedman@flgllp.com

Andrew G. Celli, Jr. (NY Bar Reg. 2434025)*
Ilann M. Maazel (NY Bar Reg. 2899425)*
EMERY CELLI BRINCKERHOFF + ABADY
   LLP
600 Fifth Avenue
New York, NY  10020
(212) 763-5000
acelli@ecbalaw.com
imaazel@ecbalaw.com

*not admitted in S.D. Cal.; pro hac vice application forthcoming

Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN
   FRENIERE & COMPTON LLP
465 California Street, Suite 401
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Nonparty Class Member and Objector Sherri B. Simpson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>TRUMP UNIVERSITY LLC   and DONALD J. TRUMP,<br><br>          Defendants. | Case No. 3:10-cv-0940-GPC-WVG<br><br>**NOTICE OF INTENT OF GARY B. FRIEDMAN TO APPEAR AT FINAL APPROVAL HEARING ON BEHALF OF SHERRI B. SIMPSON**<br><br>**Date:**  March 30, 2017<br>**Time:**  1:00 p.m.<br>**Ctrm:**  2D<br>**Judge**:  Hon. Gonzalo P. Curiel<br><br>[Caption continued on next page] |

| | |
|---|---|
| ART COHEN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant | No. 3:13-cv-02519-GPC-WVG |

PLEASE TAKE NOTICE, pursuant to ¶ 15 of the Court's Order dated December 20, 2016 (*Low* Dkt. 584 at 12), that Gary B. Friedman, an attorney, intends to appear and wishes to be heard at the Final Approval Hearing in this matter on behalf of objecting class member Sherri B. Simpson.

                                                  Respectfully submitted,

March 3, 2017                       GARY B. FRIEDMAN

                                                  s/ Gary B, Friedman
154 Grand Street, 5th Floor
New York, NY  10013
Telephone: (917) 568-5024
gfriedman@flgllp.com
(*pro hac vice* application pending)

Andrew G. Celli, Jr. (NY Bar Reg. 2434025)*
Ilann M. Maazel (NY Bar Reg. 2899425)*
EMERY CELLI BRINCKERHOFF + ABADY LLP
600 Fifth Avenue
New York, NY  10020
(212) 763-5000
acelli@ecbalaw.com
imaazel@ecbalaw.com
*Not admitted in S.D. Cal.; motion for pro hac vice admission forthcoming*

(Signature block continued on next page)

2               Case No. 3:10-cv-0940-GPC-WVG

**NOTICE OF INTENT TO APPEAR**

Edward S. Zusman (SBN 154366)
Kevin Eng (SBN 209036)
MARKUN ZUSMAN FRENIERE COMPTON LLP
465 California Street, Suite 401
San Francisco, CA 94104
Telephone: (415) 438-4515
keng@mzclaw.com

Attorneys for Sherri B. Simpson

**NOTICE OF INTENT TO APPEAR**