Gary B. Friedman (NY Bar Reg. 2205466)
*Admitted Pro Hac Vice*
Attorney at Law
154 Grand Street, 5th Floor
New York, NY 10013
Telephone: (917) 568-5024
gfriedman@flgllp.com

Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN
   FRENIERE & COMPTON LLP
465 California Street, Suite 401
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505
Counsel for Nonparty Class Member and
Objector Sherri B. Simpson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, et al., | Case No. 3:10-cv-0940-GPC-WVG |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| TRUMP UNIVERSITY LLC and DONALD J. TRUMP, | |
| Defendants. | |
| ART COHEN, individually and on behalf of others similarly situated, | No. 3:13-cv-02519-GPC-WVG |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, | |
| Defendant | |

Notice is hereby given that Sherri B. Simpson, a non-party class member and objector to the settlement of the above-referenced class actions, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting

Joint Motion For Final Approval Of Settlement (*Low* Dkt. 618, *Cohen* Dkt. 305) and the Final Judgment (*Low* Dkt. 619, *Cohen* Dkt. 306) entered in these actions on March 31, 2017.

                                  Respectfully submitted,

May 1, 2017                  GARY B. FRIEDMAN

                                  s/ Gary B. Friedman
                                  154 Grand Street, 5th Floor
                                  New York, NY  10013
                                  Telephone: (917) 568-5024
                                  gfriedman@flgllp.com

                                  Counsel for Sherri B. Simpson