Gary B. Friedman (NY Bar Reg. 2205466)
Admitted *Pro Hac Vice*
154 Grand Street, 5th Floor
New York, NY 10013
Telephone: (917) 568-5024
gfriedman@flgllp.com

Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN
   FRENIERE & COMPTON LLP
465 California Street, Suite 401
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Nonparty Class Member
and Objector Sherri B. Simpson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, et al., | Case No. 3:10-cv-0940-GPC-WVG |
| Plaintiffs, | **NOTICE OF FILING OF APPEAL BOND** |
| v. | |
| TRUMP UNIVERSITY LLC and DONALD J. TRUMP, | |
| Defendants. | |
| ART COHEN, individually and on behalf of others similarly situated, | No. 3:13-cv-02519-GPC-WVG |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, | |
| Defendant | |

`

Case No. 3:10-cv-0940-GPC-WVG
3:13-cv-2519-GPC-WVG

PLEASE TAKE NOTICE that pursuant to the Order of the Court dated June 20, 2017 (*Low* Dkt. 632; *Cohen* Dkt. 329) at 9, lines 25-26, objector-appellant Sherri B. Simpson hereby deposits with the Clerk of the Court the sum of $500 as an appeal bond under Fed. R. App. P. 7.

Annexed to the hard copy of this Notice, being sent today to the Clerk of the Court via United Parcel Service, for overnight delivery, are:

1. A copy of the Order directing Simpson to post the bond; and
2. A certified check, drawn on the account of HELP SHERRI TAKE TRUMP TO TRIAL LLC, in the amount of $500.

Dated:    June 23, 2017
         New York, New York

                GARY B. FRIEDMAN

                *s/ Gary B. Friedman*
                _____
                (NY Bar Reg. 2205466)
                Admitted *Pro Hac Vice*
                154 Grand Street, 5th Floor
                New York, NY 10013
                Telephone: (917) 568-5024
                gfriedman@flgllp.com

                Edward S. Zusman (SBN 154366)
                Kevin K. Eng (SBN 209036)
                MARKUN ZUSMAN
                    FRENIERE & COMPTON LLP
                465 California Street, Suite 401
                San Francisco, CA 94104
                Telephone: (415) 438-4515
                Facsimile: (415) 434-4505

TO:   *Via UPS*
      U.S. District Court
      Attention: Finance
      333 West Broadway, Suite 420
      San Diego, California 92101