ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
patc@rgrdlaw.com
JASON A. FORGE (181542)
jforge@rgrdlaw.com
RACHEL L. JENSEN (211456)
rjensen@rgrdlaw.com
DANIEL J. PFEFFERBAUM (248631)
dpfefferbaum@rgrdlaw.com
JEFFREY J. STEIN (265268)
jstein@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ambere@haelaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619/342-8000
619/342-7878 (fax)

Class Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY LOW, J.R. EVERETT and JOHN BROWN, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TRUMP UNIVERSITY, LLC, a New York Limited Liability Company and DONALD J. TRUMP,<br><br>　　　　　　　　　　Defendants. | No. 3:10-cv-0940-GPC(WVG)<br><br>CLASS ACTION<br><br>JOINT MOTION TO PERMIT CONSUMMATION OF THE CLASS ACTION SETTLEMENT AGREEMENT |

[Caption continued on following page.]

1404801_1

| | |
|---|---|
| ART COHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>DONALD J. TRUMP,<br><br>            Defendant. | No. 3:13-cv-02519-GPC-WVG<br><br>CLASS ACTION |

1404801_1

Pursuant to Local Rule 7.2, the Parties and Objector Sherri Simpson jointly move the Court for an order permitting consummation of the Settlement without further delay.[1] In support of their motion, the Parties and Simpson state as follows:

WHEREAS, on December 19, 2016, the Parties jointly moved the Court to preliminarily approve their Agreement to resolve these two related class actions (*Low* 583 & *Cohen* 281 at 1[2]), which joint motion this Court granted on December 20, 2016 (*Low* 584 & *Cohen* 282 at 9);

WHEREAS, on March 6, 2017, Simpson objected to the Settlement (*Low* 593);

WHEREAS, on March 31, 2017, the Court issued a Final Approval Order rejecting Simpson's objection (*Low* 618 & *Cohen* 305 at 21, 30) and entered a Final Judgment providing "this Court expressly retains exclusive and ongoing jurisdiction as to all matters relating to the administration, consummation, enforcement, and interpretation of the Agreement." (*Low* 619 & *Cohen* 306 at 5);

WHEREAS, on May 1, 2017, Simpson filed a notice of appeal (*Low* 621);[3]

WHEREAS, on February 6, 2018, the Ninth Circuit affirmed this Court's Final Approval Order and rejected Simpson's objection thereto (*Low v. Trump Univ., LLC*, 881 F.3d 1111 (9th Cir. 2018));

WHEREAS, on March 1, 2018, the Ninth Circuit issued a mandate providing that its February 6, 2018 judgment took effect that day (*Low* 636 & *Cohen* 339);

WHEREAS, the Agreement provides the Settlement's Effective Date occurs three business days after all necessary events and conditions are met, including this

---

[1] Capitalized terms shall have the same meaning as set forth in the Agreement.

[2] *Low* and *Cohen* refer to the cases' respective docket entries, and page references refer to the page numbers generated by the electronic case filing (CM/ECF) system.

[3] Simpson was the only Class Member to appeal the Final Approval Order. On July 14, 2017, non-class member Leeland White appealed a June 27, 2017 order denying reconsideration of his motion to intervene, set aside the judgment, and vacate the settlement agreement (*Cohen* 332), which appeal the Ninth Circuit dismissed as frivolous. *Cohen* 337. The Parties agree White lacks standing to disturb the Court's approval of the Settlement and thus poses no impediment to its consummation.

Court's Final Approval Order and Final Judgment becoming "Final" (*Low* 583-1 & *Cohen* 281-1 at 8, 28), which in turn occurs "if an appeal is taken, immediately after the final determination of that . . . appeal so that it is no longer subject to any further judicial review or appeal whatsoever, whether by reason of affirmance by a court of last resort, lapse of time, voluntary dismissal of the appeal or otherwise in such a manner as to permit the consummation of the Settlement," with "appeal" defined to "include any petition for a writ of certiorari or other writ that may be filed in connection with approval or disapproval of this Settlement" (*id.* at 8-9); and

WHEREAS, after consultation with her counsel, Simpson has knowingly and voluntarily waived any right to seek further judicial review or appeal of this Court's Final Approval Order or Final Judgment (or the Ninth Circuit's judgment affirming same), including the filing of a petition for a writ of certiorari or any other writ that could be filed in connection with the Settlement.

NOW, THEREFORE, subject to the Court's approval, the Parties and Simpson hereby stipulate and agree that the Court's Final Approval Order and Final Judgment are no longer subject to further judicial review or appeal whatsoever and, therefore, the Class Action Settlement can and should be consummated without further delay.

DATED: April 9, 2018

ROBBINS GELLER RUDMAN
 & DOWD LLP
PATRICK J. COUGHLIN
JASON A. FORGE
RACHEL L. JENSEN
DANIEL J. PFEFFERBAUM
JEFFREY J. STEIN

s/ Rachel L. Jensen
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

HAEGGQUIST & ECK, LLP
AMBER L. ECK
225 Broadway, Suite 2050

| | | |
|---|---|---|
| 1 | | San Diego, CA  92101<br>Telephone: 619/342-8000 |
| 2 | | 619/342-7878 (fax) |
| 3 | | Class Counsel |
| 4 | DATED: April 9, 2018 | O'MELVENY & MYERS LLP<br>DANIEL M. PETROCELLI |
| 5 | | DAVID L. KIRMAN |
| 6 | | |
| 7 | | <u>      s/ David L. Kirman      </u><br>DAVID L. KIRMAN |
| 8 | | 1999 Avenue of the Stars<br>Los Angeles, CA 90067 |
| 9 | | Telephone: 310/553-6700<br>310/246-6779 (fax) |
| 10 | | Attorneys for Defendants |
| 11 | | |
| 12 | DATED: April 9, 2018 | GARY B. FRIEDMAN |
| 13 | | <u>      s/ Gary B. Friedman      </u><br>GARY B. FRIEDMAN |
| 14 | | |
| 15 | | 154 Grand Street, 5th Floor<br>New York, NY 10013 |
| 16 | | Telephone:  (917) 568-5024<br>gfriedman@flgllp.com |
| 17 | | EDWARD S. ZUSMAN |
| 18 | | KEVIN K. ENG<br>MARKUN ZUSMAN FRENIERE |
| 19 | | & COMPTON LLP<br>465 California Street, Suite 401 |
| 20 | | San Francisco, CA 94104<br>Telephone: 415/438-4514 |
| 21 | | 415/434-4505 (fax) |
| 22 | | Attorneys for Objector Sherri B. Simpson |

### ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: April 9, 2018                              By: <u>  s/  Rachel L. Jensen  </u>
                                                              RACHEL L. JENSEN

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2018.

    s/ Rachel L. Jensen
RACHEL L. JENSEN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: rachelj@rgrdlaw.com

## Mailing Information for a Case 3:10-cv-00940-GPC-WVG Low v. Trump University, LLC et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Wallace Moore Allan**
  tallan@omm.com

- **Xavier Jay Alvarez**
  jaya@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Andrew G. Celli , Jr**
  acelli@ecbalaw.com

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@haelaw.com,winkyc@haelaw.com,nadiak@haelaw.com

- **Kevin Eng**
  keng@mzclaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Gary B Friedman**
  GFriedman@flgllp.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Alreen Haeggquist**
  alreenh@haelaw.com,winkyc@haelaw.com,nadiak@haelaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,lmix@rgrdlaw.com,llendzion@rgrdlaw.com,e_file_sd@rgrdlaw.com,hbrown@rgrdlaw.com,mbacci@rgrdlaw.com,JayA@rgrdlaw.com,KLavelle

- **David Lee Kirman**
  dkirman@omm.com,awyman@omm.com,tmoore@omm.com,iyanniello@omm.com,hleewong@omm.com,sbrown@omm.com

- **Ilann M. Maazel**
  imaazel@ecbalaw.com,ijohnson@ecbalaw.com

- **David Marroso**
  dmarroso@omm.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Thomas R. Merrick**
  tmerrick@rgrdlaw.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@haelaw.com,winkyc@haelaw.com,nadiak@haelaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Jeffrey J. Stein**
  JStein@rgrdlaw.com,2859905420@filings.docketbird.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 3:13-cv-02519-GPC-WVG Cohen v. Trump

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Xavier Jay Alvarez**
  jaya@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrick J Coughlin**
  patc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanm@rgrdlaw.com

- **Amber Lee Eck**
  ambere@haelaw.com,winkyc@haelaw.com,nadiak@haelaw.com

- **Kevin Eng**
  keng@mzclaw.com

- **Jason A Forge**
  jforge@rgrdlaw.com,llendzion@rgrdlaw.com,tholindrake@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Gary B Friedman**
  GFriedman@flgllp.com

- **Jeffrey L. Goldman**
  jgoldman@bbwg.com

- **Alreen Haeggquist**
  alreenh@haelaw.com,winkyc@haelaw.com,nadiak@haelaw.com

- **Rachel L Jensen**
  rjensen@rgrdlaw.com,hbrown@rgrdlaw.com,e_file_sd@rgrdlaw.com,JayA@rgrdlaw.com,KLavelle@rgrdlaw.com,lmix@rgrdlaw.com

- **David Lee Kirman**
  dkirman@omm.com,awyman@omm.com,tmoore@omm.com,iyanniello@omm.com,hleewong@omm.com,sbrown@omm.com

- **Matthew R. Maron**
  mmaron@trumporg.com,carce@trumporg.com

- **Jill Ann Martin**
  jmartin@trumpnational.com,lvincent@trumpnational.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Aaron M. Olsen**
  aarono@haelaw.com,winkyc@haelaw.com,nadiak@haelaw.com

- **Daniel M. Petrocelli**
  dpetrocelli@omm.com

- **Daniel Jacob Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

- **Kelli L. Sager**
  kellisager@dwt.com,VickyIsensee@dwt.com

- **Jeffrey J. Stein**
  JStein@rgrdlaw.com,2859905420@filings.docketbird.com

- **WP Company LLC d/b/a The Washington Post**
  danlaidman@dwt.com

- **Alonzo Wickers , IV**
  alonzowickers@dwt.com,carolinasolano@dwt.com,ellenduncan@dwt.com,danlaidman@dwt.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`