# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>LOW ET AL<br><br>vs.<br><br>TRUMP UNIVERSITY LLC ET AL | CASE #: 10CV0940 – GPC - WVG<br><br>NOTICE RE: DISBURSEMENT OF FUNDS DEPOSITED WITH THE COURT PURSUANT TO CIVIL LOCAL RULE 67.1 (D) |

Please take notice that the above-entitled action is terminated, and the funds deposited in the Court's registry remain on deposit because a proposed order to disburse funds has not been submitted.

28 U.S.C. § 2042 states:
> No money deposited under section 2041 of this title shall be withdrawn except by order of court.
>
> In every case in which the right to withdraw money deposited in court under section 2041 has been adjudicated or is not in dispute and such money has remained so deposited for at least five years unclaimed by the person entitled thereto, such court shall cause such money to be deposited in the Treasury in the name and to the credit of the United States. Any claimant entitled to any such money may, on petition to the court and upon notice to the United States attorney and full proof of the right thereto, obtain an order directing payment to him.

Pursuant to Civil Local Rule 67.1(d), any party seeking to withdraw funds from the Court's registry shall obtain an "Order to Disburse Funds".

If the funds remain unclaimed with no response filed to this notice within 90 days and having been on deposit for more than five years, the funds will be subject to deposit in the Treasury of the United States in the name and to the credit of the United States.

John P. Morrill
Clerk of Court

By: /s Laura Jimenez
Financial Supervisor
619-557-6366